| | | |
|---|---|---|
| | | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Compton Hinds** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Amy Hulth** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Raymond Harris** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Mary M. Angelini**<br>*as surviving Sibling of Joseph J. Angelini, Jr., Deceased* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Winston Henry** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Timothy Clarke**<br>*as surviving Sibling of Christopher R. Clarke, Deceased* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jermel A Harvin** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Nelson R Harris** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **NA BNY Mellon**<br>*as Personal Representative of the Estate of Victor Hugo Paz Gutierrez, Deceased* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Elizabeth Gutierrez** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen L. Clarke Head**
*as surviving Sibling of Christopher R. Clarke, Deceased* represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael P. Angelini**
*as surviving Sibling of Joseph J. Angelini, Jr., Deceased* represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tracey Osborne**
*as survivin Siblinig of Christopher R. Clarke, Deceased* represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mahije Hajrizi** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kelly Clarke Anne**
*as survivin Sibling of Christopher R. Clarke, Deceased* represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Debra Hopsadales** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Houghtaling** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Clarke Scudder**
*as surviving Sibling of Christopher R. Clarke, Deceased* represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stanley Holder** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Abdool Z Hamid** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sonia Henry** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Suzette Henry** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hugh A. Chairnoff** represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Peter Drennan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Joseph Donahue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Michael Donahue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Y McLane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Louis Rocco**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Peter Donahue**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wai Yin Chen** represented by

| | | |
|---|---|---|
| | | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Behzad Kahen Sohayegh** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Anna Janawa** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Paul Kapilevich** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Florence Johnson** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Miroslawa Kaczmarczyk** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **William Jarosak** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Bogdan Kaczmarczyk** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Barbara Kaufman** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Ronald P. June** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Joseph Ierardi** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Veronica Julius** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Armine Irving** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Denise Kamish** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pauline Josephs** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mr. Tyrone Johnson** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tonya Johnson** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nina Johnson** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vernay Johnson** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jordan Josephson** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Jeter** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mitchell Jones** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hedda S. Chairnoff** represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Jones** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronald V Jusko** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Debra Guja**
*Individually* represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brenda Jordan** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Kamish** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Kimberly Jones** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Debra Guja**<br>*Personal Representative of the Estate of Geoffrey E. Guja* | represented by | **James Patrick Bonner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Susan M. Davies**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Carl Josephs** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jerome Luke Larson**<br>*Individually* | represented by | **James Patrick Bonner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Susan M. Davies**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Gary Jones** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Mihai Sergiu Jalba** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Debra Conyers** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jerome Luke Larson**<br>*Personal Representative of the Estate of Leroy E. Larson* | represented by | **James Patrick Bonner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Susan M. Davies**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Calvin Johnson** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Larson** represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Taylor Luckett** represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alexandra Luckett** represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathryn C. Luckett** represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vincent Joseph Tepedino** represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Isabel Nimbley** represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Nimbley** represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michele M. Nimbley** represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angel Anderson** represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aishah Anderson** represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Parks** represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Parks** represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carol Parks−Clancy** represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lauren Parks−Roubal** represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Luke Jerome Larson**
*Individually* represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Luke Jerome Larson**
*as Personal representative of the Estate of Leroy F. Larson* represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Donnelly** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Guillermo Davila** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Edward Donnelly** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Thomas Donnelly** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Maria Donneys–Castano** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**James D'Onofrio** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Thomas Donovan** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Brian Dougherty** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**John Dowling** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Denis Downing** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Scott Doyle** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anna Drozd** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Oswald Drysdale** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Ducasse** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Francis Keegan**
*individually, as surviving sibling of Eileen M. Rice* represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**Lesli Rice**
*individually, as surviving child of Eileen M. Rice*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lesli Rice**
*as the co−Personal Representative of the Estate of Eileen M. Rice, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Eileen M. Rice*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Richard**
*individually, as surviving spouse of Cecelia E. Richard*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Richard**
*as the Personal Representative of the Estate of Cecelia E. Richard, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Cecelia E. Richard*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Renee Baldwin**
*individually, as surviving sibling of Cecelia E. Richard*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mazie Lawson**
*individually, as surviving parent of Cecelia E. Richard*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Duden** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cynthia Lawson**
*individually, as surviving sibling of Cecelia E. Richard*
represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Valerie Walls**
*individually, as surviving sibling of Cecelia E. Richard*
represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Monica L. Lawson**
*individually, as surviving sibling of Cecelia E. Richard*
represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Duffy**
*Individually*
represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Duffy** represented by **Aoife–Roisin Nora Bourke**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrey Dugayev** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Balarezo** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Barzelatto** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Bassano** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Scott Bendul** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Benkovich** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vincent Berlingerio** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jan Bierylo** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Bittles** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Bivona** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jorge E Blanco** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Brown** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zebiullah Cagatay** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bolivar Caivinagua** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Francisco Camino** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edison H Cardenas** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cristina Caro** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victor Carrasco** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lizette Carvajal** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Scott Carville** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Casey** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Louis Castelluccio** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nancy Castillo** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Efren Cruz** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jorge Cruz** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carmen Cubero** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Howard** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kurbat Hristoff** represented by **Aoife–Roisin Nora Bourke**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angel Hualpa** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leonard Hubbard** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Huber** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeffrey Hudson** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wayne Huggins** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Hughes** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Hunt** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Harold Huron** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Saeed Hussein** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amirha Hutto** represented by

| | | |
|---|---|---|
| | | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **James Iacobelli** | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Natale Iannello** | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Robert Imbesi** | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Perry Ingrassia** | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Caesar Intravia** | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Joseph Iovino** | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Israel Jimenez Carlos** | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Itkin Steven** | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Iwanczyk Jan** | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Jaches Irma** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lavell Jackson** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anita Jackson** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**George Jacobi** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ellen Jacobs** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Jacobs** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Jacobsen** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wanda Jacobsen** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Jalca** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Jankauskas−Colton** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marina Jara** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rogerio Jarrin** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Etienne Jean** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elmadany Jeanne** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Reginald Jenkins** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thelma Jeter** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Lema** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gregory John** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alfreido Johnson** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LeeAnn Johnson** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth Johnson** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alfred Johnson** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Jonas** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andre D Jones** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melvin Jones** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emmanuel Jones** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jacqueline Jones** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Jones** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kerry Joyce** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Henryk Jozwiak** represented by **Aoife–Roisin Nora Bourke**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fanta Kaba** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Boris Kagan** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yelizaveta Kagan** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lester Kakol** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Demetrios Kaloudakis** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Karp** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zbigniew Karpowicz** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeffrey Katz** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Katzman** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Kay** represented by

**Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Keane** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael C Keenan** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dave Keene** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Kelley** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Kelly** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen Kelley** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Kelly** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Kelly** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roger Kelly** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amanda Kendricks** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Kennedy** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Domenico Leone** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Natale Leone** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Lennon−Craig** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Irma Jaches** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carlos Israel Jimenez** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Itkin** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jan Iwanczyk** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeanne Elmadany** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Kenney−Remini** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Kenny** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zhora Khaimov** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Khyume Khan** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yaroslav Khatsko** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martin Killmer** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arthur King** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John King** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Kinsella** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrzej Kiryk** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shawn Klotz** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna M. Hall**
*Personal Representative of the Esatate of Richard Boy Hall*
represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew J. Kauth**
*Individually;*
represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew J. Kauth**
*Personal Representative of the Esatate of Don Jerome Kauth*
represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick M. Kauth** represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cecelia Kauth** represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Gerard Kauth** represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Denise Brady** represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vanessa Graham**
*Individually;* represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vanessa Graham**
*Personal Representative of the Estate of Winifred R. Graham* represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary K. Grossi** represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Judith King**
*Individually;* represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Judith King**
*Personal Representative of the Estate of Andrew Marshal King*

represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Casey King**

represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew King**

represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carly King**

represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tracy Anne Larkey**
*Individually;*

represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tracy Anne Larkey**
*Personal Representative of the Estate of Robin Blair Larkey*

represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicholas Blair Larkey**

represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Oliver Robin Larkey**

represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William James Larkey**

represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eileen R. Lee**
*Individually;*

represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eileen R. Lee**
*Personal Representative of the Estate of Gary H. Lee*

represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| | | **Susan M. Davies**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Gary A. Lee** | represented by | **James Patrick Bonner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Susan M. Davies**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Vivian Lanham−Lowe**<br>*Individually;* | represented by | **James Patrick Bonner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Susan M. Davies**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Vivian Lanham−Lowe**<br>*Personal Representative of the Estate of Michael W. Lowe* | represented by | **James Patrick Bonner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Susan M. Davies**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Donovan Lanham** | represented by | **James Patrick Bonner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Susan M. Davies**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Gary Lanham** | represented by | **James Patrick Bonner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Susan M. Davies**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |

| | | |
|---|---|---|
| **Jasmine Jackman** | represented by | **James Patrick Bonner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Susan M. Davies**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Myasia Micki Laurence** | represented by | **James Patrick Bonner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Susan M. Davies**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Charnice Lowe** | represented by | **James Patrick Bonner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Susan M. Davies**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Charisma Lowe** | represented by | **James Patrick Bonner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Susan M. Davies**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Tammeka Lowe** | represented by | **James Patrick Bonner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Susan M. Davies**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Khalik Lowe** | represented by | **James Patrick Bonner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Susan M. Davies**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Lowe** represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Phillip Samuel Lowe** represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kerina Williams** represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mario Truglio**
*Personal Representative of the Estate of Michael A. Marti*
represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mario Truglio**
*Personal Representative of the Estate of Roger R. Marti*
represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosalie A. Marti** represented by **James Patrick Bonner**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Carlo Notaro**<br>*Individually;* | represented by | **James Patrick Bonner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Susan M. Davies**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Carlo Notaro**<br>*Personal Representative of the Estate of Daniel R. Notaro* | represented by | **James Patrick Bonner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Susan M. Davies**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Rosa Notaro** | represented by | **James Patrick Bonner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Susan M. Davies**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Rosaria Reneo** | represented by | **James Patrick Bonner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Susan M. Davies**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Lidia Kriso** | represented by | **James Patrick Bonner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Susan M. Davies**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| <u>**Plaintiff**</u> | | |
| **Ann Ferris**<br>*Individually;* | represented by | **James Patrick Bonner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Susan M. Davies**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Ann Ferris**<br>*Personal Representative of the Estate of Don Jerome Kauth* | represented by | **James Patrick Bonner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Susan M. Davies**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Marina Barbosa**<br>*Spouse of 9/11 Decedent Victor Daniel Barbosa* | represented by | **Marina Barbosa**<br>PRO SE |
| <u>**Plaintiff**</u> | | |
| **Nancy J. Booms**<br>*Parent of 9/11 Decedent Kelly Ann Booms* | represented by | **Nancy J. Booms**<br>PRO SE |
| <u>**Plaintiff**</u> | | |
| **Andrew W. Brunn**<br>*Parent of 9/11 Decedent Andrew C. Brunn* | represented by | **Andrew W. Brunn**<br>PRO SE |
| <u>**Plaintiff**</u> | | |
| **Erin Cain**<br>*Sibling of 9/11 Decedent George C. Cain* | represented by | **Erin Cain**<br>PRO SE |
| <u>**Plaintiff**</u> | | |
| **Daniel A. Cain, III**<br>*Sibling of 9/11 Decedent George C. Cain* | represented by | **Daniel A. Cain, III**<br>PRO SE |
| <u>**Plaintiff**</u> | | |
| **Ellen Callahan**<br>*Child of 9/11 Decedent Liam Callahan* | represented by | **Ellen Callahan**<br>PRO SE |
| <u>**Plaintiff**</u> | | |
| **Ellen Callahan**<br>*Child of 9/11 Decedent Liam Callahan* | represented by | **Ellen Callahan**<br>(See above for address)<br>PRO SE |
| <u>**Plaintiff**</u> | | |
| | represented by | |

**John Casazza**
*Child of 9/11 Decedent John Francis Casazza*

**Dennis G. Pantazis , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Ross Cherry**
*Child of 9/11 Decedent Stephen Patrick Cherry*
represented by **Peter Ross Cherry**
PRO SE

**Plaintiff**

**Brenden W. Cummins**
*Sibling of 9/11 Decedent Brian T. Cummins*
represented by **Brenden W. Cummins**
PRO SE

**Plaintiff**

**Martin J. Cummins, Jr.**
*Parent of 9/11 Decedent Brian T. Cummins*
*TERMINATED: 08/19/2024*
represented by **Martin J. Cummins, Jr.**
PRO SE

**Plaintiff**

**John L. Cummins**
*Sibling of 9/11 Decedent Brian T. Cummins*
represented by **John L. Cummins**
PRO SE

**Plaintiff**

**Martin J. Cummins, Jr.**
*Parent of 9/11 Decedent Brian T. Cummins*
*TERMINATED: 08/19/2024*
represented by **Martin J. Cummins, Jr.**
(See above for address)
PRO SE

**Plaintiff**

**Michael J. Cummins**
*Sibling of 9/11 Decedent Brian T. Cummins*
represented by **Michael J. Cummins**
PRO SE

**Plaintiff**

**Cathleen Dodge**
*Sibling of 9/11 Decedent James L. Connor*
represented by **Cathleen Dodge**
PRO SE

**Plaintiff**

**Lydeda Grant**
*Step−Child of 9/11 Decedent Johnnie Doctor, Jr.*
represented by **Lydeda Grant**
PRO SE

**Plaintiff**

**Maria Losito**
*Parent of 9/11 Decedent Andrew C. Brunn*
represented by **Maria Losito**
PRO SE

**Plaintiff**

**Nancy K. Nee**
*Sibling of 9/11 Decedent George C. Cain*
represented by **Nancy K. Nee**
PRO SE

**Plaintiff**

| | | |
|---|---|---|
| **Anthony P. Newsome**<br>*Step−Child of 9/11 Decedent Johnnie Doctor, Jr.* | represented by | **Anthony P. Newsome**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Christina Brunn Thomas**<br>*Sibling of 9/11 Decedent Andrew C. Brunn* | represented by | **Christina Brunn Thomas**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Hugh A. Chairnoff** | represented by | **James Patrick Bonner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Joseph Peter Drennan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Patrick Y McLane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Susan M. Davies**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Thomas Peter Donahue**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Hedda S. Chairnoff** | represented by | **James Patrick Bonner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Susan M. Davies**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Debra Guja**<br>*Individually* | represented by | **James Patrick Bonner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Susan M. Davies**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Debra Guja**<br>*as the Personal representative of the Estate of Geoffrey E. Guja* | represented by | **James Patrick Bonner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Larson** represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Taylor Luckett** represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephen Mathesen**
*individually, as surviving sibling of William A. Mathesen*
represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deborah Maloney**
*individually, as surviving sibling of William A. Mathesen*
represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen Schubert**
*individually, as surviving sibling of William A. Mathesen*
represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Alexandra Luckett** | represented by | **James Patrick Bonner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Susan M. Davies**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kathryn C. Luckett** | represented by | **James Patrick Bonner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Susan M. Davies**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Patricia Sarrantonio**<br>*individually, as surviving sibling of William A. Mathesen* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Vincent Joseph Tepedino** | represented by | **James Patrick Bonner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Susan M. Davies**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Isabel Nimbley** | represented by | **James Patrick Bonner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Susan M. Davies**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Nimbley** | represented by | **James Patrick Bonner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Susan M. Davies**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michele M. Nimbley** represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angel Anderson** represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Doe 40**
*being intended to designate the Personal Representative of the Estate of Robert G. McIlvaine, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdictio*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeffrey A. McIlvaine**
*individually, as surviving sibling of Robert G. McIlvaine*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Montanaro**
*surviving Spouse of Paul Montanaro Sr., Deceased;*

represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Phelan**
*surviving sibling of Thomas Phelan, Deceased;*

represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

| | | |
|---|---|---|
| **Roxanna Negrete**<br>*surviving Child of William A. Negrete, Deceased;* | | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Doris Otero**<br>*Personal Representative of the Estate of William Otero, Deceased;* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Stewart Negrete**<br>*surviving Child of William A. Negrete, Deceased;* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Joshua Knapp** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Don Koening** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Annihuska Negrete**<br>*surviving Child of William A. Negrete, Deceased;* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Korsch** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Israel Kortright** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Andrzej Korzep** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Cassandra Lee Carter**<br>*Child of 9/11 Decedent Dennis M. Johnson* | represented by | **Cassandra Lee Carter**<br>PRO SE |

**Plaintiff**

**Ewa Koszowska** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stanislav Kovac** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Norma R Negrete**
*Personal Representative of the Estate of William A. Negrete, Deceased;*
represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mathilda C. Conklin**
*Child of 9/11 Decedent Gary Paul Geidel*
represented by **Mathilda C. Conklin**
PRO SE

**Plaintiff**

**Andrzej Kowalski** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph V. Fersini, Sr.**
*Sibling of 9/11 Decedent Louis V. Fersini, Jr.*
represented by **Joseph V. Fersini, Sr.**
PRO SE

**Plaintiff**

**Kurt Kraft** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maureen Phillips**
*Personal Representative of the Estate of Raymond Phillips, Deceased;*
represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ashley E. Fodor**
*Child of 9/11 Decedent Michael N. Fodor*
represented by **Ashley E. Fodor**
PRO SE

**Plaintiff**

**Gregory Kranz** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eleanor Fox**
*Parent of 9/11 Decedent Jeffrey L. Fox*
represented by **Eleanor Fox**
PRO SE

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Bisambhar Kubair** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Thomas Kucer** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Stefania Kurpiewska** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Joseph LaBarbiera** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Nicholas Laboy** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Frieda Green**<br>*Sibling of 9/11 Decedent Louis V. Fersini, Jr.* | represented by | **Frieda Green**<br>PRO SE |
| **Plaintiff** | | |
| **Deborah Lagrasta** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Mathew Laird** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Patrick Lally** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **David Lampasone** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Ralph Lanoce** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Rosemary LaPorte** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Christine Hamilton**<br>*Child of 9/11 Decedent Robert Hamilton* | represented by | **Christine Hamilton**<br>PRO SE |
| **Plaintiff** | | |
| **Robert W. Hamilton, Jr.**<br>*Child of 9/11 Decedent Robert Hamilton* | represented by | **Robert W. Hamilton, Jr.**<br>PRO SE |
| **Plaintiff** | | |
| **Colleen Hardacre**<br>*Child of 9/11 Decedent Gerald Hardacre* | represented by | **Colleen Hardacre**<br>PRO SE |
| **Plaintiff** | | |
| **Matthew Herencia**<br>*Child of 9/11 Decedent Mary Herencia* | represented by | **Matthew Herencia**<br>PRO SE |
| **Plaintiff** | | |
| **Chantal Paultre**<br>*surviving Spouse of Jacques Paultre, Deceased;* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Eslyn Hernandez, Sr.** | represented by | **Eslyn Hernandez, Sr.**<br>PRO SE |
| **Plaintiff** | | |
| **Sargam Jain**<br>*Child of 9/11 Decedent Yudh V. Jain* | represented by | **Sargam Jain**<br>PRO SE |
| **Plaintiff** | | |
| **Vandna Jain**<br>*Child of 9/11 Decedent Yudh V. Jain* | represented by | **Vandna Jain**<br>PRO SE |
| **Plaintiff** | | |
| **William Negrete**<br>*surviving Child of the Estate of William A. Negrete, Deceased;* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| | represented by | |

| | | |
|---|---|---|
| **Richard A. Johnson**<br>*Sibling of 9/11 Decedent Dennis M. Johnson* | | **Richard A. Johnson**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Norma R Negrete**<br>*surviving Spouse of William A. Negrete, Deceased;* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jason A. Kershaw**<br>*Child of 9/11 Decedent Ralph Francis Kershaw* | represented by | **Jason A. Kershaw**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Chantal Paultre**<br>*Personal Representative of the Estate of Jacques Paultre, Deceased;* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kristin D. Kershaw**<br>*Child of 9/11 Decedent Ralph Francis Kershaw* | represented by | **Kristin D. Kershaw**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Marco Lascano** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Matthew A. Kershaw**<br>*Child of 9/11 Decedent Ralph Francis Kershaw* | represented by | **Matthew A. Kershaw**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Angel Lascano** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Noe Lasso** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Doris Otero**<br>*surviving Child of William Otero, Deceased;* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Elizabeth Kondratenko**<br>*Sibling of 9/11 Decedent Suzanne Kondratenko* | represented by | **Elizabeth Kondratenko**<br>PRO SE |

| | | |
|---|---|---|
| __Plaintiff__ | | |
| **George Latimer, Jr** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| __Plaintiff__ | | |
| **Josephine N. Ponger**<br>*Sibling of 9/11 Decedent Louis V. Fersini, Jr.* | represented by | **Josephine N. Ponger**<br>PRO SE |
| __Plaintiff__ | | |
| **Christopher Phelan**<br>*Personal Representative of the Estate of Thomas Phelan, Deceased;* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| __Plaintiff__ | | |
| **Maureen Nogan**<br>*surviving Spouse of Richard Nogan, Deceased;* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| __Plaintiff__ | | |
| **Edwin LaTorres** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| __Plaintiff__ | | |
| **Maureen Nogan**<br>*Personal Representative of the Estate of Richard Nogan, Deceased;* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| __Plaintiff__ | | |
| **Michael Lauria** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| __Plaintiff__ | | |
| **Donald Lavarge** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| __Plaintiff__ | | |
| **John Lawson** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| __Plaintiff__ | | |
| **Brenda Lazo** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Aishah Anderson** represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Leach** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Parks** represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Parks** represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carol Parks−Clancy** represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lauren Parks−Roubal** represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Davies**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Luke Jerome Larson**
*Individually*

represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Luke Jerome Larson**
*as personal representative of the Estate of Leroy E. Larson*

represented by **James Patrick Bonner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**George Leavey**

represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Keith Lebow**

represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael−Ange LeCorps**

represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Lecroy**

represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arlene Lee**

represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Lee**

represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Guilaine Leger−Vargas**

represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Leggio**

represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alan Leifer** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Levoi** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Lewis** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Willam Liamero** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Libecci** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Licata** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shirley Magee**
*as Personal Representative and/or Proposed Administrator of the Estate of Alfred Swanton, deceased*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shirley Magee**
*as the spouse of Alfred Swanton, deceased*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gennaro Licenziato** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Limandri** represented by **Kevin Shi Yi Wang**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Lippert** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**George Liropoulos** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Livingston** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Salvatore Lobello** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brenda Lockhart−Rivera** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Loen** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Loeffel** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Schutt** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martin Schwartz** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

| | | |
|---|---|---|
| **Nanette Scott**<br>*as the Personal Representative and/or Proposed Administrator of the Estate of Glenn Scott, deceased* | | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Nanette Scott**<br>*as the spouse of Glenn Scott, deceased* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Mary Ellen Scotto**<br>*as the Personal Representative and/or Proposed Administrator of the Estate of Frank Scotto, deceased* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Mary Ellen Scotto**<br>*as the spouse of Frank Scotto, deceased* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **William Loening** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Viktor Paslavskyy** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Robert Paszel** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jerzy Patalan** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **John Patane** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Milton Patterson** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Annette Patterson** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Patterson** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dean Pattona** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Pavese** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sherry Romano** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vincent Romano** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Luis Romero** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Rooney** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen Rosa** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Evelyn Rosado** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Rosado** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carmen Rosario** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anita Rosato** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Rose** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Rosmarino** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Rotolo** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Scott Roveto** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Rubenstrunk** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Rudolph** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Rudolph** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erik Ruiz** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melvin Russell** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roseann Russo** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Ryan** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Ryan** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Ryan** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Ryan** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Felipe Salcedo** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ramchal Seeteram** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Bryant Semenza** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Vincent Serapiglia** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Natalia Serna** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Angel Serrano** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Moises Serrano** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **John Sharkey** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Larry Sharpe** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Donna Shaw** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Scott Shaw** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Edward Sheehy** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Levie Shuemake** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**George P. Kousoulis**
*Sibling of 9/11 Decedent Danielle Kousoulis*
represented by **George P. Kousoulis**
PRO SE

**Plaintiff**

**Peter G. Kousoulis**
*Sibling of 9/11 Decedent Danielle Kousoulis*
represented by **Peter G. Kousoulis**
PRO SE

**Plaintiff**

**Drake D. Marshall**
*Child of 9/11 Decedent Shelly A. Marshall*
represented by **Drake D. Marshall**
PRO SE

**Plaintiff**

**Mark A. Yancey**
*Sibling of 9/11 Decedent Kathryn Laborie*
represented by **Mark A. Yancey**
PRO SE

**Plaintiff**

**Florela S. Yancey**
*Parent of 9/11 Decedent Kathryn Laborie*
represented by **Florela S. Yancey**
PRO SE

**Plaintiff**

**Joanne Licciardi**
*Parent of 9/11 Decedent Ralph M. Licciardi*
represented by **Joanne Licciardi**
PRO SE

**Plaintiff**

**Rosanne L. Spirito**
*Sibling of 9/11 Decedent Catherine Lisa Loguidice*
represented by **Rosanne L. Spirito**
PRO SE

**Plaintiff**

**Brian Terzian**
*Child of 9/11 Decedent Stephanie McKenna*
represented by **Brian Terzian**
PRO SE

**Plaintiff**

**Matthew J. Montesi**
*Child of 9/11 Decedent Michael G. Montesi*
represented by **Matthew J. Montesi**
PRO SE

**Plaintiff**

**Ian Montesi**
*Child of 9/11 Decedent Michael G. Montesi*
represented by **Ian Montesi**
PRO SE

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Ryan Montesi**<br>*Child of 9/11 Decedent Michael G. Montesi* | represented by | **Ryan Montesi**<br>PRO SE |
| **Plaintiff** | | |
| **Francis G. Murphy**<br>*Sibling of 9/11 Decedent James Thomas Murphy* | represented by | **Francis G. Murphy**<br>PRO SE |
| **Plaintiff** | | |
| **Mark E. Murphy**<br>*Sibling of 9/11 Decedent James Thomas Murphy* | represented by | **Mark E. Murphy**<br>PRO SE |
| **Plaintiff** | | |
| **Michael T. Murphy** | represented by | **Michael T. Murphy**<br>PRO SE |
| **Plaintiff** | | |
| **Anthony Siconolfi** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Joan P. Murphy−Wolf**<br>*Sibling of 9/11 Decedent James Thomas Murphy* | represented by | **Joan P. Murphy−Wolf**<br>PRO SE |
| **Plaintiff** | | |
| **Michael Sigault** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jon Sigismondi** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Mary Silvestri**<br>*as the Personal Representative and/or Proposed Administrator of the Estate of Domenick Silvestri, deceased* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Mary Silvestri**<br>*as the spouse of Domenick Silvestri, deceased* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jennifer Simanowitz**<br>*as the Personal Representative and/or Proposed Administrator of the Estate of* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY* |

| | | |
|---|---|---|
| *Michael Simanowitz, deceased* | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jennifer Simanowitz**<br>*as spouse of Michael Simanowitz, deceased* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Arthur Simms** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Simon** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Albert Singleton** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Terence Slane** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Diane V. Murphy−Boiven**<br>*Sibling of 9/11 Decedent James Thomas Murphy* | represented by | **Diane V. Murphy−Boiven**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Peter W. Negron**<br>*Child of 9/11 Decedent Pete Negron* | represented by | **Peter W. Negron**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Melissa Mil Pena**<br>*Child of 9/11 Decedent Angel R. Pena* | represented by | **Melissa Mil Pena**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Sara Jaye Pena**<br>*Child of 9/11 Decedent Angel R. Pena* | represented by | **Sara Jaye Pena**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Mary Ann Prokop**<br>*as surviving sibling of Terence M. Lynch, deceased* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Anne Marie Rini**<br>*as surviving spouse of Frank Rini,* | represented by | **James P. Kreindler**<br>(See above for address) |

*deceased* | | *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lawrence Small** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Smith** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nancy Smith**
*as the Personal Representative and/or Proposed Administrator of the Estate of Bradford Smith, deceased*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nancy Smith**
*as the spouse of Bradford Smith, deceased*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Juan Sonera** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carmine Somma** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Sorrentino** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hector Soto** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theresa Spano**
*as the Personal Representative and/or Proposed Administrator of the Estate of Stephen Spano, deceased*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**Theresa Spano**
*as the spouse of Stephen Spano, deceased*

**John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Spieler** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**NA BNY Mellon**
*as Personal Representatives of the Estate of Victor Hugo Paz Gutierrez, deceased*
represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maureen Phillips**
*surviving Spouse of Raymond Phillips, Decesed;*
represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Polychronakis**
*Personal Representative of the Estate of Minas Polychronakis, Deceased;*
represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Spinelli** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Spinelli** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Spruill Jr.** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hilliard Starke** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeffrey Stavitsky** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Charles Steed** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Eric Stern** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Valentine Stevens** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **James Stewart** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **John Stewart Jr.** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Joseph M. Stillitano** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jeanette Ruiz**<br>*Personal Representative of the Estate of Mario Torres, Deceased;* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Elizabeth Roman**<br>*surviving Spouse of Richard Lopez, Deceased;* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Elizabeth Roman**<br>*Personal Representative of the Estate of Richard Lopez, Deceased;* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jeanette Ruiz**<br>*surviving Spouse of Mario Torres, Deceased;* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Karen Reed**
*surviving Spouse of Matthew Reed, Decesed;*

represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sonia Agron**
*Individually*

represented by **Justin Timothy Green**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bruce Strausberg**

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sadie Strausberg**

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aine Stuttard**
*as the Personal Representative and/or Proposed Administrator of the Estate of Anne Corridan, deceased*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aine Stuttard**
*as child of Anne Corridan, deceased*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edgard Suarez**

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Sugrue**

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Sutton**

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Swannick**

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Sylvester** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Tadros** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Talarico** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Louis Balsamo**
*Individually*
represented by **Justin Timothy Green**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anne Salvador**
*surviving Child of Thomas Alfred Cleary, Deceased;*
represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Baumeister**
*Individually*
represented by **Justin Timothy Green**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Beck**
*Individually*
represented by **Justin Timothy Green**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nina Bell**
*Individually*
represented by **Justin Timothy Green**
(See above for address)
*LEAD ATTORNEY*

**Plaintiff**

**Mary P Ryan**
*Personal Representative of the Estate of Michael A. Ryan, Deceased;*
represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angelo Berardesca**
*Individually*
represented by **Justin Timothy Green**
(See above for address)
*LEAD ATTORNEY*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Joseph Dune** | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Genevieve Sharp**<br>*Personal Representative of the Estate of William Wesley Sharp IV, Deceased;* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **James P. Bodkin**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY* |
| **Plaintiff** | | |
| **Lee Dunninger** | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Anne Salvador**<br>*Personal Representative of the Estate of Thomas Alfred Cleary, Deceased;* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Frank Bonilla**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY* |
| **Plaintiff** | | |
| **Kathryn Bordonaro**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY* |
| **Plaintiff** | | |
| **Mary P Ryan**<br>*Surviving Spouse of Michael A. Ryan, Deceased;* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Richard Brady**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY* |

**Plaintiff**

| | | |
|---|---|---|
| **Maria Polychronakis**<br>*surviving Spouse of Minas Polychronakis, Deceased;* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **William Brennan**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY* |

**Plaintiff**

| | | |
|---|---|---|
| **Blanca Duque** | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Scarlyn Mejia**<br>*individually, as surviving child of Manuel E. Mejia* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Scarlyn Mejia**<br>*as the Personal Representative of the Estate of Manuel E. Mejia, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Manuel E. Mejia* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Ana Duran** | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Dolores Lara**<br>*individually, as surviving parent of Manuel E. Mejia* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Tallini** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Allan Tannenbaum** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Debora Tannenbaum** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ana I. Peguero−Miliano**
*individually, as surviving spouse of Manuel E. Mejia*
represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angelo Tanzi** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Darryl Taylor** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leonard L. Taylor** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Margaret Taylor**
*as the Personal Representative and/or Proposed Administrator of the Estate of Robert Taylor, deceased*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**Margaret Taylor**
*as spouse Robert Taylor, deceased*

**John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronald Taylor** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen Reed**
*Personal Representative of the Estate of Matthew Reed, Deceased;*
represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Teller** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Teraskiewicz** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Testa** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Bruno**
*Individually*
represented by **Justin Timothy Green**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Bruno**
*Individually*
represented by **Justin Timothy Green**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ralph Buchalter**
*Individually*
represented by **Justin Timothy Green**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anne Marie Rini**
*as Personal Representative of the Estate of Frank Rini, deceased*
represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Jacqueline Mejia Peguero**<br>*individually, as surviving child of Manuel E. Mejia* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jose Miguel Mejia Peguero**<br>*individually, as surviving child of Manuel E. Mejia* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Manuel E. Mejia Peguero**<br>*individually, as surviving child of Manuel E. Mejia* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John Doe 41**<br>*being intended to designate the Personal Representative of the Estate of Nurul Miah, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or hav* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **James Byrne**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jerome Smith**<br>*as surviving child of CeeCee Ross Lyles, deceased* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Sharif Chowdhury**<br>*as Personal Representative of the Estate of Shakila Yasmin, deceased, the late spouse of Nurul Miah* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ann Marie Striano**
*Personal Representative of thr Estate of Daniel Lopez, Deceased;*

represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Showkatara Sharif**
*as Personal Representative of the Estate of Shakila Yasmin, deceased, the late spouse of Nurul Miah*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bakul Miah**
*individually, as surviving sibling of Nurul Miah*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hans Cajuste**
*Individually*

represented by **Justin Timothy Green**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Olga Smith**
*Personal Representative of the Estate of Roy Smith, Deceased;*

represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jane Doe 42**
*being intended to designate the Personal Representative of the Estate of Philip D. Miller, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Genevieve Sharp**
*surviving Spouse of William Wesley Sharp IV, Deceased;*

represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Sheryl Miller Bechor**<br>*individually, as surviving child of Philip D. Miller* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Stephanie E Lang**<br>*individually, as surviving spouse of Andrew Fisher* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Alexander Greene**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Ethan Greenberg**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**John Michael Quinn**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Samantha Emily Smith**<br>(See above for address)<br>*TERMINATED: 04/29/2021*<br><br>**Stephen Wah**<br>(See above for address)<br>*TERMINATED: 11/10/2020*<br><br>**Vianny Maria Pichardo**<br>(See above for address)<br>*TERMINATED: 06/20/2020* |

**Plaintiff**

| | | |
|---|---|---|
| **Stephanie E Lang**<br>*as the Personal Representative of the Estate of Andrew Fisher, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Andrew Fisher* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Alexander Greene**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Ethan Greenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Michael Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samantha Emily Smith**
(See above for address)
*TERMINATED: 04/29/2021*

**Stephen Wah**
(See above for address)
*TERMINATED: 11/10/2020*

**Vianny Maria Pichardo**
(See above for address)
*TERMINATED: 06/20/2020*

**Plaintiff**

**Christina D Fisher**
*individually, as surviving sibling of Andrew Fisher*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marie E Fisher**
*individually, as surviving parent of Andrew Fisher*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria R Fisher**
*individually, as surviving sibling of Andrew Fisher*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nina Fisher**
*as Personal Representatives of the Estate of John F. Fisher, deceased, the late parent of Andrew Fisher*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Fisher**
*as Personal Representatives of the Estate of John F. Fisher, deceased, the late parent of Andrew Fisher*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Alayon**
*individually;*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eric Allen**
*individually;*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Neelam Silhi**
*Personal Representative of the Estate of Louis G. Bryan, Deceased;*

represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Abbatine**
*Individually;*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosa Abdou**
*Individually;*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rashid Abdullah**
*Individually;*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Welby Accely**
*Individually;*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Accurso**
*Individually;*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patsy Adovasio** *Individually;* — represented by **John Patrick Dearie** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Harry Adrien** *Individually;* — represented by **John Patrick Dearie** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Agel** *Individually;* — represented by **John Patrick Dearie** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Albano** *Individually;* — represented by **John Patrick Dearie** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Salvatore Alfarone** *Individually;* — represented by **John Patrick Dearie** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hassan Ali** *Personal Representative of the Estate of Annesha Khan* — represented by **John Patrick Dearie** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hassan Ali** *Personal Administrator of the Estate of Annesha Khan* — represented by **John Patrick Dearie** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rafaela Alsieux** *Individually;* — represented by **John Patrick Dearie** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Altieri** *Individually;* — represented by **John Patrick Dearie** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rebekah Altieri** *Individually;* — represented by **John Patrick Dearie** (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aurora Alvarez**
*Personal Representative of the Estate of Benjamin Cruz, deceased*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aurora Alvarez**
*Proposed Administrator of the Estate of Benjamin Cruz, deceased*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aniello Amodio**
*Individually;*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Franklin Anchahua**
*Individually;*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Anderson**
*Individually*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mortimer Anderson**
*Individually;*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Anderson, Jr.**
*Individually;*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Louis Angelone**
*Individually*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Suzanne Anselmo**
*Individually*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

| | | |
|---|---|---|
| **Harry Appel**<br>*Individually* | | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jaime Arturo**<br>*Individually;* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Mark Attanasia**<br>*Individually;* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Gail Assante**<br>*Individually;* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Anderson Atwater**<br>*Individually;* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jean L. Augustin**<br>*Individually;* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Thomas Bacchi**<br>*Individually* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Scott Baker**<br>*Individually;* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Gregory Banks**<br>*Individually;* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Edwin Thomas** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Maurice Thomas** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Percy Thomas** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theodore Thomas** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Thompson** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Thompson** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Oscar Thompson** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Thompson** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Thomsen** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marc Thrift** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Tilley** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Ralph Tisei** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Roberta Kellerman**<br>*Spouse of 9/11 Decedent Peter R. Kellerman* | represented by | **Roberta Kellerman**<br>PRO SE |
| **Plaintiff** | | |
| **Chelsea L. Thompson**<br>*as Personal Representative of the Estate of Perry Thompson, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Joann Meehan**<br>*Child of 9/11 Decedent Damian Meehan* | represented by | **Joann Meehan**<br>PRO SE |
| **Plaintiff** | | |
| **Joann Meehan**<br>*Spouse of 9/11 Decedent Damian Meehan* | represented by | **Joann Meehan**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Damian Meehan**<br>*Child of 9/11 Decedent Damian Meehan* | represented by | **Damian Meehan**<br>PRO SE |
| **Plaintiff** | | |
| **Glenna Rosenberg**<br>*Child of 9/11 Decedent Lloyd D. Rosenberg* | represented by | **Glenna Rosenberg**<br>PRO SE |
| **Plaintiff** | | |
| **Kaylee Rosenberg**<br>*Child of 9/11 Decedent Lloyd D. Rosenberg* | represented by | **Kaylee Rosenberg**<br>PRO SE |
| **Plaintiff** | | |
| **Samantha Rosenberg**<br>*Child of 9/11 Decedent Lloyd D. Rosenberg* | represented by | **Samantha Rosenberg**<br>PRO SE |
| **Plaintiff** | | |
| **Susan Wohlforth**<br>*Spouse of 9/11 Decedent Martin Wohlforth* | represented by | **Susan Wohlforth**<br>PRO SE |
| **Plaintiff** | | |
| **Charles G. Wolf**<br>*Spouse of 9/11 Decedent Katherine Wolf* | represented by | **Charles G. Wolf**<br>PRO SE |
| **Plaintiff** | | |

| | | |
|---|---|---|
| **Cella Woo−Yuen**<br>*Spouse of 9/11 Decedent Elkin Yuen* | represented by | **Cella Woo−Yuen**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Nicole Yuen**<br>*Child of 9/11 Decedent Elkin Yuen* | represented by | **Nicole Yuen**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Nancy Lynn Zuckerman**<br>*Spouse of 9/11 Decedent Alan J. Lederman* | represented by | **Nancy Lynn Zuckerman**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Alberto Figuereo** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jeremiah Moynihan** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Lorraine Toro**<br>*as Personal Representative and/or Proposed Administrator of the Estate of Zacarias Toro, deceased* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Lorraine Toro**<br>*as the Spouse of Zacarias Toro, deceased* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Lorraine Toro**<br>*Individually* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Ivan Torrence** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John Torriero** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John Towers** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Michael Trahan** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Trotta** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fernando Trujillo** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph J Tumminello** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Tymeck** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Uihlein, Jr.** represented by **Charles Uihlein, Jr.**
PRO SE

**Plaintiff**

**Kerri Viverito**
*as surviving sibling of Michael Vernon Kiefer, deceased*
represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Agnes Thanjan**
*surviving Spouse of Paul Thanjan, Deceased;*
represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Agnes Thanjan**
*Personal Representative of the Estate of Paul Thanjan, Deceased;*
represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ann Marie Striano**
*surviving Partner of Daniel Lopez, Deceased;*
represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Eva Bartels**<br>*Child of 9/11 decedent Carlton Bartels* | represented by | **Eva Bartels**<br>PRO SE |
| **Plaintiff** | | |
| **Jane Bartels**<br>*Spouse of 9/11 decedent Carlton Bartels* | represented by | **Jane Bartels**<br>PRO SE |
| **Plaintiff** | | |
| **James Tuohey**<br>*Personal Representative of the Estate of Coleen Tuohey, Deceased;* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Eileen Sommerlad**<br>*Personal Representative of the Estate of Charles Somerlad, Deceased;* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Ruth Valva**<br>*Personal Representative of the Estate of Victor Valva, Deceased;* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **James Tuohey**<br>*surviving Spouse of Coleen Tuohey, Deceased;* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Ali Uqdah** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Theresa Vail**<br>*as personal Representative and/or Proposed Administrator of the Estate of Joseph Vail. deceased* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Ruth Valva**<br>*surviving Spouse of Victor Valva, Deceased;* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Abigail R. Bosco**<br>*Child of 9/11 decedent Richard Edward Bosco* | represented by | **Abigail R. Bosco**<br>PRO SE |
| **Plaintiff** | | |
| | represented by | |

**Richard E. Bosco, Jr.**
*Child of 9/11 decedent Richard Edward Bosco*

**Richard E. Bosco, Jr.**
PRO SE

**Plaintiff**

**Jennifer Vaglica**
*surviving Spouse of Salvatore Vaglica, Deceased;*

represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Traci Bosco−Myhal**
*Spouse of 9/11 decedent Richard Edward Bosco*

represented by **Traci Bosco−Myhal**
PRO SE

**Plaintiff**

**Jennifer Vaglica**
*Personal Representative of the Estate of Salvatore Vaglica, Deceased;*

represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Neelam Silhi**
*surviving Spouse of Louis G. Bryan, Deceased;*

represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Olga Smith**
*surviving Spouse of Roy Smith, Deceased;*

represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yuko Clark**
*Spouse of 9/11 decedent Gregory A. Clark*

represented by **Yuko Clark**
PRO SE

**Plaintiff**

**Eileen Sommerlad**
*surviving Spouse of Charles Sommerlad, Deceased;*

represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julia Collins**
*Spouse of 9/11 decedent Thomas J. Collins*

represented by **Julia Collins**
PRO SE

**Plaintiff**

**Ildefonso A. Cua**
*Spouse of 9/11 decedent Grace Cua*

represented by **Ildefonso A. Cua**
PRO SE

**Plaintiff**

**Kurt Foster**
*Spouse of 9/11 decedent Claudia Foster*

represented by **Kurt Foster**
PRO SE

**Plaintiff**

| | | |
|---|---|---|
| **Helen Friedlander Del Sindaco**<br>*Spouse of 9/11 decedent Alan W. Friedlander* | represented by | **Helen Friedlander Del Sindaco**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Ingrid Lenihan**<br>*Spouse of 9/11 decedent Joseph A. Lenihan* | represented by | **Ingrid Lenihan**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Evan W. Lozier**<br>*Child of 9/11 decedent Garry W. Lozier* | represented by | **Evan W. Lozier**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Karoline E. Lozier**<br>*Child of 9/11 decedent Garry W. Lozier* | represented by | **Karoline E. Lozier**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Karoline E. Lozier**<br>*Child of 9/11 decedent Garry W. Lozier* | represented by | **Karoline E. Lozier**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Diane Miller**<br>*Spouse of 9/11 decedent Henry A. Miller, Jr.* | represented by | **Diane Miller**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Alexis Perez**<br>*Child of 9/11 decedent Anthony Perez* | represented by | **Alexis Perez**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Theresa Vail**<br>*as the spouse of oseph Vail. deceased* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Carlos Valdez** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Anthony Valentino** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Consuelo Vargas** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **David Vargas**<br>*Individually* | represented by | **John Patrick Dearie**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Perez** represented by **Anthony Perez**
*Child of 9/11 decedent Anthony Perez*
PRO SE

**Plaintiff**

**David Vargas** represented by **John Patrick Dearie**
*as Personal Representative and/or Proposed Administrator of the Estate of Sylvia Vargas, deceased*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Gola Perez** represented by **Mary Gola Perez**
*Spouse of 9/11 decedent Anthony Perez*
PRO SE

**Plaintiff**

**David Vargas** represented by **John Patrick Dearie**
*as the Sibling of Sylvia Vargas, deceased*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Seymour** represented by **James Seymour**
*Child of 9/11 decedent Jacqueline Norton*
PRO SE

**Plaintiff**

**Manuel Vasquez** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ruby Vega** represented by **Ruby Vega**
*Child of 9/11 decedent Peter Vega*
PRO SE

**Plaintiff**

**Michael Vazquez** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Salustio Velasco** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gabriel D Velasquez** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**Jasmine Victoria**
*Child of 9/11 decedent Celeste Torres−Victoria*

**Jasmine Victoria**
PRO SE

**Plaintiff**

**Ernest Velez** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Vereen** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victor Zuniga** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marie Villani** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Vollaro** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Harold Vonderlinden** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ernest Wade** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dennis Wagner** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alton Walker** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Herbert Walker** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jeff Walker** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Brian Wall** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **James Walsh** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Patricia Walsh** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Sheila Walters** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Evelyn Ward**<br>*as Personal Representative and/or Proposed Administrator of the Estate of William Ward, deceased* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Evelyn Ward**<br>*as the Spouse of William Ward, deceased* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **William Ward** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Warnock** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Jean L Washington** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Curtis Waxenberg** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Adam Waxman** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jeffrey Webb** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Marilyn Weinstein**<br>*as Personal Representative and/or Proposed Administrator of the Estate of Marvin Weinstein* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Marilyn Weinstein**<br>*as te Spouse of Marvin Weinstein, deceased* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **John Weldon** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Geraldine Wells** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Thomas Whalen** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Guy Wheeler** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Stephen Whelan** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daren White** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert J. White** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas White** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Garry Whitehead** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Madeline Wiebicke**
*as Personal Representative and/or Proposed Administrator of the Estate of Randy Wiebicke, deceased*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Madeline Wiebicke**
*as the Spouse of Randy Wiebicke, deceased*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth Wilkins** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Abraham Williams** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gene Williams** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Timothy Williams** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Williams** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diane Wilson**
*as Personal Representative ad/or Proposed Administrator of the Estate of Glass Wilson III, deceased*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Winski** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Woebcke** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Timothy Wolf** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Wolf** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter J Wolfinger** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Keisha Womack**
*as Personal Representative and/or Proposed Administrator of the Estate of Helen Richardson, deceased*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Keisha Womack**
*as te Child of Helen Richardson,*
represented by **John Patrick Dearie**
(See above for address)

| | | |
|---|---|---|
| *eceased* | | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Barbara Wood**<br>*as Personal Represenentative and/or Propsed Administrator of the Estate of Bernard Wood, deceased* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Reginald Woods** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Deborah Basham**<br>*Spouse of 9/11 decedent Alfred Todd Rancke* | represented by | **Deborah Basham**<br>PRO SE |
| **Plaintiff** | | |
| **Anthony Wozniak** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Gerardus Wynkoop** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Anthony J Yacopino** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Constantino Yodice** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jennifer E. Brady Ciezko**<br>*Spouse of 9/11 decedent David B. Brady* | represented by | **Jennifer E. Brady Ciezko**<br>PRO SE |
| **Plaintiff** | | |
| **Robert Zafonte** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kevin Zagorski** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roberto Zavala** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Josephine Zito** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Zito** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erin K. Brady** represented by **Erin K. Brady**
PRO SE

**Plaintiff**

**Andrea Zonder** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Howard Zonder** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Zuccaro** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Zuffante** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victor Zuniga** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Wood**
*as the Spouse of Bernard Wood, deceased*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Grace A. Brady**<br>*Child of 9/11 decedent David B. Brady* | represented by | **Grace A. Brady**<br>PRO SE |
| **Plaintiff** | | |
| **Mark R. Brady**<br>*Child of 9/11 decedent David B. Brady* | represented by | **Mark R. Brady**<br>PRO SE |
| **Plaintiff** | | |
| **Matthew D. Brady**<br>*Child of 9/11 decedent David B. Brady* | represented by | **Matthew D. Brady**<br>PRO SE |
| **Plaintiff** | | |
| **Erin Coughlin**<br>*Child of 9/11 decedent John G. Coughlin* | represented by | **Erin Coughlin**<br>PRO SE |
| **Plaintiff** | | |
| **Kayle Coughlin**<br>*Child of 9/11 decedent John G. Coughlin* | represented by | **Kayle Coughlin**<br>PRO SE |
| **Plaintiff** | | |
| **Patricia Coughlin**<br>*Spouse of 9/11 decedent John G. Coughlin* | represented by | **Patricia Coughlin**<br>PRO SE |
| **Plaintiff** | | |
| **Tara Coughlin**<br>*Child of 9/11 decedent John G. Coughlin* | represented by | **Tara Coughlin**<br>PRO SE |
| **Plaintiff** | | |
| **Amanda Deloughery**<br>*Child of 9/11 decedent Colleen Ann Deloughery* | represented by | **Amanda Deloughery**<br>PRO SE |
| **Plaintiff** | | |
| **Michael Deloughery**<br>*Spouse of 9/11 decedent Colleen Ann Deloughery* | represented by | **Michael Deloughery**<br>PRO SE |
| **Plaintiff** | | |
| **Michael Deloughery**<br>*Child of 9/11 decedent Colleen Ann Deloughery* | represented by | **Michael Deloughery**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Bettyann Martineau**<br>*Spouse of 9/11 decedent Brian E. Martineau* | represented by | **Bettyann Martineau**<br>PRO SE |
| **Plaintiff** | | |
| **Chelsea E. Martineau**<br>*Child of 9/11 decedent Brian E. Martineau* | represented by | **Chelsea E. Martineau**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Olga Merino**<br>*Spouse of 9/11 decedent George L. Merino* | represented by | **Olga Merino**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Amy Polmar**<br>*Spouse of 9/11 decedent Douglas Farnum* | represented by | **Amy Polmar**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Alfred Todd Rancke, II**<br>*Child of 9/11 decedent Alfred Todd Rancke* | represented by | **Alfred Todd Rancke, II**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Alexandra Robotham**<br>*Child of 9/11 decedent Michell L. Robotham* | represented by | **Alexandra Robotham**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Gabrielle S. Scauso**<br>*Child of 9/11 decedent Dennis Scauso* | represented by | **Gabrielle S. Scauso**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Janlyn Scauso**<br>*Spouse of 9/11 decedent Dennis Scauso* | represented by | **Janlyn Scauso**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Juliette L. Scauso**<br>*Child of 9/11 decedent Dennis Scauso* | represented by | **Juliette L. Scauso**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Kerry Campbell**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Richard Cheek**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **William J. Chilson**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Christopher Ciccotelli**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

represented by

| | | |
|---|---|---|
| **Brendan Connolly**<br>*Individually* | | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kenneth Deering**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Doug Dellilo**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Dominick Dimino**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John Dorn**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Thomas Droppa**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Mark Drummond**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John Farrell**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Emily Danz**<br>*Child of 9/11 decedent Vincent Danz* | represented by | **Emily Danz**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Winfred Danz**<br>*Child of 9/11 decedent Vincent Danz* | represented by | **Winfred Danz**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Angela Danz−Donohue**<br>*Spouse of 9/11 decedent Vincent Danz* | represented by | **Angela Danz−Donohue**<br>PRO SE |

**Plaintiff**

**Matthew Dean** represented by **Matthew Dean**
*Child of 9/11 decedent William Dean*
PRO SE

**Plaintiff**

**Patricia Dean** represented by **Patricia Dean**
*Spouse of 9/11 decedent William Dean*
PRO SE

**Plaintiff**

**Patricia Dean** represented by **Patricia Dean**
*Parent and legal guardian on behalf of C.A.D., minor child of 9/11 decedent William Dean*
(See above for address)
PRO SE

**Plaintiff**

**Catherine Flyzik** represented by **Catherine Flyzik**
*Personal representative of the Estate of Mark Flyzik, deceased sibling of 9/11 decedent Carol Flyzik*
PRO SE

**Plaintiff**

**Janet Flyzik** represented by **Janet Flyzik**
*Personal representative of the Estate of Charles A. Flyzik, deceased*
PRO SE

**Plaintiff**

**Aidan Fontana** represented by **Aidan Fontana**
*Child of 9/11 decedent David J. Fontana*
PRO SE

**Plaintiff**

**Vincent Anastasio** represented by **Daniel O. Rose**
*Individually;*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marian Fontana** represented by **Marian Fontana**
*Spouse of 9/11 decedent David J. Fontana*
PRO SE

**Plaintiff**

**Mercedes Arazoza** represented by **Daniel O. Rose**
*Individually;*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ebenezer Asamoah** represented by **Daniel O. Rose**
*Individually;*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Denise Benson** represented by **Daniel O. Rose**
*Individually;*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Owen Brosnan**<br>*Individually;* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John F. Gregory**<br>*Personal representative of the Estate of John Gregory, deceased parent of 9/11 decedent Florence M. Gregory* | represented by | **John F. Gregory**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Miguel Carrasco**<br>*Individually;* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John F. Gregory**<br>*Personal representative of the Estate of Florence Gregory, deceased parent of 9/11 decedent Florence M. Gregory* | represented by | **John F. Gregory**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Chao Zhuo Chen**<br>*Individually;* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Haydee C. Lillo**<br>*Spouse of 9/11 decedent Carlos Lillo* | represented by | **Haydee C. Lillo**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jin Mei Chen**<br>*Individually;* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Cheung Ho Cheng**<br>*Individually;* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kam Chiu Cheng**<br>*Individually;* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Ting Cheng**<br>*Individually;* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Liza Chiu**<br>*Individually;* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Thomas Coyle**<br>*Individually;* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Derek A. McCrann**<br>*Child of 9/11 decedent Charles A. McCrann* | represented by | **Derek A. McCrann**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **James Curry**<br>*Individually;* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Marash Dedvukaj**<br>*Individually;* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Dayananda Deonarine**<br>*Individually;* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Joseph Diep**<br>*Individually;* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jared Dobrin**<br>*Individually;* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Ousmane Doumbia**<br>*Individually;* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Michelle Mccrann**<br>*Spouse of 9/11 decedent Charles A. McCrann* | represented by | **Michelle Mccrann**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Natalia Filatova**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Sgt. Gerald Fitzpatrick**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Fulco**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John Furlong**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **David Garmendia**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Barbara Rosenblum**<br>*Personal representative of the Estate of Jason Rosenblum, deceased parent of 9/11 decedent Andrew I. Rosenblum* | represented by | **Barbara Rosenblum**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Melvyn Dunkley**<br>*Individually;* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **James Giacopasi**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John Emilio**<br>*Individually;* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kim Statkevicus**<br>*Spouse of 9/11 decedent Derek J. Statkevicus* | represented by | **Kim Statkevicus**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Ryan Fanning**<br>*Individually;* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kim Statkevicus**<br>*Parent and legal guardian on behalf of T.S., minor child of 9/11 decedent Derek J. Statkevicus* | represented by | **Kim Statkevicus**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Evangeline Galing**<br>*Individually;* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kim Statkevicus**<br>*Parent and legal guardian on behalf of D.C.S., minor child of 9/11 decedent Derek J. Statkevicus* | represented by | **Kim Statkevicus**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **May Gu**<br>*Individually;* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Diego Guerrero**<br>*Individually;* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Robert Heitz**<br>*Individually;* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kimberly Trudel**<br>*Spouse of 9/11 decedent Frederick Rimmele, III* | represented by | **Kimberly Trudel**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Consuelo Velazquez**<br>*Spouse of 9/11 decedent Jorge Velazquez* | represented by | **Consuelo Velazquez**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jorge Velazquez, Jr.**<br>*Child of 9/11 decedent Jorge Velazquez* | represented by | **Jorge Velazquez, Jr.**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Marilyn Velazquez**<br>*Child of 9/11 decedent Jorge Velazquez* | represented by | **Marilyn Velazquez**<br>PRO SE |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Steven Velazquez**<br>*Child of 9/11 decedent Jorge Velazquez* | represented by | **Steven Velazquez**<br>PRO SE |
| **Plaintiff** | | |
| **Donald Giblin**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Irene Gillette**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lawrence Glazer**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Thomas Gonzalez**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Walter Goodenough**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kenneth Gunther**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Joseph Gutierrez**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Leanne Huang**<br>*Individually;* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Brian Halloran**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **York Moi Huang**<br>*Individually;* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Eugene Henderson**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Xiao Hong Hui**<br>*Individually;* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Beatrice Ionescu**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Anthony Iorio**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Soner Isbilir**<br>*Individually;* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Patrice Jean−Baptiste**<br>*Individually;* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Robert Johanson**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **David Johnson**<br>*Individually;* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Bashu Khper−El**<br>*Individually;* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Eugene Kosolapov**
*Individually;*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dennis Kennedy**
*Individually*

represented by **Justin Timothy Green**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shiu Ling Ng Lam**
*Individually;*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Knabble**
*Individually*

represented by **Justin Timothy Green**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Francis Lau**
*Individually;*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Knoop**
*Individually*

represented by **Justin Timothy Green**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mei King Ng Lee**
*Individually;*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tak Yee Lee**
*Individually;*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosa Leggett**
*Individually*

represented by **Justin Timothy Green**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yen Lee**
*Individually;*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dianne Lessane**
*Individually;*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gen Lu**
*Individually;*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian MacMahon**
*Individually;*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sharif Maiga**
*Individually;*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Genaro Maldonado**
*Individually;*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victor Maldonado**
*Individually;*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Albert Maniscalco**
*Individually;*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anjella Matatova**
*Individually;*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Win Maung**
*Individually;*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alexander Sinyavsky**
*Individually;*

represented by **Daniel O. Rose**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Morales**
*Individually;*
represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martin Strickland**
*Individually;*
represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carlos Pantoja**
*Individually;*
represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Betty Wilkinson−Ghatt**
*Individually;*
represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Saul Shum**
*Individually;*
represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Trevor Morris**
*Individually;*
represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Olasupo Shobande**
*Individually;*
represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Yung**
*Individually;*
represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Sun**
*Individually;*
represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**Ana Santana**
*Individually;*

**Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Monfort**
*Individually;*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mekael Zebulon**
*Individually;*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Wallace**
*Individually;*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Sanchez**
*Individually;*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Regla Montalvo**
*Individually;*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristof Sliwinski**
*Individually;*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Walker**
*Individually;*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeremiah Wholey**
*Individually;*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Isabel Salinas**
*Individually;*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eranga Pieris**
*Individually;*
represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Evelyn Perez**
*Individually;*
represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yuk Fun Tsang**
*Individually;*
represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marcello Pascalino**
*Individually;*
represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Juliana Sanchez**
*Individually;*
represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Niguel Pinnock**
*Individually;*
represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Flora Wu**
*Individually;*
represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Juan Ortiz**
*Individually;*
represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raul Rodriguez**
*Individually;*
represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ivory White**
*Individually;*
represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Sze Yee Lee Tom**<br>*Individually;* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Humberto Prada**<br>*Individually;* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jaime Seto−Yee**<br>*Individually;* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Lori Ann Arczynski**<br>*Spouse of 9/11 decedent Michael G. Arczynski* | represented by | **Lori Ann Arczynski**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Rodney Callum**<br>*Personal representative of the Estate of Chester Callum, deceased parent of 9/11 decedent Michell L. Robotham* | represented by | **Rodney Callum**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Marianne Deluca**<br>*Child of 9/11 decedent Kathleen A. Nicosia* | represented by | **Marianne Deluca**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Lori Fletcher**<br>*Spouse of 9/11 decedent Andre Fletcher* | represented by | **Lori Fletcher**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Francine Gallagher**<br>*Parent and legal guardian on behalf of J.G., minor child of 9/11 decedent John P. Gallagher* | represented by | **Francine Gallagher**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Francine Gallagher**<br>*Parent and legal guardian on behalf of J.G., minor child of 9/11 decedent John P. Gallagher* | represented by | **Francine Gallagher**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Andrew A. Gardner**<br>*Child of 9/11 decedent William A. Gardner* | represented by | **Andrew A. Gardner**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Elisabet Gardner**<br>*Spouse of 9/11 decedent William A.* | represented by | **Elisabet Gardner**<br>PRO SE |

*Gardner*

**Plaintiff**

| | | |
|---|---|---|
| **Lawrence Giugliano**<br>*Spouse of 9/11 decedent Cynthia Giugliano* | represented by | **Lawrence Giugliano**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Rachel W. Goodrich**<br>*Spouse of 9/11 decedent Peter Goodrich* | represented by | **Rachel W. Goodrich**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Holly O'Neill**<br>*Spouse of 9/11 decedent Sean G.C. O'Neill* | represented by | **Holly O'Neill**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Holly O'Neill**<br>*Parent and legal guardian on behalf of S.S.O., minor child of 9/11 decedent Sean G.C. O'Neill* | represented by | **Holly O'Neill**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Sampath Pakkala**<br>*Spouse of 9/11 decedent Deepa Pakkala* | represented by | **Sampath Pakkala**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Sophie Pelletier−Martinelli**<br>*Spouse of 9/11 decedent Michel Pelletier* | represented by | **Sophie Pelletier−Martinelli**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Sophie Pelletier−Martinelli**<br>*Parent and legal guardian on behalf of N.P., minor child of 9/11 decedent Michel Pelletier* | represented by | **Sophie Pelletier−Martinelli**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Mary Ann Rand** | represented by | **Mary Ann Rand**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Paul Remenschneider**<br>*Personal Representative of the Estate of Linda Wodenshek Remenschneider, deceased sibling of 9/11 decedent Christopher Wodenshek* | represented by | **Paul Remenschneider**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Abigail R. Shea**<br>*Child of 9/11 decedent Daniel J. Shea* | represented by | **Abigail R. Shea**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Colin M. Shea**<br>*Child of 9/11 decedent Daniel J. Shea* | represented by | **Colin M. Shea**<br>PRO SE |

**Plaintiff**

**Ellen Shea**
*Spouse of 9/11 decedent Daniel J. Shea*
represented by **Ellen Shea**
PRO SE

**Plaintiff**

**Margaret J. Shea**
*Child of 9/11 decedent Daniel J. Shea*
represented by **Margaret J. Shea**
PRO SE

**Plaintiff**

**Tierney Tramontozzi**
*Spouse of 9/11 decedent Kevin Frawley*
represented by **Tierney Tramontozzi**
PRO SE

**Plaintiff**

**David Ziminski**
*Spouse of 9/11 decedent Ivelin Ziminski*
represented by **David Ziminski**
PRO SE

**Plaintiff**

**Madeleine A. Zuccala**
*Spouse of 9/11 decedent Joseph J. Zuccala*
represented by **Madeleine A. Zuccala**
PRO SE

**Plaintiff**

**Nathan G. Bradshaw**
*Child of 9/11 decedent Sandra W. Bradshaw*
represented by **Nathan G. Bradshaw**
PRO SE

**Plaintiff**

**Philip G. Bradshaw**
*Spouse of 9/11 decedent Sandra W. Bradshaw*
represented by **Philip G. Bradshaw**
PRO SE

**Plaintiff**

**Shenan M. Bradshaw**
*Stepchild of 9/11 decedent Sandra W. Bradshaw*
represented by **Shenan M. Bradshaw**
PRO SE

**Plaintiff**

**Warren Colodner**
*Spouse of 9/11 decedent Patricia Colodner*
represented by **Warren Colodner**
PRO SE

**Plaintiff**

**Alexis Colon**
*Child of 9/11 decedent Sol E. Colon*
represented by **Alexis Colon**
PRO SE

**Plaintiff**

**Benito Colon**
*Spouse of 9/11 decedent Sol E. Colon*
represented by **Benito Colon**
PRO SE

**Plaintiff**

**Shayla Colon**
*Child of 9/11 decedent Sol E. Colon*
represented by **Shayla Colon**
PRO SE

**Plaintiff**

**Gail Eagleson**
*Spouse of 9/11 decedent John B. Eagleson*
represented by **Gail Eagleson**
PRO SE

**Plaintiff**

**Timothy Eagleson** represented by **Timothy Eagleson**
*Child of 9/11 decedent John B. Eagleson*
PRO SE

**Plaintiff**

**Roxann Giordano** represented by **Roxann Giordano**
*Spouse of 9/11 decedent John Giordano*
PRO SE

**Plaintiff**

**Susan Hutchins** represented by **Susan Hutchins**
*Parent of 9/11 decedent Kevin Colbert*
PRO SE

**Plaintiff**

**Christopher Pascuma** represented by **Christopher Pascuma**
*Child of 9/11 decedent Michael J. Pascuma Jr.*
PRO SE

**Plaintiff**

**Linda Pascuma** represented by **Linda Pascuma**
*Spouse of 9/11 decedent Michael J. Pascuma*
PRO SE

**Plaintiff**

**Michael Pascuma** represented by **Michael Pascuma**
*Child of 9/11 decedent Michael J. Pascuma Jr.*
PRO SE

**Plaintiff**

**Helen Pfeifer** represented by **Helen Pfeifer**
*Parent of 9/11 decedent Kevin Pfeifer*
PRO SE

**Plaintiff**

**William Pfeifer** represented by **William Pfeifer**
*Parent of 9/11 decedent Kevin Pfeifer*
PRO SE

**Plaintiff**

**Akiko Takahashi** represented by **Akiko Takahashi**
*Child of 9/11 decedent Keiichiro Takahashi*
PRO SE

**Plaintiff**

**Harumi Takahashi** represented by **Harumi Takahashi**
*Spouse of 9/11 decedent Keiichiro Takahashi*
PRO SE

**Plaintiff**

**Alexander T. Uman** represented by **Alexander T. Uman**
*Child of 9/11 decedent Jonathan Uman*
PRO SE

**Plaintiff**

**Julie Uman** represented by **Julie Uman**
*Spouse of 9/11 decedent Jonathan Uman*
PRO SE

**Plaintiff**

**Yun Yi Zheng** represented by **Yun Yi Zheng**
*Spouse of 9/11 decedent Raymond Kui Fai Kwok*
PRO SE

**Plaintiff**

**Charles Berkeley**
*Parent of 9/11 Decedent Graham A. Berkeley*
represented by **Charles Berkeley**
PRO SE

**Plaintiff**

**Pauline Berkeley**
*Parent of 9/11 Decedent Graham A. Berkeley*
represented by **Pauline Berkeley**
PRO SE

**Plaintiff**

**Bobby Griffin**
*Spouse of 9/11 Decedent Tawanna Griffin*
represented by **Bobby Griffin**
PRO SE

**Plaintiff**

**Donna Hickey**
*Spouse of 9/11 Decedent Brian C. Hickey*
represented by **Donna Hickey**
PRO SE

**Plaintiff**

**Mary Ill**
*Spouse of 9/11 Decedent Frederick J. Ill Jr.*
represented by **Mary Ill**
PRO SE

**Plaintiff**

**Joy Johnston**
*Parent of 9/11 Decedent William Johnston, Jr.*
represented by **Joy Johnston**
PRO SE

**Plaintiff**

**William Johnston**
*Parent of 9/11 Decedent William Johnston, Jr.*
represented by **William Johnston**
PRO SE

**Plaintiff**

**Natalya Loginova**
*Spouse of 9/11 Decedent Alexey*
represented by **Natalya Loginova**
PRO SE

**Plaintiff**

**Sharri Maio**
*Spouse of 9/11 Decedent Joseph Maio*
represented by **Sharri Maio**
PRO SE

**Plaintiff**

**Joanna Ostrowski**
*Spouse of 9/11 Decedent James Ostrowsk*
represented by **Joanna Ostrowski**
PRO SE

**Plaintiff**

**Theresa Regan**
*Parent of 9/11 Decedent Donald J. Regan*
represented by **Theresa Regan**
PRO SE

**Plaintiff**

**Jennifer Reilly**
*Spouse of 9/11 Decedent Kevin O. Reilly*
represented by **Jennifer Reilly**
PRO SE

**Plaintiff**

**Vivian Reuben** represented by **Vivian Reuben**
*Spouse of 9/11 Decedent Todd Reuben* PRO SE

**Plaintiff**

**Vasiliy Rijov** represented by **Vasiliy Rijov**
*Spouse of 9/11 Decedent Tatiana Ryjova* PRO SE

**Plaintiff**

**Alexander Santora** represented by **Alexander Santora**
*Parent of 9/11 Decedent Christopher Santora* PRO SE

**Plaintiff**

**Maureen Santora** represented by **Maureen Santora**
*Parent of 9/11 Decedent Christopher Santora* PRO SE

**Plaintiff**

**Stephen Saucedo** represented by **Stephen Saucedo**
*Sibling of 9/11 Decedent Gregory Saucedo* PRO SE

**Plaintiff**

**Dena Smagala** represented by **Dena Smagala**
*Spouse of 9/11 Decedent Stanley S. Smagala, Jr.* PRO SE

**Plaintiff**

**Carmen Suarez** represented by **Carmen Suarez**
*Spouse of 9/11 Decedent Ramon Suarez* PRO SE

**Plaintiff**

**Barbara Ann Swat** represented by **Barbara Ann Swat**
*Spouse of 9/11 Decedent Gerald T. Atwood* PRO SE

**Plaintiff**

**Laura Weinberg** represented by **Laura Weinberg**
*Spouse of 9/11 Decedent Richard A. Aronow* PRO SE

**Plaintiff**

**Christopher Apostol** represented by **Christopher Apostol**
*Child of 9/11 decedent Faustino Apostol, Jr.* PRO SE

**Plaintiff**

**Scott Ryan** represented by **Scott Ryan**
*Sibling of 9/11 decedent Jonathan S. Ryan* PRO SE

**Plaintiff**

**James Ryan** represented by **James Ryan**
*Sibling of 9/11 decedent Jonathan S. Ryan* PRO SE

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Cornelio Valerio**<br>*Individually;* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Maria Salas**<br>*Individually;* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Marlyn Weeks−Taylor**<br>*Individually;* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Joseph Unelus**<br>*Individually;* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Ronnie M. Siu**<br>*Individually;* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Calixto Vargas**<br>*Individually;* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Reginald Lewis**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **King Wai Yam**<br>*Individually;* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Luis Lorenzo**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Dinesh Ramphal**<br>*Individually;* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bernice Machin** represented by **Justin Timothy Green**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Trovato** represented by **Daniel O. Rose**
*Individually;*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hector Sanchez** represented by **Daniel O. Rose**
*Individually;*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jesus Puntiel** represented by **Daniel O. Rose**
*Individually;*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eugenio Morales** represented by **Daniel O. Rose**
*Individually;*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Perry Natale** represented by **Daniel O. Rose**
*Individually;*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kin Yip Yu** represented by **Daniel O. Rose**
*Individually;*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronald Torres** represented by **Daniel O. Rose**
*Individually;*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Ortiz** represented by **Paul Ortiz**
*Individually;*
PRO SE

**Plaintiff**

**John Fisher** represented by **Bruce Elliot Strong**
*Individually, as surviving sibling of Andrew Fisher*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nina A Fisher**
*Individually, as surviving sibling of Andrew Fisher*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Fisher**
*Individually, as surviving sibling of Andrew Fisher*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Catherine A Chiola**
*Individually, as surviving sibling of John Roger Fisher*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Catherine A Chiola**
*as the Personal Representative of the Estate of John Roger Fisher, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Roger Fisher*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Evan H Fisher**
*Individually, as surviving child of John Roger Fisher*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ryan P Fisher**
*individually, as surviving child of John Roger Fisher*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frederick Mallett**
*Individually*

represented by **Justin Timothy Green**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vito Mastandrea**
*Individually*

represented by **Justin Timothy Green**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bridget E Fisher**
*individually, as surviving child of John Roger Fisher*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ralph Mastrantonio**
*Individually*

represented by **Justin Timothy Green**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Regina Matson**
*Individually*

represented by **Justin Timothy Green**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James McCann, Sr.**
*Individually*

represented by **Justin Timothy Green**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Det. Peter McMahon**
*Individually*

represented by **Justin Timothy Green**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Montaruli**
*Individually*

represented by **Justin Timothy Green**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Luis Morales** represented by **Justin Timothy Green**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michele Morales** represented by **Justin Timothy Green**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Mos** represented by **Justin Timothy Green**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cheryl Mueller** represented by **Justin Timothy Green**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Munley** represented by **Justin Timothy Green**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Murphy** represented by **Justin Timothy Green**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mahmound Nakeeb** represented by **Justin Timothy Green**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maureen Newland−Francis** represented by **Justin Timothy Green**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David J. Olsen** represented by **Justin Timothy Green**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

| | | |
|---|---|---|
| **Daniel O'Shea**<br>*Individually* | | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **James Padula**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Susan Pallarino**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Michael Peters**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Thomas Pfister**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Frank Reilly**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Oscar Rios**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Albert Rodriguez**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Mark Rosenbaum**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Kyle Fisher**<br>*individually, as surviving child of John Roger Fisher* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| | | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **George Ross**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Joseph Russo**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Tammy Sabbagh**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Frank Salzano**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Doreen Saunders**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Joseph Schiralli**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Melissa Ann Barrett**<br>*Sibling of 9/11 Decedent John Wayne Wright, III* | represented by | **Melissa Ann Barrett**<br>PRO SE |
| **Plaintiff** | | |
| **Louisa H. Fisher**<br>*Child of 9/11 Decedent Bennett Lawson Fisher* | represented by | **Louisa H. Fisher**<br>PRO SE |
| **Plaintiff** | | |
| **Robert Giallombardo**<br>*Step−Parent of 9/11 Decedent Paul Richard Salvio* | represented by | **Robert Giallombardo**<br>PRO SE |
| **Plaintiff** | | |
| **Susan Salvo Glick**<br>*Child of 9/11 Decedent Samuel Robert* | represented by | **Susan Salvo Glick**<br>PRO SE |

*Salvo, Jr.*

**Plaintiff**

| | | |
|---|---|---|
| **Donald William Hughes**<br>*Sibling of 9/11 Decedent Paul Rexford Hughes* | represented by | **Donald William Hughes**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Catherine Masak** | represented by | **Catherine Masak**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Nicole McCabe**<br>*Child of 9/11 Decedent Jeffrey J. Shaw* | represented by | **Nicole McCabe**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Melissa McGrath**<br>*Sibling of 9/11 Decedent Michael A. Uliano* | represented by | **Melissa McGrath**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Kathleen O'Hara**<br>*Sibling of 9/11 Decedent James J. Straine, Jr.* | represented by | **Kathleen O'Hara**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Rodney M. Ratchford, Jr.**<br>*Child of 9/11 Decedent Marsha Ratchord* | represented by | **Rodney M. Ratchford, Jr.**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Antonio I. Rivera**<br>*Child of 9/11 Decedent Isaias Rivera* | represented by | **Antonio I. Rivera**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Lisa A. Roberts**<br>*Sibling of 9/11 Decedent Michael E. Roberts* | represented by | **Lisa A. Roberts**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Erin N Siegel**<br>*individually, as surviving child of John Roger Fisher* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Tina M Fisher**<br>*individually, as surviving sibling of John Roger Fisher* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Robert Salvo**
*Child of 9/11 Decedent Samuel Robert Salvo, Jr.*

represented by **David Robert Salvo**
PRO SE

**Plaintiff**

**Shari Florio**
*individually, as surviving spouse of John J. Florio*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brielle Marie Saracini**
*Child of 9/11 Decedent Victor J. Saracini*

represented by **Brielle Marie Saracini**
PRO SE

**Plaintiff**

**Kirsten Anne Saracini**
*Child of 9/11 Decedent Victor J. Saracini*

represented by **Kirsten Anne Saracini**
PRO SE

**Plaintiff**

**Shari Florio**
*as the Personal Representative of the Estate of John J. Florio, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jon J. Florio*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alexis Goody−Harding**
*individually, as surviving child of Harry Goody*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janet Baronian**
*individually, as surviving sibling of Edward J. Geraghty*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frances McCarthy**
*individually, as surviving sibling of Kevin Frawley*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laurie Pater**
*as the Personal Representative of the Estate of Stephen M. Fogel, deceased, and on behalf of all survivords and all legally entitled beneficiaries and family members of Stephen M. Fogel*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Allen Freeman**
*individually, as surviving parent of Tamitha Freeman*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen Hamorsky**
*individually, as surviving sibling of Stephen M. Fogel*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna Struzzieri**
*as Personal Representative of the Estate of Alice Gary, deceased, the late parent of Bruce Gary*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deepa R Gopu**
*as the Personal Representative of the Estate of Kiran Kumar Reddy Gopu, deceased, and on behalf of all survivors and all legally entitled beneficiaries*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| *and family members of Kiran Jumar Reddy Gopu* | | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Daniel Frawley**<br>*individually, as surviving sibling of Kevin Frawley* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **David Fogel**<br>*individually, as surviving sibling of Stephen M. Fogel* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Corina Murillo**<br>*individually, as surviving parent of Mauricio Gonzalez* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Brenda S Goody**<br>*as the Personal Representative of the Estate of Harry Goody, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Harry Goody* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Carl Stallworth**<br>*Sibling of 9/11 Decedent Marsha Ratchford* | represented by | **Carl Stallworth**<br>PRO SE |
| **Plaintiff** | | |
| **Laurie Vigeant**<br>*individually, as surviving sibling of Jeffrey J. Giordano* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roosevelt Stallworth, Jr.** represented by **Roosevelt Stallworth, Jr.**
*Sibling of 9/11 Decedent Marsha Ratchford*
PRO SE

**Plaintiff**

**Diane Scognamiglio−Dingman** represented by **Justin Timothy Green**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Sotelo** represented by **Justin Timothy Green**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wayne Stefani, Jr.** represented by **Wayne Stefani, Jr.**
*Sibling of 9/11 Decedent Nicole Carol Miller*
PRO SE

**Plaintiff**

**Edward Thompson** represented by **Justin Timothy Green**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Paul Talty** represented by **John Paul Talty**
*Sibling of 9/11 Decedent Paul Talty*
PRO SE

**Plaintiff**

**Glenn Tomasello** represented by **Justin Timothy Green**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sheila Trachtenberg** represented by **Justin Timothy Green**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Tynan** represented by **Justin Timothy Green**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael J. Chan** represented by **Michael J. Chan**
*Child of 9/11 Decedent Charles L. Chan*
PRO SE

**Plaintiff**

| | | |
|---|---|---|
| **Michael Van Elswyk**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Joseph Vogelsang**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Peter Volpe**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Teresa Waddell−Perkins**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Devon Walters**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Debra Giordano**<br>*individually, as surviving sibling of Jeffrey J. Giordano* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John Warlikowski**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Paul Wasielewski**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Thomas Westman**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Steven Wiesner**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Brenda S Goody**<br>*individually, as surviving spouse of Harry Goody* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Michael Geis**<br>*individually, as surviving sibling of Julie M. Geis* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Brian Cosgrove**<br>*Child of 9/11 Decedent Kevin M. Cosgrove* | represented by | **Brian Cosgrove**<br>PRO SE |
| **Plaintiff** | | |
| **Claire M. Cosgrove**<br>*Child of 9/11 Decedent Kevin M. Cosgrove* | represented by | **Claire M. Cosgrove**<br>PRO SE |
| **Plaintiff** | | |
| **Elizabeth M. Cosgrove**<br>*Child of 9/11 Decedent Kevin M. Cosgrove* | represented by | **Elizabeth M. Cosgrove**<br>PRO SE |
| **Plaintiff** | | |
| **Allen Freeman**<br>*as the Personal Representative of the Estate of Tamitha Freeman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tamitha Freeman* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lynn M. Hill**<br>*Sibling of 9/11 Decedent Paul Rexford Hughes* | represented by | **Lynn M. Hill**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Ellen Vigeant**<br>*individually, as surviving parent of Gary J. Frank* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Patrick G. Lynch**<br>*Sibling of 9/11 Decedent Michael Francis Lynch* | represented by | **Patrick G. Lynch**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Kylie Eve Florio**<br>*individually, as surviving child of John J. Florio* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Michele C. Melendez**<br>*Child of 9/11 Decedent Jose Angel Martinez, Jr.* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Melissa J. Linehan**<br>*Child of 9/11 Decedent Thomas V. Linehan, Jr.* | represented by | **Melissa J. Linehan**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Thomas B. Linehan**<br>*Child of 9/11 Decedent Thomas V. Linehan, Jr.* | represented by | **Thomas B. Linehan**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Venkata Subba Reddy Gopu**<br>*individually, as surviving parent of Kiran Kumar Reddy Gopu* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Dorine E. Toyen**<br>*Parent of 9/11 Decedent Amy E. Toyen* | represented by | **Dorine E. Toyen**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Heather B. Toyen**<br>*Sibling of 9/11 Decedent Amy E. Toyen* | represented by | **Heather B. Toyen**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jonathan Goody**<br>*individually, as surviving child of Harry Goody* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Richard M. Garbarini**<br>*Sibling of 9/11 Decedent Charles Garbarini* | represented by | **Richard M. Garbarini**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Kirsten Gadiel**<br>*Sibling of 9/11 Decedent James Andrew Gadiel* | represented by | **Kirsten Gadiel**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **David S. Miller**<br>*Sibling of 9/11 Decedent Nicole Carol Miller* | represented by | **David S. Miller**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Daniel J. Mladenik**<br>*Child of 9/11 Decedent Jeffrey P. Mladenik* | represented by | **Daniel J. Mladenik**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Kelly S. Mladenik**<br>*Child of 9/11 Decedent Jeffrey P. Mladenik* | represented by | **Kelly S. Mladenik**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Joshua Mladenik**<br>*Child of 9/11 Decedent Jeffrey P. Mladenik* | represented by | **Joshua Mladenik**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Grace Mladenik**<br>*Child of 9/11 Decedent Jeffrey P. Mladenik* | represented by | **Grace Mladenik**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Joycelyn Simpson** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **George Santiago** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paula Sitzer** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Audrey Ades**
*as Natural Guardian of RHSFF, a minor, as surviving child of Paul Friedman*
represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Greene**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Michael Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Wah**
(See above for address)
*TERMINATED: 11/10/2020*

**Vianny Maria Pichardo**
(See above for address)
*TERMINATED: 06/20/2020*

**Plaintiff**

**Luca Scarangello** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Felicia Cappo**
*individually, as surviving sibling of Gary J. Frank*
represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aubrey Simpson** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Michael J Florio**<br>*individually, as surviving child of John J. Florio* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Guadalupe Santiago** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Margaret Frawley−Gardini**<br>*individually, as surviving sibling of Kevin Frawley* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Audrey Ades**<br>*individually, as surviving spouse of Paul Friedman* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Stephen Wah**<br>(See above for address)<br>*TERMINATED: 11/10/2020*<br><br>**Vianny Maria Pichardo**<br>(See above for address)<br>*TERMINATED: 06/20/2020* |
| **Plaintiff** | | |
| **Carlos Munoz** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Mary Geraghty**<br>*individually, as surviving spouse of Edward F. Geraghty* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Philip Skolnick** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Shuldman** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna Struzzieri**
*individually, as surviving sibling of Bruce Gary*
represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James P Geis**
*individually, as surviving sibling of Julie M. Geis*
represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vivian Saninocencio** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Norma Geraghty**
*individually, as surviving parent of Edward F. Geraghty*
represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Smith** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deepa R Gopu**
*individually, as surviving sibling of Kiran Kumar Reddy Gopu*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Connor Geraghty**
*individually, as surviving child of Edward F. Geraghty*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Francis**
*as the Personal Representative of the Estate of Virgin (Lucy) Francis, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Virgin (Lucy) Francis*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shirley Foreman**
*as the Personal Representative of the Estate of Donald A. Foreman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Donald A. Foreman*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shirley Foreman**
*individually, as surviving parent of Donald A. Foreman*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adilakshumma Gopu**
*individually, as surviving parent of Kiran Kumar Reddy Gopu*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pamela Freiman Rentzer**
*a/k/a Pamela Freiman, as the Personal Representative of the Estate of Brett O. Freiman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Brett O. Freiman*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Foreman**
*individually, as surviving sibling of Donald A. Foreman*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dawn Gonzalez**
*as the Personal Representative of the Estate of Jenine Gonzalez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jenine Gonzalez*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Troy Francis**
*individually, as surviving child of Virgin (Lucy) Francis*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marcus Foreman**
*individually, as surviving child of Donald A. Foreman*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dawn Gonzalez**
*individually, as surviving sibling of Jenine Gonzalez*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rebecca Loethen**
*individually, as surviving life partner of Julie M. Geis*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Geraghty**
*individually, as surviving child of Edward F. Geraghty*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brittany Fogel**
*individually, as surviving child of Stephen M. Fogel*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raymond Durant**
*individually, as surviving child of Virgin (Lucy) Francis*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Selma M Friedman**
*individually, as surviving parent of Paul Friedman*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Norma Geraghty** represented by **Bruce Elliot Strong**
*as the Personal Representative of the Estate James F. Geraghty, deceased, the late parent of Edward F. Geraghty*

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Allison Fox−Breland** represented by **Bruce Elliot Strong**
*individually, as surviving child of Virginia E. Fox*

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Juanita Freeman** represented by **Bruce Elliot Strong**
*individually, as surviving parent of Tamitha Freeman*

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ellen Vigeant** represented by **Bruce Elliot Strong**
*as the Personal Representative of the Estate of Gary J. Frank, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gary J. Frank*

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Burt A Lewis** represented by **Bruce Elliot Strong**
*as the Personal Representative of the Estate of Herbert Freiman, deceased, the late parent of Brett O. Freiman*

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Audrey Ades** represented by **Bruce Elliot Strong**
*as the Personal Representative of the*

(See above for address)

*Estate of Paul Friedman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul Friedman*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Wah**
(See above for address)
*TERMINATED: 11/10/2020*

**Vianny Maria Pichardo**
(See above for address)
*TERMINATED: 06/20/2020*

**Plaintiff**

**Joseph Francis**
*individually, as surviving child of Virgin (Lucy) Francis*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amy Radin**
*individually, as surviving sibling of Paul Friedman*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bonnie Freiman**
*a/k/a Bonnie Freiman−Magnes, individually, as surviving parent of Brett O. Freiman*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephen Geraghty**
*individually, as surviving sibling of Edward F. Geraghty*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**Theresa Frawley**
*as the Personal Representative of the Estate of Theresa M. Conklin, deceased, the late parent of Kevin Frawley*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Freiman**
*individually, as surviving sibling of Brett O. Freiman*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Colleen Geraghty**
*individually, as surviving sibling of Edward F. Geraghty*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arlene Miller**
*individually, as surviving spouse of Philip D. Miller*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amanda Castrillon**
*individually, as surviving spouse of Antonio Montoya*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amanda Castrillon**
*as the Personal Representative of the Estate of Antonio Montoya, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Antonio Montoya*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cindy Montoya**
*individually, as surviving child of Antonio Montoya*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kelly Montoya**
*individually, as surviving child of Antonio Montoya*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jorge Montoya**
*individually, as surviving child of Antonio Montoya*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Doe 43**
*being intended to designate the Personal Representative of the Estate of Peter A. Nelson, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (o*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ryan Nelson**
*individually, as surviving child of Peter A. Nelson*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leslie Nesbitt**
*individually, as surviving sibling of*

represented by **Bruce Elliot Strong**
(See above for address)

| | | |
|---|---|---|
| *Oscar F. Nesbitt* | | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Leslie Nesbitt**<br>*as the Personal Representative of the Estate of Oscar F. Nesbitt, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Oscar F. Nesbitt* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Joycelyn Nesbitt−Arneaud**<br>*individually, as surviving sibling of Oscar F. Nesbitt* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Earlrick Nesbitt**<br>*individually, as surviving sibling of Oscar F. Nesbitt* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John Nesbitt**<br>*individually, as surviving sibling of Oscar F. Nesbitt* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Rosia Nesbitt**<br>*as Personal Representative of the Estate of Rawlins Anthony Nesbitt , deceased, the late sibling of Oscar F. Nesbitt* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Man Ngo**
*individually, as surviving spouse of Nancy Yuen Ngo*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Man Ngo**
*as the Personal Representative of the Estate of Nancy Yuen Ngo, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nancy Yuen Ngo*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ashley Ngo**
*individually, as surviving child of Nancy Yuen Ngo*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ho Ying Yee**
*individually, as surviving parent of Nancy Yuen Ngo*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robin Loconto**
*individually, as surviving sibling of Nancy Yuen Ngo*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lindsay Ngo**
*individually, as surviving child of Nancy Yuen Ngo*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Lee**
*individually, as surviving sibling of Nancy Yuen Ngo*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John P. O'Neill, Jr.**
*individually, as injured person*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert T. Ogren**
*individually, as surviving parent of Joseph J. Ogren*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert T. Ogren**
*as the Personal Representative of the Estate of Joseph J. Ogren, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph J. Ogren*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rebecca Loethen**
*as the Personal Representative of the Estate of Julie M. Geis, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Julie M. Geis*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Lynn Cannata**<br>*individually, as surviving sibling of Edward F. Geraghty* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Patrick T Wynn**<br>*individually, as surviving child of Virginia E. Fox* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Pamela Freiman Rentzer**<br>*a/k/a Pamela Freiman, individually, as surviving sibling of Brett O. Freiman* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Peter Francis**<br>*individually, as surviving child of Virgin (Lucy) Francis* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Dorothy Ogren**<br>*individually, as surviving parent of Joseph J. Ogren* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Lance Edward Ogren**<br>*individually, as surviving sibling of Joseph J. Ogren* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Allison Fox−Breland**
*as the Personal Representative of the Estate of Virgina E. Fox, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Virgina E. Fox*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jean Oitice**
*individually, as surviving spouse of Samuel Oitice*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jean Oitice**
*as the Personal Representative of the Estate of Samuel Oitice, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Samuel Oitice*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Oitice**
*individually, as surviving child of Samuel Oitice*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Fogel**
*as Personal Representative of the Estate if Beth Fogel, deceased, the late parent of Stephen M. Fogel*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Marrero**
*individually, as surviving child of*

represented by **Bruce Elliot Strong**
(See above for address)

*Samuel Oitice*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Doe 44**
*being intended to designate the Personal Representative of the Estate of James W. Parham, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (o*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leno Parham, Jr.**
*individually, as surviving sibling of James W. Parham*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Parham**
*individually, as surviving sibling of James W. Parham*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laurie Pater**
*individually, as surviving spouse of Stephen M. Fogel*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dora Murillo**
*individually, as surviving sibling of Mauricio Gonzalez*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Mary Geraghty**<br>*as the Personal Representative of the Estate of Edward F. Geraghty, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward F. Geraghty* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Colin Geraghty**<br>*individually, as surviving child of Edward F. Geraghty* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Dora Murillo**<br>*as the Personal Representative of the Estate of Mauricio Gonzalez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mauricio Gonzalez* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Carol Varland**<br>*individually, as surviving sibling of Julie M. Geis* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Joseph Fogel**<br>*individually, as surviving child of Stephen M. Fogel* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Carla Freeman**<br>*individually, as surviving sibling of Tamitha Freeman* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| | | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Maureen Geraghty**<br>*individually, as surviving sibling of Edward F. Geraghty* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Xavier White**<br>*individually, as surviving child of Tamitha Freeman* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Theresa Frawley**<br>*individually, as surviving sibling of Kevin Frawley* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Katherine Soulas**<br>*Individually* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Michelle Donlan** | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Andrew J Soulas** | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY* |

| | | |
|---|---|---|
| | | *ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Christopher Soulas** | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Dan Soulas** | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **D.S. , a minor** | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Fredereick Soulas** | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Timothy P. Soulas, Jr.** | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**James Beasley**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Stephen Soulas** | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY* |

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frederick Soulas, III** represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Soulas** represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicole Soulas** represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victor Santillan** represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Schertzer** represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brielle Saracini** represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Raymond Santillan** | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kirsten Saracini** | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Ester Santillan**<br>*individually as Parent of Maria Theresa Santillan, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Alison Coffey**<br>*Child of 9/11 Decedent Michele M. Heidenberger* | represented by | **Alison Coffey**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Marcus Flagg**<br>*Child of 9/11 Decedent Darlene E. Flagg* | represented by | **Marcus Flagg**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Robert Joseph Hayes**<br>*Child of 9/11 Decedent Robert Jay Hayes* | represented by | **Robert Joseph Hayes**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Thomas P. Heidenberger, II**<br>*Child of 9/11 Decedent Michele M. Heidenberger* | represented by | **Thomas P. Heidenberger, II**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jay W. Lai**<br>*Child of 9/11 Decedent Neil Kwong−Wah Lai* | represented by | **Jay W. Lai**<br>PRO SE |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Jean Ya Lai**<br>*Child of 9/11 Decedent Neil Kwong−Wah Lai* | represented by | **Jean Ya Lai**<br>PRO SE |
| **Plaintiff** | | |
| **Kristin Marino**<br>*Child of 9/11 Decedent Kenneth Marino* | represented by | **Kristin Marino**<br>PRO SE |
| **Plaintiff** | | |
| **Alyssa Rocha**<br>*Child of 9/11 Decedent Antonio Rocha* | represented by | **Alyssa Rocha**<br>PRO SE |
| **Plaintiff** | | |
| **Paige M. Rollison**<br>*Step−child of 9/11 Decedent Claude M. Gann* | represented by | **Paige M. Rollison**<br>PRO SE |
| **Plaintiff** | | |
| **Sarah E. Rollison**<br>*Step−child of 9/11 Decedent Claude M. Gann* | represented by | **Sarah E. Rollison**<br>PRO SE |
| **Plaintiff** | | |
| **Robert Schardt**<br>*Child of 9/11 Decedent John Schardt* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Erica Schott**<br>*Child of 9/11 Decedent Frank G. Schott* | represented by | **Erica Schott**<br>PRO SE |
| **Plaintiff** | | |
| **Robert Schott**<br>*Child of 9/11 Decedent Frank G. Schott* | represented by | **Robert Schott**<br>PRO SE |
| **Plaintiff** | | |
| **Brian Shaw**<br>*Sibling of 9/11 Decedent Jeffrey J. Shaw* | represented by | **Brian Shaw**<br>PRO SE |
| **Plaintiff** | | |
| **Richard C. Shaw**<br>*Sibling of 9/11 Decedent Jeffrey J. Shaw* | represented by | **Richard C. Shaw**<br>PRO SE |
| **Plaintiff** | | |
| **Donna Struzzieri**<br>*Sibling of 9/11 Decedent Bruce H. Gary* | represented by | **Donna Struzzieri**<br>PRO SE |
| **Plaintiff** | | |
| **Geraldine T. Tobia**<br>*Sibling of 9/11 Decedent Jeffrey J. Shaw* | represented by | **Geraldine T. Tobia**<br>PRO SE |
| **Plaintiff** | | |

| | | |
|---|---|---|
| **Susan M. Lum**<br>*Sibling of 9/11 Decedent Eamon McEneaney* | represented by | **Susan M. Lum**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Brendan McEneaney**<br>*Child of 9/11 Decedent Eamon McEneaney* | represented by | **Brendan McEneaney**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jennifer J. McEneaney**<br>*Child of 9/11 Decedent Eamon McEneaney* | represented by | **Jennifer J. McEneaney**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Kevin McEneaney**<br>*Child of 9/11 Decedent Eamon McEneaney* | represented by | **Kevin McEneaney**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Kevin E. McEneaney**<br>*Sibling of 9/11 Decedent Eamon McEneaney* | represented by | **Kevin E. McEneaney**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Kyle McEneaney**<br>*Child of 9/11 Decedent Eamon McEneaney* | represented by | **Kyle McEneaney**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Blayney P. McEneaney**<br>*Sibling of 9/11 Decedent Eamon McEneaney* | represented by | **Blayney P. McEneaney**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Erik A. Abrahamson**<br>*Child of 9/11 Decedent William F. Abrahamson* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Sarah L. Acquaviva**<br>*Child of 9/11 Decedent Paul Andrew Acquaviva* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Salvatore R. Agnello**<br>*Child of 9/11 Decedent Joseph Agnello* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Vincent J. Agnello**<br>*Child of 9/11 Decedent Joseph Agnello* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Dante Alario**<br>*Child of 9/11 Decedent Margaret Alario* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **James M. Alario, Jr.**<br>*Child of 9/11 Decedent Margaret Alario* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Christopher T. Allingham**<br>*Child of 9/11 Decedent Christopher Edward Allingham* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Brandon M. Anaya, Jr.**<br>*Child of 9/11 Decedent Calixto Anaya, Jr.* | represented by | **Brandon M. Anaya, Jr.**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Kristina M. Anaya, Jr.**<br>*Child of 9/11 Decedent Calixto Anaya, Jr.* | represented by | **Kristina M. Anaya, Jr.**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Deborah J. Anderson**<br>*Child of 9/11 Decedent Kermit C. Anderson* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Emma Arczynski**<br>*Child of 9/11 Decedent Michael G. Arczynski* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Michael S. Arczynski**<br>*Child of 9/11 Decedent Michael G. Arczynski* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Sydney E. Arczynski**<br>*Child of 9/11 Decedent Michael G. Arczynski* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Loren Asciak**<br>*Child of 9/11 Decedent Michael Asciak* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

represented by

**Joseph Barbaro**
*Child of 9/11 Decedent Paul V. Barbaro*

**Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Barbaro**
*Child of 9/11 Decedent Paul V. Barbaro*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael E. Beekman, Jr.**
*Child of 9/11 Decedent Michael E. Beekman, Sr.*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Evgeny Borisovich Belilovsky**
*Child of 9/11 Decedent Helen Belilovsky*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alexander M. Berger**
*Child of 9/11 Decedent James P. Berger*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christian D. Berger**
*Child of 9/11 Decedent James P. Berger*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Harris I. Bergsohn**
*Child of 9/11 Decedent Alvin Bergsohn*

represented by **Harris I. Bergsohn**
PRO SE

**Plaintiff**

**Samuel Bergsohn**
*Child of 9/11 Decedent Alvin Bergsohn*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine N. Betterly**
*Child of 9/11 Decedent Timothy D. Betterly*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samantha R. Betterly**
*Child of 9/11 Decedent Timothy D. Betterly*

represented by **Samantha R. Betterly**
PRO SE

**Plaintiff**

**Vanessa Calderon**
*Child of 9/11 Decedent Jose Orlando*

represented by **Robert Turner Haefele**
(See above for address)

| | | |
|---|---|---|
| *Calderon−Olmedo* | | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jose O. Calderon−Garcia**<br>*Child of 9/11 Decedent Jose Orlando Calderon−Olmedo* | represented by | **Jose O. Calderon−Garcia**<br>PRO SE |
| **Plaintiff** | | |
| **Jessica Cashman**<br>*Child of 9/11 Decedent Jeffrey L. Fox* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Edward Sferrazza** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Confessor Santa, Jr.** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Michael Sitzer** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Denise Smith** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Stamatia Sopasoudakis** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jessica Cashman**<br>*Child of 9/11 Decedent Jeffrey L. Fox* | represented by | **Jessica Cashman**<br>PRO SE |
| **Plaintiff** | | |
| **Benjamin R. Chairnoff** | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Brian K. Chalcoff**<br>*Child of 9/11 Decedent William Chalcoff* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Brett S. Cherry**<br>*Child of 9/11 Decedent Stephen Patrick Cherry* | represented by | **Brett S. Cherry**<br>PRO SE |
| **Plaintiff** | | |
| **Mark Seitelman** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Colton P. Cherry**<br>*Child of 9/11 Decedent Stephen Patrick Cherry* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Richard A. Deuel**<br>*individually, as surviving sibling of Cindy Ann Deuel* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kanishka Agarwala**<br>(See above for address)<br>*LEAD ATTORNEY*<br><br>**Alexander Greene**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Ethan Greenberg**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Nicholas Robert Maxwell**<br>(See above for address)<br>*TERMINATED: 04/29/2021*<br><br>**Samantha Emily Smith**<br>(See above for address)<br>*TERMINATED: 04/29/2021*<br><br>**Stephen Wah**<br>(See above for address)<br>*TERMINATED: 11/10/2020* |
| **Plaintiff** | | |
| **Nicholas P. Chiofalo, Jr.**<br>*Child of 9/11 Decedent Nicholas Paul Chiofalo* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**John Duane**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Gretchen D. Christophe**
*Child of 9/11 Decedent Kirsten L. Christophe*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julie Coombs**
*Child of 9/11 Decedent Jeffrey W. Coombs*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Doe 15**
*being intended to designate the Personal Representative of the Estate of Cindy Ann Deuel, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (o*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Matthew Coombs**
*Child of 9/11 Decedent Jeffrey W. Coombs*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph A. Deuel**
*individually, as surviving sibling of Cindy Ann Deuel*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**John Michael Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Samantha Emily Smith**

(See above for address)
*TERMINATED: 04/29/2021*

**Stephen Wah**
(See above for address)
*TERMINATED: 11/10/2020*

**Vianny Maria Pichardo**
(See above for address)
*TERMINATED: 06/20/2020*

**Plaintiff**

**Joseph P. Deuel**
*individually, as surviving parent of Cindy Ann Deuel*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Stephen Wah**
(See above for address)
*TERMINATED: 11/10/2020*

**Plaintiff**

**Abraham Schmutter**

represented by **Abraham Schmutter**
PRO SE

**Plaintiff**

**Robert M Schmitz**

represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Smalls**

represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Smalls**

represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen Schlick**

represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arlene Schmutter** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Suzzanne Serino** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen Saraniero** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Heidi N Scott** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Crystal Solomon** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Schork** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Skolnick** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nancy I Siguencia** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Smeal** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shawn Smith** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aaron Seale** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Allan Solomon** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Francis Smeal** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael J Sinnott** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David H Smith** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian E Scott** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ian Small** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cosmo Serino** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martin Schwartz** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Keisha Santa** represented by **Christopher R. LoPalo**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Meraz** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sharene Laurie Savoy** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Slatnick** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Meaghan Coombs**
*Child of 9/11 Decedent Jeffrey W. Coombs*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John J. Corcoran**
*Child of 9/11 Decedent John J. Corcoran, III*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael E. Crisci**
*Child of 9/11 Decedent John A. Crisci*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kyle J. Crotty**
*Child of 9/11 Decedent Kevin Raymond Crotty*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Debra Slatnick** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Megan Crotty**
*Child of 9/11 Decedent Kevin Raymond Crotty*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

| | | |
|---|---|---|
| **Sean P. Crotty**<br>*Child of 9/11 Decedent Kevin Raymond Crotty* | | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Matthew Damaskinos**<br>*Child of 9/11 Decedent Thomas A. Damaskinos* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Christopher Damota**<br>*Child of 9/11 Decedent Manuel Damota* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Clinton Davis, Jr.**<br>*Child of 9/11 Decedent Clinton Davis, Sr.* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Priscilla D. Davis**<br>*Child of 9/11 Decedent Clinton Davis, Sr.* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **NILDA QUINONES** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Vincent Rivieccio** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Luz Rios** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Colleen Regan** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lourdes Rivera** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Liliana Riera** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leonora Rivieccio** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Timothy Murphy** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Rios** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gary Ravenell** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eduardo Reyes−Bravo** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Kocian**
*individually, as surviving parent of Cindy Ann Deuel*
represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Benjamin Dominguez, Jr.**
*individually, as surviving sibling of Carlos Dominguez*
represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Benjamin Dominguez, Jr.**
*as the Personal Representative of the Estate of Carlos Dominguez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carlos Dominguez*

represented by

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Benjamin Dominguez, Jr.**
*as the Personal Representative of the Estate of Benjamin Dominguez, Sr., deceased, the late parent of Carlos Dominguez*

represented by

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Benjamin Dominguez, Jr.**
*as the Personal Representative of the Estate of Eugenia Dominguez, deceased, the late parent of Carlos Dominguez*

represented by

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Charlene Carmen Forde**
*individually, as surviving child of Godwin Forde*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charlene Carmen Forde**
*as the co−Personal Representative of the Estate of Godwin Forde, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Godwin Forde*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Stephen M. Fogel**
*as the co−Personal Representative of the Estate of Godwin Forde, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Godwin Forde*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Expedito C. Santillan**

represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lori Brody** represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matt Sloan** represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Sloan** represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sarah Funk** represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronald S. Sloan** represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Naomi−Ruth Shefi** represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roy−Yetkutiel Shefi** represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Estate of Paul K. Sloan** represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Estate of George Eric Smith** represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Latricia Smith** represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raymond Wood** represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samuel Collazo** represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carl Smith** represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| | | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Raymond A. Smith** | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Dion G Rassias**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**James Beasley**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Christine Jackson** | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Scott Wood** | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Tanya Warren** | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Estate of Timothy P. Soulas** | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Elania Smith−Wyle** | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Leonardo Collazo** | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raymond Smith, Jr.** represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Estate of Marion Thomas** represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martin Smith** represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Estate of Deborah Sallad** represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Smith** represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Troia Johnson** represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Estate of Gail Smith** represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diane Smith** represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Danielle Smith** | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Korry Smith** | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Godwin Marlon Junior Forde**<br>*individually, as surviving child of Godwin Forde* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kanishka Agarwala**<br>(See above for address)<br>*LEAD ATTORNEY*<br><br>**Nicholas Robert Maxwell**<br>(See above for address)<br>*TERMINATED: 04/29/2021* |
| **Plaintiff** | | |
| **Elaine Cunnea**<br>*individually, as surviving sibling of Godwin Forde* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Raymond Forde**<br>*individually, as surviving sibling of Godwin Forde* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Dorepha Forde**<br>*individually, as surviving parent of* | represented by | **Bruce Elliot Strong**<br>(See above for address) |

*Godwin Forde*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dorna Forde**
*individually, as surviving sibling of Godwin Forde*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dorolyne Forde**
*individually, as surviving sibling of Godwin Forde*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Myrna Thomas**
*individually, as surviving sibling of Godwin Forde*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Romel DaCosta Forde**
*individually, as surviving child of Godwin Forde*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

represented by

| | | |
|---|---|---|
| **John Doe 16**<br>*being intended to designate the Personal Representative of the Estate of Sandra N. Foster, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (*<br>*TERMINATED: 01/15/2020* | | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Barbara E. Hill**<br>*individually, as surviving parent of Sandra N. Foster* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kanishka Agarwala**<br>(See above for address)<br>*LEAD ATTORNEY*<br><br>**Nicholas Robert Maxwell**<br>(See above for address)<br>*TERMINATED: 04/29/2021* |
| **Plaintiff** | | |
| **Mark Lunden**<br>*Sibling of 9/11 Decedent Michael P. Lunden* | represented by | **Mark Lunden**<br>PRO SE |
| **Plaintiff** | | |
| **Austin Mercado**<br>*Child of 9/11 Decedent Steve Mercado* | represented by | **Austin Mercado**<br>PRO SE |
| **Plaintiff** | | |
| **Skylar Mercado**<br>*Child of 9/11 Decedent Steve Mercado* | represented by | **Skylar Mercado**<br>PRO SE |
| **Plaintiff** | | |
| **Arlene Beyer**<br>*Spouse of 9/11 Decedent Paul M. Beyer* | represented by | **Arlene Beyer**<br>PRO SE |
| **Plaintiff** | | |
| **Lawrence Hill**<br>*individually, as surviving sibling of Sandra N. Foster* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kanishka Agarwala**<br>(See above for address)<br>*LEAD ATTORNEY* |

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**John Doe 17**
*being intended to designate the Personal Representative of the Estate of Andrew Fredricks, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Jean Braca**
*Spouse of 9/11 Decedent Alfred Braca*

represented by **Jean Braca**
PRO SE

**Plaintiff**

**Martin Fredericks**
*individually, as surviving sibling of Andrew Fredericks*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Martha Butler**
*Spouse of 9/11 Decedent Thomas M. Butler*

represented by **Martha Butler**
PRO SE

**Plaintiff**

**John Doe 18**
*being intended to designate the Personal Representative of the Estate of Lisa Frost, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or hav*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Daniel Frost**
*individually, as surviving sibling of Lisa Frost*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martha Butler**
*Parent and legal guardian on behalf of P. T. B., minor child of 9/11 Decedent Thomas M. Butler*

represented by **Martha Butler**
(See above for address)
PRO SE

**Plaintiff**

**John Doe 68**
*being intended to designate the Personal Representative of the Estate of Anthony E. Gallagher, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdicti*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sean W. Butler**
*Child of 9/11 Decedent Thomas M. Butler*

represented by **Sean W. Butler**
PRO SE

**Plaintiff**

**John Doe 19**
*as Personal Representative of the Estate of Carrie A. Gallagher, deceased, the late spouse of Anthony E. Gallagher*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

| | | |
|---|---|---|
| **Carolyn Belford**<br>*individually, as surviving sibling of Anthony E. Gallagher* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Patricia Carrington**<br>*Spouse of 9/11 Decedent Jeremy Carrington* | represented by | **Patricia Carrington**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Rose Costello**<br>*individually, as surviving parent of Anthony E. Gallagher* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **David J. Chazin**<br>*Spouse of 9/11 Decedent Ruth Lapin* | represented by | **David J. Chazin**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Brian Ring** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Guarinex Rincon** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Walter Rainey** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Milagros Rios** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Garvin Richardson** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Susan Correa** | represented by | **Susan Correa**<br>PRO SE |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Eileen Erwin−Michael**<br>*Spouse of 9/11 Decedent William Erwin* | represented by | **Eileen Erwin−Michael**<br>PRO SE |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Eileen Erwin−Michael**<br>*Parent and legal guardian on behalf of B. E., minor child of 9/11 Decedent William Erwin* | represented by | **Eileen Erwin−Michael**<br>(See above for address)<br>PRO SE |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Eileen Geraty**<br>*Parent of 9/11 Decedent Suzanne Geraty* | represented by | **Eileen Geraty**<br>PRO SE |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Lachanze Gooding**<br>*Spouse of 9/11 Decedent Calvin J. Gooding* | represented by | **Lachanze Gooding**<br>PRO SE |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Carol Haran**<br>*Spouse of 9/11 Decedent James Haran* | represented by | **Carol Haran**<br>PRO SE |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Joanne Hatton**<br>*Spouse of 9/11 Decedent Leonard Hatton* | represented by | **Joanne Hatton**<br>PRO SE |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Marcella Leahy** | represented by | **Marcella Leahy**<br>PRO SE |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Mary Jean McCarthy O'Leary**<br>*Spouse of 9/11 Decedent Gerald Thomas O'Leary* | represented by | **Mary Jean McCarthy O'Leary**<br>PRO SE |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Mary Jean McCarthy O'Leary**<br>*Parent and legal guardian on behalf of M. P. O., minor child of 9/11 Decedent Gerald Thomas O'Leary* | represented by | **Mary Jean McCarthy O'Leary**<br>(See above for address)<br>PRO SE |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Ann McCarthy**<br>*Spouse of 9/11 Decedent Robert G. McCarthy* | represented by | **Ann McCarthy**<br>PRO SE |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Ann McCarthy**<br>*Parent and legal guardian on behalf of S. M., minor child of 9/11 Decedent* | represented by | **Ann McCarthy**<br>(See above for address)<br>PRO SE |

*Robert G. McCarthy*

**Plaintiff**

| | | |
|---|---|---|
| **Alissa Rosenberg−Torres**<br>*Spouse of 9/11 Decedent Luis E. Torres* | represented by | **Alissa Rosenberg−Torres**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Douglas Schroeder**<br>*Child of 9/11 Decedent Ruth Lapin* | represented by | **Douglas Schroeder**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Mary Wright**<br>*Parent of 9/11 Decedent Neil Wright* | represented by | **Mary Wright**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Louanne Baily**<br>*Spouse of 9/11 Decedent Brian P. Dale* | represented by | **Louanne Baily**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Adelaide Rajkumar** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **James Barbella**<br>*Child of 9/11 Decedent James W. Barbella* | represented by | **James Barbella**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Shirletta Reynolds** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Natasha Rivera** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Natasha Rivera** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **William Rolon** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Roehrig** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Azelia Rosado** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Monica Barbella**
*Spouse of 9/11 decedent James W. Barbella*
represented by **Monica Barbella**
PRO SE

**Plaintiff**

**Connie Robinson** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sarah Barbella**
*Child of 9/11 decedent James W. Barbella*
represented by **Sarah Barbella**
PRO SE

**Plaintiff**

**Jose A. Rodriguez** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth Rose** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stacy Lee Chmil**
*Child of 9/11 Decedent Earl Shanahan*
represented by **Stacy Lee Chmil**
PRO SE

**Plaintiff**

**Gladys Rolon** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cynthia Robinson** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Clark**
*Sibling of 9/11 Decedent Eugene Clark*
represented by **Robert Clark**
PRO SE

**Plaintiff**

**Jacob E. Dale**
*Child of 9/11 Decedent Brain P. Dale*
represented by **Jacob E. Dale**
PRO SE

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Raymond Rosado** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Chana Rizel** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Rachel T. Dale**<br>*Child of 9/11 Decedent Brian P. Dale* | represented by | **Rachel T. Dale**<br>PRO SE |
| **Plaintiff** | | |
| **Julio Rosado** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Frank Rizzo** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Russel B. Dale**<br>*Child of 9/11 Decedent Brian P. Dale* | represented by | **Russel B. Dale**<br>PRO SE |
| **Plaintiff** | | |
| **Casiri A Rojas** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Mary L. Ferguson**<br>*Spouse of 9/1 decedent George J. Ferguson, III* | represented by | **Mary L. Ferguson**<br>PRO SE |
| **Plaintiff** | | |
| **Joseph Gallagher**<br>*individually, as surviving sibling of Anthony E. Gallagher* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Suzanne G. Adams**<br>*individually, as surviving sibling of Anthony E. Gallagher* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Doe 20**
*being intended to designate the Personal Representative of the Estate of Michelle H. Goldstein, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdict*
*TERMINATED: 01/15/2020*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Ingrid Jaffe**
*individually, as surviving parent of Michelle H. Goldstein*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Annete Herman**
*individually, as surviving sibling of Michelle H. Goldstein*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rafael Herman**
*individually, as surviving parent of Michelle H. Goldstein*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BNY Mellon**
*as the Personal Representative of the*

represented by **Bruce Elliot Strong**
(See above for address)

*Estate of Wilder A. Gomez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Wilder A. Gomez*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Timothy Debin**
*Child of 9/11 Decedent Anna M. Debin*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vito J. DeLeo, Jr.**
*Child of 9/11 Decedent Vito Joseph DeLeo, Sr.*
*TERMINATED: 08/20/2024*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kassidy DeLeo**
*Child of 9/11 Decedent Vito Joseph DeLeo, Sr.*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicholas DeMeo**
*Child of 9/11 Decedent Martin N. DeMeo*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward DeSimone, IV**
*Child of 9/11 Decedent Edward DeSimone, III*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephanie C. DeSimone**
*Child of 9/11 Decedent Edward DeSimone, III*

represented by **Austin Estelle**
The Miller Firm
108 Railroad Ave
Orange, VA 22960
540−672−4224
Email: aestelle@millerfirmllc.com
*LEAD ATTORNEY*

**Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Keith Morgan**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ashley M. D'Esposito**
*Child of 9/11 Decedent Michael Jude D'Esposito*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William C. Dietrich**
*Child of 9/11 Decedent Karen L. Seymour*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dana M. DiFazio**
*Child of 9/11 Decedent Vincent Francis DiFazio*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gina M. DiFazio**
*Child of 9/11 Decedent Vincent Francis DiFazio*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph V. DiFazio**
*Child of 9/11 Decedent Vincent Francis DiFazio*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Doe 50**
*Child of 9/11 Decedent DOE 50*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brady Donovan**
*Child of 9/11 Decedent William Howard Donovan*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kelsey E. Donovan**
*Child of 9/11 Decedent William Howard Donovan*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Megan L. Donovan**
*Child of 9/11 Decedent William Howard Donovan*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**Megan Duger**
*Child of 9/11 Decedent Antoinette Duger*

**Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brendan Fitzpatrick**
*Child of 9/11 Decedent Thomas J. Fitzpatrick*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gregory E. Fox**
*Child of 9/11 Decedent Jeffrey L. Fox*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Michael Gann**
*Child of 9/11 Decedent Claude Michael Gann*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dylan Garbarini**
*Child of 9/11 Decedent Charles Garbarini*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Philip Garbarini**
*Child of 9/11 Decedent Charles Garbarini*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Giovinazzo**
*Child of 9/11 Decedent Martin Giovinazzo*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ashley M. Giovinazzo**
*Child of 9/11 Decedent Martin Giovinazzo*

represented by **Ashley M. Giovinazzo**
PRO SE

**Plaintiff**

**Theresa J. Giovinazzo**
*Child of 9/11 Decedent Martin Giovinazzo*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Denise Ann Glaser**
*Child of 9/11 Decedent Jose Angel Martinez, Jr.*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Tyler Goldman**<br>*Child of 9/11 Decedent Larry John Senko* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Caitlin Ann Gray**<br>*Child of 9/11 Decedent James Michael Gray* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Colleen Elizabeth Gray**<br>*Child of 9/11 Decedent James Michael Gray* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Holtzman** | represented by | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Marie Lyons** | represented by | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Albert Meyer** | represented by | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Tracy Macari** | represented by | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Alberto Roberson** | represented by | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Allison Garger**<br>*individually, as surviving spouse of Thomas Kennedy* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Alexander Greene**<br>(See above for address) |

*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Michael Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samantha Emily Smith**
(See above for address)
*TERMINATED: 04/29/2021*

**Stephen Wah**
(See above for address)
*TERMINATED: 11/10/2020*

**Vianny Maria Pichardo**
(See above for address)
*TERMINATED: 06/20/2020*

**Plaintiff**

**Allison Garger**
*as the Personal Representative of the Estate of Thomas Kennedy, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Kennedy*

represented by

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Greene**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Michael Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samantha Emily Smith**
(See above for address)
*TERMINATED: 04/29/2021*

**Stephen Wah**
(See above for address)
*TERMINATED: 11/10/2020*

**Vianny Maria Pichardo**
(See above for address)
*TERMINATED: 06/20/2020*

**Plaintiff**

**Brian Kennedy**
*individually, as surviving sibling of Thomas Kennedy*

represented by

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Kennedy**
*individually, as surviving sibling of Thomas Kennedy*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Kennedy**
*individually, as surviving parent of Thomas Kennedy*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eileen Kennedy**
*individually, as surviving parent of Thomas Kennedy*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Kennedy**
*individually, as surviving child of Thomas Kennedy*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Kennedy**
*individually, as surviving child of Thomas Kennedy*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**Elizabeth Khalif**
*individually, as surviving parent of Boris Khalif*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lev Khalif**
*individually, as surviving parent of Boris Khalif*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Terre Susan Wallach**
*individually, as surviving parent of Mary Jo Kimelman*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Terre Susan Wallach**
*as the co−Personal Representative of the Estate of Mary Jo Kimelman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mary Jo Kimelman*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael G Kimelman**
*individually, as surviving parent of Mary Jo Kimelman*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Mooney**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Ronald Strivelli**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Nicholas Panarella**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jin Long Wu**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Boston A Richards** | represented by | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Anthony Kong** | represented by | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **David Schoch**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Maudlyn Morrissey**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Ramon Ramirez** | represented by | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Felix Rony** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Scallo**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Carlos Lagos** represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fernando Pino** represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yi Jian Zheng**
*Individually* represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michele Roehrig** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**N.Y.P.D. Officer Christopher O'Brien** represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Sweet**
*Individually* represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Roman** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**June Sacerdote**
*Individually* represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tracy Mulqueen** represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daisy Morales** represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Nikki Prasad** | represented by | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Crystal Marotti**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Edgar Atiles** | represented by | **Andrew Joseph Maloney**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kenneth Black** | represented by | **Andrew Joseph Maloney**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Melva Bravo** | represented by | **Andrew Joseph Maloney**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Michael O'Brien** | represented by | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **James Maxwell** | represented by | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Gerard Brenkert** | represented by | **Andrew Joseph Maloney**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Enrique Padilla** | represented by | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Donald Brosan** | represented by | **Andrew Joseph Maloney**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**NYPD Officer Michael O'Connor** represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alton Buckham** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jesus Antonio Rivera** represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Casse** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Delores Palmer** represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wiki Chen** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sean O'Toole** represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerry D'Ambrosi** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Keith Poney** represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Galo Delgado** represented by **Andrew Joseph Maloney**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Okeefe** represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronald Derrick** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Louis Desantis** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Layne** represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carmen Marrero** represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hector Diaz** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Heather Downey** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carmen Medina** represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephen Duffy** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephen Fenley** represented by

**Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Finn, Jr.** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosemarie Rowe−Leichter** represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kennth Gaug** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Louis Sorrentino** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Craig Giambalvo** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lawrence C Stepinski** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eugene Godwin, Sr.** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Govan** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Grossi** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Hogan** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angelica Soto−Arche** represented by **Angelica Soto−Arche**
PRO SE

**Plaintiff**

**Lisa Stepton−Howard** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen Springham** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Hydo** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Olivene Spence** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Jackson** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Simon Steele** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Reid Jantz** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Milene P Soto** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Spencer** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tawanda Smith** represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Kempton** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sheron Stackhouse** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gabriella Rinehart** represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John King** represented by **John King**
PRO SE

**Plaintiff**

**Barbara Hargrove** represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel St. Jacques** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Freidman−Ceraso** represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joanna Barnish** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aguilla Steeles** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aaron Straub** represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Springman** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Huber** represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**George Kozlowski** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ralph Soto** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristen Druckenmiller** represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Spitalnic** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Michael LaMorte** | represented by | **Andrew Joseph Maloney**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Stephanie Feher** | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Matthew Straub** | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Patrick Lennon** | represented by | **Andrew Joseph Maloney**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jonathan Straub** | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Caroline Stetler** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Michael Lizak** | represented by | **Andrew Joseph Maloney**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Edward Straub** | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming** |

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Straub** represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chris Lomonico** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristyn Steiner Martin** represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Lucas** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stanley Straub** represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pamela Schiele** represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Addison Freidman** represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Estate of Louise Borzumato** represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Salvatore Tino, Jr.** represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Barton** represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Salvatore Tino, III** represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeffrey Tino** represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joan E. Tino** represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nina Fuller** represented by **Timothy B. Fleming**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Joseph Nicklo** | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Mellanie Chafe** | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Estate of Jeanmarie Wallendorf** | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Estate of Jennifer Tino** | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Christine Barton** | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Christopher Barton** | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Stephen Bradish** | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lance Ward** represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Manuel Luna** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Lynch** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Margaret Makoc** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Pirozzoli** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Markowitz** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Price** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John McLees** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Pelzer** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Luis Marte** represented by

**Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Pagliuca** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Prindle** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Ortiz** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frederick Maley** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Norkevich** represented by **Frank Norkevich**
PRO SE

**Plaintiff**

**Frank Norkevich** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Maley** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jonathan Polizzi** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Murray** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Radek Sebek** represented by

**David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gary Ruff** represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Williams** represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Holman Robertson** represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Larisa Gordeychuk**
*surviving Spouse of Aleksandr Gordeychuk, Deceased*
represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martha Gless**
*surviving Spouse of Robert Gless, Deceased*
represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karl Williams** represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mildred Diele**
*surviving Spouse of the Estate of John Diele, Deceased*
represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martha Gless**
*Personal Representative of the Estate of Robert Gless, Deceased*
represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nilda Rosa** represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anne Dierking**
*Personal Representative of the Estate of Ronald Wolken, Deceased*

represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven G White**

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen Gaines**
*surviving Spouse of Scott Gaines, Deceased*

represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Igor Soloyev**

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Berton Smith**

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kim Slater**

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gerwyn Williams**

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bety St. Victor**

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yadira Sarday**

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alexander Veltman**

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Winston Thompson** represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nikolaos Tserpelis** represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Williams** represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kok Heong Tseng** represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rodolfo Salcedo** represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dilza Rosario** represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Scarola** represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Kramer** represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christi Pendergraft** represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Loretta Haines** represented by

**Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Estate of Sandra Wright Cartledge** represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dian Dembinski** represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Mason** represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Norma Ward** represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Geraldine D. Spaeter** represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eytan Yammer** represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marc Ward** represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tatiana R. Gomez**
*individually, as surviving spouse of Wilder A. Gomez* represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| | | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Tatiana S. Gomez**<br>*individually, as surviving child of Wilder A. Gomez* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **John Doe 22**<br>*being intended to designate the Personal Representative of the Estate of Andrew Peter Charles Curry Green, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competen* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kanishka Agarwala**<br>(See above for address)<br>*LEAD ATTORNEY*<br><br>**Nicholas Robert Maxwell**<br>(See above for address)<br>*TERMINATED: 04/29/2021* |
| **Plaintiff** | | |
| **John Doe 1**<br>*being intended to designate the Personal Representative of the Estate of (Lt.) Brian G. Ahearn, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of comp.* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kanishka Agarwala**<br>(See above for address)<br>*LEAD ATTORNEY*<br><br>**Nicholas Robert Maxwell**<br>(See above for address)<br>*TERMINATED: 04/29/2021* |
| **Plaintiff** | | |
| **John Doe 2**<br>*being intended to designate the Personal Representative of the Estate of (Spc.) Craig Amundson, deceased, said name being fictitious, her/his true name is not presently known, conf, and/or has* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman** |

*not been duly app. by a court of com*

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**John Doe 3**
*being intended to designate the Personal Representative of the Estate of Arlene T. Babakitis, deceased, said name being fictitious, her/his true name is not presently known, conf., and/or has not been duly app. by a court of comp. juris*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**John Doe 4**
*being intended to designate the Personal Representative of the Estate of George Bishop, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of comp.*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**John Doe 5**
*being intended to designate the Personal Representative of the Estate of Carrie R. Blagburn, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)

*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Rodrigo Gomez Castillo**
*individually, as surviving sibling of Arcelia Castillo*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Susan Ajami**
*individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephen Clay**
*individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Louise D'Albora**
*individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Bulzomi**
*individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael DeFillippo**
*individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elpida Argenziano**
*individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Peter E. Green**<br>*individually, as surviving parent of Andrew Peter Charles Curry Green* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kanishka Agarwala**<br>(See above for address)<br>*LEAD ATTORNEY*<br><br>**Nicholas Robert Maxwell**<br>(See above for address)<br>*TERMINATED: 04/29/2021* |

**Plaintiff**

| | | |
|---|---|---|
| **Matthew Green**<br>*individually, as surviving sibling of Andrew Peter Charles Curry Green* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John Doe 23**<br>*being intended to designate the Personal Representative of the Estate of Denise Gregory, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kanishka Agarwala**<br>(See above for address)<br>*LEAD ATTORNEY*<br><br>**Nicholas Robert Maxwell**<br>(See above for address)<br>*TERMINATED: 04/29/2021* |

**Plaintiff**

| | | |
|---|---|---|
| **Lenworth Sewell**<br>*individually, as surviving sibling of Denise Gregory* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kanishka Agarwala**<br>(See above for address) |

*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**John Doe 24**
*being intended to designate the Personal Representative of the Estate of Melissa M. Harrington−Hughes, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent ju*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Robert J. Harrington**
*individually, as surviving parent of Melissa M. Harrington−Hughes*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Beverly Harrington**
*individually, as surviving parent of Melissa M. Harrington−Hughes*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Haskell**
*individually, as surviving spouse of Thomas Haskell*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Haskell**
*as the Personal Representative of the Estate of Thomas Haskell, deceased,*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*

*and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Haskell*

*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dawn H. Carbone**
*individually, as surviving sibling of Thomas Haskell*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erin Haskell**
*individually, as surviving child of Thomas Haskell*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Meaghan Haskell**
*individually, as surviving child of Thomas Haskell*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tara Haskell**
*individually, as surviving child of Thomas Haskell*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maureen Haskell**
*individually, as surviving parent of Thomas Haskell*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Kevin Haskell**
*individually, as surviving sibling of Thomas Haskell*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Doe 25**
*as Personal Representative of the Estate of Timothy Haskell, deceased, the late sibling of Thomas Haskell*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**John Doe 26**
*being intended to designate the Personal Representative of the Estate of Timothy Haskell, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (o*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Barbara Haskell**
*as Personal Representative of the Estate of Thomas Haskell, deceased, the late sibling of Timothy Haskell*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maureen Haskell**
*individually, as surviving parent of Timothy Haskell*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Kevin Haskell**
*individually, as surviving sibling of Timothy Haskell*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dawn H. Carbone**
*individually, as surviving sibling of Timothy Haskell*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Doe 27**
*being intended to designate the Personal Representative of the Estate of Ronald J. Hemenway, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Medina**

represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lawrence McNamee** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick McMahon** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Noce** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elliot Miller** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick McCooey** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Felicia Morales** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Quigley** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deryck Ming** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose L. Ortiz** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Audrey Mosley−Marcus** represented by **Andrew Joseph Maloney**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Joseph Poidomani** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Evelyn Morales** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Paul Nietman** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Josephine Monte** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Joseph Maresca** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Stephen Maruschak** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Kurt Reichel** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Thomas P. McCurdy** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Maricor Rich** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**
**Bruce West** represented by

**Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LaShawn Sanders** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Young, Jr.** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Senzamici** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Keith Welz** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hector Santiago** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael E. Weisberg** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Zoccoli** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Waser** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David M. Rivas** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Walsh** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Louis Rochelle** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Wollack** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Tracy** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Sutton** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jason Sutliff** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christian Sollecito** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eliseo Vergara, Jr.** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward P. Tague** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Santiago** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicholas Telincho** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Waski** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Russell Touhey** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gladstone West** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ralph Tiso** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shanette N. Van Dyke** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Tighe** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gerard Ryan** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cara Savittiere** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Karen Gaines**<br>*surviving Spouse of Scott Gaines, Deceased* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kristen Folberth**<br>*Personal Representative of the Estate of Robert Blair, Deceased* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Christopher Gibbs**<br>*surviving Child of Angela Gibbs, Deceased* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Nicholas Bulzomi**<br>*individually* | represented by | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Boyle**<br>*individually* | represented by | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Fran Cotona**<br>*individually* | represented by | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Leon Clini**<br>*individually* | represented by | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Willie Mae Atkins**<br>*individually* | represented by | **Willie Mae Atkins**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Andrew Bryant, Jr.**<br>*individually* | represented by | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Richard Allen**<br>*individually* | represented by | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Robert Ballin**
*individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marinella Hemenway**
*individually, as surviving spouse of Ronald J. Hemenway*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Greene**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Michael Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samantha Emily Smith**
(See above for address)
*TERMINATED: 04/29/2021*

**Stephen Wah**
(See above for address)
*TERMINATED: 11/10/2020*

**Vianny Maria Pichardo**
(See above for address)
*TERMINATED: 06/20/2020*

**Plaintiff**

**Stefan Hemenway**
*individually, as surviving child of Ronald J. Hemenway*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Desiree Hemenway**
*individually, as surviving child of Ronald J. Hemenway*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shirley Hemenway**
*individually, as surviving parent of*

represented by **Bruce Elliot Strong**
(See above for address)

*Ronald J. Hemenway*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert B. Hemenway, Sr.**
*individually, as surviving parent of Ronald J. Hemenway*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen Novich**
*individually, as surviving sibling of Ronald J. Hemenway*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert B. Hemenway, Jr.**
*individually, as surviving sibling of Ronald J. Hemenway*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Wah**
(See above for address)
*TERMINATED: 11/10/2020*

**Plaintiff**

**John Doe 28**
*being intended to designate the Personal Representative of the Estate of DaJuan Hodges, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mohamed Abdou**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Cohen**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Bender**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Louis Colasanti**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Enrique Caballero**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roberta Jackson**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lawrence Gould**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pietro Gambino**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mari−Ann Brownell**
*individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martha Garcia**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Drew Kiriazides**

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edmond Brosnan** *individually* represented by **David Charles Cook** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gjon Juncaj** *Individually* represented by **David Charles Cook** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Hoerner Jr** *Individually* represented by **David Charles Cook** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eileen Debold** *individually* represented by **David Charles Cook** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Gill** *Individually* represented by **David Charles Cook** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elisa Alba** *individually* represented by **David Charles Cook** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Josephine D'Alessandro** *individually* represented by **David Charles Cook** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert James** *Individually* represented by **David Charles Cook** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carol James** *Individually* represented by **David Charles Cook** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alan Kasman** *Individually* represented by **David Charles Cook** (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Hurley**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dennis Edwards**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Bucalo**
*individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ethan Ernest**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dana Frank**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sandra Fagan**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vinicio Felix**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Ford**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laurence Bissett**
*individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

| | | |
|---|---|---|
| **Timothy Flynn**<br>*Individually* | | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John Finlay**<br>*Individually* | represented by | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Thomas D'Auria**<br>*individually* | represented by | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Sylvia Fenton**<br>*Individually* | represented by | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jamie Kelly**<br>*Individually* | represented by | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Abraham Goldstein**<br>*Individually* | represented by | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Alberti**<br>*individually* | represented by | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Philip A Collins**<br>*Individually* | represented by | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Robert Bernardini**<br>*individually* | represented by | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **David Diaz**<br>*Individually* | represented by | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Rudolph DiMaggio Jr**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter DiNazzo**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony DeRogatis**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Cincotta**
*individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Crichlow**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Beverly Eaton**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicholas DelliVeneri**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Darren Drake**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Henry Feingersh**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephanie Fiorino Barnetas**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Feinberg** represented by **David Charles Cook**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Anthony Bevacqua** represented by **David Charles Cook**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Grimaldi** represented by **David Charles Cook**
*individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elvia Carpio** represented by **David Charles Cook**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Douglas Goldstein** represented by **David Charles Cook**
*individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Joanne Asencio** represented by **David Charles Cook**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MacArthur Bobbitt** represented by **David Charles Cook**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Art Capri** represented by **David Charles Cook**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Korongy** represented by **David Charles Cook**
*individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Natalia Caballero** represented by **David Charles Cook**
*Individually*
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anne Albritton**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Keith Chamish**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Delroy Ellis**
*individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter F Broderick**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Alessi**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gazim Bruce**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Friscia**
*individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Lavin**
*individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Amato**

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Louis Guglielmetti**
*individually*

represented by **David Charles Cook**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carmen Fiallo**
*individually*
represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Kung**
*individually*
represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rauha Amuplo**
represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bruce Koch**
*individually*
represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Bailey**
represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martin Dennehy**
*individually*
represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Knight**
*individually*
represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher T. Baione**
represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gloria Barre**
represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Baum**
represented by

| | | |
|---|---|---|
| | | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Ana Beltre** | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Michael Detouche**<br>*individually* | represented by | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **James Grillo**<br>*individually* | represented by | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **David Cook**<br>*individually* | represented by | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Melissa Benitez−Florio** | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Keith Bennett** | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jimmie Lee Boyles** | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Steven Burdman** | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **See Yam Cheng** | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Jackie Chin** represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wei Cong** represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Cornale** represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cynthia Costa** represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Daly** represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ralph Daniele** represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Decker** represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisandra Delacruz** represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ralph Gonzalez**
*individually* represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan DeMaio** represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Herrera** represented by **David Charles Cook**
*individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lorraine Dickerson** represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Milton Germosen** represented by **David Charles Cook**
*individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Dowd** represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Agnieszka Dymczyk** represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Fynes** represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael DiBenedetto** represented by **David Charles Cook**
*individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jonathan Labozzetta** represented by **Stephanie J Lannigan**
Townley & Updike
405 Lexington Avenue
New York, NY 10174
(212) 973−6000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Flanagan** represented by **David Charles Cook**
*individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Flora Lawyer** | represented by | **Stephanie J Lannigan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Stephen Garland**<br>*individually* | represented by | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Joseph Jr. LaRosa** | represented by | **Stephanie J Lannigan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jacques Lafontant** | represented by | **Stephanie J Lannigan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **George Lam** | represented by | **Stephanie J Lannigan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Nancy Lapid** | represented by | **Stephanie J Lannigan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Remon Lapid** | represented by | **Stephanie J Lannigan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **anthony Lamanna** | represented by | **Stephanie J Lannigan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **James Laino** | represented by | **Stephanie J Lannigan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Elizabeth Lammatina** | represented by | **Stephanie J Lannigan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>**Plaintiff**</u>

**Peter Galasso** represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Sarah Lam** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Marianne Giaccone** represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Robert Lamattina** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Leonard Golubchick** represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Matthew Gregg** represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**John R Lofton** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Shu Guo** represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Gayle Jones Lofton** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Michael Lee** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shu Fang Guo** represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robin Lohier** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Howard Jr. Lee** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**June Lowe** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Glenda Lee** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kalmus Lowe** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Lubach** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diana Lumbrazo** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Habert** represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Haehn** represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carol Hairston** represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sylvia Hodge** represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Jacobs** represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ai Ping Jeng** represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Kennedy** represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cal Koury** represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Kroner** represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laura LaRosa** represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zhao Pan Lei** represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aileen Li** represented by **Daniel O. Rose**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yu Yan Li** represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jin Bang Liang** represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Qi Rong Liang** represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Meifang Lin** represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yun Qing Lin** represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Man Chiu Liu** represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Lugo** represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Simon** represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Galetto**
*individually* represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**marcy Hoenig**
*individually*

**David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Abbe Goidel**
*individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Darlene Fonesca**
*individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Clara Fleshman**
*individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maryann Low**

represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rocco Lumbrazo**

represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kim Love**

represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Magan**
*Individually*

represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Low**

represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Magan**
*as Administrator of the Estate of Keith Magan, deceased*

represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anna Marie Mangiaracina** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sandra Marcus**
*as Administrator of the Estate of Lawrence Kraham, deceased* represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cheryl Mangin** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Maikish** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michele Mainvielle** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Manning** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ramon Maldonado** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sandra Marcus** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Allegra Maple** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Serena Manning** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Phyllis McBride** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Masella** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lillian Matos** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marie Masella** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Norman Marino** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Clifton Marshall** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Beverly Maysonet** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Myah Mathura** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Socorro Marquez** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Beth Masseo** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aldo Mauro** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alonzo E. McBean** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Willie Matos** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Houston**
*individually, as surviving spouse of Charles J. Houston*
represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Houston**
*as the Personal Representative of the Estate of Charles J. Houston, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles J. Houston*
represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Francis X. Houston**
*individually, as surviving sibling of Charles J. Houston*
represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jane Doe 69**
*as Personal Representative of the Estate of William J. Houston, deceased, the late sibling of Charles J. Houston*
represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joan M. Houston**
*as Personal Representative of the Estate of Joan McQuillen, deceased, the late parent of Charles J. Houston*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joan M. Houston**
*individually, as surviving sibling of Charles J. Houston*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Trina Sabb**
*individually, as surviving sibling of Lamar D. Hulse*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Miriam Zehava Huttler**
*individually, as surviving spouse of Joseph S. Huttler*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Miriam Zehava Huttler**
*as the Personal Representative of the Estate of Joseph S. Huttler, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph S. Huttler*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ben Huttler**
*individually, as surviving child of*

represented by **Bruce Elliot Strong**
(See above for address)

*Joseph S. Huttler*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gideon Huttler**
*individually, as surviving child of Joseph S. Huttler*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frida Huttler**
*individually, as surviving child of Joseph S. Huttler*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Doe 29**
*being intended to designate the Personal Representative of the Estate of John C. Jenkins, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (o*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeffrey Jenkins**
*individually, as surviving sibling of John C. Jenkins*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Doe 30**
*as Personal Representative of the Estate of Florence Detherage, deceased, the late parent of John C. Jenkins*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Doe 31**
*as Personal Representative of the Estate of Marshall Ray Detherage, deceased, the late parent of John C. Jenkins*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Doe 32**
*being intended to designate the Personal Representative of the Estate of Charles G. John, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (o*
*TERMINATED: 06/07/2022*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Veronica John**
*individually, as surviving parent of Charles G. John*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zamani Davis**
*individually, as surviving sibling of Charles G. John*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Royston Roach**
*individually, as surviving sibling of Charles G. John*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cleveland B. John**
*individually, as surviving sibling of Charles G. John*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charlene Cumberbatch**
*individually, as surviving sibling of Charles G. John*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Orwyn John**
*individually, as surviving sibling of Charles G. John*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sue Kellogg**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Kelly**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Kelly**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Philip J. Kelly**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert J. Kelly**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Kelnhofer**
*Individually*

represented by **Daniel O. Rose**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Kennedy**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen Kenney**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Kerley**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Timothy G. Kilduff**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Kilkenny**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**WALI ABDUS−SABUR**

represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Abutel**

represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jana Barnett**

represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aesha Balde**

represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zachary Berkley**

represented by

| | | |
|---|---|---|
| | | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Michelle Beersingh** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lynn Anderson** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Delores Adams** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Pedro Anglero** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Latisha Alexander** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Mary Beierle** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Robin Ashman** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Gail Barracano** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lucianie Amy** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Yaw Afriyie** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chanda Barnes** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Glenn Barnett** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Salvatore Amato** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zofia Baraniak** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen Bavaro** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martha Longo**
*Individually* represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Franciene Marion**
*Individually* represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anne Lordo**
*Individually* represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fredrick Nordt Jr.**
*Individually* represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Jill Licata**<br>*Individually* | represented by | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **James Ng**<br>*Individually* | represented by | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jon Liggio**<br>*Individually* | represented by | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Michele Naumann**<br>*Individually* | represented by | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Mathew McNichol**<br>*Individually* | represented by | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John McGinley**<br>*Individually* | represented by | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Denise McCray**<br>*Individually* | represented by | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Donald Nevins**<br>*Individually* | represented by | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Charles Messina**<br>*Individually* | represented by | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Georgette Maddalena**<br>*Individually* | represented by | **David Charles Cook**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Montague**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Mignone**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leonard Parr**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gioacchino Montanaro**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jacqueline Mitchell**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Navarro**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dennis Minnella**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Lombardi**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frankie Mack**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dawn Magnotta**
*Individually*

represented by **David Charles Cook**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sherlyn Richardson** represented by **David Charles Cook**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicholas Rossini** represented by **David Charles Cook**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Rivezzo** represented by **David Charles Cook**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Allan Young** represented by **David Charles Cook**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carmen White** represented by **David Charles Cook**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bonnie Pinto** represented by **David Charles Cook**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melissa Welch** represented by **David Charles Cook**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maurice Quick** represented by **David Charles Cook**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Velez** represented by **David Charles Cook**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**Gloria Santos**
*Individually*

**David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Sackman**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emanuel Ruggiero**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Otis Walker**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Regina Sbarra**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Minerva Roldan**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Doreen Tafarella**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Schwiering**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raymond Winslow**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leslie Tarver**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David State**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Walcott**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Scotto Sr.**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Rogers**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Ranocchia**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Beverly Rosario**
*Individually*

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dara Berliner**
*individually, as surviving sibling of Mary Jo Kimelman*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael P Kimelman**
*individually, as surviving sibling of Mary Jo Kimelman*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Arlene Tanner−Glynn** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Robert Sweetman** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Linda Tegnestam** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Gloria Taylor** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Cutie Stone** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Ralph Stuart** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kiefsa Taylor** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Patrick Glynn** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Frank Stone** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Keithlyn J Taylor** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| <u>**Plaintiff**</u> | | |
| **Nanci Thayer** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Justin Taveras** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Dorita Stewart** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Marina Tavarez** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Aleksa Stojkovic** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Daniel Tandy** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Juan Tapia** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Eva Sweetman** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Adriana Lopez** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Marie Lisa Sussman** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **James Strandberg** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Shamika Stokes** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Julius Suggs** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Yuan Su** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Audrey Sutton** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Benjamin Taroc** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Timothy Strawman** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jennifer Strauss** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Thomas Valente** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Scott Kimelman**<br>*individually, as surviving sibling of Mary Jo Kimelman* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shirley Thompkins−Morris** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anand Mathura** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martha Vargas** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas P McDonough** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John McGuiness** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stacey Torres** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andre Walston** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William McCullough** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carol Valdez** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephanie McDaniel** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin McDaniel** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark McNally** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Iovanny Medina** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Mcnally** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Darrell McIlwain** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michaela Meyers** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Meyers** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joanne Gregory**
*Child of 9/11 Decedent Jose Angel Martinez, Jr.* represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Metcalf** represented by **Stephanie J Lannigan**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Allan Michael** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Helen Thompson** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael McPhee** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amanda C. Hetzel**
*Child of 9/11 Decedent Thomas J. Hetzel*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jack Migliore** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Madeline C. Hoffman**
*Child of 9/11 Decedent Stephen G. Hoffman*
represented by **Madeline C. Hoffman**
PRO SE

**Plaintiff**

**Jacqueline Miller−Edwards** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John McKeon** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emma K. Hunt**
*Child of 9/11 Decedent William Christopher Hunt*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raymond M. McNeil** represented by **Stephanie J Lannigan**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mert Ibis** represented by **Robert Turner Haefele**
*Child of 9/11 Decedent Zuhtu Ibis*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Doretha McPhee** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephanie Pagano** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amanda Lee** represented by **Robert Turner Haefele**
*Child of 9/11 Decedent Daniel John Lee*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen Mitchell** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter John** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vickie Moore** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeanee Lee** represented by **John A. Corr**
*Child of 9/11 Decedent Siew−Nya Ang*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Johnnie Vasquez** represented by **Christopher R. LoPalo**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vance Mitchell, Sr.** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Winnee Lee**
*Child of 9/11 Decedent Siew−Nya Ang* represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Underwood** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Katherine Lin**
*Child of 9/11 Decedent Wei Rong Lin* represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Claudette Mills−Hamlett** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jonahus Thomas** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joel Hamlett** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Moriarity** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jazmine Warren** represented by **Christopher R. LoPalo**
(See above for address)

| | | |
|---|---|---|
| | | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **William A. Longing**<br>*Child of 9/11 Decedent Laura M. Longing* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Denise Moore–Ford** | represented by | **Stephanie J Lannigan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Shay E. Mahon**<br>*Child of 9/11 Decedent Thomas A. Mahon* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Dee Minter** | represented by | **Stephanie J Lannigan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Patricia Vigilante** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jacquelyn Mitchell** | represented by | **Stephanie J Lannigan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Alfred R. Maler**<br>*Child of 9/11 Decedent Alfred R. Maler* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Johnny D. Moore** | represented by | **Stephanie J Lannigan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Dimas Galeas** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| | represented by | |

**Max W. Maltby**
*Child of 9/11 Decedent Christian H. Maltby*

**Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lois Murray** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Myers** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Juliette Thomas** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Morgan Maltby**
*Child of 9/11 Decedent Christian H. Maltby*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary L. Murray** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicholas Mouhlas** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica A. Mannetta**
*Child of 9/11 Decedent Debra M. Mannetta*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Claire Mouhlas** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Vargas** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Linda Myers** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Tyler Marino**
*Child of 9/11 Decedent Kenneth Marino* represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**John Myers** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Maria Velez** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Chandler H. Marshall**
*Child of 9/11 Decedent Shelley A. Marshall* represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Julio Montenegro** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Isaiah Washington** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Christopher Michael Martinez**
*Child of 9/11 Decedent Jose Angel Martinez, Jr.* represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Timothy N. Nash** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Michael Murza** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Alanena Walker** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Annette Needle** | represented by | **Stephanie J Lannigan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Diane Lynn Martinez**<br>*Child of 9/11 Decedent Jose Angel Martinez, Jr.* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Brenda Washington** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Danny Natal** | represented by | **Stephanie J Lannigan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Katelyn Marut**<br>*Child of 9/11 Decedent Edward Philip York* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kevin Tyler** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Brian McDonnell**<br>*Child of 9/11 Decedent Michael Patrick McDonnell* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Allan Needle** | represented by | **Stephanie J Lannigan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kevin M. McDonnell**<br>*Child of 9/11 Decedent Michael Patrick McDonnell* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Trief** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Doris Natal** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Scott Mulford** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Tricardo** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chloe B. McHugh**
*Child of 9/11 Decedent Dennis P. McHugh*
represented by **Chloe B. McHugh**
PRO SE

**Plaintiff**

**Thomas Murray** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alice Murza** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Corrine McNally** represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julissa Vega** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zaide Touma** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*

| | | |
|---|---|---|
| | | *ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Joseph Trimarco** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Graciela Ulloa** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Howard Walvick** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Valerie Timm Hicks** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Maria Troina** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Pamela Vorillas** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Eileen Trimarco** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Joanne Vasquez Crespo** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Frank Ungaro** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Julio Velazquez** | represented by | **Christopher R. LoPalo**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephen Vigilante** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theresa Tucker** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eunice Vilasceca** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jovanny Velasquez** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ann Valentino** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raymond Velez** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Tsawy** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph F Troina** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Valisha Nathan** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angel Ulloa** represented by

**Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nereida Trinidad** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ron Thomas** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Terrence King** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Philip Wasser** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lucy Ward−Brathwaite** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victor Torres** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Vasquez** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Huston Vaughn** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph M. McHugh**
*Child of 9/11 Decedent Dennis P. McHugh*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michele C. Melendez**
*Child of 9/11 Decedent Jose Angel Martinez, Jr.*
represented by **Michele C. Melendez**
PRO SE

**Plaintiff**

**Kelsie S. Minor**
*Child of 9/11 Decedent Dwayne Williams*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christa A. Montano**
*Child of 9/11 Decedent Craig D. Montano*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Liam F. Montano**
*Child of 9/11 Decedent Craig D. Montano*
represented by **Liam F. Montano**
PRO SE

**Plaintiff**

**Lukas R. Montano**
*Child of 9/11 Decedent Craig D. Montano*
represented by **Lukas R. Montano**
PRO SE

**Plaintiff**

**Hopewell Murphy**
*Child of 9/11 Decedent Christopher W. Murphy*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Austin J. Negron**
*Child of 9/11 Decedent Pete Negron*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alfonse J. Niedermeyer, IV**
*Child of 9/11 Decedent Alfonse J. Niedermeyer*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Tighe O'Connor**
*Child of 9/11 Decedent Stephen Edward Tighe*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amanda Ogilby**
*Child of 9/11 Decedent Jeffrey L. Fox*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Caroline J. Ogonowski**<br>*Child of 9/11 Decedent John A. Ogonowski* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Laura E. Ogonowski**<br>*Child of 9/11 Decedent John A. Ogonowski* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Mary K. Ogonowski**<br>*Child of 9/11 Decedent John A. Ogonowski* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Rishi Parmar**<br>*Child of 9/11 Decedent Hashmukhrai C. Parmar* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Shamir Parmar**<br>*Child of 9/11 Decedent Hashmukhrai C. Parmar* | represented by | **Shamir Parmar**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Michele Puckett−Formolo**<br>*Child of 9/11 Decedent John F. Puckett* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Robert J. Rasmussen**<br>*Child of 9/11 Decedent Robert A. Rasmussen* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Samuel R. Rasmussen**<br>*Child of 9/11 Decedent Robert A. Rasmussen* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Taylor M. Rasmussen**<br>*Child of 9/11 Decedent Robert A. Rasmussen* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Emma Rathkey**<br>*Child of 9/11 Decedent David A.J. Rathkey* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Ian Rathkey**<br>*Child of 9/11 Decedent David A.J. Rathkey* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Matthew Rathkey**<br>*Child of 9/11 Decedent David A.J. Rathkey* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kellie Work**<br>*individually, as surviving sibling of Amy R. King* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jessica Rogers**<br>*Child of 9/11 Decedent Thomas A. Damaskinos* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Christopher Schardt**<br>*Child of 9/11 Decedent John Schardt* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Robert Schardt**<br>*Child of 9/11 Decedent John Schardt* | represented by | **Robert Schardt**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Alexandra Nicole Scott**<br>*Child of 9/11 Decedent Randolph Scott* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **James Sherry**<br>*Child of 9/11 Decedent John A. Sherry* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Susan M King**<br>*individually, as surviving parent of Amy R. King* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**John Barnes** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marc Asnin** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gladys Anglero** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Scott Alswang** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Agostino Accardo** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Besterio** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Barreto** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elaine Barone** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen Asnin** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lorenza Frias** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Gaydos** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elise Alpert** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Acevedo** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Angeron** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martha Arias** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Walter Aviles** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gilbert Ash** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victor Atako** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jonathan Berhanu** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jimmy Bae** represented by **Christopher R. LoPalo**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Albert Barracano** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Muhammed Aziz** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Alma** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Asgar Ali** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Priscilla Tamayo** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Noel Barreto** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rose Marie Archipolo−Aviles** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jesus Algarin** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Barbera** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Soraiya Ali** represented by

**Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Miladys Almanzar** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Czeslaw Maliszewski** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lawrence S. Issacs** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Catherine Bae** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mauricio Aguilar** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sheryl Russell** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tasha Bell** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nick Allegretti** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yessica Cartag** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lizette Alicea−Pilotti** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Darren Annunziata** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mamadou Balde** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cynthia Alvarez** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carole Becca** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lizette Cruz−Rivera** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rafael Arroyo−Vargas** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sherman Allen** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Harry Bavaro** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vladimir Arteaga** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **MacLovio Arellano** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Troy Anderson** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Mariela Ballesteros** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Luis Arias** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Joyce Beltran** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Marie Balzano** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Vistellree Askew** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Carol Benta** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kyle Benta** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Edward G. Beimfohr** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shakim Allah** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carolyn Archer** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adriano Almanzar** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cynthia Behlin−Josey** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dominick Pilotti** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerry Stolls** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Murray Ackerman** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gladys Afriyie** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen Bell** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karlton Evans** represented by **Christopher R. LoPalo**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Harvey B. Aynes** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maryann Aynes** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nyesha Bates** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kerment O. Burton** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Albers** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Anthony** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roslind Berrlow** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alan Arbutina** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Baquero** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

| | | |
|---|---|---|
| **Amanda Ann Jacobs**<br>*as Personal Representative of the Estae of Lynette Williams, deceased* | | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Matthew Ferguson**<br>*Child of 9/11 Decedent George J. Ferguson III* | represented by | **Matthew Ferguson**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Wanda Ferguson**<br>*Sibling of 9/11 decedent Lisa Terry* | represented by | **Wanda Ferguson**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Tracy O'Keefe**<br>*Spouse of 9/11 Decedent Alexander Steinman* | represented by | **Tracy O'Keefe**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Danielle Riverso**<br>*Child of 9/11 Decedent Joseph R. Riverso* | represented by | **Danielle Riverso**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Esther A. Romanoff**<br>*Spouse of 9/11 Decedent Daniel Ilkanayev* | represented by | **Esther A. Romanoff**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Yelena Romanoff**<br>*Spouse of 9/11 decedent Daniel Ilkanayev* | represented by | **Yelena Romanoff**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jason Schoenholtz**<br>*Stepsibling of 9/11 decedent Alexander Steinman* | represented by | **Jason Schoenholtz**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Eileen A. Shanahan**<br>*Spouse of 9/11 decedent Earl Shanahan* | represented by | **Eileen A. Shanahan**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Gregory Earl Shanahan**<br>*Child of 9/11 Decedent Earl Shanahan* | represented by | **Gregory Earl Shanahan**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Elizabeth Anne Vandevander**<br>*Spouse of 9/11 decedent Jon C. Vandevander* | represented by | **Elizabeth Anne Vandevander**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jane A. Vandevander**<br>*Child of Jon C. Vandevander* | represented by | **Jane A. Vandevander**<br>PRO SE |

**Plaintiff**

represented by

**Jon C. Vandevander**
*Child of 9/11 decedent Jon C. Vandevander*

**Jon C. Vandevander**
PRO SE

**Plaintiff**

**Mary E. Vandevander**
*Child of Jon C. Vandevander*

represented by **Mary E. Vandevander**
PRO SE

**Plaintiff**

**Rema Waiser**
*Spouse of 9/11 decedent Simon V. Weiser*

represented by **Rema Waiser**
PRO SE

**Plaintiff**

**Janice C. Williams**
*Spouse of 9/11 Decedent Louis C. Williams III*

represented by **Janice C. Williams**
PRO SE

**Plaintiff**

**Anne K. Brewer**
*Child of 9/11 decedent Carol K. Demitz*

represented by **Anne K. Brewer**
PRO SE

**Plaintiff**

**Curtis F. Brewer**
*Spouse of 9/11 decedent Carol K. Demitz*

represented by **Curtis F. Brewer**
PRO SE

**Plaintiff**

**Brian Flannery**
*Spouse of 9/11 decedent Christina Flannery*

represented by **Brian Flannery**
PRO SE

**Plaintiff**

**James Gabriel**
*Child of 9/11 decedent Richard P. Gabriel*

represented by **James Gabriel**
PRO SE

**Plaintiff**

**Anne Gabriel**
*Spouse of 9/11 decedent Richard P. Gabriel*

represented by **Anne Gabriel**
PRO SE

**Plaintiff**

**Christopher Gabriel**
*Child of 9/11 decedent Richard P. Gabriel*

represented by **Christopher Gabriel**
PRO SE

**Plaintiff**

**Carol L. Gies**
*Spouse of 9/11 decedent Ronnie E. Gies*

represented by **Carol L. Gies**
PRO SE

**Plaintiff**

**Ronnie J. Gies**
*Child of 9/11 decedent Ronnie E. Gies*

represented by **Ronnie J. Gies**
PRO SE

**Plaintiff**

**Thomas W. Gies**
*Child of 9/11 decedent Ronnie E. Gies*

represented by **Thomas W. Gies**
PRO SE

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Kathryn E. Healey**<br>*Child of 9/11 decedent Michael Healey* | represented by | **Kathryn E. Healey**<br>PRO SE |
| **Plaintiff** | | |
| **Matthew A. Healey**<br>*Child of 9/11 decedent Michael Healey* | represented by | **Matthew A. Healey**<br>PRO SE |
| **Plaintiff** | | |
| **Michael J. Healey**<br>*Child of 9/11 decedent Michael Healey* | represented by | **Michael J. Healey**<br>PRO SE |
| **Plaintiff** | | |
| **Theresa Healey**<br>*Spouse of 9/11 decedent Michael Healey* | represented by | **Theresa Healey**<br>PRO SE |
| **Plaintiff** | | |
| **Colleen M. Holohan**<br>*Spouse of 9/11 decedent Thomas P. Holohan* | represented by | **Colleen M. Holohan**<br>PRO SE |
| **Plaintiff** | | |
| **Liam M. Holohan**<br>*Child of 9/11 decedent Thomas P. Holohan* | represented by | **Liam M. Holohan**<br>PRO SE |
| **Plaintiff** | | |
| **Iraida Martinez**<br>*Child of 9/11 decedent Linda C. Mair Grayling* | represented by | **Iraida Martinez**<br>PRO SE |
| **Plaintiff** | | |
| **William Nelson**<br>*Spouse of 9/11 decedent Theresa Nelson−Risco* | represented by | **William Nelson**<br>PRO SE |
| **Plaintiff** | | |
| **Donna Smith−Yule**<br>*Spouse of 9/11 decedent James G. Smith* | represented by | **Donna Smith−Yule**<br>PRO SE |
| **Plaintiff** | | |
| **Caroline Smith**<br>*Child of 9/11 decedent James G. Smith* | represented by | **Caroline Smith**<br>PRO SE |
| **Plaintiff** | | |
| **Kristen Smith**<br>*Child of 9/11 decedent James G. Smith* | represented by | **Kristen Smith**<br>PRO SE |
| **Plaintiff** | | |
| **Robert Smith**<br>*Child of 9/11 decedent James G. Smith* | represented by | **Robert Smith**<br>PRO SE |
| **Plaintiff** | | |
| **William Smith**<br>*Child of 9/11 decedent James G. Smith* | represented by | **William Smith**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Carrol Guniss**<br>*individually* | represented by | **Carrol Guniss**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Cathleen Breen**<br>*individually* | represented by | **Cathleen Breen**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Steven Gladding**<br>*individually* | represented by | **Steven Gladding**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Drennan**<br>*individually* | represented by | **Michael Drennan**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Herman Barreto**<br>*individually* | represented by | **Herman Barreto**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Kara Gibson**<br>*individually* | represented by | **Kara Gibson**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Philip Gonnella, Sr.**<br>*individually* | represented by | **Philip Gonnella, Sr.**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Kevin Hannan**<br>*individually* | represented by | **Kevin Hannan**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Elaine Garcia**<br>*individually* | represented by | **Elaine Garcia**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Patrick Angoy**<br>*individually* | represented by | **Patrick Angoy**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Cori Gallo**<br>*individually* | represented by | **Cori Gallo**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Angelica Allen**<br>*Spouse of 9/11 decedent Eric Allen* | represented by | **Angelica Allen**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Kathleen Allen**<br>*Child of 9/11 decedent Eric Allen* | represented by | **Kathleen Allen**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Dennis Eulau**<br>*Spouse of 9/11 decedent Michele Coyle−Eulau* | represented by | **Dennis Eulau**<br>PRO SE |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Eric Eulau**<br>*Child of 9/11 decedent Michele Coyle−Eulau* | represented by | **Eric Eulau**<br>PRO SE |
| **Plaintiff** | | |
| **Mark Eulau**<br>*Child of 9/11 decedent Michele Coyle−Eulau* | represented by | **Mark Eulau**<br>PRO SE |
| **Plaintiff** | | |
| **Matthew Eulau**<br>*Child of 9/11 decedent Michele Coyle−Eulau* | represented by | **Matthew Eulau**<br>PRO SE |
| **Plaintiff** | | |
| **Carolynn Iskyan**<br>*Child of 9/11 decedent John Iskyan* | represented by | **Carolynn Iskyan**<br>PRO SE |
| **Plaintiff** | | |
| **Margaret Iskyan**<br>*Spouse of 9/11 decedent John Iskyan* | represented by | **Margaret Iskyan**<br>PRO SE |
| **Plaintiff** | | |
| **Peter Iskyan**<br>*Child of 9/11 decedent John Iskyan* | represented by | **Peter Iskyan**<br>PRO SE |
| **Plaintiff** | | |
| **Christopher Mascali**<br>*Child of 9/11 decedent Joseph Mascali* | represented by | **Christopher Mascali**<br>PRO SE |
| **Plaintiff** | | |
| **Jennifer Mascali**<br>*Child of 9/11 decedent Joseph Mascali* | represented by | **Jennifer Mascali**<br>PRO SE |
| **Plaintiff** | | |
| **Katelyn Mascali**<br>*Child of 9/11 decedent Joseph Mascali* | represented by | **Katelyn Mascali**<br>PRO SE |
| **Plaintiff** | | |
| **Lori Mascali**<br>*Spouse of 9/11 decedent Joseph Mascali* | represented by | **Lori Mascali**<br>PRO SE |
| **Plaintiff** | | |
| **Corbin Mayo**<br>*Child of 9/11 decedent Robert Mayo* | represented by | **Corbin Mayo**<br>PRO SE |
| **Plaintiff** | | |
| **Lauren Murphy−Lewis**<br>*Spouse of 9/11 decedent Matthew T. O'Mahony* | represented by | **Lauren Murphy−Lewis**<br>PRO SE |
| **Plaintiff** | | |
| **Merrilly E. Noeth**<br>*Parent of 9/11 decedent Michael Noeth* | represented by | **Merrilly E. Noeth**<br>PRO SE |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Diane Ryan**<br>*Spouse of 9/11 decedent Edward Ryan* | represented by | **Diane Ryan**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Edward Ryan**<br>*Child of 9/11 decedent Edward Ryan* | represented by | **Edward Ryan**<br>PRO SE |
| **Plaintiff** | | |
| **Karen Barrett**<br>*as the co−Personal Representative of the Estate of Lucille T. King, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lucille T. King* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Robert Murray**<br>*as the co−Personal Representative of the Estate of Lucille T. King, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lucille T. King* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Joseph Ryan**<br>*Child of 9/11 decedent Edward Ryan* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kelly Ryan**<br>*Child of 9/11 decedent Edward Ryan* | represented by | **Kelly Ryan**<br>PRO SE |
| **Plaintiff** | | |
| **Megan Ryan**<br>*Child of 9/11 decedent Edward Ryan* | represented by | **Megan Ryan**<br>PRO SE |
| **Plaintiff** | | |
| **Andrija Tomasevic**<br>*Parent of 9/11 decedent Vladimir Tomasevic* | represented by | **Andrija Tomasevic**<br>PRO SE |
| **Plaintiff** | | |
| **Radmila Tomasevic**<br>*Parent of 9/11 decedent Vladimir Tomasevic* | represented by | **Radmila Tomasevic**<br>PRO SE |
| **Plaintiff** | | |
| **Jelena Watkins**<br>*Sibling of 9/11 decedent Vladimir Tomasevic* | represented by | **Jelena Watkins**<br>PRO SE |

**Plaintiff**

**Maureen MacDonald**
*individually, as surviving sibling of James T. Lynch*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alexandra Lopes**
*individually, as surviving child of Salvatore Lopes*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Geoffrey Moore**
*as Personal Representative of the Estate of Lorna Moore, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Geoffrey Moore**
*as the Spouse of Lorna Moore, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pamela Lawson Dixon**
*individually, as surviving child of Nathaniel Lawson*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nedra Neal**
*as Personal Representative of the Estate of Michael Neal, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nedra Neal**
*as Spouse of Michael Neal, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

| | | |
|---|---|---|
| **Lorada Newman**<br>*as Personal Representative of the Estate of Samson Newman, Deceased* | | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Lorada Newman**<br>*as Spouse of Samson Newman, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Mariana Nicolau**<br>*as Personal Representative of the Estate of Serban Nicolau Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Mariana Nicolau**<br>*as Friend of Serban Nicolau, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Maureen Koecheler**<br>*as the Personal Representative of the Estate of Gary E. Koecheler, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gary E. Koecheler* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Shae E Norris**<br>*as Personal Representative of the Estate of Denise Means, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Shae E Norris**<br>*as Spouse of Denise Means, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Delroy Notice**<br>*as Personal Representative of the Estate of Filomena Notice, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Delroy Notice**<br>*as the Child of Filomena Notice, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Adeyinka Ogunlowo**
*as Personal Representative of the Estate of Stephen Ogunlowo, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adeyinka Ogunlowo**
*as the Son of Stephen Ogunlowo, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Abad**
*Child of 9/11 decedent Edelmiro Abad*

represented by **Jennifer Abad**
PRO SE

**Plaintiff**

**Lorraine Abad**
*Spouse of 9/11 decedent Edelmiro Abad*

represented by **Lorraine Abad**
PRO SE

**Plaintiff**

**Serena Abad**
*Child of 9/11 decedent Edelmiro Abad*

represented by **Serena Abad**
PRO SE

**Plaintiff**

**George Oliveri**
*as Personal Representative of the Estate of Debra Diblase, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Terrence Adderley**
*Parent of 9/11 decedent Terence Adderley, Jr.*

represented by **Terrence Adderley**
PRO SE

**Plaintiff**

**Crystal Barkow**
*Stepchild of 9/11 decedent Colleen Barkow*

represented by **Crystal Barkow**
PRO SE

**Plaintiff**

**George Oliveri**
*as the Spouse of Debra Diblase, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel F. Barkow**
*Spouse of 9/11 decedent Colleen Barkow*

represented by **Daniel F. Barkow**
PRO SE

**Plaintiff**

**Dennis Osman**
*as Personal Representative of the Estate of Alma Osman Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

| | | |
|---|---|---|
| **Dennis Osman**<br>*as the Son of Alma Osman, Deceased* | | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John Oubre**<br>*as Personal Representative of the Estate of Oubre Oubre, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John Oubre**<br>*as the Son of Oubre Oubre, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kayla Barkow**<br>*Stepchild of 9/11 decedent Colleen Barkow* | represented by | **Kayla Barkow**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Lyndsey Oxenberg**<br>*as Personal Representative of the Estate of Suesanne Oxenberg, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Lyndsey Oxenberg**<br>*as Daughter of Suesanne Oxenberg, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Edward Brennan**<br>*Parent of 9/11 decedent Edward A. Brennan, III* | represented by | **Edward Brennan**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Katarzyna Paciorek**<br>*as Personal Representative of the Estate of Wieslaw Paciorek, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Katarzyna Paciorek**<br>*as the Spouse of Wieslaw Paciorek, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Aneeta Pandit**<br>*as Personal Representative of the Estate of Ranujoy Pandit, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

represented by

| | | |
|---|---|---|
| **Aneeta Pandit**<br>*as the Spouse of Ranujoy Pandit, Deceased* | | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Gail Brennan**<br>*Parent of 9/11 decedent Edward A. Brennan, III* | represented by | **Gail Brennan**<br>PRO SE |
| **Plaintiff** | | |
| **Joanne M. Parker**<br>*as Personal Representative of the Estate of Frank Parker, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Sandra Burnside Sturiano**<br>*Spouse of 9/11 decedent John P. Burnside* | represented by | **Sandra Burnside Sturiano**<br>PRO SE |
| **Plaintiff** | | |
| **Joanne M. Parker**<br>*as the Spouse of Frank Parker, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Dominique C Paynter**<br>*as Personal Representative of the Estate of Carole Paynter, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Dominique C Paynter**<br>*as the Daughter of Carole Paynter, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Mariano D'Allesandro**<br>*Nephew of 9/11 decedent Rocco N. Gargano* | represented by | **Mariano D'Allesandro**<br>PRO SE |
| **Plaintiff** | | |
| **Donna Pearce**<br>*as Personal Representative of the Estate of Avor Cave, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Anthony D. Deniro Graffino**<br>*Stepchild of 9/11 decedent Peter J. Carroll* | represented by | **Anthony D. Deniro Graffino**<br>PRO SE |
| **Plaintiff** | | |
| **Donna Pearce**<br>*as the GrandDaughter of Avor Cave, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Janice Phelps**<br>*as Personal Representative of the Estate of Robert Phelps, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Robert Devitt, Sr.**<br>*Parent of 9/11 decedent Robert Devitt, Jr.* | represented by | **Robert Devitt, Sr.**<br>PRO SE |
| **Plaintiff** | | |
| **Janice Phelps**<br>*as the Spouse of Robert Phelps, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Leslie Phillips**<br>*as Personal Representative of the Estate of Cheryl Phillips, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Leslie Phillips**<br>*as the Spouse of Cheryl Phillips, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Maria Pinheiro**<br>*as Personal Representative of the Estate of Jose Santiago, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Evelyn Robinson**<br>*individually, as surviving sibling of Nathaniel Lawson* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kenneth Fried**<br>*Spouse of 9/11 decedent Arlene E. Fried* | represented by | **Kenneth Fried**<br>PRO SE |
| **Plaintiff** | | |
| **Maria Pinheiro**<br>*as the Spouse of Jose Santiago, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Barbara Pisano**<br>*as Personal Representative of the Estate of Michael Pisano, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Barbara Pisano**<br>*as the Spouse of Michael Pisano, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Shayla Prescod**<br>*as Personal Representative of the Estate of Shayla Prescod, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Gene Koecheler**<br>*individually, as surviving sibling of Gary E. Koecheler* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Shayla Prescod**<br>*as the Daughter of Shayla Prescod, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jordan Prinster**<br>*as Personal Representative of the Estate of Clinton Prinster, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jordan Prinster**<br>*as Son of Clinton Prinster, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kenneth Quinn**<br>*as Personal Representative of the Estate of Ann Quinn, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kenneth Quinn**<br>*as the Spouse of Ann Quinn, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| <u>**Plaintiff**</u> | | |
| **Luis Ramirez**<br>*as Personal Representative of the Estate of Victoria Ramirez, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Luis Ramirez**<br>*as the Son of Victoria Ramirez, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Susan Reznik**<br>*as Personal Representative of the Estate of Mario Ligorio, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Susan Reznik**<br>*as Domestic Partner of Mario Ligorio, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Dyna Renne Le Rhonda Richardson**<br>*as Personal Representative of the Estate of Laurie Richardson, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Dyna Renne Le Rhonda Richardson**<br>*as Daughter of Laurie Richardson, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Brian Ricks**<br>*as Personal Representative of the Estate of Carol Ramsey, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Brian Ricks**<br>*as the Son of Carol Ramsey, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Catherine Rinaldi**<br>*as Personal Representative of the Estate of Andrew Rinaldi, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Catherine Rinaldi**<br>*as the Spouse of Andrew Rinaldi, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Kathleen Rivera**<br>*as Personal Representative of the Estate of Alberto Rivera, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kathleen Rivera**<br>*as the Spouse of Alberto Rivera, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Khameela Roberts**<br>*as Personal Representative of the Estate of Nazima GhanyRoberts, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Khameela Roberts**<br>*as the Daughter of Nazima GhanyRoberts, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Theresa King**<br>*Spouse of 9/11 decedent Robert King* | represented by | **Theresa King**<br>PRO SE |
| **Plaintiff** | | |
| **Thomas C. King**<br>*Child of 9/11 decedent Robert King* | represented by | **Thomas C. King**<br>PRO SE |
| **Plaintiff** | | |
| **Andrew R. Lenoir**<br>*Child of 9/11 decedent John Robinson Lenoir* | represented by | **Andrew R. Lenoir**<br>PRO SE |
| **Plaintiff** | | |
| **Courtney A. Lenoir**<br>*Child of 9/11 decedent John Robinson Lenoir* | represented by | **Courtney A. Lenoir**<br>PRO SE |
| **Plaintiff** | | |
| **Erin P. Richards Frankel**<br>*Spouse of 9/11 decedent Gregory D. Richards* | represented by | **Erin P. Richards Frankel**<br>PRO SE |
| **Plaintiff** | | |
| **Claudia Ruggiere Donovan**<br>*Spouse of 9/11 decedent Bart Ruggiere* | represented by | **Claudia Ruggiere Donovan**<br>PRO SE |
| **Plaintiff** | | |
| **Matthew Vilardo**<br>*Child of 9/11 decedent Joseph Vilardo* | represented by | **Matthew Vilardo**<br>PRO SE |
| **Plaintiff** | | |
| | represented by | |

**Patricia Vilardo**
*Spouse of 9/11 decedent Joseph Vilardo*

**Patricia Vilardo**
PRO SE

**Plaintiff**

**Gregg Atlas**
*Child of 9/11 decedent Gregg A. Atlas*

represented by **Gregg Atlas**
PRO SE

**Plaintiff**

**Sarah Atlas**
*Child of 9/11 decedent Gregg A. Atlas*

represented by **Sarah Atlas**
PRO SE

**Plaintiff**

**Christine Coates**
*Sibling of 9/11 decedent Michael J Simon*

represented by **Christine Coates**
PRO SE

**Plaintiff**

**Connie Crawford**
*Sibling of 9/11 decedent Lisa Terry*

represented by **Connie Crawford**
PRO SE

**Plaintiff**

**Kwok Wai Wong**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Fallone**
*Spouse of 9/11 decedent Anthony Fallone*

represented by **Patricia Fallone**
PRO SE

**Plaintiff**

**Lawrence Rottkamp**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Meehan**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Sollazzo**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Watts**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Xin Gai Woo**
*Individually*

represented by **Daniel O. Rose**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**George Rodriguez**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carl Pluchino**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Miguel Perez**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paula Hayes Cottoy**
*Spouse of 9/11 decedent Conrod Cottoy, Sr*

represented by **Paula Hayes Cottoy**
PRO SE

**Plaintiff**

**Fen Mui Tso**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Allison Hobbs**
*Spouse of 9/11 decedent Thomas A Hobbs*

represented by **Allison Hobbs**
PRO SE

**Plaintiff**

**Jonathan Penny**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Rogers**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marva Roberts**
*as Personal Representative of the Estate of Gurrin Roberts, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marva Roberts**
*as the Spouse of Gurrin Roberts, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Carolyn Rommeihs**<br>*as Personal Representative of the Estate of Robert Rommeihs, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Carolyn Rommeihs**<br>*as the Spouse of Robert Rommeihs, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Philip Polizzotto**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Patrick Rooney**<br>*as Personal Representative of the Estate of Maureen Rooney, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Patrick Rooney**<br>*as the Spouse of Maureen Rooney, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Maureen Kelly**<br>*Spouse of 9/11 decedent Mark Ludvigsen* | represented by | **Maureen Kelly**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Ehren Roscoe Whitfield Jr.**<br>*as Personal Representative of the Estate of Ehren Whitfield Sr., Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jin Hee Kim**<br>*Spouse of 9/11 decedent Hyun Joon Lee* | represented by | **Jin Hee Kim**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Ehren Roscoe Whitfield Jr.**<br>*as Son of Ehren Whitfield Sr., Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jason Rose**<br>*as Personal Representative of the Estate of Valerie Brown, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Jason Rose**
*as the Son of Valerie Brown, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anna Saldarriaga**
*as Personal Representative of the Estate of Eric Saldarriaga, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anna Saldarriaga**
*as the Spouse of Eric Saldarriaga, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janice E Salomone**
*as Personal Representative of the Estate of Robert Salomone Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janice E Salomone**
*as the Spouse of Robert Salomone, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Horace Salters**
*as Personal Representative of the Estate of Annette Salters, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Horace Salters**
*as the Spouse of Annette Salters, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Sardella**
*as Personal Representative of the Estate of Lisa Sardella, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Sardella**
*as the Spouse of Lisa Sardella, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joan Schneider**
*as Personal Representative of the Estate of William Schneider, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joan Schneider**
*as the Spouse of William Schneider, Deceased*
represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Sears**
*as Personal Representative of the Estate of William Sears, Deceased*
represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Sears**
*as Son of William Sears, Deceased*
represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Senatore**
*as Personal Representative of the Estate of Robert Senatore, Deceased*
represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Senatore**
*as the Son of Robert Senatore, Deceased*
represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julian Shevitz**
*as Personal Representative of the Estate of Bella Zagorye, Deceased*
represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julian Shevitz**
*as the Spouse of Bella Zagorye, Deceased*
represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leslie Alan Silbert**
*as Personal Representative of the Estate of YunLuo Xi Silbert, Deceased*
represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Man Xia Yu**
*Individually*
represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Myers**
*Individually*
represented by **Daniel O. Rose**
(See above for address)

| | | |
|---|---|---|
| | | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Leslie Alan Silbert**<br>*as the Spouse of YunLuo Xi Silbert, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Ross Silver**<br>*as Personal Representative of the Estate of Kim Silver, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Ross Silver**<br>*as Spouse of Kim Silver, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Pamela Singh**<br>*as Personal Representative of the Estate of Saliym Muhammed, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Pamela Singh**<br>*as the Sister of Saliym Muhammed, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Ny−A Smith**<br>*as Personal Representative of the Estate of Lavon Smith, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Ny−A Smith**<br>*as Daughter of Lavon Smith, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Diane Smitheman**<br>*as Personal Representative of the Estate of Jesse Smitherman, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Diane Smitheman**<br>*as the Sister of Jesse Smitherman, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| | represented by | |

**Voyka N Soto**
*as Personal Representative of the Estate of Mildred Soto, Deceased*

**Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Voyka N Soto**
*as the Daughter of Mildred Soto, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Corliss Rhodes**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Suet Kam Wong Kwok**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dustin Sweet**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Quinlivan**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bolivar Sandoval**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donald Weed**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Durso**

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lina Burgos**

represented by

| | | |
|---|---|---|
| | | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lucila Dutan** | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Julian Dwornik** | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Venus Valentin**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Sharon Dwyer** | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Richard Riccardi**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Richard Dziubela** | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sau Ying Chan Wong** represented by **Daniel O. Rose**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lup Yan Tso** represented by **Daniel O. Rose**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Craig Smyth** represented by **Daniel O. Rose**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Venturino** represented by **Daniel O. Rose**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Betty Yuen** represented by **Daniel O. Rose**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Revans** represented by **Daniel O. Rose**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Treval** represented by **Daniel O. Rose**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Roesler** represented by **Daniel O. Rose**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wei Long Ren** represented by **Daniel O. Rose**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anny Mendez** represented by **Daniel O. Rose**
*Individually*
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Murphy**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Earle**

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fook Piu Yung**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lourdes Torres−Esquilin**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chang An Pan**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Tozzo**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**George Ebaugh**

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Irwin Edelstein**

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Philip Edwards** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Edwards** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dallas Ehring** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Elcock** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jack Elias** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Elliott** represented by

**Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Ellithorpe** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeanne Elmadany** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Elwood** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Judy Emiliano** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Miguel Endara** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Miguel Endara** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eleasea English–Key** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Eramo** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Errico** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Errico** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Espada** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alex Espinoza** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Byron Espinoza** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Annette Esposito** represented by **Annette Esposito**
PRO SE

**Plaintiff**

**Anthony Esposito** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Esposito** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Oscar Esquivel** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vincent Estella** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Estupinan** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raymond Evers** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hector Faberlle** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Fagan** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eric Faggiole** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Kinta** represented by **Daniel O. Rose**
*Individually* (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerry Kirk** represented by **Daniel O. Rose**
*Individually* (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Kirwin** represented by **Daniel O. Rose**
*Individually* (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Klammer** represented by **Daniel O. Rose**
*Individually* (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Klein** represented by **Daniel O. Rose**
*Individually* (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Klinger** represented by **Daniel O. Rose**
*Individually* (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Henry R. Klushin Jr.** represented by **Daniel O. Rose**
*Individually* (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Winfield Kluth** represented by **Daniel O. Rose**
*Individually* (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lenore Koehler** represented by **Daniel O. Rose**
*Individually* (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shalom Kolodny** represented by **Daniel O. Rose**
*Individually* (See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Margaret Korson**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Koudelka**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dennis Kramer**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Margolis**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Leonard**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Kurtz**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Ligarzewski**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Catherine Langan**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lawrence M. Lynch Jr.**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Lemaire**
*Individually*

represented by **Daniel O. Rose**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **John Kuszek**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Frank Leeb**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Ann Martin**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Beatrice Gaston**<br>*as Administrator of the Estate of Betsy Martinez, deceased* | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Iliana E Flores**<br>*individually, as surviving sibling of Carlos R. Lillo* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jewel Lyons**<br>*as the Personal Representative of the Estate of Nehamon Lyons, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nehamon Lyons* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Catherine Lauria**<br>*individually, as surviving sibling of Stephen J. Lauria* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**John Koecheler**
*individually, as surviving child of Gary E. Koecheler*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Judith "Judy&quot Hesse**
*as Personal Representative of the Estate of Michael B. Lynch, deceased, the late sibling of James T. Lynch*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carolyn DeRosier**
*individually, as surviving sibling of James T. Lynch*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Antoinette Lauria**
*as the Personal Representative of the Estate of Stephen J. Lauria, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen J. Lauria*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sophia W. M. Feliciano**
*as the Personal Representative of the Estate of George Lopez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of George Lopez*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Louis Gaston**
*TERMINATED: 07/18/2024*

represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Keith Morgan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Georgina Gaston** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Francis Gaston**
*TERMINATED: 07/18/2024* represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ariel Martinez** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samir Girgis** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Foze Girgis** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sameh Girgis** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hany Girgis** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Jonas** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Basilio Stewart** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**George Famulare** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Farber Morton** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Manuel Fares** represented by **Manuel Fares**
PRO SE

**Plaintiff**

**Thomas Farino** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Farrell** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Farrell** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gary Farrell** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Fasanaro** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Feaser** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christian Febrillet** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Feehan** represented by

| | | |
|---|---|---|
| | | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kenneth Fehn** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Christopher Gonzalez**<br>*individually* | represented by | **Christopher Gonzalez**<br>PRO SE |
| **Plaintiff** | | |
| **Christian Atwell**<br>*individually* | represented by | **Christian Atwell**<br>PRO SE |
| **Plaintiff** | | |
| **Frank DeLeo**<br>*individually* | represented by | **Frank DeLeo**<br>PRO SE |
| **Plaintiff** | | |
| **Ashraf El−Sayed**<br>*individually* | represented by | **Ashraf El−Sayed**<br>PRO SE |
| **Plaintiff** | | |
| **John Coyle**<br>*individually* | represented by | **John Coyle**<br>PRO SE |
| **Plaintiff** | | |
| **Matthew Egan**<br>*individually* | represented by | **Matthew Egan**<br>PRO SE |
| **Plaintiff** | | |
| **Louis Cancilla**<br>*individually* | represented by | **Louis Cancilla**<br>PRO SE |
| **Plaintiff** | | |
| **Lyson Bazile**<br>*individually* | represented by | **Lyson Bazile**<br>PRO SE |
| **Plaintiff** | | |
| **Dorothy Bailey**<br>*individually* | represented by | **Dorothy Bailey**<br>PRO SE |
| **Plaintiff** | | |
| **Katherine Callan−Montemarano**<br>*individually* | represented by | **Katherine Callan−Montemarano**<br>PRO SE |
| **Plaintiff** | | |
| **Michael Brown**<br>*individually* | represented by | **Michael Brown**<br>PRO SE |
| **Plaintiff** | | |
| | represented by | |

| | | |
|---|---|---|
| **Carlos Chaparro**<br>*individually* | | **Carlos Chaparro**<br>PRO SE |
| **Plaintiff** | | |
| **Theresa Figueroa**<br>*individually* | represented by | **Theresa Figueroa**<br>PRO SE |
| **Plaintiff** | | |
| **James Hayes III**<br>*individually* | represented by | **James Hayes III**<br>PRO SE |
| **Plaintiff** | | |
| **Mark Berger**<br>*individually* | represented by | **Mark Berger**<br>PRO SE |
| **Plaintiff** | | |
| **Liana Benitez−Rivera**<br>*individually* | represented by | **Liana Benitez−Rivera**<br>PRO SE |
| **Plaintiff** | | |
| **John Herlihy**<br>*individually* | represented by | **John Herlihy**<br>PRO SE |
| **Plaintiff** | | |
| **Marcos Motta**<br>*individually* | represented by | **Marcos Motta**<br>PRO SE |
| **Plaintiff** | | |
| **Anthony Indelicato**<br>*individually* | represented by | **Anthony Indelicato**<br>PRO SE |
| **Plaintiff** | | |
| **Jorge Ocasio**<br>*individually* | represented by | **Jorge Ocasio**<br>PRO SE |
| **Plaintiff** | | |
| **John Kostick**<br>*individually* | represented by | **John Kostick**<br>PRO SE |
| **Plaintiff** | | |
| **Mildred Moses**<br>*individually* | represented by | **Mildred Moses**<br>PRO SE |
| **Plaintiff** | | |
| **Kim Jackson**<br>*individually* | represented by | **Kim Jackson**<br>PRO SE |
| **Plaintiff** | | |
| **Lawrence Barisciano**<br>*Individually;* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Fairburn Barker**<br>*Individually;* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Barnett**
*Individually;*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jason Barone**
*Individually;*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Barrett**
*Individually;*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amadu Barrie**
*Individually;*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julio Barrios**
*Individually;*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Doreen Barrios**
*Individually;*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Basirico**
*Individually;*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Bast**
*as the Personal Representative of the Estate of Philip Bast, deceased*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Bast**
*as Proposed Adminstrator of the Estate of Philip Bast, deceased*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Spiros Batsedis**
*Individually;*

represented by **John Patrick Dearie**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Bauer** represented by **John Patrick Dearie**
*Individually;*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edgar Bayas** represented by **John Patrick Dearie**
*Individually;*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Bazerjian** represented by **John Patrick Dearie**
*Individually;*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Beato** represented by **John Patrick Dearie**
*Individually;*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Errol Bedasie** represented by **John Patrick Dearie**
*Individually;*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leqwan Bell** represented by **John Patrick Dearie**
*Individually;*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jean−Claude Benamou** represented by **John Patrick Dearie**
*Individually;*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicole Bennette** represented by **John Patrick Dearie**
*Individually;*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alan Bentz** represented by **John Patrick Dearie**
*Individually;*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**Sylvanus Best**
*Individually;*

**John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Bianchino**
*Individually;*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Bickerton**
*Individually;*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Bigit**
*Individually;*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Larry Birnholz**
*Individually;*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Biscuti**
*Individually;*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Blaeser**
*Individually;*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alex J. Blanc**
*Individually;*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alfred Block**
*Individually;*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Blumberg**
*Individually;*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Bocignone**
*Individually;*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Boesch**
*Individually;*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edison Bond, Jr.**
*as the Personal Representative of the Estate of Edison Bond, Sr., deceased*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edison Bond, Jr.**
*as Proposed Administrator of the Estate of Edison Bond, sr., deceased*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carlos Bonet**
*Individually;*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Johnnie Boone**
*Individually;*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alfred Bosco**
*Individually;*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin F. Bosworth**
*Individually;*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alban Boudreau**
*Individually;*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Bove**
*Individually;*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Boyko** represented by **John Patrick Dearie**
*Individually;*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Curtis Brathwaite** represented by **John Patrick Dearie**
*Individually;*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ann Marie Breheny** represented by **John Patrick Dearie**
*Individually;*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Bremen** represented by **John Patrick Dearie**
*Individually;*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrea Brewi** represented by **John Patrick Dearie**
*as the Personal Representative of the Estate of James Callan, deceased*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrea Brewi** represented by **John Patrick Dearie**
*as Proposed Administrator of the Estate of James Callan, deceased*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Darren Brindisi** represented by **John Patrick Dearie**
*Individually;*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Brooks** represented by **John Patrick Dearie**
*Individually;*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Brown** represented by **John Patrick Dearie**
*Individually;*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Evelyn Bruno** represented by **John Patrick Dearie**
*Individually;*
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Norman Bryant** represented by **John Patrick Dearie**
*Individually;*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Bryant** represented by **John Patrick Dearie**
*Individually;*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Buccellato** represented by **John Patrick Dearie**
*Individually;*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cruz Bunay** represented by **John Patrick Dearie**
*Individually;*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alan Buraghi** represented by **John Patrick Dearie**
*Individually;*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sixto Burgos** represented by **John Patrick Dearie**
*Individually;*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Burke** represented by **John Patrick Dearie**
*Individually;*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leonard Burshtein** represented by **John Patrick Dearie**
*Individually;*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Waverly Busby, Jr.** represented by **John Patrick Dearie**
*Individually;*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Busse** represented by **John Patrick Dearie**
*Individually;*
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Butler**
*Individually;*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gregg Atlas**
*Child of 9/11 decedent Gregg A. Atlas*

represented by **Gregg Atlas**
(See above for address)
PRO SE

**Plaintiff**

**Sarah Atlas**
*Child of 9/11 decedent Gregg A. Atlas*

represented by **Sarah Atlas**
(See above for address)
PRO SE

**Plaintiff**

**Irene Stewart**

represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zorayda Jacobs**

represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Coates**
*Sibling of 9/11 decedent Michael J Simon*

represented by **Christine Coates**
(See above for address)
PRO SE

**Plaintiff**

**Natasha Young**

represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Connie Crawford**
*Sibling of 9/11 decedent Lisa Terry*

represented by **Connie Crawford**
(See above for address)
PRO SE

**Plaintiff**

**Patricia Fallone**
*Spouse of 9/11 decedent Anthony Fallone*

represented by **Patricia Fallone**
(See above for address)
PRO SE

**Plaintiff**

**Paula Hayes Cottoy**
*Spouse of 9/11 decedent Conrod Cottoy, Sr*

represented by **Paula Hayes Cottoy**
(See above for address)
PRO SE

**Plaintiff**

**Allison Hobbs**
*Spouse of 9/11 decedent Thomas A Hobbs*
represented by **Allison Hobbs**
(See above for address)
PRO SE

**Plaintiff**

**Maureen Kelly**
*Spouse of 9/11 decedent Mark Ludvigsen*
represented by **Maureen Kelly**
(See above for address)
PRO SE

**Plaintiff**

**Angelica Stewart**
represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kavidious Witherspoon**
represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tamara Howard**
represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elisie Witherspoon**
represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Howard, Jr**
represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Francine Vogler**
represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victor Vitulli**
represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristen Concialdi**
represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leslie Concialdi**
represented by

| | | |
|---|---|---|
| | | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Richard Torres, Jr.** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jin Hee Kim**<br>*Spouse of 9/11 decedent Hyun Joon Lee* | represented by | **Jin Hee Kim**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Doreen Torres** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Andrew Canonico** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Marion Knox**<br>*Spouse of 9/11 decedent Andrew Knox* | represented by | **Marion Knox**<br>PRO SE |
| **Plaintiff** | | |
| **Ashlee Rahaman** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jeffrey Francan** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Victor Fiabane** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Hector Vargas** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Dennis Diggins** | represented by | **Edward Maggio**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alan Glibbery** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diane Glibbery** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julia Glibbery** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Feichtl** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Felci** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Feldman** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Feliciano** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angel Feliciano** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mei Jy Lee**
*Spouse of 9/11 decedent Yand Der Lee* represented by **Mei Jy Lee**
PRO SE

**Plaintiff**

**Edward Feltham** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adam Fendryk** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Cassano** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Leistman**
*Child of 9/11 decedent David R Leistman*
represented by **Brian Leistman**
PRO SE

**Plaintiff**

**Gerald Feola** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shawn Lyles** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Figueroa** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Fernandez** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sebastiano Giangregorio** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Bernheimer** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Katherine Leistman**
*Child of 9/11 decedent David R Leistman*
represented by **Katherine Leistman**
PRO SE

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Michael Banahan** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Marjorie Miller**<br>*Spouse of 9/11 decedent Joel Miller* | represented by | **Marjorie Miller**<br>PRO SE |
| **Plaintiff** | | |
| **Emilio Montalvo** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Bernadette Montalvo** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Andrea Watson** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Alfredo F. Ortiz**<br>*Parent of 9/11 decedent Alexander Ortiz* | represented by | **Alfredo F. Ortiz**<br>PRO SE |
| **Plaintiff** | | |
| **Stephen Tracy** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Joseph Viscuso** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Anthony Brucculeri** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Pauline Brucculeri** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |

| | | |
|---|---|---|
| **Christopher Kelly** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Larissa Cobbs** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Mexsana Zayas** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Victoria Pratt**<br>*Spouse of 9/11 decedent Robert Higley* | represented by | **Victoria Pratt**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Irvela Cordero** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Brittany Ryan**<br>*Child of 9/11 decedent Michael J Simon* | represented by | **Brittany Ryan**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Thomas Wilson** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Eileen Simon**<br>*Spouse of 9/11 decedent Michael J Simon* | represented by | **Eileen Simon**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Carol Wilson** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kathleen Simon**<br>*Sibling of 9/11 decedent Michael J Simon* | represented by | **Kathleen Simon**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Carol Wilson** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Vaughn Williams** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Michael Simon**<br>*Child of 9/11 decedent Michael J Simon* | represented by | **Michael Simon**<br>PRO SE |
| **Plaintiff** | | |
| **Anthony William** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Patricia Simon**<br>*Sibling of 9/11 decedent Michael J Simon* | represented by | **Patricia Simon**<br>PRO SE |
| **Plaintiff** | | |
| **Sean Wick** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jerome Wiesenberg** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Tyler Simon**<br>*Child of 9/11 decedent Michael J Simon* | represented by | **Tyler Simon**<br>PRO SE |
| **Plaintiff** | | |
| **Leroy Aiken** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Ernest Wade** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Thomas Vairo** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Joseph Valenin** | represented by | **Edward Maggio**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hector Fernandez** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Truncale** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Fernandez** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth Triola** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Ferranola** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Clarence Ferrell** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Toledo** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wendy Myers** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janie Taylor** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mitchel Berger** represented by

| | | |
|---|---|---|
| | | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Carol LaPeruta−Giuffre** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Salvatore Giuffre** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **John Ferretti** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Albert Ferro** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Anthony Ferrone** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **James Fico** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Leon Field** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Christian Blom** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Nicholas Figaro** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Carlos Fraga** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alicia Zola** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Judith "Judy&quot M Hesse**
*individually, as surviving sibling of James T. Lynch*
represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jorge Fraga** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Luis Fraga** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Isabella Fraga** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Blacksberg** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ruben Montenegro** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ricardo Anaya** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Kelly** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jimmy Jenca** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Marie Jenca** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jimmy George Jenca** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wilfredo Figueroa** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Fillbrunn** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Clement Findlay** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vincent Finnegan** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donald Finnelli** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Fiore** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raymond Fiore** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Keith Fischer** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vincent Fittipaldi** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Fitzpatrick** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Fitzpatrick** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Orth Ankenman**
*Personal Representative of the Estate of Jane Marie Orth, deceased*
represented by **Michelle Orth Ankenman**
(See above for address)
PRO SE

**Plaintiff**

**Felix Flecha** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erma Bourdier**
*Personal Representative of the Estate of Francisco Bourdier, deceased*
represented by **Erma Bourdier**
(See above for address)
PRO SE

**Plaintiff**

**Robert Fleming** represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chong Farrell**
*Personal Representative of the Estate of Kevin Farrell*
represented by **Chong Farrell**
(See above for address)
PRO SE

**Plaintiff**

| | | |
|---|---|---|
| **Michael Flood** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jason Hochman**<br>*Personal Representative of the Estate of Marilyn Reich, deceased* | represented by | **Jason Hochman**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Daniel Floody** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John Hogan**<br>*Personal Representative of the Estate of Frank Palombo, deceased* | represented by | **John Hogan**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Timothy Flynn** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Corinne Krachtus**<br>*Co−Personal Representative of the Estate of Daphne Pouletsos, deceased* | represented by | **Corinne Krachtus**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Debra Lavender**<br>*Personal Representative of the Estate of Michael Bocchino, deceased* | represented by | **Debra Lavender**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Joseph Fernandez** | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Valerie Magee**<br>*Personal Representative of the Estate of Brian Magee, deceased* | represented by | **Valerie Magee**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Mary Jane Maounis**<br>*Personal Representative of the Estate of James Maounis, deceased* | represented by | **Mary Jane Maounis**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Stephen Massell**<br>*Personal Representative of the Estate of Rosanne Lang, deceased* | represented by | **Stephen Massell**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Agnes Moran**<br>*Personal Representative of the Estate of Kathleen Moran, deceased* | represented by | **Agnes Moran**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **John Ferretti** | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Valecia L. Parker**<br>*Individually* | represented by | **Valecia L. Parker**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Sharon Reich**<br>*Personal Representative of the Estate of Howard Reich, deceased* | represented by | **Sharon Reich**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Hans Ulrich Sutter**<br>*Personal Representative of the Estate of Seline Sutter, deceased* | represented by | **Hans Ulrich Sutter**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Vicki Tureski**<br>*Personal Representative of the Estate of Steve Pollicino* | represented by | **Vicki Tureski**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Christopher Wren**<br>*Co−Personal Representative of the Estate of William Wren* | represented by | **Christopher Wren**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Patrick Fitzpatrick** | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **William Wren**<br>*Co−Personal Representative of the* | represented by | **William Wren**<br>(See above for address) |

| | | |
|---|---|---|
| *Estate of William Wren, deceased)* | | PRO SE |
| **Plaintiff** | | |
| **Morton Farber** | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Maria Fernandez** | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Eric Faggiole** | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Edward Feltham** | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Manuel Fares** | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Steven Feldman** | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sekou Agard**
*Co−Personal Representative of the Estate of Elaine Dimmling, deceased Sibling of William Dimmling*
represented by **Sekou Agard**
(See above for address)
PRO SE

**Plaintiff**

**Suzanne Bennett**
*Co−Personal Representative of the Estate of Mary McDonald, deceased Parent of Michele Heidenberger*
represented by **Suzanne Bennett**
(See above for address)
PRO SE

**Plaintiff**

**Gary Brennan**
represented by **Gary Brennan**
(See above for address)
PRO SE

**Plaintiff**

**Alison Coffey**
represented by **Alison Coffey**
(See above for address)
PRO SE

**Plaintiff**

**Karen DeNino**
represented by **Karen DeNino**
(See above for address)
PRO SE

**Plaintiff**

**Karen DeNino**
*Co−Personal Representative of the Estate of Mary McDonald, deceased Parent of Michele Heidenberger*
represented by **Karen DeNino**
(See above for address)
PRO SE

**Plaintiff**

**Andy Dillard**
represented by **Andy Dillard**
(See above for address)
PRO SE

**Plaintiff**

**Major Dillard**
represented by **Major Dillard**
(See above for address)
PRO SE

**Plaintiff**

**Kathi Ezzo−Talbott**
represented by **Kathi Ezzo−Talbott**
(See above for address)
PRO SE

**Plaintiff**

**Michael Faughnan**
represented by **Michael Faughnan**
(See above for address)
PRO SE

**Plaintiff**

**Thomas Faughnan** represented by **Thomas Faughnan**
(See above for address)
PRO SE

**Plaintiff**

**Ilia E Rodriguez**
*as Personal Representative of the Estate of Julio Cesar Lillo Torres, deceased, the late parent of Carlos R. Lillo*
represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kerri Hecox** represented by **Kerri Hecox**
(See above for address)
PRO SE

**Plaintiff**

**Thomas Heidenberger, II** represented by **Thomas Heidenberger, II**
(See above for address)
PRO SE

**Plaintiff**

**Patrick Lenoir**
*individually, as surviving sibling of John R. Lenoir*
represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Heller** represented by **Robert Heller**
PRO SE

**Plaintiff**

**Jean Henold Jean−Pierre** represented by **Jean Henold Jean−Pierre**
(See above for address)
PRO SE

**Plaintiff**

**Roudy Jean−Pierre** represented by **Roudy Jean−Pierre**
(See above for address)
PRO SE

**Plaintiff**

**Marilyn Matthews**
*individually, as surviving sibling of Carol A. LaPlante*
represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen Barrett**
*as Personal Representative of the Estate of Richard King, deceased, the late spouse of Lucille T. King*
*TERMINATED: 01/15/2020*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen E Zetscher**
*individually, as surviving sibling of James T. Lynch*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Naomi James**
*as Personal Representative of the Estate of Joseph Brown, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Naomi James**
*as Surviving Friend of Joseph Brown, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amanda Ann Jacobs**
*as the Surviving Daughter of Lynette Williams, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chante Jennings**
*as Personal Representative of the Estate of Sharon Jennings, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chante Jennings**
*as Surviving Daughter of Sharon Jennings, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna Johnson**
*as Personal Representative of the Estate of Patricia Nicole JamesCollins, deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Donna Johnson**<br>*as Surviving Daughter of Patricia Nicole JamesCollins, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Lateshia Jones–Walker**<br>*as Personal Representative of the Estate of Jones Walker, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Lateshia Jones–Walker**<br>*as Surviving Daughter of Jones Walker, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Elaine Jurs**<br>*as Personal Representative of the Estate of John Jurs, Jr., Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Elaine Jurs**<br>*as Surviving Spouse of John Jurs, Jr., Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Laura Kandelman**<br>*as Personal Representative of the Estate of Larry Kandelman, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Laura Kandelman**<br>*as Surviving Spouse of Larry Kandelman, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Veena Kapoor**<br>*as Personal Representative of the Estate of Vijay Kapoor, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Veena Kapoor**<br>*as Surviving Spouse of Vijay Kapoor, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Frederick Kaufman**<br>*as Personal Representative of the Estate of Elizabeth Berger, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frederick Kaufman**
*as Surviving Spouse of Elizabeth Berger, Deceased*
represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jean Kennedy**
*as Personal Representative of the Estate of Barbara Shephard, Deceased*
represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jean Kennedy**
*as Surviving Sister of Barbara Shephard Deceased*
represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lori Kennedy**
*as Personal Representative of the Estate of Michael Kennedy, Deceased*
represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lori Kennedy**
*as Surviving Spouse of Michael Kennedy, Deceased*
represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Kersey**
*as Personal Representative of the Estate of Johnny Kersey Jr., Deceased*
represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Kersey**
*as Surviving Spouse of Johnny Kersey Jr., Deceased*
represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Kohnken**
*as Personal Representative of the Estate of Jesus Avila, Deceased*
represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Kohnken**
*as Surviving Sister of Jesus Avila, Deceased*
represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Lasky**
*as Personal Representative of the*
represented by **Aoife–Roisin Nora Bourke**
(See above for address)

| | | |
|---|---|---|
| *Estate of Yolanda Lasky, Deceased* | | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **David Lasky**<br>*as Surviving Spouse of Yolanda Lasky, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Karen Lawton**<br>*as Personal Representative of the Estate of Michael Lawton, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Karen Lawton**<br>*as Surviving Spouse of Michael Lawton, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Sharon Lax**<br>*as Personal Representative of the Estate of Estelle Lax, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Sharon Lax**<br>*as Surviving Daughter of Estelle Lax, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Nefertiti Leach**<br>*as Personal Representative of the Estate of Raymond Leach, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Nefertiti Leach**<br>*as Surviving Daughter of Raymond Leach, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Vivyan Lerner–Dedominguez**<br>*as Personal Representative of the Estate of Michael Lerner, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Vivyan Lerner–Dedominguez**<br>*as Surviving Spouse of Michael Lerner, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

represented by

| | | |
|---|---|---|
| **Olga Levitanskaya**<br>*as Personal Representative of the Estate of Sofia Lobkovskaya, Deceased* | | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Olga Levitanskaya**<br>*as Surviving Daughter of Sofia Lobkovskaya, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Afiya Lewis**<br>*as Personal Representative of the Estate of Emily Hunte, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Afiya Lewis**<br>*as Surviving Parent of Emily Hunte, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Marcia Lewis**<br>*as Personal Representative of the Estate of Odarri Lewis, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Marcia Lewis**<br>*as Surviving Parent of Odarri Lewis, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Suzanne Lograsso**<br>*as Personal Representative of the Estate of Kathleen Lograsso, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Suzanne Lograsso**<br>*as Surviving Daughter of June Solla, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Catherine Longsworth**<br>*as Personal Representative of the Estate of June Solla, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Catherine Longsworth**<br>*as Surviving Sister of June Solla, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Albert Lucas**
*as Personal Representative of the Estate of Beverly Todd, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Albert Lucas**
*as Surviving Spouse of Beverly Todd, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lashawn S. Lucas**
*as Personal Representative of the Estate of Latroy Judd, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lashawn S. Lucas**
*as Surviving Spouse of Latroy Judd, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Felicia Lynch**
*as Personal Representative of the Estate of Fredric Walker, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Felicia Lynch**
*as Surviving Daughter of Fredric Walker, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Herbert E. Mahler**
*as Personal Representative of the Estate of Ruth Mahler, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Herbert E. Mahler**
*as Surviving Spouse of Ruth Mahler, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Philippe Mao**
*as Personal Representative of the Estate of Alison Thompson, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Philippe Mao**
*as Surviving Spouse of Alison Thompson, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Dymphna Matai**<br>*as Personal Representative of the Estate of Eteuati Matai, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Dymphna Matai**<br>*as Surviving Spouse of Eteuati Matai, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Mathew Mathisson**<br>*as Personal Representative of the Estate of Rhoda Mathisson, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Mathew Mathisson**<br>*as Surviving Spouse of Rhoda Mathisson, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Cesar Matos**<br>*as Personal Representative of the Estate of Martha Matos, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Cesar Matos**<br>*as Surviving Brother of Martha Matos, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Rosa Matos**<br>*as Personal Representative of the Estate of Myra Quinones, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Rosa Matos**<br>*as Surviving Daughter of Myra Quinones, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Josephine Matoske**<br>*as Personal Representative of the Estate of Victor Matoski, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Josephine Matoske**<br>*as Surviving Son of Victor Matoski, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diane Johnson** represented by **Diane Johnson**
(See above for address)
PRO SE

**Plaintiff**

**Mary Kelley** represented by **Mary Kelley**
(See above for address)
PRO SE

**Plaintiff**

**Indra Mirpuri** represented by **Indra Mirpuri**
(See above for address)
PRO SE

**Plaintiff**

**Barbara Naples** represented by **Barbara Naples**
(See above for address)
PRO SE

**Plaintiff**

**Lisa Newton** represented by **Lisa Newton**
(See above for address)
PRO SE

**Plaintiff**

**Terry Stella** represented by **Terry Stella**
(See above for address)
PRO SE

**Plaintiff**

**Jo Ann Cohn** represented by **Jo Ann Cohn**
(See above for address)
PRO SE

**Plaintiff**

**Michael Cohn** represented by **Michael Cohn**
(See above for address)
PRO SE

**Plaintiff**

**Dina Connelly** represented by **Dina Connelly**
(See above for address)
PRO SE

**Plaintiff**

**Patricia Ferguson** represented by **Patricia Ferguson**
(See above for address)
PRO SE

**Plaintiff**

**Irene Gilmore** represented by **Irene Gilmore**
(See above for address)
PRO SE

**Plaintiff**

| | | |
|---|---|---|
| **Marjorie Kane** | represented by | **Marjorie Kane**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Kevin Magee**<br>*Personal Representative of the Estate of Edith Magee, deceased Parent of Brian Magee* | represented by | **Kevin Magee**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Mary Alice Magee** | represented by | **Mary Alice Magee**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Maryann Magee**<br>*Personal Representative of the Estate of Blane Magee, deceased Sibling of Brian Magee* | represented by | **Maryann Magee**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Shane Magee** | represented by | **Shane Magee**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Charles Mathers** | represented by | **Charles Mathers**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Elizabeth Mathers** | represented by | **Elizabeth Mathers**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Carolyn San Phillip Nanfeldt** | represented by | **Carolyn San Phillip Nanfeldt**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Dorothy O'Neill** | represented by | **Dorothy O'Neill**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **James Panatier** | represented by | **James Panatier**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Patricia Panatier** | represented by | **Patricia Panatier**<br>(See above for address)<br>PRO SE |

**Plaintiff**

represented by

| | | |
|---|---|---|
| **Patricia Panatier**<br>*Personal Representative of the Estate of Irene Panatier, deceased Parent of Christopher Panatier* | | **Patricia Panatier**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Owen Patterson** | represented by | **Owen Patterson**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Douglas Pollicino** | represented by | **Douglas Pollicino**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Douglas Pollicino** | represented by | **Douglas Pollicino**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Douglas Pollicino**<br>*Personal Representative of the Estate of Nicholas Pollicino, deceased Parent of Steve Pollicino* | represented by | **Douglas Pollicino**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Mark Thompson** | represented by | **Mark Thompson**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Neal Thompson** | represented by | **Neal Thompson**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Norman Thompson** | represented by | **Norman Thompson**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Patricia Thompson** | represented by | **Patricia Thompson**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Rochae Clarke**<br>*Personal Representative of the Estate of Vermalin Thorpe−Downer, deceased Sibling of Nichola Angela Thorpe* | represented by | **Rochae Clarke**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Cathy Guba** | represented by | **Cathy Guba**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Peter Hopwood** | represented by | |

**Peter Hopwood**
(See above for address)
PRO SE

**Plaintiff**

**Sonia Hopwood** represented by **Sonia Hopwood**
(See above for address)
PRO SE

**Plaintiff**

**Susan Jenkins** represented by **Susan Jenkins**
(See above for address)
PRO SE

**Plaintiff**

**Gary Farrell** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Feaser** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Farino** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Feichtl** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christian Febrillet** represented by **Aoife−Roisin Nora Bourke**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gerald Feola** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Clement Findlay** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Felci** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Grace McGroarty** represented by **Grace McGroarty**
(See above for address)
PRO SE

**Plaintiff**

**Maureen OMalley** represented by **Maureen OMalley**
(See above for address)
PRO SE

**Plaintiff**

**Chad Smith** represented by **Chad Smith**
(See above for address)
PRO SE

**Plaintiff**

**Marc Taddonio**
*Personal Representative of the Estate of Josephine Taddonio, deceased Parent of Michael Taddonio*
represented by **Marc Taddonio**
(See above for address)
PRO SE

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Christopher Tucker** | represented by | **Christopher Tucker**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Joan Tucker** | represented by | **Joan Tucker**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **John Tucker** | represented by | **John Tucker**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Thomas Tucker** | represented by | **Thomas Tucker**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Charles Vauk** | represented by | **Charles Vauk**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Jack Waldie** | represented by | **Jack Waldie**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Michael Wong** | represented by | **Michael Wong**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Stephanie Wong** | represented by | **Stephanie Wong**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Brian Wotton** | represented by | **Brian Wotton**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **David Stewart Wotton** | represented by | **David Stewart Wotton**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Jean Wotton** | represented by | **Jean Wotton**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| | represented by | |

**Jean Wotton**
*Personal Representative of the Estate of Stewart Wotton, deceased Parent of Rodney Wotton*

**Jean Wotton**
(See above for address)
PRO SE

**Plaintiff**

**Mark Ferranola** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicholas Figaro** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Feliciano** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Magnani**
*Individually*
represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Liselli**
*Individually*
represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wennie Lee**
*Individually*
represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Monarch**
*individually*
represented by **James Monarch**
PRO SE

**Plaintiff**

**Gary Kresse**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Maguire**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Luba**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rocco Parente**
*individually*

represented by **Rocco Parente**
PRO SE

**Plaintiff**

**Thomas Leanza**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Krupa**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Liantonio**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph R. Losinno**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Louis Mancuso**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raymond Lynch**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **William Mendez**<br>*individually* | represented by | **William Mendez**<br>PRO SE |
| **Plaintiff** | | |
| **Charles C. Maloney**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Paul Manzi**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Deborah Manocchia**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Desmond McNamee**<br>*individually* | represented by | **Desmond McNamee**<br>PRO SE |
| **Plaintiff** | | |
| **Thomas Lawlor**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Michael Laskowski**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Christopher Hofer**<br>*individually* | represented by | **Christopher Hofer**<br>PRO SE |
| **Plaintiff** | | |
| **Charles Larocchia**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Frank Lomuscio**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Robert Nordman**<br>*individually* | represented by | **Robert Nordman**<br>PRO SE |
| **Plaintiff** | | |

| | | |
|---|---|---|
| **Michael McCarthy**<br>*individually* | represented by | **Michael McCarthy**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Brian Larney**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Stephen Lograsso**<br>*individually* | represented by | **Stephen Lograsso**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Marx**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Glenn Lawson**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Richard Lehr**<br>*individually* | represented by | **Richard Lehr**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Margaret Lattanzio**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Rainer Kroll**<br>*individually* | represented by | **Rainer Kroll**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **William Mcmahon**<br>*individually* | represented by | **William Mcmahon**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Andres MacGovern**<br>*individually* | represented by | **Andres MacGovern**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Patrick Martin**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Paul Macayza**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Jane Mantone**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Gary Lamb**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Edward Keane**<br>*individually* | represented by | **Edward Keane**<br>PRO SE |
| **Plaintiff** | | |
| **Patrick Lavin**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Christopher P. Lynch**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Alexander Margolin**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Steven Mattera**<br>*individually* | represented by | **Steven Mattera**<br>PRO SE |
| **Plaintiff** | | |
| **Rocco Petito**<br>*individually* | represented by | **Rocco Petito**<br>PRO SE |
| **Plaintiff** | | |
| **Patrick Lauro**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Fidel Maldonado**<br>*individually* | represented by | **Fidel Maldonado**<br>PRO SE |
| **Plaintiff** | | |
| **Richard M. Loeber**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Luis Mesa**<br>*individually* | represented by | **Luis Mesa**<br>PRO SE |
| **Plaintiff** | | |
| **William Lee**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Anthony Mazzariello**<br>*individually* | represented by | **Anthony Mazzariello**<br>PRO SE |
| **Plaintiff** | | |
| **Gerald Losquadro**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Rosa M. Lopez**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Paul Lawless**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Daniel Murdoch**<br>*individually* | represented by | **Daniel Murdoch**<br>PRO SE |
| **Plaintiff** | | |
| **Paul Luxoro**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Nina Lopa**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Richard Mascia**<br>*individually* | represented by | **Richard Mascia**<br>PRO SE |
| **Plaintiff** | | |
| **Michael Puzziferri**<br>*individually* | represented by | **Michael Puzziferri**<br>PRO SE |
| **Plaintiff** | | |

| | | |
|---|---|---|
| **Jeffrey Mark**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John McGowan**<br>*individually* | represented by | **John McGowan**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Alan Levine**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Francis Mannion, Jr.**<br>*individually* | represented by | **Francis Mannion, Jr.**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Salvatore Loscuito**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Deborah Holt**<br>*individually* | represented by | **Deborah Holt**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Timothy Marmion**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John MacDonald**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Christopher Marino**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Ellen Jeanna Clark**<br>*individually* | represented by | **Ellen Jeanna Clark**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Francis Lavery**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**John Lombardi**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Winston D. Lawrence**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Lavardera**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Pisarkiewicz Mazur**
*individually*

represented by **Mary Pisarkiewicz Mazur**
PRO SE

**Plaintiff**

**Jeffrey Kulikowski**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sean Kissane**
*individually*

represented by **Sean Kissane**
PRO SE

**Plaintiff**

**Guy Lacognata**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Keith Mason**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Mandia**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leonore Proctor**
*individually*

represented by **Leonore Proctor**
PRO SE

**Plaintiff**

**Vincent P. Maniscalco**
*Individually*

represented by **Daniel O. Rose**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| __Plaintiff__ | | |
| **Roderick Macdonald**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| __Plaintiff__ | | |
| **John Michael Wallop**<br>*individually* | represented by | **John Michael Wallop**<br>PRO SE |
| __Plaintiff__ | | |
| **Frank Rivers**<br>*individually* | represented by | **Frank Rivers**<br>PRO SE |
| __Plaintiff__ | | |
| **Rose Young−Lai**<br>*individually* | represented by | **Rose Young−Lai**<br>PRO SE |
| __Plaintiff__ | | |
| **Shaun Logan**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| __Plaintiff__ | | |
| **Thomas Lambui**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| __Plaintiff__ | | |
| **John Marsich**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| __Plaintiff__ | | |
| **Barry Schnell**<br>*individually* | represented by | **Barry Schnell**<br>PRO SE |
| __Plaintiff__ | | |
| **Joseph Vozza**<br>*individually* | represented by | **Joseph Vozza**<br>PRO SE |
| __Plaintiff__ | | |
| **Antonio Lombardi**<br>*Individually* | represented by | **Daniel O. Rose**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| __Plaintiff__ | | |
| **Cheryl Rongo**<br>*individually* | represented by | **Cheryl Rongo**<br>PRO SE |
| __Plaintiff__ | | |
| **Gloria Vaughan**<br>*individually* | represented by | **Gloria Vaughan**<br>PRO SE |

**Plaintiff**

**Michael Flood** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Fico** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**George Famulare** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hector Fernandez** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adam Fendryk** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Albert Ferro** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Floody** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raymond Fiore** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Timothy Flynn** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shannon Marie Jenca** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**George Jenca, Sr.** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**George Jenca, Jr.** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Jenca** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Crespo** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ira Kugelman** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Gleeson** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen Gleeson** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tracy Young** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gennady Dashevsky** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Earl Campbell** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tespha Campbell** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shana Campbell** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victor Fajardo** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Clarence Ferrell** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donald Finnelli** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Fitzpatrick** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Fasanaro** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Farrell** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wilfredo Figueroa** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angel Feliciano** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Felix Flecha** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vincent Fittipaldi** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Ferrone** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Fiore** represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Keith Fischer** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Fillbrunn** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vincent Finnegan** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Fleming** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth Fehn** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Mary Feehan** | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Stephen Falkowski** | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Daniel Farrell** | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Leon Field** | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Margaret Doyle**<br>*Personal Representative of the Estate of Edward Doyle, Deceased* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jennifer A. Gagliardo−Vizza**<br>*surviving Spouse of Francis Vizza, Deceased* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Diane Friel**<br>*Personal Representative of the Estate of Peter Friel, Deceased* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Larisa Gordeychuk**
*Personal Representative of the Estate of Aleksandr Gordeychuk, Deceased*

represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen Gaines**
*Personal Representative of the Estate of Scott Gaines, Deceased*

represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer A. Gagliardo−Vizza**
*Personal Representative of the Estate of Francis Vizza, Deceased*

represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Gibbs**
*Personal Representative of the Estate of Angela Gibbs, Deceased*

represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diane Friel**
*surviving Spouse of Peter Friel, Deceased*

represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anne Dierking**
*surviving Spouse of Ronald Wolken, Deceased*

represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Margaret Doyle**
*as surviving Sibling of Terence M. Lynch, deceased*

represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Margaret Doyle**
*surviving Parent of Edward Doyle, Deceased;*

represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gwendolyn Hanlon**
*Personal Representative of the Estate of Kevin Hanlon, Deceased*

represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Meryl Hechtman**
*surviving Spouse of Alan Hechtman, Deceased*

represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Gwendolyn Hanlon**<br>*surviving Spouse of Kevin Hanlon, Deceased* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Richard Gould**<br>*Personal Representative of the Estate of Michael Cappi, Deceased* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **John Vanderstar**<br>*individually* | represented by | **John Vanderstar**<br>PRO SE |
| **Plaintiff** | | |
| **Matthew Raffa**<br>*individually* | represented by | **Matthew Raffa**<br>PRO SE |
| **Plaintiff** | | |
| **Eric Turetzky**<br>*individually* | represented by | **Eric Turetzky**<br>PRO SE |
| **Plaintiff** | | |
| **Denise Grossarth**<br>*Personal Representative of the Estate of Glenn Grossarth, Deceased* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Elsie Richard**<br>*individually* | represented by | **Elsie Richard**<br>PRO SE |
| **Plaintiff** | | |
| **Kevin Wrafter**<br>*individually* | represented by | **Kevin Wrafter**<br>PRO SE |
| **Plaintiff** | | |
| **Robert Thrunk**<br>*individually* | represented by | **Robert Thrunk**<br>PRO SE |
| **Plaintiff** | | |
| **Marc Shiffman**<br>*individually* | represented by | **Marc Shiffman**<br>PRO SE |
| **Plaintiff** | | |
| **Thomas Sherlock**<br>*individually* | represented by | **Thomas Sherlock**<br>PRO SE |
| **Plaintiff** | | |
| **Julie Sheinman**<br>*individually* | represented by | **Julie Sheinman**<br>PRO SE |
| **Plaintiff** | | |
| **Marcia Trapanese**<br>*individually* | represented by | **Marcia Trapanese**<br>PRO SE |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Michael Siraco**<br>*individually* | represented by | **Michael Siraco**<br>PRO SE |
| **Plaintiff** | | |
| **Michael Sawula**<br>*individually* | represented by | **Michael Sawula**<br>PRO SE |
| **Plaintiff** | | |
| **Robert Humann**<br>*Individually* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Thomas Sullivan**<br>*individually* | represented by | **Thomas Sullivan**<br>PRO SE |
| **Plaintiff** | | |
| **Eric Smokovich**<br>*individually* | represented by | **Eric Smokovich**<br>PRO SE |
| **Plaintiff** | | |
| **Anthony Varvaro**<br>*individually* | represented by | **Anthony Varvaro**<br>PRO SE |
| **Plaintiff** | | |
| **Richard Thomas**<br>*individually* | represented by | **Richard Thomas**<br>PRO SE |
| **Plaintiff** | | |
| **Trevor Wine**<br>*individually* | represented by | **Trevor Wine**<br>PRO SE |
| **Plaintiff** | | |
| **Martha Stewart**<br>*individually* | represented by | **Martha Stewart**<br>PRO SE |
| **Plaintiff** | | |
| **Lawrence Tompkins**<br>*individually* | represented by | **Lawrence Tompkins**<br>PRO SE |
| **Plaintiff** | | |
| **Ruben Soto**<br>*individually* | represented by | **Ruben Soto**<br>PRO SE |
| **Plaintiff** | | |
| **Colleen Rose**<br>*individually* | represented by | **Colleen Rose**<br>PRO SE |
| **Plaintiff** | | |
| **Alfred Rivera**<br>*individually* | represented by | **Alfred Rivera**<br>PRO SE |
| **Plaintiff** | | |
| | represented by | |

| | | |
|---|---|---|
| **Robert Schneck Jr.**<br>*individually* | | **Robert Schneck Jr.**<br>PRO SE |
| **Plaintiff** | | |
| **Dorothea Maxwell**<br>*as Personal Representative of the Estate of Grant Maxwell, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Dorothea Maxwell**<br>*as Surviving Spouse of Grant Maxwell, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Mary Mazzeo**<br>*as Personal Representative of the Estate of Michael Mazzeo, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Mary Mazzeo**<br>*as Surviving Parent of Michael Mazzeo, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Tracy A. McDowell**<br>*as Personal Representative of the Estate of Estherena D. Elcock, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Tracy A. McDowell**<br>*as Surviving Daughter of Estherena D. Elcock, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Virginia McGarrity**<br>*as Personal Representative of the Estate of Silvia Perez Spiess, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Virginia McGarrity**<br>*as Surviving Daughter of Silvia PerezSpiess, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Gregory W. McGowan**<br>*as Personal Representative of the Estate of Rodney McGowan, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| | represented by | |

**Gregory W. McGowan**
*as Surviving Son of Rodney McGowan, Deceased*

**Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jacqueline McKinnon**
*as Personal Representative of the Estate of Norman McKinnon, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jacqueline McKinnon**
*as Surviving Spouse of Norman McKinnon, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robin Messing**
*as Personal Representative of the Estate of James Bodanoff, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robin Messing**
*as Surviving Spouse of James Bodanoff, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dianne Metzger**
*as Personal Representative of the Estate of John Metzger, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dianne Metzger**
*as Surviving Spouse of John Metzger, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Monica Mikoleski**
*as Personal Representative of the Estate of Edward Mikoleski, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Monica Mikoleski**
*as Surviving Spouse of Edward Mikoleski, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lucille Miller**
*as Personal Representative of the Estate of Arthur Miller, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lucille Miller**
*as Surviving Spouse of Arthur Miller, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michele Miller**
*as Personal Representative of the Estate of Kenneth Wallace, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michele Miller**
*as Surviving Daughter of Kenneth Wallace, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Annette Millhorn**
*as Personal Representative of the Estate of Steven Milhorn, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Annette Millhorn**
*as Surviving Spouse of Steven Milhorn, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jean Mimy**
*as Personal Representative of the Estate of Martha Castro, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jean Mimy**
*as the Surviving Friend of Martha Castro, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Van Mobley**
*as Personal Representative of the Estate of Karen Franco, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Van Mobley**
*as Surviving Son of Karen Franco, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Milagros Monserrate**
*as Personal Representative of the Estate of Angelica Monserrate, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Milagros Monserrate**<br>*as Surviving Daughter of Angelica Monserrate, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Janette Montalvo**<br>*as Personal Representative of the Estate of Larry Ruchin, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Janette Montalvo**<br>*as Surviving Spouse of Larry Ruchin, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Alexander Montoya**<br>*as Personal Representative of the Estate of Elizabeth Montoya, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Alexander Montoya**<br>*as Surviving Spouse of Elizabeth Montoya, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Theresa Rogers** | represented by | **Robert Elliot Grey**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Robert Pelizza** | represented by | **Robert Elliot Grey**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Rosa Ojeda** | represented by | **Robert Elliot Grey**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Samuele Metitiero** | represented by | **Robert Elliot Grey**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Salvador Martinez** | represented by | **Robert Elliot Grey**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Marengo** represented by **Robert Elliot Grey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Giuseppe Ferrara** represented by **Robert Elliot Grey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Manuel Feliz** represented by **Robert Elliot Grey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Carozza** represented by **Robert Elliot Grey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Georgia Asciutto** represented by **Robert Elliot Grey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anderson Clarke** represented by **Robert Elliot Grey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Plante** represented by **Robert Elliot Grey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lawrence Intrabartola** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Scott Iredell** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph F. Irizarry** represented by **John Patrick Dearie**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stanley Jachimczuk** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Jackson** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jonette Jakobson**
*as the Personal Representative and/or Proposed Administrator of the Estate of John Rigley, deceased, and on behalf of all survivors of John Rigley*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jonette Jakobson**
*as the spouse of John Rigley, deceased*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leslie James** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard James** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Jankunis** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eslyn Jeffrey** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frederick Jimenez** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rafael Jimenez** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Johnsen** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samuel Johnson** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Albert Johnson** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Margaret Jordan** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosita Josephson** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Joszpe** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Todor Jovanoski** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janice Kadushin** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marc Kadushin** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Kao** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ariel Kee** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Keelen** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cathleen Kehoe**
*as the Personal Representative and/or Proposed Administrator of the Estate of William Kehoe, deceased, and on behalf of all survivors of William Kehoe*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cathleen Kehoe**
*as the spouse of William Kehoe, deceased*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Kellar** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Kelleher**
*as the Personal Representative and/or Proposed Administrator of the Estate of Eugene Kelleher, deceased, and on behalf of all survivors of Eugene Kelleher*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Kelleher**
*as the child of Eugene Kelleher, deceased*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Keller** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Kelley** represented by

**John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**George Kelly** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Darryl Keys** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Kimkowski** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel King** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**George King** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Seth Klescht** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samuel Timi Johnson** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Keith Morgan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erick Sosa** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Terrence Webb** represented by

**Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wayne Treibish** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dennis Diggins** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Mundy** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Monty Powell** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Kohlmann** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Orlando** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ryan Kohlmann** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gary Cali** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Wetzel** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Daniel Graziano** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Robert Intartaglio** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Gary Arthur** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Cassandra Townsley** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Robert Townsley** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Malachi Townsley** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**James Zoccoli** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Grace Heyaime** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Emilio Campos** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Luis Campos** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **David Tavarez** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Aida Rojas** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Albert Filosa**<br>*TERMINATED: 05/12/2025* | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Julia Filosa**<br>*as Personal Representative of the Estate of Albert Filosa, deceased* | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert Keith Morgan**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Olympia Andrade** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Louise Marrero** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Diane Callahan** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Robert Filosa** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Raymond Estay** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Joseph Ferraro** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carmen Melendez** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Estate of Angel Lugo** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Higgins** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Veronica Higgins** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Caroline Higgins** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dawn Gough** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa McDonald** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raul Martinez** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronald Eckardt** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| <u>**Plaintiff**</u> | | |
| **Edward Shaffer** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Jermaine Smith** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Kevin Bartholomew** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Raymond Gough** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Naomi Furman** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Estate of Steven Furman** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Gerard Scarnato** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Alex Makarovsky** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Jose Borrero** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Orlando Almodovar** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Annette Almodovar** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Judith Sandson** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leonard Pappalardo** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leflie Venegas** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosaria Leaver** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Estate of Robert Leaver** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nahid Mashayekhi Lin**
*individually, as surviving parent of Darya Lin*
represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rebecca Lightbourn**
*individually, as surviving parent of Samantha Lightbourn−Allen*
represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeanne Kavinski**
*as the Personal Representative of the Estate of Carol A. LaPlante, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carol A. LaPlante*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hans A Klein**
*individually, as surviving parent of Peter A. Klein*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Betty Moore−Gooding**

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rennea Butler**
*individually, as surviving sibling of Samantha Lightbourn−Allen*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Walter Hicks**
*individually, as surviving sibling of Nickie Lindo*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Olga Colon**
*individually, as surviving sibling of Carlos R. Lillo*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Berdie Hicks**
*individually, as surviving parent of Nickie Lindo*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lorraine Lopes**
*individually, as surviving spouse of Salvatore Lopes*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jewel Lyons**
*individually, as surviving parent of Nehamon Lyons*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elisa P Malani**
*as the Personal Representative of the Estate of Michael Lomax, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Lomax*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andre LaFrance**
*individually, as surviving sibling of Alan LaFrance*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael B Kuras**
*individually, as surviving sibling of*

represented by **Bruce Elliot Strong**
(See above for address)

*Patricia A. Kuras* | | *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Barnes** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martin Hellman** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marvin King** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Monaghan** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Nietzschmann** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Reyes** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lucy Rosa** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angel Sanchez** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Scannapieco** represented by **John Patrick Dearie**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carlo Secondino** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Lederer** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Estate of Moshe Lederer** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ruth Lederer** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victor Lederer** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chaim Lederer** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nathan Lederer** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leah Herbstman** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lynda Elbaz** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard McMahon** represented by

**Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julio Cordero** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Candiace Baker** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ryan Lee** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Salgado** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Belinda Salgado** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Schojan** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paula Scott** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alexander Scott** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yvonne Whitehead** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Michael Whitehead** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Timeka Franklin** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Julie Whitehead** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Brianna Robertson** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Hank Adams** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Adam Noble** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Richard Noble** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Tanya Cortazar** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Carl Fargione** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Michael Robles** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Tilli–Ann Robles** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Angel Pagan** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Aida Pagan** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Andrew Pagan** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Karen Bruns** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Kevin Bruns** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Albert Vazquez** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Joanne Brown** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Richard Brown** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Robert Blum** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Murphy** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Juliann Parisi** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Isabel Vazquez** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eric Vazquez** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Taurian Blakeney** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nellie Blackmon** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Perry Blackmon** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Blackmon** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samuel Timi Johnson** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Keith Morgan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erick Sosa** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Terrence Webb** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wayne Treibish** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dennis Diggins** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Mundy** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Monty Powell** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Rodriguez** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Keith Morgan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ilana Eberson** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chris Perez** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Timothy Snickles** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Wayne Ludewig**<br>*individually* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Thomas Osborne**<br>*individually* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **James Yearsley**<br>*individually* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Louis DiGiovanni** | represented by | **Stephanie J Lannigan**<br>Parker Waichman LLP<br>6 Harbor Park Drive<br>Port Washington, NY 11050<br>(516) 466−6500<br>Fax: (516) 723−4721<br>Email: sbross@yourlawyer.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Sylvia Everett** | represented by | **Stephenie Lannigan Bross**<br>Slater Slater Schulman LLP<br>445 Broad Hollow Road<br>Suite 419<br>Melville, NY 11747<br>631−420−9300<br>Email: sbross@sssfirm.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Anthony Espinal** | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Doreen Ditoro**<br>*As Administrator of the Estate of Michael Ditoro, deceased* | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Lucia Eugenio** | represented by | **Stephenie Lannigan Bross**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jacqueline Elsasser** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Doktor** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carrie Erskine−Hargrove**
*As Administrator of the Estate of Rolando F. Erskine, deceased*
represented by **Stephanie J Lannigan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Doreen Ditoro**
*individually*
represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jean Dormarunno** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melanie Engel** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas J Elsasser** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cindy DiGiovanni** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carrie Erskine−Hargrove**
*individually*
represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gurda Edwards** represented by

**Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marie Disogra** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Durante** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Everett** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Neil A Frank** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Luis Franceschi** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jan Kwartowitz** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Tarrant** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Staples** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Geiger** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Salwa Farag** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosa M Ferrer** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ruby Fuller** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melissa Farmer** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ethel Gamble** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andre Facey** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Caroline Gallo** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sophia Facey** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Furtado** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daphne Francis** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Barbara Francis** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**James Sullivan** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Maureen Staples** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Patricia Tagg** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Donald Fuller** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Carlos Figueroa** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Norberto Feliciano** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Joanne Falvey** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Judy Fezza** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Eddie E Pozo** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roberto Fox** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dominick Gallo** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dorrin Ferguson** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Evelyn Feliciano** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Purcell Gibbs** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maureen Spencer** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alexander Paul Aranyos, Jr.**
*Sibling of 9/11 decedent Patrick Aranyos*
represented by **Alexander Paul Aranyos, Jr.**
PRO SE

**Plaintiff**

**John Badagliacca**
*Child of 9/11 decedent John Badagliacca*
represented by **John Badagliacca**
(See above for address)
PRO SE

**Plaintiff**

**Nikki Badagliacca**
*Child of 9/11 decedent John Badagliacca*
represented by **Nikki Badagliacca**
(See above for address)
PRO SE

**Plaintiff**

**James Graves** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Gionet** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Colleen Geiger** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angelo Giardino** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kinaz Alhalabialidelbi** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Grogan** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Griffin** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anita Grayson** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dennis Grogan** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Hall** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**June Gordon**
*As Administrator of the Estate of Arthur Fenty, deceased* represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*

| | | |
|---|---|---|
| | | *ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Laura Guinan** | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Laura Froehlich**<br>*Child of 9/11 decedent Phillip T. Hayes* | represented by | **Laura Froehlich**<br>PRO SE |
| **Plaintiff** | | |
| **Robert E. Gies**<br>*Child of 9/11 decedent Ronnie E. Gies* | represented by | **Robert E. Gies**<br>PRO SE |
| **Plaintiff** | | |
| **Ronnie J. Gies**<br>*Child of 9/11 decedent Ronnie E. Gies* | represented by | **Ronnie J. Gies**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Thomas W. Gies**<br>*Child of 9/11 decedent Ronnie E. Gies* | represented by | **Thomas W. Gies**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Elyse R. Harrell**<br>*Child of 9/11 decedent Harvey L. Harrell* | represented by | **Elyse R. Harrell**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Marissa R. Harrell**<br>*Child of 9/11 decedent Harvey L. Harrell* | represented by | **Marissa R. Harrell**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Phillip T. Hayes, Jr.**<br>*Child of 9/11 decedent Phillip T. Hayes* | represented by | **Phillip T. Hayes, Jr.**<br>PRO SE |
| **Plaintiff** | | |
| **Kathryn E. Healey**<br>*Child of 9/11 decedent Michael Healey* | represented by | **Kathryn E. Healey**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Matthew A. Healey**<br>*Child of 9/11 decedent Michael Healey* | represented by | **Matthew A. Healey**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Michael J. Healey**<br>*Child of 9/11 decedent Michael Healey* | represented by | **Michael J. Healey**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Hashim Henderson**<br>*Child of 9/11 decedent Ronnie Lee* | represented by | **Hashim Henderson**<br>PRO SE |

*Henderson*

**Plaintiff**

**Virginia McDermott** — represented by **Virginia McDermott**
*Child of 9/11 decedent Phillip T. Hayes*
PRO SE

**Plaintiff**

**Letty Mojica** — represented by **Letty Mojica**
*Sibling of 9/11 decedent Manuel Mojica Jr.*
(See above for address)
PRO SE

**Plaintiff**

**Manny Mojica** — represented by **Manny Mojica**
*Child of 9/11 decedent Manuel Mojica Jr.*
(See above for address)
PRO SE

**Plaintiff**

**Stephanie Mojica** — represented by **Stephanie Mojica**
*Child of 9/11 decedent Manuel Mojica Jr.*
(See above for address)
PRO SE

**Plaintiff**

**Sharon Navarro** — represented by **Sharon Navarro**
*Sibling of 9/11 decedent Karen S. Navarro*
PRO SE

**Plaintiff**

**Theresa O'Gara** — represented by **Theresa O'Gara**
*Child of 9/11 decedent Phillip T. Hayes*
PRO SE

**Plaintiff**

**Marshall Ross** — represented by **Marshall Ross**
*Stepchild of 9/11 decedent Ronnie Lee Henderson*
PRO SE

**Plaintiff**

**LaKimmie Smith** — represented by **LaKimmie Smith**
*Stepchild of 9/11 decedent Ronnie Lee Henderson*
PRO SE

**Plaintiff**

**Hyman Grossman** — represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adnan Hageko** — represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Denise Guidice** — represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Hall** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arline Grossman** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Miriam Giardino** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elsie Gonzalez** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**June Gordon**
*individually* represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joyce Harrison** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dorrance Henderson** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Henry Hayes** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tania Terry**
*Parent of 9/11 decedent Lisa Terry* represented by **Tania Terry**
PRO SE

**Plaintiff**

**Jake Welty**
*Child of 9/11 decedent Timothy M. Welty* represented by **Jake Welty**
(See above for address)
PRO SE

**Plaintiff**

**Donna Harrington**
*As Administrator of the Estate of Alan Harrington, deceased*
represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna Harrington**
*individually*
represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carol Heisler**
represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Priscilla Harris**
represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mort Heisler**
represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Catherine Held**
represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard K Korzenko**
represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aurea Hernandez**
represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Catherine Hinphy**
represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Kinzelberg**
represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Felix Jr. Hernandez** | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lloyd King** | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Matthew Jr. Kaider** | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Amelia Hendricks** | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Noel Joseph** | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Armando R Henry** | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Karen Jeffrey** | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lawrence Howard** | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **William Hirsch** | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Marcia Hirsch** | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Anthony C. Huggins** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sybil Johnson** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Judith Hertz** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arwilda Jackson** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Ingram** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Kelly** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Jedrezyk** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathyann Kowalski** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Concepcion Y Inguano** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Johnson** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dorothy Ingram** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Glendora Henry** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anna Hernandez** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Hinphy** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Rowenhorst**
*individually, as surviving sibling of Edward Rowenhorst*
represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Alexander Greene**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Michael Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Samantha Emily Smith**
(See above for address)
*TERMINATED: 04/29/2021*

**Stephen Wah**

(See above for address)
*TERMINATED: 11/10/2020*

**Vianny Maria Pichardo**
(See above for address)
*TERMINATED: 06/20/2020*

**Plaintiff**

**John Doe 53**
*being intended to designate the Personal Representative of the Estate of Edward Rowenhorst, deceased, said name being fictitious, his/her true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**John Doe 54**
*being intended to designate the Personal Representative of the Estate of Michael Russo, deceased, said name being fictitious, his/her true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Anthony F. Russo**
*individually, as surviving sibling of Michael Russo*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**John Doe 55**
*being intended to designate the Personal Representative of the Estate of Nolbert Salomon, deceased, said name being fictitious, his/her true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (o TERMINATED: 09/20/2022*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**John Doe 56**
*being intended to designate the Personal Representative of the Estate of Kathryn A. Shatzoff, deceased, said name being fictitious, his/her true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdictio*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**John Doe 57**
*being intended to designate the Personal Representative of the Estate of Gregory Sikorsky, deceased, said name being fictitious, his/her true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**George Sikorsky**
*individually, as surviving sibling of Gregory Sikorsky*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Perry J. Sikorsky**
*individually, as surviving sibling of Gregory Sikorsky*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**John Doe 58**
*being intended to designate the Personal Representative of the Estate of Arthur Simon, deceased, said name being fictitious, his/her true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**John Doe 59**
*as Personal Representative of the Estate of Kenneth Simon, deceased, the late child of Arthur Simon*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**John Doe 60**
*being intended to designate the Personal Representative of the Estate of Kenneth Simon, deceased, said name being fictitious, his/her true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Mandy Exantus**
*individually, as surviving sibling of Kenneth Simon*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Todd Simon**
*individually, as surviving sibling of Kenneth Simon*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)

*TERMINATED: 04/29/2021*

**Plaintiff**

**Susan Simon**
*individually, as surviving parent of Kenneth Simon*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Jennifer Simon Berardi**
*individually, as surviving sibling of Kenneth Simon*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**John Doe 61**
*as Personal Representative of the Estate of Arthur Simon, deceased, the late parent of Kenneth Simon*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Michael Stackpole**
*individually, as surviving sibling of*

represented by **Bruce Elliot Strong**
(See above for address)

*Timothy Stackpole*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Edward Stackpole**
*individually, as surviving sibling of Timothy Stackpole*

represented by

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**John Doe 62**
*being intended to designate the Personal Representative of the Estate of Timothy Stackpole, deceased, said name being fictitious, his/her true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction*

represented by

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Victor Mesce**

represented by

**Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Broderick**

represented by

| | | |
|---|---|---|
| | | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u><br>**Sheik Rahaman** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u><br>**Frederick Parisi** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u><br>**Shane Lefebvre** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u><br>**Rachel Hughes** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u><br>**Robert Kearney** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u><br>**Keoni May** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u><br>**Daniel Danzi** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u><br>**Jefferey Fosello** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u><br>**Thomas King** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Robert Kreuz** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nick Dousmanis** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Callow** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Johns** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Hagner** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sara Hagner** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Suzanne DePaolo** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Hagner, Jr.** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sari Hagner** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gianna Hagner** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Niko Hagner** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan Girolamo** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Dipalo** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Gavin** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Katelyn Gavin** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Concialdi** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gerard Fenn** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Farella** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Burke** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Enander** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicholas Chiarello** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Aber** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Brenseke** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sharon Brenseke** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jason Cohen** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Discala** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tyrone Butler** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jason Carpentieri** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Barnes** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Keith Morgan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeffrey Bickart** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Francine Bickart** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erica Bickart** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jesse Atchison** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Albate** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Neil Shatzoff** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Estate of Kathryn Shatzoff** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alessandra Benedetti** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Keith Morgan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Estate of Paul Benedetti** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Luis Jimenez, Sr.** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Estate of Luis Jimenez, Jr.** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Rosa Jimenez** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert Keith Morgan**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Alonso Salvatierra** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jimmy Jimenez** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Ronald Coronato** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Estate of Peter Freund** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **John Martin** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Estate of Teresa Martin** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Dipak Dasrao** | represented by | |

**Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bobita Daspurkaytha** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ashmil Dasroa** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Utsab Dasroa** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marjorie Farley** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Estate of Paige Farley** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rufus McDay** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sara Leftkowitz** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Estate of Stephen Lefkowitz** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Lefkowitz** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tonyell McDay** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Herman** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Estate of Chantal Vincelli** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Kuras**
*as the Personal Representative of the Estate of Patricia A. Kuras, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patricia A. Kuras*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathy Buell**
*individually, as surviving sibling of Timothy Stackpole*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Patricia Murphy**
*individually, as surviving sibling of Timothy Stackpole*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)

*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Jordanis Theodoridis**
*individually, as surviving sibling of Michael Theodoridis*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Jordanis Theodoridis**
*as the Personal Representative of the Estate of Michael Theodoridis, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Theodoridis*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Jordanis Theodoridis**
*as Personal Representative of the Estate of Constantinos Theodoridis, deceased, the late parent of Michael Theodoridis*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Margarita Theodoridis**
*individually, as surviving parent of Michael Theodoridis*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Haleema Salie**
*as Personal Representative of the Estate of Rahma Salie, deceased, the late spouse of Michael Theodoridis*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Nia Jah−Selah Thompson**
*individually, as surviving child of Vanavah Thompsonce*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Tsahai S. Santiago**
*individually, as surviving sibling of Vanavah Thompson*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Rahsaan Thompson**
*individually, as surviving child of William Harry Thompson*

represented by

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Michael K. Thompson**
*individually, as surviving child of William Harry Thompson*

represented by

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Michael K. Thompson**
*as the Personal Representative of the Estate of William Harry Thompson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of William Harry Thompson*

represented by

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Margaret M. Tobin**
*individually, as surviving sibling of John Tobin*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Michael Tobin**
*individually, as surviving sibling of John Tobin*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Jennifer Dolan**
*individually, as surviving child of John Tobin*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)

*TERMINATED: 04/29/2021*

**Plaintiff**

**Barbara Tobin**
*individually, as surviving spouse of John Tobin*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Barbara Tobin**
*as the Personal Representative of the Estate of John Tobin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Tobin*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Sean Tobin**
*individually, as surviving child of John Tobin*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Salvatore M. Traina, Jr.**
*individually, as surviving sibling of*

represented by **Bruce Elliot Strong**
(See above for address)

*Christopher M. Traina*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Vasanta Velamuri**
*as the Personal Representative of the Estate of Sankara Velamuri, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sankara Velamuri*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Jennica Perez**
*a/k/a Jennica Vera, individually, as surviving child of David Vera*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Jennica Perez**
*a/k/a Jennica Vera, as the Personal Representative of the Estate of David Vera, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of David Vera*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Javier Guzman**
*individually, as surviving sibling of David Vera*

represented by

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Clotilda Vola**
*as Personal Representative of the Estate of John Vola, deceased, the late parent of Maria P. Vola*

represented by

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Clotilda Vola**
*as Personal Representative of the Estate of rita Vola, deceased, the late parent of Maria P. Vola*

represented by

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Clarissa B. Kirschenbaum**
*individually, as surviving sibling of Victor Wald*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Audrey Levin**
*individually, as surviving parent of Alisha C. Levin*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Kuras**
*individually, as surviving sibling of Patricia A. Kuras*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brenda Lynch**
*individually, as surviving spouse of James T. Lynch*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeanne Kavinski**
*individually, as surviving sibling of Carol A. LaPlante*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| | | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Thomas Kuras**<br>*as Personal Representative of the Estate of Frances Kuras, deceased, the late parent of Patricia A. Kuras* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **John Doe 63**<br>*being intended to designate the Personal Representative of the Estate of Robert F. Wallace, deceased, said name being fictitious, his/her true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kanishka Agarwala**<br>(See above for address)<br>*LEAD ATTORNEY*<br><br>**Nicholas Robert Maxwell**<br>(See above for address)<br>*TERMINATED: 04/29/2021* |
| **Plaintiff** | | |
| **Shirley Nottingham**<br>*individually, as surviving sibling of Leonard A. White* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kanishka Agarwala**<br>(See above for address)<br>*LEAD ATTORNEY*<br><br>**Nicholas Robert Maxwell**<br>(See above for address)<br>*TERMINATED: 04/29/2021* |
| **Plaintiff** | | |
| **Shirley Nottingham**<br>*as the Personal Representative of the Estate of Leonard A. White, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Leonard A. White* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Shirley Nottingham**
*as Personal Representative of the Estate of Thelma White, deceased, the late parent of Leonard A. White*

represented by

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Michael Lopez Feliciano**
*individually, as surviving child of George Lopez*

represented by

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marc C. White**
*individually, as surviving sibling of Malissa White*

represented by

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

represented by

**Sylvia Ball**
*individually, as surviving sibling of Malissa White*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**John Doe 64**
*being intended to designate the Personal Representative of the Estate of Sandra L. White, deceased, said name being fictitious, his/her true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**John Doe 65**
*being intended to designate the Personal Representative of the Estate of Wayne White, deceased, said name being fictitious, his/her true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Daren White**
*individually, as surviving sibling of Wayne White*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Showkatara Sharif**
*as the Personal Representative of the Estate of Shakila Yasmin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Shakila Yasmin*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**John Doe 66**
*as Personal Representative of the Estate of Nurul Miah, deceased, the late spouse of Shakila Yasmin*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Sandra Steele**

represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gary Tagg**

represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Joseph Sunshine** | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **William Sorenson** | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Julio C Lillo**<br>*individually, as surviving sibling of Carlos R. Lillo* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Mary Kessler**<br>*individually, as surviving sibling of Suzanne Youmans* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kanishka Agarwala**<br>(See above for address)<br>*LEAD ATTORNEY*<br><br>**Nicholas Robert Maxwell**<br>(See above for address)<br>*TERMINATED: 04/29/2021* |
| **Plaintiff** | | |
| **Mary Kessler**<br>*as the Personal Representative of the Estate of Suzanne Youmans, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Suzanne Youmans* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kanishka Agarwala**<br>(See above for address)<br>*LEAD ATTORNEY*<br><br>**Nicholas Robert Maxwell**<br>(See above for address)<br>*TERMINATED: 04/29/2021* |
| **Plaintiff** | | |

| | | |
|---|---|---|
| **Joan Youmans**<br>*as Personal Representative of the Estate of John Youmans, deceased, the late sibling of Suzanne Youmans* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kanishka Agarwala**<br>(See above for address)<br>*LEAD ATTORNEY*<br><br>**Nicholas Robert Maxwell**<br>(See above for address)<br>*TERMINATED: 04/29/2021* |

**Plaintiff**

| | | |
|---|---|---|
| **BNY Mellon**<br>*as the Personal Representative of the Estate of Martin Morales Zempoaltecatl, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Martin Morales Zempoaltecatl* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kanishka Agarwala**<br>(See above for address)<br>*LEAD ATTORNEY*<br><br>**Alexander Greene**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**John Michael Quinn**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Nicholas Robert Maxwell**<br>(See above for address)<br>*TERMINATED: 04/29/2021*<br><br>**Samantha Emily Smith**<br>(See above for address)<br>*TERMINATED: 04/29/2021*<br><br>**Stephen Wah**<br>(See above for address)<br>*TERMINATED: 11/10/2020* |

**Plaintiff**

| | | |
|---|---|---|
| **Julia Morales Zempoaltecatl**<br>*individually, as surviving sibling of Martin Morales Zempoaltecatl* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Maria P.M. Zempoaltecatl Cortez**
*individually, as surviving parent of Martin Morales Zempoaltecatl*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Benjamin Morales Zempoaltecatl**
*individually, as surviving sibling of Martin Morales Zempoaltecatl*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Elisa P Malani**

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Jo Koecheler**
*individually, as surviving sibling of Gary E. Koecheler*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jody C Howard**
*individually, as surviving child of Alan LaFrance*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rebecca Lightbourn**
*as Personal Representative of the Estate of Raymond Lightbourn, Sr., deceased, the late parent of Samantha Lightbourn−Allen*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Benjamin Gottlieb**

represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeffrey Fosello**

represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cynthia Tarrant**

represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tonya Stevens**

represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eric Spencer**

represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Jr. Stefanski**

represented by

**Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lorraine Lopes**
*as the Personal Representative of the Estate of Salvatore Lopes, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Salvatore Lopes*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roger Kyte**
*individually, as surviving spouse of Angela R. Kyte*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Lenoir**
*individually, as surviving parent of John R. Lenoir*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Antoinette Lauria**
*individually, as surviving parent of Stephen J. Lauria*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mindy Gottenberg**
*as the Personal Representative of the Estate of Alisha C. Levin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alisha C. Levin*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raymond Lightbourn**
*individually, as surviving sibling of Samantha Lightbourn−Allen*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven LaFrance**
*individually, as surviving sibling of Alan LaFrance*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rebecca Lightbourn**
*as the Personal Representative of the Estate of Samantha Lightbourn−Allen, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Samantha Lightbourn−Allen*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mindy Gottenberg**
*individually, as surviving sibling of Alisha C. Levin*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Antoinette Solowsky**
*individually, as surviving sibling of Salvatore Lopes*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pamela Lawson Dixon**
*as the Personal Representative of the Estate of Nathaniel Lawson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nathaniel Lawson*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John E Allen , Jr**
*individually, as surviving child of Samantha Lightbourn−Allen*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bernard Lopes**
*individually, as surviving sibling of Salvatore Lopes*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Morales Zempoaltecatl**
*individually, as surviving sibling of Martin Morales Zempoaltecatl*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Delfino Morales Zempoaltecatl**
*individually, as surviving sibling of Martin Morales Zempoaltecatl*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Eusebio Morales Zempoaltecatl**
*individually, as surviving sibling of Martin Morales Zempoaltecatl*

represented by

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Glafira Morales Zempoaltecatl**
*individually, as surviving sibling of Martin Morales Zempoaltecatl*

represented by

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Gonzalo Morales**
*individually, as surviving sibling of Martin Morales Zempoaltecatl*

represented by

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Daryl Gabriel**
*individually, as surviving child of Benilda Domingo*

represented by

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Jessica K. Kostaris**
*individually, as surviving child of Bruce Gary*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Richard Gary**
*individually, as surviving child of Bruce Gary*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Kristen C. Graf**
*individually, as surviving child of Edwin John Graf III*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Tyler W. Graf**
*individually, as surviving child of Edwin J. Graf, III*

represented by

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Wesley J. Graf**
*individually, as surviving child of Edwin J. Graf, III*

represented by

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Jane Doe 69**
*as Personal Representative of the Estate of William J. Houston, deceased, the late sibling of Charles J. Houston*

represented by

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)

*TERMINATED: 04/29/2021*

**Plaintiff**

**Andrew McMahon**
*individually, as surviving sibling of Robert D. McMahon*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Damon McMahon**
*individually, as surviving sibling of Robert D. McMahon*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Constance Muldowney**
*individually, as surviving spouse of Richard Muldowney*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Constance Muldowney**
*as the Personal Representative of the*

represented by **Bruce Elliot Strong**
(See above for address)

*Estate of Richard Muldowney, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Martin Richard Muldowney*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**John Muldowney**
*individually, as surviving child of Richard Muldowney*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Constance Muldowney**
*as Personal Representative of the Estate of Kathryn Muldowney, deceased, the late child of Richard Muldowney*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Thomas F. Owens**
*individually, as surviving sibling of Peter Owens*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**John Owens**
*individually, as surviving sibling of Peter Owens*

represented by

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Terence Owens**
*individually, as surviving sibling of Peter Owens*

represented by

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Kevin Owens**
*individually, as surviving sibling of Peter Owens*

represented by

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Susan G. Rescorla**
*individually, as surviving spouse of Richard C. Rescorla*

represented by

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Susan G. Rescorla**
*as the Personal Representative of the Estate of Richard C. Rescorla, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard C. Rescorla*

represented by

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Trevor S. Rescorla**
*individually, as surviving child of Richard C. Rescorla*

represented by

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

| | | |
|---|---|---|
| **Kimberly J. Rescorla**<br>*individually, as surviving child of Richard C. Rescorla* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kanishka Agarwala**<br>(See above for address)<br>*LEAD ATTORNEY*<br><br>**Nicholas Robert Maxwell**<br>(See above for address)<br>*TERMINATED: 04/29/2021* |

**Plaintiff**

| | | |
|---|---|---|
| **Andrew Soulas**<br>*individually, as surviving child of Timothy Soulas* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kanishka Agarwala**<br>(See above for address)<br>*LEAD ATTORNEY*<br><br>**Nicholas Robert Maxwell**<br>(See above for address)<br>*TERMINATED: 04/29/2021* |

**Plaintiff**

| | | |
|---|---|---|
| **Christopher Soulas**<br>*individually, as surviving child of Timothy Soulas* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kanishka Agarwala**<br>(See above for address)<br>*LEAD ATTORNEY*<br><br>**Nicholas Robert Maxwell**<br>(See above for address)<br>*TERMINATED: 04/29/2021* |

**Plaintiff**

| | | |
|---|---|---|
| **Matthew Soulas**<br>*individually, as surviving child of Timothy Soulas* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Timothy Soulas, Jr.**
*individually, as surviving child of Timothy Soulas*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**James Beasley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Katherine Soulas**
*individually, as surviving spouse of Timothy Soulas*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Katherine Soulas**
*as the Personal Representative of the Estate of Timothy Soulas, deceased, and*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*

*on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Soulas*

*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Katherine Soulas**
*as Natural Guardian of DRS, a minor, as surviving child of Timothy Soulas*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Aaron Straub**
*individually, as surviving child of Edward Straub*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kanishka Agarwala**
(See above for address)
*LEAD ATTORNEY*

**Nicholas Robert Maxwell**
(See above for address)
*TERMINATED: 04/29/2021*

**Plaintiff**

**Ilia E Rodriguez**
*individually, as surviving parent of Carlos R. Lillo*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| | | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Janice Helfenstein**<br>*surviving Spouse of Joseph Helfenstein, Deceased* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Janice Helfenstein**<br>*Personal Representative of the Estate of Joseph Helfenstein, Deceased* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Portia Johnson**<br>*Personal Representative of the Estate of Vanclive Johnson, Deceased* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Nicole Lopes**<br>*individually, as surviving child of Salvatore Lopes* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jody Hawkes**<br>*surviving Spouse of Robert Hawkes, Deceased* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Portia Johnson**<br>*surviving Spouse of Vanclive Johnson, Deceased* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lauren Kiefer**<br>*as surviving Sibling of Michael Vernon Kiefer, deceased* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Denise Grossarth**<br>*surviving Spouse of Glenn Grossarth, Deceased* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |

| | | |
|---|---|---|
| **Jody Hawkes**<br>*Personal Representative of the Estate of Robert Hawkes, Deceased* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Meryl Hechtman**<br>*Personal Representative of the Estate of Alan Hechtman, Deceased* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Steven Lakeman**<br>*surviving Spouse of Georgetta Lakeman, Deceased* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Melissa Lawson**<br>*Executor of the Estate of Roger Steinert, Deceased* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Joan Lalicata**<br>*Personal Representative of the Estate of Salvatore Lalicata, Deceased;* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jeremy Kyrkostas**<br>*Personal Representative of the Estate of William Kyrkostas, Deceased;* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jeremy Kyrkostas**<br>*as surviving Child of William Kyrkostas, deceased* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Winston Lewis**<br>*as surviving Child of Charles Williams, deceased* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Winston Lewis**<br>*Personal Representative of the Estate of Charles Williams, Deceased* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Melissa Lawson**<br>*surviving child of Roger Steinert, Deceased* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Joann Long**
*Personal Representative of the Estate of Liborio Palmeri, Deceased*

represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert K. Landau**
*Personal Representative of the Estate of Robert A. Landau, Deceased*

represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Knight, Jr.**

represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Keith Morgan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kieran Bastible**

represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ava Becklund**

represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kim Bastible**

represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Keith Morgan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Perry Blackmon, Jr.**

represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sophia Bourdis**

represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sophia Bourdis**

represented by **Edward Maggio**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Brandes** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank T. Carapazza** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Henry Cherry** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jacqueline Daoust** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Daoust** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LInda Gavin** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Highfield** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Allison Highfield** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dennis Honor** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laura Honor** represented by

| | | |
|---|---|---|
| | | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Joseph Homick** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Patricia Jirak** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Catherine Jirak Monetti** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Robert Jirak, Sr.** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Edward Jirak** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Tammy Kainesse** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Harold J. Kohlman, Jr.** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Frank Libretto** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Antoinette Misischia** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>**Plaintiff**</u>

**Frank Misischia** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Catherine Jirak Monetti** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Michael Palleschi** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Lizette Palleschi** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Oscar Perez** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Brandon Perez** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Matthew Perez** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Wanda Perez** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Grace Petillo** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**James Rohan** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Morgan Kyte**<br>*individually, as surviving child of Angela R. Kyte* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Laura Andrucki Izzo**<br>*Sibling of 9/11 decedent Jean Andrucki* | represented by | **Laura Andrucki Izzo**<br>PRO SE |
| **Plaintiff** | | |
| **Teresa Tine** | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Carmen Torres** | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **David Thorpe** | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Aron Betru**<br>*Sibling of 9/11 decedent Yeneneh Betru* | represented by | **Aron Betru**<br>PRO SE |
| **Plaintiff** | | |
| **William Taylor** | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Ruth Betru**<br>*Sibling of 9/11 decedent Yeneneh Betru* | represented by | **Ruth Betru**<br>PRO SE |
| **Plaintiff** | | |
| **Lenwood Terry** | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jeannette Tyson** | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Vicki L Burford**
*Child of 9/11 decedent Christopher Burford*

represented by **Vicki L Burford**
PRO SE

**Plaintiff**

**Robert Torres**

represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lester Tuthill**

represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marvin Levin**
*individually, as surviving parent of Alisha C. Levin*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Annmarie Williams**
*individually, as surviving sibling of Alan LaFrance*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roger Kyte**
*as the Personal Representative of the Estate of Angela R. Kyte, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Angela R. Kyte*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Koecheler**
*individually, as surviving child of Gary E. Koecheler*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maureen Koecheler**
*individually, as surviving spouse of Gary E. Koecheler*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Annie Rohan**

represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brenda Lynch**
*as the Personal Representative of the Estate of James T. Lynch, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of James T. Lynch*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sean Cahill**
*Child of 9/11 decedent John Cahill*

represented by **Sean Cahill**
(See above for address)
PRO SE

**Plaintiff**

**Ashley R. Calabro**
*Sibling of 9/11 decedent Christopher Burford*

represented by **Ashley R. Calabro**
PRO SE

**Plaintiff**

**Kaitlin Farrell Mullen**
*Child of 9/11 decedent John Farrell*

represented by **Kaitlin Farrell Mullen**
(See above for address)
PRO SE

**Plaintiff**

**Colin Farrell**
*Child of 9/11 decedent John Farrell*

represented by **Colin Farrell**
(See above for address)
PRO SE

**Plaintiff**

**Molly Farrell**
*Child of 9/11 decedent John Farrell*

represented by **Molly Farrell**
(See above for address)
PRO SE

**Plaintiff**

**Patrick Farrell**
*Child of 9/11 decedent John Farrell*

represented by **Patrick Farrell**
(See above for address)
PRO SE

**Plaintiff**

| | | |
|---|---|---|
| **Holly Rae Harrell**<br>*Child of 9/11 decedent Stephen G. Harrell* | represented by | **Holly Rae Harrell**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Elise Ann Lasko**<br>*Child of 9/11 decedent Gary E. Lasko* | represented by | **Elise Ann Lasko**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Steven Scarpitta** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Aaron Pagan**<br>*Nephew of 9/11 decedent Angela Rosario* | represented by | **Aaron Pagan**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **David Pickford**<br>*Sibling of 9/11 decedent Christopher Pickford* | represented by | **David Pickford**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Ticey Rosario**<br>*Sibling of 9/11 decedent Angela Rosario* | represented by | **Ticey Rosario**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Estate of Michelle Scarpita** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Giovanni John Seminerio** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Dominic Seminerio** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Giovanni R Seminerio** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Luciano Seminerio** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Brianna Seminerio** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kary Seminerio** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yaadmarie Silva** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Sorkin** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**allan Sorkin** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Toledo, Jr.** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Modesta Toledo** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristina Toledo** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Torres, Sr.** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sophia Tsakiris** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christina Tsakiris** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mario Villacis** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Terrence Williams** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vincent Linnane**
*as the Personal Representative of the Estate of Robert T. Linnane, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert T. Linnane*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vincent Linnane**
*individually, as surviving sibling of Robert T. Linnane*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Seth Klescht** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Kloiber** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth Klotz** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kochummen Kochummen** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jack Korzekwinski** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Kozak** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gary Kurtz** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles LaBarbera** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alex Lam** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicholas Lamattina** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Lamonaca** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth Landgrover** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tyrone Langford** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*

| | | |
|---|---|---|
| | | *ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **John Lankenau** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Betru Tensay**<br>*Parent of 9/11 decedent Yeneneh Betru* | represented by | **Betru Tensay**<br>PRO SE |
| **Plaintiff** | | |
| **James V. LaPenna** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Sara Teshebru**<br>*Parent of 9/11 decedent Yeneneh Betru* | represented by | **Sara Teshebru**<br>PRO SE |
| **Plaintiff** | | |
| **Pamela J Thornton**<br>*Parent of 9/11 decedent Christopher Burford* | represented by | **Pamela J Thornton**<br>PRO SE |
| **Plaintiff** | | |
| **Anthony LaPorta** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Brandon Valvo**<br>*Sibling of 9/11 decedent Carlton F. Valvo II* | represented by | **Brandon Valvo**<br>PRO SE |
| **Plaintiff** | | |
| **Carlton F. Valvo**<br>*Parent of 9/11 decedent Carlton F. Valvo II* | represented by | **Carlton F. Valvo**<br>PRO SE |
| **Plaintiff** | | |
| **Dante G. Valvo**<br>*Child of 9/11 decedent Carlton F. Valvo II* | represented by | **Dante G. Valvo**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Nicoletta Valvo**<br>*Parent of 9/11 decedent Carlton F. Valvo II* | represented by | **Nicoletta Valvo**<br>PRO SE |
| **Plaintiff** | | |
| **Trenton Valvo**<br>*Sibling of 9/11 decedent Carlton F. Valvo II* | represented by | **Trenton Valvo**<br>PRO SE |

**Plaintiff**

**Maria Torres** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Danny Torres** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maricel Torres** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leon Greene** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frances Twomey**
*As Administrator of the Estate of Edward J. Twomey, deceased*
represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lawrence A Truell** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Milagros Torres** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frances Twomey**
*Individually*
represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nigel Twitty** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charmaine Tyson** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Marie Tucker** | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Candie Tse** | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jeanne Arnold**<br>*11/12/2018* | represented by | **Jeanne Arnold**<br>PRO SE |
| **Plaintiff** | | |
| **Christopher Beaven**<br>*Child of 9/11 decedent Alan Beaven* | represented by | **Christopher Beaven**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Constance Blood**<br>*Parent of 9/11 decedent Richard M. Blood, Jr.* | represented by | **Constance Blood**<br>PRO SE |
| **Plaintiff** | | |
| **Richard Blood, Sr.**<br>*Parent of 9/11 decedent Richard M. Blood, Jr.* | represented by | **Richard Blood, Sr.**<br>PRO SE |
| **Plaintiff** | | |
| **James P. Boyle**<br>*Sibling of 9/11 decedent Michael Boyle* | represented by | **James P. Boyle**<br>PRO SE |
| **Plaintiff** | | |
| **Samantha Dolan**<br>*Child of 9/11 decedent Brendan Dolan* | represented by | **Samantha Dolan**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Sarah Dolan**<br>*Child of 9/11 decedent Brendan Dolan* | represented by | **Sarah Dolan**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Danielle Ganci Cowan**<br>*Child of 9/11 decedent Peter J. Ganci* | represented by | **Danielle Ganci Cowan**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Christopher M. Ganci**<br>*Child of 9/11 decedent Peter J. Ganci* | represented by | **Christopher M. Ganci**<br>PRO SE |
| **Plaintiff** | | |
| **Peter J. Ganci, III**<br>*Child of 9/11 decedent Peter J. Ganci* | represented by | **Peter J. Ganci, III**<br>PRO SE |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Brian Holland**<br>*Sibling of 9/11 decedent Joseph Holland III* | represented by | **Brian Holland**<br>PRO SE |
| **Plaintiff** | | |
| **Anne Jordan Stewart**<br>*Parent of 9/11 decedent Robert Thomas Jordan* | represented by | **Anne Jordan Stewart**<br>PRO SE |
| **Plaintiff** | | |
| **Mary Lynch**<br>*Sibling of 9/11 decedent Michael Boyle* | represented by | **Mary Lynch**<br>PRO SE |
| **Plaintiff** | | |
| **Caitlin McGinnis**<br>*Child of 9/11 decedent Thomas H. McGinnis* | represented by | **Caitlin McGinnis**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Amanda R. O'Connor**<br>*Child of 9/11 decedent Diana J. O'Connor* | represented by | **Amanda R. O'Connor**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Theodore W. Oliver**<br>*Sibling of 9/11 decedent Leah E. Oliver* | represented by | **Theodore W. Oliver**<br>PRO SE |
| **Plaintiff** | | |
| **Irene Palazzo**<br>*Parent of 9/11 decedent Jeffery M. Palazzo* | represented by | **Irene Palazzo**<br>PRO SE |
| **Plaintiff** | | |
| **Melissa Pescatore**<br>*Child of 9/11 decedent Mark Shulman* | represented by | **Melissa Pescatore**<br>PRO SE |
| **Plaintiff** | | |
| **Roni Salkin**<br>*Sibling of 9/11 decedent Alan J. Lederman* | represented by | **Roni Salkin**<br>PRO SE |
| **Plaintiff** | | |
| **Paul Thomas Lynch**<br>*individually, as surviving child of James T. Lynch* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jaime Shulman**<br>*Child of 9/11 decedent Mark Shulman* | represented by | **Jaime Shulman**<br>(See above for address)<br>PRO SE |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Alexander Lopez**<br>*individually, as surviving sibling of Carlos R. Lillo* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Judy Schneider**<br>*individually, as surviving sibling of Gary E. Koecheler* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Liza Sloan**<br>*Cousin/Godchild/Functional Equivalent of Sibling of 9/11 decedent Jeffery M. Palazzo* | represented by | **Liza Sloan**<br>PRO SE |
| **Plaintiff** | | |
| **Rebecca Taylor Wynne**<br>*Sibling of 9/11 decedent Richard M. Blood, Jr.* | represented by | **Rebecca Taylor Wynne**<br>PRO SE |
| **Plaintiff** | | |
| **Katherine Lenoir**<br>*individually, as surviving sibling of John R. Lenoir* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Misha Yoshida Gnazzo**<br>*Sibling of 9/11 decedent John T. Gnazzo* | represented by | **Misha Yoshida Gnazzo**<br>PRO SE |
| **Plaintiff** | | |
| **Billy Yuen**<br>*Sibling of 9/11 decedent Elkin Yuen* | represented by | **Billy Yuen**<br>PRO SE |
| **Plaintiff** | | |
| **Sophia W. M. Feliciano**<br>*individually, as surviving spouse of George Lopez* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marc Wells**
*Individually*

represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ramon Vidal**

represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Audrey Walsh**

represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John A Lenoir**
*individually, as surviving parent of John R. Lenoir*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pascascia Vidal**

represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jem A Howard**
*individually, as surviving child of Alan LaFrance*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dorothy Vazquez**

represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Israel Vazquez**

represented by **Stephenie Lannigan Bross**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Watson** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alanena Walker**
*As Administrator of the Estate of Renee D. Walker, deceased*
represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Louis Barbella**
*Sibling of 9/11 decedent James W. Barbella*
represented by **Louis Barbella**
PRO SE

**Plaintiff**

**Brian D. Cross**
*Child of 9/11 decedent Dennis A. Cross*
represented by **Brian D. Cross**
PRO SE

**Plaintiff**

**Laura A. Cross**
*Child of 9/11 decedent Dennis A. Cross*
represented by **Laura A. Cross**
PRO SE

**Plaintiff**

**Denise J. Cross−Feldman**
*Child of 9/11 decedent Dennis A. Cross*
represented by **Denise J. Cross−Feldman**
PRO SE

**Plaintiff**

**Ian Dincuff**
*Sibling of 9/11 decedent Christopher Dincuff*
represented by **Ian Dincuff**
PRO SE

**Plaintiff**

**Esther E. Heymann**
*Stepparent of 9/11 decedent Honor Elizabeth Wainio*
represented by **Esther E. Heymann**
PRO SE

**Plaintiff**

**Christopher Jakubiak**
*Child of 9/11 decedent Maria Jakubiak*
represented by **Christopher Jakubiak**
(See above for address)
PRO SE

**Plaintiff**

**Joanna Jakubiak**
*Child of 9/11 decedent Maria Jakubiak*
represented by **Joanna Jakubiak**
(See above for address)
PRO SE

**Plaintiff**

**Pawel Jakubiak**
*Child of 9/11 decedent Maria Jakubiak*
represented by **Pawel Jakubiak**
(See above for address)
PRO SE

**Plaintiff**

| | | |
|---|---|---|
| **David Lapin**<br>*Sibling of 9/11 decedent Ruth Lapin* | represented by | **David Lapin**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Joan Lopatin**<br>*Parent of 9/11 decedent Ruth Lapin* | represented by | **Joan Lopatin**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Cathleen Martineau**<br>*Sibling of 9/11 decedent Brian E. Martineau* | represented by | **Cathleen Martineau**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Chelsea E. Martineau**<br>*Child of 9/11 decedent Brian E. Martineau* | represented by | **Chelsea E. Martineau**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Edward Martineau**<br>*Parent of 9/11 decedent Brian E. Martineau* | represented by | **Edward Martineau**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Ronnah Martineau**<br>*Parent of 9/11 decedent Brian E. Martineau* | represented by | **Ronnah Martineau**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Juan Vazquez** | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Helen Washington** | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Ernest Jr. Washington** | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Marc Wells**<br>*As executor of the Estate of Lawrence Wells, deceased* | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Delano Walsh** | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Alanena Walker**<br>*Individually* | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Eddie Williams** | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Barbara Williams** | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Yvette White**<br>*As Administrator of the Estate of Sheldon White, deceased* | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Alexandria N. Bradshaw**<br>*Child of 9/11 decedent Sandra W. Bradshaw* | represented by | **Alexandria N. Bradshaw**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Yvette White**<br>*Individually* | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Caroline Ziegler** | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Nathan G. Bradshaw**<br>*Child of 9/11 decedent Sandra W. Bradshaw* | represented by | **Nathan G. Bradshaw**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Raymond Wright** | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Shenan M. Bradshaw**<br>*Stepchild of 9/11 decedent Sandra W. Bradshaw* | represented by | **Shenan M. Bradshaw**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Anthony Worrell** | represented by | **Stephenie Lannigan Bross**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Doris Wilson** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Collin Young** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elena R Williams** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Esther Zeller** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wei Quin Xu**
*As Administrator of the Estate of Xiu Chen, deceased* represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fred Ziehl** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerome Zeller** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wei Quin Xu**
*Individually* represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ellen Williams** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joya Williams** represented by

| | | |
|---|---|---|
| | | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Mary Lou Curran**<br>*Personal representative of the Estate of Michael Pascuma. deceased parent of 9/11 decedent Michael J. Pascuma, Jr.* | represented by | **Mary Lou Curran**<br>PRO SE |
| **Plaintiff** | | |
| **Mary Lou Curran**<br>*Personal representative of the Estate of Ada Pascuma, deceased Parent of 9/11 decedent Michael J. Pascuma, Jr.* | represented by | **Mary Lou Curran**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Kristina M. DeJong**<br>*Sibling of 9/11 decedent Michael Palletier* | represented by | **Kristina M. DeJong**<br>PRO SE |
| **Plaintiff** | | |
| **Anthony Mercado**<br>*Sibling of 9/11 decedent Steve Mercado* | represented by | **Anthony Mercado**<br>PRO SE |
| **Plaintiff** | | |
| **Mary Mercado**<br>*Parent of 9/11 decedent Steve Mercado* | represented by | **Mary Mercado**<br>PRO SE |
| **Plaintiff** | | |
| **Mary Mercado**<br>*Personal Representative of the Estate of Louis Mercado, Sr., deceased parent of 9/11 decedent Steve Mercado* | represented by | **Mary Mercado**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Christopher Pascuma**<br>*Child of 9/11 decedent Michael J. Pascuma, Jr.* | represented by | **Christopher Pascuma**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Melissa Pascuma**<br>*Child of 9/11 decedent Michael J. Pascuma, Jr.* | represented by | **Melissa Pascuma**<br>PRO SE |
| **Plaintiff** | | |
| **Michael Pascuma**<br>*Child of 9/11 decedent Michael J. Pascuma, jr.* | represented by | **Michael Pascuma**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Daniel A. Pelletier**<br>*Sibling of 9/11 decedent Michael Pelletier* | represented by | **Daniel A. Pelletier**<br>PRO SE |
| **Plaintiff** | | |
| | represented by | |

| | | |
|---|---|---|
| **Lillian Pelletier**<br>*Parent of 9/11 decedent Michael Pelletier* | | **Lillian Pelletier**<br>PRO SE |
| **Plaintiff** | | |
| **Marcel O. Pelletier**<br>*Parent of 9/11 decedent Michael Pelletier* | represented by | **Marcel O. Pelletier**<br>PRO SE |
| **Plaintiff** | | |
| **Ronald A. Pelletier**<br>*Sibling of 9/11 decedent Michael Pelletier* | represented by | **Ronald A. Pelletier**<br>PRO SE |
| **Plaintiff** | | |
| **Sophie Pelletier−Martinelli**<br>*Parent and legal guardian on behalf of N.P., minor child of 9/11 decedent Michael Pelletier* | represented by | **Sophie Pelletier−Martinelli**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Autumn Ryan**<br>*Child of 9/11 decedent Jonathan S. Ryan* | represented by | **Autumn Ryan**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Deena Ryan**<br>*Parent of 9/11 decedent Jonathan S. Ryan* | represented by | **Deena Ryan**<br>PRO SE |
| **Plaintiff** | | |
| **Robert Ryan**<br>*Parent of 9/11 decedent Jonathan S. Ryan* | represented by | **Robert Ryan**<br>PRO SE |
| **Plaintiff** | | |
| **Maria L. Ryan−Baldwin**<br>*Parent and legal gurdian on behalf of C.R., minor child of 9/11 decedent Jonathan S. Ryan* | represented by | **Maria L. Ryan−Baldwin**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Delphine Saada Samuel**<br>*Parent and legal guardian of L.S., minor child of 9/11 decedent Thierry Saada* | represented by | **Delphine Saada Samuel**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Alexander T. Uman**<br>*Child of 9/11 decedent Jonathan Uman* | represented by | **Alexander T. Uman**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Julie Uman**<br>*Parent and legal guardian on behalf of A.U., minor child of 9/11 decedent Jonathan Uman* | represented by | **Julie Uman**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |

| | | |
|---|---|---|
| **Barbara Boyle**<br>*Parent of 9/11 decedent Michael Boyle* | represented by | **Barbara Boyle**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Donna Caballero**<br>*Sibling of 9/11 decedent Rosanne Lang* | represented by | **Donna Caballero**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Donna Caballero**<br>*Co−personal representative of the Estate of William Lang, deceased psearent of 9/11 decedent Rosanne Lang* | represented by | **Donna Caballero**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Donna Caballero**<br>*Co−personal representative of the estate of Rose Lang, deceased parent of 9/11 decedent Rosanne Lang* | represented by | **Donna Caballero**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Dominick R. Calia**<br>*Child of 9/11 decedent Dominick E. Calia* | represented by | **Dominick R. Calia**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jack Zelmanowitz**<br>*individually, as surviving sibling of Abraham Zelmanowitz* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Alexander Greene**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Ethan Greenberg**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**John Michael Quinn**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Samantha Emily Smith**<br>(See above for address)<br>*TERMINATED: 04/29/2021*<br><br>**Stephen Wah**<br>(See above for address)<br>*TERMINATED: 11/10/2020*<br><br>**Vianny Maria Pichardo**<br>(See above for address)<br>*TERMINATED: 06/20/2020* |

**Plaintiff**

| | | |
|---|---|---|
| **Jaclyn N. Calia**<br>*Child of 9/11 decedent Dominick E. Calia* | represented by | **Jaclyn N. Calia**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jack Zelmanowitz**<br>*as the Personal Representative of the Estate of Abraham Zelmanowitz, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Abraham Zelmanowitz* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Alexander Greene**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Ethan Greenberg**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**John Michael Quinn**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Samantha Emily Smith**<br>(See above for address)<br>*TERMINATED: 04/29/2021*<br><br>**Stephen Wah**<br>(See above for address)<br>*TERMINATED: 11/10/2020*<br><br>**Vianny Maria Pichardo**<br>(See above for address)<br>*TERMINATED: 06/20/2020* |

**Plaintiff**

| | | |
|---|---|---|
| **John R. Calia**<br>*Sibling of 9/11 decedent Dominick E. Calia* | represented by | **John R. Calia**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **BNY Mellon**<br>*as the Personal Representative of the Estate of Martin Morales Zempoaltecatl, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Martin Morales Zempoaltecatl* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John R. Calia**<br>*Personal Representative of the Estate of Mildred Calia, deceased parent of 9/11 decedent Dominick E. Calia* | represented by | **John R. Calia**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Julia Morales Zempoaltecatl**<br>*individually, as surviving sibling of Martin Morales Zempoaltecatl* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Arthur Harris**<br>*individually, as surviving parent of Peggie Hurt* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Stephen Wah**<br>(See above for address)<br>*TERMINATED: 11/10/2020*<br><br>**Vianny Maria Pichardo**<br>(See above for address)<br>*TERMINATED: 06/20/2020* |

**Plaintiff**

| | | |
|---|---|---|
| **Arthur Harris**<br>*as the Personal Representative of the Estate of Peggie Hurt, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Peggie Hurt* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Stephen Wah**<br>(See above for address)<br>*TERMINATED: 11/10/2020*<br><br>**Vianny Maria Pichardo**<br>(See above for address)<br>*TERMINATED: 06/20/2020* |

**Plaintiff**

| | | |
|---|---|---|
| **Margaret Ann Williams** | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Brenda Garrett**<br>*as Personal Representative of the* | represented by | **Bruce Elliot Strong**<br>(See above for address) |

*Estate of Dorothy Lee Coles, individually, as surviving sibling of Peggie Hurt*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Sandra Wilson**
*individually, as surviving sibling of Peggie Hurt*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edith Otelia Harris**
*individually, as sibling of Peggie Hurt*

represented by **Edith Otelia Harris**
PRO SE

**Plaintiff**

**Carlene Wynn**
*as Personal Representative of the Estate of Lelia Mae Wynn, individually, as surviving sibling of Peggie Hurt*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Katherine Wynn**
*individually, as surviving sibling of Peggie Hurt*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria P.M. Zempoaltecatl Cortez**
*individually, as surviving parent of Martin Morales Zempoaltecatl*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Benjamin Morales Zempoaltecatl**
*individually, as surviving sibling of Martin Morales Zempoaltecatl*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Morales Zempoaltecatl**
*individually, as surviving sibling of Martin Morales Zempoaltecatl*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Delfino Morales Zempoaltecatl**
*individually, as surviving sibling of Martin Morales Zempoaltecatl*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eusebio Morales Zempoaltecatl**
*individually, as surviving sibling of Martin Morales Zempoaltecatl*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Glafira Morales Zempoaltecatl**
*individually, as surviving sibling of Martin Morales Zempoaltecatl*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Constance Muldowney**
*as Personal Representative of the Estate of Kathryn Muldowney, deceased, the late child of Richard Muldowney*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Katherine Soulas**<br>*as Natural Guardian of DRS, a minor, as surviving child of Timothy Soulas* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Constance Muldowney**<br>*individually, as surviving spouse of Richard Muldowney* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Christopher Soulas**<br>*individually, as surviving child of Timothy Soulas* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Trevor S. Rescorla**<br>*individually, as surviving child of Richard C. Rescorla* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Ethan Gabriel Zeplin**<br>*individually, as surviving child of Marc Scott Zeplin* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Katherine Soulas**<br>*individually, as surviving spouse of* | represented by | **Bruce Elliot Strong**<br>(See above for address) |

| | | |
|---|---|---|
| *Timothy Soulas* | | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kristen C Graf**<br>*individually, as surviving child of Edwin John Graf III* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Andrew Soulas**<br>*individually, as surviving child of Timothy Soulas* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Thomas F. Owens**<br>*individually, as surviving sibling of Peter Owens* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Ryan Harris Zeplin**<br>*individually, as surviving child of Marc Scott Zeplin* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kimberly J. Rescorla**<br>*individually, as surviving child of Richard C. Rescorla* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Matthew Soulas**
*ndividually, as surviving child of Timothy Soulas*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Katherine Soulas**
*as the Personal Representative of the Estate of Timothy Soulas, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Soulas*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan G. Rescorla**
*as the Personal Representative of the Estate of Richard C. Rescorla, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard C. Rescorla*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gonzalo Morales**
*individually, as surviving sibling of Martin Morales Zempoaltecatl*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan G. Rescorla**
*individually, as surviving spouse of Richard C. Rescorla*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Debra Zeplin**
*individually, as surviving spouse of Marc Scott Zeplin*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Timothy Soulas, Jr.**
*individually, as surviving child of Timothy Soulas*

represented by

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Beasley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Muldowney**
*individually, as surviving child of Richard Muldowney*

represented by

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Terence Owens**
*individually, as surviving sibling of Peter Owens*

represented by

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Constance Muldowney**
*as the Personal Representative of the Estate of Richard Muldowney, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard Muldowney*

represented by

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Owens**
*individually, as surviving sibling of Peter Owens*

represented by

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Andrew McMahon**<br>*individually, as surviving sibling of Robert D. McMahon* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Debra Zeplin**<br>*as the Personal Representative of the Estate of Marc Scott Zeplin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marc Scott Zeplin* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Daryl Gabriel**<br>*individually, as surviving child of Benilda Domingo* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Wesley J. Graf**<br>*individually, as surviving child of Edwin J. Graf, III* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Tyler W. Graf**<br>*individually, as surviving child of Edwin J. Graf, III* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Damon McMahon**<br>*individually, as surviving sibling of Robert D. McMahon* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Owens**
*individually, as surviving sibling of Peter Owens*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aaron Straub**
*individually, as surviving child of Edward Straub*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Gary**
*individually, as surviving child of Bruce Gary*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica K. Kostaris**
*individually, as surviving child of Bruce Gary*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Knight, Jr.**

represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Keith Morgan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Kim Bastible** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Ava Becklund** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Perry Blackmon, Jr.** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Sophia Bourdis** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Lisa Brandes** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Richard V. Calia**<br>*Sibling of 9/11 decedent Dominick E. Calia* | represented by | **Richard V. Calia**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Christine Calia−Costa**<br>*Sibling of 9/11 decedent Dominick E. Calia* | represented by | **Christine Calia−Costa**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jeanann Calia−Kuhn**<br>*Sibling of 9/11 decedent Dominick E. Calia* | represented by | **Jeanann Calia−Kuhn**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jeanna Calia−Micallef**<br>*Child of 9/11 decedent Dominick E. Calia* | represented by | **Jeanna Calia−Micallef**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Anthoula Katsimatides**<br>*Personal representative of the Estate of Antonios Katsimatides, deceased parent of 9/11 decedent John Katsimatides* | represented by | **Anthoula Katsimatides**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Donald Lang**<br>*Sibling of 9/11 decedent Rosanne Lang* | represented by | **Donald Lang**<br>PRO SE |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Gary F. Lang**<br>*Sibling of 9/11 decedent Rosanne Lang* | represented by | **Gary F. Lang**<br>PRO SE |
| **Plaintiff** | | |
| **Gerard Lang**<br>*Sibling of 9/11 decedent Rosanne Lang* | represented by | **Gerard Lang**<br>PRO SE |
| **Plaintiff** | | |
| **James Lang**<br>*Co−personal representative of the Estate of William Lang, deceased parent of 9/11 decedent Rosanne Lang* | represented by | **James Lang**<br>PRO SE |
| **Plaintiff** | | |
| **James Lang**<br>*Co−personal representative of the Estate of Rose Lang, deceased parent of 9/11 decedent Rosanne Lang* | represented by | **James Lang**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Martin Lang**<br>*Sibling of 9/11 decedent Rosanne Lang* | represented by | **Martin Lang**<br>PRO SE |
| **Plaintiff** | | |
| **Mary Lou Lang**<br>*Sibling of 9/11 decedent Rosanne Lang* | represented by | **Mary Lou Lang**<br>PRO SE |
| **Plaintiff** | | |
| **Richard Lang**<br>*Sibling of 9/11 decedent Rosanne Lang* | represented by | **Richard Lang**<br>PRO SE |
| **Plaintiff** | | |
| **Timothy L. Lang**<br>*Sibling of 9/11 decedent Rosanne Lang* | represented by | **Timothy L. Lang**<br>PRO SE |
| **Plaintiff** | | |
| **Joyce Quinn**<br>*Child of 9/11 decedent Matthew L. Ryan* | represented by | **Joyce Quinn**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Jill Abbott** | represented by | **Jill Abbott**<br>PRO SE |
| **Plaintiff** | | |
| **Sekou Agard**<br>*Co−Personal Representative of the Estate of Elaine Dimmling* | represented by | **Sekou Agard**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Cynthia Barkway**<br>*Mother and Natural Guardian of D.B., a Minor* | represented by | **Cynthia Barkway**<br>PRO SE |
| **Plaintiff** | | |
| **James Barkway** | represented by | |

| | | |
|---|---|---|
| | | **James Barkway**<br>PRO SE |
| **Plaintiff** | | |
| **Danielle Behan**<br>*Mother and Natural Guardian of J.S., a Minor* | represented by | **Danielle Behan**<br>PRO SE |
| **Plaintiff** | | |
| **Suzanne Bennett**<br>*Co−Personal Representative of the Estate of Mary MacDonald, deceased* | represented by | **Suzanne Bennett**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Suzanne Bennett** | represented by | **Suzanne Bennett**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Janet Berns** | represented by | **Janet Berns**<br>PRO SE |
| **Plaintiff** | | |
| **Stacey Boehm** | represented by | **Stacey Boehm**<br>PRO SE |
| **Plaintiff** | | |
| **Jennifer Punches Botta** | represented by | **Jennifer Punches Botta**<br>PRO SE |
| **Plaintiff** | | |
| **Anna Brennan** | represented by | **Anna Brennan**<br>PRO SE |
| **Plaintiff** | | |
| **Ecaterini Brennan** | represented by | **Ecaterini Brennan**<br>PRO SE |
| **Plaintiff** | | |
| **Erica Brennan**<br>*Mother and Natural Guardian of C.B., a Minor* | represented by | **Erica Brennan**<br>PRO SE |
| **Plaintiff** | | |
| **Gary Brennan** | represented by | **Gary Brennan**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Ellen Brotman**<br>*Co−Personal Representative of the Estate of Renee Brotman, deceased* | represented by | **Ellen Brotman**<br>PRO SE |
| **Plaintiff** | | |
| **Susan Brotman**<br>*Co−Personal Representative of the Estate of Renee Brotman, deceased* | represented by | **Susan Brotman**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Thomas Brunton** | represented by | **Thomas Brunton**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Thomas P. Brunton** | represented by | **Thomas P. Brunton**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Lynne Caba** | represented by | **Lynne Caba**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Richard Champion** | represented by | **Richard Champion**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Richard Champion**<br>*Personal Representative of the Estate of Hubert Champion, deceased* | represented by | **Richard Champion**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Richard Champion**<br>*Personal Representative of the Estate of Lillian Champion, deceased* | represented by | **Richard Champion**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Brittany Sage Chevalier**<br>*individually as Sibling of Swede Joseph Chevalier, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Gloria Chu** | represented by | **Gloria Chu**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Steven Chu** | represented by | **Steven Chu**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Rochae Clarke**<br>*Personal Representative of the Estate of Vermalin Thorpe−Downer, deceased* | represented by | **Rochae Clarke**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Alison Coffey** | represented by | **Alison Coffey**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jo Ann Cohn** | represented by | **Jo Ann Cohn**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Cohn** | represented by | |

| | | |
|---|---|---|
| | | **Michael Cohn**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Alex Coladonato** | represented by | **Alex Coladonato**<br>PRO SE |
| **Plaintiff** | | |
| **Anthony Coladonato** | represented by | **Anthony Coladonato**<br>PRO SE |
| **Plaintiff** | | |
| **Salvatore Coladonato** | represented by | **Salvatore Coladonato**<br>PRO SE |
| **Plaintiff** | | |
| **Dina Connelly** | represented by | **Dina Connelly**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Darlene Cooper−Canady** | represented by | **Darlene Cooper−Canady**<br>PRO SE |
| **Plaintiff** | | |
| **Gregory Cove** | represented by | **Gregory Cove**<br>PRO SE |
| **Plaintiff** | | |
| **Michael Cove** | represented by | **Michael Cove**<br>PRO SE |
| **Plaintiff** | | |
| **Ryan Cove** | represented by | **Ryan Cove**<br>PRO SE |
| **Plaintiff** | | |
| **Lisa Crowe** | represented by | **Lisa Crowe**<br>PRO SE |
| **Plaintiff** | | |
| **Judith Dalton** | represented by | **Judith Dalton**<br>PRO SE |
| **Plaintiff** | | |
| **Teresa Danko** | represented by | **Teresa Danko**<br>PRO SE |
| **Plaintiff** | | |
| **Casey Davidson** | represented by | **Casey Davidson**<br>PRO SE |
| **Plaintiff** | | |
| **Peter Davidson** | represented by | **Peter Davidson**<br>PRO SE |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Lara Ropiteau Davis** | represented by | **Lara Ropiteau Davis**<br>PRO SE |
| **Plaintiff** | | |
| **Erin Day** | represented by | **Erin Day**<br>PRO SE |
| **Plaintiff** | | |
| **Beverly DeFazio** | represented by | **Beverly DeFazio**<br>PRO SE |
| **Plaintiff** | | |
| **Craig DeFazio** | represented by | **Craig DeFazio**<br>PRO SE |
| **Plaintiff** | | |
| **Jeffrey DeFazio** | represented by | **Jeffrey DeFazio**<br>PRO SE |
| **Plaintiff** | | |
| **Lawrence DeFazio** | represented by | **Lawrence DeFazio**<br>PRO SE |
| **Plaintiff** | | |
| **Madison Delapenha** | represented by | **Madison Delapenha**<br>PRO SE |
| **Plaintiff** | | |
| **Maryann DeLuise** | represented by | **Maryann DeLuise**<br>PRO SE |
| **Plaintiff** | | |
| **Meghan Deming** | represented by | **Meghan Deming**<br>PRO SE |
| **Plaintiff** | | |
| **Karen DeNino** | represented by | **Karen DeNino**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Karen DeNino**<br>*Co−Personal Representative of the Estate of Mary MacDonald, deceased* | represented by | **Karen DeNino**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Lauren Dennis** | represented by | **Lauren Dennis**<br>PRO SE |
| **Plaintiff** | | |
| **Thomas Dennis** | represented by | **Thomas Dennis**<br>PRO SE |
| **Plaintiff** | | |
| **Andy Dillard** | represented by | |

| | | |
|---|---|---|
| | | **Andy Dillard**<br>(See above for address)<br>PRO SE |
| __**Plaintiff**__ | | |
| **Major Dillard** | represented by | **Major Dillard**<br>(See above for address)<br>PRO SE |
| __**Plaintiff**__ | | |
| **Rudy Dimmling**<br>*Personal Representative of the Estate of Charlotte Dimmling, deceased* | represented by | **Rudy Dimmling**<br>PRO SE |
| __**Plaintiff**__ | | |
| **Amanda Rose Dominguez** | represented by | **Amanda Rose Dominguez**<br>PRO SE |
| __**Plaintiff**__ | | |
| **Maria Dominguez** | represented by | **Maria Dominguez**<br>PRO SE |
| __**Plaintiff**__ | | |
| **Maureen Dominguez**<br>*Mother and Natural Guardian of M.D., a Minor* | represented by | **Maureen Dominguez**<br>PRO SE |
| __**Plaintiff**__ | | |
| **Marie Annette Dory** | represented by | **Marie Annette Dory**<br>PRO SE |
| __**Plaintiff**__ | | |
| **Andrew Dowling** | represented by | **Andrew Dowling**<br>PRO SE |
| __**Plaintiff**__ | | |
| **Shannon R. Droz** | represented by | **Shannon R. Droz**<br>PRO SE |
| __**Plaintiff**__ | | |
| **Sally Maloney Duval** | represented by | **Sally Maloney Duval**<br>PRO SE |
| __**Plaintiff**__ | | |
| **Kathi Ezzo−Talbott** | represented by | **Kathi Ezzo−Talbott**<br>(See above for address)<br>PRO SE |
| __**Plaintiff**__ | | |
| **Mary Ann Falzone**<br>*Personal Representative of the Estate of Thomas Bocchino, deceased* | represented by | **Mary Ann Falzone**<br>PRO SE |
| __**Plaintiff**__ | | |
| **Chong Farrell**<br>*Personal Representative of the Estate of Kevin Farrell, deceased* | represented by | **Chong Farrell**<br>(See above for address)<br>PRO SE |

**Plaintiff**

**Patricia Ferguson** represented by **Patricia Ferguson**
(See above for address)
PRO SE

**Plaintiff**

**Christopher Fetchet** represented by **Christopher Fetchet**
PRO SE

**Plaintiff**

**Wesley Fetchet** represented by **Wesley Fetchet**
PRO SE

**Plaintiff**

**Beverly J. Finnegan** represented by **Beverly J. Finnegan**
PRO SE

**Plaintiff**

**Frank J. Finnegan** represented by **Frank J. Finnegan**
PRO SE

**Plaintiff**

**Katherine Finnegan** represented by **Katherine Finnegan**
PRO SE

**Plaintiff**

**Colleen Fitzsimons** represented by **Colleen Fitzsimons**
PRO SE

**Plaintiff**

**Patrick Fitzsimons** represented by **Patrick Fitzsimons**
PRO SE

**Plaintiff**

**Robert Fitzsimons** represented by **Robert Fitzsimons**
PRO SE

**Plaintiff**

**Jennifer Fosburgh** represented by **Jennifer Fosburgh**
PRO SE

**Plaintiff**

**Tylia Chevalier Furgal** represented by **Tylia Chevalier Furgal**
PRO SE

**Plaintiff**

**Laura Geyer** represented by **Laura Geyer**
PRO SE

**Plaintiff**

**Matthew Geyer** represented by **Matthew Geyer**
PRO SE

**Plaintiff**

**Zoe Ghirarduzzi** represented by **Zoe Ghirarduzzi**
PRO SE

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Paul Gilly** | represented by | **Paul Gilly**<br>PRO SE |
| **Plaintiff** | | |
| **Irene Gilmore** | represented by | **Irene Gilmore**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Debra Godwin** | represented by | **Debra Godwin**<br>PRO SE |
| **Plaintiff** | | |
| **Ruth Godwin** | represented by | **Ruth Godwin**<br>PRO SE |
| **Plaintiff** | | |
| **Angeline Gomez** | represented by | **Angeline Gomez**<br>PRO SE |
| **Plaintiff** | | |
| **Enrique Gomez** | represented by | **Enrique Gomez**<br>PRO SE |
| **Plaintiff** | | |
| **Jeannette Gomez** | represented by | **Jeannette Gomez**<br>PRO SE |
| **Plaintiff** | | |
| **Melissa Gomez** | represented by | **Melissa Gomez**<br>PRO SE |
| **Plaintiff** | | |
| **Mario Granitto**<br>*Personal Representative of the Estate of Anna Granitto, deceased* | represented by | **Mario Granitto**<br>PRO SE |
| **Plaintiff** | | |
| **Patricia Greene−Wotton**<br>*Mother and Natural Guardian of R.W., a Minor* | represented by | **Patricia Greene−Wotton**<br>PRO SE |
| **Plaintiff** | | |
| **Cathy Guba** | represented by | **Cathy Guba**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Sharon Thorpe Hanson** | represented by | **Sharon Thorpe Hanson**<br>PRO SE |
| **Plaintiff** | | |
| **Kathryn Hayes** | represented by | **Kathryn Hayes**<br>PRO SE |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Thomas Heidenberger, II** | represented by | **Thomas Heidenberger, II**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Catherine Heller** | represented by | **Catherine Heller**<br>PRO SE |
| **Plaintiff** | | |
| **Grace Heller** | represented by | **Grace Heller**<br>PRO SE |
| **Plaintiff** | | |
| **John Heller** | represented by | **John Heller**<br>PRO SE |
| **Plaintiff** | | |
| **Michael Heller** | represented by | **Michael Heller**<br>PRO SE |
| **Plaintiff** | | |
| **Robert Heller** | represented by | **Robert Heller**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Roberta Heller** | represented by | **Roberta Heller**<br>PRO SE |
| **Plaintiff** | | |
| **Jason Hochman** | represented by | **Jason Hochman**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **John Hogan**<br>*Personal Representative of the Estate of Frank Palombo, deceased* | represented by | **John Hogan**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **John Hogan**<br>*Personal Representative of the Estate of Jean Palombo, deceased* | represented by | **John Hogan**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Nancy Holzhauer**<br>*Personal Representative of the Estate of Silvia Rauzi, deceased* | represented by | **Nancy Holzhauer**<br>PRO SE |
| **Plaintiff** | | |
| **Peter Hopwood** | represented by | **Peter Hopwood**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Sonia Hopwood** | represented by | |

| | | |
|---|---|---|
| | | **Sonia Hopwood**<br>(See above for address)<br>PRO SE |
| **Plaintiff**<br>**Kara Marie Irvine** | represented by | **Kara Marie Irvine**<br>PRO SE |
| **Plaintiff**<br>**Stuart Irvine** | represented by | **Stuart Irvine**<br>PRO SE |
| **Plaintiff**<br>**Alex Iskenderian** | represented by | **Alex Iskenderian**<br>PRO SE |
| **Plaintiff**<br>**Kara Iskenderian** | represented by | **Kara Iskenderian**<br>PRO SE |
| **Plaintiff**<br>**Meryl Iskenderian** | represented by | **Meryl Iskenderian**<br>PRO SE |
| **Plaintiff**<br>**Tracy Janess** | represented by | **Tracy Janess**<br>PRO SE |
| **Plaintiff**<br>**Jean Henold Jean−Pierre** | represented by | **Jean Henold Jean−Pierre**<br>(See above for address)<br>PRO SE |
| **Plaintiff**<br>**Roudy Jean−Pierre** | represented by | **Roudy Jean−Pierre**<br>(See above for address)<br>PRO SE |
| **Plaintiff**<br>**Sherley Jean−Pierre** | represented by | **Sherley Jean−Pierre**<br>(See above for address)<br>PRO SE |
| **Plaintiff**<br>**Susan Jenkins** | represented by | **Susan Jenkins**<br>(See above for address)<br>PRO SE |
| **Plaintiff**<br>**Diane Johnson** | represented by | **Diane Johnson**<br>(See above for address)<br>PRO SE |
| **Plaintiff**<br>**Marjorie Kane** | represented by | **Marjorie Kane**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jee Won Kang** | represented by | **Jee Won Kang**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Joon Hee Kang** | represented by | **Joon Hee Kang**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Katherine Kelley** | represented by | **Katherine Kelley**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Mary Kelley** | represented by | **Mary Kelley**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Sean Kelley** | represented by | **Sean Kelley**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Mary Louise Waldie Klimm** | represented by | **Mary Louise Waldie Klimm**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Christopher Kminek** | represented by | **Christopher Kminek**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Frank Kminek Jr.** | represented by | **Frank Kminek Jr.**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Frank Kminek Sr** | represented by | **Frank Kminek Sr**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Alexis Kolpak** | represented by | **Alexis Kolpak**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Marina Kovalcin** | represented by | **Marina Kovalcin**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Rebecca Kovalcin** | represented by | **Rebecca Kovalcin**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Corinne Krachtus**<br>*Co−Personal Representative of the Estate of James Pouletsos, deceased* | represented by | **Corinne Krachtus**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| | represented by | |

| | | |
|---|---|---|
| **Corinne Krachtus**<br>*Co−Personal Representative of the Estate of Irene Pouletsos, deceased* | | **Corinne Krachtus**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Anna Kren**<br>*Personal Representative of the Estate of Marian Kren, deceased* | represented by | **Anna Kren**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Paula Lang** | represented by | **Paula Lang**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Sean Lang** | represented by | **Sean Lang**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **William Lang, III** | represented by | **William Lang, III**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Brenda Larsen** | represented by | **Brenda Larsen**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Carolann Larsen** | represented by | **Carolann Larsen**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Scott Larsen** | represented by | **Scott Larsen**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Kerby Laurent** | represented by | **Kerby Laurent**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Debra Lavender**<br>*Personal Representative of the Estate of Michael Bocchino, deceased* | represented by | **Debra Lavender**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Debra Lavender**<br>*Personal Representative of the Estate of Lucy Bocchino* | represented by | **Debra Lavender**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Shanna Lewis** | represented by | **Shanna Lewis**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Stacy Lupcho** | represented by | **Stacy Lupcho**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Anne Lynch** | represented by | |

| | | |
|---|---|---|
| | | **Anne Lynch**<br>PRO SE |
| **Plaintiff** | | |
| **Brian Lynch** | represented by | **Brian Lynch**<br>PRO SE |
| **Plaintiff** | | |
| **Ellen Lynch** | represented by | **John Francis Schutty , III**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kathleen Lynch** | represented by | **Kathleen Lynch**<br>PRO SE |
| **Plaintiff** | | |
| **Kieran Lynch** | represented by | **Kieran Lynch**<br>PRO SE |
| **Plaintiff** | | |
| **Meghan Lynch** | represented by | **Meghan Lynch**<br>PRO SE |
| **Plaintiff** | | |
| **Olivia Lynch** | represented by | **Olivia Lynch**<br>PRO SE |
| **Plaintiff** | | |
| **Rosetta Lynch** | represented by | **Rosetta Lynch**<br>PRO SE |
| **Plaintiff** | | |
| **Mary Alice Magee** | represented by | **Mary Alice Magee**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Maryann Magee** | represented by | **Maryann Magee**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Edward Maloney, II** | represented by | **Edward Maloney, II**<br>PRO SE |
| **Plaintiff** | | |
| **Mark Maloney** | represented by | **Mark Maloney**<br>PRO SE |
| **Plaintiff** | | |
| **Mason Maloney** | represented by | **Mason Maloney**<br>PRO SE |
| **Plaintiff** | | |
| **Sally Maloney** | represented by | |

**Sally Maloney**
PRO SE

**Plaintiff**

**Catherine Manning** represented by **Catherine Manning**
PRO SE

**Plaintiff**

**Philip Manning** represented by **Philip Manning**
*Personal Representative of the Estate of Gertrude Manning, deceased*
PRO SE

**Plaintiff**

**Sean Manning** represented by **Sean Manning**
*Personal Representative of the Estate of Gertrude Manning, deceased*
PRO SE

**Plaintiff**

**Sean Manning** represented by **Sean Manning**
(See above for address)
PRO SE

**Plaintiff**

**Trinity Manning** represented by **Trinity Manning**
PRO SE

**Plaintiff**

**Mary Jane Maounis** represented by **Mary Jane Maounis**
*Personal Representative of the Estate of James Maounis, deceased*
(See above for address)
PRO SE

**Plaintiff**

**Mary Jane Maounis** represented by **Mary Jane Maounis**
*Personal Representative of the Estate of Nicholas Maounis, deceased*
(See above for address)
PRO SE

**Plaintiff**

**William Maounis** represented by **William Maounis**
PRO SE

**Plaintiff**

**Tricia Marsala** represented by **Tricia Marsala**
*Personal Representative of the Estate of Kathleen Demme, deceased*
PRO SE

**Plaintiff**

**James Martello, Jr.** represented by **James Martello, Jr.**
PRO SE

**Plaintiff**

**Thomas Martello** represented by **Thomas Martello**
PRO SE

**Plaintiff**

**Teresa Martin** represented by **Teresa Martin**
PRO SE

**Plaintiff**

| | | |
|---|---|---|
| **Stephen Massell**<br>*Personal Representative of the Estate of Rosanne Lang, deceased* | represented by | **Stephen Massell**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Teresa Masterson** | represented by | **Teresa Masterson**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Charles Mathers** | represented by | **Charles Mathers**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Elizabeth Mathers** | represented by | **Elizabeth Mathers**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Taryn McHale**<br>*Mother and Natural Guardian of C.M., a Minor* | represented by | **Taryn McHale**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Nicholas McLaughlin** | represented by | **Nicholas McLaughlin**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Brienne McNally** | represented by | **Brienne McNally**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Shannon McNally** | represented by | **Shannon McNally**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Elaine Miller**<br>*Co−Personal Representative of the Estate of James Pouletsos, deceased* | represented by | **Elaine Miller**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Elaine Miller**<br>*Co−Personal Representative of the Estate of Irene Pouletsos, deceased* | represented by | **Elaine Miller**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Indra Mirpuri** | represented by | **Indra Mirpuri**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Agnes Moran**<br>*Personal Representative of the Estate of Kathleen Moran, deceased* | represented by | **Agnes Moran**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Agnes Moran**<br>*Personal Representative of the Estate of* | represented by | **Agnes Moran**<br>(See above for address) |

| | | |
|---|---|---|
| *Catherine Moran, deceased* | | PRO SE |
| **Plaintiff** | | |
| **Agnes Moran** | represented by | **Agnes Moran**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Sheila Morgan** | represented by | **Sheila Morgan**<br>PRO SE |
| **Plaintiff** | | |
| **Jessica Moy** | represented by | **Jessica Moy**<br>PRO SE |
| **Plaintiff** | | |
| **Kelly−Ann Mullan** | represented by | **Kelly−Ann Mullan**<br>PRO SE |
| **Plaintiff** | | |
| **Patrick Mullan**<br>*Personal Representative of the Estate of Michael Mullan, deceased* | represented by | **Patrick Mullan**<br>PRO SE |
| **Plaintiff** | | |
| **Patrick Mullan**<br>*Personal Representative of the Estate of Theresa Mullan, deceased* | represented by | **Patrick Mullan**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Carolyn San Phillip Nanfeldt** | represented by | **Carolyn San Phillip Nanfeldt**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Barbara Naples** | represented by | **Barbara Naples**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Barbara Newton** | represented by | **Barbara Newton**<br>PRO SE |
| **Plaintiff** | | |
| **Lisa Newton**<br>*Co−Personal Representative of the Estate of Elaine Dimmling, deceased* | represented by | **Lisa Newton**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Michael L. Newton** | represented by | **Michael L. Newton**<br>PRO SE |
| **Plaintiff** | | |
| **Michael S. Newton** | represented by | **Michael S. Newton**<br>PRO SE |
| **Plaintiff** | | |

| | | |
|---|---|---|
| **Sarah Newton** | represented by | **Sarah Newton**<br>PRO SE |
| **<u>Plaintiff</u>** | | |
| **Stephen A. Newton** | represented by | **Stephen A. Newton**<br>PRO SE |
| **<u>Plaintiff</u>** | | |
| **Mark Newton−Carter** | represented by | **Mark Newton−Carter**<br>PRO SE |
| **<u>Plaintiff</u>** | | |
| **Amanda Olcott** | represented by | **Amanda Olcott**<br>PRO SE |
| **<u>Plaintiff</u>** | | |
| **Maureen OMalley** | represented by | **Maureen OMalley**<br>(See above for address)<br>PRO SE |
| **<u>Plaintiff</u>** | | |
| **Dorothy O'Neill** | represented by | **Dorothy O'Neill**<br>(See above for address)<br>PRO SE |
| **<u>Plaintiff</u>** | | |
| **Luis Ortiz** | represented by | **Luis Ortiz**<br>PRO SE |
| **<u>Plaintiff</u>** | | |
| **Victor Ortiz** | represented by | **Victor Ortiz**<br>PRO SE |
| **<u>Plaintiff</u>** | | |
| **David Lapin**<br>*Sibling of 9/11 decedent Ruth Lapin* | represented by | **David Lapin**<br>(See above for address)<br>PRO SE |
| **<u>Plaintiff</u>** | | |
| **Joan Lopatin**<br>*Parent of 9/11 decedent Ruth Lapin* | represented by | **Joan Lopatin**<br>(See above for address)<br>PRO SE |
| **<u>Plaintiff</u>** | | |
| **Cathleen Martineau**<br>*Sibling of 9/11 decedent Brian E. Martineau* | represented by | **Cathleen Martineau**<br>(See above for address)<br>PRO SE |
| **<u>Plaintiff</u>** | | |
| **Chelsea E. Martineau**<br>*Child of 9/11 decedent Brian E. Martineau* | represented by | **Chelsea E. Martineau**<br>(See above for address)<br>PRO SE |
| **<u>Plaintiff</u>** | | |
| **Edward Martineau**<br>*Parent of 9/11 decedent Brian E. Martineau* | represented by | **Edward Martineau**<br>(See above for address)<br>PRO SE |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Ronnah Martineau**<br>*Parent of 9/11 decedent Brian E. Martineau* | represented by | **Ronnah Martineau**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Scott Martineau**<br>*Child of 9/11 decedent Brian E. Martineau* | represented by | **Scott Martineau**<br>PRO SE |
| **Plaintiff** | | |
| **Maria Emilia Riverso**<br>*as Personal Representative of the Estate of Domenico Riverso, Deceased Parent of Joseph R. Riverso, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Esther A. Romanoff**<br>*Child of 9/11 decedent Daniel Ilkanayev* | represented by | **Esther A. Romanoff**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Susan Rachel Steinman Kelleher**<br>*Sibling of 9/11 decedent Alexander Steinman* | represented by | **Susan Rachel Steinman Kelleher**<br>PRO SE |
| **Plaintiff** | | |
| **Laura Steinman**<br>*Sibling for 9/11 decedent Alexander Steinman* | represented by | **Laura Steinman**<br>PRO SE |
| **Plaintiff** | | |
| **Linda Steinman**<br>*Stepparent of 9/11 decedent Alexander Steinman* | represented by | **Linda Steinman**<br>PRO SE |
| **Plaintiff** | | |
| **James Vider Rivers**<br>*Child of 9/11 decedent David E. Rivers* | represented by | **James Vider Rivers**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Sarah R. Wainio**<br>*Sibling of 9/11 decedent Honor Elizabeth Wainio* | represented by | **Sarah R. Wainio**<br>PRO SE |
| **Plaintiff** | | |
| **Thomas F. Wainio**<br>*Sibling of 9/11 decedent Honor Elizabeth Wainio* | represented by | **Thomas F. Wainio**<br>PRO SE |
| **Plaintiff** | | |
| **Lisa Ann Wylie**<br>*Child of 9/11 decedent Dennis A. Cross* | represented by | **Lisa Ann Wylie**<br>PRO SE |
| **Plaintiff** | | |
| | represented by | |

**Eric M Berkeley**
*Child of 9/11 decedent Michael J. Berkeley*

**Eric M Berkeley**
(See above for address)
PRO SE

**Plaintiff**

**Jason A. Berkeley**
*Child of 9/11 decedent Michael J. Berkeley*

represented by **Jason A. Berkeley**
(See above for address)
PRO SE

**Plaintiff**

**Hayley Blanding**
*Child of 9/11 decedent Harry A. Blading, Jr.*

represented by **Hayley Blanding**
(See above for address)
PRO SE

**Plaintiff**

**Gail Brennan**
*Parent of 9/11 decedent Edward A. Brennan III*

represented by **Gail Brennan**
(See above for address)
PRO SE

**Plaintiff**

**Therese Campbell**
*Sibling of 9/11 decedent John P. Gallagher*

represented by **Therese Campbell**
PRO SE

**Plaintiff**

**James Deblase**
*Child of 9/11 decedent James V. Deblase, Jr.*

represented by **James Deblase**
(See above for address)
PRO SE

**Plaintiff**

**Peter Jordan**
*Sibling of 9/11 decedent John P. Gallagher*

represented by **Peter Jordan**
PRO SE

**Plaintiff**

**Vincent Jordan**
*Sibling of 9/11 decedent of John P. Gallagher*

represented by **Vincent Jordan**
PRO SE

**Plaintiff**

**Kathleen Jordan−Hart**
*Sibling of 9/11 decedent John P. Gallagher*

represented by **Kathleen Jordan−Hart**
PRO SE

**Plaintiff**

**Lucy Kates**
*Child of 9/11 decedent Andrew Kates*

represented by **Lucy Kates**
(See above for address)
PRO SE

**Plaintiff**

**Rasheed Larry**
*Child of 9/11 decedent Hamidou S. Larry*

represented by **Rasheed Larry**
(See above for address)
PRO SE

**Plaintiff**

**Sheriffa Larry**
*Child of 9/11 decedent Hamidou S. Larry*

represented by **Sheriffa Larry**
(See above for address)
PRO SE

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Leigh Macadlo**<br>*Sibling of 9/11 decedent Leonard M. Castrianno, Jr.* | represented by | **Leigh Macadlo**<br>PRO SE |
| **Plaintiff** | | |
| **Elizabeth Merkouris**<br>*Child of 9/11 decedent George Merkouris* | represented by | **Elizabeth Merkouris**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Elizabeth Merkouris**<br>*Parent of 9/11 decedent George Merkouris* | represented by | **Elizabeth Merkouris**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Jack Merkouris**<br>*Child of 9/11 decedent George Merkouris* | represented by | **Jack Merkouris**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Steve Merkouris**<br>*Child of 9/11 decedent George Merkouris* | represented by | **Steve Merkouris**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Patricia Noah**<br>*Parent of 9/11 decedent Leonard M. Castrianno, Jr.* | represented by | **Patricia Noah**<br>PRO SE |
| **Plaintiff** | | |
| **Ana Patricia Paz Gutierrez**<br>*Sibling of 9/11 decedent Victor Hugo Paz Gutierrez* | represented by | **Ana Patricia Paz Gutierrez**<br>PRO SE |
| **Plaintiff** | | |
| **Anthony Latchman** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Vincent Laucella** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Shawn Lawless** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jose Cipriano Paz Gutierrez**<br>*Sibling of 9/11 decedent Victor Hugo Paz Gutierrez* | represented by | **Jose Cipriano Paz Gutierrez**<br>PRO SE |

**Plaintiff**

**Christopher Leahy** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joycelyn Lee**
*as the Personal Representative and/or Proposed Administrator of the Estate of Edgard Lee, deceased, and on behalf of all survivors of Edgard Lee*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julia Amparo Paz Gutierrez**
*Sibling of 9/11 decedent Victor Hugo Paz Gutierrez*
represented by **Julia Amparo Paz Gutierrez**
PRO SE

**Plaintiff**

**Joycelyn Lee**
*as the spouse of Edgard Lee, deceased*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ann Marie Sorge**
*Sibling of 9/11 decedent John P. Gallagher*
represented by **Ann Marie Sorge**
PRO SE

**Plaintiff**

**Joseph Leef** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Lemonier** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Magdalena Leniartek**
*as the Personal Representative and/or Proposed Administrator of the Estate of Andrzej Leniartek, deceased, and on behalf of all survivors of Andrzej Leniartek*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Magdalena Leniartek**
*as the child of Andrzej Leniartek, deceased*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Craig Leshinsky** represented by **John Patrick Dearie**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rachel Levy**
*as the Personal Representative and/or Proposed Administrator of the Estate of Danny Levy, deceased, and on behalf of all survivors of Danny Levy*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rachel Levy**
*as the spouse of Danny Levy, deceased*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alan Lindenberg**

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Vilardo**
*Child of 9/11 decedent Joseph Vilardo*

represented by **Matthew Vilardo**
(See above for address)
PRO SE

**Plaintiff**

**Walter R. Lipscomb**

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Minire Ljulja**

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joan Loia**
*as the Personal Representative and/or Proposed Administrator of the Estate of James Loia, deceased, and on behalf of all survivors of James Loia*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joan Loia**
*as the parent of James Loia, deceased*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leonid Lokshin**

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Shawn Lombardo** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Joseph LoMonaco** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Cathy Vranchas**<br>*Sibling of 9/11 decedent George Merkouris* | represented by | **Cathy Vranchas**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Joann Long**<br>*as the Personal Representative and/or Proposed Administrator of the Estate of Liborio Palmeri, deceased, and on behalf of all survivors of Liborio Palmeri* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Joann Long**<br>*as the child of Liborio Palmeri, deceased* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Melida Longley**<br>*as the Personal Representative and/or Proposed Administrator of the Estate of Christopher Longley, deceased, and on behalf of all survivors of Christopher Longley* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Anthony Palombo** | represented by | **Anthony Palombo**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Daniel Palombo** | represented by | **Daniel Palombo**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Linda Marie Perrone**<br>*as Personal Representative of the Estate of Marie Anne Palombo, Deceased Sibling of Frank Palombo, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John Palombo** | represented by | **John Palombo**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Mr. Joseph Dickey** | represented by | |

**Joseph Dickey**
75 Post Crossing
Southampton, NY 11968
PRO SE

**Plaintiff**

**Ms. Elizabeth Dickey** represented by **Elizabeth Dickey**
75 Post Crossing
Southampton, NY 11968
PRO SE

**Plaintiff**

**Ms. Brianne Kelly** represented by **Brianne Kelly**
2405 Rockville Centre Pkwy
Oceanside, NY 11572
PRO SE

**Plaintiff**

**Ms. Kaitlyn Kelly** represented by **Kaitlyn Kelly**
2405 Rockville Centre Pkwy
Oceanside, NY 11572
PRO SE

**Plaintiff**

**Ms. Erin Kelly** represented by **Erin Kelly**
2405 Rockville Centre Pkwy
Oceanside, NY 11572
PRO SE

**Plaintiff**

**Ms. Colleen Kelly** represented by **Colleen Kelly**
2405 Rockville Centre Pkwy
Oceanside, NY 11572
PRO SE

**Plaintiff**

**Mr. John O'Brien** represented by **John O'Brien**
16 Wish Well Lane
Old Brookville, NY 11545
PRO SE

**Plaintiff**

**Ms. Jacqueline O'Brien** represented by **Jacqueline O'Brien**
16 Wish Well Lane
Old Brookville, NY 11545
PRO SE

**Plaintiff**

**Mr. Edward Seaman** represented by **Edward Seaman**
222 Chapel Road
Manhasset, NY 11030
PRO SE

**Plaintiff**

**Ms. Michaella Seaman** represented by **Michaella Seaman**
222 Chapel Road
Manhasset, NY 11030
PRO SE

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Ms. Mary Helen Seaman** | represented by | **Mary Helen Seaman**<br>222 Chapel Road<br>Manhasset, NY 11030<br>PRO SE |
| **Plaintiff** | | |
| **Mr. Ryan Sliwak** | represented by | **Ryan Sliwak**<br>1653 Hannington Avenue<br>Wantagh, NY 11793<br>PRO SE |
| **Plaintiff** | | |
| **Mr. Kyle Sliwak** | represented by | **Kyle Sliwak**<br>1653 Hannington Avenue<br>Wantagh, NY 11793<br>PRO SE |
| **Plaintiff** | | |
| **Ms. Nichole Sliwak** | represented by | **Nichole Sliwak**<br>1653 Haddinton Avenue<br>Wantagh, NY 11793<br>PRO SE |
| **Plaintiff** | | |
| **Mr. John Wallice III** | represented by | **John Wallice III**<br>43 Taylor Road<br>Huntington, NY 11743<br>PRO SE |
| **Plaintiff** | | |
| **Mr. Patrick Wallice** | represented by | **Patrick Wallice**<br>43 Taylor Road<br>Huntington, NY 11743<br>PRO SE |
| **Plaintiff** | | |
| **Mr. Christian Wallice** | represented by | **Christian Wallice**<br>43 Taylor Road<br>Huntington, NY 11743<br>PRO SE |
| **Plaintiff** | | |
| **Joseph Palombo** | represented by | **Joseph Palombo**<br>PRO SE |
| **Plaintiff** | | |
| **Margaret Palombo** | represented by | **Margaret Palombo**<br>PRO SE |
| **Plaintiff** | | |
| **Maria Palombo** | represented by | **Maria Palombo**<br>PRO SE |
| **Plaintiff** | | |
| **Stephen Palombo** | represented by | **Stephen Palombo**<br>PRO SE |

**Plaintiff**

**Thomas Palombo** represented by **Thomas Palombo**
PRO SE

**Plaintiff**

**Annie Panatier** represented by **Annie Panatier**
PRO SE

**Plaintiff**

**Christopher Panatier** represented by **Christopher Panatier**
PRO SE

**Plaintiff**

**James Panatier** represented by **James Panatier**
(See above for address)
PRO SE

**Plaintiff**

**Patricia Panatier** represented by **Patricia Panatier**
(See above for address)
PRO SE

**Plaintiff**

**Patricia Panatier**
*Personal Representative of the Estate of Irene Panatier, deceased* represented by **Patricia Panatier**
(See above for address)
PRO SE

**Plaintiff**

**Valecia L. Parker** represented by **Valecia L. Parker**
(See above for address)
PRO SE

**Plaintiff**

**Anna Patterson** represented by **Anna Patterson**
PRO SE

**Plaintiff**

**Kevin Patterson** represented by **Kevin Patterson**
PRO SE

**Plaintiff**

**Owen Patterson** represented by **Owen Patterson**
(See above for address)
PRO SE

**Plaintiff**

**Scott Patterson** represented by **Scott Patterson**
PRO SE

**Plaintiff**

**Kelly Pearn** represented by **Kelly Pearn**
PRO SE

**Plaintiff**

**Douglas Pollicino** represented by **Douglas Pollicino**
(See above for address)
PRO SE

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Douglas Pollicino**<br>*Personal Representative of the Estate of Antoinette Pollicino, deceased* | represented by | **Douglas Pollicino**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Douglas Pollicino**<br>*Personal Representative of the Estate of Nicholas Pollicino, deceased* | represented by | **Douglas Pollicino**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Steven Pollicino**<br>*Individually As Surviving Children* | represented by | **Steven Pollicino**<br>PRO SE |
| **Plaintiff** | | |
| **Nancy Poulis** | represented by | **Nancy Poulis**<br>PRO SE |
| **Plaintiff** | | |
| **Nancy Poulis**<br>*Personal Representative of the Estate of Vincent Brennan, deceased* | represented by | **Nancy Poulis**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Jeremy Punches** | represented by | **Jeremy Punches**<br>PRO SE |
| **Plaintiff** | | |
| **Colleen Rastovich** | represented by | **Colleen Rastovich**<br>PRO SE |
| **Plaintiff** | | |
| **Sharon Reich** | represented by | **Sharon Reich**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Sharon Reich**<br>*Personal Representative of the Estate of Howard Reich, deceased* | represented by | **Sharon Reich**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Joseph Reitano**<br>*Personal Representative of the Estate of Marie Litto, deceased* | represented by | **Joseph Reitano**<br>PRO SE |
| **Plaintiff** | | |
| **Joseph Reitano**<br>*Personal Representative of the Estate of Michael Litto, deceased* | represented by | **Joseph Reitano**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Elizabeth Richardson** | represented by | **Elizabeth Richardson**<br>PRO SE |
| **Plaintiff** | | |
| **Kristen Roberts** | represented by | |

**Kristen Roberts**
PRO SE

**Plaintiff**

**Michael Rogers** represented by **Michael Rogers**
PRO SE

**Plaintiff**

**Celeste Rose** represented by **Celeste Rose**
PRO SE

**Plaintiff**

**Ann–Elizabeth Rueppel** represented by **Ann–Elizabeth Rueppel**
PRO SE

**Plaintiff**

**Antoinetta Salvaterra** represented by **Antoinetta Salvaterra**
PRO SE

**Plaintiff**

**Carmen Salvaterra** represented by **Carmen Salvaterra**
PRO SE

**Plaintiff**

**Gabrielle Salvaterra** represented by **Gabrielle Salvaterra**
PRO SE

**Plaintiff**

**Isabelle Salvaterra** represented by **Isabelle Salvaterra**
PRO SE

**Plaintiff**

**Ann Marie Santillo** represented by **Ann Marie Santillo**
PRO SE

**Plaintiff**

**Michelle Schleider** represented by **Michelle Schleider**
PRO SE

**Plaintiff**

**Cameron Silverstein** represented by **Cameron Silverstein**
PRO SE

**Plaintiff**

**Gabriella Silverstein** represented by **Gabriella Silverstein**
PRO SE

**Plaintiff**

**Laurie Simowitz** represented by **Laurie Simowitz**
*Personal Representative of the Estate of Mollie Simowitz, deceased*
PRO SE

**Plaintiff**

**Daniel Slattery** represented by **Daniel Slattery**
PRO SE

**Plaintiff**

| | | |
|---|---|---|
| **Linda Slattery** | represented by | **Linda Slattery**<br>PRO SE |
| **Plaintiff** | | |
| **Erin Slattery−Appelle** | represented by | **Erin Slattery−Appelle**<br>PRO SE |
| **Plaintiff** | | |
| **Ellen Sleevi** | represented by | **Ellen Sleevi**<br>PRO SE |
| **Plaintiff** | | |
| **Chad Smith** | represented by | **Chad Smith**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **George Smith** | represented by | **James Beasley**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Judy Smith** | represented by | **Judy Smith**<br>PRO SE |
| **Plaintiff** | | |
| **Joann Soto** | represented by | **Joann Soto**<br>PRO SE |
| **Plaintiff** | | |
| **Addison Spencer** | represented by | **Addison Spencer**<br>PRO SE |
| **Plaintiff** | | |
| **Christine Spencer**<br>*Mother and Natural Guardian of R.S., a Minor* | represented by | **Christine Spencer**<br>PRO SE |
| **Plaintiff** | | |
| **Kathryn Spencer** | represented by | **Kathryn Spencer**<br>PRO SE |
| **Plaintiff** | | |
| **Michael Spencer** | represented by | **Michael Spencer**<br>PRO SE |
| **Plaintiff** | | |
| **Robert Spencer** | represented by | **Robert Spencer**<br>PRO SE |
| **Plaintiff** | | |
| **Susan Spencer−Craig** | represented by | **Susan Spencer−Craig**<br>PRO SE |
| **Plaintiff** | | |
| **Terry Stella** | represented by | **Terry Stella**<br>(See above for address) |

PRO SE

**Plaintiff**

| | | |
|---|---|---|
| **Hans Ulrich Sutter**<br>*Personal Representative of the Estate of Selina Sutter Derrer, deceased* | represented by | **Hans Ulrich Sutter**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Hans Ulrich Sutter** | represented by | **Hans Ulrich Sutter**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Katherine Sussana Sutter** | represented by | **Katherine Sussana Sutter**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Danielle Taddonio** | represented by | **Danielle Taddonio**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Marc Taddonio**<br>*Personal Representative of the Estate of Josephine Taddonio, deceased* | represented by | **Marc Taddonio**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Taddonio, Jr.** | represented by | **Michael Taddonio, Jr.**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Nicole Taddonio** | represented by | **Nicole Taddonio**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Richard Taddonio** | represented by | **Richard Taddonio**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jane Terrenzi**<br>*Mother and Natural Guardian of E.T., a Minor* | represented by | **Jane Terrenzi**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Joanna Tirone** | represented by | **Joanna Tirone**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Emily Tompsett** | represented by | **Emily Tompsett**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Wendy Irvine Toomey** | represented by | **Wendy Irvine Toomey**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Alexandra Tucker** | represented by | **Alexandra Tucker**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Christopher Tucker** | represented by | **Christopher Tucker**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Gaffney Tucker** | represented by | **Gaffney Tucker**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **John Tucker** | represented by | **John Tucker**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Joan Tucker** | represented by | **Joan Tucker**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Morgan Tucker** | represented by | **Morgan Tucker**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Taylor Tucker** | represented by | **Taylor Tucker**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Thomas Tucker** | represented by | **Thomas Tucker**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Vicki Tureski**<br>*Personal Representative of the Estate of Steve Pollicino, deceased* | represented by | **Vicki Tureski**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Charles Vauk** | represented by | **Charles Vauk**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Dennis Vauk** | represented by | **Dennis Vauk**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jennifer Vauk**<br>*Mother and Natural Guardian of M.V., a Minor* | represented by | **Jennifer Vauk**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Liam Vauk** | represented by | **Liam Vauk**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Patricia Vauk** | represented by | |

| | | |
|---|---|---|
| | | **Patricia Vauk**<br>PRO SE |
| __**Plaintiff**__ | | |
| **Christine Vianna** | represented by | **Christine Vianna**<br>PRO SE |
| __**Plaintiff**__ | | |
| **Aleene Voskerijian** | represented by | **Aleene Voskerijian**<br>PRO SE |
| __**Plaintiff**__ | | |
| **Isabelle Voskerijian** | represented by | **Isabelle Voskerijian**<br>PRO SE |
| __**Plaintiff**__ | | |
| **Shont Voskerijian** | represented by | **Shont Voskerijian**<br>PRO SE |
| __**Plaintiff**__ | | |
| **Zabel Voskerijian** | represented by | **Zabel Voskerijian**<br>PRO SE |
| __**Plaintiff**__ | | |
| **Zaree Voskerijian** | represented by | **Zaree Voskerijian**<br>PRO SE |
| __**Plaintiff**__ | | |
| **Jeffrey Waldie** | represented by | **Jeffrey Waldie**<br>PRO SE |
| __**Plaintiff**__ | | |
| **Jonathan Waldie** | represented by | **Jonathan Waldie**<br>PRO SE |
| __**Plaintiff**__ | | |
| **Brittany Weber** | represented by | **Brittany Weber**<br>PRO SE |
| __**Plaintiff**__ | | |
| **Marcia Weiss**<br>*Personal Representative of the Estate of Gina Weiss, deceased* | represented by | **Marcia Weiss**<br>PRO SE |
| __**Plaintiff**__ | | |
| **Meredith Waldie Witherspoon** | represented by | **Meredith Waldie Witherspoon**<br>PRO SE |
| __**Plaintiff**__ | | |
| **Joyce Wong** | represented by | **Joyce Wong**<br>(See above for address)<br>PRO SE |
| __**Plaintiff**__ | | |
| **Michael Wong** | represented by | **Michael Wong**<br>(See above for address)<br>PRO SE |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Stephanie Wong** | represented by | **Stephanie Wong**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Melida Longley**<br>*as the spouse of Christopher Longley, deceased* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **James Longmire** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Hector Lopez** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Ruben Lopez** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Frankie Lora** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **George Lorenz** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Cynthia Losco** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Nicholas Losco** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Thomas Louie**<br>*as the Personal Representative and/or Proposed Administrator of the Estate of Daniel Louie, deceased, and on behalf* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

*of all survivors of Daniel Louie*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Thomas Louie**<br>*as the child of Daniel Louie, deceased* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Corinne Krachtus**<br>*Co−Personal Representative of the Estate of Daphne Pouletsos, deceased* | represented by | **Corinne Krachtus**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Corinne Krachtus** | represented by | **Corinne Krachtus**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Kevin Magee**<br>*Personal Representative of the Estate of Edith Magee, deceased* | represented by | **Kevin Magee**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Shane Magee** | represented by | **Shane Magee**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Barbara Newton** | represented by | **Barbara Newton**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Michael L. Newton** | represented by | **Michael L. Newton**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Victor Ortiz** | represented by | **Victor Ortiz**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Allison Noble Works** | represented by | **Allison Noble Works**<br>PRO SE |
| **Plaintiff** | | |
| **Brian Wotton**<br>*Personal Representative of the Estate of Stewart Wotton, deceased* | represented by | **Brian Wotton**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Brian Wotton** | represented by | **Brian Wotton**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |

**David Stewart Wotton** represented by **David Stewart Wotton**
(See above for address)
PRO SE

**Plaintiff**

**Dorothea Wotton** represented by **Dorothea Wotton**
PRO SE

**Plaintiff**

**Jean Wotton** represented by **Jean Wotton**
(See above for address)
PRO SE

**Plaintiff**

**Jane Waldie Wrenshall** represented by **Jane Waldie Wrenshall**
PRO SE

**Plaintiff**

**Connie Crawford**
*Sibling of 9/11 decedent Lisa Terry*
represented by **Connie Crawford**
(See above for address)
PRO SE

**Plaintiff**

**Brian Leistman**
*Child of 9/11 decedent David R Leistman*
represented by **Brian Leistman**
(See above for address)
PRO SE

**Plaintiff**

**Katherine Leistman**
*Child of 9/11 decedent David R Leistman*
represented by **Katherine Leistman**
(See above for address)
PRO SE

**Plaintiff**

**Christopher Apostol**
*Child of 9/11 decedent Faustino Apostol, Jr.*
represented by **Christopher Apostol**
(See above for address)
PRO SE

**Plaintiff**

**Scott Ryan**
*Sibling of 9/11 decedent Jonathan S. Ryan*
represented by **Scott Ryan**
(See above for address)
PRO SE

**Plaintiff**

**James Ryan**
*Sibling of 9/11 decedent Jonathan S. Ryan*
represented by **James Ryan**
(See above for address)
PRO SE

**Plaintiff**

**Michael Faughnan**
*as Surviving Sibling of Christopher Faughnan*
represented by **Michael Faughnan**
(See above for address)
PRO SE

**Plaintiff**

**Thomas Faughnan**
*as Surviving Sibling of Christopher Faughnan*
represented by **Thomas Faughnan**
(See above for address)
PRO SE

**Plaintiff**

| | | |
|---|---|---|
| **Kerri Hecox** | represented by | **Kerri Hecox**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Grace McGroarty**<br>*as Surviving Sibling of Kenneth Waldie* | represented by | **Grace McGroarty**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jack Waldie**<br>*as Suriviving Sibling of Kenneth Waldie* | represented by | **Jack Waldie**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Erma Bourdier**<br>*Individually as Spouse of Francisco Bourdier* | represented by | **Erma Bourdier**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Erma Bourdier**<br>*Personal Representative of the Estate of Francisco Bourdier* | represented by | **Erma Bourdier**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Francesca Bourdier**<br>*Surviving Child of Francisco Bourdier* | represented by | **Francesca Bourdier**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jennifer Fosburgh**<br>*Co−Personal Representative of the Estate of Kathryn Hayes, deceased Sibling of Robert Spencer* | represented by | **Jennifer Fosburgh**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Spencer**<br>*Co−Personal Representative of the Estate of Kathryn Hayes, deceased SIbling of Robert Spencer* | represented by | **Michael Spencer**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Mark Lunden**<br>*Sibling of 9/11 Decedent Michael P. Lunden* | represented by | **Mark Lunden**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Austin Mercado**<br>*Child of 9/11 Decedent Steve Mercado* | represented by | **Austin Mercado**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Skylar Mercado**<br>*Child of 9/11 Decedent Steve Mercado* | represented by | **Skylar Mercado**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Gregg Atlas**<br>*Child of 9/11 decedent Gregg A Atlas* | represented by | **Gregg Atlas**<br>(See above for address) |

PRO SE

**Plaintiff**

| | | |
|---|---|---|
| **Sarah Atlas**<br>*Child of 9/11 decedent Gregg A Atlas* | represented by | **Sarah Atlas**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Christine Coates**<br>*Sibling of 9/11 decedent Michael J. Simon* | represented by | **Christine Coates**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Wanda Ferguson**<br>*Sibling of 9/11 decedent Lisa Terry* | represented by | **Wanda Ferguson**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jacqueline Joseph**<br>*Parent of 9/11 decedent Karl H. Joseph* | represented by | **Jacqueline Joseph**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Ted Joseph**<br>*Sibling of 9/11 decedent Karl H. Joseph* | represented by | **Ted Joseph**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Woodley Joseph**<br>*Sibling of 9/11 decedent Karl H. Joseph* | represented by | **Woodley Joseph**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Sean Passananti**<br>*Personal Representative of the Estate of Marie Passananti, deceased Parent of 9/11 Decedent Horace Passananti* | represented by | **Sean Passananti**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Peter Raeside Shea** | represented by | **Peter Raeside Shea**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Brittany Ryan**<br>*Child of 9/11 decedent Michael J. Simon* | represented by | **Brittany Ryan**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Catherine Ellen Shea**<br>*Child of 9/11 decedent Joseph P. Shea* | represented by | **Catherine Ellen Shea**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Daniel F. Shea**<br>*Child of 9/11 decedent Joseph P. Shea* | represented by | **Daniel F. Shea**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Patrick J. Shea**<br>*Child of 9/11 decedent Joseph P. Shea* | represented by | **Patrick J. Shea**<br>(See above for address)<br>PRO SE |

**Plaintiff**

**Michael Simon**
*Child of 9/11 decedent Michael J. Simon*
represented by **Michael Simon**
(See above for address)
PRO SE

**Plaintiff**

**Patricia Simon**
*Sibling of 9/11 decedent Michael J. Simon*
represented by **Patricia Simon**
(See above for address)
PRO SE

**Plaintiff**

**Tyler Simon**
*Child of 9/11 decedent Michael J. Simon*
represented by **Tyler Simon**
(See above for address)
PRO SE

**Plaintiff**

**Daniel Stan**
*Personal Representative of the Estate of Elisabeta Stan, deceased Parent of 9/11 Decedent Alexandru Stan*
represented by **Daniel Stan**
(See above for address)
PRO SE

**Plaintiff**

**Daniel Stan**
*Personal Representative of the Estate of Constantin Stan, deceased Parent of 9/11 Decedent Alexandru Stan*
represented by **Daniel Stan**
(See above for address)
PRO SE

**Plaintiff**

**Andrija Tomasevic**
*Parent of 9/11 decedent Vladimir Tomasevic*
represented by **Andrija Tomasevic**
(See above for address)
PRO SE

**Plaintiff**

**Radmila Tomasevic**
*Parent of 9/11 decedent Vladimir Tomasevis*
represented by **Radmila Tomasevic**
(See above for address)
PRO SE

**Plaintiff**

**Dianne M. Walsh**
*Personal Representative of the Estate of John Barbuto, deceased Parent of 9/11 Christine Barbuto*
represented by **Dianne M. Walsh**
PRO SE

**Plaintiff**

**Jelena Watkins**
*Sibling of 9/11 decedent Vladimir Tomasevic*
represented by **Jelena Watkins**
(See above for address)
PRO SE

**Plaintiff**

**Mary Wright**
*Parent of 9/11 decedent Neil Wright*
represented by **Mary Wright**
(See above for address)
PRO SE

**Plaintiff**

**Dianne Crowe**
*Sibling of 9/11 decedent John F. Swaine*
represented by **Dianne Crowe**
PRO SE

**Plaintiff**

represented by

| | | |
|---|---|---|
| **Susan Dolan**<br>*Sibling of 9/11 decedent John F. Swaine* | | **Susan Dolan**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Mary Doyle**<br>*Sibling of 9/11 decedent John F. Swaine* | represented by | **Mary Doyle**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Robert Klitzman**<br>*Sibling of 9/11 decedent Karen Klitzman* | represented by | **Robert Klitzman**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Toni Maloney**<br>*Sibling of 9/11 decedent Thomas A. Palazzo* | represented by | **Toni Maloney**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Margaret McInnes**<br>*Sibling of 9/11 decedent Arthur Scullin* | represented by | **Margaret McInnes**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Melinda Nugent**<br>*Sibling of 9/11 decedent Timothy M. Welty* | represented by | **Melinda Nugent**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Robert Palazzo**<br>*Sibling of 9/11 decedent Thomas A. Palazzo* | represented by | **Robert Palazzo**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Bernadette Princiotta**<br>*Personal Representative of the Estate of Anita Princiotta, deceased Parent of 9/11 Decedent Vincent Princiotta* | represented by | **Bernadette Princiotta**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Christina Regenhard**<br>*Sibling of 9/11 decedent Christian M. O. Regenhard* | represented by | **Christina Regenhard**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Patricia Ruggiere Scavuzzo**<br>*Parent of 9/11 decedent Bart Ruggiere* | represented by | **Patricia Ruggiere Scavuzzo**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Frank Ruggiere, Jr.**<br>*Sibling of 9/11 decedent Bart Ruggiere* | represented by | **Frank Ruggiere, Jr.**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Ralphela Ruiz**<br>*Child of 9/11 decedent Gilbert Ruiz* | represented by | **Ralphela Ruiz**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Brandon Schielke**<br>*Sibling of 9/11 decedent Sean Schielke* | represented by | **Brandon Schielke**<br>PRO SE |

**Plaintiff**

**Kenneth Schielke, Jr.**
*Sibling of 9/11 decedent Sean Schielke*
represented by **Kenneth Schielke, Jr.**
PRO SE

**Plaintiff**

**Patricia Schielke**
*Parent of 9/11 decedent Sean Schielke*
represented by **Patricia Schielke**
PRO SE

**Plaintiff**

**Francis Swaine**
*Personal Representative of the Estate of Maryanne Swaine, deceased Parent of 9/11 Decedent John F. Swaine*
represented by **Francis Swaine**
PRO SE

**Plaintiff**

**Francis Swaine**
*Parent of 9/11 decedent John F. Swaine*
represented by **Francis Swaine**
(See above for address)
PRO SE

**Plaintiff**

**Hannah Swaine**
*Child of 9/11 decedent John F. Swaine*
represented by **Hannah Swaine**
PRO SE

**Plaintiff**

**Anthony Tepedino**
*Sibling of 9/11 decedent Nichilo Jody Tepedino*
represented by **Anthony Tepedino**
PRO SE

**Plaintiff**

**Vijay Thackurdeen**
*Sibling of 9/11 decedent Goumatie Thackurdeen*
represented by **Vijay Thackurdeen**
PRO SE

**Plaintiff**

**William Welty**
*Parent of 9/11 decedent Timothy M. Welty*
represented by **William Welty**
PRO SE

**Plaintiff**

**Leslie Werdann**
*Personal Representative of the Estate of Frank Agnes, deceased Parent of 9/11 Decedent David Agnes*
represented by **Leslie Werdann**
PRO SE

**Plaintiff**

**Andre Aiken**
*Child of 9/11 decedent Terrance Aiken*
represented by **Andre Aiken**
PRO SE

**Plaintiff**

**Stephen Blood**
*Sibling of 9/11 decedent Richard M. Blood, Jr.*
represented by **Stephen Blood**
PRO SE

**Plaintiff**

**Margaret Butler**
*Parent of 9/11 decedent Thomas M. Butler*
represented by **Margaret Butler**
PRO SE

**Plaintiff**

**Margaret Butler** represented by **Margaret Butler**
*Personal Representative of the Estate of William E. Butler, deceased Parent of 9/11 Decedent Thomas M. Butler*
(See above for address)
PRO SE

**Plaintiff**

**Claude Cefalu** represented by **Claude Cefalu**
*Parent of 9/11 decedent Jason Cefalu*
PRO SE

**Plaintiff**

**Timothy Dean** represented by **Timothy Dean**
*Sibling of 9/11 decedent William Dean*
PRO SE

**Plaintiff**

**Susanne Deverson** represented by **Susanne Deverson**
*Sibling of 9/11 decedent Salvatore Gitto*
PRO SE

**Plaintiff**

**Kenneth Fallon** represented by **Kenneth Fallon**
*Sibling of 9/11 decedent William L. Fallon, Jr.*
PRO SE

**Plaintiff**

**Patricia Friscia** represented by **Patricia Friscia**
*Sibling of 9/11 decedent Timothy Patrick McSweeney*
PRO SE

**Plaintiff**

**Mary Gitto** represented by **Mary Gitto**
*Parent of 9/11 decedent Salvatore Gitto*
PRO SE

**Plaintiff**

**Thomas Gitto** represented by **Thomas Gitto**
*Sibling of 9/11 decedent Salvatore Gitto*
PRO SE

**Plaintiff**

**Jiunn−Yih Eddie Lee** represented by **Jiunn−Yih Eddie Lee**
*Child of 9/11 decedent Yang Der Lee*
PRO SE

**Plaintiff**

**Yi Yann Lee** represented by **Yi Yann Lee**
*Child of 9/11 decedent Yang Der Lee*
PRO SE

**Plaintiff**

**Allison McErlean** represented by **Allison McErlean**
*Child of 9/11 decedent John T. McErlean, Jr.*
PRO SE

**Plaintiff**

**Mary Kate McErlean** represented by **Mary Kate McErlean**
*Child of 9/11 decedent John T. McErlean, Jr.*
PRO SE

**Plaintiff**

**Ryan McErlean** represented by **Ryan McErlean**
*Child of 9/11 decedent John T.*
PRO SE

*McErlean, Jr.*

**Plaintiff**

**Timothy McErlean** represented by **Timothy McErlean**
*Child of 9/11 decedent John T. McErlean, Jr.*
PRO SE

**Plaintiff**

**Michael McNulty** represented by **Michael McNulty**
*Sibling of 9/11 decedent Colleen Ann Deloughery*
PRO SE

**Plaintiff**

**Jacob Merkouris** represented by **Jacob Merkouris**
*Parent of 9/11 decedent George Merkouris*
PRO SE

**Plaintiff**

**Adrienne Pearl** represented by **Adrienne Pearl**
*Child of 9/11 decedent David Agnes*
PRO SE

**Plaintiff**

**Anna Poulos** represented by **Anna Poulos**
*Sibling of 9/11 decedent George Merkouris*
PRO SE

**Plaintiff**

**Kara Walker** represented by **Kara Walker**
*Sibling of 9/11 decedent Steven Coakley*
PRO SE

**Plaintiff**

**Leslie Werdann** represented by **Leslie Werdann**
*Sibling of 9/11 decedent David Agnes*
(See above for address)
PRO SE

**Plaintiff**

**Rishi Parmar** represented by **Rishi Parmar**
*Child of 9/11 Decedent Hashmukhrai C. Parmar*
PRO SE

**Plaintiff**

**Shamir Parmar** represented by **Shamir Parmar**
*Child of 9/11 Decedent Hashmukhrai C. Parmar*
(See above for address)
PRO SE

**Plaintiff**

**Michele Puckett−Formolo** represented by **Michele Puckett−Formolo**
*Child of 9/11 Decedent John F. Puckett*
PRO SE

**Plaintiff**

**Robert J. Rasmussen** represented by **Robert J. Rasmussen**
*Child of 9/11 Decedent Robert A. Rasmussen*
PRO SE

**Plaintiff**

**Samuel R. Rasmussen** represented by **Samuel R. Rasmussen**
*Child of 9/11 Decedent Robert A. Rasmussen*
PRO SE

**Plaintiff**

**Taylor M. Rasmussen**
*Child of 9/11 Decedent Robert A. Rasmussen*
represented by **Taylor M. Rasmussen**
PRO SE

**Plaintiff**

**Emma Rathkey**
*Child of 9/11 Decedent David A.J. Rathkey*
represented by **Emma Rathkey**
PRO SE

**Plaintiff**

**Ian Rathkey**
*Child of 9/11 Decedent David A.J. Rathkey*
represented by **Ian Rathkey**
PRO SE

**Plaintiff**

**Matthew Rathkey**
*Child of 9/11 Decedent David A.J. Rathkey*
represented by **Matthew Rathkey**
PRO SE

**Plaintiff**

**Jessica Rogers**
*Child of 9/11 Decedent Thomas A. Damaskinos*
represented by **Jessica Rogers**
PRO SE

**Plaintiff**

**Christopher Schardt**
*Child of 9/11 Decedent John Schardt*
represented by **Christopher Schardt**
PRO SE

**Plaintiff**

**Robert Schardt**
*Child of 9/11 Decedent John Schardt*
represented by **Robert Schardt**
(See above for address)
PRO SE

**Plaintiff**

**Alexandra Nicole Scott**
*Child of 9/11 Decedent Randolph Scott*
represented by **Alexandra Nicole Scott**
PRO SE

**Plaintiff**

**James Sherry**
*Child of 9/11 Decedent John A. Sherry*
represented by **James Sherry**
PRO SE

**Plaintiff**

**John Sherry**
*Child of 9/11 Decedent John A. Sherry*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Genevieve E. Siller**
*Child of 9/11 Decedent Stephen G. Siller*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jake A. Siller**
*Child of 9/11 Decedent Stephen G.*
represented by **Robert Turner Haefele**
(See above for address)

*Siller* — *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Olivia A. Siller**
*Child of 9/11 Decedent Stephen G. Siller*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bradford William Smith**
*Child of 9/11 Decedent Karl T. Smith, Sr.*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eric T. Sparacio**
*Child of 9/11 Decedent Thomas Sparacio*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jonathan P. Sparacio**
*Child of 9/11 Decedent Thomas Sparacio*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew R. Stadelberger**
*Child of 9/11 Decedent Richard Stadelberger*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Allison Stahlman**
*Child of 9/11 Decedent Eric Stahlman*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jacob Stahlman**
*Child of 9/11 Decedent Eric Stahlman*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Finn P. Straine**
*Child of 9/11 Decedent James J. Straine, Jr.*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amanda C. Stuart**
*Child of 9/11 Decedent Walwyn W. Stuart, Jr.*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

| | | |
|---|---|---|
| **Anna E. Sweeney**<br>*Child of 9/11 Decedent Madeline A. Sweeney* | | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jack M. Sweeney**<br>*Child of 9/11 Decedent Madeline A. Sweeney* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Alana Tartaro**<br>*Child of 9/11 Decedent Ronald G. Tartaro* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Andrew C. Tartaro**<br>*Child of 9/11 Decedent Ronald G. Tartaro* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Danielle Tartaro**<br>*Child of 9/11 Decedent Ronald G. Tartaro* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Alexis M. Thorpe**<br>*Child of 9/11 Decedent Eric R. Thorpe* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Michael J. Tighe**<br>*Child of 9/11 Decedent Stephen Edward Tighe* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Patrick J. Tighe**<br>*Child of 9/11 Decedent Stephen Edward Tighe* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Sydney Timmes** | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Corinne Varacchi**<br>*Child of 9/11 Decedent Frederick Varacchi* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Thomas Varacchi** | represented by | **Thomas Varacchi**<br>PRO SE |
| **Plaintiff** | | |
| **Tyler Varacchi**<br>*Child of 9/11 Decedent Frederick Varacchi* | represented by | **Tyler Varacchi**<br>PRO SE |
| **Plaintiff** | | |
| **Jessica Ventura**<br>*Child of 9/11 Decedent Anthony M. Ventura* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Nicole Ventura**<br>*Child of 9/11 Decedent Anthony M. Ventura* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **John Vigiano**<br>*Child of 9/11 Decedent Joseph Vincent Vigiano* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Joseph J. Vigiano**<br>*Child of 9/11 Decedent Joseph Vincent Vigiano* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Ellen Vignola**<br>*as guardian of Anthony Vignola, child of Frank J. Vignolla, Jr.* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Sarah C. Vignola**<br>*Child of 9/11 Decedent Frank J. Vignola, Jr.* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Adam Vukosa**<br>*Child of 9/11 Decedent Alfred Vukosa* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Bradley M. Walz**<br>*Child of 9/11 Decedent Jeffrey P. Walz* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |

**Jamie Waring**
*Child of 9/11 Decedent James Arthur Waring*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica M. Waring**
*Child of 9/11 Decedent James Arthur Waring*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephanie Waring**
*Child of 9/11 Decedent James Arthur Waring*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Allison M. Waters**
*Child of 9/11 Decedent Charles Waters*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles E. Waters**
*Child of 9/11 Decedent Charles Waters*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jaclyn I. Waters**
*Child of 9/11 Decedent Charles Waters*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara L. Werner**
*Child of 9/11 Decedent Kermit C. Anderson*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Whitford**
*Child of 9/11 Decedent Mark P. Whitford*

represented by **Matthew Whitford**
PRO SE

**Plaintiff**

**Timothy Whitford**
*Child of 9/11 Decedent Mark P. Whitford*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Williamson**
*Child of 9/11 Decedent John P. Williamson*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Marc Williamson**<br>*Child of 9/11 Decedent John P. Williamson* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Patrick E. York**<br>*Child of 9/11 Decedent Edward Philip York* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Peter M. York**<br>*Child of 9/11 Decedent Edward Philip York* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Alexander Zangrilli**<br>*Child of 9/11 Decedent Mark Zangrilli* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Nicholas M. Zangrilli**<br>*Child of 9/11 Decedent Mark Zangrilli* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Alan Zukelman**<br>*Child of 9/11 Decedent Igor Zukelman* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Nathaniel K. Holland**<br>*Child of 9/11 Decedent Cora Hidalgo Holland* | represented by | **Nathaniel K. Holland**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Blayney P. McEneaney**<br>*Sibling of 9/11 Decedent Eamon McEneaney* | represented by | **Blayney P. McEneaney**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Emem U. Adanga**<br>*Child of 9/11 Decedent Ignatius Udo Adanga* | represented by | **Emem U. Adanga**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Nene U. Adanga**<br>*Child of 9/11 Decedent Ignatius Udo Adanga* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Esang U. Adanga**<br>*Child of 9/11 Decedent Ignatius Udo* | represented by | **Robert Turner Haefele**<br>(See above for address) |

| | | |
|---|---|---|
| *Adanga* | | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Anne B. Adams**<br>*Estate of, Parent of 9/11 Decedent Stephen George Adams* | represented by | **Anne B. Adams**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Patricia Anne Skic**<br>*Fiance of 9/11 Decedent Michael Matthew Miller* | represented by | **Patricia Anne Skic**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Gonzalo A. Hidalgo**<br>*Estate of, Sibling of 9/11 Decedent Cora Hidalgo Holland* | represented by | **Gonzalo A. Hidalgo**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Lucy Williamson**<br>*Estate of, Parent of 9/11 Decedent John P. Williamson* | represented by | **Lucy Williamson**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Eric M. Berkeley**<br>*Child of 9/11 decedent Michael J. Berkeley* | represented by | **Eric M. Berkeley**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jason A. Berkeley**<br>*Child of 9/11 decedent Michael J. Berkeley* | represented by | **Jason A. Berkeley**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Hayley Blanding**<br>*Child of 9/11 decedent Harry A. Blading, Jr.* | represented by | **Hayley Blanding**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jeremy Blanding**<br>*Child of 9/11 decedent Harry A. Blanding, Jr.* | represented by | **Jeremy Blanding**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Gail Brennan**<br>*Parent of 9/11 decedent Edward A. Brennan III* | represented by | **Gail Brennan**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Therese Campbell**<br>*Sibling of 9/11 decedent John P. Gallagher* | represented by | **Therese Campbell**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **James Deblase**<br>*Child of 9/11 decedent James V. Deblase, Jr.* | represented by | **James Deblase**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Peter Jordan**<br>*Sibling of 9/11 decedent John P. Gallagher* | represented by | **Peter Jordan**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Joann Allen**<br>*Personal Representative of the Estate of Jose Esteban Lafuente, deceased Sibling of 9/11 decedent Juan Lafuente* | represented by | **Joann Allen**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Cynthia Hansen**<br>*Child of 9/11 decedent Juan Lafuente* | represented by | **Cynthia Hansen**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Ann R. Haynes**<br>*Personal Representative of the Estate of Elizabeth W. Haynes, deceased child of 9/11 decedent William W. Haynes* | represented by | **Ann R. Haynes**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Barbara Haynes**<br>*Parent of 9/11 decedent William W. Haynes* | represented by | **Barbara Haynes**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **William W Haynes, II**<br>*Child of 9/11 decedent William W. Haynes* | represented by | **William W Haynes, II**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Katherine Haynes−Pepe**<br>*Sibling of 9/11 decedent William W. Haynes* | represented by | **Katherine Haynes−Pepe**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Ruth Jacobsen**<br>*Child of 9/11 decedent Juan Lafuente* | represented by | **Ruth Jacobsen**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Catherine Kross**<br>*Personal Representative of the Estate of Harry Smith, deceased parent of 9/11 decedent Kevin J. Smith* | represented by | **Catherine Kross**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Katherine Kross**<br>*Sibling of 9/11 decedent Kevin J. Smith* | represented by | **Katherine Kross**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Miriam Lafuente**<br>*Personal Representative of the Estate of Patrick Tallon, deceased sibling of 9/11 decedent Juan Lafuente* | represented by | **Miriam Lafuente**<br>PRO SE |

**Plaintiff**

represented by

| | | |
|---|---|---|
| **Andrew R. Lenoir**<br>*Child of 9/11 decedent John Robinson Lenoir* | | **Andrew R. Lenoir**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Courtney A. Lenoir**<br>*Child of 9/11 decedent John Robinson Lenoir* | represented by | **Courtney A. Lenoir**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Wayne Miller**<br>*Sibling of 9/11 decedent Henry A. Miller, Jr.* | represented by | **Wayne Miller**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Marianne Panicola**<br>*Sibling of 9/11 decedent Kevin J. Smith* | represented by | **Marianne Panicola**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Nichole A. Scochemaro**<br>*Stepchild of 9/11 decedent Kevin J. Smith* | represented by | **Nichole A. Scochemaro**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jennifer M Smith Riggs**<br>*Child of 9/11 decedent Kevin J. Smith* | represented by | **Jennifer M Smith Riggs**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Brian K Smith**<br>*Child of 9/11 decedent Kevin J. Smith* | represented by | **Brian K Smith**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Terence M. Smith, Jr.**<br>*Child of 9/11 decedent William W. Haynes* | represented by | **Terence M. Smith, Jr.**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Eileen Tallon**<br>*Personal Representative of the Estate of Patrick Tallon, deceased Parent of 9/11 decedent Sean Patrick Tallon* | represented by | **Eileen Tallon**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Rosaleen Tallon−Daros**<br>*Sibling of 9/11 decedent Sean Patrick Tallon* | represented by | **Rosaleen Tallon−Daros**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Janice Testagrose**<br>*Sibling of 9/11 decedent Henry A. Miller, Jr.* | represented by | **Janice Testagrose**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Anthony J. Viola**<br>*Stepchild of 9/11 decedent Kevin J. Smith* | represented by | **Anthony J. Viola**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Vincent Viola, Jr.**<br>*Stepchild of 9/11 decedent Kevin J. Smith* | represented by | **Vincent Viola, Jr.**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Corrine Warnock**<br>*Sibling of 9/11 decedent Henry A. Miller, Jr.* | represented by | **Corrine Warnock**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Rafael Antonio Garcia**<br>*Parent of 9/11 decedent Fanny Espinoza* | represented by | **Rafael Antonio Garcia**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Alexander Ashton Berry**<br>*Child of 9/11 decedent David S. Berry* | represented by | **Alexander Ashton Berry**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Nile Philip Berry**<br>*Child of 9/11 decedent David S. Berry* | represented by | **Nile Philip Berry**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Reed Nicholas Berry**<br>*Child of 9/11 decedent David S. Berry* | represented by | **Reed Nicholas Berry**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Monica Garcia Lantigua**<br>*Parent of 9/11 decedent Fanny Espinoza* | represented by | **Monica Garcia Lantigua**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Pedro Garcia**<br>*Sibling of 9/11 decedent Fanny Espinoza* | represented by | **Pedro Garcia**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Wanda Garcia**<br>*Sibling of 9/11 decedent Fanny Espinoza* | represented by | **Wanda Garcia**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Christine Kelly Fabbri**<br>*Sibling of 9/11 decedent Timothy C. Kelly* | represented by | **Christine Kelly Fabbri**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Brian Kelly**<br>*Sibling of 9/11 decedent Timothy C. Kelly* | represented by | **Brian Kelly**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Elizabeth Ann Leonardi**<br>*Child of 9/11 decedent Jeffrey E. LeVeen* | represented by | **Elizabeth Ann Leonardi**<br>PRO SE |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Chris McCarthy**<br>*Sibling of 9/11 decedent Justin McCarthy* | represented by | **Chris McCarthy**<br>PRO SE |
| **Plaintiff** | | |
| **Lauren McCarthy**<br>*Sibling of 9/11 decedent Justin McCarthy* | represented by | **Lauren McCarthy**<br>PRO SE |
| **Plaintiff** | | |
| **Rita Morell Shea**<br>*Sibling of 9/11 decedent George W. Morell* | represented by | **Rita Morell Shea**<br>PRO SE |
| **Plaintiff** | | |
| **George W Morell, Jr.**<br>*Child of 9/11 decedent George W. Morell* | represented by | **George W Morell, Jr.**<br>PRO SE |
| **Plaintiff** | | |
| **Brian Moroney**<br>*Sibling of 9/11 decedent Dennis Moroney* | represented by | **Brian Moroney**<br>PRO SE |
| **Plaintiff** | | |
| **Kevin Moroney**<br>*Sibling of 9/11 decedent Dennis Moroney* | represented by | **Kevin Moroney**<br>PRO SE |
| **Plaintiff** | | |
| **Michael Moroney**<br>*Sibling of 9/11 decedent Dennis Moroney* | represented by | **Michael Moroney**<br>PRO SE |
| **Plaintiff** | | |
| **Cathy Vranchas**<br>*Sibling of 9/11 decedent George Merkouris* | represented by | **Cathy Vranchas**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Christos Loukatos** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Scott Lovendahl** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Gavin Lowenfield** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Patrick Lucas** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Lukose** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Lutrario** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Denis Mackey**
*as the Personal Representative and/or Proposed Administrator of the Estate of John O'Neill, deceased, and on behalf of all survivors of John O'Neill*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Henry Acker** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Albano** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dmitri Arshavsky** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ramiro Ayala** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Olanrewaju Ayinde** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Waldemar Balcer** represented by **Robert Allen Grochow**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Albert Benzaquen** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Bosee** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Brumer** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Burban** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Carretta** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Beatriz Carvajal** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dewayne Catterton** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerzy Choromanski** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Miroslaw Chrostowski** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Dantona** represented by

**Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Dee** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Delfino** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Delre** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerzy Drazek** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Eisert** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gregory Elyashkevich** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ricardo Espinoza** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Doretta Fabbri** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**George Freyre** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julia Giambrone** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jan Glowczynski** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Landon Goodleaf** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anna Gorska** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Green** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rafael Hernandez** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martha Hoyos** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Krystyna Huryn** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janusz Huss** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maritza Iglesia** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **James Impastato** | represented by | **James Impastato**<br>PRO SE |
| **Plaintiff** | | |
| **Gwendolyn James** | represented by | **Robert Allen Grochow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Tomar Johnson** | represented by | **Robert Allen Grochow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Roman kaczowska** | represented by | **Robert Allen Grochow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Dennis Kelly** | represented by | **Robert Allen Grochow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Shaukat Khan** | represented by | **Robert Allen Grochow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Janusz Kowalewski** | represented by | **Robert Allen Grochow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Sylwester Kurpiewski** | represented by | **Robert Allen Grochow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Wladyslaw Kwasnik** | represented by | **Robert Allen Grochow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Richard Lee** | represented by | **Robert Allen Grochow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Lawrence Levine** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gerald Logan** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janusz Maciejaszek** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Marchak** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Francisca Martinez** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerzy Maslinski** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Mauceri** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zelma Ann Mckenzie−Singleton** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dinorah Mejia** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Mikes** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Corenelius Miles** | represented by | **Robert Allen Grochow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lorraine Miller** | represented by | **Robert Allen Grochow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Oleksiy Miroshnychenko** | represented by | **Oleksiy Miroshnychenko**<br>PRO SE |
| **Plaintiff** | | |
| **Maria Moreno** | represented by | **Robert Allen Grochow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Khalil Mrabet** | represented by | **Robert Allen Grochow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Wieslaw Mroz** | represented by | **Robert Allen Grochow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Andrzej Mulka** | represented by | **Robert Allen Grochow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Alexandra Muszak** | represented by | **Robert Allen Grochow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Nancy Nina** | represented by | **Robert Allen Grochow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Dariusz Nosorowski** | represented by | **Robert Allen Grochow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Andrew Obszanski** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Luis O'Campo** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Loretta O'Donnell** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bogumil Olszewski** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arkadiusz Orlowski** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brewster Paley** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fern Parness** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vincent Pastore** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mario Persichilli** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Irena Perzynska** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| <u>**Plaintiff**</u> | | |
| **Rudolf Pisarcik** | represented by | **Robert Allen Grochow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Henry Podkowa** | represented by | **Robert Allen Grochow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Delfin Polanco** | represented by | **Robert Allen Grochow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Larysa Prokhna** | represented by | **Robert Allen Grochow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Joseph Rabito** | represented by | **Robert Allen Grochow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Anthony Rafaniello** | represented by | **Robert Allen Grochow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Rajka Rajacic** | represented by | **Robert Allen Grochow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Candida Perdomo Ramirez** | represented by | **Robert Allen Grochow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Vidalilia Maria Gomez Ramirez** | represented by | **Robert Allen Grochow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Dalila Ramos** | represented by | **Robert Allen Grochow**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eileen Rawlinson** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Rivera** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Rizzo** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Macri** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Takuo Maeda** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Maher** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kumarasamay Malayandy** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Melerba** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Malone** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Malone** represented by **John Patrick Dearie**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Manchester** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Louis Mangano** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Mangiaracina** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Maniscalco** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Manning** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Salvatore Mannino** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alphonse Marcello** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicholas Marchisello** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Marino** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**Kathleen Mark**
*as the Personal Representative and/or Proposed Administrator of the Estate of Stanley Mark, deceased, and on behalf of all survivors of Stanley Mark*

**John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen Mark**
*as the spouse of Stanley Mark, deceased*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Marks**

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ixtayul Martinez**

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Martinez**

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Juana Mason**

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sandra Mason**
*as the Personal Representative and/or Proposed Administrator of the Estate of John Mason, deceased, and on behalf of all survivors of John Mason*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sandra Mason**
*as the spouse of John Mason, deceased*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Massa**

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gregory Massaro**

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Mattera** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin McAdams** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel McCabe** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wanda Roguso−Sheehan** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Volodymyr Romanchuk** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Waldemar Ropel** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Rossiter** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lara Roth−Biester** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adam Rozanski** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Piotr Rzasa** represented by **Robert Allen Grochow**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Rzasa** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eva Salapa−Dawdo** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Sander** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eric Schnellbacher** represented by **Robert Allen Grochow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susanne Abel** represented by **Brett Andrew Zekowski**
Parker Waichman LLP
6 Harbor Park Drive
Port Washington, NY 11050
516−466−6500
Email: bzekowski@yourlawyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
Keches Law Group
125 Michael Drive
Ste 26
Syosset, NY 11791
508−545−9122
Email: s.joonho.hong@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Abel** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elliot Abtello** represented by **Brett Andrew Zekowski**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chris B. Acker** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melinda Acker** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Veronica Acosta** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rafael Acosta** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Teresa Acosta** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Acuna** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sonia Acuna** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Abel D. Adames** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Larry Adams** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melvin Adams** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Vilardo**
*Child of 9/11 decedent Joseph Vilardo* represented by **Matthew Vilardo**
(See above for address)
PRO SE

**Plaintiff**

**Cathy Vranchas**
*Sibling of 9/11 decedent George Merkouris*

represented by **Cathy Vranchas**
(See above for address)
PRO SE

**Plaintiff**

**Ascension Abad**
*Parent of 9/11 decedent Edelmiro Abad*

represented by **Ascension Abad**
PRO SE

**Plaintiff**

**Jennifer Abad**
*Child of 9/11 decedent Edelmiro Abad*

represented by **Jennifer Abad**
(See above for address)
PRO SE

**Plaintiff**

**Alexis Colon**
*Child of 9/11 decedent Sol E. Colon*

represented by **Alexis Colon**
(See above for address)
PRO SE

**Plaintiff**

**Shayla Colon**
*Child of 9/11 decedent Sol E. Colon*

represented by **Shayla Colon**
(See above for address)
PRO SE

**Plaintiff**

**Brendan Egan**
*Sibling of 9/11 decedent Lisa E. Egan*

represented by **Brendan Egan**
PRO SE

**Plaintiff**

**Brendan Egan**
*Sibling of 9/11 decedent Samantha M. Egan*

represented by **Brendan Egan**
(See above for address)
PRO SE

**Plaintiff**

**Elizabeth Egan**
*Parent of 9/11 decedent Lisa E. Egan*

represented by **Elizabeth Egan**
PRO SE

**Plaintiff**

**Elizabeth Egan**
*Parent of 9/11 decedent Samantha M. Egan*

represented by **Elizabeth Egan**
(See above for address)
PRO SE

**Plaintiff**

**Thomas Emperor**
*Sibling of 9/11 decedent Samantha M. Egan*

represented by **Thomas Emperor**
PRO SE

**Plaintiff**

**Aidan Fontana**
*Child of 9/11 decedent David J. Fontana*

represented by **Aidan Fontana**
(See above for address)
PRO SE

**Plaintiff**

**Cindy Itzkowitz**
*Sibling of 9/11 decedent Nancy Morgenstern*

represented by **Cindy Itzkowitz**
PRO SE

**Plaintiff**

represented by

| | | |
|---|---|---|
| **Derek E. McCrann**<br>*Child of 9/11 decedent Charles A. McCrann* | | **Derek E. McCrann**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Harvey Morgenstern**<br>*Parent of 9/11 decedent Nancy Morgenstern* | represented by | **Harvey Morgenstern**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Howard Morgenstern**<br>*Sibling of 9/11 decedent Nancy Morgenstern* | represented by | **Howard Morgenstern**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jeffrey Morgenstern**<br>*Sibling of 9/11 decedent Nancy Morgenstern* | represented by | **Jeffrey Morgenstern**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Maeve Elizabeth Olson**<br>*Child of 9/11 decedent Maureen L. Olson* | represented by | **Maeve Elizabeth Olson**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Diane Addonizio** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Robert Addonizio** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Joseph A. Ader** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Emmanuel Adewumi** | represented by | **Brett Andrew Zekowski**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bryan Agate** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diana Agate** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Octavio Aguayo** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Magdy Ahmedroshdi** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Imene Lamameri** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Salewa Ajasin** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephen Ajasin** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Albanese** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sal Albanese** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Alber** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janice Alber** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ray Albright** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**George Albury** represented by **George Albury**
PRO SE

**Plaintiff**

**Debra Alexander** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Junior Alexander** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Audrey Alexis** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Irene Allen−Truesdell** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Allen** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mozadick Ali** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Waheeda Ali** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Alkintor** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Allen** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Genya Allen** represented by **Brett Andrew Zekowski**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kamru Z. Ally** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bibi Ally** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John V. Alston** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Alston** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Alston** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Regina Alston** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zoraida Alvarado** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Amato** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elaine Ambrosino** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Philip M. Ambrosino** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kwamina Amissah** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Anastasio** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tonosa Anastasio** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert L. Anderson** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Isaac Plant** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Beverly L. Anderson** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Camille Andia** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eduardo Andia** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ana Andrade** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Anicito** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Herbert Antomez** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ralph Aponte** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Ralph Aponte** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lawrence Applebaum** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Eduardo Arias** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Loudres Arias** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Chandella Armstrong** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Gary Arndt** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Suzanne Arndt** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ray M Arnold** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theresa Arnold** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tara Arnone** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Annette Arntsen** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hans Arntsen** represented by **Brett Andrew Zekowski**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joan Asregadoo** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lloyd Asregadoo** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**George Attias** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alma Arocho** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alvin Arocho** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Arrigali** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anibal Arroyo** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anna Arroyo** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Helaine Atlas** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brent Cutler** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Debra Augusto** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Katherine Austin** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anna Ayala** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brenda Ayala** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joyce Badawy** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raouf Badawy** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kelly Badillo** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Debra Negron−Badillo** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sylvia Baez** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Baglino** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ralph Baglino** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Bagonis** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lucianne Bagonis** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Bahnken** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patty Lane** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cathleen Balbera** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Todd Balbera** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Doreen Ann Ballard** represented by **Brett Andrew Zekowski**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Ballard** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ginger Ballard** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cleveland Bannister** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ellen Barasch** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elliot Barasch** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christina Barbarino** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jamie Barbarello−Coch** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Coch** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Barchitta** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Barchitta** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Barillo** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Danielle Barnave** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joshua M. Barnes, Sr.** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Monica Barnes** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mario Barreca** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Palmira Barreca** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Barrera** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lois Barrera** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edith Barrow** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Felicia Barrow** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nora Barrow** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Bartuccelli** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theresa Bartuccelli** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leonard Baruso** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nora Baruso** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Barwick** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen Barwick** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dwayne Basden** represented by **Brett Andrew Zekowski**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rajeshri Basdewa** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Irma Basora** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Israel Basora** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Noreen Basulto**
*As administrator of the Estate of Adan Basulto, deceased and individually*
represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Reginald L. Bates** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosalind Bates** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Judith Battaglia** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Battel** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Battista** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vito Battista** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Carapazza** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Henry Cherry** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kieran Bastible** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jacqueline Daoust** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Daoust** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LInda Gavin** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Highfield** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Allison Highfield** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dennis Honor** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laura Honor** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Homick** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Jirak** represented by **Edward Maggio**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Catherine Jirak Monetti** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Jirak, Sr.** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Jirak** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tammy Kainesse** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Harold J. Kohlman, Jr.** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Celia Battista** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wally Bazemore** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen Bearcoft** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Norman Bearcoft** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arnold Beatty** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diane Beatty** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Beck** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joann Beck** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Gerald Becker** | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Ava Becklund** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **James Beckwith** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Frank Libretto** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Antoinette Misischia** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Maribel Beckwith** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Brian Beideman** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Michele Belmar**<br>*Administrator of the Estate of Shawn Belmar, deceased* | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Frank Misischia** | represented by | **Frank Misischia**<br>PRO SE |
| **Plaintiff** | | |
| **Catherine Jirak Monetti** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Michael Palleschi** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lizette Palleschi** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Oscar Perez** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Brandon Perez** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Brandon Perez** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Matthew Perez** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Carmen Benavides** | represented by | |

**Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chris Korner** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Benedetto** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Benedetto** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David S. Benford** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Denise Benford** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Benjamin Benitez** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Miguelina Benitez** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angela Bennett** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Bennett** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wanda Perez** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Grace Petillo** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Rohan** represented by

**Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Annie Rohan** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Scarpitta** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The Estate of Michelle Scarpitta** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Giovanni John Seminerio** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Giovanni R Seminerio** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dominic Seminerio** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Luciano Seminerio** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brianna Seminerio** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kary Seminerio** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Yaadmarie Silva** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Linda Sorkin** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**allan Sorkin** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**James Toledo, Jr.** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Modesta Toledo** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Kristina Toledo** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Richard Torres, Sr.** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Sophia Tsakiris** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Christina Tsakiris** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Mario Villacis** represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Madeline McCaffrey**<br>*as the Personal Representative and/or Proposed Administrator of the Estate of Thomas McCaffrey, deceased, and on behalf of all survivors of Thomas McCaffrey* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Madeline McCaffrey**<br>*as the spouse of Thomas McCaffrey, deceased* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Timothy K. Ginley**<br>*Individually* | represented by | **Megan Wolfe Benett**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Antonio Gioino**<br>*Indivually* | represented by | **Megan Wolfe Benett**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Frank Gissi**<br>*Individually* | represented by | **Megan Wolfe Benett**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Gary Giuntini**<br>*Individually* | represented by | **Megan Wolfe Benett**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **John G. Gleason**<br>*Individually* | represented by | **Megan Wolfe Benett**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Roberto S. Godoi−Rejalaga**<br>*Individually* | represented by | **Megan Wolfe Benett**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Warren Goldberg**<br>*Individually* | represented by | **Megan Wolfe Benett**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| | represented by | |

| | | |
|---|---|---|
| **Steven Golden**<br>*Individually* | | **Megan Wolfe Benett**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Eugenio Gonzalez**<br>*Individually* | represented by | **Megan Wolfe Benett**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kevin Gorman**<br>*Individually* | represented by | **Megan Wolfe Benett**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Keith Gough**<br>*Individually* | represented by | **Megan Wolfe Benett**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Robert B. Graves**<br>*Individually* | represented by | **Megan Wolfe Benett**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Michael J. Gray**<br>*Individually* | represented by | **Megan Wolfe Benett**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Carl Graziano**<br>*Individually* | represented by | **Megan Wolfe Benett**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Brian Grogan**<br>*Individually* | represented by | **Megan Wolfe Benett**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Brian A. Gross**<br>*Individually* | represented by | **Megan Wolfe Benett**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Peter Grossmann**<br>*Individually* | represented by | **Megan Wolfe Benett**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Alfonso Guarascio** represented by **Megan Wolfe Benett**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Freddie Guerra** represented by **Megan Wolfe Benett**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vincent Gugliuzzo** represented by **Megan Wolfe Benett**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James P. Guidice** represented by **Megan Wolfe Benett**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jason Guido** represented by **Megan Wolfe Benett**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joel Gurrieri** represented by **Megan Wolfe Benett**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles E. Gussmann** represented by **Megan Wolfe Benett**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Hagan** represented by **Megan Wolfe Benett**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Halloran** represented by **Megan Wolfe Benett**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Neil Halpin** represented by **Megan Wolfe Benett**
*Individually*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Hanna**
*Individually*

represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Camille Agro**

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Camille Agro**
*as Personal Representative of the Estate of Vincent Agro, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Camille Agro**
*as Surviving Spouse of Vincent Agro, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Alicea**
*as Personal Representative of the Estate o Luice Alicea, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Alicea**
*as Surviving Spouse of Luice Alicea*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anna Antico**
*as Personal Representative of the Estate of Nick Antico, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anna Antico**
*as Surviving Spouse of Nick Antico, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theresa Archili**
*as Personal Representative of the Estate of Vildo Archili, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theresa Archili**
*as Surviving Spouse of Vildo Archili, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerry Arma**
*as Personal Representative of the Estate of Julia Arma, Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerry Arma**
*as Surviving Spouse of Julia Arma, Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeanette L. Barnard Langford**
*as Personal Representative of the Estate of James Barnard, Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeanette L Barnard Langford**
*as Surviving Spouse of James Barnard, Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karolyn Barrett**
*as Personal Representative of the Estate of David Barrett, Decease*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karolyn Barrett**
*as Surviving Spouse of David Barrett, Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lucille Benvenuto**
represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert J. Berg Jr.**
represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| <u>**Plaintiff**</u> | | |
| **Brenda Bernard** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Francis J. Bernard** | represented by | **Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Richard Bernard** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Zerryl Bernard** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Richard Bertorelli** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Joanne Molhaul** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **George M. Besdansky** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Denis Hanrahan**<br>*Individually* | represented by | **Megan Wolfe Benett**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Anthony Hans**<br>*Individually* | represented by | **Megan Wolfe Benett**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Edward Hansen**<br>*Individually* | represented by | **Megan Wolfe Benett**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kevin Hansen**<br>*Individually* | represented by | **Megan Wolfe Benett**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Douglas Hantusch**<br>*Individually* | represented by | **Megan Wolfe Benett**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Rory Harrison**<br>*Individually* | represented by | **Megan Wolfe Benett**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jason S. Hartley**<br>*Individually* | represented by | **Megan Wolfe Benett**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Joseph A. Hatzelman**<br>*Individually* | represented by | **Megan Wolfe Benett**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Patrick Hayden**<br>*Individually* | represented by | **Megan Wolfe Benett**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Ana Bassi**<br>*as personal Representative of the Estate of Richard Bassi, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Ana Bassi**<br>*as Surviving Spouse of Richard Bassi, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Elaine D Bayes**<br>*as Personal Representative of the Estate of Donald Bayes, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Elaine D Bayes**<br>*as Surviving Spouse of Donald Bayes, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Santiago Bermudez**<br>*as Personal Representative of the Estate of Sany Bermudez, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Santiago Bermudez**<br>*as Surviving Parent of Santy Bermudez , Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Adam Blacharsk**<br>*as Personal Representative of the Estate of Lech Blacharski, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Adam Blacharski**<br>*as Surviving Son of Lech Blacharski* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kathleen Bruzza**<br>*as Personal Representative of the Estate of James Bruzza, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen Bruzza**
*as Surviving Spouse of James Bruzza, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dawn Carluzzo**
*as Personal Representative of the Estate of Rosario Carluzzo, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dawn Carluzzo**
*as Surviving Spouse of Rosario Carluzzzo, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maureen Conmy**
*as Personal Representative of the Estate of John Conmy, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maureen Conmy**
*as Surviving Spouse of John Conmy*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sandra Cooper**
*as Personal Representative of the Estate of David Cooper, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Malik Bey**

represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Monifa Bey**

represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maurice Bey−Muhammad** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Bianco** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Bianco** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Bianco** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marie Bidetti** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Biggs** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| | | **Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Katherine Bigley**<br>*as administrator of the estate of Edward T. Bigley, deceased* | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Anthony Bilardello** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Marie Bilardello** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Gary A. Billings** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lelia Billings** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |

| | | |
|---|---|---|
| **Dorothy N. Billings** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lelia Billings** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Charles Healey**<br>*Individually* | represented by | **Megan Wolfe Benett**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Thomas K. Healy**<br>*Individually* | represented by | **Megan Wolfe Benett**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Patrick Heffernan**<br>*Individually* | represented by | **Megan Wolfe Benett**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Justin C. Horigan**<br>*Individually* | represented by | **Megan Wolfe Benett**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Raymond Herbst**<br>*Individually* | represented by | **Megan Wolfe Benett**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Timothy Hoyt**<br>*Individually* | represented by | **Megan Wolfe Benett**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jack Herzlinger**<br>*Individually* | represented by | **Megan Wolfe Benett**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Timothy B. Jones**
*Individually*

represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Horan**
*Individually*

represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hanser Hernandez**
*Individually*

represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Horak**
*Individually*

represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Kane**
*Individually*

represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Hubert**
*Individually*

represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donald Honey**
*Individually*

represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Heisinger**
*Individually*

represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jorge Jimenez**
*Individually*

represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**Roger Holzmacher**
*Individually*

**Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Timothy Helf**
*Individually*

represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Hoyt**
*Individually*

represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Jensen**
*Individually*

represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Jones**
*Individually*

represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William C. Holihan**
*Individually*

represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Higgins**
*Individually*

represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel T. Higgins**
*Individually*

represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ashif Iqbal**
*Individually*

represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rolf Hettinger**
*Individually*

represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Benjamin Hill**
*Individually*

represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Holtje**
*Individually*

represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gerard Jordan**
*Individually*

represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edgardo Herrero**
*Individually*

represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John J. Hoey**
*Individually*

represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Keith Johnson**
*Individually*

represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Terrence Hirten**
*Individually*

represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Humphrey**
*Individually*

represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Hopkins**
*Individually*

represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Jackson**
*Individually*

represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Billiteri** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aniello F. Biscuti** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Biscuti** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roseann Bishop** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephen Bishop** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shelia Bissessar** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Judith Blanshard** | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Frank P. Bleier** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Camille Blischke** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kenneth Blischke** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Mary Ellen Blizzard** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Sandra Cooper**<br>*as Surviving Spouse of David Cooper, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Matthew L. Bloch** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angel Cordaro**
*as Personal Representative of the Estate of Vincent Cordaro, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angel Cordaro**
*as Surviving Spouse of Vincent Cordaro, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samantha Bloch**

represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lorenzina Corso**
*as Personal Representative of the Estate of Umberto Corso, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lorenzina Corso**
*as Surviving Spouse of Umberto Corso, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jean M. Hartmann**
*as Personal Representative of the Estate of Frederick Buzzard, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jean M. Hartmann**
*as Surviving Spouse of Frederick Buzzared, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**De'Von Lighty**
*as Personal Representative of the Estate of Patricia Brothers, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**De'Von Lighty**
*as Surviving Son of Patricia Brothers, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karolyn Long–Colena**
*as Personal Representative of the Estate of Kevin Colena, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karolyn Long–Colena**
*as Surviving Spouse of Kevin Colena*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Storace**
*as Personal Representative of the Estate of Joseph Storace, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Holahan**
*Individually*

represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Luis Miguel Jimenez**
*Individually*

represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Irizarry**
*Individually*

represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Storace**
*as Surviving Spouse of Joseph Storace, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gary Howard**
*Individually*

represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bita Javadizadeh**
*Individually*

represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Kahles**
*Individually*

represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Saba Hocek**
*Individually*

represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Ingrassia**
*Individually*

represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Hollander**
*Individually*

represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Craig Hnis**
*Individually*

represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Heney**
*Individually*

represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Blum**

represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nardjani Mahyadin−Blum**

represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Jr. Bogert** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gregory Bolling** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Bombace** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anne Bond** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Bond** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andy Bonseiro, Sr.** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lawrence Booker** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lugenia Booker** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Hernandez**
*Individually* represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bernard T. Kane**
*Individually* represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frederick Herrmann**
*Individually* represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Hunt**
*Individually* represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Ihnken** represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**KAREN KEATON** represented by **Christopher R. LoPalo**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dennis G Kopik** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Leonard** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John LaVenia** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicholas Kleszczewski** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frances Langston** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward J Kreuter** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barry Kendricks** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicholas LaRosa** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeanne G Kick** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jean Leonard** represented by

| | | |
|---|---|---|
| | | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jim S. Lee** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lorne LoMonica** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Josephine Kopik** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Magali Colon** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Patrick Leonard** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Flora Krind** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **John LaRosa** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Antoinette Laso** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Konstantino Kourembis** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Millicent Kelly** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fung Yee Lee** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kerry Cooper** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stanistaw Kosierb** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Colin Kelsey** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Claire LaRosa** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sang Ae J Lee** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vincent Koert** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Leary** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sonia Lerdo** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary A Korin** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Allwyne Kleszczewski** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mattie Strother**
*as Personal Representative of the Estate of Quentin Strother, Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mattie Strother**
*as Surviving Parent of Quentin Strother, Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Sullivan**
*as Personal Representative of hte Estate of Bernadette Sullivan, Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Sullivan**
*as Surviving Brother of Bernadette Sullivan, Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karleek Sutton**
*as Personal Representative of the Estate of Koquita Sutton, Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karleek Sutton**
*as Surviving spouse of Koquita Sutton, Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen Sztropkalyi**
*as Personal Representative of the Estate of Michael Sztropkalyi*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen Sztropkalyi**
*as Surviving Spouse of Michael Sztropkalyi, Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Wanda Tanks**<br>*as Personal Representative of the Estate of Mark Tanks, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Wanda Tanks**<br>*as Surviving Child of Mary Tanks, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Wendy Tarantino**<br>*as Personal Representative of the Estate of Nicholas Tarantino, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Wendy Tarantino**<br>*as Surviving Spouse of Nicholas Tarantino, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Barbara Tesi**<br>*as Persoal Representative of the Estate of Michael Tesi Jr., Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Barbara Tesi**<br>*as Surviving Spouse of Michael Tesi Jr., Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Delphine Thompson**<br>*as Personal Representative of the Estate of Brenda Lee Thompson, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Delphine Thompson**<br>*as Surviving Sister of Brenda Lee Thompson, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Galina Topaller** | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Galina Topaller**<br>*as Surviving Spouse of Victor Topaller* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Torres**
*as Personal Representative of the Estate of Edith Torres, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Torres**
*as Surviving Parent of Edith Torres, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Trencheny**
*as Personal Representative of the Estate of Joseph Trencheny, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Trencheny**
*as Surviving Spouse of Joseph Trencheny, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Miriam Tropp**
*as Personal Representative of the Estate of James Tropp, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Miriam Tropp**
*as Surviving Son of James Tropp, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bryan Trotman**

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bryan Trotman**
*as Personal Representative of the Estate of Rosamund Trotman, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bryan Trotman**
*as Surviving Spouse of Rosamund Trotman, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**Robert Tucker**
*as Personal Representative of the Estate of Judith Tucker, Deceased*

**Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Tucker**
*as Surviving Spouse of Judith Tucker, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Tucker**
*as Personal Representative of the Estate of Mitchel Tucker, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Tucker**
*as Surviving Parent of Mitchel Tucker, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lorraine Van Baulen**
*as Personal Representative of the Estate of Dennis Van Baulen, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lorraine Van Baulen**
*as Surviving Spouse of Dennis Van Baulen, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerry A. Boone**

represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melissa Vassell**
*as Personal Representative of the Estate of Olive Allwood, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rose Boone**

represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melissa Vassell**
*as Surviving Child of Olive Allwood, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rachel Booth–Lauria**

represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anna Velez**
*as Personal Representative of the Estate of Louis Velez, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Debra Boothe**

represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lawrence Boothe**

represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anna Velez**
*as Surviving Spouse of Louis Velez, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leslie Vissers**
*as Personal Representative of the Estate of Thomas Vissers, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Angelica Bornhoeft** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Charles Bornhoeft** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Laurie Bosco** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Trevor Bosco** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **John C. Bottone** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Maria Bottone** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Bottorff** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronald K. Bourgeois** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Bourgignon** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Boutin** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronald Bowers** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Helen Bowman** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard W Boyce** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sheila Boyd** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Bradley** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Bradshaw** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Howard Bragg** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Monica Bragg** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tessalonika Breedlove** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Catherine Brennan**<br>*As administrator of the Estate of Terrence Brennan, deceased, and individually* | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Mark A. Brennan** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Marilyn Calderon Brennan** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Paul Breslin** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Sharon Breslin** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Joyce Bridgers** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Francine S. Brill**
*as Administrator of the Estate of Douglas S. Brill, deceased*

represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gregory Brinson**

represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maureen Brinson**

represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Keith D. Britt**

represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth Brooke**

represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roseann Brooke**

represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tishena Brooks−Fonseca**

represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Harold Fonseca** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cedric Brown** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Estelle F. Brown** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Everette Brown** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gary Brown** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leslie Vissers**
*as Surviving Brother of Thomas Vissers, Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alan Vitellaro**
*as Personal Representative of the Estate of Linette Vitellaro, Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alan Vitellaro**
*as Surviving Spouse of Linette Vitellaro, Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jane Waite**
*as Personal Representative of the Estate of Curtis Waite, Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jane Waite**
*as Surviving Spouse of Curtis Waite, Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna Wash**
*as Personal Representative of the Estate of Raymond Wash, Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna Wash**
*as Surviving Spouse of Raymond Wash, Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deborah Watkins**
*as Personal Representative of the Estate of Patricia Scott, Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deborah J Watkins**
*as Personal Representative of Estate of Patricia Scott, Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sandra Brown**
represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deborah J Watkins**
*as Surviving Sister of Patricia Scott, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Weinstein**
*as Personal Representative of the Estate of Morris Weinstein, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Weinstein**
*as Surviving Son of Morris Weinstein, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Judith Brown**
*As Administrator of the Estate of Norman L. Dicks and individually*

represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lenore Westberry**
*as Personal Representative of the Estate of Laticia Westberry, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lenore Westberry**
*as the Surviving Parent of Laticia Westberry, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Larry Brown**

represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Milton Brown**

represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Norman Brown** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dorrette Winslow**
*as Personal Representative of the Estate of Charles Preston Winslow, Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marcelle Brown** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dorrette Winslow**
*as Surviving Spouse of Charles Preston Winslow, Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Brown** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leonard Wong**
*as Personal Representative of the Estate of Mary Wong, Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leonard Wong** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**David Yanovsky**
*as Personal Representative of the Estate of Sofya Kucherovsky, Deceased*

**Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Yanovsky**
*as Surviving Grandson of Sofya Kucherovsky, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Zanowski**
*as Personal Representative of the Estate of Raymond Zanowski, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Brown**

represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Zanowski**
*as Surviving child of Raymond Zanowski, Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sidney Brown**

represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Phyllis Brown**

represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Teresa Brown**

represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tyrone Brown**

represented by **Brett Andrew Zekowski**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vanessa Brown** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Bruce** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shirley Bruce** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melvin Bryant** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cassius Bryant** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Korin** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robin Kirkland** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Kennedy** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tracey Kemble** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronald Kinard** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrea Leduc** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Moon Kyu Kim** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen Kish** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zofia Kosierb** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Lavin** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carol Kerr** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bevin A Kerr** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Diane Lawton** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Adolfo Lopez** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Norman Levine** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **William Lopez** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kam Yuk Li** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Patrick Manmenamin, Jr.** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Wimberly Long** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Albert Lewis** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Juana Lomi** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jessica Maldonado** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Clifford Lowe** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deborah Lomax** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Francine Levey** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Noel Maldonado** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Macaluso** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Margo Logatto** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carmen Levine** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Felipe Lopez** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shura Shafir** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Manieri** represented by **Christopher R. LoPalo**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sandra Mackin** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John F Maloney** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Walter Linton** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeffrey Lichtenstein** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tian Chen** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Katherine Lum** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wing Chen** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Lichtenstein** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Lockley** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Maieski** represented by

**Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Siri Lewis** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ni Y Ying** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brendan Mackin** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Seng Piaw Lie** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**De Quan Lu** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Hall** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenny Luo** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Salvatore Macaluso** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wan Xiang Lin** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James MacDonald** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Chung** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carlos Lopez** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lori Lupo** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerry Maio** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Long Hua Lin** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ese Lula** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Buccola** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kelly Buccola** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| | | **Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Linda K. Buncom** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Michelle Burgess** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Miriam Burgos** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Oliver Burns** | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Sandra Burns** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Elana Burriesci** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennie Bush** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brenda Butler** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anna Butterfield** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Denise Butts** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Litzsey** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fang Lin** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Levine** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hubert Lewis** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Silvana Manieri** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Debbie A. Manning** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Maio** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Saundra Lewis** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Lucchese** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angel Lujan** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Mann** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ashley Moy** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Yanira Nunez** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Seymour Miller** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Steven Meier** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Gregory Morris** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Richard Monroe** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Altagracia Martires** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Dennielle Marchese** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Michael Hassell** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Robert Markardt** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Mary Montgomery** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angelita McDonald** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stanley Mobley** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Martinez** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Marcus** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zorijana Migliorini** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dennies Bwalya** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Austin Caballero** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leslie Caballero** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| | | **Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Ezequiel Caballero, Jr.** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Anna Jameson** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Danette Cabassa** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **David Cabassa** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Carmelita Cabey−Clinton** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |

**Anita Caesar** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Cozier** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Claude Ceasar** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rozanne Ceaser** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jody Caizza** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Irene Miller** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Raul Martinez** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Nina Merer** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Vivian Mondello** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jeanette M Milione** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Robin D McMillon** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Nunzio Masone** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Freddie Martinez** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lisa Mann** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Edward Mosher** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Saheed Mohamed** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Gail Seymour** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronnie McNish** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John McCauley** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roselia De Mora** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eugenia Martinez** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frances Calderon** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gloria Calicchia** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Doreen Marie Callan** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nancy Mannix** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Mason** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maurice Mayo** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ethel Meade** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Floyd** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marjorie McQueen** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Glen N Morisano** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Meher** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deidra Ming** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eva Medina** represented by

**Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shawn P Brown** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julia Marshall−Hayes** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janice Marshall** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Naimoon Mohamed** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tracey Mastrocola** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Mars** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amparo Irizarry−Meyers** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Marston** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eduardo Martinez** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Bruce Meyers** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Fred Campion**<br>*as administrator of the estate of Jeffery Campion, deceased* | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Elizabeth Campo** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Paul Campo** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Edwin Canales** | represented by | **Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Johanna Canales** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Thomas Candela** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael A. Capobianco** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steve Capotosto** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Teresa Capotosto** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Cardona** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tom Carlstrom** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sada Carolina** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Carr** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rodney Carr** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Carrano** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adam Carrasquillo** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David F. Carrington, Jr.** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Janice Carrington** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Malkisha Carrington** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Althea Campbell−Wyse** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Ephraim A. Campbell** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Margaret Campbell** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Cecilia Campbell** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Carlos Leon** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Patricia Ann Cammarata** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Joseph L. Cammarata** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Xiomara Camilo** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Wilton Camilo** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Rashad Mck** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |

**Juan Medina** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ane Marie Maresca** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tawana Montgomery** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Juan Morales** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kelly Ann Martin** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Almarie McCoy** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Martin** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nancy Masone** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Meryl Meher** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nora Ferrari** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| <u>**Plaintiff**</u> | | |
| **Badal Gazi** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Mollie Maxwell** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Lisa Mazzu** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Stephanie Martin−Brown** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Edward Molette** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Stephen McCormack** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **George P Mason** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Jose Mendez** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Letha Mayo** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Connie Morales** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Kunj N Mercado** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Debra McKenzie** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Noemi Moran** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Curdell Morgan** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chandra Meier** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Martin** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Judith Lynch** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bernice Martinez** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Montalvo** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan Martin** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nadine Moser** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Marchese** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Maresca** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Concepcion Mora** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Michaels** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Candy Medina** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Medina** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carlo Migliorini** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert McKenzie** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Guillermo Mota** represented by **Christopher R. LoPalo**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Augusto Martin** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Masso** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stewart Morris** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Albert Masters** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Miguel Mercado** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**THEODORE MOY** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rahim Neal** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James O'Shea** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna Chillari** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Chillari** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wilson Chin** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erickson Christmas** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gordon Christopherson** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leonard D. Chudnovski** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victoria Chukwuka** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joanne Ciacciarelli** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Ciampa** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melissa Powers−Ciampa** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna Cibelli** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**George Cibelli** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa G. Ciccarone** represented by **Brett Andrew Zekowski**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicholas Ciccarone** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alan Ciesla** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edith Cilenti** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edith Cilenti** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gaetano Cilenti** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven M. Cirone** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diane Cividanes** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gerard Cividanes** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Clark** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carol Clarke** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephen Clarke** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles R. Clouden** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jewel Clouden** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wilson Coakley** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Allyson Cobin** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jonathan T. Cobin** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Keith Cofer** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin B. Coffee** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sarah Coffee** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melanie Cogburn** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melanie Cogburn** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenya Coger** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tyrell Coger** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elaine Cohen** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jason Cohen** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Manson Coleman** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ray Coleman** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gloria Coley** represented by **Brett Andrew Zekowski**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Coley** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Collado** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Sullivan** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victor Collazo** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Toni Colletta** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Beth Colligan** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gerald Colligan** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth Colman** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Everett McCain** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph McCloskey** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John McCollister** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael McCormack** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raymond McCormack** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephen McDonough** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Jon McGillick** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Reese McGuire** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Francis McKay** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Deryck McKenzie** | represented by | **Deryck McKenzie**<br>PRO SE |
| **Plaintiff** | | |
| **John McLaughlin** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Donald McMorris** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Raymond McNamara** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Billy McNeil** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lorraine McShane**<br>*as the Personal Representative and/or Proposed Administrator of the Estate of John McShane, deceased, and on behalf of all survivors of John McShane* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lorraine McShane**<br>*as the child of John McShane, deceased* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Emilio Perez** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Ramon Perez** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nancy Perez**
*as Personal Representative and/or Proposed Administrator of the Estate of Juan E. Perez, deceased, and on behalf of all survivors of Juan E. Perez*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nancy Perez**
*as the Spouse of Juan E. Perez, deceased*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Orlando Perez** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Colon** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Colon** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Colon** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Colon** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Catherine Concepcion** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edwin Concepcion** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Giuseppina Conde** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Conde** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Concetta Congro** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Vincent Congro** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Anthony Contino** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Sandra A. Contino** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Linda Cook** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Carolyn R. Cooper** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Esther Cooper−Henry** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carolyn Corcoran** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Corcoran** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dayhana Cordero** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arthur Cordes** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elaine Cordes** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lorraine Corker** represented by

**Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jean Cornin** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Natasha R. Cornin** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Correa** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pedro Correa** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Margaret Corrigan** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Cortese** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robbin Cortese** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Cortez** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Constantine Cossifos** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Costello** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosemary Costello** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Juan Cotto** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Darlene Coughlin** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Joseph Coughlin, Sr.** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Gregory Crapanzano** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Carol Credle−Barrett** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Henry Barrett** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel J. Creighton−Kirk** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rita Mullally−Kirk** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jesse Crenshaw** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Desiree Crenshaw** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Felicita Creque** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Crespo** represented by **Brett Andrew Zekowski**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbra Crespo** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Toni Crispino** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Crispino** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thelma Crosland** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alison J. Crosson** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark L. Crosson** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kimberly Crowder** represented by

**Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arlene Cruickshank** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Spencer Crumbsie** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elaine Crupe** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Crupe** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Allen Cruz** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carmen Cruz** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edwina Cruz** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hector Cruz** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emily Cuevas** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Johnny Cuevas** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raymon Cuevas** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Camille Cullen** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Culleton**
*as Administrator of the estate of Geral Culleton, deceased*
represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jolyon Cummings** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sharon Cummings** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rodney Cummings** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Beverley Cunningham** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lemuel Cunningham** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bethune Cunningham** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristan D. Curry Sr.** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Verletter M. Curry** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Curtiss** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen Curtiss** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arthur Cuthill** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jill Cuthill** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Czak** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arlene Dalonzo** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Dambakly** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janette D'Angelo** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph D'Angelo** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Geraldine Daniel** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Daniello** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Daniels** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frederick Daniels** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lena Daniels−Epps** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cheryl Daniel− Williams** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**George Williams** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony D'Annunzio** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Judy D'Annunzio** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sheila B. David** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Astor Davis** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anita Seabron−Davis** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Davis** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| | | **Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Roger Davis**<br>*As administrator of the Estate of Willie Davis, deceased, and individually* | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Desmon Dawson** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Barbara Day** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Davin Dayle** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Stephen De Masi** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jessica De Masi** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| | | **Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **John De Vincenzo** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Penelope De Vincenzo** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Shawn Dean** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Rebecca Dean** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Roger Davis**<br>*As administrator of the Estate of Willie Davis, deceased, and individually* | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Desmon Dawson** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Day** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Davin Dayle** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jacquelyn Deas** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Helene Decandia** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Libera Dechiaro** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Dechiaro** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Degarcia** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Degarcia** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Delemo** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steve Delgado** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Donohue** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gerard DelGuidice** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MaryAnn DelGuidice** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rex Delia** represented by **Brett Andrew Zekowski**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Delia** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Louis Delisa** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan Delisa** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roger Dellimore** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dirk Delph** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Danielle Deluca** represented by **Brett Andrew Zekowski**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Hudson** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Deveau** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Evelyn Deveau** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lawrence DeRosa** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria DeRosa** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William F. DeSantis** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary DeSantis** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Devenny** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Iain Douglas** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carmen Diaz** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fanny Diaz** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nexelda Dickens** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephen Brockington** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wanda Dickerson** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicholas Diesso** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Dietrich** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Dana Dietrich** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Louis DiGiovanni** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Cindy DiGiovanni** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Thomas DiGregorio** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Michael Dijulio** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Patricia Dijulio** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Laura DiLella**<br>*as Administrator of the estate of Vincenza Dilella, deceased* | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| | | **Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Yolanda Dillard** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Sandra Ann Davis** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jack Dillett** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Natale DiMaggio** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lucia DiMaggio** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |

| | | |
|---|---|---|
| **Frank DeMeglio** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Thomas Dimizio** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **John DiNapoli** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Anthony Dinolfo** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **William Dion** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Vincent DiSalvio** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |

**Dana DiSalvio** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Corabelle Doctor−Brown** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carlos Dogbey** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ramatu Dogbey** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Phil Donahue** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christina Donnelly** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)

| | | |
|---|---|---|
| | | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Steven Kordisch** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **George Dorner** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Nathalie Dorzin** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kathleen Dotzler** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Paul Dotzler** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Courtney Douglas** | represented by | **Brett Andrew Zekowski**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hudson Darline** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Doyle** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Damarr D. Doyle** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Damarr D. Doyle** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Allan Doyno** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan Doyno** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ignazia Drago** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Timothy A. Drago** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kim Drake** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Lynch** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Driscoll** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**LeiMiao Driscoll** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Ken Drozdowski** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Habiba Drummond** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**John Druckman** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Patricia Druckman** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Anthony Dudley** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bruce Dunn** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victoria Dunn** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Durant** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Durante** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Durante** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alyssa Manton** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Duren** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Harry J. Duren** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Felicia Duren** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joyce Eanniello** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bruce Eckhouse** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Eckhouse** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bruce Edwards** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sharon A. Edwards** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kasib El−Amin** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hasan C. Elci** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ferdinand Ellis** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Olwell Ellis** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fran Eliott** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marc Elliot** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Grover Dale** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lyndon Elliott** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tiziana Elliott** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John F. Emanuele** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alfonso Emery** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joyce Emery** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melanie Engel** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Greer Epstein** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theresa Erkins** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Ermendi** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nancy Ermendi** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Reyes Escalona** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maritza Reyes** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ann Eskow** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Espinal** represented by **Stephenie Lannigan Bross**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lucia Eugenio** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Clarance Evans** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Josephine Fabre** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maurice Fabre** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andre Facey** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sophia Facey** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bruna Facinelli** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Facinelli** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James J. Fagan** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Judith Ann Fagan** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Saundra Fagan** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deirdra Fallon** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicholas Falotico** represented by

**Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan Falotico** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joanne Falvey** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Fantagone** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Francisco Fantauzzi** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Virginia Fantauzzi** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Salwa Farag** | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Michael J. Farish** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Melissa Farmer** | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lonnie Farrison** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Angela Fava** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Dale M. Fava** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **James Giacomo Fazio** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Fedele** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elayne Federman** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Miles Federman** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carl Feliciano** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maribel Reyes** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Madeline Feliciano** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br>**Maureen C. Feliciano** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br>**Stanley Fera** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br>**Percy Ferguson** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br>**Vincent J. Ferrara** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br>**Lisa Ferreira−Blake** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Ferrera** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosa Ferrer** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronald Ferry** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Helen Graham** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Estrella Figueredo** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angela Figueroa** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carlos Figueroa** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emmanuel Fils** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Georgina Finamore**
*as Executor of the estate of Frank Gatto, deceased* represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth V. Finnerty** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angela Fiore** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Fiore** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gloria Fisher** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Breonilda Fishman** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Fitzgerald** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan Fitzgerald** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Terrence Fitzgerald** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Fitzgibbon** represented by **Brett Andrew Zekowski**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Fitzgibbon** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jesse W. Fleming** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Fleming** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barry E. Flowers** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Flowers** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Debra Flowers** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bernard Flynn** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen Flynn** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diane Fontaine** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Forbes** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Francis Forbes** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jean Forde** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gladys Forestier** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pedro Forestier** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Constance Forman** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Warren L. Forman** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Christine Fortier** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **James Forty** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Amy L. Fotino** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Joseph Fotino** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Frank Francisco** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Jocelyn Ramirez** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Frank** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dennis Frank** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Neil A Frank** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Fraulo** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jan Frey** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jonathan Frey** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Scott Frey** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jane Frey** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Friend** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shirley Fuller** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Philip Fusco** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Suzanne Fusco** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joanne Gadaleta** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicholas Gadaleta** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeanne Galletta**
*as Administrator of the Estate of John L. Galletta, deceased*
represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ann Gallas** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Gallagher** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Desire Ann Gainey** represented by **Brett Andrew Zekowski**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Howard L. Gainey** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carl Gambino** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jillian Gambino** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pauline Garcia** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wilson Garcia** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Gardner** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristine Garland** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raymond Garland Jr.** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ann Garofalo** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Debra Garrett** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raymond Garrett** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James H. Gaunay** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen A. Gaunay** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michel Gauthier** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Teresita Gauthier** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Geiger** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Herbert Geiger** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Gelormino** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Gennari** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Josephine George** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shaun Gerien** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JoAnn Gerling** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Gerling** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diane Germann** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carlene Gertner** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sukla Ghosh**
*as Administrator of the Estate of Yatin Ghosh, deceased* represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Giacona** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marieann Giammanco** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vincent Giammanco** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mario Gianfrancesco** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vivian Giangola** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Giangola** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lue Gibson** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Gilbert** represented by **Brett Andrew Zekowski**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elisa Gillick** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lawrence Gillick** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ana Gilligan** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sheila Girard** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Glenn** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| <u>**Plaintiff**</u> | | |
| **Mark Gluckman** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Thomas Goff** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Gloria Dawn Gonzales** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Manuel Gonzales** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Myrsa Gonzalez Dapolito** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Albert Pescatore** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Marilyn Pescatore**<br>*as Personal Representative and/or Proposed Administrator of the Estate of Robert Pescatore, deceased, and on behalf of all survivors of Robert Pescatore* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Marilyn Pescatore**<br>*as the Spouse of Robert Pescatore, deceased* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Howard Peterson** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Stephen Petrovich** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Angelo Valley** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Claudia Gonzalez** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jose A. Gonzalez** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |

| | | |
|---|---|---|
| **Stephen Goodman** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Juan Goodridge** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Bruce R. Gordon** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **David Gordon** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Wilson Gordon** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lorraine Gordon** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dennis Gordon** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Graffanino** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Valerie Graffanino** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jorge Granados** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arbradella Grant** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Debra Gravina** represented by **Brett Andrew Zekowski**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Gravina** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Glenn Gray** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Margaret Gray** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stanley Green** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yvonne Green** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Greenberg**
*as Administrator of the Estate of* represented by **Brett Andrew Zekowski**
(See above for address)

*Beverly Greenberg, deceased*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eileen M. Greene** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joann Greenfield** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Philip Greenfield** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kim Gregg** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lawrence R. Gregg, Jr.** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Filomena Greves** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Robert S. Greves** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Eugene Griffen** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Joanne Griffen** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Nathaniel Griffin** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Janet Griffith** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| | | **Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Shondelle Griffith−Centeno** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Theodore Grippo** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Anthony Grogan** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Joyce Grossman** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **James Guarino** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Patricia Guarino** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Guglielmo** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sophie Guglielmo** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nichole Guglielmo** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathryn Guinn** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Gustin** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Guthoff** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosemary Guthoff** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gloria Guzman** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zarah Guzman** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jean Haake**
*as Administrator of the Estate of Michael Haake, deceased*
represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jean Haake**
*as Administrator of the Estate of Michael Haake, deceased*
represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Denise Haefner**
*as Administrator of the Estate of Michael Haake, deceased*

represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Haefner**

represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dorothy Hair**

represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diane Halton**

represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Halton**

represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Evelyn Hanks**

represented by **Brett Andrew Zekowski**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Corina Hanlon** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Timothy J. Hanlon** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dorothy Hannaford** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Hannaford** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Terrence S. Hansen** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Hanson** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sheryl L. Harden** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Delisa Hargis** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nathaniel Harley** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Ann Harms** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Harms** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Notaro** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Nardone** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Noh** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ann Nimberg** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hamdi Muja** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Herbert J Norris** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Oswald Mussenden** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Blanca Olivera** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Clement Oladejo** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mario Nocera** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gary W Nelson** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Farije Muja** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Osgood** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samuel Nivol** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Timothy O'Flaherty** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hope McDay** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronald Norville** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gerald Nimberg** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jenny Hidalgo** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| <u>**Plaintiff**</u> | | |
| **Donna Harrington**<br>*As administrator of the Estate of Alan Harrington, deceased, and individually* | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Alonzo Harris** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Sophia Harris** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Barbara Harrison** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Joyce Harrison** | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **George Hart** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **June Hart** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**George Hartig** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vincenza Hartig** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Harty** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Harty** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emma Harvey** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fred Harvey** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Haught** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tanya Haught** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Debora Haverty−Krass**
*as Administrator of the Estate of Michael Daniel Krass Sr., deceased*
represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Denise R. Hawkins**
*as Administrator of the Estate of Denise Colon, deceased*
represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arthur Hayducka** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marti Haydučka** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Hayes** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shirley Haythe** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Luis Herrera** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sylvia Herrera** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Kendra Herrera** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **James Herriott** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Mary Herriott** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Joseph Herron** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Sheila Hickey** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Anton Tibbe** | represented by | **Anton Tibbe**<br>PRO SE |
| **Plaintiff** | | |
| **Steven W. Hickson** | represented by | **Brett Andrew Zekowski**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marco Hidalgo** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shanise Hidalgo** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Magaly Higgins** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mohamed Hikmi** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Latifa Choukry** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Louis Hill** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephanie Hill** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Himbele** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jane Himbele** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shaunee Hodges** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Corey Hodges** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Hogan** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Hogan** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janice Holder** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeremie Holder** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marion Holfelder** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edwin R. Holland** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Ellen Hollifield** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Venton G. Hollifield** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alvina Holmes** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Hopes** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ileane Cuollo** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Horkan** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arthur Horowitz** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Toby Horowitz** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diana Horvaht** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cristiano Horvaht** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Verdomina Howell** represented by **Brett Andrew Zekowski**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Howell** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**George Hughes** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anna Hughes** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Hulse Jr.** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Stark−Hulse** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Guy Hunt** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Mark Hupart** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Holli Hupart** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Ronald G. Husner, Jr.** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Nicole L. Husner** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Rose Hutchinson** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| | | **Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Haylon Hyndman** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Mariann Iadimarco** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Vincenzo Iemma** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kathryn Iemma** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Diane Iesu** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |

**Louis Iesu** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Imbro** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zamira Imenalieva** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Denise Ingrassia** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Ingrassia** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bonnie Ioele** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Ioele** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Irizarry** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Irvin** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Smith** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marcella Islar** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Isom** represented by **Brett Andrew Zekowski**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yohanan Israel** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Iwankow** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer J. Iwankow** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Jaawani** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gregory Jackson** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**June A. Jackson** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Jackson** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lee Jackson** represented by **Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Helene Jackson** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diane M. Jacobson** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LeRoy R. Jacobson** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sharon Jahns** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas P. James** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen James** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jethro C. James** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nadine Jannuzzi** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Israel Nunez** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jean Jason** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bonnie Jedell** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Glen Pena** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victor Jimenez** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angelina Jimenez** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hazel John** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anna Johnson** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maureen Johnson** represented by **Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Johnson** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leonard D. Johnson** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Loris Murdock−Johnson** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Michael A. Johnson** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jacquelyn Ellison−Johnson** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Sheryl Johnson** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Tracy S. Johnson** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Verin Johnson** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kim Johnson** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adrian Johnson** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Johnston** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Jones** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Colleen Jones** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bonnie R. Jones** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael O. Jones** represented by **Brett Andrew Zekowski**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joanna Jones** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Terry Jones** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Corey Jones** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lester W. Jones** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lennard Joseph** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Claudia Joseph** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Reginald Joseph, Jr.** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jackie Joule** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Joule** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ernest Junious** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Segundo Siquenoia** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jane Kaiser**
*as administrator of the estate of Charles W. Kaiser III, deceased*

represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Scott Kamien, Sr.**

represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Natalie Kamien**

represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tammy Kaminski**

represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sharon Kane**

represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **George Karidis** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Panagiota Karidis** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Mona Kavowras** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kathleen Keane** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Vincent Keane** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Consuelo Keenan** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ernestine Keitt** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Kelly** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Evelyn Patricia Kelly** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosalinde Kendall** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Keara S. Kennedy** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James A. Kennedy, III** represented by **Brett Andrew Zekowski**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Kiefer** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janice Kilpatrick** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tana Kimble McCloud** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aubrey McCloud** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Catherine Kimmer** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda D. King** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Derrick King** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Glenn Kirkland** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Phil B. Kirschner** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Olivia Kissin** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Adago** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Harriet Kleppel** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Evelina Knechtel** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Betty Knight** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Kodi** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Taulant Kodi** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Joseph Kodis** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Melissa Kodis** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kenneth Kohlmier** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Barbara Kohlmier** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Arthur Pichardo** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Chrystal Pierre** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Bobby Pierre−Louis** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Adam Pieta** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Johnny Pineiro** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vincent Pirro** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adamantios Pitirigas** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Pitone**
*as Personal Representative and/or Proposed Administrator of the Estate of Francis Pitone, deceased, and on behalf of all survivors of Francis Pitone*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Pitone**
*as the Spouse of Francis Pitone, deceased*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Pitone** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Pitta** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Platt** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stanislaw Poluboczek** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicole Powell** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerrold Price** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Prisinzano** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Provino** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gennaro Prudente** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theresa Quibell**
*as Personal Representative and/or Proposed Administrator of the Estate of Gregory Quibell, deceased, and on behalf of all survivors of Gregory Quibell*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James McClarin, Jr.** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nadine McClarin** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bertina McCline** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank McCormack** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tommie McCoy** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Alice McCrann** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James McDermott** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas P. McDonough** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Randias Harrison** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John McGuinness** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tonia McHenry−Bailey** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carl Bailey** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theresa Quibell**
*as the Spouse of Gregory Quibell, deceased* represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Racz** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bruce Raheb** represented by **John Patrick Dearie**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wanda Ramey** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marilyn Ramos**
*as Personal Representative and/or Proposed Administrator of the Estate of Roberto Ramos, deceased, and on behalf of all survivors of Roberto Ramos*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marilyn Ramos**
*as the Spouse of Roberto Ramos, deceased*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Rauhofer** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Reichel** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Reilly** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Reilly** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Reilly** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Oxana Renda** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Irvin Renjifo** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Rezac** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Harry Riley** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Riordan** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**George Rippe** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sandra Rivas** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Efrain Rivera** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victor Rizo** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marvin Robbins** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Robinson** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Donald Rochford** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Jose Rodriguez** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Minerva Rodriguez**
*as Personal Representative and/or Proposed Administrator of the Estate of Juan Baez, deceased, and on behalf of all survivors of Juan Baez*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Minerva Rodriguez**
*as the Spouse of Juan Baez, deceased*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Raymond Rodriguez** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Ronnie Rodriguez** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Milton Rojas** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Giovani Romero** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Santos Romero** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Robert Rosa** represented by **John Patrick Dearie**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rocco Rosado** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gerard Rosalie** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fabiola Rosario** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mitchel Rosen** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Rosenberg** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Rossiter** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Rossiter** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rocco Rufrano** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Ruggiero** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Oswaldo Ruiz** represented by

**John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anita Ryan** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Ryan** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Salamone** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gloria Salazar** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eddie Sanchez** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**George Santiago** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alfred Sapienza** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Scarano** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mitchell Scher** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Schiavone** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Scholl** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth Scholl** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adam Schreibman** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Allen Levin** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nelson Medina** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Meehan** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carmen Melicharek**
*as the Personal Representative and/or Proposed Administrator of the Estate of George Melicharek, deceased, and on behalf of all survivors of George Melicharek*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carmen Melicharek**
*as the spouse of George Melicharek, deceased*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Albert Meller** represented by **John Patrick Dearie**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Abdias Mendez** represented by **John Patrick Dearie**
*as the Personal Representative and/or Proposed Administrator of the Estate of Hector Mendez, deceased, and on behalf of all survivors of Hector Mendez*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Abdias Mendez** represented by **John Patrick Dearie**
*as the sibling of Hector Mendez, deceased*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Meredith** represented by **John Patrick Dearie**
*as the Personal Representative and/or Proposed Administrator of the Estate of Donald Meredith, Sr., deceased, and on behalf of all survivors of Donald Meredith, Sr.*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Meredith** represented by **John Patrick Dearie**
*as the spouse of Donald Meredith, Sr., deceased*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Meredith** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donald Meredith, Jr.** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Meyer** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eileen Meyer** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronald Michelino** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Milisci** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Miller** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Miller** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Minerva** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Minervini** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edwin Minguela** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vincent Monfredo** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Miguel Monge** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anelzidia Monge** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Constance Montalbano** represented by **John Patrick Dearie**
*as the Personal Representative and/or*
(See above for address)

| | | |
|---|---|---|
| *Proposed Administrator of the Estate of John Montalbano, deceased, and on behalf of all survivors of John Montalbano* | | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Constance Montalbano**<br>*as the spouse of John Montalbano, deceased* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Roland Montana** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Laura Montes** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Ernesto Morales** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Edward P. McKenna** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Diane McKenna** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Margaret McKenna** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Artis McKinzie, Jr.** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Corrine McNally** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Norman E. McQueen** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gilbert McRae** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Terry McRae** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Henry Muller** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Muller** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Mulligan** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lori Mulligan** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Mungavin** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Irena Mungavin** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Mun−Hong** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Iris Muriel** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Murray** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kelly−Ann Murray** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Noah K. Murray** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosena Murray** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gregory Murray** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bobbi C. Murray** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Murtha** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raymond Murtha** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arnold Musella** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deborah Musella** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frances Musumeci** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Muszel** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theresa Muszel** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronald Nagle** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dorothy Naimo** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nandini Nainani** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hari Nainani** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Derrick Nash** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Luis Navas** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elvira Navas** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Abdeljalil Nebbari** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Neckles** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Debbie Nehlsen** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Douglas F. Nehlsen** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Annette Nelson** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vilma L. Nemes** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zultan Nemes** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan Newman** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sze Ng−Montalvo** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amarilis Nieves** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julia I. Nieves** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Noreen Nigro** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Nigro** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sharon Nivins** represented by **Brett Andrew Zekowski**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Magdalena Nixon** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Fabian Njoku** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Margaret Noel** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Winston Noel** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Madeline Nomberg** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arthur Noonan** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Denise Marie Noonan** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deirdre Norcross** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Norcross, Sr.** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Nunez** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Nwobi** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hugh Oakley** represented by **Brett Andrew Zekowski**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tanesha Oakley** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Winifred Obi** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dawn O'Brien** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Geraldine O'Brien** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas O'Brien** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert W. O'Brien** represented by **Brett Andrew Zekowski**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James O'Brien** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia O'Connor** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard O'Connor** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deborah O'Connor** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dennis P. O'Connor** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeremias Ocasio** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deborah Ocasio** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raymond Ocasio** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jason Ogden** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maryanne Ogden** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emma Oliver** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James D. Oglesbee** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Irene Ohm** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Ohm** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph O'Leary** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sarah O'Leary** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Christopher Oliver** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Ramon Oliveras** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Carrie Oliveras** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Walter Olsen** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Brendan O'Neill** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Ernest Onesti** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Gina Onesti** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Agnes Onwuanumpke** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Opman** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rachelle Opman** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Oquendo** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Orbes−Akers** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Ortenzio** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Luz Maria Ortenzio** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edgardo Ortiz** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Miguel Ortiz** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Miriam Ortiz** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Olga Ortiz** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victor Ortiz** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yadira Ortiz** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rafael Daudua** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Glorya Osborne−Ellis** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arthur Ellis** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Juliet Osbourne** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael O'Shea** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Virginia O'Shea** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Jose Ostaiza** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Marc Ostrow** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Jeanette O'Sullivan** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Edward O'Sullivan** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Johnny Oulds** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Paula Owczarczak** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Owney** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ivette Owney** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Madeline Paccione** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Star Pacitto** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Padilla** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vivian Cruz** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Guido Padula** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rafael Pagan** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pietro A. Pagano** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gwanancii Page** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theresa Pagnotta** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theresa Pagnotta** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicholas Palermo** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Ann Palermo** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Albert P. Palmieri** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Grace Palmieri** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Toni Palmieri** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Catherine Paltrowitz** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Harris Paltrowitz** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrea Pane** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shan Pang– Hannah** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sajidie Hannah** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Parez** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephanie Parez** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carmelita Parker** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Parker** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mardina Parker** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Oneil Parkes** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melissa Parris** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Jacqueline Parson** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Felice Passaro** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Gail Patsos** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Thomas Patsos** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Christine Patti** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Dennis Patti** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Violeta Paulino** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosanna Riveros** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosa Pazitka** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephen Pazitka** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Beverly Pearson** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mamie Pearson** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Holly Peco** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Peco** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Pelitera** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Pellicci** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carole Pepitone** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Natal Pepitone** represented by **Brett Andrew Zekowski**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Peras** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Devrin L. Perdue, Sr.** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kaye Perdue** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Shalley** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hortensia Shalley** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hazel Shannon** represented by **Stephenie Lannigan Bross**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gil Shapiro** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Judith Stockman** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mohamed Sharawi** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adrian Sharper** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Shavis** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sandra Shavis** represented by **Brett Andrew Zekowski**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Shea** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elvina Shee** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Sheridan** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gerald Sherlock** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paulette Sherlock** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laura Sherry** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joan Sherwood** represented by

| | | |
|---|---|---|
| | | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Robert Fuentes** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Cynthia Shiloh** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Dana Shoaf** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **William Shoaf** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Charlotte Shorte** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Edward Shorte** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aasheesh Shravah** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosaletha Sias** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Judene Williams** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Baliram Sidoo** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeannette Sierra** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rene Sierra** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Miriam Sierra** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Geraldine Ann Sigler** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark A. Sigler** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diane Silfen** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Prince Sills** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carlos E. Silva** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Henry Silva** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Migdalia Silva** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tamyka Silva** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronald Silver** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosalie Silver** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Silvester** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marcia Silvester** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charaya Simmons** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Constance Simmons** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wayne Simpson** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Greta Sinclair** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chris Singer** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**41 Sookdai Singh** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roxann Singh** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gjoka Sinishtaj** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Sinishtaj** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ellen Sinopoli** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph A. Sinopoli** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Siringo** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Siringo** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joanna Sirotnikov** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Oleg Sirotnikov** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Darren Massa** represented by **Brett Andrew Zekowski**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cheryl Smallwood** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephen Smallwood** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Albertha Smith** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aston Smith** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deborah Smith** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brenda P Smith** represented by **Stephenie Lannigan Bross**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Clarence Smith** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joyce Smith** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gary Smith** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Overta Smith** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nathan Smith** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raynard Smith** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rita Smith** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melvin Smith** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kimberly Smith**
*as Personal Representative of the Estate of Carmen Michael D'Auria, Deceased Parent of Michael D'Auria, Deceased*
represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Smoot** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Snead** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jackson Adelaja** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Doug Sneider** represented by

| | | |
|---|---|---|
| | | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Susan Sneider** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Raymond Soldiviero** | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Dana Soler** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Shawn Soler** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Sharon Solomon** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |

**Melvyn Solomon** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sheryl Solomon** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Sorensen** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carmen Soto** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Caroline Soto** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Francisco Soto** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Freddy Soto** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **George Soto** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **James South, Jr.** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Tanya South** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Frederick Spaeth** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Marcia Spaeth** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Annette L. Spellen** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerry Speziale** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Saviour S. Spiteri** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peggy Spiteri** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jane St. Lifer Kennedy** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Stackpole** represented by **Brett Andrew Zekowski**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Belinda Siciliano−Stackpole** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diana Claire Stagner** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerry Lanning** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Stanco** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Stanco** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zachary Stankaitis** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Orest Starostiak** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Steck** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Steck** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jhonson Arichabala** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lametric Butler**
*as the Personal Representative and/or Proposed Administrator of the Estate of Floyd Phifer, deceased, and on behalf of all survivors of Floyd Phifer*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lametric Butler**
*as the Child of Floyd Phifer, deceased*
represented by **John Patrick Dearie**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frederick Caccamo** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Cahill** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Califano** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deborah Calise**
*as the Personal Representative and/or Proposed Administrator of the Estate of Michael Calise, deceased, and on behalf of all survivors of Michael Calise*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deborah Calise**
*as the Spouse of Michael Calise, deceased*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edwin Callahan** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nelson Campoverde** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angela Canfield**
*as the Personal Representative and/or Proposed Administrator of the Estate of John Canfield, deceased, and on behalf of all survivors of John Canfield*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angela Canfield**
*as the Spouse of John Canfield, deceased*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Cangiarella** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Capolino**
*as the Personal Representative and/or Proposed Administrator of the Estate of Craig Capolino, deceased, and on behalf of all survivors of Craig Capolino*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Capolino**
*as the Child of Craig Capolino, deceased*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Caporale** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Idalia Caraballo** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Carberry** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Osvaldo Carbonell** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hector Cardenas** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Carini** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Carini** represented by **John Patrick Dearie**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Carlin** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Carlo**
*as the Personal Representative and/or Proposed Administrator of the Estate of Madeline Carlo, deceased, and on behalf of all survivors of Madeline Carlo*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Carlo**
*as the Sibling of Madeline Carlo, deceased*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Carlo** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dominick Carolei** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Carr** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Timothy Carroll** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Cascio**
*as the Personal Representative and/or Proposed Administrator of the Estate of Anthony Cascio, deceased, and on behalf of all survivors of Anthony Cascio*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Cascio**
*as the Spouse of Anthony Cascio, deceased*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony T. Castano** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Judith Castellanos** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Connie Castelli**
*as the Personal Representative and/or Proposed Administrator of the Estate of Vincent Castelli, deceased, and on behalf of all survivors of Vincent Castelli*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Connie Castelli**
*as the Spouse of Vincent Castelli, deceased*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Castoro** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Olga Castro** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Phil Catania** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Glenn V. Catanzaro** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Ceparano** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Octavio Cerquera** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Joy Chambers**<br>*as the Personal Representative and/or Proposed Administrator of the Estate of Ronald Elliott, deceased, and on behalf of all survivors of Ronald Elliott* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Joy Chambers**<br>*as the spouse of Ronald Elliott, deceased* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Trevor Chambers** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Champion** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Franklin Chandler** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Stephen Chase** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Marilyn Cheeks**<br>*as the Personal Representative and/or Proposed Administrator of the Estate of Steven Cheeks, deceased, and on behalf of all survivors of Steven Cheeks* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Marilyn Cheeks**<br>*as the spouse of Steven Cheeks, deceased* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Susan Chew**<br>*as the Personal Representative and/or Proposed Administrator of the Estate of* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY* |

*Carlton Chew, deceased, and on behalf of all survivors of Carlton Chew* — *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan Chew**
*as the spouse of Carlton Chew*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tommy Chin**
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Chintalan**
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samuel Cicalese**
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Cimaglia**
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Benjamin Cintron**
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen Ciron**
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Ciruzzi**
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Denise Clark**
*as the Personal Representative and/or Proposed Administrator of the Estate of Walter Clark, deceased, and on behalf of all survivors of Walter Clark*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Denise Clark**<br>*as the spouse of Walter Clark, deceased* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **David Steffenella** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Clark** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Peter Classi** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kristine Steffenella** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Manuel Cobo** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Donna Steininger** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Annie Stephens** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| | | **Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Whitson Stephenson** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Joyce Stephenson** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Stanley Stephenson** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **James J. Steurer** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Elaine Stevens** | represented by | **Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Cheryle Stevens** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| | | **Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Newman Stevens** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Frederick Stevenson** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Richard Stokes** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Margaree Stewart**<br>*as Administrator of the estate of Geraldine White, deceased* | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Laurie Stila** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |

**Judith Stockman** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gil Shapiro** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Denise Stoltzenberg** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Stoltzenberg** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Catherine Strange** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Strange, Sr.** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Striffolino** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joanne Striffolino** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kimberly Strohschein** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Strohschein** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Beatrice Strusman** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Moshe Strusman** represented by **Brett Andrew Zekowski**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edgar Sullivan** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Sullivan** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maryellen Sullivan** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Drinda Sullivan** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steve Krokowski** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Kubinski** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephen Kubinski** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Kushner** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theresa Kushner** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jan Kwartowitz** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Osa Kyum** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Debra Hillsman** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jonathan Labozzetta** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Lacey** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angel Lackington** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barry Lackington** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jacques Lafontant** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carmella Lagana** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Lagana** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Laino** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**George Lam** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leslaine Lambert** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kim Lamela** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Coffen** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gary Coffey** represented by **John Patrick Dearie**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stefan Cohen** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Beth Colby Dalton**
*as the Personal Representative and/or Proposed Administrator of the Estate of Charles Dalton, deceased, and on behalf of all survivors of Charles Dalton*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Beth Colby Dalton**
*as the spouse of Charles Dalton, deceased*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Colletti** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Collyer** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Juan Colon** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Connolly** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Conway** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Clint Corbett** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Howard Corr** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Corridan** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Cosenza** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James G. Cosgrove** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Cosmello** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cathy Coster** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Coughlin** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kimberly Cowell** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Craig G. Cowell** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carlo A. Crespo** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Timothy Cromie** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Luis Cuevas** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Karen Culmer**<br>*as the Personal Representative and/or Proposed Administrator of the Estate of Roger Culmer, deceased, and on behalf of all survivors of Roger Culmer* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Karen Culmer**<br>*as the spouse of Roger Culmer* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Thomas Cunningham** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Darlene Curaba** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Donald Curaba** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **James Curran** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Willard Moss** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Dawna Mraz** | represented by | **John Patrick Dearie**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Muggeo** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Mullin** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Mundy** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vince Munoz** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Munson** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Murphy**
*TERMINATED: 08/20/2024*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eugene Murphy** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Murray** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ferlisha Murray** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angelo Musicaro** represented by

| | | |
|---|---|---|
| | | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Stephen Napolitano** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Stephen Naso** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Thomas Neal** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Oscar Negrete** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Gene Newton** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Yvonne Nickens**<br>*as the Personal Representative and/or Proposed Administrator of the Estate of Charles Bullock, deceased, and on behalf of all survivors of Charles Bullock* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Yvonne Nickens**<br>*as the spouse of Charles Bullock, deceased* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Yvonne Nickens** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Daren Nietzschmann** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Uless Nixon** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Noga**
*as the Personal Representative and/or Proposed Administrator of the Estate of Krzysztof Noga, deceased, and on behalf of all survivors of Krzysztof Noga*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Noga**
*as the spouse of Krzysztof Noga, deceased*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Nolan** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Nuccio** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Nullet**
*as the Personal Representative and/or Proposed Administrator of the Estate of Ronald Nullet, deceased, and on behalf of all survivors of Ronald Nullet*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Nullet**
*as the spouse of Ronald Nullet, deceased*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arnaldo A. Nunez** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Obdyke** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Obermaier** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lewis Oldenbuttel** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Oliver** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janel Oliver** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Olkhovich** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John O'Shaughnessy** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Luis Pachay** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Miriam Pachay** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gabriele Pacino** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wilfredo Padro** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Keith Pagano** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Nathan Page** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Jack Palazzo** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**William Palmer** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Vincent Palmieri** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Eric Paras** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Jerome Parrino** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Barry Parsons** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Steven Partland** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Lisa Passalacqua**
*as the Personal Representative and/or Proposed Administrator of the Estate of*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*

| | | |
|---|---|---|
| *Mark Passalacqua, deceased, and on behalf of all survivors of Mark Passalacqua* | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Lisa Passalacqua**<br>*as the child of Mark Passalacqua, deceased* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Richard Passaretti** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kenth Patterson** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Roger Paul** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Rachealle Paul** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Elizabeth Lamattina** | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kim Lamela** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Salvatore Lamela** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ann LaMorte** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martha Larkins** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Vasil** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen Larsen** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicholas R. LaRusso** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Lathrop** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kaloni Lathrop** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gerald Lauber** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Madeleine Lauber** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Laurelli** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tracey Laurelli** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Denise Lawn** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Forrest Lawn** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donald Learn** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Francis Leckler** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Renee Leckler** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eduardo Ledesma** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erlinda Ledesma** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Connie Lee** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Howard Jr. Lee** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Pawlikowsky** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Payne** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Pelusio** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Pepe** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jonita Lee** represented by **Brett Andrew Zekowski**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Lee** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sonja Lee** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lucille Legato**
*as administrator of the estate of Rocco Legato, deceased* represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gregory Leggett** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leon Lejda** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marjorie Lejda** represented by **Brett Andrew Zekowski**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gwynne Lennon** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Lennon** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Lentz** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arthur Leon** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marsha Leon** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Eric S. Leonard** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Stephanie Leonard** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Julius Leonard** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Michael Leonard** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Sonji Leonard**
*As Administrator of the Estate of Sean Leonard, deceased, and individually*
represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Lillie Marie Leonardi** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Leonardi** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeffrey Letellier**
*as administrator of the estate of Dotty Letellier, deceased* represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Levandoski** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Margaret Levandoski** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Philip Levenson** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shanon Levenson** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Denise Lewandoski** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leonard Lewandoski** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David L. Lewis** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edith Lewis** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edna Lewis** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Lewis** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Franklin Lewis** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Lewis** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Annette Telfer−Lewis** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Lewis** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wilma Lewis** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rayvon Lewis** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Lewis** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Liaci** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Liakos** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Odette Liakos** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eng Lian** represented by **Brett Andrew Zekowski**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**May Lian** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sheila R. Lieber** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph R. Lienau** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Margaret Lienau** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angela Linbergh** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Norman Lind, III** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Lind** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sharon Lindo** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Denise Lisi** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard S. Lisi** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donovan Livermore** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sidoney Haye−Livermore** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jason Lobman** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony LoGiudice** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathy LoGiudice** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Lombardo** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Veronica Lombardo** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frances Long** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Veronica Loomis** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eric Lopez** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nilsa Lopez** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rafaelina Lopez** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)

| | | |
|---|---|---|
| | | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br>**Arnaldo Lopez** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br>**Cecelia Park−Lopez** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br>**Joseph Lopez** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br>**Anthony Lopez** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br>**Yvelisse Lopez** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br>**Nelson Lopez** | represented by | **Brett Andrew Zekowski**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard LoPresti** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janice LoPresti** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jane LoPresti** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony LoPresto** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jean LoPresto** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **David Love** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Rosanne Lovera** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Sergio Lovera** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Edward Lubach** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Michael Luby** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Gordon M. Ludwig** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Christal Lynch** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eileen Lyons** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Lyons** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Salvatore Macaluso** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Mack** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charlie Mackie** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| | | **Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Linda Mackie** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Bruce Madonna** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Rosa Madonna** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Christine Magan** | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jason Maggio** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jason Maggio** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carolene Mahnken** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Maiello** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Maier** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michele Mainvielle** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alexander Maio** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jean Maio** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosalba Maiurro** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Allen Majors** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shirley Majors** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anna Maks** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Claudio Malave** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adolfo Maldonado** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Minerva Maldonado** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ramon Maldonado** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna Malkentzos** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Mammolito** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bart Mangiapanella** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joanna Mangiapanella** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anna Marie Mangiaracina** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cheryl Mangin** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maureen Mania** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Mania** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ida Mann** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Mann Sr.** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| | | **Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br>**Brian Manning** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br>**Serena Manning** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br>**Allegra Maple** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br>**Cathy A. Marchese−Collins** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br>**Sandra Marcus** | represented by | **Stephenie Lannigan Bross**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br>**Mark Mardenfeld** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br>**Judith Mardenfeld** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>**Plaintiff**</u>

**Christopher Martinez** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Nelson Martinez** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Marie Masella** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Robert Masella** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Nancy Masi** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Darrell Massingale** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Colleen Mastromano** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Mastromano** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leonardo Mateo** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Myah Mathura** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Johnny Matias** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Willie Matos** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lillian Matos** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angeonell Matthews** represented by **Brett Andrew Zekowski**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frederick Matthews** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jan Matula** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edmund Matusiak** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marie Matusiak** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Matuszak** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kerri Dawn Matuszak** represented by **Brett Andrew Zekowski**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aldo Mauro** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emma Maynard** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wilfredo Nina** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bill Collins** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nathaniel Mays** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Beverly Maysonet** represented by **Brett Andrew Zekowski**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Debra−Ann Mazaras** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Claude Mazza** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marilyn Mazza** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Mazella** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frances Mazella** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kimberly Mazzelli** represented by **Brett Andrew Zekowski**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lawrence Mazzelli** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Phyllis McAllister** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alonzo E. McBean** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carol McBean** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward McBean** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Phyllis McBride** represented by **Stephenie Lannigan Bross**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ann Marie McCabe** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William McCabe** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melvin McCain** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeffery C. McCall** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Katherine McCamy** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ann H. McCardle** represented by **Brett Andrew Zekowski**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gary McCardle** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laura McCarthy** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mathew McCarthy** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Mariano** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shirley Mariano** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Plaintiff

**Larry Markin** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Plaintiff

**Carlo A. Marotta Jr.** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Plaintiff

**Cheryl Marotta** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Plaintiff

**Socorro Marquez** represented by **Stephenie Lannigan Bross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Plaintiff

**Joseph Marrero** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Plaintiff

**John Marrone** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lori Ann Marrone** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diana Marshall** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Clifton Marshall** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janice Marshall** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Marte** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Martin** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Monte Martin** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Miledi Figueroa−Martin** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Martin** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alexis Martin** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emma Maynard** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kyle P. Allingham** represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Maximilion P. Arczynski** represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Nicholas Berger** represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Eric J. Chalcoff** represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Jeannette Bergquist** represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Karoline Lin** represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Sophia J. McHugh** represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Katherine M. Siller** represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Kara Sutcliffe** represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Antonio Agnello**
*Sibling of 9/11 Decedent Joseph Agnello*
represented by **Antonio Agnello**
PRO SE

<u>**Plaintiff**</u>

**Jeremy Asher**
*Child of 9/11 Decedent Michael Edward Asher*
represented by **Jeremy Asher**
PRO SE

**Plaintiff**

| | | |
|---|---|---|
| **Rachel Asher**<br>*Child of 9/11 Decedent Michael Edward Asher* | represented by | **Rachel Asher**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Steven A. Bernstein**<br>*Sibling of 9/11 Decedent William M. Bernstein* | represented by | **Steven A. Bernstein**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Christopher D. Betterly**<br>*Sibling of 9/11 Decedent Timothy D. Betterly* | represented by | **Christopher D. Betterly**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Matthew H. Booms**<br>*Sibling of 9/11 Decedent Kelly Ann Booms* | represented by | **Matthew H. Booms**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Thomas Edward Booms**<br>*Sibling of 9/11 Decedent Kelly Ann Booms* | represented by | **Thomas Edward Booms**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Mary Ann Brennan**<br>*Personal Representative of the Estate of Michael F. Brennan, Deceased Parent of 9/11 Decedent Michael E. Brennan* | represented by | **Mary Ann Brennan**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Meghan J. Brethel**<br>*Child of 9/11 Decedent Daniel J. Brethel* | represented by | **Meghan J. Brethel**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Kelsey Coventry Buchanan**<br>*Sibling of 9/11 Decedent Brandon J. Buchanan* | represented by | **Kelsey Coventry Buchanan**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Lindsay S. Buchanan**<br>*Sibling of 9/11 Decedent Brandon J. Buchanan* | represented by | **Lindsay S. Buchanan**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Kevin Michael Burke**<br>*Sibling of 9/11 Decedent Matthew J. Burke* | represented by | **Kevin Michael Burke**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Charles Gavin McNulty**<br>*as Personal Representative of the Estate of Mary Ellen McNulty, Deceased Sibling of Nancy Clare Bueche, Deceased* | represented by | **Charles Gavin McNulty**<br>PRO SE |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Catherine M. Nolan**<br>*Fiance of 9/11 Decedent Michael Joseph Armstrong* | represented by | **Catherine M. Nolan**<br>PRO SE |
| **Plaintiff** | | |
| **Daniel A. Walisiak**<br>*Fiance of 9/11 Decedent Susan L. Blair* | represented by | **Daniel A. Walisiak**<br>PRO SE |
| **Plaintiff** | | |
| **Joel Avi Willcher**<br>*Child of 9/11 Decedent Ernest M. Willcher* | represented by | **Joel Avi Willcher**<br>PRO SE |
| **Plaintiff** | | |
| **Shelby Tyler Williams**<br>*Child of 9/11 Decedent Dwayne Williams* | represented by | **Shelby Tyler Williams**<br>PRO SE |
| **Plaintiff** | | |
| **Santi Yambem**<br>*Child of 9/11 Decedent Jupiter Yambem* | represented by | **Santi Yambem**<br>PRO SE |
| **Plaintiff** | | |
| **Brian Eric Yarnell**<br>*Sibling of 9/11 Decedent Matthew David Yarnell* | represented by | **Brian Eric Yarnell**<br>PRO SE |
| **Plaintiff** | | |
| **Deborah L. Barrett**<br>*Fiance of 9/11 Decedent Brian T.Cummins* | represented by | **Deborah L. Barrett**<br>PRO SE |
| **Plaintiff** | | |
| **Paul Kevin Burke**<br>*Sibling of 9/11 Decedent Matthew J. Burke* | represented by | **Paul Kevin Burke**<br>PRO SE |
| **Plaintiff** | | |
| **Terence Patrick Burke**<br>*Sibling of 9/11 Decedent Matthew J. Burke* | represented by | **Terence Patrick Burke**<br>PRO SE |
| **Plaintiff** | | |
| **Anna Clare Burnett**<br>*Child of 9/11 Decedent Thomas E. Burnett, Jr.* | represented by | **Anna Clare Burnett**<br>PRO SE |
| **Plaintiff** | | |
| **Halley Elizabeth Burnett**<br>*Child of 9/11 Decedent Thomas E. Burnett, Jr.* | represented by | **Halley Elizabeth Burnett**<br>PRO SE |
| **Plaintiff** | | |
| **Madison Margaret Burnett**<br>*Child of 9/11 Decedent Thomas E. Burnett, Jr.* | represented by | **Madison Margaret Burnett**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Albert Caggiano**<br>*Sibling of 9/11 Decedent Richard M. Caggiano* | represented by | **Michael Albert Caggiano**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Albert E. Caggiano, Jr.**<br>*Parent of 9/11 Decedent Richard M. Caggiano* | represented by | **Albert E. Caggiano, Jr.**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Brett Cahill**<br>*Child of 9/11 Decedent John B. Cahill* | represented by | **Brett Cahill**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Christine Kathryn Cochet**<br>*Sibling of 9/11 Decedent Robert Joseph Coll, II* | represented by | **Christine Kathryn Cochet**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Dineen Ann Connolly**<br>*Child of 9/11 Decedent John E. Connolly, Jr.* | represented by | **Dineen Ann Connolly**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **John Patrick Connolly**<br>*Child of 9/11 Decedent John E. Connolly, Jr.* | represented by | **John Patrick Connolly**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Patrick Liam Craig Connolly**<br>*Child of 9/11 Decedent John E. Connolly, Jr.* | represented by | **Patrick Liam Craig Connolly**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Mischele Ann Crew−Williams**<br>*Sibling of 9/11 Decedent Beverly L. Curry* | represented by | **Mischele Ann Crew−Williams**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **John Crisci**<br>*Child of 9/11 Decedent John A. Crisci* | represented by | **John Crisci**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Alicia Ann Fitzgerald**<br>*Sibling of 9/11 Decedent Matthew J. Burke* | represented by | **Alicia Ann Fitzgerald**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Serena Giovi**<br>*Fiance of 9/11 Decedent Stephen J. Colaio* | represented by | **Serena Giovi**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jessica Nardone**<br>*Fiance of 9/11 Decedent Scott Thomas* | represented by | **Jessica Nardone**<br>PRO SE |

*Coleman*

**Plaintiff**

| | | |
|---|---|---|
| **Cheryl Lynn O'Brien**<br>*Personal Representative of the Estate of Albert C. Cuccinello, Deceased Parent of 9/11 Decedent Thelma Cuccinello* | represented by | **Cheryl Lynn O'Brien**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Erin Ryan**<br>*Fiance of 9/11 Decedent Michael R. Canty* | represented by | **Erin Ryan**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Joan Cuneo**<br>*in their own right as the sibling of Charles Garbarini, deceased* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Anthony Joseph D'Atri**<br>*Child of 9/11 Decedent Edward A. D'Atri* | represented by | **Anthony Joseph D'Atri**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Edward D'Atri**<br>*Child of 9/11 Decedent Edward A. D'Atri* | represented by | **Michael Edward D'Atri**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jalin Danielle Debeuneure**<br>*Child of 9/11 Decedent James D. Debeuneure* | represented by | **Jalin Danielle Debeuneure**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Anthony DiFato**<br>*Child of 9/11 Decedent John DiFato* | represented by | **Anthony DiFato**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **John DiFato**<br>*Child of 9/11 Decedent John DiFato* | represented by | **John DiFato**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Nicole DiFato**<br>*Child of 9/11 Decedent John DiFato* | represented by | **Nicole DiFato**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Erin R. Dickinson**<br>*Child of 9/11 Decedent Lawrence Patrick Dickinson* | represented by | **Erin R. Dickinson**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Shannon Marie Fergus**<br>*Child of 9/11 Decedent Edward Thomas Fergus, Jr.* | represented by | **Shannon Marie Fergus**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| | represented by | |

| | | |
|---|---|---|
| **Minnie Domenica Ferro**<br>*Parent of 9/11 Decedent Louis V. Fersini, Jr.* | | **Minnie Domenica Ferro**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Elsa Sue Fisher**<br>*Sibling of 9/11 Decedent Gerald Paul Fisher* | represented by | **Elsa Sue Fisher**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Samantha Lee Foo**<br>*Child of 9/11 Decedent Chih Min Foo* | represented by | **Samantha Lee Foo**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jason Lee Foo**<br>*Child of 9/11 Decedent Chih Min Foo* | represented by | **Jason Lee Foo**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **David Konigsberg**<br>*Fianc of 9/11 Decedent Barbara Etzold* | represented by | **David Konigsberg**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Kristen Lima**<br>*Child of 9/11 Decedent Martin N. DeMeo* | represented by | **Kristen Lima**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Christine Ann Norris**<br>*Personal Representative of the Estate of Patricia Marie Geidel, Deceased Parent of 9/11 Decedent Gary Paul Geidel* | represented by | **Christine Ann Norris**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Caroline Parks**<br>*Sibling of 9/11 Decedent Ryan D. Fitzgerald* | represented by | **Caroline Parks**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Gail Marie Silke**<br>*Personal Representative of the Estate of Letitia Driscoll, Deceased Parent of 9/11 Decedent Stephen Patrick Driscoll*<br>*TERMINATED: 08/20/2024* | represented by | **Gail Marie Silke**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Roman Anthony**<br>*Fiance of 9/11 Decedent Jennifer Mazzotta* | represented by | **Roman Anthony**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Maureen Rose Baumgartel**<br>*Sibling of 9/11 Decedent Kevin Michael McCarthy* | represented by | **Maureen Rose Baumgartel**<br>PRO SE |

**Plaintiff**

**Kathleen McGovern DeCasper**
*Sibling of 9/11 Decedent William J.*

*McGovern*
*TERMINATED: 08/20/2024*

**Plaintiff**

**Robert J Lunder** represented by **Robert J Lunder**
*Sibling of 9/11 Decedent Christopher Edmund Lunder*
PRO SE

**Plaintiff**

**Natalia Lygina** represented by **Natalia Lygina**
*Sibling of 9/11 Decedent Alexander Lygin*
PRO SE

**Plaintiff**

**Ashley Nicole Lynch** represented by **Ashley Nicole Lynch**
*Child of 9/11 Decedent Terence M. Lynch*
PRO SE

**Plaintiff**

**Kevin Thomas Lynch** represented by **Kevin Thomas Lynch**
*Sibling of 9/11 Decedent Michael Francis Lynch*
PRO SE

**Plaintiff**

**Thomas Christopher Lynch** represented by **Thomas Christopher Lynch**
*Sibling of 9/11 Decedent Michael Francis Lynch*
PRO SE

**Plaintiff**

**Mark Loomis Madden** represented by **Mark Loomis Madden**
*Sibling of 9/11 Decedent Richard B. Madden*
PRO SE

**Plaintiff**

**Mark Loomis Madden** represented by **Mark Loomis Madden**
*Personal Representative of the Estate of Robert Twining Madden Sr., Deceased Parent of 9/11 Decedent Richard B. Madden*
(See above for address)
PRO SE

**Plaintiff**

**Christine Marie Marlo−Triemstra** represented by **Christine Marie Marlo−Triemstra**
*Sibling of 9/11 Decedent Kevin D. Marlo*
PRO SE

**Plaintiff**

**Sean Thomas McCann** represented by **Sean Thomas McCann**
*Child of 9/11 Decedent Thomas J. McCann*
PRO SE

**Plaintiff**

**Chelsea McCarthy** represented by **Chelsea McCarthy**
*Step−child of 9/11 Decedent Kevin Michael McCarthy*
PRO SE

**Plaintiff**

**Thomas Walter McDonnell** represented by **Thomas Walter McDonnell**
*Child of 9/11 Decedent Brian G.*
PRO SE

*McDonnell*

**Plaintiff**

**Danielle McGuinn** represented by **Danielle McGuinn**
*Child of 9/11 Decedent Francis Noel McGuinn*
PRO SE

**Plaintiff**

**Michael J. McHugh** represented by **Michael J. McHugh**
*Sibling of 9/11 Decedent Dennis P. McHugh*
PRO SE

**Plaintiff**

**Bridgette Ann McNulty** represented by **Bridgette Ann McNulty**
*Sibling of 9/11 Decedent Sean Peter McNulty*
PRO SE

**Plaintiff**

**Maryellen McCarthy Rice** represented by **Maryellen McCarthy Rice**
*Sibling of 9/11 Decedent Kevin Michael McCarthy*
PRO SE

**Plaintiff**

**Courtney Erin Sosna** represented by **Courtney Erin Sosna**
*Child of 9/11 Decedent Thomas J. McCann*
PRO SE

**Plaintiff**

**Karen McCarthy Toomey** represented by **Karen McCarthy Toomey**
*Sibling of 9/11 Decedent Kevin Michael McCarthy*
PRO SE

**Plaintiff**

**Kenneth G. Calewarts** represented by **Kenneth G. Calewarts**
*Personal Representative of the Estate of James Arthur Hart, Jr., Deceased Sibling of 9/11 Decedent John P. Hart*
PRO SE

**Plaintiff**

**Hanifa Donbalic** represented by **Hanifa Donbalic**
*Spouse of 9/11 Decedent Mon Gjonbalaj*
PRO SE

**Plaintiff**

**Christine Marie Galard** represented by **Christine Marie Galard**
*Sibling of 9/11 Decedent Joseph Grzelak*
PRO SE

**Plaintiff**

**Roman Gertsberg** represented by **Roman Gertsberg**
*Personal Representative of the Estate of Anna Gertsberg, Deceased Parent of 9/11 Decedent Marina Romanovna Gertsberg*
PRO SE

**Plaintiff**

**Mason Moseley Gilbey** represented by **Mason Moseley Gilbey**
*Child of 9/11 Decedent Paul Stuart*
PRO SE

*Gilbey*

**Plaintiff**

| | | |
|---|---|---|
| **Bekim Gjonbalaj**<br>*Child of 9/11 Decedent Mon Gjonbalaj* | represented by | **Bekim Gjonbalaj**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Selim Gjonbalaj**<br>*Child of 9/11 Decedent Mon Gjonbalaj* | represented by | **Selim Gjonbalaj**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Gary S. Graifman**<br>*Sibling of 9/11 Decedent David Martin Graifman* | represented by | **Gary S. Graifman**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Danielle Tiffany Green**<br>*Child of 9/11 Decedent Wade Brian Green* | represented by | **Danielle Tiffany Green**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Michael J. Greenstein**<br>*Personal Representative of the Estate of Eva Rebecca Greenstein, Deceased Parent of 9/11 Decedent Eileen Greenstein* | represented by | **Michael J. Greenstein**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **James Thomas Gregory**<br>*Child of 9/11 Decedent Donald H. Gregory* | represented by | **James Thomas Gregory**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Halderman**<br>*Sibling of 9/11 Decedent David Halderman* | represented by | **Michael Halderman**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Steve Halderman**<br>*Sibling of 9/11 Decedent David Halderman* | represented by | **Steve Halderman**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **James Thomas Gregory**<br>*Child of 9/11 Decedent Donald H. Gregory* | represented by | **James Thomas Gregory**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Halderman**<br>*Sibling of 9/11 Decedent David Halderman* | represented by | **Michael Halderman**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Steve Halderman**<br>*Sibling of 9/11 Decedent David Halderman* | represented by | **Steve Halderman**<br>(See above for address)<br>PRO SE |

**Plaintiff**

**Christopher Paul Hashem**
*Child of 9/11 Decedent Peter Paul Hashem*
represented by **Christopher Paul Hashem**
PRO SE

**Plaintiff**

**Debra Ann Lauro**
*Child of 9/11 Decedent Joseph Grzelak*
represented by **Debra Ann Lauro**
PRO SE

**Plaintiff**

**Shkurta Nikaj**
*Child of 9/11 Decedent Mon Gjonbalaj*
represented by **Shkurta Nikaj**
PRO SE

**Plaintiff**

**Christopher Paul Hashem**
*Child of 9/11 Decedent Peter Paul Hashem*
represented by **Christopher Paul Hashem**
(See above for address)
PRO SE

**Plaintiff**

**Debra Ann Lauro**
*Child of 9/11 Decedent Joseph Grzelak*
represented by **Debra Ann Lauro**
(See above for address)
PRO SE

**Plaintiff**

**Christine Olsen**
*Sibling of 9/11 Decedent David Halderman*
represented by **Christine Olsen**
PRO SE

**Plaintiff**

**Kristie Lynn Perrotta**
*Child of 9/11 Decedent Joseph Grzelak*
represented by **Kristie Lynn Perrotta**
PRO SE

**Plaintiff**

**Sara E. Walling**
*Child of 9/11 Decedent Donald H. Gregory*
represented by **Sara E. Walling**
PRO SE

**Plaintiff**

**Imani Marie Dorsey**
*Child of 9/11 Decedent Dora Marie Menchaca*
represented by **Imani Marie Dorsey**
PRO SE

**Plaintiff**

**Jaryd Alexander Dorsey**
*Child of 9/11 Decedent Dora Marie Menchaca*
represented by **Jaryd Alexander Dorsey**
PRO SE

**Plaintiff**

**Thomas James Hart, Sr.**
*Personal Representative of the Estate of Bernadette M. Hart, Deceased Sibling of 9/11 Decedent Thomas Gerard OHagan*
represented by **Thomas James Hart, Sr.**
PRO SE

**Plaintiff**

**Jacqueline Menchaca Karastamatis**
*Sibling of 9/11 Decedent Dora Marie Menchaca*
represented by **Jacqueline Menchaca Karastamatis**
PRO SE

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Clare Regina Mayer**<br>*Sibling of 9/11 Decedent Thomas Gerard OHagan* | represented by | **Clare Regina Mayer**<br>PRO SE |
| **Plaintiff** | | |
| **Michelle Ann McNulty**<br>*Sibling of 9/11 Decedent Sean Peter McNulty* | represented by | **Michelle Ann McNulty**<br>PRO SE |
| **Plaintiff** | | |
| **Richard Thomas McNulty**<br>*as Personal Representative of the Estate of Rosanne Atchue McNulty, Deceased Parent of Sean Peter McNulty, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Enid Medina**<br>*Child of 9/11 Decedent Abigail Medina* | represented by | **Enid Medina**<br>PRO SE |
| **Plaintiff** | | |
| **Ignacia R. Menchaca**<br>*Parent of 9/11 Decedent Dora Marie Menchaca* | represented by | **Ignacia R. Menchaca**<br>PRO SE |
| **Plaintiff** | | |
| **John J. Menchaca**<br>*Sibling of 9/11 Decedent Dora Marie Menchaca* | represented by | **John J. Menchaca**<br>PRO SE |
| **Plaintiff** | | |
| **Jose Menchaca, Jr.**<br>*Sibling of 9/11 Decedent Dora Marie Menchaca* | represented by | **Jose Menchaca, Jr.**<br>PRO SE |
| **Plaintiff** | | |
| **Mark Anthony Menchaca**<br>*Sibling of 9/11 Decedent Dora Marie Menchaca* | represented by | **Mark Anthony Menchaca**<br>PRO SE |
| **Plaintiff** | | |
| **Nancy Jo Menchaca**<br>*Sibling of 9/11 Decedent Dora Marie Menchaca* | represented by | **Nancy Jo Menchaca**<br>PRO SE |
| **Plaintiff** | | |
| **Christine Mitchell**<br>*Child of 9/11 Decedent Paul T. Mitchell* | represented by | **Christine Mitchell**<br>PRO SE |
| **Plaintiff** | | |
| **Brian Charles Niederer**<br>*Sibling of 9/11 Decedent Martin Stewart Niederer* | represented by | **Brian Charles Niederer**<br>PRO SE |
| **Plaintiff** | | |
| **Marilyn Niederer**<br>*Parent of 9/11 Decedent Martin Stewart* | represented by | **Marilyn Niederer**<br>PRO SE |

*Niederer*

**Plaintiff**

**Juan Nieves** represented by **Juan Nieves**
*Child of 9/11 Decedent Christine Lee Nieves*
PRO SE

**Plaintiff**

**John Joseph O'Hagan** represented by **John Joseph O'Hagan**
*Sibling of 9/11 Decedent Thomas Gerard OHagan*
PRO SE

**Plaintiff**

**Christopher Graig Olcott** represented by **Christopher Graig Olcott**
*Child of 9/11 Decedent Gerald M. Olcott*
PRO SE

**Plaintiff**

**Sara Ann Schultz** represented by **Sara Ann Schultz**
*Sibling of 9/11 Decedent Sean Peter McNulty*
PRO SE

**Plaintiff**

**Rebecca Chang** represented by **Rebecca Chang**
*Step−child of 9/11 Decedent Salvatore A. Fiumefreddo*
PRO SE

**Plaintiff**

**Douglas C. Cleary** represented by **Douglas C. Cleary**
*Fianc of 9/11 Decedent Elizabeth C. Logler*
PRO SE

**Plaintiff**

**Annemarie D'Emic** represented by **Annemarie D'Emic**
*Sibling of 9/11 Decedent Charles F.X. Heeran*
PRO SE

**Plaintiff**

**Patrick James Hashem** represented by **Patrick James Hashem**
*Child of 9/11 Decedent Peter Paul Hashem*
PRO SE

**Plaintiff**

**Ryan Allen Hayes** represented by **Ryan Allen Hayes**
*Child of 9/11 Decedent Robert Jay Hayes*
PRO SE

**Plaintiff**

**Sean Bernard Heeran** represented by **Sean Bernard Heeran**
*Sibling of 9/11 Decedent Charles F.X. Heeran*
PRO SE

**Plaintiff**

**William Heeran** represented by **William Heeran**
*Sibling of 9/11 Decedent Charles F.X. Heeran*
PRO SE

**Plaintiff**

| | | |
|---|---|---|
| **David C. Hemschoot**<br>*Child of 9/11 Decedent Mark Hemschoot* | represented by | **David C. Hemschoot**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jeffrey W. Hemschoot**<br>*Child of 9/11 Decedent Mark Hemschoot* | represented by | **Jeffrey W. Hemschoot**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Derrick J. Hobin**<br>*Child of 9/11 Decedent James J. Hobin* | represented by | **Derrick J. Hobin**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Lyndsey Hughes**<br>*Sibling of 9/11 Decedent Robert T. Hughes, Jr.* | represented by | **Lyndsey Hughes**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Patrick Thomas Hughes**<br>*Child of 9/11 Decedent Thomas F. Hughes, Jr.* | represented by | **Patrick Thomas Hughes**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Michael R. Kasper**<br>*Child of 9/11 Decedent Charles Kasper* | represented by | **Michael R. Kasper**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Bernadette McCann**<br>*Sibling of 9/11 Decedent Charles F.X. Heeran* | represented by | **Bernadette McCann**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Monica Palatucci**<br>*Fiance of 9/11 Decedent Joseph A. Ianelli* | represented by | **Monica Palatucci**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Margaret Anne Pettus**<br>*Sibling of 9/11 Decedent Laura M. Longing* | represented by | **Margaret Anne Pettus**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Ashley Rose Reid**<br>*Child of 9/11 Decedent Thomas F. Hughes, Jr.* | represented by | **Ashley Rose Reid**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Melissa White**<br>*Fiance of 9/11 Decedent Ryan Ashley Kohart* | represented by | **Melissa White**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Harlan Gene Yancey**<br>*Parent of 9/11 Decedent Kathryn Laborie* | represented by | **Harlan Gene Yancey**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Maria R. Alfano**<br>*Sibling of 9/11 Decedent Richard A. Palazzolo* | represented by | **Maria R. Alfano**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Nancy Brady**<br>*Sibling of 9/11 Decedent Joseph Plumitallo* | represented by | **Nancy Brady**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Graig Aaron Olcott**<br>*Child of 9/11 Decedent Gerald M. Olcott* | represented by | **Graig Aaron Olcott**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Mary Olsen Olesky**<br>*Sibling of 9/11 Decedent Jeffrey James Olsen* | represented by | **Mary Olsen Olesky**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Todd Keith Olsen**<br>*Sibling of 9/11 Decedent Eric Taube Olsen* | represented by | **Todd Keith Olsen**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Cynthia A. Olsen−Dinkins**<br>*Sibling of 9/11 Decedent Jeffrey James Olsen* | represented by | **Cynthia A. Olsen−Dinkins**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Ryan Orgielewicz**<br>*Child of 9/11 Decedent Christopher T. Orgielewicz* | represented by | **Ryan Orgielewicz**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Thomas Orgielewicz**<br>*Child of 9/11 Decedent Christopher T. Orgielewicz* | represented by | **Thomas Orgielewicz**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Ronald J. Palazzolo**<br>*as Personal Representative of the Estate of Annette M. Palazzolo, Deceased Parent of Richard A. Palazzolo, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Joan Pecoraro**<br>*Sibling of 9/11 Decedent Joseph Plumitallo* | represented by | **Joan Pecoraro**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **David S. Peterson**<br>*Child of 9/11 Decedent Donald A. Peterson* | represented by | **David S. Peterson**<br>PRO SE |

**Plaintiff**

represented by

| | | |
|---|---|---|
| **Gina Pinos**<br>*Fiance of 9/11 Decedent James N. Pappageorge* | | **Gina Pinos**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Steven John Piskadlo**<br>*Child of 9/11 Decedent Joseph Piskadlo* | represented by | **Steven John Piskadlo**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Louis Joseph Plumitallo, Jr.**<br>*Sibling of 9/11 Decedent Joseph Plumitallo* | represented by | **Louis Joseph Plumitallo, Jr.**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Adam Quinn**<br>*Child of 9/11 Decedent Ricardo J. Quinn* | represented by | **Adam Quinn**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Stephen Anthony Ragaglia**<br>*Sibling of 9/11 Decedent Leonard J. Ragaglia* | represented by | **Stephen Anthony Ragaglia**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Sanjay Raju**<br>*Child of 9/11 Decedent Valsa Raju* | represented by | **Sanjay Raju**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Soniya Susan Raju**<br>*Child of 9/11 Decedent Valsa Raju* | represented by | **Soniya Susan Raju**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Adam Mark Rosenblum**<br>*Sibling of 9/11 Decedent Joshua Rosenblum* | represented by | **Adam Mark Rosenblum**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Phyllis Frances Volpe**<br>*Sibling of 9/11 Decedent Joseph Plumitallo* | represented by | **Phyllis Frances Volpe**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jennifer Teague Ayers**<br>*Sibling of 9/11 Decedent Sandra D. Teague* | represented by | **Jennifer Teague Ayers**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Lisa S. Burch**<br>*Sibling of 9/11 Decedent Andrew Stern* | represented by | **Lisa S. Burch**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Vincent A. Milotta**<br>*Fianc of 9/11 Decedent Joann Tabeek* | represented by | **Vincent A. Milotta**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Lawrence A. Rosenblum**<br>*Sibling of 9/11 Decedent Joshua Rosenblum* | represented by | **Lawrence A. Rosenblum**<br>PRO SE |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Ruth Anne Rosenblum**<br>*Sibling of 9/11 Decedent Joshua Rosenblum* | represented by | **Ruth Anne Rosenblum**<br>PRO SE |
| **Plaintiff** | | |
| **Helen Rosenthal**<br>*Personal Representative of the Estate of Marilynn M. Rosenthal, Deceased Parent of 9/11 Decedent Joshua Alan Rosenthal* | represented by | **Helen Rosenthal**<br>PRO SE |
| **Plaintiff** | | |
| **Andrea Sacerdote** | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jennifer Salas**<br>*Child of 9/11 Decedent Juan G. Salas* | represented by | **Jennifer Salas**<br>PRO SE |
| **Plaintiff** | | |
| **Juan Luis Salas**<br>*Child of 9/11 Decedent Juan G. Salas* | represented by | **Juan Luis Salas**<br>PRO SE |
| **Plaintiff** | | |
| **Steven Scarpitta**<br>*Sibling of 9/11 Decedent Michelle Scarpitta* | represented by | **Steven Scarpitta**<br>PRO SE |
| **Plaintiff** | | |
| **Christina Lyn Serva**<br>*Child of 9/11 Decedent Marian Teresa Serva* | represented by | **Christina Lyn Serva**<br>PRO SE |
| **Plaintiff** | | |
| **Edward Sparacio**<br>*Sibling of 9/11 Decedent Thomas Sparacio* | represented by | **Edward Sparacio**<br>PRO SE |
| **Plaintiff** | | |
| **Jack Sparacio, Jr.**<br>*Sibling of 9/11 Decedent Thomas Sparacio* | represented by | **Jack Sparacio, Jr.**<br>PRO SE |
| **Plaintiff** | | |
| **Lauren Stabile**<br>*Child of 9/11 Decedent Michael F. Stabile* | represented by | **Lauren Stabile**<br>PRO SE |
| **Plaintiff** | | |
| **Edward C. Stajk**<br>*Sibling of 9/11 Decedent Gregory Stajk* | represented by | **Edward C. Stajk**<br>PRO SE |
| **Plaintiff** | | |
| | represented by | |

| | | |
|---|---|---|
| **Barbara H. Stern**<br>*Parent of 9/11 Decedent Andrew Stern* | | **Barbara H. Stern**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Emma Florence Stern**<br>*Child of 9/11 Decedent Andrew Stern* | represented by | **Emma Florence Stern**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Michael H. Stern**<br>*Sibling of 9/11 Decedent Andrew Stern* | represented by | **Michael H. Stern**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Larry J. Temple**<br>*Personal Representative of the Estate of Rosalyn Temple, Deceased Sibling of 9/11 Decedent Dorothy Temple* | represented by | **Larry J. Temple**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Laura Jean Troccoli**<br>*Personal Representative of the Estate of Armand M. Talignani, Deceased Sibling of 9/11 Decedent John Marcy Talignani* | represented by | **Laura Jean Troccoli**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Mary Jane Edgar**<br>*Sibling of 9/11 Decedent James Arthur Waring* | represented by | **Mary Jane Edgar**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Helen Jean Feola**<br>*Sibling of 9/11 Decedent James Arthur Waring* | represented by | **Helen Jean Feola**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Helen Jean Feola**<br>*Personal Representative of the Estate of Catherine Mary Waring, Deceased Parent of 9/11 Decedent James Arthur Waring* | represented by | **Helen Jean Feola**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **William Allison Osterholm**<br>*Sibling of 9/11 Decedent Kristin Olga White−Gould* | represented by | **William Allison Osterholm**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Lindsay Grace Tighe**<br>*Child of 9/11 Decedent Stephen Edward Tighe* | represented by | **Lindsay Grace Tighe**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Arlene A. Tipping−Cestari**<br>*Sibling of 9/11 Decedent John J. Tipping II* | represented by | **Arlene A. Tipping−Cestari**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Maureen Tipping−Lipshie**<br>*Sibling of 9/11 Decedent John J.* | represented by | **Maureen Tipping−Lipshie**<br>PRO SE |

*Tipping II*

**Plaintiff**

**Hector Tirado, III** — represented by **Hector Tirado, III**
*Child of 9/11 Decedent Hector Luis Tirado Jr.*
PRO SE

**Plaintiff**

**Ronald Jaquan Tirado** — represented by **Ronald Jaquan Tirado**
*Child of 9/11 Decedent Hector Luis Tirado Jr.*
PRO SE

**Plaintiff**

**Elijah Zane Titus** — represented by **Elijah Zane Titus**
*Sibling of 9/11 Decedent Alicia Nicole Titus*
PRO SE

**Plaintiff**

**Zachery Ian Titus** — represented by **Zachery Ian Titus**
*Sibling of 9/11 Decedent Alicia Nicole Titus*
PRO SE

**Plaintiff**

**Shanoa Dawn Titus−Poston** — represented by **Shanoa Dawn Titus−Poston**
*Sibling of 9/11 Decedent Alicia Nicole Titus*
PRO SE

**Plaintiff**

**Douglas Vialonga** — represented by **Douglas Vialonga**
*Sibling of 9/11 Decedent Christopher Vialonga*
PRO SE

**Plaintiff**

**Susie L. Lopez** — represented by **John Duane**
*as Personal Representative of the Estate of John Martin Lopez, Deceased Sibling of Maclovio Lopez, Jr., Deceased*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Austin A. Vukosa** — represented by **Austin A. Vukosa**
*Child of 9/11 Decedent Alfred Vukosa*
PRO SE

**Plaintiff**

**Phillip Andrew Wahlstrom** — represented by **Phillip Andrew Wahlstrom**
*Child of 9/11 Decedent Mary Alice Wahlstrom*
PRO SE

**Plaintiff**

**Maria Catherine Waring** — represented by **Maria Catherine Waring**
*Child of 9/11 Decedent James Arthur Waring*
PRO SE

**Plaintiff**

**Alissa Loriann Weiss** — represented by **Alissa Loriann Weiss**
*Child of 9/11 Decedent David Martin Weiss*
PRO SE

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Michael Paul Weiss**<br>*Child of 9/11 Decedent David Martin Weiss* | represented by | **Michael Paul Weiss**<br>PRO SE |
| **Plaintiff** | | |
| **Sarah Elizabeth Dietrich**<br>*Child of 9/11 Decedent Karen Lynn Seymour* | represented by | **Sarah Elizabeth Dietrich**<br>PRO SE |
| **Plaintiff** | | |
| **Francesca Marie Picerno**<br>*Child of 9/11 Decedent Matthew M. Picerno* | represented by | **Francesca Marie Picerno**<br>PRO SE |
| **Plaintiff** | | |
| **Matthew Michael Picerno**<br>*Child of 9/11 Decedent Matthew M. Picerno* | represented by | **Matthew Michael Picerno**<br>PRO SE |
| **Plaintiff** | | |
| **Genna Rose Plumitallo**<br>*Child of 9/11 Decedent Joseph Plumitallo* | represented by | **Genna Rose Plumitallo**<br>PRO SE |
| **Plaintiff** | | |
| **Joseph Frank Plumitallo**<br>*Child of 9/11 Decedent Joseph Plumitallo* | represented by | **Joseph Frank Plumitallo**<br>PRO SE |
| **Plaintiff** | | |
| **Lisa Grace Plumitallo**<br>*Child of 9/11 Decedent Joseph Plumitallo* | represented by | **Lisa Grace Plumitallo**<br>PRO SE |
| **Plaintiff** | | |
| **David Alan Pykon**<br>*Personal Representative of the Estate of Francis H. Pykon, Deceased Parent of 9/11 Decedent Edward R. Pykon* | represented by | **David Alan Pykon**<br>PRO SE |
| **Plaintiff** | | |
| **Elena Yuryevna Rapoport**<br>*Child of 9/11 Decedent Faina Aronovna Rapoport* | represented by | **Elena Yuryevna Rapoport**<br>PRO SE |
| **Plaintiff** | | |
| **Matthew Thomas Renda**<br>*Child of 9/11 Decedent Karen Renda* | represented by | **Matthew Thomas Renda**<br>PRO SE |
| **Plaintiff** | | |
| **Daniel Alexander Roberts**<br>*Child of 9/11 Decedent Leo A. Roberts* | represented by | **Daniel Alexander Roberts**<br>PRO SE |
| **Plaintiff** | | |
| **Michael Leo Roberts**<br>*Child of 9/11 Decedent Leo A. Roberts* | represented by | **Michael Leo Roberts**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Taylor Nicole Roberts**<br>*Child of 9/11 Decedent Leo A. Roberts* | represented by | **Jerry Stephen Goldman**<br>Anderson Kill P.C.<br>7 Times Square<br>New York, NY 10036<br>212−278−1569<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Ethan Agustus Rocha**<br>*Child of 9/11 Decedent Antonio Rocha* | represented by | **Ethan Agustus Rocha**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Susan S. Rosenblum**<br>*Personal Representative of the Estate of Richard M. Rosenblum, Deceased Parent of 9/11 Decedent Joshua Rosenblum* | represented by | **Susan S. Rosenblum**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Sara Jan Rothenberg**<br>*Child of 9/11 Decedent Mark D. Rothenberg* | represented by | **Sara Jan Rothenberg**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Ethan Myles Ruhalter**<br>*Child of 9/11 Decedent Mark D. Ruhalter* | represented by | **Ethan Myles Ruhalter**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Charles Thomas Sabella**<br>*Personal Representative of the Estate of Edward Sabella, Deceased Parent of 9/11 Decedent Thomas E. Sabella* | represented by | **Charles Thomas Sabella**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Charles Thomas Sabella**<br>*Personal Representative of the Estate of Angelina Sabella, Deceased Parent of 9/11 Decedent Thomas E. Sabella* | represented by | **Charles Thomas Sabella**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jessica Frances Scott**<br>*Child of 9/11 Decedent Randolph Scott* | represented by | **Jessica Frances Scott**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Rebecca Elizabeth Scott**<br>*Child of 9/11 Decedent Randolph Scott* | represented by | **Rebecca Elizabeth Scott**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Paula Mary Carucci**<br>*Step−child of 9/11 Decedent Ronald Franklin Golinski* | represented by | **Paula Mary Carucci**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jacqueline DiVirgilio**<br>*Child of 9/11 Decedent David Francis Ferrugio* | represented by | **Jacqueline DiVirgilio**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **William H. Doyle**<br>*as Personal Representative of the Estate of Doyle, Camille, Parent of 9/11 Decedent Joseph Michael Doyle* | represented by | **William H. Doyle**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Barry Patrick Driscoll**<br>*Child of 9/11 Decedent Stephen Patrick Driscoll* | represented by | **Barry Patrick Driscoll**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **David Eugene Eschenbaum**<br>*Step−child of 9/11 Decedent Ronald Franklin Golinski* | represented by | **David Eugene Eschenbaum**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Joseph Anthony Fava**<br>*as Personal Representative of the Estate of Frank Joseph Fava, Deceased Spouse of Shannon Marie Fava, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Shannon Marie Fergus**<br>*Child of 9/11 Decedent Edward Thomas Fergus, Jr.* | represented by | **Shannon Marie Fergus**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **David John Ferrugio**<br>*Child of 9/11 Decedent David Francis Ferrugio* | represented by | **David John Ferrugio**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Gina Marie Ferrugio−Hooker**<br>*Child of 9/11 Decedent David Francis Ferrugio* | represented by | **Gina Marie Ferrugio−Hooker**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Craig Fiedel**<br>*Sibling of 9/11 Decedent Kristen Nicole Fiedel* | represented by | **Craig Fiedel**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Lindsey Beth Fiedel**<br>*Child of 9/11 Decedent Kristen Nicole Fiedel* | represented by | **Lindsey Beth Fiedel**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Allan James Filipov**<br>*Child of 9/11 Decedent Alexander M. Filipov* | represented by | **Allan James Filipov**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jeffrey Thomas Filipov**<br>*Child of 9/11 Decedent Alexander M. Filipov* | represented by | **Jeffrey Thomas Filipov**<br>PRO SE |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Julia Sylvie Gardner**<br>*Child of 9/11 Decedent Douglas B. Gardner* | represented by | **Julia Sylvie Gardner**<br>PRO SE |
| **Plaintiff** | | |
| **Michael James Gardner**<br>*Child of 9/11 Decedent Douglas B. Gardner* | represented by | **Michael James Gardner**<br>PRO SE |
| **Plaintiff** | | |
| **Larissa Lynne Gay**<br>*Child of 9/11 Decedent Peter A. Gay, Sr.* | represented by | **Larissa Lynne Gay**<br>PRO SE |
| **Plaintiff** | | |
| **Gillian Gogliormella**<br>*Child of 9/11 Decedent Michael Gogliormella* | represented by | **Gillian Gogliormella**<br>PRO SE |
| **Plaintiff** | | |
| **Janice Lucille Kurtz**<br>*as Personal Representative of the Estate of Caspar, Jr., Charles L., Sibling of 9/11 Decedent Doe AP69* | represented by | **John Duane**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Stephen A. Siller**<br>*Child of 9/11 Decedent Doe AP210* | represented by | **Stephen A. Siller**<br>PRO SE |
| **Plaintiff** | | |
| **Janice L. Booth**<br>*Co−Personal Representative of the Estate of Warren Gordon Van Auken, Deceased Parent of 9/11 Decedent Kenneth Warren Van Auken* | represented by | **Janice L. Booth**<br>PRO SE |
| **Plaintiff** | | |
| **Janice L. Booth**<br>*Co−Personal Representative of the Estate of Eleanor Van Auken, Deceased Parent of 9/11 Decedent Kenneth Warren Van Auken* | represented by | **Janice L. Booth**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Noreen V. McDonough**<br>*Fiance of 9/11 Decedent Mitchel Scott Wallace* | represented by | **Noreen V. McDonough**<br>PRO SE |
| **Plaintiff** | | |
| **Tyreek Dexter Nurse**<br>*Child of 9/11 Decedent Wendy L. Small* | represented by | **Tyreek Dexter Nurse**<br>PRO SE |
| **Plaintiff** | | |
| **Krystal Marie Oliva**<br>*Child of 9/11 Decedent Joan Tabeek* | represented by | **Krystal Marie Oliva**<br>PRO SE |
| **Plaintiff** | | |

| | | |
|---|---|---|
| **Karen E. Renzo**<br>*Co−Personal Representative of the Estate of Warren Gordon Van Auken, Deceased Parent of 9/11 Decedent Kenneth Warren Van Auken* | represented by | **Karen E. Renzo**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Karen E. Renzo**<br>*Co−Personal Representative of the Estate of Eleanor Van Auken, Deceased Parent of 9/11 Decedent Kenneth Warren Van Auken* | represented by | **Karen E. Renzo**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Robert Sherry**<br>*Sibling of 9/11 Decedent John Anthony Sherry* | represented by | **Robert Sherry**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jerrald Smith**<br>*Sibling of 9/11 Decedent Jeffrey R. Smith* | represented by | **Jerrald Smith**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Kathy R. Stahlman**<br>*Sibling of 9/11 Decedent Eric Stahlman* | represented by | **Kathy R. Stahlman**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Daniel C. Stern**<br>*Child of 9/11 Decedent Andrew Stern* | represented by | **Daniel C. Stern**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Kaitlyn Claire Strada**<br>*Child of 9/11 Decedent Thomas Strada* | represented by | **Kaitlyn Claire Strada**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Thomas Joseph Strada**<br>*Child of 9/11 Decedent Thomas Strada* | represented by | **Thomas Joseph Strada**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Christian M. Sullins**<br>*Child of 9/11 Decedent David Marc Sullins* | represented by | **Christian M. Sullins**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Julian A. Sullins**<br>*Child of 9/11 Decedent David Marc Sullins* | represented by | **Julian A. Sullins**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Pamela Mercene Tamayo**<br>*Child of 9/11 Decedent Hector R. Tamayo* | represented by | **Pamela Mercene Tamayo**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Christopher Lee Teague**<br>*Sibling of 9/11 Decedent Sandra D. Teague* | represented by | **Christopher Lee Teague**<br>PRO SE |

**Plaintiff**

**James Stephen Teague** represented by **James Stephen Teague**
*Parent of 9/11 Decedent Sandra D. Teague*
PRO SE

**Plaintiff**

**Tanya Villanueva Tepper** represented by **Tanya Villanueva Tepper**
*Fiance of 9/11 Decedent Sergio Villanueva*
PRO SE

**Plaintiff**

**Matthew D. Van Auken** represented by **Jodi Westbrook Flowers**
*Child of 9/11 Decedent Kenneth Warren Van Auken*
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sarah B. Van Auken** represented by **Jodi Westbrook Flowers**
*Child of 9/11 Decedent Kenneth Warren Van Auken*
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jonathan Paul Wisniewski** represented by **Jonathan Paul Wisniewski**
*Child of 9/11 Decedent Frank Thomas Wisniewski*
PRO SE

**Plaintiff**

**Dannette Nicole Fortin** represented by **Dannette Nicole Fortin**
*Child of 9/11 Decedent Maclovio Lopez, Jr.*
PRO SE

**Plaintiff**

**Anthony Christopher Guzzardo** represented by **Anthony Christopher Guzzardo**
*Child of 9/11 Decedent Barbara Guzzardo*
PRO SE

**Plaintiff**

**John Alexander Hayden** represented by **John Alexander Hayden**
*Child of 9/11 Decedent James Edward Hayden*
PRO SE

**Plaintiff**

**Jennifer Hernandez** represented by **Jennifer Hernandez**
*Child of 9/11 Decedent Rosa J. Gonzalez*
PRO SE

**Plaintiff**

**Stephanie Marie Hernandez** represented by **Stephanie Marie Hernandez**
*Child of 9/11 Decedent Claribel Hernandez*
PRO SE

**Plaintiff**

**Tatiana Hernandez** represented by **Tatiana Hernandez**
*Child of 9/11 Decedent Norberto Hernandez*
PRO SE

**Plaintiff**

represented by

**Francis Matthew Hoffman**
*as co−Personal Representative of the Estate of Thomas J. Hoffman, Parent of 9/11 Decedent Stephen G. Hoffman*

**Francis Matthew Hoffman**
PRO SE

**Plaintiff**

**John William Hoffman**
*as co−Personal Representative of the Estate of Thomas J. Hoffman, Parent of 9/11 Decedent Stephen G. Hoffman*

represented by **John William Hoffman**
PRO SE

**Plaintiff**

**Amanda Lucia Hughes**
*Child of 9/11 Decedent Paul Rexford Hughes*

represented by **Amanda Lucia Hughes**
PRO SE

**Plaintiff**

**Zoe Alexa Jacobs**
*Child of 9/11 Decedent Doe AP99*

represented by **Zoe Alexa Jacobs**
PRO SE

**Plaintiff**

**Mazalee Morgan Keene**
*Child of 9/11 Decedent Leo Russell Keene, III*

represented by **Mazalee Morgan Keene**
PRO SE

**Plaintiff**

**Ameiza Khan**
*Child of 9/11 Decedent Sarah Khan*

represented by **Ameiza Khan**
PRO SE

**Plaintiff**

**Elizabeth Kaitlin Klucznik**
*Child of 9/11 Decedent James Edward Hayden*

represented by **Elizabeth Kaitlin Klucznik**
PRO SE

**Plaintiff**

**Lawrence Irving Ksido**
*Child of 9/11 Decedent Lyudmila Ksido*

represented by **Lawrence Irving Ksido**
PRO SE

**Plaintiff**

**Carl Phillip Kumpel**
*Child of 9/11 Decedent Kenneth B. Kumpel*

represented by **Carl Phillip Kumpel**
PRO SE

**Plaintiff**

**Gregory James Kumpel**
*Child of 9/11 Decedent Kenneth B. Kumpel*

represented by **Gregory James Kumpel**
PRO SE

**Plaintiff**

**Robert Appleton Lawrence, III**
*Child of 9/11 Decedent Robert A. Lawrence, Jr.*

represented by **Robert Appleton Lawrence, III**
PRO SE

**Plaintiff**

**Bryan C. Longing**
*Child of 9/11 Decedent Laura M. Longing*

represented by **Bryan C. Longing**
PRO SE

**Plaintiff**

**Joseph Juaquin Lopez** represented by **Joseph Juaquin Lopez**
*Child of 9/11 Decedent Maclovio Lopez, Jr.*
PRO SE

**Plaintiff**

**Mary Denise Lum** represented by **Mary Denise Lum**
*Sibling of 9/11 Decedent Richard M. Keane*
PRO SE

**Plaintiff**

**Shaneeza Periana−Pillai** represented by **Shaneeza Periana−Pillai**
*Child of 9/11 Decedent Sarah Khan*
PRO SE

**Plaintiff**

**Ayitey Aryee** represented by **Ayitey Aryee**
*Child of 9/11 Decedent Japhet Aryee*
PRO SE

**Plaintiff**

**Ayikaile Aryee** represented by **Ayikaile Aryee**
*Child of 9/11 Decedent Japhet Aryee*
PRO SE

**Plaintiff**

**Richard Lavern Booms Jr.** represented by **Richard Lavern Booms Jr.**
*Sibling of 9/11 Decedent Kelly Ann Booms*
PRO SE

**Plaintiff**

**John Joseph Burke Jr.** represented by **John Joseph Burke Jr.**
*Sibling of 9/11 Decedent Matthew J. Burke*
PRO SE

**Plaintiff**

**Jeffrey S. Cangialosi** represented by **Jeffrey S. Cangialosi**
*Child of 9/11 Decedent Stephen J. Cangialosi*
PRO SE

**Plaintiff**

**Peter T. Cangialosi** represented by **Peter T. Cangialosi**
*Child of 9/11 Decedent Stephen J. Cangialosi*
PRO SE

**Plaintiff**

**Jan M. Carstanjen** represented by **Jan M. Carstanjen**
*Sibling of 9/11 Decedent Christoffer Mikael Carstanjen*
PRO SE

**Plaintiff**

**Delaney Colaio** represented by **Delaney Colaio**
*Child of 9/11 Decedent Mark J. Colaio*
PRO SE

**Plaintiff**

**Joseph Colaio** represented by **Joseph Colaio**
*Child of 9/11 Decedent Mark J. Colaio*
PRO SE

**Plaintiff**

represented by

| | | |
|---|---|---|
| **Neva Rae Coleman**<br>*Child of 9/11 Decedent Keith Eugene Coleman* | | **Neva Rae Coleman**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Vaughn McGwire Coleman**<br>*Child of 9/11 Decedent Keith Eugene Coleman* | represented by | **Vaughn McGwire Coleman**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Barbara Jean Cotter**<br>*Personal Representative of the Estate of Marguerite Lynch, Deceased Parent of 9/11 Decedent Doe AP141* | represented by | **Barbara Jean Cotter**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Linda Dickinson−Pancila**<br>*on behalf of minor child P.J.D., Child of 9/11 Decedent Lawrence Patrick Dickinson* | represented by | **Linda Dickinson−Pancila**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Dylan Michael Grady**<br>*Child of 9/11 Decedent Doe AP142* | represented by | **Dylan Michael Grady**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Kayla Patricia Grady**<br>*Child of 9/11 Decedent Doe AP142* | represented by | **Kayla Patricia Grady**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jacob R. Kleinberg**<br>*Child of 9/11 Decedent Doe AP15* | represented by | **Jodi Westbrook Flowers**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Lauren N. Kleinberg**<br>*Child of 9/11 Decedent Doe AP15* | represented by | **Jodi Westbrook Flowers**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Lillian Maria O'Malley**<br>*Sibling of 9/11 Decedent Bryan Craig Bennett* | represented by | **Lillian Maria O'Malley**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Alexandra Ashley Wisniewski**<br>*Child of 9/11 Decedent Frank Thomas Wisniewski* | represented by | **Alexandra Ashley Wisniewski**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Christopher James Zarba**<br>*Child of 9/11 Decedent Christopher Rudolph Zarba, Jr.* | represented by | **Christopher James Zarba**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Debra Foxx**<br>*Co−Personal Representative of the Estate of Stanley L. Kleinberg,* | represented by | **Debra Foxx**<br>PRO SE |

*Deceased Parent of 9/11 Decedent Doe AP15*

**Plaintiff**

| | | |
|---|---|---|
| **Sam E. Kleinberg**<br>*Child of 9/11 Decedent Doe AP15* | represented by | **Jodi Westbrook Flowers**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Marci Kleinberg−Bandelli**<br>*Co−Personal Representative of the Estate of Stanley L. Kleinberg, Deceased Parent of 9/11 Decedent Doe AP15* | represented by | **Marci Kleinberg−Bandelli**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Marla Parker**<br>*Co−Personal Representative of the Estate of Stanley L. Kleinberg, Deceased Parent of 9/11 Decedent Doe AP15* | represented by | **Marla Parker**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Irene Lyons−Loeffler**<br>*on behalf of minor child P.M.L., Child of 9/11 Decedent Patrick John Lyons*<br>*TERMINATED: 08/30/2024* | represented by | **Irene Lyons−Loeffler**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Alfred Maler Jr.**<br>*Sibling of 9/11 Decedent Alfred Russell Maler* | represented by | **Michael Alfred Maler Jr.**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Samuel K. Maltby**<br>*Child of 9/11 Decedent Christian H. Maltby* | represented by | **Samuel K. Maltby**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Jesse Martinez**<br>*Child of 9/11 Decedent Jose Angel Martinez, Jr.* | represented by | **Michael Jesse Martinez**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Angelina Nicole Massaroli**<br>*Child of 9/11 Decedent Michael Massaroli* | represented by | **Angelina Nicole Massaroli**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Cesare Massaroli**<br>*Child of 9/11 Decedent Michael Massaroli* | represented by | **Michael Cesare Massaroli**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Paige Elizabeth Mastrandrea**<br>*Child of 9/11 Decedent Philip William Mastrandrea, Jr.* | represented by | **Paige Elizabeth Mastrandrea**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Sydney Kristen Mastrandrea**<br>*Child of 9/11 Decedent Philip William Mastrandrea, Jr.* | represented by | **Sydney Kristen Mastrandrea**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Sarah Ryan McWilliams**<br>*Individually as Child of Martin Edward Mcwilliams, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Richard Louis Montano**<br>*Sibling of 9/11 Decedent Craig D. Montano* | represented by | **Richard Louis Montano**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Andrew Robert Moskal**<br>*Child of 9/11 Decedent William David Moskal* | represented by | **Andrew Robert Moskal**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Hannah Murphy**<br>*Child of 9/11 Decedent Christopher W. Murphy* | represented by | **Hannah Murphy**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **An Ho−Ngoc Nguyen**<br>*Child of 9/11 Decedent Khang N. Nguyen* | represented by | **An Ho−Ngoc Nguyen**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Christine Lee Nieves**<br>*Child of 9/11 Decedent Juan Nieves, Jr.* | represented by | **Christine Lee Nieves**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Patricia Nilsen**<br>*as Personal Representative of the Estate of Mildred Martino, Parent of 9/11 Decedent Anne Marie Martino−Cramer* | represented by | **Patricia Nilsen**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Connor Daniel O'Callaghan**<br>*Child of 9/11 Decedent Daniel O'Callaghan* | represented by | **Connor Daniel O'Callaghan**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Rhiannon Rose O'Callaghan**<br>*Child of 9/11 Decedent Daniel O'Callaghan* | represented by | **Rhiannon Rose O'Callaghan**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Kia Polyxena Pavloff**<br>*on behalf of minor child N.T.P., Child of 9/11 Decedent Thomas Pecorelli* | represented by | **Kia Polyxena Pavloff**<br>PRO SE |

**Plaintiff**

represented by

**Tammy Perconti**
*as Personal Representative of the Estate of Lucia Perconti, Parent of 9/11 Decedent Jon A. Perconti*

**Tammy Perconti**
PRO SE

**Plaintiff**

**Denise M. Tracey**
*Sibling of 9/11 Decedent Alfonse J. Niedermeyer*

represented by **Denise M. Tracey**
PRO SE

**Plaintiff**

**Jennifer Angelini**
*Child of 9/11 Decedent Joseph John Angelini, Jr.*

represented by **Jennifer Angelini**
PRO SE

**Plaintiff**

**Anteh John Aryee**
*Child of 9/11 Decedent Japhet Aryee*

represented by **Anteh John Aryee**
PRO SE

**Plaintiff**

**Marina Bakalinskaya**
*Child of 9/11 Decedent Tatyana Bakalinskaya*

represented by **Marina Bakalinskaya**
PRO SE

**Plaintiff**

**Natalie Bakalinskaya**
*Child of 9/11 Decedent Tatyana Bakalinskaya*

represented by **Natalie Bakalinskaya**
PRO SE

**Plaintiff**

**Theresa N. Beekman**
*Child of 9/11 Decedent Michael E. Beekman*

represented by **Theresa N. Beekman**
PRO SE

**Plaintiff**

**Robert J. Bernstein**
*as Personal Representative of the Estate of Norma Bernstein, Deceased Parent of 9/11 Decedent William Bernstein*

represented by **Robert J. Bernstein**
PRO SE

**Plaintiff**

**Robert J. Bernstein**
*as Personal Representative of the Estate of Murray Bernstein, Deceased Parent of 9/11 Decedent William Bernstein*

represented by **Robert J. Bernstein**
(See above for address)
PRO SE

**Plaintiff**

**Monique Bird**
*Sibling of 9/11 Decedent Joao A. Aguiar Jr.*

represented by **Monique Bird**
PRO SE

**Plaintiff**

**Danielle Marie Booker**
*Child of 9/11 Decedent Sean Booker*

represented by **Danielle Marie Booker**
PRO SE

**Plaintiff**

| | | |
|---|---|---|
| **Denzel Cameron Booker**<br>*Child of 9/11 Decedent Sean Booker* | represented by | **Denzel Cameron Booker**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Sean Booker Jr.**<br>*Child of 9/11 Decedent Sean Booker* | represented by | **Sean Booker Jr.**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Kevin Lewis Bowser**<br>*Child of 9/11 Decedent Kevin Leah Bowser* | represented by | **Kevin Lewis Bowser**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Pharr Ayn Bowser**<br>*Child of 9/11 Decedent Kevin Leah Bowser* | represented by | **Pharr Ayn Bowser**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Courtney Brown**<br>*Sibling of 9/11 Decedent Bernard Curtis Brown II* | represented by | **Courtney Brown**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **John Burke, Jr.**<br>*Sibling of 9/11 Decedent Matthew J. Burke* | represented by | **John Burke, Jr.**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Andrew Denton Charette**<br>*Child of 9/11 Decedent Mark L. Charette* | represented by | **Andrew Denton Charette**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Giordano**<br>*as Personal Representative of the Estate of Maria Giordano, Parent of 9/11 Decedent Denise Lenore Benedetto* | represented by | **Michael Giordano**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Dina Marie Morton**<br>*Child of 9/11 Decedent Denise Lenore Benedetto* | represented by | **Dina Marie Morton**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Brandice Williams** | represented by | **Brandice Williams**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Courtney Lizabeth Acquaviva**<br>*on behalf of minor child P.A.A., Child of 9/11 Decedent Paul Andrew Acquaviva* | represented by | **Courtney Lizabeth Acquaviva**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jonathan Hunter Charette**<br>*Child of 9/11 Decedent Mark L. Charette* | represented by | **Jonathan Hunter Charette**<br>PRO SE |

**Plaintiff**

**Lauren Casey Charette** represented by **Lauren Casey Charette**
*Child of 9/11 Decedent Mark L. Charette*
PRO SE

**Plaintiff**

**Jasen Checo** represented by **Jasen Checo**
*Child of 9/11 Decedent Pedro Checo*
PRO SE

**Plaintiff**

**Julian Checo** represented by **Julian Checo**
*Child of 9/11 Decedent Pedro Checo*
PRO SE

**Plaintiff**

**Sydney Rose Chirls** represented by **Sydney Rose Chirls**
*Child of 9/11 Decedent Catherine Ellen Chirls*
PRO SE

**Plaintiff**

**Delaney Colaio−Coppola** represented by **Delaney Colaio−Coppola**
*Child of 9/11 Decedent Mark J. Colaio*
PRO SE

**Plaintiff**

**Joseph Colaio−Coppola** represented by **Joseph Colaio−Coppola**
*Child of 9/11 Decedent Mark J. Colaio*
PRO SE

**Plaintiff**

**Alison Joy Coppola** represented by **Alison Joy Coppola**
*Child of 9/11 Decedent Gerald J. Coppola*
PRO SE

**Plaintiff**

**Paul A. Curioli** represented by **John Duane**
*as Personal Representative of the Estate of Kathi S. Curioli, Deceased Spouse of Paul Dario Curioli, Deceased*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank D'Amadeo** represented by **Frank D'Amadeo**
*Child of 9/11 Decedent Vincent Gerard D'Amadeo*
PRO SE

**Plaintiff**

**Jerry D'Amadeo** represented by **Jerry D'Amadeo**
*Child of 9/11 Decedent Vincent Gerard D'Amadeo*
PRO SE

**Plaintiff**

**Michael D'Amadeo** represented by **Michael D'Amadeo**
*Child of 9/11 Decedent Vincent Gerard D'Amadeo*
PRO SE

**Plaintiff**

**Vincent D'Amadeo** represented by **Vincent D'Amadeo**
*Child of 9/11 Decedent Vincent Gerard D'Amadeo*
PRO SE

**Plaintiff**

**Patrick Grady**
*as Personal Representative of the Estate of Rita M. Grady, deceased Parent of 9/11 Decedent Doe AP142*
represented by **Patrick Grady**
PRO SE

**Plaintiff**

**Bianca Isabel Jerez**
*Step−child of 9/11 Decedent Robert D. Cirri Sr.*
represented by **Bianca Isabel Jerez**
PRO SE

**Plaintiff**

**Kara Lydia Jerez**
*Step−child of 9/11 Decedent Robert D. Cirri Sr.*
represented by **Kara Lydia Jerez**
PRO SE

**Plaintiff**

**Julian Ann Lizzul**
*as Personal Representative of the Estate of Leopold Victor Lizzul, Deceased Parent of 9/11 Decedent Doe AP256*
represented by **Julian Ann Lizzul**
PRO SE

**Plaintiff**

**Rhonda McCleary**
*Step−child of 9/11 Decedent James Durward Cleere*
represented by **Rhonda McCleary**
PRO SE

**Plaintiff**

**Brittany R. Oelschlager**
*Child of 9/11 Decedent Doe AP44*
represented by **Brittany R. Oelschlager**
PRO SE

**Plaintiff**

**Kayla R. Oelschlager**
*Child of 9/11 Decedent Doe AP44*
represented by **Kayla R. Oelschlager**
PRO SE

**Plaintiff**

**John Vincent Cuccinello**
*Step−child of 9/11 Decedent William J. McGovern*
represented by **John Vincent Cuccinello**
PRO SE

**Plaintiff**

**Lauren Nicole Meisenhe Fletcher**
*Child of 9/11 Decedent Raymond Meisenheimer*
represented by **Lauren Nicole Meisenhe Fletcher**
PRO SE

**Plaintiff**

**Brigid A. McDonald**
*Child of 9/11 Decedent Doe AP290*
represented by **Brigid A. McDonald**
PRO SE

**Plaintiff**

**Kathleen E. McDonald**
*Child of 9/11 Decedent Doe AP290*
represented by **Kathleen E. McDonald**
PRO SE

**Plaintiff**

**Katharine Ann McDonnell**
*Child of 9/11 Decedent Brian G. McDonnell*
represented by **Katharine Ann McDonnell**
PRO SE

**Plaintiff**

| | | |
|---|---|---|
| **Katherine McGovern**<br>*Child of 9/11 Decedent William J. McGovern* | represented by | **Katherine McGovern**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Carolyne S. McGuinn**<br>*Child of 9/11 Decedent Francis Noel McGuinn* | represented by | **Carolyne S. McGuinn**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Elizabeth F. McGuinn**<br>*Child of 9/11 Decedent Francis Noel McGuinn* | represented by | **Elizabeth F. McGuinn**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Christian S. McHugh**<br>*Child of 9/11 Decedent Michael E. McHugh, Jr.* | represented by | **Christian S. McHugh**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Michael E. McHugh, III**<br>*Child of 9/11 Decedent Michael E. McHugh, Jr.* | represented by | **Michael E. McHugh, III**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Caitlyn McIntyre**<br>*Child of 9/11 Decedent Donald J. McIntyre* | represented by | **Caitlyn McIntyre**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Donald James McIntyre, Jr.**<br>*Child of 9/11 Decedent Donald J. McIntyre* | represented by | **Donald James McIntyre, Jr.**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Kaitlynn Meisenheimer**<br>*Child of 9/11 Decedent Raymond Meisenheimer* | represented by | **Kaitlynn Meisenheimer**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Carl E. Molinaro**<br>*Child of 9/11 Decedent Doe AP87* | represented by | **Carl E. Molinaro**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Sabrina Rose Molinaro**<br>*Child of 9/11 Decedent Doe AP87* | represented by | **Sabrina Rose Molinaro**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Richard Louis Montano, Jr.**<br>*Sibling of 9/11 Decedent Doe AP152* | represented by | **Richard Louis Montano, Jr.**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Nancy Niedermeyer**<br>*on behalf of minor child A.J.N., Child of 9/11 Decedent Alfonse J. Neidermeyer* | represented by | **Nancy Niedermeyer**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jonathan Daniel Nolan**<br>*Child of 9/11 Decedent David R. Nolan* | represented by | **Jonathan Daniel Nolan**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Kaitlyn Renee Nolan**<br>*Child of 9/11 Decedent David R. Nolan* | represented by | **Kaitlyn Renee Nolan**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Barry Patrick Driscoll**<br>*Child of 9/11 Decedent Stephen Patrick Driscoll* | represented by | **Barry Patrick Driscoll**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Kerry Ann Egan**<br>*Child of 9/11 Decedent Martin Egan Jr.* | represented by | **Kerry Ann Egan**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Sean Christopher Egan**<br>*Child of 9/11 Decedent Martin Egan Jr.* | represented by | **Sean Christopher Egan**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Denise M. Farrelly**<br>*Personal Representative of the Estate of Theresa Farrelly, Deceased Parent of 9/11 Decedent Joseph Farrelly* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Brian Tyler Fersini**<br>*Child of 9/11 Decedent Louis V. Fersini* | represented by | **Brian Tyler Fersini**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Christopher Michael Fersini**<br>*Child of 9/11 Decedent Louis V. Fersini* | represented by | **Christopher Michael Fersini**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Thomas Jeffrey Fersini**<br>*Child of 9/11 Decedent Louis V. Fersini* | represented by | **Thomas Jeffrey Fersini**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **John Corley Fischer**<br>*Child of 9/11 Decedent John R. Fischer* | represented by | **John Corley Fischer**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Timothy Rudolph Fischer**<br>*Child of 9/11 Decedent John R. Fischer* | represented by | **Timothy Rudolph Fischer**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Sarah Mary Fisher**<br>*Child of 9/11 Decedent Thomas J. Fisher* | represented by | **Sarah Mary Fisher**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Heather Anne Froehner**<br>*Child of 9/11 Decedent Gregg J. Froehner* | represented by | **Heather Anne Froehner**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Kathleen Marie Froehner**<br>*Child of 9/11 Decedent Gregg J. Froehner* | represented by | **Kathleen Marie Froehner**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Matthew John Froehner**<br>*Child of 9/11 Decedent Gregg J. Froehner* | represented by | **Matthew John Froehner**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Meghan Elizabeth Froehner**<br>*Child of 9/11 Decedent Gregg J. Froehner* | represented by | **Meghan Elizabeth Froehner**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Paul James Furmato Jr.**<br>*Child of 9/11 Decedent Paul James Furmato* | represented by | **Paul James Furmato Jr.**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Stephanie Leigh Kernasovic**<br>*Child of 9/11 Decedent Paul James Furmato* | represented by | **Stephanie Leigh Kernasovic**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Laura Jean Nemeth**<br>*Child of 9/11 Decedent John R. Fischer* | represented by | **Laura Jean Nemeth**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **George Sayegh Jr.**<br>*Sibling of 9/11 Decedent Jackie Sayegh Duggan* | represented by | **George Sayegh Jr.**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Derek Michael O'Brien**<br>*Child of 9/11 Decedent Michael P. O'Brien* | represented by | **Derek Michael O'Brien**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Kevin Patrick O'Brien**<br>*Child of 9/11 Decedent Michael P. O'Brien* | represented by | **Kevin Patrick O'Brien**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Patrick O'Hagan**<br>*Child of 9/11 Decedent Thomas Gerard O'Hagan* | represented by | **Patrick O'Hagan**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Pierce O'Hagan**<br>*Child of 9/11 Decedent Thomas Gerard O'Hagan* | represented by | **Pierce O'Hagan**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jill Oakley**<br>*Child of 9/11 Decedent James A. Oakley* | represented by | **Jill Oakley**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Noah D. Olsen**<br>*Child of 9/11 Decedent Jeffrey James Olsen* | represented by | **Noah D. Olsen**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Tori R. Olsen**<br>*Child of 9/11 Decedent Jeffrey James Olsen* | represented by | **Tori R. Olsen**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Katherine Orgielewicz**<br>*Child of 9/11 Decedent Christopher T. Orgielewicz* | represented by | **Katherine Orgielewicz**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Amanda Ortiz**<br>*Child of 9/11 Decedent Emilio Ortiz* | represented by | **Amanda Ortiz**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Emily Ortiz**<br>*Child of 9/11 Decedent Emilio Ortiz* | represented by | **Emily Ortiz**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Christopher Otten**<br>*Child of 9/11 Decedent Michael J. Otten* | represented by | **Christopher Otten**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jason Otten**<br>*Child of 9/11 Decedent Michael J. Otten* | represented by | **Jason Otten**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jonathan Otten**<br>*Child of 9/11 Decedent Michael J. Otten* | represented by | **Jonathan Otten**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Sarita E. Packer**<br>*Child of 9/11 Decedent Michael B. Packer* | represented by | **Sarita E. Packer**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Constantina Maria Paris**<br>*Child of 9/11 Decedent George Paris* | represented by | **Constantina Maria Paris**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Lucy Belle Paterson**<br>*Child of 9/11 Decedent Steven Bennett Paterson* | represented by | **Lucy Belle Paterson**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Wyatt James Paterson**<br>*Child of 9/11 Decedent Steven Bennett Paterson* | represented by | **Wyatt James Paterson**<br>PRO SE |

**Plaintiff**

**Vincent Tranchina** represented by **Vincent Tranchina**
*Child of 9/11 Decedent Jeffrey James Olsen*
PRO SE

**Plaintiff**

**Lauren Verhey** represented by **Lauren Verhey**
*Child of 9/11 Decedent Philip Scott Petti*
PRO SE

**Plaintiff**

**Ashley Goldflam Bisman** represented by **Ashley Goldflam Bisman**
PRO SE

**Plaintiff**

**Lauren M. Cuttone** represented by **Lauren M. Cuttone**
*Child of 9/11 Decedent James P. Hopper*
PRO SE

**Plaintiff**

**Jackson A. Fyfe** represented by **Jackson A. Fyfe**
*Child of 9/11 Decedent Karleton D. Fyfe*
PRO SE

**Plaintiff**

**Haven A. Fyfe−Kiernan** represented by **Haven A. Fyfe−Kiernan**
*on behalf of minor child P.D.F−K., Child of 9/11 Decedent Karleton D. Fyfe*
PRO SE

**Plaintiff**

**Jacqueline S. Gavagan** represented by **Jacqueline S. Gavagan**
*on behalf of minor child C.L.G., Child of 9/11 Decedent Donald R. Gavagan, Jr.*
PRO SE

**Plaintiff**

**Lara Suzanne Gavagan** represented by **Lara Suzanne Gavagan**
*Child of 9/11 Decedent Donald R. Gavagan, Jr.*
PRO SE

**Plaintiff**

**Donald Richard Gavagan III** represented by **Donald Richard Gavagan III**
*Child of 9/11 Decedent Donald R. Gavagan, Jr.*
PRO SE

**Plaintiff**

**Nolan Sebastian Glascoe** represented by **Nolan Sebastian Glascoe**
*Child of 9/11 Decedent Keith Alexander Glascoe*
PRO SE

**Plaintiff**

**Owen Alexander Glascoe** represented by **Owen Alexander Glascoe**
*Child of 9/11 Decedent Keith Alexander Glascoe*
PRO SE

**Plaintiff**

**Katherine Grace Gorayeb** represented by **Katherine Grace Gorayeb**
*Child of 9/11 Decedent Catherine C.*
PRO SE

*Gorayeb*

**Plaintiff**

| | | |
|---|---|---|
| **Anthony Domiano Guzzardo Sr.**<br>*Spouse of 9/11 Decedent Barbara Guzzardo* | represented by | **Anthony Domiano Guzzardo Sr.**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Brian Thomas Harlin**<br>*Child of 9/11 Decedent Daniel Edward Harlin* | represented by | **Brian Thomas Harlin**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Christopher Edward Harlin**<br>*Child of 9/11 Decedent Daniel Edward Harlin* | represented by | **Christopher Edward Harlin**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Katherine Marie Harlin**<br>*Child of 9/11 Decedent Daniel Edward Harlin* | represented by | **Katherine Marie Harlin**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Kiersten Haub**<br>*Child of 9/11 Decedent Michael Haub* | represented by | **Kiersten Haub**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Michael A. Haub**<br>*Child of 9/11 Decedent Michael Haub* | represented by | **Michael A. Haub**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Alicia Marie Hofer**<br>*Child of 9/11 Decedent John Hofer* | represented by | **Alicia Marie Hofer**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Hannah Houston**<br>*Child of 9/11 Decedent Uhuru Gonja Houston* | represented by | **Hannah Houston**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Veronica Andrea Squef**<br>*on behalf of minor child K.A.G., Child of 9/11 Decedent Keith Alexander Glascoe* | represented by | **Veronica Andrea Squef**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Theresa Velardi**<br>*Child of 9/11 Decedent Paul James Furmato* | represented by | **Theresa Velardi**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Christine Nippes**<br>*Sibling of 9/11 Decedent Paul V. Rizza* | represented by | **Christine Nippes**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Philip Anthony Petti**<br>*Child of 9/11 Decedent Philip Scott Petti* | represented by | **Philip Anthony Petti**<br>PRO SE |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Alexis Pietronico**<br>*Child of 9/11 Decedent Bernard Pietronico* | represented by | **Alexis Pietronico**<br>PRO SE |
| **Plaintiff** | | |
| **Joseph B. Pietronico**<br>*Child of 9/11 Decedent Bernard Pietronico* | represented by | **Joseph B. Pietronico**<br>PRO SE |
| **Plaintiff** | | |
| **Jordyn B. Pykon**<br>*Child of 9/11 Decedent Edward R. Pykon* | represented by | **Jordyn B. Pykon**<br>PRO SE |
| **Plaintiff** | | |
| **Kevin Quinn**<br>*Child of 9/11 Decedent Ricardo J. Quinn* | represented by | **Kevin Quinn**<br>PRO SE |
| **Plaintiff** | | |
| **Anthony Salvatore Ragaglia**<br>*Child of 9/11 Decedent Leonard J. Ragaglia* | represented by | **Anthony Salvatore Ragaglia**<br>PRO SE |
| **Plaintiff** | | |
| **Leonard John Ragaglia, Jr.**<br>*Child of 9/11 Decedent Leonard J. Ragaglia* | represented by | **Leonard John Ragaglia, Jr.**<br>PRO SE |
| **Plaintiff** | | |
| **Jillian M. Raines**<br>*Child of 9/11 Decedent Harry A. Raines* | represented by | **Jillian M. Raines**<br>PRO SE |
| **Plaintiff** | | |
| **Kimberly Raines**<br>*Child of 9/11 Decedent Harry A. Raines* | represented by | **Kimberly Raines**<br>PRO SE |
| **Plaintiff** | | |
| **Kyle C. Raines**<br>*Child of 9/11 Decedent Harry A. Raines* | represented by | **Kyle C. Raines**<br>PRO SE |
| **Plaintiff** | | |
| **Liam Matthew Raub**<br>*Child of 9/11 Decedent William Ralph Raub* | represented by | **Liam Matthew Raub**<br>PRO SE |
| **Plaintiff** | | |
| **Rebecca Anne Raub**<br>*Child of 9/11 Decedent William Ralph Raub* | represented by | **Rebecca Anne Raub**<br>PRO SE |
| **Plaintiff** | | |
| **Lisa Ann Reina**<br>*individually as Spouse and as Personal Representative of the Estate of Joseph Reina, Jr. Deceased* | | |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Jeffrey Roberts**<br>*Child of 9/11 Decedent Leo A. Roberts* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY* |
| **Plaintiff** | | |
| **Rachel Susan Rothenberg**<br>*Child of 9/11 Decedent Mark D. Rothenberg* | represented by | **Rachel Susan Rothenberg**<br>PRO SE |
| **Plaintiff** | | |
| **Danica Taylor Ruhalter**<br>*Child of 9/11 Decedent Adam K. Ruhalter* | represented by | **Danica Taylor Ruhalter**<br>PRO SE |
| **Plaintiff** | | |
| **Marc Antoni Sanchez**<br>*Child of 9/11 Decedent Jesus Sanchez* | represented by | **Marc Antoni Sanchez**<br>PRO SE |
| **Plaintiff** | | |
| **Tiana Marie Argia Santore**<br>*Child of 9/11 Decedent John A. Santore* | represented by | **Tiana Marie Argia Santore**<br>PRO SE |
| **Plaintiff** | | |
| **Sujoy Sarkar**<br>*Child of 9/11 Decedent Doe AP14* | represented by | **Sujoy Sarkar**<br>PRO SE |
| **Plaintiff** | | |
| **Hasani Houston**<br>*Child of 9/11 Decedent Uhuru Gonja Houston* | represented by | **Hasani Houston**<br>PRO SE |
| **Plaintiff** | | |
| **Aiden Huczko**<br>*Child of 9/11 Decedent Stephen Huczko Jr.* | represented by | **Aiden Huczko**<br>PRO SE |
| **Plaintiff** | | |
| **Cullen Huczko**<br>*Child of 9/11 Decedent Stephen Huczko Jr.* | represented by | **Cullen Huczko**<br>PRO SE |
| **Plaintiff** | | |
| **Katelyn Ann Huczko**<br>*Child of 9/11 Decedent Stephen Huczko Jr.* | represented by | **Katelyn Ann Huczko**<br>PRO SE |
| **Plaintiff** | | |
| **Liam James Huczko**<br>*Child of 9/11 Decedent Stephen Huczko Jr.* | represented by | **Liam James Huczko**<br>PRO SE |
| **Plaintiff** | | |
| **Matthew Anthony Jovic**<br>*Child of 9/11 Decedent Anthony Jovic* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Peter Thomas Jovic**<br>*Child of 9/11 Decedent Anthony Jovic* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Colleen Elizabeth Kerwin**<br>*Child of 9/11 Decedent Ronald T. Kerwin* | represented by | **Colleen Elizabeth Kerwin**<br>PRO SE |
| **Plaintiff** | | |
| **Keith Walter Kerwin**<br>*Child of 9/11 Decedent Ronald T. Kerwin* | represented by | **Keith Walter Kerwin**<br>PRO SE |
| **Plaintiff** | | |
| **Ryan Thomas Kerwin**<br>*Child of 9/11 Decedent Ronald T. Kerwin* | represented by | **Ryan Thomas Kerwin**<br>PRO SE |
| **Plaintiff** | | |
| **Alexander Zhang Lam**<br>*Child of 9/11 Decedent Chow Kwan Lam* | represented by | **Alexander Zhang Lam**<br>PRO SE |
| **Plaintiff** | | |
| **JOHN SANDERS** | represented by | **Dorothea M Capone**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Suzanne James Sisolak** | represented by | **Dorothea M Capone**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Elaine E Mandelkow** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Suzzanne Anderson** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Arias Plaintiffs** | represented by | **John Duane**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**John Michael Eubanks**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Prior Plaintiffs** | represented by | **John Duane**<br>(See above for address) |

*ATTORNEY TO BE NOTICED*

**John Michael Eubanks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Georgia M. Asciutto** represented by **Barry Alan Salzman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Yvette Amin** represented by **Barry Alan Salzman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Johnn Basci** represented by **Barry Alan Salzman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Geoffrey Cloud, Jr.** represented by **Barry Alan Salzman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Benedetto**
*Individually*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Benedetto**
*as Personal Representative of the Estate of Denise Lenore Benedetto*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Darryl Steckler**
*Individually*
represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Walsh**
*Individually*
represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Luchetti**
*surviving Child of Alfred Luchetti, Deceased*
represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Luchetti**
*Personal Representative of the Estate of*
represented by **James P. Kreindler**
(See above for address)

| | | |
|---|---|---|
| *Alfred Luchetti, Deceased* | | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Steven Lakeman**<br>*Personal Representative of the Estate of Georgetta Lakeman, Deceased* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Joan Lalicata**<br>*surviving Spouse of Salvatore Lalicata, Deceased* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Robert K. Landau**<br>*surviving Child of Robert A. Landau, Deceased* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Burdette Austin** | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Victor Ballesteros** | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Keith Burns** | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Tyrone Butler** | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Mark Dischner** | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Dorian** | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| | represented by | |

**Michael Fabozzi**
*as Administrator/Executor of the Estate of John Ryan, Deceased, and all heirs and assigns*

**Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bernard Feldman** represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Philip Flood** represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Gallagher** represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeanlouise Kelly** represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**George Krant** represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Lampasone** represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Maneri** represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Mauer** represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Mazurkiewicz** represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janet Morales** represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kilvio Morel** represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dean Pattona** represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nancy Ramos** represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carol Robles−Roman** represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Rudden** represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Ryan** represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Scanlon** represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Russ (Rosario) Taormina** represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Russ (Rosario) Taormina**
*as Administrator/Executor of the Estate of Frances Taormina, Deceased, and all heirs and assigns*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Bridget Urbano**<br>*Individually* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Bridget Urbano**<br>*as Administrator/Executor of the Estate of Donald Urbano, Deceased, and all heirs and assigns* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Georgina Valentin**<br>*Individually* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Georgina Valentin**<br>*as Administrator/Executor of the Estate of Harry Valentin, Deceased, and all heirs and assigns* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Rose Ward**<br>*Individually* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Rose Ward**<br>*as Administrator/Executor of the Estate of Thomas Ward, Deceased, and all heirs and assigns* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Scott Williams** | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Elizabeth Parks**<br>*Individually as Sibling of Robert E. Parks, Jr., deceased* | represented by | **James Patrick Bonner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**John Michael Eubanks**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

represented by

**Marcus W. Flagg**
*Individually*

**Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marcus W. Flagg**
*as Personal Representative of the Estate of Wilson F. Flagg, Deceased*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Bowden**
*Individually asj the Sibling of Thomas H. Bowden, Jr*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Debra Ahearn**
*as the Personal Representative of the Estate of (Lt.) Brian G. Ahearn, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of (Lt.) Brian G. Ahearn*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Babakitis**
*as the Personal Representative of the Estate of Arlene T. Babakitis, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Arlene T. Babakitis*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dariusz Debek**
*as the Personal Representative of the Estate of Tara Debek, deceased, and on behalf of all legally entitled beneficiaries and family members of Tara Debek*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara E. Hill**
*as the Personal Representative of the Estate of Sandra N. Foster, deceased, and on behalf of all legally entitled beneficiaries and family members of Sandra N. Foster*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Goldstein**
*as the Personal Representative of the Estate of Michelle H. Goldstein, deceased, and on behalf of all legally entitled beneficiaries and family members of Michelle H. Goldstein*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

| | | |
|---|---|---|
| **Matthew Casey**<br>*Individually, as surviving child of Kathleen Hunt − Casey* | | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Deborah Bodner**<br>*individually, as surviving sibling of Thomas F. Hughes, Jr.* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Alexander Greene**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Bruce Elliot Strong**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Ethan Greenberg**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**John Michael Quinn**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Samantha Emily Smith**<br>(See above for address)<br>*TERMINATED: 04/29/2021*<br><br>**Stephen Wah**<br>(See above for address)<br>*TERMINATED: 11/10/2020* |

**Plaintiff**

| | | |
|---|---|---|
| **Kevin Casey**<br>*individually, as surviving spouse of Kathleen Hunt − Casey* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Anne Ielpi**<br>*individually, as surviving parent of Jonathan Ielpi* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Raymond Murray**<br>*as Personal Representative of the Estate of Richard King, deceased, the late spouse of Lucille T. King* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **AnneMarie Holleran**<br>*individually, as surviving sibling of Jonathan Ielpi* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Rachel V. Crawford** | represented by | |

| | | |
|---|---|---|
| | | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Neal Cromwell** | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Victor Ferrante** | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jaikarran Harris** | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lily Liu** | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **David Rodgers** | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Laura Israilov**<br>*as Personal Representative of the Estate of Malkishadikh Ilkanayev, deceased, the late parent of Daniel Ilkanayev* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Christopher Scarry** | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Marleen Scarry** | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Laura Israilov**<br>*individually, as surviving sibling of Daniel Ilkanayev* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Ahmed Ahmed** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Matthew Jordan**<br>*individually, as surviving child of Andrew Jordan* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*TERMINATED: 08/05/2024*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**John Francis Schutty , III**<br>Law Office of John F. Schutty. P.C.<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Eddie Huang** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kelsey Jordan**<br>*individually, as suriving child of Andrew Jordan* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*TERMINATED: 08/05/2024*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**John Francis Schutty , III**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Michael Jankowski** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Justin Hay** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Shannon Gentile** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Sean Jordan**<br>*individually, as surviving child of Andrew Jordan* | represented by | **Sean Jordan**<br>PRO SE<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*TERMINATED: 08/05/2024* |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emmett C Hoskins** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aileen Cascio** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Jordan**
*individually, as surviving spouse of Andrew Jordan*
represented by **Jerry Stephen Goldman**
(See above for address)
*TERMINATED: 08/05/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Francis Schutty , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian McConville** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edwin Maher** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Jordan**
*as the Personal Representative of the Estate of Andrew Jordan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family memebers of Andrew Jordan*
represented by **John Francis Schutty , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dorothy Graham−Black** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martin Edelman** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Henry Karczewski**
*as Personal Representative of the Estate of Rose C. Karczewski, deceased, the late parent of Charles Henry Karczewski*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brendon Brewster**

represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeanine McCrea**

represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth Graham**

represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marian Cato−Hay**

represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gloria Hoskins**

represented by **Gloria Hoskins**
PRO SE

**Plaintiff**

**Donna Cavanaugh**
*individually, as surviving sibling of Charles Henry Karczewski*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas J Gentile**

represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Avellino**

represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brendan Martinez**

represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Andrew McCrea** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Ernest Gentile** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Margaret Cain** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Stephen Holihan** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Gregory McCants** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Henry Karczewski**<br>*individually, as surviving parent of Charles Henry Karczewski* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Eric Dellaquila** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Morgan S Karp** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **James Fleming** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Dorothy Davis** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Philomena Ann Karczewski** *individually, as surviving spouse of Charles Henry Karczewski* — represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jenny Felix−Solano** — represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frederick A Clark** — represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gabriel Buonincontri** — represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Austine Blackson** — represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Philomena Ann Karczewski** *as the Personal Representative of the Estate of Charles Henry Karczewski, deceased , and on behalf of all survivors and all legally entitlled beneficiaries and family members of Charles Henry Karczewski* — represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pietro Cirone** — represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leo Kehoe** — represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel T. Kirwin** *as Personal Representative of the Estate of Barbara Davis Kirwin, Deceased Parent of Glenn Davis Kirwin, Deceased* — represented by **John Duane**
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bulent Celik** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bonita Clark** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter M. Kirwin**
*individually, as surviving sibling of Glenn Kirwin*
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Kirwin**
*indiviidually, as surviving sibling of Glenn Kirwin*
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jon D. Kirwin**
*individually, as surviving sibling of Glenn Kirwin*
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Kirwin Masse**
*individually, as surviving sibling of Glenn Kirwin*
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LOIS WATTS** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pauline Williams** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dana Williams** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LeRoy Williams** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gloria Benton Williams** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert D. Williams** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sarah Weiss** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Idal White** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marilyn Wells** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theresa Whitman** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joan Weisberger** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph West** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lamaya Whitehead** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sandra White** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Geraldine Winslow** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Robert Weeman** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**John Wilson** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Dawn Wrighton** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Furman White** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Gregory Winslow** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Roy Weinstein** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Daryl Weston** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Thea Wright−Williams** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Changsik Yoon** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen Brown** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicholas Zarski** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cynthia Wolfe** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aleasa Zuckerberg** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Xu Wu** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ting Fang Zheng** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Corey LaFrance**
*individually, as surviving sibling of Alan LaFrance*
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aubrey LaFrance**
*individually, as surviving sibling of Alan LaFrance*
represented by **Aubrey LaFrance**
PRO SE

**Plaintiff**

**Simon Yuan** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gerald Wright** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alice Boyle** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Li Jian Zhai** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Zucco** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Collazo**
*Indvidually* represented by **Omar Husain Kazmi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aubrey LaFrance**
*individually, as surviving sibling of Alan LaFrance* represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barry Zuckerman** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Georgina Zapata** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Harold Winston** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sylvia Zajac** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marlene Winston** represented by **Christopher R. LoPalo**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JoAnn Langone**
*as Personal Representative of the Estate of Thomas Langone, deceased, the late sibling of Peter Langone*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gilbert Montegari**
*Individually*

represented by **Omar Husain Kazmi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen Zucco**

represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerome Young**

represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joanne Langone**
*individually, as surviving sibiling of Peter Langone*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jenny Marcelino**
*Individually*

represented by **Omar Husain Kazmi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alice Boyle**
*As Surviving Sister of James Watkins Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosemarie Langone**
*individually, as surviving sibling of Peter Langone*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Satya Sodhi**
*Individually*

represented by **Omar Husain Kazmi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

| | | |
|---|---|---|
| **Terri Langone**<br>*individually, as surviving spouse of Peter Langone* | | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Mary Zahoudanis** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Sunsil Lee** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kwok Yong** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **John Schneides** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Ronald Wright** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Gary H Wolfe** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Sandy C Yi−Schneider** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Terri Langone**<br>*as the Personal Representative of the Estate of Peter Langone, deceased, and on behalf of all survivors and all legally entitled beneficiares and family members of Peter Langone* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Yu Xing** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pizza Yonko** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Krystof Zajak** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Varian E Wright** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tracy Wright** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nikki Langone**
*individually, as surviving child of Peter Langone*
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elaine Davidson**
*As Personal Representative of the Estate of Catherine Davidson Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elaine Davidson**
*As Surviving Daughter of Catherine Davidson Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ann Marie Dostal**
*As Personal Representative of the Estate of Mark Dostal Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ann Marie Dostal**
*As Surviving Spouse of Mark Dostal Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kelley Ann Greaney**
*As Personal Representative of the*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)

*Estate of John Greaney Deceased* — *LEAD ATTORNEY* / *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kelley Ann Greaney**
*As Surviving Daughter of John Greaney Deceased*
represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erin Patricia Greaney**
*As Surviving Daughter of John Greaney Deceased*
represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karl Langone**
*individually, as surviving child of Peter Langone*
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosemarie Langone**
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JoAnn Langone**
*individually, as surviving spouse of Thomas Langone*
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Debra Barnes**
*As Personal representative of the Estate of Michael Conlon, Deceased*
represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Debra Barnes**
*as Surviving Spouse of Michael Conlon, Deceased*
represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alan Callahan**
*as the Personal Representative and/or Proposed Administrator of the Estate of Joseph Callahan, deceased, and on behalf of all survivors of Joseph Callahan*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alan Callahan**
*as the child of Joseph Callahan, deceased*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Joseph Carrigan** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **JoAnn Langone**<br>*as the Personal Representative of the Estate of Thomas Langone, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Langone* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Timothy Dailey** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Akanni Damazio** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Patrick D'Angelo** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Malcolm Danziger** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Caitlin Langone−Brewer**<br>*individually, as surviving child of Thomas Langone* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Dennis Dasaro** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Dulcie Forbes**<br>*as Personal Representative of the Estate of Ezekiel Forbes, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Dulcie Forbes**<br>*as Surviving Spouse of Ezekiel Forbes,* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address) |

| | | |
|---|---|---|
| *Deceased* | | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Leonor Datil** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Maria Giler**<br>*as Personal Representative of the Estate of Luis Mejia, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Maria Giler**<br>*as Surviving Spouse of Luis Majia, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **David D'Augusta** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Isabel Lorenzo**<br>*as Personal Representative of the Estate of Sabrina Fernandez, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Isabel Lorenzo**<br>*as Surviving Sister of Sabrina Fernandez, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Karen Accurso**<br>*as Personal Representative of the Estate of Joseph Piccinone, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Karen Accurso**<br>*as Surviving Spouse of Joseph Piccinone, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Geanina Belu**<br>*as Personal Representative of the Estate of Tifani Olaru, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

represented by

**Geanina Belu**
*as Surviving Parent of Tifani Olaru, Deceased*

**Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Desaree Brown**
*as Personal Representative of the Estate of Terrance Edmunds, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Desaree Brown**
*as Surviving Spouse of Terrance Edmunds, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Langone**
*individually, as surviving child of Thomas Langone*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicholas Davella**

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Davila**

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathryn Burst**
*as Personal Representative of the Estate of Steven Kull, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Efrain Davila**

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathryn Burst**
*as Surviving Daughter of Steven Kull, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pamela Davis**
*as the Personal Representative and/or Proposed Administrator of the Estate of Philip Davis, deceased, and on behalf of all survivors of Philip Davis*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Santa Credaroli**<br>*as Personal Representative of the Estate of John Credaroli, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Pamela Davis**<br>*as the spouse of Philip Davis, deceased* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Santa Credaroli**<br>*as Surviving Spouse of John Credaroli, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Brian Davis** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Sally Ann Denino**<br>*as Personal Representative of the Estate of Richard Denino, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Sally Ann Denino**<br>*as Surviving Spouse of Richard Denino, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Elise De Jong**<br>*as the Personal Representative and/or Proposed Administrator of the Estate of Michael Jerome, deceased, and on behalf of all survivors of Michael Jerome* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Ana Guaba**<br>*As Personal Representative of the Estate of Alejandro Vera Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Joanne Langone**<br>*individually, as surviving sibling of Thomas Langone* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

represented by

**Kelly Kendrick**
*As Personal Representative of the Estate of Michael Kendrick Deceased*

**Kelly Kendrick**
PRO SE

**Plaintiff**

**Rosemarie Langone**
*individually, as surviving sibling of Thomas Langone*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kelly Kendrick**
*As Surviving Spouse of Micahel Kendrick Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosemarie Langone**
*as Personal Representative of the Estate of Sheila Langone, deceased, the late parent of Thomas Langone*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Regan**
*As Personal Representative of the Estate of William Regan Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Regan**
*As Surviving Son of William Regan Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Terri Langone**
*as Personal Representative of the Estate of Peter Langone, deceased, the late sibling of Thomas Langone*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Irene Rubbo**
*As Personal Representative of the Estate of Daniel Rubbo Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Irene Rubbo**
*As Surviving Spouse of Daniel Rubbo Deceased*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Domingo Liz**
*individually, as surviving sibling of Nancy Liz*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sean Fagan**
*as Surviving Brother of Thomas Fagan−Russo, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jozefa Turkosz**
*As Personal Representative of the Estate of Kazimierz Turkosz Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna Frank**
*as Personal Representative of the Estate of Theodore Frank, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna Frank**
*as Surviving Spouse of Theodore Frank, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cheriann Frederich**
*as Personal Representative of the Estate of Stephen Frederich, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cheriann Frederich**
*as Surviving Spouse of Stephen Frederich, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Domingo Liz**
*as Personal Representative of the Estate of Elena Liz, deceased, the late parent of Nancy Liz*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zaida Gonzalez**
*as Personal Representative of the Estate of Carmelo Gonzalez, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zaida Gonzalez**
*as Surviving Spouse of Carmelo Gonzalez, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Huber**
*as Personal Representative of the Estate of Willard Huber, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Huber** represented by **Aoife−Roisin Nora Bourke**
*as Surviving Spouse of Willard Huber, Deceased*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jozefa Turkosz** represented by **Aoife−Roisin Nora Bourke**
*As Surviving Spouse of Kazimierz Turkosz Deceased*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Stone Luckett** represented by **Jerry Stephen Goldman**
*individually, as surviving child of Edward H. Luckett*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Camille Viania** represented by **Aoife−Roisin Nora Bourke**
*As Personal Representative of the Estate of Bruce Viania Deceased*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Grace Luckett** represented by **Jerry Stephen Goldman**
*individually, as surviving spouse of Edward H. Luckett*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Camille Viania** represented by **Aoife−Roisin Nora Bourke**
*As Surviving Spouse of Bruce Viania Deceased*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Luckett** represented by **Jerry Stephen Goldman**
*individually, as surviving spouse of Edward H. Luckett*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elena Villarreal** represented by **Aoife−Roisin Nora Bourke**
*As Personal Representative of the Estate of Franklin Villarreal Deceased*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elena Villarreal** represented by **Aoife−Roisin Nora Bourke**
*As Personal Representative of the Estate of Franklin Villarreal Deceased*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maureen Williamson** represented by **Aoife−Roisin Nora Bourke**
*As Surviving Spouse of Robert Williamson Deceased*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Chamel C Hudson**<br>*as Personal Representative of the Estate of Jeffrey Hudson, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Maureen Williamson**<br>*As Personal Representative of the Estate of Robert Williamson Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Chamel C Hudson**<br>*as Surviving Spouse of Jeffrey Hudson, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Emelia Ippolito**<br>*as Personal Representative of the Estate of Michael Ippolito, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Emelia Ippolito**<br>*as Surviving Spouse of Michael Ippolito, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **David Kleiman**<br>*as Personal Representative of the Estate of Jeff Kleiman, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **David Kleiman**<br>*as Surviving Son of Jeff Kleiman, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Alissa Ann Lebers**<br>*as Surviving Daughter of Warren Lebers III, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Christa Jo Lebers**<br>*as Surviving daughter of Warren Lebers III, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jacqueline Young**<br>*As Personal Representative of the Estate of Albert Young Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joanne Lebers**
*as Personal Representative of the Estate of Warren Lebers III, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jean Luker**
*as Personal Representative of the Estate of Gary Luker, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jean Luker**
*as Surviving Spouse of Gary Luker, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elise De Jong**
*as the spouse of Michael Jerome, deceased*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melania De La Cruz**

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diogo De Oliveira**

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Timothy Wyatt Luckett**
*individually, as surviving child of Edward H. Luckett*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pauline Zingerman**
*As Surviving Spouse of Charles Zingerman Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Clifford Dean**

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pauline Zingerman**
*As Personal Representative of the*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)

| | | |
|---|---|---|
| *Estate of Charles Zingerman Deceased* | | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Lisa Luckett**<br>*as the Personal Representative of the Estate of Edward H. Luckett, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward H. Luckett* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kathryn Crawford Luckett**<br>*individually, as surviving sibling of Edward H. Luckett* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Melvin Dean** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Louis Russo**<br>*Individually* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Laurence Zalk**<br>*Individually* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Alexandra Ward Luckett**<br>*individually, as surviving sibling Edward H. Luckett* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jerome DeCanio** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Valerie Stephenson**<br>*Individually* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Daniel Dechent** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**James Taylor Luckett**
*individually, as surviving sibling of Edward H. Luckett*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brendan O'Connor**

represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel DeGiovine**

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Abarca**
*Individually*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carmen DeJesus**
*as the Personal Representative and/or Proposed Administrator of the Estate of Maria Alicea, deceased, and on behalf of all survivors of Maria Alicea*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alexandra Ward Luckett**
*as Personal Representative of the Estate of Diana Ward Luckett, deceased, the late parent of Edward H. Luckett*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dolly Del Rosario**

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sean Delaney**

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Agosto**
*Individually*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Ronald Delmar** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Domenica Anna Lopez**<br>*individually, as surviving sibling of Anthony Luparello* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Margaret Dempsey**<br>*as the Personal Representative and/or Proposed Administrator of the Estate of Daniel Dempsey, deceased, and on behalf of all survivors of Daniel Dempsey* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Carmine DePalma** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Caterina Tavolacci**<br>*individually, as surviving sibling of Anthony Luparello* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Donald Dermody** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Danielle McGuire**<br>*the surviving Spouse of Patrick McGuire* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Bruce Mariani**<br>*as Personal Representative of the Estate of Hazel Lillian Mariani, deceased, the late parent of Louis Neil Mariani* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **JOHN DESENA** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Danielle McGuire**<br>*as Personal Representative of the Estate of Patrick McGuire, Deceased* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Aaron Adler**<br>*surviving Sibling of Lee Alan Adler* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Jorge Diaz** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Randi Adler**<br>*surviving Sibling of Lee Alan Adler* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Lauren Sarah Adler Martinelli**<br>*Surviving Child of Lee Alan Adler* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Christopher Diaz** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Isabell Dansinger Adler**<br>*surviving Parent of Lee Alan Alder* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aron Diaz Garcia** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jay Adler**
*surviving Sibling of Lee Alan Adler*
represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theresa Cooke**
*surviving Sibling of LeRoy W. Homer, Jr.*
represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John DiBenedetto** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bruce Mariani**
*individually, as surviving sibling of Louis Neil Mariani*
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Hargis**
*surviving Sibling of LeRoy W. Homer, Jr.*
represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Tina Grazioso**<br>*as Parent and Natural Guardian of M.G., a minor* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lauren Peters**<br>*individually, as surviving child of Louis Neil Mariani* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Christine Homer**<br>*surviving Sibling of LeRoy W. Homer, Jr.* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Enrico DiGenova** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kathryn Grazioso**<br>*a surviving Child of John Grazioso* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Frank Bleier**<br>*Individually* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Ilse Homer**<br>*a surviving Parent of LeRoy W. Homer, Jr.* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming** |

(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edna May Massa**
*individually, as surviving spouse of Nicholas G. Massa*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristen Grazioso**
*a surviving Child of John Grazioso*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Homer**
*as Personal Representative of the Estate of Thomas Freimark, Deceased*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna Mercurio**
*individually, as surviving child of Nicholas G. Massa*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Carl**
*Individually*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Rowe**
*a surviving Sibling of Nicholas Rowe*

represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

| | | |
|---|---|---|
| **Sean McGuire**<br>*surviving Child of Patrick McGuire* | | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Nicholas T. Massa**<br>*individually, as surviving child of Nicholas G. Massa* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Monique Homer**<br>*surviving Sibling of LeRoy W. Homer, Jr.* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Marilyn Johnson**<br>*surviving Sibling of LeRoy W. Homer, Jr.* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Denise McDonnell**<br>*individually, as surviving sibling of Michael Patrick McDonnell* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Cheryl Homer Wilson**<br>*surviving Sibling of LeRoy W. Homer, Jr.* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **June Carter−Perrine**<br>*Individually* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Dale Allen Nacke**<br>*as Personal Representative of the Estate of Louis P. Nacke, Deceased* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Shea McGuire**<br>*surviving Child of Patrick McGuire* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Rachel Logan**<br>*a surviving Sibling of Nicholas Rowe* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Vincenza McDonnell**<br>*individually, as surviving parent of Michael Patrick McDonnell* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Ryan McGuire**<br>*surviving Child of Patrick McGuire* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Mara McGuire**<br>*surviving Child of Patrick McGuire* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kenneth Collins**<br>*Individually* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Patrick A. McDonnell**<br>*individually, as surviving parent of Michael Patrick McDonnell* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Susan Crimp**<br>*Individually* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kathleen Murphy**<br>*individually, as surviving sibling of Patrick McGuire* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Fred DeCicco**<br>*Individually* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Frank Depippo**<br>*Individually* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Richard Ghiraldi**<br>*Individually* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas McGuire**
*individually, as surviving sibling of Patrick McGuire*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dennis Hogan**
*Individually*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John McGuire**
*individually, as surviving sibling of Patrick McGuire*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charlie Jimenez−Hernandez**
*Individually*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maureen Simpson**
*individually, as surviving sibling of Patrick McGuire*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Acosta John**
*Individually*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Colon John**
*Individually*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James McGuire**
*individually, as surviving sibling of Patrick McGuire*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kuharski Michael**
*Individually*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jody Myers**
*as Personal Representative of the Estate of Terrence McGuire, deceased, the late sibling of Patrick McGuire*
*TERMINATED: 04/26/2024*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jill Lanese**
*Individually*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sean McShane**
*individually, as surviving child of Terence McShane*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aidan McShane**
*individually, as surviving child of Terence McShane*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Colin McShane**
*individually, as surviving child of Terence McShane*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Richard Manzi** | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Stuart Meissner**<br>*Individually* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Catherine McShane**<br>*individually, as surviving spouse of Terence McShane* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**John Francis Schutty , III**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Diogenes Morales**<br>*Individually* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Catherine McShane**<br>*as the Personal Representative of the Estate of Terence McShane, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Terence McShane* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Sean O'Neill**<br>*Individually* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Elizabeth Miller**<br>*individually, as surviving child of Douglas Miller* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Carol Pilosi**<br>*Individually* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Deborah Lynn Temple**<br>*individually, as surviving spouse of Vincent S. Morello* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*TERMINATED: 08/05/2024*<br>*LEAD ATTORNEY*<br><br>**John Francis Schutty , III**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Ruocco** | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Justin John Morello**<br>*individually, as surviving child of Vincent S. Morello* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*TERMINATED: 08/05/2024*<br>*LEAD ATTORNEY*<br><br>**John Francis Schutty , III**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Paige Celine Morello**<br>*individually, as surviving child of Vincent S. Morello* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*TERMINATED: 08/05/2024*<br>*LEAD ATTORNEY*<br><br>**John Francis Schutty , III**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John Morello**<br>*Individually, as surviving parent of Vincent S. Morello* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Morello**
*individually, as surviving parent of Vincent S. Morello*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deborah Lynn Temple**
*as the Personal Representative of the Estate of Vincent S. Morello, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vincent S. Morello*

represented by **Jerry Stephen Goldman**
(See above for address)
*TERMINATED: 08/05/2024*
*LEAD ATTORNEY*

**John Francis Schutty , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Colleen Golden**
*individually, as surviving child of Richard Morgan*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Morris, III**
*individually, as surviving sibling of Seth Morris*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laura Nogaj**
*individually, as surviving spouse of Stephen Philip Morris*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Doe 71**
*being intended to designate the Personal Representative of the Estate of Stephen Philip Morris, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent*
*TERMINATED: 06/23/2022*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Irina Malkoff**
*as Personal Representative of the Estate of Scott Malkoff, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Irina Malkoff**
*as Surviving Spouse of Scott Malkoff, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Teresa Malmon**<br>*as Personal Representative of the Estate of Andrzej Malmon, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Teresa Malmon**<br>*as Surviving Spouse of Andrzej Malmon, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **David Dillane** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Tara Mari−Ciniski**<br>*as Personal Representative of the Estate of Louis Mari, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Tara Mari−Ciniski**<br>*as Surviving Daughter of Louis Mari, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Camilla Mazarese**<br>*as Personal Representative of the Estate of John Mazarese, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Camilla Mazarese**<br>*as Surviving Spouse of John Mazarese, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Elizabeth DiMarco**<br>*as the Personal Representative and/or Proposed Administrator of the Estate of John DiMarco, deceased, and on behalf of all survivors of John DiMarco* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Elizabeth DiMarco**<br>*as the spouse of John DiMarco, deceased* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Zviya Diner**<br>*as the Personal Representative and/or Proposed Administrator of the Estate of John Cleaver, deceased, and on behalf* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

*of all survivors of John Cleaver*

**Plaintiff**

| | | |
|---|---|---|
| **Zviya Diner**<br>*as the spouse of John Cleaver, deceased* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **William Dinger** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Sharon Moran**<br>*as Personal Representative of the Estate of Thomas Moran, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Sharon Moran**<br>*as Surviving Spouse of Thomas Moran, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Dora Mustillo**<br>*as Personal Representative of the Estate of Michael Mustillo, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Divirgilio** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Dora Mustillo**<br>*as Surviving Spouse of Michael Mustillo, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Janet Nasca**<br>*as Personal Representative of the Estate of Michael Nasca, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Janet Nasca**<br>*as Surviving Spouse of Michael Nasca, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Donald Dlugos** | represented by | **John Patrick Dearie**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mona Orsulich**
*as Personal Representative of the Estate of Stephan Orsulich, Deceased*
represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mona Orsulich**
*as Surviving Daughter of Stephan Orsulich, Deceased*
represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Francis Doig**
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victoria Pagano**
*as Personal Representative of the Estate of Nicholas Pagano, Deceased*
represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victoria Pagano**
*as Surviving Spouse of Nicholas Pagano, Deceased*
represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Michael Nee**
*individually, as surviving sibling of Luke Girard Nee*
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Dolan**
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Domanico**
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Donadio**
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Donadio**
represented by

| | | |
|---|---|---|
| | | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Dolores Laguerre**<br>*individually, as surviving sibling of Diana O'Conner* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Joseph Donadio** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **James Donnelly** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jimmy Vega**<br>*individually, as surviving sibling of Diana O'Conner* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **James D'Onofrio** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Daniel Donohue** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Heidi Dowling**<br>*as the Personal Representative and/or Proposed Administrator of the Estate of Robert Dowling, deceased, and on behalf of all survivors of Robert Dowling* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Minerva Galarza**<br>*individually, as surviving sibling of Diana O'Connor* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Heidi Dowling**<br>*as the spouse of Robert Dowling, deceased* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**George Dozier**
*as the Personal Representative and/or Proposed Administrator of the Estate of Dawn Stewart, deceased, and on behalf of all survivors of Dawn Stewart*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sonia Vega**
*individually, as surviving sibling of Diana O'Conner*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Denise Dragos**

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Duffy**

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Dugal**

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Miriam Roman**
*individually, as surviving sibling of Diana O'Connor*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Durkin**

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen Pisani**
*as Personal Representative of the Estate of Gary Pisani, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen Pisani**
*as Surviving Spouse of Gary Pisani, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Dusatko**

represented by

| | | |
|---|---|---|
| | | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Raymond Russo**<br>*Individual* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Joseph Eckert** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Aida Cintron**<br>*individually, as surviving sibling of Diana O'Connor* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lorine Pressley**<br>*as Personal Representative of the Estate of Ervin Pressley, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lorine Pressley**<br>*as Surviving Spouse of Ervin Pressley, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Peter Ekstrom** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Vilma Reala**<br>*as Personal Representative of the Estate of Anthony Reala, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Vilma Reala**<br>*as Surviving Spouse of Anthony Reala, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |

**Christopher Elkind** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Clarence Elliott** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary−Rose Engle** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Oscar Sanchez**
*Individually*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**August Bernaerts**
*individually, as surviving sibling of Donna Bernaerts − Kearns*
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Greene**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Michael Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Samantha Emily Smith**
(See above for address)
*TERMINATED: 04/29/2021*

**Stephen Wah**
(See above for address)
*TERMINATED: 11/10/2020*

**Plaintiff**

**Dominic Esopa** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edgard Ruiz**
*as Personal Representative of the Estate of Luz Ruiz, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edgard Ruiz**
*as Surviving Son of Luz Ruiz, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raymond Fais**

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Francisco Spies Sr.**
*Individually*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Faldetta**

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Doe 84**
*being intended to designate the Personal Representative of the Estate of Donna Bernaerts − Kearns, deceased, said name beign fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vincent Falsitta**

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Fama**

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chong Farrell**
*as the Personal Representative and/or Proposed Administrator of the Estate of*

represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*

| | | |
|---|---|---|
| *Kevin Farrell, deceased, and on behalf of all survivors of Kevin Farrell* | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Chong Farrell**<br>*as the spouse of Kevin Farrell, deceased* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Diane Brierley**<br>*individually, as surviving sibling of Mary Catherine Boffa* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Elka Farrell**<br>*as the Personal Representative and/or Proposed Administrator of the Estate of Douglass Farrell, deceased, and on behalf of all survivors of Douglass Farrell* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Elka Farrell**<br>*as the spouse of Douglass Farrell, deceased* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Harry Farrell** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Margaret Trudeau**<br>*individually, as surviving sibling of Mary Catherine Boffa* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John Farrell** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Robert Farrell** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Francis Favilla** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Thomas Fay** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Salvatore Fazio** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eileen Feeley**
*as the Personal Representative and/or Proposed Administrator of the Estate of John Feeley, deceased, and on behalf of all survivors of John Feeley*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eileen Feeley**
*as the Personal Representative and/or Proposed Administrator of the Estate of John Feeley, deceased, and on behalf of all survivors of John Feeley*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Fehsal** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Boffa**
*individually, as surviving spouse of Mary Catherine Boffa*
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theresa Felice**
*as the Personal Representative and/or Proposed Administrator of the Estate of Michael Felice, deceased, and on behalf of all survivors of Michael Felice*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theresa Felice**
*as the spouse of Michael Felice, deceased*
represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Boffa**
*as the Personal Representative of the Estate of Mary Catherine Boffa, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mary Catherine Boffa*
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Daniel Fernandez** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Louis Ferrara** | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Carmen DeJesus**<br>*as the child of Maria Alicea, deceased* | represented by | **John Patrick Dearie**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **John Fratangelo** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Peter Joseph** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Michael Cascio** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Humayun Q Butt** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Sharon Joseph** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Keacha Smith** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Roszel Morris** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lidia Szewczyk** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter A Petito** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Derek Smith** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephanie Moukazis** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Greg Shavel** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Whitsett** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jonathan Sferazo** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shaun Mcnally** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anna Russo**
*as Personal Representative of the Estate of Thomas Fagan−Russo, Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anna Russo**
*as Surviving Parent of Thomas*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)

*Fagan−Russo, Deceased* — *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Sanabia**
*as Personal Representative of the Estate of Manuel Sanabia, Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Sanabia**
*as Surviving Spouse of Manuel Sanabia, Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Sarandrea**
*as Personal Representative of the Estate of James Sarandrea, Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Sarandrea**
*as Surviving Spouse of James Sarandrea, Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carolyn Schiavo**
*as Personal Representative of the Estate of Dana Schiavo, Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carolyn Schiavo**
*as Surviving Spouse of Dana Schiavo, Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Poutoula Scourtsis**
*as Personal Representative of the Estate of Tom Scourtsis, Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Poutoula Scourtsis**
*as Surviving Spouse of Tom Scourtsis, Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angela Solomon**
*as Personal Representative of the Estate of Alexis Solomon, Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**Angela Solomon**
*as Surviving Spouse of Alexis Solomon, Deceased*

**Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Caren Schweiger** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Uri McPhill** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Szewczyk** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dianna Ryan** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pedro Luis Quiles** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gregory Phillips** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Catherine Petito** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Schweiger** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Palmieri** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Ahouva Rubinstein** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Judy Resnick** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kathy Williams** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lena Sferazo** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Maria Stimpson**<br>*as Personal Representative of the Estate of Raymond Stimpson, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Maria Stimpson**<br>*as Surviving Spouse of Raymond Stimpson, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Sandra Suweidan−Nemeh**<br>*as Personal Representative of the Estate of Steven Nemeh, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Sandra Suweidan−Nemeh**<br>*as Surviving Spouse of Steven Nemeh, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Janis J. Taylor**<br>*as Personal Representative of the Estate of Dexter Taylor, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Neta Smith** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Terri Troiano** represented by **Aoife−Roisin Nora Bourke**
*as Personal Representative of the Estate of Troiano Frank, Deceased*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Terri Troiano** represented by **Aoife−Roisin Nora Bourke**
*as Surviving Daughter of Troiano Frank, Deceased*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laurie Weber** represented by **Aoife−Roisin Nora Bourke**
*as Personal Representative of the Estate of Steven Germansky, Deceased*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laurie Weber** represented by **Aoife−Roisin Nora Bourke**
*as Surviving Spouse of Steven Germansky, Deceased*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janis J. Taylor** represented by **Aoife−Roisin Nora Bourke**
*as Surviving Spouse of Dexter Taylor, Deceased*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marek Rolek** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Sacco** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vernel Rhoden** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Michel** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rita Ndoci** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Peterson** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Herman Ray**
*surviving Sibling of Denease Conley*
represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Herman Ray**
*as Personal Representative of the Estaste of Denease Conley, Deceased*
represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Herman Ray**
*as Personal representative of the Estate of Earl Ray, Deceased, a surviving Sibling of Denease Conley*
represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Prodromakis** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Saltan Saladeen** represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edwin Asitimbay** represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Ricardo Asitimbay**<br>*Individually* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Wilson Asitimbay**<br>*Individually* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Patricia Kavanagh Edwards**<br>*indivdually, as surviving spouse of Dennis Edwards*<br>*also known as*<br>Patti Kavanagh Edwards | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Ina Barnes**<br>*Individually* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Theresa Bevilacqua** | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Patricia Kavanagh Edwards**<br>*Personal Representative of the Estate of Dennis Edwards, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dennis Edwards*<br>*also known as*<br>Patti Kavanagh Edwards | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Maureen F. Bosco**<br>*Individually* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Matthew Bowden**<br>*Individually* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Alexa Marie Edwards**<br>*indivdually, as surviving child of Dennis Edwards* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **John Patrick Conlon**<br>*Individually*<br>*TERMINATED: 08/19/2024* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kimberly Patrice Conlon**<br>*Individually* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Sheila Edwards Doyle**<br>*as the Peronal Representative of the Estate of Julia Edwards, deceased, the late parent of Dennis Edwards* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Mary Dwyer**<br>*Individually* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Morgan Edwards**<br>*individually, as surviving sibling of Dennis Edwards* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Sheila Edwards Doyle**<br>*indivdually, as surviving sibling of Dennis Edwards* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Samantha Fishman**<br>*Individually* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Elizabeth Edwards Cortese**<br>*individually, as surviving sibling of Dennis Edwards* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Joseph W. Gardner**<br>*Individually* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Eileen Edwards O'Brien**<br>*individually, as surviving sibling of Dennis Edwards* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY* |

| | | |
|---|---|---|
| | | *ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Wendy M. Brown**<br>*as Personal Representative of the Estate of Sherri A. Williams, Deceased Parent of Candace Lee Williams, Deceased* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Stanley Frank**<br>*individually, as surviving parent of gary J. Frank* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jacqueline Genovese**<br>*Individually* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Mindy Gabler**<br>*individually, as surviving spouse of Fredric Gabler* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Mindy Gabler**<br>*as the Personal Representative of the Estate of Frederic Gabler, deceased, and on behalf of all survivors and all legalyl entitled beneficiaries and family members of Fredric Gabler* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Alexis Gabler**<br>*individually, as surviving child of Fredric Gabler* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Barbara Haynes−Jenkins**<br>*surviving Sibling of Denease Conley* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Irma Joyce Fletcher**<br>*as Perosnal Representative of the Estate of Earl Ray, Deceased, a surviving Sibling of Denease Conley* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Irma Joyce Fletcher**<br>*surviving Sibling of Denease Conley* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Cherrie L. Allen**<br>*surviving Sibling of Denease Conley* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Stanley Ray**<br>*surviving Sibling of Denease Conley* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Howard Gabler**<br>*individually, as surviving parent of Fredric Gabler* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Colin Glick**<br>*Individually* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Ester DiNardo**<br>*surviving Parent of Marisa DiNardo−Schorpp*<br>*TERMINATED: 01/29/2020* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert A. O'Hare , Jr**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Leslie Gabler**<br>*individually, as surviving parent of Frederic Gabler* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Jolie Gabler**<br>*individually, as surviving sibling of Fredric Gabler* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Courtney Glick**<br>*Individually* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Nicholas Kemp**<br>*individually, as surviving child of Timothy Haviland* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **John David Ketler**<br>*Individually* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jennifer Holohan**<br>*individually, as surviving sibling of Thomas P. Holohan* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Richard K. Ketler**<br>*Individually* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Brendan Ielpi**<br>*individually, as surviving sibling of Jonathan Ielpi* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Barbara A. Laurencin**<br>*Individually* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jennifer Dawn Licciardi**<br>*Individually* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Melissa Brengel**<br>*individually, as surviving sibling of Jonathan Ielpi* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jose Domingo Liz**<br>*as legal guardian of Marie Liz, individually, as surviving sibling of Nancy Liz* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Joanne Licciardi**<br>*Individually* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Eileen Lunder Baynes**<br>*individually, as surviving sibling of Christopher Lunder* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Sebastian Licciardi**<br>*Individually* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Ralph Rocco Licciardi**<br>*Individually* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John Doe 82**<br>*as the Personal Representative Estate of Guiseppe Luparello, deceased, the late sibling of Anthony Luparello* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Rosa Campisi**<br>*individually, as surviving sibling of Anthony Luparello* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Charles V. Margiotta**<br>*Individually* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Norma I. Margiotta**<br>*Individually* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Patrice A. Regan**<br>*as the Personal Representative of the Estate of Nicholas G. Massa, deceased,* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY* |

*and on behalf of all survivors and all legally entitled beneficiaries and family members of Nicholas G. Massa* — *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Norma Jean Margiotta**
*Individually*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Vigiano– Trapp**
*Individually*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Camille Nicole Martin**
*Individually*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephen J. Masi**
*Individually*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elza Marie McGowan**
*as Personal Representative of the Estate of Rosa Marie Chapa*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gloria Eleanor Moran**
*individuallym as surviving sibling of Nicholas G. Massa*
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeanene McGregor**
*Individually*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Margaret Quinn Metz**
*Individually*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Colleen Golden**
*as the Personal Representative of the Estate of Richard Morgan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard Morgan*
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Colleen Golden**<br>*as the Personal Representative of the Estate of Patricia Morgan, deceased, the late spouse of Richard Morgan* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Wilmer Mijia**<br>*Individually* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Barbara Morris**<br>*individually, as surviving parent of Seth Morris* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **John R. Morris, Jr.**<br>*individually, as surviving parent of Seth Morris* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Sean P. OBrien**<br>*Individually* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Elizabeth Parks**<br>*Individually* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **James Morris**<br>*individually, as surviving sibling of Seth Morris* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Anthony G. Preziose**<br>*Individually* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Patrick Nee**<br>*individually, as surviving child of Luke Girard Nee* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Gabrielle M. Preziose**<br>*Individually* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jake D. Preziose**
*Individually*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Irene Lavelle**
*as the Personal Representative of the Estate of Luke G. Nee, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luke Girard Nee*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Doe 136**

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Irene Lavelle**
*individually, as surviving spouse of Luke Girard Nee*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**George Thomas**

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ellen Macri**
*individually, as surviving sibling of Katherine McGarry Noack*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick McGarry**
*as Personal Representative of the Estate of Kathryn Marie McGarry, Deceased Parent of Katherine McGarry Noack, Deceased*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Isabell Dansinger Adler**
*surviving Parent of Lee Alan Adler*

represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Jozef Tracy** | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Marianne Burke**<br>*individually, as surviving sibling of Katherine McGarry, Noack* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Doe 136** | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Doe 136** | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Deborah M. Brink**<br>*individually, as surviving sibling of Katherine McGarry Noack* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Marc Werfel** | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John Doe 85**<br>*being intended to designate the Personal Representative of the Estate of Katherine McGarry Noack, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent*<br>*TERMINATED: 06/07/2022* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Johnny Vega**<br>*individually, as surviving sibling of Diana O'Conner* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Rufus J. McDay, Jr.**<br>*as Personal Representative of the Estate of Cynthia Elaine McDay, Parent of 9/11 Decedent Tonyell F. McDay* | represented by | **Rufus J. McDay, Jr.**<br>PRO SE |
| **Plaintiff** | | |
| **Johnny Vega**<br>*as the Personal Representative of the Estate of Maria Vega, deceased, the late parent of Diana O'Conner* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Alice Doerge Adler**<br>*the surviving Spouse of Lee Alan Adler* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Denise Reid Chapa**<br>*as Personal Representative of the Estate of Jose Javier Chapa, Spouse of 9/11 Decedent Rosa Marie Chapa* | represented by | **John Duane**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Robert Vega**<br>*individually, as surviving spouse sibling of Diana O'Conner* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Alice Doerge Adler**<br>*as Personal representative of the Estate of Lee Alan Adler, Deceased* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Karen Anne Zaccaria**<br>*as Co−Personal Representative of the Estate of Joan Elizabeth Fischer, Deceased Parent of Debra Lynn Gibbon, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Rachel Uchitel**<br>*individually, as surviving spouse of Andrew OGrady* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| | represented by | |

| | | |
|---|---|---|
| **Lauren Sarah Adler Martinelli**<br>*surviving Child of Lee Alan Adler* | | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John Robert Parro**<br>*Child of 9/11 Decedent Robert Parro* | represented by | **John Robert Parro**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Elizabeth Kane Reich**<br>*Elizabeth Kane Reich as Personal Representative of the Estate of Vincent D. Kane, Jr.* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Elizabeth Kane Reich**<br>*as Personal Representative of the Estate of Vincent D. Kane, Sr.* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Francine Michelle Roman**<br>*Individually* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Ester DiNardo**<br>*surviving Parent of Marisa DiNardo−Schorpp*<br>*TERMINATED: 01/29/2020* | represented by | **Andrew C. Levitt**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert A. O'Hare , Jr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Silveria Segura**<br>*as Personal Representative of the Estate of Juan G. Salas, Deceased* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Shelley Simon**<br>*as Personal Representative of the Estate of Paul J. Simon* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Pio DiNardo**<br>*surviving Parent of Marisa* | represented by | **Andrew C. Levitt**<br>(See above for address) |

*DiNardo−Schorpp*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. O'Hare , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth A. Soudant**
*Individually*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eugene R. Springer**

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Harley DiNardo**
*surviving Sibling of Marisa DiNardo−Schorpp*

represented by **Andrew C. Levitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. O'Hare , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jason Springer**
*Individually*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Behette**
*surviving Sibling of Michale G. Behette*

represented by **Andrew C. Levitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. O'Hare , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Jacqueline Yvonne Steed**<br>*Individually* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Eamon P.D. Stewart**<br>*Individually* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Olga Valinotti**<br>*as co−Personal Representative of the Estate of Leon Economos, Deceased, a surviving Parent of Constantine Economos* | represented by | **Andrew C. Levitt**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert A. O'Hare , Jr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Francisco Stewart**<br>*Individually* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Olga Valinotti**<br>*surviving Sibling of Constantine Economos* | represented by | **Andrew C. Levitt**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert A. O'Hare , Jr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Brian Farrell**<br>*Individually* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| | | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **John Paul Talty**<br>*Individually* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Andrew Economos**<br>*surviving Sibling of Constantine Economos* | represented by | **Andrew C. Levitt**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert A. O'Hare , Jr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Judith Ann Torea**<br>*Individually* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Madeline Varriano**<br>*Individually* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Ariana Vigiano**<br>*Individually* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Fred Frater**<br>*Individually* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Nicolette Vigiano**<br>*Individually* | represented by | **Robert Turner Haefele**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Germaine Wilson**
*surviving Sibling of LeRoy Homer, Jr.*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Lynn Yamnicky**
*Individually*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Constance Finnicum**
*surviving Sibling of Richard Gabrielle*

represented by **Andrew C. Levitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. O'Hare , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark S. Yamnicky**
*Individually*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John David Yamnicky, Jr.**
*Individually*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ilse Homer**
*asurviving Parent of LeRoy W. Homer, Jr.*

represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**George Gabrielle**
*a surviving Sibling of Richard Gabrielle*
*also known as Gabe Gabrielle*

represented by **Andrew C. Levitt**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Robert A. O'Hare , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Orlando Garcia**
*Individually*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bertha Mary Bracken−Gennaro**
*Sibling of 9/11 Decedent Lucy Fishman*

represented by **Bertha Mary Bracken−Gennaro**
PRO SE

**Plaintiff**

**John Garofalo**
*Individually*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Geraci**
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hank Grazioso**
*surviving Parent of John Grazioso*

represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Geena Marie Varriano**
*Child of 9/11 Decedent Frank Varriano*

represented by **Geena Marie Varriano**
PRO SE

**Plaintiff**

**J. Frederick Gibbon**
*as Personal Representative of the Estate of Adam Frederick Gibbon, Child of 9/11 Decedent Debra Lynn Gibbon*

represented by **J. Frederick Gibbon**
PRO SE

**Plaintiff**

| | | |
|---|---|---|
| **Christine Homer**<br>*as Personal representative of the Estate of Thomas Freimark, Deceased, surviving Sibling of LeRoy W. Homer, Jr.* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Andrew Economos**<br>*as co−Personal Representative of the Estate of Leon Economos, Deceased, a surviving Parent of Constantine Economos* | represented by | **Andrew C. Levitt**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert A. O'Hare , Jr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Paul Habura**<br>*Individually* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Cynthia Hubbard** | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Dennis Mankowski**<br>*Individually* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Katia Mardice**<br>*Individually* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sean McNamee**
*Individually*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ian Phillips**
*Individually*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daryl Porti**
*Individually*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth A. Soudant**
*as Personal Representative of the Estate of Gregory E. Rodriguez*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Brian Jordan, Jr.**
*surviving Child of Andrew Brian Jordan, Sr.*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rina Kauffman**
*as Personal Representative of the*

represented by **Timothy B. Fleming**
(See above for address)

| | | |
|---|---|---|
| *Estate of Philip Lebor, deceased, a surviving Parent of Leon Lebor also known as Joy Kaufman* | | *LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Carmen Ramos**<br>*Individually* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **AnneMarie Medaglia**<br>*surviving Parent of Rocco Medaglia* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Diana Medaglia**<br>*surviving Child of Rocco Medaglia* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kathleen Medaglia−Dellapenna**<br>*surviving Sibling of Rocco Medaglia* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Robert Regensburger, Jr.**<br>*Individually* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Mary Ellen Murach**<br>*as Personal Representative of the Estate of Edward John Murach, Deceased, a surviving Parent of Robert M. Murach* | represented by | **Andrew C. Levitt**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert A. O'Hare , Jr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Yasmin Sanchez**<br>*Individually* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Dale Allen Nacke**<br>*as Personal Representative of the Estate of Louis P. Nacke, Deceased, a surviving Parent of Louis J. Nacke* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **BNY Mellon**<br>*as the Personal Representative of the Estate of Humberto Ailinger, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Humberto Ailinger* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Richard J. Murach**<br>*surviving Sibling of Robert M. Murach* | represented by | **Andrew C. Levitt**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert A. O'Hare , Jr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address) |

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Medaglia−Cordes** represented by **John A. Corr**
*surviving Child of Rocco Medaglia*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Louis Paul Nacke, II** represented by **John A. Corr**
*surviving Child of Louis J. Nacke*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Wilkes** represented by **Jerry Stephen Goldman**
*individually, as surviving spouse of Lorraine Antigua*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dale Allen Nacke** represented by **John A. Corr**
*as Personal representative of the Estate of Philomena Millace Nacke, Deceased, a surviving Parent of Louis J. Nacke*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Nicholas Nacke** represented by **John A. Corr**
*surviving Child of Louis J. Nacke*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Segarra** represented by **Aoife−Roisin Nora Bourke**
*Individually*
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Doe 76**
*being intended to designate the Personal Representative of the Estate of Lorraine Antigua, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marleny Serrano**
*Individually*

represented by **Aoife–Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joan Ruth Puwalski**
*individually, as surviving spouse of Steven J. Bates*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Doe 70**
*being intended to designate the Personal Representative of the Estate of Steven J. Bates, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BNY Mellon**
*as Personal Representative of the Estate of Ivhan Bautista, as the Personal Representative of the Estate of Ivhan Bautista, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ivhan Bautista*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth Nacke**
*surviving Sibling of Louis J. Nacke*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Justin Johnson**
*individually, as surviving child of Janice Brown*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Doe 76**
*being intended to designate the Personal Representative of the Estate of Lorraine Antigua, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paula Nacke Jacobs**
*surviving Sibling of Louis J. Nacke*

represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Papasso**
*surviving Sibling of Salvatore T. Papasso*

represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eytan Yammer**
*as adult individual suing on his own behalf*

represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Doe 77**
*being intended to designate the Personal Representative of the Estate of Janice Brown, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emily Cournoyer**
*as Personal Representative of the Estate of Alice Beaton, deceased, the late sibling of John Cahill*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Patricia Mason**<br>*surviving Sibling of Sandra Wright–Cartledge* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Nicole Mayer**<br>*individually, as surviving child of Peter J. Carroll* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Pete Carroll**<br>*individually, as surviving child of Peter J. Carroll* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Christopher Carroll**<br>*individually, as surviving child of Peter J. Carroll* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Antonietta Monaco**<br>*Individually* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Carroll**<br>*individually, as surviving child of Peter J. Carroll* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Sgt. Kevin Carroll**<br>*individually, as surviving sibling of Peter J. Carroll* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Cecilia Alvarez**<br>*Individually* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia D'Agata**
*individually, as surviving sibling of Peter J. Carroll*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brieann Centro**
*individually, as surviving child of Alexander Centro, Jr.*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alexander Centro**
*individually, as surviving child of Alexander Centro, Jr.*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alexander Centro**
*as the Personal Representative of the Estate of Alexander Centro, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alexander Centro, Jr.*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Craig Centro**
*individually, as surviving child of Alexander Centro, Jr*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Doe 80**
*being intended to designate the Personal Representative of the Estate of Andrew O'Grady, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdictio*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Craig Centro**
*as Personal Representative of the Estate of Italia Centro, deceased, the late parent of Alexander Centro, Jr.*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Chiofalo**
*individually, as surviving sibling of Nicholas Chiofalo*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Owens**
*as the Personal Representative of the*

represented by **Jerry Stephen Goldman**
(See above for address)

| | | |
|---|---|---|
| *Estate of Dolores Owens, deceased, the late parent of Peter Owens* | | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Donna Chiofalo**<br>*individually, as surviving sibling of Nicholas Chiofalo* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **John Owens**<br>*as the Personal Representative of the Estate of Peter J. Owens, Sr., deceased, the late parent of Peter Owens* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kathleen Owens**<br>*individually, as surviving sibling of Peter Owens* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Annette Melillo**<br>*individually, as surviving sibling of Nicholas Chiofalo* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Pamela Rancke Schroeder**<br>*individually, as surviving sibling of Alfred Todd Rancke* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Rosemarie Maggiore**<br>*individually, as surviving parent of Nicholas Chiofalo* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Elizabeth Rivas**<br>*as the Personal Representative of the Estate of Moises Norberto Rivas, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Moises Norberto Rivas* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **George Coughlin**<br>*as Personal Representative of the Estate of Mary Elizabeth Coughlin, deceased, the late parent of John G. Coughlin* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Elizabeth Rivas**<br>*individually, as surviving spouse of Moises Norberto Rivas* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **George Coughlin**<br>*individually, as surviving sibling of John G. Coughlin* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Moesha Rivas**<br>*individually, as surviving child of Moises Norberto Rivas* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Carol L. D'Allara**<br>*as the Personal Representative of the Estate of John D'Allara, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John D'Allara* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Moises Norberto Rivas, Jr.**<br>*individually, as surviving child of Moises Norberto Rivas* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Daniel D'Allara**<br>*as Personal Representative of the Estate of John D'Allara, Sr., deceased, the late parent of John D'Allara* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Lorene Rosenberg**<br>*individually, as surviving sibling of Lloyd Rosenberg* | represented by | **Lorene Rosenberg**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Daniel D'Allara**<br>*as Personal Representative of the Estate of Helen D'Allara, deceased, the late parent of John D'Allara* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Lawrence Rosenberg**<br>*individually, as surviving parent of Lloyd Rosenberg* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John Joseph D'Allara**<br>*individually, as surviving child of John D'Allara* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

represented by

| | | |
|---|---|---|
| **Michele Rosenberg**<br>*individually, as surviving parent of Lloyd Rosenberg* | | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Nicholas Michael D'Allara**<br>*individually, as surviving child of John D'Allara* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Brendan Ryan**<br>*individually, as surviving sibling of Matthew Ryan* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Brendan Ryan**<br>*as the Personal Representative of the Estate of Teresa Ryan, deceased, the late parent of Matthew Ryan* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kathleen Sanchez**<br>*individually, as surviving child of Raymond Sanchez* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Carol L. D'Allara**<br>*as the Personal Representative of the Estate of John D'Allara, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John D'Allara* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **RoseEllen Dowdell**<br>*individually, as surviving spouse of Kevin Christopher Dowdell* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **John Doe 79**<br>*being intended to designate the Personal Representative of the Estate of Raymond Sanchez, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction*<br>*TERMINATED: 08/04/2023* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **RoseEllen Dowdell**<br>*as the Personal Representative of the Estate of Kevin Christopher Dowdell, deceased, and on behalf of all survivors and all legally entitled beneficiaries* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

*and family members of Kevin Christopher Dowdell*

**Plaintiff**

**Christian Santos**
*individually, as surviving child of Rafael Humberto Santos*
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Kevin Dowdell**
*individually, as surviving child of Kevin Christopher Dowdell*
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jonnathan Santos**
*individually, as surviving child of Rafael Humberto Santos*
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Michael Dowdell**
*individually, as surviving child of Kevin Christopher Dowdell*
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yubelly Santos**
*as the Personal Representative of the Estate of Rafael Humberto Santos, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Rafael Humberto Santos*
represented by **Yubelly Santos**
PRO SE

**Plaintiff**

**Amy Eberling**
*individually, as surviving spouse of Dean P. Eberling*
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yubelly Santos**
*individually, as surviving spouse of Rafael Humberto Santos*
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amy Eberling**
*as the Personal Representative of the Estate of Deal P. Eberling, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dean P. Eberling*
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher John Saucedo**
*individually, as surviving sibling of*
represented by **Jerry Stephen Goldman**
(See above for address)

| | | |
|---|---|---|
| *Gregory Saucedo* | | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Corinne Ardente**<br>*individually, as surviving child of Dean P. Eberling* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jude Monteserrato**<br>*a/k/a Judith Monteserrato, individually, as surviving spouse of John Michael Sbarbaro* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Lauren Eberling**<br>*individually, as surviving child of Dean P. Eberling* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Beverly Epps**<br>*individually, as surviving sibling of Christopher Samuel Epps* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John Doe 72**<br>*being intended to designate the Personal Representative of the Estate of John Michael Sbarbaro, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Debra Epps**<br>*individually, as surviving sibling of Christopher Samuel Epps* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Helen Seaman**<br>*individually, as surviving parent of Michael H. Seaman* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Valerie Epps Kendall**<br>*individually, as surviving sibling of Christopher Samuel Epps* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Elizabeth Isacowitz**<br>*individually, as surviving sibling of Michael H. Seaman* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chundera Epps**
*individually, as surviving sibling of Christopher Samuel Epps*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maryellen Michalenko**
*individually, as surviving sibling of Michael H. Seaman*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Epps**
*individually, as surviving sibling of Christopher Samuel Epps*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Doe 78**
*being intended to designate the Personal Representative of the Estate of Michael H. Seaman, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Shea**
*as the Personal Representative of the Estate of Joan Shea, deceased, the late parent of Daniel Shea*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Doe 73**
*as Personal Representative of the Estate of Geneva Epps, deceased, the late parent of Christopher Samuel Epps*
*TERMINATED: 04/20/2022*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Doe 74**
*being intended to designate the Personal Representative of the Estate of Christopher Samuel Epps, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent*
*TERMINATED: 04/20/2022*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martin S. Hughes**
*as Personal Representative of the Estate of Frances S. Hughes, deceased, the late parent of Thomas F. Hughes, Jr.*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Theresa Fiorelli**<br>*individually, as surviving spouse of Stephen J. Fiorelli* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Theresa Fiorelli**<br>*as the Personal Representative of the Estate of Stephen J. Fiorelli, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen J. Fiorelli* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Stephen J. Fiorelli, Jr.**<br>*individually, as surviving child of Stephen J. Fiorelli* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Christine Epstein**<br>*individually, as surviving child of Stephen J. Fiorelli* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **William Fiorelli**<br>*individually, as surviving sibling of Stephen J. Fiorelli* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kenneth Fiorelli**<br>*individually, as surviving sibling of Stephen J. Fiorelli* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Karen Fiorelli**<br>*individually, as surviving sibling of Stephen J. Fiorelli* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John Doe 68**<br>*being intended to designate the Personal Representative of the Estate of Anthony E. Gallagher, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Laurie Gambino**<br>*individually, as surviving sibling of Thomas Gambino, Jr.* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Marilyn Hess**<br>*individually, as surviving parent of Thomas Gambino, Jr.* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Thomas Gambino, Sr.**<br>*individually, as surviving parent of Thomas Gambino, Jr.* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Keith Gambino**<br>*individually, as surviving sibling of Thomas Gambino, Jr.* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Valerie Gambino**<br>*individually, as surviving sibling of Thomas Gambino, Jr.* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Thomas Shea**<br>*as the Personal Representative of the Estate of Joan Shea, deceased, the late parent of Joseph Shea* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Thomas Gambino, III**<br>*individually, as surviving child of Thomas Gambino, Jr.* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Brian Gambino**<br>*individually, as surviving child of Thomas Gambino, Jr.* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Barbara Keane**<br>*as the Personal Representative of the Estate of Amy Haviland, deceased, the late sibling of Robert Spear* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Janet Gambino**<br>*individually, as surviving spouse of Thomas Gambino, Jr.* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Janet Gambino**<br>*as the Personal Representative of the Estate of Thomas Gambino, Jr.,* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY* |

*deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Gambino, Jr.*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Strobert**
*as the Personal Representative of the Estate of Frank Strobert, deceased, the late parent of Steven Frank Strobert*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John T. Genovese**
*individually, as surviving sibling of Steven Genovese*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Strobert**
*individually, as surviving parent of Steven Frank Strobert*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John T. Genovese**
*as Personal Representative of the Estate of Veronica Genovese, deceased, the late parent of Steven Genovese*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Steven Strobert**
*individually, as surviving child of Steven Frank Strobert*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tara Strobert−Nolan**
*individually, as surviving spouse of Steven Frank Strobert*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John T. Genovese**
*as the Personal Representative of the Estate of Steven Genovese, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Steven Genovese*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tara Strobert−Nolan**
*as the Personal Representative of the Estate of Steven Frank Strobert, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Steven Frank Strobert*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **John T. Genovese**<br>*as Personal Representative of the Estate of John G. Genovese, deceased, the late parent of Steven Genovese* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Patti Ann Valerio**<br>*individually, as surviving sibling of Matthew J. Grzymalski* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Paul Joseph Gryzmalski**<br>*individually, as surviving sibling of Matthew J. Grzymalski* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Peter John Gryzmalski**<br>*individually, as surviving sibling of Matthew J. Grzymalski* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jospeh Walter Gryzmalski**<br>*individually, as surviving sibling of Matthew J. Grzymalski* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jo Ann McManus**<br>*individually, as surviving sibling of Matthew J. Grzymalski* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Maureen Sullivan**<br>*individually, as surviving spouse of Derek O. Sword* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John Doe 81**<br>*being intended to designate the Personal Representative of the Estate of Derek O. Sword, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction*<br>*TERMINATED: 06/23/2022* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Patricia Byrne**<br>*individually, as surviving sibling of Joseph Gullickson* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Janice Dukes**<br>*individually, as surviving spouse of Donnie Taylor* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John Doe 75**<br>*being intended to designate the Personal Representative of the Estate of Donnie Taylor, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Patricia Gullickson**<br>*as Personal Representative of the Estate of Robert Gullickson, Sr., deceased, the late parent of Joseph Gullickson* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kristina Nicole York**<br>*individually, as surviving child of Raymond York* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Joseph Holt**<br>*As Personal Representative of the Estate of Dennis Hogan, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Joan York**<br>*as the Personal Representative of the Estate of Raymond York, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Raymond York* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Joan York**<br>*individually, as surviving spouse of Raymond York* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jabar Billingsley**<br>*As Personal Representative of the Estate of Deta Billingsley Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karin Charles**
*individually, as surviving spouse of Kenneth Zelman*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karin Charles**
*as the Personal Representative of the Estate of Kenneth Zelman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Zelman*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Malone**
*As Personal Representative of the Estate of Timothy Malone, Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Olivia Zelman Charles**
*individually, as surviving child of Kenneth Zelman*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Ellen Murach**
*surviving Parent of Robert M. Murach*

represented by **Andrew C. Levitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. O'Hare , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Katharine Tynion**
*surviving Sibling of Robert M. Murach*

represented by **Andrew C. Levitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert A. O'Hare , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| | | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Dale Allen Nacke**<br>*surviving Sibling of Louis J. Nacke* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Michael Medgalia**<br>*surviving Sibling of Rocco Medaglia* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Thomas Gullickson**<br>*individually, as surviving sibling of Joseph Gullickson* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Ethan Zelman Charles**<br>*individually, as surviving child of Kenneth Zelman* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Patricia Gullickson**<br>*individually, as surviving parent of Joseph Gullickson* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Cecilia Alvarez**<br>*O/B/O Morales, Diogenes* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Ralph William Gullickson**<br>*individually, as surviving sibling of Joseph Gullickson* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jabar Billingsley**<br>*As Surviving Spouse of Deta Billingsley Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Gullickson, Jr.**
*individually, as surviving sibling of Joseph Gullickson*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cecilia Alvarez**
*As Surviving Spouse of Diogenes Morales Deceased*

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jake Halloran**
*individually, as surviving child of Vincent G. Halloran*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kieran Halloran**
*individually, as surviving child of Vincent G. Halloran*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marie Halloran**
*as Natural Guardian of PH, a minor, as surviving child of Vincent G. Halloran*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Francis Schutty , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Declan Halloran**
*individually, as surviving child of Vincent G. Halloran*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Claudia Garcenot**
*As the Spouse of Dennis Hogan Deceased*

represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

| | | |
|---|---|---|
| **Marie Halloran**<br>*individually, as surviving spouse of Vincent G. Halloran* | | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Marie Halloran**<br>*as the Personal Representative of the Estate of Vincent Gerard Halloran, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vincent G. Halloran* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Iris Marie Holohan**<br>*individually, as surviving parent of Thomas P. Holohan* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Joseph Holt**<br>*As The Son Terrence Holt, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Mary Alice Holohan**<br>*individually, as surviving sibling of Thomas P. Holohan* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Megan Holohan**<br>*individually, as surviving sibling of Thomas P. Holohan* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Sean Holohan**<br>*individually, as surviving sibling of Thomas P. Holohan* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Aidan Halloran**<br>*individually, as surviving child of Vincent G. Halloran* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Conor Halloran**<br>*individually, as surviving child of Vincent G. Halloran* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| **<u>Plaintiff</u>** | | |
| **John Doe 83**<br>*being intended to designate the Personal Representative of the Estate of Timothy Haviland, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction*<br>*TERMINATED: 08/12/2022* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Maura Kinane**<br>*As Personal Representative of the Estate of William Kiane Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Jesse Kemp**<br>*individually, as surviving child of Timothy Haviland* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Harold Hughes**<br>*individually, as surviving sibling of Thomas F. Hughes, Jr.* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Maura Kinane**<br>*As Surviving Spouse of William Kinane Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Tara Leonardi**<br>*individually, as surviving sibling of Thomas F. Hughes, Jr.* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Christine Malone**<br>*As the Spouse of Timothy Malone, Deceased* | represented by | **Christine Malone**<br>PRO SE |
| **<u>Plaintiff</u>** | | |
| **Erin Murray**<br>*as Personal Representative of the* | represented by | **Jerry Stephen Goldman**<br>(See above for address) |

| | | |
|---|---|---|
| *Estate of Kevin T. Hughes, deceased, the late sibling of Thomas F. Hughes, Jr.* | | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lisa North**<br>*As Personal Representative of the Estate of Gladys Ortiz, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lisa North**<br>*As the Domestic Partner of Gladys Ortiz, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Mark F. Hughes**<br>*individually, as surviving sibling of Thomas F. Hughes, Jr.* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Martin S. Hughes**<br>*as Personal Representative of the Estate of Frances S. Hughes, deceased, the late parent of Thomas F. Hughes, Jr.* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Hank Grazioso**<br>*as surviving Parent of Timmy Grazioso* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Anthony Deblase**<br>*a surviving Sibling* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Richard Deblase**<br>*Individually* | represented by | **Timothy B. Fleming**<br>(See above for address) |

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Deblase**
*as Personal Representative of the Estate of James V. DeBlase, Deceased*

represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anita DeBlase**
*as a surviving Parent*

represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vito Garfi**
*Individually as a surviving Sibling*

represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vito Garfi**
*as Personal Representative of the Estate of Francesco Garfi, Deceased*

represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Salvatore Garfi**
*as a surviving Parent*

represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marianna Garfi**
*as a surviving Parent*

represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joanne Mistrulli**
*as Personal Representative of the Estate of Frank Mistrulli, Deceased*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronald Williams**

represented by

**Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dianne Young** represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joanna Dixon−Reisman**
*as Personal Representative of the Estate of Steven Reisman, Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joanna Dixon−Reisman**
*as Surviving Spouse of Steven Reisman, Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roberta Jackson**
*as Personal Representative of the Estate of Christopher Jackson, Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roberta Jackson**
*as Surviving Spouse of Christopher Jackson, Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Mansfield**
*as Personal Representative of the Estate of Robert Koeth, Jr., Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Mansfield**
*as Domestic Partner of Robert Koeth, Jr., Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Regensburger**
*as Personal Representative of the Estate of Robert Regensburger, Sr. Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Regensburger**
*as Surviving Spouse of Robert Regensburger, Sr., Deceased*
represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Debra Relyea**<br>*as Personal Representative of the Estate of Larry Relyea, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Debra Relyea**<br>*as Surviving Spouse of Larry Relyea, Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Corazon Fernandez**<br>*Individually* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kevin Jian**<br>*as surviving Child of HWEIDAR JIAN* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Alexander Rowe**<br>*as Personal Representative of the Estate of Judith Rowe, Deceased, a surviving Parent of Nicholas Rowe* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Alexander Rowe**<br>*as Parent and Legal Guardian of Nadine Rowe, a surviving Sibling of Nicholas Rowe* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Dale Allen Nacke**<br>*as Personal Representative of the Estate of Philomena Millace Nacke, Deceased* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **William Jian**<br>*a surviving Child of Hweidar Jian* | represented by | **Timothy B. Fleming**<br>(See above for address) |

| | | |
|---|---|---|
| | | *LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Harley DiNardo**<br>*as Personal Representative of the Estate of Esterina DiNardo a/k/a Ester DiNardo, Deceased, surviving Parent of Marisa−DiNardo−Schorpp* | represented by | **Robert A. O'Hare , Jr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **MATTHEW VAN AUKEN**<br>*a surviving Child of Kenneth Van Auken* | represented by | **Dennis G. Pantazis , Sr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **SARAH VAN AUKEN**<br>*a surviving Child of Kenneth Van Auken* | represented by | **Dennis G. Pantazis , Sr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lorie Van Auken**<br>*the surviving Spouse of Kenneth Van Auken* | represented by | **Dennis G. Pantazis , Sr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lorie Van Auken**<br>*as Personal Representative of the ESTATE OF KENNETH VAN AUKEN, Deceased* | represented by | **Dennis G. Pantazis , Sr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jodi Westbrook Flowers**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **SAM ERIC KLEINBERG**<br>*a surviving Child of Alan D. Kleinberg* | represented by | **Dennis G. Pantazis , Sr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jacob Kleinberg**<br>*a surviving Child of Alan D. Kleinberg* | represented by | **Dennis G. Pantazis , Sr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **LAUREN NICOLE KLEINBERG**<br>*a surviving Child of Alan D. Kleinberg* | represented by | **Dennis G. Pantazis , Sr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| | represented by | |

**Mindy Kleinberg**
*the surviving Spouse of Alan D. Kleinberg*

**Dennis G. Pantazis , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jodi Westbrook Flowers**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mindy Kleinberg**
*as Personal Representative of the ESTATE OF ALAN D. KLEINBERG, Deceased*

represented by **Dennis G. Pantazis , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deborah Calandrillo**
*individually as the Spouse and as the Personal Representative of the Estate of Joseph M. Calandrillo, Deceased, and on behalf of all survivors of Joseph M. Calandrillo, Deceased*

represented by **Deborah Calandrillo**
PRO SE

**Plaintiff**

**Kathleen V. Pfitzer**
*individually as the Spouse and as the Personal Representative of the Estate of James C. Cappers, Deceased, and on behalf of all survivors of James C. Cappers, Deceased*
*also known as*
Kathleen Cappers

represented by **Kathleen V. Pfitzer**
PRO SE

**Plaintiff**

**Helaine K. Chairnoff**
*individually as the Spouse and as the Personal Representative of the Estate of Jeffrey M. Chairnoff, Deceased, and on behalf of all survivors of Jeffrey M. Chairnoff, Deceased*

represented by **Helaine K. Chairnoff**
PRO SE

**Plaintiff**

**Michelle R. Chalcoff**
*individually as the Spouse and as Personal Representative of the Estate of William Alexander Chalcoff, Deceased and on behalf of all beneficiaries of William Alexander Chalcoff, Deceased*
*also known as*
Mable Chalcoff
*also known as*
Mabel Chalcoff

represented by **Michelle R. Chalcoff**
PRO SE

**Plaintiff**

**June Coppola**
*individually as the Spouse and as Personal Representative of the Estate of Mark J. Colaio, Deceased and on behalf of all beneficiaries of Mark J. Colaio, Deceased*
*also known as*

represented by **June Coppola**
PRO SE

June Colaio

**Plaintiff**

**Elodie Coleman** represented by **Elodie Coleman**
*individually as the Spouse and as Personal Representative of the Estate of Keith Eugene Coleman, Deceased and on behalf of all beneficiaries of Keith Eugene Coleman, Deceased*
PRO SE

**Plaintiff**

**John J. Creamer** represented by **John J. Creamer**
*individually as the Spouse and as Personal Representative of the Estate of Tara Kathleen Creamer, Deceased and on behalf of all beneficiaries of Tara Kathleen Creamer, Deceased*
PRO SE

**Plaintiff**

**Virginia M. Bowrosen** represented by **Virginia M. Bowrosen**
*as Spouse and as Personal Representative of the Estate of Paul DeCola, Deceased and on behalf of all beneficiaries of the Paul DeCola, Deceased*
*also known as*
Virginia M. DeCola
PRO SE

**Plaintiff**

**Michele Pizzo** represented by **Michele Pizzo**
*as Spouse and as Personal Representative of the Estate of Jason DeFazio, Deceased and on behalf of all beneficiaries of Jason DeFazio, Deceased*
*also known as*
Michele DeFazio
PRO SE

**Plaintiff**

**Elizabeth Emery** represented by **Elizabeth Emery**
*as Spouse and as Personal Representative of the Estate of Edgar Hendricks Emery, Jr., Deceased and on behalf of all beneficiaries of Edgar Hendricks Emery, Jr., Deceased*
PRO SE

**Plaintiff**

**Dawn Picciano** represented by **Dawn Picciano**
*as Spouse and as Personal Representative of the Estate of Francis Esposito, Deceased and on behalf of all beneficiaries of Francis Esposito, Deceased*
*also known as*
Dawn Esposito
PRO SE

**Plaintiff**

**Peter Gadiel** represented by **Peter Gadiel**
*as Parent and as Personal Representative of the Estate of James Andrew Gadiel, Deceased and on*
PRO SE

*behalf of all beneficiaries of James Andrew Gadiel, Deceased*

**Plaintiff**

**Jean Marie Gray** represented by **Jean Marie Gray**
*as Spouse and as Personal Representative of the Estate of James Michael Gray, Deceased and on behalf of all beneficiaries of James Michael Gray, Deceased*
PRO SE

**Plaintiff**

**Eileen T. Hoey** represented by **Eileen T. Hoey**
*as Spouse and as Personal Representative of the Estate of Patrick Aloysius Hoey, Deceased and on behalf of all beneficiaries of Patrick Aloysius Hoey, Deceased*
PRO SE

**Plaintiff**

**Gabrielle Hoffman** represented by **Gabrielle Hoffman**
*as Spouse and as Personal Representative of the Estate of Stephen G. Hoffman, Deceased and on behalf of all beneficiaries of Stephen G. Hoffman, Deceased*
PRO SE

**Plaintiff**

**Kurt D. Horning** represented by **Kurt D. Horning**
*as Parent and as Personal Representative of the Estate of Matthew D. Horning, Deceased and on behalf of all beneficiaries of Matthew D. Horning, Deceased*
PRO SE

**Plaintiff**

**Tamara Kanter** represented by **Tamara Kanter**
*as Spouse and as Personal Representative of the Estate of Sheldon Robert Kanter, Deceased and on behalf of all beneficiaries of Sheldon Robert Kanter, Deceased*
PRO SE

**Plaintiff**

**Sandra Pangborn** represented by **Sandra Pangborn**
*as Spouse and as Personal Representative of the Estate of Brendan Mark Lang, Deceased and on behalf of all beneficiaries of Brendan Mark Lang, Deceased*
*also known as*
Sandra Lang
PRO SE

**Plaintiff**

**Robert Lanza Jr.** represented by **Robert Lanza Jr.**
*as Spouse and as Personal Representative of the Estate of Michele Lanza, Deceased and on behalf of all beneficiaries of Michele Lanza*
PRO SE

**Plaintiff**

**Mark Lichtschein** represented by **Mark Lichtschein**
*as Sibling and as Personal Representative of the Estate of Edward Lichtschein, Deceased and on behalf of all beneficiaries of Edward Lichtschein, Deceased*
PRO SE

**Plaintiff**

**Alan Patrick Linton** represented by **Alan Patrick Linton**
*as Parent and as Personal Representative of the Estate of Alan Patrick Linton, Jr., Deceased and on behalf of all beneficiaries of Alan Patrick Linton, Jr., Deceased*
*also known as*
A. Patrick Linton
PRO SE

**Plaintiff**

**Jonathan Dodge** represented by **Jonathan Dodge**
*as Spouse and as Personal Representative of the Estate of Vita Marino, Deceased and on behalf of all beneficiaries of Vita Marino, Deceased*
PRO SE

**Plaintiff**

**Aida Martinez** represented by **Aida Martinez**
*as Spouse and as Personal Representative of the Estate of Jose Angel Martinez, Jr., Deceased and on behalf of all beneficiaries of Jose Angel Martinez, Jr., Deceased*
PRO SE

**Plaintiff**

**Sherry McHeffey** represented by **Sherry McHeffey**
*as Parent and as Personal Representative of the Estate of Keith McHeffey, Deceased and on behalf of all beneficiaries of Keith McHeffey, Deceased*
PRO SE

**Plaintiff**

**Lisa Goldberg−McWilliams** represented by **Lisa Goldberg−McWilliams**
*as Domestic Partner and as Personal Representative of the Estate of Martin Edward McWilliams, Deceased and on behalf of all beneficiaries of Martin Edward McWilliams, Deceased*
PRO SE

**Plaintiff**

**Holly Ann Miller Hedley** represented by **Holly Ann Miller Hedley**
*as Spouse and as Personal Representative of the Estate of Craig James Miller, Deceased and on behalf of all beneficiaries of Craig James Miller, Deceased*
*also known as*
Holly Ann Miller
PRO SE

**Plaintiff**

**Mary Belding**
*as Spouse and as Personal Representative of the Estate of Peter C. Moutos, Deceased and on behalf of all beneficiaries of Peter C. Moutos, Deceased*

represented by **Mary Belding**
PRO SE

**Plaintiff**

**Rosemary O. Murray**
*as Spouse and as Personal Representative of the Estate of John J. Murray, Deceased and on behalf of all beneficiaries of John J. Murray, Deceased*
*also known as*
Rory Owens Murray

represented by **Rosemary O. Murray**
PRO SE

**Plaintiff**

**Edna Velez−Mundo**
*as Spouse and as Personal Representative of the Estate of Pablo Ortiz, Deceased and on behalf of all beneficiaries of Pablo Ortiz, Deceased*
*also known as*
Edna Kang Ortiz

represented by **Edna Velez−Mundo**
PRO SE

**Plaintiff**

**Inez Slick**
*as Spouse and as Personal Representative of the Estate of Jerrold H. Paskins, Deceased and on behalf of all beneficiaries of Jerrold H. Paskins, Deceased*
*also known as*
Inez Paskins

represented by **Inez Slick**
PRO SE

**Plaintiff**

**Devora W. Kirschner**
*as Spouse and as Personal Representative of the Estate of Darin Howard Pontell, Deceased and on behalf of all beneficiaries of Darin Howard Pontell, Deceased*
*also known as*
Devora Wolk Pontell

represented by **Devora W. Kirschner**
PRO SE

**Plaintiff**

**Michael J. Puckett**
*as Child and as Personal Representative of the Estate of John F. Puckett, Deceased and on behalf of all beneficiaries of John F. Puckett, Deceased*

represented by **Michael J. Puckett**
PRO SE

**Plaintiff**

**Jacqueline A. Pykon**
*as Spouse and as Personal Representative of the Estate of Edward R. Pykon, Deceased and on behalf of all beneficiaries of Edward R. Pykon, Deceased*

represented by **Jacqueline A. Pykon**
PRO SE

**Plaintiff**

**Jeanne Reinig−Smith**
*as Spouse and as Personal Representative of the Estate of Thomas Barnes Reinig, Deceased and on behalf of all beneficiaries of Thomas Barnes Reinig, Deceased*

represented by **Jeanne Reinig−Smith**
PRO SE

**Plaintiff**

**Jim D. Richards**
*as Sibling and as Personal Representative of the Estate of Claude Daniel Richards, Deceased and on behalf of all beneficiaries of Claude Daniel Richards, Deceased*

represented by **Jim D. Richards**
PRO SE

**Plaintiff**

**Elaine M. Brophy**
*as Spouse and as Personal Representative of the Estate of Paul V. Rizza, Deceased and on behalf of all beneficiaries of Paul V. Rizza, Deceased*
*also known as*
Elaine M. Rizza

represented by **Elaine M. Brophy**
PRO SE

**Plaintiff**

**Thomas H. Roger**
*as Parent and as Personal Representative of the Estate of Jean Destrehan Roger, Deceased and on behalf of all beneficiaries of Jean Destrehan Roger, Deceased*

represented by **Thomas H. Roger**
PRO SE

**Plaintiff**

**Maureen Sherry**
*as Personal Representative of the Estate of John Michael Sherry, Deceased Child of John Anthony Sherry, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joanne E. Smith**
*as Spouse and as Personal Representative of the Estate of Karl T. Smith, Deceased and on behalf of all beneficiaries of Karl T. Smith, Deceased*

represented by **Joanne E. Smith**
PRO SE

**Plaintiff**

**Ellen Shaw Bakalian**
*as Spouse and as Personal Representative of the Estate of Jeffrey R. Smith, Deceased and on behalf of all beneficiaries of Jeffrey R. Smith, Deceased*

represented by **Ellen Shaw Bakalian**
PRO SE

**Plaintiff**

represented by

| | | |
|---|---|---|
| **Lorraine Catalano**<br>*as Spouse and as Personal Representative of the Estate of Robert W. Spear, Jr., Deceased and on behalf of all beneficiaries of Robert W. Spear, Jr., Deceased*<br>*also known as*<br>Lorraine Spear | | **Lorraine Catalano**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Linda Buffa Uliano**<br>*as Spouse and as Personal Representative of the Estate of Michael A.Uliano, Deceased and on behalf of all beneficiaries of Michael A. Uliano, Deceased*<br>*also known as*<br>Linda Buffa | represented by | **Linda Buffa Uliano**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Maria A. Visciano**<br>*as Parent and as Personal Representative of the Estate of Joseph Gerard Visciano, Deceased and on behalf of all beneficiaries of Joseph Gerard Visciano, Deceased*<br>*also known as*<br>Marie Visciano | represented by | **Maria A. Visciano**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Shirimattie Lalman**<br>*as Spouse and as Personal Representative of the Estate of Alfred Vukosa, Deceased and on behalf of all beneficiaries of Alfred Vukosa, Deceased*<br>*also known as*<br>Shirimattie Vukosa | represented by | **Shirimattie Lalman**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Sheila A. Zarba−Campbell**<br>*as Spouse and as Personal Representative of the Estate of Christopher R. Zarba, Jr., Deceased and on behalf of all beneficiaries of Christopher R. Zarba, Jr., Deceased*<br>*also known as*<br>Sheila A. Kiernan | represented by | **Sheila A. Zarba−Campbell**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Harley DiNardo**<br>*as Personal Representative of the Estate of Esterina DiNardo a/k/a Ester DiNardo* | represented by | **Andrew C. Levitt**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert A. O'Hare , Jr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Andrew Knox** | represented by | **Andrew Knox**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Marion Knox** | represented by | **Marion Knox**<br>(See above for address)<br>PRO SE |

**Plaintiff**

**Edward C. Williams**

**Plaintiff**

**Alison M. Coffey**

**Plaintiff**

**Antonia Gargano**

**Plaintiff**

**Brenda Larsen**

**Plaintiff**

**Minor Child A.L.**

**Plaintiff**

**Scott B. Larsen**

**Plaintiff**

**Marisa Larsen**

**Plaintiff**

**Carolann Larsen**

**Plaintiff**

**Elise Lasko**

**Plaintiff**

**Patrick O'Hagen**

**Plaintiff**

**Pierce O'Hagen**

**Plaintiff**

**Andrea O'Hagen**

**Plaintiff**

**Gabriella Scibetta**

**Plaintiff**

**Jordan Lyles**

**Plaintiff**

**Justin Lyles**

**Plaintiff**

**Mario Giordano**

**Plaintiff**

**Estate of Thomas M. McErlean**

**Plaintiff**

**Estate of Rosalyn Temple**

**Plaintiff**

**Christopher J. Braca**

**Plaintiff**

**Alison Kinney Lewandowski**

**Plaintiff**

**Thomas Peter Heidenberger**

**Plaintiff**

**Estate of John A. Crisci**

**Plaintiff**

**Estate of Ann Nicole Nelson**
*TERMINATED: 08/20/2024*

**Plaintiff**

**Estate of Gregory J. Trost**

**Plaintiff**

**Estate of Yudh Jain**

**Plaintiff**

**Ber Barry Aron**
*individually, as surviving parent of Joshua Aron*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Greene**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dana Aron Weiner**
*individually, as surviving sibling of Joshua Aron*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Michael Quinn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dana Aron Weiner**
*individually, as surviving sibling of Joshua Aron*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dana Aron Weiner**

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Bocchi**
*individually, as surviving sibling of John Bocchi*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elena Bocchi**
*individually, as surviving parent of John Bocchi*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Bocchi**
*individually, as surviving child of John Bocchi*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**Michael Bocchi**
*individually, as surviving child of John Bocchi*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicholas Bocchi**
*individually, as surviving child of John Bocchi*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicholas Bocchi**
*individually, as surviving child of John Bocchi*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Bocchi**
*individually, as surviving child of John Bocchi*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ann Bocchi−Schwimmer**
*individually, as surviving sibling of John Bocchi*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diane Bocchi Esola**
*individually, as surviving sibling of John Bocchi*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elena Bocchi**
*as Personal Representative of the Estate of Camillo Bocchi, deceased, the late parent of John Bocchi*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lucy Bocchi Kraus**
*individually, as surviving sibling of John Bocchi*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michele Bocchi–Sandello**
*as the Personal Representative of the Estate of John Bocchi, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John Bocchi*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daphne Bowers**
*individually, as surviving parent of Veronique Bowers*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Broderick**
*individually, as surviving child of Mark Broderick*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carolina Broderick**
*individually, as surviving spouse of*

represented by **Bruce Elliot Strong**
(See above for address)

*Mark Broderick*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Broderick**
*individually, as surviving child of Mark Broderick*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Broderick**
*individually, as surviving child of Mark Broderick*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carolina Broderick**
*as the Personal Representative of the Estate of Mark Broderick, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mark Broderick*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angus Jacques**
*individually, as surviving parent of Felix Calixte*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Brozon**
*individually, as surviving spouse of Luigi Calvi*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Christine Brozon**<br>*as the Personal Representative of the Estate of Luigi Calvi, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luigi Calvi* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **James Cherry**<br>*individually, as surviving sibling of Vernon Cherry* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Cynthia Taylor**<br>*individually, as surviving sibling of Vernon Cherry* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Germaine Alexander**<br>*individually, as surviving sibling of Brenda Conway* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Tammi Alexander**<br>*individually, as surviving sibling of Brenda Conway* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Dennis Coughlin**<br>*individually, as surviving sibling of Timothy Coughlin* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| | | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Francis Coughlin, Jr.**<br>*individually, as surviving sibling of Timothy Coughlin* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Francis Coughlin, Jr.**<br>*individually, as surviving sibling of Timothy Coughlin* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Robert Coughlin** | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Maura Coughlin−Roberti**<br>*individually, as surviving spouse of Timothy Coughlin* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Riley Coughlin−Roberti**<br>*individually, as surviving child of Timothy Coughlin* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |

**Ryann Coughlin−Roberti**
*individually, as surviving child of Timothy Coughlin*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sean Coughlin−Roberti**
*individually, as surviving child of Timothy Coughlin*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Francis Coughlin, Jr.**
*as Personal Representative of the Estate of Alice Coughlin, deceased, the late parent of Timothy Coughlin*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Coughlin**
*as Co−Personal Representatives of the Estate of Francis Coughlin, Sr., deceased, the late parent of Timothy Coughlin*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Francis Coughlin**
*as Co−Personal Representatives of the Estate of Francis Coughlin, Sr., deceased, the late parent of Timothy Coughlin*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Francis Coughlin, Jr.**
*as the Co−Personal Representatives of the Estate of Timothy Coughlin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Coughlin*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maura Coughlin−Roberti**
*as the Co−Personal Representatives of the Estate of Timothy Coughlin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Coughlin*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Regina Martin**
*as Personal Representative of the Estate of Francis Cove, deceased, the late sibling of James Cove*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Regina Martin**
*as Personal Representative of the Estate of Margaret Cove, deceased, the late parent of James Cove*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Regina Martin**
*individually, as surviving sibling of James Cove*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vancena Dawson Donovan**
*individually, as surviving sibling of Calvin Dawson*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vanita Aviles**
*individually, as surviving sibling of*

represented by **Bruce Elliot Strong**
(See above for address)

| | | |
|---|---|---|
| *Calvin Dawson* | | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Janita Clyne**<br>*individually, as surviving sibling of Calvin Dawson* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Janita Clyne**<br>*individually, as surviving sibling of Calvin Dawson* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Alvin Dawson**<br>*individually, as surviving sibling of Calvin Dawson* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Alvin Dawson**<br>*individually, as surviving sibling of Calvin Dawson* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Annette Simon**<br>*individually, as surviving sibling of Calvin Dawson* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Charles Dawson**
*individually, as surviving sibling of Calvin Dawson*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Dawson**
*individually, as surviving sibling of Calvin Dawson*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janet Dawson**
*individually, as surviving sibling of Calvin Dawson*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lena Dawson**
*individually, as surviving spouse of Calvin Dawson*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victorine Dawson**
*individually, as surviving sibling of Calvin Dawson*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Doris Hetherington**
*individually, as surviving sibling of Calvin Dawson*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lena Dawson**
*as the Personal Representative of the Estate of Calvin Dawson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Calvin Dawson*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniella De La Pena**
*individually, as surviving child of Emerita De la Pena*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gabriel De La Pena**
*individually, as surviving spouse of Emerita De La Pena*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gabriel De La Pena**
*as the Personal Representative of the Estate of Emerita De La Pena, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Emerita De La Pena*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronald Sierra**
*individually, as surviving spouse of Judith Berquis Diaz−Sierra*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marlyse Bosley**
*individually, as surviving sibling of Jose Espinal*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Saul Espinal Ramos**
*individually, as surviving sibling of Jose Espinal*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eileen Esquilin**
*individually, as surviving sibling of Ruben Esquilin*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marybelle Vargas**
*individually, as surviving sibling of Ruben Esquilin*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Doe 86**
*being intended to designate the Personal Representative of the Estate of Wendy Faulkner, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephen Morris**
*individually, as surviving sibling of Wendy Faulkner*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Annette Fields**
*individually, as surviving sibling of Samuel Fields, Sr.*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Annette Fields**
*individually, as surviving sibling of Samuel Fields, Sr.*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Felicia Fields**
*individually, as surviving sibling of Samuel Fields, Sr.*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Fields**
*individually, as surviving sibling of Samuel Fields, Sr.*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Finnerty**
*individually, as surviving sibling of Timothy Finnerty*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Finnerty**
*individually, as surviving parent of*

represented by **Bruce Elliot Strong**
(See above for address)

*Timothy Finnerty*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theresa Roberts**
*individually, as surviving spouse of Timothy Finnerty*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theresa Roberts**
*as the Personal Representative of the Estate of Timothy Finnerty, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Finnerty*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Louise Flickinger**
*as Personal Representative of the Estate of Carl J. Flickinger, deceased, the late parent of Carl M. Flickinger*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alana Flickinger**
*individually, as surviving child of Carl M. Flickinger*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carl J. Flickinger**
*individually, as surviving child of Carl M. Flickinger*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Craig T. Flickinger**
*individually, as surviving child of Carl M. Flickinger*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edmund Flickinger**
*individually, as surviving sibling of Carl M. Flickinger*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen Flickinger**
*individually, as surviving spouse of Carl M. Flickinger*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Louise Flickinger**
*individually, as surviving parent of Carl M. Flickinger*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Flickinger**
*individually, as surviving sibling of Carl M. Flickinger*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Madden**
*individually, as surviving sibling of Carl M. Flickinger*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen Flickinger**
*as the Personal Representative of the Estate of Carl M. Flickinger, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carl M. Flickinger*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sylvia Aleman**
*individually, as surviving sibling of Claudia Foster*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Blanca Martinez**
*individually, as surviving parent of Claudia Foster*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carlos Martinez**
*individually, as surviving parent of Claudia Foster*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen Carlucci**
*individually, as surviving spouse of Peter Frank*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Constance Frank**<br>*individually, as surviving parent of Peter Frank* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Michelle Frank**<br>*individually, as surviving sibling of Peter Frank* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Peter Frank**<br>*individually, as surviving parent of Peter Frank* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Evelyn Betso**<br>*as Personal Representative of the ESTATE OF JAMES BETSO, Deceased and on behalf of all beneficiaries of JAMES BETSO* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Nicholas Papain**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Evelyn Betso**<br>*as Personal Representative of the ESTATE OF JAMES BETSO, Deceased and on behalf of all beneficiaries of JAMES BETSO* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Evelyn Betso**<br>*as Personal Representative of the ESTATE OF JAMES BETSO, Deceased and on behalf of all beneficiaries of JAMES BETSO* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **MARIA CASTRO−MORALES**<br>*as Personal Representative of the ESTATE OF GREGORIO MORALES, Deceased and on behalf of all* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

*beneficiaries of GREGORIO MORALES*

**Plaintiff**

| | | |
|---|---|---|
| **MARIA CASTRO−MORALES**<br>*individually, as surviving spouse of GREGORIO MORALES* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **AMY L. CHRISTIAN**<br>*as Personal Representative of the ESTATE OF CHRISTOPHER BOSCHE, Deceased and on behalf of all beneficiaries of CHRISTOPHER BOSCHE* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **AMY L. CHRISTIAN**<br>*individually, as surviving spouse of CHRISTOPHER BOSCHE* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Paula Cohen**<br>*as Personal Representative of the ESTATE OF RONALD COHEN, Deceased and on behalf of all beneficiaries of RONALD COHEN,* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Paula Cohen**<br>*individually, as surviving spouse of RONALD COHEN,* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **MARYROSE DeNUNZIO**<br>*as Personal Representative of the ESTATE OF JAMES A. DeNUNZIO, Deceased and on behalf of all beneficiaries of JAMES A. DeNUNZIO* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **MARYROSE DeNUNZIO**<br>*individually, as surviving spouse of JAMES A. DeNUNZIO* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **JOHANNA DIXON−REISMAN**<br>*as Personal Representative of the ESTATE OF STEVEN B. REISMAN, Deceased and on behalf of all beneficiaries of STEVEN B. REISMAN* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **JOHANNA DIXON−REISMAN**<br>*individually, as surviving spouse of* | represented by | **Vito A. Cannavo**<br>(See above for address) |

| | | |
|---|---|---|
| *STEVEN B. REISMAN,* | | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Karen Gaines**<br>*as Personal Representative of the ESTATE OF SCOTT N. GAINES, Deceased and on behalf of all beneficiaries of SCOTT N. GAINES* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Karen Gaines**<br>*individually, as surviving spouse of SCOTT N. GAINES* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **GLENN GRANDE**<br>*as Personal Representative of the ESTATE OF JOSEPH GRANDE, Deceased and on behalf of all beneficiaries of JOSEPH GRANDE* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **GLENN GRANDE**<br>*individually, as surviving child of JOSEPH GRANDE* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **MAIREAD GREANEY STEA**<br>*individually, as surviving child of THOMAS GREANEY* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **ALISON GREANEY**<br>*individually, as surviving child of THOMAS GREANEY* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Rosalie Ragucci**<br>*individually, as surviving spouse of RAYMOND RAGUCCI* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Rosalie Ragucci**<br>*as Personal Representative of the ESTATE OF RAYMOND RAGUCCI, Deceased and on behalf of all beneficiaries of RAYMOND RAGUCCI* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Steven Lakeman**<br>*as Personal Representative of the ESTATE OF GEORGETTA LAKEMAN, Deceased and on behalf of all* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

*beneficiaries of GEORGETTA LAKEMAN*

**Plaintiff**

| | | |
|---|---|---|
| **Steven Lakeman**<br>*individually, as the surviving spouse of GEORGETTA LAKEMAN* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Steven Lakeman**<br>*individually, as the surviving spouse of GEORGETTA LAKEMAN* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Katherine Ventriglia**<br>*individually, as surviving spouse of ROBERT J. VENTRIGLIA,* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Katherine Ventriglia**<br>*as Personal Representative of the ESTATE OF ROBERT J. VENTRIGLIA, Deceased and on behalf of all beneficiaries of ROBERT J. VENTRIGLIA,* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **DENISE TRAPANI**<br>*individually, as surviving spouse of FRANCO TRAPANI* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **DENISE TRAPANI**<br>*as Personal Representative of the ESTATE OF FRANCO TRAPANI, Deceased and on behalf of all beneficiaries of FRANCO TRAPANI* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **NARIA TORRES**<br>*individually, as surviving child of WALTER TORRES* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **NARIA TORRES**<br>*as Personal Representative of the ESTATE OF WALTER TORRES, Deceased and on behalf of all beneficiaries of WALTER TORRES* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Virginia Sullivan**<br>*individually, as surviving spouse of LAWRENCE J. SULLIVAN* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Virginia Sullivan**
*as Personal Representative of the ESTATE OF LAWRENCE J. SULLIVAN, Deceased and on behalf of all beneficiaries of LAWRENCE J. SULLIVAN,*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Stines**
*individually, as surviving spouse of JAMES STINES*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laura Runco**
*individually, as surviving spouse of ROBERT RUNCO*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laura Runco**
*individually, as surviving spouse of ROBERT RUNCO*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laura Runco**
*as Personal Representative of the ESTATE OF ROBERT RUNCO, Deceased and on behalf of all beneficiaries of ROBERT RUNCO*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TRESA ROTH**
*individually, as the surviving spouse of ROBERT M. ROTH*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TRESA ROTH**
*as Personal Representative of the ESTATE OF ROBERT M. ROTH, Deceased and on behalf of all beneficiaries of ROBERT M. ROTH*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Quick**
*individually, as the surviving spouse of WILLIAM QUICK*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Quick**
*as Personal Representative of the ESTATE OF WILLIAM QUICK, Deceased and on behalf of all*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*beneficiaries of WILLIAM QUICK*

**Plaintiff**

**BESSIE MERCADO**
*individually, as surviving spouse of DAVID MAHMOUD*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BESSIE MERCADO**
*as Personal Representative of the ESTATE OF DAVID MAHMOUD, Deceased and on behalf of all beneficiaries of DAVID MAHMOUD*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ARI MERISEL**
*as Personal Representative of the ESTATE OF ELISABETH TEMIN, Deceased and on behalf of all beneficiaries of ELISABETH TEMIN*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ANNA MEISEL**
*individually, as surviving child of ELISABETH TEMIN*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ANNA MEISEL**
*individually, as surviving child of ELISABETH TEMIN*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ANNA MEISEL**
*individually, as surviving child of ELISABETH TEMIN*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer McNamara**
*individually, as the surviving spouse of JOHN F. McNAMARA*

represented by **Jennifer McNamara**
PRO SE

**Plaintiff**

**Jennifer McNamara**
*as Personal Representative of the ESTATE OF JOHN F. McNAMARA, Deceased and on behalf of all beneficiaries of JOHN F. McNAMARA*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**STEPHEN McCAREY**
*individually, as surviving child of EUGENE McCAREY*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **STEPHEN McCAREY**<br>*as Personal Representative of the ESTATE OF EUGENE McCAREY, Deceased and on behalf of all beneficiaries of EUGENE McCAREY* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Bonnie Malloy**<br>*individually, as the surviving spouse of BRIAN C. MALLOY* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Bonnie Malloy**<br>*individually, as the surviving spouse of BRIAN C. MALLOY* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Bonnie Malloy**<br>*as Personal Representative of the ESTATE OF BRIAN C. MALLOY, Deceased and on behalf of all beneficiaries of BRIAN C. MALLOY* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Liam Greaney**<br>*individually, as surviving child of THOMAS GREANEY* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Liam Greaney**<br>*as Personal Representative of the ESTATE OF THOMAS GREANEY, Deceased and on behalf of all beneficiaries of THOMAS GREANEY* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Cheryl Hafner−Zawada**<br>*individually, as surviving spouse of STEPHEN L. ZAWADA* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Cheryl Hafner−Zawada**<br>*individually, as surviving spouse of STEPHEN L. ZAWADA* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Cheryl Hafner−Zawada**<br>*as Personal Representative of the ESTATE OF STEPHEN L. ZAWADA, Deceased and on behalf of all beneficiaries of STEPHEN L. ZAWADA* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

represented by

**SANDRA HEFFERNAN**
*as Personal Representative of the ESTATE OF JAMES HEFFERNAN, Deceased and on behalf of all beneficiaries of JAMES HEFFERNAN*

**Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SANDRA HEFFERNAN**
*individually, as surviving spouse of JAMES HEFFERNAN*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Kalbouros**
*as Personal Representative of the ESTATE OF KEVIN CZARTORYSKI, Deceased and on behalf of all beneficiaries of KEVIN CZARTORYSKI*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Kalbouros**
*individually, as the surviving sibling of KEVIN CZARTORYSKI*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melissa Lawson**
*as Personal Representative of the ESTATE OF ROGER C. STEINERT, Deceased and on behalf of all beneficiaries of ROGER C. STEINERT*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melissa Lawson**
*individually, as the surviving child of ROGER C. STEINERT*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melissa Lawson**
*individually, as the surviving child of ROGER C. STEINERT*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeanmarie Hargrave**
*individually, as surviving sibling of Timothy J. Hargrave*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Greene**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Michael Quinn**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Kathryn M. Quinn**<br>*as Personal Representative of the Estate of Kathryn Hargrave, deceased, the late parent of Timothy J. Hargrave* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **James J. Hargrave**<br>*individually, as surviving sibling of Timothy J. Hargrave* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ethan Greenberg**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Car Kelly**<br>*individually, as surviving sibling of Timothy J. Hargrave* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Carolyn Marie Kelly**<br>*individually, as surviving sibling of Timothy J. Hargrave* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Patricia Mansfield**<br>*individually, as surviving sibling of Timothy J. Hargrave* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Maureen Murphy**<br>*individually, as surviving sibling of Timothy J. Hargrave* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kathryn M. Quinn**<br>*individually, as surviving sibling of Timothy J. Hargrave* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Mary Ann Struble**<br>*individually, as surviving sibling of Timothy J. Hargrave* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kenneth Haskell**<br>*individually, as surviving sibling of Thomas Haskell* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kenneth Haskell**<br>*individually, as surviving sibling of Timothy Haskell* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kenneth Haskell**<br>*individually, as surviving sibling of Timothy Haskell* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sharon Henderson** represented by **Bruce Elliot Strong**
*individually, as surviving sibling of Ronnie Henderson*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sharon Henderson** represented by **Bruce Elliot Strong**
*individually, as surviving sibling of Ronnie Henderson*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Jenkins, Jr.** represented by **Bruce Elliot Strong**
*individually, as surviving sibling of John Jenkins*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joan Kirwin** represented by **Bruce Elliot Strong**
*individually, as surviving spouse of Glenn Kirwin*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joan Kirwin** represented by **Bruce Elliot Strong**
*individually, as surviving spouse of Glenn Kirwin*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Miles Kirwin** represented by **Bruce Elliot Strong**
*individually, as surviving child of Glenn*
(See above for address)

*Kirwin*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Troy Kirwin**
*individually, as surviving child of Glenn Kirwin*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Troy Kirwin**
*individually, as surviving child of Glenn Kirwin*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Doe 88**
*being intended to designate the Personal Representative of the Estate of Vanessa Lang Langer, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdict*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jackson S. O'Connor**

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James T. O'Connor**

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Berdie Hicks**<br>*as Personal Representative of the Estate of Walter W. Hicks, deceased, the late parent of Nickie Lindo* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Melissa Magazine**<br>*individually, as surviving child of Jay Magazine* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Ryan Marchbanks**<br>*individually, as surviving child of Joseph R Marchbanks Jr.* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Teresa Marchbanks**<br>*individually, as surviving spouse of Joseph R Marchbanks Jr.* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Teresa Marchbanks**<br>*as the Personal Representative of the Estate of Joseph R. Marchbanks, Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph R Marchbanks Jr.* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Chasity DeLeon**<br>*individually, as surviving spouse of Robert Gabriel Martinez* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address) |

| | | |
|---|---|---|
| | | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kathleen A. Koehler**<br>*individually, as surviving child of Timothy Maude* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Karen E. Maude**<br>*individually, as surviving child of Timothy Maude* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Teresa Maude**<br>*individually, as surviving spouse of Timothy Maude* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Teresa Maude**<br>*as the Personal Representative of the Estate of Timothy Maude, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Maude* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Christopher Delosh**<br>*individually, as surviving spouse of Kathy N. Mazza* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **John Mazza**<br>*individually, as surviving sibling of* | represented by | **Bruce Elliot Strong**<br>(See above for address) |

| | | |
|---|---|---|
| *Kathy N. Mazza* | | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Ronald Mazza**<br>*individually, as surviving sibling of Kathy N. Mazza* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Rose Mazza**<br>*individually, as surviving parent of Kathy N. Mazza* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Victor Mazza**<br>*individually, as surviving sibling of Kathy N. Mazza* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Christopher Delosh**<br>*as the Personal Representative of the Estate of Kathy N. Mazza, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kathy N. Mazza* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Andrea Madonna**<br>*as Personal Representative of the Estate of Joan Micciulli, deceased, the late parent of William Micciulli* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Andrea Madonna**
*as Personal Representative of the Estate of William Edward Micciulli, deceased, the late parent of William Micciulli*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joanne Los Kamp**
*individually, as surviving sibling of William Micciulli*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrea Madonna**
*individually, as surviving sibling of William Micciulli*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emily Micciulli**
*individually, as surviving child of William Micciulli*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sara Micciulli**
*individually, as surviving child of William Micciulli*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Colleen Micciulli−Foley**
*individually, as surviving spouse of William Micciulli*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Colleen Micciulli−Foley**
*as the Personal Representative of the Estate of William Micciulli, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of William Micciulli*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Lamb**
*individually, as surviving sibling of Odessa Morris*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rachel Quinnie**
*individually, as surviving sibling of Odessa Morris*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ethel Scott**
*individually, as surviving sibling of Odessa Morris*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Lamb, Sr.**
*individually, as surviving sibling of Odessa Morris*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Lamb, Sr.**
*individually, as surviving sibling of Odessa Morris*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeanine Murphy**
*individually, as surviving spouse of James Murphy, IV*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeanine Murphy**
*as the Personal Representative of the Estate of James Murphy, IV, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of James Murphy, IV*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica A. Navas**
*individually, as surviving child of Joseph M. Navas*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph M. Navas, Jr.**
*individually, as surviving child of Joseph M. Navas*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Justin C. Navas**
*individually, as surviving child of Joseph M. Navas*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Justin C. Navas**
*individually, as surviving child of Joseph M. Navas*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen A. Navas**
*individually, as surviving spouse of Joseph M. Navas*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen A. Navas**
*as the Personal Representative of the Estate of Joseph M. Navas, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph M. Navas*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lorraine B. Foley**
*individually, as surviving parent of Gerard Nevins*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephen Nevins**
*individually, as surviving sibling of Gerard Nevins*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Iris Vega**
*individually, as surviving sibling of*

represented by **Bruce Elliot Strong**
(See above for address)

*Diana O'Connor*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Iris Vega**
*individually, as surviving sibling of Diana O'Connor*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Vega**
*individually, as surviving sibling of Diane O'Connor*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Virginia Parro**
*individually, as surviving parent of Robert Parro*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Dunleavy**
*individually, as surviving sibling of Glenn C. Perry*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Perry**
*A/K/A Francis Perry, individually, as surviving sibling of Glenn C. Perry*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Catherine Perry**<br>*individually, as surviving parent of Glenn C. Perry* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Catherine Perry**<br>*individually, as surviving parent of Glenn C. Perry* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Patrick Perry**<br>*individually, as surviving sibling of Glenn C. Perry* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jennifer Bruno**<br>*individually, as surviving sibling of Maria Ramirez* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Miriam Carter**<br>*individually, as surviving sibling of Maria Ramirez* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Elsie Cintron−Rosado**<br>*as the Personal Representative of the Estate of Maria Ramirez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| *members of Maria Ramirez* | | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jessica Darden**<br>*individually, as surviving sibling of Maria Ramirez* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Maureen Regan**<br>*individually, as surviving sibling of Donald Regan* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **William Regan**<br>*individually, as surviving sibling of Donald Regan* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Joan Reilly**<br>*as Legal Guardians of Edward Reilly, individually, as surviving sibling of Kevin Reilly* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Regina Madigan**<br>*as Legal Guardians of Edward Reilly, individually, as surviving sibling of Kevin Reilly* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Susan Brand**<br>*a/k/a Siegel a/k/a Retik, individually, as surviving sibling of David Retik* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Alan Retik**<br>*as Personal Representative of the Estate of Lynne Retik, deceased, the late parent of David Retik* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Alan Retik**<br>*individually, as surviving parent of David Retik* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Ascension Abad**<br>*parent of 9/11 decedent Edelmiro Abad* | represented by | **Ascension Abad**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Rebecca Abad**<br>*child of 9/11 decedent Edelmiro Abad* | represented by | **Rebecca Abad**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Adams**<br>*sibling of 9/11 decedent Shannon Adams* | represented by | **Michael Adams**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Kylie Adams−Floyd**<br>*sibling of 9/11 decedent Shannon Adams* | represented by | **Kylie Adams−Floyd**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Mary Adderley**<br>*parent of 9/11 decedent Terence Adderley, Jr.* | represented by | **Mary Adderley**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Carmen Agnes**<br>*parent of 9/11 decedent David Agnes* | represented by | **Carmen Agnes**<br>PRO SE |

**Plaintiff**

**Miltiadis Ahladiotis** represented by **Miltiadis Ahladiotis**
*parent of 9/11 decedent Joanne Ahladiotis*
PRO SE

**Plaintiff**

**Effie Ahladiotis−Salloum** represented by **Effie Ahladiotis−Salloum**
*sibling of 9/11 decedent Joanne Ahladiotis*
PRO SE

**Plaintiff**

**Roxana Alger Geffen** represented by **Roxana Alger Geffen**
*child of 9/11 decedent David Alger*
PRO SE

**Plaintiff**

**Colleen Amato** represented by **Colleen Amato**
*sibling of 9/11 decedent Thomas Ashton*
PRO SE

**Plaintiff**

**Nancy Amigron** represented by **Nancy Amigron**
*sibling of 9/11 decedent Michael Carroll*
PRO SE

**Plaintiff**

**Diane Ammirati** represented by **Diane Ammirati**
*sibling of 9/11 decedent Glen Wall*
PRO SE

**Plaintiff**

**Laura Andrucki Izzo** represented by **Laura Andrucki Izzo**
*sibling of 9/11 decedent Jean Andrucki*
(See above for address)
PRO SE

**Plaintiff**

**Annmarie Angelini** represented by **Annmarie Angelini**
*child of 9/11 decedent Joseph Angelini, Sr.*
PRO SE

**Plaintiff**

**Mary Angelini** represented by **Mary Angelini**
*child of 9/11 decedent Joseph Angelini, Sr.*
PRO SE

**Plaintiff**

**Michael Angelini** represented by **Michael Angelini**
*child of 9/11 decedent Joseph Angelini, Sr.*
PRO SE

**Plaintiff**

**Patricia Antonelle** represented by **Patricia Antonelle**
*sibling of 9/11 decedent Edward Ryan*
PRO SE

**Plaintiff**

**Rafael Antonio Garcia** represented by **Rafael Antonio Garcia**
*parent of 9/11 decedent Fanny Espinoza*
(See above for address)
PRO SE

**Plaintiff**

| | | |
|---|---|---|
| **Alexander Aranyos**<br>*parent of 9/11 decedent Patrick Aranyos* | represented by | **Alexander Aranyos**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Winifred Aranyos**<br>*parent of 9/11 decedent Patrick Aranyos* | represented by | **Winifred Aranyos**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Alexander Aranyos Jr.**<br>*sibling of 9/11 decedent Patrick Aranyos* | represented by | **Alexander Aranyos Jr.**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Margaret Arce**<br>*parent of 9/11 decedent David Arce* | represented by | **Margaret Arce**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Kristen Arestegui**<br>*sibling of 9/11 decedent Barbara Arestegui* | represented by | **Kristen Arestegui**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Nancy Arestegui**<br>*sibling of 9/11 decedent Barbara Arestegui* | represented by | **Nancy Arestegui**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Rosie Arestegui**<br>*parent of 9/11 decedent Barbara Arestegui* | represented by | **Rosie Arestegui**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Bianco**<br>*individually, as surviving child of Joseph Agnello* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Alexander Greene**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Ethan Greenberg**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Charlotte Amundson**<br>*individually, as surviving child of Craig Amundson* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elliot Amundson**
*individually, as surviving child of Craig Amundson*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amber Ann Amundson**
*individually, as surviving spouse of Craig Amundson*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amber Ann Amundson**
*individually, as surviving spouse of Craig Amundson*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Natalie Pollack**
*individually, as surviving child of Louis F. Aversano, Jr.*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronda Boyle**
*individually, as surviving spouse of Allen Boyle*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronda Boyle**
*as the Personal Representative of the*

represented by **Bruce Elliot Strong**
(See above for address)

*Estate of Allen Boyle, deceased*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Allen Richard Boyle**
*individually, as surviving child of Allen Boyle*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dylan Boyle**
*individually, as surviving child of Allen Boyle*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nathan Boyle**
*individually, as surviving child of Allen Boyle*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Cartier**
*individually, as surviving parent of James Cartier*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Doe 96**
*being intended to designate the Personal Representative of the Estate of James Cartier, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Jermaine Cook**<br>*individually, as surviving spouse of Helen Cook* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Mary Doherty**<br>*as the Personal Representative of the Estate of John Doherty, deceased* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Mary Doherty**<br>*individually, as surviving spouse of John Doherty* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Barbara Doherty**<br>*individually, as surviving child of John Doherty* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Sarah Dwyer**<br>*individually, as surviving child of Patrick Dwyer* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jo Ann Dwyer**<br>*individually, as surviving spouse of Patrick Dwyer* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jo Ann Dwyer**
*as the Personal Representative of the Estate of Patrick Dwyer, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patrick Dwyer*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jo Ann Dwyer**
*as the Personal Representative of the Estate of Patrick Dwyer, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Patrick Dwyer*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brendan Dwyer**
*individually, as surviving child of Patrick Dwyer*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Echtermann**
*individually, as surviving parent of Margaret Ruth Echtermann*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Johanna Kmetz**
*as the Personal Represenative of the Estate of Margaret Echtermann, decesased, and on behalf of all survivors and all legally enetitled beneficiaries and family members of Marharet Echtermann*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Berta Elseth**<br>*individually, as surviving parent of Robert Elseth* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Curtis Elseth**<br>*individually, as surviving parent of Robert Elseth* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **James Elseth**<br>*individually, as surviving sibling of Robert Elseth* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Harlan Elseth**<br>*individually, as surviving sibling of Robert Elseth* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Nancy Bolger**<br>*individually, as surviving sibling of Robert Elseth* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Alfredo Samuel Espinal**<br>*individually, as surviving sibling of Jose Espinal* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Doe 92**
*being intended to designate the Personal Representative of the Estate of Eileen Flecha, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Veronica Morris**
*individually, as surviving parent of Eileen Flecha*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jane Thompson**
*individually, as surviving parent of Jon Grabowski*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Desmond Green**
*individually, as surviving sibling of Derrick Green*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ester Yevdayeva**
*individually, as surviving parent of Daniel Ilkanayev*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alfred Jeffries, Sr.**
*individually, as surviving parent of Alva*

represented by **Bruce Elliot Strong**
(See above for address)

*Jeffries Sanchez*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Giselle Huber**
*as Personal Representative of the Estate of James Jenkins, Sr., deceased, the late parent of John Jenkins*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Giselle Huber**
*as Personal Representative of the Estate of James Jenkins, Sr., deceased, the late parent of John Jenkins*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alexandra Lopez Feliciano**
*individually, as surviving child of George Lopez*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Doris McCloud**
*individually, as surviving parent of Tara McCloud Gray*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tommie Milam**
*individually, as surviving parent of Ronald Milam*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Effie Milam**<br>*individually, as surviving parent of Ronald Milam* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Steven Wayne Milam**<br>*individually, as surviving sibling of Ronald Milam* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Winsome Nelson Reid**<br>*individually, as surviving parent of Michele Ann Nelson* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Winsome Nelson Reid**<br>*as the Personal Representative of the Estate of Michele Nelson, deceased* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Sheila O'Shea**<br>*as the Personal Representative of the Estate of Patrick O'Shea, deceased* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Sheila O'Shea**<br>*individually, as surviving spouse of Patrick O'Shea* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick O'Shea, Jr.**
*individually, as surviving child of Patrick O'Shea*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Megan O'Shea**
*individually, as surviving child of Patrick O'Shea*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edwin Ovalles**
*individually, as surviving child of Jesus Ovalles*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Doe 90**
*being intended to designate the Personal Representative of the Estate of Jesus Ovalles, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pamela Pabon**
*individually, as surviving child of Israel Pabon*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Pamela Pabon**<br>*individually, as surviving child of Israel Pabon* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Terry Paul**<br>*individually, as surviving sibling of James Paul* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John Doe 94**<br>*being intended to designate the Personal Representative of the Estate of James Paul, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction*<br>*TERMINATED: 07/26/2022* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Carey Pierce**<br>*individually, as surviving sibling of Dennis Pierce* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Carey Pierce**<br>*individually, as surviving sibling of Dennis Pierce* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Barbara Timpone**<br>*individually, as surviving sibling of Dennis Pierce* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Doe 97**
*being intended to designate the Personal Representative of the Estate of Dennis Pierce, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cynthia Lesemann**
*individually, as surviving sibling of James Sands, Jr.*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Geraldine Sands**
*individually, as surviving parent of James Sands, Jr.*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Loreen Fremaint**
*individually, as surviving sibling of James Sands, Jr.*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dinnette Medina**
*individually, as surviving sibling of Ayleen Santiago*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Otis Tolbert**
*individually, as surviving parent of Otis*

represented by **Bruce Elliot Strong**
(See above for address)

*Tolbert*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nancy Tolbert**
*individually, as surviving parent of Otis Tolber*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Doe 91**
*being intended to designate the Personal Representative of the Estate of Otis Tolbert, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction*
*TERMINATED: 10/21/2022*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alda Walcott**
*as the Personal Representative of the Estate of Courtney Walcott, deceased*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alda Walcott**
*individually, as surviving parent of Courtney Walcott*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hector L. Walcott**
*individually, as surviving parent of Courtney Walcott*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Hector L. Walcott**<br>*individually, as surviving parent of Courtney Walcott* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Andrew Walcott**<br>*individually, as surviving sibling of Courtney Walcott* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Delano Walcott**<br>*individually, as surviving sibling of Courtney Walcott* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John Doe 89**<br>*being intended to designate the Personal Representative of the Estate of Edward White, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Christopher White**<br>*individually, as surviving sibling of Edward White* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Regina White**<br>*individually, as surviving parent of Edward White* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Regina White**
*as Personal Representative of the Estate of Edward James White, Jr., deceased, the late parent of Edward White*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William White**
*individually, as surviving sibling of Edward White*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Suzanne Antoniou**
*individually, as surviving sibling of Edward White*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James White**
*individually, as surviving sibling of Edward White*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wanda Rose**
*individually, as surviving sibling of Lisa Young*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sheila O'Shea**
*on behalf of all survivors and all legally entitled beneficiaries and family members of Patrick O'shea*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jo Ann Dwyer**
*on behalf of all survivors and all legally entitled beneficiaries and family members of Patrick Dwyer*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronda Boyle**
*on behalf of all survivors and all legally entitled beneficiaries and family members of Allen Boyle*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronda Boyle**
*on behalf of all survivors and all legally entitled beneficiaries and family members of Allen Boyle*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Doe 96**
*on behalf of all survivors and all legally entitled beneficiaries and family members of James Cartier*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Doe 97**
*on behalf of all survivors and all legally entitled beneficiaries and family members of Dennis Pierce*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Doe 94**
*on behalf of all survivors and all legally entitled beneficiaries and family members of James Paul*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Doe 94**
*on behalf of all survivors and all legally entitled beneficiaries and family members of James Paul*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Doe 90**
*on behalf of all survivors and all legally entitled beneficiaries and family members of Jesus Ovalles*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Doe 91**
*on behalf of all survivors and all legally entitled beneficiaries and family members of Otis Tolbert*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Doe 92**
*on behalf of all survivors and all legally entitled beneficiaries and family members of Eileen Flecha*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alda Walcott**
*on behalf of all survivors and all legally*

represented by **Bruce Elliot Strong**
(See above for address)

| | | |
|---|---|---|
| *entitled beneficiaries and family members of Courtney Walcott* | | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John Doe 89**<br>*on behalf of all survivors and all legally entitled beneficiaries and family members of Edward White* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John Doe 93**<br>*on behalf of all survivors and all legally entitled beneficiaries and family members of Robert Caufield*<br>*TERMINATED: 04/17/2025* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John Doe 95**<br>*on behalf of all survivors and all legally entitled beneficiaries and family members of Margaret Ruth Echtermann* | represented by | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Winsome Nelson Reid**<br>*on behalf of all survivors and all legally entitled beneficiaries and family members of Michele Ann Nelson* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Raymond Alexander**<br>*as Personal Representative of the Estate of Robert Alexander, Deceased and on behalf of all Beneficiaries of Robert Alexander* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Nicholas Papain**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Raymond Alexander**<br>*individually and as surviving sibling of Robert Alexander* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Anderson**
*as Personal Representative of the Estate of Carl P. Anderson, Deceased and on behalf of all beneficiaries of Carl P. Anderson*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Anderson**
*individually, as surviving child of Carl P. Anderson*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ellen Astarita**
*individually, as surviving child of Salvatore Lalicata*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lucia Beauchamp−Aurelio**
*as Personal Representative of the Estate of Charles Aurelio, Deceased and on behalf of all beneficiaries of Charles Aurelio,*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lucia Beauchamp−Aurelio**
*individually, as surviving child of Charles Aurelio*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jean Belford**
*individually, as surviving child of Ronald Wolken*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Ann Birdsall**
*as surviving sibling of Raymond Hauber*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gloria Browne−Marshall**
*as Personal Representative of the Estate of Ernest Marshall, Deceased, and on behalf of all beneficiaries of Ernest Marshall,*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gloria Browne−Marshall**
*individually, as surviving spouse of Ernest Marshall*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Anna R. Byrnes**<br>*as Personal Representative of the Estate of Kevin Byrnes, Deceased, and on behalf of all beneficiaries of Kevin Byrnes* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Anna R. Byrnes**<br>*individually, as surviving spouse of Kevin Byrnes* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Elizabeth Byrnes**<br>*as surviving sibling of Lawrence M. Byrnes,* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Elizabeth Byrnes**<br>*as surviving sibling of Lawrence M. Byrnes,* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lawrence M. Byrnes, Jr.**<br>*as Personal Representative of the Estate of Lawrence M. Byrnes, Deceased, and on behalf of all beneficiaries of Lawrence M. Byrnes* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lawrence M. Byrnes, Jr.**<br>*individually, as surviving child of Lawrence M. Byrnes* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Patricia Byrnes**<br>*as Personal Representative of the Estate of Joseph L. Battaglia, Deceased and on behalf of all beneficiaries of Joseph L. Battaglia* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Patricia Byrnes**<br>*individually, as surviving spouse of Joseph L. Battaglia* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Patricia Byrnes**<br>*as surviving child of Lawrence M. Byrnes* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| | represented by | |

| | | |
|---|---|---|
| **Thomas Byrnes**<br>*as surviving child of Lawrence M. Byrnes* | | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Donna Canari**<br>*as Personal Representative of the Estate of John Canari, Deceased, and on behalf of all beneficiaries of John Canari* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Donna Canari**<br>*individually, as surviving spouse of John Canari* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Christopher Carrozza**<br>*individually, as surviving child of Francis Carrozza* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **June Murphy Carrozza**<br>*as Personal Representative of the Estate of Francis Carrozza, Deceased, and on behalf of all beneficiaries of Francis Carrozza* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **June Murphy Carrozza**<br>*individually, as surviving spouse of Francis Carrozza* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **June Murphy Carrozza**<br>*individually, as surviving spouse of Francis Carrozza* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Brian Casey**<br>*individually, as surviving child of Peter Casey* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Lynn Casey**<br>*as Personal Representative of the Estate of Peter Casey, Deceased, and on behalf of all beneficiaries of Peter Casey* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Lynn Casey**<br>*individually, as surviving spouse of* | represented by | **Vito A. Cannavo**<br>(See above for address) |

*Peter Casey* | *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael J. Casey**
*individually, as surviving child of Peter Casey,*
represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lynn H. Crantsoun**
*as surviving sibling of Raymond Hauber*
represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tara Cummings**
*as surviving child of Lawrence M. Byrnes*
represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raymond Czajkowski**
*as Personal Representative of the Estate of Traci Tack−Czajkowski, Deceased, and on behalf of all beneficiaries of Traci−Tack Czajkowski,*
represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raymond Czajkowski**
*individually, as surviving spouse of Traci Tack−Czajkowski*
represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Debiase**
*individually, as surviving child of Mark Debiase,*
represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jean Marie DeBiase**
*as Personal Representative of the Estate of Mark Debiase, Deceased, and on behalf of all beneficiaries of Mark Debiase,*
represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jean Marie DeBiase**
*individually, as surviving spouse of Mark Debiase*
represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Debiase**
*individually, as surviving child of Mark Debiase*
represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joanne DeSilva** *individually, as surviving child of Salvatore Lalicata* — represented by **Vito A. Cannavo** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anne Dierking** *as Personal Representative of the Estate of Ronald Wolken, Deceased, and on behalf of all beneficiaries of Ronald Wolken,* — represented by **Vito A. Cannavo** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anne Dierking** *individually, as surviving spouse of Ronald Wolken,* — represented by **Vito A. Cannavo** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Dimor** *as Personal Representative of the Estate of Donna Hersh, Deceased, and on behalf of all beneficiaries of Donna Hersh,* — represented by **Vito A. Cannavo** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Dimor** *individually, as surviving spouse of Donna Hersh* — represented by **Vito A. Cannavo** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Eikeseth** *as Personal Representative of the Estate of Leif Evan Eikeseth, Deceased, and on behalf of all beneficiaries of Leif Evan Eikeseth* — represented by **Vito A. Cannavo** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Eikeseth** *individually, as surviving spouse of Leif Evan Eikeseth* — represented by **Vito A. Cannavo** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eryka Eikeseth Donahue** *individually, as surviving child of Leif Evan Eikeseth* — represented by **Vito A. Cannavo** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Krystina Eikeseth Eysel** *individually, as surviving child of Leif Evan Eikeseth* — represented by **Vito A. Cannavo** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Dayna Eikeseth Parker**<br>*individually, as surviving child of Leif Evan Eikeseth* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Sara Lea Elarat**<br>*as Personal Representative of the Estate of Marcos Elarat, Deceased, and on Behalf of all beneficiaries of Marcos Elarat* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Sara Lea Elarat**<br>*individually, as surviving spouse of Marcos Elarat* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Denise Flanagan**<br>*as Personal Representative of the Estate of Peter Flanagan, Deceased, and on behalf of all beneficiaries of Peter Flanagan* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Denise Flanagan**<br>*individually, as surviving spouse of Peter Flanagan* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Denise Flanagan**<br>*individually, as surviving spouse of Peter Flanagan* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Emily Flanagan**<br>*individually, as surviving child of Peter Flanagan* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Margaret Flanagan**<br>*individually, as surviving child of Peter Flanagan* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Elizabeth Garcia Roman**<br>*as Personal Representative of the Estate of Richard Lopez, Deceased, and on behalf of all beneficiaries of Richard Lopez* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Elizabeth Garcia Roman**<br>*individually, as surviving spouse of* | represented by | **Vito A. Cannavo**<br>(See above for address) |

*Richard Lopez* | *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jamie Gilbert**
*individually, as surviving sibling of Daniel G. Smith*
represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martha Gless**
*as Personal Representative of the Estate of Robert Gless, Deceased, and on behalf of all beneficiaries of Robert Gless*
represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martha Gless**
*as Personal Representative of the Estate of Robert Gless, Deceased, and on behalf of all beneficiaries of Robert Gless*
represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Martha Gless**
*individually, as surviving spouse of Robert Gless*
represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amy Frances Gregorio**
*individually, as surviving child of Rod Mendizza*
represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gwendolyn Hanlon**
*as Personal Representative of the Estate of Kevin Hanlon, Deceased, and on behalf of all beneficiaries of Kevin Hanlon,*
represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gwendolyn Hanlon**
*individually, as surviving spouse of Kevin Hanlon*
represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lynn HanselLPerkins**
*as Personal Representative of the Estate of Gary Perkins, Deceased, and on behalf of all beneficiaries of Gary Perkins,*
represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lynn HanselLPerkins**
*individually, as surviving spouse of Gary Perkins,*
represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Hanson**
*as Personal Representative of the Estate of Harold Hanson, Deceased, and on behalf of all beneficiaries of Harold Hanson*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Hanson**
*individually, as surviving child of Harold Hanson*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deborah Hanson**
*individually, as surviving child of Harold Hanson*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Hauber**
*as Personal Representative of the Estate of Raymond Hauber, Deceased, and on behalf of all beneficiaries of Raymond Hauber*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Hauber**
*individually, as surviving sibling of Raymond Hauber*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jody Hawkes**
*as Personal Representative of the Estate of Robert Hawkes, Deceased, and on behalf of all beneficiaries of Robert Hawkes,*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jody Hawkes**
*individually, as surviving spouse of Robert Hawkes*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Hemminger**
*individually, as surviving child of Ronald Wolken*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christina Henderson**
*individually, as surviving child of Auriel Henderson*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Keisha Henderson**<br>*as Personal Representative of the Estate of Auriel Henderson, Deceased, and on behalf of all beneficiaries of Auriel Henderson* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Keisha Henderson**<br>*individually, as surviving child of Auriel Henderson* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Valerie Henderson**<br>*individually, as surviving child of Auriel Henderson* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Andrea Henderson−Lesesne**<br>*individually, as surviving child of Auriel Henderson* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Adar Hilbert**<br>*individually, as surviving child of Marcos Elarat* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Elizabeth Horne**<br>*as Personal Representative of the Estate of Cornell Horne, Deceased, and on behalf of all beneficiaries of Cornell Horne* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Elizabeth Horne**<br>*individually, as surviving spouse of Cornell Horne, Evan Home, individually, as* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **eVAN Horne**<br>*individually, as surviving child of Cornell Horne,* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Gresy Johnson**<br>*as Personal Representative of the Estate of Stephen Johnson, Deceased, and on behalf of all beneficiaries of Stephen Johnson* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

represented by

| | | |
|---|---|---|
| **Gresy Johnson**<br>*individually, as surviving spouse of Stephen Johnson* | | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Nicholas Johnson**<br>*as surviving child of Stephen Johnson* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Leigh Anne Jones**<br>*as Personal Representative of the Estate of Charles Jones, Deceased, and on behalf of all beneficiaries of Charles Jones,* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Leigh Anne Jones**<br>*individually, as surviving spouse of Charles Jones,* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Tali Kabilo**<br>*individually, as surviving child of Marcos Elarat,* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Hillary Katzman**<br>*as Personal Representative of the Estate of Howard Katzman, Deceased, and on behalf of all beneficiaries of Howard Katzman,* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Hillary Katzman**<br>*individually, as surviving spouse of Howard Katzman,* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Barbara Lalicata**<br>*individually, as surviving child of Salvatore Lalicata,* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Joan, Lalicata**<br>*as Personal Representative of the Estate of Salvatore Lalicata, Deceased, and on behalf of all beneficiaries of Salvatore Lalicata,* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Joan Lalicata**<br>*individually, as surviving spouse of* | represented by | **Vito A. Cannavo**<br>(See above for address) |

| | | |
|---|---|---|
| *Salvatore Lalicata* | | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Joseph Lalicata**<br>*individually, as surviving child of Salvatore Lalicata,* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **mICHAEL Lalicata**<br>*individually, as surviving child of Salvatore Lalicata,* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Page King Prusank** | represented by | **James Bonner**<br>Fleischman Bonner & Rocco LLP<br>317 George Street<br>Suite 320<br>New Brunswick, NJ 08901<br>646−415−1399<br>Fax: 908−516−2049<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Suzzanne Anderson** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Suzzanne Anderson** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Andre Cox** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Andre Cox**<br>*Andre Cox, as Representative of the Estate of Vikki Allyn Turner−Cox, Deceased* | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Andre Cox**<br>*Andre Cox, as Representative of the Estate of Vikki Allyn Turner−Cox, Deceased* | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Armond Rhian Cox** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer E Curattalo** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria A Fierro−Switzer** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria A Fierro−Switzer**
*as Representative of the Estate of William E. Switzer, Deceased* represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeannine Grudzien** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amanda L Guidice** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janine Levitt** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janine Levitt**
*as Personal Representative of the ESTATE of Frank Ricard Svoboda, Deceased* represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Lichtenstein** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amanda B Max** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kelly Maureen Migliaccio** represented by **Barry Alan Salzman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ingrid M Morales** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ingrid M Morales**
*as Personal Representative of the Estate of Michael Patrick Shea, Deceased*
represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Karen Perotti** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna Jean Raimondi** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donna Jean Raimondi**
*as Personal Representative of the Estate of Michael Raimondi, Jr., Deceased*
represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gianna Mary Raimondi** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeanine Antonia Raimondi** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeanine Antonia Raimondi** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Rakis** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

| | | |
|---|---|---|
| **John Rakis**<br>*as Personal Representative of the Estate of Freddie Wallace−Rakis, Deceased and on behalf of all beneficiaries of ROGER C. STEINERT* | | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **John Rakis**<br>*as Personal Representative of the Estate of Freddie Wallace−Rakis, Deceased* | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Patricia Reilly** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Patricia Reilly**<br>*as Personal Representative of the Estate of Robert J. Reilly, Deceased* | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Antolino Rexach, Jr.** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Daniel Rexach** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Justin F Rexach** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Justin F Rexach** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Precilla Rexach** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Precilla Rexach** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Precilla Rexach**<br>*as Personal Representative of the Estate of Antolino Rexach, Deceased* | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Ashley Nicole Rodenheiser** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Colleen Marie Rodenheiser** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Colleen Marie Rodenheiser**<br>*as Personal Representative of the Estate of Richard Edmund Rodenheiser, Deceased* | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jason Rolon** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jason Rolon**<br>*as Personal Representative of the Estate of Robert Rolon, Deceased* | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Melissa Rothberg** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Melissa Rothberg** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jacob Rozenberg** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jacob Rozenberg**<br>*as Personal Representative of the Estate of Boris Rozenberg, Deceased* | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Colin Michael Sargent, Jr.** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda L Sargent** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda L Sargent**
*as Personal Representative of the Estate of Colin Michael Sargent, Deceased*
represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia A Sargent** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen Sherman** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen Sherman**
*as Personal Representative of the Estate of Howard Bernard Sherman, Deceased*
represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robin Sherman** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eileen Shipsey** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eileen Shipsey**
*as Personal Representative of the Estate of Michael F. Shipsey, Deceased*
represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eileen Shipsey**
*as Personal Representative of the*
represented by **Barry Alan Salzman**
(See above for address)

| | | |
|---|---|---|
| *Estate of Michael F. Shipsey, Deceased* | | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Joseph G Simmons** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Judi P Simmons** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Judi P Simmons** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Judi P Simmons**<br>*as Personal Representative of the Estate of Martin C. Simmons, Deceased* | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kevin W Simmons** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Ryan P Simmons** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Christina Sitaca** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Thomas John Sitaca** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lisa Sonitis** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Josephine Ann Svoboda** | represented by | |

| | | |
|---|---|---|
| | | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **John Thomas Switzer** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Samantha M Switzer** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Evelyn Thomas** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Evelyn Thomas**<br>*as Personal Representative of the Estate of George M. Thomas, Deceased* | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Mark Thomas** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Krista Lynn Thompson** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Krista Lynn Thompson** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Krista Lynn Thompson** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Gwendolyn Audrey Lee Turner** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Kenneth Herman Turner** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kenneth Herman Turner** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Mark Owens Turner** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Nancy Louise Turner** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Helen Vaughan** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Helen Vaughan** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Helen Vaughan**<br>*as Personal Representative of the Estate of Stephen Vaughan, Deceased* | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **John Vaughan** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **John Vaughan** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Nicholas Vaughan** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Nicholas Vaughan** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Christopher Walsh** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Daniel Patrick Walsh** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **David Joseph Walsh** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Mary Walsh** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Richard Walsh** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Richard Walsh**<br>*as Personal Representative of the Estate of Elizabeth Ann Walsh, Deceased* | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Gabrielle Paige Yamashita** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Nicole Marie Casara** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Samantha Joanne Rodenheiser** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Emiko Uhura Davis** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karyne Federbush** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Esther Davis** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leigh N. Cox** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cynthia Davis** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cynthia Davis** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristine Steiner**
*as Personal Representative of the Estate of Michael Steiner, Deceased* represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristine Steiner** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kosiko Inwhri Davis** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jonathan Tehama Davis** represented by **Barry Alan Salzman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lakala Kuahna Davis** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jill Accardi**
*as Personal Representative of the Estate of William Mundy, Deceased and on behalf of all beneficiaries of William Mundy*
represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jill Accardi**
*individually, as surviving child of William Mundy*
represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alice V. Alexander**
*individually, as surviving parent of Robert Alexander*
represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theresa Allegretta**
*individually, as surviving sibling of Matthew Lodewyks*
represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Arnold**
*individually, as surviving child of Gaetano Borello*
represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Bekkedahl**
*individually, as surviving sibling of Carolyn Bekkedahl*
represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Blair**
*as Co−Personal Representative of the Estate of Robert Blair, Deceased and on behalf of all beneficiaries of Robert Blair*
represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Blair**
*individually, as surviving child of Robert Blair*
represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Robert Blair, Jr.**<br>*as Co−Personal Representative of the Estate of Robert Blair, Deceased and on behalf of beneficiaries of Robert Blair* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Robert Blair, Jr.**<br>*individually, as surviving child of Robert Blair* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Ann Borello**<br>*as Personal Representative of the Estate of Gaetano Borello, Deceased and on behalf of all beneficiaries of Gaetano Borello* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Ann Borello**<br>*individually, as surviving spouse of Gaetano Borello* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Borello**<br>*individually, as surviving child of Gaetano Borello* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Thomas Borello**<br>*individually, as surviving child of Gaetano Borello* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Ann Cappadonna**<br>*individually, as surviving sibling of Matthew Lodewyks* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Evelyn Betso** | represented by | **Evelyn Betso**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Stephanie Desimone** | represented by | **Kyung Jae Han**<br>100 Lara St., Apt. 600<br>Manassas Park, VA 20111<br>213−352−2242<br>Email: kmla14han@outlook.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert Keith Morgan**<br>(See above for address) |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Stephanie Weismer**<br>*individually, as surviving child of Diane Pillersdorf* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Josh Weismer**<br>*as Personal Representative of the Estate of Diane Pillersdorf, Deceased and on behalf of all beneficiaries of Diane Pillersdorf* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Robin Mundy Sutton**<br>*individually, as surviving child of William Mundy* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Julia Skrak**<br>*individually, as surviving child of Carolyn Bekkedahl* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Elizabeth Schlueter**<br>*individually, as surviving child of Kevin P. Mahoney, Sr.* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Lois Rothenberg**<br>*individually, as surviving child of William Mundy, deceased* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kerrie A. Rider**<br>*individually, as surviving child of Robert B. Mahon, deceased* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Andrew Pillersdorf**<br>*individually, as surviving child of Diane Pillersdorf* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Marian Pennachio**<br>*individually, as surviving sibling of James Lanza* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

represented by

| | | |
|---|---|---|
| **Marian Pennachio**<br>*as Personal Representative of the Estate of James Lanza, Deceased and on behalf of all beneficiaries of James Lanza* | | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kathleen Nerney**<br>*individually, as surviving spouse of Kevin P. Nerney* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kathleen Nerney**<br>*as Personal Representative of the Estate of Kevin P. Nerney, Deceased and on behalf of all beneficiaries of Kevin P. Nerney* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **William T. Mundy**<br>*individually, as surviving child of William Mundy* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Robin Mundy−Sutton**<br>*individually, as surviving child of William Mundy* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Andrew Morstatt**<br>*individually, as surviving child of Joseph A. Morstatt* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Meghan Lee Morstatt**<br>*individually, as surviving child of Joseph A. Morstatt* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Joseph Thomas Morstatt** | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Marcia McLean−Sastri**<br>*individually, as surviving sibling of Hernan McLean* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Michele McLean**<br>*individually, as surviving spouse of Hernan McLean* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michele McLean**
*as Personal Representative of the Estate of Hernan McLean, Deceased and on behalf of all beneficiaries of Hernan McLean*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Herman Benjamin McLean**
*individually, as surviving child of Hernan McLean*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christian Caleb McLean**
*individually, as surviving child of Hernan McLean*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Scott Mansberger**
*individually, as surviving child of James Mansberger*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pamela Mahoney**
*individually, as surviving spouse of Kevin P. Mahoney, Sr.*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pamela Mahoney**
*as Personal Representative of the Estate of Kevin P. Mahoney, Sr., Deceased and on behalf of all beneficiaries of Kevin P. Mahoney, Sr.*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin P. Mahoney, Jr.**
*individually, as surviving child of Kevin P. Mahoney, Sr.*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Mahoney**
*individually, as surviving child of Kevin P. Mahoney, Sr.*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tiffany Lodewyks**
*individually, as surviving child of Matthew Lodewyks*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Kimberly Lodewyks**<br>*individually, as surviving child of Matthew Lodewyks* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Danny Lodewyks**<br>*individually, as surviving child of Matthew Lodewyks* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Caroline Lodewyks**<br>*individually, as surviving spouse of Matthew Lodewyks* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Caroline Lodewyks**<br>*as Personal Representative of the Estate of Matthew Lodewyks, Deceased and on behalf of all beneficiaries of Matthew Lodewyks* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Veronica Horne**<br>*individually, as surviving child of Cornell Horne* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Drew Hanson**<br>*individually, as surviving child of Harold Hanson* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kristin Folberth**<br>*individually, as surviving child of Robert Blair* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kristin Folberth**<br>*as Co−Personal Representative of the Estate of Robert Blair, Deceased and on behalf of all beneficiaries of Robert Blair* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Daniel Flanagan**<br>*individually, as surviving child of Peter Flanagan* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Patrick J. Finegan**<br>*individually, as surviving child of Patrick Finegan* | represented by | **Vito A. Cannavo**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristin M. Finegan**
*individually, as surviving child of Patrick Finegan*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gloria Finegan**
*individually, as surviving spouse of Patrick Finegan*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gloria Finegan**
*as Personal Representative of the Estate of Patrick Finegan, Deceased and on behalf of all beneficiaries of Patrick Finegan*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward J. Finegan**
*individually, as surviving child of Patrick Finegan*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ann Cappadonna**
*individually, as surviving sibling of Matthew Lodewyks*

represented by **Vito A. Cannavo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The Estate of John J. Ryan**

represented by **The Estate of John J. Ryan**
PRO SE

**Stephen A. Corr**
(See above for address)
*TERMINATED: 12/21/2021*

**Plaintiff**

**Alisha Budd**

represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Mae Budd−Stewart**

represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adriana Coney−Miller**

represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Carole Eleanor Fitzner** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Barbara Geraghty** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **edmund Geraghty** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **John F Hough** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Thomas E Humphrey** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lisa Ann Jaworowski** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Shawna J Jones** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Shawna J Jones**<br>*Representative of the Estate of Marion Claire Jones, Deceased* | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Ann Kristoffersen** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Bernadette Kristoffersen** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Bernadette Kristoffersen**<br>*Representative of the Estate of John Frank Kristoffersen, Deceased* | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jessica Kristoffersen** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **John F Kristoffersen** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Aimee L Laks** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Gail Laks** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Stan R Lapointe** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Stan R Lapointe**<br>*Representative of the Estate of John Paul Lapointe, Deceased* | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Anthony Paul Leon** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jeffrey M Loughery** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kathleen Loughery** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary E Loughery** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary E Loughery**
*Representative of the Estate of Michael John Loughery, Deceased*
represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan Mary Loughery** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ras Yoseff Makonnen** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrea Marie Marcucci** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel M Marcucci** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark J Marcucci** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark J Marcucci**
*Representative of the Estate of Daniel Marrucci, Deceased*
represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tina Marcucci** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kris Marion** represented by **Barry Alan Salzman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kris Marion** represented by **Barry Alan Salzman**
*Representative of the Estate of Timothy Charles Marion, Deceased*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Clintonn L. McCoy** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel L McCoy** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gail T McCoy** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gail T McCoy** represented by **Barry Alan Salzman**
*Representative of the Estate of Stephen M. McCoy*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John William McKee** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laurence McKee** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ryan Patrick McKee** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Samantha Rose McKee** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shawn Michael McKee** represented by

| | | |
|---|---|---|
| | | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Sean Joseph McQuade** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Frederick Michael McQuillan** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Sean Miller** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Revell Joseph Montgomery** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Steven Matthew Morigi** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Mary Marcelline Morrissey** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Mary Marcelline Morrissey**<br>*Representative of the Estate of John Patrick Morrissey* | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Gary Edison Mothersille** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Roma Karen Mothersille** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Ena Louise Price** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alana M Suarez** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tara J Thomas** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Margaret Mary Janet Tosca** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Catherine M Trotta** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charlene Marie Kyles** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Douglas J McCoy** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeannette M. Lamme** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dorothy L. Armstrong** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roberta Waugh** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Keith Lee Armstrong** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lauren Lamme** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jennifer Lamme** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **John V. Brennan** | represented by | **John V. Brennan**<br>PRO SE |
| **Plaintiff** | | |
| **Michael Brennan** | represented by | **Michael Brennan**<br>PRO SE |
| **Plaintiff** | | |
| **Thomas M. Brennan, Jr.** | represented by | **Thomas M. Brennan, Jr.**<br>PRO SE |
| **Plaintiff** | | |
| **Alessandra Bustillo** | represented by | **Alessandra Bustillo**<br>PRO SE |
| **Plaintiff** | | |
| **Est. of Gilberto Bustillo, Sr.,** | represented by | **Est. of Gilberto Bustillo, Sr.,**<br>PRO SE |
| **Plaintiff** | | |
| **Sasha Butler** | represented by | **Sasha Butler**<br>PRO SE |
| **Plaintiff** | | |
| **John Arthur Candela** | represented by | **John Arthur Candela**<br>PRO SE |
| **Plaintiff** | | |
| **Est. of John C Candela** | represented by | **Est. of John C Candela**<br>PRO SE |
| **Plaintiff** | | |
| **Joseph G. Candela** | represented by | **Joseph G. Candela**<br>PRO SE |
| **Plaintiff** | | |
| **Est. of Phyllis Carlino** | represented by | **Est. of Phyllis Carlino**<br>PRO SE |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Est. of Phyllis Candela** | represented by | **Est. of Phyllis Candela**<br>PRO SE |
| **Plaintiff** | | |
| **Est. Marie Carlino** | represented by | **Est. Marie Carlino**<br>PRO SE |
| **Plaintiff** | | |
| **Julieanne Cunningham** | represented by | **Julieanne Cunningham**<br>PRO SE |
| **Plaintiff** | | |
| **Est. of Govind Bharvaney** | represented by | **Est. of Govind Bharvaney**<br>PRO SE |
| **Plaintiff** | | |
| **Kishore Bharvaney** | represented by | **Kishore Bharvaney**<br>PRO SE |
| **Plaintiff** | | |
| **Savitri Bharvaney** | represented by | **Savitri Bharvaney**<br>PRO SE |
| **Plaintiff** | | |
| **Est. of Dorothy Bauer Bauer** | represented by | **Est. of Dorothy Bauer Bauer**<br>PRO SE |
| **Plaintiff** | | |
| **David P. Beamer** | represented by | **David P. Beamer**<br>PRO SE |
| **Plaintiff** | | |
| **Morgan K Beamer** | represented by | **Morgan K Beamer**<br>PRO SE |
| **Plaintiff** | | |
| **Est. of Doris Beatini Beatini** | represented by | **Est. of Doris Beatini Beatini**<br>PRO SE |
| **Plaintiff** | | |
| **Est. of Michael C. Beatini** | represented by | **Est. of Michael C. Beatini**<br>PRO SE |
| **Plaintiff** | | |
| **Est. of Michael L. Beatini** | represented by | **Est. of Michael L. Beatini**<br>PRO SE |
| **Plaintiff** | | |
| **James F. Bowden** | represented by | **James F. Bowden**<br>PRO SE |
| **Plaintiff** | | |
| **Alyson V Bowden−Hart** | represented by | **Alyson V Bowden−Hart**<br>PRO SE |

| | | |
|---|---|---|
| __Plaintiff__ | | |
| **Deborah Bowden−Hart** | represented by | **Deborah Bowden−Hart**<br>PRO SE |
| __Plaintiff__ | | |
| **Sara J Bowden−Hart** | represented by | **Sara J Bowden−Hart**<br>PRO SE |
| __Plaintiff__ | | |
| **Shawn E Bowman, Sr.,**<br>*TERMINATED: 09/06/2024* | represented by | **Shawn E Bowman, Sr.,**<br>PRO SE |
| __Plaintiff__ | | |
| **Jack Bowman Henry** | represented by | **Jack Bowman Henry**<br>PRO SE |
| __Plaintiff__ | | |
| **John O. Brennan** | represented by | **John O. Brennan**<br>PRO SE |
| __Plaintiff__ | | |
| **Rose D'Alessandro** | represented by | **Rose D'Alessandro**<br>PRO SE |
| __Plaintiff__ | | |
| **Domenick D'Ambola** | represented by | **Domenick D'Ambola**<br>PRO SE |
| __Plaintiff__ | | |
| **Est. of Jessamine D'Ambola** | represented by | **Est. of Jessamine D'Ambola**<br>PRO SE |
| __Plaintiff__ | | |
| **Dean J. D'Ambrosi** | represented by | **Dean J. D'Ambrosi**<br>PRO SE |
| __Plaintiff__ | | |
| **Est. of Jack L. D'Ambrosi** | represented by | **Est. of Jack L. D'Ambrosi**<br>PRO SE |
| __Plaintiff__ | | |
| **Alison M. Danahy** | represented by | **Alison M. Danahy**<br>PRO SE |
| __Plaintiff__ | | |
| **Grace A. Danahy** | represented by | **Grace A. Danahy**<br>PRO SE |
| __Plaintiff__ | | |
| **Mary Beth Dougherty** | represented by | **Mary Beth Dougherty**<br>PRO SE |
| __Plaintiff__ | | |
| **Est. of Beverly Eckert** | represented by | **Est. of Beverly Eckert**<br>PRO SE |

**Plaintiff**
**Adrienne P. Felt** represented by **Adrienne P. Felt**
PRO SE

**Plaintiff**
**Sandra V. Felt** represented by **Sandra V. Felt**
PRO SE

**Plaintiff**
**Shirley A Felt** represented by **Shirley A Felt**
PRO SE

**Plaintiff**
**Megan Foster** represented by **Megan Foster**
PRO SE

**Plaintiff**
**Est. of Joseph Gallucci** represented by **Est. of Joseph Gallucci**
PRO SE

**Plaintiff**
**Emerson Glick** represented by **Emerson Glick**
PRO SE

**Plaintiff**
**Lyzbeth Glick−Best** represented by **Lyzbeth Glick−Best**
PRO SE

**Plaintiff**
**Joanna Glick−Danino** represented by **Joanna Glick−Danino**
PRO SE

**Plaintiff**
**Harris Goldstein** represented by **Harris Goldstein**
PRO SE

**Plaintiff**
**Est. of Arthur G. Gronlund** represented by **Est. of Arthur G. Gronlund**
PRO SE

**Plaintiff**
**Est. of Doris Gronlund** represented by **Est. of Doris Gronlund**
PRO SE

**Plaintiff**
**Kevin J. Hannaford, Jr.** represented by **Kevin J. Hannaford, Jr.**
PRO SE

**Plaintiff**
**Patrick J. Hannaford** represented by **Patrick J. Hannaford**
PRO SE

**Plaintiff**
**Bernadette T. Hayes** represented by **Bernadette T. Hayes**
PRO SE

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Est. of Richard Hoadley** | represented by | **Dorothea M Capone**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Est. of Virginia A. Hoadley** | represented by | **Dorothea M Capone**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Est. of Walter E. Hoadley** | represented by | **Dorothea M Capone**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Est. of Walter E. Hoadley** | represented by | **Est. of Walter E. Hoadley**<br>PRO SE |
| **Plaintiff** | | |
| **Est. of James H. Jack** | represented by | **Est. of James H. Jack**<br>PRO SE |
| **Plaintiff** | | |
| **Est. of Helen M. Jack** | represented by | **Est. of Helen M. Jack**<br>PRO SE |
| **Plaintiff** | | |
| **James T. Jack** | represented by | **James T. Jack**<br>PRO SE |
| **Plaintiff** | | |
| **Est. of Thomas P Johnson** | represented by | **Est. of Thomas P Johnson**<br>PRO SE |
| **Plaintiff** | | |
| **Est. of Donald T Jones Sr.** | represented by | **Est. of Donald T Jones Sr.**<br>PRO SE |
| **Plaintiff** | | |
| **Donald T. Jones, III** | represented by | **Donald T. Jones, III**<br>PRO SE |
| **Plaintiff** | | |
| **Taylor N. Jones** | represented by | **Taylor N. Jones**<br>PRO SE |
| **Plaintiff** | | |
| **Est. of Bruce Kane** | represented by | **Est. of Bruce Kane**<br>PRO SE |
| **Plaintiff** | | |
| **Jason B. Kane** | represented by | **Jason B. Kane**<br>PRO SE |
| **Plaintiff** | | |

| | | |
|---|---|---|
| **Joseph D. Keller** | represented by | **Joseph D. Keller**<br>PRO SE |
| **Plaintiff** | | |
| **Sydnie R. Keller** | represented by | **Sydnie R. Keller**<br>PRO SE |
| **Plaintiff** | | |
| **Ann B. MacRae** | represented by | **Ann B. MacRae**<br>PRO SE |
| **Plaintiff** | | |
| **Ann C. MacRae** | represented by | **Ann C. MacRae**<br>PRO SE |
| **Plaintiff** | | |
| **Cameron F. MacRae, III** | represented by | **Cameron F. MacRae, III**<br>PRO SE |
| **Plaintiff** | | |
| **Jeffrey Magnuson** | represented by | **Jeffrey Magnuson**<br>PRO SE |
| **Plaintiff** | | |
| **Est. Jeanne Maher** | represented by | **Est. Jeanne Maher**<br>PRO SE |
| **Plaintiff** | | |
| **Est. Raymond Maher** | represented by | **Est. Raymond Maher**<br>PRO SE |
| **Plaintiff** | | |
| **Est. of Frank Montanaro** | represented by | **Est. of Frank Montanaro**<br>PRO SE |
| **Plaintiff** | | |
| **Connor J. Murphy** | represented by | **Connor J. Murphy**<br>PRO SE |
| **Plaintiff** | | |
| **John F. Murphy** | represented by | **John F. Murphy**<br>PRO SE |
| **Plaintiff** | | |
| **Est of Timothy F. Murphy, Jr** | represented by | **Est of Timothy F. Murphy, Jr**<br>PRO SE |
| **Plaintiff** | | |
| **Est. of Robert Orsini** | represented by | **Est. of Robert Orsini**<br>PRO SE |
| **Plaintiff** | | |
| **Pamela Passaretta** | represented by | **Pamela Passaretta**<br>PRO SE |
| **Plaintiff** | | |

| | | |
|---|---|---|
| **Suzanne J. Penavic** | represented by | **Suzanne J. Penavic**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Est. of Rosemary Rooney** | represented by | **Est. of Rosemary Rooney**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Sally F. Ryan** | represented by | **Sally F. Ryan**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Marth L Sanders** | represented by | **Marth L Sanders**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Filomena Grace Santorelli** | represented by | **Filomena Grace Santorelli**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jacqueline Scales** | represented by | **Jacqueline Scales**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Est. of Donald Schlag** | represented by | **Est. of Donald Schlag**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Patricia Schlag**<br>*TERMINATED: 04/17/2025* | represented by | **Patricia Schlag**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Tomoko Schlag** | represented by | **Tomoko Schlag**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Grace P. Sherwood** | represented by | **Grace P. Sherwood**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Est. of Paul Sisolak** | represented by | **Est. of Paul Sisolak**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Est. of Thomas Sisolak** | represented by | **Est. of Thomas Sisolak**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Sean P. Smith** | represented by | **Sean P. Smith**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Laura Spordone−Bustillo** | represented by | **Laura Spordone−Bustillo**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Catherine A. Stover** | represented by | **Catherine A. Stover**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Giana Tanner** | represented by | **Giana Tanner**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Kenneth C. Tanner** | represented by | **Kenneth C. Tanner**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Est. of Mary Tanner** | represented by | **Est. of Mary Tanner**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **James J Tarantino** | represented by | **James J Tarantino**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Amy Vasel** | represented by | **Amy Vasel**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Est. of Charles Vasel** | represented by | **Est. of Charles Vasel**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Est. of Mynda Vasel** | represented by | **Est. of Mynda Vasel**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Matthew J. Vasel** | represented by | **Matthew J. Vasel**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jessica Wisniewski** | represented by | **Jessica Wisniewski**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Matthew Wisniewski** | represented by | **Matthew Wisniewski**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Est. of Muriel Wisniewski** | represented by | **Est. of Muriel Wisniewski**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Aidan York** | represented by | **Aidan York**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Est. of Joseph Zisa** | represented by | **Est. of Joseph Zisa**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Nicole Amato**<br>*individually, as surviving child of Gary Smith* | represented by | **Alexander Greene**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ethan Greenberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Barry Amundson**<br>*individually, as surviving sibling of Craig Amundson* | represented by | **Alexander Greene**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ethan Greenberg**<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178<br>(212) 309−6000<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Najat Arsenault** | represented by | **Alexander Greene**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ethan Greenberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Grace Brennan**<br>*individually, as surviving sibling of Vincent DiFazio* | represented by | **Alexander Greene**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ethan Greenberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Tracy Zorpette** | represented by | **Alexander Greene**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ethan Greenberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Yolanda Calderon**<br>*individually, as surviving sibling of Jorge Velazquez* | represented by | **Alexander Greene**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ethan Greenberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Sasha Cardona**<br>*individually, as surviving child of Jose Cardona* | represented by | **Alexander Greene**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kim Coleman**
*individually, as surviving parent of Jacquelyn Sanchez*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Coleman**
*individually, as surviving sibling of Jacquelyn Sanchez*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Helman Correa**
*individually, as surviving parent of Danny Correa−Gutierrez*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ryan John Cove**
*individually, as surviving child of James Cove*

represented by

**Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anane Crandon**
*individually, as surviving sibling of Uhuru Houston*

represented by

**Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Efia Crandon**
*individually, as surviving sibling of Uhuru Houston*

represented by

**Alexander Greene**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Efia Crandon**
*as Personal Representative of the Estate of Estella Crandon, deceased, the late parent of Uhuru Houston*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nolton Davis, Jr.**
*individually, as surviving spouse of Ada Davis*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nolton Davis, Jr.**
*as the Personal Representative of the Estate of Ada Davis, deceased, and on*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*

*behalf of all survivors and all legally entitled beneficiaries and family members of Ada Davis*

*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robin Davis**
*individually, as surviving sibling of Edward Rowenhorst*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Salvatore DiFazio**
*individually, as surviving sibling of Vincent DiFazio*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Echtermann**
*as Personal Representative of the Estate of Helmut Echtermann,*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*

*deceased, the late parent of Margaret Echtermann*

*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dietrich Echtermann**
*individually, as surviving sibling of Margaret Echtermann*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Heidemarie Echtermann−Toribio**
*individually, as surviving sibling of Margaret Echtermann*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brenda Fallon**
*as the Personal Representative of the Estate of William Fallon, deceased, and*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*

*on behalf of all survivors and all legally entitled beneficiaries and family members of William Fallon*

*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brenda Fallon**
*individually, as surviving spouse of William Fallon*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Fallon**
*individually, as surviving child of William Fallon*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephen Fallon**
*individually, as surviving sibling of William Fallon*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donald Fallon**
*individually, as surviving sibling of William Fallon*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Fallon**
*individually, as surviving sibling of William Fallon*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jacqueline Fanning**
*individually, as surviving child of John Fanning*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ryan Fanning**
*individually, as surviving child of John Fanning*

represented by

**Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeremy Fanning**
*individually, as surviving child of John Fanning*

represented by

**Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Farhan Syed**
*individually, as surviving child of Syed Abdul Fatha*

represented by

**Alexander Greene**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leslie Faulstich** represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ringo Fernandez**
*individually, as surviving child of Julio Fernandez*
represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diane L. Fredericks**
*individually, as surviving sibling of Andrew Fredericks*
represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nancy Jean Fredericks**
*individually, as surviving sibling of Andrew Fredericks*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julie Gardner**
*individually, as surviving sibling of Katie McCloskey*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wesley Gargano**
*individually, as surviving sibling of Karen Renda*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Geier**
*individually, as surviving child of Paul Hamilton Geier*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Geier**
*as the Personal Representative of the Estate of Paul Hamilton Geier, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul Hamilton Geier*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessica Geier**
*as the Co−Personal Representative of the Estate of Eleanor Geier, deceased,*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*

*the late spouse of Paul Hamilton Geier*

*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicole Rasanen**
*as the Co−Personal Representative of the Estate of Eleanor Geier, deceased, the late spouse of Paul Hamilton Geier*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Craig Hannan**
*individually, as surviving sibling of Michael Hannan*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrea Hannan**
*as the Personal Representative of the Estate of Michael Hannan, deceased,*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*

| | | |
|---|---|---|
| *and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Hannan* | | *ATTORNEY TO BE NOTICED*<br><br>**Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ethan Greenberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Andrea Hannan**<br>*individually, as surviving spouse of Michael Hannan* | represented by | **Alexander Greene**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ethan Greenberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Rachel Hannan**<br>*individually, as surviving child of Michael Hannan* | represented by | **Alexander Greene**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ethan Greenberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Alexandra Hannan**<br>*individually, as surviving child of Michael Hannan* | represented by | **Alexander Greene**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Muller**
*as Personal Representative of the Estate of Barbara Hannan, deceased, the late parent of Michael Hannan*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Hannan**
*individually, as surviving sibling of Michael Hannan*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Abdo Hashem**
*individually, as surviving sibling of Peter Hashem*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Doe 99**
*being intended to designate the Personal Representative of the Estate of Peter Hashem, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction...*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Najat Arsenault**
*as Personal Representative of the Estate of Rose Sue Hashem, deceased, the late sibling of Peter Hashem*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sabah Hashem−Daher**
*individually, as surviving sibling of Peter Hashem*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan Hermer**
*as the Personal Representative of the Estate of Harvey Hermer, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Harvey Hermer*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kyra Houston**
*individually, as surviving sibling of Uhuru Houston*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kyra Houston**
*individually, as surviving sibling of Uhuru Houston*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Teresa Kestenbaum**
*individually, as surviving sibling of Vincent DiFazio*

represented by

**Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Banu Khursheed**
*individually, as surviving child of Syed Abdul Fatha*

represented by

**Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Timothy Kuveikis**
*individually, as surviving sibling of Thomas Kuveikis*

represented by

**Alexander Greene**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kieran Lyons**
*individually, as surviving sibling of Michael Lyons*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Lyons**
*individually, as surviving child of Michael Lyons*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elaine Lyons**
*individually, as surviving spouse of Michael Lyons*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elaine Lyons**
*as the Personal Representative of the Estate of Michael Lyons, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Lyons*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Caitlyn Lyons**
*individually, as surviving child of Michael Lyons*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mirella Matricciano**
*individually, as surviving parent of Marcellus Matricciano*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Umberto Matricciano**
*individually, as surviving parent of Marcellus Matricciano*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Doe 98**
*being intended to designate the Personal Representative of the Estate of Marcellus Matricciano, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent...*
*TERMINATED: 04/20/2022*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine McKee**
*individually, as surviving sibling of Gary Smith*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Najwah Miceli**
*individually, as surviving sibling of Peter Hashem*

represented by

**Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jennifer Muller**
*individually, as surviving sibling of Michael Hannan*

represented by

**Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jamie Nelson**
*individually, as surviving child of Peter A. Nelson*

represented by

**Alexander Greene**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine Peschel**
*individually, as surviving sibling of Thomas Kuveikis*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cedric Pitt, Jr.**
*individually, as surviving child of Jacquelyn Sanchez*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Quinlan**
*individually, as surviving sibling of William Fallon*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shelly Ann Ramkhelawan**
*individually, as surviving child of Vishnoo Ramsaroop*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nadia Ramsaroop**
*individually, as surviving child of Vishnoo Ramsaroop*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nadia Ramsaroop**
*individually, as surviving child of Vishnoo Ramsaroop*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Ramsaroop**
*individually, as surviving child of Vishnoo Ramsaroop*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Reehan Syed**

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Rowenhorst**
*individually, as surviving sibling of Edward Rowenhorst*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cedric Pitt, Sr.**
*as the Personal Representatives of the Estate of Jacquelyn Sanchez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jacquelyn Sanche*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Schrang**

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen Shagi**
*as the Personal Representative of the Estate of Michael Shagi, deceased, and*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*

*on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Shagi*

*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen Shagi**
*individually, as surviving spouse of Michael Shagi*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christie Shagi**
*individually, as surviving child of Michael Shagi*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicole Shagi**
*individually, as surviving child of Michael Shagi*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tracie Shagi−Uriguen**
*individually, as surviving child of Michael Shagi*

represented by

**Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ann Smith**
*individually, as surviving spouse of Gary Smith*

represented by

**Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ann Smith**
*individually, as surviving spouse of Gary Smith*

represented by

**Alexander Greene**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ann Smith**
*as the Personal Representative of the Estate of Gary Smith, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gary Smith*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Natalie Smith**
*individually, as surviving child of Gary Smith*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Natalie Smith**
*individually, as surviving child of Gary Smith*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristina Smith**
*individually, as surviving child of Gary Smith*

represented by

**Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Smith**
*individually, as surviving sibling of Gary Smith*

represented by

**Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Annette Smith**
*as Personal Representative of the Estate of Dorothy Smith, deceased, the*

represented by

**Alexander Greene**
(See above for address)
*LEAD ATTORNEY*

*late parent of Gary Smith*

*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Smith**
*as Personal Representative of the Estate of Dorothy Smith, deceased, the late parent of Gary Smith*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephan Smith**
*individually, as surviving sibling of Gary Smith*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mason Smith**
*individually, as surviving sibling of Gary Smith*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Trerotola**
*as the Personal Representative of the Estate of Lisa Trerotola, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lisa Trerotola*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Trerotola**
*individually, as surviving spouse of Lisa Trerotola*
*TERMINATED: 07/15/2022*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amanda Trerotola**
*individually, as surviving child of Lisa Trerotola*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael L. Trerotola**
*Trerotola, individually, as surviving child of Lisa Trerotola*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yaseen Syed**
*individually, as surviving child of Syed Abdul Fatha*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Syed Zeeshan**
*individually, as surviving child of Syed Abdul Fatha*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cathy Ann Bonnett**
*individually*

represented by **Cathy Ann Bonnett**
PRO SE

**Plaintiff**

**Estate of Jeanne Maher**

represented by **Estate of Jeanne Maher**
PRO SE

**Plaintiff**

**Estate of Stacey L. Sanders**

represented by **Dorothea M Capone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deborah Bowden**
*individually and as Administratix of the Estate of Colin Bonnett, deceased, and on behalf of all survivors of Thomas Bowden*

represented by **Deborah Bowden**
PRO SE

**Plaintiff**

**Jennifer Bowman**
*individually and as Administratix of the Estate of Shawn E. Bowman, deceased, and on behalf of all survivors of Shawn E. Bowman*

represented by **Jennifer Bowman**
PRO SE

**Plaintiff**

**Schlage T. Tomoko**
*individually and as Administratix of the Estate of Steven F. Schlag, deceased, and on behalf of all survivors of Steven F. Schlag*

represented by **Schlage T. Tomoko**
PRO SE

**Plaintiff**

**Michele Jones**
*individually and as Administratix of the Estate of Donald Jones, deceased, and on behalf of all survivors of Donald Jones*

represented by **Michele Jones**
PRO SE

**Plaintiff**

| | | |
|---|---|---|
| **Karen D'Ambrosi** | represented by | **Karen D'Ambrosi**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Susan Magazine**<br>*individually and as Administratix of the Estate of Jay Magazine, deceased, and on behalf of all survivors of Jay Magazine* | represented by | **Susan Magazine**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Michelle Robb**<br>*individually and as Proposed Co−Administratix of the Estate of Kristen Montanaro, deceased, and on behalf of all survivors of Kristen Montanaro* | represented by | **Michelle Robb**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Michelle Tanner**<br>*individually and as Administratix of the Estate of Michael Tanner, deceased, and on behalf of all survivors of Michael Tanner* | represented by | **Michelle Tanner**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Pandora Po Bharvaney**<br>*individually and as Administratix of the Estate of Anil T. Bharvaney, deceased, and on behalf of all survivors of Anil T. Bharvaney* | represented by | **Pandora Po Bharvaney**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Carole May DiFranco**<br>*as Personal Representative of the Estate of Carmelo Anthony DiFranco, Deceased Parent of Carl A. DiFranco, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **JOHN SANDERS**<br>*individually and as Administratix of the Estate of Stacey L. Sanders, deceased, and on behalf of all survivors of Stacey L. Sanders* | represented by | **JOHN SANDERS**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jennifer Price**<br>*individually and as Administratix of the Estate of Jean Elizabeth Hoadley Peterson, deceased, and on behalf of all survivors of Jean Elizabeth Hoadley Peterson* | represented by | **Jennifer Price**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Sandra Valdez Felt**<br>*individually and as Administratix of the Estate of Edward P. Felt, deceased, and on behalf of all survivors of Edward P. Felt* | represented by | **Sandra Valdez Felt**<br>PRO SE |

| | | |
|---|---|---|
| <u>**Plaintiff**</u> | | |
| **Rose Keller**<br>*individually and as Administratix of the Estate of Joseph Keller, deceased, and on behalf of all survivors of Joseph Keller* | represented by | **Rose Keller**<br>PRO SE |
| <u>**Plaintiff**</u> | | |
| **Lyzbeth Glick**<br>*individually and as Administratix of the Estate of Jeremy Glick, deceased, and on behalf of all survivors of Jeremy Glick* | represented by | **Lyzbeth Glick**<br>PRO SE |
| <u>**Plaintiff**</u> | | |
| **Elsa Strong**<br>*individually and as Executrix of the Estate of Linda Gronlund, deceased, and on behalf of all survivors of Linda Gronlund* | represented by | **Elsa Strong**<br>PRO SE |
| <u>**Plaintiff**</u> | | |
| **Barbara Ratchko**<br>*individually and as Administratix of the Estate of Bryan Jack, deceased, and on behalf of all survivors of Bryan Jack* | represented by | **Barbara Ratchko**<br>PRO SE |
| <u>**Plaintiff**</u> | | |
| **Michael Giordano**<br>*individually and as Administrator of the Estate of Donna Giordano, deceased, and on behalf of all survivors of Donna Giordano* | represented by | **Dorothea M Capone**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| <u>**Plaintiff**</u> | | |
| **Rosa Caicedo**<br>*as Mother and Legal Guardian of Leslie Vargas and Kevin Vargas, the Natural Children of David Vargas, deceased, and as Proposed Administratrix and/or personal representative of the Estate of David Vargas, deceased and on behalf ofall survivors of D Vargas* | represented by | **Rosa Caicedo**<br>PRO SE |
| <u>**Plaintiff**</u> | | |
| **Jill Swift**<br>*individually and as Executrix of the Estate of Thomas Swift, deceased, and on behalf of all survivors of Thomas Swift* | represented by | **Jill Swift**<br>PRO SE |
| <u>**Plaintiff**</u> | | |
| **Jennifer G. Brennan**<br>*individually and as Administratix of the Estate of Thomas M. Brennan, deceased, and on behalf of all survivors of Thomas M. Brennan* | represented by | **Jennifer G. Brennan**<br>PRO SE |
| <u>**Plaintiff**</u> | | |

| | | |
|---|---|---|
| **Teresa Cunningham**<br>*individually and as Administratix of the Estate of Michael J. Cunningham, deceased, and on behalf of all survivors of Michael J. Cunningham* | represented by | **Teresa Cunningham**<br>PRO SE |
| **Plaintiff** | | |
| **Beverly Eckert**<br>*individually and as Administratix of the Estate of Sean Rooney, deceased, and on behalf of all survivors of Sean Rooney* | represented by | **Beverly Eckert**<br>PRO SE |
| **Plaintiff** | | |
| **Suzanne Sisolak**<br>*individually and as Administratix of the Estate of Joseph M. Sisolak, deceased, and on behalf of all survivors of Joseph M. Sisolak* | represented by | **Suzanne Sisolak**<br>PRO SE |
| **Plaintiff** | | |
| **Jason J. Tarantino** | represented by | **Jason J. Tarantino**<br>PRO SE |
| **Plaintiff** | | |
| **Est of Charles Vasel** | represented by | **Est of Charles Vasel**<br>PRO SE |
| **Plaintiff** | | |
| **Est of Mynda Vasel** | represented by | **Est of Mynda Vasel**<br>PRO SE |
| **Plaintiff** | | |
| **Est of Muriel Wisniewski** | represented by | **Est of Muriel Wisniewski**<br>PRO SE |
| **Plaintiff** | | |
| **Joseph Lopano** | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **David Loper**<br>*Individually* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Wilson Loper** | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Carlos Lopes** | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Amilcar Lopez**
*Individually*

represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cesar Lopez**

represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Lopez**
*Individually*

represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Javier Lopez**
*Individually*

represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank LoSauro**
*Individually*

represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Lopresti**

represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Lore**
*Individually*

represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sydnie Keller**
*as surviving child of Joseph S. Keller, Deceased*

represented by **Dorothea M Capone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sydnie Keller**
*as surviving child of Joseph S. Keller, Deceased*

represented by **Dorothea M Capone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| | | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Evelyn Shulman**<br>*Parent of 9/11 Decedent Mark Shulman* | represented by | **Evelyn Shulman**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Damali Rogers**<br>*Personal Representative of the Estate of Dale Rogers, deceased sibling of 9/11 Decedent Celeste Torres−Victoria* | represented by | **Damali Rogers**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Bissondai Tilkaren**<br>*Sibling of 9/11 Decedent Goumatie Thackurdeen* | represented by | **Bissondai Tilkaren**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Barbara Ann Swat Atwood**<br>*Parent and legal guardian on behalf of R.A., minor child of 9/11 Decedent Gerald T. Atwood* | represented by | **Barbara Ann Swat Atwood**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Mark Ruggiere**<br>*Sibling of 9/11 Decedent Bart Ruggiere* | represented by | **Mark Ruggiere**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Matthew Jacobs**<br>*Personal Representative of the Estate of Daniel Jacobs, deceased sibling of 9/11 Decedent Ariel L. Jacobs* | represented by | **Matthew Jacobs**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Malcolm Dean, Sr.** | represented by | **Malcolm Dean, Sr.**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Douglas Cruikshank**<br>*Child of 9/11 Decedent Robert Cruikshank* | represented by | **Douglas Cruikshank**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Christine Cruikshank**<br>*Child of 9/11 Decedent Robert Cruikshank* | represented by | **Christine Cruikshank**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Stephen Butler**<br>*Sibling of 9/11 Decedent Thomas M. Butler* | represented by | **Stephen Butler**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Margaret Atwood**<br>*Child of 9/11 Decedent Gerald T.* | represented by | **Margaret Atwood**<br>PRO SE |

*Atwood*

**Plaintiff**

**Gerald Atwood**
*Child of 9/11 Decedent Gerald T. Atwood*
represented by **John Duane**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marguerite A. Glidden**
*Personal Representative Of The Estate Of Arthur G. Gronlund, Deceased*
represented by **Marguerite A. Glidden**
PRO SE

**Plaintiff**

**George St. Elmo**
*Sibling of 9/11 decedent Kerene Gordon*
represented by **George St. Elmo**
PRO SE

**Plaintiff**

**William Blood**
*Sibling of 9/11 decedent Richard M. Blood, Jr.*
represented by **William Blood**
PRO SE

**Plaintiff**

**Cathy Vrachnas**
*Sibling of 9/11 decedent George Merkouris*
represented by **Cathy Vrachnas**
PRO SE

**Plaintiff**

**Dana Noonan McGowan**
*And Personal Representative Of The Estate Of Robert W. Noonan, Deceased*
represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Phyliss Hawk**
*As Surviving Mother Of Kathleen A. Nicosia, Deceased*
represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dana Noonan McGowan**
*Individually*
represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tony Oliva**
*And Personal Representative Of The Estate Of Linda Oliva, Deceased*
represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Patrick OLeary**
*As Surviving Child Of Gerald Thomas O'Leary, Deceased*
represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Tony Oliva**<br>*Individually* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Holly O'Neil**<br>*Individually* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Burns**<br>*as personal Representative of the Estate of Julia Burns, Deceased;* | represented by | **Michael Burns**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **John Calia**<br>*as personal Representative of the Estate of Mildred Calia, Deceased* | represented by | **John Calia**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Charles Dunne**<br>*as personal Representative of the Estate of Jay Dunne, Deceased;* | represented by | **Charles Dunne**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Thomas Edwards**<br>*as personal Representative of the Estate of Marilyn Edwards, Deceased* | represented by | **Thomas Edwards**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Pamela Fox**<br>*as personal Representative of the Estate of Joyce Gales, Deceased;* | represented by | **Pamela Fox**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Calliope Katsimatides**<br>*as personal Representative of the Estate of Antonios Katsimatides, Deceased;* | represented by | **Calliope Katsimatides**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Lucille Keefe**<br>*as personal Representative of the Estate of Mary Luciano, Deceased* | represented by | **Lucille Keefe**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Tawania Loyd**<br>*as personal Representative of the Estate of Franklin Murray, Deceased* | represented by | **Tawania Loyd**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Theresa McDonald**<br>*as personal Representative of the Estate of Lorraine Egan, Deceased* | represented by | **Theresa McDonald**<br>PRO SE |

**Plaintiff**

represented by

| | | |
|---|---|---|
| **William Novonty**<br>*as personal Representative of the Estate of John Novotny, Deceased* | | **William Novonty**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Katherine Rohner**<br>*as personal Representative of the Estate of Ronald Rohner, Deceased* | represented by | **Katherine Rohner**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Mary Trant** | represented by | **Mary Trant**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Rebecca Wynne**<br>*as personal Representative of the Estate of Richard Blood, Sr., Deceased* | represented by | **Rebecca Wynne**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Karine Henriquez**<br>*sibling of 9/11 decedent Lourdes Galletti* | represented by | **Karine Henriquez**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jennifer J. Henry** | represented by | **Jennifer J. Henry**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Lidia Hernandez Melendez** | represented by | **Lidia Hernandez Melendez**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Esther Heymann**<br>*stepparent of 9/11 decedent Honor Wainio* | represented by | **Esther Heymann**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Daniel Hickey**<br>*child of 9/11 decedent Brian Hickey* | represented by | **Daniel Hickey**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Dennis Hickey**<br>*child of 9/11 decedent Brian Hickey* | represented by | **Dennis Hickey**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Amanda Higley**<br>*Child of 9/11 Decedent Robert Higley* | represented by | **Amanda Higley**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Judith Higley**<br>*Parent of 9/11 Decedent Robert Higley* | represented by | **Judith Higley**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Kaylene Zuccala−Sams**<br>*child of 9/11 decedent Joseph Zuccala* | represented by | **Kaylene Zuccala−Sams**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jolaine Zuccala** | represented by | **Jolaine Zuccala**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Barbara Zion Green**<br>*Sibling of 9/11 Decedent Charles Zion* | represented by | **Barbara Zion Green**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Mary Zaremba**<br>*sibling of 9/11 decedent David Brady* | represented by | **Mary Zaremba**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Lori Zaccoli Davies**<br>*sibling of 9/11 decedent Joseph Zaccoli* | represented by | **Lori Zaccoli Davies**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Bette Zaccoli Cozy**<br>*parent of 9/11 decedent Joseph Zaccoli* | represented by | **Bette Zaccoli Cozy**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Santo Zaccoli**<br>*parent of 9/11 decedent Joseph Zaccoli* | represented by | **Santo Zaccoli**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **James Zaccoli**<br>*Child of 9/11 decedent Joseph Zaccoli* | represented by | **James Zaccoli**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Bret Zaccoli**<br>*sibling of 9/11 decedent Joseph Zaccoli* | represented by | **Bret Zaccoli**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Anthony Zaccoli**<br>*sibling of 9/11 decedent Joseph Zaccoli* | represented by | **Anthony Zaccoli**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Gilma Yuen**<br>*parent of 9/11 decedent Elkin Yuen* | represented by | **Gilma Yuen**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Kjell Youngren**<br>*stepchild of 9/11 decedent Robert Leblanc* | represented by | **Kjell Youngren**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Michele Yaniz**<br>*sibling of 9/11 decedent Vincent Princiotta* | represented by | **Michele Yaniz**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Dawn Yamashiro**<br>*sibling of 9/11 decedent Brian Warner* | represented by | **Dawn Yamashiro**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Chaniqua Wynter**<br>*sibling of 9/11 decedent Anthony Hawkins* | represented by | **Chaniqua Wynter**<br>PRO SE |

**Plaintiff**

**Lisa Wylie** represented by **Lisa Wylie**
*child of 9/11 decedent Dennis Cross*
PRO SE

**Plaintiff**

**Daniel Wright** represented by **Daniel Wright**
*child of 9/11 decedent Neil Wright*
PRO SE

**Plaintiff**

**Jack Wright** represented by **Jack Wright**
*child of 9/11 decedent Neil Wright*
PRO SE

**Plaintiff**

**Lynn Wright** represented by **Lynn Wright**
*sibling of 9/11 decedent Brian Sweeney*
PRO SE

**Plaintiff**

**Florence Wodenshek Garrett** represented by **Florence Wodenshek Garrett**
*sibling of 9/11 decedent Brian Sweeney*
PRO SE

**Plaintiff**

**Patricia Wodenshek** represented by **Patricia Wodenshek**
*sibling of 9/11 decedent Christopher Wodenshek*
PRO SE

**Plaintiff**

**Raymond Wodenshek** represented by **Raymond Wodenshek**
*sibling of 9/11 decedent Christopher Wodenshek*
PRO SE

**Plaintiff**

**Amy Wiswall Edgington** represented by **Amy Wiswall Edgington**
*sibling of 9/11 decedent Christopher Wodenshek*
PRO SE

**Plaintiff**

**Keith Wiswall** represented by **Keith Wiswall**
*child of 9/11 decedent David Wiswall*
PRO SE

**Plaintiff**

**Robert Wiswall** represented by **Robert Wiswall**
*sibling of 9/11 decedent David Wiswall*
PRO SE

**Plaintiff**

**Kathleen Williams** represented by **Kathleen Williams**
*parent of 9/11 decedent Brian Williams*
PRO SE

**Plaintiff**

**Craig Williams** represented by **Craig Williams**
*child of 9/11 decedent Louis Williams, III*
#4F
2187 Holland Avenue
Bronx, NY 10462
PRO SE

**Plaintiff**

**Caryn Wiley** represented by **Caryn Wiley**
*child of 9/11 decedent Roger Rasweiler*
PRO SE

| | | |
|---|---|---|
| **Plaintiff** | | |
| **J Whittaker**<br>*stepparent of 9/11 decedent Karen Hagerty* | represented by | **J Whittaker**<br>PRO SE |
| **Plaintiff** | | |
| **Janine Wentworth** | represented by | **Janine Wentworth**<br>PRO SE |
| **Plaintiff** | | |
| **Julia Welty**<br>*child of 9/11 decedent Timothy M. Welty* | represented by | **Julia Welty**<br>PRO SE |
| **Plaintiff** | | |
| **Darren Welty**<br>*sibling of 9/11 decedent Timothy Welty* | represented by | **Darren Welty**<br>PRO SE |
| **Plaintiff** | | |
| **Anatoly Weiser**<br>*child of 9/11 decedent Simon Weiser* | represented by | **Anatoly Weiser**<br>PRO SE |
| **Plaintiff** | | |
| **Kecia Aiken−Dorismond**<br>*sibling of 9/11 decedent Terrance Aiken* | represented by | **Kecia Aiken−Dorismond**<br>PRO SE |
| **Plaintiff** | | |
| **Darcie Bailey−Scauso**<br>*stepchild of 9/11 decedent Dennis Scauso* | represented by | **Darcie Bailey−Scauso**<br>PRO SE |
| **Plaintiff** | | |
| **Frank Barbella**<br>*parent of 9/11 decedent James Barbella* | represented by | **Frank Barbella**<br>PRO SE |
| **Plaintiff** | | |
| **Thomas Barbella**<br>*sibling of 9/11 decedent James Barbella* | represented by | **Thomas Barbella**<br>PRO SE |
| **Plaintiff** | | |
| **Diane Barnes** | represented by | **Diane Barnes**<br>PRO SE |
| **Plaintiff** | | |
| **Geisel Barrera Pocasangre**<br>*child of 9/11 decedent Ana Debarrera* | represented by | **Geisel Barrera Pocasangre**<br>PRO SE |
| **Plaintiff** | | |
| **Karen Barrera Pocasangre**<br>*child of 9/11 decedent Ana Debarrera* | represented by | **Karen Barrera Pocasangre**<br>PRO SE |
| **Plaintiff** | | |
| **Linda Barrera Pocasangre** | represented by | **Linda Barrera Pocasangre**<br>PRO SE |
| **Plaintiff** | | |

| | | |
|---|---|---|
| **Mauricio Barrera Pocasangre**<br>*child of 9/11 decedent Ana Debarrera* | represented by | **Mauricio Barrera Pocasangre**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Melina Bartels**<br>*Child of 9/11 decedent Carlton Bartels* | represented by | **Melina Bartels**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Alan Biegeleisen**<br>*sibling of 9/11 decedent Shimmy Biegeleisen* | represented by | **Alan Biegeleisen**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jacob Biegeleisen**<br>*parent of 9/11 decedent Shimmy Biegeleisen* | represented by | **Jacob Biegeleisen**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Regina Biegeleisen**<br>*parent of 9/11 decedent Shimmy Biegeleisen* | represented by | **Regina Biegeleisen**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Brittany Bielfeld**<br>*child of 9/11 decedent Peter Bielfeld* | represented by | **Brittany Bielfeld**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Samuel Birnbaum**<br>*parent of 9/11 decedent Joshua Birnbaum* | represented by | **Samuel Birnbaum**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Katina Blanding Carroll**<br>*sibling of 9/11 decedent Darryl Mckinney* | represented by | **Katina Blanding Carroll**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Tara Blessing**<br>*sibling of 9/11 decedent Brian Williams* | represented by | **Tara Blessing**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **jeffrey boehm**<br>*Individually* | represented by | **jeffrey boehm**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **jeffrey boehm**<br>*Personal Representative of the Estate of Dorothy Boehm, deceased Parent of Bruce Boehm* | represented by | **jeffrey boehm**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **jeffrey boehm**<br>*Individually as Sibling* | represented by | **jeffrey boehm**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Eugenia Bogado**<br>*Individually* | represented by | **Eugenia Bogado**<br>PRO SE |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Eugenia Bogado**<br>*Individually as Parent* | represented by | **Eugenia Bogado**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Emily Bogdan**<br>*child of 9/11 decedent Nicholas Bogdan* | represented by | **Emily Bogdan**<br>PRO SE |
| **Plaintiff** | | |
| **Maureen Bosco**<br>*Parent of 9/11 Decedent Richard Edward Bosco* | represented by | **Maureen Bosco**<br>PRO SE |
| **Plaintiff** | | |
| **Emem Udo Adanga**<br>*Child of 9/11 Decedent Ignatius Udo Adanga* | represented by | **John Michael Eubanks**<br>Motley Rice LLC<br>South Carolina<br>28 Bridgeside Boulevard<br>Mount Pleasant, SC 29464<br>843−216−9000<br>Fax: 843−216−9450<br>Email: jeubanks@motleyrice.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Esang Udo Adanga**<br>*Child of 9/11 Decedent Ignatius Udo Adanga* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Nene Udo Adanga**<br>*Child of 9/11 Decedent Ignatius Udo Adanga* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Steven Scarpitta**<br>*as Personal Representative for the Estate of Julie Scarpitta, Parent of 9/11 Decedent Michelle Scarpitta* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Steven Scarpitta**<br>*as Personal Representative for the Estate of Julie Scarpitta, Parent of 9/11 Decedent Michelle Scarpitta* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Steven Scarpitta**<br>*as Personal Representative for the Estate of Michelle Scarpitta* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| | represented by | |

**William Lewis Ashley**
*as Co−Administrator of the Estate of Janice Marie Ashley*

**John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Lewis Ashley**
*Parent of 9/11 Decedent Janice Marie Ashley*

represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joy Bennett**
*as Co−Administrator of the Estate of Oliver Duncan Bennett*

represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joy Bennett**
*as Co−Administrator of the Estate of Oliver Duncan Bennett*

represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joy Bennett**
*Parent of 9/11 Decedent Oliver Duncan Bennett*

represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julia Ann Bondarenko**
*as Personal Representative of the Estate of Alan Bondarenko*

represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julia Ann Bondarenko**
*as Personal Representative of the Estate of Alan Bondarenko*

represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julia Ann Bondarenko**
*Spouse of 9/11 Decedent Alan Bondarenko*

represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adrian John Moberly Bennett**
*Parent of 9/11 Decedent Oliver Duncan Bennett*

represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael William Ashley**
*Sibling of 9/11 Decedent Janice Marie Ashley*

represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lori S. Barzvi**
*Sibling of 9/11 Decedent Guy Barzvi*

represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mark Andrew Bernard**
*Child of 9/11 Decedent David W. Bernard*

represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jill Ellen Bernard Ludmar**
*Child of 9/11 Decedent David W. Bernard*

represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carol Ann Ashley**
*Parent of 9/11 Decedent Janice Marie Ashley*

represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carol Ann Ashley**
*as Co−Administrator of the Estate of Janice Marie Ashley*

represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nancy M. Bernard**
*Spouse of 9/11 Decedent David W. Bernard*

represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nancy M. Bernard**
*Spouse of 9/11 Decedent David W. Bernard*

represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nancy M. Bernard**
*as Personal Representative of the Estate of David W. Bernard*

represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Neda Bolourchi**
*Child of 9/11 Decedent Touri Hamzavi Bolourchi*

represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Justin Michael Bennett**
*Sibling of 9/11 Decedent Oliver Duncan Bennett*

represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **James Cudmore**<br>*as Personal Representative of the Estate of Neil James Cudmore* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **James Cudmore**<br>*Parent of 9/11 Decedent Neil James Cudmore* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Elodie Coleman**<br>*as Personal Representative of the Estate of Keith Eugene Coleman* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Elodie Coleman**<br>*Spouse of 9/11 Decedent Keith Eugene Coleman* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Winifred Bristow**<br>*Parent of 9/11 Decedent Paul Gary Bristow* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Winifred Bristow**<br>*Parent of 9/11 Decedent Paul Gary Bristow* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Asuncion Malabuyoc de Chavez**<br>*Parent of 9/11 Decedent Jayceryll Malabuyoc de Chavez* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Asuncion Malabuyoc de Chavez**<br>*as Co−Administrator of the Estate of Jayceryll Malabuyoc de Chavez* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Maria Lourdes C. Rodriguez**<br>*Sibling of 9/11 Decedent Cecile Marella Caguicla* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Tylia Furgal**<br>*individually as Sibling of Swede Joseph Chevalier, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Denise Casazza** represented by **John Michael Eubanks**
*as Personal Representative of the Estate of John Francis Casazza*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Denise Casazza** represented by **John Michael Eubanks**
*Spouse of 9/11 Decedent John Francis Casazza*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Cudmore** represented by **John Michael Eubanks**
*as Personal Representative of the Estate of Neil James Cudmore*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Cudmore** represented by **John Michael Eubanks**
*as Personal Representative of the Estate of Neil James Cudmore*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Cudmore** represented by **John Michael Eubanks**
*Parent of 9/11 Decedent Neil James Cudmore*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Cudmore** represented by **John Michael Eubanks**
*Parent of 9/11 Decedent Neil James Cudmore*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Cudmore** represented by **John Michael Eubanks**
*Sibling of 9/11 Decedent Neil James Cudmore*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Asuncion Chona Caguicla Soriano** represented by **John Michael Eubanks**
*Sibling of 9/11 Decedent Cecile Marella Caguicla*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Derek Edward Bristow** represented by **John Michael Eubanks**
*as Personal Representative of the Estate of Paul Gary Bristow*
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bibiano M. de Chavez**
*as Co−Administrator of the Estate of Jayceryll Malabuyoc de Chavez*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bibiano M. de Chavez**
*Parent of 9/11 Decedent Jayceryll Malabuyoc de Chavez*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John J. Creamer**
*Spouse of 9/11 Decedent Tara Kathleen Creamer*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John J. Creamer**
*Spouse of 9/11 Decedent Tara Kathleen Creamer*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alicia Ruth Bush**
*Sibling of 9/11 Decedent Jeffrey M. Chairnoff*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elaine Chevalier**
*as Personal Representative of the Estate of Swede Joseph Chevalier*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elaine Chevalier**
*individually as Parent of Swede Joseph Chevalier, Deceased*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Abigail J. Carter**
*Spouse of 9/11 Decedent Caleb Arron Dack*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Abigail J. Carter**
*as Personal Representative of the Estate of Caleb Arron Dack*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bernardine Gerie C. Rana**
*Sibling of 9/11 Decedent Cecile*
represented by **John Michael Eubanks**
(See above for address)

*Marella Caguicla* | *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Geraldine M. Sweeney**
*Sibling of 9/11 Decedent Paul Dario Curioli*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deborah Calandrillo**
*as Personal Representative of the Estate of Joseph M. Calandrillo*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deborah Calandrillo**
*Spouse of 9/11 Decedent Joseph M. Calandrillo*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wendy E. Cosgrove**
*as Personal Representative of the Estate of Kevin Cosgrove*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wendy E. Cosgrove**
*Spouse of 9/11 Decedent Kevin Cosgrove*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Antonio Marella Caguicla**
*Sibling of 9/11 Decedent Cecile Marella Caguicla*
represented by **Antonio Marella Caguicla**
PRO SE

**Plaintiff**

**Vigdis Vaka Burke**
*Spouse of 9/11 Decedent J. Howard Boulton, Jr.*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vigdis Vaka Burke**
*on behalf of minor child F.T.B., Child of 9/11 Decedent J. Howard Boulton, Jr.*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vigdis Vaka Burke**
*on behalf of minor child F.T.B., Child of 9/11 Decedent J. Howard Boulton, Jr.*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vigdis Vaka Burke**
*as Personal Representative of the*
represented by **John Michael Eubanks**
(See above for address)

*Estate of J. Howard Boulton, Jr.* — *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mercedes C. Chavez**
*Sibling of 9/11 Decedent Cecile Marella Caguicla*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Denise DeAngelis**
*Spouse of 9/11 Decedent Robert J. DeAngelis, Jr.*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Natividad Marella Cruz**
*as Personal Representative of the Estate of Cecile Marella Caguicla*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brittany Chevalier**
*Sibling of 9/11 Decedent Swede Joseph Chevalier*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Keith Cudmore**
*Sibling of 9/11 Decedent Neil James Cudmore*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Helaine K. Chairnoff**
*Spouse of 9/11 Decedent Jeffrey M. Chairnoff*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Helaine K. Chairnoff**
*as Personal Representative of the Estate of Jeffrey M. Chairnoff*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathi S. Curioli**
*Spouse of 9/11 Decedent Paul Dario Curioli*
*TERMINATED: 08/20/2024*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathi S. Curioli**
*Spouse of 9/11 Decedent Paul Dario Curioli*
*TERMINATED: 08/20/2024*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

| | | |
|---|---|---|
| **Kathi S. Curioli**<br>*as Personal Representative of the Estate of Paul Dario Curioli*<br>*TERMINATED: 08/20/2024* | | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lori Ann Crotty**<br>*as Personal Representative of the Estate of Kevin Raymond Crotty* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lori Ann Crotty**<br>*Spouse of 9/11 Decedent Kevin Raymond Crotty* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Deborah Calandrillo**<br>*as Personal Representative of the Estate of Joseph M. Calandrillo* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Deborah Calandrillo**<br>*Spouse of 9/11 Decedent Joseph M. Calandrillo* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Sheila Morgan**<br>*Parent of 9/11 Decedent Neil James Cudmore* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kathi S. Curioli**<br>*Spouse of 9/11 Decedent Paul Dario Curioli*<br>*TERMINATED: 08/20/2024* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kathi S. Curioli**<br>*as Personal Representative of the Estate of Paul Dario Curioli*<br>*TERMINATED: 08/20/2024* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Elaine Chevalier**<br>*as Personal Representative of the Estate of Swede Joseph Chevalier* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Elaine Chevalier**<br>*as Personal Representative of the Estate of Swede Joseph Chevalier* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Elaine Chevalier**<br>*Parent of 9/11 Decedent Swede Joseph Chevalier* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Michael R. Carrington**<br>*Parent of 9/11 Decedent Jeremy Mark Carrington* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Deborah Sherman**<br>*Sibling of 9/11 Decedent Jeffrey M. Chairnoff* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Abigail J. Carter**<br>*Spouse of 9/11 Decedent Caleb Arron Dack* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Abigail J. Carter**<br>*as Personal Representative of the Estate of Caleb Arron Dack* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lucille Hoey**<br>*Parent of 9/11 Decedent Patrick Aloysius Hoey* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lucille Hoey**<br>*Parent of 9/11 Decedent Patrick Aloysius Hoey* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Richard Gary**<br>*Child of 9/11 Decedent Bruce Henry Gary* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **John V. Hoey, III**<br>*Sibling of 9/11 Decedent Patrick Aloysius Hoey* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Gail M. Silke**<br>*as Personal Representative of the Estate of Patrick Joseph Driscoll, Parent of 9/11 Decedent Stephen Patrick Driscoll*<br>*TERMINATED: 09/20/2024* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Gail M. Silke**<br>*as Personal Representative of the Estate of Letitia Driscoll, Parent of 9/11 Decedent Stephen Patrick Driscoll*<br>*TERMINATED: 09/20/2024* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Peter Gadiel**<br>*as Personal Representative of the Estate of James Andrew Gadiel* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Peter Gadiel**<br>*Parent of 9/11 Decedent James Andrew Gadiel* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Frank James Fetchet**<br>*Parent of 9/11 Decedent Bradley James Fetchet* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kathleen Higgins**<br>*Sibling of 9/11 Decedent Patrick Aloysius Hoey* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Cornelius Driscoll**<br>*Sibling of 9/11 Decedent Stephen Patrick Driscoll* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Sheila Mary Driscoll**<br>*Sibling of 9/11 Decedent Stephen Patrick Driscoll* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kathryne L. Hayde**<br>*Sibling of 9/11 Decedent Stephen G. Hoffman* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

represented by

| | | |
|---|---|---|
| **Suzanne Marie Pitzal**<br>*Sibling of 9/11 Decedent James Michael Gray* | | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **James A. Hoffman**<br>*Sibling of 9/11 Decedent Stephen G. Hoffman* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Brian P. Hoey**<br>*Child of 9/11 Decedent Patrick Aloysius Hoey* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Melanie Wolcott Salisbury**<br>*as Personal Representative of the Estate of Edward R. Hennessy, Jr.* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Melanie Wolcott Salisbury**<br>*Spouse of 9/11 Decedent Edward R. Hennessy, Jr.* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Raymond Duger**<br>*Spouse of 9/11 Decedent Antoinette Duger* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Raymond Duger**<br>*Spouse of 9/11 Decedent Antoinette Duger* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Raymond Duger**<br>*as Personal Representative of the Estate of Antoinette Duger* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Gail Marie Silke**<br>*Sibling of 9/11 Decedent Stephen Patrick Driscoll*<br>*TERMINATED: 08/20/2024* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Eileen Byrne**<br>*Sibling of 9/11 Decedent Patrick Aloysius Hoey* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Corazon Fernandez**<br>*as Personal Representative of the Estate of Judy Hazel Fernandez* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Corazon Fernandez**<br>*Parent of 9/11 Decedent Judy Hazel Fernandez* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Richard Giordano**<br>*as Personal Representative of the Estate of Mario Joseph Giordano, Jr., Deceased Parent of Jeffrey Giordano, Deceased* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Elizabeth Emery**<br>*Spouse of 9/11 Decedent Edgar H. Emery, Jr.* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Elizabeth Emery**<br>*Spouse of 9/11 Decedent Edgar H. Emery, Jr.* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Elizabeth Emery**<br>*as Personal Representative of the Estate of Edgar H. Emery, Jr.* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Margaret A. Richardson**<br>*Sibling of 9/11 Decedent DOE 30* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Joe Hoffman**<br>*Sibling of 9/11 Decedent Stephen G. Hoffman* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jean Patricia Driscoll**<br>*Sibling of 9/11 Decedent Stephen Patrick Driscoll* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Robin Marie Wade**<br>*Sibling of 9/11 Decedent Stephen Patrick Driscoll* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Timothy Joseph Hoey**
*Child of 9/11 Decedent Patrick Aloysius Hoey*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Timothy Joseph Hoey**
*Sibling of 9/11 Decedent Patrick Aloysius Hoey*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sharon M. Reagan**
*Child of 9/11 Decedent Patrick Aloysius Hoey*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theresa A. Komlo**
*Sibling of 9/11 Decedent Patrick Aloysius Hoey*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gregory A. Hoffman**
*Sibling of 9/11 Decedent Stephen G. Hoffman*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Louise N. Heerey**
*Sibling of 9/11 Decedent Stephen G. Hoffman*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Helen Hoffman**
*Sibling of 9/11 Decedent Stephen G. Hoffman*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan Huntington Fisher**
*as Personal Representative of the Estate of Bennett Lawson Fisher*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Francis M. Hoffman**
*Sibling of 9/11 Decedent Stephen G. Hoffman*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laura A. Maler**
*on behalf of minor child J.W.M., Child*
represented by **John Michael Eubanks**
(See above for address)

| | | |
|---|---|---|
| *of 9/11 Decedent Alfred Russell Maler* | | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Glyn John**<br>*Parent of 9/11 Decedent Nicholas John* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Andrew John**<br>*Sibling of 9/11 Decedent Nicholas John* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Susan Lauria**<br>*Sibling of 9/11 Decedent Martin Lizzul* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kellie Lee**<br>*as Personal Representative of the Estate of Daniel John Lee* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kellie Lee**<br>*Spouse of 9/11 Decedent Daniel John Lee* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Tamara Susan Kanter**<br>*Spouse of 9/11 Decedent Sheldon Robert Kanter* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jane B. Maltby**<br>*on behalf of minor child S.K.M., Child of 9/11 Decedent Christian H. Maltby* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jane B. Maltby**<br>*on behalf of minor child S.K.M., Child of 9/11 Decedent Christian H. Maltby* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jane B. Maltby**<br>*as Personal Representative of the Estate of Christian H. Maltby* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| | represented by | |

| | | |
|---|---|---|
| **Jane B. Maltby**<br>*Spouse of 9/11 Decedent Christian H. Maltby* | | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Angela Lee**<br>*Spouse of 9/11 Decedent David S. Lee* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Angela Lee**<br>*on behalf of minor child R.L., Child of 9/11 Decedent David S. Lee* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Angela Lee**<br>*on behalf of minor child R.L., Child of 9/11 Decedent David S. Lee* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Angela Lee**<br>*as Personal Representative of the Estate of David S. Lee* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Julian Ann Lizzul**<br>*Parent of 9/11 Decedent Martin Lizzul* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Timothy John**<br>*Sibling of 9/11 Decedent Nicholas John* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Robert Anthony Lanza, Jr.**<br>*as Personal Representative of the Estate of Michele Lanza* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Robert Anthony Lanza, Jr.**<br>*Spouse of 9/11 Decedent Michele Lanza* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Robert Anthony Lanza, Jr.**<br>*Spouse of 9/11 Decedent Michele Lanza* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Diane J. Horning**<br>*Parent of 9/11 Decedent Matthew D. Horning* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Adam Brent Kanter**<br>*Child of 9/11 Decedent Sheldon Robert Kanter* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Debra Foxx**<br>*Sibling of 9/11 Decedent Alan D. Kleinberg* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kurt Douglas Horning**<br>*as Personal Representative of the Estate of Matthew D. Horning* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Aida Martinez**<br>*Spouse of 9/11 Decedent Jose Angel Martinez, Jr.* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Aida Martinez**<br>*as Personal Representative of the Estate of Jose Angel Martinez, Jr.* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Robert Anthony Lanza, Jr.**<br>*as Personal Representative of the Estate of Michele Lanza* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Robert Anthony Lanza, Jr.**<br>*as Personal Representative of the Estate of Michele Lanza* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Robert Anthony Lanza, Jr.**<br>*on behalf of minor child N.J.L., Child of 9/11 Decedent Michele Lanza* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Mark Lichtschein**<br>*as Personal Representative of the Estate of Edward Lichtschein* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Mark Lichtschein**<br>*Sibling of 9/11 Decedent Edward Lichtschein* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Jonathan Dodge**<br>*Spouse of 9/11 Decedent Vita Marino* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Jonathan Dodge**<br>*as Personal Representative of the Estate of Vita Marino* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Evan Morgan Kanter**<br>*Child of 9/11 Decedent Sheldon Robert Kanter* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Jeanne Fattori Reinig−Smith**<br>*Spouse of 9/11 Decedent Thomas Barnes Reinig* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Jeanne Fattori Reinig−Smith**<br>*as Personal Representative of the Estate of Thomas Barnes Reinig* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Michael J. Puckett**<br>*Child of 9/11 Decedent John F. Puckett* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Leigh McHeffey Squillante**<br>*individually as Sibling of Keith David McHeffey, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>**Plaintiff**</u>

| | | |
|---|---|---|
| **Caren A. Montano**<br>*Spouse of 9/11 Decedent Craig D. Montano* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Caren A. Montano**<br>*as Personal Representative of the Estate of Craig D. Montano* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Dhirajlal Parmar**<br>*Sibling of 9/11 Decedent Hashmukhrai C. Parmar* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Neil Olsen**<br>*Sibling of 9/11 Decedent Jeffrey James Olsen* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lisa Corrine Goldberg−McWilliams**<br>*Domestic Partner of 9/11 Decedent Martin Edward McWilliams*<br>*TERMINATED: 08/30/2024* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lisa Corrine Goldberg−McWilliams**<br>*as Personal Representative of the Estate of Martin Edward McWilliams*<br>*TERMINATED: 08/30/2024* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lisa Corrine Goldberg−McWilliams**<br>*on behalf of minor child S.L.M., child of 9/11 Decedent Martin Edward McWilliams*<br>*TERMINATED: 08/30/2024* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jacqueline A. Pykon**<br>*as Personal Representative of the Estate of Edward R. Pykon* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jacqueline A. Pykon**<br>*as Personal Representative of the Estate of Edward R. Pykon* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jacqueline A. Pykon**<br>*Spouse of 9/11 Decedent Edward R. Pykon* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Agnes L. Palmer**<br>*Parent of 9/11 Decedent Orio Joseph* | represented by | **John Michael Eubanks**<br>(See above for address) |

| | | |
|---|---|---|
| *Palmer* | | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Stephen Palmer**<br>*Sibling of 9/11 Decedent Orio Joseph Palmer* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Susan Elizabeth Prothero**<br>*Parent of 9/11 Decedent Sarah Anne Redheffer* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Catherine M. Morgan**<br>*Sibling of 9/11 Decedent Richard J. Morgan* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Linda Zupo**<br>*Sibling of 9/11 Decedent Claude Daniel Richards* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Mary M. Belding**<br>*as Personal Representative of the Estate of Peter C. Moutos* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Mary M. Belding**<br>*Spouse of 9/11 Decedent Peter C. Moutos* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Cara A. Morrison**<br>*Sibling of 9/11 Decedent Christopher Martel Morrison* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Sherry McHeffey**<br>*Parent of 9/11 Decedent Keith McHeffey* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Annelise Peterson**<br>*Sibling of 9/11 Decedent Davin N. Peterson* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

represented by

**David John Prothero**
*Parent of 9/11 Decedent Sarah Anne Redheffer*

**John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marianne C. Merritt**
*as Personal Representative of the Estate of Joseph Edward Morrison, Parent of 9/11 Decedent Christopher Martel Morrison*

represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marta E. Peterson**
*Parent of 9/11 Decedent Davin N. Peterson*

represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deborah J. Popadiuk**
*Sibling of 9/11 Decedent Claude Daniel Richards*

represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Frances Palmer−Murphy**
*as Personal Representative of the Estate of Agnes Louise Palmer, Deceased Parent of Orio Joseph Palmer, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Frances Palmer−Murphy**
*, as Personal Representative of the Estate of Orio A. Palmer, Deceased Parent of Orio Joseph Palmer, Deceased*

represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Helen Rochler**
*Sibling of 9/11 Decedent Claude Daniel Richards*

represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amanda Kennedy**
*Sibling of 9/11 Decedent Keith McHeffey*

represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Julia S.W. Rathkey**
*Spouse of 9/11 Decedent David A.J. Rathkey*

represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **<u>Plaintiff</u>** | | |
| **Julia S.W. Rathkey**<br>*as Personal Representative of the Estate of David A.J. Rathkey* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Carroll Thomas Richards**<br>*Sibling of 9/11 Decedent Claude Daniel Richards* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Vincent A. Palmer**<br>*Sibling of 9/11 Decedent Orio Joseph Palmer* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Pamela Mozzillo−Yarosz**<br>*Sibling of 9/11 Decedent Christopher Mozzillo* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Agnes Marie McCaffrey**<br>*Sibling of 9/11 Decedent Orio Joseph Palmer* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Jim D. Richards**<br>*Sibling of 9/11 Decedent Claude Daniel Richards* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Jim D. Richards**<br>*as Personal Representative of the Estate of Claude Daniel Richards* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **David Alan Pykon**<br>*Sibling of 9/11 Decedent Edward R. Pykon* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Maureen Morrison**<br>*Parent of 9/11 Decedent Christopher Martel Morrison* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Jane C. Wilson**<br>*Sibling of 9/11 Decedent Jeffrey James Olsen* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Yuriy Semenovich Rapoport**<br>*Spouse of 9/11 Decedent Faina Aronovna Rapoport* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Sherry McHeffey**<br>*Parent of 9/11 Decedent Keith McHeffey* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Sherry McHeffey**<br>*as Personal Representative of the Estate of Keith McHeffey* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Michael J. Puckett**<br>*Child of 9/11 Decedent John F. Puckett* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Michael J. Puckett**<br>*as Personal Representative of the Estate of John F. Puckett* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Karl Trumbull Smith, Jr.**<br>*Child of 9/11 Decedent Karl T. Smith, Sr.* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Karen L. Ciaccio**<br>*as Personal Representative of the Estate of Jennie Vicenza Walz, Deceased Parent of Jeffrey P. Walz, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **James M. Roger**<br>*as Personal Representative of the Estate of Jean Destrehan Roger, Deceased* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Brian Weaver**<br>*Sibling of 9/11 Decedent Walter Weaver* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Keith Rogers** represented by **John Michael Eubanks**
*Parent of 9/11 Decedent Karlie Barbara Rogers*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michele S. Mosca** represented by **John Michael Eubanks**
*Sibling of 9/11 Decedent John Anthony Sherry*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Denise M. Scott** represented by **John Michael Eubanks**
*Spouse of 9/11 Decedent Randolph Scott*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Denise M. Scott** represented by **John Michael Eubanks**
*as Personal Representative of the Estate of Randolph Scott*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Denise M. Scott** represented by **John Michael Eubanks**
*on behalf of minor child A.N.S., Child of 9/11 Decedent Randolph Scott*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tara Rae Allison** represented by **John Michael Eubanks**
*Child of 9/11 Decedent Robert S. Speisman*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ester Sanillan** represented by **John Michael Eubanks**
*Parent of 9/11 Decedent Maria Theresa Santillan*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angela Elizabeth Rogers** represented by **John Michael Eubanks**
*Parent of 9/11 Decedent Karlie Barbara Rogers*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angela Elizabeth Rogers** represented by **John Michael Eubanks**
*Parent of 9/11 Decedent Karlie Barbara Rogers*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angela Elizabeth Rogers** represented by **John Michael Eubanks**
*as Co−Administrator of the Estate of*
(See above for address)

*Karlie Barbara Rogers* — *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia M. Greene−Wotton**
*Spouse of 9/11 Decedent Rodney James Wotton*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ellen S. Bakalian**
*Spouse of 9/11 Decedent Jeffrey R. Smith*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ellen S. Bakalian**
*as Personal Representative of the Estate of Jeffrey R. Smith*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Ann Sherry**
*Parent of 9/11 Decedent John Anthony Sherry*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen Ellen Renzo**
*Sibling of 9/11 Decedent Kenneth Warren Van Auken*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joanne E. Smith**
*as Personal Representative of the Estate of Karl T. Smith*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joanne E. Smith**
*Spouse of 9/11 Decedent Karl T. Smith*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Expedito C. Santillan**
*Parent of 9/11 Decedent Maria Theresa Santillan*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Expedito C. Santillan**
*as Personal Representative of the Estate of Maria Theresa Santillan*
represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**Angela Elizabeth Rogers**
*Parent of 9/11 Decedent Karlie Barbara Rogers*

**John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angela Elizabeth Rogers**
*as Co−Administrator of the Estate of Karlie Barbara Rogers*

represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hayley Rose Speisman**
*Child of 9/11 Decedent Robert S. Speisman*

represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hayley Rose Speisman**
*Child of 9/11 Decedent Robert S. Speisman*

represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Schertzer**
*as Personal Representative of the Estate of Scott Mitchell Schertzer*

represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Schertzer**
*Parent of 9/11 Decedent Scott Mitchell Schertzer*

represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deanna J. Whoriskey**
*Child of 9/11 Decedent George W. Simmons, Sr.*

represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ellen Schertzer**
*Parent of 9/11 Decedent Scott Mitchell Schertzer*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eileen S. Roger**
*Parent of 9/11 Decedent Jean Destrehan Roger*

represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Debra Sherry**<br>*Sibling of 9/11 Decedent John Anthony Sherry* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Brian P. Vitale**<br>*Sibling of 9/11 Decedent Joshua S. Vitale* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Philip Trumbull Smith, III**<br>*Sibling of 9/11 Decedent Karl T. Smith, Sr.* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Lori Schertzer**<br>*Sibling of 9/11 Decedent Scott Mitchell Schertzer* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Denise Marie Holmes**<br>*individually as Sibling of John Anthony Sherry, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Brittany Belle Kugler**<br>*Child of 9/11 Decedent Robert S. Speisman* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **William G. Dietrich**<br>*Domestic Partner of 9/11 Decedent Karen Lynn Seymour* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **William G. Dietrich**<br>*on behalf of minor child S.E.D., Child of 9/11 Decedent Karen Lynn Seymour* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **William G. Dietrich**<br>*as Personal Representative of the Estate of Karen Lynn Seymour* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Rena T. Speisman**<br>*Spouse of 9/11 Decedent Robert S. Speisman* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Rena T. Speisman**<br>*as Personal Representative of the Estate of Robert S. Speisman* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Mario F. Spina**<br>*as Personal Representative of the Estate of Irene Spina, Deceased Parent of Lisa L. Spina−Trerotola, Deceased* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Thomas Harvey Roger**<br>*Parent of 9/11 Decedent Jean Destrehan Roger* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Charles Smith**<br>*Sibling of 9/11 Decedent Rosemary Ann Smith* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Janice Lynne Booth**<br>*Sibling of 9/11 Decedent Kenneth Warren Van Auken* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Carolee Azzarello**<br>*as Personal Representative of the Estate of Sandra Grazioso, Deceased, surviving Parent of Timothy Grazioso* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Carolee Azzarello**<br>*as Personal Representative of the Estate of Sandra Grazioso, Deceased, surviving Parent of Timothy Grazioso* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Carolee Azzarello**<br>*surviving Sibling of Timothy Grazioso* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Carolee Azzarello**<br>*surviving Sibling of John Grazioso* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Carolee Azzarello**<br>*as Personal Representative of the Estate of Sandra Grazioso, Deceased, surviving Parent of John Grazioso* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Lea Bitterman**<br>*surviving Step−Child of Donald Havlish (Functional Equivalent of a Child)* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Sean Bitterman**<br>*surviving Step−Child of Donald Havlish (Functional Equivalent of a Child)* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Susan Bohan**<br>*surviving Step−Sibling (Functional Equivalent of a Sibling) of Jeffrey Collman* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Stephen Bradish**<br>*surviving Sibling of Sandra Wright Cartledge* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Keith Bradkowski**<br>*as Personal Representative of the Estate of Beverly Sutton, Deceased, a surviving Parent of Jeffrey Collman* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Keith Bradkowski**<br>*surviving Domestic Partner (Functional Equivalent of a Spouse) of Jeffrey Collman* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Caroline Breitweiser**<br>*surviving Child of Ronald Breitweiser* | represented by | **Dennis G. Pantazis , Sr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

represented by

**Caroline Breitweiser**
*surviving Child of Ronald Breitweiser*

**Dennis G. Pantazis , Sr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leslie Coale Brown**
*surviving Sibling of Jeffrey Coale*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Myra Byrd**
*as Personal Representative of the Estate of Earl Ray, Deceased, surviving Sibling of Denease Conley*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Caloia**
*as Personal Representative of the Estate of Emily Lavelle, Deceased, surviving Parent of Denis Lavelle*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia Caloia**
*surviving Sibling of Denis Lavelle*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Carpeneto**
*surviving Sibling of Joyce Ann Carpeneto*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Casazza**
*surviving Sibling of John F. Casazza*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mellanie Chafe**
*surviving Sibling of Jeanmarie Wallendorf*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Chirchirillo**
*surviving Child of Peter Chirchirillo*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Nicholas Chrichirillo**<br>*surviving Child of Peter Chirchirillo* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Joanann Coale**<br>*surviving Parent of Jeffrey Coale* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Timothy B. Fleming**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Daniel D. Coffey, M.D.**<br>*as Personal Representative of the Estate of Jeannette Coffey, Deceased, surviving Parent of Daniel M. Coffey* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Daniel D. Coffey, M.D.**<br>*as Personal Representative of the Estate of Jeannette Coffey, Deceased, surviving Parent of Daniel M. Coffey* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Daniel D. Coffey, M.D.**<br>*as Personal Representative of the Estate of Daniel F. Coffey, Jr. Deceased, a surviving Parent of Daniel M. Coffey* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kathryn Collman**<br>*surviving Step−Mother of Jeffrey Collman* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Gabrielle Hunter Davis**<br>*surviving Child of Wayne T. Davis* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Malachai Roarke Davis**<br>*surviving Child of Wayne T. Davis* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Tanya Davis**<br>*as Personal Representative of the Estate of Wayne T. Davis, Deceased* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tanya Davis**
*surviving Spouse of Wayne T. Davis*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Noverta Davis−Dean**
*surviving Parent of Wayne T. Davis*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dian Dembinski**
*surviving Sister of Sandra Wright Cartledge*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dian Dembinski**
*as Personal Representative of the Estate of Sandra Wright Cartledge, Deceased*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diane Diaz**
*as Personal Representative of the Estate of Isaac Romero, Deceased, surviving Parent of Elvin Romero*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jason Diehl**
*surviving Child of Michael Diehl*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jeannette Diehl**
*surviving Child of Michael Diehl*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lynne Dunn**
*as Personal Representative of the Estate of Jack Bradish a/k/a John Bradish, Deceased, surviving Sibling of Sandra Wright Cartledge*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Dziadek**
*surviving Sibling of Denis Lavelle*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**Cirilo Fernandez**
*surviving Parent of Judy Fernandez*

**John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Renee L. Gamboa**
*as Personal Representative of the Estate of Ranulf Gamboa, Deceased, surviving Parent of Ronald Gamboa*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Renee L. Gamboa**
*surviving Parent of Ronald Gamboa*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Charles Edward Gengler**
*surviving Step−Sibling (Functional Equivalent of a Sibling) of Jeffrey Collman*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephanie Giglio**
*surviving Child of Robert Levine*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Briana Grazioso**
*surviving Child of Timothy Grazioso*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deborah Grazioso**
*as Personal Representative of the Estate of Timothy Grazioso, Deceased*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Douglas Hailey**
Ramey & Hailey
PO BOX 40849
Indianapolis, IN 46278
317−582−0000
Email: rich@rameyandhaileylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy Fleming**
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deborah Grazioso**
*surviving Spouse of Timothy Grazioso*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hank Grazioso**
*surviving Parent of Timothy Grazioso*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Krysty Grazioso**
*surviving Sibling of Timothy Grazioso*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Krysty Grazioso**
*surviving Sibling of John Grazioso*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lauren Grazioso**
*surviving Child of Timothy Grazioso*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Grazioso**
*surviving Child of John Grazioso*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Neal Green**
*surviving Sibling of Brian Nunez*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Loretta Haines**
*surviving Sister of Sandra Wright Cartledge*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jane G. Haller**
*as Personal Representative of the Estate of Grace Parkinson−Godshalk,*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*

| | | |
|---|---|---|
| *Deceased, surviving Parent of William Godshalk* | | *ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jane G. Haller**<br>*surviving Sibling of William Godshalk* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Douglas Halvorson**<br>*surviving Child of James Halvorson* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kate Halvorson**<br>*as Personal Representative of the Estate of Evelyn Halvorson, Deceased, surviving Parent of James Halvorson* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kate Halvorson**<br>*surviving Sibling of James Halvorson* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Aleese M. Hartmann**<br>*surviving Fiance of William Godshalk* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Michaela Havlish**<br>*surviving Child of Donald Havlish* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Odetta Haywood**<br>*as Personal Representative of the Estate of Stanley Ray, Deceased, surviving Sibling of Denease Conley* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Derrick Hobin**<br>*surviving Child of James Jeffery Hobin* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Anthony M. Hoffman**<br>*as Personal Representative of the Estate of Claudia Stallworth, Deceased, surviving Parent of Marsha Ratchford* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| | represented by | |

| | | |
|---|---|---|
| **Candyce S. Hoglan**<br>*as Personal Representative of the Estate of Alice Hoglan, a/k/a Alice Hoagland, Deceasedviving Parent of Mark Kendall Bingham* | | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Candyce S. Hoglan**<br>*as Personal Representative of the Estate of Mark Kendall Bingham,* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Laurel Homer**<br>*surviving Child of LeRoy W. Homer, Jr.* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Melodie Homer**<br>*as Personal Representative of the Estate of Leroy W. Homer, Jr., Deceased* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Melodie Homer**<br>*surviving Spouse of LeRoy W. Homer, Jr.* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Christine Jackson**<br>*surviving Sibling of George Smith* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Ju−Hsiu Jian**<br>*a/k/a Connie Jian, surviving Spouse of Hweidar Jian* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Ju−Hsiu Jian**<br>*a/k/a Connie Jian as the Personal Representative of the Estate of Hweidar Jian, Deceased* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **William Jian**<br>*surviving Child of Hweidar Jian* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Brenda Jobe**<br>*surviving Step−Sibling of Michael Bane* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Audrey R. Jones** represented by **John A. Corr**
*surviving Parent of Donald W. Jones*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert A. Jones** represented by **John A. Corr**
*surviving Sibling of Donald W. Jones*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Joule** represented by **John A. Corr**
*surviving Sister of Ronald Gamboa*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joy a/k/a Rina Kaufman** represented by **John A. Corr**
*as Personal Representative of the Estate of Bessie Lebor, Deceased, surviving Parent of Leon Lebor*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joy a/k/a Rina Kaufman** represented by **John A. Corr**
*surviving Sibling of Leon Lebor*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anita Korsonsky** represented by **John A. Corr**
*surviving Sibling of Jeanette LaFond−Menechino*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dina LaFond** represented by **John A. Corr**
*surviving Parent of Jeanette LaFond−Menechino*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kui Liong Lee** represented by **John A. Corr**
*as Personal Representative of the Estate of Siew Nya Ang, Deceased*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kui Liong Lee** represented by **John A. Corr**
*surviving Spouse of Siew Nya Ang*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael A. LoGuidice** represented by **John A. Corr**
*surviving Parent of Catherine Lisa LoGuidice*
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael A. LoGuidice**
*as Personal Representative of the Estate of Carmello Joseph LoGuidice*
represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Lostrangio**
*surviving Parent of Joseph Lostrangio*
represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen Lunder**
*as Personal Representative of the Estate of Christopher E. Lunder, Deceased*
represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Karen Lunder**
*surviving Spouse of Christopher E. Lunder*
represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Lurman**
*as the Personal Representative of the Estate of Leon Lebor, Deceased*
represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Lurman**
*surviving Child of Leon Lebor*
represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DANIEL R. MAHER**
*surviving Child of Daniel L. Maher*
represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Major**
*surviving Step−Sibling of Michael Bane*
represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rachel G. Malubay**
*surviving Sister of Ronald Gamboa*
represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter A. McDermott**
*as Personal Representative of the*
represented by **John A. Corr**
(See above for address)

| | | |
|---|---|---|
| *Estate of Jeanne McDermott,* | | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Colleen Mcdonald**<br>*surviving Fiance of Jason Coffey* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Ramon Melendez, Jr.**<br>*surviving Child of Mary Melendez* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Vicki Lynn Michel**<br>*surviving Sibling of Jeffrey Collman* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Alfred Milano**<br>*surviving Sibling of Peter T. Milano* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Frank Milano**<br>*surviving Sibling of Peter T. Milano* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Thomas Milano**<br>*surviving Sibling of Peter T. Milano* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Philomena Mistrulli**<br>*surviving Spouse of Joseph D. Mistrulli* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Janice Perry Montoya**<br>*surviving Sibling of John Perry* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Leiana Moreno**<br>*surviving Sister of Yvette Moreno* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

represented by

**Candy Jones Moyer**
*surviving Sibling of Donald W. Jones*

**John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Candy Moyer**
*as Personal Representative of the Estate OF John R. Jones, Deceased, surviving Parent of Donald W. Jones*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eric Nunez**
*surviving Sibling of Brian Nunez*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Paige**
*as Personal Representative of the Estate of Susanne Ward−Baker, Deceased, surviving Parent of Timothy Ward*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Salvatore Papasso**
*surviving Parent of Salvatore T. Papasso*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theresa Papasso**
*surviving Parent of Salvatore T. Papasso*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vincent Papasso**
*surviving Sibling of Salvatore T. Papasso*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arline Peabody**
*surviving Step−Parent of Michael Bane*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joel R. Perry**
*(Appointment Pending) as Personal Representative of the Estate of James Leslie Perry, Deceased, surviving Parent of John Perry*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy B. Fleming**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Joel R. Perry**<br>*surviving Sibling of John Perry* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Maureen Racioppi**<br>*surviving Sibling of Peter T. Milano* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Emma Fernandez Regan**<br>*surviving Sibling of Judy Fernandez* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Meridith Reverdito**<br>*surviving Child of William Steiner* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Reginald Simpson**<br>*surviving Sibling of Marsha Ratchford* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Elaine Smith**<br>*surviving Sibling of George Smith* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kevin Smith**<br>*surviving Sibling of George Smith* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Raymond Smith, Jr.**<br>*surviving Sibling of George Smith* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Raymond Smith**<br>*Personal Representative of the Estate of Marion Thomas, Deceased, surviving Grandparent of George Smith (Functional Equivalent of a Parent)* | represented by | **James Beasley**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Tanya Smith**<br>*surviving Sibling of George Smith* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Daniel Soulas**<br>*surviving Child of Timothy Soulas* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Frederick Soulas, III**<br>*surviving Child of Timothy Soulas* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Frederick Soulas**<br>*surviving Parent of Timothy Soulas* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Geraldine Deborah Spaeter**<br>*surviving Sibling of Sandra Wright Cartledge* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Angelia Stallworth−Blunt**<br>*surviving Sibling of Marsha Ratchford* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **George W. Steiner**<br>*surviving Sibling of William Steiner* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jordan Steiner**<br>*surviving Child of William Steiner* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Robert Steiner**<br>*surviving Sibling of William Steiner* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Robert Steiner**<br>*as Personal Representative of the Estate of Wilma Steiner, Deceased, surviving Parent of William Steiner* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **George Stergiopoulos, Jr.**<br>*surviving Sibling of Andrew Stergiopoulos* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kathleen Stergiopoulos**<br>*surviving Sibling of Andrew Stergiopoulos* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Samuel Straub**<br>*surviving Child of Edward W. Straub* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Carolyn Sutton**<br>*surviving Sibling of Jeffrey Collman* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Salvatore Tino**<br>*surviving Parent of Jennifer Tino* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Karen Ventre**<br>*surviving Sibling of Timothy Grazioso* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Karen Ventre**<br>*surviving Sibling of John Grazioso* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Cynthia Watts**<br>*surviving Sibling of Marsha Ratchford* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Ethan Zeplin**<br>*surviving Child of Marc Scott Zeplin* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Ryan Zeplin**<br>*surviving Child of Marc Scott Zeplin* | represented by | **John A. Corr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| __Plaintiff__ | | |
| **The Estate of Khalid Al Midhar**<br>*Terrorist Hijacker* | represented by | **The Estate of Khalid Al Midhar**<br>PRO SE |
| __Plaintiff__ | | |
| **Holly Ann Tanz** | represented by | **Holly Ann Tanz**<br>PRO SE |
| __Plaintiff__ | | |
| **Somali Network AB**<br>*Co−Conspirator* | represented by | **Somali Network AB**<br>PRO SE |
| __Plaintiff__ | | |
| **Muslim World League Offices**<br>*Co−Conspirator* | represented by | **Muslim World League Offices**<br>PRO SE |
| __Plaintiff__ | | |
| **Axa Art Insurance Corp.** | represented by | **Axa Art Insurance Corp.**<br>PRO SE |
| __Plaintiff__ | | |
| **Axa Insurance Company** | represented by | **Axa Insurance Company**<br>PRO SE |
| __Plaintiff__ | | |
| **AXA Reinsurance Company** | represented by | **AXA Reinsurance Company**<br>PRO SE |
| __Plaintiff__ | | |
| **AXA RE** | represented by | **AXA RE**<br>PRO SE |
| __Plaintiff__ | | |
| **AXA RE Canadian Branch** | represented by | **AXA RE Canadian Branch**<br>PRO SE |
| __Plaintiff__ | | |
| **AXA RE UK Plc** | represented by | **AXA RE UK Plc**<br>PRO SE |
| __Plaintiff__ | | |
| **AXA Versicherung** | represented by | **AXA Versicherung**<br>PRO SE |
| __Plaintiff__ | | |
| **SPS RE** | represented by | **SPS RE**<br>PRO SE |
| __Plaintiff__ | | |
| **PRINCETON EXCESS AND SURPLUS LINES INSURANCE COMPANY** | represented by | **PRINCETON EXCESS AND SURPLUS LINES INSURANCE COMPANY**<br>PRO SE |
| __Plaintiff__ | | |
| **Rosie Matricciano−Vetere**<br>*as Personal Representative of the* | represented by | **Jerry Stephen Goldman**<br>(See above for address) |

| | | |
|---|---|---|
| *Estate of Marcellus Matricciano, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marcellus Matricciano* | | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Zachary Wodenshek** | represented by | **Zachary Wodenshek**<br>PRO SE |
| **Plaintiff** | | |
| **Chundera Epps**<br>*as Personal Representative of the Estate of Geneva Epps, deceased, the late parent of Christopher Samuel Epps* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Chundera Epps**<br>*as Personal Representative of Christopher Samuel Epps, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Christopher Samuel Epps* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Ashton Plaintiffs** | represented by | **Andrew Joseph Maloney**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Kathryn Elise Ghotbi**<br>Sher Tremonte LLP<br>90 Broad St 23rd Fl<br>New York, NY 10004<br>415−407−8374<br>Email: kghotbi@shertremonte.com<br><br>**Noam Korati Biale**<br>Sher Tremonte LLP<br>90 Broad Street<br>New York, NY 10004<br>(212)−202−2600<br>Fax: (212)−202−4156<br>Email: nbiale@shertremonte.com<br><br>**Theresa Marie Trzaskoma**<br>Harris Trzaskoma LLP<br>156 West 56th St<br>Suite 2004<br>New York, NY 10019<br>934−667−3816<br>Email: ttrzaskoma@harristrz.com<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lisa Ortiz**<br>*as Personal Representative for the Estate of Angel R. Ortiz* | represented by | **John Michael Eubanks**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Wodenshek Class Plaintiffs** | represented by | **Wodenshek Class Plaintiffs**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Estate of Christopher Wodenshek** | represented by | **Estate of Christopher Wodenshek**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Bradley D. Noack**<br>*as the Personal Representative of the Estate of Katherine McGarry Noack, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Katherine McGarry Noack* | represented by | **Alexander Greene**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Peggy H. Taylor**<br>*as the Co−Personal Representative of the Estate of Charles G. John, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Charles G. John* | represented by | **Alexander Greene**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Josephine Fink**<br>*as the Personal Representative of the Estate of Derek O. Sword, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Derek O. Sword* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Randy Anthony Smith**<br>*as Administrator of the Estate of George Eric Smith, deceased.* | represented by | **Dion G Rassias**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**James Beasley**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**James Edwin Beasley**<br>The Beasley Firm, LLC<br>1125 Walnut Street<br>Philadelphia, PA 19107<br>(215)−592−1000<br>Fax: (215)−592−8360 |

Email: jbj@beasleyfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Slade Hayes McLaughlin**
The Beasley Firm, LLC
1125 Walnut Street
Philadelphia, PA 19107
(215)−931−2674
Fax: (215)−592−0239
Email: shm@beasleyfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Katherine Collier**
*as the co−Personal Representative of the Estate of Stephen Philip Morris, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Philip Morris*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Morris**
*as the coPersonal Representative of the Estate of Stephen Philip Morris, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Philip Morris*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Barnes**
*as co−Personal Representative of the Estate of Yvette Mell, deceased, the late parent of Matthew Barnes*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Russell Barnes**
*as co−Personal Representative of the Estate of Yvette Mell, deceased, the late parent of Matthew Barnes*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Lawson**
*as Personal Representative of the Estate of Renee Baldwin, deceased, the late sibling of Cecelia E. Richard*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christine O'Neill**
*as the Personal Representative of the Estate of John P. O'Neill, Sr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of John P. ONeill, Sr.*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Tamara Weiss**
Anderson Kill PC
7 Times Square
New York, NY 10033
212−278−1020
Email: aweiss@andersonkill.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William J. Posa**
*Personal Representative for the Estate of Grace Posa*

represented by **James Bonner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Trerotola**
*as Personal Representative of the Estate of Michael Trerotola, deceased, the late spouse of Lisa Trerotola*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Elizabeth Trerotola**<br>*as Personal Representative of the Estate of Michael Trerotola, deceased, the late spouse of Lisa Trerotola* | represented by | **Alexander Greene**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Susan M. King** | represented by | **Susan M. King**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jennie Nedell** | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jennie Nedell** | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Raynard Hamilton** | represented by | **Raynard Hamilton**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Barbara Keane**<br>*as Personal Representative of the Estate of Timothy Haviland, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Haviland* | represented by | **Alexander Greene**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Barbara Keane**<br>*as Personal Representative of the Estate of Timothy Haviland, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Haviland* | represented by | **Alexander Greene**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Bruce Elliot Strong**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cynthia Watts** represented by **Timothy Fleming**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Meredith Reverdito** represented by **Timothy Fleming**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Straub** represented by **Timothy Fleming**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Harley DiNardo**
*as Personal Representative of the Estate of Esterina DiNardo a/k/a Ester DiNardo*
represented by **Timothy Fleming**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOSEPH F. MAHER**
*a surviving Child of Daniel L. Maher*
represented by **Timothy Fleming**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan M. King**
*as the Personal Representative of the Estate of Amy King, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Amy King*
represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
Anderson Kill PC
1251 6th Avenue
Ste Floor 42
New York, NY 10020
212−278−1000

Email: rsamson@andersonkill.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edison Salomon**
*as the Personal Representative of the Estate of Nolbert Salomon, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nolbert Salomon*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patricia A. Paul**
*as the Personal Representative of the Estate of James Paul, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of James Paul*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sheri G. Burlingame**

represented by **Sheri G. Burlingame**
PRO SE

**Plaintiff**

**Shari Tolbert**
*as the Personal Representative of the Estate of Otis Tolbert, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Otis Tolbert*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Plaintiffs' Executive Committee for Commercial Claims**

represented by **Plaintiffs' Executive Committee for Commercial Claims**
PRO SE

**Plaintiff**

**Maria Alayo Aguilar**

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Josefina Blanchard**

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Flordaliza Espinal**

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jasmine Espinal**

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maria Altagracia Espinal** represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Moises Espinal** represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Pohlmann**
*as the Personal Representative of the Estate of William Howard Pohlmann, and on behalf of all survivors, legally entitled beneficiaries, and family members of William Howard Pohlmann*
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Denyse D. Kruse**
*as Personal Representative of the Estate of Raenell Ketcham, the late parent of Douglas D. Ketcham*
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Celestine Kone**
*as the Personal Representative of the Estate of Abdoulaye Kone, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Abdoulaye Kone*
represented by **Celestine Kone**
PRO SE

**Plaintiff**

**Celestine Kone**
*individually, as surviving spouse of Abdoulaye Kone*
represented by **Celestine Kone**
(See above for address)
PRO SE

**Plaintiff**

**Lacina Kone**
*individually, as surviving child of Abdoulaye Kone*
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alexander Greene**
(See above for address)

**Bruce Elliot Strong**
(See above for address)

**Plaintiff**

**Mama Kone**
*individually, as surviving child of Abdoulaye Kone*
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Stephen Ciccone**<br>*individually, as surviving child of Alex F. Ciccone* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Julia Ciccone**<br>*individually, as surviving child of Alex F. Ciccone* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Ayleen Arroyo**<br>*individually, as surviving child of Ayleen Santiago* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **George J. Santiago**<br>*as the co−Personal Representative of the Estate of Ayleen J. Santiago, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ayleen J. Santiago* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Casey (Clarke) DeBaecke**<br>*individually, as surviving spouse of Christopher Clarke* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kristen Graf**<br>*being intended to designate the Personal Representative of the Estate of Edwin J. Graf, III, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edwin J. Graf, III* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Sarah Sopher**<br>*individually, as surviving child of Edwin J. Graf, III* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kevin Joseph Collin**<br>*individually, as surviving sibling of Jean Marie Collin* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kathleen Raney**<br>*individually, as surviving sibling of Jean Marie Collin* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John Doe141**<br>*being intended to designate the Personal Representative of the Estate of Jean Marie Collin, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John Doe 142**<br>*as Personal Representative of the Estate of Charlotte Griebel, deceased, the late parent of Jean Marie Collin* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Maria Elena Santana**<br>*individually, as surviving sibling of Jose Espinal* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Maria Altagracia Espinal**<br>*individually, as surviving sibling of Jose Espinal* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Flordaliza Espinal**<br>*individually, as surviving sibling of Jose Espinal* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Josefina Blanchard**<br>*individually, as surviving sibling of Jose Espinal* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Moises Espinal**<br>*individually, as surviving sibling of Jose Espinal* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jasmine Espinal**<br>*individually, as surviving child of Jose Espinal* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Maria Alayo Aguilar**<br>*as the Personal Representative of the Estate of Jose Espinal, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jose Espinal* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Georgette Conroy**<br>*as the Personal Representative of the Estate of Kevin Conroy, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kevin Conroy* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Matthew Conroy**<br>*individually, as surviving child of Kevin Conroy* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Jamie Conroy**<br>*individually, as surviving child of Kevin Conroy* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Christine Kelly**<br>*individually, as surviving child of Kevin Conroy* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Jill Conroy**<br>*individually, as surviving child of Kevin Conroy* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Ramona Schroeder**<br>*individually, as surviving parent of Lorraine Antigua* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Diane Inghilterra**<br>*as thePersonal Representative of the Estate of Louis Inghilterra, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Louis Inghilterra* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Diane Inghilterra**<br>*individually, as surviving spouse of Louis Inghilterra* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| **Louis Sam Inghilterra**<br>*individually, as surviving child of Louis Inghilterra* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Plaintiff</u>** | | |
| | represented by | |

**Lisa DeRienzo**
*individually, as surviving sibling of Michael DeRienzo*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dolores Jane Russo**
*as Personal Representative of the Estate of Anthony S. Russo, deceased, the late parent of Michael Russo*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alana McKenzie**
*as the Personal Representative of the Estate of Molly McKenzie, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Molly McKenzie*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alana McKenzie**
*individually, as surviving child of Molly McKenzie*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ursula Andrus**
*as the Personal Representative of the Estate of Norbert Szurkowski, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Norbert Szurkowski*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lea McKenzie**
*individually, as surviving child of Molly McKenzie*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ursula Andrus**
*individually, as surviving spouse of Norbert Szurkowski*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alexandra Szurkowski**
*individually, as surviving child of Norbert Szurkowski*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Claudia Szurkowski**
*individually, as surviving child of Norbert Szurkowski*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

| | | |
|---|---|---|
| **Rebecca Shum**<br>*as the Personal Representative of the Estate of See Wong Shum, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of See Wong Shum* | | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Rebecca Shum**<br>*individually, as surviving spouse of See Wong Shum* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Leon Shum**<br>*individually, as surviving child of See Wong Shum* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Chanel Shum**<br>*individually, as surviving child of See Wong Shum* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **John Doe 143**<br>*being intended to designate the Personal Representative of the Estate of Stanley McCaskill, deceased, said name being fictitious, her/his true name is not presently known, confirmed and/or has not been duly appointed by a court of competent jurisdiction (* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Joyce Grant**<br>*as the Personal Representative of the Estate of Winston Grant, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Winston Grant* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Joyce Grant**<br>*individually, as surviving spouse of Winston Grant* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Winston Grant II**<br>*individually, as surviving child of Winston Grant* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **John Doe 144**<br>*as Personal Representative of the Estate of Joya Grant, deceased, the late child of Winston Grant* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Estate of John F. O'Neill**

**Plaintiff**

**Raymond Sanchez, Jr.**
*as the Personal Representative of the Estate of Raymond Sanchez*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ayleen Arroyo**
*as the co−Personal Representative of the Estate of Ayleen J. Santiago, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ayleen J. Santiago*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Estate of John F O'Neill**

represented by **Estate of John F O'Neill**
PRO SE

**Plaintiff**

**Lea Michaela Bitterman**
*a surviving Step−Child of Donald G. Havlish*

represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sean Bitterman**
*a surving Step−Child of Donald G. Havlish*

represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert A. Jones**
*a surviving Parent of Donald W. Jones*

represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Candy Moyer**
*Individually, a surviving Sibling of Donald W. Jones*

represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rina Joy Kaufman**
*Individually, a surviving Sibling of Leon Lebor*

represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Michael LoGuidice, Sr.**<br>*Individually, as a surviving Sibling of Catherine Lisa LoGuidice* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Michael LoGuidice, Sr.**<br>*as Personal Representative of the Estate of Carmello J. LoGuidice, Deceased, a surviving Parent of Catherine Lisa LoGuidice* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **MaryEllen Medaglia**<br>*Individually, as a surviving Sibling of Rocco Medaglia* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Douglas Halvorson**<br>*a surviving Child of James D. Halvorson* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kate Halvorson**<br>*as Personal Representative of the Estate of Evelyn Halvorson, Deceased, a surviving Parent of James D. Halvorson* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kate Halvorson**<br>*a surviving Sibling of James D. Halvorson* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Joel R. Perry**<br>*as personal Representative of the Estate of James Leslie Perry, Deceased, a surviving Parent of John William Perry* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Christian B. Stallworth**<br>*a surviving Sibling of Marsha Ratchford, Deceased*<br>*also known as*<br>Brian Christian | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jonathan Reiss**<br>*a surviving Sibling of Joshua Scott Reiss, Deceased* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jordan Reiss**
*a surviving Sibling of Joshua Scott Reiss, Deceased*

represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Loren Rosenthal**
*as Personal Representative of the Estate of Seth Rosenthal, Deceased, a surviving Child of Richard D. Rosenthal, Deceased*

represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Loren Rosenthal**
*as Personal Representative of the Estate of Evan Rosenthal, a surviving Child of Richard D. Rosenthal*

represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Audrey Model**
*as Personal Representative of the Estate of Florence Rosenthal, Deceased, a surviving Parent of Richard D. Rosenthal, Deceased*

represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Audrey Model**
*as Personal Representative of the Estate of Leonard Rosenthal, Deceased, a surviving Parent of Richard D. Rosenthal, Deceased*

represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victor Santillan**
*as Personal Representative of the Estate Maria Theresa Santillan, Deceased*

represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Victor Santillan**
*Individually, as a surviving Sibling of Maria Theresa Santillan, Deceased*

represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Raymond Santillan**
*a surviving Sibling of Maria Theresa Santillan, Deceased*

represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Victor Santillan**<br>*as Personal Representative of the Estate of Expedito C. Santillan, a surviving Parent of Maria Theresa Santillan, Deceased* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Paul Schertzer**<br>*as Personal Representative of the Estate of Scott Schertzer, Deceased* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Ellen Schertzer**<br>*a surviving Parent of Scott Schertzer, Deceased* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Patricia Sloan**<br>*a surviving Parent of Paul K. Sloan, Deceased* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Ronald S. Sloan**<br>*as Personal Representative of the Estate of Paul K. Sloan, Deceased* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Paul Schertzer**<br>*Individually, as a surviving Parent of Scott Scherizer, Deceased* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Sarah Funk**<br>*a surviving Sibling of Paul K. Sloan* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Gladys Lopez**<br>*as the Personal Representative of the Estate of Luis Lopez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luis Lopez* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Alexander Greene**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| | represented by | |

| | | |
|---|---|---|
| **Gladys Lopez**<br>*individually, as surviving spouse of Luis Lopez* | | **Alexander Greene**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Lester Fortuna**<br>*individually, as surviving child of Luis Lopez* | represented by | **Alexander Greene**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Heily Fortuna**<br>*individually, as surviving child of Luis Lopez* | represented by | **Alexander Greene**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Roya Bolourchi Touran**<br>*individually, as surviving hild of Touran (Touri) Bolourchi* | represented by | **Alexander Greene**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John Doe 67**<br>*being intended to designate the Personal Representative of the Estate of Touran (Touri)Bolourchi, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdi* | represented by | **Alexander Greene**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Plaintiffs' Executive Committee for Personal Injury and Death Claims** | represented by | **Plaintiffs' Executive Committee for Personal Injury and Death Claims**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Justin Rodriguez**<br>*individually, as surviving child of Anthony Rodriguez* | represented by | **Justin Rodriguez**<br>5340 San Mateo Blvd<br>Albuquerque, NM 87109<br>404−804−7269<br>Email: justin.r.rodriguez1@gmail.com<br>PRO SE |

| | | |
|---|---|---|
| | | **Jerry Stephen Goldman**<br>(See above for address)<br>*TERMINATED: 07/09/2025* |
| **Plaintiff** | | |
| **Patricia Fennelly**<br>*as the Personal Representative of the Estate of Robert Caufield, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert Caufield* | represented by | **Alexander Greene**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Bankers Standard Insurance Co.** | represented by | **Bankers Standard Insurance Co.**<br>PRO SE |
| **Plaintiff** | | |
| **Jamie K. Hawkins** | represented by | **Susan M. Davies**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Richard A. Hoadley, II, as Co−Administrator of the Est. of Virginia A. Hoadley, dec.** | represented by | **Dorothea Capone**<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Emory E. Hackman, Jr.**<br>*as the Personal Representative of the Estate of Tamara Thurman, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tamara Thurman* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Frances Gaston** | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Janis Lilie**<br>*as Personal Representative of the Estate of Harold Lilie, deceased Stepparent of Steven Furman* | represented by | **Jeanne Marie O'Grady**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Beatrice Gaston**<br>*as Personal Representative of the Estate of Luis Gaston, deceased* | represented by | **Edward Maggio**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Robert Keith Morgan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Florence Hoosein** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jill Lynch** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lauren Ann Fischer** represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Donlan**
*a surviving Sibling of Timothy P. Soulas, Deceased*
represented by **Michelle Donlan**
PRO SE

**Plaintiff**

**Nicole Soulas**
*a surviving Child of Timothy P. Soulas, Deceased*
represented by **Nicole Soulas**
PRO SE

**Plaintiff**

**Matthew Straub**
*a surviving Sibling of Edward W. Straub, Deceased*
represented by **Matthew Straub**
PRO SE

**Plaintiff**

**Patricia Mason**
*a surviving Sibling of Sandra Wright−Cartledge, Deceased*
represented by **Patricia Mason**
Pro Se Patricia Mason
86 Broadway
P.O. Box 596
Verplanck, NY 10596
PRO SE

**Plaintiff**

**Dian Dembinski**
*Individually, a as surviving Sibling of Sandra Wright−Cartledge, Deceased*
represented by **Dian Dembinski**
PRO SE

**Plaintiff**

**Loretta Haines**
*a surviving Sibling of Sandra Wright−Cartledge, Deceased*
represented by **Timothy B. Fleming**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

**Ryan Zeplin**
*a surviving Child of Marc Scott Zeplin, Deceased*

**Ryan Zeplin**
PRO SE

**Plaintiff**

**Esq. Lynne Dunne**
*as Personal Representative of the Estate of John Jack Bradish, Deceased, a surviving Sibling of Sandra Wright−Cartledge, Deceased*

represented by **Lynne Dunne**
PRO SE

**Plaintiff**

**John Barton**
*a surviving Sibling of Jeanmarie Wallendorf, Deceased*

represented by **John Barton**
PRO SE

**Plaintiff**

**Christine Barton**
*Individually, as a surviving Parent of Jeanmarie Wallendorf, Deceased*

represented by **Christine Barton**
PRO SE

**Plaintiff**

**Salvatore Tino, Jr.**
*a surviving Parent of Jennifer Tino, Deceased*

represented by **Salvatore Tino, Jr.**
PRO SE

**Plaintiff**

**Christopher Barton**
*a surviving Sibling of Jeanmarie Wallendorf, Deceased*

represented by **Christopher Barton**
PRO SE

**Plaintiff**

**Joseph Nicklo**
*a surviving Sibling of Jeanmarie Wallendorf, Deceased*

represented by **Joseph Nicklo**
PRO SE

**Plaintiff**

**Joan E. Tino**
*as Personal Representative of the Estate of Jennifer Tino, Deceased*

represented by **Joan E. Tino**
PRO SE

**Plaintiff**

**Christine Barton**
*as Personal Representative of Jeanmarie Wallendorf, Deceased*

represented by **Christine Barton**
(See above for address)
PRO SE

**Plaintiff**

**Jeffrey Tino**
*a surviving Sibling of Jennifer Tino, Deceased*

represented by **Jeffrey Tino**
PRO SE

**Plaintiff**

**Stanley Straub**
*a surviving Sibling of Edward W. Straub, Deceased*

represented by **Stanley Straub**
PRO SE

**Plaintiff**

represented by

| | | |
|---|---|---|
| **Jonathan Straub**<br>*a surviving Child of Edward W. Straub, Deceased* | | **Jonathan Straub**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Edward Straub**<br>*a surviving Parent of Edward W. Straub, Deceased* | represented by | **Edward Straub**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Straub**<br>*a surviving Child of Edward W. Straub, Deceased* | represented by | **Michael Straub**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Frederick Soulas**<br>*a surviving Parent of Timothy P. Soulas, Deceased* | represented by | **Frederick Soulas**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Daniel D. Soulas**<br>*a surviving Sibling of Timothy P. Soulas, Deceased* | represented by | **Daniel D. Soulas**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Benjamin C. Wong**<br>*individually as Parent of Jennifer Y. Wong, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Lawrence Scott Adams**<br>*as Personal Representative of the Estate of Anne Berg Adams, Deceased Parent of Stephen George Adams, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Madelyn Gail Allen**<br>*as Personal Representative of the Estate of Richard D. Allen, Deceased Parent of Richard Dennis Allen, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **William John Allingham, Jr.**<br>*as Personal Representative of the Estate of William J. Allingham, Sr., Deceased Parent of Christopher Edward Allingham, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Marlyn Lyssand Anchundia**<br>*as Personal Representative of the Estate of Elias J. Anchundia, Deceased Sibling of Joseph P. Anchundia, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Cecile M. Apollo**<br>*as Personal Representative of the Estate of Peter Apollo, Jr., Deceased Parent of Peter Paul Apollo, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Evelyn Diaz**<br>*as Personal Representative of the Estate of Irene J. Arguelles, Deceased Sibling of Dorothy J. Chiarchiaro, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Lauren Arias Lucchini**<br>*as Personal Representative of the Estate of Theresa Arias, Deceased Parent of Adam P. Arias, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Thomas Vincent Arias**<br>*as Personal Representative of the Estate of Thomas Sydney Arias, Deceased Parent of Adam P. Arias, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Adrianna J. Desio**<br>*as Personal Representative of the Estate of Lorraine Marie Arias−Beliveau, Deceased Sibling of Adam P. Arias, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Mary Ellen Armstrong**<br>*as Personal Representative of the Estate of Gabriel Armstrong, Deceased Parent of Michael Joseph Armstrong, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Elaine V. Asciak**<br>*as Personal Representative of the Estate of Vivian Rose Asciak, Deceased Parent of Michael Asciak, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Marlene Rita Asher**<br>*as Personal Representative of the Estate of Stuart Asher, Deceased Sibling of Michael Edward Asher, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Katherine Agnes Bailey**<br>*as Personal Representative of the Estate of Todd Garnet Bailey, Deceased Child of Garnet Edward Bailey, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Judith A. Bailey**<br>*as Personal Representative of the Estate of Kevin James Bailey, Deceased Parent of Brett T. Bailey, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jacqueline A. Venezia**<br>*and Thomas Nicholas Barbaro as Co−Personal Representatives of the Estate of Carol Barbaro, Deceased Parent of Paul Vincent Barbaro, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Thomas Bavis**<br>*as Personal Representative of the Estate of Mary Terese Bavis, Deceased Parent of Mark Lawrence Bavis, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Dennis Baxter**<br>*as Personal Representative of the Estate of Donald Baxter, Deceased Sibling of Jasper Baxter, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jedelle Baxter, Jr.**<br>*as Personal Representative of the Estate of Diane Baxter, Deceased Sibling of Jasper Baxter, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Agnes Theresa Bergin**<br>*as Personal Representative of the Estate of George R. Bergin, Deceased Parent of John P. Bergin, Deceased* | represented by | **Agnes Theresa Bergin**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Renee Ann Hoffman**<br>*as Personal Representative of the Estate of Kenneth Morris Bergsohn, Deceased Parent of Alvin Bergsohn, Deceased* | represented by | **Renee Ann Hoffman**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Eileen M. Bertorelli−Zangrillo**<br>*as Personal Representative of the Estate of Alice Mary Bertorelli, Deceased Sibling of John Marcy Talignani, Deceased* | represented by | **Eileen M. Bertorelli−Zangrillo**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Joan Carol Betterly**<br>*as Personal Representative of the Estate of Donald A. Betterly, Deceased Parent of Timothy D. Betterly, Deceased* | represented by | **Joan Carol Betterly**<br>PRO SE |

**Plaintiff**

**Christopher D. Betterly** represented by **Christopher D. Betterly**
*as Personal Representative of the Estate of Joan Carol Betterly, Deceased Parent of Timothy D. Betterly, Deceased*
(See above for address)
PRO SE

**Plaintiff**

**Irene Alice Bilcher** represented by **Irene Alice Bilcher**
*as Personal Representative of the Estate of Miles B. Bilcher, Deceased Parent of Brian Bilcher, Deceased*
PRO SE

**Plaintiff**

**Rosemarie Corvino** represented by **Rosemarie Corvino**
*as Personal Representative of the Estate of Lillian Bini, Deceased Parent of Carl Bini, Deceased*
PRO SE

**Plaintiff**

**Keith Andrew Blass** represented by **Keith Andrew Blass**
*as Personal Representative of the Estate of Barbara Lynn Blass, Deceased Parent of Craig Michael Blass, Deceased*
PRO SE

**Plaintiff**

**Stacey Booker** represented by **Stacey Booker**
*and Laverne Booker as Co−Personal Representatives of the Estate of Rose Ann Booker, Deceased Parent of Sean Booker, Deceased*
PRO SE

**Plaintiff**

**Jason Boone** represented by **Jason Boone**
*as Personal Representative of the Estate of Linda Kay Boone, Deceased Spouse of Canfield D. Boone, Deceased*
PRO SE

**Plaintiff**

**Paul A. Bowden** represented by **Paul A. Bowden**
*as Personal Representative of the Estate of Shielah L. Bowden, Deceased Parent of Thomas H. Bowden, Jr., Deceased*
PRO SE

**Plaintiff**

**Eva Brisman** represented by **John Duane**
*as Personal Representative of the Estate of Gerard Brisman, Deceased Parent of Mark Brisman, Deceased*
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Erin Marie Gresham** represented by **John Duane**
*as Personal Representative of the Estate of Michael Everett Brown, Deceased Sibling of Patrick J. Brown, Deceased*
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eric Ernst Buck**
*as Personal Representative of the Estate of Ernst H. Buck, Deceased Parent of Gregory Joseph Buck, Deceased*

represented by **John Duane**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John C. Buckley**
*as Personal Representative of the Estate of Kathleen M. Buckley, Deceased Parent of Dennis Buckley, Deceased*

represented by **John Duane**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bridget C. Bueche**
*as Personal Representative of the Estate of James T. Bueche, Deceased Spouse of Nancy Clare Bueche, Deceased*

represented by **John Duane**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan Quigley**
*as Personal Representative of the Estate of Aseneth Bunin, Deceased Spouse of Stephen Bunin, Deceased*

represented by **John Duane**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diane McDavitt−Burlingame**
*as Personal Representative of the Estate of Bradley M. Burlingame, Deceased Sibling of Charles F. Burlingame, III, Deceased*

represented by **John Duane**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Margaret Jurgens**
*as Personal Representative of the Estate of Beverly Burnett, Deceased Parent of Thomas E. Burnett, Jr., Deceased*

represented by **John Duane**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael John Burns**
*as Personal Representative of the Estate of Agnes Delores Burns, Deceased Parent of Keith James Burns, Deceased*

represented by **John Duane**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael John Burns**
*as Personal Representative of the Estate of Bernard James Burns, Deceased Parent of Keith James Burns, Deceased*

represented by **John Duane**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paulette Byas**
*as Personal Representative of the Estate of Walter Byas, Deceased Sibling of Elizabeth Holmes, Deceased*

represented by **John Duane**
(See above for address)
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Expedito Santillan**<br>*individually as Parent of Maria Theresa Santillan, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Bernadette Marie McHugh Torres**<br>*individually as Sibling of Denis J. McHugh, III, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Suzanne Mary Valentino**<br>*as Co− Personal Representatives of the Estate of Edward Coll, Jr. , Deceased Parent of Robert Joseph Coll, II, Deceased* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Suzanne P. McDermott**<br>*as Personal Representative of the Estate of John Edward McDermott, Deceased Parent of Matthew Thomas McDermott, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Robert Jude Stone**<br>*as Personal Representative of the Estate of Judith Byrne, Deceased Sibling of Patrick D. Byrne, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kasey Leigh Byrne−Lowenthal**<br>*as Personal Representative of the Estate of Robert G. Byrne, Jr., Deceased Sibling of Patrick D. Byrne, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Thomas Michael Byrne**<br>*as Personal Representative of the Estate of Robert Guy Byrne, Sr., Deceased Parent of Patrick D. Byrne, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Thomas Michael Byrne**<br>*as Personal Representative of the Estate of Anne Patricia Byrne, Deceased Parent of Patrick D. Byrne, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Maria Ann Galea**<br>*as Personal Representative of the Estate of Andrea Caldarella, Deceased Child of Frances Haros, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Joseph Michael Cammarata, Sr.** *as Personal Representative of the Estate of Linda Alice Cammarata, Deceased Parent of Michael F. Cammarata, Deceased* represented by **John Duane** (See above for address) *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Margaret Rose Canavan** *as Personal Representative of the Estate of Thomas Kieran Canavan, Deceased Parent of Sean Thomas Canavan, Deceased* represented by **John Duane** (See above for address) *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Simone Cannizzaro** *as Personal Representative of the Estate of Carol A. Cannizzaro, Deceased Parent of Brian Cannizzaro, Deceased* represented by **John Duane** (See above for address) *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kristin M. Canty** *as Personal Representative of the Estate of James E. Canty, Deceased Sibling of Michael R. Canty, Deceased* represented by **John Duane** (See above for address) *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Matthew Canty** *as Personal Representative of the Estate of Kathryn Frey Canty, Deceased Parent of Michael R. Canty, Deceased* represented by **John Duane** (See above for address) *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter Matthew Canty** *as Personal Representative of the Estate of Edward James Canty, Deceased Parent of Michael R. Canty, Deceased* represented by **John Duane** (See above for address) *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rufina Capito Coquia** *as Personal Representative of the Estate of Narcisa Gemino Capito, Deceased Parent of Marlyn Capito Bautista, Deceased* represented by **John Duane** (See above for address) *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicholas Francis Caporicci** *as Personal Representative of the Estate of Patricia Ann Caporicci, Deceased Parent of Louis A. Caporicci, Deceased* represented by **John Duane** (See above for address) *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Shanley** *as Personal Representative of the Estate of Fay Caputo, Deceased Parent* represented by **John Duane** (See above for address) *ATTORNEY TO BE NOTICED*

*of Steven Leon Howell, Deceased*

**Plaintiff**

**Lawrence Barry** represented by **John Duane**
*as Personal Representative of the Estate of Phyllis Carlo, Deceased Parent of Michael Scott Carlo, Deceased*
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joni Jane Carlo** represented by **John Duane**
*as Personal Representative of the Estate of Robert D. Carlo, Deceased Parent of Michael Scott Carlo, Deceased*
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rosa Lee Carter** represented by **John Duane**
*as Personal Representative of the Estate of Annie Marie Jones Carter, Deceased Sibling of Virginia E. Fox, Deceased*
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maureen Keefe** represented by **John Duane**
*as Personal Representative of the Estate of Margaret Ann Cashman, Deceased Spouse of William Joseph Cashman, Deceased*
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janice Lucille Kurtz** represented by **John Duane**
*as Personal Representative of the Estate of Madeline Agnes Caspar, Deceased Parent of William Otto Caspar, Deceased*
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brendan K. Cawley** represented by **John Duane**
*as Personal Representative of the Estate of John J. Cawley, Deceased Parent of Michael Joseph Cawley, Deceased*
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan Gail Chamberlain** represented by **John Duane**
*as Personal Representative of the Estate of Albert Andrew Chamberlain, Deceased Parent of Michele Bernadette Lanza, Deceased*
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan Gail Chamberlain** represented by **John Duane**
*as Personal Representative of the Estate of Ethel R. Chamberlain, Deceased Parent of Michele Bernadette Lanza, Deceased*
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Denise Reid Chapa**<br>*as Personal Representative of the Estate of John J. Chapa, Deceased Child of Rosa Marie Chapa, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Brad Goldberg**<br>*as Personal Representative of the Estate of Donald Ross Cherry, Deceased Parent of Stephen Patrick Cherry, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Mauricio Chevalier**<br>*as Personal Representative of the Estate of Zeneida Mercedes Chevalier, Deceased Parent of Nestor Julio Chevalier, Jr., Deceased* | represented by | **John Duane**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Lisa Maria Dreher**<br>*as Personal Representative of the Estate of Nicholas Mario Chiarchiaro, Sr., Deceased Spouse of Dorothy J. Chiarchiaro, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Nicholas P. Chiofalo, Jr.**<br>*as Personal Representative of the Estate of Joan Nardello Chiofalo, Deceased Spouse of Nicholas Paul Chiofalo, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Lynne Marie Cillo−Capaldo**<br>*as Personal Representative of the Estate of Nunzio C. Cillo, Deceased Parent of Elaine Cillo, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jan Cleere Peavy**<br>*as Personal Representative of the Estate of Betty B. Cleere, Deceased Parent of James Durward Cleere, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Marcia Elaine Cohen**<br>*as Personal Representative of the Estate of Barry Cohen, Deceased Parent of Kevin Sanford Cohen, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Victor J. Colaio**<br>*as Personal Representative of the Estate of Mary Catherine Colaio, Deceased Parent of Mark J. Colaio, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Victor J. Colaio**<br>*as Personal Representative of the Estate of Mary Catherine Colaio, Deceased Parent of Stephen J. Colaio, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Stephen J. McCurrie**<br>*as Personal Representative of the Estate of Raymond Fernand Colbert, Deceased Parent of Michel Paris Colbert, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Bernadette Marie McHugh**<br>*individually as Parent of Denis J. McHugh, III, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Martin James Cummins, III**<br>*as Personal Representative of the Estate of Martin James Cummins, Jr., Deceased Parent of Brian T. Cummins, Deceased* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Megan Alice Fajardo**<br>*as Personal Representative of the Estate of Neil Matthew Dollard, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Joseph A. Charbonneau**<br>*as Personal Representative of the Estate of Letitia Driscoll, Deceased Parent of Stephen Patrick Driscoll, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Joseph A. Charbonneau**<br>*as Personal Representative of the Estate of Patrick Joseph Driscoll, Deceased Parent of Stephen Patrick Driscoll, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Gary Michael Evans**<br>*as Co−Personal Representative of the Estate of Charles R. Evans, Sr., Deceased Parent of Eric Brian Evans, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Charles Reggie Evans, Jr.**<br>*as Co−Personal Representative of the Estate of Corinne J. Evans, Deceased Parent of Eric Brian Evans, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Michael Farrelly**
*as Personal Representative of the Estate of Joseph D. Farrelly, Deceased Parent of Joseph Farrelly, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Devin Frederick Farrelly**
*as Personal Representative of the Estate of Stacey Ellen Farrelly, Deceased Spouse of Joseph Farrelly, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carole Lovero**
*as Personal Representative of the Estate of Robert A. Fazio, Sr., Deceased and Felicia C. Fazio, Deceased Parent of Robert Fazio, Jr., Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dorothy Anna Fergus**
*as Personal Representative of the Estate of Edward Thomas Fergus, Sr., Deceased Parent of Edward Thomas Fergus, Jr., Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Joseph Driscoll**
*individually as Parent of Stephen Patrick Driscoll, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David W. Bernard, Jr.**
*individually as Child of David William Bernard, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Francisca A. Wester**
*, as Personal Representative of the Estate of Laurie Ann Neira, Deceased and on behalf of all beneficiaries of Laurie Ann Neira*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrew Charles Fialko**
*as Personal Representative of the Estate of Robert John Fialko, and the Estate of Evelyn Louise Fialko, Deceased Parent of Jennifer Louise Fialko, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Linda Sarah Fiore**
*as Personal Representative of the Estate of Michael Fiore, Deceased Parent of Michael Curtis Fiore,*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Deceased*

**Plaintiff**

**Michael Thomas Fodor**
*as Personal Representative of the Estate of Deborah Ann Fodor, Deceased Spouse of Michael N. Fodor, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Alfred Foster**
*as Personal Representative of the Estate of Marion Rosette Foster, Deceased Parent of Noel John Foster, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Catherine Ann Marotte**
*as Personal Representative of the Estate of Margaret Fumando, Deceased Parent of Clement Fumando, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maryann Gambale**
*as Personal Representative of the Estate of Anthony J. Gambale, Deceased Parent of Giovanna G. Gambale, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Margaret Mary Garbarini**
*as Personal Representative of the Estate of Charles Andrew Garbarini, Deceased Parent of Charles William Garbarini, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dylan Peter Garcia**
*as Personal Representative of the Estate of Davin Garcia, Deceased Child of David Garcia, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Suzanne Mascitis**
*as Personal Representative of the Estate of Rosemarie Gavagan, Deceased Parent of Donald R. Gavagan, Jr., Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Geidel**
*as Personal Representative of the Estate of Paul Ernest Geidel, Deceased Parent of Gary Paul Geidel, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ammini George Abraham**
*as Personal Representative of the Estate of Sosamma George, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*

*Parent of Valsa Raju, Deceased* — *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janet Walker Gray**
*as Personal Representative of the Estate of James Stewart Gray, Deceased Parent of Christopher Stewart Gray, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Wilhelmina Mary Green**
*as Personal Representative of the Estate of Thomas Martin Green, Deceased Parent of Wade Brian Green, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Margaret Wentworth**
*as Co−Personal Representative of the Estate of Joan Greene, Deceased Parent of Lorraine Lee, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessy Sagi George**
*as Personal Representative of the Estate of Sagil George, Deceased Sibling of Valsa Raju, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Aaron Gerlich**
*as Personal Representative of the Estate of Rochelle Gerlich, Deceased Spouse of Robert J. Gerlich, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Geralyn Marasco**
*as Co−Personal Representative of the Estate of Philip G. Geyer, Deceased Parent of James G. Geyer, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Susan Gilligan**
*as Personal Representative of the Estate of Colin Vincent Gilligan, Deceased Sibling of Ronald L. Gilligan, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angela Carmela Quinn**
*as Personal Representative of the Estate of Domenica Giovinazzo, Deceased Parent of Martin Giovinazzo, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cecilia Goldstein**
*as Personal Representative of the Estate of Morris Sonny Goldstein, Deceased Parent of Monica Goldstein,*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Deceased*

**Plaintiff**

**Theresa Mary Creedon**
*as Personal Representative of the Estate of Edward Thomas Gorman, Deceased Parent of Thomas E. Gorman, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Michael Greene**
*as Co−Personal Representative of the Estate of Joan Greene, Deceased Parent of Lorraine Lee, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**William Louis Meyerriecks**
*as Personal Representative of the Estate of Timothy R. Greene, Deceased Sibling of Lorraine Lee, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Virginia Margaret Kwiatkoski**
*as Co−Personal Representative of the Estate of Teresa L. Grimner, Deceased Parent of David Joseph Grimner, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Ann Elizabeth Peters**
*as Co−Personal Representative of the Estate of Teresa L. Grimner, Deceased Parent of David Joseph Grimner, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Corrine Elizabeth Bounty**
*as Personal Representative of the Estate of Margaret Mary Conner, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Louis Gritsipis**
*as Personal Representative of the Estate of Michael Gritsipis, Deceased Parent of George Paris, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patti Ann Valerio**
*as Personal Representative of the Estate of Patricia Grzymalski, Deceased Parent of Matthew James Grzymalski, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jerry F. Guadagno**
*as Personal Representative of the Estate of Beatrice Josephine Guadagno, Deceased Parent of Richard J.*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Guadagno, Deceased*

**Plaintiff**

**CarolAnn Habeeb−Kiel**
*as Personal Representative of the Estate of Anne Margaret Habeeb, Deceased Sibling of Michael Patrick Iken, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stacy Ann Bruno**
*as Personal Representative of the Estate of Maryjane Hagis, Deceased Parent of Steven Michael Hagis, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eugene T. Hague, III**
*as Personal Representative of the Estate of Eugene T. Hague, Jr., Deceased Parent of Mary Lou Hague, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Edward Murphy**
*as Co−Personal Representative of the Estate of Evelyn M. Murphy, Deceased Parent of Edward Charles Murphy, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Mitchell Halligan**
*as Personal Representative of the Estate of Brenda Olive Halligan, Deceased Parent of Robert John Halligan, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cynthia Sue Sumner**
*as Personal Representative of the Estate of Sue M. Hammond, Deceased Parent of Carl Max Hammond, Jr., Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kyle Elizabeth Bickford**
*as Personal Representative of the Estate of Thomas P. Hannon, Jr., Deceased Parent of Dana Rey Hannon, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eunice Katherine Hanson**
*as Personal Representative of the Estate of C. Lee Hanson, Deceased Parent of Peter Burton Hanson, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Michael Harlin**
*as Personal Representative of the Estate of Wilbur A. Harlin, Deceased Parent of Daniel Edward Harlin, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lloyd Harris**
*as Personal Representative of the Estate of Rubin Jay Harris, Deceased Parent of Stewart D. Harris, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joseph Hart**
*as Personal Representative of the Estate of James Arthur Hart, Jr., Deceased Sibling of John P. Hart, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward Henry, Jr.**
*as Co−Personal Representatives of the Estate of Edward Henry, Deceased Parent of Joseph P. Henry, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alice Anne Henry**
*as Co−Personal Representative of the Estate of Edward Henry, Deceased Parent of Joseph P. Henry, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Venancio Hernandez Feliciano**
*as Personal Representative of the Estate of Venancio Hernandez Gonzalez, Deceased Parent of Norberto Hernandez, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Virginia Ann Hindy**
*as Personal Representative of the Estate of George V. Hindy, Deceased Parent of Mark D. Hindy, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Helen Suzanne Hoffman**
*as Co− Personal Representative of the Estate of Jean L. Hoffman, Deceased Parent of Stephen G. Hoffman, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John William Hoffman**
*as Co−Personal Representative of the Estate of Jean L. Hoffman, Deceased Parent of Stephen G. Hoffman, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicole James**
*as Personal Representative of the Estate of Geraldine Holmes, Deceased Parent of Janice Marie Scott, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Claudia A. Horohoe**
*as Personal Representative of the Estate of Robert L. Horohoe, Sr., Deceased Parent of Robert L. Horohoe, Jr., Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arlene T. Howell**
*as Personal Representative of the Estate of Ralph Lawson Howell, Deceased Parent of Steven Leon Howell, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jane Catherine Ill**
*as Personal Representative of the Estate of Frederick J. Ill, Sr., Deceased Parent of Frederick J. Ill, Jr., Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Miriam Rose Jacobson**
*as Co− Personal Representative of the Estate of Deborah B. Jacobson, Deceased Spouse of Steven A. Jacobson, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rachel Bess Jacobson**
*as Co− Personal Representative of the Estate of Deborah B. Jacobson, Deceased Spouse of Steven A. Jacobson, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marie Myriam Jean−Gilles**
*as Personal Representative of the Estate of Gisele Jean−Gilles, Deceased Parent of Mark Y. Gilles, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gail Sue Lindner**
*as Personal Representative of the Estate of Elva Lorraine Johnson, Deceased Parent of Dennis Michael Johnson, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Camila Grehan**
*Individually as Child of Pedro Grehan, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Patricio B. Grehan**<br>*Individually as Child of Pedro Grehan, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Sofia Grehan**<br>*Individually as Child of Pedro Grehan, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Terence T. Connors**<br>*Individually as Child of Kevin P. Connors, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Christopher Higgins**<br>*Individually as Child of Timothy Higgins, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Victoria Marie Carstensen**<br>*Individually as Child of Jeffrey Giordano, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Lauren Vargha Colasanti**<br>*Individually as Child of Christopher Michael Colasanti, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Cara Elizabeth Colasanti**<br>*Individually as Child of Christopher Michael Colasanti, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **James Henry Connor, II**<br>*Individually as Child of James L. Connor, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **John P. Connor**<br>*Individually as Child of James L. Connor, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Terence Thaddeus Connors**<br>*Individually as Child of Kevin P. Connors, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Robert E. Dolan, III**
*Individually as Child of Robert E. Dolan, Jr., Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lori–Jean Murphy**
*as Personal Representative of the Estate of Thomas Joseph Murphy, Deceased Parent of Patrick Sean Murphy, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jenette Carole Nelson**
*as Co–Personal Representatives of the Estate of Gary Stanley Nelson, Deceased Parent of Ann Nicole Nelson, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Scott Travis Nelson**
*as Co–Personal Representatives of the Estate of Gary Stanley Nelson, Deceased Parent of Ann Nicole Nelson, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Margaret Jane Gregory**
*as Personal Representative of the Estate of Ellen Jordan, Deceased Parent of Andrew B. Jordan, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Margaret Jane Gregory**
*as Personal Representative of the Estate of Thomas Jordan, Deceased Parent of Andrew B. Jordan, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Seong Soon Kang**
*as Personal Representative of the Estate of Pil Soon Kang, Deceased Parent of Joon Koo Kang, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kara Kasper**
*as Co–Personal Representative of the Estate of Laureen Kasper, Deceased Spouse of Charles Lewis Kasper, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Melissa Kasper**
*as Co–Personal Representative of the Estate of Laureen Kasper, Deceased Spouse of Charles Lewis Kasper, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Michael Roman Kasper**<br>*as Co−Personal Representative of the Estate of Laureen Kasper, Deceased Spouse of Charles Lewis Kasper, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Adrian Lee Foran**<br>*as Co−Personal Representatives of the Estate of Catherine Petti, Deceased Parent of Philip Scott Petti, Decease* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Thomas Daniel Petti**<br>*as Co−Personal Representatives of the Estate of Catherine Petti, Deceased Parent of Philip Scott Petti, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Anne Maria Pettus**<br>*as Personal Representative of the Estate of Kevin Russell Pettus, Deceased Parent of Laura M. Longing, Deceased* | represented by | **Anne Maria Pettus**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Dorothy G. McGrath**<br>*as Personal Representative of the Estate of Harold L. Polhemus, Deceased Parent of Thomas H. Polhemus, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Eileen Marie Kosinski−Piszko**<br>*as Personal Representative of the Estate of Dennis Martin O'Rourke, Deceased Parent of Kevin M. O'Rourke, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Sandra Gidman**<br>*as Co−Personal Representatives of the Estate of Phyllis Pollio, Deceased Parent of Susan M. Pollio, Deceased* | represented by | **Sandra Gidman**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Gerald E. McCollin**<br>*as Personal Representative of the Estate of Norma Louise Powell, Deceased Parent of Brandon J. Powell, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Dolores Alba Preziose**<br>*as Personal Representative of the Estate of Alexander Preziose, Deceased Parent of Gregory M. Preziose, Deceased* | represented by | **Dolores Alba Preziose**<br>PRO SE |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Sandra Lusardi Racaniello**<br>*as Personal Representative of the Estate of Frank V. Racaniello, Deceased Parent of Christopher Anthony Peter Racaniello, Deceased* | represented by | **Sandra Lusardi Racaniello**<br>PRO SE |
| **Plaintiff** | | |
| **Douglas Raines**<br>*as Personal Representative of the Estate of Marilyn Raines, Deceased Parent of Lisa Joy Raines, Deceased* | represented by | **Douglas Raines**<br>PRO SE |
| **Plaintiff** | | |
| **Pamela Rancke Schroeder**<br>*as Personal Representative of the Estate of Barbara B. Rancke, Deceased Parent of Alfred Todd Rancke, Deceased* | represented by | **Pamela Rancke Schroeder**<br>PRO SE |
| **Plaintiff** | | |
| **Pamela Rancke Schroeder**<br>*as Personal Representative of the Estate of Alfred Edward Rancke, Deceased Parent of Alfred Todd Rancke, Deceased* | represented by | **Pamela Rancke Schroeder**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Eileen Regan**<br>*as Co−Personal Representatives of the Estate of Alice R. Regan, Deceased Parent of Donald Regan, Deceased* | represented by | **Eileen Regan**<br>PRO SE |
| **Plaintiff** | | |
| **Maureen Alice Regan**<br>*as Co−Personal Representatives of the Estate of Alice R. Regan, Deceased Parent of Donald Regan, Deceased* | represented by | **Maureen Alice Regan**<br>PRO SE |
| **Plaintiff** | | |
| **Joan E. Reilly**<br>*as Personal Representative of the Estate of George M. Reilly, Deceased Parent of Kevin Owen Reilly, Deceased* | represented by | **Joan E. Reilly**<br>PRO SE |
| **Plaintiff** | | |
| **Cecilia Riccoboni**<br>*as Personal Representative of the Estate of John Riccoboni, Deceased Spouse of Ann Marie Riccoboni, Deceased* | represented by | **Cecilia Riccoboni**<br>PRO SE |
| **Plaintiff** | | |
| **Karen Richards**<br>*as Personal Representative of the Estate of Jim Dale Richards, Deceased Sibling of Claude Daniel Richards, Deceased* | represented by | **Karen Richards**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Joseph A. Rosetti**<br>*as Personal Representative of the Estate of Ricki Allen Rosetti, Deceased Sibling of Daniel James Rosetti, Deceased* | represented by | **Joseph A. Rosetti**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Iris Estelle Rothberg**<br>*as Personal Representative of the Estate of Jason Rothberg, Deceased Parent of Michael C. Rothberg, Deceased* | represented by | **Iris Estelle Rothberg**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Aileen Anne Ryan**<br>*as Personal Representative of the Estate of John Joseph Ryan, Sr., Deceased Parent of John Joseph Ryan, Jr., Deceased* | represented by | **Aileen Anne Ryan**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Aileen Anne Ryan**<br>*as Personal Representative of the Estate of Colleen M. Ryan, Deceased Sibling of John Joseph Ryan, Jr., Deceased* | represented by | **Aileen Anne Ryan**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Aileen Anne Ryan**<br>*as Personal Representative of the Estate of Mary V. Ryan, Deceased Parent of John Joseph Ryan, Jr., Deceased* | represented by | **Aileen Anne Ryan**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Brian W. Saber**<br>*as Co−Personal Representatives of the Estate of Elaine P. Saber, Deceased Parent of Scott Howard Saber, Deceased* | represented by | **Brian W. Saber**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Sabine Sadocha**<br>*as Personal Representative of the Estate of Susan T. Sadocha, Deceased Sibling of Francis John Sadocha, Deceased* | represented by | **Sabine Sadocha**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Bruce David Saber**<br>*as Co−Personal Representatives of the Estate of Elaine P. Saber, Deceased Parent of Scott Howard Saber, Deceased* | represented by | **Bruce David Saber**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Sabine Sadocha**<br>*as Personal Representative of the* | represented by | **Sabine Sadocha**<br>(See above for address) |

*Estate of Norma Teresa Sadocha, Deceased Parent of Francis John Sadocha, Deceased* — PRO SE

**Plaintiff**

**David Robert Salvo**
*as Personal Representative of the Estate of Gladys H. Salvo, Deceased Spouse of Samuel Robert Salvo, Jr., Deceased*
represented by **David Robert Salvo**
(See above for address)
PRO SE

**Plaintiff**

**Diana Jean Sayegh**
*as Co−Personal Representatives of the Estate of George A. Sayegh, Sr., Deceased Parent of Jackie Sayegh Duggan, Deceased*
represented by **Diana Jean Sayegh**
PRO SE

**Plaintiff**

**George A. Sayegh, Jr.**
*as Co−Personal Representatives of the Estate of George A. Sayegh, Sr., Deceased Parent of Jackie Sayegh Duggan, Deceased*
represented by **George A. Sayegh, Jr.**
PRO SE

**Plaintiff**

**George A. Sayegh, Jr.**
*as Personal Representative of the Estate of Diana Jean Sayegh, Deceased Parent of Jackie Sayegh Duggan, Deceased*
represented by **George A. Sayegh, Jr.**
(See above for address)
PRO SE

**Plaintiff**

**Rebecca Leigh Dolan**
*Individually as Child of Robert E. Dolan, Jr., Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alexandra Camille Giordano**
*Individually as Child of Jeffrey Giordano, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andrea M. Stackland−Winterer**
*as Personal Representative of the Estate of Jonathan DiGiovanni Sellitto, Deceased Sibling of Matthew Carmen Sellitto, Deceased*
represented by **Andrea M. Stackland−Winterer**
PRO SE

**Plaintiff**

**Frances Ellen Sennas**
*as Personal Representative of the Estate of Semo Peter Sennas, Deceased Parent of Stacey Sennas McGowan, Deceased*
represented by **Frances Ellen Sennas**
PRO SE

**Plaintiff**

| | | |
|---|---|---|
| **Carolyn A. Shay**<br>*as Personal Representative of the Estate of Maureen Shay, Deceased Parent of Robert J. Shay, Jr., Deceased* | represented by | **Carolyn A. Shay**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **James Edward Shay**<br>*as Personal Representative of the Estate of Robert John Shay, Sr., Deceased Parent of Robert J. Shay, Jr., Deceased* | represented by | **James Edward Shay**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Robert Daniel Sheehan**<br>*as Personal Representative of the Estate of Daniel John Sheehan, Deceased Parent of Linda June Sheehan, Deceased* | represented by | **Robert Daniel Sheehan**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Mary Ann Sherry**<br>*as Personal Representative of the Estate of Frank Sherry, Deceased Parent of John Anthony Sherry, Deceased* | represented by | **Mary Ann Sherry**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Maureen Sherry**<br>*as Personal Representative of the Estate of John Michael Sherry, Deceased Child of John Anthony Sherry, Deceased* | represented by | **Maureen Sherry**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jacqueline M. Seremetis**<br>*as Surviving Child of W. David Bauer, II, a 9/11 decedent* | represented by | **Dorothea Capone**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jin Han Park**<br>*s Personal Representative of the Estate of Jung Hea Shin, Deceased Parent of Gye Hyong Park, Deceased* | represented by | **Jin Han Park**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Irene Ann Lesiw**<br>*as Co−Personal Representatives of the Estate of Jaroslawa Skala, Deceased Parent1 of John Peter Skala, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Michael John Skala**<br>*as Co−Personal Representatives of the Estate of Jaroslawa Skala, Deceased Parent1 of John Peter Skala, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Nicholas Jesse Giordano**<br>*Individually as Child of Jeffrey* | represented by | **John Duane**<br>(See above for address) |

| | | |
|---|---|---|
| *Giordano, Deceased* | | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Brenda Smith Clark**<br>*as Co−Personal Representatives of the Estate of Arthur Abraham Smith, Deceased Parent of Jeffrey R. Smith, Deceased* | represented by | **Brenda Smith Clark**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Antonio Jose Guadalupe**<br>*Individually as Child of Jose Antonio Guadalupe, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jerrald Smith**<br>*s Co−Personal Representatives of the Estate of Arthur Abraham Smith, Deceased Parent of Jeffrey R. Smith, Deceased* | represented by | **Jerrald Smith**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Brenda Smith Clark**<br>*as Co−Personal Representatives of the Estate of Madeline W. Smith, Deceased Parent of Jeffrey R. Smith, Deceased* | represented by | **Brenda Smith Clark**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Jerrald Smith**<br>*as Co−Personal Representatives of the Estate of Madeline W. Smith, Deceased Parent of Jeffrey R. Smith, Deceased* | represented by | **Jerrald Smith**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Philip Trumbull Smith, III**<br>*as Co− Personal Representatives of the Estate of Philip Trumbull Smith, Jr., Deceased Parent of Karl T. Smith, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Matthew G. Smith**<br>*as Co−Personal Representative of the Estate of Philip Trumbull Smith, Jr., Deceased Parent of Karl T. Smith, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Matthew G. Smith**<br>*as Co− Personal Representatives of the Estate of Georgia K. Smith, Deceased Parent of Karl T. Smith, Deceased*<br>*TERMINATED: 06/10/2025* | represented by | **Matthew G. Smith**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Philip Trumbull Smith, III**<br>*as Co− Personal Representatives of the* | represented by | **Philip Trumbull Smith, III**<br>PRO SE |

*Estate of Georgia K. Smith, Deceased*
*Parent of Karl T. Smith, Deceased*

**Plaintiff**

**Barbara Ann Schielzo** represented by **Barbara Ann Schielzo**
*as Personal Representative of the Estate of Annette Smith, Deceased Parent of Catherine T. Smith, Deceased*
PRO SE

**Plaintiff**

**Eileen Smith** represented by **Eileen Smith**
*as Personal Representative of the Estate of William J. Smith, Jr., Deceased Sibling of Joann Tabeek, Deceased*
PRO SE

**Plaintiff**

**Tammy Lynn Sopper−Segovia** represented by **Tammy Lynn Sopper−Segovia**
*as Co− Personal Representatives of the Estate of Raymond William Sopper, Deceased Parent of Mari−Rae Sopper, Deceased*
PRO SE

**Plaintiff**

**Suzanne T. Sopper** represented by **John Duane**
*as Co− Personal Representatives of the Estate of Raymond William Sopper, Deceased Parent of Mari−Rae Sopper, Deceased*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Andrew Spagnoletti** represented by **Paul Andrew Spagnoletti**
*as Personal Representative of the Estate of Maria S. Spagnoletti, Deceased Parent of Gregory T. Spagnoletti, Deceased*
PRO SE

**Plaintiff**

**Alan Shimel** represented by **Alan Shimel**
*as Personal Representative of the Estate of Ina Stanley, Deceased Sibling of Myrna Yaskulka, Deceased*
PRO SE

**Plaintiff**

**Therese Stark** represented by **Therese Stark**
*as Personal Representative of the Estate of Rosemary Ann Stark, Deceased Parent of Jeffrey Stark, Deceased*
PRO SE

**Plaintiff**

**Susan S. Stewart** represented by **John Duane**
*as Personal Representative of the Estate of Joan B. Stewart, Deceased Parent of Richard H. Stewart, Deceased*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Joseph Straine** represented by **John Duane**
*as Co−Personal Representatives of the*
(See above for address)

| | | |
|---|---|---|
| *Estate of Mary Emma Straine, Deceased Parent of James J. Straine, Jr., Deceased* | | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Straine**<br>*as Co−Personal Representatives of the Estate of Mary Emma Straine, Deceased Parent of James J. Straine, Jr., Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kevin Joseph Straine**<br>*as Co−Personal Representatives of the Estate of James Joseph Straine, Deceased Parent of James J. Straine, Jr., Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Straine**<br>*as Co−Personal Representative of the Estate of James Joseph Straine, Deceased Parent of James J. Straine, Jr., Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Richard J. Sullivan**<br>*as Personal Representative of the Estate of Kathleen Marie Sullivan, Deceased Sibling of Kevin Michael McCarthy, Deceased* | represented by | **Richard J. Sullivan**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Christine Verzosa Trotta**<br>*as Personal Representative of the Estate of Estrella V. Sumaya, Deceased Parent of Hilario Soriano Sumaya, Jr., Deceased* | represented by | **Christine Verzosa Trotta**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Lisa Verzosa Sumaya**<br>*as Personal Representative of the Estate of Charito Verzosa Sumaya, Deceased Sibling of Hilario Soriano Sumaya, Jr., Deceased* | represented by | **Lisa Verzosa Sumaya**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Anne Elizabeth Sweeney**<br>*as Co− Personal Representatives of the Estate of Leonard Hugh Sweeney, Deceased Parent of Brian D. Sweeney, Deceased* | represented by | **Anne Elizabeth Sweeney**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **John Patrick Sweeney**<br>*as Co− Personal Representatives of the Estate of Leonard Hugh Sweeney, Deceased Parent of Brian D. Sweeney, Deceased* | represented by | **John Patrick Sweeney**<br>PRO SE |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Daniel F. Tangel**<br>*as Personal Representative of the Estate of Marianne Halderman Tangel, Deceased Sibling of David Halderman, Deceased* | represented by | **Daniel F. Tangel**<br>PRO SE |
| **Plaintiff** | | |
| **Victoria Jane Melone**<br>*as Personal Representative of the Estate of Kenneth Thomas Tarantino, Deceased Parent of Kenneth Joseph Tarantino, Deceased* | represented by | **Victoria Jane Melone**<br>PRO SE |
| **Plaintiff** | | |
| **Charles John Tarrou**<br>*as Personal Representative of the Estate of James Tarrou, Deceased Parent of Michael C. Tarrou, Deceased* | represented by | **Charles John Tarrou**<br>PRO SE |
| **Plaintiff** | | |
| **Charles John Tarrou**<br>*as Personal Representative of the Estate of Patricia Peterson Tarrou, Deceased Parent of Michael C. Tarrou, Deceased* | represented by | **Charles John Tarrou**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Rosanna Patricia Tartaro**<br>*as Personal Representative of the Estate of William Tartaro, Deceased Parent of Ronald G. Tartaro, Deceased* | represented by | **Rosanna Patricia Tartaro**<br>PRO SE |
| **Plaintiff** | | |
| **Mary Kaye Crenshaw**<br>*as Personal Representative of the Estate of James H. Taylor, Deceased Parent of Michael M. Taylor, Deceased* | represented by | **Mary Kaye Crenshaw**<br>PRO SE |
| **Plaintiff** | | |
| **Christine Elizabeth Thompson**<br>*as Personal Representative of the Estate of Edward Thompson, Deceased Parent of Glenn Edward Thompson, Deceased* | represented by | **Christine Elizabeth Thompson**<br>PRO SE |
| **Plaintiff** | | |
| **Monte S. Payne**<br>*as Personal Representative of the Estate of Charlette M. Thompson, Deceased Spouse of Perry Thompson, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Christine Elizabeth Thompson**<br>*as Personal Representative of the Estate of Violet Morton Thompson, Deceased Parent of Glenn Edward Thompson, Deceased* | represented by | **Christine Elizabeth Thompson**<br>(See above for address)<br>PRO SE |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Helen Mary Tierney**<br>*as Personal Representative of the Estate of John Tierney, Deceased Parent of John P. Tierney, Deceased* | represented by | **Helen Mary Tierney**<br>PRO SE |
| **Plaintiff** | | |
| **Ross Leonid Tisnovsky**<br>*as Personal Representative of the Estate of Leonid Tisnovsky, Deceased Parent of Helen Belilovsky, Deceased* | represented by | **Ross Leonid Tisnovsky**<br>PRO SE |
| **Plaintiff** | | |
| **George Daniel Trost**<br>*as Personal Representative of the Estate of Marie Claire Trost, Deceased Parent of Gregory J. Trost, Deceased* | represented by | **George Daniel Trost**<br>PRO SE |
| **Plaintiff** | | |
| **Stamatios Konstantinos Tzemis**<br>*as Personal Representative of the Estate of Nancy Doris Tzemis, Deceased Parent of Jennifer Lynn Tzemis, Deceased* | represented by | **Stamatios Konstantinos Tzemis**<br>PRO SE |
| **Plaintiff** | | |
| **Melissa Mary Prevey**<br>*as Co−Personal Representatives of the Estate of Donald Joseph Vadas, Deceased Parent of Bradley Hodges Vadas, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Christopher Scott Vadas**<br>*as Co−Personal Representatives of the Estate of Donald Joseph Vadas, Deceased Parent of Bradley Hodges Vadas, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jeanette Vigiano**<br>*as Personal Representative of the Estate of John Thomas Vigiano, Deceased Parent of John Thomas Vigiano, II, Deceased* | represented by | **Jeanette Vigiano**<br>PRO SE |
| **Plaintiff** | | |
| **Jeanette Vigiano**<br>*as Personal Representative of the Estate of John Thomas Vigiano, Deceased Parent of Joseph Vincent Vigiano, Deceased* | represented by | **Jeanette Vigiano**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Diane Frances Antolos**<br>*as Personal Representative of the Estate of Frances Vignola, Deceased Parent of Frank J. Vignola, Jr., Deceased* | represented by | **Diane Frances Antolos**<br>PRO SE |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Diane Braitsch**<br>*as Personal Representative of the Estate of Antoinette Vilardo, Deceased Parent of Joseph B. Vilardo, Deceased* | represented by | **Diane Braitsch**<br>PRO SE |
| **Plaintiff** | | |
| **Diane Braitsch**<br>*as Personal Representative of the Estate of Benedict J. Vilardo, Deceased Parent of Joseph B. Vilardo, Deceased* | represented by | **Diane Braitsch**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Maribel Topaltzas**<br>*as Personal Representative of the Estate of Jaime Villalobos, Deceased Parent of Claribel Hernandez, Deceased* | represented by | **Maribel Topaltzas**<br>PRO SE |
| **Plaintiff** | | |
| **Maria Ann Visciano**<br>*as Personal Representative of the Estate of Frank Visciano, Deceased Parent of Joseph Gerard Visciano, Deceased* | represented by | **Maria Ann Visciano**<br>PRO SE |
| **Plaintiff** | | |
| **Brian Peter Vitale**<br>*as Personal Representative of the Estate of Michael B. Vitale, Deceased Parent of Joshua S. Vitale, Deceased* | represented by | **Brian Peter Vitale**<br>PRO SE |
| **Plaintiff** | | |
| **Sonja M. Vukosa**<br>*Sonja M. Vukosa, as Personal Representative of the Estate of Irma Vukosa, Deceased Parent of Alfred Vukosa, Deceased* | represented by | **Sonja M. Vukosa**<br>PRO SE |
| **Plaintiff** | | |
| **Nassima Moulfi Wachtler**<br>*as Personal Representative of the Estate of Paul William Wachtler, Deceased Parent of Gregory Kamal Bruno Wachtler, Deceased* | represented by | **Nassima Moulfi Wachtler**<br>PRO SE |
| **Plaintiff** | | |
| **Michele Jan Miller**<br>*as Personal Representative of the Estate of Kenneth Joel Wallace, Deceased Parent of Mitchel Scott Wallace, Deceased* | represented by | **Michele Jan Miller**<br>PRO SE |
| **Plaintiff** | | |
| **Susan K. Keasler**<br>*as Personal Representative of the Estate of Denise K. Keasler, Deceased Parent of Karol Ann Keasler, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Melissa Ezro**<br>*as Personal Representative of the Estate of Elizabeth Anna Kemmerer, Deceased Child of Hildegard Marie Marcin, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Scott C. Calley**<br>*as Personal Representative of the Estate of Norma Jean Keleher, Deceased Parent of Suzanne M. Calley, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Paul Edward Van Laere**<br>*individually as Sibling and as the Co−Representative of the Estate of Daniel Maurice Van Laere, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Rita Marie Wiley**<br>*individually as Sibling and as the Co−Representative of the Estate of Daniel Maurice Van Laere, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kristen M. Keene**<br>*on behalf of Mazalee Morgan Keene, Individually as Child of Leo Russell Keene, III, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Carolyn Alysa Koestner**<br>*Individually as Child of Frank J. Koestner, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Patrick Mate Lyons**<br>*Individually as Child of Patrick John Lyons, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Megan K. Maloney**<br>*Individually as Child of Joseph Edward Maloney, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Joseph Eric Maloney**<br>*Individually as Child of Joseph Edward Maloney, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| | represented by | |

**Antonio Isaias Rivera**
*Individiually as child of Isaias Rivera, Deceased*

**John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alexander Jordan Selwyn Rosenblum**
*Individually as Child of Howard Selwyn, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nicole Jean Sabella**
*Individually as Child of Thomas E. Sabella, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Edward Sabella**
*Individually as Child of Thomas E. Sabella, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kelsie Marie Scofield**
*Individually as Child of Glenn E. Wilkinson, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven D. Irgang**
*as Personal Representative of the Estate of Joanne Irgang, Deceased Parent of Douglas Jason Irgang, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gail Sue Lindner**
*as Personal Representative of the Estate of Robert Edmund Johnson, Deceased Parent of Dennis Michael Johnson, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kathleen Ann Doolan**
*as Personal Representative of the Estate of Patricia B. Knox, Deceased Parent of Thomas Patrick Knox, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Ksido**
*as Personal Representative of the Estate of Felix Ksido, Deceased Spouse of Lyudmila Ksido, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tracy Johnson**
*as Personal Representative of the*

represented by **John Duane**
(See above for address)

*Estate of Eric Thomas Laborie, Deceased Spouse of Kathryn L. Laborie, Deceased*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Edward James Colligan**
*as Personal Representative of the Estate of Eileen Ladley, Deceased Sibling of James Patrick Ladley, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dominick R. LaFalce**
*as Personal Representative of the Estate of Dominick Vincent LaFalce, Jr., Deceased Sibling of Joseph A. LaFalce, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony R. Lanza, Sr.**
*as Personal Representative of the Estate of Doreen Ann Lanza, Deceased Sibling of Thomas Sparacio, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Doreen Jurczyk**
*as Co−Personal Representative of the Estate of Edward R. Lasko, Deceased Parent of Gary E. Lasko, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deborah Lasko**
*as Co−Personal Representative of the Estate of Edward R. Lasko, Deceased Parent of Gary E. Lasko, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Jane LaVache**
*as Personal Representative of the Estate of Joseph L. LaVache, Deceased Spouse of Maria LaVache, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas A. LaVerde**
*as Personal Representative of the Estate of Dolores Mary LaVerde, Deceased Parent of Jeannine M. LaVerde, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deena Laverty−Castineira**
*as Personal Representative of the Estate of Kevin P. Laverty, Deceased Spouse of Anna A. Laverty, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Suzanne Burns Lawrence**
*as Personal Representative of the Estate of Eileen Lawrence, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*

*Parent of Robert A. Lawrence, Jr., Deceased* — *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Suzanne Burns Lawrence**
*as Personal Representative of the Estate of Robert A. Lawrence, Sr., Deceased Parent of Robert A. Lawrence, Jr., Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sondra Beverly Foner**
*as Personal Representative of the Estate of Stella Lazzara, Deceased Parent of Joel Miller, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Jay Lefkowitz**
*as Personal Representative of the Estate of Lillian Lefkowitz, Deceased Parent of Stephen Paul Lefkowitz, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Jay Lefkowitz**
*as Personal Representative of the Estate of Rubin Lefkowitz, Deceased Parent of Stephen Paul Lefkowitz, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ruth Myriam Lemagne**
*as Personal Representative of the Estate of Prudencio Lemagne, Deceased Parent of David Prudencio Lemagne, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Lenihan**
*as Personal Representative of the Estate of Ann K. Lenihan, Deceased Parent of Joseph A. Lenihan, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jo−Ann Licciardi**
*as Personal Representative of the Estate of Sebastiano Licciardi, Deceased Parent of Ralph Michael Licciardi, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mindi A. Cohen**
*as Personal Representative of the Estate of Marcia Lillianthal, Deceased Parent of Steven Barry Lillianthal, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

| | | |
|---|---|---|
| **Lucille Ann Bleimann**<br>*as Personal Representative of the Estate of Virginia M. Liquori, Deceased Sibling of Marianne Simone, Deceased* | | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Claire Logler**<br>*as Personal Representative of the Estate of Robert Francis Logler, Deceased Parent of Elizabeth C. Logler, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Valentina Lygina**<br>*as Personal Representative of the Estate of Vladimir Lygin, Deceased Parent of Alexander Lygin, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Daniel John Lynch**<br>*as Personal Representative of the Estate of Daniel Francis Lynch, Deceased Parent of Michael Francis Lynch, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Joan Marie Paradis**<br>*as Personal Representative of the Estate of Paul T. Lynch, Deceased Sibling of Michael Francis Lynch, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Barbara Ann McManus**<br>*as Personal Representative of the Estate of Catherine Theresa Lynch, Deceased Parent of Michael Francis Lynch, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Irene Sofia Lyons−Loeffler**<br>*as Personal Representative of the Estate of Patricia Ellen Lyons, Deceased Parent of Patrick John Lyons, Deceased* | represented by | **Irene Sofia Lyons−Loeffler**<br>PRO SE |
| **Plaintiff** | | |
| **Donald MacEwen, Jr.**<br>*as Personal Representative of the Estate of Debra MacEwen (a/k/a Luzzicone), Deceased Sibling of Linda Anne Luzzicone, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Donna Maffeo**<br>*as Personal Representative of the Estate of Louis Maffeo, Deceased Parent of Joseph Maffeo, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |

| | | |
|---|---|---|
| **Donna Maffeo**<br>*as Personal Representative of the Estate of Jean Mary Maffeo, Deceased Parent of Joseph Maffeo, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Keith Elliott Maler**<br>*as Personal Representative of the Estate of Michael A. Maler, Sr., Deceased Parent of Alfred Russell Maler, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Keith Elliott Maler**<br>*as Personal Representative of the Estate of Beverly M. Maler, Deceased Parent of Alfred Russell Maler, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Michael Margiotta**<br>*as Personal Representative of the Estate of Charles V. Margiotta, Deceased Parent of Charles Joseph Margiotta, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **James Martin Marino**<br>*as Personal Representative of the Estate of Antonina Joan Marino, Deceased Parent of Vita Marino, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Eric Steven Thieringer**<br>*as Personal Representative of the Estate of Deborah D. Martin, Deceased Spouse of William Joseph Martin, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Rudolfo F. Mastrocinque, Sr.**<br>*as Personal Representative of the Estate of Isabelle Mastrocinque, Deceased Parent of Rudy Mastrocinque, Jr., Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **ACE Capital V Ltd for itself and as representative of all subscribing underwriters for ACE Global Markets Syndicate 2488** | represented by | **Sean Carter**<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **ACE INA Canada** | represented by | **Sean Carter**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Ace Indemnity Insurance Company** | represented by | **Sean Carter**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Ace American Insurance Company** | represented by | **Ace American Insurance Company**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **ACE Bermuda Insurance Ltd.** | represented by | **ACE Bermuda Insurance Ltd.**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Ace Insurance SA−NV** | represented by | **Sean P. Carter**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Ace Property & Casualty Insurance Company** | represented by | **Sean P. Carter**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Ace Insurance SA−NV** | represented by | **Sean P. Carter**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **AXA Corporate Solutions Assurance UK Brand** | represented by | **Sean Carter**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **AXA Corporate Solutions Insurance Company** | represented by | **Sean Carter**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **AXA Corporate Solutions Insurance Company** | represented by | **Sean Carter**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Woburn Insurance Ltd.** | represented by | **Sean P. Carter**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Westchester Surplus Lines Insurance Company** | represented by | **Sean P. Carter**<br>(See above for address)<br>*LEAD ATTORNEY* |

| | | |
|---|---|---|
| | | *PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Westchester Fire Insurance Company** | represented by | **Sean P. Carter**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **SPS Reassurance** | represented by | **Sean P. Carter**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Pacific Employers Insurance Company** | represented by | **Sean P. Carter**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Euro Brokers Inc.** | represented by | **Robert Haefele**<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Tradesoft Technologies, Inc.** | represented by | **Robert Haefele**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Tradesoft Technologies, Inc.** | represented by | **Robert Haefele**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Euro Brokers Switzerland S.A.** | represented by | **Robert Haefele**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **AXA RE Asia Pacific Pte. Limited** | represented by | **Sean P. Carter**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **AXA Corporate Solutions Reinsurance Company** | represented by | **Sean P. Carter**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **AXA Cessions** | represented by | |

**Sean P. Carter**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Compagnie Generale de Reinsurance de Monte Carlo** represented by **Sean P. Carter**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pamela Bittner−Conley**
*as Personal Representative of the Estate of Donald Bittner, deceased, the late parent of Jeffrey Bittner* represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Stewart**
*as Personal Representative of the Estate of Dorothy Belcher, deceased, the late parent of Chapelle Sarker* represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marianne Kelly** represented by **David J. Dickens**
The Miller Firm
108 Railroad Avenue
Orange, VA 22960
(540) 672−4224
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Keith Morgan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jean Nebbia**
*as Co−Executrixes of the Estate of* represented by **Dorothea M Capone**
(See above for address)

| | | |
|---|---|---|
| *Patricia A. Schlag, deceased* | | *LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Ellen Hughes**<br>*as Co−Executrixes of the Estate of Patricia A. Schlag, deceased* | represented by | **Dorothea M Capone**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jean Nebbia**<br>*as Co−Personal Representatives of the Estate of Donald Schlag, deceased* | represented by | **Dorothea M Capone**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Ellen Hughes**<br>*as Co−Personal Representatives of the Estate of Donald Schlag, deceased* | represented by | **Ellen Hughes**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Diane B. Aguiar**<br>*as Personal Representative of the Estate of Joao A. Aguiar, Sr., Deceased Parent of Joao A. Aguiar, Jr., Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Darlene M. Keohane**<br>*individually and as the Personal Representative of the Estate of John Richard Keohane, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Laura D. Fornuff**<br>*as Personal Representative of the Estate of Janet A. Dunstan, Deceased Spouse of Richard Anthony Dunstan, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Antonio Temple**<br>*as Co−Representative of the Estate of Jacqueline Faye Temple, Deceased Sibling of Dorothy Pearl Temple, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Valencia Temple**<br>*as Co−Representative of the Estate of Jacqueline Faye Temple, Deceased Sibling of Dorothy Pearl Temple, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Robert J. Fox**<br>*as Co−Representative of the Estate of Arthur S. Wildman, Jr., Deceased Parent of Alison M. Wildman, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**George T. Wildman** represented by **John Duane**
*as Co−Representative of the Estate of Arthur S. Wildman, Jr., Deceased Parent of Alison M. Wildman, Deceased*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Edward DelleFemine, Sr.** represented by **John Duane**
*as Personal Representative of the Estate of Hope Louise Dellefemine, Deceased Parent of Carol Marie Bouchard, Deceased*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kelly Grady** represented by **John Duane**
*as Personal Representative of the Estate of Brendan M. Grady, Deceased Sibling of Christopher Michael Grady, Deceased*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theodore S. Beck** represented by **John Duane**
*as Representative of the Estate of Susan Beck, Deceased*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Scott David Beck** represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laura Mary Bilcher−Steffensen** represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Janine Ashley Birt** represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anna Marie Bocchino** represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stacey Marie Booker** represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Laverne Booker** represented by **John Duane**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sonya Booker** represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bradley Blakeslee Bullis** represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Andrew Bullis** represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elizabeth Frances Bullis−Wiese** represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maureen Lucille Campbell** represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Benjamin Campbell** represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Ian Campbell** represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Russell B. Connors** represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Teresa Veling Czark** represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lisa Ann DeAngelis** represented by

**John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jenna Marie DeAngelis** represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Joan Marie DeAngelis** represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael David Fiedel** represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diane Lorraine Hunt** represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Daniel Walter Hunt** represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Keith King** represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Peter John Lynch**
*as Representative of the Estate of James Francis Lynch, Deceased* represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**May−Lis Manley** represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Edward Manley, Jr.** represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Lisa Caroline Miller−Kelly** | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lauren Coombs Murphy** | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Mary Elizabeth Platek** | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Tina Gaetana Pullis** | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Susan Fennell**<br>*Parent of Edwin J. Graf, III* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Susan Fennell**<br>*Parent of Edwin J. Graf, III* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Nicky Santiago**<br>*Spouse of Giovanna Porras* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Maria Elena Santana** | represented by | **Jerry Goldman**<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Petrolina Sencion**<br>*Parent of Maxima Jean−Pierre* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Lisa DeRienzo**<br>*Sibling of Michael DeRienzo* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |

| | | |
|---|---|---|
| **Reza Mashayekhi**<br>*Personal Representative of Darya Lin* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Georgette Conroy**<br>*Spouse of Kevin Conroy* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kimmie Chedel**<br>*Personal Representative of Frank Doyle* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kimmie Chedel**<br>*Spouse of Frank Doyle* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Zoe Doyle**<br>*Child of Frank Doyle* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Garrett Doyle**<br>*Child of Frank Doyle* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Stacy Paolozzi**<br>*as the Personal Representative of the Estate of Estelle Pershep, deceased, the late spouse of Franklin Pershep* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Christopher Pohlmann**<br>*Child of William H. Pohlmann* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Deirdre Ruddle**<br>*Sibling of David Ruddle* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Andrew Erker**<br>*Child of Erwin Erker* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Paige Jenna Tipaldi** | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Erica Zimmerman−Basnicki** | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Stacy Paolozzi**<br>*TERMINATED: 07/30/2025* | represented by | **Stacy Paolozzi**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Brian Fine**<br>*as Personal Representative of the Estate of Sharyn Fine* | represented by | **Brian Fine**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Deborah Ivory** | represented by | **Deborah Ivory**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Christopher Cuomo**<br>*Westchester County Public Administrator, as Personal Representative of the Estate of Timothy Langer* | represented by | **Christopher Cuomo**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Andrew C. Kelly** | represented by | **Andrew C. Kelly**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Danielle Kelly** | represented by | **Danielle Kelly**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Thomas Kelly** | represented by | **Thomas Kelly**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Danielle Kelly**<br>*as the Personal Representative of the Estate of Sean Kelly* | represented by | **Danielle Kelly**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Sarah Cherry** | represented by | **Sarah Cherry**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Sarah Cherry** | represented by | **Sarah Cherry**<br>(See above for address)<br>PRO SE |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Emma Cherry** | represented by | **Emma Cherry**<br>PRO SE |
| **Plaintiff** | | |
| **Isabel Cherry** | represented by | **Isabel Cherry**<br>PRO SE |
| **Plaintiff** | | |
| **John Cherry** | represented by | **John Cherry**<br>PRO SE |
| **Plaintiff** | | |
| **Catherine Allen** | represented by | **Catherine Allen**<br>PRO SE |
| **Plaintiff** | | |
| **John Hartz, Jr.** | represented by | **John Hartz, Jr.**<br>PRO SE |
| **Plaintiff** | | |
| **Jaimenys Taveras** | represented by | **Jaimenys Taveras**<br>PRO SE |
| **Plaintiff** | | |
| **Jaimercedes Taveras** | represented by | **Jaimercedes Taveras**<br>PRO SE |
| **Plaintiff** | | |
| **Jaimelin Taveras** | represented by | **Jaimelin Taveras**<br>PRO SE |
| **Plaintiff** | | |
| **Andrew Godsil** | represented by | **Andrew Godsil**<br>PRO SE |
| **Plaintiff** | | |
| **William Carson** | represented by | **William Carson**<br>PRO SE |
| **Plaintiff** | | |
| **Stephen Carson** | represented by | **Stephen Carson**<br>PRO SE |
| **Plaintiff** | | |
| **John M. Galvin Sr.** | represented by | **John M. Galvin Sr.**<br>PRO SE |
| **Plaintiff** | | |
| **Kathy Callahan** | represented by | **Kathy Callahan**<br>PRO SE |
| **Plaintiff** | | |
| **Deborah Cremona**<br>*a/k/a Deborah Forde* | represented by | **Deborah Cremona**<br>PRO SE |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Grace Salinardi** | represented by | **Grace Salinardi**<br>PRO SE |
| **Plaintiff** | | |
| **Grace Salinardi**<br>*as co−Personal Representatives of the Estate of Richard Salinardi, Jr.* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jason Salinardi**<br>*as co−Personal Representatives of the Estate of Richard Salinardi, Jr.* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jason Salinardi**<br>*Siblings of Richard Salinardi, Jr.* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Jayme Salinardi**<br>*Sibling of Richard Salinardi, Jr.* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Michael Roberts**<br>*Child of Leo Roberts* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Taylor Roberts**<br>*Child of Leo Roberts* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Diverra M. Galvin**<br>*Co Personal Representative of Thomas Gavin* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Michael Slavin**<br>*Child of Vincent Slavin* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Mary Jo Slavin**<br>*Spouse of Vincent Slavin* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Jacqueline Beard−Edwards**
*Personal Representativ of Michael Edwards*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jacqueline Beard−Edwards**
*Spouse of Michael Edwards*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ashley McBrayer**
*Child of Gary Herold*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Catherine Lyn−Shue**
*Personal Representative of Francisco Munoz*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Catherine Lyn−Shue**
*Spouse of Francisco Munoz*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Stewart**
*Silbing of Chapelle Sarker*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Theresa Russo−Kempf**
*as the Personal Representative of the Estate of Michael Russo, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Russo*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hilary Hans**
*as the co−Personal Representative of the Estate of Ronald J. Ruben, deceased, and on behalf of all legally entitled beneficiaries and family members of Ronald J. Ruben*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth Lum**
*Personal Representative of William Lum*
represented by **Kenneth Lum**
PRO SE

**Plaintiff**

**Leslie C. Ruben**
*as the co−Personal Representative of the Estate of Ronald J. Ruben, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald J. Ruben*
represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth Lum**
*Sibling of William Lum*
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Debra Dennis**
*Spouse of Kevin Dennis*
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ryan Dennis**
*Child of Kevin Dennis*
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Debra Dennis**
*Personal Representative of Kevin Dennis*
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marva May**
*Personal Representative of Tyrone May*
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Marva May**<br>*Spouse of Tyrone May* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Mary Lou Moss** | represented by | **Mary Lou Moss**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Mary Lou Moss**<br>*Spouse* | represented by | **Mary Lou Moss**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Ashten Moss** | represented by | **Ashten Moss**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Tyrone May, Jr.**<br>*Child of Tyrone May* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Connor Moss**<br>*Child* | represented by | **Connor Moss**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Deborah Lloyd**<br>*Sibling of Amy R. King* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Christine OReilly**<br>*PR* | represented by | **Christine OReilly**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Christine OReilly**<br>*Spouse* | represented by | **Christine OReilly**<br>(See above for address)<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Howard Gelling Sr**<br>*Parent* | represented by | **Howard Gelling Sr**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Deborah Mulford**<br>*Sibling* | represented by | **Deborah Mulford**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **William Gelling**<br>*Sibling* | represented by | **William Gelling**<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Catalina Louie**<br>*Child* | represented by | **Catalina Louie**<br>PRO SE |

| | | |
|---|---|---|
| **Plaintiff** | | |
| **Cassandra Louie**<br>*Child* | represented by | **Cassandra Louie**<br>PRO SE |
| **Plaintiff** | | |
| **Ken Yazawa Reibman**<br>*Child*<br>*also known as*<br>Calvin Louie | represented by | **Ken Yazawa Reibman**<br>PRO SE |
| **Plaintiff** | | |
| **Ondre Forde**<br>*Child* | represented by | **Ondre Forde**<br>PRO SE |
| **Plaintiff** | | |
| **Sunny Chiang**<br>*PR* | represented by | **Sunny Chiang**<br>PRO SE |
| **Plaintiff** | | |
| **Sunny Chiang**<br>*Spouse* | represented by | **Sunny Chiang**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **Devonte Carter**<br>*Child* | represented by | **Devonte Carter**<br>PRO SE |
| **Plaintiff** | | |
| **Devonte Carter**<br>*Spouse (Deceased) as Personal Represenative of the Estate of Andre Carter* | represented by | **Devonte Carter**<br>(See above for address)<br>PRO SE |
| **Plaintiff** | | |
| **John Doe**<br>*156 PR* | represented by | **John Doe**<br>PRO SE |
| **Plaintiff** | | |
| **Pamela Bittner−Conley**<br>*Sibling* | represented by | **Pamela Bittner−Conley**<br>PRO SE |
| **Plaintiff** | | |
| **Elliot Dennis**<br>*Child of 9/11 Decedent Kevin Dennis* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Debra Andreacchio**<br>*Sibling of John Andreacchio* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Peter Biggart**<br>*Child of 9/11 Decedent William C. Biggart* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Marcella Bittner**
*Personal Representative of the Estate of Michael Bittner, Deceased Sibling of 9/11 Decendent Jeffrey Bittner*
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cristian Diaz−Piedra**
*Child of 9/11 Decendent Michael Diaz−Piedra*
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Ruddle**
*Sibling of 9/11 Decendent David Ruddle*
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kyle Foster**
*Personal Representative of the Estate of Kenneth Foster, Deceased Spouse of 9/11 Decendent Sandra N. Foster*
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Migliaccio**
*Personal Representative of the Estate of James Schuler, Deceased Spouse of Susan Lee Schuler*
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Darren Pohlmann**
*Child of 9/11 Decendent William H. Pohlmann*
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kitty Eileen Bunin**
*as Personal Representative of the Estate of Corinne Loretta Bunin, Deceased Parent of Stephen Bunin, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gregory Fumando**
*as Personal Representative of the Estate of Clement Fumando, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Philip J. Murray**
*as Co−Personal Representative of the Estate of Philip C. Murray, Deceased Parent of John J. Murray, Deceased*
represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

| | | |
|---|---|---|
| **Michael Christopher Murray**<br>*as Co−Personal Representative of the Estate of Philip C. Murray Deceased Parent of John J. Murray, Deceased* | | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Alexandra Brzezinski**<br>*as Personal Representative of the Estate of Conrad S. Olender, Deceased Sibling of Christine Olender, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Wieslaw Olender**<br>*as Co−Personal Representative of the Estate of Stella Olender, Deceased Parent of Christine Olender, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Angela Pesce**<br>*as Co−Personal Representative of the Estate of Paolo Pesce, Deceased Parent of Danny Pesce, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Frank Pesce**<br>*as Co−Personal Representative of the Estate of Paolo Pesce, Deceased Parent of Danny Pesce, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Tammy Sopper Segovia**<br>*as Co−Personal Representative of the Estate of Raymond William Sopper, Deceased Parent of Mari−Rae Sopper, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Kiesha Laneen Washington−Dean**<br>*as Co−Personal Representative of the Estate of Christopher Shawn Washington, Deceased Child of Derrick Christopher Washington, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **Malik Ziaire Washington**<br>*as Co−Personal Representative of the Estate of Christopher Shawn Washington, Deceased Child of Derrick Christopher Washington, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| **John Francis Weinberg**<br>*as Co−Personal Representative of the Estate of Mary P. Weinberg, Deceased Parent of Michael T. Weinberg, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** | | |
| | represented by | |

| | | |
|---|---|---|
| **Morton Weinberg**<br>*as Co−Personal Representative of the Estate of Mary P. Weinberg, Deceased Parent of Michael T. Weinberg, Deceased* | | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Jay Steven Winuk**<br>*as Co−Personal Representative of the Estate of Elaine Shirley Winuk, Deceased Parent of Glenn J. Winuk , Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Gordon Huie**<br>*as Co−Personal Representative of the Estate of Tennyson Huie, Deceased Parent of Susan Huie, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Teresa Difato**<br>*as Personal Representative of the Estate of Antonio DiFato, Deceased Parent of John DiFato, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Patricia Huie**<br>*as Co−Personal Representative of the Estate of Tennyson Huie, Deceased Parent of Susan Huie, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Karen B. Richards**<br>*as Personal Representative of the Estate of Jim Dale Richards, Deceased Sibling of Claude Daniel Richards, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **William Lawrence Horrocks, Jr.**<br>*as Personal Representative of the Estate of Linda Jane Horrocks, Deceased Parent of Michael Robert Horrocks, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Adam Fischer, III**<br>*as Co−Personal Representative of the Estate of Joan Elizabeth Fischer, Deceased Parent of Debra Lynn Gibbon, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Adam Fischer, III**<br>*, as Co−Personal Representative of the Estate of Adam Fischer, Jr., Deceased Parent of Debra Lynn Gibbon, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Karen P. Murphy**<br>*as Personal Representative of the Estate of Kenneth George Murphy, Deceased Sibling of Raymond E. Murphy, Sr., Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kathleen Ann Lynch**<br>*as Personal Representative of the Estate of Michael Francis Lynch, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Kelly Ann Green−Grady**<br>*as Personal Representative of the Estate of Christopher Michael Grady, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Meena Jerath**<br>*as Personal Representative of the Estate of Prem N. Jerath, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Elisabeth Lynch**<br>*as Personal Representative of the Estate of Robert H. Lynch, Jr., Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Anarkali Sarkar**<br>*as Personal Representative of the Estate of Kalyan K. Sarkar, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Terry Lynn Strada**<br>*as Personal Representative of the Estate of Thomas Strada, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Lorie Jill Van Auken**<br>*as Personal Representative of the Estate of Kenneth Warren Van Auken, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Laura Sterneberg**<br>*as Personal Representative of Estate of Deanna G. Demotte, Deceased Sibling of Canfield D. Boone, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Alexandra Brzezinski**<br>*as Personal Representative of the Estate of John Casimir Olender, Deceased Parent of Christine Olender,* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

*Deceased*

**Plaintiff**

| | | |
|---|---|---|
| **Alexandra Brzezinski**<br>*as Personal Representative of the Estate of Therese Winters, Deceased Sibling of Christine Olender, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Tiffany M. Lynch**<br>*as Personal Representative of the Estate of Jacqueline E. Lynch, Deceased Spouse of Terence M. Lynch, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Nathan Jay Hersch**<br>*as the Personal Representative of the Estate of Jeffrey A. Hersch, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Christian John Horrocks**<br>*as Personal Representative of the Estate of Linda Jane Horrocks, Deceased Parent of Michael Robert Horrocks, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Susan S. Tillier**<br>*as Personal Representative of the Estate of Joan B. Stewart, Deceased Parent of Richard H. Stewart, Jr., Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **William Lawrence Horrocks, Jr.**<br>*as Personal Representative of the Estate of Debra Lynn Brown, Deceased Sibling of Michael Robert Horrocks, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Angela Herold**<br>*as the Personal Representative of the Estate of Gary Herold, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gary Herold* | represented by | **Alexander Greene**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

represented by

| | | |
|---|---|---|
| **Kathryn L. Barrere**<br>*as Personal Representative of the Estate of Eunice K. Hanson, Deceased Parent of Peter B. Hanson, Deceased* | | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Mark L. Madden**<br>*as Personal Representative of the Estate of Michelle Marie Madden, Deceased Parent of Richard B. Madden, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Alfonso Cubas, Jr.**<br>*as Personal Representative of the Estate of Dorothy P. Cubas, Deceased Parent of Kenneth J. Cubas, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Pamela−Sue E. Coombs**<br>*as Personal Representative of the Estate of Charles B. Coombs, IV, Deceased Sibling of Jeffrey W. Coombs, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Consolidated Amended Complaint Plaintiffs** | represented by | **Sean P. Carter**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Jane Doe**<br>*In her own right, on behalf of her minor children, and as Executrix of the Estate of Tom Sawyer, a fictitious name, deceased* | represented by | **Slade Hayes McLaughlin**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Angelo Puma**<br>*as surviving sibling of Debra DiMartino* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Barbara Chucknick**<br>*as the Personal Representative of the Estate of Steven Chucknick, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Steven Chucknick* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Laura Nedell**<br>*individually, as surviving child of Laurence Nedell* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

**Beverly Carlone**
*as the Personal Representative of the Estate of David Carlone, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of David Carlone*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Sol Newman**
*as surviving sibling of Debra DiMartino*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Josephine Tabick**
*individually, as surviving sibling of Debra DiMartino*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Steven Chucknick**
*individually, as surviving child of Steven Chucknick*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Shivam Khandelwal**
*individually, as surviving child of Rajesh Khandelwal*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Kathleen Gelman**
*individually, as surviving sibling of Thomas Kuveikis*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Lorraine Nedell**
*as the Personal Representative of the Estate of Laurence Nedell, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Laurence Nedell*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Shweta Khandelwal**
*as the Personal Representative of the Estate of Rajesh Khandelwal, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Rajesh Khandelwal*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**John McLoughlin**
*as an injured person*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Raul Brito**
*individually, as surviving child of Victoria Alvarez−Brito*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Manu Dhingra**
*as an injured person*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Jamie Brito**
*as the Personal Representative of the Estate of Victoria Alvarez−Brito, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Victoria Alvarez−Brito*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Loubertha Williams**
*as the Personal Representative of the Estate of Jacqueline Young, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jacqueline Young*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Gillian Gransaull Joseph**
*as the Personal Representative of the Estate of Stephen Joseph, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Joseph*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Joseph B. Jurgens**
*as surviving sibling of Thomas Edward Jurgens*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Angela Eacobacci**
*as surviving parent of Joseph Eacobacci*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**William Dickerson**
*individually, as surviving child of Jerry Dickerson*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Connor Regan**
*individually, as surviving child of Thomas Regan*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Judith Knight**
*as Personal Representative of the Estate of Vincent Wisniewski deceased, the late parent of Frank Wisniewski*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Anne Lynn Hayashi**
*as the Personal Representative of the Estate of Stuart (Soo−Jin) Lee, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stuart (Soo−Jin) Lee*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Sydney Ayesha Powell**
*individually, as surviving child of Scott Powell*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Elizabeth Bailey Dickerson**
*individually, as surviving child of Jerry Dickerson*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Tristan Joseph**
*as surviving child of Stephen Joseph*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Vincent Wisniewski**
*as surviving sibling of Frank Wisniewski*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Page Dantzler Dickerson**
*as the Personal Representative of the Estate of Jerry Dickerson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jerry Dickerson*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Lisa A. Schunk**
*as the Co−Personal Representative of the Estate of Edward W. Schunk, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Edward W. Schunk*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Allaistar Regan**
*as surviving child of Thomas Regan*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**William Jimeno**
*as an injured person*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Gayle Regan**
*as the Personal Representative of the Estate of Thomas Regan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Regan*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Ana Cisneros**
*as surviving sibling of Juan Pablo Alvarez Cisneros*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Lidia P Alverez**
*as the Personal Representative of the Estate of Juan Pablo Alvarez Cisneros, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Juan Pablo Alvarez Cisneros*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Kaitlin Fehling**
*as surviving child of Lee Fehling*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**John Doe 118**
*being intended to designate the Personal Representative of the Estate of Joseph Eacobacci, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Danielle Fehling Wasnieski**
*as the Personal Representative of the Estate of Lee Fehling, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lee Fehling*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

represented by

**Amanda Ruddle**
*individually, as surviving child of David Ruddle*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Gail Ingersoll Sezna**
*as the Personal Representative of the Estate of Davis Sezna, Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Davis Grier Sezna, Jr.*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Art Edward Powell**
*as surviving sibling of Scott Powell*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Scott Watkins**
*as surviving child of Scott Powell*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**John Doe 116 being intended to designate the Personal Representative of the Estate of David Ruddle, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or ha**
*TERMINATED: 02/29/2024*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Megan Fehling**
*as surviving child of Lee Fehling*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Jessica Lynn Jurgens**
*as surviving sibling of Thomas Edward Jurgens*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Masia Shurla Riley**
*as the Personal Representative of the Estate of Scott Powell, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Scott Powell*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Davis Grier Sezna**
*as surviving parent of Davis Grier Sezna, Jr.*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Consolidated Plaintiff**</u>

| | | |
|---|---|---|
| **Dean Ross Taylor**<br>*individually, as surviving child of Kip P. Taylor* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>**Consolidated Plaintiff**</u>

| | | |
|---|---|---|
| **Edith Skrzypek**<br>*as the Personal Representative of the Estate of Paul Skrzypek, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul Skrzypek* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>**Consolidated Plaintiff**</u>

| | | |
|---|---|---|
| **Jassiem Dingle**<br>*as surviving child of Jeffrey Dingle* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>**Consolidated Plaintiff**</u>

| | | |
|---|---|---|
| **John Luke Taylor**<br>*individually, as surviving child of Kip P. Taylor* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>**Consolidated Plaintiff**</u>

| | | |
|---|---|---|
| **Albert Skrzypek**<br>*individually, as surviving parent of Paul Skrzypek* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>**Consolidated Plaintiff**</u>

| | | |
|---|---|---|
| **Dean Taylor**<br>*individually, as surviving sibling of Kip P. Taylor* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>**Consolidated Plaintiff**</u>

| | | |
|---|---|---|
| **Denyse D Kruse**<br>*individually, as surviving sibling of Douglas Ketcham* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>**Consolidated Plaintiff**</u>

| | | |
|---|---|---|
| **Mitchell Eacobacci**<br>*individually, as surviving parent of Joseph Eacobacci* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

<u>**Consolidated Plaintiff**</u>

| | | |
|---|---|---|
| **Dennis Ketcham**<br>*as the Personal Representative of the Estate of Douglas Ketcham, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Douglas Ketcham*<br>*TERMINATED: 04/24/2023* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

**Lynda T Scarcella**
*as the Personal Representative of the Estate of Paul Fiori, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul Fiori*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Stefanie Olive**
*as the Personal Representative of the Estate of Alex Ciccone, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Alex Ciccone*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Cynthia Gomes**
*as Personal Representative of the Estate of Dennis J. Gomes, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Dennis James Gomes*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**John Doe 126**
*being intended to designate the Personal Representative of the Estate of Thomas E. Jurgens, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Nia Dingle**
*as surviving child of Jeffrey Dingle*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**John Doe 128**
*being intended to designate the Personal Representative of the Estate of Michael S. Lamana, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Kathleen Langan**
*individually, as surviving parent of Christopher Duffy*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Laura Kingsbury**
*as surviving sibling of Paul Skrzypek*

represented by **Jerry Stephen Goldman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**John Doe 130**
*being intended to designate the Personal Representative of the Estate of Rosemarie Carlson, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**John Doe 129**
*being intended to designate the Personal Representative of the Estate of John G. Scharf, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Michael Kuo**
*individually, as surviving child of Frederick Kuo, Jr.*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**John Doe 131**
*being intended to designate the Personal Representative of the Estate of Ayleen Santiago, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction*
*TERMINATED: 08/04/2023*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Vera Schleeter**
*Schleeter as the Personal Representative of the Estate of Kip P. Taylor, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kip P. Taylor*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Carlos G. Albert**
*individually, as surviving sibling of Ayleen J. Santiago*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**John G. Duffy**
*as the Personal Representative of the Estate of Christopher Duffy, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*members of Christopher Duffy*

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Brittley Wise**<br>*as the Personal Representative of the Estate of Richard Salinardi, Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard Salinardi, Jr.* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Nicole Brathwaite Dingle**<br>*as the Personal Representative of the Estate of Jeffrey Dingle, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jeffrey Dingle* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **John Doe 135**<br>*being intended to designate the Personal Representative of the Estate of William Howard Pohlmann, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent*<br>*TERMINATED: 04/24/2023* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Thomas Kelleher**<br>*as the Personal Representative of the Estate of Stephen Roach, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Roach* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Valada Penny**<br>*as the Personal Representative of the Estate of Richard Penny, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard Penny* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **John Doe 132**<br>*being intended to designate the Personal Representative of the Estate of Myrna T. Maldonado−Agosto, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Amy Mulderry**<br>*as the Personal Representative of the Estate of Stephen Mulderry, deceased, and on behalf of all survivors and all* | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

*legally entitled beneficiaries and family members of Stephen Mulderry*

**Consolidated Plaintiff**

**Shanhellen Jimenez**
*individually, as surviving child of Elena Ledesma*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Elizabeth Rick**
*as the Personal Representative of the Estate of Scott Bart, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Scott Bart*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**June Pietruszkiewicz**
*as the Personal Representative of the Estate of James Suozzo, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of James Suozzo*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Eve Bucca**
*as the Personal Representative of the Estate of Ronald P. Bucca, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald P. Bucca*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Eileen Roach**
*as surviving child of Stephen Roach*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Jessica Bucca−Hughes**
*individually, as surviving child of Ronald P. Bucca*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Stephen Roach, Jr**
*individually, as surviving child of Stephen Roach*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Mackenzie Roach**
*individually, as surviving child of Dennis James Gomes*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

represented by

**Richard Penny**
*individually, as surviving child of Richard Penny*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Ronald Bucca**
*as surviving child of Ronald P. Bucca*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Michael R. Kuo**
*as the Personal Representative of the Estate of Frederick Kuo, Jr., deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Frederick Kuo, Jr.*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Justin Strauss**
*individually, as surviving child of Edward Strauss*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Donald Smith**
*individually, as surviving sibling of Gary Smith*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Rhea Shome**
*individually, as surviving spouse of Mukul Kumar Agarwala*

represented by

**Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Suzanne Ledee Garcia**
*individually, as surviving sibling of Kenneth Charles Ledee*

represented by

**Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

represented by

**Brian Weaver**
*as co−Personal Representatives of the Estate of Joan Weaver, deceased, the late parent of Walter Weaver*

**Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Michael Weaver**
*as co−Personal Representatives of the Estate of Joan Weaver, deceased, the late parent of Walter Weaver*

represented by

**Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Michael Weaver**
*individually, as surviving sibling of Walter Weaver*

represented by

**Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Paul Britton**
*as the Personal Representative of the Estate of Marion Britton, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marion Britton*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Paul Britton**
*individually, as surviving sibling of Marion Britton*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Paulina Cardona**<br>*as the Personal Representative of the Estate of Jose Cardona, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jose Cardona* | represented by | **Alexander Greene**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ethan Greenberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Regan Erica Samson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Paulina Cardona**<br>*individually, as surviving spouse of Jose Cardona* | represented by | **Alexander Greene**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ethan Greenberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Regan Erica Samson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Joshua Cardona**<br>*individually, as surviving child of Jose Cardona* | represented by | **Alexander Greene**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Kelly Weightman Diaz−Piedra**
*as the Personal Representative of the Estate of Michael Diaz−Piedra, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Diaz−Piedra*

represented by

**Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Kelly Weightman Diaz−Piedra**
*individually, as surviving spouse of Michael Diaz−Piedra*

represented by

**Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Michael Diaz−Piedra**
*individually, as surviving child of Michael Diaz−Piedra*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Thomas Diaz−Piedra**
*individually, as surviving child of Michael Diaz−Piedra*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Monique Somervell**
*individually, as surviving child of Michael Diaz−Piedra*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Aaron Antigua**
*individually, as surviving child of Lorraine Antigua*

represented by

**Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Caitlin Antigua**
*individually, as surviving child of Lorraine Antigua*

represented by

**Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Claudie Nash**
*individually, as surviving sibling of Diane Hale−McKinzy*

represented by

**Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Emmet Clyde Jeffries**
*individually, as surviving sibling of Alva Jeffries Sanchez*

represented by

**Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Neanta McCants**
*as the Personal Representative of the Estate of Trisha McCants, deceased, the*

represented by

**Alexander Greene**
(See above for address)
*LEAD ATTORNEY*

*late child of Judy Rowlett*

*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Joanne Romano**
*Individually, as surviving sibling of William Spitz*

represented by

**Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**John Doe 133**
*being intended to designate the Personal Representative of the Estate of Edward Strauss, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction*

represented by

**Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Valerie Caufield**
*individually, as surviving spouse of Robert Caufield*

represented by

**Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Jaqueline Statz**
*individually, as surviving sibling of Patricia Statz*

represented by

**Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **John Beug**<br>*as the Personal Representative of the Estate of Carolyn Beug, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Carolyn Beug* | represented by | **Alexander Greene**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ethan Greenberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **John Beug**<br>*individually, as surviving spouse of Carolyn Beug* | represented by | **Alexander Greene**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ethan Greenberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Regan Erica Samson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Lindsey Mayer Bueg−Wood**<br>*individually, as surviving child of Carolyn Beug* | represented by | **Alexander Greene**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ethan Greenberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Regan Erica Samson**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Lauren Paula Mayer−Beug**
*individually, as surviving child of Carolyn Beug*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Nicholas Mayer**
*individually, as surviving child of Carolyn Beug*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Joyce Infante**
*as the Personal Representative of the Estate of Anthony P. Infante, Jr., deceased, and on behalf of all survivors and all legally entitled Infante, Jr.*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Joyce Infante**
*individually, as surviving spouse of Anthony P. Infante, Jr.*

represented by

**Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Marie Costa**
*individually, as surviving child of Anthony P. Infante, Jr.*

represented by

**Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**John Infante**
*individually, as surviving child of Anthony P. Infante, Jr.*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Andrew Infante**
*individually, as surviving sibling of Anthony P. Infante, Jr.*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**fred Infante**
*individually, as surviving sibling of Anthony P. Infante, Jr*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**fred Infante**
*as Personal Representative of the Estate of Elizabeth Infante, deceased, the late parent of Anthony P. Infante, Jr.*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Shewely Miah**
*individually, as surviving sibling of Nurul Miah*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Nurunnahar Miah**
*individually, as surviving parent of Nurul Miah*

represented by

**Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Terrence Young**
*individually, as surviving sibling of Jacqueline Young*

represented by

**Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

represented by

**Derrick McKenley**
*individually, as surviving sibling of Jacqueline Young*

**Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Patricia McCarthy**
*as Personal Representative of the Estate of Thomas P. McAvinue, deceased, the late parent of Donna Clarke*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Casey Brent**
*individually, as surviving child of Scott Powell*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Art Powell**
*individually, as surviving parent of Scott Powell*

represented by

**Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Shaun Powell**
*individually, as surviving sibling of Scott Powell*

represented by

**Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Lisa Powell**
*individually, as surviving sibling of Scott Powell*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Regan Erica Samson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Alfredo Bordenabe**
*as the Personal Representative of the Estate of Krystine Bordenabe, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Krystine Bordenabe*

**Consolidated Plaintiff**

**Alfredo Bordenabe**
*individually, as surviving spouse of Krystine Bordenabe*

**Consolidated Plaintiff**

**Mary Jelnek**
*as the Personal Representative of the Estate of Vincent Slavin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vincent Slavin*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeremy Benjamin Shockett**
Anderson Kill
7 Times Square
New York, NY 10036
212−278−1030
Email: jshockett@andersonkill.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Patrice Kelleher** *as Personal Representative of the Estate of James T. Donovan as the Surviving Parent of Jacqueline Donovan, Deceased* | represented by | **Robert Turner Haefele** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Edward Flanders** *as Personal Representative of the Estate of Patricia Flanders as the Surviving Sibling of Vincent D. Kane, Jr., Deceased* | represented by | **Robert Turner Haefele** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Janis Bierman** *as Co−Personal Representative of the Estate of Thomas Cullinan as the Surviving Spouse of Joan McConnell Cullinan, Deceased* | represented by | **Robert Turner Haefele** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **John Cullinan** *as Co−Personal Representative of the Estate of Thomas Cullinan as the Surviving Spouse of Joan McConnell Cullinan, Deceased* | represented by | **Robert Turner Haefele** Motley Rice LLC *ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Mary E. Andrews** *as Personal Representative of the Estate of Edward S. Andrews as the Surviving Parent of Michael Rourke Andrews, Deceased* | represented by | **Robert Turner Haefele** (See above for address) *ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **James M. Selwyn** *as Personal Representative of the Estate of Frances Ruth Selwyn as the Surviving Spouse of Howard Selwyn, Deceased* | represented by | **Robert Turner Haefele** (See above for address) *ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Helen K. Rosenthal** *as Personal Representative of the Estate of Avram Rosenthal as the Surviving Parent of Joshua Alan Rosenthal, Deceased* | represented by | **Robert Turner Haefele** (See above for address) *ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Brenda Martin** *a surviving Sibling of Jeffrey Collman* | represented by | **Timothy B. Fleming** (See above for address) *LEAD ATTORNEY* *PRO HAC VICE* *ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Timothy Reagan**<br>*as Personal Representative of the Estate of Emma Reagan−Fernandez, a surviving Sibling of Judy Fernandez* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Alan Gu**<br>*a surviving Child of Liming Gu* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Isabell Dansiger Adler**<br>*a surviving Parent of Lee Alan Adler* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **John S. Mistrulli**<br>*as co−Personal Representative of the Estate of Anne Mistrulli, Deceased, a surviving Parent of Joseph D. Mistrulli* | represented by | **John S. Mistrulli**<br>PRO SE |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Arline Peabody−Bane**<br>*a surviving Step−Parent of Michael A. Bane* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Brenda E. Jobe**<br>*a surviving Step−Sibling of Michael A. Bane* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Leslie Brown**<br>*as Personal Representative of the Estate of Joanann Coale, a surviving Parent of Jeffrey Coale* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Personal Representative to be appointed on behalf of the estate of Brian Collman**<br>*Deceased* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Steven Gengler**<br>*a surviving Step−Sibling of Jeffrey Collman* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| **Consolidated Plaintiff** | | |
| **Charles Collman**<br>*a surviving Sibling of Jeffrey Collman* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Consolidated Plaintiff** | | |
| **Myra Louise Byrd**<br>*as Personal Representative of the Estate of Earl Ray, a surviving Sibling of Denease Conley* | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Consolidated Plaintiff** | | |
| **Edward Aloysius Coll, III**<br>*as Co− Personal Representatives of the Estate of Edward Coll, Jr. , Deceased Parent of Robert Joseph Coll, II, Deceased* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Consolidated Plaintiff** | | |
| **Richard S. Collins**<br>*as Personal Representative of the Estate of Mary Anne Collins, Deceased Parent of Michael L. Collins, Deceased* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Consolidated Plaintiff** | | |
| **Martin Joseph Collins**<br>*as Personal Representative of the Estate of Anna E. Collins, Deceased Parent of John Michael Collins, Deceased* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Consolidated Plaintiff** | | |
| **Joyce Conner**<br>*as Personal Representative of the Estate of Michael Anthony Conner, Deceased Spouse of Margaret Mary Conner, Deceased* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Consolidated Plaintiff** | | |
| **Emily Connors**<br>*as Personal Representative of the Estate of Christopher Clifford Connors, Deceased Sibling of Kevin P. Connors, Deceased* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Consolidated Plaintiff** | | |
| **George Joseph Coppola, Jr.**<br>*as Personal Representative of the Estate of George J. Coppola, Sr., Deceased Parent of Gerard J. Coppola, Deceased* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Consolidated Plaintiff** | | |
| **Nancy Eileen Costello**<br>*as Personal Representative of the Estate of James P. Costello, Deceased* | represented by | **Robert Turner Haefele**<br>(See above for address)<br>*LEAD ATTORNEY* |

*Parent of Michael S. Costello, Deceased* — *ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Marilyn Elizabeth Cramer**
*as Personal Representative of the Estate of Walter Seton Cramer, Deceased Parent of Christopher Seton Cramer, Deceased*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Grace Elizabeth Friend**
*and Ronald Patrick Cregan as Co−Personal Representatives of the Estate of Ronald Bernard Cregan, Deceased Parent of Joanne Mary Cregan, Deceased*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Patricia Marie Crotty**
*as Personal Representative of the Estate of Thomas Michael Crotty, Deceased Parent of Thomas G. Crotty, Deceased*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Alison Remy Crowther**
*as Personal Representative of the Estate of Jefferson Hay Crowther, Deceased Parent of Welles Remy Crowther, Deceased*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Heather Angela Cubas**
*as Personal Representative of the Estate of Lawrence Mark Cubas, Deceased Sibling of Kenneth J. Cubas, Deceased*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Madeleine Cudina**
*as Personal Representative of the Estate of Marcus Nicholas Cudina, Deceased Sibling of Richard J. Cudina, Deceased*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Daniel H. Curia**
*as Personal Representative of the Estate of Alice Curia, Deceased Parent of Laurence D. Curia, Deceased*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Daniel H. Curia**
*as Personal Representative of the Estate of Joseph Curia, Deceased Parent of Laurence D. Curia, Deceased*
represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Kathleen A. Danahy Samuelson**
*as Personal Representative of the Estate of Francis L. Danahy, Jr., Deceased Parent of Patrick William Danahy, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Sheri Latrice Johnson**
*as Personal Representative of the Estate of Phillip Davis, Deceased Sibling of Ada M. Davis, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Raymond John DeCasper**
*as Personal Representative of the Estate of Kathleen McGovern DeCasper, Deceased Sibling of William Joseph McGovern, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Alexis DeFazio**
*as Personal Representative of the Estate of Michael J. DeFazio, Deceased Sibling of Jason Christopher DeFazio, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Michael DeLeo**
*as Personal Representative of the Estate of Lillian Rita DeLeo, Deceased Parent of Vito Joseph Deleo, Sr., Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Kenneth E. Dellefemine**
*as Personal Representative of the Estate of Hope Louise DelleFemine, Deceased Parent of Carol Marie Bouchard, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Barbara P. Keane**
*as Personal Representative of the Estate of Irene A. DeSantis, Deceased Parent of Robert W. Spear, Jr., Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Deirdre Dickinson Sullivan**
*as Personal Representative of the Estate of Helene F. Dickinson, Deceased Parent of Lawrence Patrick Dickinson, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Donna E. Dollard**
*as Personal Representative of the Estate of Robert M. Dollard, Deceased Parent of Neil Matthew Dollard, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Edward Lawrence Donnelly, Jr.**<br>*as Personal Representative of the Estate of Cecilia E. Donnelly, Deceased Parent of Kevin W. Donnelly, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Edward Lawrence Donnelly, Jr.**<br>*as Personal Representative of the Estate of Edward Lawrence Donnelly, Sr., Deceased Parent of Kevin W. Donnelly, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **William Henry Doyle, Jr.**<br>*as Personal Representative of the Estate of William H. Doyle, Sr., Deceased Parent of Joseph Michael Doyle, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Helene F. Driscoll**<br>*as Personal Representative of the Estate of John M. Driscoll, Deceased Sibling of Patrick Joseph Driscoll, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Pamela Marie Gould**<br>*as Personal Representative of the Estate of Adelaide Maureen Driscoll, Deceased Spouse of Patrick Joseph Driscoll, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Patricia Mary Egan**<br>*as Personal Representative of the Estate of Martin J. Egan, Sr., Deceased Parent of Martin Joseph Egan, Jr., Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Josephine Elder**<br>*as Personal Representative of the Estate of Jimmy Paul Elder, Deceased Parent of Daphne Ferlinda Elder, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Robert George Elferis**<br>*as Personal Representative of the Estate of Mary E. Elferis, Deceased Parent of Michael J. Elferis, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Joseph Michael Esposito**<br>*as Personal Representative of the Estate of Salvatore Thomas Esposito, Deceased Sibling of Michael Esposito,* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

*Deceased*

**Consolidated Plaintiff**

**Carole Lynn Ricci**
*as Personal Representative of the Estate of Ruth M. Fangman, Deceased Parent of Robert John Fangman, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Kristine Lee Fangman**
*as Personal Representative of the Estate of Paul Martin Fangman, Deceased Sibling of Robert John Fangman, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Mary F. Waterman**
*as Personal Representative of the Estate of Beverly Ann Faragher, Deceased Parent of Kathleen Faragher, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Mary F. Waterman**
*as Personal Representative of the Estate of William Edward Faragher, Sr., Deceased Parent of Kathleen Faragher, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Jennifer Herold**
*individually, as surviving child of Gary Herold*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Angela Herold**
*individually, as surviving spouse of Gary Herold*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Lyndsey Herold**
*individually, as surviving child of Gary Herold*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**John Doe 157**
*being intended to designate the Personal Representative of the Estate of Marcia Cecil−Carter, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdictio*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Lauren Erker**
*individually, as surviving child of Erwin Erker*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Ann Erker**
*individually, as surviving spouse of Erwin Erker*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Ann Erker**
*as the Personal Representative of the Estate of Erwin Erker, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Erwin Erker*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Peter Beck**
*as Personal Representative of the Estate of Susie Beck, deceased, the late sibling of Erwin Erker*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Michelle Fallon**
*individually, as surviving sibling of David Ruddle*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Trae Hale**
*individually, as surviving child of Alfred Marchand*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Renee Shubert**<br>*individually, as surviving child of Thomas Shubert* | represented by | **Alexander Greene**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Diana Shubert**<br>*individually, as surviving spouse of Thomas Shubert* | represented by | **Alexander Greene**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Diana Shubert**<br>*as the Personal Representative of the Estate of Thomas Shubert deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Shubert* | represented by | **Alexander Greene**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Consolidated Plaintiff**

| | | |
|---|---|---|
| **Anita Danielsen**<br>*individually, as surviving sibling of Erwin Erker* | represented by | **Alexander Greene**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| | | |
|---|---|---|
| | | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Petitioner**

| | | |
|---|---|---|
| **Caroline Kelly**<br>*as surviving Child of JOSEPH A. KELLY, Deceased* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Petitioner**

| | | |
|---|---|---|
| **Martin Rosenbaum**<br>*Personal Representative of the Estate of BROOKE D. ROSENBAUM, Deceased* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Petitioner**

| | | |
|---|---|---|
| **Thomas Lent**<br>*Individually* | represented by | **Thomas Lent**<br>PRO SE |

**Petitioner**

| | | |
|---|---|---|
| **Hilton Pearce**<br>*Individually* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Petitioner**

| | | |
|---|---|---|
| **William Pollack**<br>*Individually* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Petitioner**

| | | |
|---|---|---|
| **Veronica Baierwalter** | represented by | **Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Petitioner**

| | | |
|---|---|---|
| **Christopher Bauer** | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Petitioner**

| | | |
|---|---|---|
| **Rocco Greco**<br>*Individually* | represented by | **Noah H. Kushlefsky**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Petitioner**

| | | |
|---|---|---|
| **Arturo Fioribello**<br>*individually* | represented by | **Andrew Joseph Maloney**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Petitioner**

| | | |
|---|---|---|
| **Patricia Schlag**<br>*as surviving Mother of STEVEN F. SCHLAG, Deceased*<br>*TERMINATED: 04/17/2025* | represented by | **Dorothea M Capone**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Petitioner**

| | | |
|---|---|---|
| **Marvin Furman**<br>*as surviving parent of Steven Furman, deceased* | represented by | **Jeanne Marie O'Grady**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Petitioner**

| | | |
|---|---|---|
| **Nelson Ramos** | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Petitioner**

| | | |
|---|---|---|
| **Elaine Davidson**<br>*As Personal Representative of the Estate of Catherine Davidson Deceased* | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Petitioner**

| | | |
|---|---|---|
| **Roslyn Blackwell** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Petitioner**

| | | |
|---|---|---|
| **Manuel Freytes** | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Petitioner**

| | | |
|---|---|---|
| **Jeannine P. Baron**<br>*Spouse of 911 Decedent Evan J. Baron* | represented by | **Jeannine P. Baron**<br>PRO SE |

**Petitioner**

| | | |
|---|---|---|
| **Ann Marie Venditti**<br>*as the spouse of Daniel Venditti, deceased* | represented by | **Gregory J. Cannata**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Petitioner**

| | | |
|---|---|---|
| **Christina DiAgostino**<br>*Child fo 9/11 Decedent Michael* | represented by | **Christina DiAgostino**<br>PRO SE |

*DiAgostino*

**Petitioner**

| | | |
|---|---|---|
| **Emily Lizcano Vega**<br>*Spouse of 9/11 decedent Harold Lizcano* | represented by | **Emily Lizcano Vega**<br>PRO SE |

**Petitioner**

| | | |
|---|---|---|
| **Joseph Modafferi**<br>*Child of 9/11 Decedent Louis J. Modafferi* | represented by | **Joseph Modafferi**<br>PRO SE |

**Petitioner**

| | | |
|---|---|---|
| **David Cabbad**<br>*Individually* | represented by | **Justin Timothy Green**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Petitioner**

| | | |
|---|---|---|
| **Kyle Eagleson**<br>*Child of 9/11 decedent John B. Eagleson* | represented by | **Kyle Eagleson**<br>PRO SE |

**Petitioner**

| | | |
|---|---|---|
| **Jennifer Mingione**<br>*Spouse of 9/11 Decedent Thomas Mingione* | represented by | **Jennifer Mingione**<br>PRO SE |

**Petitioner**

| | | |
|---|---|---|
| **Kaitlin Steiner Keller** | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Petitioner**

| | | |
|---|---|---|
| **Mike Smith** | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Petitioner**

| | | |
|---|---|---|
| **Zoraida Lopez−James** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Petitioner**

| | | |
|---|---|---|
| **Anthony Marshall** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Petitioner**

**Tatiana Dawson**
*individually, as surviving child of Calvin Dawson*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Petitioner**

**Robyn Marie Hernandez**

represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Petitioner**

**Timothy Burns**
*as personal Representative of the Estate of Charles Burns, Deceased;*

represented by **Timothy Burns**
PRO SE

V.

**Movant**

**The Royal Embassy of Saudi Arabia**

represented by **Mark Charles Hansen**
Kellogg, Hansen, Todd, Figel & Frederick PLLC (DC)
1615 M Street, N.W., Suite 400
Washington, DC 20036
202−326−7904
Fax: 202−326−7999
Email: mhansen@kellogghansen.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Ahmed A. Kattan**

represented by **Mark Charles Hansen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Abdul Rahman I. Al−Noah**

represented by **Mark Charles Hansen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Oath Inc.**

represented by **William T Um**
Jassy Vick Carolan LLP
355 S. Grand AVe.
Suite 2450
Los Angeles, CA 90071
310−870−7048
Email: wum@jassyvick.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean−Paul Jassy**
Jassy Vick Carolan LLP
355 S. Grand Ave.
Suite 2450
Los Angeles, CA 90071
310−870−7048
Fax: 310−870−7010
Email: jpjassy@jassyvick.com
*ATTORNEY TO BE NOTICED*

**Jennifer Lynn Bloom**
Hunton Andrews Kurth LLP
200 Park Avenue
New York, NY 10166
212−309−1016
Email: jbloom@hunton.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Egyptian Islamic Jihad**

**Defendant**

**Yeslam Binladin**
*TERMINATED: 07/14/2011*

represented by **Yeslam Binladin**
Rue Francois−le−Fort, 2
Geneva
Switzerlan
+41 22 347−5560
PRO SE

**James Ernest Gauch**
Jones Day (DC)
51 Louisiana Avenue, NW
Washington, DC 20001
202−879−3880
Fax: 202−626−1700
Email: jegauch@jonesday.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mohammed Al Faisal Al Saud**
*TERMINATED: 05/05/2005*

represented by **Shirley C. Woodward**
Wilmer Cutler Pickering, L.L.P.
2445 M Street NW
Washington, DC 20037
(202) 663−6913
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tracey Cote Allen**
Wilmer Cutler Pickering Hale and Dorr LLP (DC)
1875 Pennsylvania Ave. NW
Washington, DC 20006
(202)−663−6856
Fax: (202)−663−6363
Email: tracey.allen@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Louis Richard Cohen**
Wilmer Cutler Pickering Hale and Dorr LLP

(DC)
1875 Pennsylvania Ave. NW
Washington, DC 20006
(202) 663−6700
Fax: (202) 663−6363
Email: louis.cohen@wilmer.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Abdulrahman Bin Mahfouz** represented by **Gerald A. Feffer**
Williams & Connolly LLP (DC)
725 Twelfth Street, N.W.
Washington, DC 20005
(202)−434−5007
Fax: (202)−434−5029
Email: gfeffer@wc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Jonathan Kahn**
Williams & Connolly LLP (DC)
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434−5045
Fax: (202) 434−5245
Email: pkahn@wc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Luke Cuddihy**
Williams & Connolly LLP (DC)
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434−5348
Fax: (202) 434−5029
Email: jcuddihy@wcsr.com
*TERMINATED: 08/02/2007*
*ATTORNEY TO BE NOTICED*

**Defendant**

**African Muslim Agency** represented by **Christopher J. Beal**
DLA Piper LLP (US) (San Diego)
401 B Street, Suite 1700
San Diego, CA 92101
(858) 638−6813
Fax: (858) 677−1477
Email: cris.beal@dlapiper.com *(Inactive)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donna M. Sheinbach**
DLA Piper US LLP (NJ)
300 Campus Drive
Suite100
Florham Park, NJ 07932
202−238−7763
Fax: 202−238−7700
Email: dsheinbach@graycary.com
*TERMINATED: 01/14/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay D. Hanson**
DLA Piper LLP (US) (San Diego)

401 B Street, Suite 1700
San Diego, CA 92101
(856) 677−1400
Email: jay.hanson@dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Joseph Walsh**
Carter Ledyard & Milburn LLP
28 Liberty Street − 41st Floor
New York, NY 10005
212−238−8849
Fax: 212−732−3232
Email: walsh@clm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. McNeely**
DLA Piper US LLP (NJ)
300 Campus Drive
Suite100
Florham Park, NJ 07932
202−238−7788
Fax: 202−238−7700
Email: mmcneely@graycary.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy Luque**
Luque Geragos Marino, LLP
910 17th Street
Ste. 800
Washington, DC 20006
(202 223−8888
Fax: (202) 223−8677
Email: nluque@luquelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A, Maddox**
Procopio
1901 L Street, NW
Suite 620
Washington, DC 20036
202−830−0707
Email: steven.maddox@procopio.com
*(Inactive)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Karl Barentzen**
The Law Office of Steven Barentzen
1575 Eye Street NW
Suite 300
Washington, DC 20005
(202)−289−4333
Fax: (202)−289−8450
Email: steven@Barentzenlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Grove Corporate, Inc.** represented by **Christopher J. Beal**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Donna M. Sheinbach**
(See above for address)
*TERMINATED: 01/14/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay D. Hanson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Joseph Walsh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. McNeely**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy Luque**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A, Maddox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Karl Barentzen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Heritage Education Trust** represented by **Christopher J. Beal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donna M. Sheinbach**
(See above for address)
*TERMINATED: 01/14/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay D. Hanson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Joseph Walsh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. McNeely**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy Luque**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A, Maddox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Karl Barentzen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**International Institute of Islamic Thought** represented by **Christopher J. Beal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay D. Hanson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Joseph Walsh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. McNeely**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy Luque**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A, Maddox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Karl Barentzen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Donna M. Sheinbach**
(See above for address)
*TERMINATED: 01/14/2005*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mar−Jac Investments, Inc.** represented by **Christopher J. Beal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donna M. Sheinbach**
(See above for address)
*TERMINATED: 01/14/2005*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jay D. Hanson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Joseph Walsh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. McNeely**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy Luque**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A, Maddox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Karl Barentzen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Reston Investments, Inc.** represented by **Christopher J. Beal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donna M. Sheinbach**
(See above for address)
*TERMINATED: 01/14/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay D. Hanson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Joseph Walsh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. McNeely**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy Luque**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A, Maddox**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Karl Barentzen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Safa Trust** represented by **Christopher J. Beal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donna M. Sheinbach**
(See above for address)
*TERMINATED: 01/14/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay D. Hanson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Joseph Walsh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. McNeely**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy Luque**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A, Maddox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Karl Barentzen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**York Foundation** represented by **Christopher J. Beal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donna M. Sheinbach**
(See above for address)
*TERMINATED: 01/14/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay D. Hanson**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**John Joseph Walsh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. McNeely**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy Luque**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A, Maddox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Karl Barentzen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sterling Charitable Gift Fund** represented by **Christopher J. Beal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donna M. Sheinbach**
(See above for address)
*TERMINATED: 01/14/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay D. Hanson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Joseph Walsh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. McNeely**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy Luque**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A, Maddox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Karl Barentzen**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Sanabel Al−Kheer, Inc.** | represented by | **Christopher Canon Swindle Manning**<br>Manning Sossamon<br>1120 20th Street N.W.<br>Suite 700<br>North Building<br>Washington, DC 20036<br>(202) 973−2681<br>Fax: (202) 973−1212<br>Email: cmanning@manning−sossamon.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Donna M. Sheinbach**<br>(See above for address)<br>*TERMINATED: 01/14/2005*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**John Joseph Walsh**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael D. McNeely**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Nancy Luque**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Steven A, Maddox**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Martin Francis McMahon**<br>(See above for address)<br>*TERMINATED: 06/16/2021* |

**Defendant**

| | | |
|---|---|---|
| **Mena Investments** | represented by | **Christopher J. Beal**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jay D. Hanson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**John Joseph Walsh**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Sana−Bell, Inc.** represented by **Christopher J. Beal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Canon Swindle Manning**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Donna M. Sheinbach**
(See above for address)
*TERMINATED: 01/14/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay D. Hanson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Joseph Walsh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. McNeely**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy Luque**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A, Maddox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin Francis McMahon**
(See above for address)
*TERMINATED: 06/16/2021*

**Defendant**

**Jamal Barzinji** represented by **John Joseph Walsh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Iqbal Unus (Yunus)** represented by **Christopher J. Beal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay D. Hanson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Joseph Walsh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Karl Barentzen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Donna M. Sheinbach**
(See above for address)
*TERMINATED: 01/14/2005*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Muhammad Ashraf** represented by **Christopher J. Beal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donna M. Sheinbach**
(See above for address)
*TERMINATED: 01/14/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay D. Hanson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Joseph Walsh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. McNeely**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy Luque**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A, Maddox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Karl Barentzen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**M. Omar Ashraf** represented by **Christopher J. Beal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donna M. Sheinbach**
(See above for address)

*TERMINATED: 01/14/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay D. Hanson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Joseph Walsh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. McNeely**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy Luque**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A, Maddox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Karl Barentzen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Taha Jaber Al−Alwani** represented by **Christopher J. Beal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay D. Hanson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Joseph Walsh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Karl Barentzen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Donna M. Sheinbach**
(See above for address)
*TERMINATED: 01/14/2005*
*ATTORNEY TO BE NOTICED*

**Defendant**

**M. Yaqub Mirza** represented by **Christopher J. Beal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donna M. Sheinbach**
(See above for address)
*TERMINATED: 01/14/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay D. Hanson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Joseph Walsh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. McNeely**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy Luque**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A, Maddox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Karl Barentzen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Osama Bin Laden**

**Defendant**

**Estate of Muhammad Atef**

**Defendant**

**Saif Al Adel**

**Defendant**

**Abdullah Ahmed Abdullah**
*also known as*
Abu Mariam
*also known as*
Abu Mohamed Al−Masri
*also known as*
Saleh

**Defendant**

**Muhsin Musa Matwalli Atwah**
*also known as*
Abdul Rahman
*also known as*
Abdel Rahman
*also known as*
Abdul Rahman Al−Muhajir
*also known as*

Mohammed K.A. Al–Namer

__Defendant__

**Ibn Al–Shaykh Al–Libi**

__Defendant__

**Fazul Abdullah Mohammed**

__Defendant__

**Mohamed Suleiman Al Nalfi**

__Defendant__

**Mustafa Mohamed Fadhil**
*also known as*
Abu Anis
*also known as*
Moustafa Ali Elbishy
*also known as*
Mustafa Muhamad Fadil
*also known as*
Hussein
*also known as*
Abu Jihad
*also known as*
Khalid
*also known as*
Nu Man
*also known as*
Mustafa Mohammed
*also known as*
Abu Yussrr

__Defendant__

**Ahmed Khalfan Ghailani**

__Defendant__

**Fahid Mohammed Ally Msalam**

__Defendant__

**Sheikh Ahmed Salim Swedan**

__Defendant__

**Muhammad Abu–Islam**

__Defendant__

**Abdullah Qassim**

__Defendant__

**Ramzi Bin Al–Shibb**

__Defendant__

**Abdullah Azzam**

__Defendant__

**Jamal Al–Badawi**

__Defendant__

**Mohammed Omar Al–Harazi**

**Defendant**
**Walid Al–Sourouri**

**Defendant**
**Fatha Abdul Rahman**

**Defendant**
**Yasser Al–Azzani**

**Defendant**
**Jamal Bakhorsh**

**Defendant**
**Ahmad Al–Shinni**

**Defendant**
**Raed Hijazi**

**Defendant**
**Jamil Qasim Saeed**

**Defendant**
**Abu Abdul Rahman**

**Defendant**
**Mohamed Bayazid**

**Defendant**
**The Estate of Al–Shehhi**

**Defendant**
**Hamza Al Ghamdi**

**Defendant**
**Estate of Satam Al–Suqami**

**Defendant**
**Estate of Waleed Al–Shehri**

**Defendant**
**Estate of Wail Al–Shehri**

**Defendant**
**Estate of Nawaf Al–Hazmi**

**Defendant**
**Estate of Hanjour**

**Defendant**
**Estate of Majed Moqued**

**Defendant**

**Zacarias Moussaoui**

**Defendant**

**Muhammed Omar**

**Defendant**

**The Republic of Iraq** represented by **James Maggs**
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marc Dennis Powers**
Baker & Hostetler LLP (NYC)
45 Rockefeller Plaza
New York, NY 10111
(212) 589−4216
Fax: (212) 589−4201
Email: Mpowers@bakerlaw.com
*TERMINATED: 04/07/2009*
*LEAD ATTORNEY*

**Timothy Brian Mills**
Maggs & McDermott LLC
910 17th Street N.W., Suite 800
Washington, DC 20006
(202)−457−8091
Fax: (202)−478−5081
Email: timothybmills@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Iraqi Intelligence Agency**
*also known as*
The Mukhabarat
*also known as*
The Fedayeen
*also known as*
Unit 999
*also known as*
M−8 Special Operations
*also known as*
Al−'Oare

**Defendant**

**Yassin Abdullah Al Kadi** represented by **Chryssa V. Valletta**
McDermott, Will & Emery, LLP (NY)
340 Madison Avenue
New York, NY 10173
212−547−5400
Fax: 212−547−5444
Email: cvalletta@mwe.com
*TERMINATED: 12/20/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chryssa V. Valletta**
McDermott, Will & Emery
50 Rockefeller Plaza
New York, NY 10020
(212) 547−5400
*TERMINATED: 12/20/2004*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Stanton D. Anderson**
McDermott, Will & Emery (DC)
500 N. Capitol Street N.W.
Washington, DC 20001
202−756−8000
Fax: 202−756−8087
Email: sanderson@mwe.com *(Inactive)*
*TERMINATED: 12/20/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Peter Steindler**
McDermott Will & Schulte LLP
McDermott Building
500 North Capitol Street, NW
Washington, DC 20001
202−756−8254
Email: tsteindler@mwe.com
*TERMINATED: 12/20/2004*
*LEAD ATTORNEY*

**Amy Rothstein**
Salerno & Rothstein
221 Schultz Hill Road
Pine Plains, NY 12567
(518) 771−3050
Fax: (866) 589−9010
Email: amyrothsteinlaw@gmail.com
*ATTORNEY TO BE NOTICED*

**Peter Charles Salerno**
Salerno & Rothstein
221 Schultz Hill Road
Pine Plains, NY 12567
(518)−771−3050
Fax: (866)−589−9010
Email: peter.salerno.law@gmail.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Yousef Jameel**
*TERMINATED: 07/14/2011*

represented by

**Chryssa V. Valletta**
(See above for address)
*TERMINATED: 04/26/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chryssa V. Valletta**
(See above for address)
*TERMINATED: 04/26/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stanton D. Anderson**
(See above for address)
*TERMINATED: 04/26/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Peter Steindler**
(See above for address)
*TERMINATED: 12/20/2004*
*LEAD ATTORNEY*

**Viet D. Dinh**
Bancroft PLLC
500 New Jersey Avenue, NW
7th Floor
Washington, DC 20001
(202) 234−0090
Fax: (202) 234−2806
Email: viet.dinh@kirkland.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Saddam Hussein**

**Defendant**

**Qusay Hussein**

**Defendant**

**Uday Hussein**

**Defendant**

**Taha Yassin Ramadan**

**Defendant**

**Muhammed Mahdi Salah**

**Defendant**

**Faruq Al−Hijazi**

**Defendant**

**Salah Suleiman**

**Defendant**

**Ahmed Khalil Ibrahim Samir Al−Ani**

**Defendant**

**Habib Faris Al−Mamouri**

**Defendant**

**Abdel Hussein**
*also known as*
The Ghost

**Defendant**

**Haqi Ismail**

**Defendant**

**Taha Al Alwani** represented by **Steven Karl Barentzen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Abd Al−Hadi Al−Iraqi**

**Defendant**

**Abd Al−Mushin Al−Libi**

**Defendant**

**Abdul Rahman Khaled Mahfouz**
*TERMINATED: 07/14/2011*

**Defendant**

**Abdul Rahman Yasin**

**Defendant**

**Abdulla Al Obaid**

**Defendant**

**Advice and Reformation Committee**

**Defendant**

**Afghan Support Committee (ASC)**

**Defendant**

**Ahmad I. Nasreddin**

**Defendant**

**Ahmed Nur Ali Jumale**
*also known as*
Ahmed Nur Ali Jim'ale

**Defendant**

**Al Khaleejia for Export Promotion and Marketing Company**

**Defendant**

**Al Rashid Trust**

**Defendant**

**Al Taqwa Bank**

**Defendant**

**Al−Barakaat Group**

**Defendant**

**Al−Gammah Al Islamiah**

**Defendant**

**Al−Haramin**

**Defendant**

**Ali Ghaleb Himmat**

**Defendant**

**Asat Trust Reg.**
*TERMINATED: 07/14/2011*

represented by **Amy Berman Jackson**
Trout Cacheris & Janis PLLC
1350 Connecticut Avenue, N.W., Suite 300
Washington, DC 20036
(202)−464−3312
Fax: (202)−464−3319
Email: ajackson@troutcacheris.com

*TERMINATED: 07/08/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barry Coburn**
Coburn & Coffman, PLLC
1244 19th Street, N.W.
Washington, DC 20036
(202) 657−4490
Fax: (866) 651−9712
Email: barry@cclegal.us
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Usher Gourevitch**
Law Office of David Gourevitch, P.C
950 East Third Avenue
15th Floor
New York, NY 10022
(212)355−1300
Fax: (212)355−1531
Email: david@gourevitchlaw.com *(Inactive)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey Coffman**
Coburn & Coffman, PLLC
1244 19th Street, N.W.
Washington, DC 20036
(202) 657−4490
Fax: (866) 651−9712
Email: jeff@cclegal.us
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lisa Freiman Fishberg**
Schertler & Onorato, LLP
575 7th Street, N.W. Suite 300
SouthBuilding
Washington, DC 20004
2026284199
Fax: 2026284177
Email: lfishberg@schertlerlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Benevolence International Foundation**
*also known as*
Al Bir Al Dawalia
*also known as*
Al Bir Society Organization

**Defendant**

**International Relief Foundation, Inc.**

**Defendant**

**International Development Foundation**
*TERMINATED: 10/06/2005*

represented by

**David P. Gersch**
Arnold & Porter Kaye Scholer LLP (DC)
601 Massachusetts Avenue NW
Washington, DC 20001

(202) 942−5125
Fax: (203) 942−5999
Email: david_gersch@aporter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Engelmayer Kalicki**
Arnold & Porter Kaye Scholer LLP (NYC)
250 West 55th Street
New York, NY 10019
202−942−6155
Fax: 202−942−5999
Email: jean_kalicki@aporter.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Islamic Army for the Liberation of Holy Places**

**Defendant**

**Islamic Cultural Institute of Milan**

**Defendant**

**Jamal Barzini**

**Defendant**

**Khaled Bin Mahfouz**
*TERMINATED: 07/14/2011*

**Defendant**

**Mohamed Mansour**
*also known as*
Mohamed Al−Mansour

**Defendant**

**Mohamad Jamal Khalifa**
*TERMINATED: 07/14/2011*

**Defendant**

**Mohammed Bin Mahfouz** represented by **Jean Engelmayer Kalicki**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Nada Management Organization, S.A.**
*also known as*
Al Taqwa Management Organization

**Defendant**

**Mufti Mohammed Rashid**
*also known as*
Rashid Muhammad Salah

**Defendant**

**Muslim World League**
*also known as*
Islamic World League
*TERMINATED: 08/29/2017*

represented by **Christopher Robert Smith**
Martin F. McMahon and Associates
1150 Conneticut Avenue N.W.
Washington, DC 20035

*also known as*
Rabita Al−Alam Al−Islami
*TERMINATED: 08/29/2017*

202−862−4343
Fax: 202862−4302
Email: lawcrs77@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric L. Lewis**
Lewis Baach Kaufmann Middlemiss PLLC
1050 K Street. N.W.
Suite 400
Washington, DC 20001
202−833−8900
Fax: 202−466−5738
Email: eric.lewis@lbkmlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Vann**
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason Dzubow**
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maher H. Hanania**
6066 Leesburg Pike
Suite 101
Falls Church, VA 22041
(703) 778−2400
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Hadeed**
Becker, Hadeed, Kellogg & Berry
5501 Backlick Road
Suite 220
Springfield, VA 22151
(703) 256−1300
Fax: (703) 256−5431
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aisha E R Bembry**
Lewis Baach Kaufmann Middlemiss PLLC
1050 K Street. N.W.
Suite 400
Washington, DC 20001
202−833−8900
Fax: 202−466−5738
Email: aisha.bembry@lbkmlaw.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark J. Leimkuhler**
Lewis Baach Kaufmann Middlemiss PLLC
1050 K Street. N.W.
Suite 400
Washington, DC 20001
202−833−8900
Fax: 202−466−5738
Email: mark.leimkuhler@lbkmlaw.com
*TERMINATED: 01/23/2019*
*PRO HAC VICE*

**Martin Francis McMahon**
(See above for address)
*TERMINATED: 06/16/2021*

**Sumayya Khatib**
Lewis Baach Kaufmann Middlemiss PLLC
1050 K Street N.W.
Ste 400
Washington, DC 20001
202−833−8900
Email: sumayya.khatib@lbkmlaw.com
*ATTORNEY TO BE NOTICED*

**Waleed El Sayed Nassar**
Lewis Baach Kaufmann Middlemiss PLLC
1050 K street N.W.
Ste 400
Washington, DC 20001
202−833−8900
Fax: 202−466−5738
Email: waleed.nassar@pillsburylaw.com
*TERMINATED: 08/05/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Muwaffaq Foundation**

**Defendant**

**National Commercial Bank**
*TERMINATED: 07/14/2011*

represented by

**Mitchell Rand Berger**
Squire Patton Boggs (US) LLP
1211 Avenue of the Americas
Ste 26th Floor
New York, NY 10036
212−872−9800
Fax: 212−872−9815
Email: mitchell.berger@squirepb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ugo Alfredo Colella**
Colella Zefutie LLC
1300 I Street, N.W.
Suite 400 E
Washington, DC 20005
202−920−0880
Fax: 202−920−0894
Email: ucolella@czlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alan Todd Dickey**
Patton Boggs LLP (DC)
2550 M Street, N.W.
Washington, DC 20037
202) 457−6000
Fax: (202) 457−6315
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ronald Stanley Liebman**
Patton Boggs LLP (DC)
2550 M Street, N.W.

Washington, DC 20037
(202) 457−6310
Fax: (202) 457−6315
Email: rliebman@pattonboggs.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Prince Nayef Ibn Abdulaziz Al Saud**
*TERMINATED: 01/10/2006*

**Defendant**

**Prince Sultan Bin Abdulaziz Al Saud**
*TERMINATED: 01/10/2006*

**Defendant**

**Rabih Haddah**

**Defendant**

**Saar Foundation**
*also known as*
Saar Network

**Defendant**

**Safiq Ayadi**

**Defendant**

**Saudi Sudanese Bank**

**Defendant**

**Shamal Islamic Bank**
*TERMINATED: 07/14/2011*

**Defendant**

**Sheikh Abu Abdul Aziz Nagi**

**Defendant**

**Sheik Adil Galil Batargy**
*also known as*
Adel Abdul Jalil Batterjee

**Defendant**

**Somali Network, A.B.**

**Defendant**

**Somali International Relief Organization (U.S.A.)**

**Defendant**

**Suleiman Abdel Aziz Al Rajhi** represented by **Thomas M. Melsheimer**
Fish & Richardson P.C. (Dallas)
1717 Main Street, Suite 5000
Dallas, TX 75201
1(214) 747−5070
Fax: (214) 747−2091
Email: melsheimer@fr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Taba Investments**

**Defendant**

**Tanzanite King**

**Defendant**

**Ulema Union of Afghanistan**

**Defendant**

**Wadi Al Aqia**

**Defendant**

**Wafa Humanitarian Organization**

**Defendant**

**Yasin Al−Qadi**
*also known as*
Yassin Al−Kadi

represented by **Peter Charles Salerno**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Yousef M. Nada**

**Defendant**

**Yousef M. Nada & Co. Gesellschaft M.B.H.**

**Defendant**

**Yusaf Ahmed Ali**

**Defendant**

**Saudi American Bank**
*TERMINATED: 10/08/2010*

represented by **Henry Sabath Weisburg**
Henry Weisburg
200 Hicks Street
Brooklyn, NY 11201
917−215−8932
Email: hweisburg@icloud.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Howard Polovoy**
Shearman & Sterling LLP (NY)
599 Lexington Avenue
New York, NY 10022
(212) 848−4000
Fax: (212) 848−7179
Email: bpolovoy@shearman.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tarik Bin Laden**
*TERMINATED: 07/14/2011*

**Defendant**

**Iraq**
*also known as*

represented by **Stephen Albright**
Stephen Albright, Esq

| | | |
|---|---|---|
| The Republic of Iraq | | 368 Veterans Memorial Highway<br>Commack, NY 11725<br>(631)−864−4967<br>Fax: (631)−864−4972<br>Email: salbrightesq@gmail.com<br>*TERMINATED: 09/08/2023* |

**Defendant**

**The Taliban**

**Defendant**

**Al Quida/Islamic Army**

**Defendant**

| | | |
|---|---|---|
| **Al Baraka Investment and Development Corporation**<br>*TERMINATED: 07/14/2011*<br>*also known as*<br>Al Baraka Bank<br>*TERMINATED: 07/14/2011*<br>*also known as*<br>Dallah Albaraka Group, LLC<br>*TERMINATED: 07/14/2011* | represented by | **James Vann**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jason Dzubow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Martin Francis McMahon**<br>(See above for address)<br>*TERMINATED: 06/16/2021*<br><br>**T. Barry Kingham**<br>Curtis, Mallet−Prevost, Colt and Mosle LLP<br>101 Park Avenue South 35th Floor<br>New York, NY 10178<br>212−696−6000<br>Fax: 212−697−1559<br>Email: bkingham@curtis.com<br>*TERMINATED: 10/04/2010* |

**Defendant**

| | | |
|---|---|---|
| **Faisal Islamic Bank**<br>*TERMINATED: 06/17/2010* | represented by | **Faisal Islamic Bank**<br>PRO SE<br><br>**Hugh D Higgins**<br>Lauro Law Firm<br>101 E. Kennedy Boulevard<br>Suite 3100<br>Tampa, FL 33602<br>(813)222−8990<br>Fax: (813) 222−8991<br>*TERMINATED: 08/07/2017*<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br><br>**John F. Lauro**<br>John F. Lauro, P.A.<br>400 N Tampa Street<br>15th FL<br>33602<br>Tampa, FL 33602<br>813−222−8990<br>Fax: 813−222−8991<br>Email: jlauro@laurosinger.com<br>*TERMINATED: 04/19/2016* |

*LEAD ATTORNEY*

**Lisa B Lia**
Lisa B. Lia Esquire
8470 Enterprise Circle
Bradenton, FL 34212
914−602−4805
Email: l.lia@elhaglaw.com
*TERMINATED: 03/14/2012*

**Defendant**

**Al Rajhib Banking and Investment**
*TERMINATED: 05/05/2005*
*also known as*
Al Rahi Bank
*TERMINATED: 05/05/2005*

**Defendant**

**Al Barakaat Exchange LLC**
*also known as*
Al Barakaat Bank

**Defendant**

**Success Foundation, Inc.**
*TERMINATED: 07/14/2011*

represented by **Michael Hadeed**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mohamed S. Omeish**

represented by **Michael Hadeed**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Abdurahman Alamoudi**

represented by **Maher Hana Hanania , Sr**
Hanania & Kheder, P.C.
6066 Leesburg Pike #101
Falls Chuch, VA 22041
(703)−778−2400
Fax: (703)−778−2407
Email: mhanania@hknlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Khaled Nouri**

**Defendant**

**Sulaiman Al−Ali**
*TERMINATED: 07/14/2011*

represented by **Ashraf Wajih Nubani**
AWN Point Law, PLLC
6811 Brisbane Street
Springfield, VA 22152
703−658−5151
Email: anubani@rbanlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Abdullah M. Al−Mahdi**

represented by **Ashraf Wajih Nubani**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tareq M. Al−Swaidan**

**Defendant**

**Abdul Al−Moslah** represented by **Ashraf Wajih Nubani**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Salah Badahdh**

**Defendant**

**Abdullah Bin Saleh Al Obaid**
*TERMINATED: 07/14/2011*
represented by **Aisha E R Bembry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alan Robert Kabat**
Bernabei & Kabat, PLLC
1400 − 16th Street NW
Suite 500
Washington, DC 20036−2007
202−745−1942
Fax: 202−745−2627
Email: Kabat@BernabeiPLLC.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Eric L. Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Waleed El Sayed Nassar**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hassan A.A. Bahfzallah**

**Defendant**

**Abu Sulayman**

**Defendant**

**Ahmed Totonji** represented by **George R. Blakey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Karl Barentzen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hisham Al−Talib**

**Defendant**

**Iqbal Yunus** represented by **Donna M. Sheinbach**
(See above for address)
*TERMINATED: 01/14/2005*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Joseph Walsh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. McNeely**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy Luque**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A, Maddox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Karl Barentzen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jamal Barzinji** represented by **Christopher J. Beal**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay D. Hanson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Karl Barentzen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Donna M. Sheinbach**
(See above for address)
*TERMINATED: 01/14/2005*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mohammed Jaghlit** represented by **Steven Karl Barentzen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tarik Hamdi** represented by **Maher H. Hanania**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maher Hana Hanania , Sr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sherif Sedky African Muslim Agency**

**Defendant**

| | | |
|---|---|---|
| **Aradi, Inc.**<br>*TERMINATED: 07/14/2011* | represented by | **Raymond Richard Castello**<br>Fish & Richardson P.C.<br>153 East 53rd Street<br>New York, NY 10022−4611<br>212−641−2250<br>Fax: 212 258−2291<br>Email: Castello@fr.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Mar−Jac Poultry Inc**<br>*TERMINATED: 07/14/2011* | represented by | **Wilmer Parker , III**<br>Gillen Parker and Withers LLC<br>Ste 1050 3490 Piedmont Rd<br>Atlanta, GA 30305<br>(404)842−9700 x0340<br>Fax: (404)842−9750<br>Email: parker@mjplawyers.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Mena Corporation** | represented by | **Steven Karl Barentzen**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Donna M. Sheinbach**<br>(See above for address)<br>*TERMINATED: 01/14/2005*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Saar International**

**Defendant**

| | | |
|---|---|---|
| **Sterling Management Group, Inc.** | represented by | **Christopher J. Beal**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Donna M. Sheinbach**<br>(See above for address)<br>*TERMINATED: 01/14/2005*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jay D. Hanson**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**John Joseph Walsh**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael D. McNeely**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

**Nancy Luque**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A, Maddox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Karl Barentzen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rabita Trust** represented by **James Vann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason Dzubow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin Francis McMahon**
(See above for address)
*TERMINATED: 06/16/2021*

**Stephanie Wall Fell**
Marriott Casagrande Callahan Blair & Greer, P.C
2405 State Highway 71, P.O. Box 200
Spring Lake Heights, NJ 07762
202−862−4343
Fax: 202−862−4302
*TERMINATED: 03/28/2006*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Al−Haramain Islamic Foundation, Inc.**
*also known as*
Al−Haramain Islamic Foundation
*also known as*
Islamic Al−Haramain

**Defendant**

**Al Haramain Foundation** represented by **Ashraf Wajih Nubani**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Al Haramain Islamic Foundation, Inc.**
*TERMINATED: 08/04/2016*
represented by **Alan Robert Kabat**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lynne A. Bernabei**

Bernabei & Kabat PLLC
1400 16th St. NW #500
Washington, DC 20036−2223
(202) 745−1942
Fax: (202) 745−2627
Email: lbernabei@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Aqeel Abdul−Azeel Al−Aqeel**

**Defendant**

**Mansour Al−Kadi**

**Defendant**

**Soliman H.S. Al−Buthe**
*TERMINATED: 07/14/2011*

represented by **Alan Robert Kabat**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Perouz Seda Ghaty**

represented by **Lynne A. Bernabei**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alan Robert Kabat**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Benevolence International Foundation−USA**

**Defendant**

**Syed Suleman Ahmer**

**Defendant**

**Enaam Mahmoud Arnaout**
*also known as*
Abdel Samia
*also known as*
Abu Mahmoud
*also known as*
Amu Mahmoud Al Suri
*also known as*
Abu Mahmoud Al Hamawi

**Defendant**

**Mazin M.H. Bahareth**

**Defendant**

**Shahir Abdulraoof Batterjee**
*TERMINATED: 07/14/2011*

represented by **Alan Robert Kabat**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| | | **Lynne A. Bernabei**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Zahir H. Kazmi**<br>*TERMINATED: 07/14/2011* | represented by | **Jonathan Marc Cooper**<br>(516)−791−5700<br>Fax: (516)−791−8188<br>Email: jmcooper@jmcooperlaw.com |
| **Defendant** | | |
| **Muzaffar Khan** | | |
| **Defendant** | | |
| **Soliman J. Khudeira** | | |
| **Defendant** | | |
| **Jamal Nyrabeh** | | |
| **Defendant** | | |
| **Wamy International, Inc.** | represented by | **Omar T. Mohammedi**<br>212 725 3846<br>Fax: 212 725 9160<br>Email: omohammedi@otmlaw.com<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Abdullah Bin Laden**<br>*TERMINATED: 07/14/2011* | represented by | **James Ernest Gauch**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Ibrahim S. Abdullah** | | |
| **Defendant** | | |
| **Mohammad Bin Faris** | | |
| **Defendant** | | |
| **Dr. Mahmoud Dakhil** | | |
| **Defendant** | | |
| **Khaled Bin Salim Bin Mahfouz**<br>*TERMINATED: 07/14/2011* | represented by | **E. Michael Bradley**<br>Emmet, Marvin & Martin, LLP<br>120 Broadway − 32nd Floor<br>New York, NY 10271<br>(212) 238−3000<br>Fax: (212) 238−3100<br>Email: mbradley@emmetmarvin.com<br>*TERMINATED: 08/02/2007*<br><br>**Melissa Danielle Stear**<br>Jones Day (DC)<br>51 Louisiana Avenue, NW<br>Washington, DC 20001<br>202−879−5421<br>Fax: 202−626−1700 |

Email: mdstear@jonesday.com

**Defendant**

**Abdulrahman Bin Khalid Bin Mahfouz**
*TERMINATED: 07/14/2011*

**Defendant**

**Saleh Abdullah Kamel**
*TERMINATED: 07/14/2011*

represented by **Christopher Robert Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Vann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason Dzubow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin Francis McMahon**
(See above for address)
*TERMINATED: 06/16/2021*

**Stephanie Wall Fell**
(See above for address)
*TERMINATED: 03/28/2006*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mohammed Al Faisal Al Saud**
*TERMINATED: 05/05/2005*

represented by **David William Bowker**
Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
202−663−6000
Email: david.bowker@wilmerhale.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Patrick Donovan**
Wilmer Cutler Pickering Hale and Dorr LLP (DC)
1875 Pennsylvania Ave. NW
Washington, DC 20006
703−251−9760
Fax: 703−251−9797
Email: david.donovan@wilmerhale.com
*TERMINATED: 08/02/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tracey Cote Allen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louis Richard Cohen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Turki Al Faisal Al Saud**<br>*(Prince Turki)*<br>*TERMINATED: 05/05/2005* | represented by | **David Charles Frederick**<br>Kellogg, Hansen, Todd, Figel & Frederick PLLC (DC)<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036<br>202−326−7951<br>Fax: 202−326−7999<br>Email: dfrederick@kellogghansen.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**John Christopher Rozendaal**<br>Kellogg, Hansen, Todd, Figel & Frederick PLLC (DC)<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036<br>202−326−7985<br>Fax: 202−326−7999<br>Email: jrozendaal@khhte.com<br>*TERMINATED: 01/12/2017*<br>*LEAD ATTORNEY*<br><br>**Mark Charles Hansen**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael John Guzman**<br>Kellogg, Hansen, Todd, Figel & Frederick PLLC (DC)<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036<br>202−326−7910<br>Fax: 202−326−7999<br>Email: mguzman@kellogghansen.com<br>*TERMINATED: 07/08/2008*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael Kerry Kellogg**<br>Kellogg, Hansen, Todd, Figel & Frederick PLLC (DC)<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036<br>(202) 326−7902<br>Fax: (202) 326−7999<br>Email: mkellogg@kellogghansen.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Sultan Bin Abdul Aziz Al Saud**
*TERMINATED: 05/05/2005*

**Defendant**

| | | |
|---|---|---|
| **Sulaiman Bin Abdul Aziz Al Rajhi**<br>*TERMINATED: 07/14/2011* | represented by | **John M. Helms , JR.,**<br>Fish & Richardson P.C. (Dallas)<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201<br>(214) 747−5070<br>Fax: (214) 747−2091<br>Email: helms@fr.com<br><br>**Matthew E. Yarbrough** |

Fish & Richardson, P.C.
5000 Bank One Center
1717 Main Street
Dallas, TX 75201
(214) 747−5070

**Raymond Richard Castello**
(See above for address)

**Thomas M. Melsheimer**
(See above for address)

**Defendant**

**Saleh Abdul Aziz Al Rajhi**
*TERMINATED: 07/14/2021*

represented by **John M. Helms , JR.,**
(See above for address)

**Matthew E. Yarbrough**
(See above for address)

**Raymond Richard Castello**
(See above for address)

**Thomas M. Melsheimer**
(See above for address)

**Defendant**

**Abdullah Salaiman Al−Rajhi**
*TERMINATED: 07/14/2011*

represented by **John M. Helms , JR.,**
(See above for address)

**Matthew E. Yarbrough**
(See above for address)

**Raymond Richard Castello**
(See above for address)

**Thomas M. Melsheimer**
(See above for address)

**Defendant**

**Khalid Sulaiman Al−Rajhi**
*TERMINATED: 10/06/2005*

represented by **John M. Helms , JR.,**
(See above for address)

**Matthew E. Yarbrough**
(See above for address)

**Raymond Richard Castello**
(See above for address)

**Thomas M. Melsheimer**
(See above for address)

**Defendant**

**Mohammad Jamal Al Khalifa**

**Defendant**

**Aqueel Al−Aqueel**
*TERMINATED: 07/14/2011*

**Defendant**

**Abdul Rahman Al Swailem**
*TERMINATED: 07/14/2011*

represented by **Alan Robert Kabat**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lynne A. Bernabei**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wa'el Hamza Jalaidan** represented by **Wa'el Hamza Jalaidan**
PRO SE

**Martin Francis McMahon**
(See above for address)
*TERMINATED: 06/16/2021*

**Defendant**

**Abdullah Omar Naseef**
*TERMINATED: 07/14/2011*
represented by **Alan Robert Kabat**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lynne A. Bernabei**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Republic of Sudan**
*TERMINATED: 07/12/2023*

**Defendant**

**The Islamic Emirate of Afghanistan**

**Defendant**

**Al Qaeda Islamic Army**

**Defendant**

**Estate of Muhammad Atef**

**Defendant**

**Ayman Al Zawahiri**

**Defendant**

**Estate of Abu Hafs**
*also known as*
Mafuz Ould Al Walid, "The Mauritanian"
*also known as*
Khaled Al Shanguiti

**Defendant**

**Estate of Abu Salah Al−Yemeni**

**Defendant**

**Estate of Abu Jaffer Al−Jaziri**
*also known as*

Omar Chebbani

**Defendant**

**Anas Al Liby**

**Defendant**

**Ahmed Mohamed Hamed Ali**

**Defendant**

**Hashim Abdulrahman**

**Defendant**

**Mustafa Ahmed Al–Hawsawi**
*also known as*
Shaykh Sai'id

**Defendant**

**Abu Musab Zarqawi**

**Defendant**

**Sheikh Omar Bakri Muhammad**

**Defendant**

**Abdul Fattah Zammar**

**Defendant**

**Mamoun Darkazanli**

**Defendant**

**Ghasoub Al Abrash Ghalyoun**
*also known as*
Abu Musab

**Defendant**

**Bensayah Belkacem**

**Defendant**

**Sabir Lamar**

**Defendant**

**Wadih El–Hage**

**Defendant**

**Wali Khan Amin Shah**

**Defendant**

**Abu Sayef Group (ASG)**

**Defendant**

**Jemaah Islamiya**

**Defendant**

**Egyptian Gama'a Al–Islamiya**

**Defendant**

**Terrorist Hijackers**

**Defendant**

**Muhammad Omar**

**Defendant**

**Maulvi Abdul Kabir**

**Defendant**

**Jalil Shinwari**

**Defendant**

**Noor Jalil**

**Defendant**

**Abu Agab**

**Defendant**

**Ministry of Defense**

**Defendant**

**Ministry of Interior**

**Defendant**

**Sudanese Intelligence Service**

**Defendant**

**Hassan Turabi**
*Islamic Leader*

**Defendant**

**Omar Hassan Ahmad Al−Bashir**
*President of Sudan*

**Defendant**

**Abdul Rahim Mohammed Hussein**
*Interior Minister*

**Defendant**

**Abdel Wahab Osman**
*former Sudanese Minister of Industry*

**Defendant**

**Iss El−Din El Sayed**
*Minister of Finance and National Economy*

**Defendant**

**Rahman Abdul Siral−Khatim**
*Minister of Defense*

**Defendant**

**Al Amn Al−Dakhili**
*Intelligence*

**Defendant**

**Al Amn Al−Khariji**
*Intelligence*

__**Defendant**__

**Islamic Republic of Iran**

__**Defendant**__

**Islamic Revolutionary Guard (IRGC)**

__**Defendant**__

**Iranian Ministry of Intelligence and Security (MOIS)**

__**Defendant**__

**Lashkar Redayan−E−Islami (Islamic Martyrs Brigade)**

__**Defendant**__

**Ayatollah Ali Khamenei**
*Spiritual Leader of Iran*

__**Defendant**__

**Mohammed Mohammadi Rayshahri**
*Special Advisor to Spiritual Leader and special advisor to Iran's supreme leader Ali Khamene'i*

__**Defendant**__

**Qorban Ali Najaf−Abadi**
*Minister of Intelligence*

__**Defendant**__

**Ali Falahyan**
*Director of Public Intelligence*

__**Defendant**__

**General Ali Blokian**
*former advisor to Hezbollah*

__**Defendant**__

**Ahmad Salah (Salim)**
*member of committee of three of Int'l Hezbollah*

__**Defendant**__

**Mahdi Chamran Savehi**
*director of International Hezbollah and Iranian External Intelligence Chief*

__**Defendant**__

**General Mohsen Reza'i**
*Iranian Security Director, former commander of the Islamic Revolutionary Guard Corps (IRGC) who is now in charge of the reorganization of Iran's security apparatus*

**Defendant**

**Hoseyn Shaykh Ol−Eslam**
*former Assistant Foreign Minister*

**Defendant**

**General Yahya Rahim Safavi**
*head of the IRGC*

**Defendant**

**Information Minister Qorban 'Ali Najaf Abadi**

**Defendant**

**Co−Conspirators**

**Defendant**

**Abdul Rahman Khaled Bin Mahfouz**
*TERMINATED: 07/14/2011*

**Defendant**

**Abdulla Al Obaid** represented by **Alan Robert Kabat**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lynne A. Bernabei**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Abdula Bin Laden**
*TERMINATED: 07/14/2011*

**Defendant**

**Mohammed Salim Bin Mahfouz**
*TERMINATED: 10/06/2005* represented by **David P. Gersch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Engelmayer Kalicki**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Prince Sultan Bin Abdulaziz Al Saud**
*TERMINATED: 05/05/2005* represented by **Christopher R. Cooper**
Baker Botts LLP (DC)
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
202−639−7780
Fax: 202−585−1097
Email: casey.cooper@bakerbotts.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jamie Steven Kilberg**
Baker Botts LLP (DC)
1299 Pennsylvania Avenue, N.W.

Washington, DC 20004
202−639−7739
Fax: 202−585−1097
Email: jamie.kilberg@bakerbotts.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sara Elizabeth Kropf**
Kropf Moseley Schmitt PLLC
1100 H Street NW
Suite 1220
Washington, DC 20005
202−627−6900
Email: sara@kmlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Horace Jeffress , Jr**
Baker Botts LLP (DC)
1299 Pennsylvania Ave N.W.
Washington, DC 20004
202−639−7751
Fax: 202−585−1087
Email: william.jeffress@bakerbotts.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Infocus Tech of Malaysia**

**Defendant**

**Yazid Sufaat of Kuala Lumpur Malaysia**

**Defendant**

**Al−Shaykh Al−Iraqi**

**Defendant**

**Azzam Service Center**

**Defendant**

**Abu Hajer Al Iraqi**

**Defendant**

**Hassan Al Turabi**

**Defendant**

**Ministry of Intelligence and Security**

**Defendant**

**Al−Hijrah Construction and Development Ltd.**

**Defendant**

**Gum Arabic Co. Ltd.**

**Defendant**

**Al Shamal for Investment and Development**

**Defendant**

**Saudi Dallah Al Baraka Group LLC**

**Defendant**

| | | |
|---|---|---|
| **Omar Abdullah Kamel** | represented by | **Christopher Robert Smith**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jason Dzubow**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Martin Francis McMahon**<br>(See above for address)<br>*TERMINATED: 06/16/2021* |

**Defendant**

| | | |
|---|---|---|
| **Dallah Al Baraka Group LLC**<br>*TERMINATED: 07/14/2011* | represented by | **Martin Francis McMahon**<br>(See above for address)<br>*TERMINATED: 06/16/2021* |

**Defendant**

**Islamic Investment Company of the Gulf**
*TERMINATED: 10/06/2005*

**Defendant**

| | | |
|---|---|---|
| **Dar−al−maal Al Islami** | represented by | **Timothy James McCarthy**<br>Mishcon de Reya New York, LLP<br>156 Fifth Ave., Ste. 904<br>New York, NY 10010<br>212−612−3297<br>Fax: 212−612−3297<br>Email: tmccarthy@dykema.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Aimee Rebecca Kahn**<br>Mishcon de Reya New York, LLP<br>156 Fifth Ave., Ste. 904<br>New York, NY 10010<br>(212)−612−3270<br>Fax: (212)−612−3297<br>Email: Aimee.Kahn@Mishcon.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Al−Bir Saudi Organization**

**Defendant**

| | | |
|---|---|---|
| **Tadamon Islamic Bank**<br>*TERMINATED: 07/14/2011* | represented by | **Martin Francis McMahon**<br>(See above for address)<br>*TERMINATED: 06/16/2021* |

**Defendant**

**Mohammad S. Mohammad**

**Defendant**

**Lebanese Hezbollah**

**Defendant**

**Palestine Islamic Jihad**

**Defendant**

**Hamas**

**Defendant**

**Mustasim Abdel−Rahim**

**Defendant**

**Sudanese Government of Northern State**

**Defendant**

**National Fund for Social Insurance**

**Defendant**

**Abd Al Samad Al−Ta'ish**

**Defendant**

**Mohamed Sadeek Odeh**

**Defendant**

**khalid Al Fawwaz**

**Defendant**

**Abdel Barry**

**Defendant**

**Ahmed the German**

**Defendant**

**Iraqi Secret Service**

**Defendant**

**Gulbuddin Hekmatyar**

**Defendant**

**Imad Mughniyeh**

**Defendant**

**Mohammed Sarkawi**

**Defendant**

**Al Tawhid**

**Defendant**

**Haji Mohamad Akram**

**Defendant**

**Mounir El−Motassadeq**

**Defendant**

**Ramzi Mohammed Adbullah Binalshibh**
*also known as*
Ramzi Mohamed

**Defendant**

**Abdallah Omar**

**Defendant**

**Zakarlya Essabar**

**Defendant**

**Said Bahaji**

**Defendant**

**Umar Faruq**

**Defendant**

**Ibn Sheik Al−libi**

**Defendant**

**Abelghani Mzoudi**

**Defendant**

**Abd Al−Rahim Al−Nashiri**

**Defendant**

**Abdullah Al Abdulazi Al Abdulaziz Al Saud**
*(prince Abdullah)*
*TERMINATED: 01/10/2006*

**Defendant**

**Prince Naif Bin Abdulaziz Al Saud**
*(Prince Naif)*
*TERMINATED: 01/10/2006*

represented by

**James Michael Cole**
Bryan Cave LLP (DC)
700 13th Street N.W.
Washginton, DC 20005
202−508−6091
Fax: 202−508−6200
Email: jmcole@bryancave.com
*TERMINATED: 05/30/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Joseph Murphy**
Bryan Cave LLP (DC)
700 13th Street N.W.
Washginton, DC 20005
202−508−6015
Fax: 202−508−6200
Email: jjmurphy@bryancave.com
*TERMINATED: 09/23/2010*
*LEAD ATTORNEY*

**William Christopher Edgar**
Bryan Cave LLP (DC)
700 13th Street N.W.

Washginton, DC 20005
202−508−6126
Fax: 202−508−6200
Email: wedgar@bryancave.com
*TERMINATED: 08/02/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Salmin Aziz Al Saud**
*(Prince Salmim)*
*TERMINATED: 01/10/2006*

**Defendant**

**Zouaydi**
*(Muhammed Galeb Kalaje Zoaaydi)*
*also known as*
Abu Talha
*also known as*
Muhammed Galeb Kalaje Zoaaydi

**Defendant**

**Mullah Kakshar**

**Defendant**

**Abdulazis Rahman Al Saud**
*TERMINATED: 01/10/2006*

**Defendant**

**Arafat El−Asahi**

**Defendant**

**Haydar Mohamed Bin Laden**

**Defendant**

**Mohammed Bin Abdulrahman Al Ariefy**

represented by **T. Barry Kingham**
(See above for address)
*TERMINATED: 10/04/2010*

**Defendant**

**Faisal Group Holding Co.**
*TERMINATED: 07/14/2011*

represented by **T. Barry Kingham**
(See above for address)
*TERMINATED: 10/04/2010*

**Defendant**

**Alfaisaliah Group**
*TERMINATED: 07/14/2011*

represented by **T. Barry Kingham**
(See above for address)
*TERMINATED: 10/04/2010*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bashsh Hospital**

**Defendant**

**Mushayt**
*TERMINATED: 07/14/2011*

**Defendant**

| | | |
|---|---|---|
| **Abdullah Muhsen Al Turki**<br>*(Al Turki)*<br>*TERMINATED: 07/14/2011* | represented by | **Alan Robert Kabat**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Lynne A. Bernabei**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Eric L. Lewis**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Waleed El Sayed Nassar**<br>(See above for address)<br>*TERMINATED: 08/05/2024*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Saudi High Commission**<br>*The Saudi High Relief Commission*<br>*TERMINATED: 07/14/2011* | represented by | **Alan E. Untereiner**<br>Robbins, Russell, Englert, Orseck & Untereiner LLP<br>1801 K Street, N.W.<br>Suite 411<br>Washington, DC 20006<br>(202) 775−4505<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Max Huffman**<br>Robbins, Russell, Englert, Orseck & Untereiner, L.L.P.<br>1801 K Street, NW<br>Suite 411<br>Washington, DC 20006<br>(202) 775−4500<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Roy T. Englert , Jr.**<br>Herbert Smith Freehills Kramer (US) LLP<br>2000 K Street NW<br>Ste 4th Floor<br>Washington, DC 20006<br>202−775−4500<br>Email: roy.englert@hsfkramer.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Mark Charles Hansen**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael Kerry Kellogg**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Lawrence Saul Robbins**<br>Friedman Kaplan Seiler Adelman & Robbins LLP<br>7 Times Square |

28th Floor
New York, NY 10036−6516
212−833−1118
Email: lrobbins@fklaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Abdul Aziz Al Ibrahim**
*(or Al Ibrahim)*

**Defendant**

**Tarek Ayoubi**

**Defendant**

**Al Anwa** represented by **John Joseph Walsh**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Help African People**

**Defendant**

**Ibrahim Bin Abdul Aziz Al Ibrahim Foundation**
*TERMINATED: 07/14/2011*

represented by **James Joseph McGuire**
Greenspoon Marder LLP
Litigation
1345 Avenue of the Americas
Suite 2200
New York, NY 10105
212−524−5040
Fax: 212−524−5050
Email: James.McGuire@gmlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mercy International Relief Agency**
*also known as*
Mercy International
*also known as*
Mercy

**Defendant**

**Islamic Movement of Uzbekistan (IMU)**

**Defendant**

**Saudi Bin Laden Group (LBG)**
*TERMINATED: 03/28/2018*
*also known as*
Bin Laden Corporation
*TERMINATED: 03/28/2018*

represented by **Fahad Anwar Habib**
Jones Day (SF)
555 California Street, 26th Floor
San Francisco, CA 94104
415−875−5761
Fax: 415−875−5700
Email: fahabib@jonesday.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Ellen Powers**
Jones Day (DC)
51 Louisiana Avenue, NW

Washington, DC 20001
(202)−879−3870
Email: mepowers@jonesday.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bakr M Bin Laden**
*TERMINATED: 07/14/2011*

represented by **Stephen Joseph Brogan**
Jones Day (DC)
51 Louisiana Avenue, NW
Washington, DC 20001
(202) 879−3926
Fax: (202) 626−1700
Email: JonesDayMDL1570@jonesday.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**E. Michael Bradley**
(See above for address)
*TERMINATED: 08/02/2007*

**Melissa Danielle Stear**
(See above for address)

**Defendant**

**Salem Bin Laden**

**Defendant**

**Saleh Gazaz**

**Defendant**

**Mohammed Bahareth**

**Defendant**

**Adbullah Bin Said**

**Defendant**

**Mohammed Nur Rahmi**

**Defendant**

**Tarek M. Bin Laden**
*TERMINATED: 07/14/2011*

represented by **E. Michael Bradley**
(See above for address)
*TERMINATED: 08/02/2007*

**Melissa Danielle Stear**
(See above for address)

**Defendant**

**Omar M. Bin Laden**
*TERMINATED: 07/14/2011*

represented by **E. Michael Bradley**
(See above for address)
*TERMINATED: 08/02/2007*

**Melissa Danielle Stear**
(See above for address)

**Defendant**

**Mohamed Bin Laden Organization (SBG)**

**Defendant**

**Saudi Binladin International Company**

**Defendant**

**Yeslam M. Bin Laden**
*TERMINATED: 07/14/2011*

**Defendant**

**Yassin Abdullah Al−Kadi** represented by **Peter Charles Salerno**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Human Concern International Society**

**Defendant**

**Talal Mohammed Badkook**
*TERMINATED: 07/14/2011* represented by **Alan Robert Kabat**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lynne A. Bernabei**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dr. Mohaman Ali Elgari**

**Defendant**

**New Diamond Holdings**

**Defendant**

**M.M. Badkook Co. for Catering & Trading**
*TERMINATED: 07/14/2011*

**Defendant**

**Al−Mustaqbal Group**

**Defendant**

**National Management Consultancy Center (NMCC)**

**Defendant**

**Al−Rajhi Banking & Investment Corp.**
*TERMINATED: 05/05/2005*

**Defendant**

**Saleh Abdulaziz Al−Rajhi**
*TERMINATED: 07/14/2011* represented by **Thomas M. Melsheimer**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Al−Watania Poultry**
*TERMINATED: 10/06/2005*

**Defendant**

**Piedmont Poultry**

**Defendant**

**Salim Bin Mahfouz**

**Defendant**

**SNCB Corporate Finance Ltd.** represented by **Ronald Stanley Liebman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**SNCB Securities Ltd. in London** represented by **Ronald Stanley Liebman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**SNCB Securities Ltd. in New York**

**Defendant**

**Saudi Economic and Development Company**
*TERMINATED: 10/06/2005*
represented by **David P. Gersch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jean Engelmayer Kalicki**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Zakat Committee**

**Defendant**

**Red Crescent Saudi Committee**
*TERMINATED: 07/14/2011*
represented by **Alan Robert Kabat**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lynne A. Bernabei**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Blessed Relief Foundation**

**Defendant**

**Abdulkarim Khalid Uusuf Abdulla**
*TERMINATED: 10/06/2005*

**Defendant**

**Al−Birr**

**Defendant**

**Hisham**
*(Brother of Enaam Arnaout)*

**Defendant**

**Hezb−E−Islami**

**Defendant**

**Saif Al Islam El Masry**

**Defendant**

**Ahmad Ajaj**

**Defendant**

**Wa'el Jalaidan** represented by **Christopher Robert Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin Francis McMahon**
(See above for address)
*TERMINATED: 06/16/2021*

**Stephanie Wall Fell**
(See above for address)
*TERMINATED: 03/28/2006*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Abdulrahman Alamoudi**

**Defendant**

**American Muslim Foundation (AMF)**

**Defendant**

**Mohammed Omeish**

**Defendant**

**Adnan Basha**
*TERMINATED: 07/14/2011*
represented by **Alan Robert Kabat**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lynne A. Bernabei**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric L. Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Waleed El Sayed Nassar**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mahmoud Jaballah**

**Defendant**

**Arafat El–Ashi**

**Defendant**

**Moro Islamic Liberation Front (MILF)**

**Defendant**

**Jamal Ahmed Mohammed**

**Defendant**

**Mohmous Jaballah**

**Defendant**

**Mohammed Khatib**

**Defendant**

**Saudi Joint Relief Committee**
*TERMINATED: 07/14/2011*

represented by

**Colin S. Stretch**
Kellogg, Hansen, Todd, Figel & Frederick PLLC (DC)
1615 M Street, N.W., Suite 400
Washington, DC 20036
(202) 326–7968
Fax: (202) 326–7999
Email: mkellogg@khhte.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Charles Hansen**
(See above for address)
*LEAD ATTORNEY*

**Michael Kerry Kellogg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William David Sarratt**
Debevoise & Plimpton LLP
650 California Street
San Francisco, CA 94108
415–738–5700
Email: dsarratt@debevoise.com

**Defendant**

**Taibah International Aid Association**

**Defendant**

**Islamic African Relief Agency**

**Defendant**

**Fazeh Ahed**

**Defendant**

**Sanabil Al–Khair**

**Defendant**

**Shaled Nouri**

**Defendant**

**Ihab Ali**

**Defendant**

**Samir Salah** represented by **Steven Karl Barentzen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ibrahim Hassabella**

**Defendant**

**Sherifsedky**

**Defendant**

**National Development Bank**

**Defendant**

**Dallah Avco Trans Arabia Co. LTD.**
*TERMINATED: 07/14/2011*
represented by **Eric Richard Nitz**
MoloLamken LLP
600 New Hampshire Ave.
Suite 500
Washington, DC 20037
202−556−2021
Email: enitz@mololamken.com
*ATTORNEY TO BE NOTICED*

**Martin Francis McMahon**
(See above for address)
*TERMINATED: 06/16/2021*

**Robert Kelsey Kry**
Molo Lamken LLP (NYC)
540 Madison Ave.
New York, NY 10022
(202) 556−2000
Fax: (202)−556−2001
Email: rkry@mololamken.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Omar Al Bayoumi**
*also known as*
Abu Imard

**Defendant**

**Masjed Al Munawarah**
*also known as*
Masjid Al Madinah Al Munawarah

**Defendant**

**Aqsa Islamic Bank**
*TERMINATED: 07/14/2011*
represented by **Aqsa Islamic Bank**
PRO SE

**Martin Francis McMahon**
(See above for address)
*TERMINATED: 06/16/2021*

**Defendant**

**Aqeel Al−Aqeel**
*TERMINATED: 07/14/2011*

represented by **Ashraf Wajih Nubani**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ahmed Ibrahim Al Najjar**

**Defendant**

**Adel Muhammad Sadiq Bin Kazem**

**Defendant**

**Abdulaziz Bin Hamad**

**Defendant**

**Khalil A. Kordi**
*TERMINATED: 10/06/2005*

**Defendant**

**Rashid Al Romaizan**
*TERMINATED: 10/06/2005*

**Defendant**

**Abdulaziz Bin Hamad Al Gosaibi**
*TERMINATED: 10/06/2005*

**Defendant**

**Saudi Cement Company In Damman**
*TERMINATED: 10/06/2005*

**Defendant**

**Omar Sulaiman Al−Rajhi**
*TERMINATED: 10/06/2005*

represented by **John M. Helms , JR.,**
(See above for address)

**Matthew E. Yarbrough**
(See above for address)

**Raymond Richard Castello**
(See above for address)

**Thomas M. Melsheimer**
(See above for address)

**Defendant**

**Arab Cement Company**

**Defendant**

**Zeinab Mansour−Fattouh**

**Defendant**

**Mohammed Chehade**

**Defendant**

**Hazem Ragab**

**Defendant**

**Mohammed Alchurbaji**

**Defendant**

**Mustafa Al–Kadir**

**Defendant**

**Abu Al–Maid**

**Defendant**

**Al Qaeda Islamic Army**

**Defendant**

**Osama Bin Laden**

**Defendant**

**Zubayadh**

**Defendant**

**Saif Al Adel**

**Defendant**

**Addullah Ahmed Abdullah**

**Defendant**

**Mahfuz Ould Al Walid**
*"The Mauritanian"*

**Defendant**

**Mushin Musa Matwalliatwah**

**Defendant**

**Abu Rahman**

**Defendant**

**Abu Omar Muhammad**

**Defendant**

**Jemaah Isamiya**

**Defendant**

**Algerian Armed Islamic Group (GIA)**

**Defendant**

**Al Itihaad Al–Islamiya**

**Defendant**

**Muhammad Omar**

**Defendant**

**Noor Jalil**

**Defendant**

**Saddam Hussein**

<u>**Defendant**</u>

**Taha Yassin Ramadan**

<u>**Defendant**</u>

**Salah Muhammed Mandi**

<u>**Defendant**</u>

**Fraruq Al−Hijazi**

<u>**Defendant**</u>

**Salah Suleiman**

<u>**Defendant**</u>

**Habib Faris Abdullah Al−Mamouri** represented by **Habib Faris Abdullah Al−Mamouri**
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Abdel Hussein**

<u>**Defendant**</u>

**Hassan Turabi, Islamic Leader**

<u>**Defendant**</u>

**Omar Hassan Ahmad Al−Bashir, President of Sudan**

<u>**Defendant**</u>

**Abdel Wahab Osman, former Sudanese Minister of Industry**

<u>**Defendant**</u>

**Al Amn Al−Dakhili, Intelligence**

<u>**Defendant**</u>

**Al Amn Al−Kariji,Inteligence**

<u>**Defendant**</u>

**Ayatollah Ali Khamenei Spiritual Leader of Iran**

<u>**Defendant**</u>

**Momammed Mohammadi**
*Special Advisor to Spiritual Leader*

<u>**Defendant**</u>

**Mohammadi Rayshahri**

<u>**Defendant**</u>

**Qorban Ali Najaf−Abadi**
*Minister of Intelligence*

<u>**Defendant**</u>

**Ahmad Salah(Salim)**
*member of committee of three of Int'l*

*Hezbollah*

**Defendant**

**General Moshen Reza'I**
*Iranian security director*

**Defendant**

**Yahya Rahim Safavi, head of the IRGC**

**Defendant**

**Abd Al−Hadi al−Iraqi**

**Defendant**

**Abula Bin Laden**

**Defendant**

**Al Khaleejia for Expert Promotion and Marketing Company**

**Defendant**

**Al Taqwa Management Organization SA**

**Defendant**

**Al−Gammaah Al Islamiah**

**Defendant**

**Al−Haramain**

**Defendant**

**Global Relief Foundation, Inc.**
*also known as*
Foundation Secours Mondial
*also known as*
GRF
*also known as*
Al−Najda

**Defendant**

**International Islamic Relief Organization(IIRO)**
*also known as*
Islamic Relief Organization
*TERMINATED: 08/29/2017*
*also known as*
International Relief Organization
*TERMINATED: 08/29/2017*
*also known as*
Success Foundation
*TERMINATED: 08/29/2017*

represented by **Eric L. Lewis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Vann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason Dzubow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephanie Wall Fell**
(See above for address)
*TERMINATED: 03/28/2006*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Aisha E R Bembry**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark J. Leimkuhler**
(See above for address)
*TERMINATED: 01/23/2019*
*PRO HAC VICE*

**Martin Francis McMahon**
(See above for address)
*TERMINATED: 06/16/2021*

**Sumayya Khatib**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Waleed El Sayed Nassar**
(See above for address)
*TERMINATED: 08/05/2024*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mohammed Jamal Khalifa**
*TERMINATED: 07/14/2011*

represented by **Ashraf Wajih Nubani**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Muwaffaq Foundation National Commerical Bank**

**Defendant**

**Prince Nayef Bin Abdulaziz Al Saud**
*TERMINATED: 01/10/2006*

represented by **Sara Elizabeth Kropf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sultan Bin Abdulaziz Al Saud**

**Defendant**

**Rabih Haddah**

**Defendant**

**Adel Abdul Batterjee**

represented by **Ashraf Wajih Nubani**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Somali Internet Company**

**Defendant**

**Suleiman Abdel Aziz**

**Defendant**

**Suleiman Abdel Aziz Al Rajhi**

**Defendant**

**National Islamic Front Party**

**Defendant**

**Mandouh Mahamud Salim**

**Defendant**

**Abdel Barry**

**Defendant**

**haji Mohamad Akram**

**Defendant**

**Mounir El−Motassadeq**

**Defendant**

**Ramzia Mohammed Adbullah Binalshibh**

**Defendant**

**Abdullah Al Abdulaziz Al Saud**
*(Prince Abdullah)*

**Defendant**

**Mullah Kakshar**

**Defendant**

**Haydar Mohamed Bin Laden**

**Defendant**

**M. Yaqub Mirza**

**Defendant**

**Hisham Al−Talib**

**Defendant**

**Mansour Al−Kadi**

**Defendant**

**Ahmed Ibrahim Al Najjar**

**Defendant**

**Sheikh Usama Bin−Laden**

**Defendant**

**Al Qaeda/Islamic Army**

**Defendant**

**Ayatollah Ali Hoseini−Khamenei**
*Supreme Leader*

**Defendant**

**Iranian Ministry of Information and Security**

**Defendant**

**Islamic Revolunitionary of Guard Corps**

**Defendant**

**Iranian Ministry of Petroleum**

**Defendant**

**Iranian Ministry of Economic Affairs and Finance**

**Defendant**

**Iranian Ministry of Commerce**

**Defendant**

**Iranian Ministry of Defense and Armed Forces Logistics**

**Defendant**

**Iraqi Ministry of Defense**

**Defendant**

**Iraqi Ministry of Finance**

**Defendant**

**Iraqi Ministry of Oil**

**Defendant**

**Iraqi Intelligence Service**

**Defendant**

**Unidentified Terrorist Defendants 1−500**

**Defendant**

**National Commerce Bank**
*TERMINATED: 07/14/2011*

represented by **Mitchell Rand Berger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ronald Stanley Liebman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ugo Alfredo Colella**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Alan Todd Dickey**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Al Rajhi Banking and Investment**
*TERMINATED: 05/05/2005*

represented by

**Christopher Mark Curran**
White & Case LLP (DC)
701 Thirteenth Street, Nw
Washington, DC 20005
(202) 626−3600
Email: ccurran@whitecase.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frank Panopoulos**
26 Trailridge Ct.
Potomac, MD 20854
301−956−4249
Email: fpanopoulos@icloud.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nicole Erb**
White & Case LLP (DC)
701 Thirteenth Street, Nw
Washington, DC 20005
202−626−3694
Fax: 202−639−9355
Email: nerb@whitecase.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Al Rajhi Bank**

represented by

**Christopher Mark Curran**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Mahaffey**
White & Case
701 13th Street NW
Ste 600
Washington, DC 20005
202−729−2488
Email: michael.mahaffey@whitecase.com
*ATTORNEY TO BE NOTICED*

**Nicole Erb**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicolle Kownacki**
White & Case LLP
701 13th Street, NW
Washington, DC 20005
202−626−3600
Email: nkownacki@whitecase.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dar Al Maal Al Islami**

represented by

**Al Shamal Islamic Bank**
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Joseph McGuire**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy James McCarthy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aimee Rebecca Kahn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Al Shamal Islamic Bank**
*TERMINATED: 07/14/2011*
*also known as*
Shamel Bank
*TERMINATED: 07/14/2011*
*also known as*
Bank El Shamar
*TERMINATED: 07/14/2011*

represented by **Martin Francis McMahon**
(See above for address)
*TERMINATED: 06/16/2021*

**Defendant**

**International Relief Organization**

**Defendant**

**Abdurahman Alamoundi**

**Defendant**

**Sanabel Al Khair**

**Defendant**

**Islamic World League**

**Defendant**

**Abdullah Bin Saleh Al−Obaid**

represented by **Aisha E R Bembry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Alan Robert Kabat**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Saar Network**

**Defendant**

**Mohammed Jaghkit**

**Defendant**

**Sherif Shedky**

**Defendant**

**Safar Al−Hawali**
*TERMINATED: 07/14/2011*

represented by **Alan Robert Kabat**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lynne A. Bernabei**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sheik Hamad Al–Husaini**
*TERMINATED: 07/14/2011*

represented by **Alan Robert Kabat**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lynne A. Bernabei**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mohammed Ali Sayed Mushayt**
*TERMINATED: 07/14/2011*

represented by **Alan Robert Kabat**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lynne A. Bernabei**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mushayt for Trading Company**
*TERMINATED: 07/14/2011*

represented by **Alan Robert Kabat**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lynne A. Bernabei**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Saleh Al–Hussayen**
*TERMINATED: 07/14/2011*

represented by **Alan Robert Kabat**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lynne A. Bernabei**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sheik Salman Al–Oawdah**
*TERMINATED: 07/14/2011*

represented by **Alan Robert Kabat**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lynne A. Bernabei**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Makkah mukarrahman Charity Trust , Inc.** | represented by | **William Horace Jeffress , Jr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Martin Francis McMahon**<br>(See above for address)<br>*TERMINATED: 06/16/2021* |

**Defendant**

| | | |
|---|---|---|
| **Sultan Bin Abul Aziz Al Saud**<br>*TERMINATED: 05/05/2005* | represented by | **William Horace Jeffress , Jr**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Republic of Sudan Ministry of Defense** | represented by | **Matthew H. Kirtland**<br>Fulbright & Jaworski, L.L.P.<br>801 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>(202) 662−4659<br>Fax: (202) 662−4643<br>Email: matthew.kirtland@nortonrosefulbright.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Nimir Petroleum LLC** | represented by | **Felice Beth Galant**<br>Norton Rose Fulbright US LLP<br>1301 Avenue of the Americas<br>New York, NY 10019<br>212−318−3000<br>Fax: 212−318−3400<br>Email: felice.galant@nortonrosefulbright.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Matthew H. Kirtland**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Mounir Al Motassadeq** | represented by | **Maher H. Hanania**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Aqeel Al Aqeel** | represented by | **Maher H. Hanania**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ashraf Wajih Nubani**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Saleh O. Badahdah** | represented by | **Maher H. Hanania**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ashraf Wajih Nubani**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Talobah International Aid Association** | represented by | **Maher H. Hanania**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Dr. Abdulrahman Al−Amoundi** | represented by | **Maher H. Hanania**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Sulaiman Al−Alsheikh** | represented by | **Alan Robert Kabat**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Lynne A. Bernabei**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Sulaiman Ali Eldeen** | represented by | **Alan Robert Kabat**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Lynne A. Bernabei**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Sanur Salah** | represented by | **Alan Robert Kabat**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Lynne A. Bernabei**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Proyectos Promociones Paradaus S.I.** | represented by | **Alan Robert Kabat**<br>(See above for address)<br>*LEAD ATTORNEY* |

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lynne A. Bernabei**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Republic of Sudan Ministry of Interior** represented by **Alan Robert Kabat**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lynne A. Bernabei**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mohammed Hussein Al Ibrahim** represented by **Maher H. Hanania**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ibrahim Bin Abdulaziz Al Ibrahim**
*TERMINATED: 07/14/2011*

**Defendant**

**Islamic Investment Company of the Gulf (Bathrain)EC**

**Defendant**

**Lujain Al−Iman**

**Defendant**

**Abdullah Al Faisal Bin Abdulaziz AlSaud**
*TERMINATED: 07/14/2011* represented by **T. Barry Kingham**
(See above for address)
*TERMINATED: 10/04/2010*

**Defendant**

**Al Tawqwa Trade, Property and Industry Company Limited**

**Defendant**

**Nascoservice S.R.L.**

**Defendant**

**Nasreddin Foundation**
*also known as*
Nasreddin Stiftung

**Defendant**

**The Committee for the Defense of Legitimate Rights, (CDLR)**

**Defendant**

**Akida Al–Taqwa Limited**

**Defendant**

**Gulf Center S.R.L.**

**Defendant**

**Nada International Anstalt**
*also known as*
Nada Group International Anstalt

**Defendant**

**Nasco Nasredden International Group Limited Holding**

**Defendant**

**Global Diamond Resources**

**Defendant**

**Nasreddin Group International Holding Limited**

**Defendant**

**Nascotex S.A.**
*also known as*
Industrie Generale De Filature Et Tissage
*also known as*
Industrie Generale De Textile

**Defendant**

**Nasco Business Center Sas Di Nasreddin Ahmed Idris**

**Defendant**

**Nasredddin Ahmed Idris**
*also known as*
Nasreddin Ahmed Idris

**Defendant**

**Ahmed Idris Nasreddin**

**Defendant**

**Guld and African Chamber**

**Defendant**

**Ba Taqwa For Commerce and Real Estate Company Limited**
*also known as*
Ba Taqwa for Commerce and Real Estate Establishment
*also known as*
Ben M. Nada Establishment
*also known as*
Youssef M. Nada Establishment

**Defendant**

**Akida Bank Private Limited**
*also known as*

Akida Islamic Bank International Limited
*also known as*
Iksir International Bank Limited

**Defendant**

**Arab Bank**
*TERMINATED: 07/14/2011*

represented by **John David Shakow**
1730 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 737−0500
Fax: (202) 626−3737
*TERMINATED: 09/23/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard T. Marooney , Jr**
King & Spalding LLP (NYC)
1185 Avenue of the Americas
New York, NY 10036
212−556−2242
Fax: 212−556−2222
Email: RMarooney@KSLAW.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Youssef M. Nada**
*also known as*
Youssef Mustafa Nada

**Defendant**

**Youssef M. Nada & CO.**

**Defendant**

**GRF**

**Defendant**

**Shahir Abdulraoof Batterjee**
*TERMINATED: 07/14/2011*

**Defendant**

**Syed Suleman Ahmer**

**Defendant**

**Abdul Rahman Bin Kahlid Bin Mahfouz**

represented by **Alan Kahn**
Res.
134 East 22nd Street
New York, NY 10010
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Viles**
Arshack, Hajek & Lehrman
1790 Broadway
Ste 710
New York
New York, NY 10019
212−582−6500
Email: tviles@bcr−dc.com
*LEAD ATTORNEY*

**Peter Jonathan Kahn**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **World Assembly of Muslim Youth**<br>*also known as*<br>Wamy International, Inc.<br>*also known as*<br>World Association for Muslim Youth | represented by | **Khurrum Basir Wahid**<br>Wahid Vizcaino Geller LLP<br>2103 Coral Way<br>Suite 401<br>Miami, FL 33145<br>305−444−4303<br>Email: khurrum@wvglegal.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Maher H. Hanania**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Benjamin Wolverton**<br>Sotheby's, Inc.<br>Compliance<br>1334 York Avenue<br>9th Floor<br>New York, NY 10021<br>212−894−2224<br>Email: benjamin.wolverton@sothebys.com<br>*TERMINATED: 05/29/2025*<br><br>**Frederick James Goetz**<br>Goetz & Eckland P.A.<br>43 Main St. S.E., Suite 505<br>Minneapolis, MN 55414<br>(612)−874−1552<br>Fax: (612)−331−2473<br>Email: fgoetz@goetzeckland.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Marcus Asner**<br>*TERMINATED: 05/29/2025*<br><br>**Omar T. Mohammedi**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Mohammed Ali Hasan Al Moayad**

**Defendant**

**Al Farooq Mosque**

**Defendant**

**Ibrahim Muhammed Afandi**

**Defendant**

| | | |
|---|---|---|
| **Mohammed Bin Abdullah Al−Jomaith** | represented by | **Christopher Talbott Lutz**<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Christopher Talbot Lutz**<br>Steptoe & Johnson, LLP (DC) |

1330 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 429−6440
Fax: (202) 429−3902
Email: clutz@steptoe.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roger E. Warin**
Steptoe & Johnson, L.L.P.
1330 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 429−3000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Abdulrahman Hassan Sharbatly**

**Defendant**

**Salahuddin Abduljawad** represented by **John C. Millian**
Gibson, Dunn & Crutcher, L.L.P.
1050 Connecticut Avenue, NW
Washington, DC 20036
(202) 955−8213
Fax: (202) 530−9566
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ahmed Zaki Yamani**
*TERMINATED: 07/14/2011*

**Defendant**

**Ahmad Al Harbi**

**Defendant**

**Hamad Hussaini**

**Defendant**

**Abu Rida Al Suri**

**Defendant**

**Mohamed Loay Bayazid**

**Defendant**

**Ahmed Brahim**

**Defendant**

**Abu Musab Al−Zarqawi**

**Defendant**

**Saleh Abdullah kamel**
*TERMINATED: 07/14/2011* represented by **Saleh Abdullah kamel**
PRO SE

**Martin Francis McMahon**
(See above for address)
*TERMINATED: 06/16/2021*

**Defendant**

**Delta Oil Company, Ltd.**
*TERMINATED: 06/02/2004*

represented by **Brian Arthur Coleman**
Faegre Drinker Biddle & Reath LLP
Suite 1100
1500 K Street, N.W.
Washington, DC 20005−1209
202−842−8868
Email: brian.coleman@faegredrinker.com
*TERMINATED: 06/02/2004*
*LEAD ATTORNEY*

**Michael J. McManus**
Drinker, Biddle & Reath, L.L.P.
1500 K Street NW
Suite 1100
Washington, DC 20005−1209
(202) 842−8800
Fax: (202) 842−8465
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wael Jalaidan**

represented by **Martin Francis McMahon**
(See above for address)
*TERMINATED: 06/16/2021*

**Martin Francis McMahon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**MD James W Monsour**

**Defendant**

**Daral Maal Al Islami Trust**
*TERMINATED: 07/14/2011*

represented by **James Joseph McGuire**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy James McCarthy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aimee Rebecca Kahn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Al−Baraka Bancorp, Inc.**
*TERMINATED: 07/14/2011*

represented by **Al−Baraka Bancorp, Inc.**
PRO SE

**Martin Francis McMahon**
(See above for address)
*TERMINATED: 06/16/2021*

**Defendant**

**Mohammed Albanna**

**Defendant**

| | | |
|---|---|---|
| **Sami Omar Al−Hussayen** | represented by | **David Z. Nevin**<br>Nevin, Benjamin & McKay LLP<br>PO Box 2772<br>Boise, ID 83701<br>208 343−1000<br>Fax: 208 345 8274<br>Email: dnevin@nbmlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Dean Arnold**<br>Nevin, Benjamin & McKay LLP<br>PO Box 2772<br>Boise, ID 83701<br>208 343 1000<br>Fax: 208 345 8274<br>Email: dean@nbmlaw.com<br>*TERMINATED: 08/02/2007*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Scott McKay**<br>Nevin, Benjamin & McKay LLP<br>PO Box 2772<br>Boise, ID 83701<br>(208) 343−1000<br>Fax: (208) 345 8274<br>Email: smckay@nbmlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Sheryl Louise Musgrove**<br>Nevin, Benjamin & McKay LLP<br>303 W Bannock, Po Box 2772<br>Boise, ID 83701<br>(208)−343−1000<br>Fax: (208)−345−8274<br>Email: smusgrove@nbmlaw.com<br>*TERMINATED: 01/08/2007*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Joshua Lewis Dratel**<br>Dratel & Lewis<br>29 Broadway<br>Suite 1412<br>New York, NY 10006<br>212−732−0707<br>Email: jdratel@dratellewis.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Islamic Assembly of North America**<br>*TERMINATED: 07/14/2011* | represented by | **Ashraf Wajih Nubani**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**John Doe**
*in his capacity as the executor of the estate of Jane Doe , in his persoanl capacity , and as the personal representative of the deceased Jane Doe*

**Defendant**

**The Gobal Relief Foundation**

**Defendant**

**Benevolence International Foundation, Canada**

**Defendant**

**Abdullah Omar Naseef** represented by **Aisha E R Bembry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric L. Lewis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Waleed El Sayed Nassar**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Al Bir Dawalia**

**Defendant**

**Mohammed Ali Husan Al Moayed**

**Defendant**

**brahim Muhammad Afandi**

**Defendant**

**Mohammed Bin Abdullah Al−Jomaith**
*TERMINATED: 05/05/2005*
represented by **Christopher Talbot Lutz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Salahuddin Abduljawad** represented by **John C. Millian**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ahmed Zaki Yamani**
*TERMINATED: 07/14/2011*
represented by **Rayner Max Hamilton**
White & Case LLP (NY)
1221 Avenue of the Americas
New York, NY 10020
(212)−819−8822
Fax: (212)−354−8113
Email: rhamilton@whitecase.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Abmad Al Harbi**

**Defendant**

**Mohammed Al−Issai**

**Defendant**

**Mohamed Loay Bayazid**

**Defendant**

**Saudi Red Crescent**
*TERMINATED: 07/14/2011*

represented by **Alan Robert Kabat**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Abu Musab Al−Zarqawi**

**Defendant**

**Muzaffar kahn**

**Defendant**

**Mazin M.H. Bahareth**

**Defendant**

**Yassin Abdullah Kadi**
*TERMINATED: 07/14/2011*

represented by **Bonnie K. Arthur**
Hunton & Williams LLP (DC)
2200 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 419−2063
Fax: (202)−862−3619
Email: barthur@hunton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David F. Geneson**
Hunton & Williams LLP (DC)
2200 Pennsylvania Avenue, NW
Washington, DC 20037
(212) 332−3800
Email: mdl1570@hunton.com
*TERMINATED: 05/29/2013*
*LEAD ATTORNEY*

**Joseph John Saltarelli**
Seyfarth Shaw LLP (NYC)
620 Eighth Avenue
New York, NY 10018−1405
212 218−5500
Fax: 212 309−5526
Email: jsaltarelli@hunton.com
*TERMINATED: 08/25/2006*
*LEAD ATTORNEY*

**Thomas Peter Steindler**
(See above for address)
*TERMINATED: 12/20/2004*
*LEAD ATTORNEY*

**Amy Rothstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Charles Salerno**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mohamed Mansour**

**Defendant**

**Daral Maal Al Islami Trust** represented by **Timothy James McCarthy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Aimee Rebecca Kahn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Joseph McGuire**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mamoun Darkazanli**

**Defendant**

**Queens City Cigareetes and Candy**

**Defendant**

**Islamic Assembly of North AmericaFoundation**
*TERMINATED: 07/14/2011*

**Defendant**

**Rabita Al−Alam Al−Islami**

**Defendant**

**Anwar Hajjaj**

**Defendant**

**Abelmagne Ali Eldeen**

**Defendant**

**Nasreddin Company Nasco Sas Di Ahmed Idris Nassneddin Ec**

**Defendant**

**Yeslman M. Bin Laden**

**Defendant**

**Salman Bin Abdulaziz Al Saud** represented by **William Horace Jeffress , Jr**
*TERMINATED: 07/14/2011*
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mohammed Al Massari**

**Defendant**

**Yassir Al−Sirri**
*also known as*
Ammar

**Defendant**

**Addullah Bin Abdul Muhsen Al Turki**

**Defendant**

**Omar Bin Laden** represented by **Jones Day**
51 Louisiana Avenue, NW
Washington, DC 20001−2113
(202) 879−3939
Fax: (202) 626−1700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ahmed Nur Ali Jumale**

**Defendant**

**Naif Bin Abdulaziz Al Saud**
*TERMINATED: 07/14/2011*
represented by **Christopher R. Cooper**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jamie Steven Kilberg**
(See above for address)
*TERMINATED: 01/02/2014*

**Sara Elizabeth Kropf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Horace Jeffress , Jr**
(See above for address)

**James Michael Cole**
(See above for address)
*TERMINATED: 05/30/2006*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mohammed Hussein Al−Amoudi**
*TERMINATED: 10/03/2006*
represented by **Maher H. Hanania**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**islamic Investment Company of the Gulf(Bathrain)EC**

**Defendant**

**Addullah Al Faisal Abdulaziz Al Saud**
*TERMINATED: 07/14/2011*
represented by **T. Barry Kingham**
(See above for address)
*TERMINATED: 10/04/2010*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Khalid Al−Fawwaz**

**Defendant**

**Al Taqwa Trade Property and Industry Company Limited**

*also known as*
Al Taqwa Trade, Property and Industry Establishment
*also known as*
Hammat Establishment
*also known as*
Hochburg
*also known as*
Waldenburg

**Defendant**

**Akida Investment Co. LTD.**

**Defendant**

**Nasco Nasreddin Holdings,A.S.**

**Defendant**

**Nasreddin International Limited Group**
*also known as*
Middle East and Turkey Investment Holding Limited

**Defendant**

**The Advice and Reformation Committee(ARC)**

**Defendant**

**Nasreddin Ahmed**

**Defendant**

**Guld and African Center** represented by **Ba Taqwa For Commerce an Real Estate Company Limit**
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Saudi Binladin Group, Inc.**
*TERMINATED: 02/03/2012*
represented by **Mary Ellen Powers**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**E. Michael Bradley**
(See above for address)
*TERMINATED: 08/02/2007*

**James Ernest Gauch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melissa Danielle Stear**
(See above for address)

**Defendant**

**Prince Bandar bin Sultan**
*TERMINATED: 10/06/2005*
represented by **Nancy H. Dutton**
Dutton and Dutton PC
5017 Tilden Street NW
Washington, DC 20016
202−686−3500

Fax: 202−966−6621
Email: DuttonDC@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Charles Hansen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Al Qaida**

**Defendant**

**Asbat Al−Ansar**

**Defendant**

**Al Gama'a Al−Islamiyya**

**Defendant**

**Salafist Group for Call and Combat**

**Defendant**

**Lashkar I Janghvi**

**Defendant**

**Lashkar−E Tayyiba**

**Defendant**

**Jemaah Islamiya Organization**

**Defendant**

**Hezbollah**

**Defendant**

**Syrian Arab Republic**

**Defendant**

**The Kingdom of Saudi Arabia** represented by

**Mark Charles Hansen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Chun−Yang Shen**
Kellogg, Hansen, Todd, Figel & Frederick PLLC (DC)
1615 M Street, N.W., Suite 400
Washington, DC 20036
202−326−7900
Fax: 202−326−7999
Email: ashen@kellogghansen.com
*ATTORNEY TO BE NOTICED*

**Gregory G. Rapawy**
Kellogg, Hansen, Todd, Figel & Frederick PLLC (DC)
1615 M Street, N.W., Suite 400
Washington, DC 20036
(202) 326−7967
Fax: (202) 326−7999

Email: grapawy@kellogghansen.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Kerry Kellogg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Muhammad Atif**
*also known as*
Subhi Sitta
*also known as*
Abu Hafs Al–Masri

**Defendant**

**Sayf Al–Adl**

**Defendant**

**Shaykh Sa'id**
*also known as*
Mustafa Muhammad Ahmad

**Defendant**

**Abu Hafs The Mauritanian**
*also known as*
Mahfouz Ould Al–Walid
*also known as*
Khalid Al–Shanqiti

**Defendant**

**Abu Zubaydah**
*also known as*
Zayn Al Abidin Muhammad Husayn
Tariq
*also known as*
Zayn Al Abidin
*also known as*
Sayf Al Adl

**Defendant**

**Ayman Al–Zawahiri**

**Defendant**

**Thirwat Salah Shihata**
*also known as*
Muhammad Ali

**Defendant**

**Tariq Anwar Al–Sayyid Ahmad**
*also known as*
Fathi
*also known as*
Amr Al–Fatih

**Defendant**

**Muhammad Salah**
*also known as*
Nasr Fahmi Nasr Hasanayn

__Defendant__

**Makhtab Al−Khidamat**
*also known as*
Al−Khifaf

__Defendant__

**Islamic Army of Aden**

__Defendant__

**Al−Rashid Trust**

__Defendant__

**Mamoun Darkazanli Import−Export Company**

__Defendant__

**Nurjaman Riduan Ismuddin**
*also known as*
Hambali

__Defendant__

**Mohammed Iqbal Abdurrahman**
*also known as*
Abu Jibril

__Defendant__

**Benevolence International Fund**

__Defendant__

**Bosanska Idealna Futura**

__Defendant__

**Ramzi Binalshibh**

__Defendant__

**Turkistan Islamic Movement**

__Defendant__

**Wa'el Hamza Julaidan**
*also known as*
Al Hasan Al Madani

represented by **James Vann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason Dzubow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin Francis McMahon**
(See above for address)
*TERMINATED: 06/16/2021*

__Defendant__

**Adel Ben Soltane**

__Defendant__

**Nabil Benattia**

**Defendant**
**Yassine Chekkaouri**

**Defendant**
**Riadh Jelassi**

**Defendant**
**Mendi Kammoun**

**Defendant**
**Samir Kishk**

**Defendant**
**Tarek Ben Habib Maaroufi**

**Defendant**
**Abdelhalim Remadna**

**Defendant**
**Mansour Thaer**

**Defendant**
**Lazhar Ben Mohammed Tlili**

**Defendant**
**Habib Waddani**

**Defendant**
**The Aid Organization of the Ulema**

**Defendant**
**Abdelkdir Mahmoud Es Sayed**

**Defendant**
**Abu Hamza Al–Masri**

**Defendant**
**Mohamed Ben Belgacem Aouadi**

**Defendant**
**Mokhtar Boughougha**

**Defendant**
**Tarek Charaabi**

**Defendant**
**Sami Ben Khemais Essid**

**Defendant**
**Lased Ben Heni**

**Defendant**
**Somalia Branch of the Al–Haramain Islamic Foundation**

**Defendant**

**Bosnia−Herzegovina Branch of Al−Haramain Islamic Foundation**

**Defendant**

**Umma Tameer−E−Nau (UTN)**

**Defendant**

**Bashir−Ud−Din Mahmood**

**Defendant**

**Abdul Majeed**

**Defendant**

**S.M. Tufail**

**Defendant**

**Al−Barakaat**

**Defendant**

**Al Taqwa/Nada Group**

**Defendant**

**Aaran Money Wire Service, Inc.**

**Defendant**

**Al−Barakat Bank of Somalia (BSS)**

**Defendant**

**Al−Barakat Finance Group**

**Defendant**

**Al−Barakat Financial Holding Co.**

**Defendant**

**Al−Barakat Global Telecommunications**

**Defendant**

**Al−Barakat Group of Companies Somalia Limited**

**Defendant**

**Al−Barakat International**
*also known as*
Baraco Co

**Defendant**

**Al−Barakat Investments**

**Defendant**

**Al−Barakat Wiring Service**

**Defendant**

**Bank Al Taqwa Limited**
*also known as*
Al Taqwa Bank

**Defendant**

**Baraka Trading Company**

**Defendant**

**Barakaat Boston**

**Defendant**

**Barakaat Construction Company**

**Defendant**

**Barakaat Enterprise**

**Defendant**

**Barakaat Group of Companies**

**Defendant**

**Barakaat International Foundation**

**Defendant**

**Barakaat International, Inc.**

**Defendant**

**Barakaat North America, Inc.**

**Defendant**

**Barakaat Red Sea Telecommunications**

**Defendant**

**Barakaat Telecommunications Co. Somalia**

**Defendant**

**Barakat Bank and Remittances**

**Defendant**

**Barakat Computer Consulting (BCC)**

**Defendant**

**Barakat Consulting Group (BCG)**

**Defendant**

**Barakat Global Telephone Company**

**Defendant**

**Barakat International Companies (BICO)**

**Defendant**

**Barakat Post Express (BPE)**

**Defendant**

**Barakat Refreshment Company**

**Defendant**

**Barakat Wire Transfer Company**

**Defendant**

**Barakat Telecommunications Company Limited (BTELCO)**

**Defendant**

**Barako Trading Company, LLC**

**Defendant**

**Global Services International**

**Defendant**

**Heyatul Ulya**

**Defendant**

**Parka Trading Company**

**Defendant**

**Red Sea Barakat Company Limited**

**Defendant**

**Somalia International Relief Organization**

**Defendant**

**Hussein Mahmud Abdullkadir**

**Defendant**

**Abdirasik Aden**

**Defendant**

**Abbas Abdi Ali**

**Defendant**

**Abdi Adulaziz Ali**

**Defendant**

**Dahir Ubeidullahi Aweys**

**Defendant**

**Hassan Dahir Aweys**

**Defendant**

**Garad Jama**

**Defendant**

**Liban Hussein**

**Defendant**

**Ahmed Nur Ali Jim'ale**

**Defendant**

**Abdullahi Hussein Kahie**

**Defendant**

**Haji Abdul Manan Agha**
*also known as*
Abd Al−Man'am Saiyid

**Defendant**

**Al−Hamati Sweets Bakeries**

**Defendant**

**Muhammad Al−Hamati**
*also known as*
Abu Asim Al−Makki
*also known as*
Mohammed Hamdi Sadiq Al−Ahdal

**Defendant**

**Amin Al−Haq**
*also known as*
Dr. Amin Ah Haq
*also known as*
Dr. Amin Ul−Haq
*also known as*
Muhammad Amin
*also known as*
Amin Ul Haq

**Defendant**

**Saqar Al−Sadawi**

**Defendant**

**Ahmad Sa'id Al−Kadr**
*also known as*
Abu Abd Al−Rahman Al−Kanadi

**Defendant**

**Anas Al−Liby**
*also known as*
Anas Al−Libi
*also known as*
Nazim Al−Raghie
*also known as*
Nazih Abdul Hamed Al−Raghie
*also known as*
Anas Al−Sabai

**Defendant**

**Ahmad Ibrahim Al−Mughassil**
*also known as*
Abu Omran

**Defendant**

**Abdelkarim Hussein Mohamed Al−Nasser**

**Defendant**

**Al−Nur Honey Press Shops**
*also known as*
Al−Nur Honey Center

**Defendant**

**Sa'd Al−Sharif**

**Defendant**

**Al−Shifa' Honey Press for Industry and Commerce**

**Defendant**

**Ibrahim Salih Mohammed Al−Yacoub**

**Defendant**

**Ahmed Mohammed Hamed Ali**
*also known as*
Abu Islam
*also known as*
Ahmed Mohammed Abdurehman
*also known as*
Abu Fatima
*also known as*
Abu Khadiijah
*also known as*
Ahmed Hamed
*also known as*
Ahmed the Egyptian
*also known as*
Ahmed Ahmed
*also known as*
Ahamad Al−Masri
*also known as*
Abu Islam Al−Surir
*also known as*
Ahmed Mohammed Ali
*also known as*
Hamed Ali
*also known as*
Ahmed Hemed
*also known as*
Ahmed Shieb
*also known as*
Shuaib

**Defendant**

**Ali Atwa**
*also known as*
Ammar Mansour Bouslim
*also known as*
Hassan Rostom Salim

**Defendant**

**Bilal Bin Marwan**

**Defendant**

**Ayadi Chafiq Bin Muhammad**
*also known as*
Ben Muhammad Aiadi
*also known as*
Ben Muhammad Aiady
*also known as*
Ben Muhammad Ayadi Chafik
*also known as*
Ben Muhammad Ayadi Shafiq

**Defendant**

**Ali Saed Bin Ali El–Hoorie**
*also known as*
Ali Saed Bin Ali Al–Houri
*also known as*
Ali Saed Bin Ali El–Houri

**Defendant**

**Riad Hijazi**
*also known as*
Abu–Ahmad Al–Amriki
*also known as*
Abu–Ahmad Al–Hawen
*also known as*
Rashid Al–Maghribi
*also known as*
Abu–Ahmad Al–Shahid
*also known as*
M Raed Hijazi

**Defendant**

**Hasan Izz–Al–Din**
*also known as*
Ahmed Garbaya
*also known as*
Sa–id
*also known as*
Samir Salwwan

**Defendant**

**Jaish–I–Mohammed**
*also known as*
Army of Mohammed

**Defendant**

**Jam'yah Ta'awun Al–Islamia**
*also known as*
Jam'iyat Al Ta'awun Al Islamiyya
*also known as*
Jit
*also known as*
Society of Islamic Cooperation

**Defendant**

**Musti Rashid Ahmad Ladehyanoy**
*also known as*
Mufti Rasheed Ahma
*also known as*
Mufti Rashid Ahmad Ludhianvi
*also known as*
Mufti Rashid Ahmad Wadehyanoy

**<u>Defendant</u>**

**Khalid Shaikh Mohammed**
*also known as*
Salem Ali
*also known as*
Fahd Bin Abdallah Bin Khalid
*also known as*
Ashraf Refaat Nabith Henin
*also known as*
Khalid Adbul Wadood

**<u>Defendant</u>**

**Ansar Al−Islam (AI)**
*also known as*
Jund Al−Islam

**<u>Defendant</u>**

**Youssef Abdaoui**
*also known as*
Correction Officer Abdullah
*also known as*
Abu Abdullah
*also known as*
Abdellah

**<u>Defendant</u>**

**Mohammed Amine Akli**
*also known as*
Samir
*also known as*
Kali Sami
*also known as*
Elias

**<u>Defendant</u>**

**Mohrez Amdouni**
*also known as*
Mohammed Hassan
*also known as*
Fabio Fusco
*also known as*
Tuale Abu

**<u>Defendant</u>**

**Chiheb Ben Mohamed Ayari**
*also known as*
Abu Hohem Hichem

**<u>Defendant</u>**

**Mondher Baazaoui**
*also known as*
Hamza

**<u>Defendant</u>**

**Lionel Dumont**
*also known as*
Jacques Brougere
*also known as*
Hamza

*also known as*
Bilal

**Defendant**

**Moussa Ben Amor Essaadi**
*also known as*
Dah Dah
*also known as*
Abdelrahmman
*also known as*
Bechir

**Defendant**

**Rachid Fehar**
*also known as*
Aminedel Belgio
*also known as*
Djaffar

**Defendant**

**Brahim Ben Hedili Hamami**

**Defendant**

**Khalil Jarraya**
*also known as*
Omar
*also known as*
Khalil Yarraya
*also known as*
Aziz Ben Narvan Abdel'
*also known as*
Amro
*also known as*
Amrou
*also known as*
Amr

**Defendant**

**Mounir Ben Habib Jerraya**
*also known as*
Yarraya

**Defendant**

**Fouzi Jendoubi**
*also known as*
Said
*also known as*
Samir

**Defendant**

**Fethi Ben Rebai Masri**
*also known as*
Amor
*also known as*
Omar Abu
*also known as*
Fethi Alic

**Defendant**

**Najib Ouaz**

**Defendant**

**Ahmed Hasni Rarrbo**
*also known as*
Correction Officer Abdullah

**Defendant**

**Nedal Saleh**
*also known as*
Hitem

**Defendant**

**Abdelghani Mzoudi**

**Defendant**

**Islamic International Brigade**

**Defendant**

**Special Purpose Islamic Regiment**

**Defendant**

**Riyadus−Salikhin Recognizance and Sabotage Battalion of Chechen Martyrs**

**Defendant**

**Princess Haifa Al−Faisal**
*TERMINATED: 10/06/2005*

represented by **Mark Charles Hansen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Prince Vandar Iban Sultan**

**Defendant**

**Osama Bassnan**

**Defendant**

**Omar Al−Bayoumi**

**Defendant**

**Fahad Al−Thumairy**

**Defendant**

**Abdullah Qassim**

**Defendant**

**Jamal Ba Khorsh**

**Defendant**

**Lashkar Redayan−E−Islami**

**Defendant**

**Ahmad Salah**
*also known as*
Salim

**Defendant**

**Prince Abdullah Al Faisal B Al Saud**
*TERMINATED: 01/10/2006*
*also known as*
Correction Officer Prince Abdullah
*TERMINATED: 01/10/2006*

**Defendant**

**Salman Bin Abdulaziz Al Saud**
*TERMINATED: 01/10/2006*
*also known as*
Prince Salman
*TERMINATED: 01/10/2006*

represented by **Sara Elizabeth Kropf**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Abdulazis Bin Abdul Rahman Al Saud**
*TERMINATED: 01/10/2006*

**Defendant**

**Dubai Islamic Bank**

represented by **Frank Christian Welzer**
Zukerman Gore, Brandeis & Crossman, LLP
Eleven Time Square
New York, NY 10036
212.223−6700
Fax: 212.223−6433
Email: fwelzer@zukermangore.com
*TERMINATED: 09/28/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Abigael Bosch**
Jones Day
250 Vesey Street
New York, NY 10281
212−326−3679
Email: abosch@jonesday.com
*ATTORNEY TO BE NOTICED*

**Audrey Dos Santos**
1326 Massachusetts Ave Se
Washington, DC 20003
843−472−7501
Email: audreyabeck@gmail.com
*ATTORNEY TO BE NOTICED*

**C Kevin Marshall**
Jones Day − Washington
51 Louisiana Avenue, N.W.
Washington, DC 20001
202−879−3939
Email: ckmarshall@jonesday.com
*ATTORNEY TO BE NOTICED*

**Eric James Snyder**
McGuireWoods (New York)
1251 Avenue of the Americas
20th Floor
New York, NY 10020
212−548−2113
Email: esnyder@mcguirewoods.com
*TERMINATED: 06/21/2022*

**Gabrielle Ellisa Pritsker**
Jones Day (DC)
51 Louisiana Avenue, NW
Washington, DC 20001
(202)−879−3685
Email: gpritsker@jonesday.com
*ATTORNEY TO BE NOTICED*

**Juan Pablo Morillo**
Quinn Emanuel
1300 I Street NW
Ste 900
Washington, DC 20005
202−538−8206
Email: juanmorillo@quinnemanuel.com
*ATTORNEY TO BE NOTICED*

**Justin D. Rattey**
Jones Day − Washington
450 Massachusetts Ave. NW
Apt. 1210
Washington, DC 20001
301−602−9646
Email: jrattey@jonesday.com
*ATTORNEY TO BE NOTICED*

**Lesley Roe**
Jones Day − Washington
51 Louisiana Ave N.W.
Washington, DC 20001
202−879−4669
Email: lroe@jonesday.com
*ATTORNEY TO BE NOTICED*

**Nassim Ameli**
Jones Day (NYC)
250 Vesey Street
New York, NY 10281
(212)−326−7881
Email: nameli@jonesday.com
*TERMINATED: 07/24/2019*

**Raymond Daniel Jackson**
Greenberg Traurig, LLP
1750 Tysons Boulevard
Suite 1000
McLean, VA 22102
703−903−7535
Email: Raymond.Jackson@gtlaw.com
*TERMINATED: 05/29/2020*

**Robert G. Houck**
Clifford Chance US LLP
Two Manhattan West
375 9th Avenue
New York, NY 10001
212−878−3224
Fax: 212−878−8375
Email: robert.houck@cliffordchance.com
*TERMINATED: 03/22/2018*

**Samidh Jalem Guha**
Venable LLP
151 West 42nd Street

49th Floor
New York, NY 10036
212−307−5500
Fax: 212−307−5598
Email: sguha@venable.com
*ATTORNEY TO BE NOTICED*

**Stephen DeGenaro**
Jones Day
51 Louisiana Avenue
Washington, DC 20001
202−879−3416
Email: sdegenaro@gmail.com
*TERMINATED: 03/16/2021*
*ATTORNEY TO BE NOTICED*

**Steven Thomas Cottreau**
Jones Day (DC)
51 Louisiana Avenue, NW
Washington, DC 20001
202−879−3939
Fax: 202−627−1700
Email: scottreau@jonesday.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ary Group**

**Defendant**

**Islamic Cultural Center of Geneva**

**Defendant**

**Hani Ramadan**

**Defendant**

**Proyectos Y Promocoines Iso Afamia SL**

**Defendant**

**Cobis**

**Defendant**

**Abrash Company**

**Defendant**

**Promociones Y Construcciones Tetuan Pricote S.A.**

**Defendant**

**Contratas Gioma**

**Defendant**

**Eurocovia Obras SA**

**Defendant**

**Proyectos Edispan**

**Defendant**

**Ghasoub Al Abrash**

**Defendant**

**Mustaf Ahmed Al−Hisawi**
*also known as*
Sheik Saeed

**Defendant**

**Imad Eddin Barakat Yarkas**
*also known as*
Abu Dahdah

**Defendant**

**Muhammed Galeb Kalaje Zuoyadi**
*also known as*
Abu Talha

**Defendant**

**Bassam Dalati Satut**

**Defendant**

**Abdalrahman Alarnout Abu Aljer**
*also known as*
Abu Obed

**Defendant**

**DMI Administrative Services S.A.**
*TERMINATED: 10/06/2005*

represented by **Aimee Rebecca Kahn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Joseph McGuire**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy James McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mohammad Khair Al Saqqa**
*also known as*
Abu Al Darda

**Defendant**

**Mohammed Hussein Al−Amoudi**
*TERMINATED: 10/03/2006*

**Defendant**

**Abu Qatada Al−Filistini**
*also known as*
Abu Ismail
*also known as*
Abu Umar
*also known as*
Abu Umar Takfiri
*also known as*
Abu Umar Umar
*also known as*
Ali−Samman Uthman

*also known as*
Omar Mahmoud Uthman
*also known as*
Umar Uthman
*also known as*
Omar Abu Omar

**Defendant**

**Mohammed Al Massari**

**Defendant**

**Ziyad Khaleel**

**Defendant**

**Ibrahim Bah**

**Defendant**

**Mamdouh Mahmud Salim**
*also known as*
Abu Hajer

**Defendant**

**Sheikh Abdullah Azzam**
*also known as*
Abu Muhammed

**Defendant**

**Abdullah Samil Bahmadan**
*TERMINATED: 10/04/2010*

**Defendant**

**Essam Al Ridi**

**Defendant**

**Abu Omar Omar**
*also known as*
Abu Kutada

**Defendant**

**Mohammed Ali Hasan Al Moayad**

**Defendant**

**Ibrahim Muhammad Afandi**

**Defendant**

**Abdulrahman Hassan Sharbatly**

**Defendant**

**Mohammed Al–Issai**

**Defendant**

**Abu Rida Al Suri**
*also known as*
Mohammed Loay Bayazid

**Defendant**

| | | |
|---|---|---|
| **Salman Al–Ouda**<br>*TERMINATED: 07/14/2011* | represented by | **Alan Robert Kabat**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Muhammed J. Fakihi**

**Defendant**

**Agus Budiman**

**Defendant**

**Ahmed Ressam**

**Defendant**

**Doug Gaines**

**Defendant**

**Mustafa Muhammed Ahmad**
*also known as*
Shaykh Sai'id
*also known as*
Mustafa Ahmed Al–Hassawi

**Defendant**

**Estate of Qusay Hussein**

**Defendant**

**Estate of Uday Hussein**

**Defendant**

**Islamic Rescue Organization**

**Defendant**

| | | |
|---|---|---|
| **World Assembly of Islamic Youth** | represented by | **Frederick James Goetz**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **National Commercial Bank of Saudi Arabia**<br>*TERMINATED: 07/14/2011* | represented by | **Mitchell Rand Berger**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ronald Stanley Liebman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Saleh Mohamed Bin Laden**

**Defendant**

**Ibrahim Bin Abdul Aziz**

**Defendant**

**Abu Hamza Al Masri**

**Defendant**

**Saqar Al Jadawi**

**Defendant**

**Al Itihaad Al Islamiya (AIAI)**

**Defendant**

**Abu Wa'el**
*also known as*
Sadoun Abdul Latif

**Defendant**

**Akida Commodity Limited**

**Defendant**

**Akida Management and Trust**
*also known as*
Akida Islamic Bankers' Trustee and Management

**Defendant**

**Al Taqwa Zaka Establishment**

**Defendant**

**Armand Albert Friedrich Huber**
*also known as*
Ahmed Huber

**Defendant**

**Cemsteel Impex Establishment**

**Defendant**

**Iksir Limited Holding**

**Defendant**

**MIGA– Malaysian Swiss, Gulf and African Chamber**
*also known as*
Camera Di Commercio, Industria E Turismo Per Gli Stati Arabi Del Golfo E La Svizzera

**Defendant**

**Nasreddin Charitable Foundation**

**Defendant**

**Raw Mat Service and Management SA**

**Defendant**

**Zeinab Mansour**
*also known as*
Zeinab Mansour Fattouh

**Defendant**

**Barzan Ibrahim Al Tikriti**

**Defendant**

**Sheikh Yusuf Al Qardawi** represented by **Amy Rothstein**
(See above for address)
*LEAD ATTORNEY*

**Defendant**

**Soliman S. Biheiri**

**Defendant**

**Islamic Center of Tucson**

**Defendant**

**Islamic Society of North America**

**Defendant**

**Muslim Brotherhood**

**Defendant**

**North American Islamic Trust**

**Defendant**

**Agencies and Instrumentalities of the Kingdom of Saudi Arabia**
*Directorate of Intelligence, General Staff, Intelligence Section (G−2), Ministry of State for Internal Affairs, Ministry of Interior, Saudi Committee for Support of the Intifada, Supreme Council of Islamic Affairs, The Supreme Council of Islamic Affairs*
*TERMINATED: 01/10/2006*

**Defendant**

**Agencies and Instrumentalities of the Syrian Arab Republic**
*National Security Directorate, Republican Guard, Ministry of Interior, Military Intelligence Service, Air Force Intelligence, Special Forces*

**Defendant**

**Agencies and Instrumentalities of the Republic of the Sudan**
*Ministry of the Interior, Ministry of Defense, Security of the Revolution, Military Intelligence, State Security, Popular Defense Force, Revolutionary Security Services*

**Defendant**

**Husham Hussein**

**Defendant**

**Abu Sayyaf**

**Defendant**

**Hamsiraji Sali**

**Defendant**

**Al Qaeda Islamic Agency**

**Defendant**

**Al−Jaezeera News Agency**

**Defendant**

**Mohammed Jasmin Al−Ali**
*Former Al−Jazeera General Manager and two former employees*

**Defendant**

**Schreiber & Zindel**
*TERMINATED: 07/14/2011*

represented by **Ayad P. Jacob**
Schiff Hardin LLP (Chicago)
233 S. Wacker Drive
Chicago, IL 60606
(312)−258−5585
Fax: (312)−258−5600
Email: ajacob@schiffhardin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Allen Klein**
Weiner Law Group LLP
629 Parsippany Road
Parsippany, NJ 07054
973−403−1100
Email: dklein@weiner.law
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John N. Scholnick**
Neal, Gerber & Eisenberg
2 North LaSalle Street
Chicago, Il 60602
(312)269−8000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Frank Zindel**
*TERMINATED: 07/14/2011*

represented by **Ayad P. Jacob**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Allen Klein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John N. Scholnick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Engelbert Schreiber**
*TERMINATED: 07/14/2011*

represented by **Ayad P. Jacob**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Allen Klein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John N. Scholnick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Engelbert Schreiber, Jr**
*TERMINATED: 07/14/2011*

represented by **Ayad P. Jacob**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Donald Allen Klein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John N. Scholnick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Martin Watcher**

represented by **David Usher Gourevitch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa Freiman Fishberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Erwin Watcher**

represented by **David Usher Gourevitch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa Freiman Fishberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sercor Treuhand Anstalt**
*TERMINATED: 07/14/2011*

represented by **Amy Berman Jackson**
(See above for address)
*TERMINATED: 07/08/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barry Coburn**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey Coffman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Usher Gourevitch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa Freiman Fishberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Muslim Brotherhood − Syrian Branch**

**Defendant**

**Muslim Brotherhood − Egyptian Branch**

**Defendant**

**Muslim Brotherhood − Jordanian Branch**

**Defendant**

**Muslim Brotherhood − Kuwaiti Branch**

**Defendant**

**Muslim Brotherhood − Iraqi Branch**

**Defendant**

**Triple−B Trading Company**

**Defendant**

**Tatex Trading GMBHT**

**Defendant**

**Abdul Matin Tatari**

**Defendant**

**Mohammed Mijed Said**

**Defendant**

**Hamel Al Barakati**

**Defendant**

**The Estate of Omari**

**Defendant**

**Barzan E−Tikriti**
*also known as*
Barzan Ibrahim Hasan

**Defendant**

**Metalor** represented by **David M. Ryan**
Nixon Peabody LLP (MA)
100 Summer Street
Boston, MA 02110
(617)−345−1000

Fax: (617)−345−1300
Email: dryan@nixonpeabody.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Banca Del Gottardo**
*TERMINATED: 07/14/2011*

represented by **Martin Jeffrey Schwartz**
Dentons US LLP (NY)
1221 Avenue of the Americas
New York, NY 10020
(212) 768−6700
Fax: (212) 768−6800
Email: martin.schwartz@dentons.com
*LEAD ATTORNEY*

**Monica Pa**
Dentons US LLP (NY)
1221 Avenue of the Americas
New York, NY 10020
(212)−398−5244
Fax: (212)−768−6800
Email: monicapa@sonnenschein.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Estate of Abdulaziz Al Omari**

**Defendant**

**Estate of Mohammed Atta**

**Defendant**

**Estate of Fayez Ahmed**
*also known as*
Banhammad Fayez

**Defendant**

**Estate of Ahmed Al−Ghamdi**

**Defendant**

**Estate of Hamza Al−Ghamdi**

**Defendant**

**Estate of Marwan Al−Shehhi**

**Defendant**

**Estate of Mohald Al−Shehri**

**Defendant**

**Estate of Khalid Al−Midhar**

**Defendant**

**Estate of Salem Al−Hazmi**

**Defendant**

**Estate of Hani Hanjour**

**Defendant**

**Estate of Saeed Al Ghamdi**

<u>**Defendant**</u>

**Estate of Ahmed Ibrahim A. Al Haznawi**

<u>**Defendant**</u>

**Estate of Ahmed Al Nami**

<u>**Defendant**</u>

**Estate of Ziad Samir Jarrah**

<u>**Defendant**</u>

**Prince Bandar bin Sultan bin Abdulaziz**
*TERMINATED: 02/22/2005*

represented by **Mark Charles Hansen**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Al Baraka Investment & Development Corp.**
*TERMINATED: 07/14/2011*

represented by **James Vann**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason Dzubow**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin Francis McMahon**
(See above for address)
*TERMINATED: 06/16/2021*

<u>**Defendant**</u>

**Prince Turki Al Faisal Al Saud**
*TERMINATED: 05/05/2005*

represented by **John Christopher Rozendaal**
Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC (DC)
1615 M Street, N.W., Suite 400
Washington, DC 20036
202−326−7985
Fax: 202−326−7999
Email: jrozendaal@khhte.com
*TERMINATED: 01/12/2017*

<u>**Defendant**</u>

**Islamic Investment Company of the Gulf (Sharjah)**

represented by **James Joseph McGuire**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy James McCarthy**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Abdullah Al Faisal Bin Abdulaziz Al Saud**
*TERMINATED: 01/10/2006*

represented by **T. Barry Kingham**
(See above for address)
*TERMINATED: 10/04/2010*

<u>**Defendant**</u>

**Cherif Sedky**
*TERMINATED: 03/21/2011*

represented by **Karla J. Letsche**
Oldaker,Biden & Belair, LLP
818 Connecticut Avenue, N.W., Ste 1100

Washington, DC 20006
(202) 496−3491
Fax: (202)−293−6111
Email: kletsche@obblaw.com
*LEAD ATTORNEY*

**Defendant**

**Mohammad Abdullah Aljomaih** represented by **Anthony Louis Cotroneo**
Rosner, Nocera & Ragone, LLP
61 Broadway, Suite 1900
New York, NY 10005
(212) 635−2244
Fax: (212) 635−0533
Email: TCotroneo@rnrlawgroup.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mohammed Hussein Al Amoudi**
*TERMINATED: 10/03/2006*
represented by **James Edward d'Auguste**
Akin Gump Strauss Hauer & Feld LLP(CA)
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
212−872−8093
Fax: 212−872−7547
Email: jdauguste@akingump.com

**Mara Beth Zusman**
Akin, Gump, Strauss, Hauer & Feld, LLP (DC)
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
(202)−887−4527
Fax: (202)−887−4288
Email: mzusman@akingump.com

**Mark Joseph MacDougall**
Akin, Gump, Strauss, Hauer & Feld, LLP (DC)
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
(202)−887−4510
Fax: (202)−887−4288
Email: mmacdougall@akingump.com

**Nicole Hagenbach Sprinzen**
Akin, Gump, Strauss, Hauer & Feld, LLP (DC)
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
(202)−887−4301
Fax: (202)−887−4288
Email: nsprinzen@akingump.com

**Defendant**

**Centersas Di Nasreddin Ahmed Idris EC**

**Defendant**

**Salah Hajir**

**Defendant**

**Iranian Revolutionary Guard Corps (IRGC)**

**Defendant**

**Iranian Revolutionary Guard Corps − QODS Force**

**Defendant**

**Hossein Mosleh**

**Defendant**

**Nasco Business Residence**

**Defendant**

**Hassan Nasrallah**

**Defendant**

**Morteza Reza'i**

**Defendant**

**Adib Sha'ban**

**Defendant**

**Ahmad Vahedi**

**Defendant**

**Abu Waiel**

**Defendant**

**Mohammad Baqer Zolqadr**

**Defendant**

**Abu Zubaydh**

**Defendant**

**Prince Mohamed Al−Faisal Al−Saud** represented by **Tracey Cote Allen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Abdul Aziz Al−Ibrahim**
*TERMINATED: 07/14/2011*
represented by **James Joseph McGuire**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Council on American−Islamic Relations (CAIR)**
*TERMINATED: 07/14/2011*
represented by **Omar T. Mohammedi**
(See above for address)
*LEAD ATTORNEY*

**Defendant**

**Martin Wachter**
*TERMINATED: 07/14/2011*
represented by **Amy Berman Jackson**
(See above for address)
*TERMINATED: 07/08/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barry Coburn**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey Coffman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Erwin Wachter**
*TERMINATED: 07/14/2011*

represented by **Amy Berman Jackson**
(See above for address)
*TERMINATED: 07/08/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Barry Coburn**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey Coffman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Abdullah Bin Khalid Al−Thani**
*TERMINATED: 07/14/2011*

represented by **Rachel Tausend**
DLA Piper US LLP (NY)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
(202)−861−3923
Fax: (202)−223−2085
Email: rachel.tausend@dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sheldon Krantz**
DLA Piper US LLP (NY)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
(202) 861−3900
Fax: 202 223−2085
Email: sheldon.krantz@dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Abdullah Bin Khalid Al−Thani**
*TERMINATED: 07/14/2011*

represented by **David Eli Nachman**
NYS Office of The Attorney General
28 Liberty Street
Ste 17th Floor
New York, NY 10005
212−416−8390
Email: david.nachman@dlapiper.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **DMI Administrative Services S.A.**<br>*TERMINATED: 10/06/2005* | represented by | **Timothy James McCarthy**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Aimee Rebecca Kahn**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Abdul Hamid Abu Sulayman** | represented by | **Steven Karl Barentzen**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Havlish Defendants**

**Defendant**

**All Defendants**

**Defendant**

| | | |
|---|---|---|
| **Sana−Bell, Inc.** | represented by | **Christopher Canon Swindle Manning**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Eurydice Aliferis Kelley**<br>Rottenberg Lipman Rich, P.C.<br>369 Lexington Avenue, 15th Floor<br>New York, NY 10017<br>(646)−352−1104<br>Fax: (646)−203−0287<br>Email: ek@randhpc.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Martin Francis McMahon**<br>(See above for address)<br>*TERMINATED: 06/16/2021* |

**Defendant**

| | | |
|---|---|---|
| **Sanabel Al Kheer, Inc.** | represented by | **Christopher Canon Swindle Manning**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Eurydice Aliferis Kelley**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**The Islamic Republic of Iran**

**Defendant**

**Ali Akbar Hashemi Rafsanjani**

**Defendant**

**The Islamic Revolutionary Guard Corps**

**Defendant**

**The Iranian Ministry of Petroleum**

**Defendant**

**The National Iranian Tanker Corporation**

**Defendant**

**The National Iranian Oil Corporation**

**Defendant**

**The National Iranian Gas Company**

**Defendant**

**Iranian Airlines**

**Defendant**

**The National Iranian Petrochemical Company**

**Defendant**

**The Central Bank of the Islamic Republic of Iran**

**Defendant**

**Iraq Ministry of Defense**

**Defendant**

**Iraq Ministry of Finance**

**Defendant**

**Iraq Ministry of Oil**

**Defendant**

**Iraq Intelligence Service**

**Defendant**

**Qusai Hussein**

**Defendant**

**Unidentified Terrorist Defendants 8−500**

**Defendant**

**Dubai Islamic Bank** represented by **Gabrielle Ellisa Pritsker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Juan Pablo Morillo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nassim Ameli**
(See above for address)
*TERMINATED: 07/24/2019*

| | | |
|---|---|---|
| | | **Robert G. Houck**<br>(See above for address)<br>*TERMINATED: 03/22/2018*<br><br>**Samidh Jalem Guha**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Steven Thomas Cottreau**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **<u>Defendant</u>** | | |
| **Dubai Islamic Bank** | represented by | **Gabrielle Ellisa Pritsker**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Juan Pablo Morillo**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Nassim Ameli**<br>(See above for address)<br>*TERMINATED: 07/24/2019*<br><br>**Robert G. Houck**<br>(See above for address)<br>*TERMINATED: 03/22/2018*<br><br>**Samidh Jalem Guha**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Steven Thomas Cottreau**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **<u>Defendant</u>** | | |
| **Dubai Islamic Bank** | represented by | **Gabrielle Ellisa Pritsker**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Juan Pablo Morillo**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Nassim Ameli**<br>(See above for address)<br>*TERMINATED: 07/24/2019*<br><br>**Robert G. Houck**<br>(See above for address)<br>*TERMINATED: 03/22/2018*<br><br>**Samidh Jalem Guha**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Steven Thomas Cottreau**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **National Commercial Bank**<br>*TERMINATED: 07/14/2011* | represented by | **Alan Todd Dickey**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Dubai Islamic Bank** | represented by | **Gabrielle Ellisa Pritsker**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Nassim Ameli**<br>(See above for address)<br>*TERMINATED: 07/24/2019*<br><br>**Raymond Daniel Jackson**<br>(See above for address)<br>*TERMINATED: 05/29/2020*<br><br>**Robert G. Houck**<br>(See above for address)<br>*TERMINATED: 03/22/2018*<br><br>**Samidh Jalem Guha**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Ansar bank**
*also known as Ansar Finance and Credit Fund also known as Ansar Financial and Credit Institute formerly known as Ansar Institute formerly known as Ansar Al−Mojahedin No−interest Loan Institute formerly known as Ansar Saving and Interest Free−Loans Fund*

**Defendant**

**Bonyad Taavon Sepah**
*also known as IRGC Cooperative Foundation also known as Bonyad−e Ta'avon−e Sepah also known as Sepah Cooperative Foundation*

**Defendant**

**Iran Airlines**

**Defendant**

**Islamic Republic of Iran Shipping Lines**

**Defendant**

**Liner transport kish**
*also known as LTK*

**Defendant**

**Mehr bank**
*also known as Mehr Interest−Free Bank also known as Mehr Finance and*

*Credit Institute*

**Defendant**

**Moallem insurance company**

**Defendant**

**Pars oil & gas company**
*also known as POGC*

**Defendant**

**Yassin Abdullah Kadi** represented by **Peter Charles Salerno**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Defendants Executive Committee** represented by **Alan Robert Kabat**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

**Defendant**

**Al Rajhi Bank** represented by **Christopher Mark Curran**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew S. Leddicotte**
Wiley Rein LLP
2050 M Street, NW
Washington, DC 20036
202−719−4625
Email: mleddicotte@wiley.law
*TERMINATED: 04/17/2023*
*LEAD ATTORNEY*
*PRO HAC VICE*

**Nicole Erb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Mahaffey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicolle Kownacki**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**National Commercial Bank**
*TERMINATED: 03/28/2018* represented by **Alan Todd Dickey**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mitchell Rand Berger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Saudi Binladin Group**
*TERMINATED: 03/28/2018*

represented by

**Fahad Anwar Habib**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Ernest Gauch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Margaret C. Gleason**
Jones Day
500 Grant Street
One Mellon Center
Suite 4500
Pittsburgh, PA 15219
(412) 391−3939
Email: mcgleason@jonesday.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary Ellen Powers**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kingdom of Saudi Arabia**

represented by

**Michael Kerry Kellogg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Benjamin D. Margo**
Wilson Sonsini Goodrich & Rosati
1301 Avenue of the Americas
40th Floor
New York, NY 10019
212−497−7732
Fax: 212−999−5899
Email: bmargo@wsgr.com
*TERMINATED: 03/14/2019*

**Caroline Schechinger**
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, NW
Suite 400
Washington, DC 20036
202−326−7900
Email: cschechinger@kellogghansen.com
*ATTORNEY TO BE NOTICED*

**Daniel G Bird**
Kellogg, Hansen, Todd, Figel & Frederick PLLC (DC)
1615 M Street, N.W., Suite 400
Washington, DC 20036
202−326−7971
Fax: 202−326−7999
Email: dbird@kellogghansen.com
*ATTORNEY TO BE NOTICED*

**David F. Shea**
Not Applciable
11 Firestone
N.A.
92614
Irvine, CA 92614
443−570−1689
Email: dshea98@gmail.com
*TERMINATED: 08/23/2022*

**Gregory G. Rapawy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew R. Huppert**
DOJ−Atr
Antitrust Division
950 Pennsylvania Ave., NW
Washington, DC 20530
202−532−4725
Email: matthew.huppert@usdoj.gov
*TERMINATED: 08/17/2021*

**Defendant**

**Saudi Binladin Group**
*TERMINATED: 03/28/2018*

represented by **Fahad Anwar Habib**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Ernest Gauch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary Ellen Powers**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mohamed Binladin Company**

**Defendant**

**Mohamed Binladin Organization**

**Defendant**

**Prince Mohamed Bin Faisal Al Saud**

**Defendant**

**National Commercial Bank**
*TERMINATED: 03/28/2018*

represented by **Alan Todd Dickey**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Yasin Kadi**

represented by **Peter Charles Salerno**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Defendant**

**Muslim World League** represented by **Aisha E R Bembry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sumayya Khatib**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Waleed El Sayed Nassar**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**International Islamic Relief Organization** represented by **Sumayya Khatib**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Waleed El Sayed Nassar**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**World Assembly of Muslim Youth** represented by **Benjamin Wolverton**
(See above for address)
*TERMINATED: 05/29/2025*

**Marcus Asner**
(See above for address)
*TERMINATED: 05/29/2025*

**Omar T. Mohammedi**
Law Office of Omar T. Mohammedi
200 Madison Avenue
New York, NY 10016
212 725 3846
Fax: 212 725 9160
Email: omohammedi@otmlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Al Haramain Islamic Foundation**

**Defendant**

**Al Rajhi Bank** represented by **Michael Mahaffey**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicolle Kownacki**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dubai Islamic Bank** represented by **Gabrielle Ellisa Pritsker**
(See above for address)
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| | | **Nassim Ameli**<br>(See above for address)<br>*TERMINATED: 07/24/2019*<br><br>**Samidh Jalem Guha**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **<u>Defendant</u>** | | |
| **Dallah Avco Trans Arabia** | represented by | **Eric Richard Nitz**<br>MoloLamken LLP<br>District of Columbia<br>600 New Hampshire Ave.<br>Suite 500<br>Washington, DC 20037<br>202−556−2021<br>Email: enitz@mololamken.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert Kelsey Kry**<br>MoloLamken LLP (NYC)<br>430 Park Avenue<br>New York, NY 10022<br>(202) 556−2000<br>Fax: (202)−556−2001<br>Email: rkry@mololamken.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**George Salem**<br>Law Offices of George R. Salem PLLC<br>500 8th Street, NW<br>Suite 210<br>Washington, DC 20004<br>202−863−7260<br>Email: gsalem@georgesalempllc.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Martin Francis McMahon**<br>(See above for address)<br>*TERMINATED: 06/16/2021* |
| **<u>Defendant</u>** | | |
| **Daniel Corchado** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **<u>Defendant</u>** | | |
| **Kingdom of Saudi Arabia** | represented by | **Michael Kerry Kellogg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Christopher Michael Young**<br>Kellogg, Hansen, Todd, Figel & Frederick, PLLC<br>1615 M Street NW<br>Suite 400<br>Washington, DC 20036<br>202−326−7927 |

Fax: 202−326−7999
Email: cyoung@kellogghansen.com
*TERMINATED: 05/15/2024*

**Daniel V. Dorris**
Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
1615 M Street, Nw, Suite 400
Washington, DC 20036
(202)−326−7900
Fax: (202)−326−7999
Email: ddorris@kellogghansen.com
*TERMINATED: 11/14/2022*

**Defendant**

**Saudi Binladin Group**
*TERMINATED: 03/28/2018*

represented by **Fahad Anwar Habib**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mary Ellen Powers**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mohamed Binladin Company**

**Defendant**

**Mohamed Binladin Organization**

**Defendant**

**Prince Mohamed Bin Faisal Al Saud**

**Defendant**

**National Commercial Bank**
*TERMINATED: 03/28/2018*

represented by **Alan Todd Dickey**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mitchell Rand Berger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Yasin Kadi**

represented by **Peter Charles Salerno**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Muslim World League**

represented by **Sumayya Khatib**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **International Islamic Relief Organization** | represented by | **Sumayya Khatib**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Waleed El Sayed Nassar**<br>(See above for address)<br>*TERMINATED: 08/05/2024*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **World Assembly of Muslim Youth** | represented by | **Benjamin Wolverton**<br>(See above for address)<br>*TERMINATED: 05/29/2025*<br><br>**Marcus Asner**<br>(See above for address)<br>*TERMINATED: 05/29/2025*<br><br>**Omar T. Mohammedi**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Al Haramain Islamic Foundation**

**Defendant**

| | | |
|---|---|---|
| **Al Rajhi Bank** | represented by | **Michael Mahaffey**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Nicolle Kownacki**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Dubai Islamic Bank** | represented by | **Gabrielle Ellisa Pritsker**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Nassim Ameli**<br>(See above for address)<br>*TERMINATED: 07/24/2019*<br><br>**Samidh Jalem Guha**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Dallah Avco Trans Arabia** | represented by | **Eric Richard Nitz**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**George Salem**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**The Muslim World League**

| | | |
|---|---|---|
| **Defendant** | | |
| **Saudi High Commission for Relief of Bosnia & Herzegovina**<br>*TERMINATED: 03/28/2018* | represented by | **Lawrence Saul Robbins**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Roy T. Englert , Jr.**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Abdullah Omar Naseef** | represented by | **Aisha E R Bembry**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Alan Robert Kabat**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Soliman H.S. Al−Buthe** | represented by | **Alan Robert Kabat**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Lexington Insurance Company** | represented by | **John J. McDonough**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**William N. Clark , Jr**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Wael Jelaidan**<br>*TERMINATED: 08/01/2023* | represented by | **Wael Jelaidan**<br>PRO SE<br><br>**Martin Francis McMahon**<br>(See above for address)<br>*TERMINATED: 06/16/2021* |
| **Defendant** | | |
| **Wael Jelaidan** | | |
| **Defendant** | | |
| **Wael Jelaidan** | represented by | **Wael Jelaidan**<br>(See above for address)<br>PRO SE<br><br>**Martin Francis McMahon**<br>(See above for address)<br>*TERMINATED: 06/16/2021* |
| **Defendant** | | |
| **Wael Jelaidan** | | |
| **Defendant** | | |
| **Wael Jelaidan** | represented by | |

**Wael Jelaidan**
(See above for address)
PRO SE

**Martin Francis McMahon**
(See above for address)
*TERMINATED: 06/16/2021*

**Defendant**

**Wael Jelaidan** represented by **Wael Jelaidan**
(See above for address)
PRO SE

**Martin Francis McMahon**
(See above for address)
*TERMINATED: 06/16/2021*

**Defendant**

**Wael Jelaidan**

**Defendant**

**Wael Jelaidan**

**Defendant**

**Wael Jelaidan** represented by **Wael Jelaidan**
(See above for address)
PRO SE

**Martin Francis McMahon**
(See above for address)
*TERMINATED: 06/16/2021*

**Defendant**

**Wael Jelaidan**

**Defendant**

**Wael Jelaidan**

**Defendant**

**Wael Jelaidan**

**Defendant**

**Adnan Basha** represented by **Aisha E R Bembry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Waleed El Sayed Nassar**
(See above for address)
*TERMINATED: 08/05/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Abdullah bin Abdelmohsen Al−Turki** represented by **Aisha E R Bembry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Islamic Republic of Iran**

**Defendant**

**Wael Jelaidan**

**Defendant**

| | | |
|---|---|---|
| **Roslyn Davis**<br>*Individually* | represented by | **Andrew Joseph Maloney**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**David Charles Cook**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Kingdom of Saudi Arabia** | represented by | **Michael Kerry Kellogg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Matthew Michael Duffy**<br>Kellogg, Hansen, Todd, Figel & Frederick PLLC (DC)<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036<br>(202)−326−7922<br>Email: mduffy@kellogghansen.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Kingdom of Saudi Arabia** | represented by | **Daniel V. Dorris**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael Kerry Kellogg**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Kingdom of Saudi Arabia** | represented by | **Michael Kerry Kellogg**<br>(See above for address)<br>*LEAD ATTORNEY* |

**Defendant**

**Kingdom of Saudi Arabia**

**Defendant**

| | | |
|---|---|---|
| **Republic of the Sudan** | represented by | **Christopher Mark Curran**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Claire Angela DeLelle**<br>White & Case LLP (DC)<br>701 Thirteenth Street, Nw<br>Washington, DC 20005<br>(202)−626−3600<br>Fax: (202)−639−9355<br>Email: cdelelle@whitecase.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Nicole Erb**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Celia Anne McLaughlin**
White & Case
701 Thirteenth Street, NW
Washington, DC 20005
202−637−6167
Email: cmclaughlin@whitecase.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Islamic Emirate of Afghanistan**
*an unincorporated association also known as The Taliban*

**Defendant**

**Sheikh Usamah Bin−Muhammad Bin−Laden**
*Deceased also known as Osama Bin Laden, Deceased*

**Defendant**

**Al−Qaeda**
*an unincorporated association also known as Al−Qaeda Islamic Army*

**Defendant**

**Estate of Abu Salah Al − Yemeni**

**Defendant**

**Muhsin Musa Matwalli Atway**

**Defendant**

**Ramzi Bin Al−Shibb**

**Defendant**

**The Estate of Marwan Alshehhi**

**Defendant**

**The Estate of Fayez Ahmed**
*Terrorist Hijacker*

**Defendant**

**The Estate of Ahmed Al Ghamdi**

**Defendant**

**The Estate of Hamza Al Ghamdi**
*Terrorist Hijacker*

**Defendant**

**The Estate of Mohald Al Shehri**
*Terrorist Hijacker*

**Defendant**

**The Estate of Satam M. A. Al Suqami**
*Terrorist Hijacker*

**Defendant**

**The Estate of Waleed M. Al Shehri**
*Terrorist Hijacker*

**Defendant**

**The Estate of Wail Al Shehri**
*Terrorist Hijacker*

**Defendant**

**The Estate of Mohammed Atta**
*Terrorist Hijacker*

**Defendant**

**The Estate of Hawaf Al Hazmi**
*Terrorist Hijacker*

**Defendant**

**The Estate of Hani Hanjour**
*Terrorist Hijacker*

**Defendant**

**The Estate of Salem AL Hazmi**
*Terrorist Hijacker*

**Defendant**

**The Estate of Ziad Samir Jarrah**
*Terrorist Hijacker*

**Defendant**

**The Estate of Ahmed Ibrahim A. Al Haznawi**
*Terrorist Hijacker*

**Defendant**

**The Estate of Saeed Al Ghamdi**
*Terrorist Hijacker*

**Defendant**

**The Estate of Ahmed Al Nami**
*Terrorist Hijacker*

**Defendant**

**IRAQI INTELLIGENCE AGENCY a/k/a The Mukhabarat a/k/a The Fedayeen a/k/a Al−'Qare a/k/a "Unit 999" a/k/a "M−8 Special Operations"**
*The Republic of Iraq*

**Defendant**

| | | |
|---|---|---|
| **Sheikh Adil Galil Batargy**<br>*Co−Conspirator also known as Adel Abdul Jaiil Batterjee* | represented by | **Sheikh Adil Galil Batargy**<br>PRO SE |

**Defendant**

| | | |
|---|---|---|
| **Sheikh Abu Bdul Aziz Nagi**<br>*Co−Conspirator* | represented by | **Sheikh Abu Bdul Aziz Nagi**<br>PRO SE |

**Defendant**

| | | |
|---|---|---|
| **Rahib Haddah**<br>*Co−Conspirator* | represented by | **Rahib Haddah**<br>PRO SE |

**Defendant**

| | | |
|---|---|---|
| **Prince Sultan Bin Abdulaziz Al Saud**<br>*Co−Conspirator* | represented by | **Prince Sultan Bin Abdulaziz Al Saud**<br>PRO SE |

**Defendant**

| | | |
|---|---|---|
| **PRINCE NAYEF IBN ABDULAZIZ AL SAUD**<br>*Co−Conspirator* | represented by | **PRINCE NAYEF IBN ABDULAZIZ AL SAUD**<br>PRO SE |

**Defendant**

**Abdulrahman Bin**
*Co−Conspirator*

**Defendant**

**Khalid Bin Salim Bin Mahfouz**

**Defendant**

**Tarik Bin Laden**
*Co−Conspirator*

**Defendant**

**Aqeel Abdul−Azeel Al−Aqeel**
*Co−Conspirator*

**Defendant**

**Sherif Sedky**
*Co−Conspirator*

**Defendant**

**Yaqub Mirza**
*Co−Conspirator*

**Defendant**

**Mohammad Jaghlit**
*Co−Conspirator*

**Defendant**

**Yaqub M. Mirza**
*Co−Conspirator*

**Defendant**

**Hassan A.A. Bahafzallah**
*Co−Conspirator*

**Defendant**

**MUFTI MOHAMMED RASHIDM a/k/a RASHID MUHAMMAD SALAH**
*Co−Conspirator*

**Defendant**

**Mohammed Salim Bin Mahfouz**
*Co−Conspirator*

**Defendant**

**Enaam M Arnanout**
*Co−Conspirator*

**Defendant**

**Dar−Al−Maal Al Islami**
*Co−Conspirator*

**Defendant**

**Albert Fredrich Armand Huber**
*Co−Conspirator also known as Ahmed Huber*

**Defendant**

**Al−Gammaah Al Islamiah**
*Co−Conspirator*

**Defendant**

**Ahmed Nur Ali Jumale**
*Co−Conspirator also known as Ahmed Nur Ali Jim'Ale*

**Defendant**

**Nasreddin I. Ahmad**
*Co−Conspirator*

**Defendant**

**Abdul Rahman Khaled Bin Mahfouz**
*Co−Conspirator*

**Defendant**

**WAMY International, Inc.**
*Co−Conspirator*

**Defendant**

**Sterling Management Group Inc.**
*Co−Conspirator*

**Defendant**

**Sterling Charitable Gift**
*Co−Conspirator*

**Defendant**

**Nada Management Organization SA**
*Co−Conspirator*

**Defendant**

**Muwaffa Foundation**
*Co−Conspirator*

**Defendant**

**Mar−Jac Poultry, Inc.**
*Co−Conspirator*

**Defendant**

**International Islamic Relief Organization**
*Co−Conspirator doing business as Islamic Relief Organization doing business as International Relief Organization doing business as Success Foundation*

represented by **Aisha E R Bembry**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Global Diamond Resources, Inc.**
*Co−Conspirator*

**Defendant**

**Benevolence International Foundation − U.S.A.**
*Co−Conspirator*

**Defendant**

**Benevolence International Foundation − Canada**
*Co−Conspirator*

**Defendant**

**Al Taqwa Trade Property and and Industry, Ltd.**
*Co−Conspirator*

**Defendant**

**Taha Al Alwani**
*The Republic of Iraq*

**Defendant**

**ABDEL HUSSEIN a/k/a The Ghost**
*The Republic of Iraq*

**Defendant**

**Queen City Cigarettes and Candy**

**Defendant**

**Abu Musab Al−Masri**

**Defendant**

**Al Farooq Mosque**

**Defendant**

**Delta Oil Company**

**Defendant**

**Blessed Relief (MUWAFAQ) Foundation**

**Defendant**

**Al−Watani Poultry**

**Defendant**

**Gum Arabic Company Limited**

**Defendant**

**Al−Hijrah Construction and Development Limited**

**Defendant**

**National Islamic Front**

**Defendant**

**Somalia Network AB**

**Defendant**

**Somalia Internet Company**

**Defendant**

**Nada Management Organization**

**Defendant**

**Barakaat International**

**Defendant**

**Nasreddin International Group Limited Holding**

**Defendant**

**The Islamic Emirate of Afghanistan**

**Defendant**

**Al Qaida/Islamic Army**

**Defendant**

**Sheikh Usamah Bin−Muhammad Bin−Laden**
*also known as*
Osama Bin−Laden

**Defendant**

| | | |
|---|---|---|
| **The Republic of**<br>*The REpublic of Iraq* | represented by | **Timothy Brian Mills**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Stephen Albright**<br>(See above for address)<br>*TERMINATED: 09/08/2023* |

**Nominal Defendant**

**Eaton Vance Tax−Managed Growth Fund 1.2**

V.

**Respondent**

| | | |
|---|---|---|
| **Fleetscape Suez Rajan, LLC** | represented by | **Bruce G. Paulsen**<br>Email: paulsen@sewkis.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Brian Paul Maloney**<br>Seward & Kissel LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>(212) 574−1448<br>Fax: (212) 480−8421<br>Email: maloney@sewkis.com<br>*ATTORNEY TO BE NOTICED* |

**Respondent**

| | | |
|---|---|---|
| **Oaktree Capital Management, L.P.** | represented by | **Bruce G. Paulsen**<br>Seward & Kissel LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>(212) 574−1200<br>Fax: (212) 480−8421<br>Email: paulsen@sewkis.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Brian Paul Maloney**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Respondent**

| | | |
|---|---|---|
| **Fleetscape Capital Holdings Limited** | represented by | **Bruce G. Paulsen**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Brian Paul Maloney**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Intervenor Defendant**

| | | |
|---|---|---|
| **Lynn Faulkner** | represented by | **James F. Peterson**<br>Judicial Watch, Inc.<br>425 Third Street, Sw, Suite 80<br>Washington, DC 20024<br>(202) 646−5172<br>Fax: (202) 646−5199<br>Email: jpeterson@judicialwatch.org<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Paul J. Orfanedes**<br>501 School Street, SW<br>Suite 700<br>Washington, DC 20024<br>(202) 646−5172<br>Fax: (202) 646−5199<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Intervenor Plaintiff**

| | | |
|---|---|---|
| **Milly Amduso** | represented by | |

**Adam Matthew Drexler**
The Rothenberg Law Firm LLP
450 Seventh Avenue
New York, NY 10123
212 563−0100
Fax: 212 629−6813
Email: ADrexler@Injurylawyer.com
*LEAD ATTORNEY*

**John Arthur Eaves , Jr.**
Eaves Law Firm, LLC
101 North State Street
Jackson, MS 39201
(601) 355−7961
Fax: (601) 355−0530
Email: johnjr@eaveslawmail.com
*ATTORNEY TO BE NOTICED*

**Receiver**

**John T. Crant**
*Personal Representative of the Estate of DENISE CRANT, Deceased*

represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Receiver**

**Jennifer E. Brady**
*Personal Representative of the Estate of DAVID B. BRADY, Deceased*

**Receiver**

**Richard Hoadley**
*as Executor of the Estate of VIRGINIA A. HOADLEY, Deceased, as surviving Mother of JEAN H. PETERSON, Deceased*

represented by **Dorothea M Capone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Receiver**

**Tania Wells**

represented by **David Charles Cook**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Receiver**

**Marisa Larsen**

**Receiver**

**Charles J. Campisi**

represented by **Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Receiver**

**Janet Mays**

represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Receiver**

**Kevin Casey**
*as the Personal Representative of the Estate of Kathleen Hunt − Casey, deceased, and on behalf of all survivors and all legally entitled beneficiares and family members of Kathleen Hunt − Casey*

represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Receiver**

**Belinda Barino Dillard**
*individually, as surviving sibling of Ronnie Henderson*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Receiver**

**Lauren Baker**
*individually, as surviving child of Joseph R Marchbanks Jr.*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Receiver**

**Lauren Baker**
*individually, as surviving child of Joseph R Marchbanks Jr.*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Receiver**

**Anne McQuade**
*Representative of the Estate of Kevin Patrick McQuade, Deceased*

represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Receiver**

**Lori Brody**
*surviving Sibling of Scott Schertzer*

represented by **John A. Corr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Claimant**

**Frank Kminek Sr**
*TERMINATED: 09/17/2018*

**Claimant**

**Frank Kminek, Jr.**

**Claimant**

**Christopher Kminek**
*TERMINATED: 09/17/2018*

**Claimant**

**Christina L. Kminek**
*TERMINATED: 09/17/2018*

**Claimant**

**Andrew Petisce**
*TERMINATED: 09/17/2018*

**Claimant**

**Elba Iris Cedeno**
*TERMINATED: 09/17/2018*

**Claimant**

**John Leinung**
*TERMINATED: 09/17/2018*

**Claimant**

**Dana Ann DeNiro**
*TERMINATED: 09/17/2018*

**Claimant**

**Joseph Walsh**
*TERMINATED: 09/17/2018*

**Claimant**

**Kevin Walsh**
*TERMINATED: 09/17/2018*

**Claimant**

**Kristin Walsh**
*TERMINATED: 09/17/2018*

**Claimant**

**Robert Callanan**
*TERMINATED: 09/17/2018*

**Claimant**

**J. Linzee Whittaker**
*TERMINATED: 09/17/2018*

**Claimant**

**LaKimmie Smith**
*TERMINATED: 09/17/2018*

**Claimant**

**Marshall Lashon Ross**
*TERMINATED: 09/17/2018*

**Claimant**

**Gregory Rakovsky**
*TERMINATED: 09/17/2018*

**Claimant**

**Kjell Youngren**
*TERMINATED: 09/17/2018*

**Claimant**

**Nissa Youngren**
*TERMINATED: 09/17/2018*

**Claimant**

**Lisa Sloan**
*TERMINATED: 09/17/2018*

**Claimant**

**Darcie Bailey−Scauso**
*TERMINATED: 09/17/2018*

**Claimant**

**Nichole Scochemaro**
*TERMINATED: 09/17/2018*

**Claimant**

**Anthony J. Viola**
*TERMINATED: 09/17/2018*

**Claimant**

**Vincent Viola**
*TERMINATED: 09/17/2018*

**Claimant**

**Jessica Murphy (Schoenholtz)**
*TERMINATED: 09/17/2018*

**Claimant**

**Linda Steinman**
*TERMINATED: 09/17/2018*

**Claimant**

**Fern Rosenbaum**
*TERMINATED: 09/17/2018*

**Claimant**

**Esther E. Heymann**
*TERMINATED: 09/17/2018*

**Claimant**

**Jason Tucker**
*TERMINATED: 09/17/2018*

**Claimant**

**Cozen O'Connor P.C.**

**Claimant**

**Sidley Austin LLP**

**Claimant**

**Ellis George Cipollone**

**ADR Provider**

**New York Marine and General Insurance Company** represented by **Jerry Stephen Goldman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Abdul Aziz Al–Ibrahim**
*TERMINATED: 07/14/2011*

**ADR Provider**

**Abdul Hamid Abu Sulayman** represented by **Steven Karl Barentzen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Abdul Rahman Al Swailem**
*TERMINATED: 08/14/2015*

**ADR Provider**

**Mary Smith** represented by **Dorothea M Capone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Napoli Shkolnik PLLC**

**ADR Provider**

**Gregory J. Cannata**

**ADR Provider**

**Mr. George Fields** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Lyzbeth Best**
*Individually and as surviving Spouse of JEREMY GLICK, Deceased*
represented by **Dorothea M Capone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Eileen Hannaford**
*Individually and as surviving Spouse of KEVIN J. HANNAFORD, Deceased*
represented by **Dorothea M Capone**
(See above for address)
*LEAD ATTORNEY*

*TERMINATED: 04/17/2023* | *ATTORNEY TO BE NOTICED*

**James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Harry J. Oster**
*Individually*

represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Catherine Stover**
*as surviving Child of JEAN H. PETERSON, Deceased*

represented by **Dorothea M Capone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Betty Vargas**
*Individually*

represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Steven Orr**
*Individually;*

represented by **Justin Timothy Green**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Toya Williams**
*as Personal Representative of the Estate of Murna T. Williams, Deceased Parent of Louie Anthony Williams, Deceased*

represented by **Robert Turner Haefele**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Michael Kramarczuk**
*Individually*

represented by **Brian J. Alexander**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Falamarz Youseflaleh**
*Individually;*

represented by **Megan Wolfe Benett**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Andrew Barone**

represented by **Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Denise Parga**
*Individually*

represented by **Noah H. Kushlefsky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Adam R. Phillips**
*Individually*

represented by **Noah H. Kushlefsky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Anne Marie Hartney**
*as Personal Representative of the Estate of Margaret Colette Fegan, deceased, the late parent of Sean B. Fegan*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Kerry Sharkey**
*individually, as surviving child of Dennis L. Devlin*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Corrina Locciasno**
*as Personal Representative of the Estate of Michael Duffy, Deceased*

represented by **James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Jimmy Belhouji**
*Individually*

represented by **Noah H. Kushlefsky**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Brian McKillop**

represented by **Aoife−Roisin Nora Bourke**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Shi Yi Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

represented by

| | | |
|---|---|---|
| **Leslie Edwards**<br>*individually, as surviving sibling of Debora I. Maldonado* | | **Bruce Elliot Strong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Jerry Stephen Goldman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **ADR Provider** | | |
| **Philip Froehle** | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **ADR Provider** | | |
| **Esq John Hansbury**<br>*As the Executor of the Estate of Jillian Henry, deceased* | represented by | **Meryl Iris Schwartz**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **ADR Provider** | | |
| **James Willis**<br>*Individually* | represented by | **Steven R. Pounian**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **ADR Provider** | | |
| **James Zaccoli**<br>*Child of 9/11 decedent Joseph Zaccoli* | | |
| **ADR Provider** | | |
| **Daniel Shea**<br>*Child of 911 Decedent Joseph P. Shea* | | |
| **ADR Provider** | | |
| **Carol Levitt**<br>*As Surviving Parent of Warren Levitt, Deceased* | represented by | **Omar Husain Kazmi**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **ADR Provider** | | |
| **Sandi Burwell**<br>*As the Daughter of Denise L Burwell, Deceased* | represented by | **Aoife–Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **ADR Provider** | | |
| **Allen Clark** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **ADR Provider** | | |

| | | |
|---|---|---|
| **Cindy Campbell** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**ADR Provider**

**Anne McNeil**
*Spouse of 9/11 decedent Martin Michelstein*

**ADR Provider**

| | | |
|---|---|---|
| **Jasmine LaGreca**<br>*Personal Representative of the Estate of Robert LaGreca, Deceased;* | represented by | **James P. Kreindler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**ADR Provider**

| | | |
|---|---|---|
| **Efrain Hernandez** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**ADR Provider**

| | | |
|---|---|---|
| **Steven Ditomasso** | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**ADR Provider**

| | | |
|---|---|---|
| **Brian Thompson** | represented by | **Megan Wolfe Benett**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**ADR Provider**

| | | |
|---|---|---|
| **Daniel Kolloori** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**ADR Provider**

**Brittany Barbara Rancke**
*Child of 9/11 decedent Alfred Todd Rancke*

**ADR Provider**

**Angela Danz−Donohue**
*Parent and legal guardian on behalf of A.D., minor child of 9/11 decedent Vincent Danz*

**ADR Provider**

**Rodney Callum**
*Personal representative of the Estate of Linda Hanson Callum, deceased parent of 9/11 decedent Michell L. Robotham*

**ADR Provider**

**Brett Eagleson**
*Child of 9/11 decedent John B. Eagleson*

**ADR Provider**

**Susan Rossinow**
*Spouse of 9/11 Decedent Norman Rossinow*

**ADR Provider**

**Michael Shaw**
*Child of 9/11 Decedent Jeffrey J. Shaw*

**ADR Provider**

**Christopher Geis**
*individually, as surviving sibling of Julie M. Geis*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Vincent Coakley**

**ADR Provider**

**Victor Rosario**

represented by **Christopher R. LoPalo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Jason Smith**

represented by **Timothy B. Fleming**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Maria Gaston**

represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Kimberly S. Lamantia**
*Spouse of 9/11 decedent George P McLaughlin, Jr*

**ADR Provider**

**Albert Vanschaik**

represented by **Edward Maggio**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Brett Cahill**
*Child of 9/11 decedent John Cahill*

**ADR Provider**

**Louis Mercado, Jr.**
*Sibling of 9/11 decedent Steve Mercado*

**ADR Provider**

**Sean Fitzsimons**

**ADR Provider**

**Howard Heller**

**ADR Provider**

**Jason Iskenderian**

**ADR Provider**

**Terry Stella**
*Personal Representative of the Estate of Judith Butterly, deceased*

**ADR Provider**

**Jean Wotton**
*Personal Representative of the the Estate of Stewart Wotton, deceased, Parent of Rodney Wotton*

**ADR Provider**

**Serena Abad**
*Child of 9/11 decedent Edelmiro Abad*

**ADR Provider**

**Thomas Emperor**
*Sibling of 9/11 decedent Lisa E. Egan*

**ADR Provider**

**Mary Amato** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Marvin Breedlove** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

| | | |
|---|---|---|
| **Ellen Brown** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **ADR Provider**<br>**Sharon Bwalya** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **ADR Provider**<br>**Domenico Mastrocola** | represented by | **Christopher R. LoPalo**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **ADR Provider**<br>**Michael J. Gallas, Jr.** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **ADR Provider**<br>**Diane Gallagher** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **ADR Provider**<br>**Rosa E. Galan** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **ADR Provider** | | |

| | | |
|---|---|---|
| **Virginia Galloway** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **ADR Provider**<br>**Anthony M. Holmes** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **ADR Provider**<br>**Birgit Hudson** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **ADR Provider**<br>**Dorian Ingram** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **ADR Provider**<br>**Gina Johnston** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **ADR Provider**<br>**Michael Hong** | represented by | **Brett Andrew Zekowski**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Shunyi Joonho Hong**<br>(See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Isaac Ng–Montalvo** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Linda Sharawi** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Aminata Shyllon** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Robert Steininger** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Tanya Moore** represented by **Brett Andrew Zekowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shunyi Joonho Hong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Katelyn Elizabeth Fersini**
*Child of 9/11 Decedent Louis V. Fersini*

**ADR Provider**

**Sarah O'Brien**
*Child of 9/11 Decedent Michael P. O'Brien*

**ADR Provider**

**Virginia Krukowski**
*individually, as surviving sibling of William Krukowski*
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Barbara Rastelli**
*individually, as surviving parent of William Krukowski*
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Virginia Krukowski**
*as Personal Representative of the Estate of Walter Krukowski, deceased, the late parent of William Krukowski*
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Barbara Keane**
*as Personal Representative of the Estate of Amy Haviland, deceased, the late spouse of Timothy Haviland*
represented by **Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Maureen Reed**
*individually, as surviving child of John Doherty*
represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Malikah Jeffries**
*individually, as surviving sibling of Alva Jeffries Sanchez*
represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Monique Riviere**
*individually, as surviving sibling of Michele Ann Nelson*
represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Mary Doherty**
*on behalf of all survivors and all legally entitled beneficiaries and family members of John Doherty*

represented by **Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Barbara Geraghty**
*Representative of the Estate of Joseph James Martin, Deceased*

represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Thomas E Humphrey**
*Representative of the Estate of Nancy Alicia Humphrey*

represented by **Barry Alan Salzman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Consolidated Amended Complaint Plaintiffs**

represented by **Sean P. Carter**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Consolidated Amended Complaint Plaintiffs**

**ADR Provider**

**John O. Brennan**

**ADR Provider**

**Ericka Brown**
*individually, as surviving sibling of Jacquelyn Sanchez*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Bruno Matricciano**
*individually, as surviving sibling of Marcellus Matricciano*

represented by **Alexander Greene**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Elliot Strong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Greenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Joanne Hadj−Aissa**
*Sibling of 9/11 Decedent Neil James Cudmore*

represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Michelle Eileen Tierney**
*Sibling of 9/11 Decedent Stephen Patrick Driscoll*

represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Robert Anthony Lanza, Jr.**
*on behalf of minor child N.J.L., Child of 9/11 Decedent Michele Lanza*

represented by **John Michael Eubanks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ADR Provider**

**Roosevelt Stallworth**
*a surviving Sibling of Marsha Ratchford, Deceased*

**ADR Provider**

**Darlene Marie Keohane**
*as Personal Representative of the Estate of Donald Edward Keohane, Deceased Parent of John Richard Keohane, Deceased*

represented by **John Duane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Miscellaneous**

**Akram Alzamari**

represented by **John Monahan Maloy**
Morgan, Lewis & Bockius LLP (New York)
101 Park Avenue
New York, NY 10178
(212)−309−6682
Email: john.maloy@morganlewis.com
*ATTORNEY TO BE NOTICED*

**Kelly Moore**
*ATTORNEY TO BE NOTICED*

**Miscellaneous**

**Baumeister & Samuels, P.C.**

**Miscellaneous**

**Baker Tilly**

**Interested Party**

**United States of America** represented by **Andrew Edward Krause**
United States Attorney's Office, SDNY
86 Chambers Street, 3rd Floor
New York, NY 10007
(212) 637−2769
Fax: (212) 637−2786
Email: andrew.krause@usdoj.gov
*TERMINATED: 10/02/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Evan Borson**
U.S. Department of Justice
20 Massachusetts Avenue, N.W.
Washington, DC 20530
(202)−514−1944
Email: joseph.borson@usdoj.gov
*TERMINATED: 04/26/2024*

**Interested Party**

**General Reinsurance Corporation** represented by **Scott S. Katz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**General Reinsurance AG** represented by **Scott S. Katz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Faraday Underwriting Limited on behalf of the underwriting members of Lloyds Syndicate 435** represented by **Scott S. Katz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**The Underwriting Members of Lloyds Syndicate 1861** represented by **Scott S. Katz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Abby J. Sher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William N. Clark , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**National Indemnity Company** represented by **Scott S. Katz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Columbia Insurance Company** represented by **Scott S. Katz**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Anthony Behette**

**Interested Party**

**Harley DiNardo** represented by **Timothy B. Fleming**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Ester DiNardo**

**Interested Party**

**Pio DiNardo**

**Interested Party**

**Andrew Economos**

**Interested Party**

**Leon Economos**

**Interested Party**

**Olga Valinotti**

**Interested Party**

**Constance Finnicum**

**Interested Party**

**George Gabrielle**

**Interested Party**

**Mary Ellen Murach**

**Interested Party**

**Richard J. Murach**

**Interested Party**

**Katharine Tynion**

**Interested Party**

**FBI** represented by **Andrew Edward Krause**
(See above for address)
*TERMINATED: 10/02/2020*
*ATTORNEY TO BE NOTICED*

**Jeannette Anne Vargas**
U.S. Attorney's Office, SDNY (86 Chambers St.)
86 Chambers Street
New York, NY 10007
212−637−2000
Fax: 212−637−2730
Email: Jeannette.Vargas@usdoj.gov
*TERMINATED: 05/08/2024*

**Jennifer Ann Jude**
United States Attorney's Office SDNY
86 Chambers St.
New York, NY 10007
(212)−637−2663
Fax: (212)−637−2686
Email: jennifer.jude@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Sarah Sheive Normand**
U.S. Attorney's Office, SDNY (86 Chambers St.)
86 Chambers Street
New York, NY 10007
(212) 637−2200
Fax: (212) 637−2686
Email: sarah.normand@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Swiss Reinsurance America Corporation**

**Interested Party**

**Swiss Re International S.E.**

**Interested Party**

**Westport Insurance Corporation**

**Interested Party**

**Swiss Re Europe S.A.**

**Interested Party**

**Swiss Reinsurance Company Ltd.**

**Interested Party**

**UNITED STATES OF AMERICA** represented by **Jean−David Barnea**
U.S. Attorney's Office, SDNY (Chambers Street)
86 Chambers Street
New York, NY 10007
(212) 637−2679
Fax: (212) 637−2717
Email: jean−david.barnea@usdoj.gov
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jeannette Anne Vargas**
(See above for address)
*TERMINATED: 05/08/2024*

**Jennifer Ann Jude**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca Sol Tinio**
U.S. Attorney's Office, SDNY
86 Chambers Street, 3rd Floor
New York, NY 10007
(212) 637−2774
Fax: (212) 637−2702
Email: rebecca.tinio@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Sarah Sheive Normand**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Kenneth Oleksa** represented by **John Patrick Dearie**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Kreindler & Kreindler LLP** represented by **Edward M. Spiro**
Morvillo Abramowitz Grand Iason & Anello P.C.
565 Fifth Avenue
New York, NY 10017
212−880−9460
Fax: 212−856−9494
Email: espiro@maglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emily Bab Kirsch**
Kirsch & Niehaus PLLC
950 3rd Avenue
Suite 1900
New York, NY 10022
212−832−0170
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig S Tarasoff**
Kirsch & Niehaus PLLC
950 Third Avenue
Suite 1900
New York, NY 10022
646−415−7541
Email: craig.tarasoff@kirschniehaus.com
*ATTORNEY TO BE NOTICED*

**Lisa A Frey**
Self
50 Old Main Road
Quogue, NY 11959
917−565−1066

Email: freylisa@yahoo.com
*ATTORNEY TO BE NOTICED*

**Paul Robert Niehaus**
Kirsch & Niehaus PLLC
950 3rd Avenue
Suite 1900
New York, NY 10022
212−631−0223
Fax: 212−624−0223
Email: paul.niehaus@kirschniehaus.com
*ATTORNEY TO BE NOTICED*

**Interested Party**

**John Fawcett** represented by **Brice Jastrow**
Mandel Bhandari LLP
80 Pine Street
Ste 33rd Floor
New York, NY 10005
212−381−0695
Fax: 646−964−6667
Email: bj@mandelbhandari.com
*TERMINATED: 03/21/2023*

**Gabrielle S. Friedman**
*ATTORNEY TO BE NOTICED*

**Helen Gredd**
Lankler Siffert & Wohl LLP
1185 Avenue of the Americas
Ste 31st Floor
New York, NY 10036
212−930−1221
Fax: 212−764−3701
Email: hgredd@lswlaw.com
*ATTORNEY TO BE NOTICED*

**Jeannie Rose Rubin**
Lankler Siffert & Wohl LLP
1185 Avenue of the Americas
Ste 31st Floor
New York, NY 10036
212−921−8399
Fax: 212−764−3701
Email: rrubin@lswlaw.com
*ATTORNEY TO BE NOTICED*

**Michael Gerber**
500 Fifth Avenue
34th Floor
New York, NY 10110
917−796−5189
Email: mgerber@lswlaw.com
*TERMINATED: 04/17/2023*

**Interested Party**

**John Does 1 through 7** represented by **Orlando Do Campo**
do Campo & Thornton, P.A.
150 S.E. Second Ave
Ste 602
Miami, FL 33131
305−358−6600
Fax: 305−358−6601
Email: od@dandtlaw.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**The Taliban**

**Interested Party**

**Al−Qaeda**

**Interested Party**

**The Haqqani Network**

**Interested Party**

**The Federal Reserve Bank of New York** represented by **Katherine Rosemary Steele Landy**
Federal Reserve Bank of New York
33 Liberty Street
New York, NY 10045
(212)−720−5331
Fax: (212)−720−8709
Email: katherine.landy@ny.frb.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**YoonHi Greene**
Wilmer Cutler Pickering Hale and Dorr LLP (NYC)
7 World Trade Center
250 Greenwich St.
New York, NY 10007
212−295−6373
Email: yoonhi.greene@wilmerhale.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**NewsNation**

V.

**All Plaintiffs**

**Plaintiffs Executive Committees** represented by **Andrew Joseph Maloney**
(See above for address)
*LEAD ATTORNEY*

**Dorothea M Capone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James P. Kreindler**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry Stephen Goldman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Megan Wolfe Benett**
(See above for address)
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| | | **Michael J. Quirk**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Robert Turner Haefele**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Steven R. Pounian**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Sean P. Carter**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **All Plaintiffs** | | |
| **All Plaintiffs** | represented by | **All Plaintiffs**<br>PRO SE |
| **All Plaintiffs** | | |
| **Charles Sine** | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **All Plaintiffs** | | |
| **Debra Slater** | represented by | **Aoife−Roisin Nora Bourke**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **All Plaintiffs** | | |
| **James Bruno** | represented by | **Kevin Shi Yi Wang**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **All Plaintiffs** | | |
| **Ellen Schertzer** | represented by | **Timothy B. Fleming**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **All Plaintiffs** | | |
| **Virginia Bauer, et al.** | represented by | **Dorothea M Capone**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **All Plaintiffs** | | |
| **Gerard Patrick Ahearn** | represented by | **Barry Alan Salzman**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **All Plaintiffs** | | |
| **Joint Taliban Creditors** | represented by | **Sean P. Carter**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**All Plaintiffs**

| | | |
|---|---|---|
| **Suzanne P. McDermott**<br>*as Personal Representative of the Estate of Jacqueline A. McDermott, Deceased Parent of Matthew Thomas McDermott, Deceased* | represented by | **John Duane**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Amicus**

| | | |
|---|---|---|
| **Reporters Committee for Freedom of the Press** | represented by | **Katielynn Boyd Townsend**<br>Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071−3197<br>213−229−7839<br>Email: ktownsend@gibsondunn.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Afghan Civil Society Organizations** | represented by | **Katherine Marie Gallagher**<br>Center for Constitutional Rights<br>666 Broadway, 7th Floor<br>New York, NY 10012<br>212 614−6455<br>Fax: 212 614−6422<br>Email: kgallagher@ccrjustice.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **Peaceful Tomorrows** | represented by | **Jacob Max Kaplan**<br>Baker & McKenzie LLP<br>452 Fifth Avenue<br>NY, NY 10018<br>(212) 626−4100<br>Fax: (212) 310−1600<br>Email: jacob.kaplan@bakermckenzie.com<br>*TERMINATED: 05/11/2022*<br>*LEAD ATTORNEY* |

**Amicus**

| | | |
|---|---|---|
| **Naseer Faiq** | represented by | **Justin Cox**<br>PO Box 1106<br>97031−7031<br>Hood River, OR 30317<br>541−716−1818<br>Email: justin@jcoxconsulting.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Natasha Arnpriester**<br>224 West 57th Street<br>New York<br>New York, NY 10019<br>212−548−0600<br>Fax: 212−548−4600<br>Email: natasha.arnpriester@opensocietyfoundations.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**James Andrew Goldston**
Open Society Foundations
224 West 57th Street
Ste 8th Floor, 852
New York, NY 10019
212−548−0118
Email: james.goldston@opensocietyfoundations.org
*ATTORNEY TO BE NOTICED*

**Amicus**

**Terry K Rockefeller** represented by **Jacob Max Kaplan**
(See above for address)
*TERMINATED: 05/11/2022*
*LEAD ATTORNEY*

**Amicus**

**Former Government Official Amici**

V.

**Intervenor**

**Lynn Faulkner** represented by **James F. Peterson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Paul J. Orfanedes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**James Owens, et al.** represented by **Matthew D. McGill**
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington D.C., DC 20006
202−737−0500
Email: matthew.mcgill@kslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor**

**The New York Times Company** represented by **David Edward McCraw**
The New York Times Company (10018)
620 Eighth Avenue
New York, NY 10018
(212) 556−4031
Fax: (212) 556−1009
Email: mccraw@nytimes.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maya Gandhi**
The New York Times
620 Eighth Avenue
New York, NY 11201
212−556−1244
Email: mayagandhi519@gmail.com
*TERMINATED: 09/06/2024*

*ATTORNEY TO BE NOTICED*

**Intervenor**

| | | |
|---|---|---|
| **Pro Publica, Inc.** | represented by | **Sarah Matthews**<br>ProPublica<br>155 Avenue of the Americas<br>Ste 13th Floor<br>New York, NY 10013<br>917–512–0288<br>Email: sarah.matthews@propublica.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Intervenor**

| | | |
|---|---|---|
| **CBS Broadcasting Inc. d/b/a CBS News** | represented by | **Gayle Chatilo Sproul**<br>CBS Broadcasting Inc.<br>524 W. 57th St.<br>New York, NY 10019<br>215–990–1091<br>Email: gayle.sproul@cbs.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Matthew Lynn Schafer**<br>Paramount Global<br>1515 Broadway<br>New York, NY 10003<br>212–846–3252<br>Email: matthew.schafer@paramount.com<br>*ATTORNEY TO BE NOTICED* |

**Intervenor**

| | | |
|---|---|---|
| **Cable News Network, Inc.** | represented by | **Merriam Mikhail**<br>Cable News Network, Inc.<br>1050 Techwood Dr NW<br>Atlanta, GA 30318<br>404–834–6166<br>Email: merriam.mikhail@cnn.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Intervenor**

**Cable News Network, Inc.**

**Intervenor**

| | | |
|---|---|---|
| **Broward Bulldog, Inc.** | represented by | **Kelly Brian McClanahan**<br>National Security Counselors (MD)<br>4702 Levada Terrace<br>Rockville, MD 20853<br>301–728–5908<br>Fax: 240–681–2189<br>Email: kel@nationalsecuritylaw.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Intervenor**

| | | |
|---|---|---|
| **Anthony Summers** | represented by | **Kelly Brian McClanahan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Intervenor**

| | | |
|---|---|---|
| **Robbyn Swan** | represented by | **Kelly Brian McClanahan**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**ThirdParty Defendant**

| | | |
|---|---|---|
| **Federal Insurance Company et al., Plaintiffs** | represented by | **Adam C. Bonin**<br>(See above for address)<br>*TERMINATED: 01/12/2012*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Carter G. Phillips**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Richard D. Klingler**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Cross Claimant**

**Muslim World League**

V.

**Cross Defendant**

| | | |
|---|---|---|
| **Federal Insurance Company et al., Plaintiffs** | represented by | **Adam C. Bonin**<br>(See above for address)<br>*TERMINATED: 01/12/2012*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Carter G. Phillips**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Richard D. Klingler**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

| e Filed | # | Docket Text |
|---|---|---|
| .0/2003 | 1 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER IN ORDER FROM THE MDL PANEL... that p 28 U.S.C. 1407, the actions listed on the attached schedule A and pending in the District of District of Columbia and hereby are, transferred to the Southern District of New York, with the consent of that court, assigned to the Honorabl Richard C. Casey, for coordinated or consolidated pretrial proceedings with the actions pending in that district and lis Schedule A. (Signed by Judge MDL Panel on 12/09/2003) (mj, ) (Entered: 01/08/2004) |
| .0/2003 | | Magistrate Judge Frank Maas is so designated. (mj, ) Modified on 3/1/2004 (mj, ). (Entered: 01/08/2004) |
| .0/2003 | | CASES ORIGINATING FROM THE SOUTHERN DISTRICT OF NEW YORK: 1:02−cv−6977 (RCC); 1:02−cv−7 1:03−cv−5071 (RCC); 1:03−cv−5493 (RCC); 1:03−cv−5738 (RCC); 1:03−cv−6978 (RCC); 1:03−cv−7036 (RCC); 1:03−cv−9848 (RCC); 1:03−cv−9849 (RCC). (mj, ) Modified on 2/3/2004 (mj, ). (Entered: 01/08/2004) |
| 23/2003 | 2 | ENDORSED LETTER addressed to Judge Richard C. Casey from Louis R. Cohen, Attorney for Defendant Prince M Faisal Saud, dated December 12, 2003 re:...request permission to file a motion to dismiss on behalf of Prince Moham al Saud... The deadline for the defendant's answer shall be extended until 1/31/2004. (Signed by Judge Richard C. Ca |

| | | |
|---|---|---|
| | | 12/22/2003) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC(mj, ) (Entered: 02/05/2004) |
| )6/2004 | 3 | MDL TRANSFER IN: Received certified copy of docket entries and documents numbered 1−65 from the United Sta Court − District of Columbia. Case Number: 1:02−cv−305 (JR), S.D.N.Y. Case Number: 1:03−cv−9848 (RCC). File Associated Cases: 1:03−md−01570−RCC,1:03−cv−09848−RCC(mj, ) Modified on 2/5/2004 (mj, ). (Entered: 02/05/2 |
| )6/2004 | 4 | MDL TRANSFER IN: Received certified copy of docket entries and documents numbered 14, 52, 209, 290, and 377 United States District Court − District of District of Columbia. Case Number: 1:02−cv−1616 (JR), S.D.N.Y. Case Nu 1:03−cv−9849 (RCC). (Attachments: # 1 Part 2 of Docket Report from U.S.D.C. District of Columbia# 2 Part 3 of D Report from U.S.D.C. District of Columbia) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC (Entered: 02/05/2004) |
| .5/2004 | 5 | MOTION (FILED ON SERVICE DATE) for Extension of Time for defendant Yeslamin Binlandin to File Answer or respond to plaintiff's third amended complaint. Document filed by Yeslam Binladin. (mj, ) (Entered: 02/05/2004) |
| 28/2004 | 6 | MOTION (FILED ON SERVICE DATE) for Extension of Time to File Answer to the Third Amended Complaint. M (FILED ON SERVICE DATE) for a Pre−Motion Conference., Document filed by Abdulrahman Bin Mahfouz. Filed Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(mj, ) Modified on 2/5/2004 (mj, ). (Entered: 02/05/2 |
| 28/2004 | 7 | NOTICE of Appearance by John Joseph Walsh on behalf of African Muslim Agency, Taha Jaber Al−Alwani, M. Om Muhammad Ashraf, Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Iqba (Yunus), Jamal Barzinji, Mar−Jac Investments, Inc., Mena Investments, M. Yaqub Mirza, Reston Investments, Inc., S Sana−Bell, Inc., Sanabel Al−Kheer, Inc., Sterling Charitable Gift Fund, Sterling Management Group, York Foundati (Entered: 02/06/2004) |
| )3/2004 | 8 | ORDER granting 5 Motion for Extension of Time to Answer...that the date by which pro se defendant Yeslam Binlac answer or otherwise respond to the Third Amended Complaint is on or before February 17, 2004 . (Signed by Judge I Casey on 1/23/2004) (mj, ) (Entered: 02/06/2004) |
| .6/2004 | 9 | MOTION (FILED ON SERVICE DATE) for Extension of Time to File Answer or otherwise respond to Plaintiff's Tl Amended Complaint. Document filed by Yeslam Binladin. (mj, ) (Entered: 02/25/2004) |
| 20/2004 | 10 | MOTION (FILED ON SERVICE DATE) for Thomas P. Steindler to Appear Pro Hac Vice as counsel for defendants Jameel and Yassin Abdullah Al Kadi. Document filed by Yassin Abdullah Al Kadi, Yousef Jameel. (Attachments: # of Chryssa V. Valletta# 2 Affidavit of Thomas P. Steindler)Filed in Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 02/27/2004) |
| 26/2004 | 11 | ENDORSED LETTER addressed to Judge Richard C. Casey from Mark C. Hansen dated 2/12/2004; granting counse application for Prince Sultan bin Abdulaziz Al−Saud and Prince Turki Al−Faisal bin Abdulaziz Al−Saud to serve the to dismiss on or before 3/5/2004, and for Prince Sultan and Prince Turki to respond to the amended complaint within its filing in case no. 03cv6978. (Signed by Judge Richard C. Casey on 2/23/2004) (kkc, ) (Entered: 02/27/2004) |
| 26/2004 | 12 | ENDORSED LETTER addressed to Judge Richard C. Casey from Ronald S. Liebman dated 2/17/2004. The Nationa Commercial Bank's (NCB) request to file its reply brief in Burnett v. Al Baraka Inv. and Dev. Corp., 03cv9849, on 3/ granted. The request to extend the page limitation for the reply brief is denied. NCB may file a motion to dismiss in A Queda, 02cv6977, on 3/5/2004, in accordance with this Court's 2/6/2004 Order. (Signed by Judge Richard C. Casey c 2/23/2004) Filed in Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−09849−RCC(kkc, ) (E 02/27/2004) |
| 27/2004 | 13 | MOTION (FILED ON SERVICE DATE) to Dismiss plaintiff's third amended complaint pursuant to Swiss law. Docu by Yeslam Binladin. (Attachments: # 1 Memorandum of Law in Support# 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 C Service)(kkc, ) (Entered: 03/12/2004) |
| )1/2004 | | Minute Entry for proceedings held before Judge Richard C. Casey : Status Conference held on 3/1/2004. Mr. Michae Clerk of the Court instructed parties about the process and procedures of filing documents electronically in this case. reported the status of service and the filing of motions to the court (see transcript). The Court instructed the parties to committees in order to manage the cases together and come up with a proposed scheduling order the court will sched another conference. The briefing schedule for motions to dismiss will be filed by 4/3004; response by 5/7/04; reply b (db, ) (Entered: 03/12/2004) |
| )3/2004 | 14 | ORDER granting 10 Motion for Thomas P. Steindler to Appear Pro Hac Vice as counsel for defendants Yousef Jame Yassin Adbullah Al Kadi. (Signed by Judge Richard C. Casey on 3/3/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 03/12/2004) |
| )8/2004 | | CASHIERS OFFICE REMARK on 14 Order on Motion to Appear Pro Hac Vice, in the amount of $25.00, paid on 3/ Receipt Number 501333. (kkc, ) (Entered: 03/12/2004) |

| | | |
|---|---|---|
| )9/2004 | 15 | MOTION (FILED ON SERVICE DATE) for Michael K. Kellogg, Mark C. Hansen, David C. Frederick, Michael J. ( and J.C. Rozendaal to Appear Pro Hac Vice as counsel for Prince Turki Al−Faisal bin Abdulaziz Al−Saud. Documen Turki Al Faisal Al Saud. (Attachments: # 1 Affidavit of Michael K. Kellogg# 2 Affidavit of Mark C. Hansen# 3 Affi David C. Frederick# 4 Affidavit of Michael J. Guzman# 5 Affidavit of John C. Rozendaal)Filed in Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05493−R( 1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 03/11/20( |
| .0/2004 | 16 | Case Management Order No. 1 (this document relates to all actions); all attorneys who have been admitted to this Co complete and file a CM/ECF attorney registration form by 3/5/2004. All attorneys who wish to be admitted for purpo case shall send a motion to be admitted pro hac vice to John Sacco at U.S.D.C. ? S.D.N.Y., 500 Pearl Street, Room 2 addition to the documentation required by Local Civil Rule 1.3, attorneys wishing to appear pro hac vice must also in their motion a check for $25.00 payable to the Clerk of the Court and a completed CM/ECF attorney registration forn vice motions should be submitted by 3/15/2004. Peter Kahn, Esq., from the law firm of Williams & Connolly, has offi compile for the Court a list of all participating attorneys? email address. All attorneys who wish to receive a correspo regarding this case are directed to submit their email address to Mr. Kahn via email or fax. Mr. Kahn?s fax number is 434−5245 and his email address is pkahn@wc.com. If you have questions about this process, you can reach Mr. Kahn at (202) 434−5045. In order to facilitate the electronic filing of motions to dismiss, the motion schedule set forth at th conference is amended as follows: moving papers shall be filed on 3/19/2004; responses shall be filed by 5/14/2004; papers shall be submitted no later than 5/28/2004. Motions shall be filed electronically and need not be fully briefed however, as per Judge Casey?s individual practice rules, courtesy copies of fully briefed motions shall be filed with c along with a diskette containing an electronic version of the documents. Plaintiffs may, without further leave of court remove parties by supplemental pleadings as further set forth in this Order. A named defendant as to whom the comp contains no allegations may move for a more definite statement and the motion will be granted. The following cases s consolidated into 03 MDL 1570: Federal Ins. Co. v. Al Qaida, 03 Civ. 6978 (RCC); Burnett v. Al Baraka Inv. And D 03 Civ. 5738 (RCC); and Barrera v. Al Queda Islamic Army, 03 Civ. 7036 (RCC). The parties may move to sever the at the completion of discovery. (Signed by Judge Richard C. Casey on 3/3/2004) Filed in Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05493−R( 1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC(kkc, ) (Entered: 03/11/2004) |
| .0/2004 | 17 | ORDER granting 15 Motion for Michael K. Kellogg, Mark C. Hansen, David C. Frederick, Michael J. Guzman, and Rozendaal to Appear Pro Hac Vice as counsel for Prince Turki Al−Faisal bin Abdulaziz Al−Saud. (Signed by Judge Casey on 3/10/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05493−R( 1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 03/12/20( |
| .0/2004 | | CASHIERS OFFICE REMARK on 17 Order on Motion to Appear Pro Hac Vice, in the amount of $25.00, paid on (r Receipt Number 502000, as to Michael K. Kellogg. (kkc, ) (Entered: 03/15/2004) |
| .0/2004 | 27 | CERTIFICATE OF SERVICE of Plaintiffs' Fourth Amended Complaint served on law firms as indicated on service 3/10/2004. Service was made by mail or by e−mail. Document filed by plaintiffs. (Attachments: # 1 Caption − Part 2 Caption − Part 3 of 3# 3 Certificate of Service)(kkc, ) (Entered: 03/18/2004) |
| .0/2004 | 111 | FIRST AMENDED COMPLAINT against ALL DEFENDANTS in 03cv6978. Document filed by American Alterna Insurance Corporation, American Employers' Insurance Company, American Guarantee and Liability Insurance Com American Zurich Insurance Company, Assurance Company of America, Chubb Custom Insurance Company, Chubb Insurance Company, Chubb Insurance Company of Canada, Chubb Insurance Company of New Jersey, Colonial Am Casualty and Surety Insurance Company, Crum & Forster Indemnity Company, Federal Insurance Company, Fidelity Deposit Company of Maryland, Great Lakes Reinsurance (UK) PLC, Great Northern Insurance Company, Homeland Company of New York, Maryland Casualty Company, North River Insurance Company, Northern Insurance Compar York, One Beacon America Insurance Company, One Beacon Insurance Company, Pacific Indemnity Company, Stea Insurance Company, The Camden Fire Insurance Association, The Princeton Excess & Surplus Lines Insurance Com United States Fire Insurance Company, Valiant Insurance Company, Vigilant Insurance Company, Zurich American Company, Amlin Underwriting, Ltd., Hiscox Dedicated Corporate Member, Ltd., Allstate Insurance Company, Bosto Colony Insurance Company, Continental Insurance Company, Commercial Insurance Company of Newark, NJ, CNA of California, Continental Insurance Company of New Jersey, Fidelity and Casualty Company of New York, Glens F Insurance Company, National Ben Franklin Insurance Company of Illinois, Seneca Insurance Company, Inc. (Attach Amended Complaint − part 2 of 4# 2 Amended Complaint − part 3 of 4# 3 Amended Complaint − part 4 of 4) Filed I Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(kkc, ) Modified on 4/12/2004 (kkc, ). (Entered: 04/1 |
| .1/2004 | 18 | MDL TRANSFER IN: Received certified copy of docket entries and documents numbered 1−8 from the United State Court − District of District of Columbia. Case Number: 1:03−cv−1766 (RBW), S.D.N.Y. Case Number: 1:04−cv−10 (Attachments: # 1 Document No. 1 Complaint − Part 1 of 3# 2 Document No. 1 Complaint − Part 2 of 3# 3 Documen Complaint − Part 3 of 3# 4 Document No. 2 Order# 5 Document No. 3 Response# 6 Document No. 4 Order# 7 Docu Letter# 8 Document No. 6 Notice# 9 Document No. 7 Letter# 10 Document No. 8 Letter) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC(mj, ) (Entered: 03/12/2004) |

| | | |
|---|---|---|
| .1/2004 | 19 | MEMO ENDORSEMENT on Motion for Stanton D. Anderson to appear pro hac vice as counsel for defendants You: and Yassin Abdullah Al Kadi. Motion granted. (Signed by Judge Richard C. Casey on 3/11/2004) Filed In Associatec 1:03−md−01570−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 03/12/2004) |
| .1/2004 | 20 | MEMO ENDORSEMENT on Motion for Lynne Bernabei and Alan R. Kabat to appear pro hac vice as counsel for de Al Haramain Islamic Foundation, Inc., Soliman H.S. Al−Buthe, Perouz Sedaghaty, Dr. Adbullah M. Al Turki, Dr. Ac Naseef, Dr. Abdullah Al Obaid, Dr. Abdul Rahman Al Swailem, Dr. Adnan Basha, Sheik Saleh Al−Hussayen, Talal Badkook, Sheik Shahir Batterjee, Mushayt for Trading Company, Mohammed Ali Sayed Mushayt, Sheik Hamad Al− Saudi Red Crescent Committee, Sheik Salman Al−Oawdah, Sheik Safer Al−Hawali. Motion granted. (Signed by Jud C. Casey on 3/11/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−09849−R Additional attachment(s) added on 3/12/2004 (kkc, ). (Entered: 03/12/2004) |
| .1/2004 | 21 | NOTICE of Appearance by Alan Robert Kabat, Lynne A. Bernabei on behalf of Safar Al−Hawali, Sheik Hamad Al− Mohammed Ali Sayed Mushayt, Mushayt for Trading Company, Saleh Al−Hussayen, Abdulla Al Obaid, Abdul Rahı Swailem, Abdullah Muhsen Al Turki, Talal Mohammed Badkook, Adnan Basha, Shahir Abdulraoof Batterjee, Abdu Naseef, Red Crescent Saudi Committee, Sheik Salman Al−Oawdah. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 03/12/2004) |
| .1/2004 | 22 | NOTICE of Voluntary Dismissal pursuant to Rule 41(a)(1) of the F.R.C.P. as to defendant Nimir LLC, without preju rights of plaintiffs to re−file a complaint against defendant Nimir LLC. (Signed by Judge Richard C. Casey on 3/9/20 Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(kkc, ) (Entered: 03/12/2004) |
| .1/2004 | 23 | ENDORSED LETTER addressed to Judge Richard C. Casey from Anthony Cotroneo dated 3/8/2004; counsel for de Mohammad Abdullah Aljomaih writes to request an extension until 3/19/2004 to file a reply in support of his motion in the Burnett action. Application granted. (Signed by Judge Richard C. Casey on 3/9/2004) Filed In Associated Case 1:03−md−01570−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 03/12/2004) |
| .1/2004 | 24 | ENDORSED LETTER addressed to Judge Richard C. Casey from Ronald S. Liebman dated 3/4/2004; counsel for de National Commercial Bank writes to request an extension of time until 3/19/2004 to file its reply in support of its mo dismiss in the Burnett action. Application granted. (Signed by Judge Richard C. Casey on 3/9/2004) (kkc, ) Additiona attachment(s) added on 3/12/2004 (kkc, ). (Entered: 03/12/2004) |
| .1/2004 | 25 | ENDORSED LETTER addressed to Judge Richard C. Casey from James M. Cole dated 2/26/2004; counsel for defen Naif bin Abdulaziz al Saud writes to reuest that the Court permit counsel to consolidate the response to the five comp one brief, and plaintiffs' oppositions to that motion be combined into one consolidated brief. Application granted. Pri shall file his motion to dismiss on 3/19/2004, along with the other defendants in this case. (Signed by Judge Richard ( 3/9/2004) (kkc, ) (Entered: 03/12/2004) |
| .2/2004 | 28 | MEMO ENDORSEMENT on Motion for J.D. Lee and David C. Lee to be admitted pro hac vice on behalf of the plai 03cv9848, 03cv9849. Motion granted. (Signed by Judge Richard C. Casey on 3/12/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 03/18/2004) |
| .2/2004 | 29 | MEMO ENDORSEMENT on Motion for Stephen J. Brogan, Timothy J. Finn, Jonathan C. Rose, James E. Gauch, M Gurdak, Michael R. Shumaker, Melissa D. Stear, and Jennifer A. Shumaker to appear pro hac vice as attorneys for de Saudi Binladin Group, Inc. Motion granted. (Signed by Judge Richard C. Casey on 3/12/2004) Filed In Associated C 1:03−md−01570−RCC,1:02−cv−06977−RCC(kkc, ) (Entered: 03/18/2004) |
| .5/2004 | | CASHIERS OFFICE REMARK on 17 Order on Motion to Appear Pro Hac Vice, in the amount of $100.00, paid on Receipt Number 502235, as to Mark C. Hansen, David C. Frederick, Michael J. Guzman and J.C. Rozendaal. (kkc, ) 03/18/2004) |
| .5/2004 | | CASHIERS OFFICE REMARK on 28 Memo Endorsement on Pro Hac Vice Motion, in the amount of $50.00, paid c 3/15/2004, Receipt Number 502244. (kkc, ) (Entered: 03/18/2004) |
| .5/2004 | | CASHIERS OFFICE REMARK on 29 Memo Endorsement on Pro Hac Vice Motion, in the amount of $200.00, paid 3/15/2004, Receipt Number 502299. (kkc, ) (Entered: 03/18/2004) |
| .5/2004 | | Case Designated ECF. (kkc, ) (Entered: 03/18/2004) |
| .5/2004 | 88 | MOTION (FILED ON SERVICE DATE) for Matthew H. Kirtland to Appear Pro Hac Vice. Document filed by Nimi LLC. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−05738−RCC (kkc, ) (Entered: 04/09/2004) |
| .6/2004 | 26 | AMENDED DOCUMENT *Plaintiffs' More Definite Statement as to Defendant Yousef Abdul Latif Jameel*. Documen Burnett Plaintiffs.(Elsner, Michael) (Entered: 03/16/2004) |
| .6/2004 | 30 | MEMO ENDORSEMENT on Motion for Nancy Luque, Steven A. Maddox, Michael D. McNeely and Donna M. She appear pro hac vice as counsel for defendants African Muslim Agency, Grove Corporate Inc., Heritage Education Tru International Institute of Islamic Thought, Mar−Jac Investments Inc., Reston Investments Inc., Safa Trust, and York in 03cv9849; International Institute of Islamic Thought in 02cv6977; African Muslim Agency, Grove Corporate Inc., |

| | | |
|---|---|---|
| | | Education Trust, International Institute of Islamic Thought, Mar−Jac Investments Inc., Reston Investments Inc., Safa Foundation, Sterling Management Group Inc., Sterling Charitable Gift Fund Inc., Sanabel Al−Kheer Inc., Mena Inve Inc., Sana−bell Inc., Jamal Barzinji, Iqbal Unus, Muhammad Ashraf, M. Omar Ashraf, Taha Al−Alwani, and Yaqub 03cv6978. Application granted. (Signed by Judge Richard C. Casey on 3/16/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−06978−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 03/18/20 |
| .6/2004 | 31 | MEMO ENDORSEMENT on Motion for William H. Jeffress Jr., Christopher R. Cooper, Sara E. Kropf, and Jamie S appear pro hac vice as counsel for defendant Prince Sultan bin Abdulaziz Al−Saud. Application granted. (Signed by Richard C. Casey on 3/16/2004) (kkc, ) (Entered: 03/18/2004) |
| .6/2004 | 32 | MEMO ENDORSEMENT on Motion for Don Howarth, Suzelle M. Smith, and Robert D. Brain to appear pro hac vi counsel for plaintiffs in 03cv9848, 03cv9849. Application granted. (Signed by Judge Richard C. Casey on 3/16/2004 Associated Cases: 1:03−md−01570−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 03/18/2004) |
| .6/2004 | 33 | MEMO ENDORSEMENT on Motion for Jack D. Cordray to be admitted pro hac vice on behalf of the plaintiffs in 0 03cv9849. Application granted. (Signed by Judge Richard C. Casey on 3/16/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 03/18/2004) |
| .6/2004 | 34 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney James Joseph Murphy for Naif Bin Abdulaziz Al S admitted Pro Hac Vice. (Signed by Judge Richard C. Casey on 3/16/2004) (kkc, ) (Entered: 03/18/2004) |
| .6/2004 | 35 | MEMO ENDORSEMENT on Motion for James M. Cole to appear pro hac vice as counsel for defendant Prince Naif Abdulaziz al Saud. Application granted. (Signed by Judge Richard C. Casey on 3/16/2004) Filed In Associated Cases 1:03−md−01570−RCC,1:03−cv−06978−RCC(kkc, ) (Entered: 03/18/2004) |
| .6/2004 | 61 | MEMO ENDORSEMENT on Motion for William C. Edgar to appear pro hac vice as counsel for defendant Prince N Abdulaziz al Saud. Application granted. (Signed by Judge Richard C. Casey on 3/16/2004) (kkc, ) (Entered: 03/22/20 |
| .6/2004 | 62 | MEMO ENDORSEMENT on Motion for Wilmer Parker, III to appear pro hac vice as counsel for defendant Mar−Ja Inc. Application granted. (Signed by Judge Richard C. Casey on 3/16/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−06978−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 03/22/20 |
| .7/2004 | | CASHIERS OFFICE REMARK on 30 Memo Endorsementon Motion in the amount of $100.00, paid on 3/17/2004, Number 502410. (kkc, ) (Entered: 03/19/2004) |
| .7/2004 | | CASHIERS OFFICE REMARK on 31 Memo Endorsement on Motion in the amount of $100.00, paid on 3/17/2004, Number 502417. (kkc, ) (Entered: 03/19/2004) |
| .7/2004 | | CASHIERS OFFICE REMARK on 32 Memo Endorsement on Motion in the amount of $75.00, paid on 3/17/2004, F Number 502420. (kkc, ) (Entered: 03/19/2004) |
| .7/2004 | | CASHIERS OFFICE REMARK on 33 Memo Endorsement on Motion in the amount of $25.00, paid on 3/17/2004, F Number 502419. (kkc, ) (Entered: 03/19/2004) |
| .7/2004 | | CASHIERS OFFICE REMARK on 34 Order Admitting Attorney Pro Hac Vice in the amount of $25.00, paid on 3/1 Receipt Number 502410. (kkc, ) (Entered: 03/19/2004) |
| .7/2004 | | CASHIERS OFFICE REMARK on 35 Memo Endorsement on Motion in the amount of $25.00, paid on 3/17/2004, F Number 502418. (kkc, ) (Entered: 03/19/2004) |
| .7/2004 | | CASHIERS OFFICE REMARK on 61 Memo Endorsement on Motion in the amount of $25.00, paid on 3/17/2004, F Number 502418. (kkc, ) (Entered: 03/22/2004) |
| .7/2004 | | CASHIERS OFFICE REMARK on 62 Memo Endorsement on Motion in the amount of $25.00, paid on 3/17/2004, F Number 502421. (kkc, ) (Entered: 03/22/2004) |
| .7/2004 | 63 | MEMO ENDORSEMENT on Motion for Nancy H. Dutton to appear pro hac vice as counsel for defendant HRH Prin bin Sultan. Application granted. (Signed by Judge Richard C. Casey on 3/17/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(kkc, ) (Entered: 03/22/2004) |
| .7/2004 | 65 | ENDORSED LETTER addressed to Judge Richard C. Casey from James M. Cole dated 3/15/2004; counsel for Princ writes to request a delay in the briefing of Prince Naif's motion to dismiss until the resolution of Prince Turki and Pri motions. Prince Naif shall file his motion to dismiss by 6/11/2004. The response shall be filed by 7/2/2004, and the re filed on or before 7/16/2004. (Signed by Judge Richard C. Casey on 3/17/2004) (kkc, ) (Entered: 03/23/2004) |
| .7/2004 | 67 | MOTION (FILED ON SERVICE DATE) for Don Howarth, Suzelle M. Smith and Robert D. Brain to Appear Pro Ha counsel for plaintiffs in 03cv9848, 03cv9849. This document relates to 03cv9848, 03cv9849. Document filed by ALI PLAINTIFFS. (Motion was granted on 3/16/2004 − see doc. # 32) (kkc, ) (Entered: 03/23/2004) |

| | | |
|---|---|---|
| 8/2004 | 36 | MOTION for More Definite Statement. Document filed by Sami Omar Al–Hussayen. (Dratel, Joshua) (Entered: 03/1 |
| 8/2004 | 37 | DECLARATION of Joshua L. Dratel in Support re: 36 MOTION for More Definite Statement.. Document filed by S Al–Hussayen. (Dratel, Joshua) (Entered: 03/18/2004) |
| 8/2004 | 38 | MEMORANDUM OF LAW in Support re: 36 MOTION for More Definite Statement.. Document filed by Sami Om Al–Hussayen. (Attachments: # 1 Appendix A# 2 Memo of Law cover)(Dratel, Joshua) (Entered: 03/18/2004) |
| 9/2004 | 39 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by National Commercial Bank.(Liebman, Ronald) (Entere 03/19/2004) |
| 9/2004 | 40 | MOTION to Dismiss *The Fourth Amended Consolidated Master Complaint in Ashton, et al. v. Al Qaeda Islamic, et* Document filed by Mohammed Al Faisal Al Saud. (Cohen, Louis) (Entered: 03/19/2004) |
| 9/2004 | 41 | MOTION to Dismiss *Memorandum of Law in Support of Motion to Dismiss The Fourth Amended Consolidated Mas Complaint in Ashton et al. v. Al Qaeda Islamic, et al.*. Document filed by Mohammed Al Faisal Al Saud. (Attachmen Exhibit A# 2 Exhibit B Part 1# 3 Exhibit B Part 2# 4 Exhibit C# 5 Exhibit D)(Cohen, Louis) (Entered: 03/19/2004) |
| 9/2004 | 42 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Saudi Binladin Group, Inc..(Bradley, E.) (Entered: 03/ |
| 9/2004 | 43 | MOTION to Dismiss *the Complaint or in the Alternative for More Definite Statement*. Document filed by Saudi Binl Inc.. (Bradley, E.) (Entered: 03/19/2004) |
| 9/2004 | 44 | MEMORANDUM OF LAW in Support re: 43 MOTION to Dismiss *the Complaint or in the Alternative for More De Statement*.. Document filed by Saudi Binladin Group, Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Bradley, E.) (E 03/19/2004) |
| 9/2004 | 45 | REPLY MEMORANDUM OF LAW in Support *of the National Commercial Bank Motion to Dismiss*. Document file National Commercial Bank. (Attachments: # 1 Exhibit 6# 2 Exhibit 7# 3 Certificate of Service)(Liebman, Ronald) (E 03/19/2004) |
| 9/2004 | 46 | MOTION to Dismiss *of the Defendant The National Commercial Bank*. Document filed by National Commercial Ba (Attachments: # 1 Memorandum of Law in Support# 2 Affidavit # 3 Exhibit 1# 4 Exhibit 2# 5 Exhibit 3# 6 Exhibit 4 5# 8 Exhibit 6# 9 Exhibit 7# 10 Certificate of Service)(Liebman, Ronald) (Entered: 03/19/2004) |
| 9/2004 | 47 | MOTION to Dismiss *Certain Consolidated Complaints*. Document filed by Sultan Bin Abdulaziz Al Saud. Response 5/14/2004 (Jeffress, William) (Entered: 03/19/2004) |
| 9/2004 | 48 | MOTION to Dismiss *Memorandum in Support of Motion to Dismiss Certain Consolidated Complaints*. Document fil Sultan Bin Abdulaziz Al Saud. Responses due by 5/14/2004 (Jeffress, William) (Entered: 03/19/2004) |
| 9/2004 | 49 | MOTION to Dismiss *and Memorandum of Law in Support of Motion to Dismiss and to Quash Service of Process of Highness Prince Turki Al–Faisal bin Abdulaziz Al–Saud*. Document filed by Turki Al Faisal Al Saud. Responses du 5/14/2004 (Attachments: # 1 Memorandum in Support# 2 Exhibit Exhibit 1# 3 Exhibit Exhibit 2# 4 Exhibit Exhibit 3 Exhibit 4# 6 Exhibit Exhibit 5)(Frederick, David) (Entered: 03/19/2004) |
| 9/2004 | 50 | MOTION to Dismiss *Reply Memorandum in Support of Motion to Dismiss*. Document filed by Mohammed Bin Abd Al–Jomaith. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Certficate of Service)(Cotroneo (Entered: 03/19/2004) |
| 9/2004 | 51 | MOTION to Dismiss. Document filed by Abdul Rahman Bin Kahlid Bin Mahfouz. Responses due by 5/14/2004 (Att 1 Exhibit Exhibits 1 – 6 to Motion to Dismiss)(Kahn, Peter) (Entered: 03/19/2004) |
| 9/2004 | 52 | MOTION to Dismiss. Document filed by Al Baraka Investment & Development Corp., Saleh Abdullah Kamel. (Atta 1 Memo of Law)(Fell, Stephanie) (Entered: 03/19/2004) |
| 9/2004 | 53 | MOTION to Dismiss. Document filed by Wa'el Jalaidan. (Attachments: # 1 Memo of Law# 2 Affidavit # 3 Affidavit Stephanie) (Entered: 03/19/2004) |
| 9/2004 | 54 | MOTION to Dismiss. Document filed by Rabita Trust. (Attachments: # 1 Memo of Law# 2 Affidavit)(Fell, Stephani 03/19/2004) |
| 9/2004 | 55 | MOTION to Dismiss. Document filed by International Islamic Relief Organization. (Attachments: # 1 Memo of Law Affidavit)(Fell, Stephanie) (Entered: 03/19/2004) |
| 9/2004 | 56 | MOTION to Dismiss. Document filed by International Islamic Relief Organization. (Attachments: # 1 Memo of Law Affidavit)(Fell, Stephanie) (Entered: 03/19/2004) |
| 9/2004 | 57 | MOTION for Oral Argument *On Renewed Motion To Dismiss*. Document filed by Al Rajhi Banking and Investment. Chistopher) (Entered: 03/19/2004) |

| | | |
|---|---|---|
| .9/2004 | 58 | MEMORANDUM OF LAW in Support re: 57 MOTION for Oral Argument *On Renewed Motion To Dismiss*.. Docu by Al Rajhi Banking and Investment. (Curran, Chistopher) (Entered: 03/19/2004) |
| .9/2004 | 59 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Al Rajhi Banking and Investment.(Curran, Chistopher) 03/19/2004) |
| .9/2004 | 60 | MOTION to Dismiss *the Claims Against It in Plaintiffs' Fourth Amended Complaint*. Document filed by Internationa of Islamic Thought. (Attachments: # 1 Text of Proposed Order)(Sheinbach, Donna) (Entered: 03/19/2004) |
| .9/2004 | 64 | MEMO ENDORSEMENT on Motion for Harry Huge to appear pro hac vice on behalf of the plaintiffs in 03cv9849. granted. (Signed by Judge Richard C. Casey on 3/19/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 03/22/2004) |
| 22/2004 | 66 | NOTICE of Dismissal; in accordance with the provisions of F.R.C.P. Rule 41(a)(1)(i), the plaintiffs voluntarily dismi 03cv5493 without prejudice. Claims brought on behalf of each of the plaintiffs in 03cv5493 in their individual and re capacities were included in the Ashton third amended complaint filed in this Court on 9/5/2003 as well as the Ashton amended complaint filed in this Court on 3/10/2004, rendering action 03cv5493 duplicative. (Signed by Judge Richa on 3/22/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−05493−RCC(kkc, ) (Entered: 03/23/2004) |
| 22/2004 | 68 | MEMO ENDORSEMENT on Motion for Ronald L. Motley, Jodi Westbrook Flowers, Donald A. Migliori, and Jeffre Thompson to appear pro hac vice as counsel for plaintiffs in 03cv9849, 03cv5738. Application granted. (Signed by Ju Richard C. Casey on 3/22/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−05738−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 03/23/2004) |
| 22/2004 | | CASHIERS OFFICE REMARK on 64 Memo Endorsement on Motion in the amount of $25.00, paid on 3/22/2004, F Number 502792. (kkc, ) (Entered: 03/25/2004) |
| 22/2004 | 69 | ENDORSED LETTER addressed to Judge Richard C. Casey from Lynne Bernabei dated 3/16/2004; counsel for defe Haramain Islamic Foundation, Inc. writes to request an extension of time, up to and including 4/26/2004 to respond t discovery requests. Application granted. (Signed by Judge Richard C. Casey on 3/22/2004) Filed In Associated Case 1:03−md−01570−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 03/26/2004) |
| 26/2004 | 70 | RESPONSE *Plaintiff's Motions to authorize alternative means of service of process on defendants alleged to be in U. Custody*. Document filed by UNITED STATES OF AMERICA. (Normand, Sarah) (Entered: 03/26/2004) |
| 26/2004 | 71 | REPLY to Response to Motion re: 50 MOTION to Dismiss *Reply Memorandum in Support of Motion to Dismiss*. − *Sur−Reply To Defendant Al Jomaih's Motion to Dismiss*. Document filed by Burnett Plaintiffs. (Attachments: # 1 Ex 1)(Elsner, Michael) (Entered: 03/26/2004) |
| 26/2004 | 72 | ORDER ADMITTING ATTORNEY PRO HAC VICE; that the motion for Christopher T. Lutz to be admitted pro ha counsel for defendant Mohammad Abdullah Aljomiah is granted. (Signed by Judge Richard C. Casey on 3/26/2004) Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 03/29/2004) |
| 26/2004 | 73 | ORDER ADMITTING ATTORNEY PRO HAC VICE. that the motion for Roger E. Warin to be admitted pro hac vi counsel for defendant Mohammad Abdullah Aljomiah is granted. (Signed by Judge Richard C. Casey on 3/26/2004) Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 03/29/2004) |
| 26/2004 | 74 | ORDER ADMITTING ATTORNEY PRO HAC VICE; that Elizabeth Smith and Robert T. Haefele are admitted pro counsel for plaintiffs in 03cv9849, 03cv5738. (Signed by Judge Richard C. Casey on 3/26/2004) Filed In Associated 1:03−md−01570−RCC,1:03−cv−05738−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 03/29/2004) |
| 29/2004 | 77 | MEMO−ENDORSEMENT on Motion for Martin F. McMahon and Christopher R. Smith to appear pro hac vice as c defendants Wa'el Jalaidan, Omar Abdullah Kamel, Saleh Abdullah Kamel, Muslim World League, Rabita Trust, Al I Investment & Development Corp. and International Islamic Relief Organization. Application granted. (Signed by Jud C. Casey on 3/29/2004) (kkc, ) (Entered: 03/31/2004) |
| 30/2004 | | CASHIERS OFFICE REMARK on 77 Memo−Endorsement on Motion, in the amount of $50.00, paid on 3/30/2004, Number 503382. (kkc, ) (Entered: 04/01/2004) |
| 30/2004 | 89 | Letter addressed to Judge Richard C. Casey from Peter J. Kahn dated 3/18/2004; counsel writes to report to the Cour gathering email addresses from most of the attorneys who represents clients in these matters. Document filed by Abd Bin Mahfouz. Filed in Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05493−R 1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC(kkc, ) (Entered: 04/09/2004) |
| 31/2004 | 75 | CERTIFICATE OF SERVICE of Statement of Interest of the United States of America in Opposition to Plaintiffs' M Authorize Alternative Means of Service of Process on Defendants Alleged to be in United States Custody served on I Fox, Esq., Christopher R. Cooper, Esq., Michael J. Guzman, Esq., Louis R. Cohen, Esq., Wilmer Parker, Esq. on 3/2 |

| | | |
|---|---|---|
| | | Service was made by Federal Express. Document filed by UNITED STATES OF AMERICA. (Normand, Sarah) (En 03/31/2004) |
| 31/2004 | 76 | ORDER; that Jonathan L. Greenblatt of Shearman & Sterling LLP is relieved as one of the attorneys of record for de Saudi American Bank; defendant Saudi American Bank shall continue to be represented in this matter by counsel of r Henry Weisburg and Brian H. Polovoy of the New York office of Shearman & Sterling LLP. (Signed by Judge Richa on 3/30/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 03/31/2004) |
| 02/2004 | 78 | RESPONSE in Opposition re: 57 MOTION for Oral Argument *On Renewed Motion To Dismiss. − Burnett Plaintiffs Memorandum In Response to Motion of Al Rajhi Banking & Investment Corp.'s Motion for Oral Argument*. Documen Burnett Plaintiffs. (Elsner, Michael) (Entered: 04/02/2004) |
| 05/2004 | 90 | ORDER GRANTING MOTION TO ADMIT ATTORNEY PRO HAC VICE. Attorney Shirley C. Woodward for Mo Al Faisal Al Saud admitted Pro Hac Vice. (Signed by Judge Richard C. Casey on 3/30/2004) Filed In Associated Cas 1:03−md−01570−RCC,1:02−cv−06977−RCC(kkc, ) (Entered: 04/09/2004) |
| 05/2004 | 91 | ORDER; that within 2 weeks of the date of entry of this Order counsel for plaintiffs shall meet with counsel for defer either in person or by telephone conference, to negotiate a revised Proposed Case Management & Pretrial Scheduling upon which all parties can agree, which will then be submitted to the Court for approval. If no agreement can be reac all parties on all issues, the Proposed Case Management Order shall include, for each issue of disagreement, a brief re the parties' differing positions. In any case, a Proposed Case Management Order shall be submitted to this Court no la 4/30/2004. (Signed by Judge Richard C. Casey on 4/5/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05493−RC 1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC(kkc, ) (Entered: 04/09/2004) |
| 06/2004 | 79 | FIRST REPLY MEMORANDUM OF LAW in Support *of Motion Authorizing Plaintiffs to effectuate service of proc defendants incarcerated in US Custody and Motion to authorize Plaintiffs to effectuate service of process on defenda al−Qaida, Egyptian Islamic Jihad, Jemaah Islamiyah and Ansar Al−Islam. Original Motion filed in 03cv6978 on 1/2* Document filed by American Alternative Insurance Corporation, American Employers' Insurance Company, America Guarantee and Liability Insurance Company, American Zurich Insurance Company, Assurance Company of America Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of Canada, Chubb In Company of New Jersey, Colonial American Casualty and Surety Insurance Company, Crum & Forster Indemnity Co Federal Insurance Company, Fidelity And Deposit Company of Maryland, Great Lakes Reinsurance (UK) PLC, Grea Insurance Company, Homeland Insurance Company of New York, Maryland Casualty Company, North River Insura Company, Northern Insurance Company of New York, One Beacon America Insurance Company, One Beacon Insur Company, Pacific Indemnity Company, Steadfast Insurance Company, The Camden Fire Insurance Association, The Excess & Surplus Lines Insurance Company, United States Fire Insurance Company, Valiant Insurance Company, V Insurance Company, Zurich American Insurance Company. (Feldman, Elliot) (Entered: 04/06/2004) |
| 06/2004 | 112 | CLERK CERTIFICATE OF MAILING of Summons & Amended Complaint, Notice of Suit, Documents Translated Affidavit from Translator mailed to Republic of Sudan Ministry of Interior at the following address: U.S. Dept. of Sta of Citizens Consular Services, 2201 "C" St. N.W., Washington, DC, USA 20520 on 4/6/2004 by DHL # 790 2508 13 Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC (kkc, ) Modified on 6/9/2004 (ps, ). (Entered: 04/13 |
| 06/2004 | 113 | CLERK CERTIFICATE OF MAILING of Summons & Amended Complaint, Notice of Suit, Documents Translated Affidavit from Translator mailed to Republic of Sudan, The Government of the Republic of Sudan at the following ad Dept. of State, Office of Citizens Consular Services, 2201 "C" St. N.W., Washington, DC, USA 20520 on 4/6/2004 b 790 2508 143. Filed in Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(kkc, ) Modified on 6/9/2004 (Entered: 04/13/2004) |
| 06/2004 | 114 | CLERK CERTIFICATE OF MAILING of Summons & Amended Complaint, Notice of Suit, Documents Translated Affidavit from Translator mailed to Republic of Sudan, Ministry of Defense at the following address: U.S. Dept. of S of Citizens Consular Services, 2201 "C" St. N.W., Washington, DC, USA 20520 on 4/6/2004 by DHL # 790 2508 15 Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(kkc, ) Modified on 6/9/2004 (ps, ). (Entered: 04/13/ |
| 08/2004 | 80 | AFFIDAVIT OF SERVICE of So Ordered Notice of Dismissal served on Defendants not served electronically on Ap Service was made by Mail. Document filed by Nancy Ann Foster, H. Michael Keden, Jennifer Tarantino, Chiemi Yo (Capone, Dorothea) (Entered: 04/08/2004) |
| 08/2004 | 81 | MOTION to Dismiss for Lack of Jurisdiction *the Third Amended Complaint (Burnett)*. Document filed by Safar Al−H (Attachments: # 1 Exhibit 1 (Al−Hawali Declaration)# 2 Exhibit 2 (service of process article))(Kabat, Alan) (Entered 04/08/2004) |
| 08/2004 | 82 | MOTION to Dismiss for Lack of Jurisdiction *the Third Amended Complaint (Burnett)*. Document filed by Sheik Han Al−Husaini. (Attachments: # 1 Exhibit 1 (Al−Husaini Declaration)# 2 Exhibit 2 (service of process article))(Kabat, A (Entered: 04/08/2004) |

| | | |
|---|---|---|
| )8/2004 | 83 | MOTION to Dismiss for Lack of Jurisdiction *the Third Amended Complaint (Burnett)*. Document filed by Saleh Al–] (Attachments: # 1 Exhibit 1 (Al–Hussayen Declaration)# 2 Exhibit 2 (service of process article))(Kabat, Alan) (Enter 04/08/2004) |
| )8/2004 | 84 | MOTION to Dismiss for Lack of Jurisdiction *the Third Amended Complaint (Burnett)*. Document filed by Sheik Salr Al–Oawdah. (Attachments: # 1 Exhibit 1 (Al–Oadah Declaration)# 2 Exhibit 2 (service of process article))(Kabat, A (Entered: 04/08/2004) |
| )8/2004 | 85 | MOTION to Dismiss for Lack of Jurisdiction *the Third Amended Complaint (Burnett)*. Document filed by Abdullah I Turki. (Attachments: # 1 Exhibit 1 (Al–Turki Declaration)# 2 Exhibit 2 (Al Fahad Declaration)# 3 Exhibit 3 (service article))(Kabat, Alan) (Entered: 04/08/2004) |
| )8/2004 | 86 | MOTION to Dismiss for Lack of Jurisdiction *the Third Amended Complaint (Burnett)*. Document filed by Shahir Ab Batterjee. (Attachments: # 1 Exhibit 1 (Batterjee Declaration)# 2 Exhibit 2 (service of process article))(Kabat, Alan) ( 04/08/2004) |
| )8/2004 | 87 | MOTION to Dismiss for Lack of Jurisdiction *the Third Amended Complaint (Burnett)*. Document filed by Abdullah ( Naseef. (Attachments: # 1 Exhibit 1 (Naseef Declaration)# 2 Exhibit 2 (service of process article))(Kabat, Alan) (Ent 04/08/2004) |
| )9/2004 | 92 | REPLY MEMORANDUM OF LAW in Support re: 57 MOTION for Oral Argument *On Renewed Motion To Dismis* Document filed by Al–Rajhi Banking & Investment Corp.. (Curran, Christopher) (Entered: 04/09/2004) |
| )9/2004 | 93 | FILING ERROR – WRONG DOCUMENT TYPE SELECTED FROM MENU – NOTICE of Motion. Document fil Administrative Services S.A.. (McCarthy, Timothy) Modified on 8/25/2004 (kkc, ). (Entered: 04/09/2004) |
| )9/2004 | 94 | MOTION to Dismiss *(Notice of Motion)*. Document filed by DMI Administrative Services S.A.. (McCarthy, Timothy 04/09/2004) |
| )9/2004 | 95 | DECLARATION of Graham Walker in Support re: 94 MOTION to Dismiss *(Notice of Motion)*.. Document filed by Administrative Services S.A.. (McCarthy, Timothy) (Entered: 04/09/2004) |
| )9/2004 | 96 | MOTION to Dismiss for Lack of Jurisdiction *the Third Amended Complaint (Burnett)*. Document filed by Abdul Rah Swailem. (Attachments: # 1 Exhibit 1 (Al Swailem declaration)# 2 Exhibit 2 (Saudi Red Crescent declaration)# 3 Exl (service of process article))(Kabat, Alan) (Entered: 04/09/2004) |
| )9/2004 | 97 | MOTION to Dismiss for Lack of Jurisdiction *the Third Amended Complaint (Burnett)*. Document filed by Mohamme Sayed Mushayt. (Attachments: # 1 Exhibit 1 (Mushayt Declaration)# 2 Exhibit 2 (service of process article))(Kabat, (Entered: 04/09/2004) |
| )9/2004 | 98 | MOTION to Dismiss for Lack of Jurisdiction *the Third Amended Complaint (Burnett)*. Document filed by Abdullah I Al–Obaid. (Attachments: # 1 Exhibit 1 (Al Obaid declaration)# 2 Exhibit 2 (Al Fahad Declaration)# 3 Exhibit 3 (serv process article))(Kabat, Alan) (Entered: 04/09/2004) |
| )9/2004 | 99 | MOTION to Dismiss for Lack of Jurisdiction *the Third Amended Complaint (Burnett)*. Document filed by Saudi Red (Attachments: # 1 Exhibit 1 (Saudi Red Crescent declaration)# 2 Exhibit 2 (service of process article))(Kabat, Alan) ( 04/09/2004) |
| )9/2004 | 100 | MEMORANDUM OF LAW in Support re: 94 MOTION to Dismiss *(Notice of Motion)*. *of Defendant DMI Administr Services S.A.*. Document filed by DMI Administrative Services S.A.. (McCarthy, Timothy) (Entered: 04/09/2004) |
| )9/2004 | 101 | FIRST MOTION to Dismiss *12(b)(2), 12(b)5 and 12(b)(6)*. Document filed by Adel Abduljalil Batterjee. (Attachmer Affidavit)(Kabat, Alan) (Entered: 04/09/2004) |
| )9/2004 | 102 | MOTION to Dismiss *[Reply Brief – Burnett v. Al Baraka]*. Document filed by Saudi American Bank. (Polovoy, Bria (Entered: 04/09/2004) |
| )9/2004 | 103 | MOTION to Dismiss. Document filed by Aqeel Al–Aqeel. (Attachments: # 1)(Kabat, Alan) (Entered: 04/10/2004) |
| .0/2004 | 104 | MOTION to Dismiss. Document filed by Al Haramain Islamic Foundation. (Attachments: # 1 Affidavit # 2 Supplem Minister of Justice# 3 Supplement Letter to UN)(Kabat, Alan) (Entered: 04/10/2004) |
| .0/2004 | 105 | MOTION to Dismiss. Document filed by Mohamad Jamal Khalifa. (Attachments: # 1 Affidavit)(Kabat, Alan) (Enter 04/10/2004) |
| .0/2004 | 106 | MOTION to Dismiss. Document filed by Saleh O. Badahdah. (Attachments: # 1 Affidavit)(Kabat, Alan) (Entered: 04 |
| .0/2004 | 107 | MOTION to Dismiss. Document filed by Abdul Al–Moslah. (Attachments: # 1 Affidavit)(Kabat, Alan) (Entered: 04/ |
| .0/2004 | 108 | MOTION to Dismiss. Document filed by Abdullah M. Al–Mahdi. (Attachments: # 1 Affidavit)(Kabat, Alan) (Entere 04/10/2004) |

| | | |
|---|---|---|
| .0/2004 | 109 | MOTION to Dismiss. Document filed by Sulaiman Al−Ali. (Attachments: # 1 Affidavit)(Kabat, Alan) (Entered: 04/1 |
| .0/2004 | 110 | MOTION to Dismiss. Document filed by Islamic Assembly of North America. (Kabat, Alan) (Entered: 04/10/2004) |
| .4/2004 | 115 | SECOND RESPONSE *Statement of Interest of the United States of America in Opposition to Plaintiff's Motions to A Alternative Means of Service of Process on Defendants Alleged to be in United States Custody*. Document filed by UI STATES OF AMERICA. (Normand, Sarah) (Entered: 04/14/2004) |
| .5/2004 | 116 | CERTIFICATE OF SERVICE of Second Statement of Interest of the United States of America in Opposition to Plai Motions to Authorize Alternative Means of Service of Process on Defendants Alleged to be in United States Custody Douglas B. Fox Esq., Wilmer Parker, Esq. on 4/14/04. Service was made by Federal Express. Document filed by UN STATES OF AMERICA. (Normand, Sarah) (Entered: 04/15/2004) |
| .6/2004 | 117 | STIPULATION Extending Time to Respond; that defendant's counsel (King & Spalding LLP) will accept service of amended complaint on behalf of defendant Arab Bank PLC; defendant Arab Bank PLC will answer or otherwise mov the amended complaint on or before 5/21/2004; defendant Arab Bank PLC will waive all affirmative defenses, object arguments relating to service of process during the course of this litigation. (Signed by Judge Richard C. Casey on 4/ Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(kkc, ) (Entered: 04/16/2004) |
| .6/2004 | | Set Answer Due Date re: 111 Amended Complaint, as to Arab Bank PLC; answer due on 5/21/2004. (kkc, ) (Entered 04/16/2004) |
| 21/2004 | 120 | MOTION (FILED ON SERVICE DATE) for Khurrum Wahid to Appear Pro Hac Vice. Document filed by World As Muslim Youth. (kkc, ) (Entered: 04/23/2004) |
| 22/2004 | 118 | NOTICE of Appearance by Ashraf Wajih Nubani on behalf of Islamic Assembly of North America (Nubani, Ashraf) 04/22/2004) |
| 22/2004 | 119 | NOTICE of Appearance by Ashraf Wajih Nubani on behalf of Al Haramain Foundation, Sulaiman Al−Ali, Aqeel Al- Abdullah M. Al−Mahdi, Abdul Al−Moslah, Saleh O. Badahdah, Adel Abdul Batterjee, Mohammed Jamal Khalifa (N Ashraf) (Entered: 04/22/2004) |
| 22/2004 | 121 | MEMO ENDORSEMENT on Motion for Thomas E. Mellon, Jr., Stephen A. Corr, and John A. Corr to appear pro ha behalf of the plaintiffs in 03cv9848, 03cv9849. Application granted. (Signed by Judge Richard C. Casey on 4/22/200 Associated Cases: 1:03−md−01570−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC(kkc, ) Modified on 4/23/200 (Entered: 04/23/2004) |
| 22/2004 | 122 | MEMO ENDORSEMENT on Motion for Floyd A. Wisner to appear pro hac vice as counsel for plaintiffs in 03cv507 Application granted. (Signed by Judge Richard C. Casey on 4/22/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−05071−RCC(kkc, ) (Entered: 04/23/2004) |
| 23/2004 | 123 | ENDORSED LETTER addressed to Judge Richard C. Casey from Anthony Cotroneo dated 4/2/2004; counsel writes that plaintiffs' 3/26/2004 sur−reply to counsel's reply to their opposition to defendant Mohammad Abdullah Aljomaih dismiss be disregarded or striken. Defendant Mohammad Abdullah Aljomaih's motion to strike plaintiffs' sur−reply, c 71, is granted. (Signed by Judge Richard C. Casey on 4/22/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 04/23/2004) |
| 25/2004 | 124 | NOTICE of Appearance by Omar T. Mohammedi on behalf of Wamy International, Inc., World Assembly of Muslin (Mohammedi, Omar) (Entered: 04/25/2004) |
| 26/2004 | 125 | STIPULATION AND ORDER of Substitution of Counsel; that Chadbourne & Parke LLP is substituted for McDerm Emery as counsel for defendant Yousef Jameel. (Signed by Judge Richard C. Casey on 4/26/2004) Filed In Associate 1:03−md−01570−RCC,1:03−cv−05738−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 04/27/2004) |
| 27/2004 | 126 | ENDORSED LETTER addressed to Judge Richard C. Casey from Paul J. Hanly Jr. dated 4/22/2004; counsel for plai 03cv9849 write to request an extension of time to respond to the 21 motions to dismiss filed by various defendants or Opposition papers to motions filed on 4/9/2004 shall be due on 6/4/2004 and reply papers for those motions shall be c 6/18/2004. (Signed by Judge Richard C. Casey on 4/22/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 04/27/2004) |
| 28/2004 | 127 | ORDER granting 120 Motion for Khurrum Wahid to Appear Pro Hac Vice as counsel for World Assembly of Muslin (Signed by Judge Richard C. Casey on 4/27/2004) (kkc, ) (Entered: 04/29/2004) |
| 28/2004 | 128 | TRANSCRIPT of proceedings held on 3/1/2004 before Judge Richard C. Casey.(kkc, ) (Entered: 04/29/2004) |
| 30/2004 | 129 | MOTION for Leave to File Memorandum of Law in Opposition to Motion to Intervene as Parties−Plaintiff *in the Bu (03−CV−9849(RCC))*. Document filed by Bakr M Bin Laden, Omar M. Bin Laden, Tarek M. Bin Laden, Khaled Bir Mahfouz, Saudi Binladin Group, Inc.. (Attachments: # 1 Attached Letter from S. Brogan to R. Motley dated April 13 2004)(Bradley, E.) (Entered: 04/30/2004) |

| | | |
|---|---|---|
| )3/2004 | | CASHIERS OFFICE REMARK on 122 Memo Endorsement on Pro Hac Vice Motion in the amount of $25.00, paid 5/3/2004, Receipt Number 507105. (kkc, ) (Entered: 05/03/2004) |
| )3/2004 | | CASHIERS OFFICE REMARK on 127 Order on Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 5 Receipt Number 507125. (kkc, ) (Entered: 05/04/2004) |
| )5/2004 | 130 | RESPONSE to Motion re: 129 MOTION for Leave to File Memorandum of Law in Opposition to Motion to Interver Parties−Plaintiff *in the Burnett Action (03−CV−9849(RCC)). Response to the Motion for Leave to file a Memorandui Opposition to Motion to Intervene as Parties−Plaintiffs of Defendants Saudi Binladen Group, Bakr Bin Laden, Omar Tariq Bin Laden and Khalid Bin Mahfouz.*. Document filed by Federal Insurance Company, Pacific Indemnity Comp Vigilant Insurance Company. (Feldman, Elliot) Modified on 5/7/2004 (kkc, ). (Entered: 05/05/2004) |
| )7/2004 | 131 | MOTION for Extension of Time to File Response/Reply *Stipulation and Order for Extension of Time of SNCB Corpo Finance Ltd. and SNCB Securities Ltd. (London) to Respond to the Complaint*. Document filed by SNCB Corporate F Ltd., SNCB Securities Ltd. in London. Return Date set for 6/30/2004. (Liebman, Ronald) (Entered: 05/07/2004) |
| .0/2004 | 132 | AFFIDAVIT OF SERVICE. Enaam Mahmoud Arnaout served on 4/1/2004, answer due 4/21/2004; Benevolence Inte Foundation served on 4/1/2004, answer due 4/21/2004; International Islamic Relief Organization(IIRO) served on 3/3 answer due 4/20/2004; Muslim World League served on 3/31/2004, answer due 4/20/2004; Mohammed Omeish serv 3/31/2004, answer due 4/20/2004; Saar Foundation served on 3/31/2004, answer due 4/20/2004; Success Foundation, on 3/31/2004, answer due 4/20/2004. Service was accepted by Personal Service. Document filed by Allstate Insuranc ; American Alternative Insurance Corporation ; American Employers' Insurance Company ; American Guarantee and Insurance Company ; American Zurich Insurance Company ; Amlin Underwriting, Ltd. ; Assurance Company of Am Boston Old Colony Insurance Company ; CNA Casualty of California ; Chubb Custom Insurance Company ; Chubb Insurance Company ; Chubb Insurance Company of Canada ; Chubb Insurance Company of New Jersey ; Colonial A Casualty and Surety Insurance Company ; Commercial Insurance Company of Newark, N.J. ; Continental Insurance ( Continental Insurance Company of New Jersey ; Crum & Forster Indemnity Company ; Federal Insurance Company And Deposit Company of Maryland ; Fidelity and Casualty Company of New York ; Great Lakes Reinsurance (UK) Northern Insurance Company ; Hiscox Dedicated Corporate Member, Ltd. ; Homeland Insurance Company of New Y River Insurance Company ; Northern Insurance Company of New York ; One Beacon America Insurance Company ; Beacon Insurance Company ; Pacific Indemnity Company ; Seneca Insurance Company, Inc. ; Steadfast Insurance Co United States Fire Insurance Company ; Valiant Insurance Company ; Vigilant Insurance Company ; Zurich America Company. (Feldman, Elliot) (Entered: 05/10/2004) |
| .0/2004 | 133 | WAIVER OF SERVICE RETURNED EXECUTED Document filed by Allstate Insurance Company, American Alte Insurance Corporation, American Employers' Insurance Company, American Guarantee and Liability Insurance Com American Zurich Insurance Company, Amlin Underwriting, Ltd., Assurance Company of America, CNA Casualty of Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of Canada, C Insurance Company of New Jersey, Colonial American Casualty and Surety Insurance Company, Commercial Insura Company of Newark, N.J., Continental Insurance Company, Continental Insurance Company of New Jersey, Crum & Indemnity Company, Federal Insurance Company, Fidelity And Deposit Company of Maryland, Fidelity and Casualt of New York, Glens Falls Insurance Company, Great Lakes Reinsurance (UK) PLC, Great Northern Insurance Comp Hiscox Dedicated Corporate Member, Ltd., Homeland Insurance Company of New York, Maryland Casualty Compa National Ben Franklin Insurance Company of Illinois, North River Insurance Company, Northern Insurance Compan York, One Beacon America Insurance Company, One Beacon Insurance Company, Pacific Indemnity Company, Sen Insurance Company, Inc., Steadfast Insurance Company, The Camden Fire Insurance Association, The Princeton Exc Surplus Lines Insurance Company, United States Fire Insurance Company, Valiant Insurance Company, Vigilant Insu Company, Zurich American Insurance Company. African Muslim Agency waiver sent on 3/25/2004, answer due 5/2 Taha Jaber Al−Alwani waiver sent on 3/25/2004, answer due 5/24/2004; M. Omar Ashraf waiver sent on 3/25/2004, 5/24/2004; Muhammad Ashraf waiver sent on 3/25/2004, answer due 5/24/2004; Grove Corporate, Inc. waiver sent c 3/25/2004, answer due 5/24/2004; Heritage Education Trust waiver sent on 3/25/2004, answer due 5/24/2004; Interna Institute of Islamic Thought waiver sent on 3/25/2004, answer due 5/24/2004; Iqbal Unus (Yunus) waiver sent on 3/2 answer due 5/24/2004; Jamal Barzinji waiver sent on 3/25/2004, answer due 5/24/2004; Mar−Jac Investments, Inc. w on 3/25/2004, answer due 5/24/2004; Mena Corporation waiver sent on 3/25/2004, answer due 5/24/2004; M. Yaqub waiver sent on 3/25/2004, answer due 5/24/2004; Reston Investments, Inc. waiver sent on 3/25/2004, answer due 5/2 Safa Trust waiver sent on 3/25/2004, answer due 5/24/2004; Sana−Bell, Inc. waiver sent on 3/25/2004, answer due 5/ Sanabel Al−Kheer, Inc. waiver sent on 3/25/2004, answer due 5/24/2004; Sterling Charitable Gift Fund waiver sent c 3/25/2004, answer due 5/24/2004; Sterling Management Group, Inc. waiver sent on 3/25/2004, answer due 5/24/2004 Foundation waiver sent on 3/25/2004, answer due 5/24/2004. (Feldman, Elliot) (Entered: 05/10/2004) |
| .0/2004 | 134 | WAIVER OF SERVICE RETURNED EXECUTED Document filed by Allstate Insurance Company, American Alte Insurance Corporation, American Employers' Insurance Company, American Guarantee and Liability Insurance Com American Zurich Insurance Company, Amlin Underwriting, Ltd., Assurance Company of America, CNA Casualty of Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of Canada, C Insurance Company of New Jersey, Colonial American Casualty and Surety Insurance Company, Commercial Insura Company of Newark, N.J., Continental Insurance Company, Continental Insurance Company of New Jersey, Crum & |

| | | |
|---|---|---|
| | | Indemnity Company, Federal Insurance Company, Fidelity And Deposit Company of Maryland, Fidelity and Casualt of New York, Glens Falls Insurance Company, Great Lakes Reinsurance (UK) PLC, Great Northern Insurance Comp Hiscox Dedicated Corporate Member, Ltd., Homeland Insurance Company of New York, Maryland Casualty Compa River Insurance Company, Northern Insurance Company of New York, One Beacon America Insurance Company, C Insurance Company, Pacific Indemnity Company, Seneca Insurance Company, Inc., The Camden Fire Insurance Ass The Princeton Excess & Surplus Lines Insurance Company, United States Fire Insurance Company, Valiant Insuranc Vigilant Insurance Company, Zurich American Insurance Company. Mohammed Al Faisal Al Saud waiver sent on 3/ answer due 5/18/2004. (Feldman, Elliot) (Entered: 05/10/2004) |
| .0/2004 | 135 | MOTION to Dismiss *the Amended Complaint*. Document filed by Sultan Bin Abdulaziz Al Saud. (Jeffress, William) 05/10/2004) |
| .0/2004 | 136 | MEMORANDUM OF LAW in Support re: 135 MOTION to Dismiss *the Amended Complaint*.. Document filed by S Abdulaziz Al Saud. (Attachments: # 1 Exhibits 1 − 4)(Jeffress, William) (Entered: 05/10/2004) |
| .0/2004 | 137 | MOTION to Dismiss *Complaint By Federal Insurance Plaintiffs and to Quash Service of Process of His Royal Highn Turki Al−Faisal Bin Abdulaziz Al−Saud*. Document filed by Turki Al Faisal Al Saud. (Attachments: # 1 Memorandu Support of Motion to Dismiss# 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5# 7 Exhibit 6)(Guzmar (Entered: 05/10/2004) |
| .0/2004 | 138 | NOTICE of Evidence Received in Response to Plaintiffs' Request for Judicial Intervention to the Swiss Government. filed by Burnett Plaintiffs. (Attachments: # 1 Attachment A# 2 Attachment B)(Elsner, Michael) (Entered: 05/10/2004 |
| .0/2004 | 139 | NOTICE of Appearance by William Horace Jeffress Jr on behalf of Salman Bin Abdulaziz Al Saud (Jeffress, Willian 05/10/2004) |
| .0/2004 | 140 | MOTION to Dismiss *the Complaints*. Document filed by Salman Bin Abdulaziz Al Saud. (Jeffress, William) (Entere 05/10/2004) |
| .0/2004 | 141 | MEMORANDUM OF LAW in Support re: 140 MOTION to Dismiss *the Complaints*.. Document filed by Salman Bi Abdulaziz Al Saud. (Attachments: # 1 Exhibit A# 2 Exhibit B−1# 3 Exhibit B−2# 4 Exhibit C# 5 Exhibit D# 6 Exhib E)(Jeffress, William) (Entered: 05/10/2004) |
| .0/2004 | 142 | MOTION to Dismiss *the First Amended Complaint*. Document filed by Taha Jaber Al−Alwani, M. Omar Ashraf, Mu Ashraf, M. Yaqub Mirza, Iqbal Yunus. (Attachments: # 1 Exhibit A (Luque Declaration)# 2 Text of Proposed Order) Donna) (Entered: 05/10/2004) |
| .0/2004 | 143 | MOTION to Dismiss *the First Amended Complaint*. Document filed by Jamal Barzinji. (Attachments: # 1 Exhibit A ( Declaration)# 2 Text of Proposed Order)(Sheinbach, Donna) (Entered: 05/10/2004) |
| .0/2004 | 144 | ENDORSED LETTER addressed to Judge Richard C. Casey from Jean E. Kalicki dated 4/30/2004; counsel for Saud & Development Company, the International Development Foundation, and Sheikh Mohammed Salim bin Mahfouz w seek a stay of the time to respond to plaintiffs' attempted service on counsel's clients. ENDORSEMENT: The named time to respond is extended to 6/30/2004. (Signed by Judge Richard C. Casey on 5/7/2004) Filed In Associated Cases 1:03−md−01570−RCC,1:02−cv−06977−RCC(kkc, ) (Entered: 05/11/2004) |
| .0/2004 | 145 | ENDORSED LETTER addressed to Judge Richard C. Casey from Sara E. Kropf dated 5/5/2004; granting counsel fo Prince Salman bin Abdulaziz's application to file a single motion to dismiss all of the consolidated cases in which Pri is named, including Federal Insurance, on 5/10/2004, and that plaintiffs' oppositions to that motion be combined into consolidated brief. (Signed by Judge Richard C. Casey on 5/7/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−05071−RCC,1:03−cv−05738−RCC,1:03−cv−06978−RCC, 1:03−cv−07036−RCC(kkc, ) (Entered: 05/11/2004) |
| .1/2004 | 146 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Donald J. Winder for Thomas E. Burnett; Stephen I Cartledge; Clara Chirchirillo; William Coale; Tina Grazioso; Fiona Havlish; Jin Liu; TheresaAnn Lostrangio; Ralph I Barbara Minervino; Linda Panik; Martin Panik; Martina Lyne−Ann Panik; Patricia J. Perry; Judith Reiss; Ellen L. Sa Matthew T. Sellitto; Russa Steiner; Tara Bane and Deena Burnett admitted Pro Hac Vice. (Signed by Judge Richard ( 5/6/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09848−RCC(kkc, ) (Entered: 05/11/2004) |
| .1/2004 | 147 | MEMO−ENDORSEMENT ON 129 MOTION for Leave to File Memorandum in Opposition to Motion to Intervene Parties−Plaintiff. ENDORSEMENT: Motion for Leave to File is granted. (Signed by Judge Richard C. Casey on 5/7/ In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 05/11/2004) |
| .2/2004 | 148 | NOTICE of of Filing Omitted Exhibit to Motion to Dismiss the Complaints. Document filed by Salman Bin Abdulaz (Attachments: # 1 Exhibit B)(Jeffress, William) (Entered: 05/12/2004) |
| .2/2004 | | MEMORANDUM TO THE DOCKET CLERK: oral argument held on 5/12/2004 on the following motions: (1) moti Federal Insurance Co., Pacific Insurance Co., and Vigilant Insurance Co. to intervene as parties−plaintiff; (2) motion Insurance Co., et al for leave to serve defendants Al Qaida, Egyptian Islamic Jihad, Jemaah Islamiyah and Ansar Al− |

| | | |
|---|---|---|
| | | Through Incarcerated Senior Officials of Those Organizations; (3) motion by Federal Insurance Co., et al for leave to specified defendants by publication; (4) motion by defendants Soliman H.S. Al−Buthi's and Perouz Sedaghaty's moti summons and motion to dismiss for improper service of process before Judge Richard C. Casey. The Court reserved the above motions. The next status conference is set for 5/25/2004 at 2:00 p.m. (kkc, ) Modified on 5/24/2004 (kkc, ) 05/24/2004) |
| .4/2004 | 149 | RESPONSE to Motion re: 36 MOTION for More Definite Statement. *Plaintiffs' Response to Defendant Sami Omar Al−Hussayen's Declaration In Support of Defendants' Motion For A More Definite Statement*. Document filed by Bu Plaintiffs. (Attachments: # 1 Exhibit 1 − More Definite Statement as to Sami Omar Al−Hussayen# 2 Exhibit A# 3 Ex Exhibit C)(Elsner, Michael) (Entered: 05/14/2004) |
| .4/2004 | 150 | MEMORANDUM OF LAW in Opposition re: 51 MOTION to Dismiss. *Plaintiffs' Memorandum of Law in Oppositic Motion of Abdulrahman Bin Mahfouz to Dismiss the Claims Against Him*. Document filed by Burnett Plaintiffs. (Elsn Michael) (Entered: 05/14/2004) |
| .4/2004 | 151 | MEMORANDUM OF LAW in Opposition re: 56 MOTION to Dismiss. *Plaintiffs' Memorandum of Law in Oppositic Defendant International Islamic Relief Organization's Motion to Dismiss the Third Amended Consolidated Master C* Document filed by Burnett Plaintiffs. (Attachments: # 1 Affidavit # 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibi Exhibit E# 7 Exhibit F# 8 Exhibit G)(Elsner, Michael) (Entered: 05/14/2004) |
| .4/2004 | 152 | MEMORANDUM OF LAW in Opposition re: 53 MOTION to Dismiss. *Plaintiffs' Memorandum of Law in Oppositic Motion to Dismiss of Defendant Wael Jelaidan*. Document filed by Burnett Plaintiffs. (Elsner, Michael) (Entered: 05/ |
| .4/2004 | 153 | MEMORANDUM OF LAW in Opposition re: 54 MOTION to Dismiss. *Plaintiffs' Memorandum of Law in Oppositic Motion to Dismiss of Defendant Rabita Trust*. Document filed by Burnett Plaintiffs. (Elsner, Michael) (Entered: 05/1 |
| .4/2004 | 154 | DOCUMENT STRICKEN FROM THE RECORD AS PER MEMO−ENDORSED LETTER DATED 6/15/2004, DC NO. 251. − MEMORANDUM OF LAW in Support *of Plaintiffs' Prima Facie Showing of Personal Jurisdiction and Opposition to Defendants' Challenges to Personal Jurisdiction*. Document filed by Burnett & Ashton Plaintiffs. (Atta 1 Affidavit # 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5# 7 Exhibit 6# 8 Exhibit 7# 9 Exhibit 8# 9)(Elsner, Michael) Modified on 6/18/2004 (kkc, ). (Entered: 05/14/2004) |
| .4/2004 | 155 | MEMORANDUM OF LAW in Opposition re: 49 MOTION to Dismiss *and Memorandum of Law in Support of Moti Dismiss and to Quash Service of Process of His Royal Highness Prince Turki Al−Faisal bin Abdulaziz Al−Saud. Pla Consolidated Memorandum of Law in Opposition to Motion of Defendant Turki Al−Faisal Bin Abdulaziz Al−Saud to and to Quash Service*. Document filed by Salvo Plaintiffs, Tremsky Plaintiffs, Barrera Plaintiffs, Burnett & Ashton P (Elsner, Michael) (Entered: 05/14/2004) |
| .4/2004 | 156 | MEMORANDUM OF LAW in Opposition re: 47 MOTION to Dismiss *Certain Consolidated Complaints*., 48 MOTI Dismiss *Memorandum in Support of Motion to Dismiss Certain Consolidated Complaints. Plaintiffs' Consolidated M of Law in Opposition to Sultan Bin Abdulaziz Al−Saud's Motion to Dismiss Certain Consolidated Complaints*. Docur by Barrera Plaintiffs, Burnett & Ashton Plaintiffs, Salvo Plaintiffs, Tremsky Plaintiffs. (Attachments: # 1 Affidavit # 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5# 7 Exhibit 6# 8 Exhibit 7# 9 Exhibit 8# 10 Exhibit 9# 11 Exhib Exhibit 11# 13 Exhibit 12# 14 Exhibit 13# 15 Exhibit 14# 16 Exhibit 15# 17 Exhibit 16# 18 Exhibit 17# 19 Exhibit 1 Exhibit 19# 21 Exhibit 20# 22 Exhibit 21# 23 Exhibit 22# 24 Exhibit 23# 25 Exhibit 24)(Elsner, Michael) (Entered: ( |
| .4/2004 | 157 | MEMORANDUM OF LAW in Opposition *to Mar−Jac Poultry, Inc.'s Motion to Dismiss the Third Amended Compl* Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1# 2 Attachment)(Elsner, Michael) (Entered: 05/14/2 |
| .8/2004 | 158 | NOTICE of Appearance by Kenneth Andrew Caruso on behalf of Yousef Jameel (Caruso, Kenneth) (Entered: 05/18/ |
| .9/2004 | 159 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Mark T. Mullen for plaintiffs in 03cv6978 admitted Vice. (Signed by Judge Richard C. Casey on 5/18/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(kkc, ) (Entered: 05/19/2004) |
| 21/2004 | 160 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Arab Bank. (Attachments: # 1 Certificate of Service)(M Richard) (Entered: 05/21/2004) |
| 21/2004 | 161 | MOTION to Dismiss *First Amended Complaint of Federal Insurance*. Document filed by Arab Bank. Responses due 6/10/2004 (Attachments: # 1 Certificate of Service)(Marooney, Richard) (Entered: 05/21/2004) |
| 21/2004 | 162 | MEMORANDUM OF LAW in Support re: 161 MOTION to Dismiss *First Amended Complaint of Federal Insuranc* Document filed by Arab Bank. (Attachments: # 1 Certificate of Service)(Marooney, Richard) (Entered: 05/21/2004) |
| 21/2004 | 163 | MOTION to Dismiss *the First Amended Complaint*. Document filed by African Muslim Agency, Grove Corporate, I Heritage Education Trust, International Institute of Islamic Thought, Mar−Jac Investments, Inc., Mena Corporation, I Investments, Inc., Safa Trust, Sana−Bell, Inc., Sterling Charitable Gift Fund, Sterling Management Group, Inc., York Foundation. (Sheinbach, Donna) (Entered: 05/21/2004) |

| | | |
|---|---|---|
| 24/2004 | 164 | MOTION for Protective Order *Notice of Motion and Memorandum in Support of Motion for Limited Appearance and for a Protective Order*. Document filed by Princess Haifa Al−Faisal, Prince Bandar bin Sultan, The Kingdom of Saud (Attachments: # 1 Memorandum in Support of Motion for Protective Order# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# D# 6 Text of Proposed Order)(Hansen, Mark) (Entered: 05/24/2004) |
| 24/2004 | 167 | ENDORSED LETTER addressed to Judge Richard C. Casey from Thomas E. Mellon Jr. dated 5/20/2004 & 5/12/200 writes to request the following change to paragraph no. 6 to proposed case management order no. 3: Thomas E. Mell Mellon, Webster & Shelly or Dennis G. Pantazis of Wiggins, Childs, Quinn & Pantazis. Application granted. (Signed Richard C. Casey on 5/24/2004) (kkc, ) (Entered: 05/27/2004) |
| 25/2004 | 165 | MOTION for Protective Order *Notice of Motion and Memorandum in Support of Motion for Limited Appearance and for a Protective Order*. Document filed by The Royal Embassy of Saudi Arabia, Prince Bandar bin Sultan bin Abdula Princess Haifa Al−Faisal, Ahmed A. Kattan, Abdul Rahman I. Al−Noah. (Attachments: # 1 Memorandum in Support for Limited Appearance and to Move for a Protective Order# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Proposed Order)(Hansen, Mark) (Entered: 05/25/2004) |
| 25/2004 | | Minute Entry for proceedings held before Judge Richard C. Casey: Status Conference held on 5/25/2004. The next St Conference is scheduled for 9/13/2004 at 2:00 PM before Judge Richard C. Casey. (kkc, ) (Entered: 06/10/2004) |
| 26/2004 | 166 | MOTION for Extension of Time to File Response/Reply. Document filed by Al Baraka Investment & Development C International Islamic Relief Organization(IIRO), Wa'el Hamza Jalaidan, Saleh Abdullah Kamel, Rabita Trust. (McMa Martin) (Entered: 05/26/2004) |
| 27/2004 | 168 | DECLARATION of Michael E. Elsner. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1# 2 Exhibit Michael) (Entered: 05/27/2004) |
| 28/2004 | 169 | REPLY MEMORANDUM OF LAW in Support re: 43 MOTION to Dismiss *the Complaint or in the Alternative for a Definite Statement*.. Document filed by Saudi Binladin Group, Inc.. (Bradley, E.) (Entered: 05/28/2004) |
| 28/2004 | 170 | REPLY MEMORANDUM OF LAW in Support re: 46 MOTION to Dismiss *of the Defendant The National Commer* Document filed by National Commercial Bank. (Attachments: # 1 Affidavit Supplemental Affidavit of Mitchell R. B Exhibit 8# 3 Exhibit 9# 4 Exhibit 10# 5 Certificate of Service)(Liebman, Ronald) (Entered: 05/28/2004) |
| 28/2004 | 171 | REPLY MEMORANDUM OF LAW in Support re: 40 MOTION to Dismiss *The Fourth Amended Consolidated Mas Complaint in Ashton, et al. v. Al Qaeda Islamic, et al.*., 41 MOTION to Dismiss *Memorandum of Law in Support of M Dismiss The Fourth Amended Consolidated Master Complaint in Ashton et al. v. Al Qaeda Islamic, et al.*.. Document Mohammed Al Faisal Al Saud. (Cohen, Louis) (Entered: 05/28/2004) |
| 28/2004 | 172 | REPLY MEMORANDUM OF LAW in Support re: 60 MOTION to Dismiss *the Claims Against It in Plaintiffs' Four Complaint*.. Document filed by International Institute of Islamic Thought. (Attachments: # 1 Exhibit A)(Sheinbach, D (Entered: 05/28/2004) |
| 28/2004 | 173 | REPLY MEMORANDUM OF LAW in Support re: 51 MOTION to Dismiss.. Document filed by Abdul Rahman Bin Bin Mahfouz. (Viles, Thomas) (Entered: 05/28/2004) |
| 28/2004 | 174 | REPLY MEMORANDUM OF LAW in Support re: 49 MOTION to Dismiss *and Memorandum of Law in Support of Dismiss and to Quash Service of Process of His Royal Highness Prince Turki Al−Faisal bin Abdulaziz Al−Saud*.. Do filed by Prince Turki Al Faisal Al Saud. (Hansen, Mark) (Entered: 05/28/2004) |
| 28/2004 | 175 | REPLY MEMORANDUM OF LAW in Support re: 47 MOTION to Dismiss *Certain Consolidated Complaints*.. Doc by Sultan Bin Abdulaziz Al Saud. (Attachments: # 1 Declaration of Sara E. Kropf# 2 Exhibit 1# 3 Exhibit 2# 4 Exhib Exhibit 4# 6 Exhibit 5)(Jeffress, William) (Entered: 05/28/2004) |
| 28/2004 | 176 | NOTICE of of Filing of Defendants Soliman H.S. Al−Buthe's and Perouz Sedaghaty's Response to Declaration of Mi Elsner re: 168 Declaration. Document filed by Soliman H.S. Al−Buthe. (Attachments: # 1 Exhibit 1 (May 12 transcri Exhibit 2 (Berger Declaration)# 3 Exhibit 3 (Sedaghaty Declaration))(Kabat, Alan) (Entered: 05/28/2004) |
| 28/2004 | 192 | Letter addressed to Judge Richard C. Casey from Peter J. Kahn dated 5/6/2004; counsel submits a second revision of addresses and other contact information for attorneys participating in this matter. Document filed by Abdul Rahman I Mahfouz.(kkc, ) (Entered: 06/03/2004) |
| 01/2004 | 177 | ENDORSED LETTER (this document relates to 03cv6978) addressed to Judge Richard C. Casey from Mark T. Mull 5/20/2004; granting counsel's request for plaintiffs' extension of time to respond to the motions to dismiss filed by Pri Bin Abdulaziz Al−Saud, Prince Sultan Bin Abdulaziz Al−Saud, and Mar−Jac Poultry Inc. in accordance with the Cas Management Order adopted by this Court, without regard for the time limitations prescribed by the Local Rules for th District of New York. (Signed by Judge Richard C. Casey on 5/28/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(kkc, ) (Entered: 06/01/2004) |

| | | |
|---|---|---|
| )1/2004 | 178 | ENDORSED LETTER (this document relates to 03cv9849) addressed to Judge Richard C. Casey from Marshall A. M 5/24/2004; granting counsel's application for an extension of time until 7/23/2004 for defendant Sami Omar Al−Huss answer, move against, or otherwise respond to the complaint. (Signed by Judge Richard C. Casey on 5/28/2004) Filed Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 06/01/2004) |
| )1/2004 | 179 | ENDORSED LETTER (this document relates to 03cv6978) addressed to Judge Richard C. Casey from Michael J. Gu 5/25/2004; counsel writes to request removal of the following docket entries: docket no. 164 in 03md1570, and dock and 121 in 03cv6978. ENDORSEMENT: The Clerk of the Court is directed to terminate the above−listed document (Signed by Judge Richard C. Casey on 5/28/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978 ) (Entered: 06/01/2004) |
| )1/2004 | 180 | ENDORSED LETTER (this document relates to 03cv9849) addressed to Judge Richard C. Casey from Lynne Bernal 5/27/2004; granting counsel's application for an extension of the briefing schedule for several motions to dismiss file 4/8/2004 and 4/9/2004 as follows: plaintiffs' opposition briefs − 6/30/2004, and defendants' reply briefs − 7/23/2004. Judge Richard C. Casey on 5/28/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(kkc 06/01/2004) |
| )1/2004 | 181 | TRANSCRIPT of proceedings held on May 12, 2004, 2:20 p.m. before Judge Richard C. Casey.(dt, ) (Entered: 06/01 |
| )1/2004 | 182 | ENDORSED LETTER (this document relates to 03cv9849) addressed to Judge Richard C. Casey from Thomas P. St dated 5/18/2004; granting counsel's application for an extension of time to and including 7/16/2004 for defendant Ya Abdullah Al Kadi to answer, move, or otherwise respond to the third amended complaint. (Signed by Judge Richard 5/28/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 06/01/2004) |
| )1/2004 | 183 | ENDORSED LETTER addressed to Judge Richard C. Casey from Paul J. Hanly Jr. dated 4/12/2004; counsel for plai 03cv9849 writes to request that the Court waive its requirement of a pre−motion conference in connection with a mot intends to file asking this Court to reconsider the ruling of the district court in Washington, D.C., dismissing defenda bin Abdulaziz al−Saud and Turki al−Faisal bin Abdulaziz al−Saud. ENDORSEMENT: Application granted. The mot filed by 6/18/2004; the response shall be filed by 8/13/2004; and the reply shall be filed by 8/27/2004. (Signed by Ju C. Casey on 5/28/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05493−R 1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC(kkc, ) (Entered: 06/01/2004) |
| )1/2004 | 184 | TRANSCRIPT of proceedings held on 5/25/04 before Judge Richard C. Casey.(dg, ) (Entered: 06/01/2004) |
| )1/2004 | 185 | TRANSCRIPT of proceedings held on 5/25/04 before Judge Richard C. Casey.(dg, ) (Entered: 06/01/2004) |
| )1/2004 | 186 | NOTICE of Voluntary Dismissal. Document filed by Burnett Plaintiffs. (Elsner, Michael) (Entered: 06/01/2004) |
| )1/2004 | 187 | NOTICE of Change of Firm Name. Document filed by Mohammed Al Faisal Al Saud. (Cohen, Louis) (Entered: 06/0 |
| )1/2004 | 190 | MEMORANDUM OPINION AND ORDER #90173 (this document relates to 03cv9849); that defendants Perouz Se Soliman H.S. Al−Buthi's motion to quash the summons and dismiss for improper service is denied. (Signed by Judge Casey on 5/28/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(kkc, ) Modified on 6/ (kkc, ). (Entered: 06/02/2004) |
| )2/2004 | 188 | NOTICE of Voluntary Dismissal of Delta Oil Company without prejudice.. Document filed by Allstate Insurance Co American Alternative Insurance Corporation, American Employers' Insurance Company, American Guarantee and Li Insurance Company, American Zurich Insurance Company, Amlin Underwriting, Ltd., Assurance Company of Amer Old Colony Insurance Company, CNA Casualty of California, Chubb Custom Insurance Company, Chubb Indemnity Company, Chubb Insurance Company of Canada, Chubb Insurance Company of New Jersey, Colonial American Cas Surety Insurance Company, Commercial Insurance Company of Newark, N.J., Continental Insurance Company, Con Insurance Company of New Jersey, Crum & Forster Indemnity Company, Federal Insurance Company, Fidelity And Company of Maryland, Fidelity and Casualty Company of New York, Great Lakes Reinsurance (UK) PLC, Great No Insurance Company, Hiscox Dedicated Corporate Member, Ltd., Homeland Insurance Company of New York, Mary Casualty Company, North River Insurance Company, Northern Insurance Company of New York, One Beacon Amer Insurance Company, One Beacon Insurance Company, Pacific Indemnity Company, Seneca Insurance Company, Inc Insurance Company, The Camden Fire Insurance Association, The Princeton Excess & Surplus Lines Insurance Com United States Fire Insurance Company, Valiant Insurance Company, Vigilant Insurance Company, Zurich American Company. (Feldman, Elliot) (Entered: 06/02/2004) |
| )2/2004 | 189 | WAIVER OF SERVICE RETURNED EXECUTED Document filed by Federal Insurance Company et al., Plaintiffs. Investment & Development Corp. waiver sent on 5/31/2004, answer due 7/30/2004; Al Baraka Investment and Devel Corporation waiver sent on 5/31/2004, answer due 7/30/2004; Dallah Al Baraka Group LLC waiver sent on 5/31/200 due 7/30/2004; International Islamic Relief Organization(IIRO) waiver sent on 5/31/2004, answer due 7/30/2004; Wa waiver sent on 5/31/2004, answer due 7/30/2004; Rabita Trust waiver sent on 5/31/2004, answer due 7/30/2004; Sale kamel waiver sent on 5/31/2004, answer due 7/30/2004. (Feldman, Elliot) (Entered: 06/02/2004) |

| | | |
|---|---|---|
| )2/2004 | 191 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney David P. Gersch for defendants Mohammed Salim Mahfouz, International Development Foundation, and Saudi Economic and Development Company admitted Pro Ha( (Signed by Judge Richard C. Casey on 5/26/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05493−R( 1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 06/02/20 |
| )3/2004 | 193 | NOTICE of Appearance by Jean Engelmayer Kalicki on behalf of International Development Foundation, Mohamme Mahfouz, Mohammed Salim Bin Mahfouz, Saudi Economic and Development Company (Kalicki, Jean) (Entered: 06 |
| )3/2004 | 194 | NOTICE of Appearance by T. Barry Kingham on behalf of Addullah Al Faisal Abdulaziz Al Saud, Alfaisaliah Grou T. Barry) (Entered: 06/03/2004) |
| )3/2004 | 195 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Alfaisaliah Group.(Kingham, T. Barry) (Entered: 06/0 |
| )3/2004 | 196 | NOTICE of Appearance by T. Barry Kingham on behalf of Alfaisaliah Group, Abdullah Al Faisal Bin Abdulaziz AlS Mohammed Bin Abdulrahman Al Ariefy, Faisal Group Holding Co. (Kingham, T. Barry) (Entered: 06/03/2004) |
| )3/2004 | 197 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Alfaisaliah Group, Faisal Group Holding Co..(Kinghar (Entered: 06/03/2004) |
| )3/2004 | 198 | NOTICE of Appearance by T. Barry Kingham on behalf of Abdullah Al Faisal Bin Abdulaziz AlSaud, Mohammed E Abdulrahman Al Ariefy, Alfaisaliah Group, Faisal Group Holding Co. (Kingham, T. Barry) (Entered: 06/03/2004) |
| )3/2004 | 199 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Alfaisaliah Group, Faisal Group Holding Co..(Kinghar (Entered: 06/03/2004) |
| )4/2004 | 200 | REPLY MEMORANDUM OF LAW in Support re: 55 MOTION to Dismiss. *Ashton Complaint*. Document filed by International Islamic Relief Organization(IIRO). (McMahon, Martin) (Entered: 06/04/2004) |
| )4/2004 | 201 | REPLY MEMORANDUM OF LAW in Support re: 56 MOTION to Dismiss. *Burnett Complaint*. Document filed by International Islamic Relief Organization(IIRO). (McMahon, Martin) (Entered: 06/04/2004) |
| )4/2004 | 202 | REPLY MEMORANDUM OF LAW in Support re: 54 MOTION to Dismiss. *Ashton Complaint*. Document filed by Trust. (Attachments: # 1 Exhibit)(McMahon, Martin) (Entered: 06/04/2004) |
| )4/2004 | 203 | REPLY MEMORANDUM OF LAW in Support re: 53 MOTION to Dismiss. *Ashton Complaint*. Document filed by Jalaidan. (McMahon, Martin) (Entered: 06/04/2004) |
| )4/2004 | 204 | REPLY MEMORANDUM OF LAW in Support re: 52 MOTION to Dismiss. *Ashton Complaint*. Document filed by Investment and Development Corporation, Saleh Abdullah kamel. (McMahon, Martin) (Entered: 06/04/2004) |
| )4/2004 | 205 | OPPOSITION BRIEF *to Ashton Plaintiffs' Motion to Amend the Fourth Amended Complaint*. Document filed by Al Investment and Development Corporation, Saleh Abdullah Kamel, Saleh Abdullah kamel. (Attachments: # 1 Exhibit)(McMahon, Martin) (Entered: 06/04/2004) |
| )4/2004 | 206 | BRIEF *in Support of Motion to Dismiss Burnett Complaint*. Document filed by Rabita Trust. (Attachments: # 1 Exhibit)(McMahon, Martin) (Entered: 06/04/2004) |
| )4/2004 | 207 | BRIEF *in Support of Motion to Dismiss Burnett Complaint*. Document filed by Wa'el Hamza Jalaidan.(McMahon, M (Entered: 06/04/2004) |
| )4/2004 | 208 | NOTICE of Plaintiffs' More Definite Statement As To Defendant Islamic Assembly of North America re: 110 MOTI Dismiss.. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 06/04/2004) |
| )4/2004 | 209 | MEMORANDUM OF LAW in Opposition re: 103 MOTION to Dismiss. *Plaintiffs' Memorandum of Law in Opposit Al−Aqeel's Motion to Dismiss With Supporting Points and Authorities*. Document filed by Burnett Plaintiffs. (Attach Declaration of Jodi Westbrook Flowers# 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5)(Elsner, Mic (Entered: 06/04/2004) |
| )4/2004 | 210 | NOTICE of Voluntary Dismissal. Document filed by Burnett Plaintiffs. (Elsner, Michael) (Entered: 06/04/2004) |
| )4/2004 | 211 | JOINT MOTION for Service by Publication *Order re Plaintiffs' Motion For Leave to Serve Specified Defendants by Publication*. Document filed by Kathleen Ashton. Return Date set for 5/24/2004. (Kreindler, James) (Entered: 06/04/ |
| )4/2004 | 212 | JOINT MOTION to Serve *Order Authorizing Plaintiffs to Effectuate Service of Process on Those Defendants for Wh Address or Location to Serve the Summons and Complaint is Unknown, etc.*. Document filed by Kathleen Ashton. Re set for 5/24/2004. (Kreindler, James) (Entered: 06/04/2004) |
| )4/2004 | 213 | MOTION for William C. Edgar to Withdraw as Attorney *for His Royal Highness Prince Naif Bin Abdulaziz Al Saud*. filed by Naif Bin Abdulaziz Al Saud. Return Date set for 6/18/2004 10:00 AM. (Attachments: # 1 Text of Proposed ( Approving the Withdrawal of William C. Edgar)(Cole, James) (Entered: 06/04/2004) |

| | | |
|---|---|---|
| )4/2004 | 214 | JOINT MOTION to Dismiss *Order re Plaintiffs' Motion to Voluntarily Dismiss the Defendants Named in Exhibit A o Ashton Complaint*. Document filed by Kathleen Ashton. Responses due by 5/24/2004 Return Date set for 6/9/2004. (I James) (Entered: 06/04/2004) |
| )4/2004 | 215 | MEMORANDUM OF LAW in Opposition re: 101 FIRST MOTION to Dismiss *12(b)(2), 12(b)5 and 12(b)(6). Plain Memorandum of Law in Opposition to Adel A.J. Batterjee's Motion to Dismiss With Supporting Points and Authoritie* Document filed by Burnett Plaintiffs. (Attachments: # 1 Declaration of Jodi Westbrook Flowers# 2 Attachment 1# 3 Exhibit 2# 5 Exhibit 3# 6 Exhibit 4# 7 Exhibit 5# 8 Exhibit 6# 9 Attachment 2# 10 Attachment 3# 11 Attachment 4# Attachment 5# 13 Attachment 6# 14 Attachment 7# 15 Attachment 8# 16 Attachment 9# 17 Attachment 10# 18 Attac 19 Attachment 12# 20 Attachment 13)(Elsner, Michael) (Entered: 06/04/2004) |
| )4/2004 | 216 | NOTICE of Plaintiffs' More Definite Statement As To Defendant Sulaiman Al−Ali re: 109 MOTION to Dismiss.. Do filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 06/04/2004) |
| )4/2004 | 217 | NOTICE of Correction Regarding Reply Brief in Support of Motion to Dismiss re: 175 Reply Memorandum of Law of Motion,. Document filed by Sultan Bin Abdulaziz Al Saud. (Attachments: # 1 Exhibit A)(Kilberg, Jamie) (Entered 06/04/2004) |
| )4/2004 | 218 | MEMORANDUM OF LAW in Opposition re: 94 MOTION to Dismiss *(Notice of Motion). of DMI Administrative Se S.A.*. Document filed by Burnett Plaintiffs. (Elsner, Michael) (Entered: 06/04/2004) |
| )4/2004 | 219 | MEMORANDUM OF LAW in Opposition re: 105 MOTION to Dismiss. *Plaintiffs' Memorandum of Law in Opposit Jamal Khalifa's Motion to Dismiss With Supporting Points and Authorities*. Document filed by Burnett Plaintiffs. (At # 1 Declaration of Jodi Westbrook Flowers# 2 Exhibit 1)(Elsner, Michael) (Entered: 06/04/2004) |
| )4/2004 | 220 | MEMORANDUM OF LAW in Opposition re: 104 MOTION to Dismiss. *Plaintiffs' Memorandum of Law in Opposit Haramain Islamic Foundation's Motion to Dismiss With Supporting Points and Authorities*. Document filed by Burn Plaintiffs. (Attachments: # 1 Declaration of Jodi Westbrook Flowers# 2 Exhibit 1# 3 Exhibit 2)(Elsner, Michael) (Ent 06/04/2004) |
| )4/2004 | 221 | MEMORANDUM OF LAW in Opposition re: 110 MOTION to Dismiss. *Plaintiffs' Memorandum of Law in Opposit Islamic Assembly of North America's Motion to Dismiss With Supporting Points and Authorities*. Document filed by I Plaintiffs. (Attachments: # 1 Declaration of Jodi Westbrook Flowers# 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhib Michael) (Entered: 06/04/2004) |
| )4/2004 | 222 | MEMORANDUM OF LAW in Opposition re: 109 MOTION to Dismiss. *Plaintiffs' Memorandum of Law in Opposit Sulaiman Al−Ali's Motion to Dismiss With Supporting Points and Authorities*. Document filed by Burnett Plaintiffs. (Attachments: # 1 Declaration of Jodi Westbrook Flowers# 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3)(Elsner, Michael) (I 06/04/2004) |
| )4/2004 | | CASHIERS OFFICE REMARK on 191 Order Admitting Attorney Pro Hac Vice, in the amount of $25.00, paid on 6/ Receipt Number 510517. (kkc, ) (Entered: 06/08/2004) |
| .0/2004 | 223 | MOTION to Dismiss − *Ashton v. Al Qaeda*. Document filed by Saudi American Bank. (Polovoy, Brian) (Entered: 06 |
| .1/2004 | 224 | FIRST MOTION for John Popilock to Withdraw as Attorney *of record in Federal Insurance Company et al., v al Qa 03cv6978; Vigilant Insurance Company et al, v The Kingdom of Saudi Arabia et al., 03cv8591; In re Terrorist Attack September 11, 2001 03md1570 and all related consolidated actions*. Document filed by Federal Insurance Company Plaintiffs. (Feldman, Elliot) (Entered: 06/11/2004) |
| .1/2004 | 225 | MOTION to Dismiss. Document filed by Naif Bin Abdulaziz Al Saud. (Cole, James) (Entered: 06/11/2004) |
| .1/2004 | 226 | MEMORANDUM OF LAW in Support re: 225 MOTION to Dismiss.. Document filed by Naif Bin Abdulaziz Al Sau (Attachments: # 1 Exhibit # 2 Exhibit)(Cole, James) (Entered: 06/11/2004) |
| .1/2004 | 227 | FIRST MEMORANDUM OF LAW in Opposition re: 223 MOTION to Dismiss − *Ashton v. Al Qaeda. Opposition to Motion to Dismiss*. Document filed by Kathleen Ashton. (Kreindler, James) (Entered: 06/11/2004) |
| .4/2004 | 229 | ENDORSED LETTER addressed to Judge Richard C. Casey from Lynne Bernabei dated 6/8/2004; granting counsel' application to extend defendants Soliman H.S. Al−Buthe and Perouz Sedaghaty's time to respond to the third amende in 03cv9849 to 8/27/2004. (Signed by Judge Richard C. Casey on 6/10/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 06/15/2004) |
| .4/2004 | 230 | ORDER (this document relates to 02cv6977); that plaintiff's 214 motion to voluntarily dismiss the defendants named A of the Ashton complaint be Granted. (Signed by Judge Richard C. Casey on 6/10/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC(kkc, ) (Entered: 06/15/2004) |
| .4/2004 | 231 | MEMORANDUM OPINION AND ORDER #90219 (this document relates to 03cv6978); plaintiffs' motion to effect incarcerated defendants in U.S. custody with the assistance of the Department of State is Granted insofar as the Court recognize such service as valid. However, the Court will not order the Justice Department to assist with such service; |

| | | |
|---|---|---|
| | | order the Government to disclose the names of individuals who are currently in custody, but whose incarceration has made public by the Government. Any defendants in United States custody whose status has not been disclosed may b publication. Finally, plaintiffs' motion to serve defendants incarcerated by a foreign state that is a signatory to the Ha Convention by sending a summons and complaint to that state's ministry of justice is Granted. (Signed by Judge Rich Casey on 6/10/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(kkc, ) (Entered: 06/15 |
| .4/2004 | 239 | ENDORSED LETTER addressed to Judge Richard C. Casey from Andrew J. Maloney III dated 6/9/2004; counsel su completed service list for plaintiffs and defendants that is up to date as of 6/9/2004. ENDORSEMENT: The Court asl Maloney, on behalf of the plaintiffs and Mr. Kahn, on behalf of the defendants to inform the Court which of the lists submission from plaintiffs or the June 1 submission from defendants the parties wish to include in the proposed CMC provide your response to the Court by Monday, June 14. (Signed by Judge Richard C. Casey on 6/10/2004) Filed In A Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC(kkc, ) (Entered: 06/16/2004) |
| .4/2004 | 243 | ENDORSED LETTER addressed to Judge Richard C. Casey from James J. McGuire dated 5/28/2004; counsel for de DMI Administrative Services S.A. writes to renew its request for leave to file its Rule 11 motion. ENDORSEMENT: has reviewed Mr. McGuire's letters of 4/20/2004 + 5/28/2004 + Ms. Bierstein's letters of 5/24/2004 + 6/1/2004. Ms. I directed to provide Mr. McGuire with the 12 (e) information. The Court will not permit Mr. McGuire to make a Rule at this time. The Court notes both parties would be well−served by spending less time writing letters to the Court & n working out their differences. (Signed by Judge Richard C. Casey on 6/10/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 06/17/2004) |
| .5/2004 | 228 | NOTICE of Appearance by Jean Engelmayer Kalicki on behalf of International Development Foundation, Mohamme Bin Mahfouz, Saudi Economic and Development Company (Kalicki, Jean) (Entered: 06/15/2004) |
| .5/2004 | 232 | JOINT MEMORANDUM OF LAW in Opposition re: 46 MOTION to Dismiss *of the Defendant The National Comm Bank.*. Document filed by Kathleen Ashton. (Kreindler, James) (Entered: 06/15/2004) |
| .5/2004 | 233 | JOINT MEMORANDUM OF LAW in Opposition re: 52 MOTION to Dismiss. *Plaintiffs' MOL in Opposition to Kar Baraka's Motion to Dismiss*. Document filed by Kathleen Ashton. (Kreindler, James) (Entered: 06/15/2004) |
| .5/2004 | 234 | JOINT MEMORANDUM OF LAW in Opposition re: 60 MOTION to Dismiss *the Claims Against It in Plaintiffs' Fo Amended Complaint. In Opposition to Mar−Jac Poultry and IIIT Motions to Dismiss*. Document filed by Kathleen A (Kreindler, James) (Entered: 06/15/2004) |
| .5/2004 | 235 | JOINT MEMORANDUM OF LAW in Opposition re: 43 MOTION to Dismiss *the Complaint or in the Alternative fo Definite Statement. In Opposition to Saudi Bin Laden Group*. Document filed by Kathleen Ashton. (Kreindler, James 06/15/2004) |
| .5/2004 | 236 | JOINT MEMORANDUM OF LAW in Opposition re: 40 MOTION to Dismiss *The Fourth Amended Consolidated M Complaint in Ashton, et al. v. Al Qaeda Islamic, et al.. In Opposition to Prince Mohamed Al Faisal*. Document filed b Ashton. (Kreindler, James) (Entered: 06/15/2004) |
| .5/2004 | 237 | JOINT MEMORANDUM OF LAW in Opposition re: 56 MOTION to Dismiss. *In Opposition to International Islami Organization*. Document filed by Kathleen Ashton. (Kreindler, James) (Entered: 06/15/2004) |
| .5/2004 | 238 | JOINT MEMORANDUM OF LAW in Opposition re: 52 MOTION to Dismiss. *In Opposition to Saleh Kamel and Al Investment [Note: This document replaces #233 which was filed in error].*. Document filed by Kathleen Ashton. (Kre James) (Entered: 06/15/2004) |
| .6/2004 | 240 | MOTION for Alan E. Untereiner to Appear Pro Hac Vice *Notice of Motion*. Document filed by Saudi High Commiss (Attachments: # 1 Affidavit Robbins Declaration and Exhibits in Support of Motion)(Robbins, Lawrence) (Entered: ( |
| .6/2004 | 241 | MOTION for Roy T. Englert, Jr. to Appear Pro Hac Vice. Document filed by Saudi High Commission. (Attachments Affidavit Robbins Declaration and Exhibits in Support of Motion)(Robbins, Lawrence) (Entered: 06/16/2004) |
| .6/2004 | 242 | MOTION for Max Huffman to Appear Pro Hac Vice. Document filed by Saudi High Commission. (Attachments: # 1 Robbins Declaration and Exhibits in Support of Motion)(Robbins, Lawrence) (Entered: 06/16/2004) |
| .6/2004 | 244 | ENDORSED LETTER (this document relates to 03cv9849) addressed to Judge Richard C. Casey from Lynne Bernal 6/11/2004; Counsel writes to request an enlargement of time, up to and including 8/27/2004 for defendants Soliman I Al−Buthe and Perouz Sedaghty's response. ENDORSEMENT: The Court has now reviewed plaintiffs lette of 6/10/2( letter. Defendant will not be permitted to make another motion to dismiss at this time, but does not lose the defense. ( Judge Richard C. Casey on 6/15/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(kkc 06/17/2004) |
| .6/2004 | 245 | ENDORSED LETTER addressed to Judge Richard C. Casey from Lawrence S. Robbins dated 6/11/2004; counsel fo High Commission writes to request that the Court waive its requirement of a pre−motion conference and to grant per file a single motion to dismiss all of the claims against it in each of the consolidated complaints. ENDORSEMENT: U application of counsel for the Saudi High Commission, it is Ordered that the Sauid High Commission will file, on or |

| | | |
|---|---|---|
| | | 7/7/2004, a single motion to dismiss all of the claims against it in the complaints consolidated in this multi−district lit and it is further Ordered that the plaintiffs will file one consolidated opposition to the motion to dismiss. (Signed by J Richard C. Casey on 6/15/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−05071−RCC,1:03−cv−05738−RCC,1:03−cv−06978−RCC, 1:03−cv−07036−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 06/17/2004) |
| .6/2004 | 247 | CASE MANAGEMENT ORDER NO. 2 (this document relates to all actions); service of the summons and complain defendant not located in a foreign country shall be made in accordance with F.R.C.P. 4(m). Service of the summons a complaint upon a defendant located in a foreign country who has been named as of the date of this order shall be mad 10/15/2004, or, if a motion to effect service through alternative means has been filed with respect to that defendant, s be made within 90 days of a decision by this Court on the motion. Joinder of additional parties must be accomplished 12/31/2004. Amended pleadings may be filed until 7/31/2005, after which any amendments must be approved by the pursuant to F.R.C.P. 15(a). All liability discovery is to be completed by 4/15/2006. The next Case Management Conf take place on 9/13/2004. All other deadlines and procedures are set forth in this Order. (Signed by Judge Richard C. C 6/15/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05493−RC 1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC(kkc, ) (Entered: 06/17/2004) |
| .6/2004 | 248 | CASE MANAGEMENT ORDER NO. 3 (this document relates to all actions); regarding Organization of Counsel an Depository as further set forth in this Order. (Signed by Judge Richard C. Casey on 6/15/2004) Filed In Associated C 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05493−RC 1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC(kkc, ) Additional attachment(s) added on 6/17/2 (Entered: 06/17/2004) |
| .7/2004 | 246 | MOTION to Withdraw 165 MOTION for Protective Order *Notice of Motion and Memorandum in Support of Motion Appearance and to Move for a Protective Order*.. Document filed by Abdul Rahman I. Al−Noah, Ahmed A. Kattan, Haifa Al−Faisal, Prince Bandar bin Sultan bin Abdulaziz, The Royal Embassy of Saudi Arabia. (Attachments: # 1 M Withdraw Motion for a Protective Order# 2 Text of Proposed Order)(Hansen, Mark) (Entered: 06/17/2004) |
| .7/2004 | 249 | MOTION to Dismiss *First Amended Complaint*. Document filed by Mohammed Al Faisal Al Saud. (Cohen, Louis) ( 06/17/2004) |
| .7/2004 | 250 | MEMORANDUM OF LAW in Support re: 249 MOTION to Dismiss *First Amended Complaint*.. Document filed by Mohammed Al Faisal Al Saud. (Attachments: # 1 Exhibit)(Cohen, Louis) (Entered: 06/17/2004) |
| .7/2004 | 259 | ORDER granting 88 Motion for Matthew H. Kirtland to Appear Pro Hac Vice as counsel for Nimir Petroleum Limite by Judge Richard C. Casey on 6/10/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−05738−RCC( (Entered: 06/21/2004) |
| .8/2004 | 251 | ENDORSED LETTER addressed to Judge Richard C. Casey from Jodi Westbrook Flowers dated 6/1/2004; counsel urge this Court not to strike the Jurisdictional Brief. ENDORSEMENT: The plaintiffs' May 14 Jurisdictional Brief ( shall be stricken. The plaintiffs can present the arguments raised in the jurisdictional brief in their briefs in oppositio defendants' motions to dismiss. The Court's page limitation must be adhered to. (Signed by Judge Richard C. Casey o 6/15/2004) (kkc, ) (Entered: 06/18/2004) |
| .8/2004 | 252 | STIPULATION AND ORDER (this document relates to 03cv5738, 03cv9849); that defendant Yousef Jameel's time or move with respect to the third amended complaint is extended to and including 7/16/2004; in the event Yousef Jan to dismiss the third amended complaint, then (a) plaintiffs shall serve papers in opposition to such motion on or befor 10/15/2004; and (b) Jameel shall serve reply papers in further support of such motion on or before 12/17/2004. (Sign Richard C. Casey on 6/17/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−05738−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 06/18/2004) |
| .8/2004 | 253 | ORDER (this document relates to all actions); in an effort to prevent this Court from ruling on letter applications bef involved parties have been fully heard and to encourage all counsel to work out their differences before seeking Cour intervention, it is Ordered that letter applications to the Court must not be submitted until they are fully briefed, i.e., t are to work out a schedule amongst themselves and, if during the exchange of correspondence they are still unable to agreement, the applying party must only submit the letters as a package to the Court after the agreed upon deadline. S applications must not exceed 3 pages in length. (Signed by Judge Richard C. Casey on 6/17/2004) Filed In Associate 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05493−RC 1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC(kkc, ) (Entered: 06/18/2004) |
| .8/2004 | 254 | REPLY MEMORANDUM OF LAW in Support re: 94 MOTION to Dismiss *(Notice of Motion)*. *Reply Memorandun Support of Motion to Dismiss of Defendant DMI Administrative Services S.A.*. Document filed by DMI Administrativ S.A.. (McCarthy, Timothy) (Entered: 06/18/2004) |

| | | |
|---|---|---|
| .8/2004 | 255 | MOTION for Reconsideration *of Non−Final Ruling Dismissing Claims Against Defendants Sultan Bin Abdulaziz Al− Turki Al−Faisal Bin Abdulaziz Al−Saud*. Document filed by Burnett Plaintiffs. (Attachments: # 1 Affirmation of And Bierstein# 2 Exhibit A# 3 Exhibit B)(Elsner, Michael) (Entered: 06/18/2004) |
| .8/2004 | 256 | MEMORANDUM OF LAW in Support re: 255 MOTION for Reconsideration *of Non−Final Ruling Dismissing Clai Defendants Sultan Bin Abdulaziz Al−Saud and Turki Al−Faisal Bin Abdulaziz Al−Saud*.. Document filed by Burnett (Elsner, Michael) (Entered: 06/18/2004) |
| 21/2004 | 257 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by International Development Foundation.(Kalicki, Jean) 06/21/2004) |
| 21/2004 | 258 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Saudi Economic and Development Company.(Kalicki, (Entered: 06/21/2004) |
| 24/2004 | | ***REJECTION OF ATTEMPTED PAPER FILING IN ECF CASE. The following document(s) Notice of Attorney Appearance by Paul R. Dubinsky, was rejected by the Clerk's Office and must be FILED ELECTRONICALLY on th ECF System. (kkc, ) (Entered: 06/24/2004) |
| 25/2004 | 260 | ENDORSED LETTER (this document relates to 03cv6978) addressed to Judge Richard C. Casey from Mark T. Mull 6/18/2004; granting counsel's request to the briefing schedule for certain defendants on defendants' motions to dismis follows: Prince Salman Bin Abdulaziz Al−Saud: Federal's opposition − 7/30/2004, defendant's response − 8/27/2004; PrinceSultan Bin Abdulaziz Al−Saud: Federal's opposition − 7/16/2004, defendant's response − 8/9/2004; Prince Tur Al−Faisal bin Abdulaziz Al−Saud: Federal's opposition − 7/16/2004, defendant's response − 8/9/2004; Prince Naif: F opposition − 7/30/2004, defendant's response − 8/27/2004; Arab Bank: Federal's opposition − 7/20/2004, defendant's 8/10/2004. (Signed by Judge Richard C. Casey on 6/24/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(kkc, ) (Entered: 06/25/2004) |
| 25/2004 | 261 | ORDER (this document relates to 03cv6978, 03cv8591, 02cv6977) granting 224 Motion to Withdraw as Attorney; th Popilock is relieved as one of the attorneys of record for Federal Insurance et al, and Vigilant Insurance et al, plaintif connection with the consolidated actions. The appearance of Stephen A. Cozen, Elliott R. Feldman, Sean P. Carter, M Mullen, Lisa C. Haas and J. Scott Tarbutton for the Federal Insurance et al, and Vigilant Insurance et al, plaintiffs wil unchanged. (Signed by Judge Richard C. Casey on 6/24/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−06978−RCC(kkc, ) (Entered: 06/25/2004) |
| 25/2004 | 262 | MOTION to Dismiss. Document filed by Saudi High Commission. (Attachments: # 1 Memorandum of Law# 2 Affid Huffman Decl. with Exhibits Vol. 1# 3 Affidavit Max Huffman Declaration with Exhibits Vol. 2# 4 Affidavit Max H Declaration with Exhibits Vol. 3)(Robbins, Lawrence) (Entered: 06/25/2004) |
| 25/2004 | 263 | MOTION for Leave to File Motion for Leave to File Reply Out of Time *Defendants' Reply Briefs*. Document filed by Haramain Foundation, Sulaiman Al−Ali, Aqeel Al−Aqeel, Adel Abdul Batterjee, Islamic Assembly of North Americ Mohammed Jamal Khalifa. (Nubani, Ashraf) (Entered: 06/25/2004) |
| 28/2004 | 264 | REPLY MEMORANDUM OF LAW in Support re: 101 FIRST MOTION to Dismiss *12(b)(2), 12(b)5 and 12(b)(6).* *Third Amended Complaint*. Document filed by Adel Abdul Batterjee. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhib 4)(Nubani, Ashraf) (Entered: 06/28/2004) |
| 28/2004 | 265 | REPLY to Response to Motion re: 109 MOTION to Dismiss. *Burnett Third Amended Complaint*. Document filed by Al−Ali. (Nubani, Ashraf) (Entered: 06/28/2004) |
| 28/2004 | 266 | MOTION to Stay *Proceedings*. Document filed by Aqeel Al Aqeel, Al Haramain Foundation. (Nubani, Ashraf) (Ente 06/28/2004) |
| 28/2004 | 267 | REPLY to Response to Motion re: 105 MOTION to Dismiss. *Burnett Third Amended Complaint*. Document filed by Mohammed Jamal Khalifa. (Attachments: # 1 Exhibit)(Nubani, Ashraf) (Entered: 06/28/2004) |
| 28/2004 | 268 | REPLY to Response to Motion re: 110 MOTION to Dismiss. *Burnett Third Amended Complaint*. Document filed by Assembly of North America. (Attachments: # 1 Exhibit)(Nubani, Ashraf) (Entered: 06/28/2004) |
| 28/2004 | 269 | ORDER granting 240 Motion for Alan E. Untereiner to Appear Pro Hac Vice for the Saudi High Commission. (Signe Richard C. Casey on 6/18/2004) (kkc, ) (Entered: 06/29/2004) |
| 28/2004 | 270 | ORDER granting 241 Motion for Roy T. Englert, Jr. to Appear Pro Hac Vice for the Saudi High Commission. (Signe Richard C. Casey on 6/18/2004) (kkc, ) (Entered: 06/29/2004) |
| 28/2004 | 271 | ORDER granting 242 Motion for Max Huffman to Appear Pro Hac Vice for the Saudi High Commission. (Signed by Richard C. Casey on 6/18/2004) (kkc, ) (Entered: 06/29/2004) |
| 29/2004 | | ***REJECTION OF ATTEMPTED PAPER FILING IN ECF CASE. The following document(s) Notice of Attorney Appearance by Roger P. Alford, was rejected by the Clerk's Office and must be FILED ELECTRONICALLY on the ECF System. (kkc, ) (Entered: 06/29/2004) |

| | | |
|---|---|---|
| 30/2004 | 272 | MEMORANDUM OF LAW in Opposition re: 82 MOTION to Dismiss for Lack of Jurisdiction *the Third Amended C* *(Burnett). Plaintiffs' Memorandum of Law In Opposition to Motions to Dismiss of Defendant Hamad Al−Husaini*. Do filed by Burnett Plaintiffs. (Attachments: # 1 Affirmation of Andrea Bierstein in Opposition to Motion to Dismiss of Al−Husaini# 2 Exhibit 1 − Part 1 of 2# 3 Exhibit 1 − Part 2 of 2# 4 Exhibit 2# 5 Exhibit 3# 6 Exhibit 4# 7 Exhibit 5# 6# 9 Exhibit 7# 10 Exhibit 8# 11 Exhibit 9# 12 Exhibit 10# 13 Exhibit 11# 14 Exhibit 12# 15 Exhibit 13# 16 Exhibit Exhibit 15# 18 Exhibit 16# 19 Exhibit 17# 20 Exhibit 18# 21 Exhibit 19# 22 Exhibit 20)(Elsner, Michael) (Entered: ( |
| 30/2004 | 273 | AFFIRMATION of Andrea Bierstein in Opposition re: 85 MOTION to Dismiss for Lack of Jurisdiction *the Third An* *Complaint (Burnett)*.. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1 to A. Bierstein Affirmation# to A. Bierstein Affirmation# 3 Exhibit 3 to A. Bierstein Affirmation)(Elsner, Michael) (Entered: 06/30/2004) |
| 30/2004 | 274 | MEMORANDUM OF LAW in Opposition re: 85 MOTION to Dismiss for Lack of Jurisdiction *the Third Amended C* *(Burnett)*.. Document filed by Burnett Plaintiffs. (Elsner, Michael) (Entered: 06/30/2004) |
| 30/2004 | 275 | MEMORANDUM OF LAW in Opposition re: 84 MOTION to Dismiss for Lack of Jurisdiction *the Third Amended C* *(Burnett)*.. Document filed by Burnett Plaintiffs. (Elsner, Michael) (Entered: 06/30/2004) |
| 30/2004 | 276 | MEMORANDUM OF LAW in Opposition re: 86 MOTION to Dismiss for Lack of Jurisdiction *the Third Amended C* *(Burnett). Plaintiffs' Memorandum of Law In Opposition to Motions to Dismiss of Defendant Shahir A. Batterjee*. Do filed by Burnett Plaintiffs. (Attachments: # 1 Affirmation of Andrea Bierstein In Opposition to Motion to Dismiss of Batterjee# 2 Exhibit 1# 3 Exhibit 2 − Part 1 of 3# 4 Exhibit 2 − Part 2 of 3# 5 Exhibit 2 − Part 3 of 3# 6 Exhibit 3# 7 4)(Elsner, Michael) (Entered: 06/30/2004) |
| 30/2004 | 277 | MEMORANDUM OF LAW in Opposition re: 99 MOTION to Dismiss for Lack of Jurisdiction *the Third Amended C* *(Burnett). Plaintiffs' Memorandum of Law In Opposition to Motions to Dismiss of Defendant Saudi Arabian Red Cres* *Society*. Document filed by Burnett Plaintiffs. (Attachments: # 1 Affirmation of Andrea Bierstein In Opposition to M Dismiss of Saudi Arabian Red Crescent Society# 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5# 7 I Exhibit 7)(Elsner, Michael) (Entered: 06/30/2004) |
| 30/2004 | 278 | MEMORANDUM OF LAW in Opposition re: 87 MOTION to Dismiss for Lack of Jurisdiction *the Third Amended C* *(Burnett)*.. Document filed by Burnett Plaintiffs. (Elsner, Michael) (Entered: 06/30/2004) |
| 01/2004 | 279 | MEMORANDUM OF LAW in Opposition re: 97 MOTION to Dismiss for Lack of Jurisdiction *the Third Amended C* *(Burnett). Plaintiffs' Memorandum of Law In Opposition to Motions to Dismiss of Defendant Mohammed Ali Mushay* Document filed by Burnett Plaintiffs. (Elsner, Michael) (Entered: 07/01/2004) |
| 01/2004 | 280 | MEMORANDUM OF LAW in Opposition re: 98 MOTION to Dismiss for Lack of Jurisdiction *the Third Amended C* *(Burnett). by Defendant Abdullah Bin Saleh Al−Obaid*. Document filed by Burnett Plaintiffs. (Elsner, Michael) (Ente 07/01/2004) |
| 01/2004 | 281 | MEMORANDUM OF LAW in Opposition re: 83 MOTION to Dismiss for Lack of Jurisdiction *the Third Amended C* *(Burnett). Plaintiffs' Memorandum of Law in Opposition to Motions to Dismiss of Defendant Saleh Al−Hussayen*. Do filed by Burnett Plaintiffs. (Elsner, Michael) (Entered: 07/01/2004) |
| 01/2004 | 282 | MEMORANDUM OF LAW in Opposition re: 81 MOTION to Dismiss for Lack of Jurisdiction *the Third Amended C* *(Burnett). of Safer Al−Hawali*. Document filed by Burnett Plaintiffs. (Elsner, Michael) (Entered: 07/01/2004) |
| 01/2004 | 283 | ORDER (this document relates to all actions); the Court shall hold a status conference in the multi−district cases on 7 2:00 p.m. in the Ceremonial Courtroom at 500 Pearl Street. The topic of the conference will be whether the Supreme 6/28/2004 decisions in Hamdi v. Rumsfeld and Rasul v. Bush relate to pending motions to serve by publication certai defendants who are allegedly in U.S. custody. Specifically, the Court would like to hear the government's position on cases. (Signed by Judge Richard C. Casey on 7/1/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05493−R( 1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC(kkc, ) (Entered: 07/01/2004) |
| 01/2004 | 284 | MOTION to Quash *Subpoena Served on Citibank FSB and for a Protective Order*. Document filed by Yassin Abdull (Attachments: # 1 Memorandum in Support of Motion of Yassin Abdullah Al Kadi for a Protective Order and to Qua Subpoena Served on Citibank FSB# 2 Affidavit Declaration of Thomas P. Steindler# 3 Exhibit Subpoena# 4 Exhibit 5/18/04)(Steindler, Thomas) (Entered: 07/01/2004) |
| 01/2004 | 285 | NOTICE of of Filing of Omitted Exhibit to Plaintiffs' Memorandum of Law in Opposition to Motion to Dismiss of D Abdullah Bin Saleh Al−Obaid re: 280 Memorandum of Law in Oppisition to Motion. Document filed by Burnett Plai (Attachments: # 1 Exhibit 1 to Notice of Omitted Exhibit)(Elsner, Michael) (Entered: 07/01/2004) |
| 01/2004 | 286 | NOTICE of Voluntary Dismissal. Document filed by Burnett Plaintiffs. (Elsner, Michael) (Entered: 07/01/2004) |
| 02/2004 | 287 | NOTICE of of Dismissal of Dr. Soliman J. Khudeira re: 111 Amended Complaint,,,,,,,. Document filed by Soliman J. (Kabat, Alan) (Entered: 07/02/2004) |

| | | |
|---|---|---|
| )6/2004 | | ***REJECTION OF ATTEMPTED PAPER FILING IN ECF CASE. The following document(s) Notice of Appearar Roger P. Alford, was rejected by the Clerk's Office and must be FILED ELECTRONICALLY on the Court's ECF Sy ) (Entered: 07/06/2004) |
| )7/2004 | 288 | STIPULATION AND ORDER OF DISMISSAL as to Dr. Soliman J. Khudeira (this document relates to 03cv6978); Federal Insurance plaintiffs and defendant Dr. Soliman J. Khudeira have agreed to the dismissal of defendant Dr. Sol Khudeira, with prejudice, each side to bear its own attorneys' fees, costs, and expenses. (Signed by Judge Richard C. 7/6/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(kkc, ) (Entered: 07/07/2004) |
| )8/2004 | 289 | STIPULATION AND ORDER (this document relates to 03cv9849, 03cv5738); that the time for defendants HRH Pri Abdullah Al Faisal Bin Abdulaziz Al Saud and Alfaisaliah Group to answer, move or otherwise respond to the extant in this action is extended to 7/30/2004. In the event defendants file motions to dismiss, as anticipated, plaintiffs' oppo be filed on or before 9/15/2004, and defendants' reply, if any, shall be filed on or before 10/1/2004. (Signed by Judge Casey on 7/8/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−05738−RCC,1:03−cv−09849−RCC( (Entered: 07/08/2004) |
| )9/2004 | 290 | FIRST MEMORANDUM OF LAW in Opposition re: 142 MOTION to Dismiss *the First Amended Complaint. Oppo Motion to Dismiss filed by the SAAR Executive Defendants Taha Al−Alwani, Muhammad Ashraf, M.Omar Ashraf, M Mirza and Iqbal Unus*. Document filed by Federal Insurance Company et al., Plaintiffs. (Feldman, Elliot) (Entered: 0 |
| )9/2004 | 291 | FIRST MEMORANDUM OF LAW in Opposition re: 143 MOTION to Dismiss *the First Amended Complaint. Oppo Motion to Dismiss filed by Jamal Barzinji*. Document filed by Federal Insurance Company et al., Plaintiffs. (Feldman (Entered: 07/09/2004) |
| )9/2004 | 292 | FIRST OPPOSITION BRIEF *Memorandum of Law in Opposition to the Motion to Dismiss filed by Mar−Jac Poultry* Document filed by Federal Insurance Company et al., Plaintiffs.(Feldman, Elliot) (Entered: 07/09/2004) |
| .3/2004 | 293 | MEMORANDUM OF LAW in Opposition re: 266 MOTION to Stay *Proceedings. Plaintiffs' Memorandum of Law i Opposition to Al Haramain Islamic Foundation and Aqeel Al−Aqeel's Motion to Stay Proceedings*. Document filed b Plaintiffs. (Elsner, Michael) (Entered: 07/13/2004) |
| .4/2004 | 294 | ENDORSED LETTER addressed to Judge Richard C. Casey from Andrea Bierstein dated 7/12/2004; granting couns application on behalf of the Burnett plaintiffs for an extension until 7/16/2004 for plaintiffs to respond to the motion Abdullah Al Kadi for a Protective Order and to Quash Subpoena served on Citibank FSB. (Signed by Judge Richard 7/14/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 07/14/2004) |
| .5/2004 | 295 | MOTION to Dismiss *or in the Alternative for a More Definite Statement*. Document filed by Yassin Abdullah Al Ka (Attachments: # 1 Memorandum in Support of Motion to Dismiss# 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 I Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit # 12 Exhibit)(Steindler, Thomas) (Entered: 07/15/2004) |
| .5/2004 | 296 | REPLY MEMORANDUM OF LAW in Support re: 223 MOTION to Dismiss − *Ashton v. Al Qaeda*.. Document file American Bank. (Polovoy, Brian) (Entered: 07/15/2004) |
| .6/2004 | 297 | WAIVER OF SERVICE RETURNED EXECUTED Document filed by Federal Insurance Company et al., Plaintiffs. Hamdi waiver sent on 5/31/2004, answer due 7/30/2004. (Feldman, Elliot) (Entered: 07/16/2004) |
| .6/2004 | 298 | WAIVER OF SERVICE RETURNED EXECUTED Document filed by Federal Insurance Company et al., Plaintiffs. Abdurahman Alamoudi waiver sent on 5/31/2004, answer due 7/30/2004. (Feldman, Elliot) (Entered: 07/16/2004) |
| .6/2004 | 299 | MOTION to Dismiss. Document filed by Yousef Jameel. (Caruso, Kenneth) (Entered: 07/16/2004) |
| .6/2004 | 300 | DECLARATION of Kenneth A. Caruso in Support re: 299 MOTION to Dismiss.. Document filed by Yousef Jameel Kenneth) (Entered: 07/16/2004) |
| .6/2004 | 301 | MEMORANDUM OF LAW in Support re: 299 MOTION to Dismiss.. Document filed by Yousef Jameel. (Caruso, K (Entered: 07/16/2004) |
| .6/2004 | 302 | MOTION to Dismiss *Burnett (DC)*. Document filed by Yousef Jameel. (Caruso, Kenneth) (Entered: 07/16/2004) |
| .6/2004 | 303 | MEMORANDUM OF LAW in Support re: 302 MOTION to Dismiss *Burnett (DC)*. . Document filed by Yousef Jam (Caruso, Kenneth) (Entered: 07/16/2004) |
| .6/2004 | 304 | DECLARATION of Kenneth A. Caruso in Support re: 302 MOTION to Dismiss *Burnett (DC)*.. Document filed by Y Jameel. (Attachments: # 1 Exhibit A, B & C# 2 Exhibit D & E# 3 Exhibit G, H & I# 4 Exhibit J − S# 5 Exhibit T# 6 & V# 7 Exhibit W − Z)(Caruso, Kenneth) (Entered: 07/16/2004) |
| .6/2004 | 305 | RESPONSE in Opposition re: 137 MOTION to Dismiss *Complaint By Federal Insurance Plaintiffs and to Quash Se Process of His Royal Highness Prince Turki Al−Faisal Bin Abdulaziz Al−Saud. Federal Plaintiffs' Memorandum of Opposition to the Motion to Dismiss Filed by Prince Turki Al−Faisal Bin Abdulaziz Al−Saud*. Document filed by Fe Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit)(Feldman, Elliot) (Entered: 07/16/2004) |

| | | |
|---|---|---|
| .6/2004 | 306 | RICO STATEMENT *APPLICABLE TO THE SAAR NETWORK EXECUTIVES*. Document filed by Federal Insuranc et al., Plaintiffs. (Attachments: # 1 Exhibit # 2 Exhibit)(Feldman, Elliot) (Entered: 07/16/2004) |
| .6/2004 | 307 | RICO STATEMENT *APPLICABLE TO THE SAAR NETWORK ENTITIES*. Document filed by Federal Insurance Co al., Plaintiffs. (Attachments: # 1 Exhibit # 2 Exhibit)(Feldman, Elliot) (Entered: 07/16/2004) |
| .6/2004 | 308 | RICO STATEMENT *APPLICABLE TO THE AL BARAKA GROUP*. Document filed by Federal Insurance Company Plaintiffs. (Attachments: # 1 Exhibit # 2 Exhibit)(Feldman, Elliot) (Entered: 07/16/2004) |
| .6/2004 | 309 | RICO STATEMENT *APPLICABLE TO ARAB BANK, PLC*. Document filed by Federal Insurance Company et al., Pl (Attachments: # 1 Exhibit # 2 Exhibit)(Feldman, Elliot) (Entered: 07/16/2004) |
| .6/2004 | 310 | RICO STATEMENT *APPLICABLE TO THE SAUDI PRINCES*. Document filed by Federal Insurance Company et a Plaintiffs. (Attachments: # 1 Exhibit # 2 Exhibit)(Feldman, Elliot) (Entered: 07/16/2004) |
| .6/2004 | 311 | RICO STATEMENT *APPLICABLE TO THE BIN MAHFOUZ GROUP*. Document filed by Federal Insurance Comp Plaintiffs. (Attachments: # 1 Exhibit # 2 Exhibit)(Feldman, Elliot) (Entered: 07/16/2004) |
| .6/2004 | 312 | RESPONSE in Opposition re: 135 MOTION to Dismiss *the Amended Complaint. The Federal Plaintiffs' Memorandu in Opposition to the Motion to Dismiss Filed by Prince Sultan bin Abdulaziz Al−Saud*. Document filed by Federal Ins Company et al., Plaintiffs. (Attachments: # 1 Exhibit)(Feldman, Elliot) (Entered: 07/16/2004) |
| .6/2004 | 313 | RICO STATEMENT *APPLICABLE TO THE MUSLIM WORLD LEAGUE GROUP*. Document filed by Federal Insu Company et al., Plaintiffs. (Attachments: # 1 Exhibit # 2 Exhibit)(Feldman, Elliot) (Entered: 07/16/2004) |
| .6/2004 | 314 | MEMORANDUM OF LAW in Opposition re: 284 MOTION to Quash *Subpoena Served on Citibank FSB and for a Order. Plaintiff's Memorandum of Law in Opposition to Motion of Yassin Al Kadi for a Protective Order and to Qua Subpoena Served on Citibank FSB*. Document filed by Burnett Plaintiffs. (Attachments: # 1 Affirmation of Justin Ka Opposition to Motion of Yassin Al Kadi for a Protective Order and to Quash Subpoena Served on Citibank FSB# 2 E Affirmation# 3 Exhibit 2 to Affirmation# 4 Exhibit 3 to Affirmation# 5 Exhibit 4 to Affirmation)(Elsner, Michael) (E 07/16/2004) |
| .6/2004 | 319 | MOTION (FILED ON SERVICE DATE) for Viet D. Dinh to Appear Pro Hac Vice. Document filed by Yousef Jame Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC,1:03−cv−05738−RCC(kkc, ) (Entered: 07/20/2004) |
| .9/2004 | 315 | MEMORANDUM OF LAW in Opposition re: 163 MOTION to Dismiss *the First Amended Complaint. The Federal Memorandum of Law in Opposition to the Motion to Dismiss filed by SAAR Network Entity Defendants African Musl Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar−Jac Investments, Corporation, Reston Investments, Safa Trust, Sana−Bell, Inc., Sterling Charitable Gift Fund, Sterling Management and York Foundation*. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Text of Pro Order)(Feldman, Elliot) (Entered: 07/19/2004) |
| .9/2004 | 316 | MEMORANDUM OF LAW in Opposition re: 161 MOTION to Dismiss *First Amended Complaint of Federal Insura Federal Plaintiffs' Memorandum of Law in Opposition to the Motion to Dismiss filed by Arab Bank, PLC*. Document Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Text of Proposed Order)(Feldman, Elliot) (Entered: 0 |
| .9/2004 | 317 | NOTICE of Filing of Omitted Exhibit and Supplemental Declaration re: 302 MOTION to Dismiss *Burnett (DC)*., 30 Memorandum of Law in Support of Motion, 304 Declaration in Support of Motion,. Document filed by Yousef Jame Kenneth) (Entered: 07/19/2004) |
| .9/2004 | 318 | MEMORANDUM OF LAW in Opposition re: 249 MOTION to Dismiss *First Amended Complaint. The Federal Pla Memorandum of Law in Opposition to the Motion to Dismiss Filed by Prince Mohamed al−Faisal al−Saud*. Docume Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Text of Proposed Order)(Feldman, Elliot) (Entered: 0 |
| 20/2004 | 320 | WAIVER OF SERVICE RETURNED EXECUTED Document filed by Federal Insurance Company et al., Plaintiffs. American Bank waiver sent on 6/28/2004, answer due 8/27/2004. (Feldman, Elliot) (Entered: 07/20/2004) |
| 20/2004 | 321 | WAIVER OF SERVICE RETURNED EXECUTED Document filed by Federal Insurance Company et al., Plaintiffs. Securities Ltd. in London waiver sent on 6/30/2004, answer due 8/30/2004. (Feldman, Elliot) (Entered: 07/20/2004) |
| 20/2004 | | Minute Entry for proceedings held before Judge Richard C. Casey : Status Conference held on 7/20/2004. Next status set for 9/13/04 at 2:00 p.m. (db, ) (Entered: 08/03/2004) |
| 20/2004 | | Set/Reset Hearings: Status Conference set for 9/13/2004 02:00 PM before Judge Richard C. Casey. (db, ) (Entered: 0 |
| 22/2004 | 322 | STIPULATION AND ORDER (this document relates to 03cv6978); that plaintiffs shall serve their RICO Statement defendant The National Commercial Bank ("NCB") not later than 7/30/2004; NCB shall have until and including 8/3 move to dismiss the first amended complaint; plaintiffs shall have 60 days thereafter or until and including 10/29/200 respond to NCB's motion to dismiss; NCB shall have 30 days thereafter or until and including 11/29/2004 to reply to opposition. (Signed by Judge Richard C. Casey on 7/20/2004) Filed In Associated Cases: |

| | | |
|---|---|---|
| | | 1:03−md−01570−RCC,1:03−cv−06978−RCC(kkc, ) (Entered: 07/22/2004) |
| 22/2004 | 323 | ORDER (this document relates to 03cv6978); that plaintiffs' motion to supplement the joint motion for leave to serve defendants by publication pursuant to F.R.C.P. 4(f)(3), filed by the Federal Insurance Co., Ashton and Burnett plainti granted. (Signed by Judge Richard C. Casey on 7/20/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(kkc, ) (Entered: 07/22/2004) |
| 22/2004 | 324 | MEMO−ENDORSEMENT (this document relates to 03cv9849, 03cv5738) on Motion for Viet D. Dinh to Appear Pr ENDORSEMENT: Application granted pending approval of attorney admissions office. (Signed by Judge Richard C 7/20/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−05738−RCC,1:03−cv−09849−RCC(kkc, ) (E 07/22/2004) |
| 22/2004 | 325 | MEMO ENDORSEMENT (this document relates to 03cv9849) on Motion to admit Allan Gerson pro hac vice as cou plaintiffs. ENDORSEMENT: Application granted pending approval of Attorney Admissions. (Signed by Judge Richa Casey on 7/20/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 07/22 |
| 22/2004 | 326 | STIPULATION AND ORDER (this document relates to 03cv6978, 02cv6977); that the Federal Insurance Plaintiffs s RICO Statement concerning defendants SNCB Corporate Finance Ltd. and SNCB Securities Ltd. (London) ("SNCB" than 7/30/2004. SNCB shall have until and including 8/30/2004 to file a consolidated motion to dismiss the first amer complaint in Federal Insurance and the fourth amended consolidated master complaint in Ashton. The memorandum support of SNCB's consolidated motion shall not exceed 25 pages in length. Plaintiffs shall have 60 days thereafter, c including 10/29/2004, to file their consolidated response to SNCB's motion to dismiss. Plaintiffs' consolidated memo law shall not exceed 25 pages in length. SNCB shall have 30 days thereafter, or until and including 11/29/2004 to file consolidated reply to plaintiffs' opposition. SNCB's consolidated reply memorandum of law shall not exceed 10 page (Signed by Judge Richard C. Casey on 7/20/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−06978−RCC(kkc, ) (Entered: 07/22/2004) |
| 22/2004 | 338 | MOTION (FILED ON SERVICE DATE) for Justin B. Kaplan to Appear Pro Hac Vice as counsel for the plaintiffs ir 03cv5738. Document filed by Thomas E. Burnett Sr., et al. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC,1:03−cv−05738−RCC(kkc, ) (Entered: 07/26/2004) |
| 23/2004 | 327 | RICO STATEMENT *APPLICABLE TO THE SAUDI HIGH COMMISSION*. Document filed by Federal Insurance C al., Plaintiffs.(Feldman, Elliot) (Entered: 07/23/2004) |
| 23/2004 | 328 | REPLY MEMORANDUM OF LAW in Support re: 284 MOTION to Quash *Subpoena Served on Citibank FSB and j Protective Order*.. Document filed by Yassin Abdullah Al Kadi. (Attachments: # 1 Second Declaration of Thomas P. 2 Exhibit)(Steindler, Thomas) (Entered: 07/23/2004) |
| 23/2004 | 329 | MOTION to Dismiss. Document filed by Sami Omar Al−Hussayen. (Attachments: # 1 Memo of Law In Support of Al−Hussayen's Motion To Dismiss# 2 Exhibit 1 to Motion to Dismiss Memo# 3 Exhibit 2 Memo To Dismiss)(Dratel (Entered: 07/23/2004) |
| 23/2004 | 330 | REPLY MEMORANDUM OF LAW in Support re: 84 MOTION to Dismiss for Lack of Jurisdiction *the Third Amen Complaint (Burnett)*.. Document filed by Sheik Salman Al−Oawdah. (Attachments: # 1 Affidavit # 2 Exhibit 1# 3 Ex Exhibit 3# 5 Exhibit 4)(Kabat, Alan) (Entered: 07/23/2004) |
| 23/2004 | 331 | REPLY MEMORANDUM OF LAW in Support re: 82 MOTION to Dismiss for Lack of Jurisdiction *the Third Amen Complaint (Burnett)*.. Document filed by Sheik Hamad Al−Husaini. (Attachments: # 1 Affidavit # 2 Exhibit 1# 3 Exl Exhibit 3# 5 Exhibit 4# 6 Exhibit 5# 7 Exhibit 6# 8 Exhibit 7# 9 Exhibit 8# 10 Exhibit 9)(Kabat, Alan) (Entered: 07/2 |
| 23/2004 | 332 | REPLY MEMORANDUM OF LAW in Support re: 87 MOTION to Dismiss for Lack of Jurisdiction *the Third Amen Complaint (Burnett)*.. Document filed by Abdullah Omar Naseef. (Attachments: # 1 Affidavit # 2 Exhibit 1# 3 Exhib Alan) (Entered: 07/23/2004) |
| 23/2004 | 333 | REPLY MEMORANDUM OF LAW in Support re: 86 MOTION to Dismiss for Lack of Jurisdiction *the Third Amen Complaint (Burnett)*.. Document filed by Shahir Abdulraoof Batterjee. (Attachments: # 1 Affidavit # 2 Exhibit 1)(Ka (Entered: 07/23/2004) |
| 23/2004 | 334 | REPLY MEMORANDUM OF LAW in Support re: 81 MOTION to Dismiss for Lack of Jurisdiction *the Third Amen Complaint (Burnett)*.. Document filed by Safar Al−Hawali. (Attachments: # 1 Affidavit # 2 Exhibit 1# 3 Exhibit 2# 4 5 Exhibit 4)(Kabat, Alan) (Entered: 07/23/2004) |
| 23/2004 | 335 | REPLY MEMORANDUM OF LAW in Support re: 83 MOTION to Dismiss for Lack of Jurisdiction *the Third Amen Complaint (Burnett)*.. Document filed by Saleh Al−Hussayen. (Attachments: # 1 Affidavit # 2 Exhibit 1# 3 Exhibit 2 3)(Kabat, Alan) (Entered: 07/23/2004) |
| 23/2004 | 336 | REPLY to Response to Motion re: 142 MOTION to Dismiss *the First Amended Complaint*.. Document filed by Taha Al−Alwani, M. Omar Ashraf, Muhammad Ashraf, Iqbal Unus (Yunus), M. Yaqub Mirza. (Sheinbach, Donna) (Enter 07/23/2004) |

| | | |
|---|---|---|
| 23/2004 | 337 | REPLY to Response to Motion re: 143 MOTION to Dismiss *the First Amended Complaint*.. Document filed by Jama (Sheinbach, Donna) (Entered: 07/23/2004) |
| 27/2004 | 339 | DECLARATION of Joshua L. Dratel in Support re: 329 MOTION to Dismiss.. Document filed by Sami Omar Al−H (Dratel, Joshua) (Entered: 07/27/2004) |
| 27/2004 | 340 | DECLARATION of Joshua L. Dratel in Support re: 329 MOTION to Dismiss.. Document filed by Sami Omar Al−H (Dratel, Joshua) (Entered: 07/27/2004) |
| 27/2004 | 341 | NOTICE of of Filing. Document filed by Al Haramain Islamic Foundation, Inc.. (Kabat, Alan) (Entered: 07/27/2004) |
| 28/2004 | 342 | TRANSCRIPT of proceedings held on 7/20/2004 before Judge Richard C. Casey.(jmi, ) (Entered: 07/28/2004) |
| 28/2004 | 343 | MOTION for Extension of Time */Consent Motion and Stipulation as to Service of Process and Extension of Time*. Do filed by Islamic Investment Company of the Gulf (Sharjah), DMI Administrative Services S.A.. Return Date set for 9 (McCarthy, Timothy) (Entered: 07/28/2004) |
| 29/2004 | 344 | ENDORSED LETTER (this document relates to 03cv9849) addressed to Judge Richard C. Casey from Lynne Bernal 7/21/2004; granting counsel's application to extend the briefing schedule from 7/23/2004 to 7/30/2004 for the reply b support of the motions to dismiss filed by 4 defendants: Dr. Abdullah Al−Turki, Dr. Abdullah Al−Obaid, Mohammed and the Saudi Arabian Red Cresent Society. (Signed by Judge Richard C. Casey on 7/28/2004) Filed In Associated C 1:03−md−01570−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 07/30/2004) |
| 29/2004 | 345 | CONFIDENTIALITY STIPULATION AND PROTECTIVE ORDER (this document relates to 03cv9849); regarding procedures to be followed that shall govern the handling of confidential information. (Signed by Judge Richard C. Ca 7/28/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 07/30/2004) |
| 30/2004 | 346 | ANSWER to Complaint., THIRD PARTY COMPLAINT against., CROSSCLAIM against Federal Insurance Compa Plaintiffs. Document filed by Muslim World League. (Attachments: # 1 # 2)(McMahon, Martin) (Entered: 07/30/200 |
| 30/2004 | 347 | MOTION to Dismiss. Document filed by Addullah Al Faisal Abdulaziz Al Saud, Mohammed Bin Abdulrahman Al A Alfaisaliah Group, Faisal Group Holding Co.. (Kingham, T. Barry) (Entered: 07/30/2004) |
| 30/2004 | 348 | MEMORANDUM OF LAW in Support re: 347 MOTION to Dismiss.. Document filed by Abdullah Al Faisal Bin Ab AlSaud, Mohammed Bin Abdulrahman Al Ariefy, Alfaisaliah Group, Faisal Group Holding Co.. (Kingham, T. Barry 07/30/2004) |
| 30/2004 | 349 | MOTION to Dismiss. Document filed by Addullah Al Faisal Abdulaziz Al Saud, Mohammed Bin Abdulrahman Al A Alfaisaliah Group, Faisal Group Holding Co.. (Kingham, T. Barry) (Entered: 07/30/2004) |
| 30/2004 | 350 | MEMORANDUM OF LAW in Support re: 349 MOTION to Dismiss.. Document filed by Abdullah Al Faisal Bin Ab AlSaud, Mohammed Bin Abdulrahman Al Ariefy, Alfaisaliah Group, Faisal Group Holding Co.. (Kingham, T. Barry 07/30/2004) |
| 30/2004 | 351 | MOTION to Dismiss. Document filed by Faisal Group Holding Co., Alfaisaliah Group, Mohammed Bin Abdulrahma Ariefy, Abdullah Al Faisal Bin Abdulaziz Al Saud. (Kingham, T. Barry) (Entered: 07/30/2004) |
| 30/2004 | 352 | MEMORANDUM OF LAW in Support re: 351 MOTION to Dismiss.. Document filed by Faisal Group Holding Co., Group, Mohammed Bin Abdulrahman Al Ariefy, Abdullah Al Faisal Bin Abdulaziz Al Saud. (Kingham, T. Barry) (E 07/30/2004) |
| 30/2004 | 353 | MOTION to Dismiss *Failure to State a Claim*., MOTION to Dismiss for Lack of Jurisdiction *Lack of Subject Matter Jurisdiction*. Document filed by Al Baraka Investment & Development Corp., Saleh Abdullah Kamel. (Attachments: of Motion# 2 Text of Proposed Order)(McMahon, Martin) (Entered: 07/30/2004) |
| 30/2004 | 354 | RICO STATEMENT *Applicable to NCB Entities*. Document filed by Federal Insurance Company et al., Plaintiffs.(Fe Elliot) (Entered: 07/30/2004) |
| 30/2004 | 355 | RICO STATEMENT *Applicable to Tarik Hamdi*. Document filed by Federal Insurance Company et al., Plaintiffs.(Fe Elliot) (Entered: 07/30/2004) |
| 30/2004 | 356 | MOTION to Dismiss for Lack of Jurisdiction *Lack of Personal Jurisdiction*. Document filed by Rabita Trust. (Attach Notice of Motion# 2 Text of Proposed Order # 3 Exhibit 1# 4 Exhibit 2)(McMahon, Martin) (Entered: 07/30/2004) |
| 30/2004 | 357 | AFFIDAVIT of Parrett in Opposition re: 140 MOTION to Dismiss *the Complaints*.. Document filed by All Plaintiffs (Kreindler, James) (Entered: 07/30/2004) |
| 30/2004 | 358 | MEMORANDUM OF LAW in Opposition re: 140 MOTION to Dismiss *the Complaints*. *Opp. to Salman MTD*. Docu by All Plaintiffs. (Kreindler, James) (Entered: 07/30/2004) |

| | | |
|---|---|---|
| 30/2004 | 359 | MOTION to Dismiss for Lack of Jurisdiction *Lack of Personal Jurisdiction*. Document filed by Wael Jalaidan. (Attac 1 Notice of Motion# 2 Text of Proposed Order # 3 Exhibit 1# 4 Exhibit 2)(McMahon, Martin) (Entered: 07/30/2004) |
| 30/2004 | 360 | REPLY MEMORANDUM OF LAW in Support re: 85 MOTION to Dismiss for Lack of Jurisdiction *the Third Amen Complaint (Burnett)*.. Document filed by Abdullah Muhsen Al Turki. (Attachments: # 1 Affidavit # 2 Exhibit 1# 3 Ex Exhibit 3# 5 Exhibit 4)(Kabat, Alan) (Entered: 07/30/2004) |
| 30/2004 | 361 | REPLY MEMORANDUM OF LAW in Support re: 97 MOTION to Dismiss for Lack of Jurisdiction *the Third Amen Complaint (Burnett)*.. Document filed by Mohammed Ali Sayed Mushayt. (Attachments: # 1 Affidavit # 2 Exhibit 1) Alan) (Entered: 07/30/2004) |
| 30/2004 | 362 | REPLY MEMORANDUM OF LAW in Support re: 98 MOTION to Dismiss for Lack of Jurisdiction *the Third Amen Complaint (Burnett)*.. Document filed by Abdullah Bin Saleh Al Obaid. (Attachments: # 1 Affidavit # 2 Exhibit 1# 3 4 Exhibit 3)(Kabat, Alan) (Entered: 07/30/2004) |
| 30/2004 | 363 | MEMORANDUM OF LAW in Opposition re: 225 MOTION to Dismiss. *Plaintiffs' Consolidated Memorandum of L Opposition to Naif Bin Abdulaziz Al−Saud's Motion to Dismiss*. Document filed by All Plaintiffs. (Attachments: # 1 of Andrea Bierstein in Opposition to motion to Dismiss of Naif Bin Abdulaziz Al−Saud# 2 Exhibit 1# 3 Exhibit 2# 4 5 Exhibit 4# 6 Exhibit 5)(Elsner, Michael) (Entered: 07/30/2004) |
| 30/2004 | 364 | REPLY MEMORANDUM OF LAW in Support re: 99 MOTION to Dismiss for Lack of Jurisdiction *the Third Amen Complaint (Burnett)*.. Document filed by Saudi Red Crescent. (Attachments: # 1 Affidavit # 2 Exhibit 1# 3 Exhibit 2 3)(Kabat, Alan) (Entered: 07/30/2004) |
| 30/2004 | 365 | ENDORSED LETTER addressed to Judge Richard C. Casey from James P. Kreindler dated 7/29/2004; granting the Burnett and Federal Plaintiffs' request to submit a thirty page consolidated brief in opposition to Prince Salman bin A al−Saud's motion to dismiss. (Signed by Judge Richard C. Casey on 7/29/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−09849−RCC(k (Entered: 08/02/2004) |
| 02/2004 | 366 | RICO STATEMENT *Applicable to Abdul Rahman Alamoudi*. Document filed by Federal Insurance Company et al., (Attachments: # 1 Exhibit)(Feldman, Elliot) (Entered: 08/02/2004) |
| 02/2004 | 367 | MOTION to Strike *Portions of Federal Plaintiffs' Opposition Brief (Dkt. No. 315)*. Document filed by African Musli Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar−Jac Investments, In Corporation, Reston Investments, Inc., Safa Trust, Sana−Bell, Inc., Sterling Charitable Gift Fund, Sterling Managem Inc., York Foundation. (Attachments: # 1 Text of Proposed Order)(Sheinbach, Donna) (Entered: 08/02/2004) |
| 02/2004 | 368 | MOTION to Strike *Portions of Federal Plaintiffs' Opposition Briefs (Dkt. Nos. 290, 291)*. Document filed by Taha Ja Al−Alwani, M. Omar Ashraf, Muhammad Ashraf, Jamal Barzinji, M. Yaqub Mirza, Iqbal Yunus. (Attachments: # 1 Proposed Order)(Sheinbach, Donna) (Entered: 08/02/2004) |
| 02/2004 | 369 | REPLY MEMORANDUM OF LAW in Support re: 163 MOTION to Dismiss *the First Amended Complaint*.. Docum African Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Investments, Inc., Mena Corporation, Reston Investments, Inc., Safa Trust, Sana−Bell, Inc., Sterling Charitable Gift Sterling Management Group, Inc., York Foundation. (Sheinbach, Donna) (Entered: 08/02/2004) |
| 03/2004 | 370 | STIPULATION AND ORDER (this document relates to 03cv6978); the time for defendants HRH Prince Abdullah A Abdulaziz Al Saud, Alfaisaliah Group, Faisal Group Holding Co., and Mohammed Bin Abdulrahman Al Ariefy (def answer, move or otherwise respond to the extant complaint in this action is extended to 7/30/2004; in the event defen motions to dismiss, as anticipated, plaintiffs' response shall be filed within 60 days of receipt of same from defendant defendants will reply to plaintiffs' response within 15 days of receipt of same from plaintiffs' counsel. (Signed by Jud C. Casey on 8/2/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(kkc, ) (Entered: 08/ |
| 03/2004 | 373 | MEMO−ENDORSEMENT (this document relates to 03cv9849, 03cv5738) on copy of 338 Motion for Justin B. Kap Appear Pro Hac Vice as counsel for plaintiffs in 03cv9849, 03cv5738. ENDORSEMENT: Application granted pendi of attorney admissions office. (Signed by Judge Richard C. Casey on 7/28/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−05738−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 08/04/2004) |
| 04/2004 | 371 | REPLY MEMORANDUM OF LAW in Support re: 249 MOTION to Dismiss *First Amended Complaint*.. Document Mohammed Al Faisal Al Saud. (Attachments: # 1 Exhibit A)(Cohen, Louis) (Entered: 08/04/2004) |
| 04/2004 | 372 | ENDORSED LETTER addressed to Judge Richard C. Casey from James P. Kreindler dated 7/30/2004; granting the Burnett and Federal Plaintiffs' request to submit a thirty page consolidated brief in opposition to defendant Naif bin A al−Saud?s motion to dismiss. (Signed by Judge Richard C. Casey on 8/2/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−09849−RCC(k (Entered: 08/04/2004) |

| | | |
|---|---|---|
| )4/2004 | 374 | MOTION to Dismiss *and Memorandum of Law in Support of Motion to Dismiss*. Document filed by The Kingdom o Arabia. (Attachments: # 1 Memorandum of Law in Support of Motion to Dismiss of The Kingdom of Saudi Arabia# Proposed Order)(Hansen, Mark) (Entered: 08/04/2004) |
| )4/2004 | 375 | MOTION to Dismiss *and Memorandum of Law in Support of Motion to Dismiss and to Quash Service of Process*. Do filed by Prince Bandar bin Sultan bin Abdulaziz. (Attachments: # 1 Memorandum of Law in Support of Motion to Di to Quash Service of Process# 2 Exhibit A# 3 Exhibit B# 4 Text of Proposed Order)(Hansen, Mark) (Entered: 08/04/2 |
| )5/2004 | | CASHIERS OFFICE REMARK on 324 Order on Motion to Appear Pro Hac Vice, in the amount of $25.00, paid on Receipt Number 516000. (kkc, ) (Entered: 08/13/2004) |
| )9/2004 | 376 | REPLY MEMORANDUM OF LAW in Support re: 137 MOTION to Dismiss *Complaint By Federal Insurance Plai Quash Service of Process of His Royal Highness Prince Turki Al−Faisal Bin Abdulaziz Al−Saud*.. Document filed by Turki Al Faisal Al Saud. (Attachments: # 1 Exhibit A)(Hansen, Mark) (Entered: 08/09/2004) |
| )9/2004 | 377 | REPLY MEMORANDUM OF LAW in Support re: 135 MOTION to Dismiss *the Amended Complaint*.. Document fi Sultan Bin Abdulaziz Al Saud. (Attachments: # 1 Exhibit 1)(Jeffress, William) (Entered: 08/09/2004) |
| .0/2004 | 378 | TRANSCRIPT of proceedings held on 7/20/04 before Judge Richard C. Casey.(dfe, ) (Entered: 08/10/2004) |
| .0/2004 | 379 | REPLY MEMORANDUM OF LAW in Support re: 161 MOTION to Dismiss *First Amended Complaint of Federal I* Document filed by Arab Bank. (Attachments: # 1 Exhibit A# 2 Certificate of Service)(Marooney, Richard) (Entered: 08/10/2004) |
| .0/2004 | | CASHIERS OFFICE REMARK on 325 Memo Endorsement on motion to appear pro hac vice, in the amount of $25. 8/10/2004, Receipt Number 516349. (kkc, ) (Entered: 08/13/2004) |
| .3/2004 | 380 | MEMORANDUM OF LAW in Opposition re: 255 MOTION for Reconsideration *of Non−Final Ruling Dismissing C Against Defendants Sultan Bin Abdulaziz Al−Saud and Turki Al−Faisal Bin Abdulaziz Al−Saud*.. Document filed by Faisal Al Saud. (Attachments: # 1 Text of Proposed Order)(Hansen, Mark) (Entered: 08/13/2004) |
| .3/2004 | 381 | MEMORANDUM OF LAW in Opposition re: 255 MOTION for Reconsideration *of Non−Final Ruling Dismissing C Against Defendants Sultan Bin Abdulaziz Al−Saud and Turki Al−Faisal Bin Abdulaziz Al−Saud*.. Document filed by Abdulaziz Al Saud. (Jeffress, William) (Entered: 08/13/2004) |
| .6/2004 | 382 | MEMORANDUM OF LAW in Opposition re: 367 MOTION to Strike *Portions of Federal Plaintiffs' Opposition Bri 315)*., 368 MOTION to Strike *Portions of Federal Plaintiffs' Opposition Briefs (Dkt. Nos. 290, 291). THE FEDERAL PLAINTIFFS OPPOSITION TO THE MOTIONS TO STRIKE FILED BY SAAR NETWORK ENTITY DEFENDANTS MUSLIM AGENCY, GROVE CORPORATE, INC., HERITAGE EDUCATION TRUST, INTERNATIONAL INSTITUT ISLAMIC THOUGHT, MAR−JAC INVESTMENTS, INC., MENA CORPORATION, RESTON INVESTMENTS, INC., TRUST, SANA−BELL, INC., STERLING CHARITABLE GIFT FUND, STERLING MANAGEMENT GROUP, INC. A FOUNDATION, AND THE SAAR NETWORK EXECUTIVE DEFENDANTS TAHA AL−ALWANI, MUHAMMAD AS OMAR ASHRAF, M. YAQUB MIRZA, AND IQBAL UNUS*. Document filed by Federal Insurance Company et al., Pla (Feldman, Elliot) (Entered: 08/16/2004) |
| .9/2004 | 383 | AFFIDAVIT OF SERVICE. Mohammed Ali Hasan Al Moayad served on 6/8/2004, answer due 6/28/2004. Service v accepted by US MARSHALL SERVICE. Document filed by Federal Insurance Company et al., Plaintiffs. (Feldman, (Entered: 08/19/2004) |
| .9/2004 | 384 | AFFIDAVIT OF SERVICE. Zacarias Moussaoui served on 6/2/2004, answer due 6/22/2004. Service was accepted b MARSHALL SERVICE. Document filed by Federal Insurance Company et al., Plaintiffs. (Feldman, Elliot) (Entered 08/19/2004) |
| .9/2004 | 385 | AFFIDAVIT OF SERVICE. Taibah International Aid Association served on 5/28/2004, answer due 6/17/2004. Servi made by COMMONWEALTH OF VIRGINIA STATE CORPORATION COMMISSION VIA FEDERAL EXPRES Document filed by Federal Insurance Company et al., Plaintiffs. (Feldman, Elliot) (Entered: 08/19/2004) |
| .9/2004 | 386 | AFFIDAVIT OF SERVICE. Abdurahman Alamoudi served on 7/10/2004, answer due 7/30/2004. Service was accept MARSHALL SERVICE. Document filed by Federal Insurance Company et al., Plaintiffs. (Feldman, Elliot) (Entered 08/19/2004) |
| .9/2004 | 387 | AFFIDAVIT OF SERVICE. Ahmed Ressam served on 6/14/2004, answer due 7/6/2004. Service was accepted by US MARSHALL SERVICE. Document filed by Federal Insurance Company et al., Plaintiffs. (Feldman, Elliot) (Entered 08/19/2004) |
| .9/2004 | 388 | AFFIDAVIT OF SERVICE. Wali Khan Amin Shah served on 6/17/2004, answer due 7/7/2004. Service was accepted MARSHALL SERVICE. Document filed by Federal Insurance Company et al., Plaintiffs. (Feldman, Elliot) (Entered 08/19/2004) |

| | | |
|---|---|---|
| .9/2004 | 389 | WAIVER OF SERVICE RETURNED EXECUTED Document filed by Federal Insurance Company et al., Plaintiffs. Administrative Services S.A. waiver sent on 7/19/2004, answer due 9/17/2004. (Feldman, Elliot) (Entered: 08/19/200 |
| .9/2004 | 390 | WAIVER OF SERVICE RETURNED EXECUTED Document filed by Federal Insurance Company et al., Plaintiffs. American Bank waiver sent on 6/28/2004, answer due 8/27/2004. (Feldman, Elliot) (Entered: 08/19/2004) |
| .9/2004 | 391 | WAIVER OF SERVICE RETURNED EXECUTED Document filed by Federal Insurance Company et al., Plaintiffs. Investment Company of the Gulf (Sharjah) waiver sent on 7/12/2004, answer due 9/10/2004. (Feldman, Elliot) (Enter 08/19/2004) |
| .9/2004 | 392 | WAIVER OF SERVICE RETURNED EXECUTED Document filed by Federal Insurance Company et al., Plaintiffs. American Bank waiver sent on 6/28/2004, answer due 8/27/2004. (Feldman, Elliot) (Entered: 08/19/2004) |
| .9/2004 | 393 | RICO STATEMENT *APPLICABLE TO THE SAUDI AMERICAN BANK*. Document filed by Federal Insurance Com Plaintiffs.(Feldman, Elliot) (Entered: 08/19/2004) |
| 20/2004 | 394 | ANSWER to Complaint with JURY DEMAND. Document filed by Soliman H.S. Al−Buthe.(Kabat, Alan) (Entered: 08/20/2004) |
| 20/2004 | 395 | ANSWER to Complaint. Document filed by Perouz Seda Ghaty.(Kabat, Alan) (Entered: 08/20/2004) |
| 23/2004 | 396 | ENDORSED LETTER (this document relates to 03cv9849) addressed to Judge Richard C. Casey from Joshua L. Dra 8/16/2004; granting counsel's application on the following briefing schedule for defendant Sami Omar Al−Hussayen' dismiss: Plaintiffs' response − 9/24/2004; defendant's reply − 10/22/2004. (Signed by Judge Richard C. Casey on 8/1 Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 08/24/2004) |
| 24/2004 | 397 | MEMORANDUM OF LAW in Opposition re: 262 MOTION to Dismiss. *PLAINTIFFS CONSOLIDATED MEMORA LAW IN OPPOSITION TO THE MOTION TO DISMISS OF DEFENDANT SAUDI HIGH COMMISSION*. Documen All Plaintiffs. (Feldman, Elliot) (Entered: 08/24/2004) |
| 24/2004 | 398 | AFFIRMATION of Sean P. Carter in Opposition re: 262 MOTION to Dismiss.. Document filed by All Plaintiffs. (At # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7)(Feldman, Elliot) (Entere 08/24/2004) |
| 24/2004 | 399 | MOTION for Jay D. Hanson and Christopher J. Beal to Appear Pro Hac Vice. Document filed by African Muslim Ag Jaber Al−Alwani, M. Omar Ashraf, Muhammad Ashraf, Jamal Barzinji, Grove Corporate, Inc., Heritage Education T International Institute of Islamic Thought, Iqbal Unus (Yunus), Mar−Jac Investments, Inc., M. Yaqub Mirza, Reston Investments, Inc., Safa Trust, Sana−Bell, Inc., Sterling Charitable Gift Fund, Sterling Management Group, Inc.. (She Donna) (Entered: 08/24/2004) |
| 25/2004 | 400 | NOTICE of Change of Address by Robert D. Brain on behalf of all plaintiffs. New Address: Howarth & Smith, 523 Street, Suite 728, Los Angeles, California, USA 90014, (213) 955−9400. (Brain, Robert) (Entered: 08/25/2004) |
| 27/2004 | 401 | REPLY MEMORANDUM OF LAW in Support re: 225 MOTION to Dismiss.. Document filed by Naif Bin Abdulaz (Attachments: # 1 Exhibit Exhibit 1# 2 Exhibit Exhibit 2# 3 Exhibit Exhibit 3# 4 Exhibit Exhibit 4# 5 Exhibit Exhibi James) (Entered: 08/27/2004) |
| 27/2004 | 402 | ENDORSED LETTER (this document relates to 03cv9849) addressed to Judge Richard C. Casey from Justin B. Kap 8/24/2004; granting counsel's application on a briefing schedule on defendant Yassin Abdullah Al Kadi's motion to d plaintiffs' response shall be submitted on or before 10/15/2004, and defendant's reply shall be submitted on or before 11/15/2004. (Signed by Judge Richard C. Casey on 8/27/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 08/27/2004) |
| 27/2004 | 403 | MEMORANDUM OF LAW in Opposition re: 83 MOTION to Dismiss for Lack of Jurisdiction *the Third Amended C (Burnett). Plaintiffs' Corrected Memorandum of Law in Opposition to Motions to Dismiss of Defendant Saleh Al−Hu* Document filed by All Plaintiffs. (Elsner, Michael) (Entered: 08/27/2004) |
| 27/2004 | 404 | MEMORANDUM OF LAW in Opposition re: 99 MOTION to Dismiss for Lack of Jurisdiction *the Third Amended C (Burnett). Plaintiffs' Corrected Memorandum of Law in Opposition to Motions to Dismiss of Defendant Saudi Arabia Crescent Society*. Document filed by Burnett Plaintiffs. (Elsner, Michael) (Entered: 08/27/2004) |
| 27/2004 | 405 | MEMORANDUM OF LAW in Opposition re: 81 MOTION to Dismiss for Lack of Jurisdiction *the Third Amended C (Burnett). Plaintiffs' Corrected Memorandum of Law in Opposition to Motions to Dismiss of Defendant Safer Al−Ha* Document filed by Burnett Plaintiffs. (Elsner, Michael) (Entered: 08/27/2004) |
| 27/2004 | 406 | REPLY MEMORANDUM OF LAW in Support re: 255 MOTION for Reconsideration *of Non−Final Ruling Dismiss Against Defendants Sultan Bin Abdulaziz Al−Saud and Turki Al−Faisal Bin Abdulaziz Al−Saud. Reply filed by Burn Plaintiffs.*. Document filed by Burnett Plaintiffs. (Bierstein, Andrea) (Entered: 08/27/2004) |

| | | |
|---|---|---|
| 27/2004 | 407 | MEMORANDUM OF LAW in Opposition re: 82 MOTION to Dismiss for Lack of Jurisdiction *the Third Amended C (Burnett). Plaintiffs' Corrected Memorandum of Law in Opposition to Motions to Dismiss of Defendant Hamad Al−H* Document filed by Burnett Plaintiffs. (Elsner, Michael) (Entered: 08/27/2004) |
| 27/2004 | 408 | NOTICE of Filing of Corrected Exhibit to Affirmation of Andrea Bierstein in Opposition to Motion to Dismiss of Sh Batterjee. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A)(Bierstein, Andrea) (Entered: 08/27/200 |
| 27/2004 | 409 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Saudi American Bank.(Polovoy, Brian) (Entered: 08/2 |
| 27/2004 | 410 | MOTION to Dismiss *the Federal Insurance First Amended Complaint*. Document filed by Saudi American Bank. (Po Brian) (Entered: 08/27/2004) |
| 27/2004 | 411 | REPLY MEMORANDUM OF LAW in Support re: 140 MOTION to Dismiss *the Complaints*.. Document filed by Sa Abdulaziz Al Saud. (Attachments: # 1 Declaration of Sara E. Kropf# 2 Attachment #1# 3 Exhibit A# 4 Exhibit B# 5 I 6 Exhibit D# 7 Attachment #2# 8 Attachment #3# 9 Attachment #4)(Jeffress, William) (Entered: 08/27/2004) |
| 27/2004 | 412 | ENDORSED LETTER addressed to Judge Richard C. Casey from Christopher M. Curran dated 8/20/2004; counsel s joint letter setting forth the large area of agreement and, where counsels disagree, a brief statement of their respective on the first round of motions to be scheduled for oral argument. ENDORSEMENT: The Court will hear oral argumer 14 motions according to the following schedule: FSIA defenses on September 14, 10 a.m.; 12(b)(2) defenses on Octo a.m.; 12(b)(6) defenses on October 14, 10 a.m.; all arguments will be heard in Courtroom 14C. After conferring amon themselves, the parties may notify the Court at the Sept. 13 status conference if they anticipate more time will be need these arguments. If so, the Court will also hold arguments on October 27 and, if necessary October 28. (Signed by Ju C. Casey on 8/27/2004) (kkc, ) (Entered: 08/30/2004) |
| 30/2004 | 413 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by National Commercial Bank.(Liebman, Ronald) (Entere 08/30/2004) |
| 30/2004 | 414 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by SNCB Corporate Finance Ltd., SNCB Securities Ltd. i London.(Liebman, Ronald) (Entered: 08/30/2004) |
| 30/2004 | 415 | MOTION to Dismiss *Notice of Motion*. Document filed by SNCB Corporate Finance Ltd., SNCB Securities Ltd. in L (Attachments: # 1 Consolidated Memorandum of Law in Support of Motion to Dismiss of Defendants SNCB Corpora Ltd. and SNCB Securities Ltd.# 2 Affidavit of Mitchell R. Berger# 3 Exhibit 1 − Declaration of Jorge Juco for SNCB Finance Ltd.# 4 Exhibit 2 − Declaration of Jorge Juco for SNCB Securities Ltd.# 5 Exhibit 3 −Declaration of Michae Brindle# 6 Brindle Authorites# 7 Brindle Ex 1# 8 Brindle Ex 2# 9 Brindle Ex 3A# 10 Brindle Ex 3B# 11 Brindle Ex Brindle Ex 4# 13 Brindle Ex 5# 14 Brindle Ex 6# 15 Brindle Ex 7# 16 Brindle Ex 8# 17 Brindle Ex 9# 18 Brindle Ex Brindle Ex 11# 20 Brindle Ex 12# 21 Brindle Ex 13# 22 Brindle Ex 14# 23 Brindle Ex 15# 24 Brindle Ex 16# 25 Bri 17# 26 Brindle Ex 18# 27 Brindle Ex 19# 28 Brindle Ex 20# 29 Brindle Ex 21# 30 Brindle Ex 22# 31 Brindle Ex 23# Ex 24# 33 Brindle Ex 25# 34 Brindle Ex 26# 35 Brindle Ex 27# 36 Brindle Ex 28# 37 Exhibit 4 − RICO Statement A to NCB Entities# 38 Exhibit 5 − Supplemental Declaration of Jorge Juco# 39 Certificate of Service)(Liebman, Ronal 08/30/2004) |
| 30/2004 | 416 | MOTION to Dismiss *Notice of Motion to Dismiss*. Document filed by National Commercial Bank. (Attachments: # 1 Memorandum of Law in Support of Motion to Dismiss of the National Commercial Bank# 2 Affidavit of Mitchell R. Exhibit 1 − Declaration of Ambassador Chas. W. Freeman, Jr.# 4 Exhibit 2 − Supplementary Declaration by Ambass Freeman# 5 Exhibit 3 − William J. Burns Letter# 6 Exhibit 4 − Affidavit of Abdallah Bin Hamad Al−Wohaibi# 7 Ex Declaration of Jorge Juco# 8 Exhibit 6 − Supplementary Affidavit of Abdallah Bin Hamad Al−Wohaibi# 9 Exhibit 7 Declaration of Nizar Bin Obaid Madani# 10 Exhibit 8 − Rico Statement Applicable to NCB Entities# 11 Exhibit 9 − Exhibit 10# 13 Exhibit 11# 14 Certificate of Service)(Liebman, Ronald) (Entered: 08/30/2004) |
| 30/2004 | 417 | NOTICE of Notice of Supplemental Authority. Document filed by National Commercial Bank. (Liebman, Ronald) (E 08/30/2004) |
| 01/2004 | 418 | NOTICE of APPEARANCE OF DAVID W. BOWKER. Document filed by Mohammed Al Faisal Al Saud. (Cohen, (Entered: 09/01/2004) |
| 02/2004 | 419 | NOTICE of Appearance by David P. Donovan. Document filed by Mohammed Al Faisal Al Saud. (Cohen, Louis) (E 09/02/2004) |
| 03/2004 | 420 | RICO STATEMENT *APPLICABLE TO THE KINGDOM OF SAUDI ARABIA*. Document filed by Federal Insurance et al., Plaintiffs. (Attachments: # 1 Exhibit)(Feldman, Elliot) (Entered: 09/03/2004) |
| 07/2004 | 421 | REPLY MEMORANDUM OF LAW in Support re: 262 MOTION to Dismiss.. Document filed by Saudi High Comm (Attachments: # 1 Affidavit Max Huffman Declaration in Support)(Robbins, Lawrence) (Entered: 09/07/2004) |
| 08/2004 | 422 | CONSENT MOTION for Extension of Time */Consent Motion and Stipulation as to Further Extension of Time*. Docu by DMI Administrative Services S.A., Islamic Investment Company of the Gulf (Sharjah). (McCarthy, Timothy) (En 09/08/2004) |

| | | |
|---|---|---|
| )8/2004 | 423 | REPLY MEMORANDUM OF LAW in Support re: 367 MOTION to Strike *Portions of Federal Plaintiffs' Oppositio (Dkt. No. 315).*, 368 MOTION to Strike *Portions of Federal Plaintiffs' Opposition Briefs (Dkt. Nos. 290, 291).*. Docu by African Muslim Agency, Taha Jaber Al−Alwani, M. Omar Ashraf, Muhammad Ashraf, Jamal Barzinji, Grove Co Inc., Heritage Education Trust, International Institute of Islamic Thought, Iqbal Unus (Yunus), Mar−Jac Investments. Corporation, M. Yaqub Mirza, Reston Investments, Inc., Safa Trust, Sana−Bell, Inc., Sterling Charitable Gift Fund, S Management Group, Inc., York Foundation. (Sheinbach, Donna) (Entered: 09/08/2004) |
| )9/2004 | 424 | MOTION for James Patrick Vann to Appear Pro Hac Vice. Document filed by Al Baraka Investment and Developme Corporation. (Attachments: # 1 Affidavit Affidavit)(McMahon, Martin) (Entered: 09/09/2004) |
| )9/2004 | 425 | MOTION to Strike 407 Memorandum of Law in Oppisition to Motion,, 408 Notice (Other), 275 Memorandum of La Oppisition to Motion, 277 Memorandum of Law in Oppisition to Motion,,, 281 Memorandum of Law in Oppisition t 403 Memorandum of Law in Oppisition to Motion,, 282 Memorandum of Law in Oppisition to Motion, 404 Memora Law in Oppisition to Motion,, 405 Memorandum of Law in Oppisition to Motion,, 272 Memorandum of Law in Opp Motion,,,. Document filed by Safar Al−Hawali, Sheik Hamad Al−Husaini, Saleh Al−Hussayen, Salman Al−Ouda, Sh Abdulraoof Batterjee, Saudi Red Crescent. (Attachments: # 1 Text of Proposed Order # 2 Affidavit # 3 Exhibit 1 (Ma 2003 motion re service)# 4 Exhibit 2 (March 25, 2003 order)# 5 Exhibit 3 (2004 version of 2003 motion)# 6 Exhibit 2004 letter)# 7 Exhibit 5 (August 24, 2004 letter)# 8 Exhibit 6 (Sept. 1, 2004 letter))(Kabat, Alan) (Entered: 09/09/20 |
| .0/2004 | 426 | ENDORSED LETTER (this document relates to 03cv6978) addressed to Judge Richard C. Casey from Sean P. Carte 8/31/2004; granting counsel's application to file the insurance schedules for those additional plaintiffs and revised ins schedules for the original Federal plaintiffs under seal. (Signed by Judge Richard C. Casey on 9/9/2004) Filed In Ass Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(kkc, ) (Entered: 09/10/2004) |
| .0/2004 | 427 | NOTICE of PLAINTIFFS' SUPPLEMENTAL PLEADING IDENTIFYNG ADDITIONAL PLAINTIFFS PURSUA F.R.C.P. 15(d) AND PARAGRAPH 12 OF CASE MANAGMENT ORDER NO. 2. Document filed by Federal Insur Company et al., Plaintiffs. (Feldman, Elliot) (Entered: 09/10/2004) |
| .0/2004 | 428 | MOTION for More Definite Statement *THE FEDERAL INSURANCE COMPANY PLAINTIFFS' MORE DEFINITE STATEMENT AND SUPPLEMENTAL PLEADING ADDING CERTAIN DEFENDANTS PURSUANT TO FEDERAL CIVIL PROCEDURE 12(e) AND 15(d) AND PARAGRAPH 12 OF CASE MANAGEMENT ORDER 2*. Document file Federal Insurance Company et al., Plaintiffs. (Feldman, Elliot) (Entered: 09/10/2004) |
| .0/2004 | 429 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Federal Insurance Company et al., Plaintiffs.(Feldman, (Entered: 09/10/2004) |
| .0/2004 | 430 | NOTICE of PLAINTIFFS' SUPPLEMENTAL PLEADING IDENTIFYING ADDITIONAL PLAINTIFFS PURSUA F.R.C.P. 15(d) AND PARAGRAPH 12 OF CASE MANAGEMENT ORDER NO. 2. Document filed by Federal Insu Company et al., Plaintiffs. (Feldman, Elliot) (Entered: 09/10/2004) |
| .0/2004 | 431 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Federal Insurance Company et al., Plaintiffs.(Feldman, (Entered: 09/10/2004) |
| .0/2004 | 432 | NOTICE of Plaintiffs' September 10, 2004 Addition of Parties Pursuant to Case Management Order No. 2 and Federa Civil Procedure 15(d). Document filed by Burnett Plaintiffs. (Attachments: # 1 Attachment A)(Elsner, Michael) (Ent 09/10/2004) |
| .0/2004 | 433 | NOTICE of Plaintiffs' September 10, 2004 Addition and Removal of Defendants Pursuant to Case Management Orde Federal Rule of Civil Procedure 15(d). Document filed by Burnett Plaintiffs. (Attachments: # 1 Attachment A# 2 Atta B)(Elsner, Michael) (Entered: 09/10/2004) |
| .3/2004 | 434 | ENDORSED LETTER (this document relates to 03cv6978) addressed to Judge Richard C. Casey from Elliott R. Fel 9/10/2004; granting counsel's application to file insurance schedules for other new Federal plaintiffs, in addition to A AIG, under seal, consistent with the previous Orders of this Court. (Signed by Judge Richard C. Casey on 9/10/2004) Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(kkc, ) (Entered: 09/13/2004) |
| .3/2004 | 435 | MOTION for Service by Publication. Document filed by All Plaintiffs. (Feldman, Elliot) (Entered: 09/13/2004) |
| .3/2004 | 436 | AFFIRMATION of Sean P. Carter in Opposition re: 137 MOTION to Dismiss *Complaint By Federal Insurance Plai Quash Service of Process of His Royal Highness Prince Turki Al−Faisal Bin Abdulaziz Al−Saud*.. Document filed by Insurance Company et al., Plaintiffs. (Feldman, Elliot) (Entered: 09/13/2004) |
| .3/2004 | 437 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Federal Insurance Company et al., Plaintiffs.(Feldman, (Entered: 09/13/2004) |
| .3/2004 | 438 | NOTICE of Plaintiffs' Supplemental Pleading Identifying Additional Plaintiffs Pursuant to F.R.C.P. 15(d) and Paragr Case Management Order No. 2. Document filed by Federal Insurance Company et al., Plaintiffs. (Feldman, Elliot) (E 09/13/2004) |

| | | |
|---|---|---|
| .3/2004 | 439 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Federal Insurance Company et al., Plaintiffs.(Feldman, (Entered: 09/13/2004) |
| .3/2004 | 440 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Federal Insurance Company et al., Plaintiffs.(Feldman, (Entered: 09/13/2004) |
| .3/2004 | 441 | NOTICE of Plaintiffs' Supplemental Pleading Identifying Additional Plaintiffs Pursuant to F.R.C.P. 15(d) and Paragr Case Management Order No. 2. Document filed by Federal Insurance Company et al., Plaintiffs. (Feldman, Elliot) (E 09/13/2004) |
| .3/2004 | | Minute Entry for proceedings held before Judge Richard C. Casey: Status Conference held on 9/13/2004. Parties repo Court about their efforts to effectuate service. The Court tells parties to propose a joint amendment for service to acc recent filings by 9/23/2004. Oral argument shceduled for 9/14/2004 at 10:00 a.m. (kkc, ) (Entered: 10/18/2004) |
| .4/2004 | 442 | MOTION to Dismiss. Document filed by Tarik Hamdi. (Hanania, Maher) (Entered: 09/14/2004) |
| .4/2004 | 443 | MOTION to Dismiss. Document filed by Abdurahman Alamoudi. (Hanania, Maher) (Entered: 09/14/2004) |
| .4/2004 | | Minute Entry for proceedings held before Judge Richard C. Casey: Oral Argument held on 9/14/2004 (see transcript) reserves decision. (kkc, ) (Entered: 10/18/2004) |
| .5/2004 | 444 | SUGGESTION OF DEATH Upon the Record. Document filed by Mohammed Bin Abdullah Al−Jomaith (Cotroneo, (Entered: 09/15/2004) |
| .6/2004 | 445 | ORDER (this document relates to 02cv6977, 03cv9849, 03cv6978); that joint plaintiffs' motion for leave to serve spe defendants by publication pursuant to F.R.C.P. 4(f)(3) is GRANTED, to commence on or after 9/13/2004 and the pub will be once per week for four consecutive weeks in the International Herald Tribune, USA Today and at least one A language newspaper circulated widely in the Middle East, as well as posting the complaint on the web site www.sept11terrorlitigation.com. (Signed by Judge Richard C. Casey on 9/15/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−06978−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 09/16/2( |
| .7/2004 | 446 | RICO STATEMENT *APPLICABLE TO DMI ADMINISTRATIVE SERVICES, S.A. AND ISLAMIC INVESTMENT C OF THE GULF*. Document filed by Federal Insurance Company et al., Plaintiffs.(Feldman, Elliot) (Entered: 09/17/2( |
| 20/2004 | 447 | FIFTH AMENDED COMPLAINT amending 111 Amended Complaint,,,,,,,, 346 Answer to Complaint, Third Party C Crossclaim against all plaintiffs.Document filed by Kathleen Ashton. Related document: 111 Amended Complaint,,,, Maryland Casualty Company, Pacific Indemnity Company, Vigilant Insurance Company, Federal Insurance Compan Insurance Company, Great Northern Insurance Company, Fidelity And Deposit Company of Maryland, North River I Company, Northern Insurance Company of New York, Seneca Insurance Company, Inc., Zurich American Insurance American Zurich Insurance Company, American Guarantee and Liability Insurance Company, Great Lakes Reinsura PLC, Chubb Insurance Company of Canada, Chubb Insurance Company of New Jersey, United States Fire Insurance Steadfast Insurance Company, Continental Insurance Company, Assurance Company of America, Glens Falls Insura Company, American Alternative Insurance Corporation, One Beacon Insurance Company, Commercial Insurance Co Newark, N.J., Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, One Beacon America Insu Company, Boston Old Colony Insurance Company, Colonial American Casualty and Surety Insurance Company, Va Insurance Company, American Employers' Insurance Company, The Camden Fire Insurance Association, Homeland Company of New York, Crum & Forster Indemnity Company, The Princeton Excess & Surplus Lines Insurance Com National Ben Franklin Insurance Company of Illinois, Hiscox Dedicated Corporate Member, Ltd., Amlin Underwriti CNA Casualty of California, Continental Insurance Company of New Jersey, Fidelity and Casualty Company of New Answer to Complaint, Third Party Complaint, Crossclaim filed by Muslim World League.(Kreindler, James) (Entere 09/20/2004) |
| 21/2004 | 448 | FILING ERROR − DEFICIENT DOCKET ENTRY − AFFIDAVIT of David K. Draper in Opposition re: 46 MOTIC Dismiss *of the Defendant The National Commercial Bank*.. Document filed by Burnett Plaintiffs. (Attachments: # 1 E D. Draper Supp. Affidavit# 2 Exhibit 2 to D. Draper Supp. Affidavit# 3 Exhibit 3 to D. Draper Supp. Affidavit# 4 Ex D. Draper Supp. Affidavit# 5 Exhibit 5 to D. Draper Supp. Affidavit)(Bierstein, Andrea) Modified on 9/24/2004 (kkc (Entered: 09/21/2004) |
| 22/2004 | 449 | TRANSCRIPT of proceedings held on 9/13/04 before Judge Richard C. Casey.(dfe, ) (Entered: 09/22/2004) |
| 22/2004 | 450 | TRANSCRIPT of proceedings held on 9/14/04 before Judge Richard C. Casey.(dfe, ) (Entered: 09/22/2004) |
| 23/2004 | 451 | AFFIDAVIT of David K. Draper in Opposition re: 45 Reply Memorandum of Law in Support. Document filed by Bu Plaintiffs. (Attachments: # 1 Exhibit 1 to D. Draper Supp. Affidavit in Further Opposition# 2 Exhibit 2 to D. Draper S Affidavit in Further Opposition# 3 Exhibit 3 to D. Draper Supp. Affidavit in Further Opposition# 4 Exhibit 4 to D. D Affidavit in Further Opposition# 5 Exhibit 5 to D. Draper Supp. Affidavit in Further Opposition)(Bierstein, Andrea) ( 09/23/2004) |

| | | |
|---|---|---|
| 23/2004 | 452 | ORDER (this document relates to 03cv5738, 03cv9849, 03cv6978, 04cv1923); that John D. Shakow and Deborah S. King & Spalding are relieved as two of the attorneys of record for defendant Arab Bank Plc; that defendant Arab Bar continue to be represented in this matter by counsel of record Richard A. Cirillo, Richard T. Marooney, Jr. and Jeanet Viggiano of the New York office of King & Spalding LLP. (Signed by Judge Richard C. Casey on 9/22/2004) Filed I Associated Cases: 1:03−md−01570−RCC,1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−09849−RCC,1:04−cv−01923−RCC(kl (Entered: 09/23/2004) |
| 23/2004 | 453 | RELATED CASE AFFIDAVIT of JOHN FAWCETT re: that this action be filed as related to 02−6977. Document fi Kathleen Ashton.(Kreindler, James) (Entered: 09/23/2004) |
| 23/2004 | 454 | MOTION for Jason Dzubow to Appear Pro Hac Vice. Document filed by Muslim World League. (Attachments: # 1 A Affidavit)(McMahon, Martin) (Entered: 09/23/2004) |
| 23/2004 | 455 | AFFIDAVIT of JOHN FAWCETT in Opposition re: 46 MOTION to Dismiss *of the Defendant The National Comme* Document filed by Kathleen Ashton. (Kreindler, James) (Entered: 09/23/2004) |
| 23/2004 | 456 | AFFIDAVIT of JOHN FAWCETT in Opposition re: 46 MOTION to Dismiss *of the Defendant The National Comme* Document filed by Kathleen Ashton. (Kreindler, James) (Entered: 09/23/2004) |
| 23/2004 | 457 | NOTICE of Filing. Document filed by Soliman H.S. Al−Buthe. (Kabat, Alan) (Entered: 09/23/2004) |
| 28/2004 | 458 | MEMORANDUM OF LAW in Opposition re: 353 MOTION to Dismiss *Failure to State a Claim*. MOTION to Dism Lack of Jurisdiction *Lack of Subject Matter Jurisdiction*. MOTION to Dismiss for Lack of Jurisdiction *Lack of Subje Jurisdiction. The Federal Plaintiffs Memorandum of Law in Opposition to the Motion to Dismiss filed by Saleh Abdu and Al baraka Investment and Development Company*. Document filed by Federal Insurance Company et al., Plaintif (Feldman, Elliot) (Entered: 09/28/2004) |
| 28/2004 | 459 | MEMORANDUM OF LAW in Opposition re: 359 MOTION to Dismiss for Lack of Jurisdiction *Lack of Personal Ju The Federal Plaintiffs Memorandum of Law in Opposition to the Motion to Dismiss filed by Wael Julaidan*. Documen Federal Insurance Company et al., Plaintiffs. (Feldman, Elliot) (Entered: 09/28/2004) |
| 28/2004 | 460 | MEMORANDUM OF LAW in Opposition re: 356 MOTION to Dismiss for Lack of Jurisdiction *Lack of Personal Ju THE FEDERAL PLAINTIFFS? MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION TO DISMISS FILE DEFENDANT RABITA TRUST*. Document filed by Federal Insurance Company et al., Plaintiffs. (Feldman, Elliot) (E 09/28/2004) |
| 28/2004 | 461 | MOTION to Dismiss *Certain Defendants. This Motion relates only to Civil Action No. 02 CV 7236*. Document filed l Bauer. (Capone, Dorothea) (Entered: 09/28/2004) |
| 28/2004 | 462 | TRANSCRIPT of proceedings held on 9/14/2004 before Judge Richard C. Casey.(jp, ) (Entered: 09/28/2004) |
| 28/2004 | 463 | ENDORSED LETTER (this document relates to 02cv6977, 03cv9849) addressed to Judge Richard C. Casey from Ro Liebman dated 9/27/2004; counsel for defendant National Commercial Bank writes to request that it should be allowe respond to the unauthorized post−argument filings by the plaintiffs. ENDORSEMENT: In the future, without Court a post−argument supplemental submissions will be accepted. Patton Boggs' submission is due 10/7/2004. (Signed by Ju Richard C. Casey on 9/27/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 09/29/2004) |
| 28/2004 | 464 | FIRST AMENDED COMPLAINT (this document relates to 04cv1076) against Abu Agab, Al Qaeda Islamic Army, A Bank, Al Taqwa Trade Property and Industry Company Limited, Mohammed Jasmin Al−Ali, Ahmed Khalil Ibrahim Al−Ani, Al−Gammaah Al Islamiah, Faruq Al−Hijazi, Al−Jaezeera News Agency, Habib Faris Abdullah Al−Mamoun Al−Zawahiri, Taha Al Alwani, Sercor Treuhand Anstalt, Asat Trust Reg., Banca Del Gottardo, Osama Bin Laden, Ba E−Tikriti, Egyptian Islamic Jihad, Estate of Ahmed Al Nami, Estate of Ahmed Al−Ghamdi, Estate of Ahmed Ibrahin Haznawi, Estate of Fayez Ahmed, Estate of Hamza Al−Ghamdi, Estate of Hani Hanjour, Estate of Khalid Al−Midhar Majed Moqued, Estate of Marwan Al−Shehhi, Estate of Mohald Al−Shehri, Estate of Mohammed Atta, Estate of Mu Atef, Estate of Nawaf Al−Hazmi, Estate of Qusay Hussein, Estate of Saeed Al Ghamdi, Estate of Salem Al−Hazmi, I Satam Al−Suqami, Estate of Uday Hussein, Estate of Wail Al−Shehri, Estate of Waleed Al−Shehri, Estate of Ziad Sa Ali Ghaleb Himmat, Armand Albert Friedrich Huber, Abdel Hussein, Husham Hussein, Saddam Hussein, Iraqi Intell Agency, Haqi Ismail, John Does 1−99, Metalor, Khalid Shaikh Mohammed, Zacarias Moussaoui, Muslim Brotherhoo Egyptian Branch, Muslim Brotherhood − Iraqi Branch, Muslim Brotherhood − Jordanian Branch, Muslim Brotherhoo Kuwaiti Branch, Muslim Brotherhood − Syrian Branch, Yousef M. Nada, Nada Management Organization, S.A., Ah Nasreddin, Muhammad Omar, Abu Abdul Rahman, Taha Yassin Ramadan, Muhammed Mahdi Salah, Hamsiraji Sali Sayyaf, Engelbert Schreiber, Engelbert Schreiber Jr, Schreiber & Zindel, Salah Suleiman, The Estate of Abdulaziz A The Republic of Iraq, The Taliban, Abu Waiel, Erwin Watcher, Martin Watcher, Yousef M. Nada & Co. Gesellschaft Abu Musab Zarqawi, Frank Zindel, Abu Zubaydah.Document filed by Estate of John P.O'Neill, Sr., Carol O'Neill, Cl Irene O'Neill, Dorothy A. O'Neill, John Patrick O'Neill Jr..(kkc, ) (Entered: 09/29/2004) |

| | | |
|---|---|---|
| 28/2004 | 466 | ENDORSED LETTER (this document relates to 03cv9849) addressed to Judge Richard C. Casey from Justin kaplan Bernabei dated 9/23/2004; granting counsels' request for an extension of time until 10/1/2004 to file their opposition defendant Saudi Arabian Red Crescent Society, et al's motion to strike. (Signed by Judge Richard C. Casey on 9/27/2 In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 09/30/2004) |
| 28/2004 | 467 | STIPULATION AND ORDER (this document relates to 02cv6977); that the time in which defendant Faisal Islamic (Sudan) must answer, move against, or otherwise respond to the complaint shall be on or before 9/24/2004. (Signed b Richard C. Casey on 9/27/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC(kkc, ) (Ent 09/30/2004) |
| 30/2004 | 465 | ENDORSED LETTER (this document relates to 02cv6977, 03cv9849, 03cv5738, 03cv6978) addressed to Judge Ric Casey from Andrea Bierstein dated 9/27/2004; granting counsel's application for an extension of time to 10/4/2004 to opposition papers on the AFG Defendants' motions to dismiss, and that the AFG Defendants would have until 10/29/ their reply papers. (Signed by Judge Richard C. Casey on 9/29/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−09849−RCC(k (Entered: 09/30/2004) |
| 30/2004 | 468 | ENDORSED LETTER addressed to Judge Richard C. Casey from Ronald L. Motley dated 9/28/2004; granting couns application for the September 15th Order on Publication to apply to all cases in MDL 1570. (Signed by Judge Richar on 9/30/2004) (kkc, ) (Entered: 09/30/2004) |
| 30/2004 | 469 | ORDER (this document relates to 02cv7236); that plaintiffs' 461 motion to voluntarily dismiss the defendants named Schedule "A" of the Bauer complaint be Granted. (Signed by Judge Richard C. Casey on 9/30/2004) (kkc, ) (Entered: 09/30/2004) |
| 30/2004 | 470 | MEMO−ENDORSEMENT ON MOTION GRANTING ATTORNEY ADMISSION PRO HAC VICE. Attorney Jay & Christopher J. Beal for M. Omar Ashraf; Muhammad Ashraf; Jamal Barzinji; Grove Corporate, Inc.; Heritage Edu Trust; International Institute of Islamic Thought; Iqbal Unus (Yunus); Mar−Jac Investments, Inc.; Mena Investments; Mirza; Reston Investments, Inc.; Safa Trust; Sana−Bell, Inc.; Sterling Charitable Gift Fund; Sterling Management Gr York Foundation; African Muslim Agency and Taha Jaber Al−Alwani, admitted Pro Hac Vice. (Signed by Judge Ric Casey on 9/27/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−06978−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 10/01/20 |
| 01/2004 | 471 | MEMORANDUM OF LAW in Opposition re: 374 MOTION to Dismiss *and Memorandum of Law in Support of Mo Dismiss. The Federal Plaintiffs' Memorandum of Law in Opposition to the Motion to Dismiss of the Kingdom of Sau* Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05493−R 1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC(Feldman, Elliot) (Entered: 10/01/2004) |
| 01/2004 | 472 | AFFIRMATION of Sean P. Carter in Opposition re: 374 MOTION to Dismiss *and Memorandum of Law in Support Dismiss*.. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 E 13 Exhibit 12 (continued)# 14 Exhibit 13# 15 Errata 13 (continued)# 16 Exhibit 14# 17 Exhibit 15# 18 Exhibit 16)Fi Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05493−R 1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC(Feldman, Elliot) (Entered: 10/01/2004) |
| 01/2004 | 473 | MEMORANDUM OF LAW in Opposition re: 425 MOTION to Strike 407 Memorandum of Law in Oppisition to M Notice (Other), 275 Memorandum of Law in Oppisition to Motion, 277 Memorandum of Law in Oppisition to Motio Memorandum of Law in Oppisition to Motion,, 403 Memor *Memorandum of Law in Opposition to Motion to Strike*. filed by Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(Bierstein, Andre (Entered: 10/01/2004) |
| 01/2004 | 474 | AFFIRMATION of Andrea Bierstein in Opposition re: 425 MOTION to Strike 407 Memorandum of Law in Oppisiti Motion,, 408 Notice (Other), 275 Memorandum of Law in Oppisition to Motion, 277 Memorandum of Law in Oppisi Motion,,, 281 Memorandum of Law in Oppisition to Motion,, 403 Memor. Document filed by Burnett Plaintiffs. (Att # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(Bierstein, Andrea) (Entered: 10/01/2004) |
| 01/2004 | 475 | AFFIRMATION of Justin B. Kaplan in Opposition re: 425 MOTION to Strike 407 Memorandum of Law in Oppisiti Motion,, 408 Notice (Other), 275 Memorandum of Law in Oppisition to Motion, 277 Memorandum of Law in Oppisi Motion,,, 281 Memorandum of Law in Oppisition to Motion,, 403 Memor. Document filed by Burnett Plaintiffs. (Att # 1 Exhibit 1)Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(Bierstein, Andrea) (Entered: |
| 04/2004 | 476 | MEMORANDUM OF LAW in Opposition re: 351 MOTION to Dismiss. *THE FEDERAL PLAINTIFFS? MEMORA LAW IN OPPOSITION TO THE MOTION TO DISMISS FILED BY PRINCE ABDULLAH AL FAISAL BIN ABDULA* |

| | | |
|---|---|---|
| | | *SAUD, MOHAMMED BIN ABDULRAHMAN AL ARIEFY, AND ALFAISALIAH GROUP (A/K/A FAISAL GROUP H CO.)*. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05493−RC 1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC(Feldman, Elliot) (Entered: 10/04/2004) |
| )4/2004 | 477 | MEMORANDUM OF LAW in Opposition re: 349 MOTION to Dismiss. *Memorandum of Law in Opposition to Mot Dismiss of Abdullah Al Faisal bin Abdulaziz Al Saud and Alfaisaliah Group*. Document filed by Burnett Plaintiffs. Fi Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(Elsner, Michael) (Entered: 10/04/2004) |
| )4/2004 | 478 | FIRST MEMORANDUM OF LAW in Opposition re: 347 MOTION to Dismiss. *Princ Abdullah, AFG, Al Ariefy*. Do filed by Kathleen Ashton. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05493−RC 1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC(Kreindler, James) (Entered: 10/04/2004) |
| )5/2004 | 479 | NOTICE of Appearance by Stacey Ann Saiontz on behalf of Port Authority of New York & New Jersey, Cantor Fitz Co. (Saiontz, Stacey) (Entered: 10/05/2004) |
| )5/2004 | 480 | NOTICE of Appearance by Jonathan Mark Goodman on behalf of Cantor Fitzgerald & Co., Port Authority of New Y Jersey (Goodman, Jonathan) (Entered: 10/05/2004) |
| )5/2004 | 481 | NOTICE of Appearance by Christopher Thomas Leonardo on behalf of Cantor Fitzgerald & Co., Port Authority of N New Jersey (Leonardo, Christopher) (Entered: 10/05/2004) |
| )5/2004 | 482 | NOTICE of Appearance by Gina Marie Mac Neill on behalf of Estate of John P.O'Neill, Sr., Carol O'Neill, Christine O'Neill, Dorothy A. O'Neill, John Patrick O'Neill Jr. (Mac Neill, Gina) (Entered: 10/05/2004) |
| )5/2004 | 483 | NOTICE of Appearance by Gina Marie Mac Neill on behalf of Estate of John P.O'Neill, Sr., Carol O'Neill, Christine O'Neill, Dorothy A. O'Neill, John Patrick O'Neill Jr. (Mac Neill, Gina) (Entered: 10/05/2004) |
| )6/2004 | 484 | NOTICE of Appearance by Gina Marie Mac Neill on behalf of Estate of John P.O'Neill, Sr., Carol O'Neill, Christine O'Neill, Dorothy A. O'Neill, John Patrick O'Neill Jr. (Mac Neill, Gina) (Entered: 10/06/2004) |
| )7/2004 | 485 | ENDORSED LETTER addressed to Judge Richard C. Casey from Peter J. Kahn dated 10/4/2004; granting counsel's that the Court amend its 9/30/2004 endorsement of Mr. Motley's letter application as to Mr. Bin Mahfouz, and order t plaintiffs in the three recently−filed actions in which Mr. Bin Mahfouz is named as a defendant to serve him by mail, current mailing address previously provided to plaintiffs' counsel. (Signed by Judge Richard C. Casey on 10/7/2004) (Entered: 10/07/2004) |
| )7/2004 | 486 | REPLY MEMORANDUM OF LAW in Support re: 425 MOTION to Strike 407 Memorandum of Law in Oppisition 408 Notice (Other), 275 Memorandum of Law in Oppisition to Motion, 277 Memorandum of Law in Oppisition to M Memorandum of Law in Oppisition to Motion,, 403 Memor. Document filed by Safar Al−Hawali, Sheik Hamad Al− Saleh Al−Hussayen, Sheik Salman Al−Oawdah, Shahir Abdulraoof Batterjee, Saudi Red Crescent. (Attachments: # 1 1)Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(Kabat, Alan) (Entered: 10/07/2004) |
| )7/2004 | 487 | RESPONSE *Response of The National Commercial Bank to the Supplemental Affidavits of David K. Draper and Joh* Document filed by National Commercial Bank. (Attachments: # 1 Berger Affidavit# 2 Exhibit 1, part 1 of 7# 3 Exhib of 7# 4 Exhibit 1, part 3 of 7# 5 Exhibit 1, part 4 of 7# 6 Exhibit 1, part 5 of 7# 7 Exhibit 1, part 6 of 7# 8 Exhibit 1, p 9 Exhibit 2# 10 Exhibit A, part 1 of 2# 11 Exhibit A, part 2 of 2# 12 Exhibit B# 13 Certificate of Service)Filed In As Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−054 1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC(Liebman, Ronald) (Entered: 10/07/2004) |
| )8/2004 | 488 | ENDORSED LETTER ( this relates to 04cv1922, 04cv1923, 04cv1076) addressed to Judge Richard C. Casey from J Goldman dated 10/4/2004; counsel writes to request that, as set forth in counsel's 9/27/2004 letter, the publication orc amended to include the O'Neill−Iraq case as well as the Al Baraka and Kingdom cases. ENDORSEMENT: Applicati provided the only defendants to be served by publication are those plaintiffs have listed in the Sept. 30 Order. Furthe Abdulrahman Bin Mahfouz is to be removed from the list of defendants to be served by publication & is to be served (Signed by Judge Richard C. Casey on 10/7/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC(kkc, ) (Entered: 10/08/2( |
| )8/2004 | 489 | MOTION to Dismiss *Notice of Motion to Dismiss*. Document filed by Islamic Investment Company of the Gulf (Shar (Attachments: # 1)Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(McGuire, James) (Enter 10/08/2004) |
| )8/2004 | 490 | MEMORANDUM OF LAW in Support re: 489 MOTION to Dismiss *Notice of Motion to Dismiss*.. Document filed b Investment Company of the Gulf (Sharjah). Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC |

| | | |
|---|---|---|
| | | James) (Entered: 10/08/2004) |
| )8/2004 | 491 | MEMORANDUM OF LAW in Opposition re: 329 MOTION to Dismiss. *Plaintiffs' Memorandum of Law in Opposit Omar Al−Hussayen's Motion to Dismiss with Supporting Points and Authorities*. Document filed by Burnett Plaintiff Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(Elsner, Michael) (Entered: 10/08/2004) |
| .2/2004 | 492 | REPLY MEMORANDUM OF LAW in Support re: 53 MOTION to Dismiss.. Document filed by Wael Jalaidan. File Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05493−R( 1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC(McMahon, Martin) (Entered: 10/12/2004) |
| .2/2004 | 493 | REPLY MEMORANDUM OF LAW in Support re: 54 MOTION to Dismiss.. Document filed by Rabita Trust. Filed Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05493−R( 1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC(McMahon, Martin) (Entered: 10/12/2004) |
| .2/2004 | 494 | REPLY MEMORANDUM OF LAW in Support re: 55 MOTION to Dismiss.. Document filed by International Islam Organization(IIRO). Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05493−R( 1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC(McMahon, Martin) (Entered: 10/12/2004) |
| .2/2004 | 495 | REPLY MEMORANDUM OF LAW in Support re: 52 MOTION to Dismiss.. Document filed by Al Baraka Investm Development Corp., Saleh Abdullah Kamel. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05493−R( 1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC(McMahon, Martin) (Entered: 10/12/2004) |
| .2/2004 | 496 | STIPULATION OF VOLUNTARY DISMISSAL AGAINST DEFENDANT HRH PRINCE BANDAR BIN SULTA ABDULAZIZ (this document relates to 03cv6978); that the Federal Insurance plaintiffs' First Amended Complaint ag defendant Prince Bandar is voluntarily dismissed, without prejudice, each side to bear its own attorneys' fees. (Signed Richard C. Casey on 10/12/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(kkc, ) (E 10/13/2004) |
| .2/2004 | | Minute Entry for proceedings held before Judge Richard C. Casey: oral argument held on 10/12/2004. (kkc, ) (Entere 11/24/2004) |
| .4/2004 | 497 | FIRST MEMORANDUM OF LAW in Opposition re: 442 MOTION to Dismiss.. Document filed by Tarik Hamdi. F Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(Hanania, Maher) (Entered: 10/14/2004) |
| .4/2004 | 498 | FIRST MEMORANDUM OF LAW in Opposition re: 442 MOTION to Dismiss.. Document filed by Tarik Hamdi. F Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(Hanania, Maher) (Entered: 10/14/2004) |
| .4/2004 | 504 | ENDORSED LETTER addressed to Judge Richard C. Casey from Elliott R. Feldman dated 10/7/2004; counsel write that the Court schedule oral argument on the Motion to Dismiss by the Kingdom of Saudi Arabia on October 28. ENDORSEMENT: October 28 is no longer available on the Court's calendar. Oral argument will be held on the King motion to dismiss on November 5, 2004 at 11:00 a.m. Courtroom 14C. Counsel is to provide the Court with a schedu counsel to argue by November 1, 2004. (Signed by Judge Richard C. Casey on 10/14/2004) Filed In Associated Case 1:03−md−01570−RCC,1:03−cv−06978−RCC(kkc, ) (Entered: 10/18/2004) |
| .4/2004 | | Minute Entry for proceedings held before Judge Richard C. Casey: oral argument held on 10/14/2004. (kkc, ) (Entere 11/24/2004) |
| .5/2004 | 499 | MOTION to Dismiss *Notice of Motion to Dismiss*. Document filed by DMI Administrative Services S.A.. (Attachme 1)(McGuire, James) (Entered: 10/15/2004) |
| .5/2004 | 500 | MEMORANDUM OF LAW in Support re: 499 MOTION to Dismiss *Notice of Motion to Dismiss*.. Document filed b Administrative Services S.A.. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(McGuire, Ja (Entered: 10/15/2004) |
| .5/2004 | 501 | REPLY MEMORANDUM OF LAW in Support re: 374 MOTION to Dismiss *and Memorandum of Law in Support c Dismiss*.. Document filed by The Kingdom of Saudi Arabia. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(Hansen, Mark) (Entered: 10/15/2004) |
| .5/2004 | 502 | MEMORANDUM OF LAW in Opposition re: 295 MOTION to Dismiss *or in the Alternative for a More Definite Sta Plaintiffs Memorandum of Law in Opposition to Defendant Yassin Abdullah Al Kadi Motion to Dimiss*. Document fil Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(Elsner, Michael) (Entere |

| | | |
|---|---|---|
| | | 10/15/2004) |
| .5/2004 | 503 | DECLARATION of Michael E. Elsner in Opposition re: 295 MOTION to Dismiss *or in the Alternative for a More L Statement*.. Document filed by Burnett Plaintiffs. (Attachments: # 1 Attachment 1 to Declaration# 2 Attachment 2 to Declaration# 3 Attachment 3 to Declaration# 4 Attachment 4 to Declaration# 5 Attachment 5 to Declaration# 6 Attac Declaration# 7 Attachment 7 to Declaration# 8 Attachment 8 to Declaration# 9 Attachment 9 to Declaration# 10 Atta to Declaration)Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(Elsner, Michael) (Entered: 1 |
| .5/2004 | 519 | FIRST AMENDED COMPLAINT (this document relates to 04cv1923) against Al Baraka Investment and Developm Corporation, Al Barakaat Exchange LLC, Hamel Al Barakati, Suleiman Abdel Aziz Al Rajhi, Al Rajhi Banking and Mohammed Al Faisal Al Saud, Al Shamal Islamic Bank, Al−Haramain Islamic Foundation, Inc., Yassin Abdullah Al Khalid Sulaiman Al−Rajhi, Arab Bank, Anaam Mahmoud Arnaout, Mazin M.H. Bahareth, Hassan Bahtzallah, Bank Limited, Shahir Abdulraoof Batterjee, Benevolence International Foundation, Dar Al Maal Al Islami, John Does 1−9 Islamic Bank, Faisal Islamic Bank, International Islamic Relief Organization(IIRO), Saleh Abdullah Kamel, Khaled Mahfouz, Muslim World League, Muwaffaq Foundation, Yousef M. Nada, Nada International Anstalt, National Com Bank, Rabita Trust, Saar Foundation, Mohammed Mijed Said, Saudi American Bank, Tadamon Islamic Bank, Abdul Tatari, Tatex Trading GMBHT, Triple−B Trading Company, World Assembly of Muslim Youth, Youssef M. Nada & CO..Document filed by Estate of John P.O'Neill, Sr., Carol O'Neill, Christine Irene O'Neill, Dorothy A. O'Neill, John O'Neill Jr..(kkc, ) (Entered: 11/03/2004) |
| .8/2004 | 505 | MEMORANDUM OF LAW in Opposition re: 302 MOTION to Dismiss *Burnett (DC). Plaintiffs' Memorandum of L Opposition to Motion to Dismiss of Yousef Abdul Latif Jameel*. Document filed by Burnett Plaintiffs. Filed In Associa 1:03−md−01570−RCC,1:03−cv−09849−RCC(Elsner, Michael) (Entered: 10/18/2004) |
| .8/2004 | 506 | AFFIDAVIT of Jean−Charles Brisard in Opposition re: 302 MOTION to Dismiss *Burnett (DC)*.. Document filed by Plaintiffs. (Attachments: # 1 Exhibit 2 to Affidavit# 2 Exhibit 3 to Affidavit# 3 Exhibit 4 to Affidavit# 4 Exhibit 5 (P Affidavit# 5 Exhibit 5 (Part 2) to Affidavit)Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC( Michael) (Entered: 10/18/2004) |
| .8/2004 | 507 | AFFIDAVIT of Evan F. Kohlmann in Opposition re: 302 MOTION to Dismiss *Burnett (DC)*.. Document filed by Bu Plaintiffs. (Attachments: # 1 Exhibit 1 to Affidavit# 2 Exhibit 2 to Affidavit# 3 Exhibit 3 to Affidavit# 4 Exhibit 4 to 5 Exhibit 5 (Part 1) to Affidavit# 6 Exhibit 5 (Part 2) to Affidavit# 7 Exhibit 6 to Affidavit# 8 Exhibit 7 to Affidavit# to Affidavit# 10 Exhibit 9 to Affidavit# 11 Exhibit 10 to Affidavit# 12 Exhibit 11 to Affidavit# 13 Exhibit 12 to Affi Exhibit 13 to Affidavit# 15 Exhibit 14 (Part 1) to Affidavit# 16 Exhibit 14 (Part 2) to Affidavit)Filed In Associated C 1:03−md−01570−RCC,1:03−cv−09849−RCC(Elsner, Michael) (Entered: 10/19/2004) |
| .8/2004 | 509 | TRANSCRIPT of proceedings held on 10/12/04 before Judge Richard C. Casey.(rag, ) (Entered: 10/19/2004) |
| .9/2004 | 508 | ENDORSED LETTER (this relates to 03cv9849) addressed to Judge Richard C. Casey from Justin B. Kaplan dated 1 granting counsel's request for an extension of time until 10/18/2004 for plaintiffs to file their opposition to Defendant Jameel's Motion to Dismiss, and Defendant's Reply will be filed on or before 12/20/2004. (Signed by Judge Richard 10/15/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 10/19/2004) |
| 21/2004 | | CASHIERS OFFICE REMARK on 470 Order Admitting Attorneys Pro Hac Vice, in the amount of $50.00, paid on Receipt Number 522978. (kkc, ) (Entered: 10/21/2004) |
| 21/2004 | 510 | TRANSCRIPT of proceedings held on 10/14/04 before Judge Richard C. Casey.(Martin, Leslie) (Entered: 10/21/200 |
| 26/2004 | 511 | MEMORANDUM OF LAW in Opposition re: 410 MOTION to Dismiss *the Federal Insurance First Amended Comp FEDERAL PLAINTIFFS? MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION TO DISMISS FILED BY AMERICAN BANK*. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(Feldman, Elliot) (Entered: 10/26/2004) |
| 26/2004 | 512 | AFFIRMATION of Sean P. Carter in Opposition re: 410 MOTION to Dismiss *the Federal Insurance First Amended* Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9)Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(Feldman, Elliot) (Entered: 10/26/2004) |
| 28/2004 | 513 | REPLY MEMORANDUM OF LAW in Support re: 347 MOTION to Dismiss.. Document filed by Addullah Al Faisa Abdulaziz Al Saud, Alfaisaliah Group, Faisal Group Holding Co.. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05493−RC 1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC(Kingham, T. Barry) (Entered: 10/28/2004) |
| 28/2004 | 514 | REPLY MEMORANDUM OF LAW in Support re: 349 MOTION to Dismiss.. Document filed by Abdullah Al Faisa Abdulaziz AlSaud, Alfaisaliah Group, Faisal Group Holding Co.. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05493−RC 1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, |

| | | |
|---|---|---|
| | | 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC(Kingham, T. Barry) (Entered: 10/28/2004) |
| )1/2004 | 515 | MEMORANDUM OF LAW in Opposition re: 416 MOTION to Dismiss *Notice of Motion to Dismiss*. *THE FEDERA PLAINTIFFS? MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION TO DISMISS FILED BY NATIONAL COMMERCIAL BANK*. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(Feldman, Elliot) (Entered: 11/01/2004) |
| )1/2004 | 516 | AFFIRMATION of Sean P. Carter in Opposition re: 416 MOTION to Dismiss *Notice of Motion to Dismiss*.. Docume Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibi 4# 6 Errata Part 2 of 4# 7 Exhibit # 8 Exhibit Part 4 of 4)Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(Feldman, Elliot) (Entered: 11/01/2004) |
| )1/2004 | 517 | AFFIRMATION of Sean P. Carter in Opposition re: 225 MOTION to Dismiss., 359 MOTION to Dismiss for Lack o Jurisdiction *Lack of Personal Jurisdiction*., 374 MOTION to Dismiss *and Memorandum of Law in Support of Motion Dismiss*., 262 MOTION to Dismiss., 356 MOTION to Dismiss for Lack of Jurisdiction *Lack of Personal Jurisdiction* Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit)Filed In Associated Cases 1:03−md−01570−RCC,1:03−cv−06978−RCC(Feldman, Elliot) (Entered: 11/01/2004) |
| )1/2004 | 518 | RICO STATEMENT *RICO STATEMENT APPLICABLE TO PEROUZ SEDA GHATY a/k/a ?PETE SEDA? AND AL HARAMAIN ISLAMIC FOUNDATION*. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachment Exhibit)(Feldman, Elliot) (Entered: 11/01/2004) |
| )3/2004 | 520 | CONSENT MOTION for Extension of Time to File Answer re: 447 Amended Complaint,,,,,,,. Document filed by Ab Muhsen Al Turki, Adnan Basha. (Kabat, Alan) (Entered: 11/03/2004) |
| )3/2004 | 521 | TRANSCRIPT of proceedings held on 10/12/2004 before Judge Richard C. Casey.(kkc, ) (Entered: 11/03/2004) |
| )3/2004 | 522 | TRANSCRIPT of proceedings held on 10/14/2004 before Judge Richard C. Casey.(kkc, ) (Entered: 11/03/2004) |
| )4/2004 | 523 | NOTICE of Stipulation and Order. Document filed by Kathleen Ashton. (Kreindler, James) (Entered: 11/04/2004) |
| )5/2004 | 524 | TRANSCRIPT of proceedings held on 10/14/04 at 10:07 a.m. before Judge Richard C. Casey.(Nocco, Joseph) Modif 11/5/2004 (ae, ). (Entered: 11/05/2004) |
| )5/2004 | 525 | STIPULATION AND ORDER (this document relates to 02cv6977); that defendants Dr. Abdullah M. Al−Turki and Basha will answer or otherwise move against the operative complaint in Ashton by 12/15/2004... (Signed by Judge R Casey on 11/4/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC(kkc, ) (Entered: 11/05 |
| )5/2004 | 526 | ENDORSED LETTER (this document relates to 03cv6978) addressed to Judge Richard C. Casey from Michael K. K dated 10/27/2004; granting counsel's application on the briefing schedule for Saudi Joint Relief Committee for Kosov Chechnya's motion to dismiss as follows: motion to dismiss will be filed on 1/15/2005; plaintiffs' opposition will be f 3/15/2005; and SJRC's reply will be filed on 4/15/2005. (Signed by Judge Richard C. Casey on 11/4/2004) Filed In A Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(kkc, ) (Entered: 11/05/2004) |
| )5/2004 | 527 | ENDORSED LETTER (this document relates to 02cv6977, 03cv5738, 03cv9849) addressed to Judge Richard C. Cas Andrew J. Maloney, III dated 11/4/2004; granting counsel's application for an extension of time until 11/8/2004 for t plaintiffs to file their brief in opposition to defendant Yassin al Qadi's motion to dismiss, and that defendant al Qadi v consolidated reply on or before 12/3/2004. (Signed by Judge Richard C. Casey on 11/4/2004) Filed In Associated Ca 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−05738−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 11/05/2( |
| )5/2004 | 528 | ENDORSED LETTER addressed to Michael Brantley, Courtroom Deputy to Judge Casey from G. Daniel McCaffrey 10/28/2004; granting Mr. McCaffrey's application that the Southern District Reporters, P.C. change the 10/12/2004 a 10/14/2004 transcript appearances to reflect that Jones Day appeared on behalf of Saudi Binladin Group, Bakr Binlad Binladin, and Tariq Binladin. (Signed by Judge Richard C. Casey on 11/3/2004) (kkc, ) (Entered: 11/05/2004) |
| )5/2004 | 529 | ENDORSED LETTER (this document relates to 03cv6978) addressed to Judge Richard C. Casey from Michael K. K dated 10/29/2004; counsel writes to advise that Court that he will present the Kingdom of Saudi Arabia's argument in the motion to dismiss, and Messrs. Stephen A. Cozen and Sean P. Carter will argue on opposition on behalf of the Fe Insurance plaintiffs. The Kingdom believes that 30 minutes per side for the argument, including rebuttal, will be suffi Federal Insurance plaintiffs request 45 minutes per side. ENDORSEMENT: The Court has allotted 60 minutes total f argument. (Signed by Judge Richard C. Casey on 11/4/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(kkc, ) (Entered: 11/05/2004) |
| )5/2004 | 530 | ENDORSED LETTER (this document relates to 03cv6978) addressed to Judge Richard C. Casey from J. Scott tarbut 10/22/2004; granting counsel's application that Ayadi Chafiq Bin Muhammed and Mohammed Omeish be added to t publication list. (Signed by Judge Richard C. Casey on 11/4/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(kkc, ) (Entered: 11/05/2004) |

| | | |
|---|---|---|
| )5/2004 | 531 | REPLY MEMORANDUM OF LAW in Support re: 329 MOTION to Dismiss.. Document filed by Sami Omar Al−H Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(McKay, Scott) (Entered: 11/05/2004) |
| )5/2004 | | Minute Entry for proceedings held before Judge Richard C. Casey: Oral Argument held on 11/5/2004 as to defendant Court reserves decision. (kkc, ) (Entered: 12/10/2004) |
| )8/2004 | 532 | STIPULATION AND ORDER (this document relates to 04cv7065); regarding setting schedule for The National Cor Bank to respond to the First Amended Complaint, as further set forth in this Stipulation. (Signed by Judge Richard C. 11/5/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−07065−RCC(kkc, ) (Entered: 11/08/2004) |
| )8/2004 | 533 | STIPULATION AND ORDER (this document relates to 04cv7065); plaintiffs agree to extend the time for defendant International Islamic Relief Organization, Saleh Abdullah Kamel, Al Baraka Investment and Development Corporati Al Baraka Group, LLC and the Muslim World League to move, answer, or otherwise respond to the complaint until 1 (Signed by Judge Richard C. Casey on 11/5/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−0706 ) (Entered: 11/08/2004) |
| )8/2004 | 534 | RICO STATEMENT *Applicable to Al Rajhi Banking & Investment Corporation*. Document filed by Federal Insuran et al., Plaintiffs.(Feldman, Elliot) (Entered: 11/08/2004) |
| )8/2004 | 535 | MEMORANDUM OF LAW in Opposition re: 295 MOTION to Dismiss *or in the Alternative for a More Definite Sta* Document filed by Kathleen Ashton. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05493−R 1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−07065−RCC(Kreindler, James) (Entere 11/08/2004) |
| )8/2004 | 536 | AFFIRMATION of James P. Kreindler in Opposition re: 295 MOTION to Dismiss *or in the Alternative for a More L Statement*.. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A−F)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05493−R 1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−07065−RCC(Kreindler, James) (Entere 11/08/2004) |
| .0/2004 | 537 | ENDORSED LETTER addressed to Judge Richard C. Casey from Michael K. Kellogg dated 10/19/2004; counsel wr response to the letter from Jerry S. Goldman regarding the O'Neill plaintiffs' request for a 120−day extension of time effectuate service. ENDORSEMENT: The Court has reviewed Mr. Goldman's letters of October 14 + October 19. M Goldman's request for an extension to serve certain defendants − EXCEPT Mr. Kellogg's clients − is granted with res Kellogg's clients, the parties are urged to work this service issue out among themselves. (Signed by Judge Richard C. 11/5/2004) (kkc, ) (Entered: 11/10/2004) |
| .0/2004 | 538 | STIPULATION OF VOLUNTARY DISMISSAL (this document relates to 03cv6978) of Plaintiff's First Amended C against Defendants HRH Prince Abdullah Al Faisal Bin Abdulaziz Al Saud, Mohammed Bin Abdulrahman Al Ariefy Alfaisaliah Group (a/k/a Faisal Group Holding Co.) pursuant to F.R.C.P. 41(a)(a), without prejudice, each side to bea attorneys' fees, costs, and expenses. (Signed by Judge Richard C. Casey on 11/8/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(kkc, ) (Entered: 11/10/2004) |
| .0/2004 | 539 | STIPULATION AND ORDER (this document relates to 04cv7065); regarding setting schedule for Prince Mohamed Al Saud to respond to the First Amended Complaint, as further set forth in this Stipulation. (Signed by Judge Richard on 11/10/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−07065−RCC(kkc, ) (Entered: 11/12/200 |
| .0/2004 | 540 | ENDORSED LETTER addressed to Judge Richard C. Casey from Michael K. Kellogg dated 11/4/2004; granting cou application that the Kingdom of Saudi Arabia and HRH Prince Turki Al−Faisal bin Abdulaziz Al−Saud's motions to Cantor Fitzgerald and Port Authority complaint be filed 60 days after the Court decides the pending motions to dismi oppositions filed 45 days thereafter, and replies filed 30 days later. (Signed by Judge Richard C. Casey on 11/10/200 Associated Cases: 1:03−md−01570−RCC,1:04−cv−07065−RCC(kkc, ) (Entered: 11/12/2004) |
| .0/2004 | 547 | CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to (1) Special Forces at the following addr Forces c/o Farouk Al−Shara, Ministry of Foreign Affairs, Muhareen Shora Ave, Damascus, Syria on 11/10/04 by Re Mail # RB632 887 115. (2) Revolutionary Security Services, c/o Dr. Mustafa Osman Ismail, Ministry of External Re Box 873, Gamma Street, Khartown, Sudan on 11/10/04 by Registered Mail # RB 632 887 124. (3) Popular Defense I Dr. Mustafa Osman Ismail, Minstry of External Relations, PO Box 873, Gamma Street, Kartown, Sudan on 11/10/04 Registered Mail # RB 632 887 138. (4) State Security, c/o Dr. Mustafa Osman Ismail, Ministry of External Relations 873 Gamma Street, Khartown, Sudan on 11/10/04 by Registered Mail # 632 887 141. (5) Military Intelligence, c/o D Osman Ismail, Ministry of External Relations, PO Box 873 Gamma Street, Khartown, Sudan on 11/10/04 by Registe 632 887 155. (6) Security of the Revolution, c/o Dr. Mustafa Osman Ismail, Ministry of External Relations, PO Box Street, Khartown, Sudan on 11/10/04 by Registered Mail # 632 887 169. (7) Ministry of Defense, c/o Dr. Mustafa Os Ministry of External Relations, PO Box 873 Gamma Street, Khartown, Sudan on 11/10/04 by Registered Mail # 632 (8) Ministry of the Interior, c/o Dr. Mustafa Osman Ismail, Ministry of External Relations, PO Box 873 Gamma Stre |

| | | |
|---|---|---|
| | | Khartown, Sudan on 11/10/04 by Registered Mail # 632 887 186. (9) Air Force Intelligence, c/o Farouk Al−Shara, Fo Minister of the Syrian Arab Republic, Muhareen Shora Ave, Damascus, Syria on 11/10/04 by Registered Mail # 632 (10) Military Intelligence Service, c/o Farouk Al−Shara, Foreign Minister of the Syrian Arab Republic, Muhareen Sh Damascus, Syria on 11/10/04 by Registered Mail # 632 887 209. (11) Ministry of Interior, c/o Farouk Al−Shara, Fore Minister of the Syrian Arab Republic, Muhareen Shora Ave, Damascus, Syria on 11/10/04 by Registered Mail # 632 (12) Republic Guard, c/o Farouk Al−Shara, Foreign Minister of the Syrian Arab Republic, Muhareen Shora Ave, Dar Syria on 11/10/04 by Registered Mail # 632 887 226. (13) National Security Directorate, c/o Farouk Al−Shara, Forei of the Syrian Arab Republic, Muhareen Shora Ave, Damascus, Syria on 11/10/04 by Registered Mail # 632 887 230. Associated Cases: 1:03−md−01570−RCC,1:04−cv−01922−RCC (kkc, ) (Entered: 11/19/2004) |
| .0/2004 | 548 | CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to Farouk Al−Shara at the following addre Al−Shara Foreign Minister of the Syrian Arab Republic, Muhareen Shora Ave, Damascus, Syria, on 11/10/04 by Reg Mail # RB 632 887 098. CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to Dr. Mustafa O Ismail at the following address: Dr. Mustafa Osman Ismail, Minister of External Relations, PO Box 873, Gamma St., Sudan on 11/10/04 by Registered Mail # RB 632 887 107. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01922−RCC (kkc, ) (Entered: 11/19/2004) |
| .0/2004 | | CLERK CERTIFICATE OF MAILING RECEIVED (04cv1922) for Summons & Complaint mailed to Dr. Mustafa ( Ismail on 11/10/04 by Registered Mail # RB 632 887 107, RECEIVED ON: Not Indicated. Rec'd at Clerk's Office on (kkc, ) (Entered: 12/16/2004) |
| .0/2004 | | CLERK CERTIFICATE OF MAILING RECEIVED (04cv1922) for Summons & Complaint mailed to Security of th Revolution on 11/10/04 by Registered Mail # RB 632 887 169, RECEIVED ON: 11/27/04. CLERK CERTIFICATE MAILING RECEIVED for Summons & Complaint mailed to Ministry of Defense on 11/10/04 by Registered Mail # 887 172, RECEIVED ON: 11/27/04. CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Complair Ministry of the Interior on 11/10/04 by Registered Mail # RB 632 887 186, RECEIVED ON: 11/27/04. (kkc, ) (Enter 12/16/2004) |
| .0/2004 | | CLERK CERTIFICATE OF MAILING RECEIVED (04cv1922) for Summons & Complaint mailed to Revolutionary Services on 11/10/04 by Registered Mail # RB 632 887 124, RECEIVED ON: 11/27/04. CLERK CERTIFICATE OF RECEIVED for Summons & Complaint mailed to Popular Defense Force on 11/10/04 by Registered Mail # RB 632 RECEIVED ON: 11/27/04. CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Complaint mailed Security on 11/10/04 by Registered Mail # RB 632 887 141, RECEIVED ON: 11/27/04. CLERK CERTIFICATE OF RECEIVED for Summons & Complaint mailed to Military Intelligence on 11/10/04 by Registered Mail # RB 632 88 RECEIVED ON: 11/27/04. (kkc, ) (Entered: 12/16/2004) |
| .0/2004 | | CLERK CERTIFICATE OF MAILING RECEIVED (04cv1922) for Summons & Complaint mailed to National Secu Directorate on 11/10/04 by Registered Mail # RB 632 887 230, RECEIVED ON: 11/21/04. (kkc, ) (Entered: 12/16/20 |
| .0/2004 | | CLERK CERTIFICATE OF MAILING RECEIVED (04cv1922) for Summons & Complaint mailed to Special Force 11/10/04 by Registered Mail # RB 632 887 115, RECEIVED ON: 11/21/04. (kkc, ) (Entered: 12/16/2004) |
| .5/2004 | 541 | JOINT MOTION to Dismiss *Faisal Group Holding*. Document filed by Kathleen Ashton. (Kreindler, James) (Entere 11/15/2004) |
| .5/2004 | 542 | STIPULATION AND ORDER (this document relates to 04cv1923); regarding service of process and setting schedul National Commercial Bank to respond to the First Amended Complaint, as set forth in this Stipulation. (Signed by Ju Richard C. Casey on 11/15/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01923−RCC(kkc, ) (E 11/16/2004) |
| .6/2004 | 543 | NOTICE of Voluntary Dismissal of Defendants (re Exhibit A). Document filed by Kathleen Ashton. (Kreindler, Jam (Entered: 11/16/2004) |
| .6/2004 | 544 | JOINT MOTION for Extension of Time *Stipulation Extending Time For Saudi American Bank To File Reply Papers Of Its Motion To Dismiss*. Document filed by Federal Insurance Company et al., Plaintiffs. (Feldman, Elliot) (Enterec 11/16/2004) |
| .7/2004 | 545 | TRANSCRIPT of proceedings held on 11/5/2004 before Judge Richard C. Casey.(kkc, ) (Entered: 11/17/2004) |
| .7/2004 | 546 | NOTICE of Stipulation and Order to Dismiss SNCB. Document filed by All Plaintiffs. (Kreindler, James) (Entered: 1 |
| .9/2004 | 549 | STIPULATION AND ORDER (this document relates to 02cv6977, 03cv7036, 03cv6978); dismissing defendants SN Corporate Finance Ltd., SNCB Securities Ltd. (London), and SNCB Securities Ltd. (New York) without prejudice, e bear its own attorneys' fees, costs, and expenses. (Signed by Judge Richard C. Casey on 11/18/2004) Filed In Associa 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−06978−RCC,1:03−cv−07036−RCC(kkc, ) (Entered: 11/19/20 |
| 22/2004 | 550 | STIPULATION AND ORDER (this document relates to 02cv6977); that the Ashton plaintiffs' Fourth Amended Com against defendants HRH Prince Abdullah Al Faisal Bin Abdulaziz Al Saud and Alfaisaliah Group is voluntarily dism |

| | | |
|---|---|---|
| | | pursuant to F.R.C.P. 41(a)(1) without prejudice, each side to bear its own attorneys' fees, costs, and expenses. (Signed Richard C. Casey on 11/22/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC(kkc, ) (En 11/22/2004) |
| 24/2004 | 551 | STIPULATION AND ORDER (this document relates to 02cv6977, 03cv7036, 03cv6978); dismissing defendants SN Corporate Finance Ltd., SNCB Securities Ltd. (London), and SNCB Securities Ltd. (New York) without prejudice, ea bear its own attorneys' fees, costs, and expenses. (Signed by Judge Richard C. Casey on 11/23/2004) Filed In Associa 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−06978−RCC,1:03−cv−07036−RCC(kkc, ) (Entered: 11/24/20 |
| 24/2004 | 552 | STIPULATION of Dismissal of Salahuddin Abduljawad (this document relates to 03cv6978); dismissing defendant S Abduljawad, without prejudice, each side to bear its own attorney's fees, costs, and expenses. (Signed by Judge Richa Casey on 11/22/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(kkc, ) (Entered: 11/2 |
| 29/2004 | 553 | REPLY MEMORANDUM OF LAW in Support re: 416 MOTION to Dismiss *Notice of Motion to Dismiss*. *Reply Me of the National Commercial Bank in Support of Its Motion to Dismiss*. Document filed by National Commercial Bank (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05493−RC 1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−07065−RCC(Liebman, Ronald) (Entere 11/29/2004) |
| 01/2004 | 554 | ENDORSED LETTER (this document relates to 04cv1922) addressed to Judge Richard C. Casey from Michael K. K dated 11/22/2004; granting counsel for defendants the Kingdom of Saudi Arabia and certain agencies and instrument the Kingdom 's application that defendants' motion to dismiss the complaint be filed 45 days after the Court decides t motion in the Federal Insurance matter, opposition will be filed 45 days thereafter, and replies will be filed 30 days la by Judge Richard C. Casey on 11/30/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01922−RCC (Entered: 12/02/2004) |
| 03/2004 | 555 | NOTICE of Filing. Document filed by Soliman H.S. Al−Buthe. (Kabat, Alan) (Entered: 12/03/2004) |
| 03/2004 | 556 | REPLY MEMORANDUM OF LAW in Support re: 295 MOTION to Dismiss *or in the Alternative for a More Defini Statement*.. Document filed by Yassin Abdullah Kadi. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05493−RC 1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−07065−RCC(Saltarelli, Joseph) (Entere 12/03/2004) |
| 03/2004 | 557 | DECLARATION of Joseph J. Saltareill in Support re: 295 MOTION to Dismiss *or in the Alternative for a More Def Statement*.. Document filed by Yassin Abdullah Kadi. (Attachments: # 1 Exhibit A to Declaration of Joseph J. Saltare Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05493−RC 1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−07065−RCC(Saltarelli, Joseph) (Entere 12/03/2004) |
| 06/2004 | 558 | MOTION to Dismiss. Document filed by International Islamic Relief Organization(IIRO). (Attachments: # 1 Notice to Dismiss# 2 Declaration of Al Saikhan# 3 Verdict from Saudi Arabia)(McMahon, Martin) (Entered: 12/06/2004) |
| 06/2004 | 559 | RICO STATEMENT *Applicable to NCB*. Document filed by Cantor Fitzgerald & Co., Port Authority of New York & Jersey.(Goodman, Jonathan) (Entered: 12/06/2004) |
| 06/2004 | 560 | NOTICE of Change of Address. Document filed by Al Rajhi Bank. (Curran, Christopher) (Entered: 12/06/2004) |
| 06/2004 | 561 | ENDORSED LETTER (this document relates to 02cv6977, 03cv7036) addressed to Judge Richard C. Casey from Ja Kreindler dated 12/1/2004; granting counsel's request to consolidate the Barrea Case (03cv7036) with Ashton (02cv6 (Signed by Judge Richard C. Casey on 12/6/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−07036−RCC(kkc, ) (Entered: 12/07/2004) |
| 06/2004 | 562 | ORDER OF DISMISSAL (this document relates to 02cv6977, 03cv7036, 03cv6978); that plaintiffs' motion to volunt dismiss the following defendants from 02cv6977, 03cv7036, 03cv6978 be granted: Mustafa Muhammed Ahmad; al A Abdulaziz Bin Hamad al Gosaibi; Rashid M. al Romaizan; Tarek Ayoubi; Abdullah Bin Said; Salch Gazaz; Khalil A Mohammed Nur Rahimi; Abu Agab; al Amn al Dakhili; al Amn al Khariji; Abdul Rahim Mohammed Hussein; Noor Maulvi Abdul Kabir; and Jalil Shinwari. (Signed by Judge Richard C. Casey on 12/6/2004) Filed In Associated Cases 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−06978−RCC,1:03−cv−07036−RCC(kkc, ) (Entered: 12/07/20 |
| 06/2004 | 563 | ORDER OF DISMISSAL (this document relates to 02cv6977, 03cv7036); that plaintiffs' motion to voluntarily dismi following defendants from 02cv6977, 03cv7036 be granted: Cemsteel Impex Establishment; Iksir Limited Holding; A a/k/a Sadoun Abdel Latif; Habib Faris Abdullah al Mamouri; Iraq Intelligence Agency, a/k/a The Mukhabarat, a/k/a |

| | | |
|---|---|---|
| | | Fedayeen, a/k/a al 'Qare, a/k/a Unit 999, a/k/a M−8 Special Operations; Muhammed Mahdi Salah; Salah Suleiman; C Abdullah Kamel; Intelligence Service, Republic of Sudan; Ministry of Defense, Republic of Sudan; Ministry of Inter Republic of Sudan; Abdel Wahab Osman; Rahman Abdul Siral−Khatim; Muhammad Abu Islam; Jamal al Badawi; K Sulaiman al Rajhi; Omar Sulaiman al Rajhi; Walid al Sourouri; Salah Badahdh; Mazin M.H. Baharetb; Shahir Adbel Batterjee; Ibrahim Bin Abdul Aziz; Adel Muhammad Sadiq Bin Kazem; Haydar Mohamed Bin Laden; Saleh Mohan Laden; Yeslam M. Bin Laden; Ghasoub al Abrash Ghalyoun, a/k/a Abu Musab; Ibrahim Bin Abdul Aziz al Ibrahim I Abdel Hussein, a/k/a The Ghost; Sabir Lamar; Abdullah Qassim; Jamil Qasim Saeed; Wali Khan Amin Shah; and Al Zammar. (Signed by Judge Richard C. Casey on 12/6/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−07036−RCC(kkc, ) (Entered: 12/07/2004) |
| )7/2004 | 564 | ORDER GRANTING MOTION TO ADMIT ATTORNEY PRO HAC VICE. Attorney Bonnie K. Arthur for Yassin Kadi admitted Pro Hac Vice. (Signed by Judge Richard C. Casey on 12/7/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−05738−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 12/07/2( |
| )7/2004 | 565 | MEMORANDUM OF LAW in Opposition re: 489 MOTION to Dismiss *Notice of Motion to Dismiss*. *The Federal P Memorandum of Law in Opposition to the Motion to Dismiss filed by Islamic Investment Company of the Gulf (Sharj* Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(Feldman, Elliot) (Entered: 12/07/2004) |
| )9/2004 | 566 | NOTICE of Voluntary Dismissal of Defendants listed in Exhibit A. Document filed by Federal Insurance Company e Plaintiffs. (Feldman, Elliot) (Entered: 12/09/2004) |
| )9/2004 | 567 | NOTICE of Dismissal of Abdulaziz bin Abdul Rahman Al Saud. Document filed by Federal Insurance Company et a Plaintiffs. (Feldman, Elliot) (Entered: 12/09/2004) |
| )9/2004 | 568 | NOTICE of Dismissal of Mohammed Ali Sayed Mushayt. Document filed by Federal Insurance Company et al., Plai (Feldman, Elliot) (Entered: 12/09/2004) |
| )9/2004 | 569 | NOTICE of Dismissal of Princess Haifa Al Faisal. Document filed by Federal Insurance Company et al., Plaintiffs. (l Elliot) (Entered: 12/09/2004) |
| )9/2004 | 570 | RICO STATEMENT *Applicable to Prince Mohamed Al Faisal Al Saud*. Document filed by Cantor Fitzgerald & Co., Authority of New York & New Jersey.(Goodman, Jonathan) (Entered: 12/09/2004) |
| .0/2004 | 571 | FIRST MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim*. Document filed by Omar Abdulla (Attachments: # 1 Affidavit # 2 Notice of Motion to Dismiss# 3 Text of Proposed Order)(McMahon, Martin) (Entere 12/10/2004) |
| .0/2004 | 572 | CONSENT MOTION for Extension of Time *to Answer Complaint*. Document filed by Abdullah Muhsen Al Turki, A Basha. (Kabat, Alan) (Entered: 12/10/2004) |
| .4/2004 | 573 | NOTICE of Voluntary Dismissal of Mohammed Salim Bin Mahfouz. Document filed by Federal Insurance Company Plaintiffs. (Tarbutton, J.) (Entered: 12/14/2004) |
| .4/2004 | 574 | MEMORANDUM OF LAW in Opposition re: 499 MOTION to Dismiss *Notice of Motion to Dismiss*. *THE FEDERA PLAINTIFFS? MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION TO DISMISS FILED BY DMI ADMINISTRATIVE SERVICES, S.A.*. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Assoc 1:03−md−01570−RCC,1:03−cv−06978−RCC(Feldman, Elliot) (Entered: 12/14/2004) |
| .4/2004 | 575 | MEMORANDUM OF LAW in Opposition re: 499 MOTION to Dismiss *Notice of Motion to Dismiss*. *Memorandum Opposition to 498 not 499 . Docket entry 498 does not appear on the ECF system of related Motions. THE FEDERAI PLAINTIFFS? MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION TO DISMISS FILED BY TARIK HA.* Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(Feldman, Elliot) (Entered: 12/14/2004) |
| .5/2004 | 576 | STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINTS (this document relates to 02cv6977); that I Abdullah M. Al−Turki and Dr. Adnan Basha shall have 45 days from the date on which the Court decides the pendin to dismiss of Dr. Al−Turki and Hamad Al−Husaini in Burnett, 03cv9849, to move to dismiss, or answer, the operativ in Ashton. If Dr. Al−Turki and Dr. Basha move to dismiss the operative complaint in Ashton, it is agreed that plaintif oppositions shall be served within 45 days of service of the motion. Defendants' reply briefs shall be served within 45 service of plaintiffs' oppositions. (Signed by Judge Richard C. Casey on 12/14/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC(kkc, ) (Entered: 12/15/2004) |
| .5/2004 | 577 | STIPULATION AND ORDER (this document relates to 04cv7065); regarding setting schedule for Prince Sultan Bin Al−Saud and Prince Salman Bin Abdulaziz Al−Saud to respond to the First Amended Complaint, as further set forth Stipulation. (Signed by Judge Richard C. Casey on 12/14/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−07065−RCC(kkc, ) (Entered: 12/15/2004) |

| | | |
|---|---|---|
| .5/2004 | 578 | RICO STATEMENT *Applicable to National Commerical Bank ("NCB") and NCB's Entites*. Document filed by Estat P.O'Neill, Sr., Carol O'Neill, Christine Irene O'Neill, Dorothy A. O'Neill, John Patrick O'Neill Jr..(Goldman, Jerry) (E 12/15/2004) |
| .5/2004 | 579 | RICO STATEMENT *Applicable to Saudi Joint Committee for Relief of Kosovo and Chechnya*. Document filed by Fe Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit)(Feldman, Elliot) (Entered: 12/15/2004) |
| .5/2004 | 580 | REPLY MEMORANDUM OF LAW in Support re: 410 MOTION to Dismiss *the Federal Insurance First Amended* Document filed by Saudi American Bank. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05493−R( 1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−06105−RCC,1:04−cv−07065−RCC(W Henry) (Entered: 12/15/2004) |
| .6/2004 | 581 | MOTION for Extension of Time / *Consent Motion and Stipulation as to Service of Process and Extension of Time*. D filed by Islamic Investment Company of the Gulf (Sharjah). (McGuire, James) (Entered: 12/16/2004) |
| .6/2004 | 582 | RICO STATEMENT *Applicable to Al−Haramain Islamic Foundation, Inc., et al.*. Document filed by Estate of John Sr., Carol O'Neill, Christine Irene O'Neill, Dorothy A. O'Neill, John Patrick O'Neill Jr..(Goldman, Jerry) (Entered: 12 |
| .7/2004 | 583 | NOTICE of Plaintiffs' More Definite Statement and Supplemental Pleading Adding Certain Defendants. Document fi Estate of John P.O'Neill, Sr., Carol O'Neill, Christine Irene O'Neill, Dorothy A. O'Neill, John Patrick O'Neill Jr.. (Go Jerry) (Entered: 12/17/2004) |
| .7/2004 | 584 | RICO STATEMENT *Applicable to Al Rajhi Banking and Investment Corporation*. Document filed by Cantor Fitzger Port Authority of New York & New Jersey.(Saiontz, Stacey) (Entered: 12/17/2004) |
| .7/2004 | 585 | RICO STATEMENT *Applicable to Al Haramain (Oregon & Missouri), Al Haramain Foundation, Al Haramain Fou (Bosnia), Al Haramain Foundation (Indonesia), Al Haramain Foundation (Pakistan), Al Haramain Foundation (Som Haramain Foundation (Tanzania), Al Haramain Foundation, Inc., Al Haramain Islamic Foundation, Al Haramain Is Foundation, Inc., Al Haramayn Foundation (Kenya), and Vazir*. Document filed by Cantor Fitzgerald & Co., Port Au New York & New Jersey.(Saiontz, Stacey) (Entered: 12/17/2004) |
| .7/2004 | 586 | RICO STATEMENT *Applicable Al−Rajhi Banking and Investment Corporation a/k/a Al Rajhi Bank*. Document filec of John P.O'Neill, Sr., Carol O'Neill, Christine Irene O'Neill, Dorothy A. O'Neill, John Patrick O'Neill Jr..(Goldman, (Entered: 12/17/2004) |
| 20/2004 | 587 | REPLY MEMORANDUM OF LAW in Support re: 302 MOTION to Dismiss *Burnett (DC)*., 299 MOTION to Dism Document filed by Yousef Jameel. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05493−R( 1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−06105−RCC,1:04−cv−07065−RCC, 1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Caruso, Kenneth) (Entere 12/20/2004) |
| 20/2004 | 588 | DECLARATION of Kenneth A. Caruso in Support re: 302 MOTION to Dismiss *Burnett (DC)*., 299 MOTION to Dis Document filed by Yousef Jameel. (Attachments: # 1 Exhibit A and B# 2 Exhibit C part 1# 3 Exhibit Exhibit C part 2 Exhibit D E And F# 5 Exhibit G and H# 6 Exhibit I part 1# 7 Exhibit I part 2)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05493−R( 1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−06105−RCC,1:04−cv−07065−RCC, 1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Caruso, Kenneth) (Entere 12/20/2004) |
| 20/2004 | 589 | STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL (this document relates to 03cv9849, 03cv5738, that Hunton & Williams LLP is substituted for McDermott Will & Emery LLP as counsel for defendant Yassin Abdu (Signed by Judge Richard C. Casey on 12/20/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−05738−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 12/21/2( |
| 21/2004 | 590 | REPLY MEMORANDUM OF LAW in Support re: 489 MOTION to Dismiss *Notice of Motion to Dismiss*.. Docume Islamic Investment Company of the Gulf (Sharjah). Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(McGuire, James) (Entered: 12/21/2004) |
| 22/2004 | 591 | ENDORSED LETTER (this document relates to 03cv6978) addressed to Judge Richard C. Casey from Sean P. Carte 12/10/2004; granting counsel's application for an extension of the deadline for effecting service via publication up to including 3/1/2005. (Signed by Judge Richard C. Casey on 12/21/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(kkc, ) (Entered: 12/22/2004) |

| | | |
|---|---|---|
| 22/2004 | 592 | MEMO−ENDORSEMENT ON MOTION TO ADMIT ATTORNEY PRO HAC VICE. Attorney Bonnie K. Arthur f Abdullah Kadi admitted Pro Hac Vice. (Signed by Judge Richard C. Casey on 12/20/2004) Filed In Associated Cases 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−05738−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 12/22/20 |
| 22/2004 | 596 | MEMO ENDORSEMENT ON MOTION ADMITTING ATTORNEY PRO HAC VICE. Attorney Kenneth L. Adam Fitzgerald & Co. admitted Pro Hac Vice. (Signed by Judge Richard C. Casey on 12/20/2004) Filed In Associated Cas 1:03−md−01570−RCC,1:04−cv−07065−RCC(kkc, ) (Entered: 12/29/2004) |
| 28/2004 | 593 | RICO STATEMENT *Applicable to Adel Abdul Jalil Batterjee*. Document filed by Federal Insurance Company et al., (Attachments: # 1 Exhibit Attachment to Exhibit A# 2 Exhibit Exhibit B)(Feldman, Elliot) (Entered: 12/28/2004) |
| 29/2004 | 594 | RICO STATEMENT *APPLICABLE TO WORLD ASSEMBLY OF MUSLIM YOUTH*. Document filed by Federal Insu Company et al., Plaintiffs. (Attachments: # 1 Exhibit)(Feldman, Elliot) (Entered: 12/29/2004) |
| 29/2004 | 595 | RICO STATEMENT *APPLICABLE TO ABDUL RAHMAN KHALED BIN MAHFOUZ*. Document filed by Federal In Company et al., Plaintiffs. (Attachments: # 1 Exhibit Attachment 1 to Exhibit A# 2 Exhibit B)(Feldman, Elliot) (Ente 12/29/2004) |
| 29/2004 | 597 | RICO STATEMENT *Applicable to World Assembly of Muslim Youth, et al ("WAMY")*. Document filed by Estate of J P.O'Neill, Sr..(Mac Neill, Gina) (Entered: 12/29/2004) |
| 30/2004 | 619 | SECOND AMENDED COMPLAINT (this document relates to 04cv1076) against Saad Bin Laden, The Taliban, Est Muhammad Atef, Abu Musab Zarqawi, Muhammad Omar, Islamic Republic of Iran, Iranian Ministry of Intelligence Security ("MOIS"), Imad Mughniyeh, Al−Gammaah Al Islamiah, Nascoservice S.R.L., Nasreddin Foundation, Nada International Anstalt, Nasreddin Group International Holding Limited, Nascotex S.A., Akida Bank Private Limited, Y Nada & CO., Nasreddin Company Nasco Sas Di Ahmed Idris Nassneddin Ec, Al Taqwa Trade Property and Industry Limited, Akida Investment Co. LTD., Nasco Nasreddin Holdings,A.S., Nasreddin International Limited Group, Asba Hezbollah, Sayf Al−Adl, Abu Hafs The Mauritanian, Abu Zubaydah, Khalid Shaikh Mohammed, Armand Albert Fri Huber, John Does, Al Qaeda Islamic Agency, Al−Jaezeera News Agency, Mohammed Jasmin Al−Ali, Schreiber & Z Frank Zindel, Engelbert Schreiber, Engelbert Schreiber, Jr, Sercor Treuhand Anstalt, Muslim Brotherhood − Syrian B Muslim Brotherhood − Egyptian Branch, Muslim Brotherhood − Jordanian Branch, Muslim Brotherhood − Kuwaiti B Muslim Brotherhood − Iraqi Branch, Barzan E−Tikriti, Metalor, Banca Del Gottardo, Estate of Mohammed Atta, Est Fayez Ahmed, Estate of Ahmed Al−Ghamdi, Estate of Hamza Al−Ghamdi, Estate of Marwan Al−Shehhi, Estate of M Al−Shehri, Estate of Khalid Al−Midhar, Estate of Salem Al−Hazmi, Estate of Hani Hanjour, Estate of Saeed Al Gham of Ahmed Ibrahim A. Al Haznawi, Estate of Ahmed Al Nami, Estate of Ziad Samir Jarrah, Egyptian Islamic Jihad, O Laden, Abu Abdul Rahman, Estate of Satam Al−Suqami, Estate of Waleed Al−Shehri, Estate of Wail Al−Shehri, Est Nawaf Al−Hazmi, Estate of Majed Moqued, Zacarias Moussaoui, The Republic of Iraq, Iraqi Intelligence Agency, A Rahman Yasin, Ahmad I. Nasreddin, Al Taqwa Bank, Ali Ghaleb Himmat, Asat Trust Reg., Nada Management Orga S.A., Yousef M. Nada, Yousef M. Nada & Co. Gesellschaft M.B.H., Ayman Zawahiri, Hassan Nasrallah, Ayatollah A Hoseini−Khamenei, Ali Fallahian, Iranian Revolutionary Guard Corps (IRGC), Iranian Revolutionary Guard Corps − Force, Mohammad Baqer Zolqadr, Ahmad Vahedi, Hossein Mosleh, Morteza Reza'I, Salah Hajir, Adib Sha'Ban, Mar Wachter, Erwin Wachter, Sercor Treuhand Anstalt, Nasco Business Residence, Centersas Di Nasreddin Ahmed Idris EC.Document filed by Estate of John P.O'Neill, Sr., John Patrick O'Neill, Jr, Christine Irene O'Neill, Carol O'Neill, D O'Neill.(kkc, ) (Entered: 01/10/2005) |
| 30/2004 | 620 | SECOND AMENDED COMPLAINT (this document relates to 04cv1923) against Al Baraka Investment and Develo Corporation, Faisal Islamic Bank, Al Barakaat Exchange LLC, Success Foundation, Inc., Hassan A.A. Bahfzallah, Ra Al−Haramain Islamic Foundation, Inc., Enaam Mahmoud Arnaout, Mazin M.H. Bahareth, Shahir Abdulraoof Batterj Abdullah Kamel, Mohammed Al Faisal Al Saud, Khalid Sulaiman Al−Rajhi, Tadamon Islamic Bank, Al−Rajhi Bank Investment Corp., SNCB Corporate Finance Ltd., International Islamic Relief Organization(IIRO), Dar Al Maal Al Is Shamal Islamic Bank, Al Tawqwa Trade, Property and Industry Company Limited, Nascoservice S.R.L., Nasreddin F Nada International Anstalt, Nasreddin Group International Holding Limited, Nascotex S.A., Akida Bank Private Lim Bank, Youssef M. Nada & CO., World Assembly of Muslim Youth, Daral Maal Al Islami Trust, Nasreddin Company Di Ahmed Idris Nassneddin Ec, Akida Investment Co. LTD., Nasco Nasreddin Holdings,A.S., Nasreddin Internationa Group, Nasreddin Ahmed, Bank Al Taqwa Limited, Dubai Islamic Bank, Armand Albert Friedrich Huber, John Does & Zindel, Frank Zindel, Engelbert Schreiber, Engelbert Schreiber, Jr, Martin Watcher, Erwin Watcher, Triple−B Trad Company, Tatex Trading GMBHT, Abdul Matin Tatari, Mohammed Mijed Said, Hamel Al Barakati, Barzan E−Tikri Banca Del Gottardo, Al Taqwa Bank, Ali Ghaleb Himmat, Asat Trust Reg., Benevolence International Foundation, K Mahfouz, Nada Management Organization, S.A., Muslim World League, Muwaffaq Foundation, National Commerci Saar Foundation, Yousef M. Nada, Yousef M. Nada & Co. Gesellschaft M.B.H., Saudi American Bank, Sercor Treuh Anstalt, NAsco Business Residence, Centersas Di Nasreddin Ahmed Idris EC, Counsil on American−Islamic Relatio CAIR (Canada), Yassin Abdullah Al Qadi.Document filed by Estate of John P.O'Neill, Sr., John Patrick O'Neill, Jr, C Irene O'Neill, Carol O'Neill, Dorothy A. O'Neill.(kkc, ) (Entered: 01/10/2005) |
| 03/2005 | 598 | NOTICE of Appearance by William Horace Jeffress, Jr on behalf of Naif Bin Abdulaziz Al Saud (Jeffress, William) 01/03/2005) |

| | | |
|---|---|---|
| )3/2005 | 599 | NOTICE of Appearance by Christopher R. Cooper on behalf of Naif Bin Abdulaziz Al Saud (Cooper, Christopher) (I 01/03/2005) |
| )3/2005 | 600 | NOTICE of Appearance by Jamie Steven Kilberg on behalf of Naif Bin Abdulaziz Al Saud (Kilberg, Jamie) (Enterec 01/03/2005) |
| )3/2005 | 601 | NOTICE of Appearance by Sara Elizabeth Kropf on behalf of Naif Bin Abdulaziz Al Saud (Kropf, Sara) (Entered: 01 |
| )3/2005 | 602 | NOTICE of Plaintiffs' Statement Regarding Delayed Filing of Notice of Addition/Removal of Parties. Document file Burnett Plaintiffs. (Attachments: # 1 Attachment 1# 2 Plaintiffs' December 30, 2004 Addition/Removal of Parties Pur Case Management Order No. 2 and Federal Rule of Civil Procedure 15(d)# 3 Attachment A# 4 Attachment B# 5 Atta 6 Attachment D)(Elsner, Michael) (Entered: 01/03/2005) |
| )3/2005 | 603 | STIPULATION AND ORDER (this document relates to 02cv6977, 03cv9849, 04cv5970, 04cv6105); regarding serv process and extension of time to respond to complaints consolidated under MDL 1570 as to defendant Jamal Barzinji for Jamal Barzinji to answer or otherwise respond to the complaint shall be on or before 3/28/2005. All other deadlin forth in this Stipulation. (Signed by Judge Richard C. Casey on 12/27/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−09849−RCC,1:04−cv−06105−RCC; 04cv5970.(kkc, ) (Enter 01/04/2005) |
| )3/2005 | 604 | STIPULATION AND ORDER (this document relates to 04cv5970, 04cv7279, 04cv6105, 04cv7280); regarding serv process and extension of time to respond to complaints consolidated under MDL 1570 as to defendant Heritage Educ The time for Heritage Education Trust to answer or otherwise respond to the complaint shall be on or before 3/28/20( deadlines are set forth in this Stipulation. (Signed by Judge Richard C. Casey on 12/27/2004) Filed In Associated Cas 1:03−md−01570−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC(kl (Entered: 01/04/2005) |
| )3/2005 | 605 | STIPULATION AND ORDER (this document relates to 02cv6977, 04cv5970, 04cv7279, 04cv6105, 04cv7280); rega service of process and extension of time to respond to complaints consolidated under MDL 1570 as to defendant Gro Corporate, Inc. The time for Grove Corporate, Inc. to answer or otherwise respond to the complaint shall be on or bef 3/28/2005. All other deadlines are set forth in this Stipulation. (Signed by Judge Richard C. Casey on 12/27/2004) Fil Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC,1:04−cv−07279−RCC, 1:04−cv−07280−RCC(kkc, ) (Entered: 01/04/2005) |
| )3/2005 | 606 | STIPULATION AND ORDER (this document relates to 03cv9849, 04cv5970, 04cv7279, 04cv6105, 04cv7280); rega service of process and extension of time to respond to complaints consolidated under MDL 1570 as to defendant Ster Management Group. The time for Sterling Management Group to answer or otherwise respond to the complaint shall before 3/28/2005. All other deadlines are set forth in this Stipulation. (Signed by Judge Richard C. Casey on 12/27/2( In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC,1:04−cv−07279−RCC, 1:04−cv−07280−RCC(kkc, ) (Entered: 01/04/2005) |
| )3/2005 | 607 | STIPULATION AND ORDER (this document relates to 03cv6978); regarding service of process and extension of tin respond to complaints consolidated under MDL 1570 as to defendant Ahmed Totonji. The time for Ahmed Totonji to otherwise respond to the complaint shall be on or before 3/28/2005. All other deadlines are set forth in this Stipulatio by Judge Richard C. Casey on 12/27/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC (Entered: 01/04/2005) |
| )3/2005 | 608 | STIPULATION AND ORDER (this document relates to 03cv6978); regarding service of process and extension of tin respond to complaints consolidated under MDL 1570 as to defendant Mohammed Jaghlit. The time for Mohammed J answer or otherwise respond to the complaint shall be on or before 3/28/2005. All other deadlines are set forth in this Stipulation. (Signed by Judge Richard C. Casey on 12/27/2004) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(kkc, ) (Entered: 01/04/2005) |
| )3/2005 | 609 | STIPULATION AND ORDER (this document relates to 02cv6977, 03cv9849, 04cv5970, 04cv7279, 04cv6105, 04cv regarding service of process and extension of time to respond to complaints consolidated under MDL 1570 as to defe Yunus. The time for Iqbal Yunus to answer or otherwise respond to the complaint shall be on or before 3/28/2005. A deadlines are set forth in this Stipulation. (Signed by Judge Richard C. Casey on 12/27/2004) Filed In Associated Cas 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−09849−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07279−RCC,1:04−cv−07280−RCC(kkc, ) (Entered: 01/04/2005) |
| )3/2005 | 610 | STIPULATION AND ORDER (this document relates to 02cv6977, 03cv9849, 04cv5970, 04cv7279, 04cv6105, 04cv regarding service of process and extension of time to respond to complaints consolidated under MDL 1570 as to defe Yaqub Mirza. The time for M. Yaqub Mirza to answer or otherwise respond to the complaint shall be on or before 3/ All other deadlines are set forth in this Stipulation. (Signed by Judge Richard C. Casey on 12/27/2004) Filed In Asso Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−09849−RCC,1:04−cv−05970−RCC,1:04−cv−06105− 1:04−cv−07279−RCC,1:04−cv−07280−RCC(kkc, ) (Entered: 01/04/2005) |

| | | |
|---|---|---|
| )3/2005 | 611 | STIPULATION AND ORDER (this document relates to 02cv6977, 03cv9849, 04cv5970, 04cv7279, 04cv6105, 04cv regarding service of process and extension of time to respond to complaints consolidated under MDL 1570 as to defe Ahmed Totonji. The time for Ahmed Totonji to answer or otherwise respond to the complaint shall be on or before 3/ All other deadlines are set forth in this Stipulation. (Signed by Judge Richard C. Casey on 12/27/2004) Filed In Asso Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−09849−RCC,1:04−cv−05970−RCC,1:04−cv−06105− 1:04−cv−07279−RCC,1:04−cv−07280−RCC(kkc, ) (Entered: 01/04/2005) |
| )3/2005 | 612 | STIPULATION AND ORDER (this document relates to 02cv6977, 03cv9849, 04cv5970, 04cv7279, 04cv6105, 04cv regarding service of process and extension of time to respond to complaints consolidated under MDL 1570 as to defe Mohammed Jaghlit. The time for Mohammed Jaghlit to answer or otherwise respond to the complaint shall be on or b 3/28/2005. All other deadlines are set forth in this Stipulation. (Signed by Judge Richard C. Casey on 12/27/2004) Fi Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−09849−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07279−RCC,1:04−cv−07280−RCC(kkc, ) (Entered: 01/04/2005) |
| )3/2005 | 613 | STIPULATION AND ORDER (this document relates to 02cv6977, 03cv9849, 04cv5970, 04cv7279, 04cv6105, 04cv regarding service of process and extension of time to respond to complaints consolidated under MDL 1570 as to defe Muhammad Ashraf. The time for Muhammad Ashraf to answer or otherwise respond to the complaint shall be on or b 3/28/2005. All other deadlines are set forth in this Stipulation. (Signed by Judge Richard C. Casey on 12/27/2004) Fi Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−09849−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07279−RCC,1:04−cv−07280−RCC(kkc, ) (Entered: 01/04/2005) |
| )3/2005 | 614 | STIPULATION AND ORDER (this document relates to 03cv6978, 02cv6977, 03cv9849, 04cv7065, 04cv5970, 04cv 04cv6105, 04cv1923, 04cv7280); regarding service of process and extension of time to respond to complaints consol under MDL 1570 as to defendants Al Haramain Islamic Foundation, Inc. (U.S.A.) and Perouz Sedaghaty. The time f Haramain Islamic Foundation, Inc. (U.S.A.) and Perouz Sedaghaty to answer or otherwise respond to the complaint s or before 2/7/2005. All other deadlines are set forth in this Stipulation. (Signed by Judge Richard C. Casey on 12/27/ In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−06978−RCC,1:03−cv−09849−RCC,1:04−cv−01923−RCC, 1:04−cv−05970−RCC,1:04−cv−06105−RCC,1:04−cv−07065−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC(kk (Entered: 01/04/2005) |
| )3/2005 | 615 | STIPULATION AND ORDER (this document relates to 02cv6977, 03cv9849, 04cv5970, 04cv7279, 04cv6105, 04cv regarding service of process and extension of time to respond to complaints consolidated under MDL 1570 as to defe Omar Ashraf. The time for M. Omar Ashraf to answer or otherwise respond to the complaint shall be on or before 3/ other deadlines are set forth in this Stipulation. (Signed by Judge Richard C. Casey on 12/27/2004) Filed In Associat 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−09849−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07279−RCC,1:04−cv−07280−RCC(kkc, ) (Entered: 01/04/2005) |
| )3/2005 | 616 | STIPULATION AND ORDER (this document relates to 03cv9849, 04cv5970, 04cv7279, 04cv6105, 04cv7280); reg service of process and extension of time to respond to complaints consolidated under MDL 1570 as to defendant Ster Charitable Gift Fund. The time for Sterling Charitable Gift Fund to answer or otherwise respond to the complaint sha before 3/28/2005. All other deadlines are set forth in this Stipulation. (Signed by Judge Richard C. Casey on 12/27/2 In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC,1:04−cv−07279−RCC, 1:04−cv−07280−RCC(kkc, ) (Entered: 01/04/2005) |
| )4/2005 | 617 | REPLY MEMORANDUM OF LAW in Support re: 499 MOTION to Dismiss *Notice of Motion to Dismiss*.. Docume DMI Administrative Services S.A.. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(McGui (Entered: 01/04/2005) |
| )5/2005 | 618 | ENDORSED LETTER addressed to Judge Richard C. Casey from Andrea Bierstein dated 12/30/2004; counsel writes response to the letter to the Court from Khurrum Wahid dated 12/29/2004. ENDORSEMENT: The Court disregards Mohammedi's letter of 12/23/2004. The parties are to work out a briefing schedule for a motion to dismiss. (Signed b Richard C. Casey on 1/3/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(kkc, ) (Ente 01/05/2005) |
| .0/2005 | 621 | STIPULATION AND ORDER (this document relates to 04cv6105, 04cv5970); regarding service of process and setti schedule for The National Commercial Bank to respond to The New York Marine and Continental Casualty Complai forth in this Stipulation. (Signed by Judge Richard C. Casey on 1/7/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC(kkc, ) (Entered: 01/10/2005) |
| .0/2005 | 622 | STIPULATION AND ORDER (this document relates to 04cv5970); dismissing defendants SNCB Corporate Finance SNCB Securities, Ltd. (London), and SNCB Securities, Inc. (Delaware), wrongly sued as SNCB Securities Ltd. in N without prejudice, each side to bear their own attorneys' fees, costs, and expenses. (Signed by Judge Richard C. Case 1/7/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−05970−RCC(kkc, ) (Entered: 01/11/2005) |

| | | |
|---|---|---|
| .2/2005 | 623 | MOTION for Donna Sheinbach to Withdraw as Attorney *and Notice of Change of Firm Name and Address*. Docume Ahmed Totonji, Iqbal Yunus, Jamal Barzinji, Mohammed Jaghlit, Mena Corporation, Sterling Management Group, I Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar–Ja Investments, Inc., Reston Investments, Inc., Safa Trust, York Foundation, Sterling Charitable Gift Fund, Muhammad Omar Ashraf, Taha Jaber Al–Alwani, M. Yaqub Mirza. (Beal, Christopher) (Entered: 01/12/2005) |
| .2/2005 | 624 | RICO STATEMENT *(s) Applicable to Prince Sultan Bin Abdulaziz Al Saud and to Prince Salman Bin Abdulaziz Al S* Document filed by Port Authority of New York & New Jersey, Cantor Fitzgerald & Co..(Goodman, Jonathan) (Enter 01/12/2005) |
| .4/2005 | 625 | NOTICE of Appearance by Steven Karl Barentzen on behalf of Ahmed Totonji, Iqbal Yunus, Jamal Barzinji, Mohan Jaghlit, Mena Corporation, Sterling Management Group, Inc., African Muslim Agency, Grove Corporate, Inc., Herita Education Trust, International Institute of Islamic Thought, Mar–Jac Investments, Inc., Reston Investments, Inc., Saf York Foundation, Sterling Charitable Gift Fund, Muhammad Ashraf, M. Omar Ashraf, Taha Jaber Al–Alwani, M. Y (Barentzen, Steven) (Entered: 01/14/2005) |
| .4/2005 | 626 | RICO STATEMENT *Applicable to Dar al Maad al Islami, DMI Administrative Services SA and DMI Trust*. Docume Port Authority of New York & New Jersey, Cantor Fitzgerald & Co..(Goodman, Jonathan) (Entered: 01/14/2005) |
| .4/2005 | 627 | ORDER granting Motion for Donna M. Sheinbach to Withdraw as Attorney. (Signed by Judge Richard C. Casey on Filed In Associated Cases: 1:03–md–01570–RCC,1:02–cv–06977–RCC,1:02–cv–07300–RCC–FM,1:03–cv–05071–RCC,1:03–cv–05493–R 1:03–cv–05738–RCC,1:03–cv–06978–RCC,1:03–cv–07036–RCC,1:03–cv–09848–RCC,1:03–cv–09849–RCC, 1:04–cv–01076–RCC,1:04–cv–01922–RCC,1:04–cv–01923–RCC,1:04–cv–05970–RCC,1:04–cv–06105–RCC, 1:04–cv–07065–RCC,1:04–cv–07216–RCC,1:04–cv–07279–RCC,1:04–cv–07280–RCC,1:04–cv–07281–RCC(kk (Entered: 01/14/2005) |
| .4/2005 | 628 | RICO STATEMENT *APPLICABLE TO DAR AL MAAL AL ISLAMI TRUST*. Document filed by Federal Insurance C al., Plaintiffs. (Attachments: # 1 Exhibit B)(Feldman, Elliot) (Entered: 01/14/2005) |
| .4/2005 | 629 | RICO STATEMENT *APPLICABLE TO THE SAUDI ARABIAN RED CRESCENT SOCIETY and ABDUL RAHMAN SWAILEM*. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit B)(Feldman, E (Entered: 01/14/2005) |
| .4/2005 | 630 | RICO STATEMENT *Applicable to Dar Al Maal Al Islami referring to and including Dar al Maal Al Islami Adminis Services, SA and Dar al Maal al Islami Trust*. Document filed by Estate of John P.O'Neill, Sr..(Mac Neill, Gina) (Ent 01/14/2005) |
| .7/2005 | 631 | MOTION to Dismiss *& Memorandum of Law in Support of Motion to Dismiss of the Saudi Joint Relief Committee*. D filed by Saudi Joint Relief Committee. (Attachments: # 1 Memorandum of Law in Support of Motion to Dismiss of t Joint Relief Committee# 2 Declaration of Dr. Adbulrahman A. Al–Suwailem# 3 Exhibit A to Al–Suwailem Declarat Exhibit B to Al–Suwailem Declaration# 5 Exhibit C to Al–Suwailem Declaration# 6 Exhibit D to Al–Suwailem Dec Exhibit E to Al–Suwailem Declaration# 8 Exhibit F to Al–Suwailem Declaration# 9 Declaration of Hassan M. S. Ma Text of Proposed Order)(Hansen, Mark) (Entered: 01/17/2005) |
| .8/2005 | 632 | OPINION and ORDER #91124 (this document relates to 02cv6977, 02cv7300, 03cv5071, 03cv5738, 03cv6978, 03cv 03cv8591, 03cv9849); that for the reasons set forth in this Opinion and Order, Prince Sultan bin Abdulaziz Al–Saud's dismiss the Burnett, Ashton, Tremsky, Salvo, Barrera, and Federal Insurance complaints for lack of subject matter an jurisdiction are granted. Prince Turki Al–Faisal bin Abdulaziz Al–Saud's motions to dismiss the Burnett, Ashton, Tre Salvo, Barrera, and Federal insurance complaints for lack of subject matter and personal jurisdiction are granted. The of Saudi Arabia's motion to dismiss the Federal Insurance and Vigilant Insurance complaint for lack of subject matte jurisdiction are granted. Prince Mohamed Al–Faisal Al–Saud's motions to dismiss the Ashton and Federal Insurance for lack of personal jurisdiction are granted. Mohammad Abdullah Aljomaih's motion to dismiss the Burnett complai of personal jurisdiction is granted. Sheikh Hamad al Husani's motion to dismiss the Burnett complaint for lack of pers jurisdiction is granted. Abdulrahman bin Mahfouz's motion to dismiss the Burnett complaint for lack of personal juris granted. Tariq, Omar and Bakr Binladin's motion to dismiss the Burnett complaint for lack of personal jurisdiction is Rajhi Banking & Investment Corporation's motion to dismiss the Burnett complaint for failure to state a claim is gran American Bank's motions to dismiss the Burnett and Ashton complaints for failure to state a claim are granted. Arab motions to dismiss the Burnett and Federal Insurance complaints for failure to state a claim are granted. Al Baraka an Abdullah Kamel's motions to dismiss the Burnett and Ashton complaints for failure to state a claim are granted. Natio Commercial Bank's motions to dismiss the Burnett and Ashton complaints for lack of subject matter and personal jur are denied without prejudice. The Burnett and Ashton negligence claims against National Commercial Bank are dism failure to state a claim. The Saudi Binladin Group's motions to dismiss the Burnett and Ashton complaints for lack of jurisdiction and failure to state a claim are denied without prejudice, but the TVPA and negligence claims against SB dismissed. The SAAR Network (African Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, Internati Institute of Islamic Thought, Mar–Jac Investments, Inc., Mena Corporation, Reston Investments, Inc., Safa Trust, Sa Inc., Sterling Charitable Gift Fund, Sterling Management Group, Inc., and York Foundation)'s motion to dismiss the |

| | | |
|---|---|---|
| | | complaint for lack of personal jurisdiction and failure to state a claim is denied without prejudice. The RICO, TVPA, battery, intentional infliction of emotional distress, and negligence claims against the SAAR Network are dismissed. Batterjee's motion to dismiss the Burnett complaint is denied. (Signed by Judge Richard C. Casey on 1/18/2005) File Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 01/18/20 |
| 9/2005 | | CASHIERS OFFICE REMARK on 564 Order Admitting Attorney Pro Hac Vice, in the amount of $25.00, paid on 1 Receipt Number 528131. (kkc, ) (Entered: 01/19/2005) |
| 9/2005 | 633 | MOTION to Dismiss *Voluntarily Dismiss Certain Defendants*. Document filed by Salvo Plaintiffs. (Nolan, Donald) ( 01/19/2005) |
| 21/2005 | 634 | RICO STATEMENT *(s) Applicable to Prince Sultan Bin Abdulaziz Al Saud and Applicable to Prince Salman Bin Ab Saud*. Document filed by Port Authority of New York & New Jersey, Cantor Fitzgerald & Co..(Goodman, Jonathan) 01/21/2005) |
| 24/2005 | 635 | MOTION for E. Michael Bradley to Withdraw as Attorney. Document filed by Khaled Bin Salim Bin Mahfouz, Bakr Laden, Tarek M. Bin Laden, Omar M. Bin Laden, Saudi Binladin Group, Inc.. (Stear, Melissa) (Entered: 01/24/2005) |
| 24/2005 | 636 | ENDORSED LETTER (this document relates to 04cv7065) addressed to Judge Richard C. Casey from Lawrence S. Jonathan M. Goodman dated 1/21/2005; counsel writes to request a proposed briefing schedule on The Saudi High Commission's motion to dismiss, and plaintiffs request permission to file their RICO statement regarding the Saudi H Commission within 30 days of any entry of an Order on this stipulation. ENDORSEMENT: Upon application of cou Saudi High Commission and counsel for plaintiffs in 04−CV−7065, it is hereby ORDERED that the Saudi High Com will respond to the complaint, by responsive pleading or other filing, within 60 days after the date on which this Cou the Saudi High Commission's pending motion to dismiss six of the consolidated cases in this MDL proceeding (Dock 262). If the Saudi High Commission moves to dismiss, plaintiffs' opposition will be due 45 days thereafter, and the S Commission's reply will be due 30 days thereafter. The Court's requirement of a pre−motion conference is hereby wa further ORDERED that plaintiffs will serve and file their RICO statement with respect to the Saudi High Commissio days of the date of this Order. (Signed by Judge Richard C. Casey on 1/24/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−07065−RCC(kkc, ) (Entered: 01/25/2005) |
| 24/2005 | 637 | ENDORSED LETTER addressed to Judge Richard C. Casey from Christopher M. Curran dated 1/5/2005; counsel fo Banking & Investment Corporation writes to request that the Court endorses the briefing schedule outlined in counse 12/30/2004 letter. ENDORSEMENT: The Court has received Al Rajhi's Dec. 30 application & Federal Insurance's re Federal Insurance is to notify the Court by 2/1/2005 how it would be prejudiced by Al Rajhi's application. (Signed by Richard C. Casey on 1/24/2005) (kkc, ) (Entered: 01/25/2005) |
| 25/2005 | 638 | STIPULATION AND ORDER (this document pertains to 04cv1923); regarding service of process and setting schedu Bank to respond to the first amended complaint, as set forth in this Stipulation. (Signed by Judge Richard C. Casey o 1/25/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01923−RCC(kkc, ) (Entered: 01/25/2005) |
| 26/2005 | 639 | ENDORSED LETTER (this document relates to 02cv6977) addressed to Judge Richard C. Casey from Justin T. Gree 12/14/2004; counsel writes to advise that the Ashton plaintiffs will not file an opposition brief to Omar Abdullah Ka to dismiss. ENDORSEMENT: The Clerk of the Court is instructed to remove the motion (docket #571) from the doc 03MD1570. Motion terminated: 571 MOTION to Dismiss filed by Omar Abdullah Kamel. (Signed by Judge Richard on 1/25/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC(kkc, ) (Entered: 01/26/2005) |
| 26/2005 | 640 | STIPULATION AND ORDER (this document relates to 03cv6978); withdrawing certain allegations of the Federal P First Amended Complaint and RICO Statement pertaining to Prince Mohamed Al Faisal Al Saud, as set forth in this (Signed by Judge Richard C. Casey on 1/25/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−0697 ) (Entered: 01/26/2005) |
| 26/2005 | 641 | ENDORSED LETTER (this document relates to 02cv6977) addressed to Judge Richard C. Casey from James P. Krei 1/25/2005; counsel writes to request a conference with the Court to discuss how best to proceed with this litigation fo Court's 1/18/2005 decision. ENDORSEMENT: Before the Court schedules a conference, the Court would like to kno parties' proposals for proceeding with the litigation. The Court is prepared to go forward with the next round of motio Plaintiffs' committee should coordinate with Defense counsel about a schedule to hear those motions and to inform th any other proposals. (Signed by Judge Richard C. Casey on 1/25/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC(kkc, ) (Entered: 01/26/2005) |
| 27/2005 | 642 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Karla J. Letsche for Cherif Sedky admitted Pro Ha (Signed by Judge Richard C. Casey on 1/27/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−06978−RCC,1:03−cv−09849−RCC,1:04−cv−05970−RCC, 1:04−cv−06105−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC(kkc, ) (Entered: 01/27/2005) |

| | | |
|---|---|---|
| 27/2005 | 643 | MOTION to Dismiss *the Claims against defendant Mohammad Abdullad Aljomaih pursuant to Rule 25*. Document fi Mohammad Abdullah Aljomaih. (Attachments: # 1 Text of Proposed Order # 2 Exhibit Attachment A# 3 Exhibit Att B)(Cotroneo, Anthony) (Entered: 01/27/2005) |
| 27/2005 | 644 | STIPULATION AND ORDER (this document relates to 04cv7281); that defendants Riggs National Corporation and Bank, N.A.'s time to respond to the complaint is extended to 3/4/2005. (Signed by Judge Richard C. Casey on 1/27/2 In Associated Cases: 1:03−md−01570−RCC,1:04−cv−07281−RCC(kkc, ) (Entered: 01/27/2005) |
| 27/2005 | 645 | STIPULATION AND ORDER (this document relates to 03cv6978, 02cv6977, 03cv9849, 03cv5738, 04cv7065, 04cv 04cv7279, 04cv6105, 04cv1923, 04cv7280); that plaintiffs pursuing claims for relief under the RICO Act shall serve respective RICO Statements concerning the stipulating defendants on or before 3/31/2005. The time for defendants S Abdulaziz Al Rajhi, Abdullah Sulaiman Al Rajhi, Omar Sulaiman Al Rajhi, Khalid Sulaiman Al Rajhi, and Saleh Ab Rajhi to answer or otherwise respond to the complaint in each of the cases in which they are defendants, shall be on c 4/29/2005. All other agreements are set forth in this Stipulation. (Signed by Judge Richard C. Casey on 1/27/2005) Fi Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−09849−RCC, 1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC,1:04−cv−07065−RCC,1:04−cv−07279−RCC, 1:04−cv−07280−RCC(kkc, ) (Entered: 01/27/2005) |
| 27/2005 | 646 | ENDORSED LETTER addressed to Judge Richard C. Casey from Jodi Westbrook Flowers dated 1/25/2005; counsel request permission from the Court to file an opposition to defendant pro se Yeslam Bin Laden's motion to dismiss. ENDORSEMENT: Application granted. Please provide briefing schedule to the Court & defendant. (Signed by Judge C. Casey on 1/27/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−09849−R (Entered: 01/27/2005) |
| 28/2005 | 647 | RICO STATEMENT *APPLICABLE TO SHERIF SEDKY*. Document filed by Federal Insurance Company et al., Plai (Attachments: # 1 Exhibit)(Feldman, Elliot) (Entered: 01/28/2005) |
| 31/2005 | 649 | MOTION (FILED ON SERVICE DATE) for Thomas M. Melsheimer, Matthew E. Yarbrough, and John M. Helms to Pro Hac Vice as counsel for defendants Sulaiman Bin Abdul Aziz Al Rajhi, Saleh Abdul Aziz Al Rajhi, Abdullah Sa Al−Rajhi, Khalid Sulaiman Al−Rajhi, and Omar Sulaiman Al−Rajhi. Document filed by Sulaiman Bin Abdul Aziz A Saleh Abdul Aziz Al Rajhi, Abdullah Salaiman Al−Rajhi, Khalid Sulaiman Al−Rajhi, Omar Sulaiman Al−Rajhi. (kk (Entered: 02/02/2005) |
| 01/2005 | 648 | MOTION for Reconsideration re; 632 Memorandum & Opinion,,,,,,,,,,,, *Notice of Motion for Reconsideration*. Docu by National Commercial Bank. (Attachments: # 1 Memorandum of Law in Support# 2 Certificate of Service)(Liebma (Entered: 02/01/2005) |
| 04/2005 | 650 | MEMORANDUM OF LAW in Opposition re: 443 MOTION to Dismiss. *THE FEDERAL PLAINTIFFS? MEMORA LAW IN OPPOSITION TO THE MOTION TO DISMISS FILED BY ABDULRAHMAN ALAMOUDI*. Document filed Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(Feldm (Entered: 02/04/2005) |
| 04/2005 | 651 | AFFIDAVIT of Sean P. Carter in Opposition re: 443 MOTION to Dismiss.. Document filed by Federal Insurance Co al., Plaintiffs. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibi 8 Exhibit 7 (part 2)# 9 Exhibit 7 (part 3)# 10 Exhibit 7 (part 4)# 11 Exhibit 7 (part 5))Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(Feldman, Elliot) (Entered: 02/04/2005) |
| 07/2005 | 652 | NOTICE of Voluntary Dismissal (this document relates to 04cv5970); that plaintiffs voluntarily dismiss without prej claims in 04cv5970 against defendants International Development Foundation, Mohammed Salim bin Mahfouz, and Economic and Development Company. All parties will bear their own attorneys' fees, costs, and expenses. (Signed by Richard C. Casey on 2/7/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−05970−RCC(kkc, ) (Ente 02/07/2005) |
| 07/2005 | 653 | ENDORSED LETTER (this document relates to 03cv6978) addressed to Judge Richard C. Casey from Sean P. Carte 1/31/2005; the Federal Insurance plaintiffs consent to the briefing schedule proposed in Al Rajhi Banking & Investm Corporation's 12/30/2004 letter motion. So Ordered. (Signed by Judge Richard C. Casey on 2/7/2005) Filed In Assoc 1:03−md−01570−RCC,1:03−cv−06978−RCC(kkc, ) (Entered: 02/07/2005) |
| 07/2005 | 654 | MOTION to Dismiss *the Consolidated Personal Injury Plaintiffs (Ashton, Burnett, O'Neill, Salvo, and Tremsky)*. Doc by Al Haramain Islamic Foundation, Inc.. (Attachments: # 1 Affidavit # 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exh Text of Proposed Order)(Kabat, Alan) (Entered: 02/07/2005) |
| 07/2005 | 655 | MOTION to Dismiss *the Consolidated Personal Injury Complaints (Ashton, Burnett, Salvo, and Tremsky)*. Documen Perouz Seda Ghaty. (Attachments: # 1 Affidavit # 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Text of Prop Order)(Kabat, Alan) (Entered: 02/07/2005) |

| | | |
|---|---|---|
| )7/2005 | 656 | MOTION to Dismiss *the Consolidated Property Damage and Insurance Complaints (Cantor Fitzgerald, Continental Euro Brokers, Federal Insurance, NY Marine, and World Trade Center Properties)*. Document filed by Al Haramain Foundation, Inc.. (Attachments: # 1 Affidavit # 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5# 7 Te Proposed Order)(Kabat, Alan) (Entered: 02/07/2005) |
| )7/2005 | 658 | NOTICE of Voluntary Dismissal (this document relates to 04cv5970); that plaintiffs voluntarily dismiss without prej claims in 04cv5970 against defendants Abdulaziz Bin Hamad Al Gosaibi, Khalil A. Kordi, and Rashid M. Al Romaiz parties will bear their own attorneys' fees, costs, and expenses. (Signed by Judge Richard C. Casey on 2/7/2005) Filed Associated Cases: 1:03−md−01570−RCC,1:04−cv−05970−RCC(kkc, ) (Entered: 02/08/2005) |
| )8/2005 | 657 | MOTION to Dismiss *the Consolidated Property Damage and Insurance Complaints (Continental Casualty, Euro Br Federal Insurance, NY Marine, and World Trade Center Properties)*. Document filed by Perouz Seda Ghaty. (Attach Affidavit # 2 Exhibit 1# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5# 7 Text of Proposed Order)(Kabat, Alan) 02/08/2005) |
| )9/2005 | 659 | ENDORSED LETTER (this document relates to 02cv6977, 03cv9849) addressed to Judge Richard C. Casey from Ja Hanson dated 2/4/2005; counsel writes in response to the 2/3/2005 letter to the Court from Mr. Kaplan of Motley Ric ENDORSEMENT: The Court has reviewed the 1/27/2005 + 2/3/2005 letters from Motley Rice and the 1/31/2005 + 2 letters from DLA Piper Rudnick Gray Cary. Due to clerical oversight, the Court did not specifically consider the men support of the motions to dismiss the Burnett complaint by African Muslim Agency, Grove Corporate, Heritage Educ International Institute of Islamic Thought, Mar Jac Investments, Reston Investments, SAFA Trust, or York Foundatio completed its 1/18/2005 Order. Similarly, it did not consider the memorandum in support of the motion to dismiss th complaint by International Institute of Islamic Thought. Unless the Court notifies the parties otherwise, it will resolve motions without further briefing or oral argument. (Signed by Judge Richard C. Casey on 2/8/2005) Filed In Associat 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 02/09/2005) |
| )9/2005 | 660 | STIPULATION AND ORDER (this document relates to 04cv7065); that plaintiffs agree to extend the time for defen International Islamic Relief Organization, Saleh Abdullah Kamel, Al Baraka Investment and Development Corporati Al Baraka Group LLC, and the Muslim World League to move answer, or otherwise respond to the complaint until 1 (Signed by Judge Richard C. Casey on 2/8/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−07065− ) (Entered: 02/09/2005) |
| )9/2005 | 661 | RICO STATEMENT *Applicable to the ingdom of Saudi Arabia*. Document filed by Estate of John P.O'Neill, Sr.. (At # 1 Exhibit B)(Mac Neill, Gina) (Entered: 02/09/2005) |
| )9/2005 | 662 | RICO STATEMENT *Applicable to the Directorate of Intelligence for the Kingdom of Saudi Arabia*. Document filed of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 02/09/2005) |
| )9/2005 | 663 | RICO STATEMENT *Applicable to the General Staff of the Kingdom of Saudi Arabia*. Document filed by Estate of Jo P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 02/09/2005) |
| )9/2005 | 664 | RICO STATEMENT *Applicable to the Intelligence Section (G−2) for the Kingdom of Saudi Arabia*. Document filed of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 02/09/2005) |
| )9/2005 | 665 | RICO STATEMENT *Applicable to the Ministry of State for Internal Affairs for the Kingdom of Saudi Arabia*. Docum by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 02/09/2005) |
| )9/2005 | 666 | RICO STATEMENT *Applicable to the Ministry of Interior for the Kingdom of Saudi Arabia*. Document filed by Esta P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 02/09/2005) |
| )9/2005 | 667 | RICO STATEMENT *Applicable to the Saudi Committee for the Support of the Intifada for Kingdom of Saudi Arabia* filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 02/09/2005) |
| )9/2005 | 668 | RICO STATEMENT *Applicable to the Supreme Council of Islamic Affairs for the Kingdom of Saudi Arabia*. Docum Estate of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 02/09/2005) |
| )9/2005 | 669 | RICO STATEMENT *Applicable to the COuncil of Ministers for the Kingdom of Saudi Arabia*. Document filed by Es P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 02/09/2005) |
| )9/2005 | 670 | RICO STATEMENT *Applicable to the Special Committee of the Council of Ministers for the Kingdom of Saudi Arab* Document filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 02/09/2005 |
| )9/2005 | 671 | ENDORSED LETTER (this document relates to 04cv1922, 04cv1923, 04cv1076) addressed to Judge Richard C. Cas Jerry S. Goldman & Gina M. MacNeill dated 2/4/2005; counsel writes to request a 120 day extension of time to effec service in 04cv1922, 04cv1923 & 04cv1076. ENDORSEMENT: Application granted. Final 120 day extension for se (Signed by Judge Richard C. Casey on 2/9/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC(kkc, ) (Entered: 02/10/2 |

| | | |
|---|---|---|
| )9/2005 | 672 | ENDORSED LETTER (this document relates to 03cv9849) addressed to Judge Richard C. Casey from Jodi Westbro dated 2/8/2005; granting counsel's request that plaintiffs' response to Yeslam bin Laden's motion to dismiss be due 3/ and any reply by Yeslam bin Laden be due 5/2/2005. (Signed by Judge Richard C. Casey on 2/9/2005) Filed In Asso Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 02/10/2005) |
| )9/2005 | 673 | ENDORSED LETTER addressed to Judge Richard C. Casey from Jodi Westbrook Flowers dated 2/8/2005; granting request for an extension of time for the plaintiffs to respond to National Commercial Bank's motion to reconsider, ma plaintiffs' response due 2/21/2005. (Signed by Judge Richard C. Casey on 2/9/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 02/10/2005) |
| .0/2005 | 674 | CERTIFICATE OF SERVICE of RICO Statements served on all Counsel of Record on February 9, 2005. Document Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05493−R 1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC, 1:03−cv−09849−RCC,1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC, 1:04−cv−06105−RCC,1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC, 1:04−cv−07281−RCC(Mac Neill, Gina) (Entered: 02/10/2005) |
| .0/2005 | 675 | RICO STATEMENT *Applicable to Faisal Islamic Bank (Sudan)*. Document filed by Port Authority of New York & Cantor Fitzgerald & Co..(Goodman, Jonathan) (Entered: 02/10/2005) |
| .0/2005 | 676 | NOTICE of Notice of Filing Corrected Exhibit to Affirmation of Sean P. Carter in Opposition to Abdulrahman Alam Motion to Dismiss re: 651 Affidavit in Opposition to Motion,. Document filed by Federal Insurance Company et al., (Attachments: # 1 Exhibit A# 2 Exhibit B)(Feldman, Elliot) (Entered: 02/10/2005) |
| .0/2005 | 677 | RICO STATEMENT *Applicable to Faisal Islamic Bank − Sudan a/k/a Faysal Islamic Bank − Sudan a/k/a Faisal Isl a/k/a Faysal Islamic Bank*. Document filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, (Entered: 02/10/2005) |
| .1/2005 | 678 | RICO STATEMENT *ABDULLAH SALIM BAHAMDAN*. Document filed by Federal Insurance Company et al., Plain (Attachments: # 1 Exhibit B)(Feldman, Elliot) (Entered: 02/11/2005) |
| .4/2005 | 679 | MOTION to Dismiss for Lack of Jurisdiction *and Failure to State a Claim*. Document filed by Islamic Investment C the Gulf (Sharjah). (Attachments: # 1 Memorandum of Law)(McGuire, James) (Entered: 02/14/2005) |
| .5/2005 | 680 | STIPULATION AND ORDER (this document relates to 04cv6105); regarding service of process and extension of ti defendant Islamic Investment Company of the Gulf (Sharjah), as set forth in this Stipulation. (Signed by Judge Richa on 2/15/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−06105−RCC(kkc, ) (Entered: 02/16/2005) |
| .5/2005 | 681 | STIPULATION AND ORDER (this document relates to 04cv7065); withdrawing certain allegations of plaintiffs' firs complaint as to defendant Prince Mohamed Al Faisal Al Saud, as set forth in this Stipulation. (Signed by Judge Richa Casey on 2/15/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−07065−RCC(kkc, ) (Entered: 02/16 |
| .5/2005 | 682 | STIPULATION AND ORDER (this document relates to 04cv5970); that plaintiffs' response to Islamic Investment C the Gulf (Sharjah)'s responsive pleading, if any, shall be served within 45 days of receipt of same from defendant's c that Islamic Investment Company of the Gulf (Sharjah) shall file reply papers within 30 days of receipt of plaintiffs' papers, if any. (Signed by Judge Richard C. Casey on 2/15/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−05970−RCC(kkc, ) (Entered: 02/16/2005) |
| .7/2005 | 683 | WAIVER OF SERVICE RETURNED EXECUTED Document filed by Estate of John P.O'Neill, Sr., John Patrick O' Christine Irene O'Neill, Carol O'Neill, Dorothy A. O'Neill. Mohammed Al Faisal Al Saud waiver sent on 1/5/2005, a 3/7/2005. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01923−RCC(Goldman, Jerry) (Entered: 02/17 |
| .7/2005 | 684 | STIPULATION AND ORDER (this document relates to 04cv1923); regarding service of process and setting schedul Muslim World League a/k/a Rabita Al−Alam Al−Islami a/k/a Islamic World League to respond to the second amend complaint, as set forth in this Stipulation. (Signed by Judge Richard C. Casey on 2/17/2005) Filed In Associated Case 1:03−md−01570−RCC,1:04−cv−01923−RCC(kkc, ) (Entered: 02/18/2005) |
| .7/2005 | 685 | STIPULATION AND ORDER (this document relates to 04cv1923); regarding service of process and setting schedul International Islamic Relief Organization a/k/a Islamic Relief Organization a/k/a International Relief Organization to the second amended complaint, as set forth in this Stipulation. (Signed by Judge Richard C. Casey on 2/17/2005) File Associated Cases: 1:03−md−01570−RCC,1:04−cv−01923−RCC(kkc, ) (Entered: 02/18/2005) |
| .8/2005 | 686 | FIRST MEMORANDUM OF LAW in Opposition re: 648 MOTION for Reconsideration re; 632 Memorandum & Opinion,,,,,,,,,,,, *Notice of Motion for Reconsideration*.. Document filed by Kathleen Ashton. Filed In Associated Cas 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05493−R 1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC, 1:03−cv−09849−RCC,1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC, 1:04−cv−06105−RCC,1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC, |

| | | |
|---|---|---|
| | | 1:04−cv−07281−RCC(Kreindler, James) (Entered: 02/18/2005) |
| 21/2005 | 687 | MEMORANDUM OF LAW in Opposition re: 648 MOTION for Reconsideration re; 632 Memorandum & Opinion,, *Notice of Motion for Reconsideration. Burnett Plaintiffs' Memorandum of Law in Opposition to National Commercia Motion for Reconsideration*. Document filed by Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(Bierstein, Andrea) (Entered: 02/21/2005) |
| 22/2005 | 688 | NOTICE of Voluntary Dismissal (this document relates to 04cv5970); pursuant to Rule 41(a)(1) of the F.R.C.P., plai voluntarily dismiss without prejudice their claims in action 04cv5970 against defendants Prince Bandar bin Sultan bi and Princess Haifa Al−Faisal. All parties will bear their own attorneys' fees, costs, and expenses. (Signed by Judge R Casey on 2/18/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−05970−RCC(kkc, ) (Entered: 02/22 |
| 22/2005 | 689 | NOTICE of Voluntary Dismissal, Pursuant to Rule 41(a)(1) of the F.R.C.P., Plaintiff voluntarily dismiss without prej claims in the above referenced action against defendants Prince Bandar Bin Sultan Bin Abdulaziz and Princess Haifa who have not answered or filed any responsive pleadings. All parties will bear their own attorneys' fees, costs and ex document relates to 04 Civ. 5970 (Rcc). (Signed by Judge Richard C. Casey on 2/18/05) (dt, ) (Entered: 02/23/2005) |
| 23/2005 | 690 | ENDORSED LETTER (this document relates to 04cv6105, 04cv5970, 04cv7065) addressed to Judge Richard C. Cas David H. Fromm, Robert M. Kaplan, Jonathan M. Goodman dated 12/3/2004; counsel writes to request an extension serve all defendants named in actions 04cv6105, 04cv5970 & 04cv7065. ENDORSEMENT: Application granted. Pla 90 additional days from the 120 days after the complaints were filed to effectuate service. (Signed by Judge Richard 2/22/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC,1:04−cv−07065−RCC(kkc, ) (Entered: 02/23/2 |
| 23/2005 | 691 | NOTICE of Voluntary Dismissal (this document relates to 04cv5970); pursuant to Rule 41(a)(1) of the F.R.C.P., plai voluntarily dismiss without prejudice their claims in action 04cv5970 against defendant Saudi Cement Company. All bear their own attorneys' fees, costs, and expenses. (Signed by Judge Richard C. Casey on 2/23/2005) Filed In Associ 1:03−md−01570−RCC,1:04−cv−05970−RCC(kkc, ) (Entered: 02/24/2005) |
| 23/2005 | 692 | NOTICE of Voluntary Dismissal (this document relates to 04cv5970); pursuant to Rule 41(a)(1) of the F.R.C.P., plai voluntarily dismiss without prejudice their claims in action 04cv5970 against defendant Abdulkarim Khaled Uusuf A parties will bear their own attorneys' fees, costs, and expenses. (Signed by Judge Richard C. Casey on 2/23/2005) Fil Associated Cases: 1:03−md−01570−RCC,1:04−cv−05970−RCC(kkc, ) (Entered: 02/24/2005) |
| 23/2005 | 693 | ENDORSED LETTER (this document relates to 03cv9849, 02cv6977) addressed to Judge Richard C. Casey from Ro Liebman dated 2/22/2005; granting counsel's application for an extension of time to 3/7/2005 for The National Comn Bank to file a consolidated reply memorandum in support of its motion for reconsideration. (Signed by Judge Richar on 2/23/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−09849−RCC(kkc, ) 02/24/2005) |
| 24/2005 | 694 | RICO STATEMENT *Appliablce to Arab Bank*. Document filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1)( Gina) (Entered: 02/24/2005) |
| 25/2005 | 695 | RICO STATEMENT *APPLICABLE TO MOHAMMAD ABDULLAH AL JOMAIH*. Document filed by Federal Insura Company et al., Plaintiffs. (Attachments: # 1 Exhibit Exhibit B)(Feldman, Elliot) (Entered: 02/25/2005) |
| 25/2005 | 696 | RICO STATEMENT *APPLICABLE TO AHMAD TOTONJI AND MOHAMMED JAGHLIT*. Document filed by Fede Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit EXHIBIT B)(Feldman, Elliot) (Entered: 02/25/2005) |
| 25/2005 | 697 | RICO STATEMENT *Applicable to Al Haramain Islamic Foundation*. Document filed by Euro Brokers Inc., et al.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Elsner, Michael) (Entered: 02/25/2005) |
| 25/2005 | 698 | RICO STATEMENT *Applicable to Mar−Jac Poultry, African Muslim Agency, Grove Corporate, Inc., Heritage Edu Trust, Inc., International Institute of Islamic Thought, Mar−Jac Investments, Inc., Mena Corporation, Reston Investm Safa Trust, Sterling Charitable Gift Fund, Sterling Management Group, Inc., and York Foundation*. Document filed Brokers Inc., et al.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Elsner, Michael) (Entered: 02/25/2005) |
| 25/2005 | 699 | RICO STATEMENT *Applicable to Taha Jaber Al−Alwani, Muhammed Ashraf, M. Omar Ashraf, Yaqub M. Mirza, I Ahmed Totonji, and Mohammed Jaghlit*. Document filed by Euro Brokers Inc., et al.. (Attachments: # 1 Exhibit A# 2 B)(Elsner, Michael) (Entered: 02/25/2005) |
| 25/2005 | 700 | RICO STATEMENT *Applicable to Al Haramain Islamic Foundation*. Document filed by World Trade Center Prope et al.. (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 02/25/2005) |
| 25/2005 | 701 | RICO STATEMENT *Applicable to Mar−Jac Poultry, African Muslim Agency, Grove Corporate, Inc. Heritage Educ Inc., International Institute of Islamic Thought, Mar−Jac Investments, Inc., Mena Corporation, Reston Investments, Trust, Sterling Charitable Gift Fund, Sterling Management Group, Inc., and York Foundation*. Document filed by W Center Properties LLC, et al.. (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 02/25/2005) |

| | | |
|---|---|---|
| 25/2005 | 702 | RICO STATEMENT *Applicable to Taha Jaber Al−Alwani, Muhammed Ashraf, M. Omar Ashraf, Yaqub M. Mirza, I Ahmed Totonji, and Mohammed Jaghlit*. Document filed by World Trade Center Properties LLC, et al.. (Attachments Exhibit A)(Elsner, Michael) (Entered: 02/25/2005) |
| 28/2005 | 713 | (1) CLERK CERTIFICATE OF MAILING of Summons & Second Amended Complaint mailed to Erwin Wachter at following address: Erwin Wachter Asat Trust Reg., Altenbach 8, 9490 Vaduz, Liechtenstein, on 2/28/05 by Registere RB 632 969 733. (2) CLERK CERTIFICATE OF MAILING of Summons & Second Amended Complaint mailed to Wachter at the following address: Erwin Wachter Treuhand−u. Verwaltungsburo, Altenbach 1, 9490 Vaduz, Liechter 2/28/05 by Registered Mail # RB 632 969 720. (3) CLERK CERTIFICATE OF MAILING of Summons & Second A Complaint mailed to Secor Treuhand Anstalt at the following address: Secor Hreuhand Anstalt, Kirkstrass 39, 9490 V Liechtenstein, on 2/28/05 by Registered Mail # RB 632 969 693. (4) CLERK CERTIFICATE OF MAILING of Sum Second Amended Complaint mailed to Asat Trust Reg. at the following address: Asat Trust Reg., Altenbach 8, 9490 Liechtenstein, on 2/28/05 by Registered Mail # RB 632 969 764. (5) CLERK CERTIFICATE OF MAILING of Sum Second Amended Complaint mailed to Schreiber & Zindel at the following address: Schreiber and Zindel, Treuhand− Krichstrasse 39, FL−9490 Vaduz, Liechtenstein, on 2/28/05 by Registered Mail # RB 632 969 716. (6) CLERK CER OF MAILING of Summons & Second Amended Complaint mailed to Dr. Frank Zindel at the following address: Dr. Zindel, Sonnblickstrasse 7, 9490 Vaduz, Liechtenstein, on 2/28/05 by Registered Mail # RB 632 969 680. (7) CLERI CERTIFICATE OF MAILING of Summons & Second Amended Complaint mailed to Engelbert Schreiber, Jr. at the address: Schreiber and Zindel, Treuhand−Anstalt, Kirchstrasse 39, FL9490 Vaduz, Liechtenstein, on 2/28/05 by Regi # RB 632 969 747. (8) CLERK CERTIFICATE OF MAILING of Summons & Second Amended Complaint mailed t Schreiber at the following address: Engelbert Schreiber, Kirchstr. 39, Privat, 9490 Vaduz, Liechtenstein, on 2/28/05 b Registered Mail # RB 632 969 702. (9) CLERK CERTIFICATE OF MAILING of Summons & Second Amended Co mailed to Engel Bert Schreiber at the following address: Engelbert Schreiber, Schreiber and Zindel, Treuhand−Ansta Kirchstrasse 39, FL−9490 Vaduz, Liechtenstein, on 2/28/05 by Registered Mail # RB 632 969 755. (10) CLERK CERTIFICATE OF MAILING of Summons & Second Amended Complaint mailed to Martin Wachter at the followi Erwin Wachter, Asat Trust Reg., Altenbach 8, 9490 Vaduz, Liechtenstein, on 2/28/05 by Registered Mail # RB 632 9 ) (Entered: 03/07/2005) |
| 28/2005 | 754 | (1) CLERK CERTIFICATE OF MAILING of Summons & Second Amended Complaint mailed to Erwin Wachter at following address: Erwin Wachter Asat Trust Reg., Altenbach 8, 9490 Vaduz, Liechtenstein, on 2/28/05 by Registere RB 632 969 733. (2) CLERK CERTIFICATE OF MAILING of Summons & Second Amended Complaint mailed to Wachter at the following address: Erwin Wachter Treuhand−u. Verwaltungsburo, Altenbach 1, 9490 Vaduz, Liechter 2/28/05 by Registered Mail # RB 632 969 720. (3) CLERK CERTIFICATE OF MAILING of Summons & Second A Complaint mailed to Secor Treuhand Anstalt at the following address: Secor Hreuhand Anstalt, Kirkstrass 39, 9490 V Liechtenstein, on 2/28/05 by Registered Mail # RB 632 969 693. (4) CLERK CERTIFICATE OF MAILING of Sum Second Amended Complaint mailed to Asat Trust Reg. at the following address: Asat Trust Reg., Altenbach 8, 9490 Liechtenstein, on 2/28/05 by Registered Mail # RB 632 969 764. (5) CLERK CERTIFICATE OF MAILING of Sum Second Amended Complaint mailed to Schreiber & Zindel at the following address: Schreiber and Zindel, Treuhand− Krichstrasse 39, FL−9490 Vaduz, Liechtenstein, on 2/28/05 by Registered Mail # RB 632 969 716. (6) CLERK CER OF MAILING of Summons & Second Amended Complaint mailed to Dr. Frank Zindel at the following address: Dr. Zindel, Sonnblickstrasse 7, 9490 Vaduz, Liechtenstein, on 2/28/05 by Registered Mail # RB 632 969 680. (7) CLERI CERTIFICATE OF MAILING of Summons & Second Amended Complaint mailed to Engelbert Schreiber, Jr. at the address: Schreiber and Zindel, Treuhand−Anstalt, Kirchstrasse 39, FL9490 Vaduz, Liechtenstein, on 2/28/05 by Regi # RB 632 969 747. (8) CLERK CERTIFICATE OF MAILING of Summons & Second Amended Complaint mailed t Schreiber at the following address: Engelbert Schreiber, Kirchstr. 39, Privat, 9490 Vaduz, Liechtenstein, on 2/28/05 b Registered Mail # RB 632 969 702. (9) CLERK CERTIFICATE OF MAILING of Summons & Second Amended Co mailed to Engel Bert Schreiber at the following address: Engelbert Schreiber, Schreiber and Zindel, Treuhand−Ansta Kirchstrasse 39, FL−9490 Vaduz, Liechtenstein, on 2/28/05 by Registered Mail # RB 632 969 755. (10) CLERK CERTIFICATE OF MAILING of Summons & Second Amended Complaint mailed to Martin Wachter at the followi Erwin Wachter, Asat Trust Reg., Altenbach 8, 9490 Vaduz, Liechtenstein, on 2/28/05 by Registered Mail # RB 632 9 (ps, ) Additional attachment(s) added on 3/4/2005. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(ps 03/21/2005) |
| 28/2005 | 755 | (1) CLERK CERTIFICATE OF MAILING of Summons & Second Amended Complaint mailed to Erwin Wachter at following address: Erwin Wachter Treuhand−u. Verwaltungsburo, Altenbach 1, 9490 Vaduz, Liechtenstein, on 2/28/( Registered Mail # RB 632 969 781. (2) CLERK CERTIFICATE OF MAILING of Summons & Second Amended Co mailed to Dr. Frank Zindel at the following address: Dr. Frank Zindel, Sonnblickstrasse 7, 9490 Vaduz, Liechtenstei 2/28/05 by Registered Mail # RB 632 969 795. (3) CLERK CERTIFICATE OF MAILING of Summons & Second A Complaint mailed to Engelbert Schreiber at the following address: Engelbert Schreiber, Kirkstrass 39, Privat, 9490 V Liechtenstein, on 2/28/05 by Registered Mail # RB 632 969 804.(4) CLERK CERTIFICATE OF MAILING of Sumr Second Amended Complaint mailed to Schreiber & Zindel at the following address: Schreiber and Zindel, Treuhand− |

| | | |
|---|---|---|
| | | Krichstrasse 39, FL−9490 Vaduz, Liechtenstein, on 2/28/05 by Registered Mail # RB 632 969 818.(5) CLERK CERT OF MAILING of Summons & Second Amended Complaint mailed to Asat Trust Reg. at the following address: Asat Altenbach 8, 9490 Vaduz, Liechtenstein, on 2/28/05 by Registered Mail # RB 632 969 821. (6) CLERK CERTIFICA MAILING of Summons & Second Amended Complaint mailed to Engelbert Schreiber, Jr. at the following address: S and Zindel, Treuhand−Anstalt, Kirchstrasse 39, FL−9490 Vaduz, Liechtenstein, on 2/28/05 by Registered Mail # RB 835. (7) CLERK CERTIFICATE OF MAILING of Summons & Second Amended Complaint mailed to Martin Wach following address: Martin Wachter, Asat Trust Reg., Altenbach 8, 9490 Vaduz, Liechtenstein, on 2/28/05 by Registe RB 632 969 849. (8) CLERK CERTIFICATE OF MAILING of Summons & Second Amended Complaint mailed to Schreiber at the following address: Engelbert Schreiber, Schreiber and Zindel, Truehand−Ansalt, Kirchstr. 39, FL−94 Liechtenstein, on 2/28/05 by Registered Mail # RB 632 969 866. (9) CLERK CERTIFICATE OF MAILING of Sum Second Amended Complaint mailed to Secor Treuhand Anstalt at the following address: Secor Hreuhand Anstalt, Ki 9490 Vaduz, Liechtenstein, on 2/28/05 by Registered Mail # RB 632 969 866(?). (10) CLERK CERTIFICATE OF M Summons & Second Amended Complaint mailed to Erwin Wachter at the following address: Erwin Wachter Asat Tr Altenbach 8, 9490 Vaduz, Liechtenstein, on 2/28/05 by Registered Mail # RB 632 969 870. Filed In Associated Case 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(ps 03/21/2005) |
| 28/2005 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Matin Asat Trust Reg. on 2/28/05 by Registered Mail # RB 632 969 849, RECEIVED ON: 3/14/05. Filed In Associated Ca 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(ps 03/21/2005) |
| 28/2005 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons and Second Amended Complaint mailed to Asat on 2/28/05 by Registered Mail # RB 632 969 821, RECEIVED ON: 3/14/05. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(ps 03/21/2005) |
| 28/2005 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Asat T 2/28/05 by Registered Mail # RB 632 969 764, RECEIVED ON: 3/14/05. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(ps 03/21/2005) |
| 28/2005 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Martin Asat Trust Reg. on 2/28/05 by Registered Mail # RB 632 969 778, RECEIVED ON: 3/14/05. Filed In Associated Ca 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(ps 03/21/2005) |
| 28/2005 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Erwin 2/28/05 by Registered Mail # RB 632 969 781, RECEIVED ON: 3/14/05. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(ps 03/23/2005) |
| 28/2005 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Engelb Schrieber on 2/28/05 by Registered Mail # RB 632 969 804, RECEIVED ON: 3/18/05. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(ps |

| | | |
|---|---|---|
| | | 03/23/2005) |
| 28/2005 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Schreib Zindel on 2/28/05 by Registered Mail # RB 632 969 818, RECEIVED ON: 3/18/05. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(ps 03/23/2005) |
| 28/2005 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Engelb Schrieber, Jr., Schreiber and Zindel on 2/28/05 by Registered Mail # RB 632 969 835, RECEIVED ON: 3/18/05. File Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(ps 03/23/2005) |
| 28/2005 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Secor T Anstalt on 2/28/05 by Registered Mail # RB 632 969 866, RECEIVED ON: 3/14/05. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(ps 03/23/2005) |
| 28/2005 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Engelb Schreiber, Schrieber and Zindel on 2/28/05 by Registered Mail # RB 632 969 852, RECEIVED ON: 3/18/05. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(ps 03/23/2005) |
| 28/2005 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Erwin Asat Trust Reg. on 2/28/05 by Registered Mail # RB 632 969 870, RECEIVED ON: 3/14/05. Filed In Associated Cas 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(ps 03/23/2005) |
| 28/2005 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Erwin 2/28/05 by Registered Mail # RB 632 969 720, RECEIVED ON: 3/14/05. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(ps 03/23/2005) |
| 28/2005 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Secor T Anstalt on 2/28/05 by Registered Mail # RB 632 969 693, RECEIVED ON: 3/14/05. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(ps 03/23/2005) |
| 28/2005 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Engelb Schreiber on 2/28/05 by Registered Mail # RB 632 969 702, RECEIVED ON: 3/18/05. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(ps 03/23/2005) |

| | | |
|---|---|---|
| :28/2005 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Schreib Zindel on 2/28/05 by Registered Mail # RB 632 969 716, RECEIVED ON: 3/18/05. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(ps, 03/23/2005) |
| :28/2005 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Erwin Asat Trust Reg. on 2/28/05 by Registered Mail # RB 632 969 733, RECEIVED ON: 3/14/05. Filed In Associated Ca 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(ps, 03/23/2005) |
| :28/2005 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Engelb Schreiber Jr., Schreiber and Zinel on 2/28/05 by Registered Mail # RB 632 969 747, RECEIVED ON: 3/18/05. Filed Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(ps, 03/23/2005) |
| :28/2005 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Second Amended Complaint mailed to Engelb Schreiber, Schreiber and Zindel on 2/28/05 by Registered Mail # RB 632 969 755, RECEIVED ON: 3/18/05. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(ps, 03/23/2005) |
| )1/2005 | 703 | STIPULATION AND ORDER (this document relates to 04cv6105); that defendant Mohammad Hussein Al Amound until 3/24/2005 to answer or otherwise move against the plaintiff's first amended complaint. (Signed by Judge Richar on 3/1/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−06105−RCC(kkc, ) (Entered: 03/02/2005) |
| )1/2005 | 704 | STIPULATION AND ORDER (this document relates to 04cv1923); regarding service of process and setting schedul Trust to respond to the first amended complaint, as set forth in this Stipulation. (Signed by Judge Richard C. Casey o Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01923−RCC(kkc, ) (Entered: 03/02/2005) |
| )1/2005 | 705 | STIPULATION AND ORDER (this document relates to 03cv6978); that defendant Mohammad Hussein Al Almoudi until 3/24/2005 to answer or otherwise move against the plaintiff's first amended complaint (Signed by Judge Richar on 3/1/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(kkc, ) (Entered: 03/02/2005) |
| )2/2005 | 714 | CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to Air Force Intelligence at the following Force Intelligence c/o Farouk Al−Shara, Foreign Minister of the Syrian Arab Republic, Muhaveen Shora Ave., Dama on 3/2/05 by Registered Mail # RB 632 889 774.(ps, ) (Entered: 03/07/2005) |
| )2/2005 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Complaint mailed to Air Force Intelligence c/o Al−Shara on 3/2/05 by Registered Mail # RB 632 889 774, RECEIVED ON: 3/17/05. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(ps, 04/04/2005) |
| )3/2005 | 706 | ORDER OF DISMISSAL (this document relates to 02cv6977); that plaintiffs' motion to voluntarily dismiss, without the defendants listed in Exhibit A (Al Aqsa Islamic Bank, Al Bir Saudi Organization, Mohammed Omar Al Harazi, A for Investment and Development, Omar bin Laden, Tarek bin Laden, Hamas, Raed Hijazi, Palestine Islamic Jihad, Sa American Bank, Wali Khan Amin Shah) from 02cv6977 be Granted. (Signed by Judge Richard C. Casey on 3/3/2005 Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC(kkc, ) (Entered: 03/04/2005) |
| )3/2005 | 707 | STIPULATION AND ORDER (this document relates to 04cv7065); regarding the schedule for Prince Sultan bin Ab Al−Saud, Prince Salman bin Abdulaziz Al−Saud, Prince Naif bin Abdulaziz Al−Saud, and the Saudi High Commissi respond to the first amended complaint, as set forth in this Stipulation. (Signed by Judge Richard C. Casey on 3/3/20( Associated Cases: 1:03−md−01570−RCC,1:04−cv−07065−RCC(kkc, ) (Entered: 03/04/2005) |

| | | |
|---|---|---|
| )3/2005 | 708 | NOTICE of Voluntary Dismissal (this document relates to 03cv6978); pursuant to Rule 41(a)(1) of the F.R.C.P., plai action 03cv6978 voluntarily dismiss the defendants listed in Exhibit A (Abd Al Samad Al−Ta'Ish, Abdel Barry, Abdu Khaled Uusuf Abdulla, Abdulaziz Bin Hamad, Abrash Company, Abu Abdul Rahman, Abu Sulayman, Afamia, SL, Harbi, Ahmad Salah a/k/a Salim, Ahmed Ali Jumale, Ahmed Zaki Yamani, Al Khaleejia for Export Promotion and M Company, Al−Mustaqbal Group, Arab Cement Company, Ary Group, Bakhsh Hospital, Cobis, Contratas Gioma, Eur Obras, S.A., Garad Jama, Hamad Hussaini, Hani Ramadan, Haydar Mohamad Bin Laden, Ibrahim Bah, Infocus Tech Malaysia, International Development Foundation, Islamic Cultural Center of Geneva, Iss El−Din El Sayed, Lashkar Redayan−E−Islami, Lujain Al−Iman, M.M. Badkook Company for Catgering & Trading, Mohammed Alchurbaji, Mo Bin Faris, Mohammed Nur Rahmi, National Fund for Social Insurance, National Management Consultancy Center, P Y Construcciones Tetuan Pricote, S.A., Proyectos Edispan, Proyectos Y Promociones Iso, Proyectos Y Promociones S.L., Saudi Bin Laden International Company, Saudi Cement Company in Damman, Saudi Economic and Developme Company, Sheikh Abdullah Azzam, Tanzanite King, The Committee for the Defense of Legitimate Rights, Yazid Su Kuala Lumpur Malaysia, Zakat Committee) without prejudice from 03cv6978. (Signed by Judge Richard C. Casey no Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(kkc, ) (Entered: 03/04/2005) |
| )4/2005 | 709 | SERVICE BY PUBLICATION Document filed by All Plaintiffs. Last publication date 01/13/2005. Filed In Associat 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Kr James) (Entered: 03/04/2005) |
| )4/2005 | 710 | RICO STATEMENT *AMENDED RICO STATEMENT APPLICABLE TO AL RAJHI BANKING & INVESTMENT CORPORATION*. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit Exhibit B)(Feldman, Elliot) (Entered: 03/04/2005) |
| )4/2005 | 711 | STIPULATION AND ORDER (this document relates to 02cv6977, 03cv9849, 04cv7065, 04cv5970, 04cv7279, 04cv 04cv6105, 04cv7280); that plaintiffs shall serve their respective RICO Statements concerning Faisal Islamic Bank on 2/11/2005; the time for Faisal Islamic Bank to answer, move against, or otherwise respond to the complaint in each o referred above, shall be on or before 3/14/2005; all other deadlines are set forth in this Stipulation. (Signed by Judge Casey on 3/4/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−09849−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC, 1:04−cv−06105−RCC,1:04−cv−07065−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC(kkc, ) (Entered: 03/07/20 |
| )7/2005 | | CASHIERS OFFICE REMARK on 642 Order Admitting Attorney Pro Hac Vice, in the amount of $25.00, paid on 2/ Receipt Number 533924. (kkc, ) (Entered: 03/07/2005) |
| )7/2005 | 712 | REPLY MEMORANDUM OF LAW in Support re: 648 MOTION for Reconsideration re; 632 Memorandum & Opi *Notice of Motion for Reconsideration*. *Reply Memorandum of The National Commercial Bank in Support of it's Motio Reconsideration*. Document filed by National Commercial Bank. (Attachments: # 1 Certificate of Service)Filed In As Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−057 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Li Ronald) (Entered: 03/07/2005) |
| )7/2005 | 715 | STIPULATION AND ORDER (this document relates to 04cv6105); that plaintiff shall serve its respective RICO Sta concerning Defendants African Muslim Agency, Mar−Jac Investments, Reston Investments, York Foundation, Aradi International Institute of Islamic Thought, Mena Corporation, Safa Trust, and Taha Jaber Al−Alwani, on or before 3/ time for defendants to answer or otherwise respond to the complaint and the first amended complaint in case 04cv610 on or before 3/28/2005. (Signed by Judge Richard C. Casey on 3/4/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−06105−RCC(kkc, ) Modified on 3/8/2005 (kkc, ). (Entered: 03/07/2005) |
| )7/2005 | 716 | RICO STATEMENT *Applicable to Faisal Islamic Bank*. Document filed by World Trade Center Properties LLC, et a (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 03/07/2005) |
| )7/2005 | 717 | RICO STATEMENT *Applicable to Faisal Islamic Bank*. Document filed by Euro Brokers Inc., et al.. (Attachments: # A# 2 Exhibit B)(Elsner, Michael) (Entered: 03/07/2005) |
| )8/2005 | 718 | STIPULATION AND ORDER (this document relates to 04cv1923, 04cv6105, 04cv5970, 04cv7065); regarding setti for The National Commercial Bank to respond to complaints, as set forth in this Stipulation. (Signed by Judge Richar on 3/7/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC,1:04−cv−07065−RCC(kl (Entered: 03/08/2005) |
| .0/2005 | 719 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Adam C. Bonin for Chubb Custom Insurance Comp Chubb Indemnity Insurance Company; Chubb Insurance Company of Canada; Chubb Insurance Company of New Je Northern Insurance Company; Vigilant Insurance Company; Zurich American Insurance Company; American Guara |

| | | |
|---|---|---|
| | | Liability Insurance Company; American Zurich Insurance Company; Assurance Company of America; Colonial Ame Casualty and Surety Insurance Company; Fidelity And Deposit Company of Maryland; Maryland Casualty Company Insurance Company of New York; Steadfast Insurance Company; Valiant Insurance Company; One Beacon Insuranc Company; One Beacon America Insurance Company; American Employers' Insurance Company; The Camden Fire I Association; Homeland Insurance Company of New York; Crum & Forster Indemnity Company; North River Insurar Company; United States Fire Insurance Company; American Alternative Insurance Corporation; Great Lakes Reinsur PLC; The Princeton Excess & Surplus Lines Insurance Company; Amlin Underwriting, Ltd.; Hiscox Dedicated Corp Member, Ltd.; Allstate Insurance Company; Boston Old Colony Insurance Company; Commercial Insurance Compa Newark, N.J.; CNA Casualty of California; Fidelity and Casualty Company of New York; Glens Falls Insurance Con National Ben Franklin Insurance Company of Illinois; Seneca Insurance Company, Inc.; Federal Insurance Company Plaintiffs; Federal Insurance Company et al., Plaintiffs; Federal Insurance Company et al., Plaintiffs; Federal Insuran Company and Pacific Indemnity Company admitted Pro Hac Vice. (Signed by Judge Richard C. Casey on 3/10/2005) Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(kkc, ) (Entered: 03/10/2005) |
| .0/2005 | 720 | RICO STATEMENT *Applicable to Mohammed al Faisal al Saud*. Document filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1)(Mac Neill, Gina) (Entered: 03/10/2005) |
| .1/2005 | 721 | AFFIDAVIT OF SERVICE of Complaint served on Kingdom of Saudi Arabia on 10/18/04. Service was made by Ma Document filed by Estate of John P.O'Neill, Sr., John Patrick O'Neill, Jr, Christine Irene O'Neill, Carol O'Neill, Doro O'Neill. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 10 Exhibit # 11 Exhibit # 12 Exhibit # 13 Exhibit)Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01922−RCC(Goldman, Jerry) (Entered: 03/11/2005) |
| .1/2005 | 722 | STATUS REPORT. *Staus Report letter to Judge Casey* Document filed by All Plaintiffs.(Kreindler, James) (Entered 03/11/2005) |
| .1/2005 | 723 | STATUS REPORT. *Response to Status Report Filed by All Plaintiffs* Document filed by Abdulrahman Bin Khalid B Mohammed Al Faisal Al Saud, Sultan Bin Abdulaziz Al Saud, Bakr M Bin Laden, Tarek M. Bin Laden, Omar M. Bi Sheik Hamad Al−Husaini, Mohammed Bin Abdullah Al−Jomaith, The Kingdom of Saudi Arabia, Prince Turki Al Fa Saud.(Kellogg, Michael) (Entered: 03/11/2005) |
| .4/2005 | 724 | MOTION to Dismiss. Document filed by Sami Omar Al−Hussayen. (Attachments: # 1)(McKay, Scott) (Entered: 03/ |
| .4/2005 | 725 | MOTION to Dismiss. Document filed by Sami Omar Al−Hussayen. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−07279−RCC(McKay, Scott) (Entered: 03/14/2005) |
| .4/2005 | 726 | MEMORANDUM OF LAW in Support re: 725 MOTION to Dismiss.. Document filed by Sami Omar Al−Hussayen. Associated Cases: 1:03−md−01570−RCC,1:04−cv−07279−RCC(McKay, Scott) (Entered: 03/14/2005) |
| .4/2005 | 727 | MOTION to Dismiss. Document filed by Sami Omar Al−Hussayen. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−06105−RCC(McKay, Scott) (Entered: 03/14/2005) |
| .4/2005 | 728 | MEMORANDUM OF LAW in Support re: 727 MOTION to Dismiss.. Document filed by Sami Omar Al−Hussayen. Associated Cases: 1:03−md−01570−RCC,1:04−cv−06105−RCC(McKay, Scott) (Entered: 03/14/2005) |
| .4/2005 | 729 | MOTION to Dismiss. Document filed by Sami Omar Al−Hussayen. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(McKay, Scott) (Entered: 03/14/2005) |
| .4/2005 | 730 | MEMORANDUM OF LAW in Support re: 729 MOTION to Dismiss.. Document filed by Sami Omar Al−Hussayen. Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(McKay, Scott) (Entered: 03/14/2005) |
| .4/2005 | 731 | STATUS REPORT. *Response to Status Report Letter Filed by All Plaintiffs* Document filed by Al Baraka Investmen Development Corporation, Saleh Abdullah Kamel, Al Rajhi Bank, Arab Bank, Saudi American Bank.(Curran, Christ (Entered: 03/14/2005) |
| .4/2005 | 732 | MOTION to Dismiss. Document filed by Sami Omar Al−Hussayen. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC(McKay, Scott) (Entered: 03/14/2005) |
| .4/2005 | 733 | MEMORANDUM OF LAW in Support re: 732 MOTION to Dismiss.. Document filed by Sami Omar Al−Hussayen. Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC(McKay, Scott) (Entered: 03/14/2005) |
| .4/2005 | 734 | NOTICE of Substitution of Attorney. Old Attorney: White & Case LLP, New Attorney: Sheppard Mullin Richter & I LLP, Address: Sheppard Mullin Richter & Hampton LLP, 30 Rockefeller Plaza, 24th Floor, New York, NY, USA 10 212−332−3800. Document filed by DMI Administrative Services S.A.. (McGuire, James) (Entered: 03/14/2005) |
| .6/2005 | 735 | SERVICE BY PUBLICATION Document filed by All Plaintiffs. Last publication date 01/13/2005. Filed In Associat 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, |

| | | |
|---|---|---|
| | | 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Fe Elliot) (Entered: 03/16/2005) |
| 6/2005 | 736 | ENDORSED LETTER(this document relates to 03cv6978) addressed to Judge Richard C. Casey from Sean P. Carter 3/11/2005; granting counsel's application for an extension of the briefing schedule on Saudi Joint Relief Committee f and Chechnya's motion to dismiss as follows: Federal Insurance plaintiffs' opposition due on 3/18/2005; SJRC to file the Federal Insurance plaintiffs' opposition up to and including 4/18/2005. (Signed by Judge Richard C. Casey on 3/1 Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(kkc, ) (Entered: 03/16/2005) |
| 6/2005 | 737 | STIPULATION AND ORDER (this document relates to 02cv6977, 03cv9849, 04cv7065, 04cv5970, 04cv7279, 04cv 04cv6105, 04cv7280); that plaintiff shall serve its respective RICO Statements concerning Faisal Islamic Bank − Sud before 3/21/2005. The time for Faisal Islamic Bank − Sudan to answer or otherwise respond to the complaint in each referenced above shall be on or before 4/20/2005... (Signed by Judge Richard C. Casey on 3/16/2005) Filed In Assoc 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−09849−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC, 1:04−cv−06105−RCC,1:04−cv−07065−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC(kkc, ) (Entered: 03/16/20 |
| 6/2005 | 738 | STIPULATION AND ORDER (this document relates to 02cv6977, 03cv5738, 03cv6978, 03cv9849, 04cv1923, 04cv 04cv6105, 04cv7065, 04cv7279, 04cv7280); the time for defendant Dubai Islamic Bank to answer or otherwise respo complaint in each of the cases referenced above shall be on or before 5/27/2005; plaintiffs shall serve their respective statements concerning Dubai Islamic Bank on or before 4/29/2005... (Signed by Judge Richard C. Casey on 3/16/200 Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−09849−RCC, 1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC,1:04−cv−07065−RCC,1:04−cv−07279−RCC, 1:04−cv−07280−RCC(kkc, ) (Entered: 03/16/2005) |
| 6/2005 | 739 | STIPULATION AND ORDER (this document relates to 04cv7065); amending the briefing schedule for the motions pertaining to Saleh Abdullah Kamel and Al Baraka Investment and Development Corporation. Plaintiffs and defenda stay briefing on the instant motions to dismiss until after the status conference is completed. At that time, plaintiffs ar defendants will file a separate stipulation and proposed order regarding a new briefing schedule. (Signed by Judge Ri Casey on 3/16/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−07065−RCC(kkc, ) (Entered: 03/16 |
| 7/2005 | 740 | STIPULATION AND ORDER (this document relates to 03cv9849); that defendant Mohammad Hussein Al Almoudi until 4/6/2005 to answer or otherwise move against the plaintiffs' amended complaint. (Signed by Judge Richard C. C 3/17/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 03/17/2005) |
| 8/2005 | 741 | NOTICE of of Filing. Document filed by Faisal Islamic Bank. (Attachments: # 1 Exhibit)(Lauro, John) (Entered: 03/ |
| 8/2005 | 742 | RICO STATEMENT − *Amended RICO Statement as to Faisal Islamic Bank*. Document filed by Euro Brokers Inc., e (Attachments: # 1 Exhibit A# 2 Exhibit B)(Elsner, Michael) (Entered: 03/18/2005) |
| 8/2005 | 743 | RICO STATEMENT − *Amended RICO Statement as to Faisal Islamic Bank*. Document filed by World Trade Center LLC, et al.. (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 03/18/2005) |
| 8/2005 | 744 | MEMORANDUM OF LAW in Opposition re: 631 MOTION to Dismiss *& Memorandum of Law in Support of Motio Dismiss of the Saudi Joint Relief Committee. PLAINTIFFS? MEMORANDUM OF LAW IN OPPOSITION TO THE M TO DISMISS OF THE SAUDI JOINT RELIEF COMMITTEE FOR KOSOVO AND CHECHNYA*. Document filed by Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(Feldm (Entered: 03/18/2005) |
| 8/2005 | 745 | AFFIRMATION of Sean P. Carter in Opposition re: 631 MOTION to Dismiss *& Memorandum of Law in Support of Dismiss of the Saudi Joint Relief Committee*.. Document filed by Federal Insurance Company et al., Plaintiffs. (Attacl Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 10# 11 Exhibit 11)Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(Feldman, Elliot) (Entere 03/18/2005) |
| 8/2005 | 746 | STIPULATION AND ORDER (this document relates to 04cv7065); that defendant Dallah Al Baraka Group, LLC's t move, answer or otherwise respond to the complaint is extended until 5/16/2005. (Signed by Judge Richard C. Casey 3/18/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−07065−RCC(kkc, ) (Entered: 03/21/2005) |
| 8/2005 | 747 | AMENDED STIPULATION AND ORDER (this document relates to 02cv6977, 03cv9849, 04cv7065, 04cv5970, 04 04cv1923, 04cv6105, 04cv7280); that plaintiffs shall serve their respective RICO Statements concerning Faisal Islam Sudan on or before 3/28/2005. The time for Faisal Islamic Bank − Sudan to answer or otherwise respond to the comp each of the cases referenced above shall be on or before 4/27/2005... (Signed by Judge Richard C. Casey on 3/18/200 Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−09849−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC, 1:04−cv−06105−RCC,1:04−cv−07065−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC(kkc, ) (Entered: 03/21/20 |

| | | |
|---|---|---|
| .8/2005 | 748 | CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to Edward A. Betancourt, Director of Spe Consular Services, US Dept. of State2100 Pennsylvania Avenue, SA−29−4F, Washington DC 20520 to be sent by di channels to Republic of the Sudan at the following address: Republic of the Sudan Ministry of Foreign Affairs, Dr. M Osman Ismail, PO Box 873, Khartoum, Sudan c/o on 3/18/05 by Certified Mail Receipt # 7001 2410 0002 6964 2625 Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(ps 03/21/2005) |
| .8/2005 | 749 | CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to Edward A. Betancourt, Director of Spe Consular Services, US Dept. of State2100 Pennsylvania Avenue, SA−29−4F, Washington DC 20520 to be sent by di channels to Republic of Iran at the following address: Republic of Iran Ministry of Foreign Affairs, Dr. Seyed Kamal Ebn e Sina Street, Eman Khomeini Square, Tehran Iran on 3/18/05 by Certified Mail # 7002 2410 0002 6964 2595. F Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(ps 03/21/2005) |
| .8/2005 | 750 | CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to Edward A. Betancourt, Director of Spe Consular Services, US Dept. of State2100 Pennsylvania Avenue, SA−29−4F, Washington DC 20520 to be sent by di channels to Republic of Iraq Ministry of Foreign Affairs, Hoshyar Zebab, Karradat Maryam, Baghdad, Iraq on 3/18/0 Certified Mail # 7002 2410 0002 6964 2618. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(ps 03/21/2005) |
| .8/2005 | 751 | CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to Edward A. Betancourt, Director of Spe Consular Services, US Dept. of State2100 Pennsylvania Avenue, SA−29−4F, Washington DC 20520 to be sent by di channels to The Syrian Arab Republic Ministry of Foreign Affairs, Farouk Al−Shara, Muhajereen Shora Avenue, Da Syria on 3/18/05 by Certified Mail # 7002 2410 0002 6964 2601. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(ps 03/21/2005) |
| .8/2005 | 752 | CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to Edward A. Betancourt, Director of Spe Consular Services, US Dept. of State2100 Pennsylvania Avenue, SA−29−4F, Washington DC 20520 to be sent by di channels to The Kingdom of Saudi Arabia Ministry of Foreign Affairs, Prince Saud Al Faisal bin Abdulaziz Al−Saud Street, PO Box 55937, Postal Code 11124 Riyadh, Saudi Arabia on 3/18/05 by Registered Mail # 7002 2410 0002 69 Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(ps 03/21/2005) |
| .8/2005 | 753 | CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to Saudi Commission for Relief and Chari at the following address: Saudi Commission for Relief and Charity Abroad c/o The Saudi Ministry of Foreign Affairs 55937, Postal Code 11544, Riyadh, Saudi Arabia on 3/18/05 by Registered Mail # RB 632 892 243 and RB 632 892 In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(ps 03/21/2005) |
| .8/2005 | | Clerk's Certificate of Mailing Note: Summons & Complaint were successfully received by the Dept. of State on 3/28 regard to certified mail #'s 7002 2410 0002 6964 2595 and 7002 2410 0002 6964 2618 to be forwarded to The Repub and The Republic of Iraq respectfully. Filed In Associated Cases: |

| | | |
|---|---|---|
| | | 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(ps, 04/06/2005) |
| 8/2005 | | CLERK CERTIFICATE OF MAILING NOTE: for Summons & Complaint mailed to the State Department on 3/18/( Registered Mail # 7002 2410 0002 6964 2625, RECEIVED ON: 3/28/05 to be forwarded to the Republic of the Suda of Foreign Affairs c/o Dr. Mustafa Osman Ismail through diplomatic channels. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−06105−RCC(ps, ) (Entered: 04/11/2005) |
| 8/2005 | | CLERK CERTIFICATE OF MAILING NOTE: for Summons & Complaint mailed to The State Department on 3/18/ Registered Mail # 7002 2410 0002 6964 2601, RECEIVED ON: 3/28/05 to be forwarded to The Syrian Arab Republ of Foreign Affairs c/o Farouk Al−Shara through diplomatic channels. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−06105−RCC(ps, ) (Entered: 04/11/2005) |
| 8/2005 | | Clerk's Certificate of Mailing Note: The US Embassy in Khartoum delivered the summons, complaint and notice of s to 28 USC 1608(a)(4) to the Ministry of Foreign Affairs of the Kingdom of Saudi Arabia on June 28, 2005 under cov diplomatic note, Number 0830 dated June 28, 2005. The diplomatic note constitutes transmittal of these documents to Kingdom of Saudi Arabia as contemplated in Title 28, USC 1608(a)(4). (ps, ) (Entered: 07/28/2005) |
| 8/2005 | | CLERK'S CERTIFICATE OF MAILING NOTE: At present, the US Department of State anticipates that service via diplomatic channel in Iraq will be available soon and will proceed with service in this case as soon as this channel is a the meantime, the US Department of State will maintain the documents to be served on the Republic of Iraq and will notice when service has been effected. Dated 6/28/05. (ps, ) Modified on 8/15/2005 (ps, ). (Entered: 08/15/2005) |
| 8/2005 | | CLERK'S CERTIFICATE OF MAILING NOTE (dated 8/9/05): The US Embassy transmitted documents to the Repu under cover of dipomatic note #70, dated 7/19/05 and delivered to the Ministry of Foreign Affairs of the Republic of 7/26/05. Service is deemed effective as of the date of transmittal indicated on the diplomatic note. Filed in associated 03cv6978. (ps, ) (Entered: 08/15/2005) |
| 8/2005 | | CLERK'S CERTIFICATE OF MAILING NOTE (dated 8/9/05): The US Embassy transmitted the Summons and Co the Republic of Iraq under cover of diplomatic note #71, dated 7/24/05, and delivered it to the Ministry of Foreign Af Republic of Iraq on 7/26/05. Service is deemed effective as of the date of transmittal of the diplomatic note. Filed in a case 04cv6105. (ps, ) (Entered: 08/15/2005) |
| 21/2005 | 756 | NOTICE of More Definite Statement as to Yeslam Bin Laden re: 13 MOTION (FILED ON SERVICE DATE) to Dis Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 03/21/2005) |
| 22/2005 | 757 | NOTICE of Appearance by James Edward d'Auguste on behalf of Mohammed Hussein Al Amoudi (d'Auguste, Jame 03/22/2005) |
| 22/2005 | 758 | ORDER (this document relates to 03cv6978); that the motion of the Royal Embassy of Saudi Arabia, HRH Prince Ba Sultan bin Abdulaziz, HRH Princess Haifa Al−Faisal, Ahmed A. Kattan, and Abdul Rahman I. Al−Noah for a protec to preclude discovery by plaintiff Federal Insurance Co. concerning the movants' financial and bank records, is withd without prejudice to re−filing. (Signed by Judge Richard C. Casey on 3/22/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(kkc, ) (Entered: 03/23/2005) |
| 23/2005 | 759 | STIPULATION AND ORDER (this document relates to 04cv1923); amending the schedule for Arab Bank to respon second amended complaint, as set forth in this Stipulation. (Signed by Judge Richard C. Casey on 3/22/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01923−RCC(kkc, ) (Entered: 03/23/2005) |
| 23/2005 | 760 | STIPULATION AND ORDER (this document relates to 02cv6977); that Sami Omar Al−Hussayen is not a defendan Ashton lawsuit as he is not named in the caption of the third amended complaint nor is he described therein as a defe Sami Al−Hussayen withdraws his motion to dismiss filed in the Ashton lawsuit; the parties shall bear their own costs with respect to the above matters. (Signed by Judge Richard C. Casey on 3/22/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC(kkc, ) (Entered: 03/23/2005) |
| 23/2005 | 761 | ORDER GRANTING MOTION TO ADMIT ATTORNEY PRO HAC VICE. Attorney Mark J. MacDougall for Mo Hussein Al Amoudi; Nicole H. Sprinzen for Mohammed Hussein Al Amoudi; Mara Zusman for Mohammed Hussei Amoudi admitted Pro Hac Vice. (Signed by Judge Richard C. Casey on 3/23/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−09849−RCC,1:04−cv−06105−RCC(k (Entered: 03/23/2005) |
| 23/2005 | 762 | RICO STATEMENT *as to defendant Faisal Islamic Bank*. Document filed by Continental Casualty Company.(Kapla (Entered: 03/23/2005) |

| | | |
|---|---|---|
| 23/2005 | 763 | CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to Edward A. Betancourt at the following Edward A. Betancourt Director of Special Consular Services, US Dept. of State, 2100 Pennsylvania Ave, SA−29−4F Washington DC 20530 on 3/23/05 by Registered Mail # 7002 2410 0002 6964 2694 to be forwarded by way of diplo channels to The Islamic Republic of Iran, Ministry of Foreign Affairs, Dr. Seyed Kamal Kharrazzi, Ebn e Sina Street Iran. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(ps. 03/23/2005) |
| 23/2005 | 764 | CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to Edward A. Betancourt at the following Edward A. Betancourt Director of Special Consular Services, US Dept. of State, 2100 Pennsylvania Ave., SA−29−4F Washington DC 20520 on 3/23/05 by Certified Mail # 7002 2410 0002 6964 2649 to be forwarded by way of diplom channels to The Republic of the Sudan, Ministry of External Affairs, Dr. Mustafa Osman Ismail, PO Box 873, Kharto Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(ps. 03/23/2005) |
| 23/2005 | 766 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Khurrum Wahid to Appear Pro Hac Vice as counse Assembly of Muslim Youth. (Signed by Judge Richard C. Casey on 3/22/2005) (kkc, ) (Entered: 03/24/2005) |
| 23/2005 | | Clerk's Certificate of Mailing Note: Summons & Complaint were successfully received by the Dept. of State on (date indicated, rec'd by the Clerk's Office on 4/5/05) in regard to certified mail # 7002 2410 0002 6964 2649 to be forwar( Republic of The Sudan through diplomatic channels. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(ps. 04/06/2005) |
| 23/2005 | | CLERK'S CERTIFICATE OF MAILING NOTE: Because the United States does not maintain diplomatic relations w government of Iran, the Department of State is assisted by the Foreign Interests Section of the Embassy of Switzerlar Teheran in delivering the service of summons, complaint and notice of suit to the Iranian Ministry of Foreign Affairs cover of a diplomatic note, number 1028−IE, dated June 8, 2005. While the Iranian Ministry of Foreign Affairs retur service documents to the Embassy of Switzerland, 28 U.S.C. 1608(c)(1) provides that service shall be deemed effecti date of transmittal. The State Department sees no reason that the return of these documents should invalidate the effe service under 28 U.S.C. 1608(a)(4). (ps, ) (Entered: 07/12/2005) |
| 24/2005 | | CASHIERS OFFICE REMARK on 761 Order Admitting Attorney Pro Hac Vice, in the amount of $75.00, paid on 3/ Receipt Number 538342. (mlo, ) (Entered: 03/24/2005) |
| 24/2005 | 765 | WAIVER OF SERVICE RETURNED EXECUTED Document filed by Estate of John P.O'Neill, Sr.. Mohammed Al Saud waiver sent on 2/1/2005, answer due 4/4/2005. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01923−RCC(Mac Neill, Gina) (Entered: 03/24/2005) |
| 24/2005 | 767 | ENDORSED LETTER (this document relates to 03cv9849) addressed to Judge Richard C. Casey from Jodi Westbro dated 3/21/2005; granting counsel's request for the following briefing schedule: defendant Yeslam Bin Laden to supp motion to dismiss by 5/23/2005; plaintiffs' response due 6/22/2005; and defendant's reply, if any, due 7/22/2005. (Sig Judge Richard C. Casey on 3/24/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(kkc 03/25/2005) |
| 24/2005 | 768 | ENDORSED LETTER (this document relates to 04cv6105) addressed to Judge Richard C. Casey from Frank J. Rubi dated 3/21/2005; counsel writes to request a further extension of time to serve the defendants named in action 04cv61 pursuant to Rule 6(b) of the F.R.C.P. ENDORSEMENT: Granted and counsel is asked to provide the Court with a lis defendants for whom the extension to serve is required. (Signed by Judge Richard C. Casey on 3/21/2005) Filed In A Cases: 1:03−md−01570−RCC,1:04−cv−06105−RCC(kkc, ) (Entered: 03/25/2005) |
| 24/2005 | 769 | ENDORSED LETTER (this document relates to 04cv5970) addressed to Judge Richard C. Casey from Robert M. Ka 3/22/2005; counsel writes to join the request of New York Marine and General Insurance Company for a further exte time to serve the defendants named in action 04cv5970 pursuant to Rule 6(b) of the F.R.C.P. ENDORSEMENT: grar counsel is asked to provide the Court with a list of defendants for whom the extension to serve is required. (Signed by Richard C. Casey on 3/24/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−05970−RCC(kkc, ) (Ent 03/25/2005) |

| | | |
|---|---|---|
| 24/2005 | 770 | ENDORSED LETTER (this document relates to 04cv7280, 04cv7216) addressed to Judge Richard C. Casey from Jo Westbrook Flowers dated 3/23/2005; granting counsel's request for the following briefing schedule: plaintiffs' respon defendant Sami Omar Al−Hussayen's motions to dismiss shall be submitted on or before 5/13/2005, and Mr. Al−Hus replies shall be submitted on or before 6/27/2005. (Signed by Judge Richard C. Casey on 3/24/2005) Filed In Associa 1:03−md−01570−RCC,1:04−cv−07216−RCC,1:04−cv−07280−RCC(kkc, ) (Entered: 03/25/2005) |
| 24/2005 | 771 | STIPULATION AND ORDER (this document relates to 04cv7280, 04cv7216); regarding schedule for defendants Al Totonji, Grove Corporate, Heritage Education Trust, Iqbal Unus, M. Omar Ashraf, M. Yaqub Mirza, Mohammed Jag Muhammad Ashraf, Sterling Charitable Gift Fund, and Sterling Management Group to respond to complaint consolic MDL 1570, as set forth in this Stipulation. (Signed by Judge Richard C. Casey on 3/24/2005) Filed In Associated Cas 1:03−md−01570−RCC,1:04−cv−07216−RCC,1:04−cv−07280−RCC(kkc, ) (Entered: 03/25/2005) |
| 24/2005 | 772 | STIPULATION AND ORDER (this document relates to 03cv9849); regarding schedule for defendants African Musl Ahmed Totonji, Grove Corporate, Heritage Education Trust, International Institute of Islamic Thought, Iqbal Unus, J Barzinji, M. Omar Ashraf, M. Yaqub Mirza, Mar−Jac Investments, Mena Corporation, Mohammed Jaghlit, Muhamm Reston Investments, Safa Trust, Sterling Charitable Gift Fund, Sterling Management Group, and York Foundation to complaint consolidated under MDL 1570, as set forth in this Stipulation. (Signed by Judge Richard C. Casey on 3/24 Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 03/25/2005) |
| 24/2005 | 773 | STIPULATION AND ORDER (this document relates to 04cv6105); regarding schedule for defendantsAhmed Toton Unus, Jamal Barzinji, M. Omar Ashraf, Mohammed Jaghlit, Muhammad Ashraf, M. Yaqub Mirza, Taha Jaber Al−Al African Muslim Agency, Grove Corporate, Heritage Education Trust, International Instutite of Islamic Thought, Mar Investments Inc., Mena Corporation, Reston Investments Inc., Safa Trust, Sterling Charitable Gift Fund, Sterling Ma Group, and York Foundation to respond to complaint consolidated under MDL 1570, as set forth in this Stipulation. ( Judge Richard C. Casey on 3/24/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−06105−RCC(kkc 03/25/2005) |
| 28/2005 | 774 | RICO STATEMENT *APPLICABLE TO FAISAL ISLAMIC BANK−SUDAN*. Document filed by Federal Insurance C al., Plaintiffs. (Attachments: # 1 Exhibit EXHIBIT B)(Feldman, Elliot) (Entered: 03/28/2005) |
| 31/2005 | 775 | RICO STATEMENT *Applicable to Sulaiman Abdulaziz al−Rajhi*. Document filed by Port Authority of New York & Jersey, Cantor Fitzgerald & Co..(Goodman, Jonathan) (Entered: 03/31/2005) |
| 31/2005 | 776 | MOTION for Stephanie W. Fell to Withdraw as Attorney. Document filed by Al Baraka Investment & Development Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Martin) (Entered: 03/31/2005) |
| 31/2005 | 777 | RICO STATEMENT *AMENDED RICO STATEMENT APPLICABLE TO SULEIMAN ABDEL AZIZ AL RAJHI, SAL ABDULAZIZ AL−RAJHI, AND ABDULLAH SULEIMAN AL−RAJHI*. Document filed by Federal Insurance Compan Plaintiffs. (Attachments: # 1 Exhibit EXHIBIT B)(Feldman, Elliot) (Entered: 03/31/2005) |
| 31/2005 | 778 | RICO STATEMENT *Applicable to Sulaiman Bin Abdul Aziz Al Rajhi, Saleh Abdul Aziz Al Rajhi, Abdullah Sulaiman and Khalid Sulaiman Al−Rajhi*. Document filed by World Trade Center Properties LLC, et al.. (Attachments: # 1 Ex A)(Elsner, Michael) (Entered: 03/31/2005) |
| 31/2005 | 779 | RICO STATEMENT *Applicable to Sulaiman Bin Abdul Aziz Al Rajhi, Saleh Abdul Aziz Al Rajhi, Abdullah Sulaiman and Khalid Sulaiman Al−Rajhi*. Document filed by Euro Brokers Inc., et al.. (Attachments: # 1 Exhibit A# 2 Exhibit Michael) (Entered: 03/31/2005) |
| 31/2005 | 780 | RICO STATEMENT *Applicable to Sulaiman Abdul Aziz Al Rajhi and Khalid Sulaiman Al Rajhi*. Document filed by John P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 03/31/2005) |
| 01/2005 | 783 | STIPULATION AND ORDER (this document relates to 3cv6978); that the plaintiffs' response to defendant Sami On Al−Hussayen's motion to dismiss shall be served on or before 5/13/2005. Sami Omar Al−Hussayen shall serve reply any, within 45 days after service of plaintiffs' opposing papers. (Signed by Judge Richard C. Casey on 4/1/2005) File Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(kkc, ) (Entered: 04/05/2005) |
| 01/2005 | 784 | STIPULATION AND ORDER (this document relates to 04cv5970); that plaintiffs' time to respond to the motion to amended complaint by defendant Islamic Investment Company of the Gulf (Sharjah) is extended until 4/13/2005 and Islamic Investment Company of the Gulf (Sharjah) shall file reply papers within 30 days of receipt of plaintiffs' oppo (Signed by Judge Richard C. Casey on 4/1/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−05970− ) (Entered: 04/05/2005) |

| | | |
|---|---|---|
| )1/2005 | 785 | STIPULATION AND ORDER (this document relates to 04cv5970); regarding schedule for defendants Ahmed Totor Corporate, Heritage Education Trust, Iqbal Unus, M. Omar Ashraf, M. Yaqub Mirza, Mohammed Jaghlit, Muhamma Sterling Charitable Gift Fund, Sterling Management Group, African Muslim Agency, Mar−Jac Investments, Inc., Me Corporation, Reston Investments, Inc., Safa Trust, and York Foundation to respond to complaint consolidated under I as set forth in this Stipulation. (Signed by Judge Richard C. Casey on 4/1/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−05970−RCC(kkc, ) (Entered: 04/05/2005) |
| )1/2005 | 786 | STIPULATION AND ORDER (this document relates to 02cv6977); regarding schedule for defendants Ahmed Totor Unus, Jamal Barzinji, M. Omar Ashraf, Mohammed Jaghlit, Muhammad Ashraf, M. Yaqub Mirza, and Grove Corpor respond to complaint consolidated under MDL 1570, as set forth in this Stipulation. (Signed by Judge Richard C. Cas 4/1/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC(kkc, ) (Entered: 04/05/2005) |
| )1/2005 | 787 | STIPULATION AND ORDER (this document relates to 03cv6978, 03cv9849, 04cv6105); that the time for defendan Mohammad Hussein Al Amoudi to answer or otherwise respond to the complaint in 03cv6978, 03cv9849, and 04cv6 on or before 4/6/2005. Plaintiffs' response to Mr. Al Amoudi's responsive pleading shall be served within 60 days of r same from defendant's counsel, and defendant shall file reply papers, if any, within 30 days of receipt of plaintiffs' op papers. (Signed by Judge Richard C. Casey on 4/1/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC,1:03−cv−09849−RCC,1:04−cv−06105−RCC(kkc, ) (Entered: 04/05/2( |
| )1/2005 | 788 | STIPULATION AND ORDER (this document relates to 04cv6105); regarding schedule for defendants Ahmed Totor Unus, Jamal Barzinji, M. Omar Ashraf, Mohammed Jaghlit, Muhammad Ashraf, M. Yaqub Mirza, Taha Jaber Al−Al African Muslim Agency, Grove Corporate, Heritage Education Trust, International Instutite of Islamic Thought, Mar Investments Inc., Mena Corporation, Reston Investments Inc., Safa Trust, Sterling Charitable Gift Fund, Sterling Mar Group, and York Foundation to respond to complaint consolidated under MDL 1570, as set forth in this Stipulation. ( Judge Richard C. Casey on 4/1/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−06105−RCC(kkc, 04/05/2005) |
| )1/2005 | 789 | STIPULATION AND ORDER (this document relates to 04cv1923); for service of process and setting schedule for D Baraka Group, LLC to respond to the second amended complaint, as set forth in this Stipulation. (Signed by Judge Ri Casey on 4/1/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01923−RCC(kkc, ) (Entered: 04/05/: |
| )1/2005 | 790 | STIPULATION AND ORDER (this document relates to 04cv1923); for service of process and setting schedule for S Abdullah Kamel and Al Baraka Investment & Development Corp. to respond to the second amended complaint, as se this Stipulation. (Signed by Judge Richard C. Casey on 4/1/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01923−RCC(kkc, ) (Entered: 04/05/2005) |
| )4/2005 | 781 | RICO STATEMENT *Appliacble to Muslim World League*. Document filed by Estate of John P.O'Neill, Sr.. (Attachn Exhibit B)(Mac Neill, Gina) (Entered: 04/04/2005) |
| )4/2005 | 782 | RICO STATEMENT *Applicable to International Islamic Relief Organization*. Document filed by Estate of John P.O' (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 04/04/2005) |
| )4/2005 | 791 | ORDER (this document relates to 03cv5071); granting Motion to Voluntarily Dismiss the defendants named in Exhib the Salvo complaint. (Signed by Judge Richard C. Casey on 4/1/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−05071−RCC(kkc, ) (Entered: 04/05/2005) |
| )5/2005 | 792 | ACKNOWLEDGEMENT OF SERVICE. Wadih El−Hage served on 10/29/2004, answer due 11/18/2004. Service wa by Bureau of Prisons. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(Feldman, Elliot) (Entered: 04/05/2005) |
| )5/2005 | 793 | ACKNOWLEDGEMENT OF SERVICE. Somalia International Relief Organization served on 5/26/2004, answer du 6/15/2004. Service was accepted by Minnesota Secretary of State. Document filed by Federal Insurance Company et Plaintiffs. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(Feldman, Elliot) (Entered: 04/05 |
| )5/2005 | 794 | ACKNOWLEDGEMENT OF SERVICE. Global Services International served on 5/26/2004, answer due 6/15/2004. was accepted by Minnesota Secretary of State. Document filed by Federal Insurance Company et al., Plaintiffs. Filed Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(Feldman, Elliot) (Entered: 04/05/2005) |
| )5/2005 | 795 | ACKNOWLEDGEMENT OF SERVICE. Barakaat International, Inc. served on 5/26/2004, answer due 6/15/2004. S accepted by Minnesota Secretary of State. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In A Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(Feldman, Elliot) (Entered: 04/05/2005) |
| )5/2005 | 796 | ACKNOWLEDGEMENT OF SERVICE. Al−Barakat Wiring Service served on 5/26/2004, answer due 6/15/2004. S accepted by Minnesota Secretary of State. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In A Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(Feldman, Elliot) (Entered: 04/05/2005) |
| )5/2005 | 797 | ACKNOWLEDGEMENT OF SERVICE. Mandouh Mahamud Salim served on 10/29/2004, answer due 11/18/2004. was accepted by Bureau of Prisons. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associa 1:03−md−01570−RCC,1:03−cv−06978−RCC(Feldman, Elliot) (Entered: 04/05/2005) |

| | | |
|---|---|---|
| )5/2005 | 798 | ACKNOWLEDGEMENT OF SERVICE. Mohamed Sadeek Odeh served on 12/3/2004, answer due 12/23/2004. Serv accepted by Bureau of Prisons. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated C 1:03−md−01570−RCC,1:03−cv−06978−RCC(Feldman, Elliot) (Entered: 04/05/2005) |
| )5/2005 | 799 | ACKNOWLEDGEMENT OF SERVICE. Global Relief Foundation, Inc. served on 5/28/2004, answer due 6/17/2004 was accepted by Illinois Secretary of State. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In . Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(Feldman, Elliot) (Entered: 04/05/2005) |
| )5/2005 | 800 | ACKNOWLEDGEMENT OF SERVICE. Al−Baraka Bancorp, Inc. served on 5/28/2004, answer due 6/17/2004. Serv accepted by Illinois Secretary of State. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Asso Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(Feldman, Elliot) (Entered: 04/05/2005) |
| )6/2005 | 801 | ENDORSED LETTER (this document relates to 04cv6105) addressed to Judge Richard C. Casey from Frank J. Rubi dated 4/1/2005; granting counsel's request for the following briefing schedule: plaintiff's response to defendant Sami Al−Hussayen's motion to dismiss shall be submitted on or before 5/20/2005, and Mr. Al−Hussayen's reply shall be su or before 7/5/2005. (Signed by Judge Richard C. Casey on 4/5/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−06105−RCC(kkc, ) Modified on 4/6/2005 (kkc, ). (Entered: 04/06/2005) |
| )6/2005 | 802 | RICO STATEMENT *as to defendants Sulaiman Abdulaziz Al Rajhi, Abdullah Sulaiman Al Rajhi and Saleh Abdulazi* Document filed by Continental Casualty Company.(Kaplan, Robert) (Entered: 04/06/2005) |
| )7/2005 | 803 | MOTION to Dismiss the complaints or, in the alternative, for more definite statement. Document filed by Mohamme Al Amoudi. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−09849−RCC,1:04−cv−06105−RCC(d' James) (kkc, ) Modified on 4/7/2005 (kkc, ). (Entered: 04/07/2005) |
| )7/2005 | 804 | MEMORANDUM OF LAW in Support re: 803 MOTION to Dismiss complaint or, in the alternative, for more defini statement. Document filed by Mohammed Hussein Al Amoudi.Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−09849−RCC,1:04−cv−06105−RCC(d' James)(kkc, ) (Entered: 04/07/2005) |
| )7/2005 | 805 | RICO STATEMENT *Applicable to Rabita Trust*. Document filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 B)(Mac Neill, Gina) (Entered: 04/07/2005) |
| )8/2005 | 806 | STIPULATION AND ORDER (this document relates to 04cv7065); plaintiffs shall serve their RICO Statements con defendants International Islamic Relief Organization, Saleh Abdullah Kamel, Al Baraka Investment and Developmen Corporation, Dallah Al Baraka Group, LLC, and the Muslim World League, not later than 45 days from the date the ( approves this Stipulation and Order. (Signed by Judge Richard C. Casey on 4/7/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−07065−RCC(kkc, ) (Entered: 04/08/2005) |
| )8/2005 | 807 | MEMORANDUM OF LAW in Opposition re: 656 MOTION to Dismiss *the Consolidated Property Damage and Ins Complaints (Cantor Fitzgerald, Continental Casualty, Euro Brokers, Federal Insurance, NY Marine, and World Trac Properties). (RE: AL HARAMAIN ISLAMIC FOUNDATION, INC.)*. Document filed by Federal Insurance Company ( Plaintiffs. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Fe Elliot) (Entered: 04/08/2005) |
| )8/2005 | 808 | MEMORANDUM OF LAW in Opposition re: 657 MOTION to Dismiss *the Consolidated Property Damage and Ins Complaints (Continental Casualty, Euro Brokers, Federal Insurance, NY Marine, and World Trade Center Propertie PEROUZ SEDAGHATY*. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Fe Elliot) (Entered: 04/08/2005) |
| )8/2005 | 809 | MEMORANDUM OF LAW in Opposition re: 654 MOTION to Dismiss *the Consolidated Personal Injury Plaintiffs Burnett, O'Neill, Salvo, and Tremsky).*, 655 MOTION to Dismiss *the Consolidated Personal Injury Complaints (Asht Salvo, and Tremsky). Personal Injury Plaintiffs' Consolidated Memorandum of Law in Opposition to Motions to Dism Haramain Islamic Foundation, Inc. and Perouz Sedaghaty*. Document filed by Plaintiffs PI Executive Committee. Fi Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Bi |

| | | |
|---|---|---|
| | | Andrea) (Entered: 04/08/2005) |
| )8/2005 | 810 | RESPONSE in Opposition re: 654 MOTION to Dismiss *the Consolidated Personal Injury Plaintiffs (Ashton, Burnett Salvo, and Tremsky). O'Neill Plaintiffs' Memorandum of Law in Opposition to Al Haramain Islamic Foundation, Inc. to Dismiss Pertaining to Certain RICO Issues Only*. Document filed by Estate of John P.O'Neill, Sr.. Filed In Associa 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ma Gina) (Entered: 04/08/2005) |
| .1/2005 | 811 | STIPULATION AND ORDER (this document relates to 03cv6978); regarding schedule for defendants African Musl Ahmed Totonji, Grove Corporate, Heritage Education Trust, International Institute of Islamic Thought, Iqbal Unus, J Barzinji, M. Omar Ashraf, M. Yaqub Mirza, Mar−Jac Investments, Mena Corporation, Mohammed Jaghlit, Muhamm Reston Investments, Safa Trust, Sterling Charitable Gift Fund, Sterling Management Group, Taha Jaber Al−Alwani, Foundation to respond to complaint consolidated under MDL 1570, as set forth in this Stipulation. (Signed by Judge Casey on 4/11/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(kkc, ) (Entered: 04/12 |
| .1/2005 | 812 | ENDORSED LETTER (this document relates to 04cv7280, 04cv7279) addressed to Judge Richard C. Casey from Jo Westbrook Flowers dated 4/6/2005; granting counsel's application for an extension of time to serve the defendants in recently filed actions, including World Trade Center Properties and Euro−Brokers, and that the extension on service be applied to all of the newly−consolidation actions. (Signed by Judge Richard C. Casey on 4/11/2005) Filed In Asso Cases: 1:03−md−01570−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC(kkc, ) (Entered: 04/12/2005) |
| .2/2005 | 813 | NOTICE of Voluntary Dismissal of Khalid Sulaiman Al−Rajhi. Document filed by Burnett Plaintiffs, Euro Brokers I World Trade Center Properties LLC, et al.. (Elsner, Michael) (Entered: 04/12/2005) |
| .3/2005 | 814 | NOTICE of Voluntary Dismissal of Mohammed Bin Abdullah Al−Jomaih. Document filed by Burnett Plaintiffs, Eur Inc., et al., World Trade Center Properties LLC, et al.. (Elsner, Michael) (Entered: 04/13/2005) |
| .3/2005 | 815 | RICO STATEMENT *APPLICABLE TO SAMI OMAR AL−HUSSAYEN*. Document filed by Federal Insurance Compa Plaintiffs. (Attachments: # 1 Exhibit EXHIBIT B# 2 Exhibit EXH C− PART 1 OF 6# 3 Exhibit EXH C − PART 2 O Exhibit EXH C − PART 3 OF 6# 5 Exhibit EXH C − PART 4 OF 6# 6 Exhibit EXH C − PART 5 OF 6# 7 Exhibit E PART 6 OF 6)(Feldman, Elliot) (Entered: 04/13/2005) |
| .4/2005 | 816 | ENDORSED LETTER (this document relates to 04cv7280, 04cv7279) addressed to Judge Richard C. Casey from Jo Westbrook Flowers dated 4/11/2005; counsel writes to advise that the 'Re" line in counsel's 770 letter referenced an i case number for the Euro Broker case. The proper case number for Euro Brokers is 04cv7279, not 04cv7216. So Ord (Signed by Judge Richard C. Casey on 4/14/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC(kkc, ) (Entered: 04/14/2005) |
| .4/2005 | 817 | STIPULATION AND ORDER (this document relates to 03cv6978, 02cv6977, 03cv9849, 04cv7065, 04cv5970, 04cv 04cv7279, 04cv6105, 04cv7280); that plaintiffs pursuing claims for relief under the RICO Act shall serve their respe Statements concerning defendant Khalid Bin Mahfouz on or before 5/20/2005. The time for defendant Khalid Bin Ma answer or otherwise respond to the complaint in each of the above cases, shall be on or before 6/20/2005. All other a are set forth in this Stipulation. (Signed by Judge Richard C. Casey on 4/14/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−06978−RCC,1:03−cv−09849−RCC,1:04−cv−01923−RCC, 1:04−cv−05970−RCC,1:04−cv−06105−RCC,1:04−cv−07065−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC(kk (Entered: 04/14/2005) |
| .4/2005 | 818 | MEMORANDUM OF LAW in Opposition re: 679 MOTION to Dismiss for Lack of Jurisdiction *and Failure to State* Document filed by Continental Casualty Company. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−05970−RCC(Kaplan, Robert) (Entered: 04/14/2005) |
| .8/2005 | 819 | REPLY MEMORANDUM OF LAW in Support re: 631 MOTION to Dismiss *& Memorandum of Law in Support of Dismiss of the Saudi Joint Relief Committee*.. Document filed by Saudi Joint Relief Committee. Filed In Associated C 1:03−md−01570−RCC,1:03−cv−06978−RCC(Kellogg, Michael) (Entered: 04/18/2005) |
| 20/2005 | 820 | NOTICE of VOLUNTARY DISMISSAL. Document filed by Federal Insurance Company et al., Plaintiffs. (Feldman (Entered: 04/20/2005) |
| 20/2005 | 821 | STIPULATION AND ORDER (this document relates to 04cv6105); regarding schedule for defendant Aradi, Inc. to r complaint consolidated under MDL 1570, as set forth in this Stipulation. (Signed by Judge Richard C. Casey on 4/19, Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−06105−RCC(kkc, ) (Entered: 04/20/2005) |
| 21/2005 | 822 | NOTICE of Voluntary Dismissal of Khalid Al−Rajhi. Document filed by Estate of John P.O'Neill, Sr.. (Goldman, Jer (Entered: 04/21/2005) |

| | | |
|---|---|---|
| 21/2005 | 823 | CERTIFICATE OF SERVICE of Notice of Voluntary Dismissal of Khalid Al Rajhi served on Khalid Al Rajhi on 4/2 Document filed by Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01923− Neill, Gina) (Entered: 04/21/2005) |
| 21/2005 | 824 | STIPULATION AND ORDER (this document relates to 04cv1923); the O'Neill plaintiffs and Prince Mohamed al Fa agree to postpone Prince Mohamed's time to move to dismiss, answer or otherwise respond to the second amended co until resolution of the issues addressed in the letters mentioned in this Stipulation. At that time, the O'Neill plaintiffs Mohamed will file a separate stipulation and proposed order regarding a new briefing schedule, if appropriate after th ruling. (Signed by Judge Richard C. Casey on 4/21/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01923−RCC(kkc, ) (Entered: 04/22/2005) |
| 22/2005 | 825 | NOTICE of Voluntary Dismissal (this document relates to 04cv6105); pursuant to Rule 41, plaintiff voluntarily dism defendant Mohammed Abdullah Aljomaih with prejudice from action 04cv6105. Each party shall bear its own fees, c expenses. (Signed by Judge Richard C. Casey on 4/21/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−06105−RCC(kkc, ) (Entered: 04/22/2005) |
| 22/2005 | 826 | MEMO−ENDORSEMENT on 649 Motion for Thomas M. Melsheimer, Matthew E. Yarbrough, and John M. Helms Appear Pro Hac Vice as counsel for defendants Sulaiman Bin Abdul Aziz Al Rajhi, Saleh Abdul Aziz Al Rajhi, Abdu Salaiman Al−Rajhi, Khalid Sulaiman Al−Rajhi, and Omar Sulaiman Al−Rajhi. ENDORSEMENT: Application grant Melsheimer, Yarbrough & Helms are admitted pro hac vice. (Signed by Judge Richard C. Casey on 4/22/2005) (kkc, 04/22/2005) |
| 22/2005 | 827 | RICO STATEMENT *Applicable to Saudi American Bank a/k/a Samba*. Document filed by Estate of John P.O'Neill, S (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 04/22/2005) |
| 26/2005 | 828 | NOTICE of Notice of Dismissal of defendants Khalid Sulaiman Al Rajhi and Omar Sulaiman Al Rajhi. Document fil Continental Casualty Company. (Kaplan, Robert) (Entered: 04/26/2005) |
| 26/2005 | 829 | STIPULATION AND ORDER (this document relates to 04cv1923, 04cv1076); extending the time for defendants Ma Wachter, Erwin Wachter, Secor Treuband Anstalt, and Asat Trust Reg. to answer or otherwise plead, as set forth in th Stipulation. (Signed by Judge Richard C. Casey on 4/25/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC,1:04−cv−01923−RCC(kkc, ) (Entered: 04/26/2005) |
| 26/2005 | 830 | NOTICE of Voluntary Dismissal. Document filed by Federal Insurance Company et al., Plaintiffs. (Feldman, Elliot) ( 04/26/2005) |
| 26/2005 | 831 | STIPULATION AND ORDER (this document relates to 04cv1923); regarding service of process and setting schedul Al Baraka Group, LLC to respond to the second amended complaint, as set forth in this Stipulation. (Signed by Judge Casey on 4/25/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01923−RCC(kkc, ) (Entered: 04/26 |
| 26/2005 | 832 | STIPULATION AND ORDER (this document relates to 04cv1923); regarding service of process and setting schedul Abdullah Kamel and Al Baraka Investment & Development Corp. to respond to the second amended complaint, as se this Stipulation. (Signed by Judge Richard C. Casey on 4/25/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01923−RCC(kkc, ) (Entered: 04/26/2005) |
| 26/2005 | 879 | NOTICE OF MOTION (FILED ON SERVICE DATE) for David F. Geneson to Appear Pro Hac Vice. Document fil Yassin Abdullah Kadi. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−05738−RCC,1:03−cv−09849−RCC(rjm, ) (Entered: 05/06/20 |
| 27/2005 | 833 | MOTION to Dismiss. Document filed by Faisal Islamic Bank. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC(Lauro, John) (Entered: 04/27/2005) |
| 27/2005 | 834 | MEMORANDUM OF LAW in Support re: 833 MOTION to Dismiss.. Document filed by Faisal Islamic Bank. Filed Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC(Lauro, John) (Entered: 04/27/2005) |
| 27/2005 | 835 | MOTION to Dismiss. Document filed by Faisal Islamic Bank. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(Lauro, John) (Entered: 04/27/2005) |
| 27/2005 | 836 | MEMORANDUM OF LAW in Support re: 835 MOTION to Dismiss.. Document filed by Faisal Islamic Bank. Filed Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(Lauro, John) (Entered: 04/27/2005) |
| 27/2005 | 837 | MOTION to Dismiss. Document filed by Faisal Islamic Bank. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−07065−RCC(Lauro, John) (Entered: 04/27/2005) |
| 27/2005 | 838 | MEMORANDUM OF LAW in Support re: 837 MOTION to Dismiss.. Document filed by Faisal Islamic Bank. Filed Associated Cases: 1:03−md−01570−RCC,1:04−cv−07065−RCC(Lauro, John) (Entered: 04/27/2005) |
| 27/2005 | 839 | MOTION to Dismiss. Document filed by Faisal Islamic Bank. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−05970−RCC(Lauro, John) (Entered: 04/27/2005) |

| | | |
|---|---|---|
| 27/2005 | 840 | MEMORANDUM OF LAW in Support re: 839 MOTION to Dismiss.. Document filed by Faisal Islamic Bank. Filed Associated Cases: 1:03−md−01570−RCC,1:04−cv−05970−RCC(Lauro, John) (Entered: 04/27/2005) |
| 27/2005 | 841 | MOTION to Dismiss. Document filed by Faisal Islamic Bank. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−07065−RCC(Lauro, John) (Entered: 04/27/2005) |
| 27/2005 | 842 | MOTION to Dismiss. Document filed by Faisal Islamic Bank. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−07279−RCC(Lauro, John) (Entered: 04/27/2005) |
| 27/2005 | 843 | MEMORANDUM OF LAW in Support re: 842 MOTION to Dismiss.. Document filed by Faisal Islamic Bank. Filed Associated Cases: 1:03−md−01570−RCC,1:04−cv−07279−RCC(Lauro, John) (Entered: 04/27/2005) |
| 27/2005 | 844 | MOTION to Dismiss. Document filed by Faisal Islamic Bank. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(Lauro, John) (Entered: 04/27/2005) |
| 27/2005 | 845 | MEMORANDUM OF LAW in Support re: 844 MOTION to Dismiss.. Document filed by Faisal Islamic Bank. Filed Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(Lauro, John) (Entered: 04/27/2005) |
| 27/2005 | 846 | MOTION to Dismiss. Document filed by Faisal Islamic Bank. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−06105−RCC(Lauro, John) (Entered: 04/27/2005) |
| 27/2005 | 847 | MEMORANDUM OF LAW in Support re: 846 MOTION to Dismiss.. Document filed by Faisal Islamic Bank. Filed Associated Cases: 1:03−md−01570−RCC,1:04−cv−06105−RCC(Lauro, John) (Entered: 04/27/2005) |
| 27/2005 | 848 | MOTION to Dismiss. Document filed by Faisal Islamic Bank. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01923−RCC(Lauro, John) (Entered: 04/27/2005) |
| 27/2005 | 849 | MEMORANDUM OF LAW in Support re: 848 MOTION to Dismiss.. Document filed by Faisal Islamic Bank. Filed Associated Cases: 1:03−md−01570−RCC,1:04−cv−01923−RCC(Lauro, John) (Entered: 04/27/2005) |
| 27/2005 | 850 | MOTION to Dismiss. Document filed by Faisal Islamic Bank. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−07280−RCC(Lauro, John) (Entered: 04/27/2005) |
| 27/2005 | 851 | MEMORANDUM OF LAW in Support re: 850 MOTION to Dismiss.. Document filed by Faisal Islamic Bank. Filed Associated Cases: 1:03−md−01570−RCC,1:04−cv−07280−RCC(Lauro, John) (Entered: 04/27/2005) |
| 28/2005 | 852 | ENDORSED LETTER (this document relates to 02cv6977, 03cv7036. 03cv5738, 04cv7065, 04cv5970, 04cv7279, 0 04cv6105, 04cv1923, 03cv5071, 02cv7300, 04cv7280) addressed to Judge Richard C. Casey from John M. Helms da 4/25/2005; counsel for defendant Sulaiman Abdul Aziz Al Rajhi writes to request a 10−page extension of the page lir memoranda of law in support of a dismissal motion. ENDORSEMENT: Application denied. Court asks counsel to m limit. (Signed by Judge Richard C. Casey on 4/27/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC(kkc, ) (Entered: 04/28/2005) |
| 28/2005 | 853 | ORDER (this document relates to all actions); regarding the scheduling of the next round of oral argument, as set fort Order. The Court will issue a decision on the pending motions to dismiss by the 17 defendants represented by DLA P Rudnick, and the pending motions to dismiss by the Kingdom of Saudi Arabia (and, in the O'Neill matter, certain of i agencies), Prince Sultan, prince Turki, Prince Mohamed, and the al Rahji Banking & Investment Co., without further argument. (Signed by Judge Richard C. Casey on 4/27/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(kk (Entered: 04/28/2005) |
| 29/2005 | 854 | RICO STATEMENT *Applicable to Dubai Islamic Bank*. Document filed by Port Authority of New York & New Jers Fitzgerald & Co..(Goodman, Jonathan) (Entered: 04/29/2005) |
| 29/2005 | 855 | NOTICE of Change of Address by Paul J. Hanly, Jr on behalf of Burnett Plaintiffs. New Address: Hanly Conroy Bier Sheridan LLP, 112 Madison Avenue − 7th Floor, New York, New York, USA 10016−7416, (212) 784−6400. (Hanly (Entered: 04/29/2005) |
| 29/2005 | 856 | RICO STATEMENT *APPLICABLE TO DUBAI ISLAMIC BANK*. Document filed by Federal Insurance Company et Plaintiffs. (Attachments: # 1 Exhibit EXHIBIT B)(Feldman, Elliot) (Entered: 04/29/2005) |
| 29/2005 | 857 | RICO STATEMENT *of Dubai Islamic Bank*. Document filed by New York Marine and General Insurance Company Frank) (Entered: 04/29/2005) |

| | | |
|---|---|---|
| 29/2005 | 858 | RICO STATEMENT *Applicable to Dubai Islamic Bank*. Document filed by Estate of John P.O'Neill, Sr.. (Attachmen Exhibit B)(Mac Neill, Gina) (Entered: 04/29/2005) |
| 29/2005 | 859 | RICO STATEMENT *Applicable to Dubai Islamic Bank*. Document filed by World Trade Center Properties LLC, et a (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 04/29/2005) |
| 29/2005 | 860 | RICO STATEMENT *Applicable to Dubai Islamic Bank*. Document filed by Euro Brokers Inc., et al.. (Attachments: # A# 2 Exhibit B)(Elsner, Michael) (Entered: 04/29/2005) |
| 29/2005 | 861 | MOTION to Dismiss *Khalid Al Rajhi*., MOTION to Dismiss for Lack of Jurisdiction *Khalid Al Rajhi*. Document file Sulaiman Al−Rajhi. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Thomas) (Entered: 04/29/2005) |
| 29/2005 | 862 | MEMORANDUM OF LAW in Support re: 861 MOTION to Dismiss *Khalid Al Rajhi*. MOTION to Dismiss for Lack Jurisdiction *Khalid Al Rajhi*. MOTION to Dismiss *Khalid Al Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Kh Rajhi*. MOTION to Dismiss *Khalid Al Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Khalid Al Rajhi*. *Memora Law in Support of Motion to Dismiss Khalid Al Rajhi*. Document filed by Khalid Sulaiman Al−Rajhi. (Attachments: # Exhibit A# 2 Exhibit Exhibit B)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Thomas) (Entered: 04/29/2005) |
| 29/2005 | 863 | MOTION to Dismiss *Abdullah Al Rajhi*., MOTION to Dismiss for Lack of Jurisdiction *Abdullah Al Rajhi*. Document Abdullah Salaiman Al−Rajhi. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Thomas) (Entered: 04/29/2005) |
| 29/2005 | 864 | MEMORANDUM OF LAW in Support re: 863 MOTION to Dismiss *Abdullah Al Rajhi*. MOTION to Dismiss for La Jurisdiction *Abdullah Al Rajhi*. MOTION to Dismiss *Abdullah Al Rajhi*. MOTION to Dismiss for Lack of Jurisdictio *Al Rajhi*. MOTION to Dismiss *Abdullah Al Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Abdullah Al Rajhi*.. I filed by Abdullah Salaiman Al−Rajhi. (Attachments: # 1 Exhibit Exhibit A)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Thomas) (Entered: 04/29/2005) |
| 29/2005 | 865 | MOTION to Dismiss *Saleh Al Rajhi*., MOTION to Dismiss for Lack of Jurisdiction *Saleh Al Rajhi*. Document filed b Abdul Aziz Al Rajhi, Saleh Abdulaziz Al−Rajhi. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Thomas) (Entered: 04/29/2005) |
| 29/2005 | 866 | MEMORANDUM OF LAW in Support re: 865 MOTION to Dismiss *Saleh Al Rajhi*. MOTION to Dismiss for Lack Jurisdiction *Saleh Al Rajhi*. MOTION to Dismiss *Saleh Al Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Saleh* MOTION to Dismiss *Saleh Al Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Saleh Al Rajhi*.. Document filed b Abdul Aziz Al Rajhi, Saleh Abdulaziz Al−Rajhi. (Attachments: # 1 Exhibit Exhibit A)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Thomas) (Entered: 04/29/2005) |
| 29/2005 | 867 | MOTION to Dismiss *Abdullah Al Rajhi*., MOTION to Dismiss for Lack of Jurisdiction *Abdullah Al Rajhi*. Document Abdullah Salaiman Al−Rajhi. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( |

| | | |
|---|---|---|
| | | 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Thomas) (Entered: 04/29/2005) |
| 29/2005 | 868 | MEMORANDUM OF LAW in Support re: 867 MOTION to Dismiss *Abdullah Al Rajhi*. MOTION to Dismiss for La Jurisdiction *Abdullah Al Rajhi*. MOTION to Dismiss *Abdullah Al Rajhi*. MOTION to Dismiss for Lack of Jurisdictio *Al Rajhi*. MOTION to Dismiss *Abdullah Al Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Abdullah Al Rajhi*.. filed by Abdullah Salaiman Al−Rajhi. (Attachments: # 1 Exhibit Exhibit A)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Thomas) (Entered: 04/29/2005) |
| 29/2005 | 869 | MOTION to Dismiss *Sulaiman Al Rajhi*., MOTION to Dismiss for Lack of Jurisdiction *Sulaiman Al Rajhi*. Documen Sulaiman Bin Abdul Aziz Al Rajhi, Suleiman Abdel Aziz Al Rajhi. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Thomas) (Entered: 04/29/2005) |
| 29/2005 | 870 | MEMORANDUM OF LAW in Support re: 869 MOTION to Dismiss *Sulaiman Al Rajhi*. MOTION to Dismiss for La Jurisdiction *Sulaiman Al Rajhi*. MOTION to Dismiss *Sulaiman Al Rajhi*. MOTION to Dismiss for Lack of Jurisdictio *Al Rajhi*. MOTION to Dismiss *Sulaiman Al Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Sulaiman Al Rajhi*.. filed by Sulaiman Bin Abdul Aziz Al Rajhi, Suleiman Abdel Aziz Al Rajhi. (Attachments: # 1 Exhibit Exhibit A)File Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Thomas) (Entered: 04/29/2005) |
| 02/2005 | 871 | RICO STATEMENT *as to defendant Dubai Islamic Bank*. Document filed by Continental Casualty Company.(Kapla (Entered: 05/02/2005) |
| 05/2005 | 872 | AFFIDAVIT of David F. Geneson in Support. Document filed by Yassin Abdullah Kadi. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−05738−RCC,1:03−cv−09849−RCC(rjm, ) (Entered: 05/05/2 |
| 05/2005 | 873 | ORDER Granting Motion for Admission Pro Hac Vice that the Motion for admission pro hac vice is granted in all re David F. Geneson, Esq., for Deft. Yassin Abdullah Kadi. $25.00 fee pending. (Signed by Judge Richard C. Casey on Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−05738−RCC,1:03−cv−09849−RC Modified on 5/9/2005 (rjm, ). (Entered: 05/05/2005) |
| 05/2005 | 874 | NOTICE of Voluntary Dismissal pursuant to Rule 41(a)(1) of the F.R.C.P. that ptff. in the referenced action hereby v dismiss defts. Omar al Rajhi & Khalid al Rajhi w/prejudice from 04−6105(RCC). (Signed by Judge Richard C. Case Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−06105−RCC(rjm, ) (Entered: 05/05/2005) |
| 05/2005 | 875 | ENDORSED LETTER addressed to Judge Richard Conway Casey from Jerry S. Goldman, Esq., & Gina M. MacNei dated 4/28/05 re: Granting Ptffs. request that 6/15/05 is the service deadline from the defts. in the referenced case. (Si Judge Richard C. Casey on 5/5/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC,1:04−cv−01923−RCC(rjm, ) (Entered: 05/05/2005) |
| 05/2005 | 876 | STIPULATION AND ORDER as to the extension of time to respond to complaints for defts. Schreiber & Zindel, Fr Engelbert Schreiber, and Engelbert Schreiber, Jr. that the time for defts. to answer, move, or otherwise plead to the S Amended Complaints in each of the cases referenced above, shall be extended to & including 5/20/05. (Signed by Ju C. Casey on 5/5/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC,1:04−cv−01923−RCC (Entered: 05/05/2005) |
| 05/2005 | | Set Answer Due Date purs. to 876 Stipulation and Order, as to Schreiber & Zindel answer due on 5/20/2005; Frank Z answer due on 5/20/2005; Engelbert Schreiber answer due on 5/20/2005; Engelbert Schreiber, Jr answer due on 5/20 Document relates to 04−1076 & 04−1923. (rjm, ) (Entered: 05/05/2005) |
| 05/2005 | 877 | RICO STATEMENT *Applicable to Saleh Abdullah Kamel*. Document filed by Estate of John P.O'Neill, Sr.. (Attachn Exhibit B)(Mac Neill, Gina) (Entered: 05/05/2005) |

| | | |
|---|---|---|
| )5/2005 | 878 | RICO STATEMENT *Applicable to Al Baraka Investment and Development Corp. a/k/a Al Baraka Bank a/k/a Dallal Group, LLC*. Document filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entere 05/05/2005) |
| )5/2005 | 881 | AFFIDAVIT of Steven P. Solow in Support re: 879 MOTION (FILED ON SERVICE DATE) for David F. Geneson Pro Hac Vice. Document filed by Yassin Abdullah Kadi. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−05738−RCC,1:03−cv−09849−RCC(rjm, ) (Entered: 05/06/20 |
| )5/2005 | 882 | ENDORSED LETTER addressed to Judge Richard Conway Casey from J. Scott Tarbutton dated 5/4/05 re: GRANTI Federal Ptffs. request for the Court's permission to file the schedules to be attached as Exhibits to the default filings u (Signed by Judge Richard C. Casey on 5/5/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−R (Entered: 05/06/2005) |
| )5/2005 | 883 | ORDER OF DISMISSAL that this 5th day of May, 2005, for the reasons in the Court's Order of 1/18/05, the Kingdor Arabia, HRH Prince Sultan bin Abdulaziz Al−Saud, HRH Prince Turki Al−Faisal, HRH Prince Mohamed Al−Faisal, Rajhi Banking & Investment Corp. are DISMISSED from all remaining cases consolidated before this Court under d number 03MD1570. (Signed by Judge Richard C. Casey on 5/5/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC (rj Modified on 5/16/2005 (kkc, ). (Entered: 05/06/2005) |
| )5/2005 | 884 | SIGNED PROPOSED ORDER. The Court hereby finds that Omar Sulaiman Al Rajhi is not a deft. in the following a 03−5738, 03−9849, 04−7280. The Court further finds that Omar Sulaiman Al Rajhi is not required to file an answer o pleading in response to the above−named complaints. (Signed by Judge Richard C. Casey on 5/5/05) Filed In Associa 1:03−md−01570−RCC,1:03−cv−05738−RCC,1:03−cv−09849−RCC,1:04−cv−07280−RCC(rjm, ) (Entered: 05/06/20 |
| )5/2005 | 885 | NOTICE of Voluntary Dismissal pursuant to Rule 41(a)(1) of the F.R.C.P. Ptffs voluntarily dismiss deft. Mohammed Aljomaih with prejudice from 03cv6978. Each party shall bear its own fees, costs & expenses. (Signed by Judge Rich Casey on 5/5/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(rjm, ) (Entered: 05/06/20( |
| )5/2005 | 886 | NOTICE of Voluntary Dismissal pursuant to Rule 41(a)(1) of the F.R.C.P. that Ptffs in the referenced actions hereby dismiss Deft. Mohammed Bin Abdullah Al−Jomaih (D203) from cases 03−5738, 03−9849, 04−7279 & 04−7280. (Si Judge Richard C. Casey on 5/5/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−05738−RCC,1:03−cv−09849−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC(rj (Entered: 05/06/2005) |
| )6/2005 | 880 | MEMO ENDORSEMENT ORDER ON MOTION granting 879 (Doc #879 in 03md1570, Doc. #96 in 03−5738, Doc 03−9849, and Doc. #284 in 02−6977) Motion for David F. Geneson to Appear Pro Hac Vice . (Signed by Judge Rich Casey on 5/5/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−05738−RCC,1:03−cv−09849−RCC(rjm, ) (Entered: 05/06/20 |
| )6/2005 | 887 | NOTICE of Stipulation to Extend Deadline to Respond to Jurisdictional Discovery. Document filed by Saudi Binladi Inc.. (Stear, Melissa) (Entered: 05/06/2005) |
| )9/2005 | 888 | MOTION to Dismiss. Document filed by DMI Administrative Services S.A.. (Attachments: # 1 Appendix 1)Filed In Cases: 1:04−cv−05970−RCC,1:04−cv−06105−RCC(McGuire, James) Modified on 5/9/2005 (sn). (Entered: 05/09/20 |
| )9/2005 | 889 | MEMORANDUM OF LAW in Support re: 888 MOTION to Dismiss. *the Continental Casualty and New York Marir* Document filed by DMI Administrative Services S.A.. Filed In Associated Cases: 1:04−cv−05970−RCC,1:04−cv−06105−RCC(McGuire, James) Modified on 5/9/2005 (sn). (Entered: 05/09/2005) |
| )9/2005 | 890 | REPLY MEMORANDUM OF LAW in Support re: 654 MOTION to Dismiss *the Consolidated Personal Injury Plai (Ashton, Burnett, O'Neill, Salvo, and Tremsky)*. *(O'Neill RICO Claims)*. Document filed by Al Haramain Islamic Fou Inc.. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01923−RCC(Kabat, Alan) (Entered: 05/09/2005) |
| )9/2005 | 891 | NOTICE of of Motion. Document filed by Soliman H.S. Al−Buthe. (Kabat, Alan) (Entered: 05/09/2005) |
| )9/2005 | 892 | MOTION to Dismiss. Document filed by Soliman H.S. Al−Buthe. (Attachments: # 1 Text of Proposed Order)Filed Ir Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 05/09/2005) |

| | | |
|---|---|---|
| )9/2005 | 893 | NOTICE of Affidavit in Support of Motion to Dismiss. Document filed by Soliman H.S. Al−Buthe. (Attachments: # 1−4# 2 Exhibit 5−8# 3 Exhibit 9−13# 4 Exhibit 14−16)(Kabat, Alan) (Entered: 05/09/2005) |
| )9/2005 | 894 | REPLY MEMORANDUM OF LAW in Support re: 654 MOTION to Dismiss *the Consolidated Personal Injury Plai (Ashton, Burnett, O'Neill, Salvo, and Tremsky)*., 655 MOTION to Dismiss *the Consolidated Personal Injury Complai (Ashton, Burnett, Salvo, and Tremsky)*.. Document filed by Al Haramain Islamic Foundation, Inc., Perouz Seda Ghaty Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 05/09/2005) |
| )9/2005 | 895 | REPLY MEMORANDUM OF LAW in Support re: 656 MOTION to Dismiss *the Consolidated Property Damage ar Insurance Complaints (Cantor Fitzgerald, Continental Casualty, Euro Brokers, Federal Insurance, NY Marine, and Trade Center Properties)*., 657 MOTION to Dismiss *the Consolidated Property Damage and Insurance Complaints (Continental Casualty, Euro Brokers, Federal Insurance, NY Marine, and World Trade Center Properties)*.. Docume Al Haramain Islamic Foundation, Inc., Perouz Seda Ghaty. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 05/09/2005) |
| )9/2005 | 901 | STIPULATION AND ORDER (this document relates to 03cv9849); regarding extension of time for Saudi Binladin ( respond to plaintiffs' jurisdictional discovery requests, as set forth in this Stipulation. (Signed by Judge Richard C. Ca 5/9/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 05/11/2005) |
| .0/2005 | 896 | NOTICE of Plaintiffs' More Definite Statement as to Defendants DMI Adminstrative Services S.A. and Daar Al−Ma Al−Islami Trust. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 05/1( |
| .0/2005 | 897 | RICO STATEMENT *Applicable to DMI Administrative Services S.A. and Daar Al−Maal Al−Islami Trust*. Documen World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 05/10/2005) |
| .0/2005 | 898 | RICO STATEMENT *Applicable to Yeslam Bin Laden*. Document filed by World Trade Center Properties LLC, et al. (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 05/10/2005) |
| .0/2005 | 899 | RICO STATEMENT *Applicable to DMI Administrative Services S.A. and Daar Al−Maal Al−Islami Trust*. Documen Euro Brokers Inc., et al.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Elsner, Michael) (Entered: 05/10/2005) |
| .0/2005 | 900 | RICO STATEMENT *Applicable to Yeslam Bin Laden*. Document filed by Euro Brokers Inc., et al.. (Attachments: # 1 A# 2 Exhibit B)(Elsner, Michael) (Entered: 05/10/2005) |
| .3/2005 | 902 | MOTION to Dismiss *of Mar−Jac Poultry, Inc.*. Document filed by Mar−Jac Poultry, Inc.. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−05970−RCC(Parker, Wilmer) (Entered: 05/13/2005) |
| .3/2005 | 903 | MEMORANDUM OF LAW in Support re: 902 MOTION to Dismiss *of Mar−Jac Poultry, Inc.*.. Document filed by I Poultry, Inc.. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−05970−RCC(Parker, Wilmer) (Entered: 05 |
| .3/2005 | 904 | RICO STATEMENT *AMENDED RICO STATEMENT APPLICABLE TO FAISAL ISLAMIC BANK−SUDAN*. Docun by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit EXHIBIT B)(Feldman, Elliott) (Entered: ( |
| .3/2005 | 905 | REPLY MEMORANDUM OF LAW in Support re: 679 MOTION to Dismiss for Lack of Jurisdiction *and Failure to Claim. in the Continental Casualty action*. Document filed by Islamic Investment Company of the Gulf (Sharjah). Fil Associated Cases: 1:03−md−01570−RCC,1:04−cv−05970−RCC(McGuire, James) (Entered: 05/13/2005) |
| .3/2005 | 906 | RICO STATEMENT *Applicable to Islamic Investment Company of the Gulf (Bahrain)*. Document filed by World Tra Properties LLC, et al.. (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 05/13/2005) |
| .3/2005 | 907 | RICO STATEMENT *Applicable to Islamic Investment Company of the Gulf (Bahrain)*. Document filed by Euro Brol al.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Elsner, Michael) (Entered: 05/13/2005) |
| .3/2005 | 908 | MEMORANDUM OF LAW in Opposition re: 729 MOTION to Dismiss. *PLAINTIFFS? MEMORANDUM OF LAW OPPOSITION TO MOTION TO DISMISS OF DEFENDANT SAMI OMAR AL−HUSSAYEN*. Document filed by Fed Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(Feldm (Entered: 05/13/2005) |
| .6/2005 | 909 | STIPULATION AND ORDER for Service of Process & Setting Schedule for Rabita Trust & Wael Jelaidan to Respo First Amended Complaint. Rabita Trust & Wael Jelaidan shall have 60 days from the date on which the Court decide |

| | | |
|---|---|---|
| | | Jelaidan & Rabita Trust's pending motions to dismiss in 02−6977, 03−9849 & 03−6978... and as further set forth in s (Signed by Judge Richard C. Casey on 5/16/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−05970−I (Entered: 05/17/2005) |
| .6/2005 | 910 | ENDORSED LETTER addressed to Judge Richard C. Casey from Justin B. Kaplan, Esq. dated 5/12/05 re: GRANTE for an extension of time for ptffs. to file their opposition to Deft. Sami Al−Hussayen's Motion to Dismiss. The unders with counsel for the Deft. have jointly agreed to an extension of time for one week until 5/20/05. The Deft's. Reply w filed on or before 7/5/05. Set Deadlines/Hearing as to 724 MOTION to Dismiss., 725 MOTION to Dismiss.: Respons 5/20/2005 Replies due by 7/5/2005. (Signed by Judge Richard C. Casey on 5/16/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC(rjm, ) (Entered: 05/18/2005) |
| .6/2005 | 911 | Signed PROPOSED ORDER of Substitution of Counsel that Sheppard Mullin Richter & Hampton LLP shall be here substituted for White & Case LLP as counsel for defts. DMI Administrative Services, S.A. and Islamic Investment C the Gulf (Sharja). Affidavit of James J. McGuire in Support of Application to change counsel attached. (Signed by Ju Richard C. Casey on 5/16/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC,1:03−cv−09849−RCC(rjm, ) Modified on 5/18/2005 (rjm, ) (Entered: ( |
| .6/2005 | 912 | STIPULATION as to Service of Process & Extension of Time to Respond to Complaint Consolidated under MDL 15 by & between ptffs in the referenced case consolidated under MDL 1570 & Deft. Saudi Dallah Al Baraka Group, LL through their undersigned counsel, that the undersigned Deft's counsel hereby accepts service of the Complaint in the referenced, on behalf of Saudi Dallah Al Baraka Group, LLC. Ptffs. pursuing claims for relief under "RICO" shall se Amended RICO Statement concerning Saudi Dallah Al Baraka Group, LLC on or before 5/27/05. Further stipulated for Saudi Dallah Al Baraka Group, LLC to answer or otherwise respond to the complaint in the case referenced shall before 7/8/05... and as further set forth in said order. (Signed by Judge Richard C. Casey on 6/16/05) Filed In Associa 1:03−md−01570−RCC,1:03−cv−06978−RCC(rjm, ) (Entered: 05/18/2005) |
| .6/2005 | | Set Answer Due Date purs. to 912 Stipulation and Order,,, as to Saudi Dallah Al Baraka Group LLC answer due on 7 (rjm, ) (Entered: 05/18/2005) |
| .6/2005 | 933 | Signed PROPOSED ORDER of Substitution of Counsel that Sheppard Mullin Richter & Hampton LLP shall be here substituted for White & Case LLP as counsel for Defts. DMI Administrative Services, S.A. and Islamic Investment C the Gulf (Sharjah). (Signed by Judge Richard C. Casey on 5/16/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC,1:03−cv−09848−RCC(rjm, ) (Entered: 05/23/2005) |
| .7/2005 | 913 | STIPULATED DISMISSAL WITHOUT PREJUDICE OF PTFFS' CLAIMS AGAINST MERCY−USA FOR AID & DEVELOPMENT, INC. It is stipulated & agreed by and among the Cantor action ptffs. and Mercy−USA for Aid and Development, Inc. that the Cantor action amended complaint against Mercy−USA for Aid and Development, Inc. is l dismissed without prejudice without costs or attorneys fees awarded to any of the parties... and as further set forth in (Signed by Judge Richard C. Casey on 5/17/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−07065−I (Entered: 05/18/2005) |
| .7/2005 | 914 | STIPULATION AS TO SERVICE OF PROCESS & EXTENSION OF TIME TO RESPOND TO COMPLAINTS CONSOLIDATED UNDER MDL 1570... that ptffs pursuing claims for relief under the "RICO" Act shall serve their RICO Statements concerning Al Watania Poultry, on or before 5/27/05. It is further stipulated & agreed that the time Watania Poultry to answer or otherwise respond to the Complaint in each of the cases referenced above, shall be on o 6/27/05... and as further set forth in said order. (Signed by Judge Richard C. Casey on 5/17/05) Filed In Associated C 1:03−md−01570−RCC,1:03−cv−06978−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC(rjm, ) (Entered: 05/18/2( |
| .7/2005 | 915 | STIPULATION WITH REGARD TO RULING ON MOTION TO DISMISS OF DEFT. PRINCE NAIF BIN ABDU SAUD IN RELATED CASES. Subject to approval of the Court, the parties will adopt as a binding order in the actio regard to Prince Naif, the order of this Court deciding the Consolidated Motion. In the event the order is appealed, th hereto will adopt as a binding order in the Action, with regard to Prince Naif, any subsequent rulings by any appellate w/regard to the Order. All further proceedings in the action with regard to Prince Naif are stayed pending the resoluti Consolidated Motion... and as further set forth in said order. (Signed by Judge Richard C. Casey on 5/17/05) Filed In Cases: 1:03−md−01570−RCC,1:04−cv−05970−RCC(rjm, ) (Entered: 05/18/2005) |
| .9/2005 | 917 | STIPULATION AND ORDER REGARDING SCHEDULE TO RESPOND TO COMPLAINT CONSOLIDATED U MDL 1570. Defts. shall have 30 days from the date on which the Court decides the pending Motions to answer or oth respond to ptffs' complaint in the referenced case. Ptffs shall have 60 days from the date on which it is served with D responsive pleadings to file a response, if any. Defts shall have 21 days thereafter to file a reply to Ptffs' opposition... further set forth in said order. (Signed by Judge Richard C. Casey on 5/19/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−05970−RCC(rjm, ) (Entered: 05/20/2005) |
| .9/2005 | 918 | STIPULATION WITH REGARDS TO RULINGS ON MOTION TO DISMISS OF DEFT. THE SAUDI HIGH CON IN RELATED CASES that the parties will adopt as a binding order in the action, with regard to SHC, the order of th deciding the Consolidated Motion. In the event the Order is appealed, the parties hereto will adopt as a binding order Action, with regard to SHC, any subsequent rulings by any appellate courts with regard to the Order. All further proc |

| | | |
|---|---|---|
| | | the Action with regard to SHC are stayed pending the resolution of the Consolidated Motion... and as further set forth order. (Signed by Judge Richard C. Casey on 5/19/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−05970−RCC(rjm, ) (Entered: 05/20/2005) |
| .9/2005 | 932 | STIPULATION with regard to Rulings on Motion to Dismiss of Deft. Prince Salman Bin Abdulaziz Al−Saud in Rela that the parties will adopt as a binding order in the action, with regard to Prince Salman, the order of this Court decid Consolidated Motion. In the event the order of this Court is appealed, the parties hereto will adopt as a binding order action, with regard to Prince Salman, any subsequent rulings by any appellate courts with regard to the order. All furt proceedings in the action with regard to Prince Salman are stayed pending the resolution of the Consolidated Motion. resolution of the Consolidated Motion, if the Court, with regard to the cases covered by the Consolidated Motion, ord requires the filing of any answer by Prince Salman and/or orders or permits discovery with regard to Prince Salman, s requirement or permission will apply to the Action, as well. (Signed by Judge Richard C. Casey on 5/19/05) Filed In Cases: 1:03−md−01570−RCC,1:04−cv−05970−RCC(rjm, ) (Entered: 05/23/2005) |
| .9/2005 | 934 | ENDORSED LETTER addressed to Judge Richard Conway Casey from Jodi Westbrook Flowers dated 5/18/05 re: P were contacted today by pro se Deft. Yeslam Bin Laden regarding an extension of time to supplement or file his moti Dismiss in the referenced cases. Plaintiffs have agreed to a 60−day extension of time for Mr. Bin Laden to move to d otherwise respond making his papers due 7/22/05... Motions due by 7/22/2005. Responses due by 9/20/2005 Replies 10/20/2005. (Signed by Judge Richard C. Casey on 5/19/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC,1:03−cv−09848−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07279−RCC,1:04−cv−07280−RCC(rjm, ) (Entered: 05/23/2005) |
| .9/2005 | 935 | STIPULATION AND ORDER as to Service of Process and Extension of Time to Respond to Complaints Consolidat MDL 1570 as to Deft. Khalid Bin Mahfouz. The time for Mr. Bin Mahfouz to answer or otherwise respond to the cor each of the cases referenced above, shall be on or before 6/27/05... and as further set forth in said order. (Signed by Ju Richard C. Casey on 5/19/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−06978−RCC,1:03−cv−09849−RCC,1:04−cv−01923−RCC, 1:04−cv−05970−RCC,1:04−cv−06105−RCC,1:04−cv−07065−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC(rjn (Entered: 05/23/2005) |
| .9/2005 | | Set Answer Due Date purs. to 935 Stipulation and Order,, as to Khaled Bin Mahfouz answer due on 6/27/2005. (rjm, 05/23/2005) |
| .9/2005 | 946 | ORDER on attached Motion for Admission pro hac vice of Attorney Sheryl L. Musgrove on behalf of Deft. Sami On Al−Hussayen. (Signed by Judge Richard C. Casey on 5/19/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC,1:03−cv−09849−RCC,1:04−cv−06105−RCC,1:04−cv−07279−RCC, 1:04−cv−07280−RCC(rjm, ) (Entered: 05/25/2005) |
| 20/2005 | 916 | RICO STATEMENT *Applicable to Khalid Bin Mahfouz*. Document filed by Port Authority of New York & New Jers Fitzgerald & Co..(Goodman, Jonathan) (Entered: 05/20/2005) |
| 20/2005 | 919 | MOTION for Entry of Judgment under Rule 54(b) *NOTICE OF MOTION FOR ENTRY OF FINAL JUDGMENTS RI DEFENDANTS KINGDOM OF SAUDI ARABIA, PRINCE SULTAN BIN ABDUL AZIZ AL SAUD, PRINCE TURKI A AL SAUD, PRINCE MOHAMED AL FAISAL AL SAUD, AND AL RAJHI BANKING & INVESTMENT CO., INC.*. Do filed by Plaintiffs Executive Committees. (Attachments: # 1 Memorandum of Law in Support)Filed In Associated Ca 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Bi Andrea) (Entered: 05/20/2005) |
| 20/2005 | 920 | RICO STATEMENT *Applicable to Khalid Bin Mahfouz a/k/a Khaled Bin Mahfouz*. Document filed by Estate of John Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 05/20/2005) |
| 20/2005 | 921 | MEMORANDUM OF LAW in Opposition re: 724 MOTION to Dismiss. *Plaintiffs' Memorandum of Law in Opposit Omar Al−Hussayen's Motion to Dismiss With Supporting Points and Authorities*. Document filed by World Trade Ce Properties LLC, et al.. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(El Michael) (Entered: 05/20/2005) |
| 20/2005 | 922 | NOTICE of Voluntary Dismissal of Sami Omar Al−Hussayen. Document filed by Euro Brokers Inc., et al.. (Elsner, M (Entered: 05/20/2005) |

| | | |
|---|---|---|
| 20/2005 | 923 | RICO STATEMENT *Applicable to Sami Omar Al−Hussayen*. Document filed by World Trade Center Properties LL (Attachments: # 1 Exhibit A# 2 Exhibit B)(Elsner, Michael) (Entered: 05/20/2005) |
| 20/2005 | 924 | RICO STATEMENT *Applicable to Khalid Bin Salim Bin Mahfouz*. Document filed by World Trade Center Propertie al.. (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 05/20/2005) |
| 20/2005 | 925 | RICO STATEMENT *Applicable to Khalid Bin Salim Bin Mahfouz*. Document filed by Euro Brokers Inc., et al.. (Atta 1 Exhibit A# 2 Exhibit B)(Elsner, Michael) (Entered: 05/20/2005) |
| 20/2005 | 926 | MOTION to Dismiss for Lack of Jurisdiction. Document filed by Schreiber & Zindel, Frank Zindel, Engelbert Schrei Engelbert Schreiber, Jr. Responses due by 7/19/2005 Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Kl Donald) (Entered: 05/20/2005) |
| 20/2005 | 927 | DECLARATION of Frank Zindel in Support re: 926 MOTION to Dismiss for Lack of Jurisdiction.. Document filed Schreiber & Zindel, Frank Zindel, Engelbert Schreiber, Engelbert Schreiber, Jr. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Kl Donald) (Entered: 05/20/2005) |
| 20/2005 | 928 | DECLARATION of Engelbert Schreiber, Sr. in Support re: 926 MOTION to Dismiss for Lack of Jurisdiction.. Docu by Schreiber & Zindel, Frank Zindel, Engelbert Schreiber, Engelbert Schreiber, Jr. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Kl Donald) (Entered: 05/20/2005) |
| 20/2005 | 929 | DECLARATION of Engelbert Schreiber, Jr. in Support re: 926 MOTION to Dismiss for Lack of Jurisdiction.. Docu by Schreiber & Zindel, Frank Zindel, Engelbert Schreiber, Engelbert Schreiber, Jr. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Kl Donald) (Entered: 05/20/2005) |
| 20/2005 | 930 | DECLARATION of Guntram Wolf in Support re: 926 MOTION to Dismiss for Lack of Jurisdiction.. Document file Schreiber & Zindel, Frank Zindel, Engelbert Schreiber, Engelbert Schreiber, Jr. (Attachments: # 1 # 2 Exhibit)Filed I Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Kl Donald) (Entered: 05/20/2005) |
| 20/2005 | 931 | MEMORANDUM OF LAW in Support re: 926 MOTION to Dismiss for Lack of Jurisdiction.. Document filed by Sc Zindel, Frank Zindel, Engelbert Schreiber, Engelbert Schreiber, Jr. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Kl Donald) (Entered: 05/20/2005) |
| 20/2005 | 941 | STIPULATION AND ORDER with regard to Rulings on Motion to Dismiss of Deft. The Saudi High Commission in Cases that the parties will adopt as a binding order in the Action, with regard to SHC, the order of this Court deciding Consolidated Motion. In the event the Order is appealed, the parties hereto will adopt as a binding order in the Actio regard to SHC, any subsequent rulings by any appellate courts w/regard to the order. All further proceedings in the A regard to SHC are stayed pending the resolution of the Consolidated Motion... and as further saet forth in said Order. Judge Richard C. Casey on 5/19/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−05970−RCC(rjm, ) 05/23/2005) |

| | | |
|---|---|---|
| 23/2005 | 936 | RICO STATEMENT *Applicable to Dallah Albaraka Group LLC, Al Baraka Investment and Development Corporati Baraka Investment and Development, Al Baraka Bank and Al Baraka Bancorp, Inc.*. Document filed by Port Authori York & New Jersey, Cantor Fitzgerald & Co..(Goodman, Jonathan) (Entered: 05/23/2005) |
| 23/2005 | 937 | RICO STATEMENT *Applicable to Muslim World League and Muslim World League Offices*. Document filed by Po of New York & New Jersey, Cantor Fitzgerald & Co..(Goodman, Jonathan) (Entered: 05/23/2005) |
| 23/2005 | 938 | NOTICE of Appearance by Lisa Freiman Fishberg on behalf of Asat Trust Reg. (Fishberg, Lisa) (Entered: 05/23/200 |
| 23/2005 | 939 | RICO STATEMENT *Applicable to International Islamic Relief Organization, Islamic Refief Organization, Sana−Be Sanabel Al−Kaheer, Inc., Success Foundation, Success Foundation, Inc., Saleh Abdullah Kamel and Ibrahim Afandi.* filed by Port Authority of New York & New Jersey, Cantor Fitzgerald & Co..(Goodman, Jonathan) (Entered: 05/23/2 |
| 23/2005 | 940 | NOTICE of Appearance by Lisa Freiman Fishberg on behalf of Martin Watcher, Erwin Watcher (Fishberg, Lisa) (En 05/23/2005) |
| 23/2005 | | CASHIERS OFFICE REMARK $25.00, paid on 5/23/05, Receipt Number 544539 for admission of attorney Sheryl I Musgrove pro hac vice on behalf of Deft. Sami Omar Al−Hussayen. This Document relates to 03−9849, 04−7279, 03 04−6105, 04−7280. (rjm, ) (Entered: 06/01/2005) |
| 24/2005 | 942 | RICO STATEMENT *as to defendant Khalid bin Mahfouz*. Document filed by Continental Casualty Company.(Kapla (Entered: 05/24/2005) |
| 25/2005 | 943 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Mohammed Hussein Al Amoudi. Document filed by Plaintiffs. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 05/25/2005) |
| 25/2005 | 944 | RICO STATEMENT *Applicable to Mohammed Hussein Al Amoudi*. Document filed by World Trade Center Properti al.. (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 05/25/2005) |
| 25/2005 | 945 | RICO STATEMENT *Applicable to Mohammed Hussein Al Amoudi*. Document filed by Euro Brokers Inc., et al.. (At # 1 Exhibit A# 2 Exhibit B)(Elsner, Michael) (Entered: 05/25/2005) |
| 25/2005 | 947 | RICO STATEMENT *AMENDED RICO STATEMENT APPLICABLE TO THE AL BARAKA GROUP*. Document file Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit EXHIBIT B)(Feldman, Elliott) (Entered: 05/ |
| 25/2005 | 948 | NOTICE of Omitted Proposed Order re: 919 MOTION for Entry of Judgment under Rule 54(b) *NOTICE OF MOTIC ENTRY OF FINAL JUDGMENTS REGARDING DEFENDANTS KINGDOM OF SAUDI ARABIA, PRINCE SULTAN ABDUL AZIZ AL SAUD, PRINCE TURKI AL FAISAL AL SAUD, PRINCE MOHAMED AL FAISAL AL SAUD, AND Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit Exhibit A)(Bierstein, Andrea) (Entered 05/25/2005)* |
| 26/2005 | 949 | RICO STATEMENT *APPLICABLE TO DAR AL MAAL AL ISLAMI TRUST AND DMI ADMINISTRATIVE SERVIC.* Document filed by Federal Insurance Company et al., Plaintiffs.(Feldman, Elliott) (Entered: 05/26/2005) |
| 26/2005 | 950 | NOTICE of Voluntary Dismissal of Abdullah Salim Bahamdan. Document filed by Euro Brokers Inc., et al., World T Center Properties LLC, et al.. (Elsner, Michael) (Entered: 05/26/2005) |
| 26/2005 | 951 | STIPULATION AND ORDER FOR SERVICE OF PROCESS AND SETTING SCHEDULE FOR INTERNATION. ISLAMIC RELIEF ORGANIZATION TO RESPOND TO THE FIRST AMENDED COMPLAINT. IIRO shall have from the date on which the Court decides IIRO's pending motion to dismiss in 02−6977 & 03−6978 to move to dismi answer the First Amended Complaint; Plaintiffs shall have 60 days from the date on which it is served with IIRO's m dismiss to serve its opposition to same or to respond, if required, to the answer; IIRO shall have 30 days from the dat IIRO is served w/ptffs' opposition motion to dismiss, or respond to answer, to reply to that opposition or response... a further set forth in said stipulation & order (Signed by Judge Richard C. Casey on 5/26/05) Filed In Associated Cases 1:03−md−01570−RCC,1:04−cv−05970−RCC(rjm, ) (Entered: 05/27/2005) |
| 27/2005 | 952 | ENDORSED LETTER addressed to Judge Richard C. Casey from Gina M. Mac Neill, Esq. dated 5/25/05 re: GRAN request that the due date for the applicable RICO statements be extended from 5/25/05 to 5/31/05. (Signed by Judge I Casey on 5/26/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC,1:04−cv−01923−RCC(rj (Entered: 05/27/2005) |
| 27/2005 | 953 | RICO STATEMENT *APPLICABLE TO KHALID BIN MAHFOUZ*. Document filed by Federal Insurance Company e Plaintiffs. (Attachments: # 1 Exhibit EXHIBIT B)(Feldman, Elliott) (Entered: 05/27/2005) |
| 27/2005 | 954 | NOTICE of Notice of Motion to Dismiss; Memorandum of Law; Declaration of Obaid Al Shamsi; Disclosure Statem Document filed by Dubai Islamic Bank. (Attachments: # 1 # 2 # 3)(Welzer, Frank) (Entered: 05/27/2005) |
| 27/2005 | 955 | MOTION to Dismiss *Complaints*. Document filed by Dubai Islamic Bank. Responses due by 7/26/2005 Filed In Ass Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, |

| | | |
|---|---|---|
| | | 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(W Frank) (Entered: 05/27/2005) |
| 27/2005 | 956 | MEMORANDUM OF LAW in Support re: 955 MOTION to Dismiss *Complaints*.. Document filed by Dubai Islamic Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(W Frank) (Entered: 05/27/2005) |
| 27/2005 | 957 | AFFIDAVIT of Obaid Al Shamsi in Support re: 955 MOTION to Dismiss *Complaints*.. Document filed by Dubai Isl Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(W Frank) (Entered: 05/27/2005) |
| 27/2005 | 958 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Dubai Islamic Bank.(Welzer, Frank) (Entered: 05/27/2 |
| 31/2005 | 959 | RICO STATEMENT *Applicable to Asat Trust*. Document filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Ex B)(Mac Neill, Gina) (Entered: 05/31/2005) |
| 31/2005 | 960 | RICO STATEMENT *Applicable to Erwin Wachter*. Document filed by Estate of John P.O'Neill, Sr.. (Attachments: # B)(Mac Neill, Gina) (Entered: 05/31/2005) |
| 31/2005 | 961 | RICO STATEMENT *Applicable to Martin Wachter*. Document filed by Estate of John P.O'Neill, Sr.. (Attachments: B)(Mac Neill, Gina) (Entered: 05/31/2005) |
| 31/2005 | 962 | RICO STATEMENT *Applicable to Sercor Treuhand Anstalt*. Document filed by Estate of John P.O'Neill, Sr.. (Attac Exhibit B)(Mac Neill, Gina) (Entered: 05/31/2005) |
| 01/2005 | 963 | AFFIRMATION of Sean P. Carter in Opposition re: 164 MOTION for Protective Order *Notice of Motion and Memo Support of Motion for Limited Appearance and to Move for a Protective Order*., 249 MOTION to Dismiss *First Ame Complaint*., 225 MOTION to Dismiss., 631 MOTION to Dismiss *& Memorandum of Law in Support of Motion to Di Saudi Joint Relief Committee*., 40 MOTION to Dismiss *The Fourth Amended Consolidated Master Complaint in Ash Al Qaeda Islamic, et al.*., 41 MOTION to Dismiss *Memorandum of Law in Support of Motion to Dismiss The Fourth Consolidated Master Complaint in Ashton et al. v. Al Qaeda Islamic, et al.*., 99 MOTION to Dismiss for Lack of Juri *Third Amended Complaint (Burnett)*., 102 MOTION to Dismiss *[Reply Brief − Burnett v. Al Baraka]*., 262 MOTION Dismiss., 46 MOTION to Dismiss *of the Defendant The National Commercial Bank*., 135 MOTION to Dismiss *the A Complaint*., 15 MOTION (FILED ON SERVICE DATE) for Michael K. Kellogg, Mark C. Hansen, David C. Frederi J. Guzman, and J.C. Rozendaal to Appear Pro Hac Vice., 47 MOTION to Dismiss *Certain Consolidated Complaints*. MOTION to Dismiss *Memorandum in Support of Motion to Dismiss Certain Consolidated Complaints*., 49 MOTION *and Memorandum of Law in Support of Motion to Dismiss and to Quash Service of Process of His Royal Highness P Al−Faisal bin Abdulaziz Al−Saud*., 50 MOTION to Dismiss *Reply Memorandum in Support of Motion to Dismiss*., 1 MOTION to Dismiss *Complaint By Federal Insurance Plaintiffs and to Quash Service of Process of His Royal Highn Turki Al−Faisal Bin Abdulaziz Al−Saud*., 374 MOTION to Dismiss *and Memorandum of Law in Support of Motion t* 375 MOTION to Dismiss *and Memorandum of Law in Support of Motion to Dismiss and to Quash Service of Proces* MOTION to Dismiss *the Complaints*., 165 MOTION for Protective Order *Notice of Motion and Memorandum in Su Motion for Limited Appearance and to Move for a Protective Order*.. Document filed by Federal Insurance Company Plaintiffs. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhib Exhibit # 10 Exhibit # 11 Exhibit # 12 Exhibit # 13 Exhibit # 14 Exhibit # 15 Exhibit # 16 Exhibit # 17 Exhibit # 18 Exhibit # 20 Exhibit # 21 Exhibit # 22 Exhibit # 23 Exhibit # 24 Exhibit # 25 Exhibit # 26 Exhibit # 27 Exhibit # 28 Exhibit # 30 Exhibit # 31 Exhibit # 32 Exhibit # 33 Exhibit # 34 Exhibit # 35 Exhibit # 36 Exhibit # 37 Exhibit # 38 Exhibit # 40 Exhibit Part 1 of 2# 41 Exhibit Part 2 of 2# 42 Exhibit # 43 Exhibit # 44 Exhibit # 45 Exhibit # 46 Exhil Exhibit # 48 Exhibit Part 1 of 5# 49 Exhibit Part 2 of 5# 50 Exhibit Part 3 of 5# 51 Exhibit Part 4 of 5# 52 Exhibit Pa 53 Exhibit # 54 Exhibit)Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(Feldman, Elliott) ( 06/01/2005) |
| 01/2005 | 964 | ENDORSED LETTER addressed to Judge Richard C. Casey from Andrea Bierstein dated 5/11/05 re: "After reviewi parties' submissions, the court has decided to hear the FSIA motions of Prince Salman and Prince Naif and the Saudi Commission on 6/14/05. The agreed upon eight other defts. will proceed after the FSIA arguments on 6/14 & 6/15." ( Judge Richard C. Casey on 6/1/05) (rjm, ) (Entered: 06/02/2005) |

| | | |
|---|---|---|
| )1/2005 | 965 | STIPULATION AND ORDER SETTING SCHEDULE: It is hereby stipulated & agreed by Ptffs. and Defts., Dallah Group, LLC, Sheikh Saleh Abdullah Kamel, and Al Baraka Investment and Development Corp. ("Defts."), by and thr respective attorneys that: Defts' time to move, answer or otherwise respond to the Complaint is extended until 7/8/05. Judge Richard C. Casey on 5/31/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−05970−RCC(rjm, ) 06/02/2005) |
| )1/2005 | | Set Answer Due Date purs. to 965 Stipulation and Order, as to Al Baraka Investment and Development Corporation a on 7/8/2005; Dallah Al Baraka Group LLC answer due on 7/8/2005; Saleh Abdullah kamel answer due on 7/8/2005. (Entered: 06/02/2005) |
| )1/2005 | 966 | STIPULATION AND ORDER, Set Deadlines/Hearing as to 888 MOTION to Dismiss.: Ptffs. Response is extended t DMI S.A. shall file reply papers within 15 days of receipt of plaintiffs' opposing papers. (Signed by Judge Richard C. 5/31/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC(rjm, ) (Ente 06/02/2005) |
| )2/2005 | 967 | RESPONSE to Motion re: 919 MOTION for Entry of Judgment under Rule 54(b) *NOTICE OF MOTION FOR ENTR FINAL JUDGMENTS REGARDING DEFENDANTS KINGDOM OF SAUDI ARABIA, PRINCE SULTAN BIN ABDU SAUD, PRINCE TURKI AL FAISAL AL SAUD, PRINCE MOHAMED AL FAISAL AL SAUD, AND AL by the Kingdo Arabia, HRH Prince Sultan bin Abdulaziz Al−Saud, HRH Prince Turki Al−Faisal Al−Saud, and HRH Prince Mohan Faisal Al Saud. Document filed by Mohammed Al Faisal Al Saud, Sultan Bin Abdulaziz Al Saud, The Kingdom of Sau Prince Turki Al Faisal Al Saud. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC William) (Entered: 06/02/2005)* |
| )3/2005 | 968 | STIPULATION AND ORDER AS TO SERVICE OF PROCESS & RICO STATEMENTS RELATING TO COMPL CONSOLIDATED UNDER MDL 1570: It is hereby Stipulated & Agreed by & between Ptffs in all of the referenced consolidated under 03 MDL 1570 & Deft. Yousef Jameel, by & through their undersigned counsel that the undersign counsel hereby agrees that Mr. Jameel was served w/the Complaint in each of the cases referenced in this document. expressly reserves his right to assert all other defenses to the complaints, including, but not limited to, lack of persona jurisdiction... and as further set forth in said order. (Signed by Judge Richard C. Casey on 6/2/05) Filed In Associated 1:03−md−01570−RCC,1:03−cv−06978−RCC,1:04−cv−06105−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC(rj (Entered: 06/03/2005) |
| )3/2005 | 969 | RICO STATEMENT *APPLICABLE TO YOUSSEF ABDUL LATIF JAMEEL*. Document filed by Federal Insurance C al., Plaintiffs. (Attachments: # 1 Exhibit EXHIBIT B)(Feldman, Elliott) (Entered: 06/03/2005) |
| )3/2005 | 970 | RICO STATEMENT *Applicable to Yousef Abdul Latif Jameel*. Document filed by World Trade Center Properties LL (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 06/03/2005) |
| )3/2005 | 971 | RICO STATEMENT *Applicable to Yousef Abdul Latif Jameel*. Document filed by Euro Brokers Inc., et al.. (Attachm Exhibit A# 2 Exhibit B)(Elsner, Michael) (Entered: 06/03/2005) |
| )6/2005 | 972 | MEMORANDUM OF LAW in Opposition re: 919 MOTION for Entry of Judgment under Rule 54(b) *NOTICE OF M FOR ENTRY OF FINAL JUDGMENTS REGARDING DEFENDANTS KINGDOM OF SAUDI ARABIA, PRINCE SU ABDUL AZIZ AL SAUD, PRINCE TURKI AL FAISAL AL SAUD, PRINCE MOHAMED AL FAISAL AL SAUD, AND Document filed by Al Rajhi Bank. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC Christopher) (Entered: 06/06/2005)* |
| )6/2005 | 973 | MEMORANDUM OF LAW in Opposition re: 919 MOTION for Entry of Judgment under Rule 54(b) *NOTICE OF M FOR ENTRY OF FINAL JUDGMENTS REGARDING DEFENDANTS KINGDOM OF SAUDI ARABIA, PRINCE SU ABDUL AZIZ AL SAUD, PRINCE TURKI AL FAISAL AL SAUD, PRINCE MOHAMED AL FAISAL AL SAUD, AND Document filed by Saudi American Bank. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC Brian) (Entered: 06/06/2005)* |
| )6/2005 | 974 | STIPULATION AND ORDER, Set Deadlines/Hearing as to 902 MOTION to Dismiss *of Mar−Jac Poultry, Inc.*.: tha plaintiffs' time to file its opposition to the Motion to Dismiss the Amended Complaint by defendant Mar−Jac Poultry, extended until 6/13/2005 and the time of defendant Mar−Jac Poultry, Inc. to file its reply is extended until 6/28/2005. |

| | | |
|---|---|---|
| | | Judge Richard C. Casey on 6/6/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−05970−RCC(rjm, ) (I 06/07/2005) |
| )7/2005 | 983 | THIRD AMENDED COMPLAINT Jury Trial Demanded against Centersas Di Nasreddin Ahmed Idris EC, Salah Ha Revolutionary Guard Corps (IRGC), Iranian Revolutionary Guard Corps − QODS Force, Hossein Mosleh, Nasco Bu Residence, Hassan Nasrallah, Morteza Reza'i, Adib Sha'ban, Ahmad Vahedi, Abu Waiel, Mohammad Baqer Zolqadr Zubaydh.Document filed by John Patrick O'Neill, Jr, Christine Irene O'Neill, Carol O'Neill, Dorothy A. O'Neill. This relates to 04cv1076.(rjm, ) (Entered: 06/13/2005) |
| )7/2005 | | Set Answer Due Date purs. to 983 Amended Complaint,, as to Centersas Di Nasreddin Ahmed Idris EC answer due c 6/21/2005; Salah Hajir answer due on 6/21/2005; Iranian Revolutionary Guard Corps (IRGC) answer due on 6/21/20 Revolutionary Guard Corps − QODS Force answer due on 6/21/2005; Hossein Mosleh answer due on 6/21/2005; Na Business Residence answer due on 6/21/2005; Hassan Nasrallah answer due on 6/21/2005; Morteza Reza'i answer du 6/21/2005; Adib Sha'ban answer due on 6/21/2005; Ahmad Vahedi answer due on 6/21/2005; Abu Waiel answer due 6/21/2005; Mohammad Baqer Zolqadr answer due on 6/21/2005. (rjm, ) (Entered: 06/13/2005) |
| )8/2005 | 975 | NOTICE of Motion to Supplement Plaintiffs' Opposition to Motions to Dismiss re: 207 Brief, 299 MOTION to Dism Document filed by Burnett Plaintiffs. (Elsner, Michael) (Entered: 06/08/2005) |
| )8/2005 | 976 | NOTICE of Motion − Memorandum in Support of Motion to Supplement Plaintiffs' Opposition to Motions to Dismis Notice (Other). Document filed by Burnett Plaintiffs. (Elsner, Michael) (Entered: 06/08/2005) |
| )8/2005 | 977 | NOTICE of Motion − Plaintiffs' Supplemental Memorandum in Opposition to Motions to Dismiss of Wa'el Hamza J Khalid Bin Mahfouz and Yousef Jameel re: 207 Brief, 299 MOTION to Dismiss.. Document filed by Burnett Plainti (Attachments: # 1 Affidavit of David K. Draper# 2 Attachment A (Part 1 of 6)# 3 Attachment A (Part 2 of 6)# 4 Atta (Part 3 of 6)# 5 Attachment A (Part 4 of 6)# 6 Attachment A (Part 5 of 6)# 7 Attachment A (Part 6 of 6)# 8 Attachme Attachment C# 10 Attachment D (Part 1 of 3)# 11 Attachment D (Part 2 of 3)# 12 Attachment D (Part 3 of 3)# 13 At E# 14 Attachment F# 15 Attachment G# 16 Attachment H# 17 Attachment I# 18 Attachment J# 19 Attachment K# 2 Attachment L# 21 Attachment M# 22 Attachment N# 23 Attachment O# 24 Attachment P# 25 Attachment Q# 26 Att R# 27 Attachment S# 28 Attachment T# 29 Attachment U)(Elsner, Michael) (Entered: 06/08/2005) |
| )9/2005 | 978 | MOTION for Leave to File Motion to Dismiss *Out of Time*. Document filed by Dallah Al Baraka Group LLC. (Attac Memorandum of Law# 2 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−07065−RCC(McMahon, Martin) (Entered: 06/09/2005) |
| )9/2005 | 979 | MOTION to Dismiss., MOTION to Dismiss for Lack of Jurisdiction. Document filed by Dallah Al Baraka Group LL (Attachments: # 1 Memorandum of Law# 2 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−07065−RCC(McMahon, Martin) (Entered: 06/09/2005) |
| )9/2005 | 985 | CONSENT MOTION AND STIPULATION AS TO FURTHER EXTENSION OF TIME, Set Deadlines/Hearing as MOTION to Dismiss Responses due by 6/29/2005; AND THAT DMI S.A. shall file reply papers within 15 days of r plaintiffs' opposing papers, if any. (Signed by Judge Richard C. Casey on 6/9/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−05970−RCC(rjm, ) (Entered: 06/14/2005) |
| )9/2005 | 986 | CONSENT MOTION AND STIPULATION AS TO FURTHER EXTENSION OF TIME, Set Deadlines/Hearing as MOTION to Dismiss Responses due by 6/29/2005; and that DMI S.A. shall file reply papers within 15 days of receip opposing papers, if any. (Signed by Judge Richard C. Casey on 6/9/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−06105−RCC(rjm, ) (Entered: 06/14/2005) |
| .0/2005 | 980 | MOTION for Leave to File Arabic language document. Document filed by Federal Insurance Company et al., Plainti (Attachments: # 1 Memorandum of law# 2 Arabic language document Part 1# 3 Arabic language document 2 of 2# 4 translation)Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(Feldman, Elliott) (Entered: 06/1 |
| .0/2005 | 981 | NOTICE of Voluntary Dismissal. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Cente LLC, et al.. (Elsner, Michael) (Entered: 06/10/2005) |
| .3/2005 | 982 | FILING ERROR − DEFICIENT DOCKET ENTRY − (PARTY SELECTION ERROR) − MEMORANDUM OF LA Opposition re: 980 MOTION for Leave to File Arabic language document.. Document filed by Sultan Bin Abdulaziz Naif Bin Abdulaziz Al Saud. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(Jeffress, Wil Modified on 6/29/2005 (gf, ). (Entered: 06/13/2005) |
| .3/2005 | 984 | RESPONSE in Opposition re: 978 MOTION for Leave to File Motion to Dismiss *Out of Time*.. Document filed by P Authority of New York & New Jersey, Cantor Fitzgerald & Co.. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 Affidavit J Goodman# 8 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(G |

| | | |
|---|---|---|
| | | Jonathan) (Entered: 06/13/2005) |
| .4/2005 | 987 | RICO STATEMENT *AMended RICO Statement Applicable to Dar al Maal al Islami a/k/a Dar−Al−Mall Al Islami a Al−Maal Al−Islami (DMI) Referring to and Including Dar Al Maal Administrative Services, S.A. a/k/a DMI Adminis Services SA and Dar Al Maal Al Islami Trust*. Document filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Exh B)(Mac Neill, Gina) (Entered: 06/14/2005) |
| .4/2005 | | Minute Entry for proceedings held before Judge Richard C. Casey: Oral Argument as to defendants' motions to dismi 6/14/2005. Court reserves decision. (kkc, ) (Entered: 07/08/2005) |
| .5/2005 | 988 | RICO STATEMENT *Applicable to Schreiber and Zindel, Frank Zindel, Engelbert Schreiber, Engelbert Schreiber, J* Document filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 06/15/2005 |
| .5/2005 | 989 | STIPULATION AS TO TIME TO RESPOND TO DEFENDANT SAUDI AMERICAN BANK'S OPPOSITION TO PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT. It is agreed by & between plaintiffs in all actions c under 03 MDL 1570, and defendant Saudi American Bank, by & through their undersigned counsel, that the Plaintiff Saudi American Bank's Opposition to Plaintiffs' Motion for Entry of Final Judgment shall be served on or before 6/2( (Signed by Judge Richard C. Casey on 6/14/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(rjr (Entered: 06/15/2005) |
| .5/2005 | 990 | STIPULATION AS TO TIME TO RESPOND TO DEFENDANT AL RAJHI BANK'S OPPOSITION TO PLAINTI MOTION FOR ENTRY OF FINAL JUDGMENT. It is Stipulated & Agreed by & between Plaintiffs in all actions co under 03 MDL 1570, and Defendant Al Rajhi Banking & Investment Corp., by & through their undersigned counsel, Plaintiffs' Reply to Al Rajhi Bank's Opposition to Plaintiff's Motion for Entry of Final Judgment shall be served on or 6/20/05. (Signed by Judge Richard C. Casey on 6/14/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(rjr (Entered: 06/15/2005) |
| .5/2005 | 991 | CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to Yassin Abdullah Al Qadi at the followi Yassin Abdullah Al Qadi aka Yassin Abdullah Al Kadi, PO Box 214, Jeddah, Saudi Arabia, 21411 on 6/15/05 by Re Mail # RB 632 904 896. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01923−RCC(ps, ) (Entered: 06/ |
| .5/2005 | | Minute Entry for proceedings held before Judge Richard C. Casey: Oral Argument as to defendants' motions to dismi 6/15/2005. Court reserves decision.(kkc, ) (Entered: 07/08/2005) |
| .7/2005 | 992 | REPLY MEMORANDUM OF LAW in Support re: 978 MOTION for Leave to File Motion to Dismiss *Out of Time*.. filed by Dallah Al Baraka Group LLC. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−07065−RCC(McMahon, Martin) (Entered: 06/17/2005) |
| .7/2005 | 1127 | CLERK CERTIFICATE OF MAILING of Summons & Third Amended Complaint mailed to Islamic Republic of Ira following address: Islamic Republic of Iran c/o Edward Betancourt, Director of Special Consular Services, US Depar State, 2100 Pennsylvania Avenue NW, Washington, DC 20520 on 6/17/05 by Registered Mail # 7001 2510 0005 670 Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC(ps, ) (Entered: 08/17/2005) |
| .7/2005 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Third Amended Complaint mailed to Islamic F Iran on 6/17/05 by Registered Mail # 7001 2510 0005 6700 4361, RECEIVED ON: 6/24/05. Filed In Associated Cas 1:03−md−01570−RCC,1:04−cv−01076−RCC(ps, ) Because the US does not maintain diplomatic relations with the g of Iran, the Department of State is assisted by the Foreign Interests Section fo the Embassy of Switzerland in Teherar delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to the Iranian M Foreign Affairs on 9/7/05 under cover of diplomatic note numbered 1049 IE dated 9/6/05. While 28 U.S.C. 1608(c)(1 that service via the diplomatic channel is effective as of the date of delivery of the diplomatic notes, the documents w subsequently returned to the Foreign Interests Section of the Swiss Embassy in Teheran. The US State Department se reason for this to invalidate the effectiveness of service. Modified on 10/20/2005 (ps, ). (Entered: 08/17/2005) |
| .7/2005 | 1128 | CLERK CERTIFICATE OF MAILING of Summons & Third Amended Complaint mailed to Ali Fallahian at the fol address: Ali Fallahian Iranian Minister of Intelligence and Security, c/o Edward Betancourt, Director of Special Cons Services, US Department of State, 2100 Pennsylvania Avenue NW, Washington, DC 20520 on 6/17/05 by Registered 7001 0360 0003 1064 1457. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC(ps, ) Modified 8/17/2005 (ps, ). (Entered: 08/17/2005) |

| | | |
|---|---|---|
| .7/2005 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Third Party Complaint mailed to Ali Fallahian by Registered Mail # 7001 0360 0003 1064 1457, RECEIVED ON: 6/24/05. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC(ps, ) (Entered: 08/17/2005) |
| .7/2005 | 1129 | CLERK CERTIFICATE OF MAILING of Summons & Third Amended Complaint mailed to Iranian Revolutionary Corp. at the following address: Iranian Revolutionary Guard Corp. Ministry of Foreign Affiars, c/o Edward Betancou of Special Consular Service, US Department of State, 2100 Pennsylvania Avenue NW, Washington, DC 20520 on 6/ Registered Mail # 7001 0360 0003 1064 1471. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−R Modified on 8/17/2005 (ps, ). (Entered: 08/17/2005) |
| .7/2005 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons and Third Amended Complaint mailed to Iranian Revolutionary Guard Corp. on 6/17/05 by Registered Mail # 7001 0360 0003 1064 1471, RECEIVED ON: 6/24/05. I Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC(ps, ) Because the US does not maintain diplomatic r with the government of Iran, the Department of State is assisted by the Foreign Interests Section fo the Embassy of S in Teheran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to Ministry of Foreign Affairs on 9/7/05 under cover of diplomatic note numbered 1051 IE dated 9/6/05. While 28 U.S. 1608(c)(1) provides that service via the diplomatic channel is effective as of the date of delivery of the diplomatic no documents were subsequently returned to the Foreign Interests Section of the Swiss Embassy in Teheran. The US Sta Department sees no reason for this to invalidate the effectiveness of service. Modified on 10/20/2005 (ps, ). (Entered: 08/17/2005) |
| .7/2005 | 1130 | CLERK CERTIFICATE OF MAILING of Summons & Third Amended Complaint mailed to Ayatollah Ali Hoseini− at the following address: Ayatollah Ali Hoseini−Khamenei c/o Edward Betancourt, Director of Consular Services, US Department of State, 2100 Pennsylvania Avenue NW, Washington, DC 20520 on 6/17/05 by Registered Mail # 7001 1064 1488. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC(ps, ) (Entered: 08/17/2005) |
| .7/2005 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Third Amended Complaint mailed to Ayatollal Hoseini−Khamenei on 6/17/05 by Registered Mail # 7001 0360 0003 1064 1488, RECEIVED ON: 6/24/05. Filed In Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC(ps, ) (Entered: 08/17/2005) |
| .7/2005 | 1131 | CLERK CERTIFICATE OF MAILING of Summons & Third Amended Complaint mailed to Mohammed Bager at tl following address: Mohammed Bager Zolgadr, Iranian Revolutionary Guards Corp, c/o Edward Betancourt, Director Consular Services, US Department of State, 2100 Pennsylvania Avenue NW Washington, DC 20520 on 6/17/05 by F Mail # 7001 2510 0005 6700 4385. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC(ps, ) (E 08/17/2005) |
| .7/2005 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Third Amended Complaint mailed to Mohamn on 6/17/05 by Registered Mail # 7001 2510 0005 6700 4385, RECEIVED ON: 6/24/05. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC(ps, ) (Entered: 08/17/2005) |
| .7/2005 | 1132 | CLERK CERTIFICATE OF MAILING of Summons & Third Amended Complaint mailed to Iranian Revolutionary Corp−Quds Force, aka Jerusalem Force at the following address: Iranian Revolutionary Guard Corp−Quds Force, aka Force c/o Edward Betancourt, Director of Special Consular Services, US Department of State, 2100 Pennsylvania Av Washington, DC 20520 on 6/17/05 by Registered Mail # 7001 2510 0005 6700 4408. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC(ps, ) (Entered: 08/17/2005) |
| .7/2005 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Third Amended Complaint mailed to Iranian Revolutionary Guard Corp−Quds Force, aka Jerusalem Force on 6/17/05 by Registered Mail # 7001 2510 0005 6700 RECEIVED ON: 6/24/05. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC(ps, ) (Entered: 0 |
| .7/2005 | 1133 | CLERK CERTIFICATE OF MAILING of Summons & Third Amended Complaint mailed to Iranian Ministry of Inte and Security at the following address: Iranian Ministry of Intelligence and Security c/o Edward Betancourt, Director Consular Services, US Department of State, 2100 Pennsylvania Avenue NW, Washington, DC 20520 on 6/17/05 by Mail # 7001 0360 0003 1064 1464. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC(ps, ) (E 08/17/2005) |
| .7/2005 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Third Amended Complaint mailed to Iranian M Intelligence and Security on 6/17/05 by Registered Mail # 7001 0360 0003 1064 1464, RECEIVED ON: 6/26/05. Fil Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC(ps, ) Because the US does not maintain diplomatic r with the government of Iran, the Department of State is assisted by the Foreign Interests Section fo the Embassy of S in Teheran in delivering these documents to the Iranian Ministry of Foreign Affairs. The documents were delivered to Ministry of Foreign Affairs on 9/7/05 under cover of diplomatic note numbered 1050 IE dated 9/6/05. While 28 U.S. 1608(c)(1) provides that service via the diplomatic channel is effective as of the date of delivery of the diplomatic no documents were subsequently returned to the Foreign Interests Section of the Swiss Embassy in Teheran. The US Sta Department sees no reason for this to invalidate the effectiveness of service. Modified on 10/20/2005 (ps, ). (Entered: 08/17/2005) |

| | | |
|---|---|---|
| .7/2005 | 1134 | CLERK CERTIFICATE OF MAILING of Summons & Third Amended Complaint mailed to The Rupublic of Iraq a following address: The Republic of Iraq c/o Edward Betancourt, Director of Special Consular Services, US Departme 2100 Pennsylvania Avenue NW, Washington, DC 20520 on 6/17/05 by Registered Mail # 7001 2510 0005 6700 437 Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC(ps, ) (Entered: 08/17/2005) |
| .7/2005 | | CLERK CERTIFICATE OF MAILING RECEIVED for Summons & Third Amended Complaint mailed to Republic 6/17/05 by Registered Mail # 7001 2510 0005 6700 4378, RECEIVED ON: 6/24/05. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC(ps, ) (Entered: 08/17/2005) |
| 20/2005 | 993 | TRANSCRIPT of proceedings held on 6/14/05, 10:00am. before Judge Richard C. Casey. (rjm, ) (Entered: 06/20/200 |
| 20/2005 | 994 | TRANSCRIPT of proceedings held on 6/15/05, 10:00am. before Judge Richard C. Casey. (rjm, ) (Entered: 06/20/200 |
| 20/2005 | 995 | TRANSCRIPT of proceedings held on 6/15/05, 10:00am. before Judge Richard C. Casey. (rjm, ) (Entered: 06/20/200 |
| 20/2005 | 996 | REPLY MEMORANDUM OF LAW in Support re: 980 MOTION for Leave to File Arabic language document. *PLA REPLY TO THE JOINT OPPOSITION OF PRINCE NAIF BIN ABDUL AZIZ AL SAUD AND PRINCE SALMAN BIN AZIZ AL SAUD TO PLAINTIFFS? MOTION FOR LEAVE TO SUPPLEMENT THE RECORD WITH ADDITIONAL EVIDENCE IN RESPONSE TO THE MOTIONS TO DISMISS SUBMITTED BY PRINCE NAIF AND PRINCE SALM* Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(Feldman, Elliott) (Entered: 06/20/2005) |
| 20/2005 | 997 | REPLY MEMORANDUM OF LAW in Support re: 919 MOTION for Entry of Judgment under Rule 54(b) *NOTICE MOTION FOR ENTRY OF FINAL JUDGMENTS REGARDING DEFENDANTS KINGDOM OF SAUDI ARABIA, P SULTAN BIN ABDUL AZIZ AL SAUD, PRINCE TURKI AL FAISAL AL SAUD, PRINCE MOHAMED AL FAISAL A AND AL FILED BY AL RAJHI BANK AND SAUDI AMERICAN BANK. Document filed by Federal Insurance Compa Plaintiffs. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC Elliott) (Entered: 06/20/2005)* |
| 20/2005 | 998 | STIPULATION AND ORDER that plaintiffs' time to file its opposition to the motion to dismiss the amended compla defendant Mar−Jac Poultry, Inc. is adjourned from 6/13/05 until 6/20/05 and the time of defendant Mar−Jac Poultry, its reply papers is adjourned from 6/28/05 until 7/5/05. (Signed by Judge Richard C. Casey on 6/20/05) Filed In Asso Cases: 1:03−md−01570−RCC,1:04−cv−05970−RCC(rjm, ) (Entered: 06/22/2005) |
| 20/2005 | | Set/Reset Deadlines as to 902 MOTION to Dismiss *of Mar−Jac Poultry, Inc.*.. Responses due by 6/20/2005 Replies 7/5/2005. (rjm, ) (Entered: 06/22/2005) |
| 22/2005 | 999 | MEMORANDUM OF LAW in Opposition re: 980 MOTION for Leave to File Arabic language document. *Correcte Reflect Proper Filers of Memorandum of Law in Opposition to Motion*. Document filed by Naif Bin Abdulaziz Al Sa Bin Abdulaziz Al Saud. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(Jeffress, William) 06/22/2005) |
| 22/2005 | 1000 | ORDER Endorsement on attached Motion for Admission pro hac vice of attorneys John N. Scholnick and Ayad P. Ja behalf of defendants Schreiber & Zindel, Frank Zindel, Engelbert Schreiber, and Engelbert Schreiber, Jr. (Signed by Richard C. Casey on 6/20/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC,1:04−cv−01923−RCC(rjm, ) (Entered: 06/22/2005) |
| 22/2005 | 1001 | ORDER Endorsement on Motion for Admission pro hac vice of Attorney Tracey C. Allen on behalf of Defendant Pri Mohamed Al−Faisal Al−Saud. (Signed by Judge Richard C. Casey on 6/20/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−06978−RCC(rjm, ) (Entered: 06/22/2005) |
| 22/2005 | 1002 | RICO STATEMENT *APPLICABLE TO ASAT TRUST*. Document filed by Federal Insurance Company et al., Plainti (Attachments: # 1 Exhibit EXHIBIT B)(Feldman, Elliott) (Entered: 06/22/2005) |
| 22/2005 | 1003 | ORDER re: 1000 Order, Endorsement on attached Motion for Admission pro hac vice of attorneys John N. Scholnick P. Jacob on behalf of defendants Schreiber & Zindel, Frank Zindel, Engelbert Schreiber, and Engelbert Schreiber, Jr. Judge Richard C. Casey on 6/20/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC,1:04−cv−01923−RCC(rjm, ) (Entered: 06/22/2005) (Signed by Judge Casey on 6/22/05) (rjm, ) (Entered: 06/24/2005) |
| 22/2005 | | CASHIERS OFFICE REMARK on 1001 Order Admitting Atty. pro hac vice, in the amount of $25.00, paid on 6/22/ Number 547164. (rjm, ) (Entered: 07/15/2005) |
| 23/2005 | 1004 | STIPULATED EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD... The RICO Statements were file 5/31/05, making Defts' initial pleading due on 6/30/05; the herein appearing Defts. require an additional 30 days until |

| | | |
|---|---|---|
| | | prepare their initial pleading; Ptff. shall have 45 days from the filing of such pleading, to respond; Stipulating Defts. s 30 days from the receipt of such response to file a reply, if warranted and/or permitted. (Signed by Judge Richard C. ( 6/23/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC,1:04−cv−01923−RCC(rjm, ) (Ente 06/24/2005) |
| 23/2005 | | Set Answer Due Date purs. to 1004 Stipulation and Order,, as to Martin Watcher answer due on 8/1/2005; Erwin Wat answer due on 8/1/2005; Sercor Treuhand Anstalt answer due on 8/1/2005; Asat Trust Reg. answer due on 8/1/2005. (Entered: 06/24/2005) |
| 24/2005 | 1005 | MEMORANDUM OF LAW in Opposition re: 833 MOTION to Dismiss., 846 MOTION to Dismiss., 848 MOTION 835 MOTION to Dismiss., 837 MOTION to Dismiss., 850 MOTION to Dismiss., 839 MOTION to Dismiss., 841 MO Dismiss., 842 MOTION to Dismiss., 844 MOTION to Dismiss.. Document filed by Burnett Plaintiffs, Federal Insura Company, Kathleen Ashton, John Patrick O'Neill, Jr, Cantor Fitzgerald & Co., Continental Casualty Company, Euro Inc., et al., World Trade Center Properties LLC, et al., New York Marine and General Insurance Company. Filed In A Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Kr James) (Entered: 06/24/2005) |
| 24/2005 | 1006 | TRANSCRIPT of proceedings held on 6/15/05, 10:00am. before Judge Richard C. Casey. (rjm, ) (Entered: 06/24/200 |
| 24/2005 | 1007 | TRANSCRIPT of proceedings held on 6/14/05, 10:00am. before Judge Richard C. Casey. (rjm, ) (Entered: 06/24/200 |
| 24/2005 | 1008 | AFFIRMATION of Vincent Ian Parrett in Opposition re: 833 MOTION to Dismiss., 846 MOTION to Dismiss., 848 to Dismiss., 835 MOTION to Dismiss., 837 MOTION to Dismiss., 850 MOTION to Dismiss., 839 MOTION to Dism MOTION to Dismiss., 842 MOTION to Dismiss., 844 MOTION to Dismiss.. Document filed by Burnett Plaintiffs, F Insurance Company, Kathleen Ashton, John Patrick O'Neill, Jr, Cantor Fitzgerald & Co., Continental Casualty Comp Brokers Inc., et al., World Trade Center Properties LLC, et al., New York Marine and General Insurance Company. F Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Kr James) (Entered: 06/24/2005) |
| 24/2005 | 1009 | AFFIDAVIT of John Fawcett in Opposition re: 833 MOTION to Dismiss., 846 MOTION to Dismiss., 848 MOTION Dismiss., 835 MOTION to Dismiss., 837 MOTION to Dismiss., 850 MOTION to Dismiss., 839 MOTION to Dismis MOTION to Dismiss., 842 MOTION to Dismiss., 844 MOTION to Dismiss.. Document filed by Burnett Plaintiffs, F Insurance Company, Kathleen Ashton, John Patrick O'Neill, Jr, Cantor Fitzgerald & Co., Continental Casualty Comp Brokers Inc., et al., World Trade Center Properties LLC, et al., New York Marine and General Insurance Company. F Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Kr James) (Entered: 06/24/2005) |
| 24/2005 | 1010 | AFFIDAVIT of John Fawcett in Opposition re: 833 MOTION to Dismiss., 846 MOTION to Dismiss., 848 MOTION Dismiss., 835 MOTION to Dismiss., 837 MOTION to Dismiss., 850 MOTION to Dismiss., 839 MOTION to Dismis MOTION to Dismiss., 842 MOTION to Dismiss., 844 MOTION to Dismiss.. Document filed by Burnett Plaintiffs, F Insurance Company, Kathleen Ashton, John Patrick O'Neill, Jr, Cantor Fitzgerald & Co., Continental Casualty Comp Brokers Inc., et al., World Trade Center Properties LLC, et al., New York Marine and General Insurance Company. F Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Kr James) (Entered: 06/24/2005) |
| 24/2005 | 1021 | ENDORSED LETTER addressed to Judge Richard Conway Casey from Jerry S. Goldman dated 6/15/05 re: Granting request for a forty−five day extension of time to effectuate service and for leave to re−serve certain defendants in the the court finds service defective. "Final extension." (Signed by Judge Richard C. Casey on 6/23/05) Filed In Associat 1:03−md−01570−RCC,1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC, 1:04−cv−06105−RCC,1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC(rjn (Entered: 06/29/2005) |

| | | |
|---|---|---|
| 24/2005 | 1022 | ORDER that the Court hereby finds that Al Watania Poultry is not currently a defendant in the actions: 03−5738, 03− 02−7300 & 04−7280. The Court further finds that Al Watania Poultry is not required to file an answer or other pleadi response to the above−named complaints unless and until such time as it is added as a party defendant. (Signed by Ju Richard C. Casey on 6/23/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05738−RCC,1:03−cv−09849−RCC,1:04−cv−07280−RC (Entered: 06/29/2005) |
| 24/2005 | | CASHIERS OFFICE REMARK on 1000 Order admitting Atty. pro hac vice in the amount of $50.00, paid on 6/24/0 Number 547345. (rjm, ) (Entered: 07/15/2005) |
| 27/2005 | 1011 | REPLY MEMORANDUM OF LAW in Support re: 729 MOTION to Dismiss.. Document filed by Sami Omar Al−H Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(McKay, Scott) (Entered: 06/27/2005) |
| 27/2005 | 1012 | MEMORANDUM OF LAW in Opposition re: 837 MOTION to Dismiss., 850 MOTION to Dismiss., 841 MOTION Document filed by Port Authority of New York & New Jersey, Cantor Fitzgerald & Co.. (Attachments: # 1 Goodman Exhibit 1# 3 exhibit 2# 4 exhibit 3# 5 exhibit 4# 6 exhibit 5# 7 exhibit 6# 8 exhibit 7# 9 exhibit 8# 10 exhibit 9# 11 e 12 exhibit 11# 13 exhibit 12# 14 exhbiit 13# 15 exhibit 14# 16 exhibit 15# 17 exhibit 16# 18 exhibit 16(a)# 19 certifi service)Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−07065−RCC(Goodman, Jonathan) (Entered: 06/2 |
| 28/2005 | 1013 | MOTION to Dismiss. Document filed by Khaled Bin Salim Bin Mahfouz. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(St Geoffrey) (Entered: 06/28/2005) |
| 28/2005 | 1014 | MEMORANDUM OF LAW in Opposition re: 839 MOTION to Dismiss., 846 MOTION to Dismiss., 848 MOTION 837 MOTION to Dismiss., 842 MOTION to Dismiss., 850 MOTION to Dismiss., 844 MOTION to Dismiss. *PROPE DAMAGE PLAINTIFFS' CONSOLIDATED MEMORANDUM OF LAW IN OPPOSITION TO THE MOTIONS TO D DEFENDANT FAISAL ISLAMIC BANK OF SUDAN*. Document filed by Federal Insurance Company et al., Plaintiffs Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Fe Elliott) (Entered: 06/28/2005) |
| 28/2005 | 1015 | AFFIRMATION of Sean P. Carter in Opposition re: 846 MOTION to Dismiss., 848 MOTION to Dismiss., 837 MOT Dismiss., 850 MOTION to Dismiss., 839 MOTION to Dismiss., 842 MOTION to Dismiss., 844 MOTION to Dismis Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 5 Exhibit)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Fe Elliott) (Entered: 06/28/2005) |
| 28/2005 | 1016 | MEMORANDUM OF LAW in Support re: 1013 MOTION to Dismiss.. Document filed by Khaled Bin Salim Bin M (Attachments: # 1 Exhibit)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC(Stewart, Geoffre (Entered: 06/28/2005) |
| 28/2005 | 1017 | FILING ERROR − DUPLICATED DOCKET ENTRY − MEMORANDUM OF LAW in Support re: 1013 MOTION Dismiss. Document filed by Khaled Bin Salim Bin Mahfouz. (Attachments: # 1 Exhibit)Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(Stewart, Geoffrey) Modified on 6/29/2005 (sn). (Entered: 06/28/2005) |
| 28/2005 | 1018 | FILING ERROR − DUPLICATED DOCKET ENTRY − MEMORANDUM OF LAW in Support re: 1013 MOTION Dismiss. Document filed by Khaled Bin Salim Bin Mahfouz. (Attachments: # 1 Exhibit)Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(Stewart, Geoffrey) Modified on 6/29/2005 (sn). (Entered: 06/28/2005) |
| 28/2005 | 1019 | FILING ERROR − DUPLICATED DOCKET ENTRY − MEMORANDUM OF LAW in Support re: 1013 MOTION Dismiss. Document filed by Khaled Bin Salim Bin Mahfouz. (Attachments: # 1 Exhibit)Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−07065−RCC(Stewart, Geoffrey) Modified on 6/29/2005 (sn). (Entered: 06/28/2005) |
| 28/2005 | 1020 | MEMORANDUM OF LAW in Opposition re: 869 MOTION to Dismiss *Sulaiman Al Rajhi*. MOTION to Dismiss fo Jurisdiction *Sulaiman Al Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Sulaiman Al Rajhi*. MOTION to Dismis of Jurisdiction *Sulaiman Al Rajhi*. *CANTOR FITZGERALD AND PORT AUTHORITY PLAINTIFFS' MEMORANDU IN OPPOSITION TO THE MOTION TO DISMISS OF DEFENDANT SULAIMAN AL RAHJI*. Document filed by Por of New York & New Jersey, Cantor Fitzgerald & Co.. (Attachments: # 1 Declaration of J. Goodman# 2 Exhibit 1 pag |

| | | |
|---|---|---|
| | | Exhibit 1 pages 36−66# 4 Exhibit 1 pages 67−86# 5 Exhibit 1 pages 87−107# 6 Exhibit 2# 7 Exhibit 3# 8 Exhibit 4 p 9 Exhibit 4 pages 31−60# 10 Exhibit 4 pages 61−99# 11 Exhibit 4 pages 100−137# 12 Exhibit 5# 13 Exhibit 6)Filed Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Go Jonathan) (Entered: 06/28/2005) |
| )1/2005 | 1023 | CORRECTED DUPLICATE ORIGINAL OF TRANSCRIPT of proceedings held on 6/15/05, 10:00 am. before Judg C. Casey. (rjm, ) (Entered: 07/01/2005) |
| )1/2005 | 1024 | CORRECTED DUPLICATE ORIGINAL OF TRANSCRIPT of proceedings held on 6/14/05, 10:00 am. before Judg C. Casey. (rjm, ) (Entered: 07/01/2005) |
| )1/2005 | 1025 | STIPULATION OF DISMISSAL OF MOHAMMED HUSSEIN AL AMOUDI that the Burnett, Euro Brokers and W Center plaintiffs and defendant, Mohammed Hussein Al Amoudi, have agreed to and hereby stipulate to the dismissa defendant, Mohammed Hussein Al Amoudi without prejudice, each side to bear its own attorney's fees, costs, and ex (Signed by Judge Richard C. Casey on 7/1/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−05738−RCC,1:03−cv−09849−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC(rj (Entered: 07/05/2005) |
| )1/2005 | 1026 | STIPULATION AS TO THE EXTENSION OF TIME TO RESPOND TO THE THIRD AMENDED COMPLAINT DEFTS. SCHREIBER & ZINDEL, FRANK ZINDEL, ENGELBERT SCHREIBER, AND ENGELBERT SCHREIB that the time for Defts to answer, move, or otherwise plead to the Third Amended Complaint in Estate of O'Neill, etal Republic of Iraq, etal. Case No. 04 cv 1076 (RCC) shall be extended to and including 7/8/05; Plaintiffs response to a Defendants may file in response to the Third Amended Complaint shall be filed on 8/5/05, and that Defendants' coun reply memoranda, if any, within 21 days of receipt of Plaintiffs' opposing papers. (Signed by Judge Richard C. Casey Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC(rjm, ) Modified on 7/5/2005 (rjm, ). (Enter 07/05/2005) |
| )5/2005 | 1027 | REPLY MEMORANDUM OF LAW in Support re: 727 MOTION to Dismiss.. Document filed by Sami Omar Al−H Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−06105−RCC(McKay, Scott) (Entered: 07/05/2005) |
| )5/2005 | 1028 | REPLY MEMORANDUM OF LAW in Support re: 724 MOTION to Dismiss.. Document filed by Sami Omar Al−H Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−07280−RCC(McKay, Scott) (Entered: 07/05/2005) |
| )7/2005 | 1029 | MEMORANDUM OF LAW in Opposition re: 869 MOTION to Dismiss *Sulaiman Al Rajhi*. MOTION to Dismiss fo Jurisdiction *Sulaiman Al Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Sulaiman Al Rajhi*. MOTION to Dismis of Jurisdiction *Sulaiman Al Rajhi*. *Plaintiffs' Consolidated Memorandum of Law in Opposition to Motion to Dismiss Al Rajhi*. Document filed by Plaintiffs PI Executive Committee. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(El Michael) (Entered: 07/07/2005) |
| )7/2005 | 1030 | AFFIDAVIT of David K. Draper in Opposition re: 869 MOTION to Dismiss *Sulaiman Al Rajhi*. MOTION to Dismis of Jurisdiction *Sulaiman Al Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Sulaiman Al Rajhi*. MOTION to Dis Lack of Jurisdiction *Sulaiman Al Rajhi*.. Document filed by Plaintiffs PI Executive Committee. (Attachments: # 1 At (Part 1 of 6)# 2 Attachment A (Part 2 of 6)# 3 Attachment A (Part 3 of 6)# 4 Attachment A (Part 4 of 6)# 5 Attachme of 6)# 6 Attachment A (Part 6 of 6)# 7 Attachment B# 8 Attachment C# 9 Attachment D (Part 1 of 3)# 10 Attachmen of 3)# 11 Attachment D (Part 3 of 3)# 12 Attachment E# 13 Attachment F# 14 Attachment G# 15 Attachment H# 16 I# 17 Attachment J# 18 Attachment K# 19 Attachment L# 20 Attachment M# 21 Attachment N# 22 Attachment O# 2 Attachment P# 24 Attachment Q# 25 Attachment R)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(El Michael) (Entered: 07/07/2005) |
| )7/2005 | 1031 | DECLARATION of Justin B. Kaplan in Opposition re: 869 MOTION to Dismiss *Sulaiman Al Rajhi*. MOTION to Di Lack of Jurisdiction *Sulaiman Al Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Sulaiman Al Rajhi*. MOTION t for Lack of Jurisdiction *Sulaiman Al Rajhi*.. Document filed by Plaintiffs PI Executive Committee. (Attachments: # 1 2 Exhibit 2# 3 Exhibit 3 (Part 1 of 9)# 4 Exhibit 3 (Part 2 of 9)# 5 Exhibit 3 (Part 3 of 9)# 6 Exhibit 3 (Part 4 of 9)# 7 (Part 5 of 9)# 8 Exhibit 3 (Part 6 of 9)# 9 Exhibit 3 (Part 7 of 9)# 10 Exhibit 3 (Part 8 of 9)# 11 Exhibit 3 (Part 9 of 9 Exhibit 4# 13 Exhibit 5# 14 Exhibit 6# 15 Exhibit 7# 16 Exhibit 8# 17 Exhibit 9# 18 Exhibit 10# 19 Exhibit 11# 20 E |

| | | |
|---|---|---|
| | | 12)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(El: Michael) (Entered: 07/07/2005) |
| )7/2005 | 1032 | MEMORANDUM OF LAW in Opposition re: 867 MOTION to Dismiss *Abdullah Al Rajhi*. MOTION to Dismiss for Jurisdiction *Abdullah Al Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Abdullah Al Rajhi*. MOTION to Dismis of Jurisdiction *Abdullah Al Rajhi*. *Plaintiffs' Consolidated Memorandum of Law in Opposition to Motion to Dismiss c Al Rajhi*. Document filed by Plaintiffs PI Executive Committee. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(El: Michael) (Entered: 07/07/2005) |
| )7/2005 | 1033 | MEMORANDUM OF LAW in Opposition re: 867 MOTION to Dismiss *Abdullah Al Rajhi*. MOTION to Dismiss for Jurisdiction *Abdullah Al Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Abdullah Al Rajhi*. MOTION to Dismis of Jurisdiction *Abdullah Al Rajhi*. *Plaintiffs' Consolidated Memorandum of Law in Opposition to Motion to Dismiss c Al Rajhi*. Document filed by Plaintiffs Executive Committees. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(El: Michael) (Entered: 07/07/2005) |
| )7/2005 | 1034 | DECLARATION of Justin B. Kaplan in Opposition re: 867 MOTION to Dismiss *Abdullah Al Rajhi*. MOTION to Di Lack of Jurisdiction *Abdullah Al Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Abdullah Al Rajhi*. MOTION to for Lack of Jurisdiction *Abdullah Al Rajhi*.. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 E Exhibit 2# 3 Exhibit 3 (Part 1 of 9)# 4 Exhibit 3 (Part 2 of 9)# 5 Exhibit 3 (Part 3 of 9)# 6 Exhibit 3 (Part 4 of 9)# 7 E (Part 5 of 9)# 8 Exhibit 3 (Part 6 of 9)# 9 Exhibit 3 (Part 7 of 9)# 10 Exhibit 3 (Part 8 of 9)# 11 Exhibit 3 (Part 9 of 9) Exhibit 4# 13 Exhibit 5# 14 Exhibit 6)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(El: Michael) (Entered: 07/07/2005) |
| )7/2005 | 1035 | MEMORANDUM OF LAW in Opposition re: 865 MOTION to Dismiss *Saleh Al Rajhi*. MOTION to Dismiss for La Jurisdiction *Saleh Al Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Saleh Al Rajhi*. MOTION to Dismiss for La Jurisdiction *Saleh Al Rajhi*. *Plaintiffs' Consolidated Memorandum of Law in Opposition to Motion to Dismiss of Sale* Document filed by Plaintiffs Executive Committees. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(El: Michael) (Entered: 07/07/2005) |
| )7/2005 | 1036 | DECLARATION of Justin B. Kaplan in Opposition re: 865 MOTION to Dismiss *Saleh Al Rajhi*. MOTION to Dismi of Jurisdiction *Saleh Al Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Saleh Al Rajhi*. MOTION to Dismiss for Jurisdiction *Saleh Al Rajhi*.. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit 1# 2 Exh Exhibit 3 (Part 1 of 9)# 4 Exhibit 3 (Part 2 of 9)# 5 Exhibit 3 (Part 3 of 9)# 6 Exhibit 3 (Part 4 of 9)# 7 Exhibit 3 (Par Exhibit 3 (Part 6 of 9)# 9 Exhibit 3 (Part 7 of 9)# 10 Exhibit 3 (Part 8 of 9)# 11 Exhibit 3 (Part 9 of 9)# 12 Exhibit 4)] Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(El: Michael) (Entered: 07/07/2005) |
| )7/2005 | 1037 | STIPULATION AND ORDER (this document relates to 04cv1923); setting schedule for The Council on American−] Relations to respond to Plaintiffs' second Amended Complaint; plaintiffs shall serve their RICO Statement concernin 8/15/2005; defendant shall move to dismiss or otherwise respond to plaintiffs' second amended complaint on or befor 10/15/2005; all other agreements are set forth in this Stipulation. (Signed by Judge Richard C. Casey on 7/5/2005) Fi Associated Cases: 1:03−md−01570−RCC,1:04−cv−01923−RCC(kkc, ) (Entered: 07/08/2005) |

| | | |
|---|---|---|
| )8/2005 | 1038 | MEMORANDUM OF LAW in Opposition re: 892 MOTION to Dismiss. *Plaintiffs' Consolidated Memorandum of La Opposition to Motion to Dismiss of Soliman H.S. Al−Buthe*. Document filed by Plaintiffs Executive Committees. File Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Bi Andrea) (Entered: 07/08/2005) |
| )8/2005 | 1039 | AFFIRMATION of Andrea Bierstein in Opposition re: 892 MOTION to Dismiss.. Document filed by Plaintiffs Exec Committees. (Attachments: # 1 Exhibit 1 to Bierstein Aff.# 2 Exhibit 2 to Bierstein Aff.# 3 Exhibit 3 to Bierstein Aff 4 to Bierstein Aff.)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Bi Andrea) (Entered: 07/08/2005) |
| )8/2005 | 1040 | MOTION to Dismiss. Document filed by Schreiber & Zindel, Frank Zindel, Engelbert Schreiber, Engelbert Schreiber In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Kl Donald) (Entered: 07/08/2005) |
| )8/2005 | 1041 | MEMORANDUM OF LAW in Support re: 1040 MOTION to Dismiss.. Document filed by Schreiber & Zindel, Fran Engelbert Schreiber, Engelbert Schreiber, Jr. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 ex1 to wolf# 4 ex. 2 to wol 3# 6 Exhibit 4# 7 Exhibit 5# 8 Exhibit 6)Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC(K Donald) (Entered: 07/08/2005) |
| .1/2005 | 1042 | STIPULATION AND ORDER that plaintiffs' time to respond to the Motion to Dismiss the Complaints in the above− actions by Deft. DMI Administrative Services S.A. is extended from 6/29/05 until 7/13/05, and that DMI S.A. shall f papers within 21 days of receipt of plaintiffs' opposing papers, if any. (Signed by Judge Richard C. Casey on 7/7/05) Associated Cases: 1:03−md−01570−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC(rjm, ) (Entered: 07/11/2005) |
| .1/2005 | 1043 | STIPULATION AS TO SERVICE OF PROCESS & EXTENSION OF TIME TO RESPOND TO COMPLAINTS CONSOLIDATED UNDER MDL 1570... that the undersigned Deft's. counsel hereby accepts service of the Complai of the cases referenced above; that plaintiffs pursuing claims for relief under the Racketeer Influenced & Corrupt Org Act shall serve their respective RICO Statements concerning WAMY by 7/29/05; the time for WAMY to respond to Complaint in each of the cases referenced shall be on or before 9/30/05; Ptff's response to WAMY's responsive plead shall be served within 60 days of receipt of same from deft's counsel, and that deft's counsel shall file reply papers if 30 days of receipt of ptffs' opposing papers... and as further set forth in said Order. (Signed by Judge Richard C. Case 7/8/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−06978−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC, 1:04−cv−06105−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC(rjm, ) (Entered: 07/11/2005) |
| .1/2005 | 1044 | STIPULATION with regard to Ruling on Motions to Dismiss of Deft. MarJac Poultry, Inc. in related cases... that sub approval of the Court that the parties hereto will adopt as a binding order in the Action, with regard to MJP, the order Court deciding the motions... and as further set forth in said order. (Signed by Judge Richard C. Casey on 7/8/05) File Associated Cases: 1:03−md−01570−RCC,1:04−cv−05970−RCC(rjm, ) (Entered: 07/11/2005) |
| .1/2005 | 1045 | STIPULATION AS TO AN AMENDED BRIEFING SCHEDULE WITH PLAINTIFFS & DEFTS SCHREIBER & FRANK ZINDEL, ENGELBERT SCHREIBER, AND ENGELBERT SCHREIBER, JR. that the time for Plaintiffs to the motion Defts. filed in response to the Second Amended Complaint shall be filed on 8/5/05; Defts' counsel shall fi memoranda, if any, within 21 days of receipt of Plaintiffs' opposing papers. (Signed by Judge Richard C. Casey on 7/ In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01922−RCC(rjm, ) (Entered: 07/11/2005) |
| .2/2005 | 1046 | MEMORANDUM OF LAW in Opposition re: 869 MOTION to Dismiss *Sulaiman Al Rajhi*. MOTION to Dismiss fo Jurisdiction *Sulaiman Al Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Sulaiman Al Rajhi*. MOTION to Dismis of Jurisdiction *Sulaiman Al Rajhi*. *Plaintiffs' Consolidated Memorandum of Law in Opposition to Motion to Dismiss Al Rajhi*. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Declaration of Justin B. Kaplan Reg ECF Errors in Attempting to File Plaintiffs' Consolidated Memorandum of Law In Opposition to the Motion to Dism Sulaiman Al Rajhi, Saleh Al Rajhi and Abdullah Al Rajhi and Exhibits Thereto)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, |

| | | |
|---|---|---|
| | | 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(El Michael) (Entered: 07/12/2005) |
| .2/2005 | 1047 | AFFIDAVIT of David K. Draper in Opposition re: 869 MOTION to Dismiss *Sulaiman Al Rajhi*. MOTION to Dismis of Jurisdiction *Sulaiman Al Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Sulaiman Al Rajhi*. MOTION to Dis Lack of Jurisdiction *Sulaiman Al Rajhi*.. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Attac (Part 1 of 6)# 2 Attachment A (Part 2 of 6)# 3 Attachment A (Part 3 of 6)# 4 Attachment A (Part 4 of 6)# 5 Attachme of 6)# 6 Attachment A (Part 6 of 6)# 7 Attachment B# 8 Attachment C# 9 Attachment D (Part 1 of 3)# 10 Attachmen of 3)# 11 Attachment D (Part 3 of 3)# 12 Attachment E# 13 Attachment F# 14 Attachment G# 15 Attachment H# 16 I# 17 Attachment J# 18 Attachment K# 19 Attachment L# 20 Attachment M# 21 Attachment N# 22 Attachment O# 2 Attachment P# 24 Attachment Q# 25 Attachment R)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(El Michael) (Entered: 07/12/2005) |
| .2/2005 | 1048 | DECLARATION of Justin B. Kaplan in Opposition re: 869 MOTION to Dismiss *Sulaiman Al Rajhi*. MOTION to Di Lack of Jurisdiction *Sulaiman Al Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Sulaiman Al Rajhi*. MOTION t for Lack of Jurisdiction *Sulaiman Al Rajhi*.. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 E Exhibit 2# 3 Exhibit 3 (Part 1 of 9)# 4 Exhibit 3 (Part 2 of 9)# 5 Exhibit 3 (Part 3 of 9)# 6 Exhibit 3 (Part 4 of 9)# 7 E (Part 5 of 9)# 8 Exhibit 3 (Part 6 of 9)# 9 Exhibit 3 (Part 7 of 9)# 10 Exhibit 3 (Part 8 of 9)# 11 Exhibit 3 (Part 9 of 9 Exhibit 4# 13 Exhibit 5# 14 Exhibit 6# 15 Exhibit 7# 16 Exhibit 8# 17 Exhibit 9# 18 Exhibit 10# 19 Exhibit 11# 20 E 12)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(El Michael) (Entered: 07/12/2005) |
| .3/2005 | 1049 | STATUS REPORT. *Letter to Judge Casey from Andrew Maloney, Esq., re Red Crescent Society, etc., in connection motions to dismiss.* Document filed by All Plaintiffs.(Kreindler, James) (Entered: 07/13/2005) |
| .3/2005 | 1050 | MEMORANDUM OF LAW in Opposition re: 888 MOTION to Dismiss.. Document filed by New York Marine and Insurance Company. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−06105−RCC(Rubino, Frank) (Enter 07/13/2005) |
| .4/2005 | 1051 | REPLY MEMORANDUM OF LAW in Support re: 867 MOTION to Dismiss *Abdullah Al Rajhi*. MOTION to Dismi of Jurisdiction *Abdullah Al Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Abdullah Al Rajhi*. MOTION to Dism Lack of Jurisdiction *Abdullah Al Rajhi*.. Document filed by Abdullah Salaiman Al−Rajhi. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Thomas) (Entered: 07/14/2005) |
| .4/2005 | 1052 | REPLY MEMORANDUM OF LAW in Support re: 865 MOTION to Dismiss *Saleh Al Rajhi*. MOTION to Dismiss f Jurisdiction *Saleh Al Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Saleh Al Rajhi*. MOTION to Dismiss for La Jurisdiction *Saleh Al Rajhi*.. Document filed by Saleh Abdul Aziz Al Rajhi, Saleh Abdulaziz Al−Rajhi. Filed In Asso Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Thomas) (Entered: 07/14/2005) |
| .4/2005 | 1053 | REPLY MEMORANDUM OF LAW in Support re: 869 MOTION to Dismiss *Sulaiman Al Rajhi*. MOTION to Dism of Jurisdiction *Sulaiman Al Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Sulaiman Al Rajhi*. MOTION to Dis Lack of Jurisdiction *Sulaiman Al Rajhi*. *Reply to Cantor Fitzgerald Plaintiffs' Memorandum in Opposition to Sulaima Rajhi's Motion to Dismiss*. Document filed by Sulaiman Bin Abdul Aziz Al Rajhi, Suleiman Abdel Aziz Al Rajhi, Su Abdel Aziz Al Rajhi. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Thomas) (Entered: 07/14/2005) |

| | | |
|---|---|---|
| .4/2005 | 1054 | REPLY MEMORANDUM OF LAW in Support re: 869 MOTION to Dismiss *Sulaiman Al Rajhi*. MOTION to Dism of Jurisdiction *Sulaiman Al Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Sulaiman Al Rajhi*. MOTION to Dis Lack of Jurisdiction *Sulaiman Al Rajhi*. *Reply to Plaintiffs' Consolidated Memorandum of Law in Opposition to Moti Dismiss of Sulaiman Al Rajhi*. Document filed by Sulaiman Bin Abdul Aziz Al Rajhi, Suleiman Abdel Aziz Al Rajhi Abdel Aziz Al Rajhi. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Thomas) (Entered: 07/14/2005) |
| .5/2005 | 1055 | ENDORSED LETTER addressed to Judge Richard C. Casey from Andrew J. Maloney III dated 7/13/05 re: "The Cou with ptffs. position & denies Ms. Bernabei's request to delay the briefing. The Court would prefer to resolve all the m relating to Ms. Bernabei's clients simultaneously. The parties are to inform the court of their agreed upon schedule by (Signed by Judge Richard C. Casey on 7/14/05) (rjm, ) (Entered: 07/15/2005) |
| .5/2005 | 1056 | ENDORSED LETTER addressed to Judge Richard C. Casey from Jonathan M. Goodman dated 7/15/05 re: "Once ag Court asks the parties to attempt to work out their scheduling differences. The Court prefers consolidated motions wh possible & appropriate. The parties are to work out their proposed briefing schedule & submit them to the Court by 8 (Signed by Judge Richard C. Casey on 7/15/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−07065−I (Entered: 07/18/2005) |
| .5/2005 | 1060 | CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to The Republic of Iraq at the following a Republic of Iraq c/o Edward Bentancourt, Director of Special Consular Services, US State Department, 2201 "C" Str 4817, Washington, DC 20520 on 7/15/05 by Registered Mail # 8507 5920 0334.CLERK CERTIFICATE OF MAILI Summons & Complaint mailed to The Islamic Republic of Iran at the following address: The Islamic Republic of Irai Edward Bentancourt, Director of Special Consular Services, US State Department, 2201 "C" Street, room 4817, Was DC 20520 on 7/15/05 by Registered Mail # 8507 5920 0312.CLERK CERTIFICATE OF MAILING of Summons & mailed to The Iranian Revolutionary Guard Corp at the following address: The Revolutionary Guard Corp c/o Edwar Bentancourt, Director of Special Consular Services, US State Department, 2201 "C" Street, room 4817, Washington, on 7/15/05 by Registered Mail # 8507 5920 0286.CLERK CERTIFICATE OF MAILING of Summons & Complaint The Iranian Ministry of Intelligence and Security at the following address: The Iranian Ministry of Intelligence and S Edward Bentancourt, Director of Special Consular Services, US State Department, 2201 "C" Street, room 4817, Was DC 20520 on 7/15/05 by Registered Mail # 8507 5920 0301.CLERK CERTIFICATE OF MAILING of Summons & mailed to Hezbollah a/k/h Hizballah at the following address: Hezbollah a/k/h Hizballah c/o Edward Bentancourt, Di Special Consular Services, US State Department, 2201 "C" Street, room 4817, Washington, DC 20520 on 7/15/05 by Mail # 8507 5920 0297. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC(ps, ) (Entered: 07/ |
| .8/2005 | 1057 | MOTION to Dismiss *for Lack of Jurisdiction or Failure to State a Claim*. Document filed by Yousef Jameel. Respon 9/1/2005 Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Di (Entered: 07/18/2005) |
| .8/2005 | 1058 | MEMORANDUM OF LAW in Support re: 1057 MOTION to Dismiss *for Lack of Jurisdiction or Failure to State a* ( Document filed by Yousef Jameel. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Di (Entered: 07/18/2005) |
| .8/2005 | 1059 | DECLARATION of Viet D. Dinh in Support re: 1057 MOTION to Dismiss *for Lack of Jurisdiction or Failure to Sta* Document filed by Yousef Jameel. (Attachments: # 1 Exhibit Exhibit 1# 2 Exhibit Exhibit 2)Filed In Associated Cas 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Di (Entered: 07/18/2005) |
| 25/2005 | 1061 | REPLY MEMORANDUM OF LAW in Support re: 833 MOTION to Dismiss., 846 MOTION to Dismiss., 848 MOT Dismiss., 835 MOTION to Dismiss., 837 MOTION to Dismiss., 850 MOTION to Dismiss., 839 MOTION to Dismis MOTION to Dismiss., 842 MOTION to Dismiss., 844 MOTION to Dismiss.. Document filed by Faisal Islamic Bank Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( |

| | | |
|---|---|---|
| | | 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(La (Entered: 07/25/2005) |
| 25/2005 | 1062 | REPLY MEMORANDUM OF LAW in Support re: 833 MOTION to Dismiss., 846 MOTION to Dismiss., 848 MOT Dismiss., 835 MOTION to Dismiss., 837 MOTION to Dismiss., 850 MOTION to Dismiss., 839 MOTION to Dismis MOTION to Dismiss., 842 MOTION to Dismiss., 844 MOTION to Dismiss.. Document filed by Faisal Islamic Bank Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(La (Entered: 07/25/2005) |
| 25/2005 | 1063 | REPLY MEMORANDUM OF LAW in Support re: 833 MOTION to Dismiss., 846 MOTION to Dismiss., 848 MOT Dismiss., 835 MOTION to Dismiss., 837 MOTION to Dismiss., 850 MOTION to Dismiss., 839 MOTION to Dismis MOTION to Dismiss., 842 MOTION to Dismiss., 844 MOTION to Dismiss.. Document filed by Faisal Islamic Bank Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(La (Entered: 07/25/2005) |
| 26/2005 | 1064 | MEMORANDUM OF LAW in Opposition re: 955 MOTION to Dismiss *Complaints*. *PLAINTIFFS' CONSOLIDATE MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION TO DISMISS OF DEFENDANT DUBAI ISLAMIC* Document filed by Plaintiffs Executive Committees. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Fe Elliott) (Entered: 07/26/2005) |
| 26/2005 | 1065 | AFFIRMATION of Sean P. Carter in Opposition re: 955 MOTION to Dismiss *Complaints*.. Document filed by Plain Executive Committees. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Fe Elliott) (Entered: 07/26/2005) |
| 26/2005 | 1066 | STIPULATION AND ORDER (this document relates to 04cv7281); all of the plaintiffs in 04cv7281, except plaintiff Gallop, filed a Notice of Voluntary Dismissal which dismissed 04cv7281 against defendants with prejudice and with Ms. Gallop is the only remaining plaintiff in 04cv7281. Defendants' time to answer or otherwise respond to the amen complaint in 04cv7281 is extended to 9/1/2005. The parties agree that the caption of the case should be revised to ide case as follows: April Gallop v. Riggs national Corporation et al., Case No. 1:04−cv−7281. (Signed by Judge Richard on 7/26/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−07281−RCC(kkc, ) (Entered: 07/27/2005) |
| 26/2005 | 1067 | STIPULATION AND ORDER (this document relates to 03cv6978, 02cv6977, 04cv5970, 04cv7279, 04cv6105, 04cv 04cv7280); plaintiffs shall serve their respective RICO Statements concerning Defendant World Assembly of Muslin or before 8/31/2005. The time for Defendant World Assembly of Muslim Youth to answer or otherwise respond to th in each of the referenced cases shall be on or before 11/7/2005. All other agreements are set forth in this Stipulation. ( Judge Richard C. Casey on 7/26/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−06978−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC, 1:04−cv−06105−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC(kkc, ) (Entered: 07/27/2005) |
| 26/2005 | 1068 | STIPULATION AND ORDER (this document relates to 02cv6977, 03cv9849, 03cv5738, 04cv7065, 04cv7279, 03cv 04cv6105, 04cv1923, 04cv7280); regarding service of process and extension of time as to defendants DMI Administr Services S.A., and Dar Al−Maal Al−Islami Trust, as set forth in this Stipulation. (Signed by Judge Richard C. Casey 7/26/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−09849−RCC, 1:04−cv−01923−RCC,1:04−cv−06105−RCC,1:04−cv−07065−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC(kk (Entered: 07/27/2005) |

| | | |
|---|---|---|
| 26/2005 | 1069 | STIPULATION AND ORDER (this document relates to 04cv1923); plaintiffs shall serve their RICO Statement conc Defendant Banca Del Gottardo by 9/1/2005. Defendant shall move to dismiss or otherwise respond to Plaintiffs' Seco Amended Complaint on or before 10/3/2005. Plaintiffs shall serve their opposition to Defendant's motion to dismiss i on or before 11/3/2005. Defendant shall file reply papers, if any, on or before 12/1/2005. (Signed by Judge Richard C 7/26/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01923−RCC(kkc, ) (Entered: 07/27/2005) |
| 27/2005 | 1070 | STIPULATION AND ORDER SETTING SCHEDULE FOR ABDULRAHMAN BIN MAHFOUZ TO RESPOND T OPERATIVE COMPLAINTS IN CERTAIN ACTIONS CONSOLIDATED UNDER MDL 1570 that Mr. Bin Mahfo been served with the operative complaints. The parties stipulate & agree that the allegations directed against Mr. Bin the 5th Amended Complaint are identical to the allegations of the 3rd Amended Complaint; Ptffs. pursuing claims for under the Racketeer Influenced & Corrupt Organizations Act shall serve their respective RICO Statements concernin Mahfouz in accordance with the requirements of paragraph 14 of the Court's Case Mgt. Order No. 2 and the Court's corresponding "Instructions for filing RICO Statement." Ptffs. intend to serve their respective RICO Statements on or 8/19/05... The time for Mr. Bin Mahfouz to answer or otherwise respond to the Operative Complaints shall be on 9/1 responses to Mr. Bin Mahfouz's responsive pleadings, if any, shall be served on counsel for ptffs within 30 days of th ptffs' responses... and as further set forth in said order. (Signed by Judge Richard C. Casey on 7/26/05) Filed In Assoc Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−06978−RCC,1:04−cv−05970−RCC,1:04−cv−06105− (Entered: 07/28/2005) |
| 27/2005 | 1071 | STIPULATION AND ORDER AS TO SERVICE OF PROCESS & EXTENSION OF TIME TO RESPOND TO COMPLAINTS CONSOLIDATED UNDER MDL 1570... it is hereby agreed upon by & between Plaintiffs in all of referenced cases consolidated under 03MD1570 and Defendants Bakr Binladen, Haydar Binladen, Abdullah Binlade Binladen, Saleh Binladin, Salem Binladin, Tariq Binladin, and Yeslan Binladin (collectively "The Binladin Family Defendants"), and Defendants Saudi Binladin Group, Inc., Mohammed Binladin Organization, and Saudi Binladin In Co. (collectively "The Binladin Company Defendants") by & through their counsel that: Each of the Defts hereby agr or it was served with the Complaint in each of the cases referenced in which he or it is named as a defendant and has dismissed... Haydar Binladin is hereby dismissed from the Continental Casualty action, that Saleh Binladin is hereby from the Continental Casualty & NY Marine Actions, and that Salem Binladin is hereby dismissed from the Federal I NY Marine actions. Plaintiffs seeking relief under the RICO Act shall serve their respective RICO Statements on or b 8/15/05; The Binladin Family Defts. shall notify Ptffs. of the number of consolidated motions to dismisson or before The first consolidated motion to dismiss filed on behalf of some or all of the Binladin Family Defts. shall be served o 9/15/05; Ptffs. consolidated opposition to the motion to dismiss filed purs. to paragraph 9 shall be served on or before Movants' consolidated reply shall be served by 12/15/05... and as further set forth in said order. (Signed by Judge Ric Casey on 7/26/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−06978−RCC,1:03−cv−09849−RCC,1:04−cv−05970−RCC, 1:04−cv−06105−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC(rjm, ) (Entered: 07/28/2005) |
| 27/2005 | 1072 | ENDORSED LETTER addressed to Judge Richard C. Casey from Viet D. Dinh dated 7/15/05 re: Granting request o Yousef Jameel, that plaintiffs identify the exact date that Exhibit E first came into their possession or the possession agents, including Messrs. Brisard and Kohlman. (Signed by Judge Richard C. Casey on 7/27/05) Filed In Associated 1:03−md−01570−RCC,1:03−cv−09849−RCC(rjm, ) (Entered: 07/28/2005) |
| 27/2005 | 1073 | ENDORSED LETTER addressed to Judge Richard C. Casey from Sean P. Carter dated 7/15/05 re: The Court has rec reviewed the parties submissions. The deadline to file amended complaints is extended to September 30, 2005. There parties will comply with Rule 15. (Signed by Judge Richard C. Casey on 7/27/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(rjm, ) (Entered: 07/28/2005) |
| 27/2005 | | Set Deadlines/Hearings: Amended Complaints due by 9/30/2005. (rjm, ) (Entered: 07/28/2005) |
| 27/2005 | 1074 | ENDORSED LETTER addressed to Judge Richard C. Casey from Jerry S. Goldman dated 7/26/05 re: "The Court ag pre−motion conference is unnecessary & asks the parties to work out a schedule for motions." (Signed by Judge Rich Casey on 7/27/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01923−RCC(rjm, ) (Entered: 07/28/2 |
| 28/2005 | 1075 | RICO STATEMENT *Amended RICO Statement applicable to World Assembly of Muslim Youth*. Document filed by John P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 07/28/2005) |
| 28/2005 | 1076 | RICO STATEMENT *Amended RICO Statement Applicable to Faisal Islamic Bank − Sudan*. Document filed by Esta P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 07/28/2005) |
| 28/2005 | 1077 | RICO STATEMENT *Amended RICO Statement Applicable to Al−Rajhi Banking and Investment Corporation*. Docu by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 07/28/2005) |
| 28/2005 | 1078 | RICO STATEMENT *Amended RICO Statement Applicable to National Commercial Bank ("NCB") and NCB's Entiti* Document filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 07/28/2005 |
| 28/2005 | 1079 | RICO STATEMENT *Amended RICO Statement Applicable to the Ministry Interior for the Kingdom of Saudi Arabia* filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 07/28/2005) |

| | | |
|---|---|---|
| 28/2005 | 1080 | RICO STATEMENT *Amended RICO Statement to the General Staff for the Kingdom of Saudi Arabia*. Document file of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 07/28/2005) |
| 28/2005 | 1081 | RICO STATEMENT *Amended RICO Statement Applicable to the Special Committee of the Council of Ministers for Kingdom of Saudi Arabia*. Document filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, (Entered: 07/28/2005) |
| 28/2005 | 1082 | RICO STATEMENT *Amended RICO Statement Applicable to Arab Bank, PLC*. Document filed by Estate of John P. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 07/28/2005) |
| 28/2005 | 1083 | RICO STATEMENT *Amended RICO Statement Applicable to Al−Haramain Islamic Foundation, Inc.*. Document fil of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 07/28/2005) |
| 28/2005 | 1084 | RICO STATEMENT *Amended RICO Statement Applicable to Al Baraka Investment & Development Corp*. Documer Estate of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 07/28/2005) |
| 29/2005 | 1085 | RICO STATEMENT *Amended RICO Statement Applicable to Saleh Abdullah Kamel*. Document filed by Estate of Jo P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 07/29/2005) |
| 29/2005 | 1086 | RICO STATEMENT *Amended RICO Statement Applicable to the Ministry of State for Internal Affairs for the Kingd Arabia*. Document filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 07/ |
| 29/2005 | 1087 | RICO STATEMENT *Amended RICO Statement Applicable to the Supreme Council of Islamic Affairs for the Kingdo Arabia*. Document filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 07/ |
| 29/2005 | 1088 | RICO STATEMENT *Amended RICO Statement Applicable to the Directorate of Intelligence for the Kingdom of Sau* Document filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 07/29/2005 |
| 29/2005 | 1089 | RICO STATEMENT *Amended RICO Statement Applicable to the Kingdom of Saudi Arabia*. Document filed by Esta P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 07/29/2005) |
| 29/2005 | 1090 | RICO STATEMENT *Amended RICO Statement Applicable to the Council of Ministers for the Kingdom of Saudi Ara* Document filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 07/29/2005 |
| 29/2005 | 1091 | RICO STATEMENT *Amended RICO Statement Applicable to the Saudi Committee for the Support of the Intifada fo Kingdom of Saudi Arabia*. Document filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, (Entered: 07/29/2005) |
| 29/2005 | 1092 | RICO STATEMENT *Amended RICO Statement Applicable to Sulaiman Abdul Aziz Al Rajhi*. Document filed by Esta P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 07/29/2005) |
| 29/2005 | 1093 | RICO STATEMENT *Amended RICO Statement Applicable to Muslim World League*. Document filed by Estate of Jo P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 07/29/2005) |
| 29/2005 | 1094 | RICO STATEMENT *AMENDED RICO STATEMENT Applicable to Saudi American Bank*. Document filed by Estat P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 07/29/2005) |
| 29/2005 | 1095 | RICO STATEMENT *AMENDED RICO STATEMENT Applicable to Rabita Trust*. Document filed by Estate of John Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 07/29/2005) |
| 29/2005 | 1096 | RICO STATEMENT *AMENDED RICO STATEMENT APplicable to Dubai Islamic Bank*. Document filed by Estate P.O'Neill, Sr.. (Attachments: # 1)(Mac Neill, Gina) (Entered: 07/29/2005) |
| 29/2005 | 1097 | RICO STATEMENT *AMENDED RICO STATEMENT Applicable to International Islamic Relief Organization*. Docu by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 07/29/2005) |
| 29/2005 | 1098 | RICO STATEMENT *AMENDED RICO STATEMENT Applicable to Dar Al Maal Al Islami*. Document filed by Estat P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 07/29/2005) |
| 29/2005 | 1099 | RICO STATEMENT *AMENDED RICO STATEMENT Applicable to Erwin Wachter*. Document filed by Estate of Jo P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 07/29/2005) |
| 02/2005 | 1100 | MOTION to Dismiss for Lack of Jurisdiction *and Insufficient Service of Process*. Document filed by Martin Watcher Watcher, Asat Trust Reg.. Responses due by 8/19/2005 (Attachments: # 1 Memorandum of Law# 2 Statement of Del Filing)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Fi Lisa) (Entered: 08/02/2005) |

| | | |
|---|---|---|
| )2/2005 | 1101 | MOTION to Dismiss for Lack of Jurisdiction *and Insufficient Service of Process*. Document filed by Sercor Treuhan Responses due by 8/19/2005 (Attachments: # 1 # 2 Statement of Delayed Filing)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Fi Lisa) (Entered: 08/02/2005) |
| )2/2005 | 1102 | RICO STATEMENT *AMENDED RICO STATEMENT Applicable to Martin Wachter*. Document filed by Estate of J( P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 08/02/2005) |
| )2/2005 | 1103 | RICO STATEMENT *AMENDED RICO STATEMNETApplicable to Asat Trust Reg.*. Document filed by Estate of Jol P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 08/02/2005) |
| )2/2005 | 1104 | RICO STATEMENT *AMENDED RICO STATEMENT Applicable to Sercor Treuhand Anstalt*. Document filed by Es P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 08/02/2005) |
| )2/2005 | 1105 | RICO STATEMENT *AMENDED RICO STATEMENT Applicable to Schreiber and Zindel, Frank Zindel, Engelbert and Engelbert Schreiber Jr.*. Document filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neil (Entered: 08/02/2005) |
| )2/2005 | 1106 | MOTION to Dismiss for Lack of Jurisdiction *MEMORANDUM IN SUPPORT OF MOTION*. Document filed by Mar Watcher, Erwin Watcher, Sercor Treuhand Anstalt, Asat Trust Reg.. Responses due by 8/19/2005 (Attachments: # 1 of Late Filing)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Fi Lisa) (Entered: 08/02/2005) |
| )2/2005 | 1107 | RICO STATEMENT *AMENDED RICO STATEMENT Applicable to Khalid Bin Mahfouz a/k/a Khaled Bin Mahfouz*. filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 08/02/2005) |
| )2/2005 | 1108 | RICO STATEMENT *AMENDED RICO STATEMENT Applicable to the Military Intelligence (G−2) for the Kingdon Arabia*. Document filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 08/ |
| )3/2005 | 1109 | REPLY MEMORANDUM OF LAW in Support re: 888 MOTION to Dismiss. *the New York Marine and General Ins Company Complaint*. Document filed by DMI Administrative Services S.A.. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−06105−RCC(McGuire, James) (Entered: 08/03/2005) |
| )3/2005 | 1110 | STIPULATION AND ORDER OF DISMISSAL of Mohammed Hussein Al Amoudi that plaintiff, New York Marine General Insurance Co., and defendant, Mohammed Hussein Al Amoudi, have agreed to and stipulate to the dismissal defendant, Mohammed Hussein Al Amoudi without prejudice... each side to bear its own attorney's fees, costs & exp (Signed by Judge Richard C. Casey on 8/3/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−06105−R (Entered: 08/04/2005) |
| )3/2005 | 1111 | STIPULATION AS TO SERVICE OF PROCESS AND EXTENSION OF TIME TO RESPOND TO COMPLAINT CONSOLIDATED UNDER MDL 1570. It is agreed by & between Plaintiffs in all of the referenced cases consolidat MDL 1570 and Defendant Ibrahim Bin Abdul Aziz Al Ibrahim Foundation by & through their undersigned counsel, t undersigned Deft's. counsel hereby accepts service of the Complaints in each of the cases referenced on behalf of the Foundation; Plaintiffs shall serve their respective RICO Statements concerning the Al Ibrahim Foundation by 9/2/05; for the Al Ibrahim Foundation to respond to the Complaint in each case will be 10/4/05; Plaintiffs response, if any, w served within 60 days of receipt of ptffs' opposing papers... and as further set forth in said order. (Signed by Judge Ri Casey on 8/3/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−06978−RCC,1:03−cv−09849−RCC,1:04−cv−05970−RCC, 1:04−cv−06105−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC(rjm, ) (Entered: 08/04/2005) |
| )3/2005 | | Set Answer Due Date purs. to 1111 Stipulation and Order,,,, as to Ibrahim Bin Abdul Aziz Al Ibrahim Foundation an 10/4/2005. (rjm, ) (Entered: 08/04/2005) |
| )3/2005 | 1112 | STIPULATION AS TO SERVICE OF PROCESS AND EXTENSION OF TIME TO RESPOND TO COMPLAINT CONSOLIDATED UNDER MDL 1570. It is agreed by & between Plaintiffs in all of the referenced cases consolidat MDL 1570 and Defendant Sheikh Abdul Aziz Al Ibrahim by & through their undersigned counsel, that the undersign counsel hereby accepts service of the Complaints in each of the cases referenced on behalf of Mr. Al Ibrahim. The tir Al Ibrahim answer or otherwise respond to the Complaint in each case will be 9/27/05... Plaintiffs response, if any, w within 60 days of receipt of same from deft's counsel; defts shall file reply papers, if any, within 30 days of receipt of opposing papers... and as further set forth in said order. (Signed by Judge Richard C. Casey on 8/3/05) Filed In Assoc Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−06978−RCC,1:04−cv−05970−RCC,1:04−cv−06105− |

| | | |
|---|---|---|
| | | (Entered: 08/04/2005) |
| )3/2005 | | Set Answer Due Date purs. to 1112 Stipulation and Order,,, as to Abdul Aziz Al Ibrahim answer due on 9/27/2005. (r (Entered: 08/04/2005) |
| )8/2005 | 1113 | REPLY MEMORANDUM OF LAW in Support re: 892 MOTION to Dismiss.. Document filed by Soliman H.S. Al− Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 08/08/2005) |
| )9/2005 | 1114 | RESPONSE in Opposition re: 926 MOTION to Dismiss for Lack of Jurisdiction., 1040 MOTION to Dismiss. *Schrei Zindel, Frank Zindel, Engelbert Schreiber Sr., Engelbert Schreiber Jr.*. Document filed by Estate of John P.O'Neill, S (Attachments: # 1 Exhibit A# 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ma Gina) (Entered: 08/09/2005) |
| .0/2005 | 1115 | MOTION to Dismiss. Document filed by Mar−Jac Poultry, Inc.. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−06105−RCC(Parker, Wilmer) (Entered: 08/10/2005) |
| .0/2005 | 1116 | BRIEF re: 1115 MOTION to Dismiss.. Document filed by Mar−Jac Poultry, Inc..(Parker, Wilmer) (Entered: 08/10/20 |
| .0/2005 | 1117 | ENDORSED LETTER addressed to Judge Richard Conway Casey from Gina M. Mac Neill dated 8/5/05 re: GRANT that the court endorse the extension of time for the Ptffs. to respond to the Defts. Motion to Dismiss until 8/9/05. (Sig Judge Richard C. Casey on 8/9/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC,1:04−cv−01923−RCC(rjm, ) (Entered: 08/11/2005) |
| .0/2005 | 1118 | STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT SAMI OMAR AL−HUSSAYEN... that p and Defendant Sami Omar Al−Hussayen stipulate that Sami Omar Al−Hussayen shall be dismissed with prejudice... parties shall bear their own costs & attorneys fees. (Signed by Judge Richard C. Casey on 8/9/05) Filed In Associated 1:03−md−01570−RCC,1:04−cv−06105−RCC(rjm, ) (Entered: 08/11/2005) |
| .0/2005 | 1119 | STIPULATION AS TO CONSOLIDATED BRIEFING SCHEDULE FOR DEFTS. DALLAH AL BARAKA, SALE KAMEL, AND AL BARAKA INVESTMENT & DEVELOPMENT CORP. that effective w/the Court's endorsemen entering of this Stipulation, Dallah, ABID's and Saleh Kamel's pending motions to dismiss the Cantor ptffs' complain withdrawn w/out prejudice automatically w/the Court's endorsement or entering on this Stipulation; Ptffs. must file th statements if any for Dallah no later than 30 days after the Court endorses or enters this Stipulation; Dallah, ABID an Kamel must answer or otherwise move to dismiss Ptffs' complaints no later than 75 days following the Court's endors entry of this Stipulation... and as further set forth in said Stipulation. (Signed by Judge Richard C. Casey on 8/9/05) F Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−09849−RCC, 1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC,1:04−cv−07065−RCC,1:04−cv−07279−RCC, 1:04−cv−07280−RCC(rjm, ) (Entered: 08/11/2005) |
| .5/2005 | 1120 | RICO STATEMENT *APPLICABLE TO SAUDI BIN LADEN GROUP, ABDULLAH BIN LADEN, BAKR BIN LADE BIN LADEN, OMAR BIN LADEN AND THE MOHAMMED BIN LADEN ORGANIZATION*. Document filed by Fede Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit EXHIBIT B)(Feldman, Elliott) (Entered: 08/15/2005) |
| .5/2005 | 1121 | RICO STATEMENT *Applicable to Counsil on American Islamic Relations (CAIR) and CAIR−Canada*. Document fi Estate of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 08/15/2005) |
| .5/2005 | 1122 | RICO STATEMENT *Applicable to the Saudi Binladin Group*. Document filed by Euro Brokers Inc., et al.. (Attachm Exhibit A)(Elsner, Michael) (Entered: 08/15/2005) |
| .5/2005 | 1123 | RICO STATEMENT *Applicable to Bakr Bin Laden, Tarek Bin Laden and Omar Bin Laden*. Document filed by Euro Inc., et al.. (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 08/15/2005) |
| .5/2005 | 1124 | RICO STATEMENT *Applicable to the Saudi Binladin Group*. Document filed by World Trade Center Properties LL (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 08/15/2005) |
| .5/2005 | 1125 | RICO STATEMENT *Applicable to Bakr Bin Laden, Tarek Bin Laden and Omar Bin Laden*. Document filed by Worl Center Properties LLC, et al.. (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 08/15/2005) |

| | | |
|---|---|---|
| .6/2005 | 1126 | RICO STATEMENT *APPLICABLE TO YESLAM BIN LADEN*. Document filed by Federal Insurance Company et al (Attachments: # 1 Exhibit EXHIBIT B)(Feldman, Elliott) (Entered: 08/16/2005) |
| .6/2005 | 1137 | ENDORSED LETTER (This document relates to: 03cv9849 (RCC); 03cv5071 (RCC)) addressed to Judge Casey fro Wisner dated 8/11/05 re: Granting counsel for pltff Salvo's request that all prior and forthcoming docket entries filed v. Al Baraka Investment & Development (03cv9849) also apply retroactively and concurrently with Salvo v. Al Qae Army (03cv5071). (Signed by Judge Richard C. Casey on 8/16/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−05071−RCC,1:03−cv−09849−RCC(sn) (Entered: 08/19/2005) |
| .7/2005 | 1135 | ORDER TO ADMIT MARY ELLEN POWERS PRO HAC VICE (This document relates to all actions); Mary Ellen permitted to appear pro hac vice on behalf of deft Saudi Binladin Group, Inc. in this matter. (Signed by Judge Richar on 8/16/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(sn 08/18/2005) |
| .8/2005 | 1136 | FIRST MOTION to Withdraw 1108 RICO Statement, 1091 RICO Statement, 1079 RICO Statement, 1080 RICO Sta 1081 RICO Statement, 1086 RICO Statement, 1087 RICO Statement, 1088 RICO Statement, 1089 RICO Statement, Statement. Document filed by Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Gina) (Entered: 08/18/2005) |
| .9/2005 | 1138 | RICO STATEMENT *AMENDED RICO STATEMENT APPLICABLE TO ABDUL RAHMAN KHALED BIN MAHFO* Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit EXHIBIT B# 2 Exhibit E C)(Feldman, Elliott) (Entered: 08/19/2005) |
| .9/2005 | 1139 | RICO STATEMENT *Applicable to Abdulrahman Bin Khalid Bin Mahfouz*. Document filed by Euro Brokers Inc., et (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 08/19/2005) |
| .9/2005 | 1140 | RICO STATEMENT *Applicable to Abdulrahman Bin Khalid Bin Mahfouz*. Document filed by World Trade Center F LLC, et al.. (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 08/19/2005) |
| 22/2005 | 1141 | RICO STATEMENT *as to defendant Abdul Rahman Khalid bin Mahfouz*. Document filed by Continental Casualty C (Attachments: # 1)(Kaplan, Robert) (Entered: 08/22/2005) |
| 22/2005 | 1143 | ENDORSED LETTER addressed to Judge Casey from Alan R. Kabat dated 8/4/05 re: Counsel for the Saudi defts in herein informs the Court of the status of the parties' compliance with the Court's 7/14/05 Order regarding the briefing and requests that the Court endorse the pltffs' stipulation attached hereto as Exhibit 1. The Court has reviewed the lett Bernabei & Katz of 8/4/05 and 8/9/05; the 8/8/05 letter from Mr. Tarbutton; the 8/9/05 letter from Mr. Maloney, the letter from Mr. Kellogg; and the 8/17/05 letter from Ms. Arthur. The Court will not endorse Mr. Tarbutton's proposed regarding service on counsel of record or the proposed stipulation submitted by Bernabei & Katz. The parties have o work out their stipulations regarding service & scheduling of motions. If an agreement cannot be reached, any deft re by Bernabei & Katz that contests service must make an appropriate motion by 9/6/05. Pltffs will have two weeks to r defts will have one week to reply. (Signed by Judge Richard C. Casey on 8/22/05) (sn) (Entered: 08/23/2005) |
| 22/2005 | 1144 | ENDORSED LETTER addressed to Judge Casey from Jerry S. Goldman dated 7/19/05 (This document relates to: 04 04cv1076; 04cv1922; 04cv7065; 04cv5970; 04cv7279; 04cv7280) re: Counsel for pltffs writes in response to the lett J. Kahn of 7/18/05, and requests that the Court enter an order modifying Paragraph 14 of CMO 2. The Court has revi 7/19/05, 8/10/05, and 8/16/05 letters from Mr. Goldman; the 8/8/05 letter from Williams & Connolly; and the 8/12/0 8/18/05 letters from DLA Piper Rudnick Gray Cary. Mr. Goldman's request that the Court amend Paragraph 14 of C denied. (Signed by Judge Richard C. Casey on 8/22/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC, 1:04−cv−07065−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC(sn) (Entered: 08/23/2005) |
| 23/2005 | 1142 | NOTICE of Appearance by Andrew Neil Bourne on behalf of Port Authority of New York & New Jersey, Cantor Fit Co. (Bourne, Andrew) (Entered: 08/23/2005) |
| 24/2005 | 1145 | AFFIDAVIT OF SERVICE. Taha Jaber Al−Alwani served on 8/4/2005, answer due 8/24/2005. Service was accepte Jabit Al'Alwani. Document filed by Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC(Goldman, Jerry) (Entered: 08/24/2005) |
| 24/2005 | 1146 | MEMORANDUM OF LAW in Opposition re: 1013 MOTION to Dismiss.. Document filed by Burnett Plaintiffs, Ka Ashton, Estate of John P.O'Neill, Sr., Federal Insurance Company et al., Plaintiffs, Cantor Fitzgerald & Co., Contine |

| | | |
|---|---|---|
| | | Casualty Company, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al., New York Marine and Gene Insurance Company. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Pa Vincent) (Entered: 08/24/2005) |
| 24/2005 | 1147 | AFFIRMATION of Vincent Ian Parrett in Opposition re: 1013 MOTION to Dismiss.. Document filed by Burnett Pla Kathleen Ashton, Estate of John P.O'Neill, Sr., Federal Insurance Company et al., Plaintiffs, Cantor Fitzgerald & Co. Continental Casualty Company, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al., New York Mari General Insurance Company. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Pa Vincent) (Entered: 08/24/2005) |
| 24/2005 | 1148 | AFFIDAVIT of John Fawcett in Opposition re: 1013 MOTION to Dismiss.. Document filed by Burnett Plaintiffs, Ka Ashton, Estate of John P.O'Neill, Sr., Federal Insurance Company et al., Plaintiffs, Cantor Fitzgerald & Co., Continer Casualty Company, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al., New York Marine and Gene Insurance Company. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Pa Vincent) (Entered: 08/24/2005) |
| 24/2005 | 1149 | AFFIDAVIT of John Fawcett in Opposition re: 1013 MOTION to Dismiss.. Document filed by Burnett Plaintiffs, Ka Ashton, Estate of John P.O'Neill, Sr., Federal Insurance Company et al., Plaintiffs, Cantor Fitzgerald & Co., Continer Casualty Company, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al., New York Marine and Gene Insurance Company. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Pa Vincent) (Entered: 08/24/2005) |
| 25/2005 | 1150 | REPLY MEMORANDUM OF LAW in Support re: 955 MOTION to Dismiss *Complaints*.. Document filed by Duba Bank. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Cr John) (Entered: 08/25/2005) |
| 25/2005 | 1151 | MOTION to Withdraw 499 MOTION to Dismiss *Notice of Motion to Dismiss*., 94 MOTION to Dismiss *(Notice of M* Reply Memorandum of Law in Support of Motion,, 617 Reply Memorandum of Law in Support of Motion. Documen DMI Administrative Services S.A.. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(McGui (Entered: 08/25/2005) |
| 26/2005 | 1152 | RICO STATEMENT *APPLICABLE TO ABDUL AZIZ AL IBRAHIM*. Document filed by Federal Insurance Company Plaintiffs. (Attachments: # 1 Exhibit EXHIBIT B)(Feldman, Elliott) (Entered: 08/26/2005) |
| 26/2005 | 1153 | RICO STATEMENT *Applicable to Abdul Aziz al Ibrahim Foundation*. Document filed by Euro Brokers Inc., et al.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Elsner, Michael) (Entered: 08/26/2005) |
| 26/2005 | 1154 | RICO STATEMENT *Applicable to Abdul Aziz al Ibrahim Foundation*. Document filed by World Trade Center Prope et al.. (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 08/26/2005) |
| 26/2005 | 1155 | RICO STATEMENT *applicable to Abdul Aziz Bin Ibrahim Al Ibrahim*. Document filed by New York Marine and Ge Insurance Company.(Rubino, Frank) (Entered: 08/26/2005) |
| 26/2005 | 1156 | FILING ERROR − DEFICIENT DOCKET ENTRY − NOTICE of Plaintiff's More Definite Statement Pursuant to FI 12(e) and Judge Casey's CMO−2, Paragraph 13. Document filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 E B)(Mac Neill, Gina) Modified on 9/7/2005 (gf, ). (Entered: 08/26/2005) |

| | | |
|---|---|---|
| 26/2005 | 1157 | NOTICE of Plaintiffs' More Definite Statement Pursuant to FRCP Rule 12(e) and Judge Casey's CMO 2, Paragraph 1 Applicable to Taha Al Alwani a/k/a Dr. Taha Jabir Al Alwani. Document filed by Estate of John P.O'Neill, Sr.. (Atta 1 Exhibit B)(Mac Neill, Gina) (Entered: 08/26/2005) |
| 26/2005 | 1158 | RICO STATEMENT *Applicable to Taha Al Alwani a/k/a Dr. Taha Jabir Al Alwani*. Document filed by Estate of Joh Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 08/26/2005) |
| 29/2005 | 1159 | RICO STATEMENT *as to defendant Sheikh Abdul Aziz Al Ibrahim*. Document filed by Continental Casualty Compa Robert) (Entered: 08/29/2005) |
| 29/2005 | 1160 | NOTICE of More Definite Statement Pursuant to the Federal Rules of Civil Procedure Rule 12(e) and Judge Casey's Para. 13 and/or RICO Statement Applicable to Metalor a/k/a La Groupe Metalor a/k/a La Group Metalor Technologi Metalor Group a/k/a Metalor Technologies SA a/k/a Metalor Technologies International SA. Document filed by Esta P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 08/29/2005) |
| 29/2005 | 1161 | RICO STATEMENT *Applicable to Metalor a/k/a La Groupe Metalor a/k/a La Group Metalor Technologies a/k/a M Group a/k/a Metalor Technologies SA a/k/a Metalor Technologies International SA*. Document filed by Estate of Joh Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 08/29/2005) |
| 30/2005 | 1162 | RICO STATEMENT *Second Amended RICO Statement Applicable to Faisal Islamic Bank − Sudan a/k/a Faysal Isla Sudan a/k/a Faisal Islamic Bank a/k/a Faysal Islamic Bank*. Document filed by Estate of John P.O'Neill, Sr.. (Attach Exhibit B)(Mac Neill, Gina) (Entered: 08/30/2005) |
| 31/2005 | 1163 | NOTICE of Appearance by Martin Jeffrey Schwartz on behalf of Banca Del Gottardo (Schwartz, Martin) (Entered: 0 |
| 31/2005 | 1164 | RICO STATEMENT *APPLICABLE TO WORLD ASSEMBLY OF MUSLIM YOUTH*. Document filed by Federal Insu Company et al., Plaintiffs. (Attachments: # 1 Exhibit EXHIBIT B)(Feldman, Elliott) (Entered: 08/31/2005) |
| 31/2005 | 1165 | RICO STATEMENT *Applicable to the World Assembly of Muslim Youth*. Document filed by Euro Brokers Inc., et al (Attachments: # 1 Exhibit A# 2 Exhibit B)(Elsner, Michael) (Entered: 08/31/2005) |
| 31/2005 | 1166 | RICO STATEMENT *Applicable to the World Assembly of Muslim Youth*. Document filed by World Trade Center Pr LLC, et al.. (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 08/31/2005) |
| 01/2005 | 1167 | RICO STATEMENT *Applicable to Banca Del Gottardo a/k/a Banca Del'Gottardo*. Document filed by Estate of John Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 09/01/2005) |
| 01/2005 | 1168 | NOTICE of More Definite Statement Pursuant to FRCP 12(e) and Judge Casey's CMO−2, Paragraph 13 Applicable t Del Gottardo a/k/a Banca Del'Gottardo. Document filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit B Neill, Gina) (Entered: 09/01/2005) |
| 02/2005 | 1169 | RICO STATEMENT *as to defendant World Assembly of Muslim Youth*. Document filed by Continental Casualty Co (Attachments: # 1 Exhibit A)(Kaplan, Robert) (Entered: 09/02/2005) |
| 02/2005 | 1170 | RICO STATEMENT *APPLICABLE TO IBRAHIM BIN ABDUL AZIZ AL IBRAHIM FOUNDATION*. Document filed Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit EXHIBIT B)(Feldman, Elliott) (Entered: 09/02/2005) |
| 02/2005 | 1171 | NOTICE of of Voluntary Dismissal of defendants DMI Administrative Services S.A. and Islamic Investment Compa Gulf by the Continental Casualty plaintiffs. Document filed by DMI Administrative Services S.A.. (McGuire, James) 09/02/2005) |
| 02/2005 | 1172 | RICO STATEMENT *applicable to the Abdul Aziz al Ibrahim Foundation*. Document filed by New York Marine and Insurance Company.(Rubino, Frank) (Entered: 09/02/2005) |
| 02/2005 | 1173 | RICO STATEMENT *as to defendant Abdul Aziz al Ibrahim Foundation*. Document filed by Continental Casualty Co (Attachments: # 1 Exhibit A)(Kaplan, Robert) (Entered: 09/02/2005) |
| 06/2005 | 1174 | MOTION to Dismiss. Document filed by Saudi Red Crescent. Responses due by 9/20/2005 Filed In Associated Case 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/06/2005) |
| 06/2005 | 1175 | MEMORANDUM OF LAW in Support re: 1174 MOTION to Dismiss.. Document filed by Saudi Red Crescent. File Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka |

| | | |
|---|---|---|
| | | (Entered: 09/06/2005) |
| )6/2005 | 1176 | AFFIDAVIT of Alan Kabat in Support re: 1174 MOTION to Dismiss.. Document filed by Saudi Red Crescent. Filed Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/06/2005) |
| )6/2005 | 1177 | MOTION to Dismiss. Document filed by Saleh Al−Hussayen. Responses due by 9/20/2005 Filed In Associated Case 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/06/2005) |
| )6/2005 | 1178 | MEMORANDUM OF LAW in Support re: 1177 MOTION to Dismiss.. Document filed by Saleh Al−Hussayen. File Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/06/2005) |
| )6/2005 | 1179 | AFFIDAVIT of Alan Kabat in Support re: 1177 MOTION to Dismiss.. Document filed by Saleh Al−Hussayen. Filed Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/06/2005) |
| )6/2005 | 1180 | MOTION to Dismiss. Document filed by Abdullah Bin Saleh Al−Obaid. Responses due by 9/20/2005 Filed In Assoc Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05' 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/06/2005) |
| )6/2005 | 1181 | MEMORANDUM OF LAW in Support re: 1180 MOTION to Dismiss.. Document filed by Abdullah Bin Saleh Al−( In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/06/2005) |
| )6/2005 | 1182 | AFFIDAVIT of Alan Kabat in Support re: 1180 MOTION to Dismiss.. Document filed by Abdullah Bin Saleh Al−O In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/06/2005) |
| )6/2005 | 1183 | MOTION to Dismiss. Document filed by Abdullah Muhsen Al Turki. Responses due by 9/20/2005 Filed In Associat 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/06/2005) |
| )6/2005 | 1184 | MEMORANDUM OF LAW in Support re: 1183 MOTION to Dismiss.. Document filed by Abdullah Muhsen Al Tur Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, |

| | | |
|---|---|---|
| | | 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/06/2005) |
| )6/2005 | 1185 | AFFIDAVIT of Alan Kabat in Support re: 1183 MOTION to Dismiss.. Document filed by Abdullah Muhsen Al Turk Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/06/2005) |
| )6/2005 | 1186 | MOTION to Dismiss. Document filed by Safar Al−Hawali. Responses due by 9/20/2005 Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/06/2005) |
| )6/2005 | 1187 | MEMORANDUM OF LAW in Support re: 1186 MOTION to Dismiss.. Document filed by Safar Al−Hawali. Filed I Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/06/2005) |
| )6/2005 | 1188 | AFFIDAVIT of Alan Kabat in Support re: 1186 MOTION to Dismiss.. Document filed by Safar Al−Hawali. (Attachi Exhibit 4−9)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/06/2005) |
| )6/2005 | 1189 | MOTION to Dismiss. Document filed by Sheik Hamad Al−Husaini. Responses due by 9/20/2005 Filed In Associatec 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/06/2005) |
| )6/2005 | 1190 | MEMORANDUM OF LAW in Support re: 1189 MOTION to Dismiss.. Document filed by Sheik Hamad Al−Husain Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/06/2005) |
| )6/2005 | 1191 | AFFIDAVIT of Alan Kabat in Support re: 1189 MOTION to Dismiss.. Document filed by Sheik Hamad Al−Husaini Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/07/2005) |
| )6/2005 | 1192 | MOTION to Dismiss. Document filed by Talal Mohammed Badkook. Responses due by 9/20/2005 Filed In Associat 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/07/2005) |
| )7/2005 | 1193 | MEMORANDUM OF LAW in Support re: 1192 MOTION to Dismiss.. Document filed by Talal Mohammed Badko Associated Cases: |

| | | |
|---|---|---|
| | | 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/07/2005) |
| )7/2005 | 1194 | AFFIDAVIT of Alan Kabat in Support re: 1192 MOTION to Dismiss.. Document filed by Talal Mohammed Badkoo Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/07/2005) |
| )7/2005 | 1195 | MOTION to Dismiss. Document filed by Adnan Basha. Responses due by 9/20/2005 Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/07/2005) |
| )7/2005 | 1196 | MEMORANDUM OF LAW in Support re: 1195 MOTION to Dismiss.. Document filed by Adnan Basha. Filed In A Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05' 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/07/2005) |
| )7/2005 | 1197 | AFFIDAVIT of Alan Kabat in Support re: 1195 MOTION to Dismiss.. Document filed by Adnan Basha. Filed In As Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05' 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/07/2005) |
| )7/2005 | 1198 | MOTION to Dismiss. Document filed by Shahir Abdulraoof Batterjee. Responses due by 9/20/2005 Filed In Associa 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/07/2005) |
| )7/2005 | 1199 | MEMORANDUM OF LAW in Support re: 1198 MOTION to Dismiss.. Document filed by Shahir Abdulraoof Batter In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/07/2005) |
| )7/2005 | 1200 | AFFIDAVIT of Alan Kabat in Support re: 1198 MOTION to Dismiss.. Document filed by Shahir Abdulraoof Batterj Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/07/2005) |
| )7/2005 | 1201 | MOTION to Dismiss. Document filed by Mohammed Ali Sayed Mushayt. Responses due by 9/20/2005 Filed In Asso Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05' 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/07/2005) |
| )7/2005 | 1202 | MEMORANDUM OF LAW in Support re: 1201 MOTION to Dismiss.. Document filed by Mohammed Ali Sayed M Filed In Associated Cases: |

| | | |
|---|---|---|
| | | 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/07/2005) |
| )7/2005 | 1203 | AFFIDAVIT of Alan Kabat in Support re: 1201 MOTION to Dismiss.. Document filed by Mohammed Ali Sayed Mu Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/07/2005) |
| )7/2005 | 1204 | MOTION to Dismiss. Document filed by Abdullah Omar Naseef. Responses due by 9/20/2005 Filed In Associated C 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/07/2005) |
| )7/2005 | 1205 | MEMORANDUM OF LAW in Support re: 1204 MOTION to Dismiss.. Document filed by Abdullah Omar Naseef. I Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/07/2005) |
| )7/2005 | 1206 | AFFIDAVIT of Alan Kabat in Support re: 1204 MOTION to Dismiss.. Document filed by Abdullah Omar Naseef. F Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/07/2005) |
| )8/2005 | 1207 | RICO STATEMENT *AMENDED RICO STATEMENT APPLICABLE TO SAUDI DALLAH AL BARAKA GROUP LL* Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit EXHIBIT B)(Feldman, El (Entered: 09/08/2005) |
| )8/2005 | 1208 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint,,,,,,,. The Republic of Sudan served on 11/30/200 due 12/20/2004; Islamic Republic of Iran served on 12/7/2004, answer due 12/27/2004; Syrian Arab Republic served 6/15/2004, answer due 7/5/2004. Service was made by mail. Document filed by Federal Insurance Company et al., Pl Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Fe Elliott) (Entered: 09/08/2005) |
| )9/2005 | 1209 | REPLY MEMORANDUM OF LAW in Support re: 926 MOTION to Dismiss for Lack of Jurisdiction.. Document fil Tufail, Schreiber & Zindel, Frank Zindel, Engelbert Schreiber, Engelbert Schreiber, Jr. (Attachments: # 1 Affidavit R Declaration of Guntram Wolf in Support of MTD)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Sc William) (Entered: 09/09/2005) |
| )9/2005 | 1210 | RICO STATEMENT *applicable to Saudi Dallah Al Baraka Group LLC*. Document filed by New York Marine and C Insurance Company.(Rubino, Frank) (Entered: 09/09/2005) |
| )9/2005 | 1211 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Saudi American Bank. Document filed by Euro Brok al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/09/2005) |

| | | |
|---|---|---|
| )9/2005 | 1212 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Saudi Red Crescent. Document filed by Burnett Plai Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entere 09/09/2005) |
| )9/2005 | 1213 | MOTION to Dismiss *the Cantor Fitzgerald action*. Document filed by DMI Administrative Services S.A.. Filed In A Cases: 1:03−md−01570−RCC,1:04−cv−07065−RCC(McGuire, James) (Entered: 09/09/2005) |
| )9/2005 | 1214 | MEMORANDUM OF LAW in Support re: 1213 MOTION to Dismiss *the Cantor Fitzgerald action*.. Document filec Administrative Services S.A.. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−07065−RCC(McGuire, Ja (Entered: 09/09/2005) |
| )9/2005 | 1215 | MOTION to Dismiss *the O'Neill action*. Document filed by DMI Administrative Services S.A.. Filed In Associated C 1:03−md−01570−RCC,1:04−cv−01923−RCC(McGuire, James) (Entered: 09/09/2005) |
| )9/2005 | 1216 | MEMORANDUM OF LAW in Support re: 1215 MOTION to Dismiss *the O'Neill action*.. Document filed by DMI Administrative Services S.A.. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01923−RCC(McGuire, Ja (Entered: 09/09/2005) |
| )9/2005 | 1217 | NOTICE of Motion to Add Parties Pursuant to Federal Rule of Civil Procedure 15(d) re: 602 Notice (Other), Notice ( Document filed by Burnett Plaintiffs. (Attachments: # 1 Motion to Add Parties Pursuant to Federal Rule of Civil Proc 15(d))(Elsner, Michael) (Entered: 09/09/2005) |
| )9/2005 | 1218 | RICO STATEMENT *Applicable to Dallah Al Baraka Group and Al Baraka Investment and Development Corporatio* Document filed by Euro Brokers Inc., et al.. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Elsner, Michael) (Entered: 0 |
| )9/2005 | 1219 | RICO STATEMENT *Applicable to Saleh Abdullah Kamel*. Document filed by Euro Brokers Inc., et al.. (Attachment Exhibit A# 2 Exhibit B)(Elsner, Michael) (Entered: 09/09/2005) |
| )9/2005 | 1220 | RICO STATEMENT *Applicable to Dallah Al Baraka Group and Al Baraka Investment and Development Corporatio* Document filed by World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entere 09/09/2005) |
| )9/2005 | 1221 | RICO STATEMENT *Applicable to Saleh Abdullah Kamel*. Document filed by World Trade Center Properties LLC, e (Attachments: # 1 Exhibit A)(Elsner, Michael) (Entered: 09/09/2005) |
| )9/2005 | 1222 | STIPULATION AS TO THE EXTENSION OF TIME FOR DEFTS. SCHREIBER & ZINDEL TREUHAND ANST FRANK ZINDEL, ENGELBERT SCHREIBER, AND ENGELBERT SCHREIBER, JR. TO REPLY IN SUPPORT MOTION TO DISMISS... that the time for Defts. to reply in support of their Motion to Dismiss Plaintiffs Third Ame Complaint in 04−1076 & 04−1923, shall be extended to and including 9/6/05. Upon the filing of their Reply, Defts. w withdraw their 8/25/05 letter addressed to Judge Casey. (Signed by Judge Richard C. Casey on 9/8/05) Filed In Asso Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC,1:04−cv−01923−RCC(rjm, ) (Entered: 09/12/2005) |
| )9/2005 | 1223 | ENDORSED LETTER addressed to Judge Richard C. Casey from Ayad P. Jacob, Esq. dated 9/6/05 re: GRANTED r the Court endorse an agreed upon extension of time for Defts., Schreiber and Zindel Treuhand Anstalt, Frank Zindel, Schreiber, and Engelbert Schreiber, Jr., to file their reply in support of their motion to dismiss. (Signed by Judge Rich Casey on 9/8/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC,1:04−cv−01923−RCC(rjn (Entered: 09/12/2005) |
| )9/2005 | 1224 | ENDORSED LETTER addressed to Judge Richard C. Casey from Omar T. Mohammedi dated 9/8/05 re: "Applicatio WAMY should include its objection to service in its motion to dismiss." (Signed by Judge Richard C. Casey on 9/9/0 Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(rjm, ) (Entered: 09/12/2005) |
| )9/2005 | 1225 | ORDER Brief submission from each side setting out their respective positions on topics mentioned in this order due b 9/22/2005. Case Management Conference set for 9/27/2005 11:00 AM before Judge Richard C. Casey in Crtrm. 14C Case Management Plan, Managing Correspondence to the Court, and Motions to Dismiss... and as further set forth in (Signed by Judge Richard C. Casey on 9/9/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(rjn (Entered: 09/12/2005) |
| .2/2005 | 1226 | NOTICE of Supplemental Authority re: 1005 Memorandum of Law in Oppisition to Motion,,,, 1146 Memorandum o Oppisition to Motion,,,, 807 Memorandum of Law in Oppisition to Motion,,,, 1012 Memorandum of Law in Oppisiti Motion,,, 1020 Memorandum of Law in Oppisition to Motion,,,,,. Document filed by Port Authority of New York & Cantor Fitzgerald & Co.. (Attachments: # 1 Exhibit)(Leonardo, Christopher) (Entered: 09/12/2005) |
| .2/2005 | 1227 | MOTION to Add Party(ies) Thomas E. Burnett, Sr., et al. *Notice of Motion to Add Parties Pursuant to Federal Rule Procedure 15(d)*. Document filed by Burnett Plaintiffs. (Attachments: # 1 Notice of Delayed Filing)Filed In Associat |

| | | |
|---|---|---|
| | | 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(El: Michael) (Entered: 09/12/2005) |
| .2/2005 | 1228 | MOTION to Add Party(ies) Thomas E. Burnett, Sr., et al. *Motion to Add Parties Pursuant to Federal Rule of Civil P 15(d)*. Document filed by Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(El: Michael) (Entered: 09/12/2005) |
| .3/2005 | 1229 | FILING ERROR − DEFICIENT DOCKET ENTRY − AFFIDAVIT of J. SCOTT TARBUTTON in Support. Docum Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Fe Elliott) Modified on 9/20/2005 (gf, ). (Entered: 09/13/2005) |
| .3/2005 | 1230 | MODIFIED STIPULATION AS TO BRIEFING SCHEDULE RELATING TO COMPLAINTS CONSOLIDATED MDL 1570... agreed by & between Ptffs. in all the referenced matters under 03 MD 1570 & Deft. Yousef Jameel, by their undersigned counsel, that the briefing schedule shal be extended by 15 days, thereby making Ptffs. response to J motion to dismiss the Complaints due on or before 9/16/05, and that Deft's. counsel shall file reply papers, if any, wit days of the filing of Ptffs' opposing papers. (Signed by Judge Richard C. Casey on 9/12/05) Filed In Associated Case 1:03−md−01570−RCC,1:03−cv−06978−RCC,1:04−cv−06105−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC(rj (Entered: 09/13/2005) |
| .3/2005 | | Reset Deadlines: Responses due by 9/16/2005 from 9/1/05. (rjm, ) (Entered: 09/13/2005) |
| .3/2005 | 1231 | RICO STATEMENT *as to defendant Saleh Abdullah Kamel*. Document filed by Continental Casualty Company.(Ka] Robert) (Entered: 09/13/2005) |
| .3/2005 | 1232 | AFFIDAVIT of J.SCOTT TARBUTTON in Support. Document filed by Federal Insurance Company et al., Plaintiffs Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Fe Elliott) (Entered: 09/13/2005) |
| .3/2005 | 1233 | RICO STATEMENT *as to defendants Dallah Al Baraka Group and Al Baraka Investment and Development*. Docum Continental Casualty Company.(Kaplan, Robert) (Entered: 09/13/2005) |
| .3/2005 | 1234 | NOTICE of MODIFIED STIPULATION AS TO SERVICE OF PROCESS & EXTENSION OF TIME TO RESPON COMPLAINTS CONSOLIDATED UNDER MDL 1570. Document filed by Abdullah Bin Laden, Bakr M Bin Lade Bin Laden, Omar M. Bin Laden, Mohamed Bin Laden Organization (SBG), Saudi Binladin International Company, Bin Laden, Saudi Binladin Group, Inc.. (Stear, Melissa) (Entered: 09/13/2005) |
| .4/2005 | 1235 | MEMORANDUM OF LAW in Opposition re: 1106 MOTION to Dismiss for Lack of Jurisdiction *MEMORANDUM SUPPORT OF MOTION*., 1100 MOTION to Dismiss for Lack of Jurisdiction *and Insufficient Service of Process*., 11 MOTION to Dismiss for Lack of Jurisdiction *and Insufficient Service of Process. Regarding Martin Wachter, Erwin Asat Trust and Sercor Treuhand Anstalt*. Document filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit I Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M: Gina) (Entered: 09/14/2005) |
| .5/2005 | 1236 | STIPULATION AND ORDER SETTING REVISED SCHEDULE FOR ABDULRAHMAN BIN MAHFOUZ TO R TO THE OPERATIVE COMPLAINTS IN CERTAIN ACTIONS CONSOLIDATED UNDER MDL 1570. Pursuant initial Stipulation & Order, Mr. Bin Mahfouz has until 9/19/05, to answer or otherwise respond to the Operative Com 5th Amended Complaint in Ashton, 1st Amended Complaint in Federal Insurance, 1st Amended Complaint in Contir Casualty and 1st Amended Complaint in New York Marine [collectively, the operative complaints]). Amended Plead |

| | | |
|---|---|---|
| | | 9/30/2005. Responses due by 10/28/2005... and as further set forth in said order. (Signed by Judge Richard C. Casey Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−06978−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC(rj (Entered: 09/15/2005) |
| .5/2005 | | Set Answer Due Date purs. to 1236 Stipulation and Order,,,, Set Deadlines/Hearings,,, as to Abdulrahman Bin Mahfo due on 9/19/2005. (rjm, ) (Entered: 09/15/2005) |
| .5/2005 | 1237 | STIPULATION AS TO SERVICE OF PROCESS AND EXTENSION OF TIME TO RESPOND TO COMPLAINTS CONSOLIDATED UNDER MDL 1570...and as further set forth in said order. (Signed by Judge Richard C. Casey o Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−06978−RCC,1:03−cv−09849−RCC,1:04−cv−05970−RCC, 1:04−cv−06105−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC(rjm, ) (Entered: 09/16/2005) |
| .6/2005 | 1238 | AFFIDAVIT OF SERVICE. Service was made by mail. Document filed by Kathleen Ashton. Filed In Associated Ca 1:03−md−01570−RCC,1:02−cv−06977−RCC(Kreindler, James) (Entered: 09/16/2005) |
| .6/2005 | 1239 | MOTION to Dismiss *the Burnett actions*. Document filed by DMI Administrative Services S.A.. Filed In Associated 1:03−md−01570−RCC,1:03−cv−09849−RCC(McGuire, James) (Entered: 09/16/2005) |
| .6/2005 | 1240 | MEMORANDUM OF LAW in Support re: 1239 MOTION to Dismiss *the Burnett actions*.. Document filed by DMI Administrative Services S.A.. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(McGuire, Ja (Entered: 09/16/2005) |
| .6/2005 | 1241 | MOTION to Dismiss *the World Trade Center Properties and Euro Brokers actions*. Document filed by DMI Admini Services S.A.. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−07280−RCC(McGuire, James) (Entered: ( |
| .6/2005 | 1242 | MEMORANDUM OF LAW in Support re: 1241 MOTION to Dismiss *the World Trade Center Properties and Euro actions*.. Document filed by DMI Administrative Services S.A.. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−07280−RCC(McGuire, James) (Entered: 09/16/2005) |
| .6/2005 | 1243 | MEMORANDUM OF LAW in Opposition re: 1057 MOTION to Dismiss *for Lack of Jurisdiction or Failure to State Plaintiffs' Memorandum of Law in Opposition to Motion to Dismiss of Yousef Abdul Latif Jameel*. Document filed by Plaintiffs, Federal Insurance Company et al., Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC York Marine and General Insurance Company. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(El Michael) (Entered: 09/16/2005) |
| .6/2005 | 1244 | DECLARATION of Jodi Westbrook Flowers in Opposition re: 1057 MOTION to Dismiss *for Lack of Jurisdiction o State a Claim*.. Document filed by Burnett Plaintiffs, Federal Insurance Company et al., Plaintiffs, Euro Brokers Inc., World Trade Center Properties LLC, et al., New York Marine and General Insurance Company. (Attachments: # 1 E (Part 1 of 14)# 2 Exhibit 1 (Part 2 of 14)# 3 Exhibit 1 (Part 3 of 14)# 4 Exhibit 1 (Part 4 of 14)# 5 Exhibit 1 (Part 5 o Exhibit 1 (Part 6 of 14)# 7 Exhibit 1 (Part 7 of 14)# 8 Exhibit 1 (Part 8 of 14)# 9 Exhibit 1 (Part 9 of 14)# 10 Exhibit of 14)# 11 Exhibit 1 (Part 11 of 14)# 12 Exhibit 1 (Part 12 of 14)# 13 Exhibit 1 (Part 13 of 14)# 14 Exhibit 1 (Part 14 Exhibit 2# 16 Exhibit 3# 17 Exhibit 4# 18 Exhibit 5# 19 Exhibit 6# 20 Exhibit 7# 21 Exhibit 8# 22 Exhibit 9)Filed In Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(El Michael) (Entered: 09/16/2005) |
| 20/2005 | 1245 | MEMORANDUM OF LAW in Opposition re: 1174 MOTION to Dismiss. *PLAINTIFFS? MEMORANDUM OF LAV OPPOSITION TO THE CONSOLIDATED MOTION TO DISMISS OF THE SAUDI RED CRESCENT SOCIETY ANI ABDUL RAHMAN AL SWAILEM*. Document filed by Plaintiffs Executive Committees. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Fe Elliott) (Entered: 09/20/2005) |
| 20/2005 | 1246 | MEMORANDUM OF LAW in Opposition re: 1183 MOTION to Dismiss. *PLAINTIFFS' CONSOLIDATED MEMOI OF LAW IN OPPOSITION TO THE MOTION TO DISMISS OF DEFENDANT DR. ABDULLAH BIN ABDUL MOH AL−TURKI*. Document filed by Plaintiffs Executive Committees. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( |

| | | |
|---|---|---|
| | | 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Fe Elliott) (Entered: 09/20/2005) |
| 20/2005 | 1247 | MEMORANDUM OF LAW in Opposition re: 1180 MOTION to Dismiss. *PLAINTIFFS' CONSOLIDATED MEMOI OF LAW IN OPPOSITION TO THE MOTION TO DISMISS OF DEFENDANT DR. ABDULLAH BIN SALEH AL−O.* Document filed by Plaintiffs Executive Committees. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Fe Elliott) (Entered: 09/20/2005) |
| 20/2005 | 1248 | MEMORANDUM OF LAW in Opposition re: 1177 MOTION to Dismiss. *PLAINTIFFS' CONSOLIDATED MEMOI OF LAW IN OPPOSITION TO THE MOTION TO DISMISS OF DEFENDANT SHEIKH SALEH AL−HUSSAYEN*. D filed by Plaintiffs Executive Committees. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Fe Elliott) (Entered: 09/20/2005) |
| 20/2005 | 1249 | MEMORANDUM OF LAW in Opposition re: 1198 MOTION to Dismiss. *PLAINTIFFS MEMORANDUM OF LAW OPPOSITION TO THE CONSOLIDATED MOTION TO DISMISS OF SHAHIR ABDULARAOUF BATTERJEE*. Doc by Plaintiffs Executive Committees. (Attachments: # 1 Appendix 1)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ma Gina) (Entered: 09/20/2005) |
| 20/2005 | 1250 | MEMORANDUM OF LAW in Opposition re: 1192 MOTION to Dismiss. *plaintiffs' consolidated memorandum of la opposition to motion to dismiss by defendants Talal M. Badkook and M.M. Badkook Company*. Document filed by Co Casualty Company. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka Robert) (Entered: 09/20/2005) |
| 20/2005 | 1251 | MEMORANDUM OF LAW in Opposition re: 1201 MOTION to Dismiss. *PLAINTIFFS' CONSOLIDATED MEMOI OF LAW IN OPPOSITION TO THE MOTION TO DISMISS OF DEFENDANTS MOHAMED ALI MUSHAYT AND T MUSHAYT FOR TRADING ESTABLISHMENT*. Document filed by Plaintiffs Executive Committees. Filed In Associ 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Fe Elliott) (Entered: 09/20/2005) |
| 20/2005 | 1252 | MEMORANDUM OF LAW in Opposition re: 1186 MOTION to Dismiss. *PLAINTIFFS' CONSOLIDATED MEMOI OF LAW IN OPPOSITION TO THE MOTION TO DISMISS OF DEFENDANTS SHEIKH SAFER AL−HAWALI ANI SALMAN AL−OADAH*. Document filed by Plaintiffs Executive Committees. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Fe Elliott) (Entered: 09/20/2005) |
| 20/2005 | 1253 | MEMORANDUM OF LAW in Opposition re: 1189 MOTION to Dismiss. *PLAINTIFFS' CONSOLIDATED MEMOI OF LAW IN OPPOSITION TO THE MOTION TO DISMISS OF DEFENDANT HAMAD AL−HUSAINI*. Document fi Plaintiffs Executive Committees. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Fe |

| | | |
|---|---|---|
| | | Elliott) (Entered: 09/20/2005) |
| 20/2005 | 1254 | MEMORANDUM OF LAW in Opposition re: 1195 MOTION to Dismiss. *PLAINTIFFS' CONSOLIDATED MEMOI OF LAW IN OPPOSITION TO THE MOTION TO DISMISS OF DEFENDANT ADNAN BASHA*. Document filed by Executive Committees. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Fe Elliott) (Entered: 09/20/2005) |
| 20/2005 | 1255 | MEMORANDUM OF LAW in Opposition re: 1204 MOTION to Dismiss. *PLAINTIFFS' CONSOLIDATED MEMOI OF LAW IN OPPOSITION TO THE MOTION TO DISMISS OF DEFENDANT DR. ABDULLAH NASEEF*. Documer Plaintiffs Executive Committees. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Fe Elliott) (Entered: 09/20/2005) |
| 21/2005 | 1256 | MEMORANDUM AND OPINION # 92163... For the reasons explained in this document, SHC's motion to dismiss t Burnett, and Federal complaints for lack of subject matter jurisdiction is granted. Prince Salman's motion to dismiss t Burnett, and Federal complaints for lack of subject matter and personal jurisdiction is granted. Prince Naif's motion t the Ashton, Burnett, and Federal complaints for lack of subject matter & personal jurisdiction is granted. Rabita Trus to dismiss the Ashton, Burnett, and Federal complaints are denied without prejudice. Wa'el Jalaidan's motions to disn Ashton, Burnett, and Federal complaints are denied, but the RICO, TVPA, negligence, and Federal intentional tort cl against him are dismissed. IIRO's motions to dismiss the Ashton, Burnett, and Federal complaints are denied, but the TVPA, negligence, and Federal intentional tort claims against it are dismissed. Tarik Hamdi's motions to dismiss the Federal complaints are denied, but the RICO, TVPA, negligence, and Federal intentional tort claims against him are Abdulrahman Alamoudi's motion to dismiss the Burnett complaint is granted; his motion to dismiss the Federal comp denied, but the RICO, TVPA, intentional tort, and negligence claims are dismissed. Success Foundation's motion to Burnett complaint is granted. The motions by African Muslim Agency, Grove Corporate, Heritage Education Trust, I Mar−Jac Investments, Reston Investments, Safa Trust, and York Foundation to dismiss the Burnett complaint are gra motion to dismiss the Ashton complaint is granted. Mar−Jac Poultry's motions to dismiss the Burnett, Ashton, and Fe complaints are granted. The motions to dismiss the Federal complaint by Taha Al−Awani, Muhammad Ashraf, M. O M.Yaqub Mirza, and Iqbal Unus are granted. Jamal Barzinji's motion to dismiss the Federal complaint is denied, but TVPA, intentional tort, and negligence claims against him are dismissed. National Commercial Bank's motion to rec Court's January 18 opinion and order is granted to the extent that it requests the Court to consider its personal jurisdic defense before resolving the FSIA issue. (Signed by Judge Richard C. Casey on 9/21/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−06978−RCC,1:03−cv−09849−RCC(rjm, ) (Entered: 09/21/20 |
| 22/2005 | 1257 | AFFIRMATION of SEAN P. CARTER in Opposition re: 1174 MOTION to Dismiss.. Document filed by Federal Ins Company et al., Plaintiffs. (Attachments: # 1 Exhibit EXHIBITS 1 TO 2# 2 Exhibit EXHIBIT 3# 3 Exhibit EXHIBIT Exhibit EXHIBIT 4# 5 Exhibit EXHIBIT 4A# 6 Exhibit EXHIBIT 4B# 7 Exhibit EXHIBIT 4C# 8 Exhibit EXHIBIT 11)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Fe Elliott) (Entered: 09/22/2005) |
| 23/2005 | 1258 | AFFIDAVIT OF SERVICE. Aradi, Inc. served on 7/21/2004, answer due 8/10/2004; Benevolence International Foundation−USA served on 1/13/2005, answer due 2/2/2005; American Muslim Foundation (AMF) served on 6/2/20 due 6/22/2004; Aqsa Islamic Bank served on 7/28/2004, answer due 8/17/2004; Hisham Al−Talib served on 7/27/20 due 8/16/2004; Ahmed Idris Nasreddin served on 5/27/2004, answer due 6/16/2004; Mamoun Darkazanli served on 5 answer due 6/16/2004; Somali Network, A.B. served on 5/27/2004, answer due 6/16/2004. Service was made by MA Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit # 12 Exhibit # 13 Exhibit # 14 Exhib Exhibit # 16 Exhibit # 17 Exhibit # 18 Exhibit)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Fe Elliott) (Entered: 09/23/2005) |

| | | |
|---|---|---|
| 23/2005 | 1259 | TRANSCRIPT of proceedings held on 6/15/05 before Judge Richard C. Casey. (jbe, ) (Entered: 09/23/2005) |
| 23/2005 | 1260 | AFFIRMATION of SEAN P. CARTER in Opposition re: 1174 MOTION to Dismiss., 1177 MOTION to Dismiss., 1 MOTION to Dismiss., 1183 MOTION to Dismiss.. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit EXHIBITS 1−5# 2 Exhibit EXHIBITS 6−13# 3 Exhibit EXHIBITS 14 TO 22# 4 Exhibit E 23 TO 29# 5 Exhibit EXHIBITS 30 TO 37# 6 Exhibit EXHIBITS 38 TO 39# 7 Exhibit EXHIBIT 40# 8 Exhibit EXH 9 Exhibit EXHIBIT 40B# 10 Exhibit EXHIBITS 41 TO 43# 11 Exhibit EXHIBIT 44# 12 Exhibit EXHIBIT 44A# 13 EXHIBITS 45 TO 46# 14 Exhibit EXHIBIT 47# 15 Exhibit EXHIBIT 47A# 16 Exhibit EXHIBIT 47B# 17 Exhibit E 47C# 18 Exhibit EXHIBIT 47D# 19 Exhibit EXHIBIT 48# 20 Exhibit EXHIBIT 48A# 21 Exhibit EXHIBIT 49)File Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Fe Elliott) (Entered: 09/23/2005) |
| 23/2005 | 1261 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint,,,,,,,. Mamoun Darkazanli served on 5/27/2004, a 6/16/2004; Zeinab Mansour−Fattouh served on 5/27/2004, answer due 6/16/2004; Gulf Center S.R.L. served on 5/27 answer due 6/16/2004; Nasco Business Center Sas Di Nasreddin Ahmed Idris served on 5/27/2004, answer due 6/16 Nasco Nasreddin Holdings,A.S. served on 5/27/2004, answer due 6/16/2004; Nasreddin Ahmed served on 5/27/2004 due 6/16/2004; Mamoun Darkazanli Import−Export Company served on 5/27/2004, answer due 6/16/2004; Barakaat International Foundation served on 5/27/2004, answer due 6/16/2004; MIGA− Malaysian Swiss, Gulf and African C served on 5/27/2004, answer due 6/16/2004. Service was accepted by PERSON. Document filed by Federal Insuranc et al., Plaintiffs. (Attachments: # 1 Exhibit EXHIBITS A TO K# 2 Exhibit EXHIBITS L TO R)Filed In Associated C 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Fe Elliott) (Entered: 09/23/2005) |
| 23/2005 | 1262 | MOTION to Dismiss *the Federal Insurance action*. Document filed by DMI Administrative Services S.A.. Filed In A Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(McGuire, James) (Entered: 09/23/2005) |
| 23/2005 | 1263 | MEMORANDUM OF LAW in Support re: 1262 MOTION to Dismiss *the Federal Insurance action*.. Document file Administrative Services S.A.. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(McGuire, Ja (Entered: 09/23/2005) |
| 23/2005 | 1264 | MOTION to Dismiss *the Continental Casualty and New York Marine & General Insurance actions*. Document filed Maal Al Islami Trust. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−05970−RCC(McGuire, James) (E 09/23/2005) |
| 23/2005 | 1265 | MEMORANDUM OF LAW in Support re: 1264 MOTION to Dismiss *the Continental Casualty and New York Mari General Insurance actions*.. Document filed by Daral Maal Al Islami Trust. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−05970−RCC(McGuire, James) (Entered: 09/23/2005) |
| 23/2005 | 1266 | STIPULATED EXTENSION OF TIME IN WHICH TO FILE REPLY that Defendants Time to Reply to Plaintiffs R Defendants Motion to Dismiss, be extended an additional ten days from October 14, 2005 to October 24, 2005. (Sign Richard C. Casey on 9/23/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC,1:04−cv−01923−RCC(rjm, ) (Entered: 09/26/2005) |
| 23/2005 | | Set/Reset Deadlines as to 1106 MOTION to Dismiss for Lack of Jurisdiction *MEMORANDUM IN SUPPORT OF M* Replies due by 10/24/2005. (rjm, ) (Entered: 09/26/2005) |
| 26/2005 | 1267 | REPLY MEMORANDUM OF LAW in Support re: 1013 MOTION to Dismiss.. Document filed by Khaled Bin Sali Mahfouz. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ga James) (Entered: 09/26/2005) |
| 26/2005 | 1268 | REPLY MEMORANDUM OF LAW in Support re: 1189 MOTION to Dismiss.. Document filed by Sheik Hamad Al Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/26/2005) |

| | | |
|---|---|---|
| 26/2005 | 1269 | REPLY AFFIDAVIT of Alan Kabat in Support re: 1189 MOTION to Dismiss.. Document filed by Sheik Hamad Al– Filed In Associated Cases: 1:03–md–01570–RCC,1:02–cv–06977–RCC,1:02–cv–07300–RCC–FM,1:03–cv–05071–RCC,1:03–cv–05738–RC 1:03–cv–06978–RCC,1:03–cv–07036–RCC,1:03–cv–08591–RCC,1:03–cv–09848–RCC,1:03–cv–09849–RCC, 1:04–cv–01076–RCC,1:04–cv–01922–RCC,1:04–cv–01923–RCC,1:04–cv–05970–RCC,1:04–cv–06105–RCC, 1:04–cv–07065–RCC,1:04–cv–07216–RCC,1:04–cv–07279–RCC,1:04–cv–07280–RCC,1:04–cv–07281–RCC(Ka (Entered: 09/26/2005) |
| 26/2005 | 1270 | REPLY MEMORANDUM OF LAW in Support re: 1174 MOTION to Dismiss.. Document filed by Saudi Red Cresc In Associated Cases: 1:03–md–01570–RCC,1:02–cv–06977–RCC,1:02–cv–07300–RCC–FM,1:03–cv–05071–RCC,1:03–cv–05738–RC 1:03–cv–06978–RCC,1:03–cv–07036–RCC,1:03–cv–08591–RCC,1:03–cv–09848–RCC,1:03–cv–09849–RCC, 1:04–cv–01076–RCC,1:04–cv–01922–RCC,1:04–cv–01923–RCC,1:04–cv–05970–RCC,1:04–cv–06105–RCC, 1:04–cv–07065–RCC,1:04–cv–07216–RCC,1:04–cv–07279–RCC,1:04–cv–07280–RCC,1:04–cv–07281–RCC(Ka (Entered: 09/26/2005) |
| 27/2005 | 1271 | NOTICE of Plaintiffs' More Definite Statement as to Defendants Al–Barakat, Al–Barakat Bank of Somalia, Al–Bara Group, Al–Barakat Financial Holding Co., Al–Barakat Global Telecommunications, Al–Barakat Group of Companie Limited, Al–Barakat International, Al–Barakat Investments, Barakat Wire Transfer Company. Document filed by Bu Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, M (Entered: 09/27/2005) |
| 27/2005 | 1272 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Al Rajhi Banking and Investment Corporation. Docu by Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael 09/27/2005) |
| 27/2005 | 1273 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Al Shamal Islamic Bank. Document filed by Burnett Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (E 09/27/2005) |
| 27/2005 | 1274 | NOTICE of Plaintiffs' More Definite Statement as to Defendants Bank Al Taqwa Limited, Al Taqwa Trade, Property Industry Company, Ahmed Idris Nasreddin and Youssef M. Nada. Document filed by Burnett Plaintiffs, Euro Broker al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 27/2005 | 1275 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Abdulla bin Khalid al Thani. Document filed by Bur Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, M (Entered: 09/27/2005) |
| 27/2005 | 1276 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Ary Gold. Document filed by Burnett Plaintiffs, Eur Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27 |
| 27/2005 | 1277 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Omar Al Bayoumi. Document filed by Burnett Plain Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entere 09/27/2005) |
| 27/2005 | 1278 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Mamoun Darkazanli. Document filed by Burnett Pla Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entere 09/27/2005) |
| 27/2005 | 1279 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Global Relief Foundation. Document filed by Burnet Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (E 09/27/2005) |
| 27/2005 | 1280 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Habib Bank. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 27/2005 | 1281 | NOTICE of Plaintiffs' More Definite Statement as to Defendant the Islamic Assembly of North America. Document Burnett Plaintiffs, World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered 09/27/2005) |
| 27/2005 | 1282 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Islamic African Relief Agency. Document filed by B Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, M (Entered: 09/27/2005) |
| 27/2005 | 1283 | NOTICE of Plaintiffs' More Definite Statement as to Defendant the Islamic Republic of Iran. Document filed by Bur Plaintiffs. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 27/2005 | 1284 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Mashreq Bank. Document filed by Burnett Plaintiffs (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |

| | | |
|---|---|---|
| 27/2005 | 1285 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Mustafa Ahmed Al−Hisawi. Document filed by Burn Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, M (Entered: 09/27/2005) |
| 27/2005 | 1286 | NOTICE of Plaintiffs' More Definite Statement as to Defendant the Qatar Charitable Society. Document filed by Bur Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, M (Entered: 09/27/2005) |
| 27/2005 | 1287 | NOTICE of Plaintiffs' More Definite Statement as to Defendant the Rabita Trust. Document filed by Burnett Plaintiff Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entere 09/27/2005) |
| 27/2005 | 1288 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Sami Omar Al−Hussayen. Document filed by World Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 27/2005 | 1289 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Shahir Batterjee. Document filed by Burnett Plaintiff Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entere 09/27/2005) |
| 27/2005 | 1290 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Standard Charter Bank. Document filed by Burnett P (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 27/2005 | 1291 | NOTICE of Plaintiffs' More Definite Statement as to Defendant the Syrian Arab Republic. Document filed by Burnet (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 27/2005 | 1292 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Tadamon Islamic Bank. Document filed by Burnett P Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (E 09/27/2005) |
| 27/2005 | 1293 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Wafa Humanitarian Organization. Document filed by Plaintiffs. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 27/2005 | 1294 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Yassin Abdullah Al Kadi. Document filed by Burnet Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (E 09/27/2005) |
| 27/2005 | 1295 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Saudi Hollandi Bank. Document filed by Burnett Pla (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 27/2005 | 1296 | NOTICE of Plaintiffs' More Definite Statement as to Defendant National Bank of Kuwait. Document filed by Burnet (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 27/2005 | 1297 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Bank Al Jazira. Document filed by Burnett Plaintiffs (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/27/2005) |
| 27/2005 | 1298 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Benevolence International Foundation. Document fil Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)( Michael) (Entered: 09/27/2005) |
| 27/2005 | 1299 | REPLY MEMORANDUM OF LAW in Support re: 1177 MOTION to Dismiss.. Document filed by Saleh Al−Hussay In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/27/2005) |
| 27/2005 | 1300 | REPLY MEMORANDUM OF LAW in Support re: 1180 MOTION to Dismiss.. Document filed by Abdullah Bin Sa Al−Obaid. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/27/2005) |
| 27/2005 | 1301 | REPLY MEMORANDUM OF LAW in Support re: 1183 MOTION to Dismiss.. Document filed by Abdullah Muhse Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, |

| | | |
|---|---|---|
| | | 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/27/2005) |
| 27/2005 | 1302 | MOTION to Dismiss *the Continental Casualty and Federal Insurance actions*. Document filed by Abdul Aziz Al−Ib Abdul Aziz Al−Ibrahim. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−05970−RCC(McGuire, James) 09/27/2005) |
| 27/2005 | 1303 | MEMORANDUM OF LAW in Support re: 1302 MOTION to Dismiss *the Continental Casualty and Federal Insurar* Document filed by Abdul Aziz Al Ibrahim. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−05970−RCC James) (Entered: 09/27/2005) |
| 27/2005 | 1304 | MOTION to Dismiss *New York Marine*. Document filed by Abdul Aziz Al−Ibrahim. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−06105−RCC(McGuire, James) (Entered: 09/27/2005) |
| 27/2005 | 1305 | MEMORANDUM OF LAW in Support re: 1304 MOTION to Dismiss *New York Marine*.. Document filed by Abdul Ibrahim. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−06105−RCC(McGuire, James) (Entered: 09/27/ |
| 27/2005 | 1306 | REPLY MEMORANDUM OF LAW in Support re: 1195 MOTION to Dismiss.. Document filed by Adnan Basha. Fi Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/27/2005) |
| 27/2005 | 1307 | REPLY MEMORANDUM OF LAW in Support re: 1204 MOTION to Dismiss.. Document filed by Abdullah Omar Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/27/2005) |
| 27/2005 | 1308 | REPLY MEMORANDUM OF LAW in Support re: 1192 MOTION to Dismiss.. Document filed by Talal Mohamme Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/27/2005) |
| 27/2005 | 1309 | REPLY MEMORANDUM OF LAW in Support re: 1198 MOTION to Dismiss.. Document filed by Shahir Abdulrao Batterjee. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/27/2005) |
| 27/2005 | 1310 | REPLY MEMORANDUM OF LAW in Support re: 1186 MOTION to Dismiss.. Document filed by Safar Al−Hawal (Attachments: # 1 Exhibit 1−2)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/27/2005) |
| 27/2005 | 1312 | STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL that the Law Office of David Gourevitch shall substituted for Coburn & Schertler, LLP now known as Schertler & Onorato, LLP as counsel for defendants Martin V Erwin Wachter, Secor Treuhand Anstalt, and Asat Trust Reg. (Signed by Judge Richard C. Casey on 9/27/05) Filed I Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC,1:04−cv−01923−RCC(rjm, ) (Entered: 09/28/2005) |
| 27/2005 | | Minute Entry for proceedings held before Judge Richard C. Casey : Status Conference held on 9/27/2005. Court discu scheduling issues with the parties. Judge Casey tells the parties to limit and consolidate the motions being sent to the Court requests that the defendants set up a committee to handle scheduling so it is more manageable for the Court. Th wants the parties to report back their progress by 10/21/05. (rjm, ) (Entered: 12/05/2005) |

| | | |
|---|---|---|
| 28/2005 | 1311 | REPLY MEMORANDUM OF LAW in Support re: 1201 MOTION to Dismiss.. Document filed by Mohammed Ali Mushayt. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 09/28/2005) |
| 29/2005 | 1313 | FILING ERROR − DEFICIENT DOCKET ENTRY − NOTICE of More Definite Statement as to DAR AL MAAL A A/K/A DAR−AL−MALL AL ISLAMI A/K/A DAR AL−MAAL AL−ISLAMI (DMI) REFERRING TO AND INCL DAR AL MAAL ADMINISTRATIVE SERVICES SA A/K/A DMI ADMINISTRATIVE SERVICES SA AND DA MAAL AL ISLAMI TRUST (?DMI TRUST?). Document filed by Port Authority of New York & New Jersey, Cant Fitzgerald & Co.. (Attachments: # 1 Exhibit 1)(Leonardo, Christopher) Modified on 10/7/2005 (gf, ). (Entered: 09/29 |
| 29/2005 | 1314 | FILING ERROR − DEFICIENT DOCKET ENTRY − NOTICE of More definite statement as to National Commerci Document filed by Port Authority of New York & New Jersey, Cantor Fitzgerald & Co.. (Attachments: # 1 Exhibit 1 Christopher) Modified on 10/7/2005 (gf, ). (Entered: 09/29/2005) |
| 29/2005 | 1315 | AFFIDAVIT OF SERVICE. The Republic of Iraq served on 7/26/2005, answer due 8/15/2005. Service was accepted Ministry of Foreign Affairs. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cas 1:03−md−01570−RCC,1:03−cv−06978−RCC(Feldman, Elliott) (Entered: 09/29/2005) |
| 29/2005 | 1316 | AFFIDAVIT of J. Scott Tarbutton *Affidavit in Support of Request for Issuance of Clerk's Certificate of Default*. Docu by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(Feldman, Elliott) (Entered: 09/29/2005) |
| 30/2005 | 1317 | RICO STATEMENT *APPLICABLE TO DR. ABDULLAH BIN SALEH AL−OBAID*. Document filed by Federal Insur Company et al., Plaintiffs. (Attachments: # 1 Exhibit EXHIBIT B)(Feldman, Elliott) (Entered: 09/30/2005) |
| 30/2005 | 1318 | RICO STATEMENT *APPLICABLE TO THE MUSHAYT FOR TRADING ESTABLISHMENT*. Document filed by Fe Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit EXHIBIT B)(Feldman, Elliott) (Entered: 09/30/2005) |
| 30/2005 | 1319 | RICO STATEMENT *APPLICABLE TO TALAL M. BADKOOK*. Document filed by Federal Insurance Company et a (Attachments: # 1 Exhibit EXHIBIT B)(Feldman, Elliott) (Entered: 09/30/2005) |
| 30/2005 | 1320 | RICO STATEMENT *APPLICABLE TO ADNAN BASHA*. Document filed by Federal Insurance Company et al., Plai (Attachments: # 1 Exhibit EXHIBIT B)(Feldman, Elliott) (Entered: 09/30/2005) |
| 30/2005 | 1321 | RICO STATEMENT *APPLICABLE TO SHEIKH SALEH AL−HUSSAYEN*. Document filed by Federal Insurance Co al., Plaintiffs. (Attachments: # 1 Exhibit EXHIBIT B)(Feldman, Elliott) (Entered: 09/30/2005) |
| 30/2005 | 1322 | MOTION to Amend/Correct *Leave to file Second Amended Complaint*. Document filed by Havlish Plaintiffs. (Attach Exhibit Exhibit A)Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09848−RCC(Corr, Stephen) (Entered: 09/30/2005) |
| 30/2005 | 1323 | RICO STATEMENT *APPLICABLE TO DR. ABDULLAH BIN ABDUL MOHSEN AL−TURKI*. Document filed by F Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit EXHIBIT B)(Feldman, Elliott) (Entered: 09/30/2005) |
| 30/2005 | 1324 | RICO STATEMENT *AMENDED RICO STATEMENT APPLICABLE TO SAUDI RED CRESCENT SOCIETY AND ABDUL RAHMAN AL SWAILEM*. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 EXHIBIT B)(Feldman, Elliott) (Entered: 09/30/2005) |
| 30/2005 | 1325 | RICO STATEMENT *APPLICABLE TO SHAHIR BATTERJEE*. Document filed by Federal Insurance Company et al (Attachments: # 1 Exhibit EXHIBIT B)(Feldman, Elliott) (Entered: 09/30/2005) |
| 30/2005 | 1326 | RICO STATEMENT *APPLICABLE TO SHEIKH SAFER AL−HAWALI AND SHEIKH SALMAN AL−OADAH*. Docu by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit EXHIBIT B)(Feldman, Elliott) (Entered: ( |
| 30/2005 | 1327 | NOTICE of PLAINTIFFS' MORE DEFINITE STATEMENT AS TO THE SAUDI COMMITTEE FOR RELIEF AN CHARITY WORK ABROAD. Document filed by Federal Insurance Company et al., Plaintiffs. (Feldman, Elliott) (E 09/30/2005) |
| 30/2005 | 1328 | NOTICE of Plaintiffs More Definite Statement as to All ONeill Plaintiffs − Victims List. Document filed by Estate o P.O'Neill, Sr.. (Mac Neill, Gina) (Entered: 09/30/2005) |
| 30/2005 | 1329 | NOTICE of Plaintiffs More Definite Statement/Additional Allegations as to Defendant Arab Bank, PLC. Document f Estate of John P.O'Neill, Sr.. (Mac Neill, Gina) (Entered: 09/30/2005) |
| 30/2005 | 1330 | NOTICE of Plaintiffs More Definite Statement/Additional Allegations as to Defendant Shahir Abdularaoof Batterjee filed by Estate of John P.O'Neill, Sr.. (Mac Neill, Gina) (Entered: 09/30/2005) |

| | | |
|---|---|---|
| 30/2005 | 1331 | NOTICE of Plaintiffs More Definite Statement/Additional Allegations as to Defendant Muslim World League, as Th Defined Herein. Document filed by Estate of John P.O'Neill, Sr.. (Mac Neill, Gina) (Entered: 09/30/2005) |
| 30/2005 | 1332 | NOTICE of Plaintiffs' More Definite Statement/Additional Allegations as to Defendant International Islamic Relief Organization, as that Term is Defined Herein. Document filed by Estate of John P.O'Neill, Sr.. (Mac Neill, Gina) (En 09/30/2005) |
| 30/2005 | 1333 | NOTICE of Plaintiffs' More Definite Statement/Additional Allegations as to Defendant Council on American−Islami (CAIR) and CAIR−Canada. Document filed by Estate of John P.O'Neill, Sr.. (Mac Neill, Gina) (Entered: 09/30/2005 |
| 30/2005 | 1334 | NOTICE of Plaintiffs' More Definite Statement/Additional Allegations as to Defendant Dubai Islamic Bank. Docume Estate of John P.O'Neill, Sr.. (Mac Neill, Gina) (Entered: 09/30/2005) |
| 30/2005 | 1335 | NOTICE of Plaintiffs' More Definite Statement/Additional Allegations as to Defendant Banca Del Gottardo a/k/a Ba Del'Gottardo. Document filed by Estate of John P.O'Neill, Sr.. (Mac Neill, Gina) (Entered: 09/30/2005) |
| 30/2005 | 1336 | MOTION to Dismiss *Named Defendants in Exhibit A*. Document filed by Kathleen Ashton. Filed In Associated Case 1:03−md−01570−RCC,1:02−cv−06977−RCC(Kreindler, James) (Entered: 09/30/2005) |
| 30/2005 | 1337 | NOTICE of Plaintiffs' More Definite Statement/Additional Allegations as to Al−Haramain Islamic Foundation, Inc. a Al−Haramain Islamic Foundation a/k/a Islamic Al−Haramain and Al Haramain Islamic Foundation (Saudi Arabia), A Islamic Foundation (Albania), Al Haramain Islamic Foundation (Bangladesh), Al Haramian Islamic Foundation (Bosnia−Herzegovian), Al Haramain Islamic Foundation (Ethiopia), Al HaramainIslamic Foundation (Indonesia), Al Islamic FOundation (Kenya), Al Haramain Islamic Foundation (Netherlands), Al Haramain Islamic Foundation (Paki Haramain Islamic Foundation (Somalia), Al Haramain Islamic Foundation (Tanzania), Al Haramain Islamic Foundat Haramain Islamic Foundation, Inc. (United States). Document filed by Estate of John P.O'Neill, Sr.. (Mac Neill, Gina 09/30/2005) |
| 30/2005 | 1338 | NOTICE of Plaintiffs' More Definite Statement/Additional Allegations as to Defendant Da Al Maal Al Islami a/k/a Dar−Al−Mall al Islami a/k/a Dar Al−Maal Al−Islami Referring to and Including Dar Al Maal Adminsitrative service DMI Administrative Services SA and Dar Al Maal Al Islami Trust. Document filed by Estate of John P.O'Neill, Sr.. ( Gina) (Entered: 09/30/2005) |
| 30/2005 | 1339 | NOTICE of Plaintiffs' More Definite Statement/Additional Allegations as to Defendant Schreiber and Zindel, Frank Z Engelbert Schreiber, and Engelbert Schreiber, Jr.. Document filed by Estate of John P.O'Neill, Sr.. (Mac Neill, Gina) 09/30/2005) |
| 30/2005 | 1340 | NOTICE of Plaintiffs' More Definite Statement/Additional Allegations as to Defendant Sercor Treuhand Anstalt. Do filed by Estate of John P.O'Neill, Sr.. (Mac Neill, Gina) (Entered: 09/30/2005) |
| 30/2005 | 1341 | NOTICE of Plaintiffs' More Definite Statement/Additional Allegations as to Defendant National Commerical Bank a Entities NCB and NCB Entities. Document filed by Estate of John P.O'Neill, Sr.. (Mac Neill, Gina) (Entered: 09/30/2 |
| 30/2005 | 1342 | NOTICE of Plaintiffs' More Definite Statement/Additional Allegations as to Defendant Martin Wachter. Document f Estate of John P.O'Neill, Sr.. (Mac Neill, Gina) (Entered: 09/30/2005) |
| 30/2005 | 1343 | NOTICE of Plaintiffs' More Definite Statement/Additional Allegations as to Defendant Erwin Wachter. Document fi Estate of John P.O'Neill, Sr.. (Mac Neill, Gina) (Entered: 09/30/2005) |
| 30/2005 | 1344 | NOTICE of Plaintiffs' More Definite Statement/Additional Allegations as to defendant Al Baraka Investment & Deve corp. a/k/a Al Baraka Bank a/k/a Dallah Al Baraka Group, LLC. Document filed by Estate of John P.O'Neill, Sr.. (Ma Gina) (Entered: 09/30/2005) |
| 30/2005 | 1345 | NOTICE of Plaintiffs' More Definite Statement/Additional Allegations as to Defendant Abdul Matin Tatari. Docume Estate of John P.O'Neill, Sr.. (Mac Neill, Gina) (Entered: 09/30/2005) |
| 30/2005 | 1346 | NOTICE of Plaintiffs' More Definite Statement/Additional Allegations as to Defendant Triple−B Trading Company ( Document filed by Estate of John P.O'Neill, Sr.. (Mac Neill, Gina) (Entered: 09/30/2005) |
| 30/2005 | 1347 | NOTICE of Plaintiffs' More Definite Statement/Additional Allegations as to Defendant Tatex Trading GMBT a/k/a T Trading GMBH. Document filed by Estate of John P.O'Neill, Sr.. (Mac Neill, Gina) (Entered: 09/30/2005) |
| 30/2005 | 1348 | NOTICE of Plaintiffs' More Definite Statement/Additional Allegations as to Defendant Rabita Trust. Document filed of John P.O'Neill, Sr.. (Mac Neill, Gina) (Entered: 09/30/2005) |
| 30/2005 | 1349 | NOTICE of Plaintiffs' More Definite Statement/Additional Allegations as to Defendant Saudi American Bank. Docu by Estate of John P.O'Neill, Sr.. (Mac Neill, Gina) (Entered: 09/30/2005) |
| 30/2005 | 1350 | NOTICE of Plaintiffs' More Definite Statement/Additional Allegations as to Defendant World Assembly of Muslim Y Document filed by Estate of John P.O'Neill, Sr.. (Mac Neill, Gina) (Entered: 09/30/2005) |

| | | |
|---|---|---|
| 30/2005 | 1351 | NOTICE of Plaintiffs' More Definite Statement/Additional Allegations as to Defendant Saleh Abdullah Kamel. Docu by Estate of John P.O'Neill, Sr.. (Mac Neill, Gina) (Entered: 09/30/2005) |
| 30/2005 | 1352 | NOTICE of Plaintiffs' More Definite Statement/Additional Allegations as to Defendant Akida Investment Company Document filed by Estate of John P.O'Neill, Sr.. (Mac Neill, Gina) (Entered: 09/30/2005) |
| 30/2005 | 1353 | NOTICE of Plaintiffs' More Definite Statement/Additional Allegations as to Defendant Akida Private Bank Limited. filed by Estate of John P.O'Neill, Sr.. (Mac Neill, Gina) (Entered: 09/30/2005) |
| 30/2005 | 1354 | NOTICE of Plaintiffs' More Definite Statement/Additional Allegations as to Defendant Hamed Al Barakati. Docume Estate of John P.O'Neill, Sr.. (Mac Neill, Gina) (Entered: 09/30/2005) |
| 30/2005 | 1355 | NOTICE of Plaintiffs' More Definite Statement/Additional Allegations as to Defendant Yassin Abdullay Al−Qadi a/k Al−Quadi a/k/a Yassin Al−Kadi a/k/a Yasin Al−Qadi. Document filed by Estate of John P.O'Neill, Sr.. (Mac Neill, G (Entered: 09/30/2005) |
| 30/2005 | 1356 | NOTICE of Plaintiffs' More Definite Statement/Additional Allegations as to Defendant Sulaiman Abdul Aziz Al Raj Document filed by Estate of John P.O'Neill, Sr.. (Mac Neill, Gina) (Entered: 09/30/2005) |
| 30/2005 | 1357 | NOTICE of Plaintiffs More Definite Statement/Additional Allegations as to Khalid Bin Mahfouz a/k/a Khaled Bin M Document filed by Estate of John P.O'Neill, Sr.. (Mac Neill, Gina) (Entered: 09/30/2005) |
| 30/2005 | 1358 | NOTICE of Plaintiffs More Definite Statement/Additional Allegations as to Defendant Faisal Islamic Bank. Docume Estate of John P.O'Neill, Sr.. (Mac Neill, Gina) (Entered: 09/30/2005) |
| 30/2005 | 1359 | NOTICE of Plaintiffs More Definite Statement/Additional Allegations as to Asat Trust Reg.. Document filed by Esta P.O'Neill, Sr.. (Mac Neill, Gina) (Entered: 09/30/2005) |
| 30/2005 | 1360 | NOTICE of Plaintiffs More Definite Statement/Additional Allegations as to Defendant Taha Al Alwani A/K/A Dr. T Al' Alwani. Document filed by Estate of John P.O'Neill, Sr.. (Mac Neill, Gina) (Entered: 09/30/2005) |
| 30/2005 | 1361 | NOTICE of Plaintiffs More Definite statement/Additional Allegations as to Defendant schreiber & Zindel, Frank Zin Engelbert Schreiber, and Engelbert Schreiber, Jr.. Document filed by Estate of John P.O'Neill, Sr.. (Mac Neill, Gina) 09/30/2005) |
| 30/2005 | 1362 | NOTICE of Plaintiffs More Definite Statement/Additional Allegations as to Defendant Erwin Wachter. Document fil Estate of John P.O'Neill, Sr.. (Mac Neill, Gina) (Entered: 09/30/2005) |
| 30/2005 | 1363 | NOTICE of Plaintiffs More Definite Statement/Additional Allegations as to Defendant Martin Wachter. Document fi Estate of John P.O'Neill, Sr.. (Mac Neill, Gina) (Entered: 09/30/2005) |
| 30/2005 | 1364 | NOTICE of Plaintiffs More Definite Statement/Additional Allegations as to Defendant Asat Trust Reg. Document fil Estate of John P.O'Neill, Sr.. (Mac Neill, Gina) (Entered: 09/30/2005) |
| 30/2005 | 1365 | NOTICE of Plaintiffs More Definite Statement/Additional Allegations as to Defendant Sercor Treuhand Anstalt. Doc by Estate of John P.O'Neill, Sr.. (Mac Neill, Gina) (Entered: 09/30/2005) |
| 30/2005 | 1366 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Kalia Foreign Exchange. Document filed by Burnett (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/30/2005) |
| 30/2005 | 1367 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Muwafaq Foundation. Document filed by Burnett Pl (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/30/2005) |
| 30/2005 | 1368 | NOTICE of Plaintiffs' More Definite Statement as to Defendants Al Farooq Mosque, Islamic Call Organization, Moh Massari, Global Jihad Fund, Al Muhajiroun Group, Saudi Commission for Relief and Charity Work Abroad, Abu Ha Mauritanian, Agus Budiman, Ahmed Ressam, Said Bahaji, Zakariya Essabar, Mohammed Ali Hasan Al Moayad, Ibr Muhammad Afandi, Abdulrahman Hassan Sharbatly, Ahmed Zaki Yamani, Ahmad Al Harbi, Mohammed Al−Issaim Hussaini, Mohamed Loay Bayazid, Ahmed Brahim, Abu Musab Al−Zarqawi, Ayman Al−Zawahiri, Abu Ibrahim Al- Mohammad J. Fakihi, Mohamed Bin Mohamed Abdelhedi, Kamel Darraji, Imed Ben Bechir Jammali, Habib Ben Ah Loubiri, Chabaane Ben Mohamed Trabelsi, Swar Al Dhahab, Abu Hamza Al Masri, Ramzi Ahmed Yousef, Abu Bak Abdul Hakim Murad, Tawfiq Bin Attash, a.k.a. Khallad, Samir Salah, Ayadi Chafiq Bin Muhammad, Muhammad Al Abu Muhammad Al−Maqdesi, Khalid al Mihdhar, Majed Moqed, Nawaf al Hazmi, Salem al Hazmi, Hani Hanjour, S al Suqami, Waleed al Shehri, Wail al Shehri, Mohamed Atta, Abdul Aziz al Omari, Marwan Al−Shehhi, Fayez Banih Ahmed al Ghamdi, Hamza al Ghamdi, Mohand al Shehri, Saeed al Ghamdi, Ahmad al Haznawi, Ahmed al Nami, anc Samir Jarrah.. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/30/2 |
| 30/2005 | 1369 | NOTICE of Plaintiffs' More Definite Statement as to Defendants Al Farooq Mosque, Mohammed Al Massari, Abu H Mauritanian, Agus Budiman, Ahmed Ressam, Said Bahaji, Zakariya Essabar, Mohammed Ali Hasan Al Moayad, Ibr Muhammad Afandi, Abdulrahman Hassan Sharbatly, Ahmed Zaki Yamani, Ahmad Al Harbi, Mohammed Al−Issaim Hussaini, Mohamed Loay Bayazid, Ahmed Brahim, Abu Musab Al−Zarqawi, Ayman Al−Zawahiri, Abu Ibrahim Al- |

| | | |
|---|---|---|
| | | Mohammad J. Fakihi. Document filed by Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attac Exhibit 1)(Elsner, Michael) (Entered: 09/30/2005) |
| 30/2005 | 1370 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Yusuf Al−Qardawi. Document filed by Burnett Plai (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/30/2005) |
| 30/2005 | 1371 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Muhammed Galeb Kalaje Zouaydi. Document filed Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Attachments: # 1 Exhibit 1)(Elsner, (Entered: 09/30/2005) |
| 30/2005 | 1372 | NOTICE of Plaintiffs' More Definite Statement as to Defendant Vakufska Banka. Document filed by Burnett Plainti (Attachments: # 1 Exhibit 1)(Elsner, Michael) (Entered: 09/30/2005) |
| 30/2005 | 1373 | MOTION to Dismiss *the Cantor Fitzgerald action*. Document filed by Daral Maal Al Islami Trust. Filed In Associat 1:03−md−01570−RCC,1:04−cv−07065−RCC(McGuire, James) (Entered: 09/30/2005) |
| 30/2005 | 1374 | MEMORANDUM OF LAW in Support re: 1373 MOTION to Dismiss *the Cantor Fitzgerald action*.. Document filed Maal Al Islami Trust. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−07065−RCC(McGuire, James) (E 09/30/2005) |
| 30/2005 | 1375 | MOTION to Dismiss *the Ashton action*. Document filed by Daral Maal Al Islami Trust. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC(McGuire, James) (Entered: 09/30/2005) |
| 30/2005 | 1376 | MEMORANDUM OF LAW in Support re: 1375 MOTION to Dismiss *the Ashton action*.. Document filed by Daral Islami Trust. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC(McGuire, James) (Entered: 0 |
| 30/2005 | 1377 | NOTICE of Consolidation of Pleadings. Document filed by Burnett Plaintiffs. (Elsner, Michael) (Entered: 09/30/200 |
| 30/2005 | 1378 | NOTICE of Consolidation of Pleadings. Document filed by Euro Brokers Inc., et al.. (Elsner, Michael) (Entered: 09/ |
| 30/2005 | 1379 | NOTICE of Consolidation of Pleadings. Document filed by World Trade Center Properties LLC, et al.. (Elsner, Mich (Entered: 09/30/2005) |
| 30/2005 | 1380 | NOTICE of Filing of Certificate of Service of the Federal Plaintiffs' First Amended Complaint with Incorporated Mo Statements, RICO Statements and Rule 15d Supplemental Pleadings, Filed in Accordance with Case Managment Ord 2. Document filed by Federal Insurance Company et al., Plaintiffs. (Feldman, Elliott) (Entered: 09/30/2005) |
| 30/2005 | 1463 | SIXTH AMENDED CONSOLIDATED MASTER COMPLAINT against Tarik Bin Laden, Iraq, The Taliban, Al Qu Army, Al Baraka Investment and Development Corporation, Faisal Islamic Bank, Al Barakaat Exchange LLC, Succe Foundation, Inc., Mohamed S. Omeish, Abdurahman Alamoudi, Khaled Nouri, Sulaiman Al−Ali, Abdullah M. Al−M Tareq M. Al−Swaidan, Abdul Al−Moslah, Salah Badahdh, Abdullah Bin Saleh Al Obaid, Hassan A.A. Bahfzallah, A Sulayman, Ahmed Totonji, Hisham Al−Talib, Iqbal Yunus, Jamal Barzinji, Mohammed Jaghlit, Tarik Hamdi, Sherif African Muslim Agency, Aradi, Inc., Mar−Jac Poultry, Inc., Mena Corporation, Saar International, Sterling Managen Inc., Rabita Trust, Al−Haramain Islamic Foundation, Inc., Al Haramain Foundation, Al Haramain Islamic Foundatio Aqeel Abdul−Azeel Al−Aqeel, Mansour Al−Kadi, Soliman H.S. Al−Buthe, Perouz Seda Ghaty, Benevolence Interna Foundation−USA, Syed Suleman Ahmer, Enaam Mahmoud Arnaout, Mazin M.H. Bahareth, Shahir Abdulraoof Batt H. Kazmi, Muzaffar Khan, Soliman J. Khudeira, Jamal Nyrabeh, Wamy International, Inc., Abdullah Bin Laden, Ibr Abdullah, Mohammad Bin Faris, Mahmoud Dakhil, Khaled Bin Salim Bin Mahfouz, Abdulrahman Bin Khalid Bin M Saleh Abdullah Kamel, Sulaiman Bin Abdul Aziz Al Rajhi, Saleh Abdul Aziz Al Rajhi, Abdullah Salaiman Al−Rajh Mohammad Jamal Al Khalifa, Aqueel Al−Aqueel, Abdul Rahman Al Swailem, Wa'el Hamza Jalaidan, Abdullah Om The Republic of Sudan, The Islamic Emirate of Afghanistan, Al Qaeda Islamic Army, Estate of Muhammad Atef, Ay Zawahiri, Estate of Abu Hafs, Estate of Abu Salah Al−Yemeni, Estate of Abu Jaffer Al−Jaziri, Anas Al Liby, Ahmed Hamed Ali, Hashim Abdulrahman, Mustafa Ahmed Al−Hawsawi, Abu Musab Zarqawi, Sheikh Omar Bakri Muham Fattah Zammar, Mamoun Darkazanli, Ghasoub Al Abrash Ghalyoun, Sabir Lamar, Wadih El−Hage, Wali Khan Ami Abu Sayef Group (ASG), Jemaah Islamiya, Egyptian Gama'a Al−Islamiya, Terrorist Hijackers, Muhammad Omar, M Abdul Kabir, Jalil Shinwari, Noor Jalil, Abu Agab, Ministry of Defense, Ministry of Interior, Sudanese Intelligence S Hassan Turabi, Omar Hassan Ahmad Al−Bashir, Abdul Rahim Mohammed Hussein, Abdel Wahab Osman, Iss El−D Sayed, Rahman Abdul Siral−Khatim, Al Amn Al−Dakhili, Al Amn Al−Khariji, Islamic Republic of Iran, Islamic Re Guard ("IRGC"), Iranian Ministry of Intelligence and Security ("MOIS"), Lashkar Redayan−E−Islami (Islamic Mart Brigade), Ayatollah Ali Khamenei, Mohammed Mohammadi Rayshahri, Qorban Ali Najaf−Abadi, Ali Falahyan, Ali Ahmad Salah (Salim), Mahdi Chamran Savehi, Mohsen Reza'i, Hoseyn Shaykh Ol−Eslam, Yahya Rahim Safavi, Qo Najaf Abadi, Co−Conspirators, Abdul Rahman Khaled Bin Mahfouz, Abdulla Al Obaid, Abdula Bin Laden, Infocus Malaysia, Yazid Sufaat of Kuala Lumpur Malaysia, Al−Shaykh Al−Iraqi, Azzam Service Center, Abu Hajer Al Iraqi Turabi, Ministry of Intelligence and Security, Al−Hijrah Construction and Development Ltd., Gum Arabic Co. Ltd., for Investment and Development, Saudi Dallah Al Baraka Group LLC, Omar Abdullah Kamel, Dallah Al Baraka Gr Dar−al−maal Al Islami, Al−Bir Saudi Organization, Tadamon Islamic Bank, Mohammad S. Mohammad, Lebanese Palestine Islamic Jihad, Hamas, Mustasim Abdel−Rahim, Sudanese Government of Northern State, National Fund fo Insurance, Abd Al Samad Al−Ta'ish, Mohamed Sadeek Odeh, khalid Al Fawwaz, Abdel Barry, Ahmed the German, |

Service, Gulbuddin Hekmatyar, Mohammed Sarkawi, Al Tawhid, Haji Mohamad Akram, Mounir El−Motassadeq, R
Mohammed Adbullah Binalshibh, Abdallah Omar, Said Bahaji, Umar Faruq, Ibn Sheik Al−libi, Abelghani Mzoudi, A
Al−Rahim Al−Nashiri, Abdullah Al Abdulazi Al Abdulaziz Al Saud, Naif Bin Abdulaziz Al Saud, Salmin Aziz Al S
Zouaydi, Mullah Kakshar, Abdulazis Rahman Al Saud, Arafat El−Asahi, Haydar Mohamed Bin Laden, Mohammed
Abdulrahman Al Ariefy, Faisal Group Holding Co., Alfaisaliah Group, Bashsh Hospital, Mushayt, Abdullah Muhsen
Saudi High Commission, Abdul Aziz Al Ibrahim, Tarek Ayoubi, Al Anwa, Help African People, Ibrahim Bin Abdul
Ibrahim Foundation, Mercy International Relief Agency, Islamic Movement of Uzbekistan (IMU), Saudi Bin Laden
(LBG), Bakr M Bin Laden, Salem Bin Laden, Saleh Gazaz, Mohammed Bahareth, Adbullah Bin Said, Mohammed N
Tarek M. Bin Laden, Omar M. Bin Laden, Mohamed Bin Laden Organization (SBG), Saudi Binladin International C
Yeslam M. Bin Laden, Yassin Abdullah Al−Kadi, Human Concern International Society, Talal Mohammed Badkook
Ali Elgari, New Diamond Holdings, M.M. Badkook Co. for Catering & Trading, Al−Mustaqbal Group, National Ma
Consultancy Center (NMCC), Saleh Abdulaziz Al−Rajhi, Piedmont Poultry, Salim Bin Mahfouz, SNCB Corporate F
SNCB Securities Ltd. in London, SNCB Securities Ltd. in New York, Zakat Committee, Red Crescent Saudi Commi
Blessed Relief Foundation, Al−Birr, Hisham, Hezb−E−Islami, Saif Al Islam El Masry, Ahmad Ajaj, Wa'el Jalaidan,
Abdulrahman Alamoudi, American Muslim Foundation (AMF), Mohammed Omeish, Adnan Basha, Mahmoud Jabal
El−Ashi, Moro Islamic Liberation Front (MILF), Jamal Ahmed Mohammed, Mohmous Jaballah, Mohammed Khatib
Joint Relief Committee, Taibah International Aid Association, Islamic African Relief Agency, Fazeh Ahed, Sanabil A
Shaled Nouri, Ihab Ali, Samir Salah, Ibrahim Hassabella, Sherifsedky, National Development Bank, Dallah Avco Tr
Co. LTD., Omar Al Bayoumi, Masjed Al Munawarah, Aqsa Islamic Bank, Aqeel Al−Aqeel, Ahmed Ibrahim Al Najj
Muhammad Sadiq Bin Kazem, Abdulaziz Bin Hamad, Arab Cement Company, Zeinab Mansour−Fattouh, Mohamme
Hazem Ragab, Mohammed Alchurbaji, Mustafa Al−Kadir, Abu Al−Maid, Al Qaeda Islamic Army, Osama Bin Lade
Zubayadh, Saif Al Adel, Addullah Ahmed Abdullah, Mahfuz Ould Al Walid, Mushin Musa Matwalliatwah, Abu Ra
Omar Muhammad, Jemaah Isamiya, Algerian Armed Islamic Group (GIA), Al Itihaad Al−Islamiya, Muhammad Om
Jalil, Saddam Hussein, Taha Yassin Ramadan, Salah Muhammed Mandi, Fraruq Al−Hijazi, Salah Suleiman, Habib F
Abdullah Al−Mamouri, Abdel Hussein, Hassan Turabi, Islamic Leader, Omar Hassan Ahmad Al−Bashir, President o
Abdel Wahab Osman, former Sudanese Minister of Industry, Al Amn Al−Dakhili, Intelligence, Al Amn Al−Kariji,In
Ayatollah Ali Khamenei Spiritual Leader of Iran, Momammed Mohammadi, Mohammadi Rayshahri, Qorban Ali Na
Ahmad Salah(Salim), General Moshen Reza'I, Yahya Rahim Safavi, head of the IRGC, Abd Al−Hadi al−Iraqi, Abul
Laden, Al Khaleejia for Expert Promotion and Marketing Company, Al Taqwa Management Organization SA, Al−G
Islamiah, Al−Haramain, Global Relief Foundation, Inc., International Islamic Relief Organization(IIRO), Mohamme
Khalifa, Muwaffaq Foundation National Commerical Bank, Nayef Bin Abdulaziz Al Saud, Sultan Bin Abdulaziz Al
Haddah, Adel Abdul Batterjee, Somali Internet Company, Suleiman Abdel Aziz, Suleiman Abdel Aziz Al Rajhi, Nat
Islamic Front Party, Mandouh Mahamud Salim, Abdel Barry, haji Mohamad Akram, Mounir El−Motassadeq, Ramzi
Mohammed Adbullah Binalshibh, Abdullah Al Abdulaziz Al Saud, Mullah Kakshar, Haydar Mohamed Bin Laden, M
Mirza, Hisham Al−Talib, Mansour Al−Kadi, Ahmed Ibrahim Al Najjar, Sheikh Usama Bin−Laden, Al Qaeda/Islami
Ayatollah Ali Hoseini−Khamenei, Iranian Ministry of Information and Security, Islamic Revolunitionary of Guard C
Iranian Ministry of Petroleum, Iranian Ministry of Economic Affairs and Finance, Iranian Ministry of Commerce, Ira
Ministry of Defense and Armed Forces Logistics, Iraqi Ministry of Defense, Iraqi Ministry of Finance, Iraqi Ministry
Iraqi Intelligence Service, Unidentified Terrorist Defendants 1−500, National Commerce Bank, Al Rajhi Bank, Dar A
Islami, Al Shamal Islamic Bank, International Relief Organization, Abdurahman Alamoundi, Sanabel Al Khair, Islan
League, Abdullah Bin Saleh Al−Obaid, Saar Network, Mohammed Jaghkit, Sherif Shedky, Safar Al−Hawali, Sheik
Al−Husaini, Mohammed Ali Sayed Mushayt, Mushayt for Trading Company, Saleh Al−Hussayen, Sheik Salman Al−
Makkah mukarrahman Charity Trust, Inc., Republic of Sudan Ministry of Defense, Nimir Petroleum LLC, Mounir A
Motassadeq, Aqeel Al Aqeel, Saleh O. Badahdah, Talobah International Aid Association, Abdulrahman Al−Amound
Al−Alsheikh, Sulaiman Ali Eldeen, Sanur Salah, Proyectos Promociones Paradaus S.I., Republic of Sudan Ministry
Mohammed Hussein Al Ibrahim, Ibrahim Bin Abdulaziz Al Ibrahim, Islamic Investment Company of the Gulf (Bath
Lujain Al−Iman, Abdullah Al Faisal Bin Abdulaziz AlSaud, Al Tawqwa Trade, Property and Industry Company Lim
Nascoservice S.R.L., Nasreddin Foundation, The Committee for the Defense of Legitimate Rights, (CDLR), Akida A
Limited, Nada International Anstalt, Nasco Nasredden International Group Limited Holding, Global Diamond Resou
Nasreddin Group International Holding Limited, Nascotex S.A., Nasco Business Center Sas Di Nasreddin Ahmed Id
Nasredddin Ahmed Idris, Ahmed Idris Nasreddin, Guld and African Chamber, Ba Taqwa For Commerce and Real Es
Company Limited, Akida Bank Private Limited, Arab Bank, Youssef M. Nada, Youssef M. Nada & CO., GRF, Shah
Abdulraoof Batterjee, Syed Suleman Ahmer, Abdul Rahman Bin Kahlid Bin Mahfouz, World Assembly of Muslim
Mohammed Ali Hasan Al Moayad, Al Farooq Mosque, Ibrahim Muhammed Afandi, Mohammed Bin Abdullah Al−J
Abdulrahman Hassan Sharbatly, Salahuddin Abduljawad, Ahmed Zaki Yamani, Ahmad Al Harbi, Hamad Hussaini,
Al Suri, Mohamed Loay Bayazid, Ahmed Brahim, Abu Musab Al−Zarqawi, Saleh Abdullah kamel, Delta Oil Compa
Wael Jalaidan, James W Monsour, Daral Maal Al Islami Trust, Al−Baraka Bancorp, Inc., Mohammed Albanna, Sam
Al−Hussayen, Islamic Assembly of North America, John Doe, The Gobal Relief Foundation, Benevolence Internatio
Foundation, Canada, Abdullah Omar Naseef, Al Bir Dawalia, Mohammed Ali Husan Al Moayed, brahim Muhamma
Salahuddin Abduljawad, Ahmed Zaki Yamani, Abmad Al Harbi, Mohammed Al−Issai, Mohamed Loay Bayazid, Sa
Crescent, Abu Musab Al−Zarqawi, Muzaffar kahn, Mazin M.H. Bahareth, Yassin Abdullah Kadi, Mohamed Mansou
Maal Al Islami Trust, Mamoun Darkazanli, Queens City Cigareetes and Candy, Islamic Assembly of North America
Lynn Faulkner, Rabita Al−Alam Al−Islami, Anwar Hajjaj, Abelmagne Ali Eldeen, Nasreddin Company Nasco Sas D
Idris Nassneddin Ec, Yeslman M. Bin Laden, Salman Bin Abdulaziz Al Saud, Mohammed Al Massari, Yassir Al−Si

Addullah Bin Abdul Muhsen Al Turki, Omar Bin Laden, Ahmed Nur Ali Jumale, Naif Bin Abdulaziz Al Saud, Moha
Hussein Al−Amoudi, islamic Investment Company of the Gulf(Bathrain)EC, Addullah Al Faisal Abdulaziz Al Saud,
Al−Fawwaz, Al Taqwa Trade Property and Industry Company Limited, Akida Investment Co. LTD., Nasco Nasredd
Holdings,A.S., Nasreddin International Limited Group, The Advice and Reformation Committee(ARC), Nasreddin A
Guld and African Center, Saudi Binladin Group, Inc., Al Qaida, Asbat Al−Ansar, Al Gama'a Al−Islamiyya, Salafist
Call and Combat, Lashkar I Janghvi, Lashkar−E Tayyiba, Jemaah Islamiya Organization, Syrian Arab Republic, Mul
Atif, Sayf Al−Adl, Shaykh Sa'id, Abu Hafs The Mauritanian, Abu Zubaydah, Ayman Al−Zawahiri, Thirwat Salah Sh
Anwar Al−Sayyid Ahmad, Muhammad Salah, Makhtab Al−Khidamat, Islamic Army of Aden, Al−Rashid Trust, Mar
Darkazanli Import−Export Company, Mohammed Iqbal Abdurrahman, Benevolence International Fund, Bosanska Id
Futura, Ramzi Binalshibh, Turkistan Islamic Movement, Wa'el Hamza Julaidan, Adel Ben Soltane, Nabil Benattia, Y
Chekkaouri, Riadh Jelassi, Mendi Kammoun, Samir Kishk, Tarek Ben Habib Maaroufi, Abdelhalim Remadna, Mans
Lazhar Ben Mohammed Tlili, Habib Waddani, The Aid Organization of the Ulema, Abdelkdir Mahmoud Es Sayed,
Al−Masri, Mohamed Ben Belgacem Aouadi, Mokhtar Boughougha, Tarek Charaabi, Sami Ben Khemais Essid, Lase
Somalia Branch of the Al−Haramain Islamic Foundation, Bosnia−Herzegovina Branch of Al−Haramain Islamic Foun
Umma Tameer−E−Nau (UTN), Bashir−Ud−Din Mahmood, Abdul Majeed, S.M. Tufail, Al−Barakaat, Al Taqwa/Na
Aaran Money Wire Service, Inc., Al−Barakat Bank of Somalia (BSS), Al−Barakat Finance Group, Al−Barakat Finan
Holding Co., Al−Barakat Global Telecommunications, Al−Barakat Group of Companies Somalia Limited, Al−Barak
International, Al−Barakat Investments, Al−Barakat Wiring Service, Bank Al Taqwa Limited, Baraka Trading Compa
Barakaat Boston, Barakaat Construction Company, Barakaat Enterprise, Barakaat Group of Companies, Barakaat Int
Foundation, Barakaat International, Inc., Barakaat North America, Inc., Barakaat Red Sea Telecommunications, Bara
Telecommunications Co. Somalia, Barakat Bank and Remittances, Barakat Computer Consulting (BCC), Barakat Co
Group (BCG), Barakat Global Telephone Company, Barakat International Companies (BICO), Barakat Post Express
Barakat Refreshment Company, Barakat Wire Transfer Company, Barakat Telecommunications Company Limited (
Barako Trading Company, LLC, Global Services International, Heyatul Ulya, Parka Trading Company, Red Sea Bar
Company Limited, Somalia International Relief Organization, Hussein Mahmud Abdullkadir, Abdirasik Aden, Abba
Abdi Adulaziz Ali, Dahir Ubeidullahi Aweys, Hassan Dahir Aweys, Garad Jama, Liban Hussein, Ahmed Nur Ali Jim
Abdullahi Hussein Kahie, Haji Abdul Manan Agha, Al−Hamati Sweets Bakeries, Amin Al−Haq, Saqar Al−Sadawi,
Sa'id Al−Kadr, Anas Al−Liby, Ahmad Ibrahim Al−Mughassil, Abdelkarim Hussein Mohamed Al−Nasser, Al−Nur H
Shops, Sa'd Al−Sharif, Al−Shifa' Honey Press for Industry and Commerce, Ibrahim Salih Mohammed Al−Yacoub, A
Mohammed Hamed Ali, Ali Atwa, Bilal Bin Marwan, Ayadi Chafiq Bin Muhammad, Ali Saed Bin Ali El−Hoorie, R
Hasan Izz−Al−Din, Jaish−I−Mohammed, Jam'yah Ta'awun Al−Islamia, Musti Rashid Ahmad Ladehyanoy, Khalid S
Mohammed, Ansar Al−Islam (AI), Youssef Abdaoui, Mohammed Amine Akli, Mohrez Amdouni, Chiheb Ben Moha
Mondher Baazaoui, Lionel Dumont, Moussa Ben Amor Essaadi, Rachid Fehar, Brahim Ben Hedili Hamami, Khalil J
Mounir Ben Habib Jerraya, Fouzi Jendoubi, Fethi Ben Rebai Masri, Najib Ouaz, Ahmed Hasni Rarrbo, Nedal Saleh,
International Brigade, Special Purpose Islamic Regiment, Riyadus−Salikhin Recognizance and Sabotage Battalion of
Martyrs, Prince Vandar Iban Sultan, Osama Bassnan, Omar Al−Bayoumi, Fahad Al−Thumairy, Abdullah Qassim, Ja
Khorsh, Lashkar Redayan−E−Islami, Ahmad Salah, Abdullah Al Faisal B Al Saud, Salman Bin Abdulaziz Al Saud,
Bin Abdul Rahman Al Saud, Dubai Islamic Bank, Ary Group, Islamic Cultural Center of Geneva, Hani Ramadan, Pr
Promocoines Iso Afamia SL, Cobis, Abrash Company, Promociones Y Construcciones Tetuan Pricote S.A., Contrata
Eurocovia Obras SA, Proyectos Edispan, Ghasoub Al Abrash, Mustaf Ahmed Al−Hisawi, Imad Eddin Barakat Yarka
Muhammed Galeb Kalaje Zuoyadi, Bassam Dalati Satut, Abdalrahman Alarnout Abu Aljer, Mohammad Khair Al Sa
Mohammed Hussein Al−Amoudi, Abu Qatada Al−Filistini, Mohammed Al Massari, Ziyad Khaleel, Ibrahim Bah, M
Mahmud Salim, Sheikh Abdullah Azzam, Abdullah Samil Bahmadan, Essam Al Ridi, Abu Omar Omar, Mohammed
Al Moayad, Ibrahim Muhammad Afandi, Abdulrahman Hassan Sharbatly, Mohammed Al−Issai, Abu Rida Al Suri,
Al−Ouda, Muhammed J. Fakihi, Agus Budiman, Ahmed Ressam, Doug Gaines, Mustafa Muhammed Ahmad, Estate
Hussein, Estate of Uday Hussein, Islamic Rescue Organization, World Assembly of Islamic Youth, National Comme
of Saudi Arabia, Saleh Mohamed Bin Laden, Ibrahim Bin Abdul Aziz, Abu Hamza Al Masri, Saqar Al Jadawi, Al Iti
Islamiya (AIAI), Akida Commodity Limited, Akida Management and Trust, Al Taqwa Zaka Establishment, Armand
Friedrich Huber, Cemsteel Impex Establishment, Iksir Limited Holding, MIGA− Malaysian Swiss, Gulf and African
Nasreddin Charitable Foundation, Raw Mat Service and Management SA, Zeinab Mansour, Barzan Ibrahim Al Tikri
Yusuf Al Qardawi, Soliman S. Biheiri, Islamic Center of Tucson, Islamic Society of North America, Muslim Brother
North American Islamic Trust, Yeslam Binladin, Abdulrahman Bin Mahfouz, African Muslim Agency, Grove Corpo
Heritage Education Trust, International Institute of Islamic Thought, Mar−Jac Investments, Inc., Reston Investments,
Trust, York Foundation, Sterling Charitable Gift Fund, Sanabel Al−Kheer, Inc., Mena Investments, Sana−Bell, Inc.,
Barzinji, Iqbal Unus (Yunus), Muhammad Ashraf, M. Omar Ashraf, Taha Jaber Al−Alwani, M. Yaqub Mirza, Agenc
Instrumentalities of the Kingdom of Saudi Arabia, Agencies and Instrumentalities of the Syrian Arab Republic, Agen
Instrumentalities of the Republic of the Sudan, Husham Hussein, Abu Sayyaf, Hamsiraji Sali, Al Qaeda Islamic Age
Al−Jaezeera News Agency, Mohammed Jasmin Al−Ali, Schreiber & Zindel, Frank Zindel, Engelbert Schreiber, Eng
Schreiber, Jr, Martin Watcher, Erwin Watcher, Sercor Treuhand Anstalt, Muslim Brotherhood − Syrian Branch, Mus
Brotherhood − Egyptian Branch, Muslim Brotherhood − Jordanian Branch, Muslim Brotherhood − Kuwaiti Branch,
Brotherhood − Iraqi Branch, Triple−B Trading Company, Tatex Trading GMBHT, Abdul Matin Tatari, Mohammed
Hamel Al Barakati, The Estate of Omari, Barzan E−Tikriti, Metalor, Banca Del Gottardo, The Estate of Abdulaziz A
Estate of Mohammed Atta, Estate of Fayez Ahmed, Estate of Ahmed Al−Ghamdi, Estate of Hamza Al−Ghamdi, Esta
Marwan Al−Shehhi, Estate of Mohald Al−Shehri, Estate of Khalid Al−Midhar, Estate of Salem Al−Hazmi, Estate of

Hanjour, Estate of Saeed Al Ghamdi, Estate of Ahmed Ibrahim A. Al Haznawi, Estate of Ahmed Al Nami, Estate of Jarrah, Al Baraka Investment & Development Corp., Egyptian Islamic Jihad, Islamic Investment Company of the Gu Abdullah Al Faisal Bin Abdulaziz Al Saud, Cherif Sedky, Mohammad Abdullah Aljomaih, Mohammed Hussein Al Centersas Di Nasreddin Ahmed Idris EC, Salah Hajir, Iranian Revolutionary Guard Corps (IRGC), Iranian Revolutio Corps − QODS Force, Hossein Mosleh, Nasco Business Residence, Hassan Nasrallah, Morteza Reza'i, Adib Sha'ban, Vahedi, Abu Waiel, Mohammad Baqer Zolqadr, Abu Zubaydh, Prince Mohamed Al−Faisal Al−Saud, Osama Bin La Aziz Al−Ibrahim, Estate of Muhammad Atef, Saif Al Adel, Abdullah Ahmed Abdullah, Muhsin Musa Matwalli Atw Abdullah Mohammed, Mohamed Suleiman Al Nalfi, Mustafa Mohamed Fadhil, Ahmed Khalfan Ghailani, Fahid Mo Ally Msalam, Sheikh Ahmed Salim Swedan, Muhammad Abu−Islam, Abdullah Qassim, Ramzi Bin Al−Shibb, Coun American−Islamic Relations (CAIR), Abdullah Azzam, Jamal Al−Badawi, Mohammed Omar Al−Harazi, Walid Al− Fatha Abdul Rahman, Yasser Al−Azzani, Jamal Bakhorsh, Ahmad Al−Shinni, Raed Hijazi, Jamil Qasim Saeed, Abu Rahman, Mohamed Bayazid, The Estate of Al−Shehhi, Hamza Al Ghamdi, Estate of Satam Al−Suqami, Estate of W Al−Shehri, Estate of Wail Al−Shehri, Estate of Nawaf Al−Hazmi, Estate of Hanjour, Estate of Majed Moqued, Zacar Moussaoui, Muhammed Omar, The Republic of Iraq, Iraqi Intelligence Agency, Yassin Abdullah Al Kadi, Yousef Ja Saddam Hussein, Taha Yassin Ramadan, Muhammed Mahdi Salah, Faruq Al−Hijazi, Salah Suleiman, Ahmed Khalil Samir Al−Ani, Habib Faris Al−Mamouri, Eaton Vance Tax−Managed Growth Fund 1.2, Abdel Hussein, Haqi Ismail Alwani, Abd Al−Mushin Al−Libi, Abdul Rahman Khaled Mahfouz, Abdul Rahman Yasin, Abdulla Al Obaid, Advic Reformation Committee, Afghan Support Committee (ASC), Ahmad I. Nasreddin, Ahmed Nur Ali Jumale, Al Khale Export Promotion and Marketing Company, Al Rashid Trust, Al Taqwa Bank, Al−Barakaat Group, Al−Gammah Al Al−Haramin, Ali Ghaleb Himmat, Asat Trust Reg., Benevolence International Foundation, International Relief Foun Islamic Army for the Liberation of Holy Places, Islamic Cultural Institute of Milan, Jamal Barzini, Khaled Bin Mahf Mohamed Mansour, Mohamad Jamal Khalifa, Mohammed Bin Mahfouz, Nada Management Organization, S.A., Mu Mohammed Rashid, Muslim World League, Muwaffaq Foundation, National Commercial Bank, Nayef Ibn Abdulazi Bin Abdulaziz Al Saud, Rabih Haddah, Saar Foundation, Safiq Ayadi, Saudi Sudanese Bank, Shamal Islamic Bank, Aziz Nagi, Adil Galil Batargy, Somali Network, A.B., Somali International Relief Organization (U.S.A.), Suleiman Al Rajhi, Taba Investments, Tanzanite King, Ulema Union of Afghanistan, Wadi Al Aqia, Wafa Humanitarian Orgar Yasin Al−Qadi, Yousef M. Nada, Yousef M. Nada & Co. Gesellschaft M.B.H., Yusaf Ahmed Ali, Saudi American Bank.Document filed by Colleen Holohan, Roberta Kellerman, Veronica Klares, Amy Farnum, Mathilda Geidel, Lau Lauterbach, Ingrid M. Lenihan, Jerline Lewis, Jeffrey Lovit, Virginia McKeon, Olga Merino, Merrilly E. Noeth, Har Perry S. Oretzky, Michael Puckett, Janlyn Scauso, Nancy Shea, Holli Silver, Robin Theurkauf, Joseph A. Tiesi, Anth Vincelli, Benhardt R. Wainio, Lena Whittaker, Madeleine A. Zuccala, Andrezej Cieslik, Domenick Damiano, Warre Warren Monroe, Kevin Mount, Kevin Quinn, Charles Schmidt, Walter Tremsky, Eileen F. Colligan, Paul Quinn, Ma Gladys Salvo, Evelyn Aron, Co−Conspirators, Nancy Badagliacca, Christina Baksh, Christine R. Huhn, Lynn B. Pes Linda E. Thorpe, Clifford Tempesta, Dorothy Tempesta, Chiemi York, Jennifer Tarantino, H. Michael Keden, Nancy Foster, Joanne Barbara, Fiona Havlish, Russa Steiner, Clara Chirchirillo, Tara Bane, Grace M. Parkinson−Godshalk,, Saracini, TheresaAnn Lostrangio, Judith Reiss, William Coale, Patricia J. Perry, Ralph Maerz, Jr, Linda Panik, Danie Barkow, Martin Panik, Martina Lyne−Ann Panik, Loisanne Diehl, Jin Liu, Nina Barnes, Thomas E. Burnett, Sr, Thor Burnett, Beverly Burnett, Jeannine P. Baron, Deena Burnett, Mary Margaret Jurgens, Martha Burnett O'Brien, Willia Camille Doyle, Jane Bartels, William Doyle, Sr, Doreen Lutter, Stephen Alderman, Elizabeth Alderman, Jane Alder Yvonne V. Abdool, Kimberly Kaipaka Beaven, Alfred Acquaviva, Josephine Acquaviva, Kara Hadfield, Jessica Murrow−Adams, Stephen Jezycki, Michelle Bedigan, James Alario,, Catherine Jezycki, Karium Ali, Jennifer D'Auri J. Allen, Susan Berger, Jocelyne Ambroise, Philipson Azenabor, John P. Baeszler, Mark Barbieri, Armando Bardales Bergin, Kevin W. Barry, Gila Barzvi, John Benedetto, Rina Rabinowitz, Miriam M. Biegeleisen, Maria Giordano, M Girdano, Ondina Bennett, Frances Berdan, Prakash Bhatt, Christine Bini, Miles Bilcher, Irene Bilcher, Boris Bililovs Tisnovskiy, Leonid Tisnovskiy, Rostyslav Tisnovskiy, Neil B. Blass, Basmattie Bishundat, Bhola P. Bishundat, Krys Boryczewski, Michele Boryczewski, Michael Boryczewski, Kris A. Blood, Julia Boryczewski, Brian Barry, Edmund Daryl Joseph Meehan, Carol Barbaro, Dorothy Ann Bogdan, Nicholas Barbaro, Kim Barbaro, Anna M. Granville, Be Arroyo, Cynthia Arnold, Maria Teresa Boisseau, Lorraine Arias Beliveau, Lauren Arias Lucchini, Andrew Aris, Don Thomas Arias, Kathleen Box, Leonor Alvarez, Judith M. Aiken, Lynn Allen, Luke C. Allen, Madelyn Conroy Allen, Boyle, Richard D. Allen, Michael Jezycki, Jean Adams, Maureen Barry, Suzanne J. Berger, Robert J. Bernstein, Dav Murray Bernstein, Norma Bernstein, David M. Bernstein, Joanne F. Betterly, Lillian Bini, Rosemarie Corvino, Curtis Brewer, John Bonomo, Sonia Bonomo, George Bonomo, Sharon Booker, Rose Booker, Hillary A. Briley, Desiree A. Gerasimovich, Susan Brady, Kathleen M. Buckley, Jane M. Smithwick, Javier Burgos, Ursula Broghammer, JoAnne Juan B. Bruno, Susan E. Buhse, Elizabeth R. Burns, James C. Cahill, James W. Cahill, Kathleen Cahill, Deborah Cal Calia, Jacqueline Cannizzaro, Cathy A. Carilli, Toni Ann Carroll, Thomas J. Meehan, III, John C. Buckley, Judith C Tracy Ann Taback Catalano, Santa Catarelli, Gina Cayne, Burnett Plaintiffs, Suk Tan Chin, Edward P. Ciafardini, Fr Alger, Lisa DiLallo Clark, Dorothy Garcia, Mary Haag, Bettyann Martineau, Michael J. Novotny, Yuko Clark, Mary Julia Collins, Patricia Coppo, Edith Cruz, Ildefonso A. Cua, Linda Curia, David Edward Cushing, Federal Insurance Pacific Indemnity Company, Chubb Custom Insurance Company, Louisa D'Antonio, Chubb Indemnity Insurance Co Chubb Insurance Company of Canada, Chubb Insurance Company of New Jersey, Great Northern Insurance Compar Insurance Company, Zurich American Insurance Company, American Guarantee and Liability Insurance Company, DeFeo, American Zurich Insurance Company, Assurance Company of America, Colonial American Casualty and Su Insurance Company, Fidelity And Deposit Company of Maryland, Maryland Casualty Company, Northern Insurance of New York, Vincent J. Della Bella, Steadfast Insurance Company, Valiant Insurance Company, One Beacon Insura

| | | |
|---|---|---|
| | | Company, One Beacon America Insurance Company, American Employers' Insurance Company, The Camden Fire I Association, Homeland Insurance Company of New York, Todd DeVito, Crum & Forster Indemnity Company, Nortl Insurance Company, United States Fire Insurance Company, American Alternative Insurance Corporation, Great Lak Reinsurance (UK) PLC, The Princeton Excess & Surplus Lines Insurance Company, Milagros Diaz, Andy Dinoo, Dl Sam, Maria DiPilato, Stacey Fran Dolan, Rosalie Downey, Jay Charles Dunne, Stanley Eckna, Denise Esposito, Den Maryanne Farrell, Melissa Van Ness Fatha, Josephine Alger, Steven Feidelberg, Wendy Feinberg, Charlene Fiore, Br Flannery, Robert T. Folger, Kurt Foster, Ernesto Barrera, Sharlene M. Beckwith, James A. Reed, Benito Colon, Rach Goodrich, Victoria Higley, Maureen Kelly, Marion Knox, Laura J. Lassman, Philip Lee, Claudia Flyzik, Mei Jy Lee, Lewis, John Lewis, John Martin, Paul R. Martin, Amlin Underwriting, Ltd., Hiscox Dedicated Corporate Member, Lt Insurance Company, Boston Old Colony Insurance Company, Continental Insurance Company, Nancy Walsh, Comn Insurance Company of Newark, N.J., CNA Casualty of California, Continental Insurance Company of New Jersey, F Casualty Company of New York, Glens Falls Insurance Company, National Ben Franklin Insurance Company of Illi Insurance Company, Inc., Joviana Mercado, Linda Pascuma, Sean Passananti, Carol Francolini, Helen Pfeifer, Danie Theresa Regan, Armand Reo, Alexander Santoro, Maureen Santoro, Narasimha Sattaluri, Wen Shi, Cynthia Tumulty Zheng, Helen Friedlander, David Ziminski, Robert Bermingham, Mark Bernheimer, Donald DiDomenico, Joseph Do Kathleen Ashton, William Ellis, Jr, Michael Endrizzi, Thomas Fletcher, Mark Goldwasser, Ron Harding, Lisa Friedn Jeremiah Harney, Peter Ioveno, Jurgiel Kazimierz, Robert Keane, Raymond Lachhman, George Lantay, Houssain La Leigh, Vincent LeVien, Jeff Lever, Anne Gabriel, Jerzy Mrozek, Andrew Quinn, Dennis Quinn, Kevin Rogers, Carm Christine Sakoutis, Kemraj Singh, Gary Wendell, Monica M. Gabrielle, Kathleen Ganci, Fiona Havlish, Hector Garc Garcia, Elizabeth Gardner, Diane Genco, Philip Germain, Matthew T. Sellitto, Carol Gies, John J. Gill, Stephen L. C Serina Gillis, Tina Grazioso, All Plaintiffs, Angela Gitto, Meg Bloom Glasser, Sharon Cobb−Glenn, Helene Parisi−G Jodie Goldberg, Mia Gonzalez, Deborah Grazioso, Claudette Greene, Peter Greenleaf, Joanne Gross, Gordon G. Hab Patricia Han, Renne Bacotti Hannafin, Rachel R. Harrell, Sheila Gail Harris, Jennifer L. Harvey, Kelly Hayes, Joann Virginia Hayes, Ann R. Haynes, Theresa Healey, Shirley Henderson, Angelica Allen, Hashim A. Henderson, Karen I Dennis L. Hobbs, Dixie M. Hobbs, Pamela Hohlweck, Kathleen Holland, Rubina Cox−Holloway, Joann T. Howard, John P.O'Neill, Sr., Bridget Hunter, John Patrick O'Neill, Jr, Christine Irene O'Neill, Carol O'Neill, Dorothy A. O'Nei J. Hussa, John Does, Yesenia Ielpi, Frederick Irby, Jennifer Ruth Jacobs, Kazmierz Jakubiak, Leila M. Joseph, Burne Plaintiffs, Salvo Plaintiffs, Tremsky Plaintiffs, Barrera Plaintiffs, Woodly Joseph, Paul Kaufman, Elizabeth H. Keller Kellett, Emmet P. Kelly, Rosemary Kempton, Donald Francis Kennedy, Theresa King, Federal Insurance Company e Plaintiffs, Richard I. Klein, Fran LaForte, Edlene C. LaFrance, Collette M. LaFuente, Morris D. Lamonsoff, Andrea I Donald Leistman, Elaine Leinung, Roberta J. Levine, Kathleen Keeler Lozier, Anne MacFarlane, Lisanne MacKenzi Maffeo, Pamela Ann Maggitti, Natalie Makshanov, Rebecca L. Marchand, Lori Mascali, Dorothy Mauro, Meryl May Margaret Donoghue McGinley, Iliana McGinnis, Cynthia F. McGinty, Theresa McGovern, Patricia H. McDowell, Jo Meehan, Fryderyk Milewski, Anna Milewski, Amber Miller, Jamie Miller, George Andrucki, Diane Miller, Faith Mi Barbara Minervino, Joanne Modafferi, Anna Mojica, Saradha Moorthy, Virginia Bauer, Elizabeth Ann Moss, Emily I Lauren Murphy, Elvira P. Murphy, Port Authority of New York & New Jersey, Cantor Fitzgerald & Co., Richard B. Edward Navarro, William Nelson, Dana Noonan, William B. Novotny, William O'Connor, James Wallace O'Grady, Oliver, Lisa Palazzo, Donna Paolillo, Helene S. Passaro, Mary Gola Perez, Linda Pickford, Nancy Picone, Jean Oslyı Karen Princiotta, Dominic J. Puopolo, Sr, Patricia Quigley, Francine Raggio, Deborah Francke, Saad Bin Laden, Mar Sadiq Rasool, Susan Rasweiler, Catherine T. Regenhard, Albert T. Regenhard, Elizabeth Rego, William D Robbins, Rodriguez, Continental Casualty Company, Transcontinental Insurance Company, Transportation Insurance Compan Forge Insurance Company, Martin Rosenbaum, National Fire Insurance Company of Hartford, American Casualty C Reading, Pennsylvania, Glenna M. Rosenburg, Jill Rosenblum, Judi A. Ross, Lauren Rosenzweig, Claudia Ruggiere, Brokers Inc., et al., World Trade Center Properties LLC, et al., Gilbert Ruiz, Jr, Andrea Russin, Diane Ryan, Delphin Pedro Saleme, Barbara Scaramuzzino, Phyllis Schreier, Lori Shulman, Eileen Simon, Dhanraj Singh, Mark J. Siskop Andrucki, Donna Smith, Barbara Sohan, Robert Spadafora, Laurie Spampinato, Theresa A. Stack, Gregory Stevens, I Executive Committee, Edward J. Sweeney, Eileen Tallon, Patricia Tarasiewicz, Evelyn Tepedino, Raj Thackurdeen, Thackurdeen, Rosanna Thompson, Andrija Tomasevic, Radmila Tomasevic, Kimberly Trimingham−Aiken, Marie T Victor Ugolyn, Feliciana Umanzor, Virginia Lorene Rossiter Valvo, Jasmine Victoria, Plaintiffs Executive Committe Brown, Richard Villa, Lucy Virgilio, Diane Wall, Diane M. Walsh, Amy Weaver, Delia Welty, Kristin Galusha−Wil Wiswall, Anne M. Wodensheck, Cella Woo−Yeun, Siew−Som Yeow, Erica Zucker, Nancy Lynn Zuckerman, Aldo A Edward Arancio, Kathleen M. Arancio, Leonard Ardizzone, Barbara Ardizzone, Thomas Baez, Joseph Beltrani, Andr James Cizikie, Thomas Conroy, Jr, Gibson A. Craig, Bradley Daly, Robert D'Elia, Thomas Donnelly, Charles Downe R. Downey, Timothy L. Frolich, Irene Frolich, Steven M. Gillespie, Joseph Hands, John Hassett, Alexander Paul Ara James D. Hodges, Netta Issacof, John F. Jermyn, Arnold Lederman, Phyllis Lederman, Michael J. Lindy, Sandy Amı Mahabir, William Martin, Kevin McArdle, James McGetrick, Owen McGovern, Kevin G. Murphy, Janice O'Dell, Ti Parker, Howard Rice, Louis Schaefer, Scott Schrimpe, Scott Ting, George Luis Torres, Robert V. Trivingo, Russell V Edward Walsh, Philip J. Zeiss, Havlish Plaintiffs, Winifred Aranyos, Margaret Arce, Vice Rose Arestegui, Traci Bos E. Brady, Patricia Coughlin, Michael Deloughery, Jeanne M. Evans, Lori Fletcher, Armine Giorgetti, Regan Grice−V Elinore Hartz. This Document relates to 02cv6977. Endorsed Memorandum granting permission to file, attached. Sig 10/13/05. Accept for filing date 9/30/05. (rjm, ) Modified on 11/3/2005 (rjm, ). (Entered: 11/03/2005) |
| 30/2005 | 1568 | FIRST CONSOLIDATED COMPLAINT against Saddam Hussein, The Republic of Iraq, Iraqi Intelligence Agency, amending... 983 Amended Complaint,, with JURY DEMAND.Document filed by John Patrick O'Neill, Jr, Christine I O'Neill, Carol O'Neill, Dorothy A. O'Neill. Endorsed Memorandum granting permission to file attached (Signed 10/1 |

| | | |
|---|---|---|
| | | Related document: 983 Amended Complaint,, filed by John Patrick O'Neill, Jr., Christine Irene O'Neill,, Carol O'Neil A. O'Neill,. This Document relates to 04cv1076.(rjm, ) Additional attachment(s) added on 2/10/2006 (rjm, ). (Entered 12/20/2005) |
| 30/2005 | 1569 | FIRST CONSOLIDATED COMPLAINT against Kingdom of Saudi Arabia, Syrian Arab Republic, et al... amending Days Amended Complaint,, with JURY DEMAND.Document filed by John Patrick O'Neill, Jr, Christine Irene O'Nei O'Neill, Dorothy A. O'Neill. Related document: 1568 30/60 Days Amended Complaint,, filed by John Patrick O'Neill Christine Irene O'Neill,, Carol O'Neill, Dorothy A. O'Neill. This Document relates to 04cv1922. (rjm, ) Modified on (rjm, ).Endorsed Memorandum granting permission to file attached (Signed 10/13/05). Additional attachment(s) adde 2/10/2006 (rjm, ). (Entered: 12/20/2005) |
| 30/2005 | 1570 | FIRST CONSOLIDATED COMPLAINT against Al Baraka Investment & Development Corp., et al... amending 156 Days Amended Complaint,, with JURY DEMAND.Document filed by John Patrick O'Neill, Jr, Christine Irene O'Nei O'Neill, Dorothy A. O'Neill. Endorsed Memorandum granting permission to file attached (Signed 10/13/05). This Do relates to 04cv1923. Volume I & Volume II of Exhibits to Plaintiffs' First Consolidated Complaint. Related documen 30/60 Days Amended Complaint,, filed by John Patrick O'Neill, Jr., Christine Irene O'Neill,, Carol O'Neill,, Dorothy O'Neill,.(rjm, ) Additional attachment(s) added on 2/10/2006 (rjm, ). (Entered: 12/20/2005) |
| 03/2005 | 1381 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Banca Del Gottardo.(Schwartz, Martin) (Entered: 10/0 |
| 03/2005 | 1382 | FILING ERROR − WRONG DOCUMENT TYPE SELECTED FROM MENU − MOTION to Dismiss. Document fi Banca Del Gottardo. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Sc Martin) Modified on 10/7/2005 (gf, ). (Entered: 10/03/2005) |
| 03/2005 | 1383 | FILING ERROR − WRONG DOCUMENT TYPE SELECTED FROM MENU − MEMORANDUM OF LAW in Su 1382 MOTION to Dismiss. *Second Amended Consolidated Class Action Complaint on Behalf of Defendant Banca de* Document filed by Banca Del Gottardo. (Attachments: # 1 Appendix A)Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01923−RCC(Schwartz, Martin) Modified on 10/7/2005 (gf, ). (Entered: 10/03/2005 |
| 04/2005 | 1384 | MOTION for David P. Donovan to Withdraw as Attorney. Document filed by Mohammed Al Faisal Al Saud. (Attacl 1)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Al Tracey) (Entered: 10/04/2005) |
| 04/2005 | 1385 | MOTION to Dismiss *NY Marine*. Document filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation. Filed In Assoc Cases: 1:03−md−01570−RCC,1:04−cv−06105−RCC(McGuire, James) (Entered: 10/04/2005) |
| 04/2005 | 1386 | MEMORANDUM OF LAW in Support re: 1385 MOTION to Dismiss *NY Marine*.. Document filed by Ibrahim Bin A Al Ibrahim Foundation. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−06105−RCC(McGuire, James) ( 10/04/2005) |
| 04/2005 | 1387 | DECLARATION of Daniel L. Brown in Support re: 1386 Memorandum of Law in Support, 1385 MOTION to Dism *Marine*.. Document filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation. (Attachments: # 1 Exhibit A# 2 Exhibit Exhibit C# 4 Exhibit D# 5 Exhibit E)Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−06105−RCC(McGu (Entered: 10/04/2005) |
| 04/2005 | 1388 | MOTION to Dismiss *Continental Casualty, Burnett, WTC, Euro Brokers, Federal Insurance*. Document filed by Ibra Abdul Aziz Al Ibrahim Foundation. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M James) (Entered: 10/04/2005) |
| 04/2005 | 1389 | MEMORANDUM OF LAW in Support re: 1388 MOTION to Dismiss *Continental Casualty, Burnett, WTC, Euro Br Federal Insurance*.. Document filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M |

| | | |
|---|---|---|
| | | James) (Entered: 10/04/2005) |
| )4/2005 | 1390 | DECLARATION of Daniel L. Brown in Support re: 1388 MOTION to Dismiss *Continental Casualty, Burnett, WTC, Brokers, Federal Insurance*., 1389 Memorandum of Law in Support,,. Document filed by Ibrahim Bin Abdul Aziz A Foundation. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M James) (Entered: 10/04/2005) |
| )4/2005 | 1391 | ORDER GRANTING 1336 Motion for VOLUNTARY DISMISSALS that Plaintiff's Motion to voluntarily dismiss th defendants named in Exhibit A of the Ashton complaint be GRANTED. (Signed by Judge Richard C. Casey on 10/3/ In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC(rjm, ) (Entered: 10/05/2005) |
| )5/2005 | 1392 | MOTION to Dismiss *(corrected)*. Document filed by Banca Del Gottardo. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01923−RCC(Schwartz, Martin) (Entered: 10/05/2005) |
| )5/2005 | 1393 | MEMORANDUM OF LAW in Support re: 1392 MOTION to Dismiss *(corrected)*. *Second Amended Class Action Co On Behalf of Defendant Banca del Gottardo (corrected)*. Document filed by Banca Del Gottardo. (Attachments: # 1 A A)Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01923−RCC(Schwartz, Martin) (Entered: 10/05/2005) |
| )5/2005 | 1394 | AFFIDAVIT of J. SCOTT TARBUTTON in Support. Document filed by Federal Insurance Company et al., Plaintiff (Attachments: # 1 CLERK'S CERTIFICATE OF DEFAULT)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Fe Elliott) (Entered: 10/05/2005) |
| )5/2005 | 1395 | NOTICE of Filing. Document filed by Soliman H.S. Al−Buthe. (Kabat, Alan) (Entered: 10/05/2005) |
| )6/2005 | 1406 | SECOND AMENDED COMPLAINT. JURY TRIAL DEMANDED (this Document relates to 04cv5970) against Ta Laden, Iraq, The Taliban, Al Quida/Islamic Army, Al Baraka Investment and Development Corporation, Faisal Islam Barakaat Exchange LLC, Success Foundation, Inc., Mohamed S. Omeish, Abdurahman Alamoudi, Khaled Nouri, Su Al−Ali, Abdullah M. Al−Mahdi, Tareq M. Al−Swaidan, Abdul Al−Moslah, Salah Badahdh, Abdullah Bin Saleh Al C Hassan A.A. Bahfzallah, Abu Sulayman, Ahmed Totonji, Hisham Al−Talib, Iqbal Yunus, Jamal Barzinji, Mohamme Tarik Hamdi, Sherif Sedky African Muslim Agency, Aradi, Inc., Mar−Jac Poultry, Inc., Mena Corporation, Saar Inte Sterling Management Group, Inc., Rabita Trust, Al−Haramain Islamic Foundation, Inc., Al Haramain Foundation, Al Islamic Foundation, Inc., Aqeel Abdul−Azeel Al−Aqeel, Mansour Al−Kadi, Soliman H.S. Al−Buthe, Perouz Seda G Benevolence International Foundation−USA, Syed Suleman Ahmer, Enaam Mahmoud Arnaout, Mazin M.H. Bahare Abdulraoof Batterjee, Zahir H. Kazmi, Muzaffar Khan, Soliman J. Khudeira, Jamal Nyrabeh, Wamy International, In Abdullah Bin Laden, Ibrahim S. Abdullah, Mohammad Bin Faris, Mahmoud Dakhil, Khaled Bin Salim Bin Mahfouz Abdulrahman Bin Khalid Bin Mahfouz, Saleh Abdullah Kamel, Sulaiman Bin Abdul Aziz Al Rajhi, Saleh Abdul Azi Abdullah Salaiman Al−Rajhi, Mohammad Jamal Al Khalifa, Aqueel Al−Aqueel, Abdul Rahman Al Swailem, Wa'el Jalaidan, Abdullah Omar Naseef, The Republic of Sudan, The Islamic Emirate of Afghanistan, Al Qaeda Islamic Arm of Muhammad Atef, Ayman Al Zawahiri, Estate of Abu Hafs, Estate of Abu Salah Al−Yemeni, Estate of Abu Jaffer Anas Al Liby, Ahmed Mohamed Hamed Ali, Hashim Abdulrahman, Mustafa Ahmed Al−Hawsawi, Abu Musab Zarc Sheikh Omar Bakri Muhammad, Abdul Fattah Zammar, Mamoun Darkazanli, Ghasoub Al Abrash Ghalyoun, Bensay Belkacem, Sabir Lamar, Wadih El−Hage, Wali Khan Amin Shah, Abu Sayef Group (ASG), Jemaah Islamiya, Egypti Al−Islamiya, Terrorist Hijackers, Muhammad Omar, Maulvi Abdul Kabir, Jalil Shinwari, Noor Jalil, Abu Agab, Min Defense, Ministry of Interior, Sudanese Intelligence Service, Hassan Turabi, Omar Hassan Ahmad Al−Bashir, Abdul Mohammed Hussein, Abdel Wahab Osman, Iss El−Din El Sayed, Rahman Abdul Siral−Khatim, Al Amn Al−Dakhili Al−Khariji, Islamic Republic of Iran, Islamic Revolutionary Guard ("IRGC"), Iranian Ministry of Intelligence and Se ("MOIS"), Lashkar Redayan−E−Islami (Islamic Martyrs Brigade), Ayatollah Ali Khamenei, Mohammed Mohammad Rayshahri, Qorban Ali Najaf−Abadi, Ali Falahyan, Ali Blokian, Ahmad Salah (Salim), Mahdi Chamran Savehi, Moh Hoseyn Shaykh Ol−Eslam, Yahya Rahim Safavi, Qorban 'Ali Najaf Abadi, Co−Conspirators, Abdul Rahman Khaled Mahfouz, Abdulla Al Obaid, Abdula Bin Laden, Infocus Tech of Malaysia, Yazid Sufaat of Kuala Lumpur Malaysia, Al−Shaykh Al−Iraqi, Azzam Service Center, Abu Hajer Al Iraqi, Hassan Al Turabi, Ministry of Intelligence and Sec Al−Hijrah Construction and Development Ltd., Gum Arabic Co. Ltd., Al Shamal for Investment and Development, S Al Baraka Group LLC, Omar Abdullah Kamel, Dallah Al Baraka Group LLC, Dar−al−maal Al Islami, Al−Bir Saudi Organization, Tadamon Islamic Bank, Mohammad S. Mohammad, Lebanese Hezbollah, Palestine Islamic Jihad, Han Mustasim Abdel−Rahim, Sudanese Government of Northern State, National Fund for Social Insurance, Abd Al Sama Al−Ta'ish, Mohamed Sadeek Odeh, khalid Al Fawwaz, Abdel Barry, Ahmed the German, Iraqi Secret Service, Gulbu Hekmatyar, Imad Mughniyeh, Mohammed Sarkawi, Al Tawhid, Haji Mohamad Akram, Mounir El−Motassadeq, Ra Mohammed Adbullah Binalshibh, Abdallah Omar, Zakarlya Essabar, Said Bahaji, Umar Faruq, Ibn Sheik Al−libi, Al |

Mzoudi, Abd Al–Rahim Al–Nashiri, Abdullah Al Abdulazi Al Abdulaziz Al Saud, Naif Bin Abdulaziz Al Saud, Salı
Saud, Zouaydi, Mullah Kakshar, Abdulazis Rahman Al Saud, Arafat El–Asahi, Haydar Mohamed Bin Laden, Mohar
Abdulrahman Al Ariefy, Faisal Group Holding Co., Alfaisaliah Group, Bashsh Hospital, Mushayt, Abdullah Muhsen
Saudi High Commission, Abdul Aziz Al Ibrahim, Tarek Ayoubi, Al Anwa, Help African People, Ibrahim Bin Abdul
Ibrahim Foundation, Mercy International Relief Agency, Islamic Movement of Uzbekistan (IMU), Saudi Bin Laden (
(LBG), Bakr M Bin Laden, Salem Bin Laden, Saleh Gazaz, Mohammed Bahareth, Adbullah Bin Said, Mohammed N
Tarek M. Bin Laden, Omar M. Bin Laden, Mohamed Bin Laden Organization (SBG), Saudi Binladin International C
Yeslam M. Bin Laden, Yassin Abdullah Al–Kadi, Human Concern International Society, Talal Mohammed Badkook
Ali Elgari, New Diamond Holdings, M.M. Badkook Co. for Catering & Trading, Al–Mustaqbal Group, National Mar
Consultancy Center (NMCC), Saleh Abdulaziz Al–Rajhi, Piedmont Poultry, Salim Bin Mahfouz, SNCB Corporate F
SNCB Securities Ltd. in London, SNCB Securities Ltd. in New York, Zakat Committee, Red Crescent Saudi Commi
Blessed Relief Foundation, Al–Birr, Hisham, Hezb–E–Islami, Saif Al Islam El Masry, Ahmad Ajaj, Wa'el Jalaidan,
Abdulrahman Alamoudi, American Muslim Foundation (AMF), Mohammed Omeish, Adnan Basha, Mahmoud Jabal
El–Ashi, Moro Islamic Liberation Front (MILF), Jamal Ahmed Mohammed, Mohmous Jaballah, Mohammed Khatib
Joint Relief Committee, Taibah International Aid Association, Islamic African Relief Agency, Fazeh Ahed, Sanabil A
Shaled Nouri, Ihab Ali, Samir Salah, Ibrahim Hassabella, Sherifsedky, National Development Bank, Dallah Avco Tra
Co. LTD., Omar Al Bayoumi, Masjed Al Munawarah, Aqsa Islamic Bank, Aqeel Al–Aqeel, Ahmed Ibrahim Al Najja
Muhammad Sadiq Bin Kazem, Abdulaziz Bin Hamad, Arab Cement Company, Zeinab Mansour–Fattouh, Mohamme
Hazem Ragab, Mohammed Alchurbaji, Mustafa Al–Kadir, Abu Al–Maid, Al Qaeda Islamic Army, Osama Bin Lade
Zubayadh, Saif Al Adel, Addullah Ahmed Abdullah, Mahfuz Ould Al Walid, Mushin Musa Matwalliatwah, Abu Rah
Omar Muhammad, Jemaah Isamiya, Algerian Armed Islamic Group (GIA), Al Itihaad Al–Islamiya, Muhammad Om
Jalil, Saddam Hussein, Taha Yassin Ramadan, Salah Muhammed Mandi, Fraruq Al–Hijazi, Salah Suleiman, Habib F
Abdullah Al–Mamouri, Abdel Hussein, Hassan Turabi, Islamic Leader, Omar Hassan Ahmad Al–Bashir, President o
Abdel Wahab Osman, former Sudanese Minister of Industry, Al Amn Al–Dakhili, Intelligence, Al Amn Al–Kariji,In
Ayatollah Ali Khamenei Spiritual Leader of Iran, Momammed Mohammadi, Mohammadi Rayshahri, Qorban Ali Na
Ahmad Salah(Salim), General Moshen Reza'I, Yahya Rahim Safavi, head of the IRGC, Abd Al–Hadi al–Iraqi, Abula
Laden, Al Khaleejia for Expert Promotion and Marketing Company, Al Taqwa Management Organization SA, Al–G
Islamiah, Al–Haramain, Global Relief Foundation, Inc., International Islamic Relief Organization(IIRO), Mohamme
Khalifa, Muwaffaq Foundation National Commerical Bank, Nayef Bin Abdulaziz Al Saud, Sultan Bin Abdulaziz Al
Haddah, Adel Abdul Batterjee, Somali Internet Company, Suleiman Abdel Aziz, Suleiman Abdel Aziz Al Rajhi, Nat
Islamic Front Party, Mandouh Mahamud Salim, Abdel Barry, haji Mohamad Akram, Mounir El–Motassadeq, Ramzi
Mohammed Adbullah Binalshibh, Abdullah Al Abdulaziz Al Saud, Mullah Kakshar, Haydar Mohamed Bin Laden, M
Mirza, Hisham Al–Talib, Mansour Al–Kadi, Ahmed Ibrahim Al Najjar, Sheikh Usama Bin–Laden, Al Qaeda/Islami
Ayatollah Ali Hoseini–Khamenei, Iranian Ministry of Information and Security, Islamic Revolunitionary of Guard C
Iranian Ministry of Petroleum, Iranian Ministry of Economic Affairs and Finance, Iranian Ministry of Commerce, Ira
Ministry of Defense and Armed Forces Logistics, Iraqi Ministry of Defense, Iraqi Ministry of Finance, Iraqi Ministry
Iraqi Intelligence Service, Unidentified Terrorist Defendants 1–500, National Commerce Bank, Al Rajhi Bank, Dar A
Islami, Al Shamal Islamic Bank, International Relief Organization, Abdurahman Alamoundi, Sanabel Al Khair, Islan
League, Abdullah Bin Saleh Al–Obaid, Saar Network, Mohammed Jaghkit, Sherif Shedky, Safar Al–Hawali, Sheik I
Al–Husaini, Mohammed Ali Sayed Mushayt, Mushayt for Trading Company, Saleh Al–Hussayen, Sheik Salman Al–
Makkah mukarrahman Charity Trust, Inc., Republic of Sudan Ministry of Defense, Nimir Petroleum LLC, Mounir A
Motassadeq, Aqeel Al Aqeel, Saleh O. Badahdah, Talobah International Aid Association, Abdulrahman Al–Amound
Al–Alsheikh, Sulaiman Ali Eldeen, Sanur Salah, Proyectos Promociones Paradaus S.I., Republic of Sudan Ministry c
Mohammed Hussein Al Ibrahim, Ibrahim Bin Abdulaziz Al Ibrahim, Islamic Investment Company of the Gulf (Bathı
Lujain Al–Iman, Abdullah Al Faisal Bin Abdulaziz AlSaud, Al Tawqwa Trade, Property and Industry Company Lim
Nascoservice S.R.L., Nasreddin Foundation, The Committee for the Defense of Legitimate Rights, (CDLR), Akida A
Limited, Gulf Center S.R.L., Nada International Anstalt, Nasco Nasredden International Group Limited Holding, Glo
Diamond Resources, Nasreddin Group International Holding Limited, Nascotex S.A., Nasco Business Center Sas Di
Ahmed Idris, Nasredddin Ahmed Idris, Ahmed Idris Nasreddin, Guld and African Chamber, Ba Taqwa For Commerc
Estate Company Limited, Akida Bank Private Limited, Arab Bank, Youssef M. Nada, Youssef M. Nada & CO., GRF
Abdulraoof Batterjee, Syed Suleman Ahmer, Abdul Rahman Bin Kahlid Bin Mahfouz, World Assembly of Muslim Y
Mohammed Ali Hasan Al Moayad, Al Farooq Mosque, Ibrahim Muhammed Afandi, Mohammed Bin Abdullah Al–J
Abdulrahman Hassan Sharbatly, Salahuddin Abduljawad, Ahmed Zaki Yamani, Ahmad Al Harbi, Hamad Hussaini, A
Al Suri, Mohamed Loay Bayazid, Ahmed Brahim, Abu Musab Al–Zarqawi, Saleh Abdullah kamel, Delta Oil Compa
Wael Jalaidan, James W Monsour, Daral Maal Al Islami Trust, Al–Baraka Bancorp, Inc., Mohammed Albanna, Sam
Al–Hussayen, Islamic Assembly of North America, John Doe, The Gobal Relief Foundation, Benevolence Internatio
Foundation, Canada, Abdullah Omar Naseef, Al Bir Dawalia, Mohammed Ali Husan Al Moayed, brahim Muhamma
Salahuddin Abduljawad, Ahmed Zaki Yamani, Abmad Al Harbi, Mohammed Al–Issai, Mohamed Loay Bayazid, Sau
Crescent, Abu Musab Al–Zarqawi, Muzaffar kahn, Mazin M.H. Bahareth, Yassin Abdullah Kadi, Mohamed Mansou
Maal Al Islami Trust, Mamoun Darkazanli, Queens City Cigareetes and Candy, Islamic Assembly of North American
Lynn Faulkner, Rabita Al–Alam Al–Islami, Anwar Hajjaj, Abelmagne Ali Eldeen, Nasreddin Company Nasco Sas D
Idris Nassneddin Ec, Yeslman M. Bin Laden, Salman Bin Abdulaziz Al Saud, Mohammed Al Massari, Yassir Al–Sir
Addullah Bin Abdul Muhsen Al Turki, Omar Bin Laden, Ahmed Nur Ali Jumale, Naif Bin Abdulaziz Al Saud, Moha
Hussein Al–Amoudi, islamic Investment Company of the Gulf(Bathrain)EC, Addullah Al Faisal Abdulaziz Al Saud,

Al−Fawwaz, Al Taqwa Trade Property and Industry Company Limited, Akida Investment Co. LTD., Nasco Nasredd Holdings,A.S., Nasreddin International Limited Group, The Advice and Reformation Committee(ARC), Nasreddin A Guld and African Center, Saudi Binladin Group, Inc., Al Qaida, Asbat Al−Ansar, Al Gama'a Al−Islamiyya, Salafist C Call and Combat, Lashkar I Janghvi, Lashkar−E Tayyiba, Jemaah Islamiya Organization, Hezbollah, Syrian Arab Re Muhammad Atif, Sayf Al−Adl, Shaykh Sa'id, Abu Hafs The Mauritanian, Abu Zubaydah, Ayman Al−Zawahiri, Thir Shihata, Tariq Anwar Al−Sayyid Ahmad, Muhammad Salah, Makhtab Al−Khidamat, Islamic Army of Aden, Al−Ras Mamoun Darkazanli Import−Export Company, Nurjaman Riduan Ismuddin, Mohammed Iqbal Abdurrahman, Benev International Fund, Bosanska Idealna Futura, Ramzi Binalshibh, Turkistan Islamic Movement, Wa'el Hamza Julaidan Soltane, Nabil Benattia, Yassine Chekkaouri, Riadh Jelassi, Mendi Kammoun, Samir Kishk, Tarek Ben Habib Maaro Abdelhalim Remadna, Mansour Thaer, Lazhar Ben Mohammed Tlili, Habib Waddani, The Aid Organization of the U Abdelkdir Mahmoud Es Sayed, Abu Hamza Al−Masri, Mohamed Ben Belgacem Aouadi, Mokhtar Boughougha, Tar Charaabi, Sami Ben Khemais Essid, Lased Ben Heni, Somalia Branch of the Al−Haramain Islamic Foundation, Bosnia−Herzegovina Branch of Al−Haramain Islamic Foundation, Umma Tameer−E−Nau (UTN), Bashir−Ud−Din M Abdul Majeed, S.M. Tufail, Al−Barakaat, Al Taqwa/Nada Group, Aaran Money Wire Service, Inc., Al−Barakat Bank Somalia (BSS), Al−Barakat Finance Group, Al−Barakat Financial Holding Co., Al−Barakat Global Telecommunicat Al−Barakat Group of Companies Somalia Limited, Al−Barakat International, Al−Barakat Investments, Al−Barakat W Service, Bank Al Taqwa Limited, Baraka Trading Company, Barakaat Boston, Barakaat Construction Company, Bar Enterprise, Barakaat Group of Companies, Barakaat International Foundation, Barakaat International, Inc., Barakaat America, Inc., Barakaat Red Sea Telecommunications, Barakaat Telecommunications Co. Somalia, Barakat Bank and Remittances, Barakat Computer Consulting (BCC), Barakat Consulting Group (BCG), Barakat Global Telephone Co Barakat International Companies (BICO), Barakat Post Express (BPE), Barakat Refreshment Company, Barakat Wir Company, Barakat Telecommunications Company Limited (BTELCO), Barako Trading Company, LLC, Global Serv International, Heyatul Ulya, Parka Trading Company, Red Sea Barakat Company Limited, Somalia International Rel Organization, Hussein Mahmud Abdullkadir, Abdirasik Aden, Abbas Abdi Ali, Abdi Adulaziz Ali, Dahir Ubeidullah Hassan Dahir Aweys, Garad Jama, Liban Hussein, Ahmed Nur Ali Jim'ale, Abdullahi Hussein Kahie, Haji Abdul Ma Al−Hamati Sweets Bakeries, Muhammad Al−Hamati, Amin Al−Haq, Saqar Al−Sadawi, Ahmad Sa'id Al−Kadr, Ana Ahmad Ibrahim Al−Mughassil, Abdelkarim Hussein Mohamed Al−Nasser, Al−Nur Honey Press Shops, Sa'd Al−Sha Al−Shifa' Honey Press for Industry and Commerce, Ibrahim Salih Mohammed Al−Yacoub, Ahmed Mohammed Han Atwa, Bilal Bin Marwan, Ayadi Chafiq Bin Muhammad, Ali Saed Bin Ali El−Hoorie, Riad Hijazi, Hasan Izz−Al−Di Jaish−I−Mohammed, Jam'yah Ta'awun Al−Islamia, Musti Rashid Ahmad Ladehyanoy, Khalid Shaikh Mohammed, A Al−Islam (AI), Youssef Abdaoui, Mohammed Amine Akli, Mohrez Amdouni, Chiheb Ben Mohamed Ayari, Mondhe Lionel Dumont, Moussa Ben Amor Essaadi, Rachid Fehar, Brahim Ben Hedili Hamami, Khalil Jarraya, Mounir Ben Jerraya, Fouzi Jendoubi, Fethi Ben Rebai Masri, Najib Ouaz, Ahmed Hasni Rarrbo, Nedal Saleh, Abdelghani Mzoud International Brigade, Special Purpose Islamic Regiment, Riyadus−Salikhin Recognizance and Sabotage Battalion of Martyrs, Prince Vandar Iban Sultan, Osama Bassnan, Omar Al−Bayoumi, Fahad Al−Thumairy, Abdullah 'Qassim, Ja Khorsh, Lashkar Redayan−E−Islami, Ahmad Salah, Abdullah Al Faisal B Al Saud, Salman Bin Abdulaziz Al Saud, A Bin Abdul Rahman Al Saud, Dubai Islamic Bank, Ary Group, Islamic Cultural Center of Geneva, Hani Ramadan, Pr Promocoines Iso Afamia SL, Cobis, Abrash Company, Promociones Y Construcciones Tetuan Pricote S.A., Contrata Eurocovia Obras SA, Proyectos Edispan, Ghasoub Al Abrash, Mustaf Ahmed Al−Hisawi, Imad Eddin Barakat Yarka Muhammed Galeb Kalaje Zuoyadi, Bassam Dalati Satut, Abdalrahman Alarnout Abu Aljer, Mohammad Khair Al Sa Mohammed Hussein Al−Amoudi, Abu Qatada Al−Filistini, Mohammed Al Massari, Ziyad Khaleel, Ibrahim Bah, Ma Mahmud Salim, Sheikh Abdullah Azzam, Abdullah Samil Bahmadan, Essam Al Ridi, Abu Omar Omar, Mohammed Al Moayad, Ibrahim Muhammad Afandi, Abdulrahman Hassan Sharbatly, Mohammed Al−Issai, Abu Rida Al Suri, S Al−Ouda, Muhammed J. Fakihi, Agus Budiman, Ahmed Ressam, Doug Gaines, Mustafa Muhammed Ahmad, Estate Hussein, Estate of Uday Hussein, Islamic Rescue Organization, World Assembly of Islamic Youth, National Comme of Saudi Arabia, Saleh Mohamed Bin Laden, Ibrahim Bin Abdul Aziz, Abu Hamza Al Masri, Saqar Al Jadawi, Al Iti Islamiya (AIAI), Abu Wa'el, Akida Commodity Limited, Akida Management and Trust, Al Taqwa Zaka Establishme Albert Friedrich Huber, Cemsteel Impex Establishment, Iksir Limited Holding, MIGA− Malaysian Swiss, Gulf and A Chamber, Nasreddin Charitable Foundation, Raw Mat Service and Management SA, Zeinab Mansour, Barzan Ibrahi Tikriti, Sheikh Yusuf Al Qardawi, Soliman S. Biheiri, Islamic Center of Tucson, Islamic Society of North America, M Brotherhood, North American Islamic Trust, Yeslam Binladin, Abdulrahman Bin Mahfouz, African Muslim Agency, Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar−Jac Investments, Inc., Res Investments, Inc., Safa Trust, York Foundation, Sterling Charitable Gift Fund, Sanabel Al−Kheer, Inc., Mena Investm Sana−Bell, Inc., Jamal Barzinji, Iqbal Unus (Yunus), Muhammad Ashraf, M. Omar Ashraf, Taha Jaber Al−Alwani, M Mirza, Agencies and Instrumentalities of the Kingdom of Saudi Arabia, Agencies and Instrumentalities of the Syrian Republic, Agencies and Instrumentalities of the Republic of the Sudan, Husham Hussein, Abu Sayyaf, Hamsiraji Sali Islamic Agency, Al−Jaezeera News Agency, Mohammed Jasmin Al−Ali, Schreiber & Zindel, Frank Zindel, Engelbe Schreiber, Engelbert Schreiber, Jr, Martin Watcher, Erwin Watcher, Sercor Treuhand Anstalt, Muslim Brotherhood − Branch, Muslim Brotherhood − Egyptian Branch, Muslim Brotherhood − Jordanian Branch, Muslim Brotherhood − I Branch, Muslim Brotherhood − Iraqi Branch, Triple−B Trading Company, Tatex Trading GMBHT, Abdul Matin Tat Mohammed Mijed Said, Hamel Al Barakati, The Estate of Omari, Barzan E−Tikriti, Metalor, Banca Del Gottardo, Th Abdulaziz Al Omari, Estate of Mohammed Atta, Estate of Fayez Ahmed, Estate of Ahmed Al−Ghamdi, Estate of Ha Al−Ghamdi, Estate of Marwan Al−Shehhi, Estate of Mohald Al−Shehri, Estate of Khalid Al−Midhar, Estate of Salen Al−Hazmi, Estate of Hani Hanjour, Estate of Saeed Al Ghamdi, Estate of Ahmed Ibrahim A. Al Haznawi, Estate of A

Nami, Estate of Ziad Samir Jarrah, Al Baraka Investment & Development Corp., Egyptian Islamic Jihad, Islamic Inv
Company of the Gulf (Sharjah), Abdullah Al Faisal Bin Abdulaziz Al Saud, Cherif Sedky, Mohammad Abdullah Alj
Mohammed Hussein Al Amoudi, Centersas Di Nasreddin Ahmed Idris EC, Salah Hajir, Iranian Revolutionary Guard
(IRGC), Iranian Revolutionary Guard Corps − QODS Force, Hossein Mosleh, Nasco Business Residence, Hassan Na
Morteza Reza'i, Adib Sha'ban, Ahmad Vahedi, Abu Waiel, Mohammad Baqer Zolqadr, Abu Zubaydh, Prince Mohan
Al−Faisal Al−Saud, Osama Bin Laden, Abdul Aziz Al−Ibrahim, Estate of Muhammad Atef, Saif Al Adel, Abdullah
Abdullah, Muhsin Musa Matwalli Atwah, Ibn Al−Shaykh Al−Libi, Fazul Abdullah Mohammed, Mohamed Suleiman
Mustafa Mohamed Fadhil, Ahmed Khalfan Ghailani, Fahid Mohammed Ally Msalam, Sheikh Ahmed Salim Swedan
Muhammad Abu−Islam, Abdullah Qassim, Ramzi Bin Al−Shibb, Abdullah Azzam, Jamal Al−Badawi, Mohammed
Al−Harazi, Walid Al−Sourouri, Fatha Abdul Rahman, Yasser Al−Azzani, Jamal Bakhorsh, Ahmad Al−Shinni, Raed
Jamil Qasim Saeed, Abu Abdul Rahman, Mohamed Bayazid, The Estate of Al−Shehhi, Hamza Al Ghamdi, Estate of
Al−Suqami, Estate of Waleed Al−Shehri, Estate of Wail Al−Shehri, Estate of Nawaf Al−Hazmi, Estate of Hanjour, E
Majed Moqued, Zacarias Moussaoui, Muhammed Omar, The Republic of Iraq, Iraqi Intelligence Agency, Yassin Ab
Kadi, Yousef Jameel, Saddam Hussein, Qusay Hussein, Uday Hussein, Taha Yassin Ramadan, Muhammed Mahdi S
Al−Hijazi, Salah Suleiman, Ahmed Khalil Ibrahim Samir Al−Ani, Habib Faris Al−Mamouri, Eaton Vance Tax−Man
Growth Fund 1.2, Abdel Hussein, Haqi Ismail, Abd Al−Hadi Al−Iraqi, Abd Al−Mushin Al−Libi, Abdul Rahman Kh
Mahfouz, Abdul Rahman Yasin, Abdulla Al Obaid, Advice and Reformation Committee, Afghan Support Committe
Ahmad I. Nasreddin, Ahmed Nur Ali Jumale, Al Khaleejia for Export Promotion and Marketing Company, Al Rashi
Taqwa Bank, Al−Barakaat Group, Al−Gammah Al Islamiah, Al−Haramin, Ali Ghaleb Himmat, Asat Trust Reg., Be
International Foundation, International Relief Foundation, Inc., Islamic Army for the Liberation of Holy Places, Isla
Institute of Milan, Jamal Barzini, Khaled Bin Mahfouz, Mohamed Mansour, Mohamad Jamal Khalifa, Mohammed B
Mahfouz, Nada Management Organization, S.A., Mufti Mohammed Rashid, Muslim World League, Muwaffaq Foun
National Commercial Bank, Nayef Ibn Abdulaziz Al Saud, Bin Abdulaziz Al Saud, Rabih Haddah, Saar Foundation,
Ayadi, Saudi Sudanese Bank, Shamal Islamic Bank, Abu Abdul Aziz Nagi, Adil Galil Batargy, Somali Network, A.
International Relief Organization (U.S.A.), Suleiman Abdel Aziz Al Rajhi, Taba Investments, Tanzanite King, Ulem
Afghanistan, Wadi Al Aqia, Wafa Humanitarian Organization, Yasin Al−Qadi, Yousef M. Nada, Yousef M. Nada &
Gesellschaft M.B.H., Yusaf Ahmed Ali, Saudi American Bank.Document filed by Colleen Holohan, Roberta Keller
Veronica Klares, Amy Farnum, Mathilda Geidel, Laurie S. Lauterbach, Ingrid M. Lenihan, Jerline Lewis, Jeffrey Lo
McKeon, Olga Merino, Merrilly E. Noeth, Harry Ong, Jr, Perry S. Oretzky, Michael Puckett, Janlyn Scauso, Nancy
Silver, Robin Theurkauf, Joseph A. Tiesi, Anthony Vincelli, Benhardt R. Wainio, Lena Whittaker, Madeleine A. Zu
Andrezej Cieslik, Domenick Damiano, Warren Hayes, Warren Monroe, Kevin Mount, Kevin Quinn, Charles Schmid
Tremsky, Eileen F. Colligan, Paul Quinn, Margit Arias, Gladys Salvo, Evelyn Aron, Nancy Badagliacca, Christina B
Christine R. Huhn, Lynn B. Pescherine, Linda E. Thorpe, Clifford Tempesta, Dorothy Tempesta, Chiemi York, Jenn
Tarantino, H. Michael Keden, Nancy Ann Foster, Joanne Barbara, Fiona Havlish, Russa Steiner, Clara Chirchirillo,
Grace M. Parkinson−Godshalk,, Ellen L. Saracini, TheresaAnn Lostrangio, Judith Reiss, William Coale, Patricia J. P
Maerz, Jr, Linda Panik, Daniel F. Barkow, Martin Panik, Martina Lyne−Ann Panik, Loisanne Diehl, Jin Liu, Nina Ba
Thomas E. Burnett, Sr, Thomas Burnett, Beverly Burnett, Jeannine P. Baron, Deena Burnett, Mary Margaret Jurgens
Burnett O'Brien, William Doyle, Camille Doyle, Jane Bartels, William Doyle, Sr, Doreen Lutter, Stephen Alderman,
Alderman, Jane Alderman, Yvonne V. Abdool, Kimberly Kaipaka Beaven, Alfred Acquaviva, Josephine Acquaviva,
Hadfield, Jessica Murrow−Adams, Stephen Jezycki, Michelle Bedigan, James Alario,, Catherine Jezycki, Karium Al
D'Auria, Michael J. Allen, Susan Berger, Jocelyne Ambroise, Philipson Azenabor, John P. Baeszler, Mark Barbieri,
Bardales, Madeline Bergin, Kevin W. Barry, Gila Barzvi, John Benedetto, Rina Rabinowitz, Miriam M. Biegeleisen,
Giordano, Michael Girdano, Ondina Bennett, Frances Berdan, Prakash Bhatt, Christine Bini, Miles Bilcher, Irene Bi
Bililovsky, Emma Tisnovskiy, Leonid Tisnovskiy, Rostyslav Tisnovskiy, Neil B. Blass, Basmattie Bishundat, Bhola
Bishundat, Krystyna Boryczewski, Michele Boryczewski, Michael Boryczewski, Kris A. Blood, Julia Boryczewski,
Edmund Barry, Daryl Joseph Meehan, Carol Barbaro, Dorothy Ann Bogdan, Nicholas Barbaro, Kim Barbaro, Anna
Granville, Benjamin Arroyo, Cynthia Arnold, Maria Teresa Boisseau, Lorraine Arias Beliveau, Lauren Arias Lucchi
Aris, Donald Aris, Thomas Arias, Kathleen Box, Leonor Alvarez, Judith M. Aiken, Lynn Allen, Luke C. Allen, Mad
Allen, James Boyle, Richard D. Allen, Michael Jezycki, Jean Adams, Maureen Barry, Suzanne J. Berger, Robert J. B
David Brace, Murray Bernstein, Norma Bernstein, David M. Bernstein, Joanne F. Betterly, Lillian Bini, Rosemarie C
Curtis Fred Brewer, John Bonomo, Sonia Bonomo, George Bonomo, Sharon Booker, Rose Booker, Hillary A. Briley
Gerasimovich, Susan Brady, Kathleen M. Buckley, Jane M. Smithwick, Javier Burgos, Ursula Broghammer, JoAnne
Juan B. Bruno, Susan E. Buhse, Elizabeth R. Burns, James C. Cahill, James W. Cahill, Kathleen Cahill, Deborah Ca
Calia, Jacqueline Cannizzaro, Cathy A. Carilli, Toni Ann Carroll, Thomas J. Meehan, III, John C. Buckley, Judith C
Tracy Ann Taback Catalano, Santa Catarelli, Gina Cayne, Burnett Plaintiffs, Suk Tan Chin, Edward P. Ciafardini, Fr
Alger, Lisa DiLallo Clark, Dorothy Garcia, Mary Haag, Bettyann Martineau, Michael J. Novotny, Yuko Clark, Mary
Julia Collins, Patricia Coppo, Edith Cruz, Ildefonso A. Cua, Linda Curia, David Edward Cushing, Federal Insurance
Pacific Indemnity Company, Chubb Custom Insurance Company, Louisa D'Antonio, Chubb Indemnity Insurance Co
Chubb Insurance Company of Canada, Chubb Insurance Company of New Jersey, Great Northern Insurance Compa
Insurance Company, Zurich American Insurance Company, American Guarantee and Liability Insurance Company,
DeFeo, American Zurich Insurance Company, Assurance Company of America, Colonial American Casualty and Su
Insurance Company, Fidelity And Deposit Company of Maryland, Maryland Casualty Company, Northern Insurance
of New York, Vincent J. Della Bella, Steadfast Insurance Company, Valiant Insurance Company, One Beacon Insura
Company, One Beacon America Insurance Company, American Employers' Insurance Company, The Camden Fire I

| | | |
|---|---|---|
| | | Association, Homeland Insurance Company of New York, Todd DeVito, Crum & Forster Indemnity Company, North Insurance Company, United States Fire Insurance Company, American Alternative Insurance Corporation, Great Lak Reinsurance (UK) PLC, The Princeton Excess & Surplus Lines Insurance Company, Milagros Diaz, Andy Dinoo, Dh Sam, Maria DiPilato, Stacey Fran Dolan, Rosalie Downey, Jay Charles Dunne, Stanley Eckna, Denise Esposito, Denn Maryanne Farrell, Melissa Van Ness Fatha, Josephine Alger, Steven Feidelberg, Wendy Feinberg, Charlene Fiore, Br Flannery, Robert T. Folger, Kurt Foster, Ernesto Barrera, Sharlene M. Beckwith, James A. Reed, Benito Colon, Rach Goodrich, Victoria Higley, Maureen Kelly, Marion Knox, Laura J. Lassman, Philip Lee, Claudia Flyzik, Mei Jy Lee, Lewis, John Lewis, John Martin, Paul R. Martin, Amlin Underwriting, Ltd., Hiscox Dedicated Corporate Member, Lt Insurance Company, Boston Old Colony Insurance Company, Continental Insurance Company, Nancy Walsh, Comm Insurance Company of Newark, N.J., CNA Casualty of California, Continental Insurance Company of New Jersey, F Casualty Company of New York, Glens Falls Insurance Company, National Ben Franklin Insurance Company of Illi Insurance Company, Inc., Joviana Mercado, Linda Pascuma, Sean Passananti, Carol Francolini, Helen Pfeifer, Danie Theresa Regan, Armand Reo, Alexander Santoro, Maureen Santoro, Narasimha Sattaluri, Wen Shi, Cynthia Tumulty Zheng, Helen Friedlander, David Ziminski, Robert Bermingham, Mark Bernheimer, Donald DiDomenico, Joseph Do Kathleen Ashton, William Ellis, Jr, Michael Endrizzi, Thomas Fletcher, Mark Goldwasser, Ron Harding, Lisa Friedn Jeremiah Harney, Peter Ioveno, Jurgiel Kazimierz, Robert Keane, Raymond Lachhman, George Lantay, Houssain La Leigh, Vincent LeVien, Jeff Lever, Anne Gabriel, Jerzy Mrozek, Andrew Quinn, Dennis Quinn, Kevin Rogers, Carm Christine Sakoutis, Kemraj Singh, Gary Wendell, Monica M. Gabrielle, Kathleen Ganci, Fiona Havlish, Hector Garc Garcia, Elizabeth Gardner, Diane Genco, Philip Germain, Matthew T. Sellitto, Carol Gies, John J. Gill, Stephen L. C Serina Gillis, Tina Grazioso, All Plaintiffs, Angela Gitto, Meg Bloom Glasser, Sharon Cobb−Glenn, Helene Parisi−G Jodie Goldberg, Mia Gonzalez, Deborah Grazioso, Claudette Greene, Peter Greenleaf, Joanne Gross, Gordon G. Hab Patricia Han, Renne Bacotti Hannafin, Rachel R. Harrell, Sheila Gail Harris, Jennifer L. Harvey, Kelly Hayes, Joann Virginia Hayes, Ann R. Haynes, Theresa Healey, Shirley Henderson, Angelica Allen, Hashim A. Henderson, Karen I Dennis L. Hobbs, Dixie M. Hobbs, Pamela Hohlweck, Kathleen Holland, Rubina Cox−Holloway, Joann T. Howard, John P.O'Neill, Sr., Bridget Hunter, John Patrick O'Neill, Jr, Christine Irene O'Neill, Carol O'Neill, Dorothy A. O'Nei J. Hussa, John Does, Yesenia Ielpi, Frederick Irby, Margaret P. Iskyan, Jennifer Ruth Jacobs, Kazmierz Jakubiak, Le Joseph, Burnett & Ashton Plaintiffs, Salvo Plaintiffs, Tremsky Plaintiffs, Barrera Plaintiffs, Woodly Joseph, Paul Ka Elizabeth H. Keller, Patricia Kellett, Emmet P. Kelly, Rosemary Kempton, Donald Francis Kennedy, Theresa King, I Insurance Company et al., Plaintiffs, Richard I. Klein, Fran LaForte, Edlene C. LaFrance, Collette M. LaFuente, Mor Lamonsoff, Andrea N. LeBlanc, Donald Leistman, Elaine Leinung, Roberta J. Levine, Kathleen Keeler Lozier, Anne MacFarlane, Lisanne MacKenzie, Andrea Maffeo, Pamela Ann Maggitti, Natalie Makshanov, Rebecca L. Marchand, Mascali, Dorothy Mauro, Meryl Mayo, Margaret Donoghue McGinley, Iliana McGinnis, Cynthia F. McGinty, Theres McGovern, Patricia H. McDowell, Joann Meehan, Fryderyk Milewski, Anna Milewski, Amber Miller, Jamie Miller, Andrucki, Diane Miller, Faith Miller, Barbara Minervino, Joanne Modafferi, Anna Mojica, Saradha Moorthy, Virgin Elizabeth Ann Moss, Emily Motroni, Lauren Murphy, Elvira P. Murphy, Port Authority of New York & New Jersey, Fitzgerald & Co., Richard B. Naiman, Edward Navarro, William Nelson, Dana Noonan, William B. Novotny, Willia O'Connor, James Wallace O'Grady, Sheryl J. Oliver, Lisa Palazzo, Donna Paolillo, Helene S. Passaro, Mary Gola Pe Pickford, Nancy Picone, Jean Oslyn Powell, Karen Princiotta, Dominic J. Puopolo, Sr, Patricia Quigley, Francine Ra Deborah Francke, Saad Bin Laden, Maryann Rand, Sadiq Rasool, Susan Rasweiler, Catherine T. Regenhard, Albert T Regenhard, Elizabeth Rego, William D Robbins, Evelyn Rodriguez, Continental Casualty Company, Transcontinenta Company, Transportation Insurance Company, Valley Forge Insurance Company, Martin Rosenbaum, National Fire Company of Hartford, American Casualty Company of Reading, Pennsylvania, Glenna M. Rosenburg, Jill Rosenblu Ross, Lauren Rosenzweig, Claudia Ruggiere, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al., Gi Jr, Andrea Russin, Diane Ryan, Delphine Saada, Pedro Saleme, Barbara Scaramuzzino, Phyllis Schreier, Lori Shulma Simon, Dhanraj Singh, Mark J. Siskopoulos, Mary Andrucki, Donna Smith, Barbara Sohan, Robert Spadafora, Lauri Spampinato, Theresa A. Stack, Gregory Stevens, Plaintiffs PI Executive Committee, Edward J. Sweeney, Eileen Tall Tarasiewicz, Evelyn Tepedino, Raj Thackurdeen, Sat Thackurdeen, Rosanna Thompson, Andrija Tomasevic, Radmil Tomasevic, Kimberly Trimingham−Aiken, Marie Twomey, Victor Ugolyn, Feliciana Umanzor, Virginia Lorene Ros Jasmine Victoria, Plaintiffs Executive Committees, Dawn Brown, Richard Villa, Lucy Virgilio, Diane Wall, Diane M Amy Weaver, Delia Welty, Kristin Galusha−Wild, Patricia Wiswall, Anne M. Wodensheck, Cella Woo−Yeun, Siew- Yeow, Erica Zucker, Nancy Lynn Zuckerman, Aldo Addissi, Edward Arancio, Kathleen M. Arancio, Leonard Ardizz Barbara Ardizzone, Thomas Baez, Joseph Beltrani, Andrew Braun, James Cizikie, Thomas Conroy, Jr, Gibson A. Cr Daly, Robert D'Elia, Thomas Donnelly, Charles Downey, Joseph R. Downey, Timothy L. Frolich, Irene Frolich, Stev Gillespie, Joseph Hands, John Hassett, Alexander Paul Aranyos, James D. Hodges, Netta Issacof, John F. Jermyn, Ar Lederman, Phyllis Lederman, Michael J. Lindy, Sandy Amrita Mahabir, William Martin, Kevin McArdle, James Mc Owen McGovern, Kevin G. Murphy, Janice O'Dell, Timothy Parker, Howard Rice, Louis Schaefer, Scott Schrimpe, George Luis Torres, Robert V. Trivingo, Russell Vomero, Edward Walsh, Philip J. Zeiss, Havlish Plaintiffs, Winifre Margaret Arce, Vice Rose Arestegui, Traci Bosco, Jennifer E. Brady, Patricia Coughlin, Michael Deloughery, Jeanne Lori Fletcher, Armine Giorgetti, Regan Grice−Vega, Elinore Hartz.(rjm, ) (Entered: 10/13/2005) |
| )7/2005 | | ***NOTE TO ATTORNEY TO RE−FILE DOCUMENT − DEFICIENT DOCKET ENTRY ERROR. Note to Attorn Christopher Leonardo to RE−FILE Document 1313 Notice (Other), Notice (Other), 1314 Notice (Other), Notice (Oth (Entered: 10/07/2005) |

| | | |
|---|---|---|
| )7/2005 | 1396 | MEMORANDUM OF LAW in Opposition re: 1115 MOTION to Dismiss. *of Defendant Mar−Jac Poultry, Inc.*. Doc by New York Marine and General Insurance Company. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ru Frank) (Entered: 10/07/2005) |
| )7/2005 | 1397 | MOTION to Dismiss. Document filed by Daral Maal Al Islami Trust. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−07279−RCC(McGuire, James) (Entered: 10/07/2005) |
| )7/2005 | 1398 | MEMORANDUM OF LAW in Support re: 1397 MOTION to Dismiss.. Document filed by Daral Maal Al Islami Tru Associated Cases: 1:03−md−01570−RCC,1:04−cv−07279−RCC(McGuire, James) (Entered: 10/07/2005) |
| )7/2005 | 1399 | MOTION to Dismiss. Document filed by Daral Maal Al Islami Trust. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(McGuire, James) (Entered: 10/07/2005) |
| )7/2005 | 1400 | MOTION to Dismiss. Document filed by Daral Maal Al Islami Trust. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(McGuire, James) (Entered: 10/07/2005) |
| )7/2005 | 1401 | MEMORANDUM OF LAW in Support re: 1400 MOTION to Dismiss.. Document filed by Daral Maal Al Islami Tru Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(McGuire, James) (Entered: 10/07/2005) |
| )7/2005 | 1402 | MOTION to Dismiss. Document filed by Daral Maal Al Islami Trust. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(McGuire, James) (Entered: 10/07/2005) |
| )7/2005 | 1403 | MEMORANDUM OF LAW in Support re: 1402 MOTION to Dismiss.. Document filed by Daral Maal Al Islami Tru Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(McGuire, James) (Entered: 10/07/2005) |
| )7/2005 | 1404 | MOTION to Dismiss. Document filed by Daral Maal Al Islami Trust. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01923−RCC(McGuire, James) (Entered: 10/07/2005) |
| )7/2005 | 1405 | MEMORANDUM OF LAW in Support re: 1404 MOTION to Dismiss.. Document filed by Daral Maal Al Islami Tru Associated Cases: 1:03−md−01570−RCC,1:04−cv−01923−RCC(McGuire, James) (Entered: 10/07/2005) |
| .2/2005 | 1407 | ENDORSED LETTER addressed to Judge Richard C. Casey from Sean P. Carter dated 10/7/05 re: GRANTED reque Honor approve the filing of the Federal Insurance Plaintiffs' First Amended Complaint in light of the fact that service counsel was made in a timely and proper fashion on 9/30/05. (Signed by Judge Richard C. Casey on 10/11/05) (rjm, ) 10/13/2005) |
| .4/2005 | 1408 | MODIFIED STIPULATION AS TO BRIEFING SCHEDULE RELATING TO COMPLAINTS CONSOLIDATED MDL 1570: It is hereby stipulated and agreed, by and between Plaintiffs in all of the referenced cases consolidated ui MDL 1570 and Defendant Yousef Jameel, by and through their undersigned counsel, that the briefing schedule shall by 15 days, thereby making Mr. Jameel's Reply to Plaintiff's Opposition to Motion to Dismiss the Complaints due on 10/31/2005. (Filing date changed from 10/13/05 to 10/14/05 due to date of Judge's signature). (Signed by Judge Rich Casey on 10/14/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC,1:04−cv−06105−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC(rj (Entered: 10/17/2005) |
| .7/2005 | 1409 | MOTION for Extension of Time *Motion for an Order Adjourning Indefinately the Time For Defendant Faisal Islami Sudan to Respond to Recent Pleadings*. Document filed by Faisal Islamic Bank. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(La (Entered: 10/17/2005) |
| .7/2005 | 1410 | NOTICE of Motion for an Order Adjourning Indefinately the Time for Defendant Faisal Islamic Bank − Sudan to Re Recent Pleadings. Document filed by Faisal Islamic Bank. (Lauro, John) (Entered: 10/17/2005) |
| .8/2005 | 1411 | MOTION to Dismiss *Notice of Motion*. Document filed by Council on American−Islamic Relations (CAIR). Filed In Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05' 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Omar) (Entered: 10/18/2005) |
| .8/2005 | 1412 | FILING ERROR − WRONG DOCUMENT TYPE SELECTED FROM MENU− MOTION to Dismiss. Document fil Council on American−Islamic Relations (CAIR). Filed In Associated Cases: |

| | | |
|---|---|---|
| | | 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Omar) Modified on 10/25/2005 (dlw, ). (Entered: 10/18/2005) |
| .8/2005 | 1413 | FILING ERROR − WRONG DOCUMENT TYPE SELECTED FROM MENU − MOTION to Dismiss *Declaration* *Hack*. Document filed by Council on American−Islamic Relations (CAIR). Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Omar) Modified on 10/25/2005 (dlw, ). (Entered: 10/18/2005) |
| .8/2005 | 1414 | RESPONSE in Support re: 1189 MOTION to Dismiss.. Document filed by Sheik Hamad Al−Husaini. Filed In Assoc Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 10/18/2005) |
| .8/2005 | 1415 | RESPONSE in Support re: 1186 MOTION to Dismiss., 84 MOTION to Dismiss for Lack of Jurisdiction *the Third A* *Complaint (Burnett)*., 81 MOTION to Dismiss for Lack of Jurisdiction *the Third Amended Complaint (Burnett)*.. Doc by Safar Al−Hawali. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 10/18/2005) |
| .8/2005 | 1416 | RESPONSE in Support re: 85 MOTION to Dismiss for Lack of Jurisdiction *the Third Amended Complaint (Burnett)*. MOTION to Dismiss.. Document filed by Abdullah Muhsen Al Turki. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 10/18/2005) |
| .8/2005 | 1417 | RESPONSE in Support re: 1177 MOTION to Dismiss., 83 MOTION to Dismiss for Lack of Jurisdiction *the Third A* *Complaint (Burnett)*.. Document filed by Saleh Al−Hussayen. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 10/18/2005) |
| .8/2005 | 1418 | RESPONSE in Support re: 1180 MOTION to Dismiss., 98 MOTION to Dismiss for Lack of Jurisdiction *the Third A* *Complaint (Burnett)*.. Document filed by Abdullah Bin Saleh Al−Obaid. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 10/18/2005) |
| .8/2005 | 1419 | RESPONSE in Support re: 1192 MOTION to Dismiss.. Document filed by Talal Mohammed Badkook. Filed In Asso Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 10/18/2005) |
| .8/2005 | 1420 | RESPONSE in Support re: 1195 MOTION to Dismiss.. Document filed by Adnan Basha. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 10/18/2005) |

| | | |
|---|---|---|
| .8/2005 | 1421 | RESPONSE in Support re: 86 MOTION to Dismiss for Lack of Jurisdiction *the Third Amended Complaint (Burnett).* MOTION to Dismiss.. Document filed by Shahir Abdulraoof Batterjee. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 10/18/2005) |
| .8/2005 | 1422 | RESPONSE in Support re: 1201 MOTION to Dismiss., 97 MOTION to Dismiss for Lack of Jurisdiction *the Third A Complaint (Burnett)*.. Document filed by Mohammed Ali Sayed Mushayt, Mushayt for Trading Company. Filed In A Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 10/18/2005) |
| .8/2005 | 1423 | RESPONSE in Support re: 1204 MOTION to Dismiss., 87 MOTION to Dismiss for Lack of Jurisdiction *the Third A Complaint (Burnett)*.. Document filed by Abdullah Omar Naseef. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 10/18/2005) |
| .8/2005 | 1424 | RESPONSE in Support re: 99 MOTION to Dismiss for Lack of Jurisdiction *the Third Amended Complaint (Burnett).* MOTION to Dismiss.. Document filed by Saudi Red Crescent. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 10/18/2005) |
| .8/2005 | 1425 | RESPONSE in Support re: 892 MOTION to Dismiss., 654 MOTION to Dismiss *the Consolidated Personal Injury P (Ashton, Burnett, O'Neill, Salvo, and Tremsky)*., 655 MOTION to Dismiss *the Consolidated Personal Injury Complai (Ashton, Burnett, Salvo, and Tremsky)*., 656 MOTION to Dismiss *the Consolidated Property Damage and Insurance (Cantor Fitzgerald, Continental Casualty, Euro Brokers, Federal Insurance, NY Marine, and World Trade Center P* 657 MOTION to Dismiss *the Consolidated Property Damage and Insurance Complaints (Continental Casualty, Eur Federal Insurance, NY Marine, and World Trade Center Properties)*.. Document filed by Al Haramain Islamic Foun Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 10/18/2005) |
| .9/2005 | 1426 | NOTICE of Notice of Motion to Dismiss Complaint Pursuant to Rule 12(B)(6) For Failure to State a Claim. Docume Ahmed Totonji, Mohammed Jaghlit, Sterling Management Group, Inc., African Muslim Agency, Grove Corporate, I Heritage Education Trust, International Institute of Islamic Thought, Mar−Jac Investments, Inc., Reston Investments, Trust, York Foundation, Sterling Charitable Gift Fund, Mena Corporation. (Barentzen, Steven) Modified on 10/20/2 (Entered: 10/19/2005) |
| .9/2005 | 1427 | NOTICE of Appearance by Richard Castello on behalf of Aradi, Inc. (Castello, Richard) (Entered: 10/19/2005) |
| .9/2005 | 1428 | MEMORANDUM OF LAW in Support *of Motion to Dismiss Pursuant to Rule 12(B)(6) For Failure To State A Clai* Document filed by Ahmed Totonji, Mohammed Jaghlit, Mena Corporation, Sterling Management Group, Inc., Africa Agency, Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar−Jac Investi Reston Investments, Inc., Safa Trust, York Foundation, Sterling Charitable Gift Fund. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ba Steven) (Entered: 10/19/2005) |
| .9/2005 | 1429 | ANSWER to Complaint. Document filed by Jamal Barzinji.(Barentzen, Steven) (Entered: 10/19/2005) |
| .9/2005 | 1430 | NOTICE of Appearance by Richard Castello on behalf of Aradi, Inc. (Castello, Richard) (Entered: 10/19/2005) |

| | | |
|---|---|---|
| 20/2005 | 1431 | NOTICE of of Motion to Dismiss Aradi, Inc.. Document filed by Aradi, Inc.. (Castello, Richard) (Entered: 10/20/200 |
| 20/2005 | 1432 | MOTION to Dismiss *Memorandum in Support to Dismiss Aradi, Inc*. Document filed by Aradi, Inc.. Filed In Associa 1:03−md−01570−RCC,1:03−cv−06978−RCC(Castello, Richard) (Entered: 10/20/2005) |
| 21/2005 | 1433 | MOTION to Dismiss *Notice of Motion*. Document filed by Mena Corporation, Sterling Management Group, Inc., Afr Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar−Ja Investments, Inc., Reston Investments, Inc., Safa Trust, York Foundation, Sterling Charitable Gift Fund. Filed In Ass Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ba Steven) (Entered: 10/21/2005) |
| 21/2005 | 1434 | MEMORANDUM OF LAW in Support re: 1433 MOTION to Dismiss *Notice of Motion*.. Document filed by Mena C Sterling Management Group, Inc., African Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, Interna Institute of Islamic Thought, Mar−Jac Investments, Inc., Reston Investments, Inc., Safa Trust, York Foundation, Ster Charitable Gift Fund. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ba Steven) (Entered: 10/21/2005) |
| 24/2005 | 1435 | REPLY MEMORANDUM OF LAW in Support re: 1106 MOTION to Dismiss for Lack of Jurisdiction *MEMORANI SUPPORT OF MOTION*., 1100 MOTION to Dismiss for Lack of Jurisdiction *and Insufficient Service of Process*., 11 MOTION to Dismiss for Lack of Jurisdiction *and Insufficient Service of Process*.. Document filed by Martin Watche Watcher, Sercor Treuhand Anstalt, Asat Trust Reg.. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Go David) (Entered: 10/24/2005) |
| 24/2005 | 1436 | DECLARATION of Dr. Friedrich Wohlmacher in Support re: 1106 MOTION to Dismiss for Lack of Jurisdiction *MEMORANDUM IN SUPPORT OF MOTION*., 1100 MOTION to Dismiss for Lack of Jurisdiction *and Insufficient S Process*., 1101 MOTION to Dismiss for Lack of Jurisdiction *and Insufficient Service of Process*.. Document filed by Watcher, Erwin Watcher, Sercor Treuhand Anstalt, Asat Trust Reg.. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Go David) (Entered: 10/24/2005) |
| 24/2005 | 1437 | DECLARATION of Dr. Friedrich Wohlmacher in Support re: 1106 MOTION to Dismiss for Lack of Jurisdiction *MEMORANDUM IN SUPPORT OF MOTION*., 1100 MOTION to Dismiss for Lack of Jurisdiction *and Insufficient S Process*., 1101 MOTION to Dismiss for Lack of Jurisdiction *and Insufficient Service of Process*.. Document filed by Watcher, Erwin Watcher, Sercor Treuhand Anstalt, Asat Trust Reg.. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Go David) (Entered: 10/24/2005) |
| 24/2005 | 1438 | MOTION to Dismiss *for Failure to State a Claim and Lack of Subject Matter Jurisdiction*. Document filed by Al Bar Investment and Development Corporation, Saleh Abdullah Kamel, Dallah Al Baraka Group LLC. Responses due by Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Martin) (Entered: 10/24/2005) |
| 24/2005 | 1439 | MEMORANDUM OF LAW in Support re: 1438 MOTION to Dismiss *for Failure to State a Claim and Lack of Subj Jurisdiction*.. Document filed by Al Baraka Investment and Development Corporation, Saleh Abdullah Kamel, Dallal Group LLC. (Attachments: # 1 A# 2 B)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC |

| | | |
|---|---|---|
| | | 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Martin) (Entered: 10/24/2005) |
| 24/2005 | 1440 | NOTICE of Appearance by Monica Pa on behalf of Banca Del Gottardo (Pa, Monica) (Entered: 10/24/2005) |
| 24/2005 | 1441 | REPLY MEMORANDUM OF LAW in Support re: 1115 MOTION to Dismiss.. Document filed by Mar−Jac Poultry In Associated Cases: 1:03−md−01570−RCC,1:04−cv−06105−RCC(Parker, Wilmer) (Entered: 10/24/2005) |
| 24/2005 | 1442 | ENDORSED LETTER addressed to Judge Richard C. Casey from Omar Mohammedi dated 10/21/05 re: Denial of R WAMY International for page limit increase from 25 pages to 35 pages, to file consolidate motions (to dismiss addre property damage actions and to dismiss addressing personal injury actions...). (Signed by Judge Richard C. Casey on (rjm, ) (Entered: 10/25/2005) |
| 25/2005 | | ***NOTE TO ATTORNEY TO RE−FILE DOCUMENT − DOCUMENT TYPE ERROR. Note to Attorney Omar M to RE−FILE Document 1412 MOTION to Dismiss. Use the document type Memorandum of Law in Support of Moti under the document list Responses and Replies. (dlw ) (Entered: 10/25/2005) |
| 25/2005 | | ***NOTE TO ATTORNEY TO RE−FILE DOCUMENT − DOCUMENT TYPE ERROR. Note to Attorney Omar M to RE−FILE Document 1413 MOTION to Dismiss *Declaration of Ally Hack*. Use the document type Declaration in S Motion found under the document list Responses and Replies. (dlw ) (Entered: 10/25/2005) |
| 25/2005 | 1443 | MEMORANDUM OF LAW in Support re: 1411 MOTION to Dismiss *Notice of Motion*.. Document filed by Counci American−Islamic Relations (CAIR). Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Omar) (Entered: 10/25/2005) |
| 25/2005 | 1444 | DECLARATION of Ally Hack in Support re: 1411 MOTION to Dismiss *Notice of Motion*.. Document filed by Coun American−Islamic Relations (CAIR). Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Omar) (Entered: 10/25/2005) |
| 27/2005 | 1445 | CONSENT MOTION AND STIPULATION AS TO SUPPLEMENTAL MEMORANDA AND EXTENSION OF T 11/4/05, DMI S.A. and/or DMI Trust shall serve & file 3 supplemental memoranda, no to exceed 10 pages each. DM respond to the O'Neill ptffs' First Consol. Complaint; DMI Trust shall respond to the Ashton ptffs' Sixth Amended C and DMI Trust shall respond to the Continental Casualty ptffs' Second Amended Complaint and DMI S.A. & DMI T respond to the NY Marine ptffs' Second Amended Complaint. The time provided in the Global Stipulation for ptffs to partially consolidated opposition to the motions submitted by DMI S.A. shall be extended to & through 12/5/05, and time provided in the Global Stipulation for ptffs, who will now be deemed to include the Continental Casualty ptffs, t partially consolidated opposition to the motions by DMI Trust shall be extended to 12/19/05. DMI S.A. shall file repl the Cantor Fitzgerald & O'Neill actions on 1/13/06; in the Burnett D.C. N.Y., World Trade Center Props., and Euro B actions on 1/20/06; and in the Federal Insurance action on 1/27/06. DMI Trust shall file reply pprs. in the NY Marine Continental Casualty, and Federal Insurance action on 1/27/06; in the Ashton, Cantor Fitzgerald, and O'Neill actions and in the Burnett D.C., Burnett N.Y., WTC Props., and Euro Brokers actions on 2/10/06... and as further set forth in (Signed by Judge Richard C. Casey on 10/27/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−09849−RCC, 1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC,1:04−cv−07065−RCC,1:04−cv−07279−RCC, 1:04−cv−07280−RCC(rjm, ) (Entered: 10/28/2005) |
| 28/2005 | 1446 | NOTICE of Appearance by Lawrence H. Schoenbach. Document filed by Yeslam M. Bin Laden. (Gauch, James) (Er 10/28/2005) |
| 28/2005 | 1447 | MOTION to Dismiss *Plaintiffs' Complaints in Ashton, Federal Insurance, Continental Casualty, and New York Mari Prejudice*. Document filed by Abdulrahman Bin Mahfouz. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Cu John) (Entered: 10/28/2005) |

| | | |
|---|---|---|
| 28/2005 | 1448 | MEMORANDUM OF LAW in Support re: 1447 MOTION to Dismiss *Plaintiffs' Complaints in Ashton, Federal Insu Continental Casualty, and New York Marine With Prejudice*.. Document filed by Abdulrahman Bin Mahfouz. Filed I Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Cu John) (Entered: 10/28/2005) |
| 28/2005 | 1449 | FILING ERROR − DEFICIENT DOCKET ENTRY − (WRONG PARTY SELECTED) − MOTION to Dismiss *Noti Motion*. Document filed by Ahmed Totonji, Mohammed Jaghlit, Aaran Money Wire Service, Inc., Iqbal Unus (Yunu Muhammad Ashraf, M. Omar Ashraf, Taha Jaber Al−Alwani, M. Yaqub Mirza. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ba Steven) Modified on 11/1/2005 (gf, ). (Entered: 10/28/2005) |
| 28/2005 | 1450 | MEMORANDUM OF LAW in Support re: 1449 MOTION to Dismiss *Notice Of Motion*.. Document filed by Ahmed Mohammed Jaghlit, Iqbal Unus (Yunus), Muhammad Ashraf, M. Omar Ashraf, Taha Jaber Al−Alwani, M. Yaqub M In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ba Steven) (Entered: 10/28/2005) |
| 28/2005 | 1451 | MOTION to Dismiss *Plaintiffs' Complaints in Burnett, Federal Insurance, Continental Casualty, Euro Brokers, New Marine, and World Trade Center*. Document filed by Yeslam M. Bin Laden. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ga James) (Entered: 10/28/2005) |
| 28/2005 | 1452 | MEMORANDUM OF LAW in Support re: 1451 MOTION to Dismiss *Plaintiffs' Complaints in Burnett, Federal Ins Continental Casualty, Euro Brokers, New York Marine, and World Trade Center*.. Document filed by Yeslam M. Bin (Attachments: # 1 Exhibit A# 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ga James) (Entered: 10/28/2005) |
| 31/2005 | 1453 | MOTION to Dismiss *Notice of Motion*. Document filed by Ahmed Totonji, Iqbal Yunus, Mohammed Jaghlit, Muhan Ashraf, M. Omar Ashraf, M. Yaqub Mirza, Taha Al Alwani. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ba Steven) (Entered: 10/31/2005) |
| 31/2005 | 1454 | REPLY MEMORANDUM OF LAW in Support re: 1057 MOTION to Dismiss *for Lack of Jurisdiction or Failure to Claim*.. Document filed by Yousef Jameel. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Di (Entered: 10/31/2005) |
| 31/2005 | 1455 | DECLARATION of Viet D. Dinh in Support re: 1057 MOTION to Dismiss *for Lack of Jurisdiction or Failure to Sta* Document filed by Yousef Jameel. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)Filed In Assoc Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Di (Entered: 10/31/2005) |

| | | |
|---|---|---|
| )1/2005 | 1456 | MOTION to Dismiss *Notice of Motion*. Document filed by World Assembly of Muslim Youth. Filed In Associated C 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Omar) (Entered: 11/01/2005) |
| )1/2005 | 1457 | DECLARATION of Omar T. Mohammedi in Support re: 1456 MOTION to Dismiss *Notice of Motion*.. Document fi Wamy International, Inc., World Assembly of Muslim Youth. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Omar) (Entered: 11/01/2005) |
| )1/2005 | 1458 | MOTION to Dismiss *Notice of Motion*. Document filed by Wamy International, Inc.. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Omar) (Entered: 11/02/2005) |
| )1/2005 | 1459 | CERTIFICATE OF SERVICE of Motion to Dismiss on November 1, 2005. Document filed by Wamy International, Assembly of Muslim Youth. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Omar) (Entered: 11/02/2005) |
| )2/2005 | 1460 | FILING ERROR − WRONG PDF FILE ASSOCIATED WITH DOCKET ENTRY − MEMORANDUM OF LAW ir re: 1458 MOTION to Dismiss *Notice of Motion*., 1456 MOTION to Dismiss *Notice of Motion*. *Personal Injury Plain* Document filed by Wamy International, Inc., World Assembly of Muslim Youth. (Attachments: # 1)Filed In Associa 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Omar) Modified on 11/8/2005 (gf, ). (Entered: 11/02/2005) |
| )2/2005 | 1461 | STIPULATION AS TO SERVICE OF PROCESS AND EXTENSION OF TIME TO RESPOND TO COMPLAINTS CONSOLIDATED UNDER MDL 1570. It is agreed by & between Ptffs in all of the referenced cases consolidated u MDL 1570 & Deft. Al Shamal Islamic Bank, by & through their undersigned counsel, that the undersigned Deft's cou hereby agrees that Al Shamal was properly served with the complaint in each of the referenced cases. The Plaintiffs p claims for relief under the "RICO" Act shall serve their respective RICO Statements concerning Al Shamal, on or bef 12/16/05. Al Shamal shall file a consolidated motion to dismiss the Complaint in each of the referenced cases by 1/16 and as further set forth in said order. (Signed by Judge Richard C. Casey on 11/1/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−06978−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC, 1:04−cv−06105−RCC,1:04−cv−07065−RCC(rjm, ) (Entered: 11/02/2005) |
| )2/2005 | 1462 | MEMORANDUM OF LAW in Support re: 1458 MOTION to Dismiss *Notice of Motion*., 1456 MOTION to Dismiss *Motion*.. Document filed by Wamy International, Inc., World Assembly of Muslim Youth. (Attachments: # 1)Filed In Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Omar) (Entered: 11/02/2005) |
| )3/2005 | 1464 | MEMORANDUM OF LAW in Opposition re: 1392 MOTION to Dismiss *(corrected)*. *Jerry S. Goldman*. Document Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(G Jerry) (Entered: 11/03/2005) |
| )3/2005 | 1465 | STIPULATION AND ORDER of dismissal that plaintiffs Continental Casualty Co., etal. and defendants SNCB Corp Finance Ltd., SNCB Securities, Ltd. (London), and SNCB Secutities, Inc. (Delaware), wrongly sued herein as SNCB |

| | | |
|---|---|---|
| | | Ltd. in NY, have agreed and hereby stipulate to the dismissal of above mentioned defendants without prejudice... eac bear its own attorneys' fees, costs, and expenses. (Signed by Judge Richard C. Casey on 11/1/05) Filed In Associated 1:03−md−01570−RCC,1:04−cv−05970−RCC(rjm, ) (Entered: 11/04/2005) |
| )3/2005 | 1466 | STIPULATION WITH REGARD TO RULING ON MOTION TO DISMISS OF DEFT. PRINCE NAIF BIN ABDU SAUD IN RELATED CASES. The parties hereto adopt as a binding order in the Action, with regard to Prince Naif, t Opinion of this Court dated 9/21/05, deciding the Consolidated Motion. In the event the order is appealed, the parties adopt as a binding order in the Action, with regard to Prince Naif, any subsequent rulings by any appellate courts witl the Order. All further proceedings in the Action with regard to Prince Naif are stayed pending the resolution of the Co Motion. After resolution of the Consolidated Motion, if the Court, with regard to the cases covered by the Consolidat orders or requires the filing of any answer by Prince Naif and/or orders or permits discovery w/regard to Prince Naif, requirement or permission will apply to the Action, as well. (Signed by Judge Richard C. Casey on 11/1/05) Filed In Cases: 1:03−md−01570−RCC,1:04−cv−06105−RCC(rjm, ) (Entered: 11/04/2005) |
| )4/2005 | 1467 | MOTION for Dean Arnold and Marshall Mintz to Withdraw as Attorney. Document filed by Sami Omar Al−Hussay Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Scott) (Entered: 11/04/2005) |
| )4/2005 | 1468 | MOTION to Dismiss *Notice of Motion*. Document filed by Taha Jaber Al−Alwani. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC(Barentzen, Steven) (Entered: 11/04/2005) |
| )4/2005 | 1469 | DECLARATION of Steven K. Barentzen in Support re: 1468 MOTION to Dismiss *Notice of Motion*.. Document file Jaber Al−Alwani. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC(Barentzen, Steven) (Ente 11/04/2005) |
| )4/2005 | 1470 | MEMORANDUM OF LAW in Support re: 1468 MOTION to Dismiss *Notice of Motion*.. Document filed by Taha Ja Al−Alwani. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC(Barentzen, Steven) (Entered: 1 |
| )4/2005 | 1471 | SUPPLEMENTAL MEMORANDUM OF LAW in Support re: 1375 MOTION to Dismiss *the Ashton action*.. Docur by Daral Maal Al Islami Trust. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC(McGuire, J (Entered: 11/04/2005) |
| )4/2005 | 1472 | SUPPLEMENTAL MEMORANDUM OF LAW in Support re: 888 MOTION to Dismiss., 1264 MOTION to Dismis *Continental Casualty and New York Marine & General Insurance actions*.. Document filed by Daral Maal Al Islami Administrative Services S.A.. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−06105−RCC(McGuire, Ja (Entered: 11/04/2005) |
| )4/2005 | 1473 | SUPPLEMENTAL MEMORANDUM OF LAW in Support re: 1215 MOTION to Dismiss *the O'Neill action*.. Docur by DMI Administrative Services S.A.. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01923−RCC(Mc James) (Entered: 11/04/2005) |
| )9/2005 | 1474 | STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINTS CONSOLIDATED UNDER MDL 1570. I between counsel for Federal Insurance Plaintiffs, represented by Sean Carter & on behalf of all Plaintiffs in the captio and counsel for Defendants World Assembly of Muslim Youth in Saudi Arabia and the World Assembly of Muslim Y International represented by the Law Firm of Omar T. Mohammedi that the parties' request is granted for an extensio for the Defendants WAMY SA and WAMY USA to answer or otherwise move against the referenced complaints by and as further set forth in said order. (Signed by Judge Richard C. Casey on 11/9/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC,1:04−cv−07279−RCC, 1:04−cv−07280−RCC(rjm, ) (Entered: 11/10/2005) |
| )9/2005 | 1475 | ENDORSED LETTER addressed to Judge Richard C. Casey from Jodi W. Flowers dated 11/4/05 re: Denial of plaint for leave to file a sur−reply to the Reply Memorandum of Law in Support of Motion to Dismiss filed by Defendant Y Jameel on 10/31/05. (Signed by Judge Richard C. Casey on 11/9/05) (rjm, ) (Entered: 11/10/2005) |
| .0/2005 | 1476 | ORDER ENDORSEMENT on attached Motion for pro hac vice admission of Amy Berman Jackson on behalf of Def Wachter, Erwin Wachter, Sercor Treuhand Anstalt, and Asat Trust Reg. Motion, Declaration in Support & Certificate (Signed by Judge Richard C. Casey on 11/9/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC,1:04−cv−01923−RCC(rjm, ) (Entered: 11/10/2005) |
| .1/2005 | 1477 | NOTICE of Supplemental Authority Regarding the "Golden Chain" re: 587 Reply Memorandum of Law in Support c 505 Memorandum of Law in Oppisition to Motion,, 1454 Reply Memorandum of Law in Support of Motion,,, 53 MC Dismiss., 1253 Memorandum of Law in Oppisition to Motion,,, 331 Reply Memorandum of Law in Support of Motic MOTION to Dismiss *Burnett (DC)*., 152 Memorandum of Law in Oppisition to Motion, 1057 MOTION to Dismiss *f Jurisdiction or Failure to State a Claim*., 101 FIRST MOTION to Dismiss *12(b)(2), 12(b)5 and 12(b)(6)*., 495 Reply |

| | | |
|---|---|---|
| | | Memorandum of Law in Support of Motion,, 863 MOTION to Dismiss *Abdullah Al Rajhi*. MOTION to Dismiss for l Jurisdiction *Abdullah Al Rajhi*. MOTION to Dismiss *Abdullah Al Rajhi*. MOTION to Dismiss for Lack of Jurisdictio *Al Rajhi*. MOTION to Dismiss *Abdullah Al Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Abdullah Al Rajhi*., Memorandum of Law in Support of Motion,,,, 264 Reply Memorandum of Law in Support of Motion,, 1243 Memora Law in Oppisition to Motion,,,, 865 MOTION to Dismiss *Saleh Al Rajhi*. MOTION to Dismiss for Lack of Jurisdictio *Rajhi*. MOTION to Dismiss *Saleh Al Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Saleh Al Rajhi*. MOTION t *Saleh Al Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Saleh Al Rajhi*., 1146 Memorandum of Law in Oppisiti Motion,,,, 1189 MOTION to Dismiss., 1029 Memorandum of Law in Oppisition to Motion,,,, 1052 Reply Memorand in Support of Motion,,,, 1053 Reply Memorandum of Law in Support of Motion,,,, 867 MOTION to Dismiss *Abdull* MOTION to Dismiss for Lack of Jurisdiction *Abdullah Al Rajhi*. MOTION to Dismiss *Abdullah Al Rajhi*. MOTION for Lack of Jurisdiction *Abdullah Al Rajhi*. MOTION to Dismiss *Abdullah Al Rajhi*. MOTION to Dismiss for Lack o Jurisdiction *Abdullah Al Rajhi*., 359 MOTION to Dismiss for Lack of Jurisdiction *Lack of Personal Jurisdiction*., 12 Memorandum of Law in Support of Motion,,, 1032 Memorandum of Law in Oppisition to Motion,,,, 238 Memorandu in Oppisition to Motion, 1013 MOTION to Dismiss., 215 Memorandum of Law in Oppisition to Motion,,, 869 MOT Dismiss *Sulaiman Al Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Sulaiman Al Rajhi*. MOTION to Dismiss *S* *Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Sulaiman Al Rajhi*. MOTION to Dismiss *Sulaiman Al Rajhi*. MC Dismiss for Lack of Jurisdiction *Sulaiman Al Rajhi*., 1268 Reply Memorandum of Law in Support of Motion,,, 299 M Dismiss., 52 MOTION to Dismiss., 82 MOTION to Dismiss for Lack of Jurisdiction *the Third Amended Complaint (* 459 Memorandum of Law in Oppisition to Motion,, 203 Reply Memorandum of Law in Support of Motion, 1035 Me of Law in Oppisition to Motion,,,, 492 Reply Memorandum of Law in Support of Motion,, 272 Memorandum of Law Oppisition to Motion,,,. Document filed by Estate of John P.O'Neill, Sr., John Patrick O'Neill, Jr, Burnett & Ashton F Federal Insurance Company et al., Plaintiffs, Cantor Fitzgerald & Co., Euro Brokers Inc., et al., World Trade Center LLC, et al.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Elsner, Michael) (Entered: 11/11/2005) |
| .1/2005 | 1478 | CONSENT MOTION for Extension of Time to File Answer. Document filed by International Islamic Relief Organization(IIRO). Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(McMahon, Martin) (E 11/11/2005) |
| .1/2005 | 1479 | CONSENT MOTION for Extension of Time to File Answer *To Federal Insurance Complaint*. Document filed by Int Islamic Relief Organization(IIRO). Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(McMal (Entered: 11/11/2005) |
| .1/2005 | 1480 | CONSENT MOTION for Extension of Time to File Answer *to Ashton Complaint*. Document filed by International Is Relief Organization(IIRO). Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC(McMahon, Ma (Entered: 11/11/2005) |
| .1/2005 | 1481 | CONSENT MOTION for Extension of Time to File Answer *to Ashton Complaint*. Document filed by Wa'el Jalaidan. Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC(McMahon, Martin) (Entered: 11/11/2005) |
| .1/2005 | 1482 | CONSENT MOTION for Extension of Time to File Answer *to Burnett Complaint*. Document filed by Wa'el Jalaidan Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(McMahon, Martin) (Entered: 11/11/2005) |
| .1/2005 | 1483 | CONSENT MOTION for Extension of Time to File Answer *to Federal Insurance Complaint*. Document filed by Wa Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(McMahon, Martin) (Entered: 11/11/2005) |
| .4/2005 | 1484 | AFFIDAVIT of ANDREW J. MALONEY III, ESQ. in Support. Document filed by Kathleen Ashton. (Attachments: CLERK'S CERTIFICATE OF DEFAULT)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC( Vincent) (Entered: 11/14/2005) |
| .4/2005 | 1485 | AFFIDAVIT of ANDREW J. MALONEY III, ESQ. in Support. Document filed by Kathleen Ashton. (Attachments: CLERK'S CERTIFICATE OF DEFAULT)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC( Vincent) (Entered: 11/14/2005) |
| .4/2005 | 1486 | NOTICE of Corrected Filing re: 1243 Memorandum of Law in Oppisition to Motion,,,. Document filed by Burnett Pl Federal Insurance Company et al., Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al., Ne Marine and General Insurance Company. (Elsner, Michael) (Entered: 11/14/2005) |
| .6/2005 | 1487 | STIPULATION AND ORDER Setting the Schedule for Defendants Jamal Barzinji, Muhammad Ashraf, M. Omar A Yaqub Mirza, Iqbal Unus, Ahmed Totonji and Mihammed Jaghlit to respond to Plaintiffs' Sixth Amended Consolidat Complaint... Defendants shall have 30 days from the Court's approval of this stipulation to move to dismiss the amen complaint. Plaintiffs shall have 60 days from the date on which they are served with Defendant's motion to dismiss to opposition papers to those motions. Defendants shall file reply papers within 30 days from the date on which they are with Plaintiffs' opposition. This stipulation supersedes all previous stipulations between Plaintiffs and Defendants. (S Judge Richard C. Casey on 11/7/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC(rjm, ) 11/17/2005) |

| | | |
|---|---|---|
| .7/2005 | 1488 | STIPULATION AND ORDER OF VOLUNTARY DISMISSAL. It is hereby agreed by and between plaintiff, Estate O'Neill, Sr., etal. and Metalor a/k/a La Groupe Metalor a/k/a La Groupe Metalor Technologies a/k/a Metalor Group a Metalor Technologies SA a/k/a Metalor Technologies International SA that the actions 04−1923 & 04−1076, as part referenced multi−district litigation... are hereby voluntarily dismissed, in their entirety, without prejudice... each party own fees, costs and expenses. (Signed by Judge Richard C. Casey on 11/17/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC,1:04−cv−01923−RCC(rjm, ) (Entered: 11/18/2005) |
| .7/2005 | 1506 | STIPULATION WITH REGARD TO RULINGS ON MOTION TO DISMISS OF DEFT. HRH PRINCE SALMAN ABDULAZIZ AL−SAUD IN RELATED CASES. The parties hereto adopt as a binding order in the Action, with reg Prince Salman, the Opinion & Order of this Court dated 9/21/05, deciding the Consolidated Motion. In the event the appealed, the parties hereto will adopt as a binding order in the Action, with regard to Prince Salman, any subsequent any appellate courts with regard to the Order. (Signed by Judge Richard C. Casey on 11/17/05) Filed In Associated C 1:03−md−01570−RCC,1:04−cv−06105−RCC(rjm, ) (Entered: 11/23/2005) |
| .8/2005 | 1489 | RICO STATEMENT *Applicable to Aradi, Inc.*. Document filed by Euro Brokers Inc., et al.. (Attachments: # 1 Exhib Exhibit B)(Elsner, Michael) (Entered: 11/18/2005) |
| .8/2005 | 1490 | RICO STATEMENT *Applicable to Aradi, Inc.*. Document filed by World Trade Center Properties LLC, et al.. (Attac Exhibit A)(Elsner, Michael) (Entered: 11/18/2005) |
| .8/2005 | 1491 | MEMORANDUM OF LAW in Opposition re: 1468 MOTION to Dismiss *Notice of Motion*.. Document filed by Esta P.O'Neill, Sr.. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Go Jerry) (Entered: 11/18/2005) |
| .8/2005 | 1492 | DECLARATION of Joshua M Ambush in Opposition re: 1468 MOTION to Dismiss *Notice of Motion*.. Document fi Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Go Jerry) (Entered: 11/18/2005) |
| .8/2005 | 1493 | DECLARATION of Gina M. MacNeill in Opposition re: 1468 MOTION to Dismiss *Notice of Motion*.. Document fil Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Go Jerry) (Entered: 11/18/2005) |
| .8/2005 | 1494 | DECLARATION of Jerry S. Goldman in Opposition re: 1468 MOTION to Dismiss *Notice of Motion*.. Document file of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Go Jerry) (Entered: 11/18/2005) |
| .8/2005 | 1495 | MOTION Strike Defendant Taha Al Alwani's Motion to Dismiss, to Amend Plaintiff's Complaint, for Leave to File F Statement, For Reconsideration of the Court's Decision Relative to the Filing of A RICO Statement and other Relief. filed by Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Go Jerry) (Entered: 11/18/2005) |
| .8/2005 | 1496 | MEMORANDUM OF LAW in Support re: 1495 MOTION Strike Defendant Taha Al Alwani's Motion to Dismiss, to Plaintiff's Complaint, for Leave to File RICO Statement, For Reconsideration of the Court's Decision Relative to the RICO Statement and other Relief.. Document filed by Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, |

| | | |
|---|---|---|
| | | 1:04–cv–07065–RCC,1:04–cv–07216–RCC,1:04–cv–07279–RCC,1:04–cv–07280–RCC,1:04–cv–07281–RCC(Go Jerry) (Entered: 11/18/2005) |
| .8/2005 | 1497 | DECLARATION of Joshua M. Ambush in Support re: 1495 MOTION Strike Defendant Taha Al Alwani's Motion to to Amend Plaintiff's Complaint, for Leave to File RICO Statement, For Reconsideration of the Court's Decision Rela Filing of A RICO Statement and other Relief.. Document filed by Estate of John P.O'Neill, Sr.. Filed In Associated C 1:03–md–01570–RCC,1:02–cv–06977–RCC,1:02–cv–07300–RCC–FM,1:03–cv–05071–RCC,1:03–cv–05738–RC 1:03–cv–06978–RCC,1:03–cv–07036–RCC,1:03–cv–08591–RCC,1:03–cv–09848–RCC,1:03–cv–09849–RCC, 1:04–cv–01076–RCC,1:04–cv–01922–RCC,1:04–cv–01923–RCC,1:04–cv–05970–RCC,1:04–cv–06105–RCC, 1:04–cv–07065–RCC,1:04–cv–07216–RCC,1:04–cv–07279–RCC,1:04–cv–07280–RCC,1:04–cv–07281–RCC(Go Jerry) (Entered: 11/18/2005) |
| .8/2005 | 1498 | DECLARATION of Gina M. MacNeill in Support re: 1495 MOTION Strike Defendant Taha Al Alwani's Motion to Amend Plaintiff's Complaint, for Leave to File RICO Statement, For Reconsideration of the Court's Decision Relativ Filing of A RICO Statement and other Relief.. Document filed by Estate of John P.O'Neill, Sr.. Filed In Associated C 1:03–md–01570–RCC,1:02–cv–06977–RCC,1:02–cv–07300–RCC–FM,1:03–cv–05071–RCC,1:03–cv–05738–RC 1:03–cv–06978–RCC,1:03–cv–07036–RCC,1:03–cv–08591–RCC,1:03–cv–09848–RCC,1:03–cv–09849–RCC, 1:04–cv–01076–RCC,1:04–cv–01922–RCC,1:04–cv–01923–RCC,1:04–cv–05970–RCC,1:04–cv–06105–RCC, 1:04–cv–07065–RCC,1:04–cv–07216–RCC,1:04–cv–07279–RCC,1:04–cv–07280–RCC,1:04–cv–07281–RCC(Go Jerry) (Entered: 11/18/2005) |
| .8/2005 | 1499 | DECLARATION of Jerry S. Goldman in Support re: 1495 MOTION Strike Defendant Taha Al Alwani's Motion to I Amend Plaintiff's Complaint, for Leave to File RICO Statement, For Reconsideration of the Court's Decision Relativ Filing of A RICO Statement and other Relief.. Document filed by Estate of John P.O'Neill, Sr.. Filed In Associated C 1:03–md–01570–RCC,1:02–cv–06977–RCC,1:02–cv–07300–RCC–FM,1:03–cv–05071–RCC,1:03–cv–05738–RC 1:03–cv–06978–RCC,1:03–cv–07036–RCC,1:03–cv–08591–RCC,1:03–cv–09848–RCC,1:03–cv–09849–RCC, 1:04–cv–01076–RCC,1:04–cv–01922–RCC,1:04–cv–01923–RCC,1:04–cv–05970–RCC,1:04–cv–06105–RCC, 1:04–cv–07065–RCC,1:04–cv–07216–RCC,1:04–cv–07279–RCC,1:04–cv–07280–RCC,1:04–cv–07281–RCC(Go Jerry) (Entered: 11/18/2005) |
| 21/2005 | 1500 | MOTION to Dismiss *Notice of Motion*. Document filed by World Assembly of Muslim Youth. Filed In Associated C 1:03–md–01570–RCC,1:02–cv–06977–RCC,1:02–cv–07300–RCC–FM,1:03–cv–05071–RCC,1:03–cv–05738–RC 1:03–cv–06978–RCC,1:03–cv–07036–RCC,1:03–cv–08591–RCC,1:03–cv–09848–RCC,1:03–cv–09849–RCC, 1:04–cv–01076–RCC,1:04–cv–01922–RCC,1:04–cv–01923–RCC,1:04–cv–05970–RCC,1:04–cv–06105–RCC, 1:04–cv–07065–RCC,1:04–cv–07216–RCC,1:04–cv–07279–RCC,1:04–cv–07280–RCC,1:04–cv–07281–RCC(M Omar) (Entered: 11/21/2005) |
| 21/2005 | 1501 | DECLARATION of Omar T. Mohammedi in Support re: 1500 MOTION to Dismiss *Notice of Motion*.. Document fil Wamy International, Inc., World Assembly of Muslim Youth. Filed In Associated Cases: 1:03–md–01570–RCC,1:02–cv–06977–RCC,1:02–cv–07300–RCC–FM,1:03–cv–05071–RCC,1:03–cv–05738–RC 1:03–cv–06978–RCC,1:03–cv–07036–RCC,1:03–cv–08591–RCC,1:03–cv–09848–RCC,1:03–cv–09849–RCC, 1:04–cv–01076–RCC,1:04–cv–01922–RCC,1:04–cv–01923–RCC,1:04–cv–05970–RCC,1:04–cv–06105–RCC, 1:04–cv–07065–RCC,1:04–cv–07216–RCC,1:04–cv–07279–RCC,1:04–cv–07280–RCC,1:04–cv–07281–RCC(M Omar) (Entered: 11/21/2005) |
| 22/2005 | 1502 | MEMORANDUM OF LAW in Support re: 1500 MOTION to Dismiss *Notice of Motion*.. Document filed by Wamy International, Inc., World Assembly of Muslim Youth. (Attachments: # 1)Filed In Associated Cases: 1:03–md–01570–RCC,1:02–cv–06977–RCC,1:02–cv–07300–RCC–FM,1:03–cv–05071–RCC,1:03–cv–05738–RC 1:03–cv–06978–RCC,1:03–cv–07036–RCC,1:03–cv–08591–RCC,1:03–cv–09848–RCC,1:03–cv–09849–RCC, 1:04–cv–01076–RCC,1:04–cv–01922–RCC,1:04–cv–01923–RCC,1:04–cv–05970–RCC,1:04–cv–06105–RCC, 1:04–cv–07065–RCC,1:04–cv–07216–RCC,1:04–cv–07279–RCC,1:04–cv–07280–RCC,1:04–cv–07281–RCC(M Omar) (Entered: 11/22/2005) |
| 22/2005 | 1503 | DECLARATION of Ally Hack in Support re: 1502 Memorandum of Law in Support of Motion,,., DECLARATION Hack re: 1502 Memorandum of Law in Support of Motion,,. Document filed by Wamy International, Inc., World Ass Muslim Youth. Filed In Associated Cases: 1:03–md–01570–RCC,1:02–cv–06977–RCC,1:02–cv–07300–RCC–FM,1:03–cv–05071–RCC,1:03–cv–05738–RC 1:03–cv–06978–RCC,1:03–cv–07036–RCC,1:03–cv–08591–RCC,1:03–cv–09848–RCC,1:03–cv–09849–RCC, 1:04–cv–01076–RCC,1:04–cv–01922–RCC,1:04–cv–01923–RCC,1:04–cv–05970–RCC,1:04–cv–06105–RCC, 1:04–cv–07065–RCC,1:04–cv–07216–RCC,1:04–cv–07279–RCC,1:04–cv–07280–RCC,1:04–cv–07281–RCC(M Omar) (Entered: 11/22/2005) |
| 22/2005 | 1504 | MOTION to Dismiss. Document filed by Abdullah Bin Laden. Filed In Associated Cases: 1:03–md–01570–RCC,1:02–cv–06977–RCC,1:02–cv–07300–RCC–FM,1:03–cv–05071–RCC,1:03–cv–05738–RC 1:03–cv–06978–RCC,1:03–cv–07036–RCC,1:03–cv–08591–RCC,1:03–cv–09848–RCC,1:03–cv–09849–RCC, 1:04–cv–01076–RCC,1:04–cv–01922–RCC,1:04–cv–01923–RCC,1:04–cv–05970–RCC,1:04–cv–06105–RCC, 1:04–cv–07065–RCC,1:04–cv–07216–RCC,1:04–cv–07279–RCC,1:04–cv–07280–RCC,1:04–cv–07281–RCC(Ga |

| | | |
|---|---|---|
| | | James) (Entered: 11/22/2005) |
| 22/2005 | 1505 | MEMORANDUM OF LAW in Support re: 1504 MOTION to Dismiss. *Ashton, Burnett, Federal Insurance, Continen Casualty, Euro Brokers, New York Marine, World Trade Center Properties*. Document filed by Abdullah Bin Laden. (Attachments: # 1 Affidavit of Abdullah A. Binladin)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ga James) (Entered: 11/22/2005) |
| 22/2005 | 1507 | ORDER Initial Conference set for 12/2/2005 11:30 AM before Judge Richard C. Casey in Courtroom 23A for oral ar the pending motions for consolidation, appointment of lead plaintiff, and approval of selection of lead counsel; Any a admitted to practice in this District is directed to apply for admission pro hac vice purs. to Rule 1.3 of the Local Rules District Court for the Southern & Eastern Districts of New York; and, all future orders shall be filed with the caption unless otherwise indicated. (Signed by Judge Sidney H. Stein on 11/22/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(rjm (Entered: 11/23/2005) |
| 22/2005 | | ***DELETED DOCUMENT. Deleted document number 1507 ORDER. The document was incorrectly filed in this c (Entered: 11/23/2005) |
| 28/2005 | 1508 | MEMORANDUM OF LAW in Opposition re: 1304 MOTION to Dismiss *New York Marine*., 1388 MOTION to Dism *Continental Casualty, Burnett, WTC, Euro Brokers, Federal Insurance*., 1302 MOTION to Dismiss *the Continental C and Federal Insurance actions*., 1385 MOTION to Dismiss *NY Marine*. *ABDUL AZIZ BIN IBRAHIM AL−IBRAHIM IBRAHIM BIN ABDUL AZIZ BIN IBRAHIM AL−IBRAHIM FOUNDATION*. Document filed by Federal Insurance C al., Plaintiffs. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Fe Elliott) (Entered: 11/28/2005) |
| 28/2005 | 1509 | AFFIRMATION of ADAM C. BONIN in Opposition re: 1304 MOTION to Dismiss *New York Marine*., 1388 MOTI Dismiss *Continental Casualty, Burnett, WTC, Euro Brokers, Federal Insurance*., 1302 MOTION to Dismiss *the Con Casualty and Federal Insurance actions*., 1385 MOTION to Dismiss *NY Marine*.. Document filed by Federal Insurar Company et al., Plaintiffs. (Attachments: # 1 Exhibit EXHIBITS 1 − 3)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Fe Elliott) (Entered: 11/28/2005) |
| 28/2005 | 1510 | STIPULATION WITH REGARD TO RULINGS ON MOTIONS TO DISMISS OF DEFENDANTS HRH PRINCE ABDULAZIZ AL−SAUD, HRH PRINCE SALMAN BIN ABDULAZIZ AL−SAUD, AND THE SAUDI HIGH COMMISSION IN RELATED CASES... The parties hereby adopt as a binding order in the Action, only as to Prince Prince Salman, and the SHC, the Opinion & Order of this Court dated 9/21/05 deciding the Consolidated Motions. Th agree to apply as binding only those portions of the order regarding Prince Naif, Prince Salman and the SHC. The rer the order, including rulings as to other defendants named thereto, is not the subject of or covered by this stipulation... further set forth in said stipulation. (Signed by Judge Richard C. Casey on 11/28/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−07065−RCC(rjm, ) (Entered: 11/29/2005) |
| 30/2005 | 1511 | MOTION for Entry of Judgment under Rule 54(b) *Notice of Motion of HRH Prince Mohamed Al Faisal Al Saud for Judgment Pursuant to Federal Rule of Civil Procedure 54(b)*. Document filed by Mohammed Al Faisal Al Saud. File Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Al Tracey) (Entered: 11/30/2005) |
| 30/2005 | 1512 | MOTION for Entry of Judgment under Rule 54(b). Document filed by Turki Al Faisal Al Saud, Sultan Bin Abdulazi Naif Bin Abdulaziz Al Saud, Saudi High Commission, The Kingdom of Saudi Arabia, Salman Bin Abdulaziz Al Sau Associated Cases: |

| | | |
|---|---|---|
| | | 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ke Michael) (Entered: 11/30/2005) |
| 30/2005 | 1513 | MEMORANDUM OF LAW in Support re: 1511 MOTION for Entry of Judgment under Rule 54(b) *Notice of Motior Prince Mohamed Al Faisal Al Saud for Entry of Judgment Pursuant to Federal Rule of Civil Procedure 54(b)*. Docur by Mohammed Al Faisal Al Saud. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−06978−RCC,1:03−cv−09849−RC 1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−07065−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC (A Tracey)(kkc, ) (Entered: 11/30/2005) |
| 30/2005 | 1514 | MEMORANDUM OF LAW in Support re: 1512 MOTION for Entry of Judgment under Rule 54(b). *Memorandum o Support of Motion of the FSIA Defendants for Entry of Final Judgment Pursuant to Federal Rule of Civil Procedure* Document filed by Sultan Bin Abdulaziz Al Saud, Naif Bin Abdulaziz Al Saud, The Kingdom of Saudi Arabia, Salm Abdulaziz Al Saud, Prince Turki Al Faisal Al Saud. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ke Michael) (Entered: 11/30/2005) |
| 01/2005 | 1515 | MOTION to Dismiss *Complaints*. Document filed by Saudi High Commission, Salman Bin Abdulaziz Al Saud, Naif Abdulaziz Al Saud. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Je William) (Entered: 12/01/2005) |
| 01/2005 | 1516 | MEMORANDUM OF LAW in Support re: 1515 MOTION to Dismiss *Complaints*.. Document filed by Saudi High Commission, Salman Bin Abdulaziz Al Saud, Naif Bin Abdulaziz Al Saud. (Attachments: # 1 Exhibit A# 2 Exhibit E C)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Je William) (Entered: 12/01/2005) |
| 01/2005 | 1517 | DECLARATION of Gina M. Mac Neill, Esquire in Opposition re: 1468 MOTION to Dismiss *Notice of Motion*.. Doc by Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Gina) (Entered: 12/01/2005) |
| 01/2005 | 1518 | DECLARATION of Jerry S. Goldman, Esquire in Opposition re: 1468 MOTION to Dismiss *Notice of Motion*.. Docu by Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Gina) (Entered: 12/01/2005) |
| 01/2005 | 1519 | DECLARATION of Gina M. Mac Neill, Esquire in Support re: 1495 MOTION Strike Defendant Taha Al Alwani's M Dismiss, to Amend Plaintiff's Complaint, for Leave to File RICO Statement, For Reconsideration of the Court's Deci Relative to the Filing of A RICO Statement and other Relief.. Document filed by Estate of John P.O'Neill, Sr.. Filed I Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Gina) (Entered: 12/01/2005) |

| | | |
|---|---|---|
| )1/2005 | 1520 | DECLARATION of Jerry S. Goldman, Esquire in Support re: 1495 MOTION Strike Defendant Taha Al Alwani's Mo Dismiss, to Amend Plaintiff's Complaint, for Leave to File RICO Statement, For Reconsideration of the Court's Decis Relative to the Filing of A RICO Statement and other Relief.. Document filed by Estate of John P.O'Neill, Sr.. Filed I Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ma Gina) (Entered: 12/01/2005) |
| )1/2005 | 1521 | MEMORANDUM OF LAW in Support re: 1511 MOTION for Entry of Judgment under Rule 54(b) *Notice of Motion Prince Mohamed Al Faisal Al Saud for Entry of Judgment Pursuant to Federal Rule of Civil Procedure 54(b). [COR* Document filed by Mohammed Al Faisal Al Saud. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Al Tracey) (Entered: 12/01/2005) |
| )1/2005 | 1522 | REPLY MEMORANDUM OF LAW in Support re: 1392 MOTION to Dismiss *(corrected)*.. Document filed by Banc Gottardo. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01923−RCC(Pa, Monica) (Entered: 12/01/200 |
| )1/2005 | 1523 | FILING ERROR − DEFICIENT DOCKET ENTRY − PARTY SELECTION ERROR − REPLY MEMORANDUM Support re: 1468 MOTION to Dismiss *Notice of Motion*.. Document filed by Ahmed Totonji, Hisham Al−Talib, Iqba Jamal Barzinji, Mohammed Jaghlit, Mena Corporation, Sterling Management Group, Inc., African Muslim Agency, C Corporate, Inc., Heritage Education Trust, International Institute of Islamic Thought, Mar−Jac Investments, Inc., Res Investments, Inc., Safa Trust, York Foundation, Sterling Charitable Gift Fund, Muhammad Ashraf, M. Omar Ashraf, Al−Alwani, M. Yaqub Mirza, Saar Foundation. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ba Steven) Modified on 12/5/2005 (mj, ). (Entered: 12/01/2005) |
| )1/2005 | 1524 | FILING ERROR − DEFICIENT DOCKET ENTRY − PARTY SELECTION ERROR − MEMORANDUM OF LAW Opposition re: 1495 MOTION Strike Defendant Taha Al Alwani's Motion to Dismiss, to Amend Plaintiff's Complain to File RICO Statement, For Reconsideration of the Court's Decision Relative to the Filing of A RICO Statement and Relief.. Document filed by Ahmed Totonji, Hisham Al−Talib, Iqbal Yunus, Jamal Barzinji, Mohammed Jaghlit, Men Corporation, Sterling Management Group, Inc., African Muslim Agency, Grove Corporate, Inc., Heritage Education International Institute of Islamic Thought, Mar−Jac Investments, Inc., Reston Investments, Inc., Safa Trust, York Fou Sterling Charitable Gift Fund, Muhammad Ashraf, M. Omar Ashraf, Taha Jaber Al−Alwani, M. Yaqub Mirza, Saar F Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ba Steven) Modified on 12/5/2005 (mj, ). (Entered: 12/01/2005) |
| )1/2005 | 1525 | DECLARATION of Steven K. Barentzen in Opposition re: 1495 MOTION Strike Defendant Taha Al Alwani's Motio Dismiss, to Amend Plaintiff's Complaint, for Leave to File RICO Statement, For Reconsideration of the Court's Decis Relative to the Filing of A RICO Statement and other Relief.. Document filed by Taha Jaber Al−Alwani. (Attachmen Exhibit A# 2 Exhibit B# 3 Errata C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M# 14 Exhibit N# 15 Exhibit O# 16 Exhibit P)Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC(Barentzen, Steven) (Entered: 12/01/2005) |
| )2/2005 | 1526 | MOTION for Sanctions *Pursuant to Rule 11*. Document filed by Taha Jaber Al−Alwani. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC(Barentzen, Steven) (Entered: 12/02/2005) |
| )2/2005 | 1527 | MEMORANDUM OF LAW in Support re: 1526 MOTION for Sanctions *Pursuant to Rule 11*.. Document filed by T Al−Alwani. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC(Barentzen, Steven) (Entered: 1 |
| )2/2005 | 1528 | DECLARATION of Steven K. Barentzen in Support re: 1526 MOTION for Sanctions *Pursuant to Rule 11*.. Docume Taha Jaber Al−Alwani. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)Filed In Associated Cas 1:03−md−01570−RCC,1:04−cv−01076−RCC(Barentzen, Steven) (Entered: 12/02/2005) |
| )5/2005 | 1529 | ANSWER to Amended Complaint. Document filed by International Islamic Relief Organization(IIRO). Related docu Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Susa |

Joseph Donovan,, Carmen Garcia,, Hector Garcia,, John Does,, Maryland Casualty Company,, Pacific Indemnity Cor
Port Authority of New York & New Jersey,, Dennis Quinn,, Kevin Quinn,, William D Robbins,, Vigilant Insurance C
Federal Insurance Company,, Valley Forge Insurance Company,, All Plaintiffs,, Allstate Insurance Company,, Great
Insurance Company,, National Fire Insurance Company of Hartford,, Continental Casualty Company,, Patricia Cougl
Rogers,, Fidelity And Deposit Company of Maryland,, Transcontinental Insurance Company,, Transportation Insurar
Company,, Andrew Quinn,, North River Insurance Company,, Northern Insurance Company of New York,, Edward J
Shirley Henderson,, Michael Puckett,, Mark Barbieri,, Seneca Insurance Company, Inc.,, Cantor Fitzgerald & Co.,, Z
American Insurance Company,, James Boyle,, American Zurich Insurance Company,, Diane Miller,, William Ellis, J
American Guarantee and Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Melvin C. Lewis,, Wil
Nelson,, David M. Bernstein,, Pedro Saleme,, Chubb Insurance Company of Canada,, Chubb Insurance Company of
Jersey,, Edward Walsh,, United States Fire Insurance Company,, Steadfast Insurance Company,, William Martin,, Co
Insurance Company,, Benjamin Arroyo,, Thomas Fletcher,, John Martin,, Assurance Company of America,, Glens Fa
Insurance Company,, American Alternative Insurance Corporation,, Brian Barry,, Dawn Brown,, American Casualty
of Reading, Pennsylvania,, One Beacon Insurance Company,, Commercial Insurance Company of Newark, N.J.,, Chu
Insurance Company,, Deena Burnett,, Kathleen Ashton,, Josephine Alger,, Angelica Allen,, George Andrucki,, Mary
Winifred Aranyos,, Margaret Arce,, Margit Arias,, Evelyn Aron,, Nancy Badagliacca,, Christina Baksh,, Joanne Barb
F. Barkow,, Nina Barnes,, Jeannine P. Baron,, Jane Bartels,, Kimberly Kaipaka Beaven,, Michelle Bedigan,, Susan B
Madeline Bergin,, Miriam M. Biegeleisen,, Christine Bini,, Neil B. Blass,, Kris A. Blood,, Dorothy Ann Bogdan,, Ma
Boisseau,, Kathleen Box,, David Brace,, Curtis Fred Brewer,, Hillary A. Briley,, Ursula Broghammer,, JoAnne Bruel
B. Bruno,, Susan E. Buhse,, Elizabeth R. Burns,, James C. Cahill,, James W. Cahill,, Kathleen Cahill,, Deborah Cald
Calia,, Jacqueline Cannizzaro,, Cathy A. Carilli,, Toni Ann Carroll,, Judith Casoria,, Tracy Ann Taback Catalano,, Sa
Catarelli,, Gina Cayne,, Suk Tan Chin,, Catherine T. Regenhard,, Edward P. Ciafardini,, Lisa DiLallo Clark,, Yuko C
Maryann Colin,, Julia Collins,, Patricia Coppo,, Edith Cruz,, Ildefonso A. Cua,, Linda Curia,, David Edward Cushing
D'Antonio,, Beril Sofia DeFeo,, Vincent J. Della Bella,, Todd DeVito,, Milagros Diaz,, Dhanmatee Sam,, Maria DiPi
Stacey Fran Dolan,, Rosalie Downey,, Jay Charles Dunne,, Stanley Eckna,, Denise Esposito,, Dennis Euleau,, Marya
Clifford Tempesta,, Dorothy Tempesta,, Melissa Van Ness Fatha,, Steven Feidelberg,, Wendy Feinberg,, Charlene Fi
Flannery,, Robert T. Folger,, Kurt Foster,, Claudia Flyzik,, Nancy Walsh,, Carol Francolini,, Helen Friedlander,, Lisa
Anne Gabriel,, Walter Tremsky,, Eileen F. Colligan,, Paul Quinn,, Monica M. Gabrielle,, Kathleen Ganci,, Elizabeth
Diane Genco,, Philip Germain,, Carol Gies,, John J. Gill,, Serina Gillis,, Angela Gitto,, Meg Bloom Glasser,, Sharon
Cobb−Glenn,, Jodie Goldberg,, Mia Gonzalez,, Deborah Grazioso,, Claudette Greene,, Peter Greenleaf,, Joanne Gros
Haag,, Gordon G. Haberman,, Patricia Han,, Renne Bacotti Hannafin,, Dorothy Garcia,, Benhardt R. Wainio,, Perry S
Basmattie Bishundat,, Rachel R. Harrell,, Sheila Gail Harris,, Jennifer L. Harvey,, Kelly Hayes,, Virginia Hayes,, The
Healey,, Hashim A. Henderson,, Karen Hinds,, Dennis L. Hobbs,, Dixie M. Hobbs,, Pamela Hohlweck,, Kathleen Ho
Rubina Cox−Holloway,, Joann T. Howard,, Bridget Hunter,, Kathryn J. Hussa,, Yesenia Ielpi,, Frederick Irby,, Jenni
Jacobs,, Kazmierz Jakubiak,, Leila M. Joseph,, Woodly Joseph,, Paul Kaufman,, Elizabeth H. Keller,, Patricia Kellett
Kelly,, Rosemary Kempton,, Donald Francis Kennedy,, Richard I. Klein,, Fran LaForte,, Edlene C. LaFrance,, Collet
LaFuente,, Morris D. Lamonsoff,, Andrea N. LeBlanc,, Donald Leistman,, Elaine Leinung,, Roberta J. Levine,, Kathl
Lozier,, Anne MacFarlane,, Lisanne MacKenzie,, Andrea Maffeo,, Pamela Ann Maggitti,, Natalie Makshanov,, Rebe
Marchand,, Lori Mascali,, Dorothy Mauro,, Meryl Mayo,, Margaret Donoghue McGinley,, Iliana McGinnis,, Cynthia
McGinty,, Theresa McGovern,, Patricia H. McDowell,, Joann Meehan,, Fryderyk Milewski,, Anna Milewski,, Ambe
Jamie Miller,, Faith Miller,, Barbara Minervino,, Joanne Modafferi,, Anna Mojica,, Saradha Moorthy,, Elizabeth Ann
Emily Motroni,, Lauren Murphy,, Elvira P. Murphy,, Richard B. Naiman,, Edward Navarro,, Dana Noonan,, William
Novotny,, James Wallace O'Grady,, Sheryl J. Oliver,, Lisa Palazzo,, Donna Paolillo,, Helene S. Passaro,, Mary Gola
Linda Pickford,, Nancy Picone,, Jean Oslyn Powell,, Karen Princiotta,, Dominic J. Puopolo, Sr., Patricia Quigley,, Fr
Raggio,, Deborah Francke,, Maryann Rand,, Sadiq Rasool,, Susan Rasweiler,, Albert T. Regenhard,, Elizabeth Rego,
Rosenbaum,, Glenna M. Rosenburg,, Jill Rosenblum,, Lauren Rosenzweig,, Claudia Ruggiere,, Gilbert Ruiz, Jr., And
Diane Ryan,, Delphine Saada,, Barbara Scaramuzzino,, Phyllis Schreier,, Lori Shulman,, Eileen Simon,, Dhanraj Sing
Siskopoulos,, Donna Smith,, Barbara Sohan,, Robert Spadafora,, Laurie Spampinato,, Theresa A. Stack,, Eileen Tallo
Tarasiewicz,, Evelyn Tepedino,, Raj Thackurdeen,, Sat Thackurdeen,, Rosanna Thompson,, Andrija Tomasevic,, Rad
Tomasevic,, Kimberly Trimingham−Aiken,, Marie Twomey,, Victor Ugolyn,, Feliciana Umanzor,, Virginia Lorene F
Valvo,, Jasmine Victoria,, Richard Villa,, Lucy Virgilio,, Diane Wall,, Diane M. Walsh,, Amy Weaver,, Delia Welty,
Galusha−Wild,, Patricia Wiswall,, Anne M. Wodensheck,, Cella Woo−Yeun,, Siew−Som Yeow,, Erica Zucker,, Nan
Zuckerman,, Aldo Addissi,, Edward Arancio,, Kathleen M. Arancio,, Leonard Ardizzone,, Barbara Ardizzone,, Thom
Joseph Beltrani,, Andrew Braun,, James Cizikie,, Thomas Conroy, Jr., Gibson A. Craig,, Bradley Daly,, Robert D'Eli
Donnelly,, Charles Downey,, Joseph R. Downey,, Timothy L. Frolich,, Irene Frolich,, Steven M. Gillespie,, Joseph H
Hassett,, James D. Hodges,, Netta Issacof,, John F. Jermyn,, Arnold Lederman,, Phyllis Lederman,, Michael J. Lindy
Amrita Mahabir,, Kevin McArdle,, James McGetrick,, Owen McGovern,, Kevin G. Murphy,, Janice O'Dell,, Timothy
Howard Rice,, Louis Schaefer,, Scott Schrimpe,, Scott Ting,, George Luis Torres,, Robert V. Trivingo,, Russell Vom
J. Zeiss,, Virginia Bauer,, Linda E. Thorpe,, Gladys Salvo,, Harry Ong, Jr., William O'Connor,, Jennifer E. Brady,, A
Jeanne M. Evans,, Vice Rose Arestegui,, Lori Fletcher,, Traci Bosco,, Mathilda Geidel,, Regan Grice−Vega,, Elinore
Veronica Klares,, Jerline Lewis,, Michael Deloughery,, Bettyann Martineau,, Virginia McKeon,, Olga Merino,, Warr
Monroe,, Amy Farnum,, Kevin Mount,, Armine Giorgetti,, Charles Schmidt,, Colleen Holohan,, Roberta Kellerman,,
Lauterbach,, Ingrid M. Lenihan,, Jeffrey Lovit,, Merrilly E. Noeth,, Janlyn Scauso,, Nancy Shea,, Holli Silver,, Robir
Theurkauf,, Joseph A. Tiesi,, Anthony Vincelli,, Lena Whittaker,, Madeleine A. Zuccala,, Andrezej Cieslik,, Domeni

| | | |
|---|---|---|
| | | Damiano,, Warren Hayes,, Evelyn Rodriguez,, Armando Bardales,, Yvonne V. Abdool,, Josephine Acquaviva,, Kara Jean Adams,, Jessica Murrow−Adams,, Stephen Alderman,, Elizabeth Alderman,, Karium Ali,, Michael J. Allen,, Le Alvarez,, Jocelyne Ambroise,, Thomas Arias,, Cynthia Arnold,, Philipson Azenabor,, John P. Baeszler,, Kim Barbarc J. Meehan, III, Daryl Joseph Meehan,, Edmund Barry,, Gila Barzvi,, Boris Bililovsky,, Suzanne J. Berger,, Robert J. Joanne F. Betterly,, John Bonomo,, Krystyna Boryczewski,, Michele Boryczewski,, Julia Boryczewski,, Desiree A. Gerasimovich,, Kathleen M. Buckley,, Javier Burgos,, Chubb Indemnity Insurance Company,, Prakash Bhatt,, Willia Sr., Camille Doyle,, Maureen Kelly,, Chiemi York,, Robert Keane,, One Beacon America Insurance Company,, Hous Lazaar,, Co−Conspirators,, Jennifer Tarantino,, H. Michael Keden,, Nancy Ann Foster,, Beverly Burnett,, Mary Marg Jurgens,, Martha Burnett O'Brien,, William Doyle,, Doreen Lutter,, Christine R. Huhn,, Lynn B. Pescherine,, Boston Insurance Company,, Paul R. Martin,, Rachel W. Goodrich,, Ernesto Barrera,, Gregory Stevens,, Sharlene M. Beckw A. Reed,, Benito Colon,, Victoria Higley,, Marion Knox,, Laura J. Lassman,, Philip Lee,, Mei Jy Lee,, John Lewis,, J Mercado,, Linda Pascuma,, Sean Passananti,, Helen Pfeifer,, Daniel Polatsch,, Theresa Regan,, Armand Reo,, Alexar Santoro,, Maureen Santoro,, Narasimha Sattaluri,, Wen Shi,, Cynthia Tumulty,, Yun Yu Zheng,, David Ziminski,, Rc Bermingham,, Mark Bernheimer,, Donald DiDomenico,, Michael Endrizzi,, Mark Goldwasser,, Ron Harding,, Jerem Harney,, Peter Ioveno,, Jurgiel Kazimierz,, Raymond Lachhman,, George Lantay,, Joyce Leigh,, Vincent LeVien,, Je Jerzy Mrozek,, Carmen Romero,, Christine Sakoutis,, Kemraj Singh,, Gary Wendell,, Colonial American Casualty ar Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Ins Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, The Princeton Ex Surplus Lines Insurance Company,, Jane Alderman,, Stephen Jezycki,, Catherine Jezycki,, Michael Jezycki,, Jennifer Richard D. Allen,, Luke C. Allen,, Judith M. Aiken,, Lauren Arias Lucchini,, Lorraine Arias Beliveau,, Tara Bane,, A Granville,, Nicholas Barbaro,, Carol Barbaro,, Kevin W. Barry,, Maureen Barry,, Emma Tisnovskiy,, Leonid Tisnovs Rostyslav Tisnovskiy,, Frances Berdan,, John Benedetto,, Rina Rabinowitz,, Maria Giordano,, Ondina Bennett,, Mur Bernstein,, Norma Bernstein,, Irene Bilcher,, Lillian Bini,, Rosemarie Corvino,, Bhola P. Bishundat,, Miles Bilcher,, Bonomo,, Sharon Booker,, Rose Booker,, Michael Boryczewski,, John C. Buckley,, Jane M. Smithwick,, Fiona Havl Thomas Burnett,, National Ben Franklin Insurance Company of Illinois,, Alexander Paul Aranyos,, Michael Girdano, Steiner,, Clara Chirchirillo,, Ellen L. Saracini,, TheresaAnn Lostrangio,, Thomas E. Burnett, Sr., Judith Reiss,, Willia Patricia J. Perry,, Matthew T. Sellitto,, Ralph Maerz, Jr., Linda Panik,, Martin Panik,, Martina Lyne−Ann Panik,, Ste Cartledge,, Tina Grazioso,, Jin Liu,, Lynn Allen,, Helene Parisi−Gnazzo,, Ann R. Haynes,, John Patrick O'Neill, Jr., King,, Judi A. Ross,, Fiona Havlish,, Grace M. Parkinson−Godshalk,,, Loisanne Diehl,, Alfred Acquaviva,, James Al Andrew Aris,, Donald Aris,, Madelyn Conroy Allen,, George Bonomo,, Estate of John P.O'Neill, Sr.,, Burnett Plainti Frederick Alger,, Hiscox Dedicated Corporate Member, Ltd.,, Michael J. Novotny,, Christine Irene O'Neill,, Carol O' Dorothy A. O'Neill,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Continental Insurance Company of Ne Fidelity and Casualty Company of New York,, Joann Meehan,, Burnett & Ashton Plaintiffs,, Barrera Plaintiffs,, Tren Plaintiffs,, Salvo Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, Saad Bin Laden,, World Trade Center Prop et al.,, Euro Brokers Inc., et al.,, Plaintiffs PI Executive Committee,, Plaintiffs Executive Committees,, Havlish Plaintiffs,.(McMahon, Martin) (Entered: 12/05/2005) |
| )5/2005 | | ***NOTE TO ATTORNEY TO RE−FILE DOCUMENT − DEFICIENT DOCKET ENTRY ERROR. Note to Attorr Barentzen to RE−FILE Document 1523 Reply Memorandum of Law in Support of Motion,,,,. ERROR(S): Party Sele Additional Parties selected. Document Spreading Error: Filing Spread to additional cases. (mj, ) (Entered: 12/05/2005 |
| )5/2005 | | ***NOTE TO ATTORNEY TO RE−FILE DOCUMENT − DEFICIENT DOCKET ENTRY ERROR. Note to Attorr Barentzen to RE−FILE Document 1524 Memorandum of Law in Oppisition to Motion,,,,,. ERROR(S): Party Selectio Additional Parties selected. Document Spreading Error: Filing Spread to additional cases. (mj, ) (Entered: 12/05/2005 |
| )5/2005 | 1530 | REPLY MEMORANDUM OF LAW in Support re: 1468 MOTION to Dismiss *Notice of Motion*.. Document filed by Al−Alwani. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC(Barentzen, Steven) (Entered: 1 |
| )5/2005 | 1531 | MEMORANDUM OF LAW in Opposition re: 1495 MOTION Strike Defendant Taha Al Alwani's Motion to Dismis Plaintiff's Complaint, for Leave to File RICO Statement, For Reconsideration of the Court's Decision Relative to the RICO Statement and other Relief.. Document filed by Taha Jaber Al−Alwani. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC(Barentzen, Steven) (Entered: 12/05/2005) |
| )5/2005 | 1532 | ANSWER to Amended Complaint. Document filed by Wa'el Jalaidan. Related document: 1463 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Susan Brady,, Donovan,, Carmen Garcia,, Hector Garcia,, John Does,, Maryland Casualty Company,, Pacific Indemnity Company,, Authority of New York & New Jersey,, Dennis Quinn,, Kevin Quinn,, William D Robbins,, Vigilant Insurance Comp Federal Insurance Company,, Valley Forge Insurance Company,, All Plaintiffs,, Allstate Insurance Company,, Great Insurance Company,, National Fire Insurance Company of Hartford,, Continental Casualty Company,, Patricia Cougl Rogers,, Fidelity And Deposit Company of Maryland,, Transcontinental Insurance Company,, Transportation Insurar Company,, Andrew Quinn,, North River Insurance Company,, Northern Insurance Company of New York,, Edward Shirley Henderson,, Michael Puckett,, Mark Barbieri,, Seneca Insurance Company, Inc.,, Cantor Fitzgerald & Co.,, Z American Insurance Company,, James Boyle,, American Zurich Insurance Company,, Diane Miller,, William Ellis, J American Guarantee and Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Melvin C. Lewis,, Wil Nelson,, David M. Bernstein,, Pedro Saleme,, Chubb Insurance Company of Canada,, Chubb Insurance Company of Jersey,, Edward Walsh,, United States Fire Insurance Company,, Steadfast Insurance Company,, William Martin,, Co |

Insurance Company,, Benjamin Arroyo,, Thomas Fletcher,, John Martin,, Assurance Company of America,, Glens Fa
Insurance Company,, American Alternative Insurance Corporation,, Brian Barry,, Dawn Brown,, American Casualty
of Reading, Pennsylvania,, One Beacon Insurance Company,, Commercial Insurance Company of Newark, N.J.,, Chu
Insurance Company,, Deena Burnett,, Kathleen Ashton,, Josephine Alger,, Angelica Allen,, George Andrucki,, Mary
Winifred Aranyos,, Margaret Arce,, Margit Arias,, Evelyn Aron,, Nancy Badagliacca,, Christina Baksh,, Joanne Barb
F. Barkow,, Nina Barnes,, Jeannine P. Baron,, Jane Bartels,, Kimberly Kaipaka Beaven,, Michelle Bedigan,, Susan B
Madeline Bergin,, Miriam M. Biegeleisen,, Christine Bini,, Neil B. Blass,, Kris A. Blood,, Dorothy Ann Bogdan,, Ma
Boisseau,, Kathleen Box,, David Brace,, Curtis Fred Brewer,, Hillary A. Briley,, Ursula Broghammer,, JoAnne Brueh
B. Bruno,, Susan E. Buhse,, Elizabeth R. Burns,, James C. Cahill,, James W. Cahill,, Kathleen Cahill,, Deborah Cald
Calia,, Jacqueline Cannizzaro,, Cathy A. Carilli,, Toni Ann Carroll,, Judith Casoria,, Tracy Ann Taback Catalano,, Sa
Catarelli,, Gina Cayne,, Suk Tan Chin,, Catherine T. Regenhard,, Edward P. Ciafardini,, Lisa DiLallo Clark,, Yuko C
Maryann Colin,, Julia Collins,, Patricia Coppo,, Edith Cruz,, Ildefonso A. Cua,, Linda Curia,, David Edward Cushing
D'Antonio,, Beril Sofia DeFeo,, Vincent J. Della Bella,, Todd DeVito,, Milagros Diaz,, Dhanmatee Sam,, Maria DiPi
Stacey Fran Dolan,, Rosalie Downey,, Jay Charles Dunne,, Stanley Eckna,, Denise Esposito,, Dennis Euleau,, Marya
Clifford Tempesta,, Dorothy Tempesta,, Melissa Van Ness Fatha,, Steven Feidelberg,, Wendy Feinberg,, Charlene Fi
Flannery,, Robert T. Folger,, Kurt Foster,, Claudia Flyzik,, Nancy Walsh,, Carol Francolini,, Helen Friedlander,, Lisa
Anne Gabriel,, Walter Tremsky,, Eileen F. Colligan,, Paul Quinn,, Monica M. Gabrielle,, Kathleen Ganci,, Elizabeth
Diane Genco,, Philip Germain,, Carol Gies,, John J. Gill,, Serina Gillis,, Angela Gitto,, Meg Bloom Glasser,, Sharon
Cobb−Glenn,, Jodie Goldberg,, Mia Gonzalez,, Deborah Grazioso,, Claudette Greene,, Peter Greenleaf,, Joanne Gros
Haag,, Gordon G. Haberman,, Patricia Han,, Renne Bacotti Hannafin,, Dorothy Garcia,, Benhardt R. Wainio,, Perry S
Basmattie Bishundat,, Rachel R. Harrell,, Sheila Gail Harris,, Jennifer L. Harvey,, Kelly Hayes,, Virginia Hayes,, The
Healey,, Hashim A. Henderson,, Karen Hinds,, Dennis L. Hobbs,, Dixie M. Hobbs,, Pamela Hohlweck,, Kathleen Ho
Rubina Cox−Holloway,, Joann T. Howard,, Bridget Hunter,, Kathryn J. Hussa,, Yesenia Ielpi,, Frederick Irby,, Jenni
Jacobs,, Kazmierz Jakubiak,, Leila M. Joseph,, Woodly Joseph,, Paul Kaufman,, Elizabeth H. Keller,, Patricia Kellett
Kelly,, Rosemary Kempton,, Donald Francis Kennedy,, Richard I. Klein,, Fran LaForte,, Edlene C. LaFrance,, Collet
LaFuente,, Morris D. Lamonsoff,, Andrea N. LeBlanc,, Donald Leistman,, Elaine Leinung,, Roberta J. Levine,, Kathl
Lozier,, Anne MacFarlane,, Lisanne MacKenzie,, Andrea Maffeo,, Pamela Ann Maggitti,, Natalie Makshanov,, Rebe
Marchand,, Lori Mascali,, Dorothy Mauro,, Meryl Mayo,, Margaret Donoghue McGinley,, Iliana McGinnis,, Cynthia
McGinty,, Theresa McGovern,, Patricia H. McDowell,, Joann Meehan,, Fryderyk Milewski,, Anna Milewski,, Ambe
Jamie Miller,, Faith Miller,, Barbara Minervino,, Joanne Modafferi,, Anna Mojica,, Saradha Moorthy,, Elizabeth Ann
Emily Motroni,, Lauren Murphy,, Elvira P. Murphy,, Richard B. Naiman,, Edward Navarro,, Dana Noonan,, William
Novotny,, James Wallace O'Grady,, Sheryl J. Oliver,, Lisa Palazzo,, Donna Paolillo,, Helene S. Passaro,, Mary Gola
Linda Pickford,, Nancy Picone,, Jean Oslyn Powell,, Karen Princiotta,, Dominic J. Puopolo, Sr., Patricia Quigley,, Fr
Raggio,, Deborah Francke,, Maryann Rand,, Sadiq Rasool,, Susan Rasweiler,, Albert T. Regenhard,, Elizabeth Rego,
Rosenbaum,, Glenna M. Rosenburg,, Jill Rosenblum,, Lauren Rosenzweig,, Claudia Ruggiere,, Gilbert Ruiz, Jr., And
Diane Ryan,, Delphine Saada,, Barbara Scaramuzzino,, Phyllis Schreier,, Lori Shulman,, Eileen Simon,, Dhanraj Sing
Siskopoulos,, Donna Smith,, Barbara Sohan,, Robert Spadafora,, Laurie Spampinato,, Theresa A. Stack,, Eileen Tallo
Tarasiewicz,, Evelyn Tepedino,, Raj Thackurdeen,, Sat Thackurdeen,, Rosanna Thompson,, Andrija Tomasevic,, Rad
Tomasevic,, Kimberly Trimingham−Aiken,, Marie Twomey,, Victor Ugolyn,, Feliciana Umanzor,, Virginia Lorene F
Valvo,, Jasmine Victoria,, Richard Villa,, Lucy Virgilio,, Diane Wall,, Diane M. Walsh,, Amy Weaver,, Delia Welty,
Galusha−Wild,, Patricia Wiswall,, Anne M. Wodensheck,, Cella Woo−Yeun,, Siew−Som Yeow,, Erica Zucker,, Nan
Zuckerman,, Aldo Addissi,, Edward Arancio,, Kathleen M. Arancio,, Leonard Ardizzone,, Barbara Ardizzone,, Thom
Joseph Beltrani,, Andrew Braun,, James Cizikie,, Thomas Conroy, Jr., Gibson A. Craig,, Bradley Daly,, Robert D'Eli
Donnelly,, Charles Downey,, Joseph R. Downey,, Timothy L. Frolich,, Irene Frolich,, Steven M. Gillespie,, Joseph H
Hassett,, James D. Hodges,, Netta Issacof,, John F. Jermyn,, Arnold Lederman,, Phyllis Lederman,, Michael J. Lindy
Amrita Mahabir,, Kevin McArdle,, James McGetrick,, Owen McGovern,, Kevin G. Murphy,, Janice O'Dell,, Timothy
Howard Rice,, Louis Schaefer,, Scott Schrimpe,, Scott Ting,, George Luis Torres,, Robert V. Trivingo,, Russell Vom
J. Zeiss,, Virginia Bauer,, Linda E. Thorpe,, Gladys Salvo,, Harry Ong, Jr., William O'Connor,, Jennifer E. Brady,, A
Jeanne M. Evans,, Vice Rose Arestegui,, Lori Fletcher,, Traci Bosco,, Mathilda Geidel,, Regan Grice−Vega,, Elinore
Veronica Klares,, Jerline Lewis,, Michael Deloughery,, Bettyann Martineau,, Virginia McKeon,, Olga Merino,, Warr
Monroe,, Amy Farnum,, Kevin Mount,, Armine Giorgetti,, Charles Schmidt,, Colleen Holohan,, Roberta Kellerman,,
Lauterbach,, Ingrid M. Lenihan,, Jeffrey Lovit,, Merrilly E. Noeth,, Janlyn Scauso,, Nancy Shea,, Holli Silver,, Robin
Theurkauf,, Joseph A. Tiesi,, Anthony Vincelli,, Lena Whittaker,, Madeleine A. Zuccala,, Andrezej Cieslik,, Domeni
Damiano,, Warren Hayes,, Evelyn Rodriguez,, Armando Bardales,, Yvonne V. Abdool,, Josephine Acquaviva,, Kara
Jean Adams,, Jessica Murrow−Adams,, Stephen Alderman,, Elizabeth Alderman,, Karium Ali,, Michael J. Allen,, Le
Alvarez,, Jocelyne Ambroise,, Thomas Arias,, Cynthia Arnold,, Philipson Azenabor,, John P. Baeszler,, Kim Barbaro
J. Meehan, III, Daryl Joseph Meehan,, Edmund Barry,, Gila Barzvi,, Boris Bililovsky,, Suzanne J. Berger,, Robert J.
Joanne F. Betterly,, John Bonomo,, Krystyna Boryczewski,, Michele Boryczewski,, Julia Boryczewski,, Desiree A.
Gerasimovich,, Kathleen M. Buckley,, Javier Burgos,, Chubb Indemnity Insurance Company,, Prakash Bhatt,, Willia
Sr., Camille Doyle,, Maureen Kelly,, Chiemi York,, Robert Keane,, One Beacon America Insurance Company,, Hous
Lazaar,, Co−Conspirators,, Jennifer Tarantino,, H. Michael Keden,, Nancy Ann Foster,, Beverly Burnett,, Mary Marg
Jurgens,, Martha Burnett O'Brien,, William Doyle,, Doreen Lutter,, Christine R. Huhn,, Lynn B. Pescherine,, Boston
Insurance Company,, Paul R. Martin,, Rachel W. Goodrich,, Ernesto Barrera,, Gregory Stevens,, Sharlene M. Beckw
A. Reed,, Benito Colon,, Victoria Higley,, Marion Knox,, Laura J. Lassman,, Philip Lee,, Mei Jy Lee,, John Lewis,, J

| | | |
|---|---|---|
| | | Mercado,, Linda Pascuma,, Sean Passananti,, Helen Pfeifer,, Daniel Polatsch,, Theresa Regan,, Armand Reo,, Alexan Santoro,, Maureen Santoro,, Narasimha Sattaluri,, Wen Shi,, Cynthia Tumulty,, Yun Yu Zheng,, David Ziminski,, Ro Bermingham,, Mark Bernheimer,, Donald DiDomenico,, Michael Endrizzi,, Mark Goldwasser,, Ron Harding,, Jerem Harney,, Peter Ioveno,, Jurgiel Kazimierz,, Raymond Lachhman,, George Lantay,, Joyce Leigh,, Vincent LeVien,, Je Jerzy Mrozek,, Carmen Romero,, Christine Sakoutis,, Kemraj Singh,, Gary Wendell,, Colonial American Casualty an Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Ins Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, The Princeton Ex Surplus Lines Insurance Company,, Jane Alderman,, Stephen Jezycki,, Catherine Jezycki,, Michael Jezycki,, Jennifer Richard D. Allen,, Luke C. Allen,, Judith M. Aiken,, Lauren Arias Lucchini,, Lorraine Arias Beliveau,, Tara Bane,, A Granville,, Nicholas Barbaro,, Carol Barbaro,, Kevin W. Barry,, Maureen Barry,, Emma Tisnovskiy,, Leonid Tisnovs Rostyslav Tisnovskiy,, Frances Berdan,, John Benedetto,, Rina Rabinowitz,, Maria Giordano,, Ondina Bennett,, Mur Bernstein,, Norma Bernstein,, Irene Bilcher,, Lillian Bini,, Rosemarie Corvino,, Bhola P. Bishundat,, Miles Bilcher,, Bonomo,, Sharon Booker,, Rose Booker,, Michael Boryczewski,, John C. Buckley,, Jane M. Smithwick,, Fiona Havl Thomas Burnett,, National Ben Franklin Insurance Company of Illinois,, Alexander Paul Aranyos,, Michael Girdano, Steiner,, Clara Chirchirillo,, Ellen L. Saracini,, TheresaAnn Lostrangio,, Thomas E. Burnett, Sr., Judith Reiss,, Willia Patricia J. Perry,, Matthew T. Sellitto,, Ralph Maerz, Jr., Linda Panik,, Martin Panik,, Martina Lyne−Ann Panik,, Ste Cartledge,, Tina Grazioso,, Jin Liu,, Lynn Allen,, Helene Parisi−Gnazzo,, Ann R. Haynes,, John Patrick O'Neill, Jr., King,, Judi A. Ross,, Fiona Havlish,, Grace M. Parkinson−Godshalk,,, Loisanne Diehl,, Alfred Acquaviva,, James Al Andrew Aris,, Donald Aris,, Madelyn Conroy Allen,, George Bonomo,, Estate of John P.O'Neill, Sr.,, Burnett Plainti Frederick Alger,, Hiscox Dedicated Corporate Member, Ltd.,, Michael J. Novotny,, Christine Irene O'Neill,, Carol O' Dorothy A. O'Neill,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Continental Insurance Company of Ne Fidelity and Casualty Company of New York,, Joann Meehan,, Burnett & Ashton Plaintiffs,, Barrera Plaintiffs,, Tren Plaintiffs,, Salvo Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, Saad Bin Laden,, World Trade Center Prop et al.,, Euro Brokers Inc., et al.,, Plaintiffs PI Executive Committee,, Plaintiffs Executive Committees,, Havlish Plaintiffs,.(McMahon, Martin) (Entered: 12/05/2005) |
| )5/2005 | 1533 | ANSWER to Amended Complaint. Document filed by Wa'el Hamza Julaidan. Related document: 111 Amended Con filed by Maryland Casualty Company,, Pacific Indemnity Company,, Vigilant Insurance Company,, Federal Insuranc Company,, Allstate Insurance Company,, Great Northern Insurance Company,, Fidelity And Deposit Company of Ma North River Insurance Company,, Northern Insurance Company of New York,, Seneca Insurance Company, Inc.,, Zu American Insurance Company,, American Zurich Insurance Company,, American Guarantee and Liability Insurance Great Lakes Reinsurance (UK) PLC,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jer States Fire Insurance Company,, Steadfast Insurance Company,, Continental Insurance Company,, Assurance Compa America,, Glens Falls Insurance Company,, American Alternative Insurance Corporation,, One Beacon Insurance Co Commercial Insurance Company of Newark, N.J.,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance One Beacon America Insurance Company,, Boston Old Colony Insurance Company,, Colonial American Casualty an Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Ins Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, The Princeton Ex Surplus Lines Insurance Company,, National Ben Franklin Insurance Company of Illinois,, Hiscox Dedicated Corpor Member, Ltd.,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Continental Insurance Company of New Jer Fidelity and Casualty Company of New York,.(McMahon, Martin) (Entered: 12/05/2005) |
| )5/2005 | 1534 | ANSWER to Amended Complaint. Document filed by Muslim World League. Related document: 620 Amended Cor filed by John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,.(McMahon, Martin) (Entered: 12/05/2005) |
| )5/2005 | 1535 | FILING ERROR − DEFICIENT DOCKET ENTRY − ANSWER to Amended Complaint. Document filed by Interna Islamic Relief Organization(IIRO). Related document: 620 Amended Complaint,,,,,,,, filed by John Patrick O'Neill, J John P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,.(McMahon, Martin) Modified on 12 (gf, ). (Entered: 12/05/2005) |
| )5/2005 | 1536 | ANSWER to Amended Complaint. Document filed by International Islamic Relief Organization(IIRO). Related docu Amended Complaint,,,,,,,, filed by Maryland Casualty Company,, Pacific Indemnity Company,, Vigilant Insurance Co Federal Insurance Company,, Allstate Insurance Company,, Great Northern Insurance Company,, Fidelity And Depo Company of Maryland,, North River Insurance Company,, Northern Insurance Company of New York,, Seneca Insur Company, Inc.,, Zurich American Insurance Company,, American Zurich Insurance Company,, American Guarantee Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Chubb Insurance Company of Canada,, Chubb I Company of New Jersey,, United States Fire Insurance Company,, Steadfast Insurance Company,, Continental Insura Company,, Assurance Company of America,, Glens Falls Insurance Company,, American Alternative Insurance Corp One Beacon Insurance Company,, Commercial Insurance Company of Newark, N.J.,, Chubb Custom Insurance Com Chubb Indemnity Insurance Company,, One Beacon America Insurance Company,, Boston Old Colony Insurance Co Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Ins Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Company,, The Princeton Excess & Surplus Lines Insurance Company,, National Ben Franklin Insurance Company c Hiscox Dedicated Corporate Member, Ltd.,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Continental Ins |

| | | |
|---|---|---|
| | | Company of New Jersey,, Fidelity and Casualty Company of New York,.(McMahon, Martin) (Entered: 12/05/2005) |
| )5/2005 | 1537 | ANSWER to Complaint. Document filed by Wa'el Hamza Jalaidan.(McMahon, Martin) (Entered: 12/05/2005) |
| )5/2005 | 1538 | FILING ERROR − DUPLICATE DOCKET ENTRY − ANSWER to Complaint. Document filed by International Isl Organization(IIRO).(McMahon, Martin) Modified on 12/23/2005 (gf, ). (Entered: 12/05/2005) |
| )7/2005 | 1539 | MOTION to Dismiss. Document filed by Ahmed Totonji, Iqbal Yunus, Mohammed Jaghlit, Muhammad Ashraf, M. Ashraf, M. Yaqub Mirza. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC(Barentzen, Steve 12/07/2005) |
| )7/2005 | 1540 | MEMORANDUM OF LAW in Support re: 1539 MOTION to Dismiss.. Document filed by Ahmed Totonji, Iqbal Yu Mohammed Jaghlit, Muhammad Ashraf, M. Omar Ashraf, M. Yaqub Mirza. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC(Barentzen, Steven) (Entered: 12/07/2005) |
| )7/2005 | 1541 | MOTION to Dismiss. Document filed by Jamal Barzini. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ba Steven) (Entered: 12/07/2005) |
| )7/2005 | 1542 | MEMORANDUM OF LAW in Support re: 1541 MOTION to Dismiss.. Document filed by Jamal Barzinji. Filed In Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ba Steven) (Entered: 12/07/2005) |
| )8/2005 | 1543 | CONSENT MOTION AND STIPULATION AS TO EXTENSION OF TIME TO RESPOND TO COMPLAINTS CONSOLIDATED UNDER MDL 1570... that the time provided for the Plaintiffs to file a consolidated opposition to motions to dismiss submitted by DMI S.A. and DMI Trust shall be extended to and through 12/19/2005. DMI S.A. sl reply papers in the Cantor Fitzgerald and O'Neill actions on 1/20/06; in the Burnett D.C., Burnett N.Y., World Trade Properties, and Euro Brokers actions on 1/27/06; and in the Federal Insurance and N.Y. Marine actions on 2/3/06. DM shall file reply papers in the N.Y. Marine, Continental Casualty, and Federal Insurance actions on 2/3/06; in the Asht Fitzgerald, and O'Neill actions on 2/10/06; and in the Burnett D.C., Burnett N.Y., World Trade Center Properties, and Brokers actions on 2/17/06... and as further set forth in said Order. (Signed by Judge Richard C. Casey on 12/8/05) Fi Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−09849−RCC, 1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC,1:04−cv−07065−RCC,1:04−cv−07279−RCC, 1:04−cv−07280−RCC(rjm, ) (Entered: 12/09/2005) |
| )9/2005 | 1544 | REPLY MEMORANDUM OF LAW in Support re: 1495 MOTION Strike Defendant Taha Al Alwani's Motion to D Amend Plaintiff's Complaint, for Leave to File RICO Statement, For Reconsideration of the Court's Decision Relativ Filing of A RICO Statement and other Relief.. Document filed by Estate of John P.O'Neill, Sr.. Filed In Associated C 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Gina) (Entered: 12/09/2005) |
| )9/2005 | 1545 | ENDORSED LETTER addressed to Judge Richard C. Casey from Michael Kellogg dated 10/28/05 re: The Court ad Defendants' proposal and asks the parties to submit a proposed order certifying the defendants dismissed on 12(b)(1) grounds for a final judgment under Rule 54(b). (Signed by Judge Richard C. Casey on 12/9/05) (rjm, ) (Entered: 12/1 |
| )9/2005 | 1546 | CASE MANAGEMENT ORDER NO. 4: This Order supplements and amends Case Management Order #2, issued b on 6/15/04 and docketed by the Clerk's office on 6/16/04. Unless supplemented or amended by this or another Order Court, the provisions of Case Management Order #2 remain in full force and effect... The following control dates are adopted with respect to the discovery process: Fact Discovery shall be completed by 6/30/2006. Expert Discovery: E be designated and their expert reports exchanged by 8/15/06. Expert depositions shall commence after 8/15/06 and sh completed by 10/15/06. All liability discovery is to be completed by 10/15/06. The parties recognize that further dev in this complex litigation may require that the control dates set forth above be extended or otherwise amended. The P Defts' Executive Committees shall confer and submit a proposal to the Court regarding revised discovery deadlines o 4/15/06... and as further set forth in said order. (Signed by Judge Richard C. Casey on 12/9/05) Filed In Associated C 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, |

| | | |
|---|---|---|
| | | 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(rjm (Entered: 12/12/2005) |
| )9/2005 | 1547 | CASE MANAGEMENT ORDER NO. 5: That the Defendants shall designate a single Executive Committee which sl the following authority, and no other authority: To confer and agree with Ptffs' Executive Committee on scheduling n relating to court hearings, depositions, and deadlines affecting Defts. generally, and on proposed agenda items for cou To coordinate communications with counsel for any Ptff. seeking the consent of Defendants generally to a nondispos motion. To coordinate the examination of witnesses by defense counsel at a deposition or hearing. To coordinate communications with Ptffs' Executive Committee and with the Court concerning any requested changes in this Case l Pretrial Scheduling Order. Any deft. may, by motion filed and served upon all parties, object to any action of the Def Executive Committee and request the Court to modify that action. The Defts' Executive Committee shall consist of m chosen by the Defts. Those members may in turn select from among their number a chair or co−chairs and will so inf Court. (Signed by Judge Richard C. Casey on 12/9/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(rjm (Entered: 12/12/2005) |
| .3/2005 | 1548 | AMENDED ANSWER to. Document filed by International Islamic Relief Organization(IIRO). Filed In Associated C 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Mc Martin) (Entered: 12/13/2005) |
| .6/2005 | 1549 | RICO STATEMENT *APPLICABLE TO AL SHAMAL ISLAMIC BANK*. Document filed by Federal Insurance Compa Plaintiffs. (Attachments: # 1 Exhibit Exhibit B)(Feldman, Elliott) (Entered: 12/16/2005) |
| .6/2005 | 1550 | RICO STATEMENT *Applicable to Al Shamal Islamic Bank a/k/a Shamel Bank a/k/a Bank El Shamar*. Document file of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit B)(Mac Neill, Gina) (Entered: 12/16/2005) |
| .6/2005 | 1551 | STIPULATION AND ORDER SETTING THE SCHEDULE FOR DEFENDANTS MOHAMMAD BINLADIN ORGANIZATION, SAUDI BINLADIN INTERNATIONAL CO., YESLAM BINLADIN, ABDULLAH BINLADIN BINLADIN, TARIQ BINLADIN, AND OMAR BINLADIN TO RESPOND TO PLAINTIFFS' COMPLAINTS... ag between counsel for Plaintiffs in the captioned cases and for named Defendants Bakr Binladin, Tariq Binladin, Omar Mohammad Binladin Organization, and Saudi Binladin International Co., (collectively Bakr, etal."), Yeslam Binladir Abdullah Binladin, by and through their undersigned counsel that Bakr, et al. shall serve their consolidated motion to or before January 27, 2006. Plaintiffs shall serve their consolidated opposition to that motion on or before 3/28/06, ar movants shall serve their consolidated reply on or before 4/27/06. Plaintiffs shall serve their consolidated opposition Binladin's motion to dismiss on or before 1/20/06 and Yeslam Binladin shall serve his consolidated reply on or before Plaintiffs shall serve their consolidated opposition to Abdullah Binladin's motion to dismiss on or before 1/30/06 and Binladin shall serve his consolidated reply on or before 3/1/06. (Signed by Judge Richard C. Casey on 12/16/05) File Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−09849−RCC, 1:04−cv−05970−RCC,1:04−cv−06105−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC(rjm, ) (Entered: 12/19/20 |
| .6/2005 | 1552 | STIPULATION AS TO THE INTERNATIONAL ISLAMIC RELIEF ORGANIZATION'S AMENDED ANSWER NEW AFFIRMATIVE DEFENSES... agreed by and between Plaintiffs in the referenced case consolidated under 03 and Defendant IIRO, by & through their undersigned counsel, that the IIRO shall file its Amended Answer to the Fed Insurance Complaint on or before 12/26/06... and as further set forth in said stipulation. (Signed by Judge Richard C. 12/16/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(rjm, ) (Entered: 12/19/2005) |
| .6/2005 | 1553 | ENDORSED LETTER addressed to Judge Richard C. Casey from Jerry S. Goldman dated 12/13/05 re: The parties h to modify the previously entered into briefing schedule, dated 7/9/05, in the captioned matter: Plaintiffs shall serve th Opposition to the Defendants' Motion to Dismiss by Friday, 12/23/05, and the Defendants shall serve their Reply, in with the existing briefing schedule, within 30 days from the receipt of the Plaintiffs' opposing papers. All other provis July 9, 2005 briefing schedule shall remain in full force and effect.... (Signed by Judge Richard C. Casey on 12/16/05 Associated Cases: 1:03−md−01570−RCC,1:04−cv−01923−RCC(rjm, ) (Entered: 12/19/2005) |
| .6/2005 | 1554 | ORDER... that the Court's dismissals of the Kingdom of Saidi Arabia, HRH Crown Preince Sultan bin Abdulaziz Al− Prince Turki−Al−Faisal bin Abdulaziz Al−Saud, HRH Prince Naif bin Abdulaziz Al−Saud, HRH Prince Salman bin Al−Saud, HRH Prince Mohamed Al− Faisal Al−Saud, the Saudi High Commission, Sheikh Hamad Al−Husani, Abdu bin Mahfouz, Tariq Binladen, Omar Binladen, and Bakr Binladen in the Court's Orders of 1/18/05, 5/5/05, and 9/21/0 certified as final purs. to the FRCP 54(b). The Clerk of the Court is directed to prepare and enter a final judgment. (Si Judge Richard C. Casey on 12/16/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05738−RCC,1:03−cv−06978−RC |

| | | |
|---|---|---|
| | | 1:03−cv−08591−RCC,1:03−cv−09849−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC, 1:04−cv−06105−RCC,1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC(rjr (Entered: 12/19/2005) |
| .9/2005 | 1555 | RICO STATEMENT *Applicable to Aradi, Inc.*. Document filed by Federal Insurance Company et al., Plaintiffs. (Atta 1 Exhibit Exhibit B)(Feldman, Elliott) (Entered: 12/19/2005) |
| .9/2005 | 1556 | MEMORANDUM OF LAW in Opposition re: 1526 MOTION for Sanctions *Pursuant to Rule 11. O'Neill Plaintiffs' the Defendant, Taha Al' Alwani's Motion for Sanctions Pursuant to Federal Rules of Civil Procedure Rule 11*. Docum by Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ma Gina) (Entered: 12/19/2005) |
| .9/2005 | 1557 | MEMORANDUM OF LAW in Opposition re: 1239 MOTION to Dismiss *the Burnett actions*., 1373 MOTION to Dis *Cantor Fitzgerald action*., 1400 MOTION to Dismiss., 1375 MOTION to Dismiss *the Ashton action*., 1241 MOTION Dismiss *the World Trade Center Properties and Euro Brokers actions*., 1262 MOTION to Dismiss *the Federal Insur action*., 1402 MOTION to Dismiss., 1264 MOTION to Dismiss *the Continental Casualty and New York Marine & G Insurance actions*., 1404 MOTION to Dismiss., 1397 MOTION to Dismiss. *Plaintiffs' Consolidated Memorandum of Opposition to Motions to Dismiss of DMI Administrative Services, S.A. and Dar Al−Maal Al−Islami Trust*. Documen Plaintiffs Executive Committees. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Bi Andrea) (Entered: 12/19/2005) |
| .9/2005 | 1558 | DECLARATION of Joshua M. Ambush in Opposition re: 1526 MOTION for Sanctions *Pursuant to Rule 11*.. Docum by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit Ambush Exhibit A)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ma Gina) (Entered: 12/19/2005) |
| .9/2005 | 1559 | MEMORANDUM OF LAW in Opposition re: 1426 Notice (Other), Notice (Other) *RENEWED MOTION TO DISMI BY SAAR NETWORK DEFENDANTS*. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments Exhibit Exhibit A# 2 Exhibit Exhibit B)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Fe Elliott) (Entered: 12/19/2005) |
| .9/2005 | 1560 | DECLARATION of Robert M. Kaplan in Opposition re: 1239 MOTION to Dismiss *the Burnett actions*., 1373 MOT Dismiss *the Cantor Fitzgerald action*., 1400 MOTION to Dismiss., 1375 MOTION to Dismiss *the Ashton action*., 12 MOTION to Dismiss *the World Trade Center Properties and Euro Brokers actions*., 1262 MOTION to Dismiss *the F Insurance action*., 1402 MOTION to Dismiss., 1264 MOTION to Dismiss *the Continental Casualty and New York M General Insurance actions*., 1404 MOTION to Dismiss., 1397 MOTION to Dismiss.. Document filed by Plaintiffs Ex Committees. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Bi Andrea) (Entered: 12/19/2005) |
| .9/2005 | 1561 | MOTION to Strike Document No. 1426 *NOTICE OF THE FEDERAL PLAINTIFFS' MOTION TO STRIKE RENEW MOTION TO DISMISS SAAR NETWORK DEFENDANTS*. Document filed by Federal Insurance Company et al., Pla Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Fe Elliott) (Entered: 12/19/2005) |

| | | |
|---|---|---|
| .9/2005 | 1562 | RICO STATEMENT *as to defendant Al Shamal Islamic Bank*. Document filed by Continental Casualty Company.(K Robert) (Entered: 12/19/2005) |
| .9/2005 | 1563 | MEMORANDUM OF LAW in Support re: 1561 MOTION to Strike Document No. 1426 *NOTICE OF THE FEDER PLAINTIFFS' MOTION TO STRIKE RENEWED MOTION TO DISMISS SAAR NETWORK DEFENDANTS*.. Docum Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit EXHIBIT A# 2 Exhibit EXHIBIT B)Filed In Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05' 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Fe Elliott) (Entered: 12/19/2005) |
| .9/2005 | 1564 | MEMORANDUM OF LAW in Opposition *PLAINTIFFS' CONSOLIDATED MEMORANDUM OF LAW IN OPPOSI ARADI,INC. NOTICE OF MOTION TO DISMISS*. Document filed by Federal Insurance Company et al., Plaintiffs. F Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Fe Elliott) (Entered: 12/19/2005) |
| .9/2005 | 1565 | STIPULATION AS TO BRIEFING SCHEDULE RELATING TO COMPLAINTS CONSOLIDATED UNDER MD is stipulated & agreed by and between Plaintiffs in all of the referenced cases consolidated under 03 MDL 1570 and I Prince Naif bin Abdulaziz Al−Saud, Prince Salman bin Abdulaziz Al−Saud, and the Saudi High Commission, by and the undersigned counsel, that Defendants' counsel shall file Reply papers by 3/1/2006. Plaintiffs' Response to Defend motion to dismiss shall be due by 1/30/2006 (Signed by Judge Richard C. Casey on 12/16/05) Filed In Associated Ca 1:03−md−01570−RCC,1:03−cv−05738−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC,1:04−cv−07065−RCC, 1:04−cv−07279−RCC,1:04−cv−07280−RCC(rjm, ) (Entered: 12/20/2005) |
| 20/2005 | 1566 | DECLARATION of Jerry S. Goldman, Esq in Opposition re: 1526 MOTION for Sanctions *Pursuant to Rule 11*.. Do filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Errata Filing Error# 2 Exhibit One− Time Line# 3 Exhibit A- Exhibit G1# 5 Exhibit G2# 6 Exhibit G3# 7 Errata G4# 8 Exhibit H−1# 9 Exhibit H2# 10 Exhibit I−1# 11 Errata I−2) Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Go Jerry) (Entered: 12/20/2005) |
| 20/2005 | 1567 | DECLARATION of Gina M. Mac Neill, Esquire in Opposition re: 1526 MOTION for Sanctions *Pursuant to Rule 11* Document filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Errata Declaration regarding Re−Filing error# 2 E Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5# 7 Exhibit 6# 8 Exhibit 7# 9 Exhibit 8# 10 Exhibit 9# 11 Exhibit 10 11# 13 Exhibit 12# 14 Exhibit 13# 15 Errata 14# 16 Exhibit 15# 17 Exhibit 16# 18 Exhibit 17# 19 Exhibit 18# 20 Er Errata 20# 22 Exhibit 21# 23 Exhibit 22# 24 Exhibit 23)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ma Gina) (Entered: 12/20/2005) |
| 20/2005 | 1571 | MEMORANDUM OF LAW in Opposition re: 1433 MOTION to Dismiss *Notice of Motion*.. Document filed by Burı Ashton Plaintiffs, Continental Casualty Company, Euro Brokers Inc., et al., World Trade Center Properties LLC, et a York Marine and General Insurance Company. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(El Michael) (Entered: 12/20/2005) |
| 22/2005 | 1572 | MEMORANDUM OF LAW in Opposition re: 1447 MOTION to Dismiss *Plaintiffs' Complaints in Ashton, Federal I Continental Casualty, and New York Marine With Prejudice*.. Document filed by Kathleen Ashton, Federal Insurance et al., Plaintiffs, Continental Casualty Company, New York Marine and General Insurance Company. Filed In Associ 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Pa Vincent) (Entered: 12/22/2005) |

| | | |
|---|---|---|
| 22/2005 | 1573 | AFFIRMATION of William O. Angelley, Esq. in Opposition re: 1447 MOTION to Dismiss *Plaintiffs' Complaints in Federal Insurance, Continental Casualty, and New York Marine With Prejudice*.. Document filed by Kathleen Ashto Insurance Company et al., Plaintiffs, Continental Casualty Company, New York Marine and General Insurance Comp In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Pa Vincent) (Entered: 12/22/2005) |
| 22/2005 | 1574 | AFFIDAVIT of John Fawcett in Opposition re: 1447 MOTION to Dismiss *Plaintiffs' Complaints in Ashton, Federal Continental Casualty, and New York Marine With Prejudice*.. Document filed by Kathleen Ashton, Federal Insurance et al., Plaintiffs, Continental Casualty Company, New York Marine and General Insurance Company. (Attachments: # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Pa Vincent) (Entered: 12/22/2005) |
| 23/2005 | 1575 | MEMORANDUM OF LAW in Opposition re: 1438 MOTION to Dismiss *for Failure to State a Claim and Lack of Su Matter Jurisdiction. Plaintiffs' Consolidated Memorandum of Law in Opposition to Motions to Dismiss of Saleh Abdu Kamel, Al Baraka Investment and Development Corp. and Dallah Al Baraka*. Document filed by Plaintiffs Executive Committees. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(El Michael) (Entered: 12/23/2005) |
| 23/2005 | 1576 | MEMORANDUM OF LAW in Opposition re: 1411 MOTION to Dismiss *Notice of Motion*. *CAIR*. Document filed b John P.O'Neill, Sr.. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Go Jerry) (Entered: 12/23/2005) |
| 27/2005 | 1577 | MOTION for Reconsideration re; 1545 Endorsed Letter, *Plaintiffs' Notice of Motion for Reconsideration of the Cour that the Parties Submit a Proposed Order Certifying the Defendants Dismissed on 12(b)(1) and 12(b)(2) Grounds bu Defendants Dismissed on 12(b)(6) Grounds*. Document filed by Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(Elsner, Michael) (Entered: 12/27/2005) |
| 27/2005 | 1578 | MEMORANDUM OF LAW in Support re: 1577 MOTION for Reconsideration re; 1545 Endorsed Letter, *Plaintiffs' Motion for Reconsideration of the Court's Order that the Parties Submit a Proposed Order Certifying the Defendants on 12(b)(1) and 12(b)(2) Grounds but not the Defendants Dismissed on 12(b)(6) Grounds. Document filed by Burnett Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(Elsner, Michael) (Entered: 12/28/2005)* |
| 28/2005 | 1579 | MEMORANDUM OF LAW in Opposition re: 1453 MOTION to Dismiss *Notice of Motion*., 1449 MOTION to Dism *Of Motion. Plaintiffs' Consolidated Memorandum of Law in Opposition to Motion to Dismiss of Taha Al−Alwani, Mu Ashraf, M. Omar Ashraf, Iqbal Unus, Mohammed Jaghlit, Ahmed Totonji and Yaqub Mirza*. Document filed by Plain Executive Committees. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Bi Andrea) (Entered: 12/28/2005) |
| 28/2005 | 1580 | AFFIRMATION of Andrea Bierstein in Opposition re: 1453 MOTION to Dismiss *Notice of Motion*., 1449 MOTION *Notice Of Motion*.. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 4 Exhibit D# 5 Exhibit E)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Bi Andrea) (Entered: 12/28/2005) |

| | | |
|---|---|---|
| 29/2005 | 1581 | STIPULATION AND ORDER (this document relates to 02cv6977, 04cv1923, 03cv5738); extending the time for the Injury Plaintiffs to file their opposition to WAMY's motion to dismiss within 60 days of service of Defendants' Motio Dismiss the Property Plaintiffs' claims; Defendants' reply briefs shall be served within 30 days of service of the Plain oppositions... (Signed by Judge Richard C. Casey on 12/29/2005) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−05738−RCC,1:04−cv−01923−RCC(kkc, ) (Entered: 12/30/20 |
| 03/2006 | 1582 | NOTICE of The Plaintiffs' Letter Opposition to Defendants' Proposed Order For Entry Of Final Judgments Pursuant Civ. P. 54(b). Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit Exhibit A# Exhibit B)(Feldman, Elliott) (Entered: 01/03/2006) |
| 04/2006 | 1583 | STIPULATATED EXTENSION OF TIME TO ANSWER that Muslim World League "MWL" shall have until 1/23/ Answer to the First Consolidated Complaint. (Signed by Judge Richard C. Casey on 1/3/05) Filed In Associated Case 1:03−md−01570−RCC,1:04−cv−01923−RCC(rjm, ) (Entered: 01/05/2006) |
| 04/2006 | 1584 | STIPULATATED EXTENSION OF TIME TO ANSWER that International Islamic Relief Organization "IIRO" shal 2/23/06 to file its Answer to the First Consolidated Complaint. (Signed by Judge Richard C. Casey on 1/3/06) Filed I Associated Cases: 1:03−md−01570−RCC,1:04−cv−01923−RCC(rjm, ) (Entered: 01/05/2006) |
| 04/2006 | 1585 | STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)... that upon Court approval, the c asserted in the First Amended Complaint by the following plaintiffs shall be hereby voluntarily dismissed: AIU Insur American Global Ins. Co., American Home Assurance Co., American International Specialty Lines Ins. Co., Birming Ins. Co. of Pa., China America Ins. Co. Ltd., Commerce & Industry Ins. Co., Commerce & Industry Ins. Co. of Cana State Ins. Co., Illinois National Ins. Co., Lexington Ins. Co., National Union Fire Ins. Co. of Pittsburgh, New Hampsl Insurance Co., The Insurance Co. State of Pa., and Transatlantic Reinsurance Co. (Signed by Judge Richard C. Casey Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC,1:04−cv−07216−RCC(rjm, ) (Entered: 01/0 |
| )6/2006 | 1586 | REPLY MEMORANDUM OF LAW in Support re: 1526 MOTION for Sanctions *Pursuant to Rule 11*.. Document fi Jaber Al−Alwani. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC(Barentzen, Steven) (Ente 01/06/2006) |
| )6/2006 | 1587 | DECLARATION of Steven K. Barentzen in Support re: 1526 MOTION for Sanctions *Pursuant to Rule 11*.. Docume Taha Jaber Al−Alwani. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC(Barentzen, Steven) 01/06/2006) |
| )9/2006 | 1588 | SUPPLEMENTAL MOTION to Dismiss *Pursuant to CMO No. 4*. Document filed by Al Haramain Islamic Foundati Soliman H.S. Al−Buthe, Perouz Seda Ghaty. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 01/09/2006) |
| )9/2006 | 1589 | SUPPLEMENTAL MOTION to Dismiss *Pursuant to CMO No. 4*. Document filed by Abdullah Bin Saleh Al Obaid, Abdulraoof Batterjee, Abdul Rahman Al Swailem, Abdullah Omar Naseef, Abdullah Muhsen Al Turki, Talal Mohan Badkook, Adnan Basha, Safar Al−Hawali, Sheik Hamad Al−Husaini, Mohammed Ali Sayed Mushayt, Mushayt for T Company, Saleh Al−Hussayen, Saudi Red Crescent, Salman Al−Ouda. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ka (Entered: 01/09/2006) |
| )9/2006 | 1590 | SUPPLEMENTAL MEMORANDUM OF LAW in Support re: 729 MOTION to Dismiss., 329 MOTION to Dismiss MOTION to Dismiss. *Submitted Pursuant to Case Management Order No. 4*. Document filed by Sami Omar Al−Hus Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Scott) (Entered: 01/09/2006) |
| )9/2006 | 1591 | SUPPLEMENTAL MEMORANDUM OF LAW in Support re: 926 MOTION to Dismiss for Lack of Jurisdiction., 1 MOTION to Dismiss. *Submitted Pursuant To Case Management Order No. 4*. Document filed by Schreiber & Zindel Zindel, Engelbert Schreiber, Engelbert Schreiber, Jr. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01076−RCC(Klein, Donald) (Entered: 01/09/2006) |
| )9/2006 | 1592 | SUPPLEMENTAL MEMORANDUM OF LAW in Support re: 926 MOTION to Dismiss for Lack of Jurisdiction., 1 MOTION to Dismiss. *Submitted Pursuant to Case Mangement No. 4*. Document filed by Schreiber & Zindel, Frank Z |

| | | |
|---|---|---|
| | | Engelbert Schreiber, Engelbert Schreiber, Jr. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01923−RC Donald) (Entered: 01/09/2006) |
| )9/2006 | 1593 | STIPULATION agreed by and between Plaintiffs in all of the referenced cases consolidated under 03md1570 and De Abdul Aziz Bin Ibrahim Al−Ibrahim, by and through their undersigned counsel, that Al−Ibrahim's reply to Plaintiffs' Consolidated Memorandum of Law in Opposition to the Motion to Dismiss, dated 11/28/05, will be served on or befo (Signed by Judge Richard C. Casey on 1/9/06) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC(rjm, ) (Entered: 01/10/20 |
| )9/2006 | 1595 | STIPULATION agreed by and between Plaintiffs in all of the referenced cases consolidated under 03md1570 and De Ibrahim Bin Abdul Aziz Al−Ibrahim Foundation, by and through their undersigned counsel, that the Foundation's rep Plaintiffs' Consolidated Memorandum of Law in Opposition to the Motion to Dismiss, dated 11/28/05, will be served before 1/11/06. (Signed by Judge Richard C. Casey on 1/9/06) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC,1:03−cv−09849−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07279−RCC,1:04−cv−07280−RCC(rjm, ) (Entered: 01/10/2006) |
| )9/2006 | 1596 | STIPULATION AND ORDER OF DEFENDANT WAEL JELAIDAN TO REFILE ANSWER TO PLAINTIFFS' T AMENDED COMPLAINT... that upon entry of this stipulation & order, Defendant will refile its answer to Plaintiff's Amended Complaint in case number 1:03−9849. (Signed by Judge Richard C. Casey on 1/9/05) Filed In Associated 1:03−md−01570−RCC,1:03−cv−09849−RCC(rjm, ) (Entered: 01/10/2006) |
| )9/2006 | 1597 | STIPULATION AND ORDER OF DEFENDANT INTERNATIONAL ISLAMIC RELIEF ORGANIZATION TO R ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT... that upon entry of this stipulation & order, Defer refile its answer to Plaintiff's Third Amended Complaint in case number 1:03−9849. (Signed by Judge Richard C. Ca 1/9/05) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(rjm, ) (Entered: 01/10/2006) |
| .0/2006 | 1594 | CLERK'S JUDGMENT That for the reasons stated in the Court's Order dated December 16, 2005, that there is no jus delay, pursuant to Fed. R. Civ. P. 54(b), final judgment is entered dismissing the following twelve defendants: Kingd Saudi Arabia, HRH Crown Prince Sultan bin Abdulaziz Al−Saud, HRH Prince Turki Al−Faisal bin Abdulaziz Al−Sa Prince Naif bin Abdulaziz Al−Saud, HRH Prince Salman bin Abdulaziz Al−Saud, HRH Prince Mohamed Al−Faisal the Saudi High Commission, Sheikh Hamad Al−Husani, Abdulrahman bin Mahfouz, Tariq Binladen, Omar Binladen Binladen. (Signed by J. Michael McMahon, clerk on 1/10/06) (Attachments:, # 1 Notice of Right to Appeal)Filed In Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05738−RCC,1:03−cv−06 1:03−cv−08591−RCC,1:03−cv−09849−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC, 1:04−cv−06105−RCC,1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC(ml (Entered: 01/10/2006) |
| .0/2006 | 1598 | RESPONSE *Answer to Plaintiff's Third Amended Complaint filed on 11/22/02 in USDC−DC*. Document filed by Int Islamic Relief Organization(IIRO). Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(McMal (Entered: 01/10/2006) |
| .0/2006 | 1599 | RESPONSE *Answer to Plaintiff's Third Amended Complaint filed on 11/22/02 in USDC−DC*. Document filed by Wa Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(McMahon, Martin) (Entered: 01/10/2006) |
| .1/2006 | 1600 | MEMORANDUM OF LAW in Opposition re: 1577 MOTION for Reconsideration re; 1545 Endorsed Letter, *Plainti of Motion for Reconsideration of the Court's Order that the Parties Submit a Proposed Order Certifying the Defenda Dismissed on 12(b)(1) and 12(b)(2) Grounds but not the Defendants Dismissed on 12(b)(6) Grounds. Document filed Bank. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(Curran, Christopher) (Entered: 01* |
| .1/2006 | 1601 | REPLY MEMORANDUM OF LAW in Support re: 1304 MOTION to Dismiss *New York Marine*., 1302 MOTION to *the Continental Casualty and Federal Insurance actions*.. Document filed by Ibrahim Bin Abdulaziz Al Ibrahim. File Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M James) (Entered: 01/11/2006) |
| .1/2006 | 1602 | REPLY MEMORANDUM OF LAW in Support re: 1388 MOTION to Dismiss *Continental Casualty, Burnett, WTC, Brokers, Federal Insurance*., 1385 MOTION to Dismiss *NY Marine*.. Document filed by Ibrahim Bin Abdul Aziz Al Foundation. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M James) (Entered: 01/11/2006) |

| | | |
|---|---|---|
| .1/2006 | 1603 | MEMORANDUM OF LAW in Opposition re: 1577 MOTION for Reconsideration re; 1545 Endorsed Letter, *Plaintij of Motion for Reconsideration of the Court's Order that the Parties Submit a Proposed Order Certifying the Defenda Dismissed on 12(b)(1) and 12(b)(2) Grounds but not the defendants dismissed on 12(b)(6) Grounds. Document filed American Bank. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(Segal, Daniel) (Entered: 01/11/2006)* |
| .1/2006 | 1604 | NOTICE OF APPEAL from 1594 Clerk's Judgment. Document filed by the Ashton Plaintiffs' Filing fee $ 255.00, re number E 566164. (tp, ) (Entered: 01/19/2006) |
| .2/2006 | 1621 | STIPULATION AND ORDER (this document relates to 04cv6105); that the reply brief for Aradi Inc.'s motion to dis plaintiffs' complaint shall be due to be filed and served on the same date as the reply brief for Aradi Inc.'s currently p motion to dismiss the other complaints in this consolidated action that name Aradi inc. as a defendant... (Signed by Ju Richard C. Casey on 1/12/2006) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−06105−RCC(kkc, ) (En 01/20/2006) |
| .2/2006 | 1622 | ENDORSED LETTER (this document relates to 03cv9848) addressed to Judge Richard C. Casey from Thomas E. M dated 11/23/2005; granting counsel's application for the Court to consider counsel's motion for leave to file second ar complaint and notice of intent to withdraw motion for class certification in the Havlish case. (Signed by Judge Richar on 1/12/2006) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09848−RCC(kkc, ) (Entered: 01/20/2006) |
| .2/2006 | 1623 | ENDORSED LETTER addressed to Judge Richard C. Casey from Michael Kellogg dated 12/6/2005; counsel, on beh Defendants' Executive Committee, writes to object to and move to quash the third−party subpoena duces tecum, whic for the Burnett plaintiffs issued to nonparty Wachovia Bank on 11/17/2005. ENDORSEMENT: The Court agrees wit defendants that the subpoena should be quashed with respect to defendants who have been dismissed on the Burnett a Grove Corporate, Heritage Education Trust, Int'l Institute of Islamic Thought, Reston Investments & York Foundatio subpoena is stayed as to Yaqub Mirza while the parties determine whether he is still a defendant in the Burnett action Otherwise, defendant's motion to quash the subpoena is denied. (Signed by Judge Richard C. Casey on 1/12/2006) (k (Entered: 01/20/2006) |
| .3/2006 | 1636 | NOTICE OF APPEAL from 1594 Clerk's Judgment. Document filed by All Plaintiffs. Filing fee $ 255.00, receipt nu 566439. (tp, ) (Entered: 01/24/2006) |
| .3/2006 | 1637 | NOTICE OF APPEAL from 1594 Clerk's Judgment. Document filed by All Plaintiffs. Filing fee $ 255.00, receipt nu 566440. (tp, ) (Entered: 01/24/2006) |
| .7/2006 | 1605 | NOTICE OF APPEAL from 1594 Clerk's Judgment. Document filed by Federal Insurance Company et al., Plaintiffs. $ 255.00, receipt number E 566510. (tp, ) (Entered: 01/19/2006) |
| .7/2006 | 1608 | NOTICE OF APPEAL from 1594 Clerk's Judgment. Document filed by Federal Insurance Company et al., Plaintiffs. $ 255.00, receipt number E 566509. (tp, ) (Entered: 01/19/2006) |
| .7/2006 | 1609 | NOTICE OF APPEAL from 1594 Clerk's Judgment. Document filed by Federal Insurance Company et al., Plaintiffs. $ 255.00, receipt number E 566507. (tp, ) (Entered: 01/19/2006) |
| .7/2006 | 1610 | NOTICE OF APPEAL from 1594 Clerk's Judgment. Document filed by Federal Insurance Company et al., Plaintiffs. $ 255.00, receipt number E 566508. (tp, ) (Entered: 01/19/2006) |
| .7/2006 | 1611 | NOTICE OF APPEAL from 1594 Clerk's Judgment. Document filed by Federal Insurance Company et al., Plaintiffs. $ 255.00, receipt number E 566512. (tp, ) (Entered: 01/19/2006) |
| .7/2006 | 1617 | NOTICE OF APPEAL from 1594 Clerk's Judgment. Document filed by Federal Insurance Company et al., Plaintiffs. $ 255.00, receipt number E 566511. (tp, ) (Entered: 01/20/2006) |
| .7/2006 | 1618 | NOTICE OF APPEAL from 1594 Clerk's Judgment. Document filed by Pacific Employers Insurance Company, Inde Insurance Company of North America and ACE American Insurance Company, (Plaintiffs). Filing fee $ 255.00, rece E 566505. (tp, ) (Entered: 01/20/2006) |
| .7/2006 | 1619 | NOTICE OF APPEAL from 1594 Clerk's Judgment. Document filed by Federal Insurance Company, Pacific Indemn Company, Vigilant Insurance Company. Filing fee $ 255.00, receipt number E 566506. (tp, ) (Entered: 01/20/2006) |
| .7/2006 | 1620 | NOTICE OF APPEAL from 1594 Clerk's Judgment. Document filed by Federal Insurance Company et al., Plaintiffs. $ 255.00, receipt number E 566513. (tp, ) (Entered: 01/20/2006) |
| .8/2006 | 1624 | ORDER (this document relates to all actions); the 1/10/2006 Judgment entered by the Clerk in these cases applies on in which the Court has granted the named Defendants' motions to dismiss. (Signed by Judge Richard C. Casey on 1/1 Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, |

| | | |
|---|---|---|
| | | 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(kk (Entered: 01/20/2006) |
| 9/2006 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 1604 Notice of Ap (Entered: 01/19/2006) |
| 9/2006 | | Transmission of Notice of Appeal to the District Judge re: 1604 Notice of Appeal. (tp, ) (Entered: 01/19/2006) |
| 9/2006 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 1330 Notice filed by Estate of John P.O'Neill, Sr.,, 1215 MOTION to Dismiss *the O'Neill action*. filed by DMI Administrative Ser 495 Reply Memorandum of Law in Support of Motion, filed by Saleh Abdullah Kamel,, Al Baraka Investment & De Corp.,, 1234 Notice (Other), Notice (Other) filed by Abdullah Bin Laden,, Bakr M Bin Laden,, Tarek M. Bin Laden,, Bin Laden,, Mohamed Bin Laden Organization (SBG),, Saudi Binladin International Company,, Yeslam M. Bin Lade Binladin Group, Inc.,, 1103 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 933 Order,, 171 Reply Memoranc in Support of Motion, filed by Mohammed Al Faisal Al Saud,, 1306 Reply Memorandum of Law in Support of Motic Adnan Basha,, 1272 Notice (Other) filed by World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 11 Certificate of Mailing,, 427 Notice (Other) filed by Federal Insurance Company et al., Plaintiffs,, 1451 MOTION to I *Plaintiffs' Complaints in Burnett, Federal Insurance, Continental Casualty, Euro Brokers, New York Marine, and Wo Center*. filed by Yeslam M. Bin Laden,, 491 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiff Notice of Voluntary Dismissal − Signed,, 683 Waiver of Service Executed, filed by John Patrick O'Neill, Jr., Estate o P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 176 Notice (Other), Notice (Other) filed H.S. Al−Buthe,, 182 Endorsed Letter,, 499 MOTION to Dismiss *Notice of Motion to Dismiss*. filed by DMI Adminis Services S.A.,, 1066 Stipulation and Order,,, 369 Reply Memorandum of Law in Support of Motion, filed by Grove C Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena Corporation,, Reston Investments, Inc.,, Safa Trus Charitable Gift Fund,, Sterling Management Group, Inc.,, York Foundation,, African Muslim Agency,, International Islamic Thought,, Sana−Bell, Inc.,, 899 RICO Statement filed by Euro Brokers Inc., et al.,, 607 Stipulation and Order MOTION to Amend/Correct *Leave to file Second Amended Complaint*. filed by Havlish Plaintiffs,, 1303 Memorandu in Support filed by Abdul Aziz Al Ibrahim,, 1585 Stipulation and Order of Dismissal,,,, 463 Endorsed Letter,,, 608 St and Order,, 963 Affirmation in Opposition to Motion,,,,,,,,,,, filed by Federal Insurance Company et al., Plaintiffs,, 8 Memorandum of Law in Support of Motion filed by Faisal Islamic Bank,, 809 Memorandum of Law in Oppisition to filed by Plaintiffs PI Executive Committee,, 303 Memorandum of Law in Support of Motion filed by Yousef Jameel, Endorsed Letter,, 548 Clerk Certificate of Mailing,,, 1438 MOTION to Dismiss *for Failure to State a Claim and Lac Matter Jurisdiction*. filed by Al Baraka Investment and Development Corporation,, Saleh Abdullah Kamel,, Dallah A Group LLC,, 158 Notice of Appearance filed by Yousef Jameel,, 1200 Affidavit in Support of Motion,, filed by Shah Abdulraoof Batterjee,, 823 Certificate of Service Other filed by Estate of John P.O'Neill, Sr.,, 226 Memorandum of L Support of Motion filed by Naif Bin Abdulaziz Al Saud,, 1305 Memorandum of Law in Support filed by Abdul Aziz Ibrahim,, 324 Order on Motion to Appear Pro Hac Vice,, 1293 Notice (Other) filed by Burnett Plaintiffs,, 1246 Mem Law in Oppisition to Motion,, filed by Plaintiffs Executive Committees,, 507 Affidavit in Opposition to Motion,, file Burnett Plaintiffs,, 1558 Declaration in Opposition to Motion,, filed by Estate of John P.O'Neill, Sr.,, 1475 Endorsed 1417 Response in Support of Motion,, filed by Saleh Al−Hussayen,, 1263 Memorandum of Law in Support filed by I Administrative Services S.A.,, 784 Stipulation and Order,, 694 RICO Statement filed by Estate of John P.O'Neill, Sr. Memorandum of Law in Oppisition to Motion filed by Burnett Plaintiffs,, 291 Memorandum of Law in Oppisition to filed by Federal Insurance Company et al., Plaintiffs,, 869 MOTION to Dismiss *Sulaiman Al Rajhi*. MOTION to Disı Lack of Jurisdiction *Sulaiman Al Rajhi*. MOTION to Dismiss *Sulaiman Al Rajhi*. MOTION to Dismiss for Lack of Ju *Sulaiman Al Rajhi*. MOTION to Dismiss *Sulaiman Al Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Sulaiman* filed by Suleiman Abdel Aziz Al Rajhi,, Sulaiman Bin Abdul Aziz Al Rajhi,, 577 Stipulation and Order,, 327 RICO S filed by Federal Insurance Company et al., Plaintiffs,, 1033 Memorandum of Law in Oppisition to Motion,,, filed by Executive Committees,, 1013 MOTION to Dismiss. filed by Khaled Bin Salim Bin Mahfouz,, 65 Endorsed Letter, Se Deadlines,,, 1316 Affidavit, filed by Federal Insurance Company et al., Plaintiffs,, 838 Memorandum of Law in Supp Motion filed by Faisal Islamic Bank,, 603 Stipulation and Order,,, 370 Stipulation and Order,,, 756 Notice (Other) fil Burnett Plaintiffs,, 769 Endorsed Letter,,, 103 MOTION to Dismiss. filed by Aqeel Al−Aqeel,, 1434 Memorandum o Support of Motion,,, filed by Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena C Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc.,, York Founc African Muslim Agency,, International Institute of Islamic Thought,, 302 MOTION to Dismiss *Burnett (DC)*. filed by Jameel,, 544 JOINT MOTION for Extension of Time *Stipulation Extending Time For Saudi American Bank To File Papers In Support Of Its Motion To Dismiss*. filed by Federal Insurance Company et al., Plaintiffs,, 329 MOTION to filed by Sami Omar Al−Hussayen,, 1119 Stipulation and Order,,,,, 1087 RICO Statement filed by Estate of John P.O' 9 MOTION (FILED ON SERVICE DATE) for Extension of Time to File Answer. filed by Yeslam Binladin,, 1559 Memorandum of Law in Oppisition,, filed by Federal Insurance Company et al., Plaintiffs,, 755 Clerk Certificate of Mailing,,,,,,,,,,, 634 RICO Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, on Motion to Dismiss, 558 MOTION to Dismiss. filed by International Islamic Relief Organization(IIRO),, 202 Repl Memorandum of Law in Support of Motion filed by Rabita Trust,, 724 MOTION to Dismiss. filed by Sami Omar Al- 772 Stipulation and Order,,, 451 Affidavit in Opposition, filed by Burnett Plaintiffs,, 419 Notice (Other) filed by Mol Faisal Al Saud,, 361 Reply Memorandum of Law in Support of Motion filed by Mohammed Ali Sayed Mushayt,, 13 to Dismiss *Complaint By Federal Insurance Plaintiffs and to Quash Service of Process of His Royal Highness Prince* |

*Al−Faisal Bin Abdulaziz Al−Saud*. filed by Turki Al Faisal Al Saud,, 1593 Stipulation and Order,,, 1189 MOTION to filed by Sheik Hamad Al−Husaini,, 879 MOTION (FILED ON SERVICE DATE) for David F. Geneson to Appear P Vice. filed by Yassin Abdullah Kadi,, 1505 Memorandum of Law in Support of Motion,, filed by Abdullah Bin Lade RICO Statement filed by Estate of John P.O'Neill, Sr.,, 717 RICO Statement filed by Euro Brokers Inc., et al.,, 1454 Memorandum of Law in Support of Motion,, filed by Yousef Jameel,, 1359 Notice (Other) filed by Estate of John P.O 245 Endorsed Letter,,,, 28 Memo Endorsement,, 251 Endorsed Letter,,, 121 Memo Endorsement,, 1538 Answer to Co filed by International Islamic Relief Organization(IIRO),, 715 Stipulation and Order,,, 1118 Stipulation and Order of 1258 Affidavit of Service Complaints,,,,, filed by Federal Insurance Company et al., Plaintiffs,, 559 RICO Statement Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 320 Waiver of Service Executed filed by Fede Insurance Company et al., Plaintiffs,, 1428 Memorandum of Law in Support,,, filed by Ahmed Totonji,, Mohammed Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena Corporation,, Reston Investmen Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc.,, York Foundation,, African Muslim Ag International Institute of Islamic Thought,, 461 MOTION to Dismiss *Certain Defendants. This Motion relates only to Action No. 02 CV 7236*. filed by Virginia Bauer,, 1247 Memorandum of Law in Oppisition to Motion,, filed by Plaint Executive Committees,, 691 Notice of Voluntary Dismissal − Signed,, 135 MOTION to Dismiss *the Amended Compl* by Sultan Bin Abdulaziz Al Saud,, 1088 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 832 Stipulation and O Stipulation and Order, Set Motion and R&R Deadlines/Hearings,,, 514 Reply Memorandum of Law in Support of Mo by Faisal Group Holding Co.,, Alfaisaliah Group,, Abdullah Al Faisal Bin Abdulaziz AlSaud,, 380 Memorandum of I Oppisition to Motion, filed by Turki Al Faisal Al Saud,, 1503 Declaration in Support,,,,, filed by Wamy International World Assembly of Muslim Youth,, 1084 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1014 Memorandum Oppisition to Motion,,, filed by Federal Insurance Company et al., Plaintiffs,, 1003 Order,, 819 Reply Memorandum o Support of Motion, filed by Saudi Joint Relief Committee,, 581 MOTION for Extension of Time */ Consent Motion an Stipulation as to Service of Process and Extension of Time*. filed by Islamic Investment Company of the Gulf (Sharja Reply Memorandum of Law in Support of Motion filed by Saudi Binladin Group, Inc.,, 614 Stipulation and Order,,,, MOTION to Dismiss *Named Defendants in Exhibit A*. filed by Kathleen Ashton,, 973 Memorandum of Law in Oppis Motion,, filed by Saudi American Bank,, 754 Clerk Certificate of Mailing,,,,,,,,,,, 199 Rule 7.1 Disclosure Statement Faisal Group Holding Co.,, Alfaisaliah Group,, 43 MOTION to Dismiss *the Complaint or in the Alternative for More Statement*. filed by Saudi Binladin Group, Inc.,, 40 MOTION to Dismiss *The Fourth Amended Consolidated Master in Ashton, et al. v. Al Qaeda Islamic, et al.*. filed by Mohammed Al Faisal Al Saud,, 706 Order of Dismissal,,, 643 M Dismiss *the Claims against defendant Mohammad Abdullad Aljomaih pursuant to Rule 25*. filed by Mohammad Abd Aljomaih,, 146 Order Admitting Attorney Pro Hac Vice,,, 868 Memorandum of Law in Support,,, filed by Abdullah S Al−Rajhi,, 556 Reply Memorandum of Law in Support of Motion, filed by Yassin Abdullah Kadi,, 992 Reply Memo Law in Support of Motion, filed by Dallah Al Baraka Group LLC,, 360 Reply Memorandum of Law in Support of M by Abdullah Muhsen Al Turki,, 1374 Memorandum of Law in Support filed by Daral Maal Al Islami Trust,, 1000 Or Memorandum of Law in Oppisition to Motion,, filed by Burnett Plaintiffs,, 668 RICO Statement filed by Estate of Jo P.O'Neill, Sr.,, 1073 Endorsed Letter,, 1002 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 1 Memorandum of Law in Support of Motion filed by Sami Omar Al−Hussayen,, 391 Waiver of Service Executed filed Insurance Company et al., Plaintiffs,, 196 Notice of Appearance filed by Mohammed Bin Abdulrahman Al Ariefy,, F Holding Co.,, Alfaisaliah Group,, Abdullah Al Faisal Bin Abdulaziz AlSaud,, 1157 Notice (Other), Notice (Other) fil Estate of John P.O'Neill, Sr.,, 654 MOTION to Dismiss *the Consolidated Personal Injury Plaintiffs (Ashton, Burnett, Salvo, and Tremsky)*. filed by Al Haramain Islamic Foundation, Inc.,, 911 Order,,, 864 Memorandum of Law in Supp by Abdullah Salaiman Al−Rajhi,, 112 Clerk Certificate of Mailing,, 1597 Stipulation and Order,, 1436 Declaration in Motion,,, filed by Asat Trust Reg.,, Martin Watcher,, Erwin Watcher,, Sercor Treuhand Anstalt,, 659 Endorsed Letter Memorandum of Law in Support of Motion filed by Daral Maal Al Islami Trust,, 85 MOTION to Dismiss for Lack o Jurisdiction *the Third Amended Complaint (Burnett)*. filed by Abdullah Muhsen Al Turki,, 935 Stipulation and Order Affidavit in Opposition to Motion,,, filed by Continental Casualty Company,, Cantor Fitzgerald & Co.,, New York M General Insurance Company,, Kathleen Ashton,, Estate of John P.O'Neill, Sr.,, Burnett Plaintiffs,, Federal Insurance al., Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 780 RICO Statement filed by Es P.O'Neill, Sr.,, 632 Memorandum & Opinion,,,,,,,,,,,,, 1396 Memorandum of Law in Oppisition to Motion,, filed by N Marine and General Insurance Company,, 994 Transcript, 221 Memorandum of Law in Oppisition to Motion, filed by Plaintiffs,, 585 RICO Statement,, filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 140 Memorandum of Law in Support of Motion filed by Daral Maal Al Islami Trust,, 1211 Notice (Other) filed by World Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1488 Stipulation and Order of Dismissal,,, 122 Memo Endor 1165 RICO Statement filed by Euro Brokers Inc., et al.,, 1390 Declaration in Support,, filed by Ibrahim Bin Abdul A Ibrahim Foundation,, 1058 Memorandum of Law in Support of Motion,, filed by Yousef Jameel,, 1460 Memorandum Support of Motion,,, filed by Wamy International, Inc.,, World Assembly of Muslim Youth,, 704 Stipulation and Ord MOTION to Dismiss *Declaration of Ally Hack*. filed by Council on American−Islamic Relations (CAIR),, 429 Rule Disclosure Statement filed by Federal Insurance Company et al., Plaintiffs,, 1496 Memorandum of Law in Support of filed by Estate of John P.O'Neill, Sr.,, 1399 MOTION to Dismiss. filed by Daral Maal Al Islami Trust,, 1357 Notice filed by Estate of John P.O'Neill, Sr.,, 372 Endorsed Letter,, 862 Memorandum of Law in Support,,, filed by Khalid S Al−Rajhi,, 492 Reply Memorandum of Law in Support of Motion, filed by Wael Jalaidan,, 1080 RICO Statement file of John P.O'Neill, Sr.,, 606 Stipulation and Order,,, 235 Memorandum of Law in Oppisition to Motion filed by Kathl Ashton,, 907 RICO Statement filed by Euro Brokers Inc., et al.,, 1053 Reply Memorandum of Law in Support of Mot by Suleiman Abdel Aziz Al Rajhi,, Sulaiman Bin Abdul Aziz Al Rajhi,, Suleiman Abdel Aziz Al Rajhi,, 152 Memor

Law in Oppisition to Motion filed by Burnett Plaintiffs,, 1109 Reply Memorandum of Law in Support of Motion, file
Administrative Services S.A.,, 78 Response in Opposition to Motion, filed by Burnett Plaintiffs,, 407 Memorandum o
Oppisition to Motion, filed by Burnett Plaintiffs,, 117 Stipulation and Order,,, 53 MOTION to Dismiss. filed by Wa'e
798 Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 549 Stipulation a
155 Memorandum of Law in Oppisition to Motion,, filed by Burnett & Ashton Plaintiffs,, Barrera Plaintiffs,, Tremsk
Plaintiffs,, Salvo Plaintiffs,, 1415 Response in Support of Motion,, filed by Safar Al−Hawali,, 1484 Affidavit in Supp
Kathleen Ashton,, 334 Reply Memorandum of Law in Support of Motion, filed by Safar Al−Hawali,, 1136 FIRST M
Withdraw 1108 RICO Statement, 1091 RICO Statement, 1079 RICO Statement, 1080 RICO Statement, 1081 RICO S
1086 RICO Statement, 1087 RICO Statement, 1088 RICO Statement, 1089 RICO Statement, 1090 RICO Statement f
Estate of John P.O'Neill, Sr.,, 379 Reply Memorandum of Law in Support of Motion filed by Arab Bank,, 880 Order
to Appear Pro Hac Vice,, 1065 Affirmation in Opposition to Motion,, filed by Plaintiffs Executive Committees,, 1469
Declaration in Support of Motion filed by Taha Jaber Al−Alwani,, 865 MOTION to Dismiss *Saleh Al Rajhi*. MOTIO
Dismiss for Lack of Jurisdiction *Saleh Al Rajhi*. MOTION to Dismiss *Saleh Al Rajhi*. MOTION to Dismiss for Lack
Jurisdiction *Saleh Al Rajhi*. MOTION to Dismiss *Saleh Al Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Saleh*
filed by Saleh Abdul Aziz Al Rajhi,, Saleh Abdulaziz Al−Rajhi,, 1550 RICO Statement filed by Estate of John P.O'N
1308 Reply Memorandum of Law in Support of Motion,, filed by Talal Mohammed Badkook,, 729 MOTION to Dism
by Sami Omar Al−Hussayen,, 536 Affirmation in Opposition to Motion,, filed by Kathleen Ashton,, 487 Response,,,
National Commercial Bank,, 1082 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1282 Notice (Other), Notic
filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 133 Waiver of Serv
Executed,,,,,,,,,, filed by Maryland Casualty Company,, Pacific Indemnity Company,, Vigilant Insurance Company,,
Insurance Company,, Allstate Insurance Company,, Great Northern Insurance Company,, Fidelity And Deposit Comp
Maryland,, North River Insurance Company,, Northern Insurance Company of New York,, Seneca Insurance Compan
Zurich American Insurance Company,, American Zurich Insurance Company,, American Guarantee and Liability Ins
Company,, Great Lakes Reinsurance (UK) PLC,, Chubb Insurance Company of Canada,, Chubb Insurance Company
Jersey,, United States Fire Insurance Company,, Steadfast Insurance Company,, Continental Insurance Company,, As
Company of America,, Glens Falls Insurance Company,, American Alternative Insurance Corporation,, One Beacon
Company,, Commercial Insurance Company of Newark, N.J.,, Chubb Custom Insurance Company,, Chubb Indemnit
Company,, One Beacon America Insurance Company,, Colonial American Casualty and Surety Insurance Company,,
Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homelan
Company of New York,, Crum & Forster Indemnity Company,, The Princeton Excess & Surplus Lines Insurance Co
National Ben Franklin Insurance Company of Illinois,, Hiscox Dedicated Corporate Member, Ltd.,, Amlin Underwrit
CNA Casualty of California,, Continental Insurance Company of New Jersey,, Fidelity and Casualty Company of Ne
705 Stipulation and Order,, 732 MOTION to Dismiss. filed by Sami Omar Al−Hussayen,, 682 Stipulation and Order,
RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 1017 Memorandum of Law in Support of Mo
by Khaled Bin Salim Bin Mahfouz,, 563 Order of Dismissal,,,,,, 1335 Notice (Other) filed by Estate of John P.O'Neil
Stipulation and Order,,,,,,,, 189 Waiver of Service Executed,, filed by Federal Insurance Company et al., Plaintiffs,, 5
(Other) filed by Al Rajhi Bank,, 76 Order,, 345 Stipulation and Order,, 219 Memorandum of Law in Oppisition to Mo
by Burnett Plaintiffs,, 1537 Answer to Complaint filed by Wa'el Hamza Jalaidan,, 909 Stipulation and Order,, 747 Sti
and Order,,, 418 Notice (Other) filed by Mohammed Al Faisal Al Saud,, 1092 RICO Statement filed by Estate of Joh
Sr.,, 821 Stipulation and Order,, 1171 Notice (Other) filed by DMI Administrative Services S.A.,, 789 Stipulation and
768 Endorsed Letter,,, 623 MOTION for Donna Sheinbach to Withdraw as Attorney *and Notice of Change of Firm N*
*Address*. filed by M. Yaqub Mirza,, Ahmed Totonji,, Iqbal Yunus,, Jamal Barzinji,, M. Omar Ashraf,, Mohammed Ja
Muhammad Ashraf,, Taha Jaber Al−Alwani,, Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investment
Mena Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Grou
York Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, 1237 Stipulation and Order,,
Stipulation and Order,,, 737 Stipulation and Order,,, 716 RICO Statement filed by World Trade Center Properties LL
1290 Notice (Other) filed by Burnett Plaintiffs,, 628 RICO Statement filed by Federal Insurance Company et al., Plai
Stipulation and Order,,,, 485 Endorsed Letter,,, 900 RICO Statement filed by Euro Brokers Inc., et al.,, 1406 Amende
Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Susan Brady,,
Donovan,, Carmen Garcia,, Hector Garcia,, John Does,, Maryland Casualty Company,, Pacific Indemnity Company,,
Authority of New York & New Jersey,, Dennis Quinn,, Kevin Quinn,, William D Robbins,, Vigilant Insurance Comp
Federal Insurance Company,, Valley Forge Insurance Company,, All Plaintiffs,, Allstate Insurance Company,, Great
Insurance Company,, National Fire Insurance Company of Hartford,, Continental Casualty Company,, Patricia Cough
Rogers,, Fidelity And Deposit Company of Maryland,, Transcontinental Insurance Company,, Transportation Insuran
Company,, Andrew Quinn,, North River Insurance Company,, Northern Insurance Company of New York,, Edward J
Shirley Henderson,, Michael Puckett,, Mark Barbieri,, Seneca Insurance Company, Inc.,, Cantor Fitzgerald & Co.,, Z
American Insurance Company,, James Boyle,, American Zurich Insurance Company,, Diane Miller,, William Ellis, J
American Guarantee and Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Melvin C. Lewis,, Wil
Nelson,, David M. Bernstein,, Pedro Saleme,, Chubb Insurance Company of Canada,, Chubb Insurance Company of
Jersey,, Edward Walsh,, United States Fire Insurance Company,, Steadfast Insurance Company,, William Martin,, Co
Insurance Company,, Benjamin Arroyo,, Thomas Fletcher,, John Martin,, Assurance Company of America,, Glens Fa
Insurance Company,, American Alternative Insurance Corporation,, Brian Barry,, Dawn Brown,, American Casualty
of Reading, Pennsylvania,, One Beacon Insurance Company,, Commercial Insurance Company of Newark, N.J.,, Chu
Insurance Company,, Deena Burnett,, Kathleen Ashton,, Josephine Alger,, Angelica Allen,, George Andrucki,, Mary

Winifred Aranyos,, Margaret Arce,, Margit Arias,, Evelyn Aron,, Nancy Badagliacca,, Christina Baksh,, Joanne Barb
F. Barkow,, Nina Barnes,, Jeannine P. Baron,, Jane Bartels,, Kimberly Kaipaka Beaven,, Michelle Bedigan,, Susan B
Madeline Bergin,, Miriam M. Biegeleisen,, Christine Bini,, Neil B. Blass,, Kris A. Blood,, Dorothy Ann Bogdan,, Ma
Boisseau,, Kathleen Box,, David Brace,, Curtis Fred Brewer,, Hillary A. Briley,, Ursula Broghammer,, JoAnne Brueh
B. Bruno,, Susan E. Buhse,, Elizabeth R. Burns,, James C. Cahill,, James W. Cahill,, Kathleen Cahill,, Deborah Cald
Calia,, Jacqueline Cannizzaro,, Cathy A. Carilli,, Toni Ann Carroll,, Judith Casoria,, Tracy Ann Taback Catalano,, Sa
Catarelli,, Gina Cayne,, Suk Tan Chin,, Catherine T. Regenhard,, Edward P. Ciafardini,, Lisa DiLallo Clark,, Yuko C
Maryann Colin,, Julia Collins,, Patricia Coppo,, Edith Cruz,, Ildefonso A. Cua,, Linda Curia,, David Edward Cushing
D'Antonio,, Beril Sofia DeFeo,, Vincent J. Della Bella,, Todd DeVito,, Milagros Diaz,, Dhanmatee Sam,, Maria DiPi
Stacey Fran Dolan,, Rosalie Downey,, Jay Charles Dunne,, Stanley Eckna,, Denise Esposito,, Dennis Euleau,, Marya
Clifford Tempesta,, Dorothy Tempesta,, Melissa Van Ness Fatha,, Steven Feidelberg,, Wendy Feinberg,, Charlene Fi
Flannery,, Robert T. Folger,, Kurt Foster,, Claudia Flyzik,, Nancy Walsh,, Carol Francolini,, Helen Friedlander,, Lisa
Anne Gabriel,, Walter Tremsky,, Eileen F. Colligan,, Paul Quinn,, Monica M. Gabrielle,, Kathleen Ganci,, Elizabeth
Diane Genco,, Philip Germain,, Carol Gies,, John J. Gill,, Serina Gillis,, Angela Gitto,, Meg Bloom Glasser,, Sharon
Cobb−Glenn,, Jodie Goldberg,, Mia Gonzalez,, Deborah Grazioso,, Claudette Greene,, Peter Greenleaf,, Joanne Gros
Haag,, Gordon G. Haberman,, Patricia Han,, Renne Bacotti Hannafin,, Dorothy Garcia,, Benhardt R. Wainio,, Perry S
Basmattie Bishundat,, Rachel R. Harrell,, Sheila Gail Harris,, Jennifer L. Harvey,, Kelly Hayes,, Virginia Hayes,, Th
Healey,, Hashim A. Henderson,, Karen Hinds,, Dennis L. Hobbs,, Dixie M. Hobbs,, Pamela Hohlweck,, Kathleen Ho
Rubina Cox−Holloway,, Joann T. Howard,, Bridget Hunter,, Kathryn J. Hussa,, Yesenia Ielpi,, Frederick Irby,, Marg
Iskyan,, Jennifer Ruth Jacobs,, Kazmierz Jakubiak,, Leila M. Joseph,, Woodly Joseph,, Paul Kaufman,, Elizabeth H.
Patricia Kellett,, Emmet P. Kelly,, Rosemary Kempton,, Donald Francis Kennedy,, Richard I. Klein,, Fran LaForte,,
LaFrance,, Collette M. LaFuente,, Morris D. Lamonsoff,, Andrea N. LeBlanc,, Donald Leistman,, Elaine Leinung,, R
Levine,, Kathleen Keeler Lozier,, Anne MacFarlane,, Lisanne MacKenzie,, Andrea Maffeo,, Pamela Ann Maggitti,,
Makshanov,, Rebecca L. Marchand,, Lori Mascali,, Dorothy Mauro,, Meryl Mayo,, Margaret Donoghue McGinley,,
McGinnis,, Cynthia F. McGinty,, Theresa McGovern,, Patricia H. McDowell,, Joann Meehan,, Fryderyk Milewski,,
Milewski,, Amber Miller,, Jamie Miller,, Faith Miller,, Barbara Minervino,, Joanne Modafferi,, Anna Mojica,, Saradl
Moorthy,, Elizabeth Ann Moss,, Emily Motroni,, Lauren Murphy,, Elvira P. Murphy,, Richard B. Naiman,, Edward N
Dana Noonan,, William B. Novotny,, James Wallace O'Grady,, Sheryl J. Oliver,, Lisa Palazzo,, Donna Paolillo,, Hel
Passaro,, Mary Gola Perez,, Linda Pickford,, Nancy Picone,, Jean Oslyn Powell,, Karen Princiotta,, Dominic J. Puop
Patricia Quigley,, Francine Raggio,, Deborah Francke,, Maryann Rand,, Sadiq Rasool,, Susan Rasweiler,, Albert T. R
Elizabeth Rego,, Martin Rosenbaum,, Glenna M. Rosenburg,, Jill Rosenblum,, Lauren Rosenzweig,, Claudia Ruggier
Ruiz, Jr., Andrea Russin,, Diane Ryan,, Delphine Saada,, Barbara Scaramuzzino,, Phyllis Schreier,, Lori Shulman,, E
Simon,, Dhanraj Singh,, Mark J. Siskopoulos,, Donna Smith,, Barbara Sohan,, Robert Spadafora,, Laurie Spampinato
A. Stack,, Eileen Tallon,, Patricia Tarasiewicz,, Evelyn Tepedino,, Raj Thackurdeen,, Sat Thackurdeen,, Rosanna Th
Andrija Tomasevic,, Radmila Tomasevic,, Kimberly Trimingham−Aiken,, Marie Twomey,, Victor Ugolyn,, Felician
Virginia Lorene Rossiter Valvo,, Jasmine Victoria,, Richard Villa,, Lucy Virgilio,, Diane Wall,, Diane M. Walsh,, Ar
Weaver,, Delia Welty,, Kristin Galusha−Wild,, Patricia Wiswall,, Anne M. Wodensheck,, Cella Woo−Yeun,, Siew−S
Erica Zucker,, Nancy Lynn Zuckerman,, Aldo Addissi,, Edward Arancio,, Kathleen M. Arancio,, Leonard Ardizzone
Ardizzone,, Thomas Baez,, Joseph Beltrani,, Andrew Braun,, James Cizikie,, Thomas Conroy, Jr., Gibson A. Craig,,
Daly,, Robert D'Elia,, Thomas Donnelly,, Charles Downey,, Joseph R. Downey,, Timothy L. Frolich,, Irene Frolich,,
Gillespie,, Joseph Hands,, John Hassett,, James D. Hodges,, Netta Issacof,, John F. Jermyn,, Arnold Lederman,, Phyl
Lederman,, Michael J. Lindy,, Sandy Amrita Mahabir,, Kevin McArdle,, James McGetrick,, Owen McGovern,, Kevi
Murphy,, Janice O'Dell,, Timothy Parker,, Howard Rice,, Louis Schaefer,, Scott Schrimpe,, Scott Ting,, George Luis
Robert V. Trivingo,, Russell Vomero,, Philip J. Zeiss,, Virginia Bauer,, Linda E. Thorpe,, Gladys Salvo,, Harry Ong,
William O'Connor,, Jennifer E. Brady,, Andy Dinoo,, Jeanne M. Evans,, Vice Rose Arestegui,, Lori Fletcher,, Traci I
Mathilda Geidel,, Regan Grice−Vega,, Elinore Hartz,, Veronica Klares,, Jerline Lewis,, Michael Deloughery,, Bettya
Martineau,, Virginia McKeon,, Olga Merino,, Warren Monroe,, Amy Farnum,, Kevin Mount,, Armine Giorgetti,, Ch
Schmidt,, Colleen Holohan,, Roberta Kellerman,, Laurie S. Lauterbach,, Ingrid M. Lenihan,, Jeffrey Lovit,, Merrilly
Janlyn Scauso,, Nancy Shea,, Holli Silver,, Robin Theurkauf,, Joseph A. Tiesi,, Anthony Vincelli,, Lena Whittaker,,
A. Zuccala,, Andrezej Cieslik,, Domenick Damiano,, Warren Hayes,, Evelyn Rodriguez,, Armando Bardales,, Yvonn
Abdool,, Josephine Acquaviva,, Kara Hadfield,, Jean Adams,, Jessica Murrow−Adams,, Stephen Alderman,, Elizabet
Alderman,, Karium Ali,, Michael J. Allen,, Leonor Alvarez,, Jocelyne Ambroise,, Thomas Arias,, Cynthia Arnold,, P
Azenabor,, John P. Baeszler,, Kim Barbaro,, Thomas J. Meehan, III, Daryl Joseph Meehan,, Edmund Barry,, Gila Ba
Bililovsky,, Suzanne J. Berger,, Robert J. Bernstein,, Joanne F. Betterly,, John Bonomo,, Krystyna Boryczewski,, Mi
Boryczewski,, Julia Boryczewski,, Desiree A. Gerasimovich,, Kathleen M. Buckley,, Javier Burgos,, Chubb Indemni
Insurance Company,, Prakash Bhatt,, William Doyle, Sr., Camille Doyle,, Maureen Kelly,, Chiemi York,, Robert Ke
Beacon America Insurance Company,, Houssain Lazaar,, Jennifer Tarantino,, H. Michael Keden,, Nancy Ann Foster,
Burnett,, Mary Margaret Jurgens,, Martha Burnett O'Brien,, William Doyle,, Doreen Lutter,, Christine R. Huhn,, Lyn
Pescherine,, Boston Old Colony Insurance Company,, Paul R. Martin,, Rachel W. Goodrich,, Ernesto Barrera,, Greg
Stevens,, Sharlene M. Beckwith,, James A. Reed,, Benito Colon,, Victoria Higley,, Marion Knox,, Laura J. Lassman,
Lee,, Mei Jy Lee,, John Lewis,, Joviana Mercado,, Linda Pascuma,, Sean Passananti,, Helen Pfeifer,, Daniel Polatsch
Regan,, Armand Reo,, Alexander Santoro,, Maureen Santoro,, Narasimha Sattaluri,, Wen Shi,, Cynthia Tumulty,, Yu
Zheng,, David Ziminski,, Robert Bermingham,, Mark Bernheimer,, Donald DiDomenico,, Michael Endrizzi,, Mark G
Ron Harding,, Jeremiah Harney,, Peter Ioveno,, Jurgiel Kazimierz,, Raymond Lachhman,, George Lantay,, Joyce Lei

Vincent LeVien,, Jeff Lever,, Jerzy Mrozek,, Carmen Romero,, Christine Sakoutis,, Kemraj Singh,, Gary Wendell,, C
American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance C
The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity C
The Princeton Excess & Surplus Lines Insurance Company,, Jane Alderman,, Stephen Jezycki,, Catherine Jezycki,, M
Jezycki,, Jennifer D'Auria,, Richard D. Allen,, Luke C. Allen,, Judith M. Aiken,, Lauren Arias Lucchini,, Lorraine Ar
Beliveau,, Tara Bane,, Anna M. Granville,, Nicholas Barbaro,, Carol Barbaro,, Kevin W. Barry,, Maureen Barry,, Em
Tisnovskiy,, Leonid Tisnovskiy,, Rostyslav Tisnovskiy,, Frances Berdan,, John Benedetto,, Rina Rabinowitz,, Maria
Ondina Bennett,, Murray Bernstein,, Norma Bernstein,, Irene Bilcher,, Lillian Bini,, Rosemarie Corvino,, Bhola P. B
Miles Bilcher,, Sonia Bonomo,, Sharon Booker,, Rose Booker,, Michael Boryczewski,, John C. Buckley,, Jane M. Sr
Fiona Havlish,, Thomas Burnett,, National Ben Franklin Insurance Company of Illinois,, Alexander Paul Aranyos,, M
Girdano,, Russa Steiner,, Clara Chirchirillo,, Ellen L. Saracini,, TheresaAnn Lostrangio,, Thomas E. Burnett, Sr., Jud
William Coale,, Patricia J. Perry,, Matthew T. Sellitto,, Ralph Maerz, Jr., Linda Panik,, Martin Panik,, Martina Lyne−
Panik,, Stephen L. Cartledge,, Tina Grazioso,, Jin Liu,, Lynn Allen,, Helene Parisi−Gnazzo,, Ann R. Haynes,, John P
O'Neill, Jr., Theresa King,, Judi A. Ross,, Fiona Havlish,, Grace M. Parkinson−Godshalk,,, Loisanne Diehl,, Alfred A
James Alario,,, Andrew Aris,, Donald Aris,, Madelyn Conroy Allen,, George Bonomo,, Estate of John P.O'Neill, Sr.,,
Plaintiffs,, Frederick Alger,, Hiscox Dedicated Corporate Member, Ltd.,, Michael J. Novotny,, Christine Irene O'Neil
O'Neill,, Dorothy A. O'Neill,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Continental Insurance Compa
Jersey,, Fidelity and Casualty Company of New York,, Joann Meehan,, Burnett & Ashton Plaintiffs,, Barrera Plaintif
Tremsky Plaintiffs,, Salvo Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, Saad Bin Laden,, World Trade Ce
Properties LLC, et al.,, Euro Brokers Inc., et al.,, Plaintiffs PI Executive Committee,, Plaintiffs Executive Committee
Plaintiffs,, 758 Order,,, 787 Stipulation and Order,,, 290 Memorandum of Law in Oppisition to Motion, filed by Fede
Insurance Company et al., Plaintiffs,, 1289 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties
al.,, Euro Brokers Inc., et al.,, 204 Reply Memorandum of Law in Support of Motion filed by Al Baraka Investment a
Development Corporation,, Saleh Abdullah kamel,, 547 Clerk Certificate of Mailing,,,,,,,,, 111 Amended Complaint,
by Maryland Casualty Company,, Pacific Indemnity Company,, Vigilant Insurance Company,, Federal Insurance Cor
Allstate Insurance Company,, Great Northern Insurance Company,, Fidelity And Deposit Company of Maryland,, No
Insurance Company,, Northern Insurance Company of New York,, Seneca Insurance Company, Inc.,, Zurich Americ
Insurance Company,, American Zurich Insurance Company,, American Guarantee and Liability Insurance Company,
Lakes Reinsurance (UK) PLC,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, U
States Fire Insurance Company,, Steadfast Insurance Company,, Continental Insurance Company,, Assurance Compa
America,, Glens Falls Insurance Company,, American Alternative Insurance Corporation,, One Beacon Insurance Co
Commercial Insurance Company of Newark, N.J.,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance
One Beacon America Insurance Company,, Boston Old Colony Insurance Company,, Colonial American Casualty an
Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Ins
Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, The Princeton Ex
Surplus Lines Insurance Company,, National Ben Franklin Insurance Company of Illinois,, Hiscox Dedicated Corpor
Member, Ltd.,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Continental Insurance Company of New Jer
Fidelity and Casualty Company of New York,, 1016 Memorandum of Law in Support of Motion filed by Khaled Bin
Mahfouz,, 816 Endorsed Letter,,, 595 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 1040 M
Dismiss. filed by Schreiber & Zindel,, Frank Zindel,, Engelbert Schreiber,, Engelbert Schreiber, Jr, 1095 RICO Stater
by Estate of John P.O'Neill, Sr.,, 822 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1563 Memorandum of La
Support of Motion,, filed by Federal Insurance Company et al., Plaintiffs,, 1372 Notice (Other) filed by Burnett Plain
Response in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 584 RICO Statement filed b
Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 545 Transcript, 1378 Notice (Other) filed by Euro
Inc., et al.,, 711 Stipulation and Order,,, 1529 Answer to Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by
International Islamic Relief Organization(IIRO),, 325 Memo Endorsement,, 1531 Memorandum of Law in Oppisition
filed by Taha Jaber Al−Alwani,, 1244 Declaration in Opposition to Motion,,,,, filed by New York Marine and Genera
Company,, Burnett Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, World Trade Center Properties LLC, et a
Brokers Inc., et al.,, 957 Affidavit in Support of Motion,, filed by Dubai Islamic Bank,, 1067 Stipulation and Order,,,
Memorandum of Law in Oppisition to Motion filed by Kathleen Ashton,, 1204 MOTION to Dismiss. filed by Abdull
Naseef,, 479 Notice of Appearance filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 12
Endorsed Letter,, 1578 Memorandum of Law in Support of Motion, filed by Burnett Plaintiffs,, 1425 Response in Su
Motion,,,, filed by Al Haramain Islamic Foundation, Inc.,, 1015 Affirmation in Opposition to Motion,,, filed by Feder
Insurance Company et al., Plaintiffs,, 565 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance C
al., Plaintiffs,, 1008 Affirmation in Opposition to Motion,,,, filed by Federal Insurance Company,, Continental Casua
Company,, Cantor Fitzgerald & Co.,, New York Marine and General Insurance Company,, Kathleen Ashton,, John Pa
O'Neill, Jr., Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1519 Declaratio
Support of Motion,,, filed by Estate of John P.O'Neill, Sr.,, 1256 Memorandum & Opinion,,,,,,,,,, 157 Memorandum
Oppisition filed by Burnett Plaintiffs,, 1230 Stipulation and Order,,, 1567 Declaration in Opposition to Motion,,,, file
of John P.O'Neill, Sr.,, 1312 Stipulation and Order,, 875 Endorsed Letter,, 587 Reply Memorandum of Law in Suppo
Motion,, filed by Yousef Jameel,, 1524 Memorandum of Law in Oppisition to Motion,,,,, filed by M. Yaqub Mirza,, S
Foundation,, Ahmed Totonji,, Hisham Al−Talib,, Iqbal Yunus,, Jamal Barzinji,, M. Omar Ashraf,, Mohammed Jaghl
Muhammad Ashraf,, Taha Jaber Al−Alwani,, Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investment
Mena Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Grou

York Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, 1323 RICO Statement filed b Insurance Company et al., Plaintiffs,, 1264 MOTION to Dismiss *the Continental Casualty and New York Marine & C Insurance actions*. filed by Daral Maal Al Islami Trust,, 803 MOTION (FILED ON SERVICE DATE) to Dismiss. fil Mohammed Hussein Al Amoudi,, 1315 Affidavit of Service Complaints, filed by Federal Insurance Company et al., I 1553 Endorsed Letter,,, 1318 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 1453 MOTION *Notice of Motion*. filed by M. Yaqub Mirza,, Ahmed Totonji,, Iqbal Yunus,, M. Omar Ashraf,, Mohammed Jaghlit,, M Ashraf,, Taha Al Alwani,, 1304 MOTION to Dismiss *New York Marine*. filed by Abdul Aziz Al−Ibrahim,, 252 Stipu Order,,, 512 Affirmation in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 1373 MOTI Dismiss *the Cantor Fitzgerald action*. filed by Daral Maal Al Islami Trust,, 760 Stipulation and Order,,, 1265 Memor Law in Support, filed by Daral Maal Al Islami Trust,, 1175 Memorandum of Law in Support of Motion,, filed by Sau Crescent,, Cashiers Remark,, 921 Memorandum of Law in Oppisition to Motion,, filed by World Trade Center Prope et al.,, 855 Notice of Change of Address filed by Burnett Plaintiffs,, 1086 RICO Statement filed by Estate of John P.C 1603 Memorandum of Law in Oppisition to Motion, filed by Saudi American Bank,, 721 Affidavit of Service Other,, John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 1 Memorandum of Law in Support of Motion,, filed by Abdullah Omar Naseef,, 279 Memorandum of Law in Oppisitic Motion, filed by Burnett Plaintiffs,, 234 Memorandum of Law in Oppisition to Motion, filed by Kathleen Ashton,, 14 MOTION to Dismiss *the First Amended Complaint*. filed by M. Yaqub Mirza,, Iqbal Yunus,, M. Omar Ashraf,, Muh Ashraf,, Taha Jaber Al−Alwani,, 1295 Notice (Other) filed by Burnett Plaintiffs,, 1111 Stipulation and Order,,,,, 960 Statement filed by Estate of John P.O'Neill, Sr.,, 300 Declaration in Support filed by Yousef Jameel,, 814 Notice (Otl Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 99 MOTION to Dismiss for Jurisdiction *the Third Amended Complaint (Burnett)*. filed by Saudi Red Crescent,, 779 RICO Statement, filed by Eur Inc., et al.,, 165 MOTION for Protective Order *Notice of Motion and Memorandum in Support of Motion for Limited Appearance and to Move for a Protective Order*. filed by Princess Haifa Al−Faisal,, The Royal Embassy of Saudi Ar Prince Bandar bin Sultan bin Abdulaziz,, Ahmed A. Kattan,, Abdul Rahman I. Al−Noah,, 551 Stipulation and Order Dismissal,, 1140 RICO Statement filed by World Trade Center Properties LLC, et al.,, 708 Notice of Voluntary Dism Signed,,,,,,, 637 Endorsed Letter,,, 1085 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 321 Waiver of Servic filed by Federal Insurance Company et al., Plaintiffs,, 200 Reply Memorandum of Law in Support of Motion filed by International Islamic Relief Organization(IIRO),, 1280 Notice (Other) filed by Burnett Plaintiffs,, 794 Acknowledgm Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 1495 MOTION Strike Defendant Taha Al Motion to Dismiss, to Amend Plaintiff's Complaint, for Leave to File RICO Statement, For Reconsideration of the Co Decision Relative to the Filing of A RICO Statement and other Relief. filed by Estate of John P.O'Neill, Sr.,, 1248 M of Law in Oppisition to Motion,, filed by Plaintiffs Executive Committees,, 591 Endorsed Letter,, 1283 Notice (Other Burnett Plaintiffs,, 574 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Pla Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 363 Memorandum of Oppisition to Motion, filed by All Plaintiffs,, 919 MOTION for Entry of Judgment under Rule 54(b) *NOTICE OF MO FOR ENTRY OF FINAL JUDGMENTS REGARDING DEFENDANTS KINGDOM OF SAUDI ARABIA, PRINCE SU ABDUL AZIZ AL SAUD, PRINCE TURKI AL FAISAL AL SAUD, PRINCE MOHAMED AL FAISAL AL SAUD, AND Plaintiffs Executive Committees,, 572 CONSENT MOTION for Extension of Time to Answer Complaint. filed by Adna Abdullah Muhsen Al Turki,, 80 Affidavit of Service Other, filed by Chiemi York,, Jennifer Tarantino,, H. Michael Kea Ann Foster,, 1193 Memorandum of Law in Support of Motion,, filed by Talal Mohammed Badkook,, 1102 RICO State by Estate of John P.O'Neill, Sr.,, 195 Rule 7.1 Disclosure Statement filed by Alfaisaliah Group,, 522 Transcript, 1208 of Service Complaints,,, filed by Federal Insurance Company et al., Plaintiffs,, 703 Stipulation and Order,, 8 Order o for Extension of Time to Answer,, 1449 MOTION to Dismiss Notice Of Motion. filed by M. Yaqub Mirza,, Ahmed Tot Omar Ashraf,, Mohammed Jaghlit,, Muhammad Ashraf,, Taha Jaber Al−Alwani,, Aaran Money Wire Service, Inc.,, 1 (Yunus),, 352 Memorandum of Law in Support of Motion filed by Mohammed Bin Abdulrahman Al Ariefy,, Faisal Gr Holding Co.,, Alfaisaliah Group,, Abdullah Al Faisal Bin Abdulaziz Al Saud,, 308 RICO Statement filed by Federal I Company et al., Plaintiffs,, 468 Endorsed Letter,, 272 Memorandum of Law in Oppisition to Motion,,, filed by Burnet 1056 Endorsed Letter,, 929 Declaration in Support of Motion,, filed by Schreiber & Zindel,, Frank Zindel,, Engelber Engelbert Schreiber, Jr, 1166 RICO Statement filed by World Trade Center Properties LLC, et al.,, 942 RICO Statem Continental Casualty Company,, 1551 Stipulation and Order,,,,,, 1132 Clerk Certificate of Mailing,, 1030 Affidavit in Opposition to Motion,,,,, filed by Plaintiffs PI Executive Committee,, 1198 MOTION to Dismiss. filed by Shahir Abdu Batterjee,, 1027 Reply Memorandum of Law in Support of Motion filed by Sami Omar Al−Hussayen,, 989 Stipulation Order,,,, 113 Clerk Certificate of Mailing,, 678 RICO Statement filed by Federal Insurance Company et al., Plaintiffs RICO Statement, filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 446 RICO Statement Federal Insurance Company et al., Plaintiffs,, 239 Endorsed Letter,,, 883 Order of Dismissal,,,, 751 Clerk Certificate Mailing,,,, 1339 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1381 Rule 7.1 Disclosure Statement filed by Ba Gottardo,, 1292 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers al.,, 1545 Endorsed Letter,, 720 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 51 MOTION to Dismiss. filed Rahman Bin Kahlid Bin Mahfouz,, 428 MOTION for More Definite Statement THE FEDERAL INSURANCE COMPA PLAINTIFFS' MORE DEFINITE STATEMENT AND SUPPLEMENTAL PLEADING ADDING CERTAIN DEFENDA PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(e) AND 15(d) AND PARAGRAPH 12 OF CASE MA by Federal Insurance Company et al., Plaintiffs,, 267 Reply to Response to Motion filed by Mohammed Jamal Khalifa Stipulation and Order,,,, 358 Memorandum of Law in Oppisition to Motion filed by All Plaintiffs,, 797 Acknowledgme Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 438 Notice (Other) filed by Federal Insura*

*Company et al., Plaintiffs,, 1509 Affirmation in Opposition to Motion,,, filed by Federal Insurance Company et al., P 365 Endorsed Letter,, 237 Memorandum of Law in Oppisition to Motion filed by Kathleen Ashton,, 473 Memorandum Oppisition to Motion, filed by Burnett Plaintiffs,, 147 Order on Motion for Leave to File Document,, 1394 Affidavit in filed by Federal Insurance Company et al., Plaintiffs,, 852 Endorsed Letter,,,, 1126 RICO Statement filed by Federal Company et al., Plaintiffs,, 736 Endorsed Letter,,, 653 Endorsed Letter,, 1444 Declaration in Support of Motion,, file Council on American−Islamic Relations (CAIR),, 11 Endorsed Letter,, 110 MOTION to Dismiss. filed by Islamic Ass North America,, 1235 Memorandum of Law in Oppisition to Motion,,, filed by Estate of John P.O'Neill, Sr.,, 770 End Letter,,, 761 Order Admitting Attorney Pro Hac Vice,, 520 CONSENT MOTION for Extension of Time to File Answe Amended Complaint,,,,,,. filed by Adnan Basha,, Abdullah Muhsen Al Turki,, 404 Memorandum of Law in Oppisition filed by Burnett Plaintiffs,, 1042 Stipulation and Order,, 125 Stipulation and Order,, 1121 RICO Statement filed by E John P.O'Neill, Sr.,, 164 MOTION for Protective Order Notice of Motion and Memorandum in Support of Motion for Appearance and to Move for a Protective Order. filed by The Kingdom of Saudi Arabia,, Princess Haifa Al−Faisal,, Bandar bin Sultan,, 1243 Memorandum of Law in Oppisition to Motion,,, filed by New York Marine and General Insu Company,, Burnett Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, World Trade Center Properties LLC, et Brokers Inc., et al.,, 455 Affidavit in Opposition to Motion filed by Kathleen Ashton,, 332 Reply Memorandum of Law of Motion, filed by Abdullah Omar Naseef,, 669 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 205 Oppositio filed by Al Baraka Investment and Development Corporation,, Saleh Abdullah Kamel,, Saleh Abdullah kamel,, 897 R Statement filed by World Trade Center Properties LLC, et al.,, 532 Stipulation and Order,, 978 MOTION for Leave to Motion to Dismiss Out of Time. filed by Dallah Al Baraka Group LLC,, 304 Declaration in Support of Motion, filed b Jameel,, 223 MOTION to Dismiss − Ashton v. Al Qaeda. filed by Saudi American Bank,, 905 Reply Memorandum of Support of Motion, filed by Islamic Investment Company of the Gulf (Sharjah),, 1458 MOTION to Dismiss Notice of filed by Wamy International, Inc.,, 132 Affidavit of Service Complaints,,,,,,, filed by Pacific Indemnity Company,, Vig Insurance Company,, Federal Insurance Company,, Allstate Insurance Company,, Great Northern Insurance Compa And Deposit Company of Maryland,, North River Insurance Company,, Northern Insurance Company of New York,, Insurance Company, Inc.,, Zurich American Insurance Company,, American Zurich Insurance Company,, American and Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Chubb Insurance Company of Canada,, Ch Insurance Company of New Jersey,, United States Fire Insurance Company,, Steadfast Insurance Company,, Contine Insurance Company,, Assurance Company of America,, American Alternative Insurance Corporation,, One Beacon I Company,, Commercial Insurance Company of Newark, N.J.,, Chubb Custom Insurance Company,, Chubb Indemnity Company,, One Beacon America Insurance Company,, Boston Old Colony Insurance Company,, Colonial American and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, Homelan Company of New York,, Crum & Forster Indemnity Company,, Hiscox Dedicated Corporate Member, Ltd.,, Amlin U Ltd.,, CNA Casualty of California,, Continental Insurance Company of New Jersey,, Fidelity and Casualty Company York,, 1334 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1255 Memorandum of Law in Oppisition to Motion Plaintiffs Executive Committees,, 163 MOTION to Dismiss the First Amended Complaint. filed by Grove Corporate, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena Corporation,, Reston Investments, Inc.,, Safa Trust,, S Charitable Gift Fund,, Sterling Management Group, Inc.,, York Foundation,, African Muslim Agency,, International Islamic Thought,, Sana−Bell, Inc.,, 1361 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 91 Order,,,, 650 Mem Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 841 MOTION to Dismiss. filed b Islamic Bank,, 167 Endorsed Letter,, 306 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 159 Memorandum of Law in Support of Motion, filed by Schreiber & Zindel,, Frank Zindel,, Engelbert Schreiber,, Engel Schreiber, Jr, 1168 Notice (Other), Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1075 RICO Statement filed John P.O'Neill, Sr.,, 256 Memorandum of Law in Support of Motion, filed by Burnett Plaintiffs,, 496 Stipulation and Dismissal,, 1590 Memorandum of Law in Support of Motion,, filed by Sami Omar Al−Hussayen,, 1416 Response in S Motion,, filed by Abdullah Muhsen Al Turki,, 1548 Amended Answer to Complaints, filed by International Islamic Re Organization(IIRO),, 232 Memorandum of Law in Oppisition to Motion filed by Kathleen Ashton,, 1342 Notice (Othe Estate of John P.O'Neill, Sr.,, 1522 Reply Memorandum of Law in Support of Motion filed by Banca Del Gottardo,, 1 (Other) filed by Estate of John P.O'Neill, Sr.,, 1052 Reply Memorandum of Law in Support of Motion,,, filed by Saleh Al Rajhi,, Saleh Abdulaziz Al−Rajhi,, 270 Order on Motion to Appear Pro Hac Vice, 1447 MOTION to Dismiss Plai Complaints in Ashton, Federal Insurance, Continental Casualty, and New York Marine With Prejudice. filed by Abdu Bin Mahfouz,, 1236 Stipulation and Order, Set Deadlines/Hearings,,,,,,, 901 Stipulation and Order,, 120 MOTION (F SERVICE DATE) for Khurrum Wahid to Appear Pro Hac Vice. filed by World Assembly of Muslim Youth,, 1380 Noti Notice (Other) filed by Federal Insurance Company et al., Plaintiffs,, 833 MOTION to Dismiss. filed by Faisal Islam MOTION to Dismiss for Lack of Jurisdiction the Third Amended Complaint (Burnett). filed by Sheik Hamad Al−Hus RICO Statement filed by Estate of John P.O'Neill, Sr.,, 346 Answer to Complaint, Third Party Complaint, Crossclain Muslim World League,, 356 MOTION to Dismiss for Lack of Jurisdiction Lack of Personal Jurisdiction. filed by Rab 753 Clerk Certificate of Mailing,,, 535 Memorandum of Law in Oppisition to Motion, filed by Kathleen Ashton,, 162 Memorandum of Law in Support of Motion filed by Arab Bank,, 249 MOTION to Dismiss First Amended Complaint. Mohammed Al Faisal Al Saud,, 1506 Stipulation and Order,,, 592 Order Admitting Attorney Pro Hac Vice,, 638 Stip Order,, 1596 Stipulation and Order,, 1376 Memorandum of Law in Support filed by Daral Maal Al Islami Trust,, 20 Memorandum of Law in Support of Motion filed by Wa'el Jalaidan,, 417 Notice (Other) filed by National Commercia 541 JOINT MOTION to Dismiss Faisal Group Holding. filed by Kathleen Ashton,, 1358 Notice (Other) filed by Estat P.O'Neill, Sr.,, 748 Clerk Certificate of Mailing,,,, 788 Stipulation and Order,,, 500 Memorandum of Law in Support filed by DMI Administrative Services S.A.,, 250 Memorandum of Law in Support of Motion filed by Mohammed Al F*

*Saud,, 1324 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 1219 RICO Statement filed by Eu Inc., et al.,, 629 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 980 MOTION for Leave to Fi language document. filed by Federal Insurance Company et al., Plaintiffs,, 928 Declaration in Support of Motion,, fi Schreiber & Zindel,, Frank Zindel,, Engelbert Schreiber,, Engelbert Schreiber, Jr, 1320 RICO Statement filed by Fed Insurance Company et al., Plaintiffs,, 537 Endorsed Letter,,, 1124 RICO Statement filed by World Trade Center Prop et al.,, 484 Notice of Appearance filed by John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Christine Irene O'N O'Neill,, Dorothy A. O'Neill,, 1296 Notice (Other) filed by Burnett Plaintiffs,, 679 MOTION to Dismiss for Lack of Ju and Failure to State a Claim. filed by Islamic Investment Company of the Gulf (Sharjah),, 1409 MOTION for Extensi Motion for an Order Adjourning Indefinately the Time For Defendant Faisal Islamic Bank − Sudan to Respond to Re Pleadings. filed by Faisal Islamic Bank,, 1353 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1093 RICO State by Estate of John P.O'Neill, Sr.,, 293 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 1338 (Other), Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 948 Notice (Other), Notice (Other) filed by Plaintiffs E Committees,, 326 Stipulation and Order,,,,, 389 Waiver of Service Executed filed by Federal Insurance Company et a Plaintiffs,, 958 Rule 7.1 Disclosure Statement filed by Dubai Islamic Bank,, 106 MOTION to Dismiss. filed by Saleh Badahdah,, Add and Terminate Parties,, 518 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, Statement filed by Federal Insurance Company et al., Plaintiffs,, 55 MOTION to Dismiss., 374 MOTION to Dismiss a Memorandum of Law in Support of Motion to Dismiss. filed by The Kingdom of Saudi Arabia,, 1228 MOTION to Add Thomas E. Burnett, Sr., et al. Motion to Add Parties Pursuant to Federal Rule of Civil Procedure 15(d). filed by Burn Plaintiffs,, 1517 Declaration in Opposition to Motion,, filed by Estate of John P.O'Neill, Sr.,, 583 Notice (Other), Not filed by John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O RICO Statement filed by Estate of John P.O'Neill, Sr.,, 127 Order on Motion to Appear Pro Hac Vice, 259 Order on Appear Pro Hac Vice, 1348 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 866 Memorandum of Law in Suppo Saleh Abdul Aziz Al Rajhi,, Saleh Abdulaziz Al−Rajhi,, 1174 MOTION to Dismiss. filed by Saudi Red Crescent,, 555 (Other) filed by Soliman H.S. Al−Buthe,, 1549 RICO Statement filed by Federal Insurance Company et al., Plaintiffs, Management Plan,,, 952 Endorsed Letter,, 351 MOTION to Dismiss. filed by Mohammed Bin Abdulrahman Al Ariefy Group Holding Co.,, Alfaisaliah Group,, Abdullah Al Faisal Bin Abdulaziz Al Saud,, 692 Notice of Voluntary Dismiss Signed,, 1176 Affidavit in Support of Motion,, filed by Saudi Red Crescent,, 67 MOTION (FILED ON SERVICE DAT Howarth, Suzelle M. Smith and Robert D. Brain to Appear Pro Hac Vice., 410 MOTION to Dismiss the Federal Insu Amended Complaint. filed by Saudi American Bank,, 1418 Response in Support of Motion,, filed by Abdullah Bin Sal Al−Obaid,, 89 Letter, filed by Abdulrahman Bin Mahfouz,, 947 RICO Statement filed by Federal Insurance Company Plaintiffs,, 817 Stipulation and Order,,,, 1540 Memorandum of Law in Support of Motion, filed by M. Yaqub Mirza,, Totonji,, Iqbal Yunus,, M. Omar Ashraf,, Mohammed Jaghlit,, Muhammad Ashraf,, 1107 RICO Statement filed by Est P.O'Neill, Sr.,, 7 Notice of Appearance, filed by M. Yaqub Mirza,, M. Omar Ashraf,, Muhammad Ashraf,, Taha Jaber Al−Alwani,, Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Reston Investments, Inc Trust,, Sterling Charitable Gift Fund,, York Foundation,, African Muslim Agency,, International Institute of Islamic T Sana−Bell, Inc.,, Sanabel Al−Kheer, Inc.,, Mena Investments,, Jamal Barzinji,, Iqbal Unus (Yunus),, 600 Notice of A filed by Naif Bin Abdulaziz Al Saud,, 1588 SUPPLEMENTAL MOTION to Dismiss Pursuant to CMO No. 4. filed by H.S. Al−Buthe,, Perouz Seda Ghaty,, Al Haramain Islamic Foundation, Inc.,, 808 Memorandum of Law in Oppisition Motion,, filed by Federal Insurance Company et al., Plaintiffs,, 666 RICO Statement filed by Estate of John P.O'Neil Stipulation and Order, Set Deadlines/Hearings,,,,,,,,, 517 Affirmation in Opposition to Motion,, filed by Federal Insur Company et al., Plaintiffs,, 944 RICO Statement filed by World Trade Center Properties LLC, et al.,, 1205 Memorand in Support of Motion,, filed by Abdullah Omar Naseef,, 830 Notice (Other) filed by Federal Insurance Company et al Plaintiffs,, 656 MOTION to Dismiss the Consolidated Property Damage and Insurance Complaints (Cantor Fitzgera Continental Casualty, Euro Brokers, Federal Insurance, NY Marine, and World Trade Center Properties). filed by A Islamic Foundation, Inc.,, 1253 Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Executive Committe Reply Memorandum of Law in Support of Motion, filed by International Institute of Islamic Thought,, 1562 RICO Sta by Continental Casualty Company,, 201 Reply Memorandum of Law in Support of Motion filed by International Islan Organization(IIRO),, 1467 MOTION for Dean Arnold and Marshall Mintz to Withdraw as Attorney. filed by Sami Or Al−Hussayen,, 575 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plainti Affidavit in Opposition to Motion filed by All Plaintiffs,, 1450 Memorandum of Law in Support of Motion,, filed by M Mirza,, Ahmed Totonji,, M. Omar Ashraf,, Mohammed Jaghlit,, Muhammad Ashraf,, Taha Jaber Al−Alwani,, Iqbal U (Yunus),, 1098 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 554 Endorsed Letter,,, 503 Declaration in Opp Motion,, filed by Burnett Plaintiffs,, 1131 Clerk Certificate of Mailing,, 631 MOTION to Dismiss & Memorandum of Support of Motion to Dismiss of the Saudi Joint Relief Committee. filed by Saudi Joint Relief Committee,, 1525 Decla Opposition to Motion,, filed by Taha Jaber Al−Alwani,, 1090 RICO Statement filed by Estate of John P.O'Neill, Sr.,, Memorandum of Law in Support of Motion,,, filed by Federal Insurance Company et al., Plaintiffs,, 1470 Memorand in Support of Motion filed by Taha Jaber Al−Alwani,, 1583 Stipulation and Order,, 1151 MOTION to Withdraw 499 to Dismiss Notice of Motion to Dismiss., 94 MOTION to Dismiss (Notice of Motion)., 254 Reply Memorandum of Law Support of Motion,, 617 Reply Memorandum of Law in Support of Motion. filed by DMI Administrative Services S.A., Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers 156 Memorandum of Law in Oppisition to Motion,,, filed by Burnett & Ashton Plaintiffs,, Barrera Plaintiffs,, Tremsk Salvo Plaintiffs,, 1142 Notice of Appearance filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Declaration in Support of Motion,,, filed by Estate of John P.O'Neill, Sr.,, 1141 RICO Statement filed by Continental Company,, 100 Memorandum of Law in Support of Motion filed by DMI Administrative Services S.A.,, 1317 RICO St*

*filed by Federal Insurance Company et al., Plaintiffs,, 987 RICO Statement, filed by Estate of John P.O'Neill, Sr.,, 15 Memorandum of Law in Support of Motion,, filed by Wamy International, Inc.,, World Assembly of Muslim Youth,, 94 (Other) filed by Burnett Plaintiffs,, 1389 Memorandum of Law in Support,, filed by Ibrahim Bin Abdul Aziz Al Ibrahi Foundation,, 299 MOTION to Dismiss. filed by Yousef Jameel,, Terminate Motions,, 1356 Notice (Other) filed by Est P.O'Neill, Sr.,, 338 MOTION (FILED ON SERVICE DATE) for Justin B. Kaplan to Appear Pro Hac Vice. filed by Th Burnett, Sr., 649 MOTION (FILED ON SERVICE DATE) for Thomas M. Melsheimer, Matthew E. Yarbrough, and Jo Helms to Appear Pro Hac Vice. filed by Khalid Sulaiman Al−Rajhi,, Sulaiman Bin Abdul Aziz Al Rajhi,, Saleh Abdul Rajhi,, Abdullah Salaiman Al−Rajhi,, Omar Sulaiman Al−Rajhi,, 337 Reply to Response to Motion filed by Jamal Ba Notice of Appearance, filed by Shahir Abdulraoof Batterjee,, Abdul Rahman Al Swailem,, Abdullah Omar Naseef,, M Ali Sayed Mushayt,, Abdulla Al Obaid,, Talal Mohammed Badkook,, Red Crescent Saudi Committee,, Adnan Basha,, Al−Hawali,, Saleh Al−Hussayen,, Abdullah Muhsen Al Turki,, Mushayt for Trading Company,, Sheik Hamad Al−Hu MOTION for Alan E. Untereiner to Appear Pro Hac Vice Notice of Motion. filed by Saudi High Commission,, 328 Re Memorandum of Law in Support of Motion, filed by Yassin Abdullah Al Kadi,, 1464 Memorandum of Law in Oppisiti Motion,, filed by Estate of John P.O'Neill, Sr.,, 777 RICO Statement, filed by Federal Insurance Company et al., Plai Stipulation and Order,,,, 280 Memorandum of Law in Oppisition to Motion filed by Burnett Plaintiffs,, 229 Endorsed 274 Memorandum of Law in Oppisition to Motion filed by Burnett Plaintiffs,, 1462 Memorandum of Law in Support o filed by Wamy International, Inc.,, World Assembly of Muslim Youth,, 1507 Set Deadlines/Hearings, Order,,,,,, 1411 to Dismiss Notice of Motion. filed by Council on American−Islamic Relations (CAIR),, 1526 MOTION for Sanctions Rule 11. filed by Taha Jaber Al−Alwani,, 825 Notice of Voluntary Dismissal − Signed,, 719 Order Admitting Attorne Vice,,,,,,, 916 RICO Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 409 Ru Disclosure Statement filed by Saudi American Bank,, 433 Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, 1 Management Plan,,,,, 848 MOTION to Dismiss. filed by Faisal Islamic Bank,, 795 Acknowledgment of Service Comp by Federal Insurance Company et al., Plaintiffs,, 1261 Affidavit of Service Complaints,,,,, filed by Federal Insurance et al., Plaintiffs,, 47 MOTION to Dismiss Certain Consolidated Complaints. filed by Sultan Bin Abdulaziz Al Saud,, 3 MOTION to Dismiss. filed by Mohammed Bin Abdulrahman Al Ariefy,, Faisal Group Holding Co.,, Alfaisaliah Grou Addullah Al Faisal Abdulaziz Al Saud,, 1099 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 670 RICO Stater by Estate of John P.O'Neill, Sr.,, 782 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 123 Endorsed Letter,,, 1 Affirmation in Opposition to Motion,, filed by Plaintiffs Executive Committees,, 75 Certificate of Service Other, filed States of America,, 114 Clerk Certificate of Mailing,, 1331 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 118 to Dismiss. filed by Abdullah Muhsen Al Turki,, 658 Notice of Voluntary Dismissal − Signed,, 1427 Notice of Appear by Aradi, Inc.,, 149 Response to Motion, filed by Burnett Plaintiffs,, 393 RICO Statement filed by Federal Insurance al., Plaintiffs,, 709 Service by Publication, filed by All Plaintiffs,, 811 Stipulation and Order,,, 498 Memorandum of L Oppisition to Motion filed by Tarik Hamdi,, 437 Rule 7.1 Disclosure Statement filed by Federal Insurance Company Plaintiffs,, 1383 Memorandum of Law in Support of Motion, filed by Banca Del Gottardo,, 791 Order on Motion to D 523 Notice (Other) filed by Kathleen Ashton,, 192 Letter, filed by Abdul Rahman Khaled Bin Mahfouz,, 618 Endorsed 967 Response to Motion,,, filed by Mohammed Al Faisal Al Saud,, Sultan Bin Abdulaziz Al Saud,, Prince Turki Al Fa Saud,, The Kingdom of Saudi Arabia,, 1250 Memorandum of Law in Oppisition to Motion,, filed by Continental Casu Company,, 1225 Order, Set Deadlines/Hearings,,,,,,, 1173 RICO Statement filed by Continental Casualty Company,, Endorsed Letter,, 860 RICO Statement filed by Euro Brokers Inc., et al.,, 1055 Endorsed Letter,, 405 Memorandum o Oppisition to Motion, filed by Burnett Plaintiffs,, 1311 Reply Memorandum of Law in Support of Motion,, filed by Mo Ali Sayed Mushayt,, 1527 Memorandum of Law in Support of Motion filed by Taha Jaber Al−Alwani,, 1479 CONSEN MOTION for Extension of Time to File Answer To Federal Insurance Complaint. filed by International Islamic Relie Organization(IIRO),, 573 Notice (Other) filed by Federal Insurance Company et al., Plaintiffs,, 1387 Declaration in filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation,, 902 MOTION to Dismiss of Mar−Jac Poultry, Inc.. filed by Poultry, Inc.,, 1034 Declaration in Opposition to Motion,,,, filed by Plaintiffs Executive Committees,, 1332 Notice (O by Estate of John P.O'Neill, Sr.,, 505 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 282 Memorandum of Law in Oppisition to Motion filed by Burnett Plaintiffs,, 714 Clerk Certificate of Mailing,, 985 Stipu Order, Set Motion and R&R Deadlines/Hearings,,, 824 Stipulation and Order,,, 62 Memo Endorsement,, 1508 Memo Law in Oppisition to Motion,,, filed by Federal Insurance Company et al., Plaintiffs,, 576 Stipulation and Order,,,, 42 CONSENT MOTION for Extension of Time /Consent Motion and Stipulation as to Further Extension of Time. filed by Administrative Services S.A.,, Islamic Investment Company of the Gulf (Sharjah),, 1297 Notice (Other) filed by Burne Plaintiffs,, 1148 Affidavit in Opposition to Motion,,, filed by Continental Casualty Company,, Cantor Fitzgerald & Co York Marine and General Insurance Company,, Kathleen Ashton,, Estate of John P.O'Neill, Sr.,, Burnett Plaintiffs,, I Insurance Company et al., Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1487 Sti and Order,,,, 72 Order Admitting Attorney Pro Hac Vice,, 749 Clerk Certificate of Mailing,,,, 1159 RICO Statement f Continental Casualty Company,, 739 Stipulation and Order,,, 542 Stipulation and Order,, 79 Reply Memorandum of Support,,,,, filed by Maryland Casualty Company,, Pacific Indemnity Company,, Vigilant Insurance Company,, Feder Insurance Company,, Great Northern Insurance Company,, Fidelity And Deposit Company of Maryland,, North Rive Company,, Northern Insurance Company of New York,, Zurich American Insurance Company,, American Zurich Insu Company,, American Guarantee and Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Chubb Ins Company of Canada,, Chubb Insurance Company of New Jersey,, United States Fire Insurance Company,, Steadfast Company,, Assurance Company of America,, American Alternative Insurance Corporation,, One Beacon Insurance C Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, One Beacon America Insurance Compa Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' In*

*Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Company,, The Princeton Excess & Surplus Lines Insurance Company,, 411 Reply Memorandum of Law in Support filed by Salman Bin Abdulaziz Al Saud,, 1435 Reply Memorandum of Law in Support of Motion,,, filed by Asat Trust Martin Watcher,, Erwin Watcher,, Sercor Treuhand Anstalt,, 1513 Memorandum of Law in Support of Motion,, filed Mohammed Al Faisal Al Saud,, 894 Reply Memorandum of Law in Support of Motion,,, filed by Perouz Seda Ghaty,, Haramain Islamic Foundation, Inc.,, 1333 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 39 Rule 7.1 Disclosu Statement filed by National Commercial Bank,, 1194 Affidavit in Support of Motion,, filed by Talal Mohammed Badk Affirmation in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 247 Case Management F 1197 Affidavit in Support of Motion, filed by Adnan Basha,, 1227 MOTION to Add Party(ies) Thomas E. Burnett, Sr., Notice of Motion to Add Parties Pursuant to Federal Rule of Civil Procedure 15(d). filed by Burnett Plaintiffs,, 431 F Disclosure Statement filed by Federal Insurance Company et al., Plaintiffs,, 979 MOTION to Dismiss. MOTION to D Lack of Jurisdiction. MOTION to Dismiss. MOTION to Dismiss for Lack of Jurisdiction. filed by Dallah Al Baraka G 342 Transcript, 483 Notice of Appearance filed by John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Christine O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 45 Reply Memorandum of Law in Support filed by National Commercia 1169 RICO Statement filed by Continental Casualty Company,, 1327 Notice (Other) filed by Federal Insurance Comp Plaintiffs,, 1074 Endorsed Letter,, 773 Stipulation and Order,,, 904 RICO Statement filed by Federal Insurance Comp Plaintiffs,, 1274 Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al Brokers Inc., et al.,, 258 Rule 7.1 Disclosure Statement filed by Saudi Economic and Development Company,, 269 Or Motion to Appear Pro Hac Vice, 630 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1402 MOTION to Dismi Daral Maal Al Islami Trust,, 956 Memorandum of Law in Support of Motion,, filed by Dubai Islamic Bank,, 671 End Letter,, 108 MOTION to Dismiss. filed by Abdullah M. Al−Mahdi,, 1046 Memorandum of Law in Oppisition to Motic by Plaintiffs Executive Committees,, 533 Stipulation and Order,, 1325 RICO Statement filed by Federal Insurance Co al., Plaintiffs,, Remark,,,, 655 MOTION to Dismiss the Consolidated Personal Injury Complaints (Ashton, Burnett, Sa Tremsky). filed by Perouz Seda Ghaty,, 1429 Answer to Complaint filed by Jamal Barzinji,, 783 Stipulation and Orde Order Admitting Attorney Pro Hac Vice,, 1404 MOTION to Dismiss. filed by Daral Maal Al Islami Trust,, 1584 Stipu Order,, 564 Order Admitting Attorney Pro Hac Vice,, 1062 Reply Memorandum of Law in Support of Motion,, filed b Islamic Bank,, 1382 MOTION to Dismiss. filed by Banca Del Gottardo,, 1313 Notice (Other), Notice (Other) filed by Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 1407 Endorsed Letter,, 734 Notice of Substitution o filed by DMI Administrative Services S.A.,, 508 Endorsed Letter,, 218 Memorandum of Law in Oppisition to Motion f Burnett Plaintiffs,, 835 MOTION to Dismiss. filed by Faisal Islamic Bank,, 1591 Memorandum of Law in Support of filed by Schreiber & Zindel,, Frank Zindel,, Engelbert Schreiber,, Engelbert Schreiber, Jr, 543 Notice (Other) filed b Ashton,, 1217 Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, 950 Notice (Other) filed by World Trade Cen Properties LLC, et al.,, Euro Brokers Inc., et al.,, 480 Notice of Appearance filed by Port Authority of New York & N Cantor Fitzgerald & Co.,, 1535 Answer to Amended Complaint, filed by International Islamic Relief Organization(II Clerk Certificate of Mailing,, 1039 Affirmation in Opposition to Motion,, filed by Plaintiffs Executive Committees,, 6 Stipulation and Order,,, 646 Endorsed Letter,, 170 Reply Memorandum of Law in Support of Motion, filed by Nationa Commercial Bank,, 1354 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 785 Stipulation and Order,,, 961 RIC filed by Estate of John P.O'Neill, Sr.,, Status Conference,, 1209 Reply Memorandum of Law in Support of Motion,, fi Tufail,, Schreiber & Zindel,, Frank Zindel,, Engelbert Schreiber,, Engelbert Schreiber, Jr Add and Terminate Attorn Affidavit in Support of Motion,, filed by Safar Al−Hawali,, 812 Endorsed Letter,,, 52 MOTION to Dismiss. filed by Sa Abdullah Kamel,, Al Baraka Investment & Development Corp.,, 1410 Notice (Other) filed by Faisal Islamic Bank,, 1 (Other) filed by Estate of John P.O'Neill, Sr.,, 1423 Response in Support of Motion,, filed by Abdullah Omar Naseef,, Memorandum of Law in Support, filed by DMI Administrative Services S.A.,, 44 Memorandum of Law in Support of by Saudi Binladin Group, Inc.,, 1395 Notice (Other) filed by Soliman H.S. Al−Buthe,, 260 Endorsed Letter,,,, 1206 A Support of Motion,, filed by Abdullah Omar Naseef,, 489 MOTION to Dismiss Notice of Motion to Dismiss. filed by I Investment Company of the Gulf (Sharjah),, 1561 MOTION to Strike Document No. 1426 NOTICE OF THE FEDER PLAINTIFFS' MOTION TO STRIKE RENEWED MOTION TO DISMISS SAAR NETWORK DEFENDANTS. filed by Insurance Company et al., Plaintiffs,, 778 RICO Statement, filed by World Trade Center Properties LLC, et al.,, 746 and Order,, 635 MOTION for E. Michael Bradley to Withdraw as Attorney. filed by Bakr M Bin Laden,, Tarek M. Bi Omar M. Bin Laden,, Khaled Bin Salim Bin Mahfouz,, Saudi Binladin Group, Inc.,, 1566 Declaration in Opposition t filed by Estate of John P.O'Neill, Sr.,, 1341 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, Add and Terminate 139 Notice of Appearance filed by Salman Bin Abdulaziz Al Saud,, 1 MDL Conditional Transfer In Order,,, 550 Stipu Order of Dismissal,, 15 MOTION (FILED ON SERVICE DATE) for Michael K. Kellogg, Mark C. Hansen, David C. Michael J. Guzman, and J.C. Rozendaal to Appear Pro Hac Vice. filed by Turki Al Faisal Al Saud,, 1101 MOTION to for Lack of Jurisdiction and Insufficient Service of Process. filed by Sercor Treuhand Anstalt,, 971 RICO Statement fi Brokers Inc., et al.,, 660 Stipulation and Order,, 1108 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 827 RIC Statement filed by Estate of John P.O'Neill, Sr.,, 593 RICO Statement filed by Federal Insurance Company et al., Pla 1210 RICO Statement filed by New York Marine and General Insurance Company,, 1516 Memorandum of Law in Su Motion,, filed by Saudi High Commission,, Salman Bin Abdulaziz Al Saud,, Naif Bin Abdulaziz Al Saud,, 995 Transcr MOTION to Dismiss Notice of Motion. filed by SNCB Corporate Finance Ltd.,, SNCB Securities Ltd. in London,, 10 to Dismiss for Lack of Jurisdiction or Failure to State a Claim. filed by Yousef Jameel,, 1181 Memorandum of Law in Motion,, filed by Abdullah Bin Saleh Al−Obaid,, 1110 Stipulation and Order of Dismissal,, 1100 MOTION to Dismis of Jurisdiction and Insufficient Service of Process. filed by Asat Trust Reg.,, Martin Watcher,, Erwin Watcher,, 1504 Dismiss. filed by Abdullah Bin Laden,, 191 Order Admitting Attorney Pro Hac Vice,, 1059 Declaration in Support of*

*filed by Yousef Jameel,, 1448 Memorandum of Law in Support of Motion,, filed by Abdulrahman Bin Mahfouz,, 64 M Endorsement, 1137 Endorsed Letter,,, 849 Memorandum of Law in Support of Motion filed by Faisal Islamic Bank,, Statement, filed by Euro Brokers Inc., et al.,, 738 Stipulation and Order,,, 316 Memorandum of Law in Oppisition to filed by Federal Insurance Company et al., Plaintiffs,, 1185 Affidavit in Support of Motion,, filed by Abdullah Muhse 255 MOTION for Reconsideration of Non−Final Ruling Dismissing Claims Against Defendants Sultan Bin Abdulazi and Turki Al−Faisal Bin Abdulaziz Al−Saud. filed by Burnett Plaintiffs,, 1530 Reply Memorandum of Law in Suppor filed by Taha Jaber Al−Alwani,, 1257 Affirmation in Opposition to Motion,,, filed by Federal Insurance Company et Plaintiffs,, 42 Rule 7.1 Disclosure Statement filed by Saudi Binladin Group, Inc.,, 60 MOTION to Dismiss the Claims in Plaintiffs' Fourth Amended Complaint. filed by International Institute of Islamic Thought,, 457 Notice (Other) filed Soliman H.S. Al−Buthe,, 1405 Memorandum of Law in Support of Motion filed by Daral Maal Al Islami Trust,, 1465 and Order of Dismissal,,, 695 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 168 Declaratio Burnett Plaintiffs,, 1241 MOTION to Dismiss the World Trade Center Properties and Euro Brokers actions. filed by Administrative Services S.A.,, 1083 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1375 MOTION to Dismiss action. filed by Daral Maal Al Islami Trust,, 1187 Memorandum of Law in Support of Motion, filed by Safar Al−Haw RICO Statement, filed by Euro Brokers Inc., et al.,, 273 Affirmation in Opposition to Motion, filed by Burnett Plainti Stipulation and Order,, 434 Endorsed Letter,, 1294 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center P LLC, et al.,, Euro Brokers Inc., et al.,, 362 Reply Memorandum of Law in Support of Motion, filed by Abdullah Bin S Obaid,, 1575 Memorandum of Law in Oppisition to Motion,,, filed by Plaintiffs Executive Committees,, 228 Notice o Appearance filed by International Development Foundation,, Saudi Economic and Development Company,, Mohamn Bin Mahfouz,, 818 Memorandum of Law in Oppisition to Motion, filed by Continental Casualty Company,, 776 MOT Stephanie W. Fell to Withdraw as Attorney. filed by Al Baraka Investment & Development Corp.,, 1164 RICO Statem Federal Insurance Company et al., Plaintiffs,, 115 Response, filed by United States of America,, 385 Affidavit of Serv Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 143 MOTION to Dismiss the First Amended Com by Jamal Barzinji,, 285 Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, 414 Rule 7.1 Disclosure Statement SNCB Corporate Finance Ltd.,, SNCB Securities Ltd. in London,, 194 Notice of Appearance filed by Alfaisaliah Gro Addullah Al Faisal Abdulaziz Al Saud,, 1379 Notice (Other) filed by World Trade Center Properties LLC, et al.,, 521 395 Answer to Complaint filed by Perouz Seda Ghaty,, 1392 MOTION to Dismiss (corrected). filed by Banca Del Go MOTION to Dismiss Failure to State a Claim. MOTION to Dismiss for Lack of Jurisdiction Lack of Subject Matter J MOTION to Dismiss Failure to State a Claim. MOTION to Dismiss for Lack of Jurisdiction Lack of Subject Matter J filed by Saleh Abdullah Kamel,, Al Baraka Investment & Development Corp.,, 1565 Stipulation and Order, Set Dead 1125 RICO Statement filed by World Trade Center Properties LLC, et al.,, 1010 Affidavit in Opposition to Motion,,, Federal Insurance Company,, Continental Casualty Company,, Cantor Fitzgerald & Co.,, New York Marine and Ge Insurance Company,, Kathleen Ashton,, John Patrick O'Neill, Jr., Burnett Plaintiffs,, World Trade Center Properties al.,, Euro Brokers Inc., et al.,, 598 Notice of Appearance filed by Naif Bin Abdulaziz Al Saud,, 18 MDL Transfer In,,, Endorsed Letter, Set Scheduling Order Deadlines,,,,, 96 MOTION to Dismiss for Lack of Jurisdiction the Third Ame Complaint (Burnett). filed by Abdul Rahman Al Swailem,, 231 Memorandum & Opinion,,,, 257 Rule 7.1 Disclosure S filed by International Development Foundation,, 1105 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 727 M Dismiss. filed by Sami Omar Al−Hussayen,, 1018 Memorandum of Law in Support of Motion, filed by Khaled Bin Sa Mahfouz,, 859 RICO Statement filed by World Trade Center Properties LLC, et al.,, 401 Reply Memorandum of Law of Motion, filed by Naif Bin Abdulaziz Al Saud,, 1266 Stipulation and Order,, 207 Brief filed by Wa'el Hamza Jalaid Memorandum of Law in Support of Motion, filed by Schreiber & Zindel,, Frank Zindel,, Engelbert Schreiber,, Engel Schreiber, Jr, 999 Memorandum of Law in Oppisition to Motion, filed by Naif Bin Abdulaziz Al Saud,, Salman Bin A Saud,, 350 Memorandum of Law in Support of Motion filed by Mohammed Bin Abdulrahman Al Ariefy,, Faisal Grou Co.,, Alfaisaliah Group,, Abdullah Al Faisal Bin Abdulaziz AlSaud,, 886 Notice of Voluntary Dismissal − Signed,, 14 Response in Support of Motion, filed by Sheik Hamad Al−Husaini,, 140 MOTION to Dismiss the Complaints. filed by Bin Abdulaziz Al Saud,, 1115 MOTION to Dismiss. filed by Mar−Jac Poultry, Inc.,, 502 Memorandum of Law in Opp Motion, filed by Burnett Plaintiffs,, 323 Order,, 710 RICO Statement filed by Federal Insurance Company et al., Pla Reply Memorandum of Law in Support of Motion,, filed by Saleh Al−Hussayen,, 617 Reply Memorandum of Law in Motion filed by DMI Administrative Services S.A.,, 906 RICO Statement filed by World Trade Center Properties LLC 1178 Memorandum of Law in Support of Motion,, filed by Saleh Al−Hussayen,, 1480 CONSENT MOTION for Exten Time to File Answer to Ashton Complaint. filed by International Islamic Relief Organization(IIRO),, 1287 Notice (Ot by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 494 Reply Memorandum Support of Motion, filed by International Islamic Relief Organization(IIRO),, 1020 Memorandum of Law in Oppisitio Motion,,,,, filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 36 MOTION for More Defi Statement. filed by Sami Omar Al−Hussayen,, 1298 Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, World Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 318 Memorandum of Law in Oppisition to Motion, filed by Insurance Company et al., Plaintiffs,, 315 Memorandum of Law in Oppisition to Motion,, filed by Federal Insurance et al., Plaintiffs,, 1601 Reply Memorandum of Law in Support of Motion,, filed by Ibrahim Bin Abdulaziz Al Ibrahim, MOTION to Stay Proceedings. filed by Al Haramain Foundation,, Aqeel Al Aqeel,, 319 MOTION (FILED ON SERV for Viet D. Dinh to Appear Pro Hac Vice. filed by Yousef Jameel,, 1029 Memorandum of Law in Oppisition to Motio Plaintiffs PI Executive Committee,, 590 Reply Memorandum of Law in Support of Motion filed by Islamic Investment of the Gulf (Sharjah),, 1051 Reply Memorandum of Law in Support of Motion,,, filed by Abdullah Salaiman Al−Rajh Endorsed Letter,,,, 1063 Reply Memorandum of Law in Support of Motion,, filed by Faisal Islamic Bank,, 276 Memo Law in Oppisition to Motion,, filed by Burnett Plaintiffs,, 1441 Reply Memorandum of Law in Support of Motion filed*

*Mar−Jac Poultry, Inc.,, 1343 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 264 Reply Memorandum of Law i of Motion, filed by Adel Abdul Batterjee,, 566 Notice (Other) filed by Federal Insurance Company et al., Plaintiffs,, 6 Stipulation and Order,, 775 RICO Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 580 Reply Memorand in Support of Motion, filed by Saudi American Bank,, 1120 RICO Statement, filed by Federal Insurance Company et a Plaintiffs,, 224 FIRST MOTION for John Popilock to Withdraw as Attorney of record in Federal Insurance Company Qaida et al, 03cv6978; Vigilant Insurance Company et al, v The Kingdom of Saudi Arabia et al., 03cv8591; In re Ter Attack on September 11 filed by Federal Insurance Company et al., Plaintiffs,, 23 Endorsed Letter,, 807 Memorandu Oppisition to Motion,,, filed by Federal Insurance Company et al., Plaintiffs,, 1512 MOTION for Entry of Judgment u 54(b). filed by Turki Al Faisal Al Saud,, Sultan Bin Abdulaziz Al Saud,, Naif Bin Abdulaziz Al Saud,, Saudi High Com The Kingdom of Saudi Arabia,, Salman Bin Abdulaziz Al Saud,, 1135 Order,,, 423 Reply Memorandum of Law in Sup Motion,, filed by M. Yaqub Mirza,, Jamal Barzinji,, M. Omar Ashraf,, Muhammad Ashraf,, Taha Jaber Al−Alwani,, C Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena Corporation,, Reston Investments, In Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc.,, York Foundation,, African Muslim Agency, International Institute of Islamic Thought,, Sana−Bell, Inc.,, Iqbal Unus (Yunus),, 843 Memorandum of Law in Suppo Motion filed by Faisal Islamic Bank,, 982 Memorandum of Law in Oppisition to Motion, filed by Sultan Bin Abdulazi Naif Bin Abdulaziz Al Saud,, 1238 Affidavit of Service Complaints filed by Kathleen Ashton,, 949 RICO Statement file Federal Insurance Company et al., Plaintiffs,, 1581 Stipulation and Order,,, 1420 Response in Support of Motion, file Adnan Basha,, 743 RICO Statement filed by World Trade Center Properties LLC, et al.,, 1221 RICO Statement filed Trade Center Properties LLC, et al.,, 54 MOTION to Dismiss. filed by Rabita Trust,, 1439 Memorandum of Law in S Motion,, filed by Al Baraka Investment and Development Corporation,, Saleh Abdullah Kamel,, Dallah Al Baraka Gr 1598 Response filed by International Islamic Relief Organization(IIRO),, 109 MOTION to Dismiss. filed by Sulaiman 383 Affidavit of Service Complaints filed by Federal Insurance Company et al., Plaintiffs,, 435 MOTION for Service Publication. filed by All Plaintiffs,, 731 Status Report filed by Saudi American Bank,, Al Baraka Investment and Deve Corporation,, Saleh Abdullah Kamel,, Al Rajhi Bank,, Arab Bank,, 1212 Notice (Other) filed by Burnett Plaintiffs,, W Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 927 Declaration in Support of Motion,, filed by Schreiber & Frank Zindel,, Engelbert Schreiber,, Engelbert Schreiber, Jr, 1573 Affirmation in Opposition to Motion,,, filed by Co Casualty Company,, New York Marine and General Insurance Company,, Kathleen Ashton,, Federal Insurance Com Plaintiffs,, 844 MOTION to Dismiss. filed by Faisal Islamic Bank,, 846 MOTION to Dismiss. filed by Faisal Islamic Notice (Other) filed by Federal Insurance Company et al., Plaintiffs,, 20 Memo Endorsement,,, 839 MOTION to Dism by Faisal Islamic Bank,, 95 Declaration in Support of Motion filed by DMI Administrative Services S.A.,, 430 Notice filed by Federal Insurance Company et al., Plaintiffs,, 29 Memo Endorsement,, 497 Memorandum of Law in Oppisiti Motion filed by Tarik Hamdi,, 578 RICO Statement, filed by John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 1060 Clerk Certificate of Mailing,,,,,,, 477 Memorandum of Law Oppisition to Motion, filed by Burnett Plaintiffs,, 540 Endorsed Letter,,, 61 Memo Endorsement, 613 Stipulation and 686 Memorandum of Law in Oppisition to Motion,, filed by Kathleen Ashton,, 924 RICO Statement filed by World Tr Properties LLC, et al.,, 288 Stipulation and Order of Dismissal,, 1477 Notice (Other), Notice (Other), Notice (Other) (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Othe (Other), Notice (Other), Notice (Other), Notice (Other) filed by Cantor Fitzgerald & Co.,, John Patrick O'Neill, Jr., E John P.O'Neill, Sr.,, Burnett & Ashton Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, World Trade Center LLC, et al.,, Euro Brokers Inc., et al.,, 1167 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 977 Notice (Other (Other), Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, 198 Notice of Appearance filed by Mohammed Bin Abdulrahman Al Ariefy,, Faisal Group Holding Co.,, Alfaisaliah Group,, Abdullah Al Faisal Bin Abdulaziz AlSaud,, Memorandum of Law in Support of Motion filed by DMI Administrative Services S.A.,, 1047 Affidavit in Opposition t Motion,,,,, filed by Plaintiffs Executive Committees,, 1123 RICO Statement filed by Euro Brokers Inc., et al.,, 317 No Notice (Other) filed by Yousef Jameel,, 955 MOTION to Dismiss Complaints. filed by Dubai Islamic Bank,, 1555 RIC Statement filed by Federal Insurance Company et al., Plaintiffs,, 981 Notice (Other) filed by Burnett Plaintiffs,, Worl Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1556 Memorandum of Law in Oppisition to Motion,, filed by John P.O'Neill, Sr.,, 1350 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 150 Memorandum of Law in Oppisiti Motion filed by Burnett Plaintiffs,, 390 Waiver of Service Executed filed by Federal Insurance Company et al., Plaint RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 1153 RICO Statement filed by Euro Brokers I 92 Reply Memorandum of Law in Support of Motion filed by Al−Rajhi Banking & Investment Corp.,, 311 RICO State by Federal Insurance Company et al., Plaintiffs,, 1329 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1278 No filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1459 Certificate of Other,, filed by Wamy International, Inc.,, World Assembly of Muslim Youth,, 1196 Memorandum of Law in Support filed by Adnan Basha,, 1145 Affidavit of Service Complaints, filed by Estate of John P.O'Neill, Sr.,, 87 MOTION to D Lack of Jurisdiction the Third Amended Complaint (Burnett). filed by Abdullah Omar Naseef,, 871 RICO Statement f Continental Casualty Company,, 528 Endorsed Letter,, 1273 Notice (Other) filed by Burnett Plaintiffs,, World Trade Properties LLC, et al.,, Euro Brokers Inc., et al.,, 296 Reply Memorandum of Law in Support of Motion filed by Saud Bank,, 1326 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 790 Stipulation and Order,, 1515 to Dismiss Complaints. filed by Saudi High Commission,, Salman Bin Abdulaziz Al Saud,, Naif Bin Abdulaziz Al Saud Stipulation and Order of Dismissal,,, 810 Response in Opposition to Motion,,, filed by Estate of John P.O'Neill, Sr.,, Response in Support of Motion,, filed by Saudi Red Crescent,, 1456 MOTION to Dismiss Notice of Motion. filed by W Assembly of Muslim Youth,, 56 MOTION to Dismiss., 1182 Affidavit in Support of Motion,, filed by Abdullah Bin Sal*

*Al−Obaid,, 1490 RICO Statement filed by World Trade Center Properties LLC, et al.,, 601 Notice of Appearance file Bin Abdulaziz Al Saud,, 1269 Reply Affidavit in Support of Motion,, filed by Sheik Hamad Al−Husaini,, 443 MOTION Dismiss. filed by Abdurahman Alamoudi,, 1367 Notice (Other) filed by Burnett Plaintiffs,, 626 RICO Statement filed Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 893 Notice (Other) filed by Soliman H.S. Al−Buthe, Reply Memorandum of Law in Support of Motion,, filed by Saudi Red Crescent,, 1493 Declaration in Opposition to M filed by Estate of John P.O'Neill, Sr.,, 373 Order on Motion to Appear Pro Hac Vice,, 1534 Answer to Amended Com by Muslim World League,, 151 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 1564 Memo Law in Oppisition,, filed by Federal Insurance Company et al., Plaintiffs,, 312 Response in Opposition to Motion, file Federal Insurance Company et al., Plaintiffs,, 945 RICO Statement filed by Euro Brokers Inc., et al.,, 1437 Declarati Support of Motion,,, filed by Asat Trust Reg.,, Martin Watcher,, Erwin Watcher,, Sercor Treuhand Anstalt,, 138 Notic filed by Burnett Plaintiffs,, 367 MOTION to Strike Portions of Federal Plaintiffs' Opposition Brief (Dkt. No. 315). file Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena Corporation,, Reston Investments, In Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc.,, York Foundation,, African Muslim Agency, International Institute of Islamic Thought,, Sana−Bell, Inc.,, 1445 Stipulation and Order,,,,,,,, 926 MOTION to Dismi of Jurisdiction. filed by Schreiber & Zindel,, Frank Zindel,, Engelbert Schreiber,, Engelbert Schreiber, Jr, 1076 RIC filed by Estate of John P.O'Neill, Sr.,, 16 Order, Set Deadlines,,,,,,,,,,,,,,,,,, 336 Reply to Response to Motion filed by Ashraf,, Muhammad Ashraf,, Taha Jaber Al−Alwani,, Iqbal Unus (Yunus),, M. Yaqub Mirza,, 802 RICO Statement fi Continental Casualty Company,, 688 Notice of Voluntary Dismissal − Signed,, 1604 Notice of Appeal, 968 Stipulatio Order,,,, 49 MOTION to Dismiss and Memorandum of Law in Support of Motion to Dismiss and to Quash Service of His Royal Highness Prince Turki Al−Faisal bin Abdulaziz Al−Saud. filed by Turki Al Faisal Al Saud,, 1360 Notice ( by Estate of John P.O'Neill, Sr.,, 1201 MOTION to Dismiss. filed by Mohammed Ali Sayed Mushayt,, 413 Rule 7.1 D Statement filed by National Commercial Bank,, 1511 MOTION for Entry of Judgment under Rule 54(b) Notice of Mo HRH Prince Mohamed Al Faisal Al Saud for Entry of Judgment Pursuant to Federal Rule of Civil Procedure 54(b). f Mohammed Al Faisal Al Saud,, 1397 MOTION to Dismiss. filed by Daral Maal Al Islami Trust,, 697 RICO Statemen Euro Brokers Inc., et al.,, 1113 Reply Memorandum of Law in Support of Motion,, filed by Soliman H.S. Al−Buthe,, 7 Admitting Attorney Pro Hac Vice,, 506 Affidavit in Opposition to Motion, filed by Burnett Plaintiffs,, 1190 Memoran in Support of Motion,, filed by Sheik Hamad Al−Husaini,, 37 Declaration in Support of Motion filed by Sami Omar Al−Hussayen,, 33 Memo Endorsement,, 119 Notice of Appearance filed by Sulaiman Al−Ali,, Abdullah M. Al−Mahd Al−Moslah,, Al Haramain Foundation,, Mohammed Jamal Khalifa,, Adel Abdul Batterjee,, Aqeel Al−Aqeel,, Saleh C Badahdah,, 284 MOTION to Quash Subpoena Served on Citibank FSB and for a Protective Order. filed by Yassin Al Kadi,, 851 Memorandum of Law in Support of Motion filed by Faisal Islamic Bank,, 774 RICO Statement filed by Fe Insurance Company et al., Plaintiffs,, 1340 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 118 Notice of Appe by Islamic Assembly of North America,, 1514 Memorandum of Law in Support of Motion,,, filed by Sultan Bin Abdul Saud,, Naif Bin Abdulaziz Al Saud,, Prince Turki Al Faisal Al Saud,, The Kingdom of Saudi Arabia,, Salman Bin Abd Saud,, 1218 RICO Statement filed by Euro Brokers Inc., et al.,, 73 Order Admitting Attorney Pro Hac Vice,, 1541 M Dismiss. filed by Jamal Barzini,, 1031 Declaration in Opposition to Motion,,,, filed by Plaintiffs PI Executive Commi MOTION to Dismiss of the Defendant The National Commercial Bank. filed by National Commercial Bank,, 467 Stip Order,, 1463 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, Susan Brady,, Joseph Donovan,, Carmen Garcia,, Hector Garcia,, John Does,, Maryland Casualty Company,, Pacifi Company,, Port Authority of New York & New Jersey,, Dennis Quinn,, Kevin Quinn,, William D Robbins,, Vigilant In Company,, Federal Insurance Company,, Valley Forge Insurance Company,, All Plaintiffs,, Allstate Insurance Comp Northern Insurance Company,, National Fire Insurance Company of Hartford,, Continental Casualty Company,, Pat Coughlin,, Kevin Rogers,, Fidelity And Deposit Company of Maryland,, Transcontinental Insurance Company,, Tran Insurance Company,, Andrew Quinn,, North River Insurance Company,, Northern Insurance Company of New York,, Sweeney,, Shirley Henderson,, Michael Puckett,, Mark Barbieri,, Seneca Insurance Company, Inc.,, Cantor Fitzgeral Zurich American Insurance Company,, James Boyle,, American Zurich Insurance Company,, Diane Miller,, William American Guarantee and Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Melvin C. Lewis,, Wil Nelson,, David M. Bernstein,, Pedro Saleme,, Chubb Insurance Company of Canada,, Chubb Insurance Company of Jersey,, Edward Walsh,, United States Fire Insurance Company,, Steadfast Insurance Company,, William Martin,, C Insurance Company,, Benjamin Arroyo,, Thomas Fletcher,, John Martin,, Assurance Company of America,, Glens F Insurance Company,, American Alternative Insurance Corporation,, Brian Barry,, Dawn Brown,, American Casualty of Reading, Pennsylvania,, One Beacon Insurance Company,, Commercial Insurance Company of Newark, N.J.,, Ch Insurance Company,, Deena Burnett,, Kathleen Ashton,, Josephine Alger,, Angelica Allen,, George Andrucki,, Mary Winifred Aranyos,, Margaret Arce,, Margit Arias,, Evelyn Aron,, Nancy Badagliacca,, Christina Baksh,, Joanne Bar Daniel F. Barkow,, Nina Barnes,, Jeannine P. Baron,, Jane Bartels,, Kimberly Kaipaka Beaven,, Michelle Bedigan,, Berger,, Madeline Bergin,, Miriam M. Biegeleisen,, Christine Bini,, Neil B. Blass,, Kris A. Blood,, Dorothy Ann Bog Teresa Boisseau,, Kathleen Box,, David Brace,, Curtis Fred Brewer,, Hillary A. Briley,, Ursula Broghammer,, JoAnn Bruehert,, Juan B. Bruno,, Susan E. Buhse,, Elizabeth R. Burns,, James C. Cahill,, James W. Cahill,, Kathleen Cahil Calderon,, Janet Calia,, Jacqueline Cannizzaro,, Cathy A. Carilli,, Toni Ann Carroll,, Judith Casoria,, Tracy Ann Ta Catalano,, Santa Catarelli,, Gina Cayne,, Suk Tan Chin,, Catherine T. Regenhard,, Edward P. Ciafardini,, Lisa DiL Yuko Clark,, Maryann Colin,, Julia Collins,, Patricia Coppo,, Edith Cruz,, Ildefonso A. Cua,, Linda Curia,, David E Cushing,, Louisa D'Antonio,, Beril Sofia DeFeo,, Vincent J. Della Bella,, Todd DeVito,, Milagros Diaz,, Dhanmatee Maria DiPilato,, Stacey Fran Dolan,, Rosalie Downey,, Jay Charles Dunne,, Stanley Eckna,, Denise Esposito,, Denn Maryanne Farrell,, Clifford Tempesta,, Dorothy Tempesta,, Melissa Van Ness Fatha,, Steven Feidelberg,, Wendy Fe*

*Charlene Fiore,, Brian Flannery,, Robert T. Folger,, Kurt Foster,, Claudia Flyzik,, Nancy Walsh,, Carol Francolini,,
Friedlander,, Lisa Friedman,, Anne Gabriel,, Walter Tremsky,, Eileen F. Colligan,, Paul Quinn,, Monica M. Gabriel
Kathleen Ganci,, Elizabeth Gardner,, Diane Genco,, Philip Germain,, Carol Gies,, John J. Gill,, Serina Gillis,, Ange
Meg Bloom Glasser,, Sharon Cobb−Glenn,, Jodie Goldberg,, Mia Gonzalez,, Deborah Grazioso,, Claudette Greene,,
Greenleaf,, Joanne Gross,, Mary Haag,, Gordon G. Haberman,, Patricia Han,, Renne Bacotti Hannafin,, Dorothy G
Benhardt R. Wainio,, Perry S. Oretzky,, Basmattie Bishundat,, Rachel R. Harrell,, Sheila Gail Harris,, Jennifer L. Ha
Hayes,, Virginia Hayes,, Theresa Healey,, Hashim A. Henderson,, Karen Hinds,, Dennis L. Hobbs,, Dixie M. Hobbs,,
Hohlweck,, Kathleen Holland,, Rubina Cox−Holloway,, Joann T. Howard,, Bridget Hunter,, Kathryn J. Hussa,, Yese
Frederick Irby,, Jennifer Ruth Jacobs,, Kazmierz Jakubiak,, Leila M. Joseph,, Woodly Joseph,, Paul Kaufman,, Eliza
Keller,, Patricia Kellett,, Emmet P. Kelly,, Rosemary Kempton,, Donald Francis Kennedy,, Richard I. Klein,, Fran L
Edlene C. LaFrance,, Collette M. LaFuente,, Morris D. Lamonsoff,, Andrea N. LeBlanc,, Donald Leistman,, Elaine L
Roberta J. Levine,, Kathleen Keeler Lozier,, Anne MacFarlane,, Lisanne MacKenzie,, Andrea Maffeo,, Pamela Ann
Natalie Makshanov,, Rebecca L. Marchand,, Lori Mascali,, Dorothy Mauro,, Meryl Mayo,, Margaret Donoghue Mc
Iliana McGinnis,, Cynthia F. McGinty,, Theresa McGovern,, Patricia H. McDowell,, Joann Meehan,, Fryderyk Mile
Milewski,, Amber Miller,, Jamie Miller,, Faith Miller,, Barbara Minervino,, Joanne Modafferi,, Anna Mojica,, Sarad
Moorthy,, Elizabeth Ann Moss,, Emily Motroni,, Lauren Murphy,, Elvira P. Murphy,, Richard B. Naiman,, Edward N
Dana Noonan,, William B. Novotny,, James Wallace O'Grady,, Sheryl J. Oliver,, Lisa Palazzo,, Donna Paolillo,, Hel
Passaro,, Mary Gola Perez,, Linda Pickford,, Nancy Picone,, Jean Oslyn Powell,, Karen Princiotta,, Dominic J. Puo
Patricia Quigley,, Francine Raggio,, Deborah Francke,, Maryann Rand,, Sadiq Rasool,, Susan Rasweiler,, Albert T.
Regenhard,, Elizabeth Rego,, Martin Rosenbaum,, Glenna M. Rosenburg,, Jill Rosenblum,, Lauren Rosenzweig,, Cla
Ruggiere,, Gilbert Ruiz, Jr., Andrea Russin,, Diane Ryan,, Delphine Saada,, Barbara Scaramuzzino,, Phyllis Schreie
Shulman,, Eileen Simon,, Dhanraj Singh,, Mark J. Siskopoulos,, Donna Smith,, Barbara Sohan,, Robert Spadafora,,
Spampinato,, Theresa A. Stack,, Eileen Tallon,, Patricia Tarasiewicz,, Evelyn Tepedino,, Raj Thackurdeen,, Sat Thac
Rosanna Thompson,, Andrija Tomasevic,, Radmila Tomasevic,, Kimberly Trimingham−Aiken,, Marie Twomey,, Vict
Feliciana Umanzor,, Virginia Lorene Rossiter Valvo,, Jasmine Victoria,, Richard Villa,, Lucy Virgilio,, Diane Wall,,
Walsh,, Amy Weaver,, Delia Welty,, Kristin Galusha−Wild,, Patricia Wiswall,, Anne M. Wodensheck,, Cella Woo−Y
Siew−Som Yeow,, Erica Zucker,, Nancy Lynn Zuckerman,, Aldo Addissi,, Edward Arancio,, Kathleen M. Arancio,, L
Ardizzone,, Barbara Ardizzone,, Thomas Baez,, Joseph Beltrani,, Andrew Braun,, James Cizikie,, Thomas Conroy, J
Craig,, Bradley Daly,, Robert D'Elia,, Thomas Donnelly,, Charles Downey,, Joseph R. Downey,, Timothy L. Frolich,,
Frolich,, Steven M. Gillespie,, Joseph Hands,, John Hassett,, James D. Hodges,, Netta Issacof,, John F. Jermyn,, Arn
Lederman,, Phyllis Lederman,, Michael J. Lindy,, Sandy Amrita Mahabir,, Kevin McArdle,, James McGetrick,, Owe
McGovern,, Kevin G. Murphy,, Janice O'Dell,, Timothy Parker,, Howard Rice,, Louis Schaefer,, Scott Schrimpe,, Sc
George Luis Torres,, Robert V. Trivingo,, Russell Vomero,, Philip J. Zeiss,, Virginia Bauer,, Linda E. Thorpe,, Glad
Harry Ong, Jr., William O'Connor,, Jennifer E. Brady,, Andy Dinoo,, Jeanne M. Evans,, Vice Rose Arestegui,, Lori
Traci Bosco,, Mathilda Geidel,, Regan Grice−Vega,, Elinore Hartz,, Veronica Klares,, Jerline Lewis,, Michael Delo
Bettyann Martineau,, Virginia McKeon,, Olga Merino,, Warren Monroe,, Amy Farnum,, Kevin Mount,, Armine Gior
Charles Schmidt,, Colleen Holohan,, Roberta Kellerman,, Laurie S. Lauterbach,, Ingrid M. Lenihan,, Jeffrey Lovit,,
Noeth,, Janlyn Scauso,, Nancy Shea,, Holli Silver,, Robin Theurkauf,, Joseph A. Tiesi,, Anthony Vincelli,, Lena Whitt
Madeleine A. Zuccala,, Andrezej Cieslik,, Domenick Damiano,, Warren Hayes,, Evelyn Rodriguez,, Armando Bardal
V. Abdool,, Josephine Acquaviva,, Kara Hadfield,, Jean Adams,, Jessica Murrow−Adams,, Stephen Alderman,, Eliza
Alderman,, Karium Ali,, Michael J. Allen,, Leonor Alvarez,, Jocelyne Ambroise,, Thomas Arias,, Cynthia Arnold,, Ph
Azenabor,, John P. Baeszler,, Kim Barbaro,, Thomas J. Meehan, III, Daryl Joseph Meehan,, Edmund Barry,, Gila B
Bililovsky,, Suzanne J. Berger,, Robert J. Bernstein,, Joanne F. Betterly,, John Bonomo,, Krystyna Boryczewski,, Mic
Boryczewski,, Julia Boryczewski,, Desiree A. Gerasimovich,, Kathleen M. Buckley,, Javier Burgos,, Chubb Indemnit
Company,, Prakash Bhatt,, William Doyle, Sr., Camille Doyle,, Maureen Kelly,, Chiemi York,, Robert Keane,, One B
America Insurance Company,, Houssain Lazaar,, Co−Conspirators,, Jennifer Tarantino,, H. Michael Keden,, Nancy
Foster,, Beverly Burnett,, Mary Margaret Jurgens,, Martha Burnett O'Brien,, William Doyle,, Doreen Lutter,, Christ
Huhn,, Lynn B. Pescherine,, Boston Old Colony Insurance Company,, Paul R. Martin,, Rachel W. Goodrich,, Ernest
Gregory Stevens,, Sharlene M. Beckwith,, James A. Reed,, Benito Colon,, Victoria Higley,, Marion Knox,, Laura J. L
Philip Lee,, Mei Jy Lee,, John Lewis,, Joviana Mercado,, Linda Pascuma,, Sean Passananti,, Helen Pfeifer,, Daniel
Theresa Regan,, Armand Reo,, Alexander Santoro,, Maureen Santoro,, Narasimha Sattaluri,, Wen Shi,, Cynthia Tum
Yu Zheng,, David Ziminski,, Robert Bermingham,, Mark Bernheimer,, Donald DiDomenico,, Michael Endrizzi,, Mar
Goldwasser,, Ron Harding,, Jeremiah Harney,, Peter Ioveno,, Jurgiel Kazimierz,, Raymond Lachhman,, George Lan
Leigh,, Vincent LeVien,, Jeff Lever,, Jerzy Mrozek,, Carmen Romero,, Christine Sakoutis,, Kemraj Singh,, Gary Wen
Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' In
Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster
Company,, The Princeton Excess & Surplus Lines Insurance Company,, Jane Alderman,, Stephen Jezycki,, Catherine
Michael Jezycki,, Jennifer D'Auria,, Richard D. Allen,, Luke C. Allen,, Judith M. Aiken,, Lauren Arias Lucchini,, Lor
Beliveau,, Tara Bane,, Anna M. Granville,, Nicholas Barbaro,, Carol Barbaro,, Kevin W. Barry,, Maureen Barry,, E
Tisnovskiy,, Leonid Tisnovskiy,, Rostyslav Tisnovskiy,, Frances Berdan,, John Benedetto,, Rina Rabinowitz,, Maria
Ondina Bennett,, Murray Bernstein,, Norma Bernstein,, Irene Bilcher,, Lillian Bini,, Rosemarie Corvino,, Bhola P. B
Miles Bilcher,, Sonia Bonomo,, Sharon Booker,, Rose Booker,, Michael Boryczewski,, John C. Buckley,, Jane M. Smi
Fiona Havlish,, Thomas Burnett,, National Ben Franklin Insurance Company of Illinois,, Alexander Paul Aranyos,,
Girdano,, Russa Steiner,, Clara Chirchirillo,, Ellen L. Saracini,, TheresaAnn Lostrangio,, Thomas E. Burnett, Sr., Ju*

*William Coale,, Patricia J. Perry,, Matthew T. Sellitto,, Ralph Maerz, Jr., Linda Panik,, Martin Panik,, Martina Lyne Panik,, Stephen L. Cartledge,, Tina Grazioso,, Jin Liu,, Lynn Allen,, Helene Parisi−Gnazzo,, Ann R. Haynes,, John P O'Neill, Jr., Theresa King,, Judi A. Ross,, Fiona Havlish,, Grace M. Parkinson−Godshalk,,, Loisanne Diehl,, Alfred A James Alario,,, Andrew Aris,, Donald Aris,, Madelyn Conroy Allen,, George Bonomo,, Estate of John P.O'Neill, Sr.,, Plaintiffs,, Frederick Alger,, Hiscox Dedicated Corporate Member, Ltd.,, Michael J. Novotny,, Christine Irene O'Neil O'Neill,, Dorothy A. O'Neill,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Continental Insurance Compa Jersey,, Fidelity and Casualty Company of New York,, Joann Meehan,, Burnett & Ashton Plaintiffs,, Barrera Plaintif Plaintiffs,, Salvo Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, Saad Bin Laden,, World Trade Center Pro LLC, et al.,, Euro Brokers Inc., et al.,, Plaintiffs PI Executive Committee,, Plaintiffs Executive Committees,, Havlish I 925 RICO Statement filed by Euro Brokers Inc., et al.,, 1408 Stipulation and Order, Set Deadlines/Hearings,,,,, 1587 Declaration in Support of Motion filed by Taha Jaber Al−Alwani,, 1184 Memorandum of Law in Support of Motion,, Abdullah Muhsen Al Turki,, 1364 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 636 Endorsed Letter,,,,,, 230 Motion to Dismiss,, 1510 Stipulation and Order,,,, 597 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1309 F Memorandum of Law in Support of Motion,, filed by Shahir Abdulraoof Batterjee,, 633 MOTION to Dismiss Volunta Certain Defendants. filed by Salvo Plaintiffs,, 1319 RICO Statement filed by Federal Insurance Company et al., Plai Memorandum of Law in Support filed by DMI Administrative Services S.A.,, 1072 Endorsed Letter,, 4 MDL Transfer Memorandum of Law in Support of Motion,, filed by Yeslam M. Bin Laden,, 1384 MOTION for David P. Donovan to as Attorney. filed by Mohammed Al Faisal Al Saud,, 481 Notice of Appearance filed by Port Authority of New York & Jersey,, Cantor Fitzgerald & Co.,, 892 MOTION to Dismiss. filed by Soliman H.S. Al−Buthe,, 1492 Declaration in O to Motion,, filed by Estate of John P.O'Neill, Sr.,, 996 Reply Memorandum of Law in Support of Motion,, filed by Fed Insurance Company et al., Plaintiffs,, 568 Notice (Other) filed by Federal Insurance Company et al., Plaintiffs,, 1048 Declaration in Opposition to Motion,,,, filed by Plaintiffs Executive Committees,, 41 MOTION to Dismiss Memorand in Support of Motion to Dismiss The Fourth Amended Consolidated Master Complaint in Ashton et al. v. Al Qaeda Is al.. filed by Mohammed Al Faisal Al Saud,, 216 Notice (Other) filed by Burnett Plaintiffs,, 730 Memorandum of Law of Motion filed by Sami Omar Al−Hussayen,, 10 MOTION (FILED ON SERVICE DATE) for Thomas P. Steindler to Hac Vice. filed by Yassin Abdullah Al Kadi,, Yousef Jameel,, 1249 Memorandum of Law in Oppisition to Motion,, file Plaintiffs Executive Committees,, 1229 Affidavit in Support,, filed by Federal Insurance Company et al., Plaintiffs,, 1 Memorandum of Law in Support of Motion, filed by Khaled Bin Salim Bin Mahfouz,, 94 MOTION to Dismiss (Notice filed by DMI Administrative Services S.A.,, 998 Stipulation and Order,, 930 Declaration in Support of Motion,, filed Schreiber & Zindel,, Frank Zindel,, Engelbert Schreiber,, Engelbert Schreiber, Jr, 354 RICO Statement filed by Fede Insurance Company et al., Plaintiffs,, 475 Affirmation in Opposition to Motion, filed by Burnett Plaintiffs,, 1186 MO Dismiss. filed by Safar Al−Hawali,, 141 Memorandum of Law in Support of Motion, filed by Salman Bin Abdulaziz A 161 MOTION to Dismiss First Amended Complaint of Federal Insurance. filed by Arab Bank,, 965 Stipulation and O Order on Motion to Appear Pro Hac Vice,, 553 Reply Memorandum of Law in Support of Motion,, filed by National Bank,, 728 Memorandum of Law in Support of Motion filed by Sami Omar Al−Hussayen,, 1489 RICO Statement filed Brokers Inc., et al.,, 1220 RICO Statement filed by World Trade Center Properties LLC, et al.,, 322 Stipulation and O Reply Memorandum of Law in Support of Motion, filed by Burnett Plaintiffs,, 471 Memorandum of Law in Oppisition filed by Federal Insurance Company et al., Plaintiffs,, 687 Memorandum of Law in Oppisition to Motion, filed by Bu Plaintiffs,, 895 Reply Memorandum of Law in Support of Motion,,, filed by Perouz Seda Ghaty,, Al Haramain Islamic Foundation, Inc.,, 97 MOTION to Dismiss for Lack of Jurisdiction the Third Amended Complaint (Burnett). filed by Ali Sayed Mushayt,, 1050 Memorandum of Law in Oppisition to Motion filed by New York Marine and General Insur Company,, 1177 MOTION to Dismiss. filed by Saleh Al−Hussayen,, 432 Notice (Other) filed by Burnett Plaintiffs,, 9 Stipulation and Order,,,,, 940 Notice of Appearance filed by Martin Watcher,, Erwin Watcher,, 764 Clerk Certificate Mailing,,,, 1130 Clerk Certificate of Mailing,, 657 MOTION to Dismiss the Consolidated Property Damage and Insu Complaints (Continental Casualty, Euro Brokers, Federal Insurance, NY Marine, and World Trade Center Propertie Perouz Seda Ghaty,, 796 Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plainti Transfer In,, 515 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs RICO Statement, filed by Federal Insurance Company et al., Plaintiffs,, 1281 Notice (Other) filed by Burnett Plaintif Trade Center Properties LLC, et al.,, 144 Endorsed Letter,,, 175 Reply Memorandum of Law in Support of Motion, fi Sultan Bin Abdulaziz Al Saud,, 1286 Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, World Trade Center F LLC, et al.,, Euro Brokers Inc., et al.,, 1547 Case Management Plan,,,,,,, 456 Affidavit in Opposition to Motion filed Ashton,, 1079 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 988 RICO Statement filed by Estate of John P.C 30 Memo Endorsement,,,,, 1226 Notice (Other), Notice (Other) filed by Port Authority of New York & New Jersey,, C Fitzgerald & Co.,, 538 Stipulation and Order of Dismissal,,, 1349 Notice (Other) filed by Estate of John P.O'Neill, S Declaration in Support of Motion,, filed by Yassin Abdullah Kadi,, 745 Affirmation in Opposition to Motion, filed by Insurance Company et al., Plaintiffs,, 602 Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, 531 Reply Memo Law in Support of Motion filed by Sami Omar Al−Hussayen,, 501 Reply Memorandum of Law in Support of Motion, Kingdom of Saudi Arabia,, 641 Endorsed Letter,,,, 476 Memorandum of Law in Oppisition to Motion,, filed by Feder Insurance Company et al., Plaintiffs,, 713 Clerk Certificate of Mailing Received,,,,,,,,,, 983 Amended Complaint,, file Patrick O'Neill, Jr., Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 667 RICO Statement filed by Estate P.O'Neill, Sr.,, 1004 Stipulation and Order,,, 275 Memorandum of Law in Oppisition to Motion filed by Burnett Plai Declaration in Support of Motion filed by Sami Omar Al−Hussayen,, 368 MOTION to Strike Portions of Federal Pla Opposition Briefs (Dkt. Nos. 290, 291). filed by M. Yaqub Mirza,, Iqbal Yunus,, Jamal Barzinji,, M. Omar Ashraf,, M Ashraf,, Taha Jaber Al−Alwani,, 421 Reply Memorandum of Law in Support of Motion filed by Saudi High Commiss*

*Order on Motion to Dismiss,, 847 Memorandum of Law in Support of Motion filed by Faisal Islamic Bank,, 525 Stipu Order,, 107 MOTION to Dismiss. filed by Abdul Al−Moslah,, 19 Memo Endorsement,, 1457 Declaration in Support c filed by Wamy International, Inc.,, World Assembly of Muslim Youth,, 359 MOTION to Dismiss for Lack of Jurisdicti Personal Jurisdiction. filed by Wael Jalaidan,, 1518 Declaration in Opposition to Motion,, filed by Estate of John P.C 1081 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 806 Stipulation and Order,, 1143 Endorsed Letter,,,,, 15 Response filed by Wa'el Jalaidan,, 1426 Notice (Other), Notice (Other) filed by Ahmed Totonji,, Mohammed Jaghlit,, Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Reston Investments, Inc.,, Safa Trust,, Sterli Charitable Gift Fund,, Sterling Management Group, Inc.,, York Foundation,, African Muslim Agency,, International Islamic Thought,, Mena Investments,, 63 Memo Endorsement,, 490 Memorandum of Law in Support of Motion filed b Investment Company of the Gulf (Sharjah),, 1544 Reply Memorandum of Law in Support of Motion,,, filed by Estate c P.O'Neill, Sr.,, 416 MOTION to Dismiss Notice of Motion to Dismiss. filed by National Commercial Bank,, 1344 Not Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 685 Stipulation and Order,, 1476 Order,, 972 Memorandum of Oppisition to Motion,, filed by Al Rajhi Bank,, 83 MOTION to Dismiss for Lack of Jurisdiction the Third Amended Co (Burnett). filed by Saleh Al−Hussayen,, 534 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 1 MOTION to Dismiss the Federal Insurance action. filed by DMI Administrative Services S.A.,, 263 MOTION for Lea Motion for Leave to File Reply Out of Time Defendants' Reply Briefs. filed by Sulaiman Al−Ali,, Al Haramain Found Mohammed Jamal Khalifa,, Adel Abdul Batterjee,, Aqeel Al−Aqeel,, Islamic Assembly of North America,, 552 Stipul Order of Dismissal,, 645 Stipulation and Order,,,, 611 Stipulation and Order,,, 539 Stipulation and Order,, 829 Stipu Order,, 946 Order,, 1213 MOTION to Dismiss the Cantor Fitzgerald action. filed by DMI Administrative Services S. Notice of Appearance filed by Banca Del Gottardo,, 582 RICO Statement, filed by John Patrick O'Neill, Jr., Estate oj P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 610 Stipulation and Order,,, 923 RICO S filed by World Trade Center Properties LLC, et al.,, 579 RICO Statement filed by Federal Insurance Company et al., 1279 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al., of Voluntary Dismissal − Signed,,, 693 Endorsed Letter,, 914 Stipulation and Order,,, 470 Order Admitting Attorney Vice,,, 1362 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 903 Memorandum of Law in Support of Motion file Mar−Jac Poultry, Inc.,, 1363 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 241 MOTION for Roy T. Englert, Appear Pro Hac Vice. filed by Saudi High Commission,, 1061 Reply Memorandum of Law in Support of Motion,, file Islamic Bank,, 69 Endorsed Letter,, 1199 Memorandum of Law in Support of Motion,, filed by Shahir Abdulraoof Ba 1144 Endorsed Letter,,,, 1572 Memorandum of Law in Oppisition to Motion,,, filed by Continental Casualty Compan York Marine and General Insurance Company,, Kathleen Ashton,, Federal Insurance Company et al., Plaintiffs,, 124 Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Executive Committees,, 652 Notice of Voluntary Dis Signed,, 826 Order on Motion to Appear Pro Hac Vice,, 1422 Response in Support of Motion,, filed by Mohammed A Mushayt,, Mushayt for Trading Company,, 837 MOTION to Dismiss. filed by Faisal Islamic Bank,, 922 Notice (Othe Euro Brokers Inc., et al.,, 1005 Memorandum of Law in Oppisition to Motion,,, filed by Federal Insurance Company, Continental Casualty Company,, Cantor Fitzgerald & Co.,, New York Marine and General Insurance Company,, Ka Ashton,, John Patrick O'Neill, Jr., Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., MOTION to Dismiss Abdullah Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Abdullah Al Rajhi. MOTION to Abdullah Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Abdullah Al Rajhi. MOTION to Dismiss Abdullah Al MOTION to Dismiss for Lack of Jurisdiction Abdullah Al Rajhi. filed by Abdullah Salaiman Al−Rajhi,, 59 Rule 7.1 L Statement filed by Al Rajhi Banking and Investment,, 452 Order,,, 1064 Memorandum of Law in Oppisition to Motion Plaintiffs Executive Committees,, 529 Endorsed Letter,,, 153 Memorandum of Law in Oppisition to Motion filed by B Plaintiffs,, 233 Memorandum of Law in Oppisition to Motion filed by Kathleen Ashton,, 1134 Clerk Certificate of Ma MOTION to Dismiss for Lack of Jurisdiction the Third Amended Complaint (Burnett). filed by Sheik Salman Al−Oaw Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 482 Notice of Appearance filed by John Patrick O'Neill, Jr., Est P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 1114 Response in Opposition to Motion,, Estate of John P.O'Neill, Sr.,, 672 Endorsed Letter,, 1195 MOTION to Dismiss. filed by Adnan Basha,, 804 Memorar Law in Support of Motion, filed by Mohammed Hussein Al Amoudi,, 1442 Endorsed Letter,, 1154 RICO Statement fil World Trade Center Properties LLC, et al.,, 412 Endorsed Letter,,,, 190 Memorandum & Opinion,, 295 MOTION to in the Alternative for a More Definite Statement. filed by Yassin Abdullah Al Kadi,, 1571 Memorandum of Law in Op Motion,, filed by Continental Casualty Company,, New York Marine and General Insurance Company,, Burnett & As Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 681 Stipulation and Order,, 1267 R Memorandum of Law in Support of Motion,, filed by Khaled Bin Salim Bin Mahfouz,, 676 Notice (Other), Notice (Ot Federal Insurance Company et al., Plaintiffs,, 1069 Stipulation and Order,,, 387 Affidavit of Service Complaints filed Insurance Company et al., Plaintiffs,, 408 Notice (Other) filed by Burnett Plaintiffs,, 1054 Reply Memorandum of La Support of Motion,,, filed by Suleiman Abdel Aziz Al Rajhi,, Sulaiman Bin Abdul Aziz Al Rajhi,, Suleiman Abdel Aziz 970 RICO Statement filed by World Trade Center Properties LLC, et al.,, 24 Endorsed Letter,, 355 RICO Statement f Federal Insurance Company et al., Plaintiffs,, 725 MOTION to Dismiss. filed by Sami Omar Al−Hussayen,, 740 Stip Order,, 1589 SUPPLEMENTAL MOTION to Dismiss Pursuant to CMO No. 4. filed by Abdullah Bin Saleh Al Obaid, Abdulraoof Batterjee,, Abdul Rahman Al Swailem,, Abdullah Omar Naseef,, Mohammed Ali Sayed Mushayt,, Talal M Badkook,, Adnan Basha,, Saudi Red Crescent,, Salman Al−Ouda,, Safar Al−Hawali,, Saleh Al−Hussayen,, Abdullah Turki,, Mushayt for Trading Company,, Sheik Hamad Al−Husaini,, 620 Amended Complaint,,,,,,,, filed by John Patri Jr., Estate of John P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 857 RICO Statement j York Marine and General Insurance Company,, 310 RICO Statement filed by Federal Insurance Company et al., Pla Notice (Other) filed by Burnett Plaintiffs,, 1096 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 13 MOTION (*

*SERVICE DATE) to Dismiss. filed by Yeslam Binladin,, 969 RICO Statement filed by Federal Insurance Company et Plaintiffs,, 448 Affidavit in Opposition to Motion, filed by Burnett Plaintiffs,, 1045 Stipulation and Order,,, 48 MOTI Dismiss Memorandum in Support of Motion to Dismiss Certain Consolidated Complaints. filed by Sultan Bin Abdula Saud,, 68 Memo Endorsement,, 588 Declaration in Support of Motion,, filed by Yousef Jameel,, 663 RICO Statement Estate of John P.O'Neill, Sr.,, 1252 Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Executive Comn 1328 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1523 Reply Memorandum of Law in Support of Motion,,,, Yaqub Mirza,, Saar Foundation,, Ahmed Totonji,, Hisham Al−Talib,, Iqbal Yunus,, Jamal Barzinji,, M. Omar Ashraf, Mohammed Jaghlit,, Muhammad Ashraf,, Taha Jaber Al−Alwani,, Grove Corporate, Inc.,, Heritage Education Trust Investments, Inc.,, Mena Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc.,, York Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, Cl Certificate of Mailing Received,,, 622 Stipulation and Order of Dismissal,, 307 RICO Statement filed by Federal Insu Company et al., Plaintiffs,, 890 Reply Memorandum of Law in Support of Motion, filed by Al Haramain Islamic Foun Inc.,, 179 Endorsed Letter,, 81 MOTION to Dismiss for Lack of Jurisdiction the Third Amended Complaint (Burnett). Safar Al−Hawali,, 1172 RICO Statement filed by New York Marine and General Insurance Company,, 1455 Declara Support of Motion,, filed by Yousef Jameel,, 22 Notice of Voluntary Dismissal − Signed,, 466 Endorsed Letter,, 173 F Memorandum of Law in Support of Motion filed by Abdul Rahman Bin Kahlid Bin Mahfouz,, 392 Waiver of Service E filed by Federal Insurance Company et al., Plaintiffs,, 1582 Notice (Other), Notice (Other) filed by Federal Insuranc et al., Plaintiffs,, 1158 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 166 MOTION for Extension of Time to Response/Reply. filed by Rabita Trust,, Saleh Abdullah Kamel,, Wa'el Hamza Jalaidan,, Al Baraka Investment & Dev Corp.,, International Islamic Relief Organization(IIRO),, 244 Endorsed Letter,,, 1022 Order,,, 254 Reply Memorand in Support of Motion, filed by DMI Administrative Services S.A.,, 1260 Affirmation in Opposition to Motion,,,, filed b Insurance Company et al., Plaintiffs,, 436 Affirmation in Opposition to Motion, filed by Federal Insurance Company Plaintiffs,, 130 Response to Motion,, filed by Pacific Indemnity Company,, Vigilant Insurance Company,, Federal Ins Company,, 840 Memorandum of Law in Support of Motion filed by Faisal Islamic Bank,, 261 Order on Motion to Wi Attorney,,, 964 Endorsed Letter,, 586 RICO Statement, filed by John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 281 Memorandum of Law in Oppisition to Motion, filed by Burne 642 Order Admitting Attorney Pro Hac Vice,, 820 Notice (Other) filed by Federal Insurance Company et al., Plaintif Reply Memorandum of Law in Support of Motion filed by Mohammed Al Faisal Al Saud,, 1091 RICO Statement filed of John P.O'Neill, Sr.,, 1472 Memorandum of Law in Support of Motion, filed by DMI Administrative Services S.A.,, Al Islami Trust,, 912 Stipulation and Order,,,, 910 Endorsed Letter, Set Motion and R&R Deadlines/Hearings,,,,, 104 Report filed by All Plaintiffs,, 1097 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 134 Waiver of Service Exe filed by Maryland Casualty Company,, Pacific Indemnity Company,, Vigilant Insurance Company,, Federal Insuranc Company,, Allstate Insurance Company,, Great Northern Insurance Company,, Fidelity And Deposit Company of Mc North River Insurance Company,, Northern Insurance Company of New York,, Seneca Insurance Company, Inc.,, Zu American Insurance Company,, American Zurich Insurance Company,, American Guarantee and Liability Insurance Great Lakes Reinsurance (UK) PLC,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jer United States Fire Insurance Company,, Continental Insurance Company,, Assurance Company of America,, Glens F Insurance Company,, American Alternative Insurance Corporation,, One Beacon Insurance Company,, Commercial Company of Newark, N.J.,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, One Beacon Insurance Company,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, Ar Employers' Insurance Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New Y & Forster Indemnity Company,, The Princeton Excess & Surplus Lines Insurance Company,, Hiscox Dedicated Corp Member, Ltd.,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Continental Insurance Company of New Jers Fidelity and Casualty Company of New York,, 918 Stipulation and Order,,, 1268 Reply Memorandum of Law in Supp Motion,, filed by Sheik Hamad Al−Husaini,, 877 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 159 Order A Attorney Pro Hac Vice, 458 Memorandum of Law in Oppisition to Motion,, filed by Federal Insurance Company et a Plaintiffs,, 243 Endorsed Letter,,,, 1352 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 765 Waiver of Service filed by Estate of John P.O'Neill, Sr.,, 733 Memorandum of Law in Support of Motion filed by Sami Omar Al−Hussay RICO Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 1302 MOTION to Dis Continental Casualty and Federal Insurance actions. filed by Abdul Aziz Al−Ibrahim,, 1602 Reply Memorandum of L Support of Motion,, filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation,, 870 Memorandum of Law in Support,,, Suleiman Abdel Aziz Al Rajhi,, Sulaiman Bin Abdul Aziz Al Rajhi,, 58 Memorandum of Law in Support of Motion file Rajhi Banking and Investment,, 1078 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1385 MOTION to Dismi Marine. filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation,, 684 Stipulation and Order,, 1499 Declaration in Su Motion,,, filed by Estate of John P.O'Neill, Sr.,, 1026 Stipulation and Order,,,, 213 MOTION for William C. Edgar to as Attorney for His Royal Highness Prince Naif Bin Abdulaziz Al Saud. filed by Naif Bin Abdulaziz Al Saud,, 605 Stip Order,,, 131 MOTION for Extension of Time to File Response/Reply Stipulation and Order for Extension of Time of S Corporate Finance Ltd. and SNCB Securities Ltd. (London) to Respond to the Complaint. filed by SNCB Corporate F Ltd.,, SNCB Securities Ltd. in London,, 1044 Stipulation and Order,, 569 Notice (Other) filed by Federal Insurance C al., Plaintiffs,, 126 Endorsed Letter, Set Deadlines,,, 750 Clerk Certificate of Mailing,,,, 348 Memorandum of Law in Motion filed by Mohammed Bin Abdulrahman Al Ariefy,, Faisal Group Holding Co.,, Alfaisaliah Group,, Abdullah A Abdulaziz AlSaud,, 596 Order Admitting Attorney Pro Hac Vice,, 1371 Notice (Other), Notice (Other) filed by Burne World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 876 Stipulation and Order,, 884 Order,, 530 E Letter,, 381 Memorandum of Law in Oppisition to Motion, filed by Sultan Bin Abdulaziz Al Saud,, 210 Notice (Other)*

*Burnett Plaintiffs,, 561 Endorsed Letter,, 1446 Notice (Other) filed by Yeslam M. Bin Laden,, 209 Memorandum of L Oppisition to Motion, filed by Burnett Plaintiffs,, 1432 MOTION to Dismiss Memorandum in Support to Dismiss Ara by Aradi, Inc.,, 335 Reply Memorandum of Law in Support of Motion, filed by Saleh Al−Hussayen,, 741 Notice (Othe Faisal Islamic Bank,, 1180 MOTION to Dismiss. filed by Abdullah Bin Saleh Al−Obaid,, 1146 Memorandum of Law Oppisition to Motion,,, filed by Continental Casualty Company,, Cantor Fitzgerald & Co.,, New York Marine and Ge Insurance Company,, Kathleen Ashton,, Estate of John P.O'Neill, Sr.,, Burnett Plaintiffs,, Federal Insurance Compar Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 465 Endorsed Letter,,, 726 Memor Law in Support of Motion filed by Sami Omar Al−Hussayen,, 1491 Memorandum of Law in Oppisition to Motion,, fi Estate of John P.O'Neill, Sr.,, 1554 Order,,,, 1150 Reply Memorandum of Law in Support of Motion,, filed by Dubai Bank,, 486 Reply Memorandum of Law in Support of Motion,, filed by Shahir Abdulraoof Batterjee,, Saudi Red Cresc Al−Hawali,, Saleh Al−Hussayen,, Sheik Hamad Al−Husaini,, Sheik Salman Al−Oawdah,, 174 Reply Memorandum c Support of Motion, filed by Prince Turki Al Faisal Al Saud,, 1401 Memorandum of Law in Support of Motion filed by Maal Al Islami Trust,, 1388 MOTION to Dismiss Continental Casualty, Burnett, WTC, Euro Brokers, Federal Insura by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation,, 474 Affirmation in Opposition to Motion,, filed by Burnett Plaint Clerk Certificate of Mailing,,,, 702 RICO Statement, filed by World Trade Center Properties LLC, et al.,, 1557 Memc Law in Oppisition to Motion,,,, filed by Plaintiffs Executive Committees,, 513 Reply Memorandum of Law in Support filed by Faisal Group Holding Co.,, Alfaisaliah Group,, Addullah Al Faisal Abdulaziz Al Saud,, 145 Endorsed Letter, Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 343 MOTION f Extension of Time /Consent Motion and Stipulation as to Service of Process and Extension of Time. filed by DMI Adr Services S.A.,, Islamic Investment Company of the Gulf (Sharjah),, 445 Order,,, 439 Rule 7.1 Disclosure Statement fi Federal Insurance Company et al., Plaintiffs,, 394 Answer to Complaint filed by Soliman H.S. Al−Buthe,, 612 Stipula Order,,, 116 Certificate of Service Other, filed by United States of America,, 953 RICO Statement filed by Federal In Company et al., Plaintiffs,, 1224 Endorsed Letter,, 1288 Notice (Other) filed by World Trade Center Properties LLC, Stipulation and Order,,,, 604 Stipulation and Order,,, 1577 MOTION for Reconsideration re; 1545 Endorsed Letter, Notice of Motion for Reconsideration of the Court's Order that the Parties Submit a Proposed Order Certifying the L Dismissed on 12(b)(1) and 12(b)(2) Grounds but filed by Burnett Plaintiffs,, 792 Acknowledgment of Service Compla by Federal Insurance Company et al., Plaintiffs,, 1012 Memorandum of Law in Oppisition to Motion,, filed by Port A New York & New Jersey,, Cantor Fitzgerald & Co.,, 1595 Stipulation and Order,,, 662 RICO Statement filed by Esta P.O'Neill, Sr.,, 801 Endorsed Letter,,, 781 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1377 Notice (Other Burnett Plaintiffs,, 700 RICO Statement filed by World Trade Center Properties LLC, et al.,, 1501 Declaration in Sup Motion,, filed by Wamy International, Inc.,, World Assembly of Muslim Youth,, 696 RICO Statement filed by Federal Company et al., Plaintiffs,, 861 MOTION to Dismiss Khalid Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction K Rajhi. MOTION to Dismiss Khalid Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Khalid Al Rajhi. MOTION Khalid Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Khalid Al Rajhi. filed by Khalid Sulaiman Al−Rajhi,, 3 (Other) filed by Al Haramain Islamic Foundation, Inc.,, 891 Notice (Other) filed by Soliman H.S. Al−Buthe,, 1486 N (Other), Notice (Other) filed by New York Marine and General Insurance Company,, Burnett Plaintiffs,, Federal Insu Company et al., Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1068 Stipulation a 1314 Notice (Other), Notice (Other) filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 1 Certificate of Mailing,, 197 Rule 7.1 Disclosure Statement filed by Faisal Group Holding Co.,, Alfaisaliah Group,, 1 (Other) filed by Salman Bin Abdulaziz Al Saud,, 984 Response in Opposition to Motion,, filed by Port Authority of Ne New Jersey,, Cantor Fitzgerald & Co.,, 344 Endorsed Letter,,, 735 Service by Publication, filed by All Plaintiffs,, 13 (Other) filed by Estate of John P.O'Neill, Sr.,, 1321 RICO Statement filed by Federal Insurance Company et al., Plai Stipulation and Order,,, 1202 Memorandum of Law in Support of Motion,, filed by Mohammed Ali Sayed Mushayt,, 1 MOTION to Dismiss. filed by Talal Mohammed Badkook,, 493 Reply Memorandum of Law in Support of Motion, file Trust,, 1122 RICO Statement filed by Euro Brokers Inc., et al.,, 1116 Brief filed by Mar−Jac Poultry, Inc.,, 399 MOT Jay D. Hanson and Christopher J. Beal to Appear Pro Hac Vice. filed by M. Yaqub Mirza,, Jamal Barzinji,, M. Omar Muhammad Ashraf,, Taha Jaber Al−Alwani,, Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investme Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc.,, African Mu Agency,, International Institute of Islamic Thought,, Sana−Bell, Inc.,, Iqbal Unus (Yunus),, 32 Memo Endorsement,, (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 14 Order o Appear Pro Hac Vice,, 1574 Affidavit in Opposition to Motion,,, filed by Continental Casualty Company,, New York General Insurance Company,, Kathleen Ashton,, Federal Insurance Company et al., Plaintiffs,, 519 Amended Compl by John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Nei Notice of Appearance filed by Aradi, Inc.,, 680 Stipulation and Order,, 1179 Affidavit in Support of Motion,, filed by Al−Hussayen,, 1070 Stipulation and Order,,,,,, 25 Endorsed Letter,,, 2 Endorsed Letter,, 102 MOTION to Dismiss [R − Burnett v. Al Baraka]. filed by Saudi American Bank,, 896 Notice (Other) filed by Burnett Plaintiffs,, 298 Waiver o Executed filed by Federal Insurance Company et al., Plaintiffs,, 589 Stipulation and Order,, 447 Amended Complain by Kathleen Ashton,, 976 Notice (Other) filed by Burnett Plaintiffs,, 294 Endorsed Letter,, 129 MOTION for Leave to Memorandum of Law in Opposition to Motion to Intervene as Parties−Plaintiff in the Burnett Action (03−CV−9849( filed by Bakr M Bin Laden,, Tarek M. Bin Laden,, Omar M. Bin Laden,, Khaled Bin Salim Bin Mahfouz,, Saudi Binla Inc.,, 759 Stipulation and Order,, 993 Transcript, 873 Order,, 1001 Order,, 1552 Stipulation and Order,,, 246 MOTI Withdraw 165 MOTION for Protective Order Notice of Motion and Memorandum in Support of Motion for Limited A and to Move for a Protective Order.. filed by Princess Haifa Al−Faisal,, The Royal Embassy of Saudi Arabia,, Princ bin Sultan bin Abdulaziz,, Ahmed A. Kattan,, Abdul Rahman I. Al−Noah,, 1528 Declaration in Support of Motion, fil*

*Jaber Al−Alwani,, 511 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Pla Clerk Certificate of Mailing,,,, 12 Endorsed Letter,,, 1421 Response in Support of Motion,, filed by Shahir Abdulraoo 1191 Affidavit in Support of Motion,, filed by Sheik Hamad Al−Husaini,, 178 Endorsed Letter,, 38 Memorandum of L Support of Motion filed by Sami Omar Al−Hussayen,, 771 Stipulation and Order,,, 339 Declaration in Support of Mo by Sami Omar Al−Hussayen,, 236 Memorandum of Law in Oppisition to Motion, filed by Kathleen Ashton,, 504 Endo Letter,,, 1398 Memorandum of Law in Support of Motion filed by Daral Maal Al Islami Trust,, 1365 Notice (Other) fi Estate of John P.O'Neill, Sr.,, 786 Stipulation and Order,, 1369 Notice (Other), Notice (Other), Notice (Other) filed b Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 853 Order,,,, 1214 Memorandum of Law in Support f Administrative Services S.A.,, 701 RICO Statement, filed by World Trade Center Properties LLC, et al.,, 460 Memora Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 1461 Stipulation and Order, Set Deadlines/Hearings,,,,,,, 271 Order on Motion to Appear Pro Hac Vice, 31 Memo Endorsement,, 1393 Memorandum Support of Motion, filed by Banca Del Gottardo,, 1532 Answer to Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, Wa'el Jalaidan,, 287 Notice (Other) filed by Soliman J. Khudeira,, 938 Notice of Appearance filed by Asat Trust Reg. Memorandum of Law in Oppisition to Motion filed by All Plaintiffs,, 1521 Memorandum of Law in Support of Motion Mohammed Al Faisal Al Saud,, 382 Memorandum of Law in Oppisition to Motion,,, filed by Federal Insurance Comp Plaintiffs,, 1207 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 863 MOTION to Dismiss Abd Rajhi. MOTION to Dismiss for Lack of Jurisdiction Abdullah Al Rajhi. MOTION to Dismiss Abdullah Al Rajhi. MOT Dismiss for Lack of Jurisdiction Abdullah Al Rajhi. MOTION to Dismiss Abdullah Al Rajhi. MOTION to Dismiss for Jurisdiction Abdullah Al Rajhi. filed by Abdullah Salaiman Al−Rajhi,, 217 Notice (Other) filed by Sultan Bin Abdula Saud,, 34 Order Admitting Attorney Pro Hac Vice, 1203 Affidavit in Support of Motion,, filed by Mohammed Ali Saye Mushayt,, 283 Order, Set Hearings,,,,,,, 105 MOTION to Dismiss. filed by Mohamad Jamal Khalifa,, 621 Stipulation 675 RICO Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 1155 RICO State by New York Marine and General Insurance Company,, 1161 RICO Statement, filed by Estate of John P.O'Neill, Sr.,, MOTION to Dismiss and Memorandum of Law in Support of Motion to Dismiss and to Quash Service of Process. file Bandar bin Sultan bin Abdulaziz,, 1291 Notice (Other) filed by Burnett Plaintiffs,, 222 Memorandum of Law in Oppis Motion, filed by Burnett Plaintiffs,, 1231 RICO Statement filed by Continental Casualty Company,, 70 Response filed States of America,, 834 Memorandum of Law in Support of Motion filed by Faisal Islamic Bank,, 546 Notice (Other) Plaintiffs,, 1481 CONSENT MOTION for Extension of Time to File Answer to Ashton Complaint. filed by Wa'el Jalai Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Executive Committees,, 402 Endorsed Letter,,, 793 Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, Memorandum to the Clerk,,,, 1106 MOTION to Dismiss for Lack of Jurisdiction MEMORANDUM IN SUPPORT OF MOTION. filed by A Reg.,, Martin Watcher,, Erwin Watcher,, Sercor Treuhand Anstalt,, 136 Memorandum of Law in Support of Motion fi Sultan Bin Abdulaziz Al Saud,, 180 Endorsed Letter,, 454 MOTION for Jason Dzubow to Appear Pro Hac Vice. filed World League,, 526 Endorsed Letter,,, 1586 Reply Memorandum of Law in Support of Motion filed by Taha Jaber Al 220 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 26 Amended Document filed by Burnet 936 RICO Statement, filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 625 Notice of Ap filed by M. Yaqub Mirza,, Ahmed Totonji,, Iqbal Yunus,, Jamal Barzinji,, M. Omar Ashraf,, Mohammed Jaghlit,, Muh Ashraf,, Taha Jaber Al−Alwani,, Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Me Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, 1216 Memorandum of Law in Supp DMI Administrative Services S.A.,, 388 Affidavit of Service Complaints filed by Federal Insurance Company et al., P MOTION to Dismiss for Lack of Jurisdiction the Third Amended Complaint (Burnett). filed by Abdullah Bin Saleh Al 292 Opposition Brief filed by Federal Insurance Company et al., Plaintiffs,, 424 MOTION for James Patrick Vann to Pro Hac Vice. filed by Al Baraka Investment and Development Corporation,, 333 Reply Memorandum of Law in Supp Motion filed by Shahir Abdulraoof Batterjee,, 188 Notice (Other), Notice (Other), Notice (Other), Notice (Other), No (Other), Notice (Other), Notice (Other) filed by Maryland Casualty Company,, Pacific Indemnity Company,, Vigilant Company,, Federal Insurance Company,, Allstate Insurance Company,, Great Northern Insurance Company,, Fideli Deposit Company of Maryland,, North River Insurance Company,, Northern Insurance Company of New York,, Sene Insurance Company, Inc.,, Zurich American Insurance Company,, American Zurich Insurance Company,, American and Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Chubb Insurance Company of Canada,, Ch Insurance Company of New Jersey,, United States Fire Insurance Company,, Steadfast Insurance Company,, Contine Insurance Company,, Assurance Company of America,, American Alternative Insurance Corporation,, One Beacon I Company,, Commercial Insurance Company of Newark, N.J.,, Chubb Custom Insurance Company,, Chubb Indemnity Company,, One Beacon America Insurance Company,, Boston Old Colony Insurance Company,, Colonial American and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camd Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, The Pri Excess & Surplus Lines Insurance Company,, Hiscox Dedicated Corporate Member, Ltd.,, Amlin Underwriting, Ltd., Casualty of California,, Continental Insurance Company of New Jersey,, Fidelity and Casualty Company of New Yor Suggestion of Death filed by Mohammed Bin Abdullah Al−Jomaith,, 1483 CONSENT MOTION for Extension of Tim Answer to Federal Insurance Complaint. filed by Wa'el Jalaidan,, 1139 RICO Statement filed by Euro Brokers Inc., e Memorandum of Law in Oppisition to Motion,,, filed by Plaintiffs Executive Committees,, 1043 Stipulation and Orde Endorsed Letter,,, 206 Brief filed by Rabita Trust,, 627 Order on Motion to Withdraw as Attorney,,, 661 RICO Staten Estate of John P.O'Neill, Sr.,, 757 Notice of Appearance filed by Mohammed Hussein Al Amoudi,, 1089 RICO Statem Estate of John P.O'Neill, Sr.,, 403 Memorandum of Law in Oppisition to Motion, filed by All Plaintiffs,, 813 Notice (*

*by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1400 MOTION to Dismi Daral Maal Al Islami Trust,, 856 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 384 Affidav Complaints filed by Federal Insurance Company et al., Plaintiffs,, 766 Order Admitting Attorney Pro Hac Vice, 954 (Other) filed by Dubai Islamic Bank,, 386 Affidavit of Service Complaints filed by Federal Insurance Company et al., 619 Amended Complaint,,,,,,,,, filed by John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Christine Irene O'Ne O'Neill,, Dorothy A. O'Neill,, 313 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 472 Affirm Opposition to Motion,,, filed by Federal Insurance Company et al., Plaintiffs,, 459 Memorandum of Law in Oppisitio Motion, filed by Federal Insurance Company et al., Plaintiffs,, 187 Notice (Other) filed by Mohammed Al Faisal Al S Memorandum of Law in Oppisition to Motion,,, filed by Plaintiffs Executive Committees,, 616 Stipulation and Order, Notice (Other) filed by Burnett Plaintiffs,, 27 Certificate of Service Other, filed by Kathleen Ashton,, 1239 MOTION the Burnett actions. filed by DMI Administrative Services S.A.,, 665 RICO Statement filed by Estate of John P.O'Neil Stipulation and Order of Dismissal,,, 289 Stipulation and Order,,, 214 JOINT MOTION to Dismiss Order re Plaintif Voluntarily Dismiss the Defendants Named in Exhibit A of the Ashton Complaint. filed by Kathleen Ashton,, 1276 No filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 124 Notice of Appe by Wamy International, Inc.,, World Assembly of Muslim Youth,, 854 RICO Statement filed by Port Authority of New New Jersey,, Cantor Fitzgerald & Co.,, 1468 MOTION to Dismiss Notice of Motion. filed by Taha Jaber Al−Alwani,, Statement filed by Estate of John P.O'Neill, Sr.,, 1138 RICO Statement filed by Federal Insurance Company et al., Pl 712 Reply Memorandum of Law in Support of Motion,,, filed by National Commercial Bank,, 1366 Notice (Other) file Burnett Plaintiffs,, 1232 Affidavit in Support,, filed by Federal Insurance Company et al., Plaintiffs,, 211 JOINT MO Service by Publication Order re Plaintiffs' Motion For Leave to Serve Specified Defendants by Publication. filed by K Ashton,, 1021 Endorsed Letter,,, 898 RICO Statement filed by World Trade Center Properties LLC, et al.,, 1576 Men of Law in Oppisition to Motion,, filed by Estate of John P.O'Neill, Sr.,, 441 Notice (Other) filed by Federal Insurance et al., Plaintiffs,, 478 Memorandum of Law in Oppisition to Motion, filed by Kathleen Ashton,, 562 Order of Dismiss Endorsed Letter,,, 1233 RICO Statement filed by Continental Casualty Company,, 57 MOTION for Oral Argument O Motion To Dismiss. filed by Al Rajhi Banking and Investment,, 599 Notice of Appearance filed by Naif Bin Abdulaziz 1536 Answer to Amended Complaint,,,,,, filed by International Islamic Relief Organization(IIRO),, 88 MOTION (FIL SERVICE DATE) for Matthew H. Kirtland to Appear Pro Hac Vice. filed by Nimir Petroleum LLC,, 398 Affirmation Opposition to Motion filed by All Plaintiffs,, 1539 MOTION to Dismiss. filed by M. Yaqub Mirza,, Ahmed Totonji,, Iq M. Omar Ashraf,, Mohammed Jaghlit,, Muhammad Ashraf,, 1368 Notice (Other), Notice (Other), Notice (Other), No Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, 440 Rule 7.1 Disclosure Statement filed by Federal Insura Company et al., Plaintiffs,, 1370 Notice (Other) filed by Burnett Plaintiffs,, 464 Amended Complaint,,,,,,,, filed by Jo O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 1152 RICO S filed by Federal Insurance Company et al., Plaintiffs,, 882 Endorsed Letter,, 941 Stipulation and Order,,, 1301 Reply Memorandum of Law in Support of Motion,, filed by Abdullah Muhsen Al Turki,, 1271 Notice (Other), Notice (Other, Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 425 MOTION to Strike 407 Memorandum of Law in Oppisition to Motion,, 408 Notice (Other), 275 Memorandum of Law in Oppisition to Motion Memorandum of Law in Oppisition to Motion,,, 281 Memorandum of Law in Oppisition to Motion,, 403 Memor filed Abdulraoof Batterjee,, Saudi Red Crescent,, Salman Al−Ouda,, Safar Al−Hawali,, Saleh Al−Hussayen,, Sheik Hama Al−Husaini,, 1474 Stipulation and Order,,,, 1310 Reply Memorandum of Law in Support of Motion,, filed by Safar A 1485 Affidavit in Support filed by Kathleen Ashton,, 1419 Response in Support of Motion, filed by Talal Mohammed 396 Endorsed Letter,, 35 Memo Endorsement,, 1600 Memorandum of Law in Oppisition to Motion, filed by Al Rajhi Stipulation and Order, Set Motion and R&R Deadlines/Hearings,,, 193 Notice of Appearance filed by International Development Foundation,, Saudi Economic and Development Company,, Mohammed Salim Bin Mahfouz,, Mohamm Mahfouz,, 183 Endorsed Letter,,,, 1594 Clerk's Judgment,,,,, 723 Status Report, filed by Mohammed Al Faisal Al Sau Bin Abdulaziz Al Saud,, Bakr M Bin Laden,, Tarek M. Bin Laden,, Omar M. Bin Laden,, Prince Turki Al Faisal Al Sa Kingdom of Saudi Arabia,, Abdulrahman Bin Khalid Bin Mahfouz,, Mohammed Bin Abdullah Al−Jomaith,, Sheik Ha Al−Husaini,, 1162 RICO Statement, filed by Estate of John P.O'Neill, Sr.,, 718 Stipulation and Order,, 1242 Memora Law in Support, filed by DMI Administrative Services S.A.,, 1443 Memorandum of Law in Support of Motion,, filed b on American−Islamic Relations (CAIR),, 845 Memorandum of Law in Support of Motion filed by Faisal Islamic Ban MOTION to Dismiss. filed by Tarik Hamdi,, 265 Reply to Response to Motion filed by Sulaiman Al−Ali,, 277 Memor Law in Oppisition to Motion,, filed by Burnett Plaintiffs,, 664 RICO Statement filed by Estate of John P.O'Neill, Sr.,, Affirmation in Opposition to Motion,,, filed by Continental Casualty Company,, Cantor Fitzgerald & Co.,, New York General Insurance Company,, Kathleen Ashton,, Estate of John P.O'Neill, Sr.,, Burnett Plaintiffs,, Federal Insurance et al., Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1494 Declaration in Opposit Motion,, filed by Estate of John P.O'Neill, Sr.,, 242 MOTION for Max Huffman to Appear Pro Hac Vice. filed by Sau Commission,, 1337 Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by Estate of John P.O'Neill, S RICO Statement filed by Continental Casualty Company,, 722 Status Report filed by All Plaintiffs,, 1520 Declaration of Motion,,, filed by Estate of John P.O'Neill, Sr.,, 1160 Notice (Other), Notice (Other) filed by Estate of John P.O'Ne 186 Notice (Other) filed by Burnett Plaintiffs,, 624 RICO Statement filed by Port Authority of New York & New Jerse Fitzgerald & Co.,, 1386 Memorandum of Law in Support filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation,, 64 for Reconsideration re; 632 Memorandum & Opinion,,,,,,,,,,,, Notice of Motion for Reconsideration. filed by Nationa Commercial Bank,, 74 Order Admitting Attorney Pro Hac Vice,, 1351 Notice (Other) filed by Estate of John P.O'Nei Declaration in Opposition to Motion,,,, filed by Plaintiffs Executive Committees,, 297 Waiver of Service Executed file Federal Insurance Company et al., Plaintiffs,, 888 MOTION to Dismiss. filed by DMI Administrative Services S.A.,,*

*(Other) filed by Burnett Plaintiffs,, 1032 Memorandum of Law in Oppisition to Motion,,, filed by Plaintiffs PI Executi Committee,, 215 Memorandum of Law in Oppisition to Motion,, filed by Burnett Plaintiffs,, 677 RICO Statement, filed of John P.O'Neill, Sr.,, 101 FIRST MOTION to Dismiss 12(b)(2), 12(b)5 and 12(b)(6)., 1277 Notice (Other) filed by l Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1433 MOTION to Dismiss Notice o filed by Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena Corporation,, Reston l Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc.,, York Foundation,, African Musl International Institute of Islamic Thought,, 991 Clerk Certificate of Mailing,, 331 Reply Memorandum of Law in Supp Motion, filed by Sheik Hamad Al−Husaini,, 872 Affidavit in Support filed by Yassin Abdullah Kadi,, 1412 MOTION t filed by Council on American−Islamic Relations (CAIR),, 908 Memorandum of Law in Oppisition to Motion, filed by Insurance Company et al., Plaintiffs,, 931 Memorandum of Law in Support of Motion,, filed by Schreiber & Zindel,, l Zindel,, Engelbert Schreiber,, Engelbert Schreiber, Jr, 1156 Notice (Other), Notice (Other) filed by Estate of John P. Sr.,, 673 Endorsed Letter,, 1466 Stipulation and Order,,,,, 50 MOTION to Dismiss Reply Memorandum in Support of Dismiss. filed by Mohammed Bin Abdullah Al−Jomaith,, 742 RICO Statement filed by Euro Brokers Inc., et al.,, 330 Memorandum of Law in Support of Motion, filed by Sheik Salman Al−Oawdah,, 453 Statement of Relatedness filed b Ashton,, 253 Order,,,,, 1011 Reply Memorandum of Law in Support of Motion filed by Sami Omar Al−Hussayen,, 96. Statement filed by Estate of John P.O'Neill, Sr.,, 1482 CONSENT MOTION for Extension of Time to File Answer to l Complaint. filed by Wa'el Jalaidan,, 262 MOTION to Dismiss. filed by Saudi High Commission,, 1533 Answer to Am Complaint,,,,,, filed by Wa'el Hamza Julaidan,, 104 MOTION to Dismiss., 974 Stipulation and Order, Set Motion and Deadlines/Hearings,,, 1104 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 828 Notice (Other) filed by Contin Casualty Company,, 640 Stipulation and Order,, 874 Notice of Voluntary Dismissal − Signed,, 86 MOTION to Dismi of Jurisdiction the Third Amended Complaint (Burnett). filed by Shahir Abdulraoof Batterjee,, 6 MOTION (FILED O SERVICE DATE) for Conference. MOTION (FILED ON SERVICE DATE) for Extension of Time to File Answer. MC (FILED ON SERVICE DATE) for Conference. MOTION (FILED ON SERVICE DATE) for Extension of Time to File filed by Abdulrahman Bin Mahfouz,, 376 Reply Memorandum of Law in Support of Motion, filed by Prince Turki Al l Saud,, 420 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 1251 Memorandum of Law in Opp Motion,, filed by Plaintiffs Executive Committees,, 1560 Declaration in Opposition to Motion,,,, filed by Plaintiffs Ex Committees,, 238 Memorandum of Law in Oppisition to Motion filed by Kathleen Ashton,, 1170 RICO Statement filed Federal Insurance Company et al., Plaintiffs,, 615 Stipulation and Order,,, 1500 MOTION to Dismiss Notice of Moti World Assembly of Muslim Youth,, 225 MOTION to Dismiss. filed by Naif Bin Abdulaziz Al Saud,, 850 MOTION to L filed by Faisal Islamic Bank,, 1542 Memorandum of Law in Support of Motion,, filed by Jamal Barzinji,, 707 Stipula Order,, 570 RICO Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 1300 Rep Memorandum of Law in Support of Motion,, filed by Abdullah Bin Saleh Al−Obaid,, 674 Certificate of Service Other Estate of John P.O'Neill, Sr.,, 1440 Notice of Appearance filed by Banca Del Gottardo,, 377 Reply Memorandum of l Support of Motion filed by Sultan Bin Abdulaziz Al Saud,, 527 Endorsed Letter,,, 301 Memorandum of Law in Suppor filed by Yousef Jameel,, 364 Reply Memorandum of Law in Support of Motion, filed by Saudi Red Crescent,, 93 Notic filed by DMI Administrative Services S.A.,, 366 RICO Statement filed by Federal Insurance Company et al., Plaintiffs to Response to Motion, filed by Burnett Plaintiffs,, 1497 Declaration in Support of Motion,,, filed by Estate of John P Sr.,, 1431 Notice (Other) filed by Aradi, Inc.,, 400 Notice of Change of Address filed by Susan Brady,, Joseph Donov Carmen Garcia,, Hector Garcia,, John Does,, Maryland Casualty Company,, Pacific Indemnity Company,, Dennis Q Kevin Quinn,, William D Robbins,, Vigilant Insurance Company,, Federal Insurance Company,, All Plaintiffs,, Allsta Insurance Company,, Great Northern Insurance Company,, Patricia Coughlin,, Kevin Rogers,, Fidelity And Deposit of Maryland,, Andrew Quinn,, North River Insurance Company,, Northern Insurance Company of New York,, Edwar Sweeney,, Shirley Henderson,, Michael Puckett,, Mark Barbieri,, Seneca Insurance Company, Inc.,, Zurich American Company,, James Boyle,, American Zurich Insurance Company,, Diane Miller,, William Ellis, Jr., American Guaran Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Melvin C. Lewis,, William Nelson,, David M. Be Pedro Saleme,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, Edward Walsh,, States Fire Insurance Company,, Steadfast Insurance Company,, William Martin,, Continental Insurance Company,, Arroyo,, Thomas Fletcher,, John Martin,, Assurance Company of America,, Glens Falls Insurance Company,, Americ Alternative Insurance Corporation,, Brian Barry,, Dawn Brown,, One Beacon Insurance Company,, Commercial Ins Company of Newark, N.J.,, Chubb Custom Insurance Company,, Deena Burnett,, Kathleen Ashton,, Josephine Alger, Allen,, George Andrucki,, Mary Andrucki,, Winifred Aranyos,, Margaret Arce,, Margit Arias,, Evelyn Aron,, Nancy Badagliacca,, Christina Baksh,, Joanne Barbara,, Daniel F. Barkow,, Nina Barnes,, Jeannine P. Baron,, Jane Bartel Kimberly Kaipaka Beaven,, Michelle Bedigan,, Susan Berger,, Madeline Bergin,, Miriam M. Biegeleisen,, Christine B. Blass,, Kris A. Blood,, Dorothy Ann Bogdan,, Maria Teresa Boisseau,, Kathleen Box,, David Brace,, Curtis Fred l Hillary A. Briley,, Ursula Broghammer,, JoAnne Bruehert,, Juan B. Bruno,, Susan E. Buhse,, Elizabeth R. Burns,, Ja Cahill,, James W. Cahill,, Kathleen Cahill,, Deborah Calderon,, Janet Calia,, Jacqueline Cannizzaro,, Cathy A. Car Ann Carroll,, Judith Casoria,, Tracy Ann Taback Catalano,, Santa Catarelli,, Gina Cayne,, Suk Tan Chin,, Catherine Regenhard,, Edward P. Ciafardini,, Lisa DiLallo Clark,, Yuko Clark,, Maryann Colin,, Julia Collins,, Patricia Copp Cruz,, Ildefonso A. Cua,, Linda Curia,, David Edward Cushing,, Louisa D'Antonio,, Beril Sofia DeFeo,, Vincent J. D Todd DeVito,, Milagros Diaz,, Dhanmatee Sam,, Maria DiPilato,, Stacey Fran Dolan,, Rosalie Downey,, Jay Charle Stanley Eckna,, Denise Esposito,, Dennis Euleau,, Maryanne Farrell,, Clifford Tempesta,, Dorothy Tempesta,, Meliss Fatha,, Steven Feidelberg,, Wendy Feinberg,, Charlene Fiore,, Brian Flannery,, Robert T. Folger,, Kurt Foster,, Cla Flyzik,, Nancy Walsh,, Carol Francolini,, Helen Friedlander,, Lisa Friedman,, Anne Gabriel,, Walter Tremsky,, Eilee Colligan,, Paul Quinn,, Monica M. Gabrielle,, Kathleen Ganci,, Elizabeth Gardner,, Diane Genco,, Philip Germain,,*

*Gies,, John J. Gill,, Serina Gillis,, Angela Gitto,, Meg Bloom Glasser,, Sharon Cobb−Glenn,, Jodie Goldberg,, Mia G
Deborah Grazioso,, Claudette Greene,, Peter Greenleaf,, Joanne Gross,, Mary Haag,, Gordon G. Haberman,, Patric
Renne Bacotti Hannafin,, Dorothy Garcia,, Benhardt R. Wainio,, Perry S. Oretzky,, Basmattie Bishundat,, Rachel R.
Sheila Gail Harris,, Jennifer L. Harvey,, Kelly Hayes,, Virginia Hayes,, Theresa Healey,, Hashim A. Henderson,, Ka
Dennis L. Hobbs,, Dixie M. Hobbs,, Pamela Hohlweck,, Kathleen Holland,, Rubina Cox−Holloway,, Joann T. Howa
Hunter,, Kathryn J. Hussa,, Yesenia Ielpi,, Frederick Irby,, Margaret P. Iskyan,, Jennifer Ruth Jacobs,, Kazmierz Jak
Leila M. Joseph,, Woodly Joseph,, Paul Kaufman,, Elizabeth H. Keller,, Patricia Kellett,, Emmet P. Kelly,, Rosemary
Donald Francis Kennedy,, Richard I. Klein,, Fran LaForte,, Edlene C. LaFrance,, Collette M. LaFuente,, Morris D.
Andrea N. LeBlanc,, Donald Leistman,, Elaine Leinung,, Roberta J. Levine,, Kathleen Keeler Lozier,, Anne MacFarl
Lisanne MacKenzie,, Andrea Maffeo,, Pamela Ann Maggitti,, Natalie Makshanov,, Rebecca L. Marchand,, Lori Mas
Dorothy Mauro,, Meryl Mayo,, Margaret Donoghue McGinley,, Iliana McGinnis,, Cynthia F. McGinty,, Theresa Mc
Patricia H. McDowell,, Joann Meehan,, Fryderyk Milewski,, Anna Milewski,, Amber Miller,, Jamie Miller,, Faith Mi
Barbara Minervino,, Joanne Modafferi,, Anna Mojica,, Saradha Moorthy,, Elizabeth Ann Moss,, Emily Motroni,, La
Murphy,, Elvira P. Murphy,, Richard B. Naiman,, Edward Navarro,, Dana Noonan,, William B. Novotny,, James Wa
O'Grady,, Sheryl J. Oliver,, Lisa Palazzo,, Donna Paolillo,, Helene S. Passaro,, Mary Gola Perez,, Linda Pickford,,
Picone,, Jean Oslyn Powell,, Karen Princiotta,, Dominic J. Puopolo, Sr., Patricia Quigley,, Francine Raggio,, Debo
Francke,, Maryann Rand,, Sadiq Rasool,, Susan Rasweiler,, Albert T. Regenhard,, Elizabeth Rego,, Martin Rosenbau
M. Rosenburg,, Jill Rosenblum,, Lauren Rosenzweig,, Claudia Ruggiere,, Gilbert Ruiz, Jr., Andrea Russin,, Diane Ry
Delphine Saada,, Barbara Scaramuzzino,, Phyllis Schreier,, Lori Shulman,, Eileen Simon,, Dhanraj Singh,, Mark J.
Siskopoulos,, Donna Smith,, Barbara Sohan,, Robert Spadafora,, Laurie Spampinato,, Theresa A. Stack,, Eileen Tall
Tarasiewicz,, Evelyn Tepedino,, Raj Thackurdeen,, Sat Thackurdeen,, Rosanna Thompson,, Andrija Tomasevic,, Rad
Tomasevic,, Kimberly Trimingham−Aiken,, Marie Twomey,, Victor Ugolyn,, Feliciana Umanzor,, Virginia Lorene R
Valvo,, Jasmine Victoria,, Richard Villa,, Lucy Virgilio,, Diane Wall,, Diane M. Walsh,, Amy Weaver,, Delia Welty,,
Galusha−Wild,, Patricia Wiswall,, Anne M. Wodensheck,, Cella Woo−Yeun,, Siew−Som Yeow,, Erica Zucker,, Nanc
Zuckerman,, Aldo Addissi,, Edward Arancio,, Kathleen M. Arancio,, Leonard Ardizzone,, Barbara Ardizzone,, Thom
Joseph Beltrani,, Andrew Braun,, James Cizikie,, Thomas Conroy, Jr., Gibson A. Craig,, Bradley Daly,, Robert D'El
Donnelly,, Charles Downey,, Joseph R. Downey,, Timothy L. Frolich,, Irene Frolich,, Steven M. Gillespie,, Joseph H
Hassett,, James D. Hodges,, Netta Issacof,, John F. Jermyn,, Arnold Lederman,, Phyllis Lederman,, Michael J. Lindy
Amrita Mahabir,, Kevin McArdle,, James McGetrick,, Owen McGovern,, Kevin G. Murphy,, Janice O'Dell,, Timothy
Howard Rice,, Louis Schaefer,, Scott Schrimpe,, Scott Ting,, George Luis Torres,, Robert V. Trivingo,, Russell Vome
J. Zeiss,, Linda E. Thorpe,, Gladys Salvo,, Harry Ong, Jr., William O'Connor,, Jennifer E. Brady,, Andy Dinoo,, Jea
Evans,, Vice Rose Arestegui,, Lori Fletcher,, Traci Bosco,, Mathilda Geidel,, Regan Grice−Vega,, Elinore Hartz,, Ve
Klares,, Jerline Lewis,, Michael Deloughery,, Bettyann Martineau,, Virginia McKeon,, Olga Merino,, Warren Monr
Farnum,, Kevin Mount,, Armine Giorgetti,, Charles Schmidt,, Colleen Holohan,, Roberta Kellerman,, Laurie S. Laut
Ingrid M. Lenihan,, Jeffrey Lovit,, Merrilly E. Noeth,, Janlyn Scauso,, Nancy Shea,, Holli Silver,, Robin Theurkauf,,
Tiesi,, Anthony Vincelli,, Lena Whittaker,, Madeleine A. Zuccala,, Andrezej Cieslik,, Domenick Damiano,, Warren H
Evelyn Rodriguez,, Armando Bardales,, Yvonne V. Abdool,, Josephine Acquaviva,, Kara Hadfield,, Jean Adams,, Jes
Murrow−Adams,, Stephen Alderman,, Elizabeth Alderman,, Karium Ali,, Michael J. Allen,, Leonor Alvarez,, Jocelyn
Ambroise,, Thomas Arias,, Cynthia Arnold,, Philipson Azenabor,, John P. Baeszler,, Kim Barbaro,, Thomas J. Meeh
Daryl Joseph Meehan,, Edmund Barry,, Gila Barzvi,, Boris Bililovsky,, Suzanne J. Berger,, Robert J. Bernstein,, Joa
Betterly,, John Bonomo,, Krystyna Boryczewski,, Michele Boryczewski,, Julia Boryczewski,, Desiree A. Gerasimovic
M. Buckley,, Javier Burgos,, Chubb Indemnity Insurance Company,, Prakash Bhatt,, William Doyle, Sr., Camille Do
Maureen Kelly,, Chiemi York,, Robert Keane,, One Beacon America Insurance Company,, Houssain Lazaar,, Jennife
Tarantino,, H. Michael Keden,, Nancy Ann Foster,, Beverly Burnett,, Mary Margaret Jurgens,, Martha Burnett O'Br
William Doyle,, Doreen Lutter,, Christine R. Huhn,, Lynn B. Pescherine,, Boston Old Colony Insurance Company,,
Martin,, Rachel W. Goodrich,, Ernesto Barrera,, Gregory Stevens,, Sharlene M. Beckwith,, James A. Reed,, Benito C
Victoria Higley,, Marion Knox,, Laura J. Lassman,, Philip Lee,, Mei Jy Lee,, John Lewis,, Joviana Mercado,, Linda
Sean Passananti,, Helen Pfeifer,, Daniel Polatsch,, Theresa Regan,, Armand Reo,, Alexander Santoro,, Maureen San
Narasimha Sattaluri,, Wen Shi,, Cynthia Tumulty,, Yun Yu Zheng,, David Ziminski,, Robert Bermingham,, Mark Bern
Donald DiDomenico,, Michael Endrizzi,, Mark Goldwasser,, Ron Harding,, Jeremiah Harney,, Peter Ioveno,, Jurgie
Kazimierz,, Raymond Lachhman,, George Lantay,, Joyce Leigh,, Vincent LeVien,, Jeff Lever,, Jerzy Mrozek,, Carme
Christine Sakoutis,, Kemraj Singh,, Gary Wendell,, Colonial American Casualty and Surety Insurance Company,, Va
Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homela
Insurance Company of New York,, Crum & Forster Indemnity Company,, The Princeton Excess & Surplus Lines Insu
Company,, Jane Alderman,, Stephen Jezycki,, Catherine Jezycki,, Michael Jezycki,, Jennifer D'Auria,, Richard D. All
Allen,, Judith M. Aiken,, Lauren Arias Lucchini,, Lorraine Arias Beliveau,, Tara Bane,, Anna M. Granville,, Nichola
Carol Barbaro,, Kevin W. Barry,, Maureen Barry,, Emma Tisnovskiy,, Leonid Tisnovskiy,, Rostyslav Tisnovskiy,, Fr
Berdan,, John Benedetto,, Rina Rabinowitz,, Maria Giordano,, Ondina Bennett,, Murray Bernstein,, Norma Bernstei
Bilcher,, Lillian Bini,, Rosemarie Corvino,, Bhola P. Bishundat,, Miles Bilcher,, Sonia Bonomo,, Sharon Booker,, Ro
Michael Boryczewski,, John C. Buckley,, Jane M. Smithwick,, Fiona Havlish,, Thomas Burnett,, National Ben Frankl
Insurance Company of Illinois,, Alexander Paul Aranyos,, Michael Girdano,, Russa Steiner,, Clara Chirchirillo,, Ell
Saracini,, TheresaAnn Lostrangio,, Thomas E. Burnett, Sr., Judith Reiss,, William Coale,, Patricia J. Perry,, Matthe
Sellitto,, Ralph Maerz, Jr., Linda Panik,, Martin Panik,, Martina Lyne−Ann Panik,, Stephen L. Cartledge,, Tina Gra
Liu,, Lynn Allen,, Helene Parisi−Gnazzo,, Ann R. Haynes,, John Patrick O'Neill, Jr., Theresa King,, Judi A. Ross,, F*

| | | |
|---|---|---|
| | | *Havlish,, Grace M. Parkinson−Godshalk,,, Loisanne Diehl,, Alfred Acquaviva,, James Alario,,, Andrew Aris,, Donal Madelyn Conroy Allen,, George Bonomo,, Estate of John P.O'Neill, Sr.,, Burnett Plaintiffs,, Frederick Alger,, Hiscox Corporate Member, Ltd.,, Michael J. Novotny,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Continental Insurance Company of New Jersey,, Fidelity and Casu Company of New York,, Joann Meehan,, Burnett & Ashton Plaintiffs,, Barrera Plaintiffs,, Tremsky Plaintiffs,, Salvo P Federal Insurance Company et al., Plaintiffs,, 1077 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1009 Affid Opposition to Motion,,, filed by Federal Insurance Company,, Continental Casualty Company,, Cantor Fitzgerald & York Marine and General Insurance Company,, Kathleen Ashton,, John Patrick O'Neill, Jr., Burnett Plaintiffs,, Worl Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 268 Reply to Response to Motion filed by Islamic Assembly America,, 975 Notice (Other) filed by Burnett Plaintiffs,, 426 Endorsed Letter,, 212 JOINT MOTION to Serve Order Plaintiffs to Effectuate Service of Process on Those Defendants for Whom an Address or Location to Serve the Summ Complaint is Unknown, etc.. filed by Kathleen Ashton,, 571 FIRST MOTION to Dismiss for Lack of Jurisdiction and State a Claim. filed by Omar Abdullah Kamel,, 154 Memorandum of Law in Support,, filed by Burnett & Ashton Plai RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1478 CONSENT MOTION for Extension of Time to File Answ International Islamic Relief Organization(IIRO),, 347 MOTION to Dismiss. filed by Mohammed Bin Abdulrahman A Faisal Group Holding Co.,, Alfaisaliah Group,, Addullah Al Faisal Abdulaziz Al Saud,, 160 Rule 7.1 Disclosure Stat by Arab Bank,, 639 Endorsed Letter, Terminate Motions,,,,, 651 Affidavit in Opposition to Motion, filed by Federal In Company et al., Plaintiffs,, 887 Notice (Other) filed by Saudi Binladin Group, Inc.,, 959 RICO Statement filed by Esta P.O'Neill, Sr.,, 881 Affidavit in Support of Motion, filed by Yassin Abdullah Kadi,, 1222 Stipulation and Order,,, 842 to Dismiss. filed by Faisal Islamic Bank,, 1133 Clerk Certificate of Mailing,, 1038 Memorandum of Law in Oppisition Motion,, filed by Plaintiffs Executive Committees, were transmitted to the U.S. Court of Appeals. (tp, ) (Entered: 01/1* |
| .9/2006 | 1606 | REPLY MEMORANDUM OF LAW in Support re: 1426 Notice (Other), Notice (Other), 1428 Memorandum of Law Support,,, *of Their Motions to Dismiss Pursuant to Rule 12(B)(6) for Failure to State a Claim and in Opposition to P Cross−Motion to Strike the Motion to Dismiss*. Document filed by Ahmed Totonji, Mohammed Jaghlit, Mena Corpor Sterling Management Group, Inc., African Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, Interna Institute of Islamic Thought, Mar−Jac Investments, Inc., Reston Investments, Inc., Safa Trust, York Foundation, Ster Charitable Gift Fund. (Attachments: # 1 Supplement Explanation for Delayed Filing)Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(Barentzen, Steven) (Entered: 01/19/2006) |
| .9/2006 | 1607 | REPLY AFFIDAVIT of Steven K. Barentzen in Support. Document filed by Ahmed Totonji, Mohammed Jaghlit, Me Corporation, Sterling Management Group, Inc., African Muslim Agency, Grove Corporate, Inc., Heritage Education International Institute of Islamic Thought, Mar−Jac Investments, Inc., Reston Investments, Inc., Safa Trust, York Fou Sterling Charitable Gift Fund. (Attachments: # 1 Supplement Explanation of Delayed Filing# 2 Exhibit A# 3 Exhibit Exhibit C# 5 Exhibit D)Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(Barentzen, Steven) 01/19/2006) |
| .9/2006 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 1608 Notice of Ap (Entered: 01/19/2006) |
| .9/2006 | | Transmission of Notice of Appeal to the District Judge re: 1608 Notice of Appeal. (tp, ) (Entered: 01/19/2006) |
| .9/2006 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 1609 Notice of Ap (Entered: 01/19/2006) |
| .9/2006 | | Transmission of Notice of Appeal to the District Judge re: 1609 Notice of Appeal. (tp, ) (Entered: 01/19/2006) |
| .9/2006 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 1610 Notice of Ap (Entered: 01/19/2006) |
| .9/2006 | | Transmission of Notice of Appeal to the District Judge re: 1610 Notice of Appeal. (tp, ) (Entered: 01/19/2006) |
| .9/2006 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 1611 Notice of Ap (Entered: 01/19/2006) |
| .9/2006 | | Transmission of Notice of Appeal to the District Judge re: 1611 Notice of Appeal. (tp, ) (Entered: 01/19/2006) |
| .9/2006 | 1612 | REPLY MEMORANDUM OF LAW in Support re: 1433 MOTION to Dismiss *Notice of Motion*.. Document filed by Corporation, Sterling Management Group, Inc., African Muslim Agency, Grove Corporate, Inc., Heritage Education International Institute of Islamic Thought, Mar−Jac Investments, Inc., Reston Investments, Inc., Safa Trust, York Fou Sterling Charitable Gift Fund. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ba Steven) (Entered: 01/19/2006) |

| | | |
|---|---|---|
| .9/2006 | 1613 | REPLY MEMORANDUM OF LAW in Support re: 1432 MOTION to Dismiss *Memorandum in Support to Dismiss* . Document filed by Aradi, Inc.. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(Castello, Ri (Entered: 01/19/2006) |
| .9/2006 | 1614 | MOTION to Dismiss. Document filed by Al Shamal Islamic Bank. Responses due by 3/20/2006 (Attachments: # 1 Supplement)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Martin) (Entered: 01/19/2006) |
| .9/2006 | 1615 | MEMORANDUM OF LAW in Support re: 1614 MOTION to Dismiss.. Document filed by Al Shamal Islamic Bank. (Attachments: # 1 Affidavit # 2 Supplement)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Martin) (Entered: 01/19/2006) |
| .9/2006 | 1616 | REPLY MEMORANDUM OF LAW in Support re: 1577 MOTION for Reconsideration re; 1545 Endorsed Letter, *P. Notice of Motion for Reconsideration of the Court's Order that the Parties Submit a Proposed Order Certifying the L Dismissed on 12(b)(1) and 12(b)(2) Grounds but not the Defendants Dismissed on 12(b)(6) Grounds. Document filed Plaintiffs. (Attachments: # 1 Exhibit A part 1# 2 Exhibit A part 2)Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(Elsner, Michael) (Entered: 01/19/2006)* |
| 20/2006 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 1617 Notice of Ap (Entered: 01/20/2006) |
| 20/2006 | | Transmission of Notice of Appeal to the District Judge re: 1617 Notice of Appeal. (tp, ) (Entered: 01/20/2006) |
| 20/2006 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 1618 Notice of Ap (Entered: 01/20/2006) |
| 20/2006 | | Transmission of Notice of Appeal to the District Judge re: 1618 Notice of Appeal. (tp, ) (Entered: 01/20/2006) |
| 20/2006 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 1619 Notice of Ap (Entered: 01/20/2006) |
| 20/2006 | | Transmission of Notice of Appeal to the District Judge re: 1619 Notice of Appeal. (tp, ) (Entered: 01/20/2006) |
| 20/2006 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 1620 Notice of Ap (Entered: 01/20/2006) |
| 20/2006 | | Transmission of Notice of Appeal to the District Judge re: 1620 Notice of Appeal. (tp, ) (Entered: 01/20/2006) |
| 20/2006 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 1330 Notice filed by Estate of John P.O'Neill, Sr.,, 1215 MOTION to Dismiss *the O'Neill action*. filed by DMI Administrative Se 495 Reply Memorandum of Law in Support of Motion, filed by Saleh Abdullah Kamel,, Al Baraka Investment & De Corp.,, 1234 Notice (Other), Notice (Other) filed by Abdullah Bin Laden,, Bakr M Bin Laden,, Tarek M. Bin Laden,, Bin Laden,, Mohamed Bin Laden Organization (SBG),, Saudi Binladin International Company,, Yeslam M. Bin Lad Binladin Group, Inc.,, 1103 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 933 Order,, 171 Reply Memoran in Support of Motion, filed by Mohammed Al Faisal Al Saud,, 1306 Reply Memorandum of Law in Support of Moti Adnan Basha,, 1272 Notice (Other) filed by World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 11 Certificate of Mailing,, 427 Notice (Other) filed by Federal Insurance Company et al., Plaintiffs,, 1451 MOTION to I *Plaintiffs' Complaints in Burnett, Federal Insurance, Continental Casualty, Euro Brokers, New York Marine, and W Center*. filed by Yeslam M. Bin Laden,, 491 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiff Notice of Voluntary Dismissal − Signed,, 683 Waiver of Service Executed, filed by John Patrick O'Neill, Jr., Estate o P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 176 Notice (Other), Notice (Other) filed H.S. Al−Buthe,, 182 Endorsed Letter,, 499 MOTION to Dismiss *Notice of Motion to Dismiss*. filed by DMI Adminis Services S.A.,, 1617 Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs,, 1066 Stipulation and Or Reply Memorandum of Law in Support of Motion, filed by Grove Corporate, Inc.,, Heritage Education Trust,, Mar−J Investments, Inc.,, Mena Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc.,, York Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, S Inc.,, 899 RICO Statement filed by Euro Brokers Inc., et al.,, 607 Stipulation and Order,, 1322 MOTION to Amend/ *Leave to file Second Amended Complaint*. filed by Havlish Plaintiffs,, 1303 Memorandum of Law in Support filed by Aziz Al Ibrahim,, 1585 Stipulation and Order of Dismissal,,,, 463 Endorsed Letter,,, 608 Stipulation and Order,, 963 in Opposition to Motion,,,,,,,,,,, filed by Federal Insurance Company et al., Plaintiffs,, 836 Memorandum of Law in S |

Motion filed by Faisal Islamic Bank,, 809 Memorandum of Law in Oppisition to Motion,,, filed by Plaintiffs PI Exec Committee,, 303 Memorandum of Law in Support of Motion filed by Yousef Jameel,, 767 Endorsed Letter,, 548 Cle Certificate of Mailing,,, 1438 MOTION to Dismiss *for Failure to State a Claim and Lack of Subject Matter Jurisdicti* Al Baraka Investment and Development Corporation,, Saleh Abdullah Kamel,, Dallah Al Baraka Group LLC,, 158 N Appearance filed by Yousef Jameel,, 1200 Affidavit in Support of Motion,, filed by Shahir Abdulraoof Batterjee,, 82 Certificate of Service Other filed by Estate of John P.O'Neill, Sr.,, 226 Memorandum of Law in Support of Motion fi Bin Abdulaziz Al Saud,, 1305 Memorandum of Law in Support filed by Abdul Aziz Al Ibrahim,, 324 Order on Motic Appear Pro Hac Vice,, 1293 Notice (Other) filed by Burnett Plaintiffs,, 1246 Memorandum of Law in Oppisition to M filed by Plaintiffs Executive Committees,, 507 Affidavit in Opposition to Motion,, filed by Burnett Plaintiffs,, 1558 D in Opposition to Motion,, filed by Estate of John P.O'Neill, Sr.,, 1475 Endorsed Letter,, 1417 Response in Support of filed by Saleh Al−Hussayen,, 1263 Memorandum of Law in Support filed by DMI Administrative Services S.A.,, 784 Stipulation and Order,, 694 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 278 Memorandum of Law in Opp Motion filed by Burnett Plaintiffs,, 291 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Co al., Plaintiffs,, 869 MOTION to Dismiss *Sulaiman Al Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Sulaiman A* MOTION to Dismiss *Sulaiman Al Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Sulaiman Al Rajhi*. MOTION *Sulaiman Al Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Sulaiman Al Rajhi*. filed by Suleiman Abdel Aziz A Sulaiman Bin Abdul Aziz Al Rajhi,, 577 Stipulation and Order,, 327 RICO Statement filed by Federal Insurance Con Plaintiffs,, 1033 Memorandum of Law in Oppisition to Motion,,, filed by Plaintiffs Executive Committees,, 1013 MC Dismiss. filed by Khaled Bin Salim Bin Mahfouz,, 65 Endorsed Letter, Set Deadlines,,, 1316 Affidavit, filed by Fede Insurance Company et al., Plaintiffs,, 838 Memorandum of Law in Support of Motion filed by Faisal Islamic Bank,, 6 Stipulation and Order,,, 370 Stipulation and Order,,, 756 Notice (Other) filed by Burnett Plaintiffs,, 769 Endorsed Le MOTION to Dismiss. filed by Aqeel Al−Aqeel,, 1434 Memorandum of Law in Support of Motion,,, filed by Grove C Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena Corporation,, Reston Investments, Inc.,, Safa Trus Charitable Gift Fund,, Sterling Management Group, Inc.,, York Foundation,, African Muslim Agency,, International I Islamic Thought,, 302 MOTION to Dismiss *Burnett (DC)*. filed by Yousef Jameel,, 544 JOINT MOTION for Extens *Stipulation Extending Time For Saudi American Bank To File Reply Papers In Support Of Its Motion To Dismiss*. file Federal Insurance Company et al., Plaintiffs,, 329 MOTION to Dismiss. filed by Sami Omar Al−Hussayen,, 1119 Sti and Order,,,,, 1087 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 9 MOTION (FILED ON SERVICE DATE Extension of Time to File Answer. filed by Yeslam Binladin,, 1559 Memorandum of Law in Oppisition,, filed by Fec Insurance Company et al., Plaintiffs,, 755 Clerk Certificate of Mailing,,,,,,,,,,, 634 RICO Statement filed by Port Autl New York & New Jersey,, Cantor Fitzgerald & Co.,, 469 Order on Motion to Dismiss, 558 MOTION to Dismiss. file International Islamic Relief Organization(IIRO),, 202 Reply Memorandum of Law in Support of Motion filed by Rab 724 MOTION to Dismiss. filed by Sami Omar Al−Hussayen,, 772 Stipulation and Order,,, 451 Affidavit in Oppositic Burnett Plaintiffs,, 419 Notice (Other) filed by Mohammed Al Faisal Al Saud,, 361 Reply Memorandum of Law in S Motion filed by Mohammed Ali Sayed Mushayt,, 137 MOTION to Dismiss *Complaint By Federal Insurance Plainti Quash Service of Process of His Royal Highness Prince Turki Al−Faisal Bin Abdulaziz Al−Saud*. filed by Turki Al F Saud,, 1593 Stipulation and Order,,, 1189 MOTION to Dismiss. filed by Sheik Hamad Al−Husaini,, 879 MOTION (I SERVICE DATE) for David F. Geneson to Appear Pro Hac Vice. filed by Yassin Abdullah Kadi,, 1505 Memorandu Support of Motion,, filed by Abdullah Bin Laden,, 1094 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 717 I Statement filed by Euro Brokers Inc., et al.,, 1454 Reply Memorandum of Law in Support of Motion,, filed by Youse 1359 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 245 Endorsed Letter,,,, 28 Memo Endorsement,, 1621 Stip Order,, 251 Endorsed Letter,,, 121 Memo Endorsement,, 1538 Answer to Complaint filed by International Islamic Re Organization(IIRO),, 715 Stipulation and Order,,, 1118 Stipulation and Order of Dismissal,, 1258 Affidavit of Servic Complaints,,,,, filed by Federal Insurance Company et al., Plaintiffs,, 559 RICO Statement filed by Port Authority of & New Jersey,, Cantor Fitzgerald & Co.,, 320 Waiver of Service Executed filed by Federal Insurance Company et al. 1428 Memorandum of Law in Support,,, filed by Ahmed Totonji,, Mohammed Jaghlit,, Grove Corporate, Inc.,, Herit Education Trust,, Mar−Jac Investments, Inc.,, Mena Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Cha Fund,, Sterling Management Group, Inc.,, York Foundation,, African Muslim Agency,, International Institute of Islar Thought,, 461 MOTION to Dismiss *Certain Defendants. This Motion relates only to Civil Action No. 02 CV 7236*. fil Virginia Bauer,, 1247 Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Executive Committees,, 691 Voluntary Dismissal − Signed,, 135 MOTION to Dismiss *the Amended Complaint*. filed by Sultan Bin Abdulaziz Al RICO Statement filed by Estate of John P.O'Neill, Sr.,, 832 Stipulation and Order,, 986 Stipulation and Order, Set M R&R Deadlines/Hearings,,, 514 Reply Memorandum of Law in Support of Motion, filed by Faisal Group Holding Co Alfaisaliah Group,, Abdullah Al Faisal Bin Abdulaziz AlSaud,, 380 Memorandum of Law in Oppisition to Motion, fi Turki Al Faisal Al Saud,, 1503 Declaration in Support,,,,, filed by Wamy International, Inc.,, World Assembly of Mu Youth,, 1084 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1014 Memorandum of Law in Oppisition to Mo by Federal Insurance Company et al., Plaintiffs,, 1003 Order,, 819 Reply Memorandum of Law in Support of Motion Saudi Joint Relief Committee,, 581 MOTION for Extension of Time */ Consent Motion and Stipulation as to Service c and Extension of Time*. filed by Islamic Investment Company of the Gulf (Sharjah),, 169 Reply Memorandum of Law of Motion filed by Saudi Binladin Group, Inc.,, 614 Stipulation and Order,,,, 1336 MOTION to Dismiss *Named Defe Exhibit A*. filed by Kathleen Ashton,, 973 Memorandum of Law in Oppisition to Motion,, filed by Saudi American B Clerk Certificate of Mailing,,,,,,,,,,, 199 Rule 7.1 Disclosure Statement filed by Faisal Group Holding Co.,, Alfaisalia 43 MOTION to Dismiss *the Complaint or in the Alternative for More Definite Statement*. filed by Saudi Binladin Gro 40 MOTION to Dismiss *The Fourth Amended Consolidated Master Complaint in Ashton, et al. v. Al Qaeda Islamic,*

by Mohammed Al Faisal Al Saud,, 706 Order of Dismissal,,, 643 MOTION to Dismiss *the Claims against defendant Mohammad Abdullad Aljomaih pursuant to Rule 25*. filed by Mohammad Abdullah Aljomaih,, 146 Order Admitting Pro Hac Vice,,, 868 Memorandum of Law in Support,,, filed by Abdullah Salaiman Al−Rajhi,, 556 Reply Memorand in Support of Motion, filed by Yassin Abdullah Kadi,, 992 Reply Memorandum of Law in Support of Motion, filed b Baraka Group LLC,, 360 Reply Memorandum of Law in Support of Motion, filed by Abdullah Muhsen Al Turki,, 13 Memorandum of Law in Support filed by Daral Maal Al Islami Trust,, 1000 Order,, 314 Memorandum of Law in Op Motion,, filed by Burnett Plaintiffs,, 668 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1073 Endorsed Lette RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 1028 Reply Memorandum of Law in Support filed by Sami Omar Al−Hussayen,, 391 Waiver of Service Executed filed by Federal Insurance Company et al., Plain Notice of Appearance filed by Mohammed Bin Abdulrahman Al Ariefy,, Faisal Group Holding Co.,, Alfaisaliah Gro Abdullah Al Faisal Bin Abdulaziz AlSaud,, 1157 Notice (Other), Notice (Other) filed by Estate of John P.O'Neill, Sr. MOTION to Dismiss *the Consolidated Personal Injury Plaintiffs (Ashton, Burnett, O'Neill, Salvo, and Tremsky)*. file Haramain Islamic Foundation, Inc.,, 911 Order,,, 864 Memorandum of Law in Support,,, filed by Abdullah Salaiman 112 Clerk Certificate of Mailing,, 1597 Stipulation and Order,, 1436 Declaration in Support of Motion,,, filed by Asa Reg.,, Martin Watcher,, Erwin Watcher,, Sercor Treuhand Anstalt,, 659 Endorsed Letter,,,,, Remark, 1471 Memoranc in Support of Motion filed by Daral Maal Al Islami Trust,, 85 MOTION to Dismiss for Lack of Jurisdiction *the Third Complaint (Burnett)*. filed by Abdullah Muhsen Al Turki,, 935 Stipulation and Order,,, 1149 Affidavit in Opposition filed by Continental Casualty Company,, Cantor Fitzgerald & Co.,, New York Marine and General Insurance Compa Kathleen Ashton,, Estate of John P.O'Neill, Sr.,, Burnett Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, Wo Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 780 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 6 Memorandum & Opinion,,,,,,,,,,,,, 1396 Memorandum of Law in Oppisition to Motion,, filed by New York Marine a Insurance Company,, 221 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 585 RICO State by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 1403 Memorandum of Law in Support of M by Daral Maal Al Islami Trust,, 1211 Notice (Other) filed by World Trade Center Properties LLC, et al.,, Euro Broke al.,, 1488 Stipulation and Order of Dismissal,,, 122 Memo Endorsement, 1165 RICO Statement filed by Euro Brokers al.,, 1390 Declaration in Support,, filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation,, 1058 Memorandum of L Support of Motion,, filed by Yousef Jameel,, 1460 Memorandum of Law in Support of Motion,,, filed by Wamy Inte Inc.,, World Assembly of Muslim Youth,, 704 Stipulation and Order,, 1413 MOTION to Dismiss *Declaration of Ally* by Council on American−Islamic Relations (CAIR),, 429 Rule 7.1 Disclosure Statement filed by Federal Insurance C al., Plaintiffs,, 1496 Memorandum of Law in Support of Motion,, filed by Estate of John P.O'Neill, Sr.,, 1399 MOTIC Dismiss. filed by Daral Maal Al Islami Trust,, 1357 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 372 Endors 862 Memorandum of Law in Support,,, filed by Khalid Sulaiman Al−Rajhi,, 492 Reply Memorandum of Law in Sup Motion, filed by Wael Jalaidan,, 1080 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 606 Stipulation and Ord Memorandum of Law in Oppisition to Motion filed by Kathleen Ashton,, 907 RICO Statement filed by Euro Brokers 1053 Reply Memorandum of Law in Support of Motion,,, filed by Suleiman Abdel Aziz Al Rajhi,, Sulaiman Bin Abd Rajhi,, Suleiman Abdel Aziz Al Rajhi,, 152 Memorandum of Law in Oppisition to Motion filed by Burnett Plaintiffs, Reply Memorandum of Law in Support of Motion, filed by DMI Administrative Services S.A.,, 78 Response in Oppo Motion, filed by Burnett Plaintiffs,, 407 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 1 Stipulation and Order,,, 53 MOTION to Dismiss. filed by Wa'el Jalaidan,, 798 Acknowledgment of Service Complai Federal Insurance Company et al., Plaintiffs,, 549 Stipulation and Order,, 155 Memorandum of Law in Oppisition to filed by Burnett & Ashton Plaintiffs,, Barrera Plaintiffs,, Tremsky Plaintiffs,, Salvo Plaintiffs,, 1415 Response in Sup Motion,, filed by Safar Al−Hawali,, 1484 Affidavit in Support filed by Kathleen Ashton,, 334 Reply Memorandum o Support of Motion, filed by Safar Al−Hawali,, 1136 FIRST MOTION to Withdraw 1108 RICO Statement, 1091 RIC Statement, 1079 RICO Statement, 1080 RICO Statement, 1081 RICO Statement, 1086 RICO Statement, 1087 RICO 1088 RICO Statement, 1089 RICO Statement, 1090 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 379 Repl Memorandum of Law in Support of Motion filed by Arab Bank,, 880 Order on Motion to Appear Pro Hac Vice,, 106 Affirmation in Opposition to Motion,, filed by Plaintiffs Executive Committees,, 1469 Declaration in Support of Mot Taha Jaber Al−Alwani,, 865 MOTION to Dismiss *Saleh Al Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Sale* MOTION to Dismiss *Saleh Al Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Saleh Al Rajhi*. MOTION to Dism *Al Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Saleh Al Rajhi*. filed by Saleh Abdul Aziz Al Rajhi,, Saleh Ab Al−Rajhi,, 1550 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1308 Reply Memorandum of Law in Suppor Motion,, filed by Talal Mohammed Badkook,, 729 MOTION to Dismiss. filed by Sami Omar Al−Hussayen,, 536 Aff Opposition to Motion,, filed by Kathleen Ashton,, 487 Response,,, filed by National Commercial Bank,, 1082 RICO filed by Estate of John P.O'Neill, Sr.,, 1282 Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, World Trade C Properties LLC, et al.,, Euro Brokers Inc., et al.,, 133 Waiver of Service Executed,,,,,,,,,, filed by Maryland Casualty Pacific Indemnity Company,, Vigilant Insurance Company,, Federal Insurance Company,, Allstate Insurance Compa Northern Insurance Company,, Fidelity And Deposit Company of Maryland,, North River Insurance Company,, Nort Insurance Company of New York,, Seneca Insurance Company, Inc.,, Zurich American Insurance Company,, Americ Insurance Company,, American Guarantee and Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, United States Fire Insurance Company,, Insurance Company,, Continental Insurance Company,, Assurance Company of America,, Glens Falls Insurance Con American Alternative Insurance Corporation,, One Beacon Insurance Company,, Commercial Insurance Company of N.J.,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, One Beacon America Insurance C Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Ins

Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster
Company,, The Princeton Excess & Surplus Lines Insurance Company,, National Ben Franklin Insurance Company o
Hiscox Dedicated Corporate Member, Ltd.,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Continental Ins
Company of New Jersey,, Fidelity and Casualty Company of New York,, 705 Stipulation and Order,, 732 MOTION t
filed by Sami Omar Al−Hussayen,, 682 Stipulation and Order,,, 309 RICO Statement filed by Federal Insurance Com
Plaintiffs,, 1017 Memorandum of Law in Support of Motion, filed by Khaled Bin Salim Bin Mahfouz,, 563 Order of
Dismissal,,,,,, 1335 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1071 Stipulation and Order,,,,,,,, 189 Waive
Executed,, filed by Federal Insurance Company et al., Plaintiffs,, 560 Notice (Other) filed by Al Rajhi Bank,, 76 Orde
Stipulation and Order,, 219 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 1537 Answer t
Complaint filed by Wa'el Hamza Jalaidan,, 909 Stipulation and Order,, 747 Stipulation and Order,,, 418 Notice (Othe
Mohammed Al Faisal Al Saud,, 1092 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 821 Stipulation and Ord
Notice (Other) filed by DMI Administrative Services S.A.,, 789 Stipulation and Order,, 768 Endorsed Letter,,, 623 M
Donna Sheinbach to Withdraw as Attorney *and Notice of Change of Firm Name and Address*. filed by M. Yaqub Mir
Totonji,, Iqbal Yunus,, Jamal Barzinji,, M. Omar Ashraf,, Mohammed Jaghlit,, Muhammad Ashraf,, Taha Jaber Al−A
Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena Corporation,, Reston Investmen
Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc.,, York Foundation,, African Muslim Ag
International Institute of Islamic Thought,, 1237 Stipulation and Order,, 1037 Stipulation and Order,,, 737 Stipulation
Order,,, 716 RICO Statement filed by World Trade Center Properties LLC, et al.,, 1290 Notice (Other) filed by Burne
Plaintiffs,, 628 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 951 Stipulation and Order,,,, 4
Endorsed Letter,,, 900 RICO Statement filed by Euro Brokers Inc., et al.,, 1406 Amended
Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Susan Brady,,
Donovan,, Carmen Garcia,, Hector Garcia,, John Does,, Maryland Casualty Company,, Pacific Indemnity Company,,
Authority of New York & New Jersey,, Dennis Quinn,, Kevin Quinn,, William D Robbins,, Vigilant Insurance Comp
Federal Insurance Company,, Valley Forge Insurance Company,, All Plaintiffs,, Allstate Insurance Company,, Great
Insurance Company,, National Fire Insurance Company of Hartford,, Continental Casualty Company,, Patricia Cough
Rogers,, Fidelity And Deposit Company of Maryland,, Transcontinental Insurance Company,, Transportation Insuran
Company,, Andrew Quinn,, North River Insurance Company,, Northern Insurance Company of New York,, Edward J
Shirley Henderson,, Michael Puckett,, Mark Barbieri,, Seneca Insurance Company, Inc.,, Cantor Fitzgerald & Co.,, Z
American Insurance Company,, James Boyle,, American Zurich Insurance Company,, Diane Miller,, William Ellis, J
American Guarantee and Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Melvin C. Lewis,, Wil
Nelson,, David M. Bernstein,, Pedro Saleme,, Chubb Insurance Company of Canada,, Chubb Insurance Company of
Jersey,, Edward Walsh,, United States Fire Insurance Company,, Steadfast Insurance Company,, William Martin,, Co
Insurance Company,, Benjamin Arroyo,, Thomas Fletcher,, John Martin,, Assurance Company of America,, Glens Fa
Insurance Company,, American Alternative Insurance Corporation,, Brian Barry,, Dawn Brown,, American Casualty
of Reading, Pennsylvania,, One Beacon Insurance Company,, Commercial Insurance Company of Newark, N.J.,, Chu
Insurance Company,, Deena Burnett,, Kathleen Ashton,, Josephine Alger,, Angelica Allen,, George Andrucki,, Mary
Winifred Aranyos,, Margaret Arce,, Margit Arias,, Evelyn Aron,, Nancy Badagliacca,, Christina Baksh,, Joanne Barb
F. Barkow,, Nina Barnes,, Jeannine P. Baron,, Jane Bartels,, Kimberly Kaipaka Beaven,, Michelle Bedigan,, Susan B
Madeline Bergin,, Miriam M. Biegeleisen,, Christine Bini,, Neil B. Blass,, Kris A. Blood,, Dorothy Ann Bogdan,, Ma
Boisseau,, Kathleen Box,, David Brace,, Curtis Fred Brewer,, Hillary A. Briley,, Ursula Broghammer,, JoAnne Brueh
B. Bruno,, Susan E. Buhse,, Elizabeth R. Burns,, James C. Cahill,, James W. Cahill,, Kathleen Cahill,, Deborah Cald
Calia,, Jacqueline Cannizzaro,, Cathy A. Carilli,, Toni Ann Carroll,, Judith Casoria,, Tracy Ann Taback Catalano,, Sa
Catarelli,, Gina Cayne,, Suk Tan Chin,, Catherine T. Regenhard,, Edward P. Ciafardini,, Lisa DiLallo Clark,, Yuko C
Maryann Colin,, Julia Collins,, Patricia Coppo,, Edith Cruz,, Ildefonso A. Cua,, Linda Curia,, David Edward Cushing
D'Antonio,, Beril Sofia DeFeo,, Vincent J. Della Bella,, Todd DeVito,, Milagros Diaz,, Dhanmatee Sam,, Maria DiPi
Stacey Fran Dolan,, Rosalie Downey,, Jay Charles Dunne,, Stanley Eckna,, Denise Esposito,, Dennis Euleau,, Marya
Clifford Tempesta,, Dorothy Tempesta,, Melissa Van Ness Fatha,, Steven Feidelberg,, Wendy Feinberg,, Charlene Fi
Flannery,, Robert T. Folger,, Kurt Foster,, Claudia Flyzik,, Nancy Walsh,, Carol Francolini,, Helen Friedlander,, Lisa
Anne Gabriel,, Walter Tremsky,, Eileen F. Colligan,, Paul Quinn,, Monica M. Gabrielle,, Kathleen Ganci,, Elizabeth
Diane Genco,, Philip Germain,, Carol Gies,, John J. Gill,, Serina Gillis,, Angela Gitto,, Meg Bloom Glasser,, Sharon
Cobb−Glenn,, Jodie Goldberg,, Mia Gonzalez,, Deborah Grazioso,, Claudette Greene,, Peter Greenleaf,, Joanne Gros
Haag,, Gordon G. Haberman,, Patricia Han,, Renne Bacotti Hannafin,, Dorothy Garcia,, Benhardt R. Wainio,, Perry S
Basmattie Bishundat,, Rachel R. Harrell,, Sheila Gail Harris,, Jennifer L. Harvey,, Kelly Hayes,, Virginia Hayes,, Th
Healey,, Hashim A. Henderson,, Karen Hinds,, Dennis L. Hobbs,, Dixie M. Hobbs,, Pamela Hohlweck,, Kathleen Ho
Rubina Cox−Holloway,, Joann T. Howard,, Bridget Hunter,, Kathryn J. Hussa,, Yesenia Ielpi,, Frederick Irby,, Marg
Iskyan,, Jennifer Ruth Jacobs,, Kazmierz Jakubiak,, Leila M. Joseph,, Woodly Joseph,, Paul Kaufman,, Elizabeth H.
Patricia Kellett,, Emmet P. Kelly,, Rosemary Kempton,, Donald Francis Kennedy,, Richard I. Klein,, Fran LaForte,,
LaFrance,, Collette M. LaFuente,, Morris D. Lamonsoff,, Andrea N. LeBlanc,, Donald Leistman,, Elaine Leinung,, R
Levine,, Kathleen Keeler Lozier,, Anne MacFarlane,, Lisanne MacKenzie,, Andrea Maffeo,, Pamela Ann Maggitti,,
Makshanov,, Rebecca L. Marchand,, Lori Mascali,, Dorothy Mauro,, Meryl Mayo,, Margaret Donoghue McGinley,,
McGinnis,, Cynthia F. McGinty,, Theresa McGovern,, Patricia H. McDowell,, Joann Meehan,, Fryderyk Milewski,,
Milewski,, Amber Miller,, Jamie Miller,, Faith Miller,, Barbara Minervino,, Joanne Modafferi,, Anna Mojica,, Saradl
Moorthy,, Elizabeth Ann Moss,, Emily Motroni,, Lauren Murphy,, Elvira P. Murphy,, Richard B. Naiman,, Edward N
Dana Noonan,, William B. Novotny,, James Wallace O'Grady,, Sheryl J. Oliver,, Lisa Palazzo,, Donna Paolillo,, Hele

Passaro,, Mary Gola Perez,, Linda Pickford,, Nancy Picone,, Jean Oslyn Powell,, Karen Princiotta,, Dominic J. Puopo
Patricia Quigley,, Francine Raggio,, Deborah Francke,, Maryann Rand,, Sadiq Rasool,, Susan Rasweiler,, Albert T. R
Elizabeth Rego,, Martin Rosenbaum,, Glenna M. Rosenburg,, Jill Rosenblum,, Lauren Rosenzweig,, Claudia Ruggier
Ruiz, Jr., Andrea Russin,, Diane Ryan,, Delphine Saada,, Barbara Scaramuzzino,, Phyllis Schreier,, Lori Shulman,, E
Simon,, Dhanraj Singh,, Mark J. Siskopoulos,, Donna Smith,, Barbara Sohan,, Robert Spadafora,, Laurie Spampinato
A. Stack,, Eileen Tallon,, Patricia Tarasiewicz,, Evelyn Tepedino,, Raj Thackurdeen,, Sat Thackurdeen,, Rosanna Th
Andrija Tomasevic,, Radmila Tomasevic,, Kimberly Trimingham−Aiken,, Marie Twomey,, Victor Ugolyn,, Feliciana
Virginia Lorene Rossiter Valvo,, Jasmine Victoria,, Richard Villa,, Lucy Virgilio,, Diane Wall,, Diane M. Walsh,, An
Weaver,, Delia Welty,, Kristin Galusha−Wild,, Patricia Wiswall,, Anne M. Wodensheck,, Cella Woo−Yeun,, Siew−S
Erica Zucker,, Nancy Lynn Zuckerman,, Aldo Addissi,, Edward Arancio,, Kathleen M. Arancio,, Leonard Ardizzone
Ardizzone,, Thomas Baez,, Joseph Beltrani,, Andrew Braun,, James Cizikie,, Thomas Conroy, Jr., Gibson A. Craig,,
Daly,, Robert D'Elia,, Thomas Donnelly,, Charles Downey,, Joseph R. Downey,, Timothy L. Frolich,, Irene Frolich,,
Gillespie,, Joseph Hands,, John Hassett,, James D. Hodges,, Netta Issacof,, John F. Jermyn,, Arnold Lederman,, Phyl
Lederman,, Michael J. Lindy,, Sandy Amrita Mahabir,, Kevin McArdle,, James McGetrick,, Owen McGovern,, Kevi
Murphy,, Janice O'Dell,, Timothy Parker,, Howard Rice,, Louis Schaefer,, Scott Schrimpe,, Scott Ting,, George Luis
Robert V. Trivingo,, Russell Vomero,, Philip J. Zeiss,, Virginia Bauer,, Linda E. Thorpe,, Gladys Salvo,, Harry Ong,
William O'Connor,, Jennifer E. Brady,, Andy Dinoo,, Jeanne M. Evans,, Vice Rose Arestegui,, Lori Fletcher,, Traci F
Mathilda Geidel,, Regan Grice−Vega,, Elinore Hartz,, Veronica Klares,, Jerline Lewis,, Michael Deloughery,, Bettya
Martineau,, Virginia McKeon,, Olga Merino,, Warren Monroe,, Amy Farnum,, Kevin Mount,, Armine Giorgetti,, Ch
Schmidt,, Colleen Holohan,, Roberta Kellerman,, Laurie S. Lauterbach,, Ingrid M. Lenihan,, Jeffrey Lovit,, Merrilly
Janlyn Scauso,, Nancy Shea,, Holli Silver,, Robin Theurkauf,, Joseph A. Tiesi,, Anthony Vincelli,, Lena Whittaker,, I
A. Zuccala,, Andrezej Cieslik,, Domenick Damiano,, Warren Hayes,, Evelyn Rodriguez,, Armando Bardales,, Yvonn
Abdool,, Josephine Acquaviva,, Kara Hadfield,, Jean Adams,, Jessica Murrow−Adams,, Stephen Alderman,, Elizabet
Alderman,, Karium Ali,, Michael J. Allen,, Leonor Alvarez,, Jocelyne Ambroise,, Thomas Arias,, Cynthia Arnold,, P
Azenabor,, John P. Baeszler,, Kim Barbaro,, Thomas J. Meehan, III, Daryl Joseph Meehan,, Edmund Barry,, Gila Ba
Bililovsky,, Suzanne J. Berger,, Robert J. Bernstein,, Joanne F. Betterly,, John Bonomo,, Krystyna Boryczewski,, Mi
Boryczewski,, Julia Boryczewski,, Desiree A. Gerasimovich,, Kathleen M. Buckley,, Javier Burgos,, Chubb Indemni
Insurance Company,, Prakash Bhatt,, William Doyle, Sr., Camille Doyle,, Maureen Kelly,, Chiemi York,, Robert Ke
Beacon America Insurance Company,, Houssain Lazaar,, Jennifer Tarantino,, H. Michael Keden,, Nancy Ann Foster,
Burnett,, Mary Margaret Jurgens,, Martha Burnett O'Brien,, William Doyle,, Doreen Lutter,, Christine R. Huhn,, Lyn
Pescherine,, Boston Old Colony Insurance Company,, Paul R. Martin,, Rachel W. Goodrich,, Ernesto Barrera,, Grego
Stevens,, Sharlene M. Beckwith,, James A. Reed,, Benito Colon,, Victoria Higley,, Marion Knox,, Laura J. Lassman,
Lee,, Mei Jy Lee,, John Lewis,, Joviana Mercado,, Linda Pascuma,, Sean Passananti,, Helen Pfeifer,, Daniel Polatsch
Regan,, Armand Reo,, Alexander Santoro,, Maureen Santoro,, Narasimha Sattaluri,, Wen Shi,, Cynthia Tumulty,, Yu
Zheng,, David Ziminski,, Robert Bermingham,, Mark Bernheimer,, Donald DiDomenico,, Michael Endrizzi,, Mark C
Ron Harding,, Jeremiah Harney,, Peter Ioveno,, Jurgiel Kazimierz,, Raymond Lachhman,, George Lantay,, Joyce Lei
Vincent LeVien,, Jeff Lever,, Jerzy Mrozek,, Carmen Romero,, Christine Sakoutis,, Kemraj Singh,, Gary Wendell,, C
American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance C
The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity C
The Princeton Excess & Surplus Lines Insurance Company,, Jane Alderman,, Stephen Jezycki,, Catherine Jezycki,, M
Jezycki,, Jennifer D'Auria,, Richard D. Allen,, Luke C. Allen,, Judith M. Aiken,, Lauren Arias Lucchini,, Lorraine Ar
Beliveau,, Tara Bane,, Anna M. Granville,, Nicholas Barbaro,, Carol Barbaro,, Kevin W. Barry,, Maureen Barry,, Em
Tisnovskiy,, Leonid Tisnovskiy,, Rostyslav Tisnovskiy,, Frances Berdan,, John Benedetto,, Rina Rabinowitz,, Maria
Ondina Bennett,, Murray Bernstein,, Norma Bernstein,, Irene Bilcher,, Lillian Bini,, Rosemarie Corvino,, Bhola P. B
Miles Bilcher,, Sonia Bonomo,, Sharon Booker,, Rose Booker,, Michael Boryczewski,, John C. Buckley,, Jane M. Sr
Fiona Havlish,, Thomas Burnett,, National Ben Franklin Insurance Company of Illinois,, Alexander Paul Aranyos,, M
Girdano,, Russa Steiner,, Clara Chirchirillo,, Ellen L. Saracini,, TheresaAnn Lostrangio,, Thomas E. Burnett, Sr., Jud
William Coale,, Patricia J. Perry,, Matthew T. Sellitto,, Ralph Maerz, Jr., Linda Panik,, Martin Panik,, Martina Lyne−
Panik,, Stephen L. Cartledge,, Tina Grazioso,, Jin Liu,, Lynn Allen,, Helene Parisi−Gnazzo,, Ann R. Haynes,, John P
O'Neill, Jr., Theresa King,, Judi A. Ross,, Fiona Havlish,, Grace M. Parkinson−Godshalk,,, Loisanne Diehl,, Alfred A
James Alario,,, Andrew Aris,, Donald Aris,, Madelyn Conroy Allen,, George Bonomo,, Estate of John P.O'Neill, Sr.,,
Plaintiffs,, Frederick Alger,, Hiscox Dedicated Corporate Member, Ltd.,, Michael J. Novotny,, Christine Irene O'Neil
O'Neill,, Dorothy A. O'Neill,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Continental Insurance Compa
Jersey,, Fidelity and Casualty Company of New York,, Joann Meehan,, Burnett & Ashton Plaintiffs,, Barrera Plaintif
Tremsky Plaintiffs,, Salvo Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, Saad Bin Laden,, World Trade Ce
Properties LLC, et al.,, Euro Brokers Inc., et al.,, Plaintiffs PI Executive Committee,, Plaintiffs Executive Committee
Plaintiffs,, 758 Order,,, 787 Stipulation and Order,,, 290 Memorandum of Law in Oppisition to Motion, filed by Fede
Insurance Company et al., Plaintiffs,, 1289 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties
al.,, Euro Brokers Inc., et al.,, 204 Reply Memorandum of Law in Support of Motion filed by Al Baraka Investment a
Development Corporation,, Saleh Abdullah kamel,, 547 Clerk Certificate of Mailing,,,,,,,,, 111 Amended Complaint,
by Maryland Casualty Company,, Pacific Indemnity Company,, Vigilant Insurance Company,, Federal Insurance Com
Allstate Insurance Company,, Great Northern Insurance Company,, Fidelity And Deposit Company of Maryland,, No
Insurance Company,, Northern Insurance Company of New York,, Seneca Insurance Company, Inc.,, Zurich America
Insurance Company,, American Zurich Insurance Company,, American Guarantee and Liability Insurance Company,

Lakes Reinsurance (UK) PLC,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, U States Fire Insurance Company,, Steadfast Insurance Company,, Continental Insurance Company,, Assurance Compa America,, Glens Falls Insurance Company,, American Alternative Insurance Corporation,, One Beacon Insurance Co Commercial Insurance Company of Newark, N.J.,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance One Beacon America Insurance Company,, Boston Old Colony Insurance Company,, Colonial American Casualty an Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Ins Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, The Princeton Ex Surplus Lines Insurance Company,, National Ben Franklin Insurance Company of Illinois,, Hiscox Dedicated Corpor Member, Ltd.,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Continental Insurance Company of New Jer Fidelity and Casualty Company of New York,, 1016 Memorandum of Law in Support of Motion filed by Khaled Bin Mahfouz,, 816 Endorsed Letter,,, 595 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 1040 M Dismiss. filed by Schreiber & Zindel,, Frank Zindel,, Engelbert Schreiber,, Engelbert Schreiber, Jr, 1095 RICO Stater by Estate of John P.O'Neill, Sr.,, 822 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1563 Memorandum of La Support of Motion,, filed by Federal Insurance Company et al., Plaintiffs,, 1372 Notice (Other) filed by Burnett Plain Response in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 584 RICO Statement filed l Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 1378 Notice (Other) filed by Euro Brokers Inc., et Stipulation and Order,,, 1529 Answer to Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by International Isl Organization(IIRO),, 325 Memo Endorsement,, 1531 Memorandum of Law in Oppisition to Motion, filed by Taha Ja Al−Alwani,, 1244 Declaration in Opposition to Motion,,,,, filed by New York Marine and General Insurance Compa Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers In 1609 Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs,, 957 Affidavit in Support of Motion,, fil Dubai Islamic Bank,, 1067 Stipulation and Order,,, 227 Memorandum of Law in Oppisition to Motion filed by Kathl Ashton,, 1204 MOTION to Dismiss. filed by Abdullah Omar Naseef,, 479 Notice of Appearance filed by Port Autho York & New Jersey,, Cantor Fitzgerald & Co.,, 1223 Endorsed Letter,, 1578 Memorandum of Law in Support of Mo by Burnett Plaintiffs,, 1425 Response in Support of Motion,,,, filed by Al Haramain Islamic Foundation, Inc.,, 1015 A in Opposition to Motion,,, filed by Federal Insurance Company et al., Plaintiffs,, 565 Memorandum of Law in Oppisi Motion, filed by Federal Insurance Company et al., Plaintiffs,, 1008 Affirmation in Opposition to Motion,,,, filed by I Insurance Company,, Continental Casualty Company,, Cantor Fitzgerald & Co.,, New York Marine and General Insu Company,, Kathleen Ashton,, John Patrick O'Neill, Jr., Burnett Plaintiffs,, World Trade Center Properties LLC, et al. Brokers Inc., et al.,, 1519 Declaration in Support of Motion,,, filed by Estate of John P.O'Neill, Sr.,, 1256 Memorandu Opinion,,,,,,,,,, 157 Memorandum of Law in Oppisition filed by Burnett Plaintiffs,, 1230 Stipulation and Order,,, 156 Declaration in Opposition to Motion,,,, filed by Estate of John P.O'Neill, Sr.,, 1312 Stipulation and Order,, 875 Endo 587 Reply Memorandum of Law in Support of Motion,, filed by Yousef Jameel,, 1524 Memorandum of Law in Oppi Motion,,,,, filed by M. Yaqub Mirza,, Saar Foundation,, Ahmed Totonji,, Hisham Al−Talib,, Iqbal Yunus,, Jamal Bar Omar Ashraf,, Mohammed Jaghlit,, Muhammad Ashraf,, Taha Jaber Al−Alwani,, Grove Corporate, Inc.,, Heritage E Trust,, Mar−Jac Investments, Inc.,, Mena Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gi Sterling Management Group, Inc.,, York Foundation,, African Muslim Agency,, International Institute of Islamic Th RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 1264 MOTION to Dismiss *the Continental C New York Marine & General Insurance actions*. filed by Daral Maal Al Islami Trust,, 803 MOTION (FILED ON SE DATE) to Dismiss. filed by Mohammed Hussein Al Amoudi,, 1315 Affidavit of Service Complaints, filed by Federa Company et al., Plaintiffs,, 1553 Endorsed Letter,,, 1318 RICO Statement filed by Federal Insurance Company et al., 1453 MOTION to Dismiss *Notice of Motion*. filed by M. Yaqub Mirza,, Ahmed Totonji,, Iqbal Yunus,, M. Omar Ash Mohammed Jaghlit,, Muhammad Ashraf,, Taha Al Alwani,, 1304 MOTION to Dismiss *New York Marine*. filed by A Al−Ibrahim,, 252 Stipulation and Order,,, 512 Affirmation in Opposition to Motion, filed by Federal Insurance Comp Plaintiffs,, 1373 MOTION to Dismiss *the Cantor Fitzgerald action*. filed by Daral Maal Al Islami Trust,, 760 Stipula Order,,, 1265 Memorandum of Law in Support, filed by Daral Maal Al Islami Trust,, 1175 Memorandum of Law in S Motion,, filed by Saudi Red Crescent,, 921 Memorandum of Law in Oppisition to Motion,, filed by World Trade Cen Properties LLC, et al.,, 1613 Reply Memorandum of Law in Support of Motion filed by Aradi, Inc.,, 855 Notice of C Address filed by Burnett Plaintiffs,, 1086 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1603 Memorandum Oppisition to Motion, filed by Saudi American Bank,, 721 Affidavit of Service Other,, filed by John Patrick O'Neill, of John P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 1307 Reply Memorandum of La Support of Motion,, filed by Abdullah Omar Naseef,, 279 Memorandum of Law in Oppisition to Motion, filed by Bu Plaintiffs,, 234 Memorandum of Law in Oppisition to Motion, filed by Kathleen Ashton,, 142 MOTION to Dismiss *t Amended Complaint*. filed by M. Yaqub Mirza,, Iqbal Yunus,, M. Omar Ashraf,, Muhammad Ashraf,, Taha Jaber Al- 1295 Notice (Other) filed by Burnett Plaintiffs,, 1111 Stipulation and Order,,,,, 960 RICO Statement filed by Estate o P.O'Neill, Sr.,, 300 Declaration in Support filed by Yousef Jameel,, 814 Notice (Other) filed by Burnett Plaintiffs,, W Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 99 MOTION to Dismiss for Lack of Jurisdiction *the Third A Complaint (Burnett)*. filed by Saudi Red Crescent,, 779 RICO Statement, filed by Euro Brokers Inc., et al.,, 165 MOT Protective Order *Notice of Motion and Memorandum in Support of Motion for Limited Appearance and to Move for a Order*. filed by Princess Haifa Al−Faisal,, The Royal Embassy of Saudi Arabia,, Prince Bandar bin Sultan bin Abdul Ahmed A. Kattan,, Abdul Rahman I. Al−Noah,, 551 Stipulation and Order of Dismissal,, 1140 RICO Statement filed Trade Center Properties LLC, et al.,, 708 Notice of Voluntary Dismissal − Signed,,,,,, 637 Endorsed Letter,,, 1085 R Statement filed by Estate of John P.O'Neill, Sr.,, 321 Waiver of Service Executed filed by Federal Insurance Compan Plaintiffs,, 200 Reply Memorandum of Law in Support of Motion filed by International Islamic Relief Organization(I

1280 Notice (Other) filed by Burnett Plaintiffs,, 794 Acknowledgment of Service Complaints, filed by Federal Insura Company et al., Plaintiffs,, 1495 MOTION Strike Defendant Taha Al Alwani's Motion to Dismiss, to Amend Plaintif Complaint, for Leave to File RICO Statement, For Reconsideration of the Court's Decision Relative to the Filing of A Statement and other Relief. filed by Estate of John P.O'Neill, Sr.,, 1248 Memorandum of Law in Oppisition to Motio Plaintiffs Executive Committees,, 591 Endorsed Letter,, 1283 Notice (Other) filed by Burnett Plaintiffs,, 574 Memora Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 799 Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 363 Memorandum of Law in Oppisition to Motior All Plaintiffs,, 919 MOTION for Entry of Judgment under Rule 54(b) *NOTICE OF MOTION FOR ENTRY OF FINA JUDGMENTS REGARDING DEFENDANTS KINGDOM OF SAUDI ARABIA, PRINCE SULTAN BIN ABDUL AZIZ PRINCE TURKI AL FAISAL AL SAUD, PRINCE MOHAMED AL FAISAL AL SAUD, AND AL filed by Plaintiffs Exe Committees,, 572 CONSENT MOTION for Extension of Time to Answer Complaint. filed by Adnan Basha,, Abdullah Turki,, 80 Affidavit of Service Other, filed by Chiemi York,, Jennifer Tarantino,, H. Michael Keden,, Nancy Ann Foste Memorandum of Law in Support of Motion,, filed by Talal Mohammed Badkook,, 1102 RICO Statement filed by Esta P.O'Neill, Sr.,, 195 Rule 7.1 Disclosure Statement filed by Alfaisaliah Group,, 1208 Affidavit of Service Complaints,,, Federal Insurance Company et al., Plaintiffs,, 703 Stipulation and Order,, 8 Order on Motion for Extension of Time 1449 MOTION to Dismiss Notice Of Motion. filed by M. Yaqub Mirza,, Ahmed Totonji,, M. Omar Ashraf,, Mohamme Muhammad Ashraf,, Taha Jaber Al−Alwani,, Aaran Money Wire Service, Inc.,, Iqbal Unus (Yunus),, 352 Memorand in Support of Motion filed by Mohammed Bin Abdulrahman Al Ariefy,, Faisal Group Holding Co.,, Alfaisaliah Grou Al Faisal Bin Abdulaziz Al Saud,, 308 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 468 En Letter,, 272 Memorandum of Law in Oppisition to Motion,,, filed by Burnett Plaintiffs,, 1056 Endorsed Letter,, 1615 Memorandum of Law in Support of Motion,, filed by Al Shamal Islamic Bank,, 929 Declaration in Support of Motion, Schreiber & Zindel,, Frank Zindel,, Engelbert Schreiber,, Engelbert Schreiber, Jr, 1166 RICO Statement filed by Wo Center Properties LLC, et al.,, 942 RICO Statement filed by Continental Casualty Company,, 1551 Stipulation and O 1132 Clerk Certificate of Mailing,, 1030 Affidavit in Opposition to Motion,,,,, filed by Plaintiffs PI Executive Commit MOTION to Dismiss. filed by Shahir Abdulraoof Batterjee,, 1027 Reply Memorandum of Law in Support of Motion fi Omar Al−Hussayen,, 989 Stipulation and Order,,,, 113 Clerk Certificate of Mailing,, 678 RICO Statement filed by Fe Insurance Company et al., Plaintiffs,, 939 RICO Statement, filed by Port Authority of New York & New Jersey,, Cant Fitzgerald & Co.,, 446 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 239 Endorsed Letter,,, of Dismissal,,,, 751 Clerk Certificate of Mailing,,,, 1339 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1381 R Disclosure Statement filed by Banca Del Gottardo,, 1292 Notice (Other) filed by Burnett Plaintiffs,, World Trade Ce Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1545 Endorsed Letter,, 720 RICO Statement filed by Estate of John Sr.,, 51 MOTION to Dismiss. filed by Abdul Rahman Bin Kahlid Bin Mahfouz,, 428 MOTION for More Definite State FEDERAL INSURANCE COMPANY PLAINTIFFS' MORE DEFINITE STATEMENT AND SUPPLEMENTAL PLEA ADDING CERTAIN DEFENDANTS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(e) AND 15(d) PARAGRAPH 12 OF CASE MANA filed by Federal Insurance Company et al., Plaintiffs,, 267 Reply to Response to by Mohammed Jamal Khalifa,, 915 Stipulation and Order,,,, 358 Memorandum of Law in Oppisition to Motion filed Plaintiffs,, 797 Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 438 N (Other) filed by Federal Insurance Company et al., Plaintiffs,, 1509 Affirmation in Opposition to Motion,,, filed by F Insurance Company et al., Plaintiffs,, 365 Endorsed Letter,, 237 Memorandum of Law in Oppisition to Motion filed b Ashton,, 473 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 147 Order on Motion for Lea Document,, 1394 Affidavit in Support,, filed by Federal Insurance Company et al., Plaintiffs,, 852 Endorsed Letter,,,, Statement filed by Federal Insurance Company et al., Plaintiffs,, 736 Endorsed Letter,,, 653 Endorsed Letter,, 1444 in Support of Motion,, filed by Council on American−Islamic Relations (CAIR),, 11 Endorsed Letter,, 110 MOTION filed by Islamic Assembly of North America,, 1235 Memorandum of Law in Oppisition to Motion,,, filed by Estate of P.O'Neill, Sr.,, 770 Endorsed Letter,,, 761 Order Admitting Attorney Pro Hac Vice,, 520 CONSENT MOTION for Ex Time to File Answer re: 447 Amended Complaint,,,,,,,. filed by Adnan Basha,, Abdullah Muhsen Al Turki,, 404 Memo Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 1042 Stipulation and Order,, 125 Stipulation and Order,, 11 Statement filed by Estate of John P.O'Neill, Sr.,, 164 MOTION for Protective Order Notice of Motion and Memorand Support of Motion for Limited Appearance and to Move for a Protective Order. filed by The Kingdom of Saudi Arabi Haifa Al−Faisal,, Prince Bandar bin Sultan,, 1243 Memorandum of Law in Oppisition to Motion,,, filed by New Yor and General Insurance Company,, Burnett Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, World Trade Ce Properties LLC, et al.,, Euro Brokers Inc., et al.,, 455 Affidavit in Opposition to Motion filed by Kathleen Ashton,, 33 Memorandum of Law in Support of Motion, filed by Abdullah Omar Naseef,, 669 RICO Statement filed by Estate of J P.O'Neill, Sr.,, 205 Opposition Brief, filed by Al Baraka Investment and Development Corporation,, Saleh Abdullah Saleh Abdullah kamel,, 897 RICO Statement filed by World Trade Center Properties LLC, et al.,, 532 Stipulation and 978 MOTION for Leave to File Motion to Dismiss Out of Time. filed by Dallah Al Baraka Group LLC,, 304 Declarat Support of Motion, filed by Yousef Jameel,, 223 MOTION to Dismiss − Ashton v. Al Qaeda. filed by Saudi American Reply Memorandum of Law in Support of Motion, filed by Islamic Investment Company of the Gulf (Sharjah),, 1458 Dismiss Notice of Motion. filed by Wamy International, Inc.,, 132 Affidavit of Service Complaints,,,,,,, filed by Pacific Company,, Vigilant Insurance Company,, Federal Insurance Company,, Allstate Insurance Company,, Great Norther Insurance Company,, Fidelity And Deposit Company of Maryland,, North River Insurance Company,, Northern Insur Company of New York,, Seneca Insurance Company, Inc.,, Zurich American Insurance Company,, American Zurich Company,, American Guarantee and Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Chubb Ins Company of Canada,, Chubb Insurance Company of New Jersey,, United States Fire Insurance Company,, Steadfast*

*Company,, Continental Insurance Company,, Assurance Company of America,, American Alternative Insurance Corp One Beacon Insurance Company,, Commercial Insurance Company of Newark, N.J.,, Chubb Custom Insurance Com Chubb Indemnity Insurance Company,, One Beacon America Insurance Company,, Boston Old Colony Insurance Co Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' In Company,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, Hiscox Dedicated C Member, Ltd.,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Continental Insurance Company of New Jer Fidelity and Casualty Company of New York,, 1334 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1255 Mem Law in Oppisition to Motion,, filed by Plaintiffs Executive Committees,, 163 MOTION to Dismiss the First Amended filed by Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena Corporation,, Reston Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc.,, York Foundation,, African Musl International Institute of Islamic Thought,, Sana−Bell, Inc.,, 1361 Notice (Other) filed by Estate of John P.O'Neill, S Order,,,, 650 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 8 to Dismiss. filed by Faisal Islamic Bank,, 167 Endorsed Letter,, 306 RICO Statement filed by Federal Insurance Com Plaintiffs,, 1592 Memorandum of Law in Support of Motion, filed by Schreiber & Zindel,, Frank Zindel,, Engelbert S Engelbert Schreiber, Jr, 1168 Notice (Other), Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1075 RICO State by Estate of John P.O'Neill, Sr.,, 256 Memorandum of Law in Support of Motion, filed by Burnett Plaintiffs,, 496 Stip Order of Dismissal,, 1590 Memorandum of Law in Support of Motion,, filed by Sami Omar Al−Hussayen,, 1416 Resp Support of Motion,, filed by Abdullah Muhsen Al Turki,, 1548 Amended Answer to Complaints, filed by International Relief Organization(IIRO),, 232 Memorandum of Law in Oppisition to Motion filed by Kathleen Ashton,, 1342 Notic filed by Estate of John P.O'Neill, Sr.,, 1522 Reply Memorandum of Law in Support of Motion filed by Banca Del Got Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1052 Reply Memorandum of Law in Support of Motion,,, filed b Abdul Aziz Al Rajhi,, Saleh Abdulaziz Al−Rajhi,, 270 Order on Motion to Appear Pro Hac Vice, 1447 MOTION to D Plaintiffs' Complaints in Ashton, Federal Insurance, Continental Casualty, and New York Marine With Prejudice. fil Abdulrahman Bin Mahfouz,, 1236 Stipulation and Order, Set Deadlines/Hearings,,,,,, 901 Stipulation and Order,, 1 (FILED ON SERVICE DATE) for Khurrum Wahid to Appear Pro Hac Vice. filed by World Assembly of Muslim Yout Notice (Other), Notice (Other) filed by Federal Insurance Company et al., Plaintiffs,, 833 MOTION to Dismiss. filed Islamic Bank,, 82 MOTION to Dismiss for Lack of Jurisdiction the Third Amended Complaint (Burnett). filed by She Al−Husaini,, 805 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 346 Answer to Complaint, Third Party Com Crossclaim filed by Muslim World League,, 356 MOTION to Dismiss for Lack of Jurisdiction Lack of Personal Juris filed by Rabita Trust,, 753 Clerk Certificate of Mailing,,, 535 Memorandum of Law in Oppisition to Motion, filed by Ashton,, 162 Memorandum of Law in Support of Motion filed by Arab Bank,, 249 MOTION to Dismiss First Amende Complaint. filed by Mohammed Al Faisal Al Saud,, 1506 Stipulation and Order,,, 592 Order Admitting Attorney Pro 638 Stipulation and Order,, 1596 Stipulation and Order,, 1376 Memorandum of Law in Support filed by Daral Maal Trust,, 203 Reply Memorandum of Law in Support of Motion filed by Wa'el Jalaidan,, 417 Notice (Other) filed by Na Commercial Bank,, 541 JOINT MOTION to Dismiss Faisal Group Holding. filed by Kathleen Ashton,, 1358 Notice ( by Estate of John P.O'Neill, Sr.,, 748 Clerk Certificate of Mailing,,,, 788 Stipulation and Order,,, 500 Memorandum Support of Motion filed by DMI Administrative Services S.A.,, 250 Memorandum of Law in Support of Motion filed b Mohammed Al Faisal Al Saud,, 1324 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 1219 R Statement filed by Euro Brokers Inc., et al.,, 629 RICO Statement filed by Federal Insurance Company et al., Plainti MOTION for Leave to File Arabic language document. filed by Federal Insurance Company et al., Plaintiffs,, 928 D in Support of Motion,, filed by Schreiber & Zindel,, Frank Zindel,, Engelbert Schreiber,, Engelbert Schreiber, Jr, 13 Statement filed by Federal Insurance Company et al., Plaintiffs,, 537 Endorsed Letter,,, 1124 RICO Statement filed b Trade Center Properties LLC, et al.,, 484 Notice of Appearance filed by John Patrick O'Neill, Jr., Estate of John P.O Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 1296 Notice (Other) filed by Burnett Plaintiffs,, 679 MO Dismiss for Lack of Jurisdiction and Failure to State a Claim. filed by Islamic Investment Company of the Gulf (Shar MOTION for Extension of Time Motion for an Order Adjourning Indefinately the Time For Defendant Faisal Islamic Sudan to Respond to Recent Pleadings. filed by Faisal Islamic Bank,, 1353 Notice (Other) filed by Estate of John P.C 1093 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 293 Memorandum of Law in Oppisition to Motion, filed Plaintiffs,, 1338 Notice (Other), Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 948 Notice (Other), Notice (Ot Plaintiffs Executive Committees,, 326 Stipulation and Order,,,,, 389 Waiver of Service Executed filed by Federal Insu Company et al., Plaintiffs,, 958 Rule 7.1 Disclosure Statement filed by Dubai Islamic Bank,, 106 MOTION to Dismis Saleh O. Badahdah,, 518 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 594 RICO Statemen Federal Insurance Company et al., Plaintiffs,, 55 MOTION to Dismiss., 374 MOTION to Dismiss and Memorandum Support of Motion to Dismiss. filed by The Kingdom of Saudi Arabia,, 1228 MOTION to Add Party(ies) Thomas E. B et al. Motion to Add Parties Pursuant to Federal Rule of Civil Procedure 15(d). filed by Burnett Plaintiffs,, 1517 Dec Opposition to Motion,, filed by Estate of John P.O'Neill, Sr.,, 583 Notice (Other), Notice (Other) filed by John Patric Jr., Estate of John P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 920 RICO Statement Estate of John P.O'Neill, Sr.,, 127 Order on Motion to Appear Pro Hac Vice, 259 Order on Motion to Appear Pro H 1348 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 866 Memorandum of Law in Support,,, filed by Saleh Abd Rajhi,, Saleh Abdulaziz Al−Rajhi,, 1174 MOTION to Dismiss. filed by Saudi Red Crescent,, 555 Notice (Other) filed H.S. Al−Buthe,, 1549 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 248 Case Management Endorsed Letter,, 351 MOTION to Dismiss. filed by Mohammed Bin Abdulrahman Al Ariefy,, Faisal Group Holding Alfaisaliah Group,, Abdullah Al Faisal Bin Abdulaziz Al Saud,, 692 Notice of Voluntary Dismissal − Signed,, 1176 A Support of Motion,, filed by Saudi Red Crescent,, 67 MOTION (FILED ON SERVICE DATE) for Don Howarth, Suze*

Smith and Robert D. Brain to Appear Pro Hac Vice., 410 MOTION to Dismiss the Federal Insurance First Amended filed by Saudi American Bank,, 1418 Response in Support of Motion,, filed by Abdullah Bin Saleh Al−Obaid,, 89 Lett Abdulrahman Bin Mahfouz,, 947 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 817 Stipulat Order,,,, 1540 Memorandum of Law in Support of Motion, filed by M. Yaqub Mirza,, Ahmed Totonji,, Iqbal Yunus,, M Ashraf,, Mohammed Jaghlit,, Muhammad Ashraf,, 1107 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 7 Not Appearance, filed by M. Yaqub Mirza,, M. Omar Ashraf,, Muhammad Ashraf,, Taha Jaber Al−Alwani,, Grove Corpo Heritage Education Trust,, Mar−Jac Investments, Inc.,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gi York Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, Sana−Bell, Inc.,, Sanabel Al− Inc.,, Mena Investments,, Jamal Barzinji,, Iqbal Unus (Yunus),, 600 Notice of Appearance filed by Naif Bin Abdulaziz 1612 Reply Memorandum of Law in Support of Motion,,, filed by Grove Corporate, Inc.,, Heritage Education Trust,, Investments, Inc.,, Mena Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc.,, York Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, 15 SUPPLEMENTAL MOTION to Dismiss Pursuant to CMO No. 4. filed by Soliman H.S. Al−Buthe,, Perouz Seda Ghat Haramain Islamic Foundation, Inc.,, 808 Memorandum of Law in Oppisition to Motion,, filed by Federal Insurance C al., Plaintiffs,, 666 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1543 Stipulation and Order, Set Deadlines/Hearings,,,,,,,, 517 Affirmation in Opposition to Motion,, filed by Federal Insurance Company et al., Plain RICO Statement filed by World Trade Center Properties LLC, et al.,, 1205 Memorandum of Law in Support of Motio Abdullah Omar Naseef,, 830 Notice (Other) filed by Federal Insurance Company et al., Plaintiffs,, 656 MOTION to I Consolidated Property Damage and Insurance Complaints (Cantor Fitzgerald, Continental Casualty, Euro Brokers, Insurance, NY Marine, and World Trade Center Properties). filed by Al Haramain Islamic Foundation, Inc.,, 1253 Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Executive Committees,, 172 Reply Memorandum of Support of Motion, filed by International Institute of Islamic Thought,, 1562 RICO Statement filed by Continental Ca Company,, 201 Reply Memorandum of Law in Support of Motion filed by International Islamic Relief Organization(I MOTION for Dean Arnold and Marshall Mintz to Withdraw as Attorney. filed by Sami Omar Al−Hussayen,, 575 Mer of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 357 Affidavit in Opposition to filed by All Plaintiffs,, 1450 Memorandum of Law in Support of Motion,, filed by M. Yaqub Mirza,, Ahmed Totonji,, M Ashraf,, Mohammed Jaghlit,, Muhammad Ashraf,, Taha Jaber Al−Alwani,, Iqbal Unus (Yunus),, 1098 RICO Stateme Estate of John P.O'Neill, Sr.,, 554 Endorsed Letter,,, 503 Declaration in Opposition to Motion,, filed by Burnett Plain Clerk Certificate of Mailing,, 631 MOTION to Dismiss & Memorandum of Law in Support of Motion to Dismiss of th Joint Relief Committee. filed by Saudi Joint Relief Committee,, 1525 Declaration in Opposition to Motion,, filed by T Al−Alwani,, 1090 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 997 Reply Memorandum of Law in Support Motion,,, filed by Federal Insurance Company et al., Plaintiffs,, 1470 Memorandum of Law in Support of Motion file Jaber Al−Alwani,, 1583 Stipulation and Order,, 1151 MOTION to Withdraw 499 MOTION to Dismiss Notice of Mot Dismiss., 94 MOTION to Dismiss (Notice of Motion)., 254 Reply Memorandum of Law in Support of Motion,, 617 Re Memorandum of Law in Support of Motion. filed by DMI Administrative Services S.A.,, 1275 Notice (Other), Notice ( by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 156 Memorandum of La Oppisition to Motion,,, filed by Burnett & Ashton Plaintiffs,, Barrera Plaintiffs,, Tremsky Plaintiffs,, Salvo Plaintiffs,, Notice of Appearance filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 1498 Declaratio Support of Motion,,, filed by Estate of John P.O'Neill, Sr.,, 1141 RICO Statement filed by Continental Casualty Comp Memorandum of Law in Support of Motion filed by DMI Administrative Services S.A.,, 1317 RICO Statement filed by Insurance Company et al., Plaintiffs,, 987 RICO Statement, filed by Estate of John P.O'Neill, Sr.,, 1502 Memorandum Support of Motion,, filed by Wamy International, Inc.,, World Assembly of Muslim Youth,, 943 Notice (Other) filed by Plaintiffs,, 1389 Memorandum of Law in Support,, filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation,, 299 MO Dismiss. filed by Yousef Jameel,, 1356 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 338 MOTION (FILED C SERVICE DATE) for Justin B. Kaplan to Appear Pro Hac Vice. filed by Thomas E. Burnett, Sr., 649 MOTION (FILE SERVICE DATE) for Thomas M. Melsheimer, Matthew E. Yarbrough, and John M. Helms to Appear Pro Hac Vice. f Khalid Sulaiman Al−Rajhi,, Sulaiman Bin Abdul Aziz Al Rajhi,, Saleh Abdul Aziz Al Rajhi,, Abdullah Salaiman Al−R Sulaiman Al−Rajhi,, 337 Reply to Response to Motion filed by Jamal Barzinji,, 21 Notice of Appearance, filed by Sha Abdulraoof Batterjee,, Abdul Rahman Al Swailem,, Abdullah Omar Naseef,, Mohammed Ali Sayed Mushayt,, Abdulla Talal Mohammed Badkook,, Red Crescent Saudi Committee,, Adnan Basha,, Safar Al−Hawali,, Saleh Al−Hussayen,, Muhsen Al Turki,, Mushayt for Trading Company,, Sheik Hamad Al−Husaini,, 240 MOTION for Alan E. Untereiner Pro Hac Vice Notice of Motion. filed by Saudi High Commission,, 328 Reply Memorandum of Law in Support of Mot Yassin Abdullah Al Kadi,, 1464 Memorandum of Law in Oppisition to Motion,, filed by Estate of John P.O'Neill, Sr.,, Statement, filed by Federal Insurance Company et al., Plaintiffs,, 1112 Stipulation and Order,,,, 280 Memorandum of Oppisition to Motion filed by Burnett Plaintiffs,, 229 Endorsed Letter,, 274 Memorandum of Law in Oppisition to Mo by Burnett Plaintiffs,, 1462 Memorandum of Law in Support of Motion,, filed by Wamy International, Inc.,, World As Muslim Youth,, 1507 Set Deadlines/Hearings, Order,,,,,,, 1411 MOTION to Dismiss Notice of Motion. filed by Counc American−Islamic Relations (CAIR),, 1526 MOTION for Sanctions Pursuant to Rule 11. filed by Taha Jaber Al−Alw Notice of Voluntary Dismissal − Signed,, 719 Order Admitting Attorney Pro Hac Vice,,,,,,,, 916 RICO Statement filed Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 409 Rule 7.1 Disclosure Statement filed by Saudi A Bank,, 433 Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, 1546 Case Management Plan,,,,,, 848 MOTION Dismiss. filed by Faisal Islamic Bank,, 795 Acknowledgment of Service Complaints, filed by Federal Insurance Comp Plaintiffs,, 1261 Affidavit of Service Complaints,,,,, filed by Federal Insurance Company et al., Plaintiffs,, 47 MOTIO Dismiss Certain Consolidated Complaints. filed by Sultan Bin Abdulaziz Al Saud,, 349 MOTION to Dismiss. filed by

*Bin Abdulrahman Al Ariefy,, Faisal Group Holding Co.,, Alfaisaliah Group,, Addullah Al Faisal Abdulaziz Al Saud,, Statement filed by Estate of John P.O'Neill, Sr.,, 670 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 782 RIC filed by Estate of John P.O'Neill, Sr.,, 123 Endorsed Letter,,, 1580 Affirmation in Opposition to Motion,, filed by Plai Executive Committees,, 75 Certificate of Service Other, filed by United States of America,, 114 Clerk Certificate of M 1331 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1183 MOTION to Dismiss. filed by Abdullah Muhsen Al T Notice of Voluntary Dismissal − Signed,, 1427 Notice of Appearance filed by Aradi, Inc.,, 149 Response to Motion, fi Burnett Plaintiffs,, 393 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 709 Service by Public by All Plaintiffs,, 811 Stipulation and Order,,, 498 Memorandum of Law in Oppisition to Motion filed by Tarik Hama 7.1 Disclosure Statement filed by Federal Insurance Company et al., Plaintiffs,, 1383 Memorandum of Law in Suppo Motion, filed by Banca Del Gottardo,, 791 Order on Motion to Dismiss,, 523 Notice (Other) filed by Kathleen Ashton Letter, filed by Abdul Rahman Khaled Bin Mahfouz,, 618 Endorsed Letter,, 967 Response to Motion,,, filed by Mohan Faisal Al Saud,, Sultan Bin Abdulaziz Al Saud,, Prince Turki Al Faisal Al Saud,, The Kingdom of Saudi Arabia,, 125 Memorandum of Law in Oppisition to Motion,, filed by Continental Casualty Company,, 1225 Order, Set Deadlines/Hearings,,,,,,, 1173 RICO Statement filed by Continental Casualty Company,, 1117 Endorsed Letter,, 860 Statement filed by Euro Brokers Inc., et al.,, 1055 Endorsed Letter,, 405 Memorandum of Law in Oppisition to Motio Burnett Plaintiffs,, 1311 Reply Memorandum of Law in Support of Motion,, filed by Mohammed Ali Sayed Mushayt,, Memorandum of Law in Support of Motion filed by Taha Jaber Al−Alwani,, 1479 CONSENT MOTION for Extension File Answer To Federal Insurance Complaint. filed by International Islamic Relief Organization(IIRO),, 573 Notice ( by Federal Insurance Company et al., Plaintiffs,, 1387 Declaration in Support, filed by Ibrahim Bin Abdul Aziz Al Ibi Foundation,, 902 MOTION to Dismiss of Mar−Jac Poultry, Inc.. filed by Mar−Jac Poultry, Inc.,, 1034 Declaration i Opposition to Motion,,,, filed by Plaintiffs Executive Committees,, 1332 Notice (Other) filed by Estate of John P.O'Ne 505 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 282 Memorandum of Law in Oppisitio filed by Burnett Plaintiffs,, 714 Clerk Certificate of Mailing,, 985 Stipulation and Order, Set Motion and R&R Deadlines/Hearings,,, 824 Stipulation and Order,,, 62 Memo Endorsement,, 1508 Memorandum of Law in Oppisition Motion,,, filed by Federal Insurance Company et al., Plaintiffs,, 576 Stipulation and Order,,,, 422 CONSENT MOTIC Extension of Time /Consent Motion and Stipulation as to Further Extension of Time. filed by DMI Administrative Ser Islamic Investment Company of the Gulf (Sharjah),, 1297 Notice (Other) filed by Burnett Plaintiffs,, 1148 Affidavit in to Motion,,, filed by Continental Casualty Company,, Cantor Fitzgerald & Co.,, New York Marine and General Insur Company,, Kathleen Ashton,, Estate of John P.O'Neill, Sr.,, Burnett Plaintiffs,, Federal Insurance Company et al., Pl World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1487 Stipulation and Order,,,, 72 Order Admit Attorney Pro Hac Vice,, 749 Clerk Certificate of Mailing,,,, 1159 RICO Statement filed by Continental Casualty Com Stipulation and Order,,, 542 Stipulation and Order,, 79 Reply Memorandum of Law in Support,,,,, filed by Maryland Company,, Pacific Indemnity Company,, Vigilant Insurance Company,, Federal Insurance Company,, Great Norther Company,, Fidelity And Deposit Company of Maryland,, North River Insurance Company,, Northern Insurance Com New York,, Zurich American Insurance Company,, American Zurich Insurance Company,, American Guarantee and Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Chubb Insurance Company of Canada,, Chubb Insuranc of New Jersey,, United States Fire Insurance Company,, Steadfast Insurance Company,, Assurance Company of Ame American Alternative Insurance Corporation,, One Beacon Insurance Company,, Chubb Custom Insurance Company Indemnity Insurance Company,, One Beacon America Insurance Company,, Colonial American Casualty and Surety Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance As Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, The Princeton Excess & Surplus Insurance Company,, 411 Reply Memorandum of Law in Support of Motion, filed by Salman Bin Abdulaziz Al Saud,, Memorandum of Law in Support of Motion,,, filed by Asat Trust Reg.,, Martin Watcher,, Erwin Watcher,, Sercor Treu Anstalt,, 1513 Memorandum of Law in Support of Motion,, filed by Mohammed Al Faisal Al Saud,, 894 Reply Memor Law in Support of Motion,,, filed by Perouz Seda Ghaty,, Al Haramain Islamic Foundation, Inc.,, 1333 Notice (Other Estate of John P.O'Neill, Sr.,, 39 Rule 7.1 Disclosure Statement filed by National Commercial Bank,, 1194 Affidavit i of Motion,, filed by Talal Mohammed Badkook,, 516 Affirmation in Opposition to Motion, filed by Federal Insurance et al., Plaintiffs,, 247 Case Management Plan,,,,,, 1197 Affidavit in Support of Motion, filed by Adnan Basha,, 1227 M Add Party(ies) Thomas E. Burnett, Sr., et al. Notice of Motion to Add Parties Pursuant to Federal Rule of Civil Proce filed by Burnett Plaintiffs,, 431 Rule 7.1 Disclosure Statement filed by Federal Insurance Company et al., Plaintiffs,, MOTION to Dismiss. MOTION to Dismiss for Lack of Jurisdiction. MOTION to Dismiss. MOTION to Dismiss for La Jurisdiction. filed by Dallah Al Baraka Group LLC,, 483 Notice of Appearance filed by John Patrick O'Neill, Jr., Est P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 45 Reply Memorandum of Law in Suppo National Commercial Bank,, 1169 RICO Statement filed by Continental Casualty Company,, 1327 Notice (Other) file Federal Insurance Company et al., Plaintiffs,, 1074 Endorsed Letter,, 773 Stipulation and Order,,, 904 RICO Statem Federal Insurance Company et al., Plaintiffs,, 1274 Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, World Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 258 Rule 7.1 Disclosure Statement filed by Saudi Economic Development Company,, 269 Order on Motion to Appear Pro Hac Vice, 630 RICO Statement filed by Estate of John Sr.,, 1402 MOTION to Dismiss. filed by Daral Maal Al Islami Trust,, 956 Memorandum of Law in Support of Motion Dubai Islamic Bank,, 671 Endorsed Letter,, 108 MOTION to Dismiss. filed by Abdullah M. Al−Mahdi,, 1046 Memor Law in Oppisition to Motion,,,, filed by Plaintiffs Executive Committees,, 533 Stipulation and Order,, 1325 RICO Sta by Federal Insurance Company et al., Plaintiffs,, 655 MOTION to Dismiss the Consolidated Personal Injury Compla (Ashton, Burnett, Salvo, and Tremsky). filed by Perouz Seda Ghaty,, 1429 Answer to Complaint filed by Jamal Barzir Stipulation and Order,, 90 Order Admitting Attorney Pro Hac Vice,, 1404 MOTION to Dismiss. filed by Daral Maal*

*Trust,, 1584 Stipulation and Order,, 564 Order Admitting Attorney Pro Hac Vice,, 1062 Reply Memorandum of Law of Motion,, filed by Faisal Islamic Bank,, 1382 MOTION to Dismiss. filed by Banca Del Gottardo,, 1313 Notice (Oth (Other) filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 1407 Endorsed Letter,, 734 No Substitution of Attorney, filed by DMI Administrative Services S.A.,, 508 Endorsed Letter,, 218 Memorandum of Law Oppisition to Motion filed by Burnett Plaintiffs,, 835 MOTION to Dismiss. filed by Faisal Islamic Bank,, 1591 Memo Law in Support of Motion, filed by Schreiber & Zindel,, Frank Zindel,, Engelbert Schreiber,, Engelbert Schreiber, Jr, (Other) filed by Kathleen Ashton,, 1217 Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, 950 Notice (Other, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 480 Notice of Appearance filed by Port Author York & New Jersey,, Cantor Fitzgerald & Co.,, 1535 Answer to Amended Complaint, filed by International Islamic R Organization(IIRO),, 1127 Clerk Certificate of Mailing,, 1039 Affirmation in Opposition to Motion,, filed by Plaintiff Committees,, 609 Stipulation and Order,,, 646 Endorsed Letter,, 170 Reply Memorandum of Law in Support of Motio National Commercial Bank,, 1354 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 785 Stipulation and Order,,, Statement filed by Estate of John P.O'Neill, Sr.,, 1209 Reply Memorandum of Law in Support of Motion,, filed by S.M Schreiber & Zindel,, Frank Zindel,, Engelbert Schreiber,, Engelbert Schreiber, Jr, 1188 Affidavit in Support of Motio Safar Al−Hawali,, 812 Endorsed Letter,,, 52 MOTION to Dismiss. filed by Saleh Abdullah Kamel,, Al Baraka Investr Development Corp.,, 1410 Notice (Other) filed by Faisal Islamic Bank,, 1355 Notice (Other) filed by Estate of John P Sr.,, 1423 Response in Support of Motion,, filed by Abdullah Omar Naseef,, 889 Memorandum of Law in Support, file Administrative Services S.A.,, 44 Memorandum of Law in Support of Motion filed by Saudi Binladin Group, Inc.,, 139 (Other) filed by Soliman H.S. Al−Buthe,, 260 Endorsed Letter,,,, 1206 Affidavit in Support of Motion,, filed by Abdul Naseef,, 489 MOTION to Dismiss Notice of Motion to Dismiss. filed by Islamic Investment Company of the Gulf (Sha MOTION to Strike Document No. 1426 NOTICE OF THE FEDERAL PLAINTIFFS' MOTION TO STRIKE RENEWE MOTION TO DISMISS SAAR NETWORK DEFENDANTS. filed by Federal Insurance Company et al., Plaintiffs,, 77 Statement, filed by World Trade Center Properties LLC, et al.,, 746 Stipulation and Order,, 635 MOTION for E. Mic Bradley to Withdraw as Attorney. filed by Bakr M Bin Laden,, Tarek M. Bin Laden,, Omar M. Bin Laden,, Khaled Bi Mahfouz,, Saudi Binladin Group, Inc.,, 1566 Declaration in Opposition to Motion,,, filed by Estate of John P.O'Neill, Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 139 Notice of Appearance filed by Salman Bin Abdulaziz Al Sau Conditional Transfer In Order,,, 550 Stipulation and Order of Dismissal,, 15 MOTION (FILED ON SERVICE DATE Michael K. Kellogg, Mark C. Hansen, David C. Frederick, Michael J. Guzman, and J.C. Rozendaal to Appear Pro H filed by Turki Al Faisal Al Saud,, 1101 MOTION to Dismiss for Lack of Jurisdiction and Insufficient Service of Proce Sercor Treuhand Anstalt,, 971 RICO Statement filed by Euro Brokers Inc., et al.,, 660 Stipulation and Order,, 1108 R Statement filed by Estate of John P.O'Neill, Sr.,, 827 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 593 RIC filed by Federal Insurance Company et al., Plaintiffs,, 1210 RICO Statement filed by New York Marine and General Company,, 1516 Memorandum of Law in Support of Motion,, filed by Saudi High Commission,, Salman Bin Abdulaz Naif Bin Abdulaziz Al Saud,, 415 MOTION to Dismiss Notice of Motion. filed by SNCB Corporate Finance Ltd.,, SN Securities Ltd. in London,, 1057 MOTION to Dismiss for Lack of Jurisdiction or Failure to State a Claim. filed by Yo Jameel,, 1181 Memorandum of Law in Support of Motion,, filed by Abdullah Bin Saleh Al−Obaid,, 1110 Stipulation of Dismissal,, 1100 MOTION to Dismiss for Lack of Jurisdiction and Insufficient Service of Process. filed by Asat Tr Martin Watcher,, Erwin Watcher,, 1504 MOTION to Dismiss. filed by Abdullah Bin Laden,, 191 Order Admitting Att Hac Vice,, 1059 Declaration in Support of Motion,, filed by Yousef Jameel,, 1448 Memorandum of Law in Support of filed by Abdulrahman Bin Mahfouz,, 64 Memo Endorsement, 1137 Endorsed Letter,,, 849 Memorandum of Law in Su Motion filed by Faisal Islamic Bank,, 699 RICO Statement, filed by Euro Brokers Inc., et al.,, 738 Stipulation and Or Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 1185 Affidavit i of Motion,, filed by Abdullah Muhsen Al Turki,, 255 MOTION for Reconsideration of Non−Final Ruling Dismissing Against Defendants Sultan Bin Abdulaziz Al−Saud and Turki Al−Faisal Bin Abdulaziz Al−Saud. filed by Burnett Pla 1530 Reply Memorandum of Law in Support of Motion filed by Taha Jaber Al−Alwani,, 1257 Affirmation in Opposit Motion,,, filed by Federal Insurance Company et al., Plaintiffs,, 42 Rule 7.1 Disclosure Statement filed by Saudi Binl Inc.,, 60 MOTION to Dismiss the Claims Against It in Plaintiffs' Fourth Amended Complaint. filed by International I Islamic Thought,, 1620 Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs,, 457 Notice (Other) fi Soliman H.S. Al−Buthe,, 1405 Memorandum of Law in Support of Motion filed by Daral Maal Al Islami Trust,, 1465 and Order of Dismissal,,, 695 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 168 Declaratio Burnett Plaintiffs,, 1241 MOTION to Dismiss the World Trade Center Properties and Euro Brokers actions. filed by Administrative Services S.A.,, 1083 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1375 MOTION to Dismiss action. filed by Daral Maal Al Islami Trust,, 1187 Memorandum of Law in Support of Motion, filed by Safar Al−Haw RICO Statement, filed by Euro Brokers Inc., et al.,, 273 Affirmation in Opposition to Motion, filed by Burnett Plainti Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs,, 831 Stipulation and Order,, 434 Endorsed Le Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 362 Memorandum of Law in Support of Motion, filed by Abdullah Bin Saleh Al Obaid,, 1575 Memorandum of Law in Opp Motion,,, filed by Plaintiffs Executive Committees,, 228 Notice of Appearance filed by International Development Fo Saudi Economic and Development Company,, Mohammed Salim Bin Mahfouz,, 818 Memorandum of Law in Oppisiti Motion, filed by Continental Casualty Company,, 776 MOTION for Stephanie W. Fell to Withdraw as Attorney. filed Baraka Investment & Development Corp.,, 1164 RICO Statement filed by Federal Insurance Company et al., Plaintif Response, filed by United States of America,, 385 Affidavit of Service Complaints, filed by Federal Insurance Compa Plaintiffs,, 143 MOTION to Dismiss the First Amended Complaint. filed by Jamal Barzinji,, 285 Notice (Other), Noti filed by Burnett Plaintiffs,, 414 Rule 7.1 Disclosure Statement filed by SNCB Corporate Finance Ltd.,, SNCB Securit*

*London,, 194 Notice of Appearance filed by Alfaisaliah Group,, Addullah Al Faisal Abdulaziz Al Saud,, 1379 Notice filed by World Trade Center Properties LLC, et al.,, 395 Answer to Complaint filed by Perouz Seda Ghaty,, 1392 MC Dismiss (corrected). filed by Banca Del Gottardo,, 353 MOTION to Dismiss Failure to State a Claim. MOTION to D Lack of Jurisdiction Lack of Subject Matter Jurisdiction. MOTION to Dismiss Failure to State a Claim. MOTION to Lack of Jurisdiction Lack of Subject Matter Jurisdiction. filed by Saleh Abdullah Kamel,, Al Baraka Investment & De Corp.,, 1565 Stipulation and Order, Set Deadlines,,,,, 1125 RICO Statement filed by World Trade Center Properties 1010 Affidavit in Opposition to Motion,,, filed by Federal Insurance Company,, Continental Casualty Company,, Car Fitzgerald & Co.,, New York Marine and General Insurance Company,, Kathleen Ashton,, John Patrick O'Neill, Jr., Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1607 Reply Affidavit in Support,, fi Ahmed Totonji,, Mohammed Jaghlit,, Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc., Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, 1605 Notice of Appeal filed by Fed Insurance Company et al., Plaintiffs,, 598 Notice of Appearance filed by Naif Bin Abdulaziz Al Saud,, 18 MDL Trans Endorsed Letter, Set Scheduling Order Deadlines,,,,, 96 MOTION to Dismiss for Lack of Jurisdiction the Third Amer Complaint (Burnett). filed by Abdul Rahman Al Swailem,, 231 Memorandum & Opinion,,,, 257 Rule 7.1 Disclosure S filed by International Development Foundation,, 1105 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 727 M Dismiss. filed by Sami Omar Al−Hussayen,, 1018 Memorandum of Law in Support of Motion, filed by Khaled Bin Sa Mahfouz,, 859 RICO Statement filed by World Trade Center Properties LLC, et al.,, 401 Reply Memorandum of Law of Motion, filed by Naif Bin Abdulaziz Al Saud,, 1266 Stipulation and Order,, 207 Brief filed by Wa'el Hamza Jalaida Memorandum of Law in Support of Motion, filed by Schreiber & Zindel,, Frank Zindel,, Engelbert Schreiber,, Engelb Schreiber, Jr, 999 Memorandum of Law in Oppisition to Motion, filed by Naif Bin Abdulaziz Al Saud,, Salman Bin A Saud,, 350 Memorandum of Law in Support of Motion filed by Mohammed Bin Abdulrahman Al Ariefy,, Faisal Grou Co.,, Alfaisaliah Group,, Abdullah Al Faisal Bin Abdulaziz AlSaud,, 886 Notice of Voluntary Dismissal − Signed,, 14 Response in Support of Motion, filed by Sheik Hamad Al−Husaini,, 140 MOTION to Dismiss the Complaints. filed by Bin Abdulaziz Al Saud,, 1115 MOTION to Dismiss. filed by Mar−Jac Poultry, Inc.,, 502 Memorandum of Law in Op Motion, filed by Burnett Plaintiffs,, 323 Order,, 710 RICO Statement filed by Federal Insurance Company et al., Plai Reply Memorandum of Law in Support of Motion,, filed by Saleh Al−Hussayen,, 617 Reply Memorandum of Law in Motion filed by DMI Administrative Services S.A.,, 906 RICO Statement filed by World Trade Center Properties LLC 1178 Memorandum of Law in Support of Motion,, filed by Saleh Al−Hussayen,, 1480 CONSENT MOTION for Exten Time to File Answer to Ashton Complaint. filed by International Islamic Relief Organization(IIRO),, 1287 Notice (Ot by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1606 Reply Memorandu Support,,, filed by Ahmed Totonji,, Mohammed Jaghlit,, Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc.,, York Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, 49 Memorandum of Law in Support of Motion, filed by International Islamic Relief Organization(IIRO),, 1020 Memorar Law in Oppisition to Motion,,,,, filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 36 MC More Definite Statement. filed by Sami Omar Al−Hussayen,, 1298 Notice (Other), Notice (Other) filed by Burnett Pl World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 318 Memorandum of Law in Oppisition to Mo by Federal Insurance Company et al., Plaintiffs,, 315 Memorandum of Law in Oppisition to Motion,, filed by Federa Company et al., Plaintiffs,, 1601 Reply Memorandum of Law in Support of Motion,, filed by Ibrahim Bin Abdulaziz A 266 MOTION to Stay Proceedings. filed by Al Haramain Foundation,, Aqeel Al Aqeel,, 319 MOTION (FILED ON S DATE) for Viet D. Dinh to Appear Pro Hac Vice. filed by Yousef Jameel,, 1029 Memorandum of Law in Oppisition to filed by Plaintiffs PI Executive Committee,, 590 Reply Memorandum of Law in Support of Motion filed by Islamic Inv Company of the Gulf (Sharjah),, 1051 Reply Memorandum of Law in Support of Motion,,, filed by Abdullah Salaimar 488 Endorsed Letter,,,, 1063 Reply Memorandum of Law in Support of Motion,, filed by Faisal Islamic Bank,, 276 M of Law in Oppisition to Motion,, filed by Burnett Plaintiffs,, 1441 Reply Memorandum of Law in Support of Motion fi Mar−Jac Poultry, Inc.,, 1343 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 264 Reply Memorandum of Law i of Motion, filed by Adel Abdul Batterjee,, 566 Notice (Other) filed by Federal Insurance Company et al., Plaintiffs,, 6 Stipulation and Order,, 1610 Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs,, 775 RICO State by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 800 Acknowledgment of Service Complaint Federal Insurance Company et al., Plaintiffs,, 580 Reply Memorandum of Law in Support of Motion, filed by Saudi A Bank,, 1120 RICO Statement, filed by Federal Insurance Company et al., Plaintiffs,, 224 FIRST MOTION for John P Withdraw as Attorney of record in Federal Insurance Company et al., v al Qaida et al, 03cv6978; Vigilant Insurance et al, v The Kingdom of Saudi Arabia et al., 03cv8591; In re Terrorist Attack on September 11 filed by Federal Insur Company et al., Plaintiffs,, 23 Endorsed Letter,, 807 Memorandum of Law in Oppisition to Motion,,, filed by Federal Company et al., Plaintiffs,, 1512 MOTION for Entry of Judgment under Rule 54(b). filed by Turki Al Faisal Al Saud,, Abdulaziz Al Saud,, Naif Bin Abdulaziz Al Saud,, Saudi High Commission,, The Kingdom of Saudi Arabia,, Salman B Abdulaziz Al Saud,, 1135 Order,,, 423 Reply Memorandum of Law in Support of Motion,, filed by M. Yaqub Mirza,, J Barzinji,, M. Omar Ashraf,, Muhammad Ashraf,, Taha Jaber Al−Alwani,, Grove Corporate, Inc.,, Heritage Educatio Mar−Jac Investments, Inc.,, Mena Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund Management Group, Inc.,, York Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, Sa Inc.,, Iqbal Unus (Yunus),, 843 Memorandum of Law in Support of Motion filed by Faisal Islamic Bank,, 982 Memor Law in Oppisition to Motion, filed by Sultan Bin Abdulaziz Al Saud,, Naif Bin Abdulaziz Al Saud,, 1238 Affidavit of S Complaints filed by Kathleen Ashton,, 949 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 15*

*Stipulation and Order,,, 1420 Response in Support of Motion, filed by Adnan Basha,, 743 RICO Statement filed by W Center Properties LLC, et al.,, 1221 RICO Statement filed by World Trade Center Properties LLC, et al.,, 54 MOTIC Dismiss. filed by Rabita Trust,, 1439 Memorandum of Law in Support of Motion,, filed by Al Baraka Investment and Development Corporation,, Saleh Abdullah Kamel,, Dallah Al Baraka Group LLC,, 1598 Response filed by Internati Islamic Relief Organization(IIRO),, 109 MOTION to Dismiss. filed by Sulaiman Al−Ali,, 383 Affidavit of Service Co filed by Federal Insurance Company et al., Plaintiffs,, 435 MOTION for Service by Publication. filed by All Plaintiffs Status Report filed by Saudi American Bank,, Al Baraka Investment and Development Corporation,, Saleh Abdullah Rajhi Bank,, Arab Bank,, 1212 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al., Brokers Inc., et al.,, 927 Declaration in Support of Motion,, filed by Schreiber & Zindel,, Frank Zindel,, Engelbert Sc Engelbert Schreiber, Jr, 1573 Affirmation in Opposition to Motion,,, filed by Continental Casualty Company,, New Y and General Insurance Company,, Kathleen Ashton,, Federal Insurance Company et al., Plaintiffs,, 844 MOTION to filed by Faisal Islamic Bank,, 846 MOTION to Dismiss. filed by Faisal Islamic Bank,, 567 Notice (Other) filed by Fe Insurance Company et al., Plaintiffs,, 20 Memo Endorsement,,, 839 MOTION to Dismiss. filed by Faisal Islamic Ban Declaration in Support of Motion filed by DMI Administrative Services S.A.,, 430 Notice (Other) filed by Federal Ins Company et al., Plaintiffs,, 29 Memo Endorsement,, 497 Memorandum of Law in Oppisition to Motion filed by Tarik 578 RICO Statement, filed by John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol Dorothy A. O'Neill,, 1060 Clerk Certificate of Mailing,,,,,,, 477 Memorandum of Law in Oppisition to Motion, filed b Plaintiffs,, 540 Endorsed Letter,,, 61 Memo Endorsement, 613 Stipulation and Order,,, 686 Memorandum of Law in to Motion,, filed by Kathleen Ashton,, 924 RICO Statement filed by World Trade Center Properties LLC, et al.,, 288 and Order of Dismissal,, 1477 Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice Notice (Other) filed by Cantor Fitzgerald & Co.,, John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Burnett & Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers 1167 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 977 Notice (Other), Notice (Other), Notice (Other), Noti filed by Burnett Plaintiffs,, 198 Notice of Appearance filed by Mohammed Bin Abdulrahman Al Ariefy,, Faisal Group Co.,, Alfaisaliah Group,, Abdullah Al Faisal Bin Abdulaziz AlSaud,, 1473 Memorandum of Law in Support of Motion DMI Administrative Services S.A.,, 1047 Affidavit in Opposition to Motion,,,,, filed by Plaintiffs Executive Committee RICO Statement filed by Euro Brokers Inc., et al.,, 317 Notice (Other), Notice (Other) filed by Yousef Jameel,, 955 M Dismiss Complaints. filed by Dubai Islamic Bank,, 1555 RICO Statement filed by Federal Insurance Company et al., 981 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, Memorandum of Law in Oppisition to Motion,, filed by Estate of John P.O'Neill, Sr.,, 1350 Notice (Other) filed by Es P.O'Neill, Sr.,, 150 Memorandum of Law in Oppisition to Motion filed by Burnett Plaintiffs,, 390 Waiver of Service E filed by Federal Insurance Company et al., Plaintiffs,, 647 RICO Statement filed by Federal Insurance Company et a Plaintiffs,, 1153 RICO Statement filed by Euro Brokers Inc., et al.,, 92 Reply Memorandum of Law in Support of Mot Al−Rajhi Banking & Investment Corp.,, 311 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, (Other) filed by Estate of John P.O'Neill, Sr.,, 1278 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center P LLC, et al.,, Euro Brokers Inc., et al.,, 1459 Certificate of Service Other,, filed by Wamy International, Inc.,, World A Muslim Youth,, 1196 Memorandum of Law in Support of Motion, filed by Adnan Basha,, 1145 Affidavit of Service Co filed by Estate of John P.O'Neill, Sr.,, 87 MOTION to Dismiss for Lack of Jurisdiction the Third Amended Complaint filed by Abdullah Omar Naseef,, 871 RICO Statement filed by Continental Casualty Company,, 528 Endorsed Letter,, Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 296 Memorandum of Law in Support of Motion filed by Saudi American Bank,, 1326 RICO Statement filed by Federal Ins Company et al., Plaintiffs,, 790 Stipulation and Order,, 1515 MOTION to Dismiss Complaints. filed by Saudi High C Salman Bin Abdulaziz Al Saud,, Naif Bin Abdulaziz Al Saud,, 1608 Notice of Appeal filed by Federal Insurance Comp Plaintiffs,, 913 Stipulation and Order of Dismissal,,, 810 Response in Opposition to Motion,,, filed by Estate of John Sr.,, 1424 Response in Support of Motion,, filed by Saudi Red Crescent,, 1456 MOTION to Dismiss Notice of Motion. World Assembly of Muslim Youth,, 56 MOTION to Dismiss., 1182 Affidavit in Support of Motion,, filed by Abdullah Al−Obaid,, 1490 RICO Statement filed by World Trade Center Properties LLC, et al.,, 601 Notice of Appearance file Bin Abdulaziz Al Saud,, 1269 Reply Affidavit in Support of Motion,, filed by Sheik Hamad Al−Husaini,, 443 MOTION Dismiss. filed by Abdurahman Alamoudi,, 1367 Notice (Other) filed by Burnett Plaintiffs,, 626 RICO Statement filed Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 893 Notice (Other) filed by Soliman H.S. Al−Buthe, Reply Memorandum of Law in Support of Motion,, filed by Saudi Red Crescent,, 1493 Declaration in Opposition to filed by Estate of John P.O'Neill, Sr.,, 373 Order on Motion to Appear Pro Hac Vice,, 1534 Answer to Amended Com by Muslim World League,, 151 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 1564 Memo Law in Oppisition,, filed by Federal Insurance Company et al., Plaintiffs,, 312 Response in Opposition to Motion, file Federal Insurance Company et al., Plaintiffs,, 945 RICO Statement filed by Euro Brokers Inc., et al.,, 1437 Declarati Support of Motion,,, filed by Asat Trust Reg.,, Martin Watcher,, Erwin Watcher,, Sercor Treuhand Anstalt,, 138 Notic filed by Burnett Plaintiffs,, 367 MOTION to Strike Portions of Federal Plaintiffs' Opposition Brief (Dkt. No. 315). file Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena Corporation,, Reston Investments, In Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc.,, York Foundation,, African Muslim Agency, International Institute of Islamic Thought,, Sana−Bell, Inc.,, 1445 Stipulation and Order,,,,,,,, 926 MOTION to Dismi of Jurisdiction. filed by Schreiber & Zindel,, Frank Zindel,, Engelbert Schreiber,, Engelbert Schreiber, Jr, 1076 RIC filed by Estate of John P.O'Neill, Sr.,, 16 Order, Set Deadlines,,,,,,,,,,,,,,,,,,, 336 Reply to Response to Motion filed by Ashraf,, Muhammad Ashraf,, Taha Jaber Al−Alwani,, Iqbal Unus (Yunus),, M. Yaqub Mirza,, 802 RICO Statement fi*

*Continental Casualty Company,, 688 Notice of Voluntary Dismissal − Signed,, 1604 Notice of Appeal, 968 Stipulatio Order,,,, 49 MOTION to Dismiss and Memorandum of Law in Support of Motion to Dismiss and to Quash Service of His Royal Highness Prince Turki Al−Faisal bin Abdulaziz Al−Saud. filed by Turki Al Faisal Al Saud,, 1360 Notice (( by Estate of John P.O'Neill, Sr.,, 1201 MOTION to Dismiss. filed by Mohammed Ali Sayed Mushayt,, 413 Rule 7.1 D Statement filed by National Commercial Bank,, 1511 MOTION for Entry of Judgment under Rule 54(b) Notice of Mo HRH Prince Mohamed Al Faisal Al Saud for Entry of Judgment Pursuant to Federal Rule of Civil Procedure 54(b). f Mohammed Al Faisal Al Saud,, 1397 MOTION to Dismiss. filed by Daral Maal Al Islami Trust,, 697 RICO Statemen Euro Brokers Inc., et al.,, 1113 Reply Memorandum of Law in Support of Motion,, filed by Soliman H.S. Al−Buthe,, 7 Admitting Attorney Pro Hac Vice,, 506 Affidavit in Opposition to Motion, filed by Burnett Plaintiffs,, 1190 Memorand in Support of Motion,, filed by Sheik Hamad Al−Husaini,, 37 Declaration in Support of Motion filed by Sami Omar Al−Hussayen,, 33 Memo Endorsement,, 119 Notice of Appearance filed by Sulaiman Al−Ali,, Abdullah M. Al−Mahd Al−Moslah,, Al Haramain Foundation,, Mohammed Jamal Khalifa,, Adel Abdul Batterjee,, Aqeel Al−Aqeel,, Saleh C Badahdah,, 284 MOTION to Quash Subpoena Served on Citibank FSB and for a Protective Order. filed by Yassin Al Kadi,, 851 Memorandum of Law in Support of Motion filed by Faisal Islamic Bank,, 774 RICO Statement filed by Fe Insurance Company et al., Plaintiffs,, 1340 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 118 Notice of Appea by Islamic Assembly of North America,, 1514 Memorandum of Law in Support of Motion,,, filed by Sultan Bin Abdul Saud,, Naif Bin Abdulaziz Al Saud,, Prince Turki Al Faisal Al Saud,, The Kingdom of Saudi Arabia,, Salman Bin Abd Saud,, 1218 RICO Statement filed by Euro Brokers Inc., et al.,, 73 Order Admitting Attorney Pro Hac Vice,, 1541 MO Dismiss. filed by Jamal Barzini,, 1031 Declaration in Opposition to Motion,,,, filed by Plaintiffs PI Executive Commi MOTION to Dismiss of the Defendant The National Commercial Bank. filed by National Commercial Bank,, 467 Stip Order,, 1463 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, Susan Brady,, Joseph Donovan,, Carmen Garcia,, Hector Garcia,, John Does,, Maryland Casualty Company,, Pacifi Company,, Port Authority of New York & New Jersey,, Dennis Quinn,, Kevin Quinn,, William D Robbins,, Vigilant In Company,, Federal Insurance Company,, Valley Forge Insurance Company,, All Plaintiffs,, Allstate Insurance Comp Northern Insurance Company,, National Fire Insurance Company of Hartford,, Continental Casualty Company,, Pat Coughlin,, Kevin Rogers,, Fidelity And Deposit Company of Maryland,, Transcontinental Insurance Company,, Tran Insurance Company,, Andrew Quinn,, North River Insurance Company,, Northern Insurance Company of New York,, Sweeney,, Shirley Henderson,, Michael Puckett,, Mark Barbieri,, Seneca Insurance Company, Inc.,, Cantor Fitzgeral Zurich American Insurance Company,, James Boyle,, American Zurich Insurance Company,, Diane Miller,, William American Guarantee and Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Melvin C. Lewis,, Wil Nelson,, David M. Bernstein,, Pedro Saleme,, Chubb Insurance Company of Canada,, Chubb Insurance Company of Jersey,, Edward Walsh,, United States Fire Insurance Company,, Steadfast Insurance Company,, William Martin,, Co Insurance Company,, Benjamin Arroyo,, Thomas Fletcher,, John Martin,, Assurance Company of America,, Glens Fa Insurance Company,, American Alternative Insurance Corporation,, Brian Barry,, Dawn Brown,, American Casualty of Reading, Pennsylvania,, One Beacon Insurance Company,, Commercial Insurance Company of Newark, N.J.,, Chu Insurance Company,, Deena Burnett,, Kathleen Ashton,, Josephine Alger,, Angelica Allen,, George Andrucki,, Mary A Winifred Aranyos,, Margaret Arce,, Margit Arias,, Evelyn Aron,, Nancy Badagliacca,, Christina Baksh,, Joanne Bart Daniel F. Barkow,, Nina Barnes,, Jeannine P. Baron,, Jane Bartels,, Kimberly Kaipaka Beaven,, Michelle Bedigan,, Berger,, Madeline Bergin,, Miriam M. Biegeleisen,, Christine Bini,, Neil B. Blass,, Kris A. Blood,, Dorothy Ann Bogo Teresa Boisseau,, Kathleen Box,, David Brace,, Curtis Fred Brewer,, Hillary A. Briley,, Ursula Broghammer,, JoAnn Bruehert,, Juan B. Bruno,, Susan E. Buhse,, Elizabeth R. Burns,, James C. Cahill,, James W. Cahill,, Kathleen Cahill Calderon,, Janet Calia,, Jacqueline Cannizzaro,, Cathy A. Carilli,, Toni Ann Carroll,, Judith Casoria,, Tracy Ann Ta Catalano,, Santa Catarelli,, Gina Cayne,, Suk Tan Chin,, Catherine T. Regenhard,, Edward P. Ciafardini,, Lisa DiLa Yuko Clark,, Maryann Colin,, Julia Collins,, Patricia Coppo,, Edith Cruz,, Ildefonso A. Cua,, Linda Curia,, David Ed Cushing,, Louisa D'Antonio,, Beril Sofia DeFeo,, Vincent J. Della Bella,, Todd DeVito,, Milagros Diaz,, Dhanmatee Maria DiPilato,, Stacey Fran Dolan,, Rosalie Downey,, Jay Charles Dunne,, Stanley Eckna,, Denise Esposito,, Denn Maryanne Farrell,, Clifford Tempesta,, Dorothy Tempesta,, Melissa Van Ness Fatha,, Steven Feidelberg,, Wendy Fe Charlene Fiore,, Brian Flannery,, Robert T. Folger,, Kurt Foster,, Claudia Flyzik,, Nancy Walsh,, Carol Francolini,, Friedlander,, Lisa Friedman,, Anne Gabriel,, Walter Tremsky,, Eileen F. Colligan,, Paul Quinn,, Monica M. Gabriel Kathleen Ganci,, Elizabeth Gardner,, Diane Genco,, Philip Germain,, Carol Gies,, John J. Gill,, Serina Gillis,, Ange Meg Bloom Glasser,, Sharon Cobb−Glenn,, Jodie Goldberg,, Mia Gonzalez,, Deborah Grazioso,, Claudette Greene,, Greenleaf,, Joanne Gross,, Mary Haag,, Gordon G. Haberman,, Patricia Han,, Renne Bacotti Hannafin,, Dorothy G Benhardt R. Wainio,, Perry S. Oretzky,, Basmattie Bishundat,, Rachel R. Harrell,, Sheila Gail Harris,, Jennifer L. Ha Hayes,, Virginia Hayes,, Theresa Healey,, Hashim A. Henderson,, Karen Hinds,, Dennis L. Hobbs,, Dixie M. Hobbs,, Hohlweck,, Kathleen Holland,, Rubina Cox−Holloway,, Joann T. Howard,, Bridget Hunter,, Kathryn J. Hussa,, Yese Frederick Irby,, Jennifer Ruth Jacobs,, Kazmierz Jakubiak,, Leila M. Joseph,, Woodly Joseph,, Paul Kaufman,, Eliza Keller,, Patricia Kellett,, Emmet P. Kelly,, Rosemary Kempton,, Donald Francis Kennedy,, Richard I. Klein,, Fran Lo Edlene C. LaFrance,, Collette M. LaFuente,, Morris D. Lamonsoff,, Andrea N. LeBlanc,, Donald Leistman,, Elaine L Roberta J. Levine,, Kathleen Keeler Lozier,, Anne MacFarlane,, Lisanne MacKenzie,, Andrea Maffeo,, Pamela Ann M Natalie Makshanov,, Rebecca L. Marchand,, Lori Mascali,, Dorothy Mauro,, Meryl Mayo,, Margaret Donoghue McC Iliana McGinnis,, Cynthia F. McGinty,, Theresa McGovern,, Patricia H. McDowell,, Joann Meehan,, Fryderyk Milew Milewski,, Amber Miller,, Jamie Miller,, Faith Miller,, Barbara Minervino,, Joanne Modafferi,, Anna Mojica,, Sarad Moorthy,, Elizabeth Ann Moss,, Emily Motroni,, Lauren Murphy,, Elvira P. Murphy,, Richard B. Naiman,, Edward N Dana Noonan,, William B. Novotny,, James Wallace O'Grady,, Sheryl J. Oliver,, Lisa Palazzo,, Donna Paolillo,, Hel*

*Passaro,, Mary Gola Perez,, Linda Pickford,, Nancy Picone,, Jean Oslyn Powell,, Karen Princiotta,, Dominic J. Puo Patricia Quigley,, Francine Raggio,, Deborah Francke,, Maryann Rand,, Sadiq Rasool,, Susan Rasweiler,, Albert T. Regenhard,, Elizabeth Rego,, Martin Rosenbaum,, Glenna M. Rosenburg,, Jill Rosenblum,, Lauren Rosenzweig,, Cla Ruggiere,, Gilbert Ruiz, Jr., Andrea Russin,, Diane Ryan,, Delphine Saada,, Barbara Scaramuzzino,, Phyllis Schreie Shulman,, Eileen Simon,, Dhanraj Singh,, Mark J. Siskopoulos,, Donna Smith,, Barbara Sohan,, Robert Spadafora,, Spampinato,, Theresa A. Stack,, Eileen Tallon,, Patricia Tarasiewicz,, Evelyn Tepedino,, Raj Thackurdeen,, Sat Thac Rosanna Thompson,, Andrija Tomasevic,, Radmila Tomasevic,, Kimberly Trimingham−Aiken,, Marie Twomey,, Vict Feliciana Umanzor,, Virginia Lorene Rossiter Valvo,, Jasmine Victoria,, Richard Villa,, Lucy Virgilio,, Diane Wall,, Walsh,, Amy Weaver,, Delia Welty,, Kristin Galusha−Wild,, Patricia Wiswall,, Anne M. Wodensheck,, Cella Woo−Y Siew−Som Yeow,, Erica Zucker,, Nancy Lynn Zuckerman,, Aldo Addissi,, Edward Arancio,, Kathleen M. Arancio,, L Ardizzone,, Barbara Ardizzone,, Thomas Baez,, Joseph Beltrani,, Andrew Braun,, James Cizikie,, Thomas Conroy, J Craig,, Bradley Daly,, Robert D'Elia,, Thomas Donnelly,, Charles Downey,, Joseph R. Downey,, Timothy L. Frolich,, Frolich,, Steven M. Gillespie,, Joseph Hands,, John Hassett,, James D. Hodges,, Netta Issacof,, John F. Jermyn,, Arn Lederman,, Phyllis Lederman,, Michael J. Lindy,, Sandy Amrita Mahabir,, Kevin McArdle,, James McGetrick,, Owe McGovern,, Kevin G. Murphy,, Janice O'Dell,, Timothy Parker,, Howard Rice,, Louis Schaefer,, Scott Schrimpe,, Sc George Luis Torres,, Robert V. Trivingo,, Russell Vomero,, Philip J. Zeiss,, Virginia Bauer,, Linda E. Thorpe,, Glad Harry Ong, Jr., William O'Connor,, Jennifer E. Brady,, Andy Dinoo,, Jeanne M. Evans,, Vice Rose Arestegui,, Lori F Traci Bosco,, Mathilda Geidel,, Regan Grice−Vega,, Elinore Hartz,, Veronica Klares,, Jerline Lewis,, Michael Delo Bettyann Martineau,, Virginia McKeon,, Olga Merino,, Warren Monroe,, Amy Farnum,, Kevin Mount,, Armine Gior Charles Schmidt,, Colleen Holohan,, Roberta Kellerman,, Laurie S. Lauterbach,, Ingrid M. Lenihan,, Jeffrey Lovit,, Noeth,, Janlyn Scauso,, Nancy Shea,, Holli Silver,, Robin Theurkauf,, Joseph A. Tiesi,, Anthony Vincelli,, Lena Whitt Madeleine A. Zuccala,, Andrezej Cieslik,, Domenick Damiano,, Warren Hayes,, Evelyn Rodriguez,, Armando Bardal V. Abdool,, Josephine Acquaviva,, Kara Hadfield,, Jean Adams,, Jessica Murrow−Adams,, Stephen Alderman,, Eliza Alderman,, Karium Ali,, Michael J. Allen,, Leonor Alvarez,, Jocelyne Ambroise,, Thomas Arias,, Cynthia Arnold,, Ph Azenabor,, John P. Baeszler,, Kim Barbaro,, Thomas J. Meehan, III, Daryl Joseph Meehan,, Edmund Barry,, Gila B Bililovsky,, Suzanne J. Berger,, Robert J. Bernstein,, Joanne F. Betterly,, John Bonomo,, Krystyna Boryczewski,, Mic Boryczewski,, Julia Boryczewski,, Desiree A. Gerasimovich,, Kathleen M. Buckley,, Javier Burgos,, Chubb Indemnit Company,, Prakash Bhatt,, William Doyle, Sr., Camille Doyle,, Maureen Kelly,, Chiemi York,, Robert Keane,, One B America Insurance Company,, Houssain Lazaar,, Co−Conspirators,, Jennifer Tarantino,, H. Michael Keden,, Nancy Foster,, Beverly Burnett,, Mary Margaret Jurgens,, Martha Burnett O'Brien,, William Doyle,, Doreen Lutter,, Christ Huhn,, Lynn B. Pescherine,, Boston Old Colony Insurance Company,, Paul R. Martin,, Rachel W. Goodrich,, Ernest Gregory Stevens,, Sharlene M. Beckwith,, James A. Reed,, Benito Colon,, Victoria Higley,, Marion Knox,, Laura J. L Philip Lee,, Mei Jy Lee,, John Lewis,, Joviana Mercado,, Linda Pascuma,, Sean Passananti,, Helen Pfeifer,, Daniel Theresa Regan,, Armand Reo,, Alexander Santoro,, Maureen Santoro,, Narasimha Sattaluri,, Wen Shi,, Cynthia Tum Yu Zheng,, David Ziminski,, Robert Bermingham,, Mark Bernheimer,, Donald DiDomenico,, Michael Endrizzi,, Mar Goldwasser,, Ron Harding,, Jeremiah Harney,, Peter Ioveno,, Jurgiel Kazimierz,, Raymond Lachhman,, George Lan Leigh,, Vincent LeVien,, Jeff Lever,, Jerzy Mrozek,, Carmen Romero,, Christine Sakoutis,, Kemraj Singh,, Gary Wen Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' In Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Company,, The Princeton Excess & Surplus Lines Insurance Company,, Jane Alderman,, Stephen Jezycki,, Catherine Michael Jezycki,, Jennifer D'Auria,, Richard D. Allen,, Luke C. Allen,, Judith M. Aiken,, Lauren Arias Lucchini,, Lor Beliveau,, Tara Bane,, Anna M. Granville,, Nicholas Barbaro,, Carol Barbaro,, Kevin W. Barry,, Maureen Barry,, E Tisnovskiy,, Leonid Tisnovskiy,, Rostyslav Tisnovskiy,, Frances Berdan,, John Benedetto,, Rina Rabinowitz,, Maria G Ondina Bennett,, Murray Bernstein,, Norma Bernstein,, Irene Bilcher,, Lillian Bini,, Rosemarie Corvino,, Bhola P. B Miles Bilcher,, Sonia Bonomo,, Sharon Booker,, Rose Booker,, Michael Boryczewski,, John C. Buckley,, Jane M. Smi Fiona Havlish,, Thomas Burnett,, National Ben Franklin Insurance Company of Illinois,, Alexander Paul Aranyos,, M Girdano,, Russa Steiner,, Clara Chirchirillo,, Ellen L. Saracini,, TheresaAnn Lostrangio,, Thomas E. Burnett, Sr., Ju William Coale,, Patricia J. Perry,, Matthew T. Sellitto,, Ralph Maerz, Jr., Linda Panik,, Martin Panik,, Martina Lyne Panik,, Stephen L. Cartledge,, Tina Grazioso,, Jin Liu,, Lynn Allen,, Helene Parisi−Gnazzo,, Ann R. Haynes,, John F O'Neill, Jr., Theresa King,, Judi A. Ross,, Fiona Havlish,, Grace M. Parkinson−Godshalk,,, Loisanne Diehl,, Alfred James Alario,,, Andrew Aris,, Donald Aris,, Madelyn Conroy Allen,, George Bonomo,, Estate of John P.O'Neill, Sr.,, Plaintiffs,, Frederick Alger,, Hiscox Dedicated Corporate Member, Ltd.,, Michael J. Novotny,, Christine Irene O'Nei O'Neill,, Dorothy A. O'Neill,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Continental Insurance Compa Jersey,, Fidelity and Casualty Company of New York,, Joann Meehan,, Burnett & Ashton Plaintiffs,, Barrera Plainti Plaintiffs,, Salvo Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, Saad Bin Laden,, World Trade Center Pro LLC, et al.,, Euro Brokers Inc., et al.,, Plaintiffs PI Executive Committee,, Plaintiffs Executive Committees,, Havlish 925 RICO Statement filed by Euro Brokers Inc., et al.,, 1408 Stipulation and Order, Set Deadlines/Hearings,,,,, 1587 Declaration in Support of Motion filed by Taha Jaber Al−Alwani,, 1184 Memorandum of Law in Support of Motion,, Abdullah Muhsen Al Turki,, 1614 MOTION to Dismiss. filed by Al Shamal Islamic Bank,, 1364 Notice (Other) filed b John P.O'Neill, Sr.,, 636 Endorsed Letter,,,,,, 230 Order on Motion to Dismiss,, 1510 Stipulation and Order,,,, 597 R Statement filed by Estate of John P.O'Neill, Sr.,, 1309 Reply Memorandum of Law in Support of Motion,, filed by Sha Abdulraoof Batterjee,, 633 MOTION to Dismiss Voluntarily Dismiss Certain Defendants. filed by Salvo Plaintiffs,, 1 Statement filed by Federal Insurance Company et al., Plaintiffs,, 1240 Memorandum of Law in Support filed by DMI Administrative Services S.A.,, 1072 Endorsed Letter,, 4 MDL Transfer In,, 1452 Memorandum of Law in Support of M*

*filed by Yeslam M. Bin Laden,, 1384 MOTION for David P. Donovan to Withdraw as Attorney. filed by Mohammed A Saud,, 481 Notice of Appearance filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 892 Dismiss. filed by Soliman H.S. Al−Buthe,, 1492 Declaration in Opposition to Motion,, filed by Estate of John P.O'Ne Reply Memorandum of Law in Support of Motion,, filed by Federal Insurance Company et al., Plaintiffs,, 568 Notice filed by Federal Insurance Company et al., Plaintiffs,, 1048 Declaration in Opposition to Motion,,,, filed by Plaintiffs Committees,, 41 MOTION to Dismiss Memorandum of Law in Support of Motion to Dismiss The Fourth Amended Co Master Complaint in Ashton et al. v. Al Qaeda Islamic, et al.. filed by Mohammed Al Faisal Al Saud,, 216 Notice (Ot Burnett Plaintiffs,, 730 Memorandum of Law in Support of Motion filed by Sami Omar Al−Hussayen,, 10 MOTION ( SERVICE DATE) for Thomas P. Steindler to Appear Pro Hac Vice. filed by Yassin Abdullah Al Kadi,, Yousef Jameel Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Executive Committees,, 1229 Affidavit in Support,, f Federal Insurance Company et al., Plaintiffs,, 1019 Memorandum of Law in Support of Motion, filed by Khaled Bin S Mahfouz,, 94 MOTION to Dismiss (Notice of Motion). filed by DMI Administrative Services S.A.,, 930 Declaration in Motion,, filed by Schreiber & Zindel,, Frank Zindel,, Engelbert Schreiber,, Engelbert Schreiber, Jr, 998 Stipulation a 354 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 475 Affirmation in Opposition to Motion, Burnett Plaintiffs,, 1186 MOTION to Dismiss. filed by Safar Al−Hawali,, 141 Memorandum of Law in Support of Mo by Salman Bin Abdulaziz Al Saud,, 161 MOTION to Dismiss First Amended Complaint of Federal Insurance. filed by Bank,, 965 Stipulation and Order,, 17 Order on Motion to Appear Pro Hac Vice,, 553 Reply Memorandum of Law in Motion,, filed by National Commercial Bank,, 728 Memorandum of Law in Support of Motion filed by Sami Omar Al−Hussayen,, 1489 RICO Statement filed by Euro Brokers Inc., et al.,, 1220 RICO Statement filed by World Trade C Properties LLC, et al.,, 322 Stipulation and Order,,, 406 Reply Memorandum of Law in Support of Motion, filed by B Plaintiffs,, 471 Memorandum of Law in Oppisition to Motion,, filed by Federal Insurance Company et al., Plaintiffs,, Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 895 Reply Memorandum of Law in Support Motion,,, filed by Perouz Seda Ghaty,, Al Haramain Islamic Foundation, Inc.,, 97 MOTION to Dismiss for Lack of Ju the Third Amended Complaint (Burnett). filed by Mohammed Ali Sayed Mushayt,, 1050 Memorandum of Law in Opp Motion filed by New York Marine and General Insurance Company,, 1177 MOTION to Dismiss. filed by Saleh Al−H 432 Notice (Other) filed by Burnett Plaintiffs,, 932 Stipulation and Order,,,,, 940 Notice of Appearance filed by Mart Erwin Watcher,, 764 Clerk Certificate of Mailing,,,, 1130 Clerk Certificate of Mailing,, 657 MOTION to Dismiss the Consolidated Property Damage and Insurance Complaints (Continental Casualty, Euro Brokers, Federal Insurance, Marine, and World Trade Center Properties). filed by Perouz Seda Ghaty,, 796 Acknowledgment of Service Complai Federal Insurance Company et al., Plaintiffs,, 3 MDL Transfer In,, 515 Memorandum of Law in Oppisition to Motion Federal Insurance Company et al., Plaintiffs,, 815 RICO Statement, filed by Federal Insurance Company et al., Plain Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, 144 Endorsed Letter,,, 175 Re Memorandum of Law in Support of Motion, filed by Sultan Bin Abdulaziz Al Saud,, 1286 Notice (Other), Notice (Oth Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1547 Case Management Pl Affidavit in Opposition to Motion filed by Kathleen Ashton,, 1079 RICO Statement filed by Estate of John P.O'Neill, S Memo Endorsement,,,,, 988 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1226 Notice (Other), Notice (Othe Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 538 Stipulation and Order of Dismissal,,, 1349 (Other) filed by Estate of John P.O'Neill, Sr.,, 557 Declaration in Support of Motion,, filed by Yassin Abdullah Kadi,, Affirmation in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 602 Notice (Other), Notic filed by Burnett Plaintiffs,, 531 Reply Memorandum of Law in Support of Motion filed by Sami Omar Al−Hussayen,, Memorandum of Law in Support of Motion, filed by The Kingdom of Saudi Arabia,, 641 Endorsed Letter,,,, 476 Mem Law in Oppisition to Motion,, filed by Federal Insurance Company et al., Plaintiffs,, 713 Clerk Certificate of Mailing Received,,,,,,,,,, 983 Amended Complaint,, filed by John Patrick O'Neill, Jr., Christine Irene O'Neill,, Carol O'Neill,, O'Neill,, 667 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1004 Stipulation and Order,,, 275 Memorandum Oppisition to Motion filed by Burnett Plaintiffs,, 340 Declaration in Support of Motion filed by Sami Omar Al−Husse MOTION to Strike Portions of Federal Plaintiffs' Opposition Briefs (Dkt. Nos. 290, 291). filed by M. Yaqub Mirza,, I Yunus,, Jamal Barzinji,, M. Omar Ashraf,, Muhammad Ashraf,, Taha Jaber Al−Alwani,, 421 Reply Memorandum of Support of Motion filed by Saudi High Commission,, 1391 Order on Motion to Dismiss,, 847 Memorandum of Law in Motion filed by Faisal Islamic Bank,, 525 Stipulation and Order,, 107 MOTION to Dismiss. filed by Abdul Al−Mosla Memo Endorsement,, 1457 Declaration in Support of Motion,, filed by Wamy International, Inc.,, World Assembly of Youth,, 359 MOTION to Dismiss for Lack of Jurisdiction Lack of Personal Jurisdiction. filed by Wael Jalaidan,, 1518 Declaration in Opposition to Motion,, filed by Estate of John P.O'Neill, Sr.,, 1081 RICO Statement filed by Estate of P.O'Neill, Sr.,, 806 Stipulation and Order,, 1143 Endorsed Letter,,,,, 1599 Response filed by Wa'el Jalaidan,, 1426 N (Other), Notice (Other) filed by Ahmed Totonji,, Mohammed Jaghlit,, Grove Corporate, Inc.,, Heritage Education Tr Mar−Jac Investments, Inc.,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Managem Inc.,, York Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, Mena Investments,, 63 Endorsement,, 490 Memorandum of Law in Support of Motion filed by Islamic Investment Company of the Gulf (Shar Reply Memorandum of Law in Support of Motion,,, filed by Estate of John P.O'Neill, Sr.,, 416 MOTION to Dismiss N Motion to Dismiss. filed by National Commercial Bank,, 1344 Notice (Other), Notice (Other) filed by Estate of John Sr.,, 685 Stipulation and Order,, 1476 Order,, 972 Memorandum of Law in Oppisition to Motion,, filed by Al Rajhi B MOTION to Dismiss for Lack of Jurisdiction the Third Amended Complaint (Burnett). filed by Saleh Al−Hussayen,, Statement filed by Federal Insurance Company et al., Plaintiffs,, 1262 MOTION to Dismiss the Federal Insurance ac by DMI Administrative Services S.A.,, 263 MOTION for Leave to File Motion for Leave to File Reply Out of Time De Reply Briefs. filed by Sulaiman Al−Ali,, Al Haramain Foundation,, Mohammed Jamal Khalifa,, Adel Abdul Batterjee*

*Al−Aqeel,, Islamic Assembly of North America,, 552 Stipulation and Order of Dismissal,, 645 Stipulation and Order, Stipulation and Order,,, 539 Stipulation and Order,, 829 Stipulation and Order,,, 946 Order,, 1213 MOTION to Dism Cantor Fitzgerald action. filed by DMI Administrative Services S.A.,, 1163 Notice of Appearance filed by Banca Del 582 RICO Statement, filed by John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol Dorothy A. O'Neill,, 610 Stipulation and Order,,, 923 RICO Statement filed by World Trade Center Properties LLC, RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 1279 Notice (Other) filed by Burnett Plaintiff Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 66 Notice of Voluntary Dismissal − Signed,,, 693 End Letter,, 914 Stipulation and Order,,, 470 Order Admitting Attorney Pro Hac Vice,,, 1362 Notice (Other) filed by Esta P.O'Neill, Sr.,, 903 Memorandum of Law in Support of Motion filed by Mar−Jac Poultry, Inc.,, 1363 Notice (Other) Estate of John P.O'Neill, Sr.,, 241 MOTION for Roy T. Englert, Jr. to Appear Pro Hac Vice. filed by Saudi High Con 1061 Reply Memorandum of Law in Support of Motion,, filed by Faisal Islamic Bank,, 69 Endorsed Letter,, 1199 Me of Law in Support of Motion,, filed by Shahir Abdulraoof Batterjee,, 1144 Endorsed Letter,,,, 1572 Memorandum of Oppisition to Motion,,, filed by Continental Casualty Company,, New York Marine and General Insurance Company, Ashton,, Federal Insurance Company et al., Plaintiffs,, 1245 Memorandum of Law in Oppisition to Motion,, filed by Executive Committees,, 652 Notice of Voluntary Dismissal − Signed,, 826 Order on Motion to Appear Pro Hac Vice, Response in Support of Motion,, filed by Mohammed Ali Sayed Mushayt,, Mushayt for Trading Company,, 837 MOT Dismiss. filed by Faisal Islamic Bank,, 922 Notice (Other) filed by Euro Brokers Inc., et al.,, 1005 Memorandum of L Oppisition to Motion,,, filed by Federal Insurance Company,, Continental Casualty Company,, Cantor Fitzgerald & York Marine and General Insurance Company,, Kathleen Ashton,, John Patrick O'Neill, Jr., Burnett Plaintiffs,, Worl Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, Clerk Certificate of Mailing Received,, 867 MOTION to Dis Abdullah Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Abdullah Al Rajhi. MOTION to Dismiss Abdullah A MOTION to Dismiss for Lack of Jurisdiction Abdullah Al Rajhi. MOTION to Dismiss Abdullah Al Rajhi. MOTION to for Lack of Jurisdiction Abdullah Al Rajhi. filed by Abdullah Salaiman Al−Rajhi,, 59 Rule 7.1 Disclosure Statement Rajhi Banking and Investment,, 452 Order,,, 1064 Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs E Committees,, 153 Memorandum of Law in Oppisition to Motion filed by Burnett Plaintiffs,, 233 Memorandum of Law Oppisition to Motion filed by Kathleen Ashton,, 1134 Clerk Certificate of Mailing,, 84 MOTION to Dismiss for Lack Jurisdiction the Third Amended Complaint (Burnett). filed by Sheik Salman Al−Oawdah,, 1346 Notice (Other) filed b John P.O'Neill, Sr.,, 482 Notice of Appearance filed by John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Chris O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 1114 Response in Opposition to Motion,, filed by Estate of John P.O'Ne Endorsed Letter,, 1195 MOTION to Dismiss. filed by Adnan Basha,, 804 Memorandum of Law in Support of Motion, Mohammed Hussein Al Amoudi,, 1442 Endorsed Letter,, 1154 RICO Statement filed by World Trade Center Properti al.,, 412 Endorsed Letter,,,, 190 Memorandum & Opinion,, 295 MOTION to Dismiss or in the Alternative for a More Statement. filed by Yassin Abdullah Al Kadi,, 1571 Memorandum of Law in Oppisition to Motion,, filed by Continent Company,, New York Marine and General Insurance Company,, Burnett & Ashton Plaintiffs,, World Trade Center P LLC, et al.,, Euro Brokers Inc., et al.,, 681 Stipulation and Order,, 1267 Reply Memorandum of Law in Support of M by Khaled Bin Salim Bin Mahfouz,, 676 Notice (Other), Notice (Other) filed by Federal Insurance Company et al., P 1069 Stipulation and Order,,, 387 Affidavit of Service Complaints filed by Federal Insurance Company et al., Plainti Notice (Other) filed by Burnett Plaintiffs,, 1054 Reply Memorandum of Law in Support of Motion,,, filed by Suleiman Al Rajhi,, Sulaiman Bin Abdul Aziz Al Rajhi,, Suleiman Abdel Aziz Al Rajhi,, 970 RICO Statement filed by World Tra Properties LLC, et al.,, 24 Endorsed Letter,, 355 RICO Statement filed by Federal Insurance Company et al., Plainti MOTION to Dismiss. filed by Sami Omar Al−Hussayen,, 740 Stipulation and Order,, 1589 SUPPLEMENTAL MOTI Dismiss Pursuant to CMO No. 4. filed by Abdullah Bin Saleh Al Obaid,, Shahir Abdulraoof Batterjee,, Abdul Rahma Swailem,, Abdullah Omar Naseef,, Mohammed Ali Sayed Mushayt,, Talal Mohammed Badkook,, Adnan Basha,, Saud Crescent,, Salman Al−Ouda,, Safar Al−Hawali,, Saleh Al−Hussayen,, Abdullah Muhsen Al Turki,, Mushayt for Trad Company,, Sheik Hamad Al−Husaini,, 620 Amended Complaint,,,,,,,, filed by John Patrick O'Neill, Jr., Estate of John Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 857 RICO Statement filed by New York Marine and Insurance Company,, 1618 Notice of Appeal,, 310 RICO Statement filed by Federal Insurance Company et al., Plain Notice (Other) filed by Burnett Plaintiffs,, 1096 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 13 MOTION SERVICE DATE) to Dismiss. filed by Yeslam Binladin,, 969 RICO Statement filed by Federal Insurance Company et Plaintiffs,, 448 Affidavit in Opposition to Motion, filed by Burnett Plaintiffs,, 1045 Stipulation and Order,,, 48 MOTI Dismiss Memorandum in Support of Motion to Dismiss Certain Consolidated Complaints. filed by Sultan Bin Abdula Saud,, 68 Memo Endorsement,, 588 Declaration in Support of Motion,, filed by Yousef Jameel,, 663 RICO Statement Estate of John P.O'Neill, Sr.,, 1252 Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Executive Comm 1328 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1523 Reply Memorandum of Law in Support of Motion,,,, Yaqub Mirza,, Saar Foundation,, Ahmed Totonji,, Hisham Al−Talib,, Iqbal Yunus,, Jamal Barzinji,, M. Omar Ashraf, Mohammed Jaghlit,, Muhammad Ashraf,, Taha Jaber Al−Alwani,, Grove Corporate, Inc.,, Heritage Education Trust Investments, Inc.,, Mena Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc.,, York Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, 62 Stipulation and Order of Dismissal,, 307 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 890 Memorandum of Law in Support of Motion, filed by Al Haramain Islamic Foundation, Inc.,, 179 Endorsed Letter,, 81 to Dismiss for Lack of Jurisdiction the Third Amended Complaint (Burnett). filed by Safar Al−Hawali,, 1172 RICO S filed by New York Marine and General Insurance Company,, 1455 Declaration in Support of Motion,, filed by Youse 22 Notice of Voluntary Dismissal − Signed,, 466 Endorsed Letter,, 173 Reply Memorandum of Law in Support of Mo Abdul Rahman Bin Kahlid Bin Mahfouz,, 392 Waiver of Service Executed filed by Federal Insurance Company et al.,*

*1582 Notice (Other), Notice (Other) filed by Federal Insurance Company et al., Plaintiffs,, 1158 RICO Statement file of John P.O'Neill, Sr.,, 166 MOTION for Extension of Time to File Response/Reply. filed by Rabita Trust,, Saleh Abd Kamel,, Wa'el Hamza Jalaidan,, Al Baraka Investment & Development Corp.,, International Islamic Relief Organiza 244 Endorsed Letter,,, 1022 Order,,, 254 Reply Memorandum of Law in Support of Motion, filed by DMI Administrat Services S.A.,, 1260 Affirmation in Opposition to Motion,,,, filed by Federal Insurance Company et al., Plaintiffs,, 43 Affirmation in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 130 Response to Motion, Pacific Indemnity Company,, Vigilant Insurance Company,, Federal Insurance Company,, 840 Memorandum of Law of Motion filed by Faisal Islamic Bank,, 261 Order on Motion to Withdraw as Attorney,,, 964 Endorsed Letter,, 586 F Statement, filed by John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol O'Neill,, D O'Neill,, 281 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 642 Order Admitting Attorney Vice,, 820 Notice (Other) filed by Federal Insurance Company et al., Plaintiffs,, 371 Reply Memorandum of Law in S Motion filed by Mohammed Al Faisal Al Saud,, 1091 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1472 Me of Law in Support of Motion, filed by DMI Administrative Services S.A.,, Daral Maal Al Islami Trust,, 912 Stipulation Order,,,, 910 Endorsed Letter, Set Motion and R&R Deadlines/Hearings,,,,, 1049 Status Report filed by All Plaintiffs, RICO Statement filed by Estate of John P.O'Neill, Sr.,, 134 Waiver of Service Executed,,,,,, filed by Maryland Casual Company,, Pacific Indemnity Company,, Vigilant Insurance Company,, Federal Insurance Company,, Allstate Insura Company,, Great Northern Insurance Company,, Fidelity And Deposit Company of Maryland,, North River Insuranc Company,, Northern Insurance Company of New York,, Seneca Insurance Company, Inc.,, Zurich American Insuranc Company,, American Zurich Insurance Company,, American Guarantee and Liability Insurance Company,, Great La Reinsurance (UK) PLC,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, United Insurance Company,, Continental Insurance Company,, Assurance Company of America,, Glens Falls Insurance Cor American Alternative Insurance Corporation,, One Beacon Insurance Company,, Commercial Insurance Company o N.J.,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, One Beacon America Insurance C Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' In Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Company,, The Princeton Excess & Surplus Lines Insurance Company,, Hiscox Dedicated Corporate Member, Ltd.,, Underwriting, Ltd.,, CNA Casualty of California,, Continental Insurance Company of New Jersey,, Fidelity and Casu Company of New York,, 918 Stipulation and Order,,, 1268 Reply Memorandum of Law in Support of Motion,, filed by Hamad Al−Husaini,, 877 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 159 Order Admitting Attorney Pro H 458 Memorandum of Law in Oppisition to Motion,, filed by Federal Insurance Company et al., Plaintiffs,, 243 Endor Letter,,,, 1352 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 765 Waiver of Service Executed filed by Estate o P.O'Neill, Sr.,, 733 Memorandum of Law in Support of Motion filed by Sami Omar Al−Hussayen,, 937 RICO Stateme Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 1302 MOTION to Dismiss the Continental Cas Federal Insurance actions. filed by Abdul Aziz Al−Ibrahim,, 1602 Reply Memorandum of Law in Support of Motion,, Ibrahim Bin Abdul Aziz Al Ibrahim Foundation,, 870 Memorandum of Law in Support,,, filed by Suleiman Abdel Aziz Sulaiman Bin Abdul Aziz Al Rajhi,, 58 Memorandum of Law in Support of Motion filed by Al Rajhi Banking and Inve 1078 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1385 MOTION to Dismiss NY Marine. filed by Ibrahim Aziz Al Ibrahim Foundation,, 684 Stipulation and Order,, 1499 Declaration in Support of Motion,,, filed by Estate of P.O'Neill, Sr.,, 1026 Stipulation and Order,,,, 213 MOTION for William C. Edgar to Withdraw as Attorney for His R Highness Prince Naif Bin Abdulaziz Al Saud. filed by Naif Bin Abdulaziz Al Saud,, 605 Stipulation and Order,,, 131 M for Extension of Time to File Response/Reply Stipulation and Order for Extension of Time of SNCB Corporate Finan SNCB Securities Ltd. (London) to Respond to the Complaint. filed by SNCB Corporate Finance Ltd.,, SNCB Securitie London,, 1044 Stipulation and Order,, 569 Notice (Other) filed by Federal Insurance Company et al., Plaintiffs,, 126 Letter, Set Deadlines,,, 750 Clerk Certificate of Mailing,,,, 348 Memorandum of Law in Support of Motion filed by M Bin Abdulrahman Al Ariefy,, Faisal Group Holding Co.,, Alfaisaliah Group,, Abdullah Al Faisal Bin Abdulaziz AlSau Order Admitting Attorney Pro Hac Vice,, 1371 Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, World Trac Properties LLC, et al.,, Euro Brokers Inc., et al.,, 876 Stipulation and Order,, 884 Order,, 530 Endorsed Letter,, 381 Memorandum of Law in Oppisition to Motion, filed by Sultan Bin Abdulaziz Al Saud,, 210 Notice (Other) filed by Bur Plaintiffs,, 561 Endorsed Letter,, 1446 Notice (Other) filed by Yeslam M. Bin Laden,, 209 Memorandum of Law in Op Motion, filed by Burnett Plaintiffs,, 1432 MOTION to Dismiss Memorandum in Support to Dismiss Aradi, Inc. filed b Inc.,, 335 Reply Memorandum of Law in Support of Motion, filed by Saleh Al−Hussayen,, 741 Notice (Other) filed by Islamic Bank,, 1180 MOTION to Dismiss. filed by Abdullah Bin Saleh Al−Obaid,, 1146 Memorandum of Law in Opp Motion,,, filed by Continental Casualty Company,, Cantor Fitzgerald & Co.,, New York Marine and General Insuran Company,, Kathleen Ashton,, Estate of John P.O'Neill, Sr.,, Burnett Plaintiffs,, Federal Insurance Company et al., Pl World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 465 Endorsed Letter,,, 726 Memorandum of La Support of Motion filed by Sami Omar Al−Hussayen,, 1491 Memorandum of Law in Oppisition to Motion,, filed by E John P.O'Neill, Sr.,, 1554 Order,,,, 1150 Reply Memorandum of Law in Support of Motion,, filed by Dubai Islamic Ba Reply Memorandum of Law in Support of Motion,, filed by Shahir Abdulraoof Batterjee,, Saudi Red Crescent,, Safar Al−Hawali,, Saleh Al−Hussayen,, Sheik Hamad Al−Husaini,, Sheik Salman Al−Oawdah,, 174 Reply Memorandum o Support of Motion, filed by Prince Turki Al Faisal Al Saud,, 1401 Memorandum of Law in Support of Motion filed by Maal Al Islami Trust,, 1388 MOTION to Dismiss Continental Casualty, Burnett, WTC, Euro Brokers, Federal Insura by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation,, 474 Affirmation in Opposition to Motion,, filed by Burnett Plaint Clerk Certificate of Mailing,,,, 702 RICO Statement, filed by World Trade Center Properties LLC, et al.,, 1557 Memo Law in Oppisition to Motion,,,, filed by Plaintiffs Executive Committees,, 513 Reply Memorandum of Law in Support*

*filed by Faisal Group Holding Co.,, Alfaisaliah Group,, Addullah Al Faisal Abdulaziz Al Saud,, 145 Endorsed Letter, Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 343 MOTION fo Extension of Time /Consent Motion and Stipulation as to Service of Process and Extension of Time. filed by DMI Adm Services S.A.,, Islamic Investment Company of the Gulf (Sharjah),, 445 Order,,, 439 Rule 7.1 Disclosure Statement fi Federal Insurance Company et al., Plaintiffs,, 394 Answer to Complaint filed by Soliman H.S. Al−Buthe,, 612 Stipula Order,,, 116 Certificate of Service Other, filed by United States of America,, 953 RICO Statement filed by Federal In Company et al., Plaintiffs,, 1224 Endorsed Letter,, 1288 Notice (Other) filed by World Trade Center Properties LLC, Stipulation and Order,,, 990 Stipulation and Order,,,, 1577 MOTION for Reconsideration re; 1545 Endorsed Letter, Notice of Motion for Reconsideration of the Court's Order that the Parties Submit a Proposed Order Certifying the D Dismissed on 12(b)(1) and 12(b)(2) Grounds but filed by Burnett Plaintiffs,, 792 Acknowledgment of Service Compla by Federal Insurance Company et al., Plaintiffs,, 1012 Memorandum of Law in Oppisition to Motion,, filed by Port A New York & New Jersey,, Cantor Fitzgerald & Co.,, 1595 Stipulation and Order,,, 662 RICO Statement filed by Esta P.O'Neill, Sr.,, 801 Endorsed Letter,,, 781 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1377 Notice (Other Burnett Plaintiffs,, 700 RICO Statement filed by World Trade Center Properties LLC, et al.,, 1501 Declaration in Su Motion,, filed by Wamy International, Inc.,, World Assembly of Muslim Youth,, 696 RICO Statement filed by Federal Company et al., Plaintiffs,, 861 MOTION to Dismiss Khalid Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction K Rajhi. MOTION to Dismiss Khalid Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Khalid Al Rajhi. MOTION Khalid Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Khalid Al Rajhi. filed by Khalid Sulaiman Al−Rajhi,, 3 (Other) filed by Al Haramain Islamic Foundation, Inc.,, 891 Notice (Other) filed by Soliman H.S. Al−Buthe,, 1486 No (Other), Notice (Other) filed by New York Marine and General Insurance Company,, Burnett Plaintiffs,, Federal Insu Company et al., Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1068 Stipulation an 1314 Notice (Other), Notice (Other) filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 1 Certificate of Mailing,, 197 Rule 7.1 Disclosure Statement filed by Faisal Group Holding Co.,, Alfaisaliah Group,, 1 (Other) filed by Salman Bin Abdulaziz Al Saud,, 984 Response in Opposition to Motion,, filed by Port Authority of Ne New Jersey,, Cantor Fitzgerald & Co.,, 344 Endorsed Letter,,, 735 Service by Publication, filed by All Plaintiffs,, 13 (Other) filed by Estate of John P.O'Neill, Sr.,, 1321 RICO Statement filed by Federal Insurance Company et al., Plai Stipulation and Order,,, 1202 Memorandum of Law in Support of Motion,, filed by Mohammed Ali Sayed Mushayt,, 1 MOTION to Dismiss. filed by Talal Mohammed Badkook,, 493 Reply Memorandum of Law in Support of Motion, file Trust,, 1122 RICO Statement filed by Euro Brokers Inc., et al.,, 1116 Brief filed by Mar−Jac Poultry, Inc.,, 399 MOT Jay D. Hanson and Christopher J. Beal to Appear Pro Hac Vice. filed by M. Yaqub Mirza,, Jamal Barzinji,, M. Omar Muhammad Ashraf,, Taha Jaber Al−Alwani,, Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investmen Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc.,, African Mu Agency,, International Institute of Islamic Thought,, Sana−Bell, Inc.,, Iqbal Unus (Yunus),, 32 Memo Endorsement,, (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 14 Order o Appear Pro Hac Vice,, 1574 Affidavit in Opposition to Motion,,, filed by Continental Casualty Company,, New York General Insurance Company,, Kathleen Ashton,, Federal Insurance Company et al., Plaintiffs,, 519 Amended Compl by John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Nei Notice of Appearance filed by Aradi, Inc.,, 680 Stipulation and Order,, 1179 Affidavit in Support of Motion,, filed by Al−Hussayen,, 1070 Stipulation and Order,,,,,, 25 Endorsed Letter,,, 2 Endorsed Letter,, 102 MOTION to Dismiss [R − Burnett v. Al Baraka]. filed by Saudi American Bank,, 896 Notice (Other) filed by Burnett Plaintiffs,, 1616 Reply Memorandum of Law in Support of Motion,, filed by Burnett Plaintiffs,, 298 Waiver of Service Executed filed by Fede Insurance Company et al., Plaintiffs,, 589 Stipulation and Order,, 447 Amended Complaint,,,,,,, filed by Kathleen Ash Notice (Other) filed by Burnett Plaintiffs,, 294 Endorsed Letter,, 129 MOTION for Leave to File Memorandum of La Opposition to Motion to Intervene as Parties−Plaintiff in the Burnett Action (03−CV−9849(RCC)). filed by Bakr M Tarek M. Bin Laden,, Omar M. Bin Laden,, Khaled Bin Salim Bin Mahfouz,, Saudi Binladin Group, Inc.,, 759 Stipula Order,, 873 Order,, 1001 Order,, 1619 Notice of Appeal filed by Pacific Indemnity Company,, Vigilant Insurance Co Federal Insurance Company,, 1552 Stipulation and Order,,, 246 MOTION to Withdraw 165 MOTION for Protective Notice of Motion and Memorandum in Support of Motion for Limited Appearance and to Move for a Protective Orde Princess Haifa Al−Faisal,, The Royal Embassy of Saudi Arabia,, Prince Bandar bin Sultan bin Abdulaziz,, Ahmed A. Abdul Rahman I. Al−Noah,, 1528 Declaration in Support of Motion, filed by Taha Jaber Al−Alwani,, 511 Memorand in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 752 Clerk Certificate of Mailing,,,, 12 Letter,,, 1421 Response in Support of Motion,, filed by Shahir Abdulraoof Batterjee,, 1191 Affidavit in Support of Mo by Sheik Hamad Al−Husaini,, 178 Endorsed Letter,, 38 Memorandum of Law in Support of Motion filed by Sami Om Al−Hussayen,, 771 Stipulation and Order,,, 339 Declaration in Support of Motion filed by Sami Omar Al−Hussayen, Memorandum of Law in Oppisition to Motion, filed by Kathleen Ashton,, 504 Endorsed Letter,,, 1398 Memorandum Support of Motion filed by Daral Maal Al Islami Trust,, 1365 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 7 Stipulation and Order,, 1369 Notice (Other), Notice (Other), Notice (Other) filed by World Trade Center Properties Euro Brokers Inc., et al.,, 853 Order,,,, 1214 Memorandum of Law in Support filed by DMI Administrative Services RICO Statement, filed by World Trade Center Properties LLC, et al.,, 460 Memorandum of Law in Oppisition to Mot Federal Insurance Company et al., Plaintiffs,, 1461 Stipulation and Order, Set Deadlines/Hearings,,,,,,, 271 Order o Appear Pro Hac Vice, 31 Memo Endorsement,, 1393 Memorandum of Law in Support of Motion, filed by Banca Del 1532 Answer to Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Wa'el Jalaidan,, 287 Notice (Other) filed J. Khudeira,, 938 Notice of Appearance filed by Asat Trust Reg.,, 397 Memorandum of Law in Oppisition to Motion f Plaintiffs,, 1521 Memorandum of Law in Support of Motion,, filed by Mohammed Al Faisal Al Saud,, 382 Memorand*

*in Oppisition to Motion,,, filed by Federal Insurance Company et al., Plaintiffs,, 1207 RICO Statement filed by Feder Insurance Company et al., Plaintiffs,, 863 MOTION to Dismiss Abdullah Al Rajhi. MOTION to Dismiss for Lack of J Abdullah Al Rajhi. MOTION to Dismiss Abdullah Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Abdullah Al MOTION to Dismiss Abdullah Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Abdullah Al Rajhi. filed by Abd Salaiman Al−Rajhi,, 217 Notice (Other) filed by Sultan Bin Abdulaziz Al Saud,, 34 Order Admitting Attorney Pro Ha 1203 Affidavit in Support of Motion,, filed by Mohammed Ali Sayed Mushayt,, 283 Order, Set Hearings,,,,,,, 105 MO Dismiss. filed by Mohamad Jamal Khalifa,, 621 Stipulation and Order,, 675 RICO Statement filed by Port Authority York & New Jersey,, Cantor Fitzgerald & Co.,, 1155 RICO Statement filed by New York Marine and General Insura Company,, 1161 RICO Statement, filed by Estate of John P.O'Neill, Sr.,, 375 MOTION to Dismiss and Memorandum Support of Motion to Dismiss and to Quash Service of Process. filed by Prince Bandar bin Sultan bin Abdulaziz,, 129 (Other) filed by Burnett Plaintiffs,, 222 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 123 Statement filed by Continental Casualty Company,, 70 Response filed by United States of America,, 834 Memorandu Support of Motion filed by Faisal Islamic Bank,, 546 Notice (Other) filed by All Plaintiffs,, 1481 CONSENT MOTION Extension of Time to File Answer to Ashton Complaint. filed by Wa'el Jalaidan,, 1254 Memorandum of Law in Oppis Motion,, filed by Plaintiffs Executive Committees,, 402 Endorsed Letter,,, 793 Acknowledgment of Service Complaint Federal Insurance Company et al., Plaintiffs,, 1106 MOTION to Dismiss for Lack of Jurisdiction MEMORANDUM I SUPPORT OF MOTION. filed by Asat Trust Reg.,, Martin Watcher,, Erwin Watcher,, Sercor Treuhand Anstalt,, 136 Memorandum of Law in Support of Motion filed by Sultan Bin Abdulaziz Al Saud,, 180 Endorsed Letter,, 454 MOTIO Jason Dzubow to Appear Pro Hac Vice. filed by Muslim World League,, 526 Endorsed Letter,,, 1586 Reply Memorar Law in Support of Motion filed by Taha Jaber Al−Alwani,, 220 Memorandum of Law in Oppisition to Motion, filed b Plaintiffs,, 26 Amended Document filed by Burnett Plaintiffs,, 936 RICO Statement, filed by Port Authority of New Yo Jersey,, Cantor Fitzgerald & Co.,, 625 Notice of Appearance, filed by M. Yaqub Mirza,, Ahmed Totonji,, Iqbal Yunus Barzinji,, M. Omar Ashraf,, Mohammed Jaghlit,, Muhammad Ashraf,, Taha Jaber Al−Alwani,, Grove Corporate, Inc Education Trust,, Mar−Jac Investments, Inc.,, Mena Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Ch Gift Fund,, Sterling Management Group, Inc.,, York Foundation,, African Muslim Agency,, International Institute of Thought,, 1216 Memorandum of Law in Support filed by DMI Administrative Services S.A.,, 388 Affidavit of Service filed by Federal Insurance Company et al., Plaintiffs,, 98 MOTION to Dismiss for Lack of Jurisdiction the Third Ame Complaint (Burnett). filed by Abdullah Bin Saleh Al−Obaid,, 292 Opposition Brief filed by Federal Insurance Compa Plaintiffs,, 424 MOTION for James Patrick Vann to Appear Pro Hac Vice. filed by Al Baraka Investment and Develo Corporation,, 333 Reply Memorandum of Law in Support of Motion filed by Shahir Abdulraoof Batterjee,, 188 Notic Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by Maryland Cas Company,, Pacific Indemnity Company,, Vigilant Insurance Company,, Federal Insurance Company,, Allstate Insura Company,, Great Northern Insurance Company,, Fidelity And Deposit Company of Maryland,, North River Insuranc Company,, Northern Insurance Company of New York,, Seneca Insurance Company, Inc.,, Zurich American Insuranc Company,, American Zurich Insurance Company,, American Guarantee and Liability Insurance Company,, Great La Reinsurance (UK) PLC,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, United Insurance Company,, Steadfast Insurance Company,, Continental Insurance Company,, Assurance Company of Amer American Alternative Insurance Corporation,, One Beacon Insurance Company,, Commercial Insurance Company o N.J.,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, One Beacon America Insurance C Boston Old Colony Insurance Company,, Colonial American Casualty and Surety Insurance Company,, Valiant Insur Company,, American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homeland Insuran Company of New York,, Crum & Forster Indemnity Company,, The Princeton Excess & Surplus Lines Insurance Con Hiscox Dedicated Corporate Member, Ltd.,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Continental Ins Company of New Jersey,, Fidelity and Casualty Company of New York,, 444 Suggestion of Death filed by Mohamme Abdullah Al−Jomaith,, 1483 CONSENT MOTION for Extension of Time to File Answer to Federal Insurance Compl by Wa'el Jalaidan,, 1139 RICO Statement filed by Euro Brokers Inc., et al.,, 1035 Memorandum of Law in Oppisitio Motion,,, filed by Plaintiffs Executive Committees,, 1043 Stipulation and Order,,,,, 177 Endorsed Letter,,, 206 Brief f Rabita Trust,, 627 Order on Motion to Withdraw as Attorney,,, 661 RICO Statement filed by Estate of John P.O'Neill Notice of Appearance filed by Mohammed Hussein Al Amoudi,, 1089 RICO Statement filed by Estate of John P.O'Ne Memorandum of Law in Oppisition to Motion, filed by All Plaintiffs,, 813 Notice (Other) filed by Burnett Plaintiffs,, W Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1400 MOTION to Dismiss. filed by Daral Maal Al Is 856 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 384 Affidavit of Service Complaints filed Insurance Company et al., Plaintiffs,, 766 Order Admitting Attorney Pro Hac Vice, 954 Notice (Other) filed by Duba Bank,, 386 Affidavit of Service Complaints filed by Federal Insurance Company et al., Plaintiffs,, 619 Amended Com filed by John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 472 Affirmation in Opposition to Motion,,, fil Federal Insurance Company et al., Plaintiffs,, 459 Memorandum of Law in Oppisition to Motion, filed by Federal Ins Company et al., Plaintiffs,, 187 Notice (Other) filed by Mohammed Al Faisal Al Saud,, 1579 Memorandum of Law in to Motion,,, filed by Plaintiffs Executive Committees,, 616 Stipulation and Order,,, 286 Notice (Other) filed by Burne Plaintiffs,, 27 Certificate of Service Other, filed by Kathleen Ashton,, 1239 MOTION to Dismiss the Burnett actions. DMI Administrative Services S.A.,, 665 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1025 Stipulation and Dismissal,,, 289 Stipulation and Order,,, 214 JOINT MOTION to Dismiss Order re Plaintiffs' Motion to Voluntarily Defendants Named in Exhibit A of the Ashton Complaint. filed by Kathleen Ashton,, 1276 Notice (Other) filed by Bur Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 124 Notice of Appearance filed by*

*International, Inc.,, World Assembly of Muslim Youth,, 854 RICO Statement filed by Port Authority of New York & N Cantor Fitzgerald & Co.,, 1468 MOTION to Dismiss Notice of Motion. filed by Taha Jaber Al−Alwani,, 878 RICO S filed by Estate of John P.O'Neill, Sr.,, 1138 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 7 Memorandum of Law in Support of Motion,,, filed by National Commercial Bank,, 1366 Notice (Other) filed by Burn Plaintiffs,, 1232 Affidavit in Support,, filed by Federal Insurance Company et al., Plaintiffs,, 211 JOINT MOTION fo Publication Order re Plaintiffs' Motion For Leave to Serve Specified Defendants by Publication. filed by Kathleen As Endorsed Letter,,, 898 RICO Statement filed by World Trade Center Properties LLC, et al.,, 1576 Memorandum of L Oppisition to Motion,, filed by Estate of John P.O'Neill, Sr.,, 478 Memorandum of Law in Oppisition to Motion, filed Kathleen Ashton,, 441 Notice (Other) filed by Federal Insurance Company et al., Plaintiffs,, 562 Order of Dismissal,, Endorsed Letter,,, 1233 RICO Statement filed by Continental Casualty Company,, 57 MOTION for Oral Argument O Motion To Dismiss. filed by Al Rajhi Banking and Investment,, 599 Notice of Appearance filed by Naif Bin Abdulaziz 1536 Answer to Amended Complaint,,,,,, filed by International Islamic Relief Organization(IIRO),, 88 MOTION (FIL SERVICE DATE) for Matthew H. Kirtland to Appear Pro Hac Vice. filed by Nimir Petroleum LLC,, 398 Affirmation Opposition to Motion filed by All Plaintiffs,, 1539 MOTION to Dismiss. filed by M. Yaqub Mirza,, Ahmed Totonji,, Iq M. Omar Ashraf,, Mohammed Jaghlit,, Muhammad Ashraf,, 1368 Notice (Other), Notice (Other), Notice (Other), No Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, 440 Rule 7.1 Disclosure Statement filed by Federal Insura Company et al., Plaintiffs,, 1370 Notice (Other) filed by Burnett Plaintiffs,, 464 Amended Complaint,,,,,,,, filed by Jo O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 1152 RICO S filed by Federal Insurance Company et al., Plaintiffs,, 882 Endorsed Letter,, 941 Stipulation and Order,,, 1301 Reply Memorandum of Law in Support of Motion,, filed by Abdullah Muhsen Al Turki,, 1271 Notice (Other), Notice (Other, Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 425 MOTION to Strike 407 Memorandum of Law in Oppisition to Motion,, 408 Notice (Other), 275 Memorandum of Law in Oppisition to Motio Memorandum of Law in Oppisition to Motion,,, 281 Memorandum of Law in Oppisition to Motion,, 403 Memor filed Abdulraoof Batterjee,, Saudi Red Crescent,, Salman Al−Ouda,, Safar Al−Hawali,, Saleh Al−Hussayen,, Sheik Hama Al−Husaini,, 1474 Stipulation and Order,,,, 1310 Reply Memorandum of Law in Support of Motion,, filed by Safar A 1485 Affidavit in Support filed by Kathleen Ashton,, 1419 Response in Support of Motion, filed by Talal Mohammed 396 Endorsed Letter,, 35 Memo Endorsement,, 1600 Memorandum of Law in Oppisition to Motion, filed by Al Rajhi Stipulation and Order, Set Motion and R&R Deadlines/Hearings,,, 193 Notice of Appearance filed by International Development Foundation,, Saudi Economic and Development Company,, Mohammed Salim Bin Mahfouz,, Mohamm Mahfouz,, 183 Endorsed Letter,,,, 1594 Clerk's Judgment,,,,, 723 Status Report, filed by Mohammed Al Faisal Al Sau Bin Abdulaziz Al Saud,, Bakr M Bin Laden,, Tarek M. Bin Laden,, Omar M. Bin Laden,, Prince Turki Al Faisal Al Sa Kingdom of Saudi Arabia,, Abdulrahman Bin Khalid Bin Mahfouz,, Mohammed Bin Abdullah Al−Jomaith,, Sheik Ha Al−Husaini,, 1162 RICO Statement, filed by Estate of John P.O'Neill, Sr.,, 718 Stipulation and Order,, 1242 Memor Law in Support, filed by DMI Administrative Services S.A.,, 1443 Memorandum of Law in Support of Motion,, filed b on American−Islamic Relations (CAIR),, 845 Memorandum of Law in Support of Motion filed by Faisal Islamic Ban MOTION to Dismiss. filed by Tarik Hamdi,, 265 Reply to Response to Motion filed by Sulaiman Al−Ali,, 277 Memor Law in Oppisition to Motion,, filed by Burnett Plaintiffs,, 664 RICO Statement filed by Estate of John P.O'Neill, Sr.,, Affirmation in Opposition to Motion,,, filed by Continental Casualty Company,, Cantor Fitzgerald & Co.,, New York General Insurance Company,, Kathleen Ashton,, Estate of John P.O'Neill, Sr.,, Burnett Plaintiffs,, Federal Insurance et al., Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1494 Declaration in Opposit Motion,, filed by Estate of John P.O'Neill, Sr.,, 242 MOTION for Max Huffman to Appear Pro Hac Vice. filed by Sau Commission,, 1337 Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by Estate of John P.O'Neill, S RICO Statement filed by Continental Casualty Company,, 722 Status Report filed by All Plaintiffs,, 1520 Declaration of Motion,,, filed by Estate of John P.O'Neill, Sr.,, 1160 Notice (Other), Notice (Other) filed by Estate of John P.O'Ne 186 Notice (Other) filed by Burnett Plaintiffs,, 624 RICO Statement filed by Port Authority of New York & New Jerse Fitzgerald & Co.,, 1386 Memorandum of Law in Support filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation,, 64 for Reconsideration re; 632 Memorandum & Opinion,,,,,,,,,,,, Notice of Motion for Reconsideration. filed by Nationa Commercial Bank,, 74 Order Admitting Attorney Pro Hac Vice,, 1351 Notice (Other) filed by Estate of John P.O'Nei Declaration in Opposition to Motion,,,, filed by Plaintiffs Executive Committees,, 297 Waiver of Service Executed file Federal Insurance Company et al., Plaintiffs,, 888 MOTION to Dismiss. filed by DMI Administrative Services S.A.,, (Other) filed by Burnett Plaintiffs,, 1032 Memorandum of Law in Oppisition to Motion,,, filed by Plaintiffs PI Executi Committee,, 215 Memorandum of Law in Oppisition to Motion,, filed by Burnett Plaintiffs,, 677 RICO Statement, file of John P.O'Neill, Sr.,, 101 FIRST MOTION to Dismiss 12(b)(2), 12(b)5 and 12(b)(6)., 1277 Notice (Other) filed by Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1433 MOTION to Dismiss Notice o filed by Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena Corporation,, Reston Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc.,, York Foundation,, African Musl International Institute of Islamic Thought,, 991 Clerk Certificate of Mailing,, 331 Reply Memorandum of Law in Sup Motion, filed by Sheik Hamad Al−Husaini,, 872 Affidavit in Support filed by Yassin Abdullah Kadi,, 1412 MOTION filed by Council on American−Islamic Relations (CAIR),, 908 Memorandum of Law in Oppisition to Motion, filed by Insurance Company et al., Plaintiffs,, 931 Memorandum of Law in Support of Motion,, filed by Schreiber & Zindel,, Zindel,, Engelbert Schreiber,, Engelbert Schreiber, Jr, 1156 Notice (Other), Notice (Other) filed by Estate of John P. Sr.,, 673 Endorsed Letter,, 1466 Stipulation and Order,,,,, 50 MOTION to Dismiss Reply Memorandum in Support of Dismiss. filed by Mohammed Bin Abdullah Al−Jomaith,, 742 RICO Statement filed by Euro Brokers Inc., et al.,, 330 Memorandum of Law in Support of Motion, filed by Sheik Salman Al−Oawdah,, 453 Statement of Relatedness filed b*

*Ashton,, 253 Order,,,,, 1011 Reply Memorandum of Law in Support of Motion filed by Sami Omar Al−Hussayen,, 96 Statement filed by Estate of John P.O'Neill, Sr.,, 1482 CONSENT MOTION for Extension of Time to File Answer to Complaint. filed by Wa'el Jalaidan,, 262 MOTION to Dismiss. filed by Saudi High Commission,, 1533 Answer to Am Complaint,,,,,, filed by Wa'el Hamza Julaidan,, 104 MOTION to Dismiss., 974 Stipulation and Order, Set Motion and Deadlines/Hearings,,, 1104 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 828 Notice (Other) filed by Conti Casualty Company,, 640 Stipulation and Order,, 874 Notice of Voluntary Dismissal − Signed,, 86 MOTION to Dismi of Jurisdiction the Third Amended Complaint (Burnett). filed by Shahir Abdulraoof Batterjee,, 6 MOTION (FILED O SERVICE DATE) for Conference. MOTION (FILED ON SERVICE DATE) for Extension of Time to File Answer. MO (FILED ON SERVICE DATE) for Conference. MOTION (FILED ON SERVICE DATE) for Extension of Time to File filed by Abdulrahman Bin Mahfouz,, 376 Reply Memorandum of Law in Support of Motion, filed by Prince Turki Al Saud,, 420 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 1251 Memorandum of Law in Op Motion,, filed by Plaintiffs Executive Committees,, 1560 Declaration in Opposition to Motion,,,, filed by Plaintiffs Ex Committees,, 238 Memorandum of Law in Oppisition to Motion filed by Kathleen Ashton,, 1170 RICO Statement file Federal Insurance Company et al., Plaintiffs,, 615 Stipulation and Order,,, 1500 MOTION to Dismiss Notice of Moti World Assembly of Muslim Youth,, 225 MOTION to Dismiss. filed by Naif Bin Abdulaziz Al Saud,, 850 MOTION to L filed by Faisal Islamic Bank,, 1542 Memorandum of Law in Support of Motion,, filed by Jamal Barzinji,, 707 Stipula Order,, 570 RICO Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 1300 Re Memorandum of Law in Support of Motion,, filed by Abdullah Bin Saleh Al−Obaid,, 674 Certificate of Service Other Estate of John P.O'Neill, Sr.,, 1440 Notice of Appearance filed by Banca Del Gottardo,, 377 Reply Memorandum of Support of Motion filed by Sultan Bin Abdulaziz Al Saud,, 527 Endorsed Letter,,, 301 Memorandum of Law in Suppo filed by Yousef Jameel,, 364 Reply Memorandum of Law in Support of Motion, filed by Saudi Red Crescent,, 93 Notic filed by DMI Administrative Services S.A.,, 366 RICO Statement filed by Federal Insurance Company et al., Plaintiff to Response to Motion, filed by Burnett Plaintiffs,, 1497 Declaration in Support of Motion,,, filed by Estate of John P Sr.,, 1431 Notice (Other) filed by Aradi, Inc.,, 400 Notice of Change of Address filed by Susan Brady,, Joseph Donov Carmen Garcia,, Hector Garcia,, John Does,, Maryland Casualty Company,, Pacific Indemnity Company,, Dennis Q Kevin Quinn,, William D Robbins,, Vigilant Insurance Company,, Federal Insurance Company,, All Plaintiffs,, Allsta Insurance Company,, Great Northern Insurance Company,, Patricia Coughlin,, Kevin Rogers,, Fidelity And Deposit of Maryland,, Andrew Quinn,, North River Insurance Company,, Northern Insurance Company of New York,, Edwar Sweeney,, Shirley Henderson,, Michael Puckett,, Mark Barbieri,, Seneca Insurance Company, Inc.,, Zurich America Company,, James Boyle,, American Zurich Insurance Company,, Diane Miller,, William Ellis, Jr., American Guaran Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Melvin C. Lewis,, William Nelson,, David M. B Pedro Saleme,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, Edward Walsh,, States Fire Insurance Company,, Steadfast Insurance Company,, William Martin,, Continental Insurance Company,, Arroyo,, Thomas Fletcher,, John Martin,, Assurance Company of America,, Glens Falls Insurance Company,, Ameri Alternative Insurance Corporation,, Brian Barry,, Dawn Brown,, One Beacon Insurance Company,, Commercial Ins Company of Newark, N.J.,, Chubb Custom Insurance Company,, Deena Burnett,, Kathleen Ashton,, Josephine Alger, Allen,, George Andrucki,, Mary Andrucki,, Winifred Aranyos,, Margaret Arce,, Margit Arias,, Evelyn Aron,, Nancy Badagliacca,, Christina Baksh,, Joanne Barbara,, Daniel F. Barkow,, Nina Barnes,, Jeannine P. Baron,, Jane Bartel Kimberly Kaipaka Beaven,, Michelle Bedigan,, Susan Berger,, Madeline Bergin,, Miriam M. Biegeleisen,, Christine B. Blass,, Kris A. Blood,, Dorothy Ann Bogdan,, Maria Teresa Boisseau,, Kathleen Box,, David Brace,, Curtis Fred Hillary A. Briley,, Ursula Broghammer,, JoAnne Bruehert,, Juan B. Bruno,, Susan E. Buhse,, Elizabeth R. Burns,, Ja Cahill,, James W. Cahill,, Kathleen Cahill,, Deborah Calderon,, Janet Calia,, Jacqueline Cannizzaro,, Cathy A. Car Ann Carroll,, Judith Casoria,, Tracy Ann Taback Catalano,, Santa Catarelli,, Gina Cayne,, Suk Tan Chin,, Catherine Regenhard,, Edward P. Ciafardini,, Lisa DiLallo Clark,, Yuko Clark,, Maryann Colin,, Julia Collins,, Patricia Copp Cruz,, Ildefonso A. Cua,, Linda Curia,, David Edward Cushing,, Louisa D'Antonio,, Beril Sofia DeFeo,, Vincent J. D Todd DeVito,, Milagros Diaz,, Dhanmatee Sam,, Maria DiPilato,, Stacey Fran Dolan,, Rosalie Downey,, Jay Charle Stanley Eckna,, Denise Esposito,, Dennis Euleau,, Maryanne Farrell,, Clifford Tempesta,, Dorothy Tempesta,, Melis Fatha,, Steven Feidelberg,, Wendy Feinberg,, Charlene Fiore,, Brian Flannery,, Robert T. Folger,, Kurt Foster,, Cla Flyzik,, Nancy Walsh,, Carol Francolini,, Helen Friedlander,, Lisa Friedman,, Anne Gabriel,, Walter Tremsky,, Eile Colligan,, Paul Quinn,, Monica M. Gabrielle,, Kathleen Ganci,, Elizabeth Gardner,, Diane Genco,, Philip Germain,, Gies,, John J. Gill,, Serina Gillis,, Angela Gitto,, Meg Bloom Glasser,, Sharon Cobb−Glenn,, Jodie Goldberg,, Mia Deborah Grazioso,, Claudette Greene,, Peter Greenleaf,, Joanne Gross,, Mary Haag,, Gordon G. Haberman,, Patri Renne Bacotti Hannafin,, Dorothy Garcia,, Benhardt R. Wainio,, Perry S. Oretzky,, Basmattie Bishundat,, Rachel R. Sheila Gail Harris,, Jennifer L. Harvey,, Kelly Hayes,, Virginia Hayes,, Theresa Healey,, Hashim A. Henderson,, Ka Dennis L. Hobbs,, Dixie M. Hobbs,, Pamela Hohlweck,, Kathleen Holland,, Rubina Cox−Holloway,, Joann T. Howa Hunter,, Kathryn J. Hussa,, Yesenia Ielpi,, Frederick Irby,, Margaret P. Iskyan,, Jennifer Ruth Jacobs,, Kazmierz Ja Leila M. Joseph,, Woodly Joseph,, Paul Kaufman,, Elizabeth H. Keller,, Patricia Kellett,, Emmet P. Kelly,, Rosemar Donald Francis Kennedy,, Richard I. Klein,, Fran LaForte,, Edlene C. LaFrance,, Collette M. LaFuente,, Morris D. Andrea N. LeBlanc,, Donald Leistman,, Elaine Leinung,, Roberta J. Levine,, Kathleen Keeler Lozier,, Anne MacFarl Lisanne MacKenzie,, Andrea Maffeo,, Pamela Ann Maggitti,, Natalie Makshanov,, Rebecca L. Marchand,, Lori Mas Dorothy Mauro,, Meryl Mayo,, Margaret Donoghue McGinley,, Iliana McGinnis,, Cynthia F. McGinty,, Theresa Mc Patricia H. McDowell,, Joann Meehan,, Fryderyk Milewski,, Anna Milewski,, Amber Miller,, Jamie Miller,, Faith Mi Barbara Minervino,, Joanne Modafferi,, Anna Mojica,, Saradha Moorthy,, Elizabeth Ann Moss,, Emily Motroni,, La Murphy,, Elvira P. Murphy,, Richard B. Naiman,, Edward Navarro,, Dana Noonan,, William B. Novotny,, James Wa*

*O'Grady,, Sheryl J. Oliver,, Lisa Palazzo,, Donna Paolillo,, Helene S. Passaro,, Mary Gola Perez,, Linda Pickford,, Picone,, Jean Oslyn Powell,, Karen Princiotta,, Dominic J. Puopolo, Sr., Patricia Quigley,, Francine Raggio,, Debo Francke,, Maryann Rand,, Sadiq Rasool,, Susan Rasweiler,, Albert T. Regenhard,, Elizabeth Rego,, Martin Rosenbau M. Rosenburg,, Jill Rosenblum,, Lauren Rosenzweig,, Claudia Ruggiere,, Gilbert Ruiz, Jr., Andrea Russin,, Diane Ry Delphine Saada,, Barbara Scaramuzzino,, Phyllis Schreier,, Lori Shulman,, Eileen Simon,, Dhanraj Singh,, Mark J. Siskopoulos,, Donna Smith,, Barbara Sohan,, Robert Spadafora,, Laurie Spampinato,, Theresa A. Stack,, Eileen Tall Tarasiewicz,, Evelyn Tepedino,, Raj Thackurdeen,, Sat Thackurdeen,, Rosanna Thompson,, Andrija Tomasevic,, Rad Tomasevic,, Kimberly Trimingham−Aiken,, Marie Twomey,, Victor Ugolyn,, Feliciana Umanzor,, Virginia Lorene R Valvo,, Jasmine Victoria,, Richard Villa,, Lucy Virgilio,, Diane Wall,, Diane M. Walsh,, Amy Weaver,, Delia Welty,, Galusha−Wild,, Patricia Wiswall,, Anne M. Wodensheck,, Cella Woo−Yeun,, Siew−Som Yeow,, Erica Zucker,, Nanc Zuckerman,, Aldo Addissi,, Edward Arancio,, Kathleen M. Arancio,, Leonard Ardizzone,, Barbara Ardizzone,, Thom Joseph Beltrani,, Andrew Braun,, James Cizikie,, Thomas Conroy, Jr., Gibson A. Craig,, Bradley Daly,, Robert D'El Donnelly,, Charles Downey,, Joseph R. Downey,, Timothy L. Frolich,, Irene Frolich,, Steven M. Gillespie,, Joseph H Hassett,, James D. Hodges,, Netta Issacof,, John F. Jermyn,, Arnold Lederman,, Phyllis Lederman,, Michael J. Lindy Amrita Mahabir,, Kevin McArdle,, James McGetrick,, Owen McGovern,, Kevin G. Murphy,, Janice O'Dell,, Timothy Howard Rice,, Louis Schaefer,, Scott Schrimpe,, Scott Ting,, George Luis Torres,, Robert V. Trivingo,, Russell Vome J. Zeiss,, Linda E. Thorpe,, Gladys Salvo,, Harry Ong, Jr., William O'Connor,, Jennifer E. Brady,, Andy Dinoo,, Jea Evans,, Vice Rose Arestegui,, Lori Fletcher,, Traci Bosco,, Mathilda Geidel,, Regan Grice−Vega,, Elinore Hartz,, Ve Klares,, Jerline Lewis,, Michael Deloughery,, Bettyann Martineau,, Virginia McKeon,, Olga Merino,, Warren Monr Farnum,, Kevin Mount,, Armine Giorgetti,, Charles Schmidt,, Colleen Holohan,, Roberta Kellerman,, Laurie S. Laut Ingrid M. Lenihan,, Jeffrey Lovit,, Merrilly E. Noeth,, Janlyn Scauso,, Nancy Shea,, Holli Silver,, Robin Theurkauf,, Tiesi,, Anthony Vincelli,, Lena Whittaker,, Madeleine A. Zuccala,, Andrezej Cieslik,, Domenick Damiano,, Warren H Evelyn Rodriguez,, Armando Bardales,, Yvonne V. Abdool,, Josephine Acquaviva,, Kara Hadfield,, Jean Adams,, Jes Murrow−Adams,, Stephen Alderman,, Elizabeth Alderman,, Karium Ali,, Michael J. Allen,, Leonor Alvarez,, Jocelyn Ambroise,, Thomas Arias,, Cynthia Arnold,, Philipson Azenabor,, John P. Baeszler,, Kim Barbaro,, Thomas J. Meeh Daryl Joseph Meehan,, Edmund Barry,, Gila Barzvi,, Boris Bililovsky,, Suzanne J. Berger,, Robert J. Bernstein,, Joa Betterly,, John Bonomo,, Krystyna Boryczewski,, Michele Boryczewski,, Julia Boryczewski,, Desiree A. Gerasimovic M. Buckley,, Javier Burgos,, Chubb Indemnity Insurance Company,, Prakash Bhatt,, William Doyle, Sr., Camille Do Maureen Kelly,, Chiemi York,, Robert Keane,, One Beacon America Insurance Company,, Houssain Lazaar,, Jennife Tarantino,, H. Michael Keden,, Nancy Ann Foster,, Beverly Burnett,, Mary Margaret Jurgens,, Martha Burnett O'Br William Doyle,, Doreen Lutter,, Christine R. Huhn,, Lynn B. Pescherine,, Boston Old Colony Insurance Company,, F Martin,, Rachel W. Goodrich,, Ernesto Barrera,, Gregory Stevens,, Sharlene M. Beckwith,, James A. Reed,, Benito C Victoria Higley,, Marion Knox,, Laura J. Lassman,, Philip Lee,, Mei Jy Lee,, John Lewis,, Joviana Mercado,, Linda Sean Passananti,, Helen Pfeifer,, Daniel Polatsch,, Theresa Regan,, Armand Reo,, Alexander Santoro,, Maureen San Narasimha Sattaluri,, Wen Shi,, Cynthia Tumulty,, Yun Yu Zheng,, David Ziminski,, Robert Bermingham,, Mark Bern Donald DiDomenico,, Michael Endrizzi,, Mark Goldwasser,, Ron Harding,, Jeremiah Harney,, Peter Ioveno,, Jurgie Kazimierz,, Raymond Lachhman,, George Lantay,, Joyce Leigh,, Vincent LeVien,, Jeff Lever,, Jerzy Mrozek,, Carme Christine Sakoutis,, Kemraj Singh,, Gary Wendell,, Colonial American Casualty and Surety Insurance Company,, Va Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homela Insurance Company of New York,, Crum & Forster Indemnity Company,, The Princeton Excess & Surplus Lines Insu Company,, Jane Alderman,, Stephen Jezycki,, Catherine Jezycki,, Michael Jezycki,, Jennifer D'Auria,, Richard D. All Allen,, Judith M. Aiken,, Lauren Arias Lucchini,, Lorraine Arias Beliveau,, Tara Bane,, Anna M. Granville,, Nichola Carol Barbaro,, Kevin W. Barry,, Maureen Barry,, Emma Tisnovskiy,, Leonid Tisnovskiy,, Rostyslav Tisnovskiy,, Fr Berdan,, John Benedetto,, Rina Rabinowitz,, Maria Giordano,, Ondina Bennett,, Murray Bernstein,, Norma Bernstei Bilcher,, Lillian Bini,, Rosemarie Corvino,, Bhola P. Bishundat,, Miles Bilcher,, Sonia Bonomo,, Sharon Booker,, Ro Michael Boryczewski,, John C. Buckley,, Jane M. Smithwick,, Fiona Havlish,, Thomas Burnett,, National Ben Frankl Insurance Company of Illinois,, Alexander Paul Aranyos,, Michael Girdano,, Russa Steiner,, Clara Chirchirillo,, Ell Saracini,, TheresaAnn Lostrangio,, Thomas E. Burnett, Sr., Judith Reiss,, William Coale,, Patricia J. Perry,, Matthe Sellitto,, Ralph Maerz, Jr., Linda Panik,, Martin Panik,, Martina Lyne−Ann Panik,, Stephen L. Cartledge,, Tina Gra Liu,, Lynn Allen,, Helene Parisi−Gnazzo,, Ann R. Haynes,, John Patrick O'Neill, Jr., Theresa King,, Judi A. Ross,, F Havlish,, Grace M. Parkinson−Godshalk,,, Loisanne Diehl,, Alfred Acquaviva,, James Alario,,, Andrew Aris,, Donal Madelyn Conroy Allen,, George Bonomo,, Estate of John P.O'Neill, Sr.,, Burnett Plaintiffs,, Frederick Alger,, Hiscox Corporate Member, Ltd.,, Michael J. Novotny,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Continental Insurance Company of New Jersey,, Fidelity and Cas Company of New York,, Joann Meehan,, Burnett & Ashton Plaintiffs,, Barrera Plaintiffs,, Tremsky Plaintiffs,, Salvo Federal Insurance Company et al., Plaintiffs,, 1077 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1009 Affi Opposition to Motion,,, filed by Federal Insurance Company,, Continental Casualty Company,, Cantor Fitzgerald & York Marine and General Insurance Company,, Kathleen Ashton,, John Patrick O'Neill, Jr., Burnett Plaintiffs,, Worl Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 268 Reply to Response to Motion filed by Islamic Assembly America,, 975 Notice (Other) filed by Burnett Plaintiffs,, 426 Endorsed Letter,, 212 JOINT MOTION to Serve Order Plaintiffs to Effectuate Service of Process on Those Defendants for Whom an Address or Location to Serve the Summ Complaint is Unknown, etc.. filed by Kathleen Ashton,, 571 FIRST MOTION to Dismiss for Lack of Jurisdiction and State a Claim. filed by Omar Abdullah Kamel,, 154 Memorandum of Law in Support,, filed by Burnett & Ashton Plai RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1478 CONSENT MOTION for Extension of Time to File Answ*

| | | |
|---|---|---|
| | | *International Islamic Relief Organization(IIRO),, 347 MOTION to Dismiss. filed by Mohammed Bin Abdulrahman A Faisal Group Holding Co.,, Alfaisaliah Group,, Addullah Al Faisal Abdulaziz Al Saud,, 160 Rule 7.1 Disclosure Stat by Arab Bank,, 639 Endorsed Letter, Terminate Motions,,,,, 651 Affidavit in Opposition to Motion, filed by Federal In Company et al., Plaintiffs,, 887 Notice (Other) filed by Saudi Binladin Group, Inc.,, 959 RICO Statement filed by Est P.O'Neill, Sr.,, 881 Affidavit in Support of Motion, filed by Yassin Abdullah Kadi,, 1222 Stipulation and Order,,, 842 to Dismiss. filed by Faisal Islamic Bank,, 1133 Clerk Certificate of Mailing,, 1038 Memorandum of Law in Oppisitio Motion,, filed by Plaintiffs Executive Committees, were transmitted to the U.S. Court of Appeals. (tp, ) (Entered: 01/2* |
| 20/2006 | | CASHIERS OFFICE REMARK on 1476 Order, in the amount of $25.00, paid on 11/14/2005, Receipt Number 5613 (Entered: 01/20/2006) |
| 20/2006 | 1625 | REPLY MEMORANDUM OF LAW in Support re: 1447 MOTION to Dismiss *Plaintiffs' Complaints in Ashton, Fed Insurance, Continental Casualty, and New York Marine With Prejudice*.. Document filed by Abdulrahman Bin Mahf In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Cu John) (Entered: 01/20/2006) |
| 20/2006 | 1626 | REPLY MEMORANDUM OF LAW in Support re: 1213 MOTION to Dismiss *the Cantor Fitzgerald action*.. Docum by DMI Administrative Services S.A.. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−07065−RCC(Mc James) (Entered: 01/20/2006) |
| 20/2006 | 1627 | REPLY MEMORANDUM OF LAW in Support re: 1215 MOTION to Dismiss *the O'Neill action*.. Document filed b Administrative Services S.A.. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01923−RCC(McGuire, Ja (Entered: 01/20/2006) |
| 23/2006 | 1628 | REPLY MEMORANDUM OF LAW in Support re: 1438 MOTION to Dismiss *for Failure to State a Claim and Lac Matter Jurisdiction*.. Document filed by Al Baraka Investment and Development Corporation, Saleh Abdullah Kame Baraka Group LLC. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Martin) (Entered: 01/23/2006) |
| 23/2006 | 1629 | STIPULATION AND ORDER (this document relates to 03cv5738, 03cv9849, 03cv6978, 04cv5970, 04cv7279, 04c 04cv7280); extending plaintiffs' time to respond to Yeslam Binladin's motion to dismiss to 2/3/2006; any reply by de shall be served on or by 3/10/2006. (Signed by Judge Richard C. Casey on 1/23/2006) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−09849−RCC,1:04−cv−05970−RCC, 1:04−cv−06105−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC(kkc, ) (Entered: 01/23/2006) |
| 23/2006 | 1630 | FILING ERROR − WRONG DOCUMENT TYPE SELECTED FROM MENU − REPLY MEMORANDUM OF LA Opposition re: 1500 MOTION to Dismiss *Notice of Motion. THE PROPERTY DAMAGE PLAINTIFFS? CONSOLID MEMORANDUM OF LAW IN OPPOSITION TO THE JOINT MOTION TO DISMISS FOR FAILURE TO STATE A UPON WHICH RELIEF MAY BE GRANTED OF THE WORLD ASSEMBLY OF MUSLIM YOUTH SAUDI ARABIA WORLD ASSEMBLY OF MUSLIM YOUTH INTERNATIONAL*. Document filed by Federal Insurance Company et al Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Fe Elliott) Modified on 1/27/2006 (gf, ). (Entered: 01/23/2006) |
| 23/2006 | 1631 | MEMORANDUM OF LAW in Opposition re: 1500 MOTION to Dismiss *Notice of Motion. THE PROPERTY DAM PLAINTIFFS? CONSOLIDATED MEMORANDUM OF LAW IN OPPOSITION TO THE JOINT MOTION TO DISM FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED OF THE WORLD ASSEMBLY OF MU YOUTH SAUDI ARABIA AND THE WORLD ASSEMBLY OF MUSLIM YOUTH INTERNATIONAL*. Document filed Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Fe Elliott) (Entered: 01/23/2006) |

| | | |
|---|---|---|
| 23/2006 | 1632 | AMENDED ANSWER to 1570 30/60 Days Amended Complaint,,. Document filed by Muslim World League. Filed Associated Cases: 1:03−md−01570−RCC,1:04−cv−01923−RCC(McMahon, Martin) (Entered: 01/23/2006) |
| 23/2006 | 1633 | REPLY MEMORANDUM OF LAW in Support re: 1411 MOTION to Dismiss *Notice of Motion*.. Document filed by on American−Islamic Relations (CAIR). Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Omar) (Entered: 01/23/2006) |
| 23/2006 | 1634 | CERTIFICATE OF SERVICE of Reply Memorandum of Law in Support of Motion to Dismiss served on All Parties 23, 2006. Document filed by Council on American−Islamic Relations (CAIR). Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Omar) (Entered: 01/23/2006) |
| 23/2006 | 1635 | MEMORANDUM OF LAW in Opposition re: 1500 MOTION to Dismiss *Notice of Motion*. *Personal Injury Plaintiff Consolidated Memorandum of Law in Opposition to the Motion to Dismiss for Failure to State a Claim of WAMY Sa and WAMY International*. Document filed by Estate of John P.O'Neill, Sr., Burnett & Ashton Plaintiffs. (Attachments Exhibit 1# 2 Exhibit 2)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(El Michael) (Entered: 01/23/2006) |
| 24/2006 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 1636 Notice of Ap (Entered: 01/24/2006) |
| 24/2006 | | Transmission of Notice of Appeal to the District Judge re: 1636 Notice of Appeal. (tp, ) (Entered: 01/24/2006) |
| 24/2006 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 1637 Notice of Ap (Entered: 01/24/2006) |
| 24/2006 | | Transmission of Notice of Appeal to the District Judge re: 1637 Notice of Appeal. (tp, ) (Entered: 01/24/2006) |
| 24/2006 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 1330 Notice filed by Estate of John P.O'Neill, Sr.,, 1215 MOTION to Dismiss *the O'Neill action*. filed by DMI Administrative Se 495 Reply Memorandum of Law in Support of Motion, filed by Saleh Abdullah Kamel,, Al Baraka Investment & De Corp.,, 1234 Notice (Other), Notice (Other) filed by Abdullah Bin Laden,, Bakr M Bin Laden,, Tarek M. Bin Laden,, Bin Laden,, Mohamed Bin Laden Organization (SBG),, Saudi Binladin International Company,, Yeslam M. Bin Lad Binladin Group, Inc.,, 1103 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 933 Order,, 171 Reply Memoran in Support of Motion, filed by Mohammed Al Faisal Al Saud,, 1306 Reply Memorandum of Law in Support of Moti Adnan Basha,, 1272 Notice (Other) filed by World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 11 Certificate of Mailing,, 427 Notice (Other) filed by Federal Insurance Company et al., Plaintiffs,, 1451 MOTION to I *Plaintiffs' Complaints in Burnett, Federal Insurance, Continental Casualty, Euro Brokers, New York Marine, and W Center*. filed by Yeslam M. Bin Laden,, 491 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiff Notice of Voluntary Dismissal − Signed,, 683 Waiver of Service Executed, filed by John Patrick O'Neill, Jr., Estate o P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 176 Notice (Other), Notice (Other) filed H.S. Al−Buthe,, 182 Endorsed Letter,, 499 MOTION to Dismiss *Notice of Motion to Dismiss*. filed by DMI Adminis Services S.A.,, 1617 Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs,, 1066 Stipulation and Or Reply Memorandum of Law in Support of Motion, filed by Grove Corporate, Inc.,, Heritage Education Trust,, Mar−J Investments, Inc.,, Mena Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc.,, York Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, S Inc.,, 899 RICO Statement filed by Euro Brokers Inc., et al.,, 607 Stipulation and Order,, 1322 MOTION to Amend/ *Leave to file Second Amended Complaint*. filed by Havlish Plaintiffs,, 1303 Memorandum of Law in Support filed by Aziz Al Ibrahim,, 1585 Stipulation and Order of Dismissal,,,, 463 Endorsed Letter,,, 608 Stipulation and Order,, 963 in Opposition to Motion,,,,,,,,,,, filed by Federal Insurance Company et al., Plaintiffs,, 836 Memorandum of Law in S Motion filed by Faisal Islamic Bank,, 809 Memorandum of Law in Oppisition to Motion,,, filed by Plaintiffs PI Exec Committee,, 303 Memorandum of Law in Support of Motion filed by Yousef Jameel,, 767 Endorsed Letter,, 548 Cle Certificate of Mailing,,, 1438 MOTION to Dismiss *for Failure to State a Claim and Lack of Subject Matter Jurisdict* Al Baraka Investment and Development Corporation,, Saleh Abdullah Kamel,, Dallah Al Baraka Group LLC,, 158 N Appearance filed by Yousef Jameel,, 1200 Affidavit in Support of Motion,, filed by Shahir Abdulraoof Batterjee,, 82 Certificate of Service Other filed by Estate of John P.O'Neill, Sr.,, 226 Memorandum of Law in Support of Motion fi |

Bin Abdulaziz Al Saud,, 1305 Memorandum of Law in Support filed by Abdul Aziz Al Ibrahim,, 324 Order on Motic Appear Pro Hac Vice,, 1293 Notice (Other) filed by Burnett Plaintiffs,, 1246 Memorandum of Law in Oppisition to M filed by Plaintiffs Executive Committees,, 507 Affidavit in Opposition to Motion,, filed by Burnett Plaintiffs,, 1558 D in Opposition to Motion,, filed by Estate of John P.O'Neill, Sr.,, 1475 Endorsed Letter,, 1417 Response in Support of filed by Saleh Al−Hussayen,, 1263 Memorandum of Law in Support filed by DMI Administrative Services S.A.,, 784 Stipulation and Order,, 694 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 278 Memorandum of Law in Opp Motion filed by Burnett Plaintiffs,, 291 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Co al., Plaintiffs,, 869 MOTION to Dismiss *Sulaiman Al Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Sulaiman A* MOTION to Dismiss *Sulaiman Al Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Sulaiman Al Rajhi*. MOTION *Sulaiman Al Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Sulaiman Al Rajhi*. filed by Suleiman Abdel Aziz A Sulaiman Bin Abdul Aziz Al Rajhi,, 577 Stipulation and Order,, 327 RICO Statement filed by Federal Insurance Con Plaintiffs,, 1033 Memorandum of Law in Oppisition to Motion,,, filed by Plaintiffs Executive Committees,, 1013 MC Dismiss. filed by Khaled Bin Salim Bin Mahfouz,, 65 Endorsed Letter, Set Deadlines,,, 1316 Affidavit, filed by Fede Insurance Company et al., Plaintiffs,, 838 Memorandum of Law in Support of Motion filed by Faisal Islamic Bank,, 6 Stipulation and Order,,, 370 Stipulation and Order,,, 756 Notice (Other) filed by Burnett Plaintiffs,, 769 Endorsed Le MOTION to Dismiss. filed by Aqeel Al−Aqeel,, 1434 Memorandum of Law in Support of Motion,,, filed by Grove C Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena Corporation,, Reston Investments, Inc.,, Safa Trus Charitable Gift Fund,, Sterling Management Group, Inc.,, York Foundation,, African Muslim Agency,, International I Islamic Thought,, 302 MOTION to Dismiss *Burnett (DC)*. filed by Yousef Jameel,, 544 JOINT MOTION for Extens *Stipulation Extending Time For Saudi American Bank To File Reply Papers In Support Of Its Motion To Dismiss*. file Federal Insurance Company et al., Plaintiffs,, 329 MOTION to Dismiss. filed by Sami Omar Al−Hussayen,, 1119 Sti and Order,,,,, 1087 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 9 MOTION (FILED ON SERVICE DATE Extension of Time to File Answer. filed by Yeslam Binladin,, 1559 Memorandum of Law in Oppisition,, filed by Fed Insurance Company et al., Plaintiffs,, 755 Clerk Certificate of Mailing,,,,,,,,,,, 634 RICO Statement filed by Port Auth New York & New Jersey,, Cantor Fitzgerald & Co.,, 469 Order on Motion to Dismiss, 558 MOTION to Dismiss. file International Islamic Relief Organization(IIRO),, 202 Reply Memorandum of Law in Support of Motion filed by Rab 724 MOTION to Dismiss. filed by Sami Omar Al−Hussayen,, 772 Stipulation and Order,,, 451 Affidavit in Oppositic Burnett Plaintiffs,, 419 Notice (Other) filed by Mohammed Al Faisal Al Saud,, 361 Reply Memorandum of Law in S Motion filed by Mohammed Ali Sayed Mushayt,, 137 MOTION to Dismiss *Complaint By Federal Insurance Plainti Quash Service of Process of His Royal Highness Prince Turki Al−Faisal Bin Abdulaziz Al−Saud*. filed by Turki Al F Saud,, 1593 Stipulation and Order,,, 1189 MOTION to Dismiss. filed by Sheik Hamad Al−Husaini,, 879 MOTION (I SERVICE DATE) for David F. Geneson to Appear Pro Hac Vice. filed by Yassin Abdullah Kadi,, 1505 Memorandu Support of Motion,, filed by Abdullah Bin Laden,, 1094 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 717 I Statement filed by Euro Brokers Inc., et al.,, 1454 Reply Memorandum of Law in Support of Motion,, filed by Youse 1359 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 245 Endorsed Letter,,,, 28 Memo Endorsement,, 1621 Stip Order,, 251 Endorsed Letter,,, 121 Memo Endorsement,, 1538 Answer to Complaint filed by International Islamic Re Organization(IIRO),, 715 Stipulation and Order,,, 1118 Stipulation and Order of Dismissal,, 1258 Affidavit of Servic Complaints,,,,, filed by Federal Insurance Company et al., Plaintiffs,, 559 RICO Statement filed by Port Authority of & New Jersey,, Cantor Fitzgerald & Co.,, 320 Waiver of Service Executed filed by Federal Insurance Company et al. 1428 Memorandum of Law in Support,,, filed by Ahmed Totonji,, Mohammed Jaghlit,, Grove Corporate, Inc.,, Herit Education Trust,, Mar−Jac Investments, Inc.,, Mena Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Cha Fund,, Sterling Management Group, Inc.,, York Foundation,, African Muslim Agency,, International Institute of Islar Thought,, 461 MOTION to Dismiss *Certain Defendants. This Motion relates only to Civil Action No. 02 CV 7236*. fil Virginia Bauer,, 1625 Reply Memorandum of Law in Support of Motion,, filed by Abdulrahman Bin Mahfouz,, 1247 Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Executive Committees,, 691 Notice of Voluntary D Signed,, 135 MOTION to Dismiss *the Amended Complaint*. filed by Sultan Bin Abdulaziz Al Saud,, 1088 RICO Stat by Estate of John P.O'Neill, Sr.,, 832 Stipulation and Order,, 986 Stipulation and Order, Set Motion and R&R Deadlines/Hearings,,, 514 Reply Memorandum of Law in Support of Motion, filed by Faisal Group Holding Co.,, Al Group,, Abdullah Al Faisal Bin Abdulaziz AlSaud,, 380 Memorandum of Law in Oppisition to Motion, filed by Turk Al Saud,, 1503 Declaration in Support,,,,, filed by Wamy International, Inc.,, World Assembly of Muslim Youth,, 10 Statement filed by Estate of John P.O'Neill, Sr.,, 1014 Memorandum of Law in Oppisition to Motion,,, filed by Feder Insurance Company et al., Plaintiffs,, 1003 Order,, 819 Reply Memorandum of Law in Support of Motion, filed by Sa Relief Committee,, 581 MOTION for Extension of Time / *Consent Motion and Stipulation as to Service of Process a Extension of Time*. filed by Islamic Investment Company of the Gulf (Sharjah),, 169 Reply Memorandum of Law in S Motion filed by Saudi Binladin Group, Inc.,, 614 Stipulation and Order,,,, 1336 MOTION to Dismiss *Named Defend Exhibit A*. filed by Kathleen Ashton,, 973 Memorandum of Law in Oppisition to Motion,, filed by Saudi American B Clerk Certificate of Mailing,,,,,,,,,,, 199 Rule 7.1 Disclosure Statement filed by Faisal Group Holding Co.,, Alfaisalia 43 MOTION to Dismiss *the Complaint or in the Alternative for More Definite Statement*. filed by Saudi Binladin Gro 40 MOTION to Dismiss *The Fourth Amended Consolidated Master Complaint in Ashton, et al. v. Al Qaeda Islamic,* by Mohammed Al Faisal Al Saud,, 706 Order of Dismissal,,, 643 MOTION to Dismiss *the Claims against defendant Mohammad Abdullad Aljomaih pursuant to Rule 25*. filed by Mohammad Abdullah Aljomaih,, 146 Order Admitting Pro Hac Vice,,, 868 Memorandum of Law in Support,,, filed by Abdullah Salaiman Al−Rajhi,, 556 Reply Memorand in Support of Motion, filed by Yassin Abdullah Kadi,, 992 Reply Memorandum of Law in Support of Motion, filed b Baraka Group LLC,, 360 Reply Memorandum of Law in Support of Motion, filed by Abdullah Muhsen Al Turki,, 13

Memorandum of Law in Support filed by Daral Maal Al Islami Trust,, 1000 Order,, 314 Memorandum of Law in Op
Motion,, filed by Burnett Plaintiffs,, 668 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1073 Endorsed Lette
RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 1028 Reply Memorandum of Law in Support
filed by Sami Omar Al−Hussayen,, 391 Waiver of Service Executed filed by Federal Insurance Company et al., Plain
Notice of Appearance filed by Mohammed Bin Abdulrahman Al Ariefy,, Faisal Group Holding Co.,, Alfaisaliah Gro
Abdullah Al Faisal Bin Abdulaziz AlSaud,, 1157 Notice (Other), Notice (Other) filed by Estate of John P.O'Neill, Sr.
MOTION to Dismiss *the Consolidated Personal Injury Plaintiffs (Ashton, Burnett, O'Neill, Salvo, and Tremsky)*. file
Haramain Islamic Foundation, Inc.,, 911 Order,,, 864 Memorandum of Law in Support,,, filed by Abdullah Salaiman
112 Clerk Certificate of Mailing,, 1597 Stipulation and Order,, 1436 Declaration in Support of Motion,,, filed by Asa
Reg.,, Martin Watcher,, Erwin Watcher,, Sercor Treuhand Anstalt,, 659 Endorsed Letter,,,,, 1471 Memorandum of La
Support of Motion filed by Daral Maal Al Islami Trust,, 85 MOTION to Dismiss for Lack of Jurisdiction *the Third A
Complaint (Burnett)*. filed by Abdullah Muhsen Al Turki,, 935 Stipulation and Order,,, 1149 Affidavit in Opposition
filed by Continental Casualty Company,, Cantor Fitzgerald & Co.,, New York Marine and General Insurance Compa
Kathleen Ashton,, Estate of John P.O'Neill, Sr.,, Burnett Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, Wo
Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 780 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 6
Memorandum & Opinion,,,,,,,,,,,, 1396 Memorandum of Law in Oppisition to Motion,, filed by New York Marine a
Insurance Company,, 585 RICO Statement,, filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald &
Memorandum of Law in Support of Motion filed by Daral Maal Al Islami Trust,, 1211 Notice (Other) filed by World
Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1488 Stipulation and Order of Dismissal,,, 122 Memo Endor
1165 RICO Statement filed by Euro Brokers Inc., et al.,, 1390 Declaration in Support,, filed by Ibrahim Bin Abdul A
Ibrahim Foundation,, 1058 Memorandum of Law in Support of Motion,, filed by Yousef Jameel,, 1460 Memorandun
Support of Motion,,, filed by Wamy International, Inc.,, World Assembly of Muslim Youth,, 704 Stipulation and Ord
MOTION to Dismiss *Declaration of Ally Hack*. filed by Council on American−Islamic Relations (CAIR),, 429 Rule
Disclosure Statement filed by Federal Insurance Company et al., Plaintiffs,, 1496 Memorandum of Law in Support o
filed by Estate of John P.O'Neill, Sr.,, 1399 MOTION to Dismiss. filed by Daral Maal Al Islami Trust,, 1357 Notice (
filed by Estate of John P.O'Neill, Sr.,, 372 Endorsed Letter,, 862 Memorandum of Law in Support,,, filed by Khalid S
Al−Rajhi,, 492 Reply Memorandum of Law in Support of Motion, filed by Wael Jalaidan,, 1080 RICO Statement file
of John P.O'Neill, Sr.,, 606 Stipulation and Order,,, 235 Memorandum of Law in Oppisition to Motion filed by Kathl
Ashton,, 1622 Endorsed Letter,, 907 RICO Statement filed by Euro Brokers Inc., et al.,, 1053 Reply Memorandum o
Support of Motion,,, filed by Suleiman Abdel Aziz Al Rajhi,, Sulaiman Bin Abdul Aziz Al Rajhi,, Suleiman Abdel A
Rajhi,, 152 Memorandum of Law in Oppisition to Motion filed by Burnett Plaintiffs,, 1109 Reply Memorandum of L
Support of Motion, filed by DMI Administrative Services S.A.,, 78 Response in Opposition to Motion, filed by Burn
Plaintiffs,, 407 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 117 Stipulation and Order,
MOTION to Dismiss. filed by Wa'el Jalaidan,, 798 Acknowledgment of Service Complaints, filed by Federal Insura
Company et al., Plaintiffs,, 549 Stipulation and Order,, 155 Memorandum of Law in Oppisition to Motion,, filed by E
Ashton Plaintiffs,, Barrera Plaintiffs,, Tremsky Plaintiffs,, Salvo Plaintiffs,, 1415 Response in Support of Motion,, fil
Al−Hawali,, 1484 Affidavit in Support filed by Kathleen Ashton,, 334 Reply Memorandum of Law in Support of Mo
by Safar Al−Hawali,, 1136 FIRST MOTION to Withdraw 1108 RICO Statement, 1091 RICO Statement, 1079 RICO
1080 RICO Statement, 1081 RICO Statement, 1086 RICO Statement, 1087 RICO Statement, 1088 RICO Statement,
Statement, 1090 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 379 Reply Memorandum of Law in Support
filed by Arab Bank,, 880 Order on Motion to Appear Pro Hac Vice,, 1065 Affirmation in Opposition to Motion,, filed
Plaintiffs Executive Committees,, 1469 Declaration in Support of Motion filed by Taha Jaber Al−Alwani,, 865 MOT
Dismiss *Saleh Al Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Saleh Al Rajhi*. MOTION to Dismiss *Saleh Al*
MOTION to Dismiss for Lack of Jurisdiction *Saleh Al Rajhi*. MOTION to Dismiss *Saleh Al Rajhi*. MOTION to Dism
Lack of Jurisdiction *Saleh Al Rajhi*. filed by Saleh Abdul Aziz Al Rajhi,, Saleh Abdulaziz Al−Rajhi,, 1550 RICO Sta
by Estate of John P.O'Neill, Sr.,, 1308 Reply Memorandum of Law in Support of Motion,, filed by Talal Mohammed
729 MOTION to Dismiss. filed by Sami Omar Al−Hussayen,, 536 Affirmation in Opposition to Motion,, filed by Ka
Ashton,, 487 Response,,, filed by National Commercial Bank,, 1082 RICO Statement filed by Estate of John P.O'Nei
1282 Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Bro
et al.,, 133 Waiver of Service Executed,,,,,,,,,, filed by Maryland Casualty Company,, Pacific Indemnity Company,,
Insurance Company,, Federal Insurance Company,, Allstate Insurance Company,, Great Northern Insurance Compan
And Deposit Company of Maryland,, North River Insurance Company,, Northern Insurance Company of New York,,
Insurance Company, Inc.,, Zurich American Insurance Company,, American Zurich Insurance Company,, American
and Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Chubb Insurance Company of Canada,, Chu
Insurance Company of New Jersey,, United States Fire Insurance Company,, Steadfast Insurance Company,, Contine
Insurance Company,, Assurance Company of America,, Glens Falls Insurance Company,, American Alternative Insu
Corporation,, One Beacon Insurance Company,, Commercial Insurance Company of Newark, N.J.,, Chubb Custom I
Company,, Chubb Indemnity Insurance Company,, One Beacon America Insurance Company,, Colonial American C
Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden
Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, The Pri
Excess & Surplus Lines Insurance Company,, National Ben Franklin Insurance Company of Illinois,, Hiscox Dedicat
Corporate Member, Ltd.,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Continental Insurance Company
Jersey,, Fidelity and Casualty Company of New York,, 705 Stipulation and Order,, 732 MOTION to Dismiss. filed by
Omar Al−Hussayen,, 682 Stipulation and Order,,, 309 RICO Statement filed by Federal Insurance Company et al., Pl

1017 Memorandum of Law in Support of Motion, filed by Khaled Bin Salim Bin Mahfouz,, 563 Order of Dismissal,, Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1071 Stipulation and Order,,,,,,,, 189 Waiver of Service Execut Federal Insurance Company et al., Plaintiffs,, 560 Notice (Other) filed by Al Rajhi Bank,, 76 Order,, 345 Stipulation 219 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 1537 Answer to Complaint filed by W Jalaidan,, 909 Stipulation and Order,, 747 Stipulation and Order,,, 418 Notice (Other) filed by Mohammed Al Faisal 1092 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 821 Stipulation and Order,, 1171 Notice (Other) filed by Administrative Services S.A.,, 789 Stipulation and Order,, 768 Endorsed Letter,,, 623 MOTION for Donna Sheinbach Withdraw as Attorney *and Notice of Change of Firm Name and Address*. filed by M. Yaqub Mirza,, Ahmed Totonji,, Yunus,, Jamal Barzinji,, M. Omar Ashraf,, Mohammed Jaghlit,, Muhammad Ashraf,, Taha Jaber Al−Alwani,, Grove Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena Corporation,, Reston Investments, Inc.,, Safa Trus Charitable Gift Fund,, Sterling Management Group, Inc.,, York Foundation,, African Muslim Agency,, International Islamic Thought,, 1237 Stipulation and Order,, 1037 Stipulation and Order,,, 737 Stipulation and Order,,, 716 RICO filed by World Trade Center Properties LLC, et al.,, 1290 Notice (Other) filed by Burnett Plaintiffs,, 628 RICO State by Federal Insurance Company et al., Plaintiffs,, 951 Stipulation and Order,,,, 485 Endorsed Letter,,, 900 RICO State by Euro Brokers Inc., et al.,, 1406 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Susan Brady,, Joseph Donovan,, Carmen Garcia,, Hector Garcia,, John Maryland Casualty Company,, Pacific Indemnity Company,, Port Authority of New York & New Jersey,, Dennis Qu Quinn,, William D Robbins,, Vigilant Insurance Company,, Federal Insurance Company,, Valley Forge Insurance Co Plaintiffs,, Allstate Insurance Company,, Great Northern Insurance Company,, National Fire Insurance Company of Continental Casualty Company,, Patricia Coughlin,, Kevin Rogers,, Fidelity And Deposit Company of Maryland,, Transcontinental Insurance Company,, Transportation Insurance Company,, Andrew Quinn,, North River Insurance Northern Insurance Company of New York,, Edward J. Sweeney,, Shirley Henderson,, Michael Puckett,, Mark Barbi Insurance Company, Inc.,, Cantor Fitzgerald & Co.,, Zurich American Insurance Company,, James Boyle,, American Insurance Company,, Diane Miller,, William Ellis, Jr., American Guarantee and Liability Insurance Company,, Great Reinsurance (UK) PLC,, Melvin C. Lewis,, William Nelson,, David M. Bernstein,, Pedro Saleme,, Chubb Insurance Canada,, Chubb Insurance Company of New Jersey,, Edward Walsh,, United States Fire Insurance Company,, Steadf Insurance Company,, William Martin,, Continental Insurance Company,, Benjamin Arroyo,, Thomas Fletcher,, John Assurance Company of America,, Glens Falls Insurance Company,, American Alternative Insurance Corporation,, B Dawn Brown,, American Casualty Company of Reading, Pennsylvania,, One Beacon Insurance Company,, Commerc Insurance Company of Newark, N.J.,, Chubb Custom Insurance Company,, Deena Burnett,, Kathleen Ashton,, Josep Angelica Allen,, George Andrucki,, Mary Andrucki,, Winifred Aranyos,, Margaret Arce,, Margit Arias,, Evelyn Aro Badagliacca,, Christina Baksh,, Joanne Barbara,, Daniel F. Barkow,, Nina Barnes,, Jeannine P. Baron,, Jane Bartels,, Kaipaka Beaven,, Michelle Bedigan,, Susan Berger,, Madeline Bergin,, Miriam M. Biegeleisen,, Christine Bini,, Neil Kris A. Blood,, Dorothy Ann Bogdan,, Maria Teresa Boisseau,, Kathleen Box,, David Brace,, Curtis Fred Brewer,, H Briley,, Ursula Broghammer,, JoAnne Bruehert,, Juan B. Bruno,, Susan E. Buhse,, Elizabeth R. Burns,, James C. Cah W. Cahill,, Kathleen Cahill,, Deborah Calderon,, Janet Calia,, Jacqueline Cannizzaro,, Cathy A. Carilli,, Toni Ann C Judith Casoria,, Tracy Ann Taback Catalano,, Santa Catarelli,, Gina Cayne,, Suk Tan Chin,, Catherine T. Regenhard, Ciafardini,, Lisa DiLallo Clark,, Yuko Clark,, Maryann Colin,, Julia Collins,, Patricia Coppo,, Edith Cruz,, Ildefonso Linda Curia,, David Edward Cushing,, Louisa D'Antonio,, Beril Sofia DeFeo,, Vincent J. Della Bella,, Todd DeVito, Diaz,, Dhanmatee Sam,, Maria DiPilato,, Stacey Fran Dolan,, Rosalie Downey,, Jay Charles Dunne,, Stanley Eckna,, Esposito,, Dennis Euleau,, Maryanne Farrell,, Clifford Tempesta,, Dorothy Tempesta,, Melissa Van Ness Fatha,, Stev Feidelberg,, Wendy Feinberg,, Charlene Fiore,, Brian Flannery,, Robert T. Folger,, Kurt Foster,, Claudia Flyzik,, Nar Carol Francolini,, Helen Friedlander,, Lisa Friedman,, Anne Gabriel,, Walter Tremsky,, Eileen F. Colligan,, Paul Qui M. Gabrielle,, Kathleen Ganci,, Elizabeth Gardner,, Diane Genco,, Philip Germain,, Carol Gies,, John J. Gill,, Serina Angela Gitto,, Meg Bloom Glasser,, Sharon Cobb−Glenn,, Jodie Goldberg,, Mia Gonzalez,, Deborah Grazioso,, Clau Greene,, Peter Greenleaf,, Joanne Gross,, Mary Haag,, Gordon G. Haberman,, Patricia Han,, Renne Bacotti Hannafin Garcia,, Benhardt R. Wainio,, Perry S. Oretzky,, Basmattie Bishundat,, Rachel R. Harrell,, Sheila Gail Harris,, Jennif Harvey,, Kelly Hayes,, Virginia Hayes,, Theresa Healey,, Hashim A. Henderson,, Karen Hinds,, Dennis L. Hobbs,, D Hobbs,, Pamela Hohlweck,, Kathleen Holland,, Rubina Cox−Holloway,, Joann T. Howard,, Bridget Hunter,, Kathryn Yesenia Ielpi,, Frederick Irby,, Margaret P. Iskyan,, Jennifer Ruth Jacobs,, Kazmierz Jakubiak,, Leila M. Joseph,, Wo Joseph,, Paul Kaufman,, Elizabeth H. Keller,, Patricia Kellett,, Emmet P. Kelly,, Rosemary Kempton,, Donald Franci Richard I. Klein,, Fran LaForte,, Edlene C. LaFrance,, Collette M. LaFuente,, Morris D. Lamonsoff,, Andrea N. LeB Donald Leistman,, Elaine Leinung,, Roberta J. Levine,, Kathleen Keeler Lozier,, Anne MacFarlane,, Lisanne MacKe Andrea Maffeo,, Pamela Ann Maggitti,, Natalie Makshanov,, Rebecca L. Marchand,, Lori Mascali,, Dorothy Mauro,, Mayo,, Margaret Donoghue McGinley,, Iliana McGinnis,, Cynthia F. McGinty,, Theresa McGovern,, Patricia H. Mc Joann Meehan,, Fryderyk Milewski,, Anna Milewski,, Amber Miller,, Jamie Miller,, Faith Miller,, Barbara Minervin Modafferi,, Anna Mojica,, Saradha Moorthy,, Elizabeth Ann Moss,, Emily Motroni,, Lauren Murphy,, Elvira P. Mur Richard B. Naiman,, Edward Navarro,, Dana Noonan,, William B. Novotny,, James Wallace O'Grady,, Sheryl J. Oliv Palazzo,, Donna Paolillo,, Helene S. Passaro,, Mary Gola Perez,, Linda Pickford,, Nancy Picone,, Jean Oslyn Powell, Princiotta,, Dominic J. Puopolo, Sr., Patricia Quigley,, Francine Raggio,, Deborah Francke,, Maryann Rand,, Sadiq R Susan Rasweiler,, Albert T. Regenhard,, Elizabeth Rego,, Martin Rosenbaum,, Glenna M. Rosenburg,, Jill Rosenblu Rosenzweig,, Claudia Ruggiere,, Gilbert Ruiz, Jr., Andrea Russin,, Diane Ryan,, Delphine Saada,, Barbara Scaramuz Phyllis Schreier,, Lori Shulman,, Eileen Simon,, Dhanraj Singh,, Mark J. Siskopoulos,, Donna Smith,, Barbara Sohar Spadafora,, Laurie Spampinato,, Theresa A. Stack,, Eileen Tallon,, Patricia Tarasiewicz,, Evelyn Tepedino,, Raj Tha

Sat Thackurdeen,, Rosanna Thompson,, Andrija Tomasevic,, Radmila Tomasevic,, Kimberly Trimingham−Aiken,, M
Twomey,, Victor Ugolyn,, Feliciana Umanzor,, Virginia Lorene Rossiter Valvo,, Jasmine Victoria,, Richard Villa,, L
Virgilio,, Diane Wall,, Diane M. Walsh,, Amy Weaver,, Delia Welty,, Kristin Galusha−Wild,, Patricia Wiswall,, Ann
Wodensheck,, Cella Woo−Yeun,, Siew−Som Yeow,, Erica Zucker,, Nancy Lynn Zuckerman,, Aldo Addissi,, Edward
Kathleen M. Arancio,, Leonard Ardizzone,, Barbara Ardizzone,, Thomas Baez,, Joseph Beltrani,, Andrew Braun,, Ja
Cizikie,, Thomas Conroy, Jr., Gibson A. Craig,, Bradley Daly,, Robert D'Elia,, Thomas Donnelly,, Charles Downey,,
Downey,, Timothy L. Frolich,, Irene Frolich,, Steven M. Gillespie,, Joseph Hands,, John Hassett,, James D. Hodges,,
Issacof,, John F. Jermyn,, Arnold Lederman,, Phyllis Lederman,, Michael J. Lindy,, Sandy Amrita Mahabir,, Kevin M
James McGetrick,, Owen McGovern,, Kevin G. Murphy,, Janice O'Dell,, Timothy Parker,, Howard Rice,, Louis Scha
Schrimpe,, Scott Ting,, George Luis Torres,, Robert V. Trivingo,, Russell Vomero,, Philip J. Zeiss,, Virginia Bauer,,
Thorpe,, Gladys Salvo,, Harry Ong, Jr., William O'Connor,, Jennifer E. Brady,, Andy Dinoo,, Jeanne M. Evans,, Vic
Arestegui,, Lori Fletcher,, Traci Bosco,, Mathilda Geidel,, Regan Grice−Vega,, Elinore Hartz,, Veronica Klares,, Jerl
Michael Deloughery,, Bettyann Martineau,, Virginia McKeon,, Olga Merino,, Warren Monroe,, Amy Farnum,, Kevi
Armine Giorgetti,, Charles Schmidt,, Colleen Holohan,, Roberta Kellerman,, Laurie S. Lauterbach,, Ingrid M. Leniha
Lovit,, Merrilly E. Noeth,, Janlyn Scauso,, Nancy Shea,, Holli Silver,, Robin Theurkauf,, Joseph A. Tiesi,, Anthony V
Lena Whittaker,, Madeleine A. Zuccala,, Andrezej Cieslik,, Domenick Damiano,, Warren Hayes,, Evelyn Rodriguez,
Bardales,, Yvonne V. Abdool,, Josephine Acquaviva,, Kara Hadfield,, Jean Adams,, Jessica Murrow−Adams,, Steph
Alderman,, Elizabeth Alderman,, Karium Ali,, Michael J. Allen,, Leonor Alvarez,, Jocelyne Ambroise,, Thomas Aria
Arnold,, Philipson Azenabor,, John P. Baeszler,, Kim Barbaro,, Thomas J. Meehan, III, Daryl Joseph Meehan,, Edmu
Gila Barzvi,, Boris Bililovsky,, Suzanne J. Berger,, Robert J. Bernstein,, Joanne F. Betterly,, John Bonomo,, Krystyn
Boryczewski,, Michele Boryczewski,, Julia Boryczewski,, Desiree A. Gerasimovich,, Kathleen M. Buckley,, Javier E
Chubb Indemnity Insurance Company,, Prakash Bhatt,, William Doyle, Sr., Camille Doyle,, Maureen Kelly,, Chiemi
Robert Keane,, One Beacon America Insurance Company,, Houssain Lazaar,, Jennifer Tarantino,, H. Michael Keden
Ann Foster,, Beverly Burnett,, Mary Margaret Jurgens,, Martha Burnett O'Brien,, William Doyle,, Doreen Lutter,, Ch
Huhn,, Lynn B. Pescherine,, Boston Old Colony Insurance Company,, Paul R. Martin,, Rachel W. Goodrich,, Ernest
Gregory Stevens,, Sharlene M. Beckwith,, James A. Reed,, Benito Colon,, Victoria Higley,, Marion Knox,, Laura J. I
Philip Lee,, Mei Jy Lee,, John Lewis,, Joviana Mercado,, Linda Pascuma,, Sean Passananti,, Helen Pfeifer,, Daniel P
Theresa Regan,, Armand Reo,, Alexander Santoro,, Maureen Santoro,, Narasimha Sattaluri,, Wen Shi,, Cynthia Tum
Yu Zheng,, David Ziminski,, Robert Bermingham,, Mark Bernheimer,, Donald DiDomenico,, Michael Endrizzi,, Ma
Goldwasser,, Ron Harding,, Jeremiah Harney,, Peter Ioveno,, Jurgiel Kazimierz,, Raymond Lachhman,, George Lant
Leigh,, Vincent LeVien,, Jeff Lever,, Jerzy Mrozek,, Carmen Romero,, Christine Sakoutis,, Kemraj Singh,, Gary We
Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' In
Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster
Company,, The Princeton Excess & Surplus Lines Insurance Company,, Jane Alderman,, Stephen Jezycki,, Catherine
Michael Jezycki,, Jennifer D'Auria,, Richard D. Allen,, Luke C. Allen,, Judith M. Aiken,, Lauren Arias Lucchini,, Lo
Beliveau,, Tara Bane,, Anna M. Granville,, Nicholas Barbaro,, Carol Barbaro,, Kevin W. Barry,, Maureen Barry,, Em
Tisnovskiy,, Leonid Tisnovskiy,, Rostyslav Tisnovskiy,, Frances Berdan,, John Benedetto,, Rina Rabinowitz,, Maria
Ondina Bennett,, Murray Bernstein,, Norma Bernstein,, Irene Bilcher,, Lillian Bini,, Rosemarie Corvino,, Bhola P. B
Miles Bilcher,, Sonia Bonomo,, Sharon Booker,, Rose Booker,, Michael Boryczewski,, John C. Buckley,, Jane M. S
Fiona Havlish,, Thomas Burnett,, National Ben Franklin Insurance Company of Illinois,, Alexander Paul Aranyos,, M
Girdano,, Russa Steiner,, Clara Chirchirillo,, Ellen L. Saracini,, TheresaAnn Lostrangio,, Thomas E. Burnett, Sr., Jud
William Coale,, Patricia J. Perry,, Matthew T. Sellitto,, Ralph Maerz, Jr., Linda Panik,, Martin Panik,, Martina Lyne−
Panik,, Stephen L. Cartledge,, Tina Grazioso,, Jin Liu,, Lynn Allen,, Helene Parisi−Gnazzo,, Ann R. Haynes,, John P
O'Neill, Jr., Theresa King,, Judi A. Ross,, Fiona Havlish,, Grace M. Parkinson−Godshalk,,, Loisanne Diehl,, Alfred A
James Alario,,, Andrew Aris,, Donald Aris,, Madelyn Conroy Allen,, George Bonomo,, Estate of John P.O'Neill, Sr.,
Plaintiffs,, Frederick Alger,, Hiscox Dedicated Corporate Member, Ltd.,, Michael J. Novotny,, Christine Irene O'Neil
O'Neill,, Dorothy A. O'Neill,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Continental Insurance Compa
Jersey,, Fidelity and Casualty Company of New York,, Joann Meehan,, Burnett & Ashton Plaintiffs,, Barrera Plaintif
Tremsky Plaintiffs,, Salvo Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, Saad Bin Laden,, World Trade C
Properties LLC, et al.,, Euro Brokers Inc., et al.,, Plaintiffs PI Executive Committee,, Plaintiffs Executive Committee
Plaintiffs,, 758 Order,,, 787 Stipulation and Order,,, 290 Memorandum of Law in Oppisition to Motion, filed by Fede
Insurance Company et al., Plaintiffs,, 1289 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties
al.,, Euro Brokers Inc., et al.,, 1632 Amended Answer to Complaints filed by Muslim World League,, 204 Reply Me
of Law in Support of Motion filed by Al Baraka Investment and Development Corporation,, Saleh Abdullah kamel,,
Certificate of Mailing,,,,,,,,, 111 Amended Complaint,,,,,, filed by Maryland Casualty Company,, Pacific Indemnity
Vigilant Insurance Company,, Federal Insurance Company,, Allstate Insurance Company,, Great Northern Insurance
Fidelity And Deposit Company of Maryland,, North River Insurance Company,, Northern Insurance Company of Ne
Seneca Insurance Company, Inc.,, Zurich American Insurance Company,, American Zurich Insurance Company,, An
Guarantee and Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Chubb Insurance Company of C
Chubb Insurance Company of New Jersey,, United States Fire Insurance Company,, Steadfast Insurance Company,, 
Insurance Company,, Assurance Company of America,, Glens Falls Insurance Company,, American Alternative Insu
Corporation,, One Beacon Insurance Company,, Commercial Insurance Company of Newark, N.J.,, Chubb Custom I
Company,, Chubb Indemnity Insurance Company,, One Beacon America Insurance Company,, Boston Old Colony I
Company,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American En

Insurance Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum Indemnity Company,, The Princeton Excess & Surplus Lines Insurance Company,, National Ben Franklin Insurance of Illinois,, Hiscox Dedicated Corporate Member, Ltd.,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Co Insurance Company of New Jersey,, Fidelity and Casualty Company of New York,, 1016 Memorandum of Law in Su Motion filed by Khaled Bin Salim Bin Mahfouz,, 816 Endorsed Letter,,, 595 RICO Statement filed by Federal Insura Company et al., Plaintiffs,, 1040 MOTION to Dismiss. filed by Schreiber & Zindel,, Frank Zindel,, Engelbert Schreil Engelbert Schreiber, Jr, 1095 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 822 Notice (Other) filed by Esta P.O'Neill, Sr.,, 1563 Memorandum of Law in Support of Motion,, filed by Federal Insurance Company et al., Plaintif Notice (Other) filed by Burnett Plaintiffs,, 305 Response in Opposition to Motion, filed by Federal Insurance Compa Plaintiffs,, 584 RICO Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 545 1378 Notice (Other) filed by Euro Brokers Inc., et al.,, 711 Stipulation and Order,,, 1529 Answer to Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by International Islamic Relief Organization(IIRO),, 325 Memo Endor 1531 Memorandum of Law in Oppisition to Motion, filed by Taha Jaber Al−Alwani,, 1244 Declaration in Oppositior Motion,,,,, filed by New York Marine and General Insurance Company,, Burnett Plaintiffs,, Federal Insurance Compa Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1609 Notice of Appeal filed by Fede Insurance Company et al., Plaintiffs,, 957 Affidavit in Support of Motion,, filed by Dubai Islamic Bank,, 1067 Stipul Order,,, 227 Memorandum of Law in Oppisition to Motion filed by Kathleen Ashton,, 1204 MOTION to Dismiss. fil Abdullah Omar Naseef,, 479 Notice of Appearance filed by Port Authority of New York & New Jersey,, Cantor Fitzg Co.,, 1223 Endorsed Letter,, 1578 Memorandum of Law in Support of Motion, filed by Burnett Plaintiffs,, 1425 Resp Support of Motion,,,, filed by Al Haramain Islamic Foundation, Inc.,, 1015 Affirmation in Opposition to Motion,,, fil Federal Insurance Company et al., Plaintiffs,, 565 Memorandum of Law in Oppisition to Motion, filed by Federal Ins Company et al., Plaintiffs,, 1008 Affirmation in Opposition to Motion,,,, filed by Federal Insurance Company,, Conti Casualty Company,, Cantor Fitzgerald & Co.,, New York Marine and General Insurance Company,, Kathleen Ashtor Patrick O'Neill, Jr., Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1519 De Support of Motion,,, filed by Estate of John P.O'Neill, Sr.,, 1256 Memorandum & Opinion,,,,,,,,,, 157 Memorandum Oppisition filed by Burnett Plaintiffs,, 1230 Stipulation and Order,,, 1567 Declaration in Opposition to Motion,,,, file of John P.O'Neill, Sr.,, 1312 Stipulation and Order,, 875 Endorsed Letter,, 587 Reply Memorandum of Law in Suppo Motion,, filed by Yousef Jameel,, 1524 Memorandum of Law in Oppisition to Motion,,,,, filed by M. Yaqub Mirza,, Foundation,, Ahmed Totonji,, Hisham Al−Talib,, Iqbal Yunus,, Jamal Barzinji,, M. Omar Ashraf,, Mohammed Jaghl Muhammad Ashraf,, Taha Jaber Al−Alwani,, Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investment Mena Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Grou York Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, 1323 RICO Statement filed b Insurance Company et al., Plaintiffs,, 1264 MOTION to Dismiss *the Continental Casualty and New York Marine & C Insurance actions*. filed by Daral Maal Al Islami Trust,, 803 MOTION (FILED ON SERVICE DATE) to Dismiss. fil Mohammed Hussein Al Amoudi,, 1315 Affidavit of Service Complaints, filed by Federal Insurance Company et al., 1553 Endorsed Letter,,, 1318 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 1453 MOTION *Notice of Motion*. filed by M. Yaqub Mirza,, Ahmed Totonji,, Iqbal Yunus,, M. Omar Ashraf,, Mohammed Jaghlit,, M Ashraf,, Taha Al Alwani,, 1304 MOTION to Dismiss *New York Marine*. filed by Abdul Aziz Al−Ibrahim,, 252 Stipu Order,,, 512 Affirmation in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 1373 MOTI Dismiss *the Cantor Fitzgerald action*. filed by Daral Maal Al Islami Trust,, 760 Stipulation and Order,,, 1265 Memor Law in Support, filed by Daral Maal Al Islami Trust,, 1175 Memorandum of Law in Support of Motion,, filed by Sau Crescent,, 921 Memorandum of Law in Oppisition to Motion,, filed by World Trade Center Properties LLC, et al.,, 1 Memorandum of Law in Support of Motion filed by Aradi, Inc.,, 855 Notice of Change of Address filed by Burnett P 1086 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1603 Memorandum of Law in Oppisition to Motion, file American Bank,, 721 Affidavit of Service Other,, filed by John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Chr O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 1307 Reply Memorandum of Law in Support of Motion,, filed by Abdu Naseef,, 279 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 234 Memorandum of Law in to Motion, filed by Kathleen Ashton,, 142 MOTION to Dismiss *the First Amended Complaint*. filed by M. Yaqub Mi Yunus,, M. Omar Ashraf,, Muhammad Ashraf,, Taha Jaber Al−Alwani,, 1295 Notice (Other) filed by Burnett Plainti Stipulation and Order,,,,, 960 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 300 Declaration in Support filed Jameel,, 814 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc MOTION to Dismiss for Lack of Jurisdiction *the Third Amended Complaint (Burnett)*. filed by Saudi Red Crescent,, Statement, filed by Euro Brokers Inc., et al.,, 165 MOTION for Protective Order *Notice of Motion and Memorandum of Motion for Limited Appearance and to Move for a Protective Order*. filed by Princess Haifa Al−Faisal,, The Royal of Saudi Arabia,, Prince Bandar bin Sultan bin Abdulaziz,, Ahmed A. Kattan,, Abdul Rahman I. Al−Noah,, 551 Stipu Order of Dismissal,, 1140 RICO Statement filed by World Trade Center Properties LLC, et al.,, 708 Notice of Volun Dismissal − Signed,,,,,,, 637 Endorsed Letter,,, 1085 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 321 Wai Service Executed filed by Federal Insurance Company et al., Plaintiffs,, 200 Reply Memorandum of Law in Support filed by International Islamic Relief Organization(IIRO),, 1280 Notice (Other) filed by Burnett Plaintiffs,, 794 Ackno of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 1495 MOTION Strike Defendant Taha Alwani's Motion to Dismiss, to Amend Plaintiff's Complaint, for Leave to File RICO Statement, For Reconsideration Court's Decision Relative to the Filing of A RICO Statement and other Relief. filed by Estate of John P.O'Neill, Sr.,, Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Executive Committees,, 591 Endorsed Letter,, 128 (Other) filed by Burnett Plaintiffs,, 574 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Co

al., Plaintiffs,, 799 Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 36 Memorandum of Law in Oppisition to Motion, filed by All Plaintiffs,, 919 MOTION for Entry of Judgment under Ru *NOTICE OF MOTION FOR ENTRY OF FINAL JUDGMENTS REGARDING DEFENDANTS KINGDOM OF SAUD PRINCE SULTAN BIN ABDUL AZIZ AL SAUD, PRINCE TURKI AL FAISAL AL SAUD, PRINCE MOHAMED AL F SAUD, AND AL filed by Plaintiffs Executive Committees,, 572 CONSENT MOTION for Extension of Time to Answer filed by Adnan Basha,, Abdullah Muhsen Al Turki,, 80 Affidavit of Service Other, filed by Chiemi York,, Jennifer Tard Michael Keden,, Nancy Ann Foster,, 1193 Memorandum of Law in Support of Motion,, filed by Talal Mohammed Ba 1102 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 195 Rule 7.1 Disclosure Statement filed by Alfaisaliah G Affidavit of Service Complaints,,, filed by Federal Insurance Company et al., Plaintiffs,, 703 Stipulation and Order,, s Motion for Extension of Time to Answer,, 1449 MOTION to Dismiss Notice Of Motion. filed by M. Yaqub Mirza,, Ahr Totonji,, M. Omar Ashraf,, Mohammed Jaghlit,, Muhammad Ashraf,, Taha Jaber Al−Alwani,, Aaran Money Wire Se Iqbal Unus (Yunus),, 352 Memorandum of Law in Support of Motion filed by Mohammed Bin Abdulrahman Al Ariefy Group Holding Co.,, Alfaisaliah Group,, Abdullah Al Faisal Bin Abdulaziz Al Saud,, 308 RICO Statement filed by Fe Insurance Company et al., Plaintiffs,, 468 Endorsed Letter,, 272 Memorandum of Law in Oppisition to Motion,,, filed Plaintiffs,, 1056 Endorsed Letter,, 1615 Memorandum of Law in Support of Motion,, filed by Al Shamal Islamic Bank Declaration in Support of Motion,, filed by Schreiber & Zindel,, Frank Zindel,, Engelbert Schreiber,, Engelbert Schr 1166 RICO Statement filed by World Trade Center Properties LLC, et al.,, 942 RICO Statement filed by Continental Company,, 1551 Stipulation and Order,,,,,, 1132 Clerk Certificate of Mailing,, 1030 Affidavit in Opposition to Motion Plaintiffs PI Executive Committee,, 1198 MOTION to Dismiss. filed by Shahir Abdulraoof Batterjee,, 1027 Reply Me of Law in Support of Motion filed by Sami Omar Al−Hussayen,, 989 Stipulation and Order,,,, 113 Clerk Certificate o 678 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 939 RICO Statement, filed by Port Autho York & New Jersey,, Cantor Fitzgerald & Co.,, 446 RICO Statement filed by Federal Insurance Company et al., Plai Endorsed Letter,,, 883 Order of Dismissal,,,, 751 Clerk Certificate of Mailing,,,, 1339 Notice (Other) filed by Estate o P.O'Neill, Sr.,, 1381 Rule 7.1 Disclosure Statement filed by Banca Del Gottardo,, 1292 Notice (Other) filed by Burne Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1545 Endorsed Letter,, 720 RICO S filed by Estate of John P.O'Neill, Sr.,, 51 MOTION to Dismiss. filed by Abdul Rahman Bin Kahlid Bin Mahfouz,, 428 for More Definite Statement THE FEDERAL INSURANCE COMPANY PLAINTIFFS' MORE DEFINITE STATEME SUPPLEMENTAL PLEADING ADDING CERTAIN DEFENDANTS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(e) AND 15(d) AND PARAGRAPH 12 OF CASE MANA filed by Federal Insurance Company et al., 267 Reply to Response to Motion filed by Mohammed Jamal Khalifa,, 915 Stipulation and Order,,,, 358 Memorandu Oppisition to Motion filed by All Plaintiffs,, 797 Acknowledgment of Service Complaints, filed by Federal Insurance al., Plaintiffs,, 438 Notice (Other) filed by Federal Insurance Company et al., Plaintiffs,, 1509 Affirmation in Opposi Motion,,, filed by Federal Insurance Company et al., Plaintiffs,, 365 Endorsed Letter,, 237 Memorandum of Law in C Motion filed by Kathleen Ashton,, 473 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 147 Motion for Leave to File Document,, 1394 Affidavit in Support,, filed by Federal Insurance Company et al., Plaintiffs Endorsed Letter,,,, 1126 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 736 Endorsed Letter Endorsed Letter,, 1444 Declaration in Support of Motion,, filed by Council on American−Islamic Relations (CAIR),, Endorsed Letter,, 110 MOTION to Dismiss. filed by Islamic Assembly of North America,, 1235 Memorandum of Law Oppisition to Motion,,, filed by Estate of John P.O'Neill, Sr.,, 770 Endorsed Letter,,, 761 Order Admitting Attorney P Vice,, 520 CONSENT MOTION for Extension of Time to File Answer re: 447 Amended Complaint,,,,,,,. filed by Adna Abdullah Muhsen Al Turki,, 404 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 1042 Stipu Order,, 125 Stipulation and Order,, 1121 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 164 MOTION for P Order Notice of Motion and Memorandum in Support of Motion for Limited Appearance and to Move for a Protectiv filed by The Kingdom of Saudi Arabia,, Princess Haifa Al−Faisal,, Prince Bandar bin Sultan,, 1243 Memorandum o Oppisition to Motion,,, filed by New York Marine and General Insurance Company,, Burnett Plaintiffs,, Federal Insu Company et al., Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 455 Affidavit in Op Motion filed by Kathleen Ashton,, 332 Reply Memorandum of Law in Support of Motion, filed by Abdullah Omar Nas RICO Statement filed by Estate of John P.O'Neill, Sr.,, 205 Opposition Brief, filed by Al Baraka Investment and Deve Corporation,, Saleh Abdullah Kamel,, Saleh Abdullah kamel,, 897 RICO Statement filed by World Trade Center Prop et al.,, 532 Stipulation and Order,, 978 MOTION for Leave to File Motion to Dismiss Out of Time. filed by Dallah Al Group LLC,, 304 Declaration in Support of Motion, filed by Yousef Jameel,, 223 MOTION to Dismiss − Ashton v. Al filed by Saudi American Bank,, 905 Reply Memorandum of Law in Support of Motion, filed by Islamic Investment Co the Gulf (Sharjah),, 1458 MOTION to Dismiss Notice of Motion. filed by Wamy International, Inc.,, 132 Affidavit of S Complaints,,,,,,, filed by Pacific Indemnity Company,, Vigilant Insurance Company,, Federal Insurance Company,, A Insurance Company,, Great Northern Insurance Company,, Fidelity And Deposit Company of Maryland,, North Rive Company,, Northern Insurance Company of New York,, Seneca Insurance Company, Inc.,, Zurich American Insuranc Company,, American Zurich Insurance Company,, American Guarantee and Liability Insurance Company,, Great La Reinsurance (UK) PLC,, Chubb Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, United Insurance Company,, Steadfast Insurance Company,, Continental Insurance Company,, Assurance Company of Ame American Alternative Insurance Corporation,, One Beacon Insurance Company,, Commercial Insurance Company o N.J.,, Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, One Beacon America Insurance C Boston Old Colony Insurance Company,, Colonial American Casualty and Surety Insurance Company,, Valiant Insu Company,, American Employers' Insurance Company,, Homeland Insurance Company of New York,, Crum & Forste Company,, Hiscox Dedicated Corporate Member, Ltd.,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Cor*

*Insurance Company of New Jersey,, Fidelity and Casualty Company of New York,, 1334 Notice (Other) filed by Esta P.O'Neill, Sr.,, 1255 Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Executive Committees,, 163 M Dismiss the First Amended Complaint. filed by Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investm Mena Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Gro York Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, Sana−Bell, Inc.,, 1361 Notice filed by Estate of John P.O'Neill, Sr.,, 91 Order,,,, 650 Memorandum of Law in Oppisition to Motion, filed by Federa Company et al., Plaintiffs,, 841 MOTION to Dismiss. filed by Faisal Islamic Bank,, 167 Endorsed Letter,, 306 RICO filed by Federal Insurance Company et al., Plaintiffs,, 1592 Memorandum of Law in Support of Motion, filed by Schr Zindel,, Frank Zindel,, Engelbert Schreiber,, Engelbert Schreiber, Jr, 1168 Notice (Other), Notice (Other) filed by Es P.O'Neill, Sr.,, 1075 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 256 Memorandum of Law in Support of M filed by Burnett Plaintiffs,, 496 Stipulation and Order of Dismissal,, 1590 Memorandum of Law in Support of Motion Sami Omar Al−Hussayen,, 1416 Response in Support of Motion,, filed by Abdullah Muhsen Al Turki,, 1548 Amended Complaints, filed by International Islamic Relief Organization(IIRO),, 232 Memorandum of Law in Oppisition to Mo Kathleen Ashton,, 1342 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1522 Reply Memorandum of Law in Su Motion filed by Banca Del Gottardo,, 1347 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1052 Reply Memora Law in Support of Motion,,, filed by Saleh Abdul Aziz Al Rajhi,, Saleh Abdulaziz Al−Rajhi,, 270 Order on Motion to A Hac Vice, 1447 MOTION to Dismiss Plaintiffs' Complaints in Ashton, Federal Insurance, Continental Casualty, and Marine With Prejudice. filed by Abdulrahman Bin Mahfouz,, 1236 Stipulation and Order, Set Deadlines/Hearings,,,,, Stipulation and Order,, 120 MOTION (FILED ON SERVICE DATE) for Khurrum Wahid to Appear Pro Hac Vice. fil World Assembly of Muslim Youth,, 1380 Notice (Other), Notice (Other) filed by Federal Insurance Company et al., P 833 MOTION to Dismiss. filed by Faisal Islamic Bank,, 82 MOTION to Dismiss for Lack of Jurisdiction the Third Ar Complaint (Burnett). filed by Sheik Hamad Al−Husaini,, 805 RICO Statement filed by Estate of John P.O'Neill, Sr.,, to Complaint, Third Party Complaint, Crossclaim filed by Muslim World League,, 356 MOTION to Dismiss for Lack Jurisdiction Lack of Personal Jurisdiction. filed by Rabita Trust,, 753 Clerk Certificate of Mailing,,, 535 Memorandu in Oppisition to Motion, filed by Kathleen Ashton,, 162 Memorandum of Law in Support of Motion filed by Arab Ban MOTION to Dismiss First Amended Complaint. filed by Mohammed Al Faisal Al Saud,, 1506 Stipulation and Order,, Order Admitting Attorney Pro Hac Vice,, 638 Stipulation and Order,, 1596 Stipulation and Order,, 1376 Memorandu in Support filed by Daral Maal Al Islami Trust,, 203 Reply Memorandum of Law in Support of Motion filed by Wa'el 417 Notice (Other) filed by National Commercial Bank,, 541 JOINT MOTION to Dismiss Faisal Group Holding. file Kathleen Ashton,, 1358 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 748 Clerk Certificate of Mailing,,,, 788 and Order,,, 500 Memorandum of Law in Support of Motion filed by DMI Administrative Services S.A.,, 250 Memora Law in Support of Motion filed by Mohammed Al Faisal Al Saud,, 1324 RICO Statement filed by Federal Insurance C al., Plaintiffs,, 1219 RICO Statement filed by Euro Brokers Inc., et al.,, 629 RICO Statement filed by Federal Insuran Company et al., Plaintiffs,, 980 MOTION for Leave to File Arabic language document. filed by Federal Insurance Co al., Plaintiffs,, 928 Declaration in Support of Motion,, filed by Schreiber & Zindel,, Frank Zindel,, Engelbert Schreib Engelbert Schreiber, Jr, 1627 Reply Memorandum of Law in Support of Motion filed by DMI Administrative Services RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 537 Endorsed Letter,,, 1124 RICO Statement World Trade Center Properties LLC, et al.,, 484 Notice of Appearance filed by John Patrick O'Neill, Jr., Estate of Jo P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 1296 Notice (Other) filed by Burnett Pla MOTION to Dismiss for Lack of Jurisdiction and Failure to State a Claim. filed by Islamic Investment Company of th (Sharjah),, 1409 MOTION for Extension of Time Motion for an Order Adjourning Indefinately the Time For Defenda Islamic Bank − Sudan to Respond to Recent Pleadings. filed by Faisal Islamic Bank,, 1353 Notice (Other) filed by Es John P.O'Neill, Sr.,, 1093 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 293 Memorandum of Law in Oppisi Motion, filed by Burnett Plaintiffs,, 1338 Notice (Other), Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 948 N (Other), Notice (Other) filed by Plaintiffs Executive Committees,, 326 Stipulation and Order,,,,, 389 Waiver of Servic filed by Federal Insurance Company et al., Plaintiffs,, 958 Rule 7.1 Disclosure Statement filed by Dubai Islamic Ban MOTION to Dismiss. filed by Saleh O. Badahdah,, 518 RICO Statement filed by Federal Insurance Company et al., P 594 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 55 MOTION to Dismiss., 374 MOTION t and Memorandum of Law in Support of Motion to Dismiss. filed by The Kingdom of Saudi Arabia,, 1228 MOTION to Party(ies) Thomas E. Burnett, Sr., et al. Motion to Add Parties Pursuant to Federal Rule of Civil Procedure 15(d). fi Burnett Plaintiffs,, 1517 Declaration in Opposition to Motion,, filed by Estate of John P.O'Neill, Sr.,, 583 Notice (Oth (Other) filed by John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dor O'Neill,, 920 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 127 Order on Motion to Appear Pro Hac Vice, 2 on Motion to Appear Pro Hac Vice, 1348 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 866 Memorandum of Support,,, filed by Saleh Abdul Aziz Al Rajhi,, Saleh Abdulaziz Al−Rajhi,, 1174 MOTION to Dismiss. filed by Saudi R Crescent,, 555 Notice (Other) filed by Soliman H.S. Al−Buthe,, 1549 RICO Statement filed by Federal Insurance Co al., Plaintiffs,, 248 Case Management Plan,,, 952 Endorsed Letter,, 351 MOTION to Dismiss. filed by Mohammed Bi Abdulrahman Al Ariefy,, Faisal Group Holding Co.,, Alfaisaliah Group,, Abdullah Al Faisal Bin Abdulaziz Al Saud,, of Voluntary Dismissal − Signed,, 1176 Affidavit in Support of Motion,, filed by Saudi Red Crescent,, 67 MOTION (F SERVICE DATE) for Don Howarth, Suzelle M. Smith and Robert D. Brain to Appear Pro Hac Vice., 410 MOTION to the Federal Insurance First Amended Complaint. filed by Saudi American Bank,, 1418 Response in Support of Motio Abdullah Bin Saleh Al−Obaid,, 89 Letter, filed by Abdulrahman Bin Mahfouz,, 947 RICO Statement filed by Federal Company et al., Plaintiffs,, 817 Stipulation and Order,,,, 1540 Memorandum of Law in Support of Motion, filed by M Mirza,, Ahmed Totonji,, Iqbal Yunus,, M. Omar Ashraf,, Mohammed Jaghlit,, Muhammad Ashraf,, 1107 RICO Staten*

*Estate of John P.O'Neill, Sr.,, 7 Notice of Appearance, filed by M. Yaqub Mirza,, M. Omar Ashraf,, Muhammad Ashr Jaber Al−Alwani,, Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Reston Investmen Safa Trust,, Sterling Charitable Gift Fund,, York Foundation,, African Muslim Agency,, International Institute of Isla Thought,, Sana−Bell, Inc.,, Sanabel Al−Kheer, Inc.,, Mena Investments,, Jamal Barzinji,, Iqbal Unus (Yunus),, 600 N Appearance filed by Naif Bin Abdulaziz Al Saud,, 1612 Reply Memorandum of Law in Support of Motion,,, filed by G Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena Corporation,, Reston Investments, In Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc.,, York Foundation,, African Muslim Agency, International Institute of Islamic Thought,, 1588 SUPPLEMENTAL MOTION to Dismiss Pursuant to CMO No. 4. fil Soliman H.S. Al−Buthe,, Perouz Seda Ghaty,, Al Haramain Islamic Foundation, Inc.,, 808 Memorandum of Law in C Motion,, filed by Federal Insurance Company et al., Plaintiffs,, 666 RICO Statement filed by Estate of John P.O'Neil Stipulation and Order, Set Deadlines/Hearings,,,,,,,,, 517 Affirmation in Opposition to Motion,, filed by Federal Insur Company et al., Plaintiffs,, 944 RICO Statement filed by World Trade Center Properties LLC, et al.,, 1205 Memoran in Support of Motion,, filed by Abdullah Omar Naseef,, 830 Notice (Other) filed by Federal Insurance Company et al Plaintiffs,, 656 MOTION to Dismiss the Consolidated Property Damage and Insurance Complaints (Cantor Fitzgera Continental Casualty, Euro Brokers, Federal Insurance, NY Marine, and World Trade Center Properties). filed by A Islamic Foundation, Inc.,, 1253 Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Executive Committe Reply Memorandum of Law in Support of Motion, filed by International Institute of Islamic Thought,, 1562 RICO Sta by Continental Casualty Company,, 201 Reply Memorandum of Law in Support of Motion filed by International Islan Organization(IIRO),, 1467 MOTION for Dean Arnold and Marshall Mintz to Withdraw as Attorney. filed by Sami O Al−Hussayen,, 575 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plainti Affidavit in Opposition to Motion filed by All Plaintiffs,, 1450 Memorandum of Law in Support of Motion,, filed by M Mirza,, Ahmed Totonji,, M. Omar Ashraf,, Mohammed Jaghlit,, Muhammad Ashraf,, Taha Jaber Al−Alwani,, Iqbal U (Yunus),, 1098 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 554 Endorsed Letter,,, 503 Declaration in Opp Motion,, filed by Burnett Plaintiffs,, 1131 Clerk Certificate of Mailing,, 631 MOTION to Dismiss & Memorandum of Support of Motion to Dismiss of the Saudi Joint Relief Committee. filed by Saudi Joint Relief Committee,, 1525 Decla Opposition to Motion,, filed by Taha Jaber Al−Alwani,, 1090 RICO Statement filed by Estate of John P.O'Neill, Sr.,, Memorandum of Law in Support of Motion,,, filed by Federal Insurance Company et al., Plaintiffs,, 1624 Order,,, 14 Memorandum of Law in Support of Motion filed by Taha Jaber Al−Alwani,, 1583 Stipulation and Order,, 1151 MOT Withdraw 499 MOTION to Dismiss Notice of Motion to Dismiss., 94 MOTION to Dismiss (Notice of Motion)., 254 R Memorandum of Law in Support of Motion,, 617 Reply Memorandum of Law in Support of Motion. filed by DMI Adm Services S.A.,, 1275 Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, e Brokers Inc., et al.,, 156 Memorandum of Law in Oppisition to Motion,,, filed by Burnett & Ashton Plaintiffs,, Barrer Plaintiffs,, Tremsky Plaintiffs,, Salvo Plaintiffs,, 1142 Notice of Appearance filed by Port Authority of New York & N Cantor Fitzgerald & Co.,, 1630 Reply Memorandum of Law in Oppisition to Motion,,, filed by Federal Insurance Co al., Plaintiffs,, 1498 Declaration in Support of Motion,,, filed by Estate of John P.O'Neill, Sr.,, 1141 RICO Statement Continental Casualty Company,, 100 Memorandum of Law in Support of Motion filed by DMI Administrative Service 1317 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 987 RICO Statement, filed by Estate of J P.O'Neill, Sr.,, 1502 Memorandum of Law in Support of Motion,, filed by Wamy International, Inc.,, World Assembly Youth,, 943 Notice (Other) filed by Burnett Plaintiffs,, 1389 Memorandum of Law in Support,, filed by Ibrahim Bin A Ibrahim Foundation,, 299 MOTION to Dismiss. filed by Yousef Jameel,, 1356 Notice (Other) filed by Estate of John Sr.,, 338 MOTION (FILED ON SERVICE DATE) for Justin B. Kaplan to Appear Pro Hac Vice. filed by Thomas E. B 649 MOTION (FILED ON SERVICE DATE) for Thomas M. Melsheimer, Matthew E. Yarbrough, and John M. Helms Pro Hac Vice. filed by Khalid Sulaiman Al−Rajhi,, Sulaiman Bin Abdul Aziz Al Rajhi,, Saleh Abdul Aziz Al Rajhi,, Al Salaiman Al−Rajhi,, Omar Sulaiman Al−Rajhi,, 337 Reply to Response to Motion filed by Jamal Barzinji,, 21 Notice Appearance, filed by Shahir Abdulraoof Batterjee,, Abdul Rahman Al Swailem,, Abdullah Omar Naseef,, Mohammed Mushayt,, Abdulla Al Obaid,, Talal Mohammed Badkook,, Red Crescent Saudi Committee,, Adnan Basha,, Safar Al− Saleh Al−Hussayen,, Abdullah Muhsen Al Turki,, Mushayt for Trading Company,, Sheik Hamad Al−Husaini,, 240 M Alan E. Untereiner to Appear Pro Hac Vice Notice of Motion. filed by Saudi High Commission,, 328 Reply Memoran in Support of Motion, filed by Yassin Abdullah Al Kadi,, 1464 Memorandum of Law in Oppisition to Motion,, filed by John P.O'Neill, Sr.,, 777 RICO Statement, filed by Federal Insurance Company et al., Plaintiffs,, 1112 Stipulation an 280 Memorandum of Law in Oppisition to Motion filed by Burnett Plaintiffs,, 229 Endorsed Letter,, 274 Memorandu Oppisition to Motion filed by Burnett Plaintiffs,, 1462 Memorandum of Law in Support of Motion,, filed by Wamy Int Inc.,, World Assembly of Muslim Youth,, 1507 Set Deadlines/Hearings, Order,,,,,, 1411 MOTION to Dismiss Notice filed by Council on American−Islamic Relations (CAIR),, 1526 MOTION for Sanctions Pursuant to Rule 11. filed by Al−Alwani,, 825 Notice of Voluntary Dismissal − Signed,, 719 Order Admitting Attorney Pro Hac Vice,,,,,,,, 916 RIC Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 409 Rule 7.1 Disclosure Sta by Saudi American Bank,, 433 Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, 1546 Case Management Pl MOTION to Dismiss. filed by Faisal Islamic Bank,, 795 Acknowledgment of Service Complaints, filed by Federal Ins Company et al., Plaintiffs,, 1261 Affidavit of Service Complaints,,,,, filed by Federal Insurance Company et al., Plain MOTION to Dismiss Certain Consolidated Complaints. filed by Sultan Bin Abdulaziz Al Saud,, 349 MOTION to Dism by Mohammed Bin Abdulrahman Al Ariefy,, Faisal Group Holding Co.,, Alfaisaliah Group,, Addullah Al Faisal Abd Saud,, 1099 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 670 RICO Statement filed by Estate of John P.O' 782 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 123 Endorsed Letter,,, 1580 Affirmation in Opposition to filed by Plaintiffs Executive Committees,, 75 Certificate of Service Other, filed by United States of America,, 114 Cle*

*Certificate of Mailing,, 1331 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1183 MOTION to Dismiss. filed by Muhsen Al Turki,, 658 Notice of Voluntary Dismissal − Signed,, 1427 Notice of Appearance filed by Aradi, Inc.,, 149 to Motion, filed by Burnett Plaintiffs,, 393 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 70 Publication, filed by All Plaintiffs,, 811 Stipulation and Order,,, 498 Memorandum of Law in Oppisition to Motion fil Hamdi,, 437 Rule 7.1 Disclosure Statement filed by Federal Insurance Company et al., Plaintiffs,, 1383 Memorandu Support of Motion, filed by Banca Del Gottardo,, 791 Order on Motion to Dismiss,, 523 Notice (Other) filed by Kath Ashton,, 192 Letter, filed by Abdul Rahman Khaled Bin Mahfouz,, 618 Endorsed Letter,, 967 Response to Motion,,, fi Mohammed Al Faisal Al Saud,, Sultan Bin Abdulaziz Al Saud,, Prince Turki Al Faisal Al Saud,, The Kingdom of Sau 1250 Memorandum of Law in Oppisition to Motion,, filed by Continental Casualty Company,, 1225 Order, Set Deadlines/Hearings,,,,,,, 1173 RICO Statement filed by Continental Casualty Company,, 1117 Endorsed Letter,, 860 Statement filed by Euro Brokers Inc., et al.,, 1055 Endorsed Letter,, 405 Memorandum of Law in Oppisition to Motio Burnett Plaintiffs,, 1311 Reply Memorandum of Law in Support of Motion,, filed by Mohammed Ali Sayed Mushayt,, Memorandum of Law in Support of Motion filed by Taha Jaber Al−Alwani,, 1479 CONSENT MOTION for Extension File Answer To Federal Insurance Complaint. filed by International Islamic Relief Organization(IIRO),, 573 Notice by Federal Insurance Company et al., Plaintiffs,, 1387 Declaration in Support, filed by Ibrahim Bin Abdul Aziz Al Ib Foundation,, 902 MOTION to Dismiss of Mar−Jac Poultry, Inc.. filed by Mar−Jac Poultry, Inc.,, 1034 Declaration i Opposition to Motion,,,, filed by Plaintiffs Executive Committees,, 1332 Notice (Other) filed by Estate of John P.O'Ne 505 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 282 Memorandum of Law in Oppisitio filed by Burnett Plaintiffs,, 714 Clerk Certificate of Mailing,, 985 Stipulation and Order, Set Motion and R&R Deadlines/Hearings,,, 824 Stipulation and Order,,, 62 Memo Endorsement,, 1508 Memorandum of Law in Oppisitio Motion,,, filed by Federal Insurance Company et al., Plaintiffs,, 576 Stipulation and Order,,,, 422 CONSENT MOTIO Extension of Time /Consent Motion and Stipulation as to Further Extension of Time. filed by DMI Administrative Ser Islamic Investment Company of the Gulf (Sharjah),, 1297 Notice (Other) filed by Burnett Plaintiffs,, 1148 Affidavit in to Motion,,, filed by Continental Casualty Company,, Cantor Fitzgerald & Co.,, New York Marine and General Insur Company,, Kathleen Ashton,, Estate of John P.O'Neill, Sr.,, Burnett Plaintiffs,, Federal Insurance Company et al., Pl World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1487 Stipulation and Order,,,, 72 Order Admi Attorney Pro Hac Vice,, 749 Clerk Certificate of Mailing,,,, 1159 RICO Statement filed by Continental Casualty Com Stipulation and Order,,, 542 Stipulation and Order,, 79 Reply Memorandum of Law in Support,,,,, filed by Maryland Company,, Pacific Indemnity Company,, Vigilant Insurance Company,, Federal Insurance Company,, Great Norther Company,, Fidelity And Deposit Company of Maryland,, North River Insurance Company,, Northern Insurance Com New York,, Zurich American Insurance Company,, American Zurich Insurance Company,, American Guarantee and Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Chubb Insurance Company of Canada,, Chubb Insuranc of New Jersey,, United States Fire Insurance Company,, Steadfast Insurance Company,, Assurance Company of Ame American Alternative Insurance Corporation,, One Beacon Insurance Company,, Chubb Custom Insurance Compan Indemnity Insurance Company,, One Beacon America Insurance Company,, Colonial American Casualty and Surety Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance As Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, The Princeton Excess & Surplus Insurance Company,, 411 Reply Memorandum of Law in Support of Motion, filed by Salman Bin Abdulaziz Al Saud,, Memorandum of Law in Support of Motion,,, filed by Asat Trust Reg.,, Martin Watcher,, Erwin Watcher,, Sercor Tre Anstalt,, 1513 Memorandum of Law in Support of Motion,, filed by Mohammed Al Faisal Al Saud,, 894 Reply Memo Law in Support of Motion,,, filed by Perouz Seda Ghaty,, Al Haramain Islamic Foundation, Inc.,, 1333 Notice (Othe Estate of John P.O'Neill, Sr.,, 39 Rule 7.1 Disclosure Statement filed by National Commercial Bank,, 1628 Reply Me of Law in Support of Motion,, filed by Al Baraka Investment and Development Corporation,, Saleh Abdullah Kamel,, Baraka Group LLC,, 1194 Affidavit in Support of Motion,, filed by Talal Mohammed Badkook,, 516 Affirmation in O Motion, filed by Federal Insurance Company et al., Plaintiffs,, 247 Case Management Plan,,,,,, 1197 Affidavit in Sup Motion, filed by Adnan Basha,, 1227 MOTION to Add Party(ies) Thomas E. Burnett, Sr., et al. Notice of Motion to A Pursuant to Federal Rule of Civil Procedure 15(d). filed by Burnett Plaintiffs,, 431 Rule 7.1 Disclosure Statement fil Federal Insurance Company et al., Plaintiffs,, 979 MOTION to Dismiss. MOTION to Dismiss for Lack of Jurisdictio to Dismiss. MOTION to Dismiss for Lack of Jurisdiction. filed by Dallah Al Baraka Group LLC,, 483 Notice of Appe by John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Nei Memorandum of Law in Support filed by National Commercial Bank,, 1169 RICO Statement filed by Continental Ca Company,, 1327 Notice (Other) filed by Federal Insurance Company et al., Plaintiffs,, 1074 Endorsed Letter,, 773 St and Order,,, 904 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 1274 Notice (Other), Notice filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 258 Rule 7.1 Discl Statement filed by Saudi Economic and Development Company,, 269 Order on Motion to Appear Pro Hac Vice, 630 Statement filed by Estate of John P.O'Neill, Sr.,, 1402 MOTION to Dismiss. filed by Daral Maal Al Islami Trust,, 95 Memorandum of Law in Support of Motion,, filed by Dubai Islamic Bank,, 671 Endorsed Letter,, 108 MOTION to Di by Abdullah M. Al−Mahdi,, 1046 Memorandum of Law in Oppisition to Motion,,,, filed by Plaintiffs Executive Comm Stipulation and Order,, 1325 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 655 MOTION t the Consolidated Personal Injury Complaints (Ashton, Burnett, Salvo, and Tremsky). filed by Perouz Seda Ghaty,, 14 to Complaint filed by Jamal Barzinji,, 783 Stipulation and Order,, 90 Order Admitting Attorney Pro Hac Vice,, 1404 to Dismiss. filed by Daral Maal Al Islami Trust,, 1584 Stipulation and Order,, 564 Order Admitting Attorney Pro Ha 1062 Reply Memorandum of Law in Support of Motion,, filed by Faisal Islamic Bank,, 1382 MOTION to Dismiss. fil Del Gottardo,, 1313 Notice (Other), Notice (Other) filed by Port Authority of New York & New Jersey,, Cantor Fitzg*

*Co.,, 1407 Endorsed Letter,, 734 Notice of Substitution of Attorney, filed by DMI Administrative Services S.A.,, 508 E Letter,, 218 Memorandum of Law in Oppisition to Motion filed by Burnett Plaintiffs,, 835 MOTION to Dismiss. filed Islamic Bank,, 1591 Memorandum of Law in Support of Motion, filed by Schreiber & Zindel,, Frank Zindel,, Engelbe Schreiber,, Engelbert Schreiber, Jr, 543 Notice (Other) filed by Kathleen Ashton,, 1217 Notice (Other), Notice (Othe Burnett Plaintiffs,, 950 Notice (Other) filed by World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, of Appearance filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 1633 Reply Memorand in Support of Motion,, filed by Council on American−Islamic Relations (CAIR),, 1535 Answer to Amended Complain International Islamic Relief Organization(IIRO),, 1127 Clerk Certificate of Mailing,, 1039 Affirmation in Opposition filed by Plaintiffs Executive Committees,, 1634 Certificate of Service Other,, filed by Council on American−Islamic R (CAIR),, 609 Stipulation and Order,,, 646 Endorsed Letter,, 170 Reply Memorandum of Law in Support of Motion, fi National Commercial Bank,, 1354 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 785 Stipulation and Order,,, Statement filed by Estate of John P.O'Neill, Sr.,, 1209 Reply Memorandum of Law in Support of Motion,, filed by S.M Schreiber & Zindel,, Frank Zindel,, Engelbert Schreiber,, Engelbert Schreiber, Jr, 1637 Notice of Appeal filed by All 1188 Affidavit in Support of Motion,, filed by Safar Al−Hawali,, 812 Endorsed Letter,,, 52 MOTION to Dismiss. filed Abdullah Kamel,, Al Baraka Investment & Development Corp.,, 1410 Notice (Other) filed by Faisal Islamic Bank,, 1 (Other) filed by Estate of John P.O'Neill, Sr.,, 1423 Response in Support of Motion,, filed by Abdullah Omar Naseef,, Memorandum of Law in Support, filed by DMI Administrative Services S.A.,, 44 Memorandum of Law in Support of M by Saudi Binladin Group, Inc.,, 1395 Notice (Other) filed by Soliman H.S. Al−Buthe,, 260 Endorsed Letter,,,, 1206 A Support of Motion,, filed by Abdullah Omar Naseef,, 489 MOTION to Dismiss Notice of Motion to Dismiss. filed by I Investment Company of the Gulf (Sharjah),, 1561 MOTION to Strike Document No. 1426 NOTICE OF THE FEDER PLAINTIFFS' MOTION TO STRIKE RENEWED MOTION TO DISMISS SAAR NETWORK DEFENDANTS. filed by Insurance Company et al., Plaintiffs,, 778 RICO Statement, filed by World Trade Center Properties LLC, et al.,, 746 and Order,, 635 MOTION for E. Michael Bradley to Withdraw as Attorney. filed by Bakr M Bin Laden,, Tarek M. Bi Omar M. Bin Laden,, Khaled Bin Salim Bin Mahfouz,, Saudi Binladin Group, Inc.,, 1566 Declaration in Opposition t filed by Estate of John P.O'Neill, Sr.,, 1341 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 139 Notice of Appea by Salman Bin Abdulaziz Al Saud,, 1 MDL Conditional Transfer In Order,,, 550 Stipulation and Order of Dismissal,, MOTION (FILED ON SERVICE DATE) for Michael K. Kellogg, Mark C. Hansen, David C. Frederick, Michael J. G J.C. Rozendaal to Appear Pro Hac Vice. filed by Turki Al Faisal Al Saud,, 1101 MOTION to Dismiss for Lack of Juri and Insufficient Service of Process. filed by Sercor Treuhand Anstalt,, 971 RICO Statement filed by Euro Brokers Inc 660 Stipulation and Order,, 1108 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 827 RICO Statement filed by John P.O'Neill, Sr.,, 593 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 1210 RICO Stateme New York Marine and General Insurance Company,, 1516 Memorandum of Law in Support of Motion,, filed by Saud Commission,, Salman Bin Abdulaziz Al Saud,, Naif Bin Abdulaziz Al Saud,, 415 MOTION to Dismiss Notice of Motio SNCB Corporate Finance Ltd.,, SNCB Securities Ltd. in London,, 1057 MOTION to Dismiss for Lack of Jurisdiction to State a Claim. filed by Yousef Jameel,, 1181 Memorandum of Law in Support of Motion,, filed by Abdullah Bin Sa Al−Obaid,, 1110 Stipulation and Order of Dismissal,, 1100 MOTION to Dismiss for Lack of Jurisdiction and Insuffic Service of Process. filed by Asat Trust Reg.,, Martin Watcher,, Erwin Watcher,, 1623 Endorsed Letter,,,, 1504 MOTI Dismiss. filed by Abdullah Bin Laden,, 1059 Declaration in Support of Motion,, filed by Yousef Jameel,, 1448 Memor Law in Support of Motion,, filed by Abdulrahman Bin Mahfouz,, 64 Memo Endorsement, 1137 Endorsed Letter,,, 849 Memorandum of Law in Support of Motion filed by Faisal Islamic Bank,, 699 RICO Statement, filed by Euro Brokers 738 Stipulation and Order,,, 316 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company Plaintiffs,, 1185 Affidavit in Support of Motion,, filed by Abdullah Muhsen Al Turki,, 255 MOTION for Reconsiderati Non−Final Ruling Dismissing Claims Against Defendants Sultan Bin Abdulaziz Al−Saud and Turki Al−Faisal Bin A Al−Saud. filed by Burnett Plaintiffs,, 1530 Reply Memorandum of Law in Support of Motion filed by Taha Jaber Al− 1257 Affirmation in Opposition to Motion,,, filed by Federal Insurance Company et al., Plaintiffs,, 42 Rule 7.1 Disclo Statement filed by Saudi Binladin Group, Inc.,, 60 MOTION to Dismiss the Claims Against It in Plaintiffs' Fourth Am Complaint. filed by International Institute of Islamic Thought,, 1620 Notice of Appeal filed by Federal Insurance Co al., Plaintiffs,, 457 Notice (Other) filed by Soliman H.S. Al−Buthe,, 1405 Memorandum of Law in Support of Motion Daral Maal Al Islami Trust,, 1465 Stipulation and Order of Dismissal,,, 695 RICO Statement filed by Federal Insura Company et al., Plaintiffs,, 168 Declaration filed by Burnett Plaintiffs,, 1241 MOTION to Dismiss the World Trade C Properties and Euro Brokers actions. filed by DMI Administrative Services S.A.,, 1083 RICO Statement filed by Esta P.O'Neill, Sr.,, 1375 MOTION to Dismiss the Ashton action. filed by Daral Maal Al Islami Trust,, 1187 Memorandu Support of Motion, filed by Safar Al−Hawali,, 698 RICO Statement, filed by Euro Brokers Inc., et al.,, 273 Affirmatio Opposition to Motion, filed by Burnett Plaintiffs,, 1611 Notice of Appeal filed by Federal Insurance Company et al., 831 Stipulation and Order,, 434 Endorsed Letter,, 1294 Notice (Other) filed by Burnett Plaintiffs,, World Trade Cent Properties LLC, et al.,, Euro Brokers Inc., et al.,, 362 Reply Memorandum of Law in Support of Motion, filed by Abd Saleh Al Obaid,, 1575 Memorandum of Law in Oppisition to Motion,,, filed by Plaintiffs Executive Committees,, 228 Appearance filed by International Development Foundation,, Saudi Economic and Development Company,, Mohamm Bin Mahfouz,, 818 Memorandum of Law in Oppisition to Motion, filed by Continental Casualty Company,, 776 MOT Stephanie W. Fell to Withdraw as Attorney. filed by Al Baraka Investment & Development Corp.,, 1164 RICO Statem Federal Insurance Company et al., Plaintiffs,, 115 Response, filed by United States of America,, 385 Affidavit of Serv Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 143 MOTION to Dismiss the First Amended Com by Jamal Barzinji,, 285 Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, 414 Rule 7.1 Disclosure Statement SNCB Corporate Finance Ltd.,, SNCB Securities Ltd. in London,, 194 Notice of Appearance filed by Alfaisaliah Gro*

*Addullah Al Faisal Abdulaziz Al Saud,, 1379 Notice (Other) filed by World Trade Center Properties LLC, et al.,, 395 Complaint filed by Perouz Seda Ghaty,, 1392 MOTION to Dismiss (corrected). filed by Banca Del Gottardo,, 353 MO Dismiss Failure to State a Claim. MOTION to Dismiss for Lack of Jurisdiction Lack of Subject Matter Jurisdiction. M Dismiss Failure to State a Claim. MOTION to Dismiss for Lack of Jurisdiction Lack of Subject Matter Jurisdiction. fi Saleh Abdullah Kamel,, Al Baraka Investment & Development Corp.,, 1565 Stipulation and Order, Set Deadlines,,,,, Statement filed by World Trade Center Properties LLC, et al.,, 1010 Affidavit in Opposition to Motion,,, filed by Fede Insurance Company,, Continental Casualty Company,, Cantor Fitzgerald & Co.,, New York Marine and General Insu Company,, Kathleen Ashton,, John Patrick O'Neill, Jr., Burnett Plaintiffs,, World Trade Center Properties LLC, et al Brokers Inc., et al.,, 1607 Reply Affidavit in Support,, filed by Ahmed Totonji,, Mohammed Jaghlit,, Grove Corporate Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena Corporation,, Reston Investments, Inc.,, Safa Trust,, St Charitable Gift Fund,, Sterling Management Group, Inc.,, York Foundation,, African Muslim Agency,, International I Islamic Thought,, 1605 Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs,, 598 Notice of Appear by Naif Bin Abdulaziz Al Saud,, 18 MDL Transfer In,,, 934 Endorsed Letter, Set Scheduling Order Deadlines,,,,, 96 M Dismiss for Lack of Jurisdiction the Third Amended Complaint (Burnett). filed by Abdul Rahman Al Swailem,, 231 Memorandum & Opinion,,,, 257 Rule 7.1 Disclosure Statement filed by International Development Foundation,, 110 Statement filed by Estate of John P.O'Neill, Sr.,, 727 MOTION to Dismiss. filed by Sami Omar Al−Hussayen,, 1018 Memorandum of Law in Support of Motion, filed by Khaled Bin Salim Bin Mahfouz,, 859 RICO Statement filed by Wo Center Properties LLC, et al.,, 401 Reply Memorandum of Law in Support of Motion, filed by Naif Bin Abdulaziz Al S Stipulation and Order,, 207 Brief filed by Wa'el Hamza Jalaidan,, 1041 Memorandum of Law in Support of Motion, f Schreiber & Zindel,, Frank Zindel,, Engelbert Schreiber,, Engelbert Schreiber, Jr, 350 Memorandum of Law in Supp Motion filed by Mohammed Bin Abdulrahman Al Ariefy,, Faisal Group Holding Co.,, Alfaisaliah Group,, Abdullah A Abdulaziz AlSaud,, 999 Memorandum of Law in Oppisition to Motion, filed by Naif Bin Abdulaziz Al Saud,, Salman B Abdulaziz Al Saud,, 886 Notice of Voluntary Dismissal − Signed,, 1414 Response in Support of Motion, filed by Sheik Al−Husaini,, 140 MOTION to Dismiss the Complaints. filed by Salman Bin Abdulaziz Al Saud,, 1115 MOTION to Di by Mar−Jac Poultry, Inc.,, 502 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 323 Order, Statement filed by Federal Insurance Company et al., Plaintiffs,, 1299 Reply Memorandum of Law in Support of Mot by Saleh Al−Hussayen,, 617 Reply Memorandum of Law in Support of Motion filed by DMI Administrative Services S RICO Statement filed by World Trade Center Properties LLC, et al.,, 1178 Memorandum of Law in Support of Motio Saleh Al−Hussayen,, 1480 CONSENT MOTION for Extension of Time to File Answer to Ashton Complaint. filed by International Islamic Relief Organization(IIRO),, 1287 Notice (Other) filed by Burnett Plaintiffs,, World Trade Cente Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1606 Reply Memorandum of Law in Support,,, filed by Ahmed Toto Mohammed Jaghlit,, Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena Corporat Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc.,, York Founda African Muslim Agency,, International Institute of Islamic Thought,, 494 Reply Memorandum of Law in Support of M by International Islamic Relief Organization(IIRO),, 1020 Memorandum of Law in Oppisition to Motion,,,,, filed by P Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 36 MOTION for More Definite Statement. filed by S Al−Hussayen,, 1298 Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, Brokers Inc., et al.,, 318 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., P 315 Memorandum of Law in Oppisition to Motion,, filed by Federal Insurance Company et al., Plaintiffs,, 1601 Reply Memorandum of Law in Support of Motion,, filed by Ibrahim Bin Abdulaziz Al Ibrahim,, 266 MOTION to Stay Proce filed by Al Haramain Foundation,, Aqeel Al Aqeel,, 319 MOTION (FILED ON SERVICE DATE) for Viet D. Dinh to A Hac Vice. filed by Yousef Jameel,, 1029 Memorandum of Law in Oppisition to Motion,,, filed by Plaintiffs PI Executi Committee,, 590 Reply Memorandum of Law in Support of Motion filed by Islamic Investment Company of the Gulf (I 1051 Reply Memorandum of Law in Support of Motion,,, filed by Abdullah Salaiman Al−Rajhi,, 488 Endorsed Letter Reply Memorandum of Law in Support of Motion,, filed by Faisal Islamic Bank,, 276 Memorandum of Law in Oppisi Motion,, filed by Burnett Plaintiffs,, 1441 Reply Memorandum of Law in Support of Motion filed by Mar−Jac Poultry 1343 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 264 Reply Memorandum of Law in Support of Motion, file Abdul Batterjee,, 566 Notice (Other) filed by Federal Insurance Company et al., Plaintiffs,, 644 Stipulation and Orde Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs,, 775 RICO Statement filed by Port Authority o & New Jersey,, Cantor Fitzgerald & Co.,, 800 Acknowledgment of Service Complaints, filed by Federal Insurance Co al., Plaintiffs,, 1120 RICO Statement, filed by Federal Insurance Company et al., Plaintiffs,, 224 FIRST MOTION for Popilock to Withdraw as Attorney of record in Federal Insurance Company et al., v al Qaida et al, 03cv6978; Vigilan Insurance Company et al, v The Kingdom of Saudi Arabia et al., 03cv8591; In re Terrorist Attack on September 11 fi Federal Insurance Company et al., Plaintiffs,, 23 Endorsed Letter,, 807 Memorandum of Law in Oppisition to Motion Federal Insurance Company et al., Plaintiffs,, 1512 MOTION for Entry of Judgment under Rule 54(b). filed by Turki Al Saud,, Sultan Bin Abdulaziz Al Saud,, Naif Bin Abdulaziz Al Saud,, Saudi High Commission,, The Kingdom of Saud Salman Bin Abdulaziz Al Saud,, 1135 Order,,, 423 Reply Memorandum of Law in Support of Motion,, filed by M. Yaq Jamal Barzinji,, M. Omar Ashraf,, Muhammad Ashraf,, Taha Jaber Al−Alwani,, Grove Corporate, Inc.,, Heritage Ed Trust,, Mar−Jac Investments, Inc.,, Mena Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gi Sterling Management Group, Inc.,, York Foundation,, African Muslim Agency,, International Institute of Islamic Tho Sana−Bell, Inc.,, Iqbal Unus (Yunus),, 843 Memorandum of Law in Support of Motion filed by Faisal Islamic Bank,, Memorandum of Law in Oppisition to Motion, filed by Sultan Bin Abdulaziz Al Saud,, Naif Bin Abdulaziz Al Saud,, 1 Affidavit of Service Complaints filed by Kathleen Ashton,, 949 RICO Statement filed by Federal Insurance Company Plaintiffs,, 1581 Stipulation and Order,,, 1420 Response in Support of Motion, filed by Adnan Basha,, 743 RICO Stat*

*by World Trade Center Properties LLC, et al.,, 1221 RICO Statement filed by World Trade Center Properties LLC, e MOTION to Dismiss. filed by Rabita Trust,, 1439 Memorandum of Law in Support of Motion,, filed by Al Baraka Inv Development Corporation,, Saleh Abdullah Kamel,, Dallah Al Baraka Group LLC,, 1598 Response filed by Internati Islamic Relief Organization(IIRO),, 109 MOTION to Dismiss. filed by Sulaiman Al−Ali,, 383 Affidavit of Service Co filed by Federal Insurance Company et al., Plaintiffs,, 435 MOTION for Service by Publication. filed by All Plaintiffs Status Report filed by Saudi American Bank,, Al Baraka Investment and Development Corporation,, Saleh Abdullah Rajhi Bank,, Arab Bank,, 1212 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al., Brokers Inc., et al.,, 927 Declaration in Support of Motion,, filed by Schreiber & Zindel,, Frank Zindel,, Engelbert Sc Engelbert Schreiber, Jr, 1573 Affirmation in Opposition to Motion,,, filed by Continental Casualty Company,, New Y and General Insurance Company,, Kathleen Ashton,, Federal Insurance Company et al., Plaintiffs,, 844 MOTION to filed by Faisal Islamic Bank,, 846 MOTION to Dismiss. filed by Faisal Islamic Bank,, 567 Notice (Other) filed by Fe Insurance Company et al., Plaintiffs,, 20 Memo Endorsement,,, 839 MOTION to Dismiss. filed by Faisal Islamic Ban Declaration in Support of Motion filed by DMI Administrative Services S.A.,, 430 Notice (Other) filed by Federal Ins Company et al., Plaintiffs,, 29 Memo Endorsement,, 497 Memorandum of Law in Oppisition to Motion filed by Tarik 578 RICO Statement, filed by John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol Dorothy A. O'Neill,, 1060 Clerk Certificate of Mailing,,,,,,, 477 Memorandum of Law in Oppisition to Motion, filed b Plaintiffs,, 540 Endorsed Letter,,, 61 Memo Endorsement, 613 Stipulation and Order,,, 686 Memorandum of Law in to Motion,, filed by Kathleen Ashton,, 924 RICO Statement filed by World Trade Center Properties LLC, et al.,, 288 and Order of Dismissal,, 1477 Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notic Notice (Other) filed by Cantor Fitzgerald & Co.,, John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Burnett & Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers 1167 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 977 Notice (Other), Notice (Other), Notice (Other), Noti filed by Burnett Plaintiffs,, 198 Notice of Appearance filed by Mohammed Bin Abdulrahman Al Ariefy,, Faisal Group Co.,, Alfaisaliah Group,, Abdullah Al Faisal Bin Abdulaziz AlSaud,, 1473 Memorandum of Law in Support of Motion DMI Administrative Services S.A.,, 1047 Affidavit in Opposition to Motion,,,,, filed by Plaintiffs Executive Committee RICO Statement filed by Euro Brokers Inc., et al.,, 317 Notice (Other), Notice (Other) filed by Yousef Jameel,, 955 M Dismiss Complaints. filed by Dubai Islamic Bank,, 1555 RICO Statement filed by Federal Insurance Company et al., 981 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, Memorandum of Law in Oppisition to Motion,, filed by Estate of John P.O'Neill, Sr.,, 1350 Notice (Other) filed by Es P.O'Neill, Sr.,, 150 Memorandum of Law in Oppisition to Motion filed by Burnett Plaintiffs,, 390 Waiver of Service E filed by Federal Insurance Company et al., Plaintiffs,, 647 RICO Statement filed by Federal Insurance Company et a Plaintiffs,, 1153 RICO Statement filed by Euro Brokers Inc., et al.,, 92 Reply Memorandum of Law in Support of Mot Al−Rajhi Banking & Investment Corp.,, 311 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, (Other) filed by Estate of John P.O'Neill, Sr.,, 1278 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center P LLC, et al.,, Euro Brokers Inc., et al.,, 1459 Certificate of Service Other,, filed by Wamy International, Inc.,, World A Muslim Youth,, 1196 Memorandum of Law in Support of Motion, filed by Adnan Basha,, 1145 Affidavit of Service Co filed by Estate of John P.O'Neill, Sr.,, 87 MOTION to Dismiss for Lack of Jurisdiction the Third Amended Complaint filed by Abdullah Omar Naseef,, 1023 Transcript, 871 RICO Statement filed by Continental Casualty Company,, 528 Letter,, 1273 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers In 296 Reply Memorandum of Law in Support of Motion filed by Saudi American Bank,, 1326 RICO Statement filed by Insurance Company et al., Plaintiffs,, 790 Stipulation and Order,, 1515 MOTION to Dismiss Complaints. filed by Sa Commission,, Salman Bin Abdulaziz Al Saud,, Naif Bin Abdulaziz Al Saud,, 1608 Notice of Appeal filed by Federal In Company et al., Plaintiffs,, 913 Stipulation and Order of Dismissal,,, 810 Response in Opposition to Motion,,, filed b John P.O'Neill, Sr.,, 1424 Response in Support of Motion,, filed by Saudi Red Crescent,, 1456 MOTION to Dismiss N Motion. filed by World Assembly of Muslim Youth,, 56 MOTION to Dismiss., 1182 Affidavit in Support of Motion,, fil Abdullah Bin Saleh Al−Obaid,, 1490 RICO Statement filed by World Trade Center Properties LLC, et al.,, 601 Notic Appearance filed by Naif Bin Abdulaziz Al Saud,, 1269 Reply Affidavit in Support of Motion,, filed by Sheik Hamad A 443 MOTION to Dismiss. filed by Abdurahman Alamoudi,, 1367 Notice (Other) filed by Burnett Plaintiffs,, 626 RIC filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 893 Notice (Other) filed by Soliman H Al−Buthe,, 1270 Reply Memorandum of Law in Support of Motion,, filed by Saudi Red Crescent,, 1493 Declaration i Opposition to Motion,, filed by Estate of John P.O'Neill, Sr.,, 373 Order on Motion to Appear Pro Hac Vice,, 1534 A Amended Complaint, filed by Muslim World League,, 151 Memorandum of Law in Oppisition to Motion, filed by Bur Plaintiffs,, 1564 Memorandum of Law in Oppisition,, filed by Federal Insurance Company et al., Plaintiffs,, 312 Resp Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 945 RICO Statement filed by Euro Brok al.,, 1437 Declaration in Support of Motion,,, filed by Asat Trust Reg.,, Martin Watcher,, Erwin Watcher,, Sercor Tre Anstalt,, 138 Notice (Other) filed by Burnett Plaintiffs,, 367 MOTION to Strike Portions of Federal Plaintiffs' Opposi (Dkt. No. 315). filed by Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena Corpo Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc.,, York Found African Muslim Agency,, International Institute of Islamic Thought,, Sana−Bell, Inc.,, 1445 Stipulation and Order,,,,, MOTION to Dismiss for Lack of Jurisdiction. filed by Schreiber & Zindel,, Frank Zindel,, Engelbert Schreiber,, Enge Schreiber, Jr, 1076 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 16 Order, Set Deadlines,,,,,,,,,,,,,,,,,, 336 Response to Motion filed by M. Omar Ashraf,, Muhammad Ashraf,, Taha Jaber Al−Alwani,, Iqbal Unus (Yunus),, M. Mirza,, 802 RICO Statement filed by Continental Casualty Company,, 688 Notice of Voluntary Dismissal − Signed,,*

*of Appeal, 968 Stipulation and Order,,,, 49 MOTION to Dismiss and Memorandum of Law in Support of Motion to D to Quash Service of Process of His Royal Highness Prince Turki Al−Faisal bin Abdulaziz Al−Saud. filed by Turki Al Saud,, 1360 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1201 MOTION to Dismiss. filed by Mohammed Ali Mushayt,, 413 Rule 7.1 Disclosure Statement filed by National Commercial Bank,, 1511 MOTION for Entry of Judgn Rule 54(b) Notice of Motion of HRH Prince Mohamed Al Faisal Al Saud for Entry of Judgment Pursuant to Federal Civil Procedure 54(b). filed by Mohammed Al Faisal Al Saud,, 1397 MOTION to Dismiss. filed by Daral Maal Al Isl 697 RICO Statement filed by Euro Brokers Inc., et al.,, 1113 Reply Memorandum of Law in Support of Motion,, filed H.S. Al−Buthe,, 77 Order Admitting Attorney Pro Hac Vice,, 506 Affidavit in Opposition to Motion, filed by Burnett 1190 Memorandum of Law in Support of Motion,, filed by Sheik Hamad Al−Husaini,, 37 Declaration in Support of M by Sami Omar Al−Hussayen,, 33 Memo Endorsement,, 119 Notice of Appearance filed by Sulaiman Al−Ali,, Abdulla Al−Mahdi,, Abdul Al−Moslah,, Al Haramain Foundation,, Mohammed Jamal Khalifa,, Adel Abdul Batterjee,, Aqeel Saleh O. Badahdah,, 284 MOTION to Quash Subpoena Served on Citibank FSB and for a Protective Order. filed by Abdullah Al Kadi,, 851 Memorandum of Law in Support of Motion filed by Faisal Islamic Bank,, 774 RICO Statemen Federal Insurance Company et al., Plaintiffs,, 1340 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 118 Notice Appearance filed by Islamic Assembly of North America,, 1514 Memorandum of Law in Support of Motion,,, filed by Abdulaziz Al Saud,, Naif Bin Abdulaziz Al Saud,, Prince Turki Al Faisal Al Saud,, The Kingdom of Saudi Arabia,, Sa Abdulaziz Al Saud,, 1218 RICO Statement filed by Euro Brokers Inc., et al.,, 73 Order Admitting Attorney Pro Hac V MOTION to Dismiss. filed by Jamal Barzini,, 1031 Declaration in Opposition to Motion,,,, filed by Plaintiffs PI Exec Committee,, 46 MOTION to Dismiss of the Defendant The National Commercial Bank. filed by National Commercial Stipulation and Order,, 1463 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Susan Brady,, Joseph Donovan,, Carmen Garcia,, Hector Garcia,, Joh Maryland Casualty Company,, Pacific Indemnity Company,, Port Authority of New York & New Jersey,, Dennis Qui Quinn,, William D Robbins,, Vigilant Insurance Company,, Federal Insurance Company,, Valley Forge Insurance Co Plaintiffs,, Allstate Insurance Company,, Great Northern Insurance Company,, National Fire Insurance Company of Continental Casualty Company,, Patricia Coughlin,, Kevin Rogers,, Fidelity And Deposit Company of Maryland,, Transcontinental Insurance Company,, Transportation Insurance Company,, Andrew Quinn,, North River Insurance Northern Insurance Company of New York,, Edward J. Sweeney,, Shirley Henderson,, Michael Puckett,, Mark Barbie Insurance Company, Inc.,, Cantor Fitzgerald & Co.,, Zurich American Insurance Company,, James Boyle,, American Insurance Company,, Diane Miller,, William Ellis, Jr., American Guarantee and Liability Insurance Company,, Grea Reinsurance (UK) PLC,, Melvin C. Lewis,, William Nelson,, David M. Bernstein,, Pedro Saleme,, Chubb Insurance C Canada,, Chubb Insurance Company of New Jersey,, Edward Walsh,, United States Fire Insurance Company,, Stead Insurance Company,, William Martin,, Continental Insurance Company,, Benjamin Arroyo,, Thomas Fletcher,, John Assurance Company of America,, Glens Falls Insurance Company,, American Alternative Insurance Corporation,, B Dawn Brown,, American Casualty Company of Reading, Pennsylvania,, One Beacon Insurance Company,, Commerc Insurance Company of Newark, N.J.,, Chubb Custom Insurance Company,, Deena Burnett,, Kathleen Ashton,, Joseph Angelica Allen,, George Andrucki,, Mary Andrucki,, Winifred Aranyos,, Margaret Arce,, Margit Arias,, Evelyn Aron, Badagliacca,, Christina Baksh,, Joanne Barbara,, Daniel F. Barkow,, Nina Barnes,, Jeannine P. Baron,, Jane Bartel Kimberly Kaipaka Beaven,, Michelle Bedigan,, Susan Berger,, Madeline Bergin,, Miriam M. Biegeleisen,, Christine B. Blass,, Kris A. Blood,, Dorothy Ann Bogdan,, Maria Teresa Boisseau,, Kathleen Box,, David Brace,, Curtis Fred Hillary A. Briley,, Ursula Broghammer,, JoAnne Bruehert,, Juan B. Bruno,, Susan E. Buhse,, Elizabeth R. Burns,, Ja Cahill,, James W. Cahill,, Kathleen Cahill,, Deborah Calderon,, Janet Calia,, Jacqueline Cannizzaro,, Cathy A. Car Ann Carroll,, Judith Casoria,, Tracy Ann Taback Catalano,, Santa Catarelli,, Gina Cayne,, Suk Tan Chin,, Catherine Regenhard,, Edward P. Ciafardini,, Lisa DiLallo Clark,, Yuko Clark,, Maryann Colin,, Julia Collins,, Patricia Copp Cruz,, Ildefonso A. Cua,, Linda Curia,, David Edward Cushing,, Louisa D'Antonio,, Beril Sofia DeFeo,, Vincent J. D Todd DeVito,, Milagros Diaz,, Dhanmatee Sam,, Maria DiPilato,, Stacey Fran Dolan,, Rosalie Downey,, Jay Charle Stanley Eckna,, Denise Esposito,, Dennis Euleau,, Maryanne Farrell,, Clifford Tempesta,, Dorothy Tempesta,, Melis Fatha,, Steven Feidelberg,, Wendy Feinberg,, Charlene Fiore,, Brian Flannery,, Robert T. Folger,, Kurt Foster,, Cla Flyzik,, Nancy Walsh,, Carol Francolini,, Helen Friedlander,, Lisa Friedman,, Anne Gabriel,, Walter Tremsky,, Eilee Colligan,, Paul Quinn,, Monica M. Gabrielle,, Kathleen Ganci,, Elizabeth Gardner,, Diane Genco,, Philip Germain,, Gies,, John J. Gill,, Serina Gillis,, Angela Gitto,, Meg Bloom Glasser,, Sharon Cobb−Glenn,, Jodie Goldberg,, Mia C Deborah Grazioso,, Claudette Greene,, Peter Greenleaf,, Joanne Gross,, Mary Haag,, Gordon G. Haberman,, Patric Renne Bacotti Hannafin,, Dorothy Garcia,, Benhardt R. Wainio,, Perry S. Oretzky,, Basmattie Bishundat,, Rachel R. Sheila Gail Harris,, Jennifer L. Harvey,, Kelly Hayes,, Virginia Hayes,, Theresa Healey,, Hashim A. Henderson,, Ka Dennis L. Hobbs,, Dixie M. Hobbs,, Pamela Hohlweck,, Kathleen Holland,, Rubina Cox−Holloway,, Joann T. Howa Hunter,, Kathryn J. Hussa,, Yesenia Ielpi,, Frederick Irby,, Jennifer Ruth Jacobs,, Kazmierz Jakubiak,, Leila M. Jose Joseph,, Paul Kaufman,, Elizabeth H. Keller,, Patricia Kellett,, Emmet P. Kelly,, Rosemary Kempton,, Donald Franc Kennedy,, Richard I. Klein,, Fran LaForte,, Edlene C. LaFrance,, Collette M. LaFuente,, Morris D. Lamonsoff,, And LeBlanc,, Donald Leistman,, Elaine Leinung,, Roberta J. Levine,, Kathleen Keeler Lozier,, Anne MacFarlane,, Lisan MacKenzie,, Andrea Maffeo,, Pamela Ann Maggitti,, Natalie Makshanov,, Rebecca L. Marchand,, Lori Mascali,, Do Mauro,, Meryl Mayo,, Margaret Donoghue McGinley,, Iliana McGinnis,, Cynthia F. McGinty,, Theresa McGovern,, McDowell,, Joann Meehan,, Fryderyk Milewski,, Anna Milewski,, Amber Miller,, Jamie Miller,, Faith Miller,, Barba Minervino,, Joanne Modafferi,, Anna Mojica,, Saradha Moorthy,, Elizabeth Ann Moss,, Emily Motroni,, Lauren Mur P. Murphy,, Richard B. Naiman,, Edward Navarro,, Dana Noonan,, William B. Novotny,, James Wallace O'Grady,, S Oliver,, Lisa Palazzo,, Donna Paolillo,, Helene S. Passaro,, Mary Gola Perez,, Linda Pickford,, Nancy Picone,, Jean*

*Powell,, Karen Princiotta,, Dominic J. Puopolo, Sr., Patricia Quigley,, Francine Raggio,, Deborah Francke,, Marya Sadiq Rasool,, Susan Rasweiler,, Albert T. Regenhard,, Elizabeth Rego,, Martin Rosenbaum,, Glenna M. Rosenburg,, Rosenblum,, Lauren Rosenzweig,, Claudia Ruggiere,, Gilbert Ruiz, Jr., Andrea Russin,, Diane Ryan,, Delphine Saad Scaramuzzino,, Phyllis Schreier,, Lori Shulman,, Eileen Simon,, Dhanraj Singh,, Mark J. Siskopoulos,, Donna Smith, Sohan,, Robert Spadafora,, Laurie Spampinato,, Theresa A. Stack,, Eileen Tallon,, Patricia Tarasiewicz,, Evelyn Tep Thackurdeen,, Sat Thackurdeen,, Rosanna Thompson,, Andrija Tomasevic,, Radmila Tomasevic,, Kimberly Trimingh Marie Twomey,, Victor Ugolyn,, Feliciana Umanzor,, Virginia Lorene Rossiter Valvo,, Jasmine Victoria,, Richard Vi Virgilio,, Diane Wall,, Diane M. Walsh,, Amy Weaver,, Delia Welty,, Kristin Galusha−Wild,, Patricia Wiswall,, Anne Wodensheck,, Cella Woo−Yeun,, Siew−Som Yeow,, Erica Zucker,, Nancy Lynn Zuckerman,, Aldo Addissi,, Edward A Kathleen M. Arancio,, Leonard Ardizzone,, Barbara Ardizzone,, Thomas Baez,, Joseph Beltrani,, Andrew Braun,, Ja Cizikie,, Thomas Conroy, Jr., Gibson A. Craig,, Bradley Daly,, Robert D'Elia,, Thomas Donnelly,, Charles Downey,, Downey,, Timothy L. Frolich,, Irene Frolich,, Steven M. Gillespie,, Joseph Hands,, John Hassett,, James D. Hodges,, Issacof,, John F. Jermyn,, Arnold Lederman,, Phyllis Lederman,, Michael J. Lindy,, Sandy Amrita Mahabir,, Kevin M James McGetrick,, Owen McGovern,, Kevin G. Murphy,, Janice O'Dell,, Timothy Parker,, Howard Rice,, Louis Scha Schrimpe,, Scott Ting,, George Luis Torres,, Robert V. Trivingo,, Russell Vomero,, Philip J. Zeiss,, Virginia Bauer,, I Thorpe,, Gladys Salvo,, Harry Ong, Jr., William O'Connor,, Jennifer E. Brady,, Andy Dinoo,, Jeanne M. Evans,, Vic Arestegui,, Lori Fletcher,, Traci Bosco,, Mathilda Geidel,, Regan Grice−Vega,, Elinore Hartz,, Veronica Klares,, Je Michael Deloughery,, Bettyann Martineau,, Virginia McKeon,, Olga Merino,, Warren Monroe,, Amy Farnum,, Kevin Armine Giorgetti,, Charles Schmidt,, Colleen Holohan,, Roberta Kellerman,, Laurie S. Lauterbach,, Ingrid M. Leniha Lovit,, Merrilly E. Noeth,, Janlyn Scauso,, Nancy Shea,, Holli Silver,, Robin Theurkauf,, Joseph A. Tiesi,, Anthony Vi Lena Whittaker,, Madeleine A. Zuccala,, Andrezej Cieslik,, Domenick Damiano,, Warren Hayes,, Evelyn Rodriguez,, Bardales,, Yvonne V. Abdool,, Josephine Acquaviva,, Kara Hadfield,, Jean Adams,, Jessica Murrow−Adams,, Stephe Alderman,, Elizabeth Alderman,, Karium Ali,, Michael J. Allen,, Leonor Alvarez,, Jocelyne Ambroise,, Thomas Arias Arnold,, Philipson Azenabor,, John P. Baeszler,, Kim Barbaro,, Thomas J. Meehan, III, Daryl Joseph Meehan,, Edm Gila Barzvi,, Boris Bililovsky,, Suzanne J. Berger,, Robert J. Bernstein,, Joanne F. Betterly,, John Bonomo,, Krystyn Boryczewski,, Michele Boryczewski,, Julia Boryczewski,, Desiree A. Gerasimovich,, Kathleen M. Buckley,, Javier Bu Chubb Indemnity Insurance Company,, Prakash Bhatt,, William Doyle, Sr., Camille Doyle,, Maureen Kelly,, Chiemi Robert Keane,, One Beacon America Insurance Company,, Houssain Lazaar,, Co−Conspirators,, Jennifer Tarantino Michael Keden,, Nancy Ann Foster,, Beverly Burnett,, Mary Margaret Jurgens,, Martha Burnett O'Brien,, William D Doreen Lutter,, Christine R. Huhn,, Lynn B. Pescherine,, Boston Old Colony Insurance Company,, Paul R. Martin,, I Goodrich,, Ernesto Barrera,, Gregory Stevens,, Sharlene M. Beckwith,, James A. Reed,, Benito Colon,, Victoria Higl Knox,, Laura J. Lassman,, Philip Lee,, Mei Jy Lee,, John Lewis,, Joviana Mercado,, Linda Pascuma,, Sean Passanan Pfeifer,, Daniel Polatsch,, Theresa Regan,, Armand Reo,, Alexander Santoro,, Maureen Santoro,, Narasimha Sattalu Shi,, Cynthia Tumulty,, Yun Yu Zheng,, David Ziminski,, Robert Bermingham,, Mark Bernheimer,, Donald DiDomeni Michael Endrizzi,, Mark Goldwasser,, Ron Harding,, Jeremiah Harney,, Peter Ioveno,, Jurgiel Kazimierz,, Raymond Lachhman,, George Lantay,, Joyce Leigh,, Vincent LeVien,, Jeff Lever,, Jerzy Mrozek,, Carmen Romero,, Christine S Kemraj Singh,, Gary Wendell,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Com American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homeland Insurance Company York,, Crum & Forster Indemnity Company,, The Princeton Excess & Surplus Lines Insurance Company,, Jane Alde Stephen Jezycki,, Catherine Jezycki,, Michael Jezycki,, Jennifer D'Auria,, Richard D. Allen,, Luke C. Allen,, Judith M Lauren Arias Lucchini,, Lorraine Arias Beliveau,, Tara Bane,, Anna M. Granville,, Nicholas Barbaro,, Carol Barba W. Barry,, Maureen Barry,, Emma Tisnovskiy,, Leonid Tisnovskiy,, Rostyslav Tisnovskiy,, Frances Berdan,, John Be Rina Rabinowitz,, Maria Giordano,, Ondina Bennett,, Murray Bernstein,, Norma Bernstein,, Irene Bilcher,, Lillian B Rosemarie Corvino,, Bhola P. Bishundat,, Miles Bilcher,, Sonia Bonomo,, Sharon Booker,, Rose Booker,, Michael Bo John C. Buckley,, Jane M. Smithwick,, Fiona Havlish,, Thomas Burnett,, National Ben Franklin Insurance Company Alexander Paul Aranyos,, Michael Girdano,, Russa Steiner,, Clara Chirchirillo,, Ellen L. Saracini,, TheresaAnn Los Thomas E. Burnett, Sr., Judith Reiss,, William Coale,, Patricia J. Perry,, Matthew T. Sellitto,, Ralph Maerz, Jr., Lind Martin Panik,, Martina Lyne−Ann Panik,, Stephen L. Cartledge,, Tina Grazioso,, Jin Liu,, Lynn Allen,, Helene Paris Ann R. Haynes,, John Patrick O'Neill, Jr., Theresa King,, Judi A. Ross,, Fiona Havlish,, Grace M. Parkinson−Godsh Loisanne Diehl,, Alfred Acquaviva,, James Alario,,, Andrew Aris,, Donald Aris,, Madelyn Conroy Allen,, George Bo Estate of John P.O'Neill, Sr.,, Burnett Plaintiffs,, Frederick Alger,, Hiscox Dedicated Corporate Member, Ltd.,, Mich Novotny,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, Amlin Underwriting, Ltd.,, CNA Casualty of C Continental Insurance Company of New Jersey,, Fidelity and Casualty Company of New York,, Joann Meehan,, Burn Ashton Plaintiffs,, Barrera Plaintiffs,, Tremsky Plaintiffs,, Salvo Plaintiffs,, Federal Insurance Company et al., Plaint Bin Laden,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, Plaintiffs PI Executive Committee, Executive Committees,, Havlish Plaintiffs,, 925 RICO Statement filed by Euro Brokers Inc., et al.,, 1408 Stipulation a Set Deadlines/Hearings,,,,, 1587 Declaration in Support of Motion filed by Taha Jaber Al−Alwani,, 1184 Memorand in Support of Motion,, filed by Abdullah Muhsen Al Turki,, 1614 MOTION to Dismiss. filed by Al Shamal Islamic Ba Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 636 Endorsed Letter,,,,, 230 Order on Motion to Dismiss,, 151 Stipulation and Order,,,, 597 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1309 Reply Memorandum of La Support of Motion,, filed by Shahir Abdulraoof Batterjee,, 633 MOTION to Dismiss Voluntarily Dismiss Certain Def filed by Salvo Plaintiffs,, 1319 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 1240 Memora Law in Support filed by DMI Administrative Services S.A.,, 1072 Endorsed Letter,, 4 MDL Transfer In,, 1452 Memo Law in Support of Motion,, filed by Yeslam M. Bin Laden,, 1384 MOTION for David P. Donovan to Withdraw as Att*

*by Mohammed Al Faisal Al Saud,, 481 Notice of Appearance filed by Port Authority of New York & New Jersey,, Ca Fitzgerald & Co.,, 892 MOTION to Dismiss. filed by Soliman H.S. Al−Buthe,, 1492 Declaration in Opposition to Mo by Estate of John P.O'Neill, Sr.,, 996 Reply Memorandum of Law in Support of Motion,, filed by Federal Insurance C al., Plaintiffs,, 568 Notice (Other) filed by Federal Insurance Company et al., Plaintiffs,, 1048 Declaration in Opposi Motion,,,, filed by Plaintiffs Executive Committees,, 41 MOTION to Dismiss Memorandum of Law in Support of Moti Dismiss The Fourth Amended Consolidated Master Complaint in Ashton et al. v. Al Qaeda Islamic, et al.. filed by Mo Faisal Al Saud,, 216 Notice (Other) filed by Burnett Plaintiffs,, 730 Memorandum of Law in Support of Motion filed Omar Al−Hussayen,, 10 MOTION (FILED ON SERVICE DATE) for Thomas P. Steindler to Appear Pro Hac Vice. f Yassin Abdullah Al Kadi,, Yousef Jameel,, 1249 Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Exe Committees,, 1229 Affidavit in Support,, filed by Federal Insurance Company et al., Plaintiffs,, 1019 Memorandum o Support of Motion, filed by Khaled Bin Salim Bin Mahfouz,, 94 MOTION to Dismiss (Notice of Motion). filed by DM Administrative Services S.A.,, 930 Declaration in Support of Motion,, filed by Schreiber & Zindel,, Frank Zindel,, En Schreiber,, Engelbert Schreiber, Jr, 998 Stipulation and Order,, 354 RICO Statement filed by Federal Insurance Con Plaintiffs,, 475 Affirmation in Opposition to Motion, filed by Burnett Plaintiffs,, 1186 MOTION to Dismiss. filed by S Al−Hawali,, 141 Memorandum of Law in Support of Motion, filed by Salman Bin Abdulaziz Al Saud,, 161 MOTION First Amended Complaint of Federal Insurance. filed by Arab Bank,, 965 Stipulation and Order,, 17 Order on Motio Pro Hac Vice,, 553 Reply Memorandum of Law in Support of Motion,, filed by National Commercial Bank,, 728 Men of Law in Support of Motion filed by Sami Omar Al−Hussayen,, 1489 RICO Statement filed by Euro Brokers Inc., et RICO Statement filed by World Trade Center Properties LLC, et al.,, 322 Stipulation and Order,,, 406 Reply Memor Law in Support of Motion, filed by Burnett Plaintiffs,, 471 Memorandum of Law in Oppisition to Motion,, filed by Fe Insurance Company et al., Plaintiffs,, 687 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, Memorandum of Law in Support of Motion,,, filed by Perouz Seda Ghaty,, Al Haramain Islamic Foundation, Inc.,, 97 to Dismiss for Lack of Jurisdiction the Third Amended Complaint (Burnett). filed by Mohammed Ali Sayed Mushayt,, Memorandum of Law in Oppisition to Motion filed by New York Marine and General Insurance Company,, 1177 MC Dismiss. filed by Saleh Al−Hussayen,, 432 Notice (Other) filed by Burnett Plaintiffs,, 932 Stipulation and Order,,,,, 9 of Appearance filed by Martin Watcher,, Erwin Watcher,, 764 Clerk Certificate of Mailing,,,, 1130 Clerk Certificate 657 MOTION to Dismiss the Consolidated Property Damage and Insurance Complaints (Continental Casualty, Euro Federal Insurance, NY Marine, and World Trade Center Properties). filed by Perouz Seda Ghaty,, 796 Acknowledgm Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 3 MDL Transfer In,, 515 Memorandum o Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 815 RICO Statement, filed by Federal In Company et al., Plaintiffs,, 1281 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et a Endorsed Letter,,, 175 Reply Memorandum of Law in Support of Motion, filed by Sultan Bin Abdulaziz Al Saud,, 128 (Other), Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et Case Management Plan,,,,,,, 456 Affidavit in Opposition to Motion filed by Kathleen Ashton,, 1079 RICO Statement f Estate of John P.O'Neill, Sr.,, 30 Memo Endorsement,,,,, 988 RICO Statement filed by Estate of John P.O'Neill, Sr.,, (Other), Notice (Other) filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 538 Stipulatio Order of Dismissal,,, 1349 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 557 Declaration in Support of Motio Yassin Abdullah Kadi,, 745 Affirmation in Opposition to Motion, filed by Federal Insurance Company et al., Plaintif Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, 531 Reply Memorandum of Law in Support of Motion filed Omar Al−Hussayen,, 501 Reply Memorandum of Law in Support of Motion, filed by The Kingdom of Saudi Arabia,, Endorsed Letter,,,, 476 Memorandum of Law in Oppisition to Motion,, filed by Federal Insurance Company et al., Pl 713 Clerk Certificate of Mailing Received,,,,,,,,,,, 983 Amended Complaint,, filed by John Patrick O'Neill, Jr., Christi O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 667 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1004 Stipul Order,,, 275 Memorandum of Law in Oppisition to Motion filed by Burnett Plaintiffs,, 340 Declaration in Support of filed by Sami Omar Al−Hussayen,, 368 MOTION to Strike Portions of Federal Plaintiffs' Opposition Briefs (Dkt. No 291). filed by M. Yaqub Mirza,, Iqbal Yunus,, Jamal Barzinji,, M. Omar Ashraf,, Muhammad Ashraf,, Taha Jaber Al− 421 Reply Memorandum of Law in Support of Motion filed by Saudi High Commission,, 1391 Order on Motion to Di Memorandum of Law in Support of Motion filed by Faisal Islamic Bank,, 525 Stipulation and Order,, 107 MOTION filed by Abdul Al−Moslah,, 19 Memo Endorsement,, 1457 Declaration in Support of Motion,, filed by Wamy Internat World Assembly of Muslim Youth,, 359 MOTION to Dismiss for Lack of Jurisdiction Lack of Personal Jurisdiction. f Wael Jalaidan,, 1518 Declaration in Opposition to Motion,, filed by Estate of John P.O'Neill, Sr.,, 1081 RICO Staten Estate of John P.O'Neill, Sr.,, 806 Stipulation and Order,, 1143 Endorsed Letter,,,,, 1599 Response filed by Wa'el Jal 1426 Notice (Other), Notice (Other) filed by Ahmed Totonji,, Mohammed Jaghlit,, Grove Corporate, Inc.,, Heritage Trust,, Mar−Jac Investments, Inc.,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling M Group, Inc.,, York Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, Mena Investme Memo Endorsement,, 490 Memorandum of Law in Support of Motion filed by Islamic Investment Company of the Gu (Sharjah),, Cashiers Remark, 1544 Reply Memorandum of Law in Support of Motion,,, filed by Estate of John P.O'N 416 MOTION to Dismiss Notice of Motion to Dismiss. filed by National Commercial Bank,, 1344 Notice (Other), No filed by Estate of John P.O'Neill, Sr.,, 685 Stipulation and Order,, 1476 Order,, 972 Memorandum of Law in Oppisit Motion,, filed by Al Rajhi Bank,, 83 MOTION to Dismiss for Lack of Jurisdiction the Third Amended Complaint (Bur by Saleh Al−Hussayen,, 534 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 1262 MOTION the Federal Insurance action. filed by DMI Administrative Services S.A.,, 263 MOTION for Leave to File Motion for File Reply Out of Time Defendants' Reply Briefs. filed by Sulaiman Al−Ali,, Al Haramain Foundation,, Mohammed J Khalifa,, Adel Abdul Batterjee,, Aqeel Al−Aqeel,, Islamic Assembly of North America,, 552 Stipulation and Order of*

*645 Stipulation and Order,,,, 611 Stipulation and Order,,, 539 Stipulation and Order,, 829 Stipulation and Order,, 94*
*1213 MOTION to Dismiss the Cantor Fitzgerald action. filed by DMI Administrative Services S.A.,, 1163 Notice of A*
*filed by Banca Del Gottardo,, 582 RICO Statement, filed by John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr.,, C*
*Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 610 Stipulation and Order,,, 923 RICO Statement filed by World T*
*Center Properties LLC, et al.,, 579 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 1279 Noti*
*filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 66 Notice of Volunt*
*Dismissal − Signed,,, 693 Endorsed Letter,, 914 Stipulation and Order,,, 470 Order Admitting Attorney Pro Hac Vice*
*Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 903 Memorandum of Law in Support of Motion filed by Mar−Ja*
*Inc.,, 1363 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 241 MOTION for Roy T. Englert, Jr. to Appear Pro*
*filed by Saudi High Commission,, 1061 Reply Memorandum of Law in Support of Motion,, filed by Faisal Islamic Ba*
*Endorsed Letter,, 1199 Memorandum of Law in Support of Motion,, filed by Shahir Abdulraoof Batterjee,, 1144 Endo*
*Letter,,,, 1572 Memorandum of Law in Oppisition to Motion,,, filed by Continental Casualty Company,, New York Ma*
*General Insurance Company,, Kathleen Ashton,, Federal Insurance Company et al., Plaintiffs,, 1245 Memorandum o*
*Oppisition to Motion,, filed by Plaintiffs Executive Committees,, 826 Order on Motion to Appear Pro Hac Vice,, 1422*
*in Support of Motion,, filed by Mohammed Ali Sayed Mushayt,, Mushayt for Trading Company,, 837 MOTION to Dis*
*by Faisal Islamic Bank,, 922 Notice (Other) filed by Euro Brokers Inc., et al.,, 1005 Memorandum of Law in Oppisiti*
*Motion,,, filed by Federal Insurance Company,, Continental Casualty Company,, Cantor Fitzgerald & Co.,, New Yor*
*and General Insurance Company,, Kathleen Ashton,, John Patrick O'Neill, Jr., Burnett Plaintiffs,, World Trade Cent*
*Properties LLC, et al.,, Euro Brokers Inc., et al.,, 867 MOTION to Dismiss Abdullah Al Rajhi. MOTION to Dismiss fo*
*Jurisdiction Abdullah Al Rajhi. MOTION to Dismiss Abdullah Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction*
*Al Rajhi. MOTION to Dismiss Abdullah Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Abdullah Al Rajhi. fil*
*Abdullah Salaiman Al−Rajhi,, 59 Rule 7.1 Disclosure Statement filed by Al Rajhi Banking and Investment,, 452 Orde*
*Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Executive Committees,, 529 Endorsed Letter,,, 153*
*Memorandum of Law in Oppisition to Motion filed by Burnett Plaintiffs,, 233 Memorandum of Law in Oppisition to M*
*by Kathleen Ashton,, 1134 Clerk Certificate of Mailing,, 84 MOTION to Dismiss for Lack of Jurisdiction the Third A*
*Complaint (Burnett). filed by Sheik Salman Al−Oawdah,, 1346 Notice (Other) filed by Estate of John P.O'Neill, Sr.,,*
*of Appearance filed by John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol O'Neil*
*A. O'Neill,, 1114 Response in Opposition to Motion,, filed by Estate of John P.O'Neill, Sr.,, 672 Endorsed Letter,, 11*
*MOTION to Dismiss. filed by Adnan Basha,, 804 Memorandum of Law in Support of Motion, filed by Mohammed Hu*
*Amoudi,, 1442 Endorsed Letter,, 1154 RICO Statement filed by World Trade Center Properties LLC, et al.,, 412 End*
*Letter,,,, 190 Memorandum & Opinion,, 295 MOTION to Dismiss or in the Alternative for a More Definite Statement*
*Yassin Abdullah Al Kadi,, 1571 Memorandum of Law in Oppisition to Motion,, filed by Continental Casualty Compa*
*York Marine and General Insurance Company,, Burnett & Ashton Plaintiffs,, World Trade Center Properties LLC, et*
*Brokers Inc., et al.,, 681 Stipulation and Order,, 1267 Reply Memorandum of Law in Support of Motion,, filed by Kha*
*Salim Bin Mahfouz,, 676 Notice (Other), Notice (Other) filed by Federal Insurance Company et al., Plaintiffs,, 1069*
*and Order,,, 387 Affidavit of Service Complaints filed by Federal Insurance Company et al., Plaintiffs,, 408 Notice (*
*by Burnett Plaintiffs,, 1054 Reply Memorandum of Law in Support of Motion,,, filed by Suleiman Abdel Aziz Al Rajhi*
*Bin Abdul Aziz Al Rajhi,, Suleiman Abdel Aziz Al Rajhi,, 970 RICO Statement filed by World Trade Center Properties*
*al.,, 24 Endorsed Letter,, 355 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 725 MOTION t*
*filed by Sami Omar Al−Hussayen,, 740 Stipulation and Order,, 1589 SUPPLEMENTAL MOTION to Dismiss Pursua*
*No. 4. filed by Abdullah Bin Saleh Al Obaid,, Shahir Abdulraoof Batterjee,, Abdul Rahman Al Swailem,, Abdullah Or*
*Mohammed Ali Sayed Mushayt,, Talal Mohammed Badkook,, Adnan Basha,, Saudi Red Crescent,, Salman Al−Ouda,,*
*Al−Hawali,, Saleh Al−Hussayen,, Abdullah Muhsen Al Turki,, Mushayt for Trading Company,, Sheik Hamad Al−Hu*
*Amended Complaint,,,,,,,, filed by John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Christine Irene O'Neill,, Ca*
*O'Neill,, Dorothy A. O'Neill,, 857 RICO Statement filed by New York Marine and General Insurance Company,, 161*
*Appeal,, 310 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 208 Notice (Other) filed by Burn*
*Plaintiffs,, 1096 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 13 MOTION (FILED ON SERVICE DATE) to*
*filed by Yeslam Binladin,, 969 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 448 Affidavit in*
*Opposition to Motion, filed by Burnett Plaintiffs,, 1045 Stipulation and Order,,, 48 MOTION to Dismiss Memorandu*
*Support of Motion to Dismiss Certain Consolidated Complaints. filed by Sultan Bin Abdulaziz Al Saud,, 68 Memo En*
*588 Declaration in Support of Motion,, filed by Yousef Jameel,, 663 RICO Statement filed by Estate of John P.O'Neil*
*Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Executive Committees,, 1328 Notice (Other) filed by*
*John P.O'Neill, Sr.,, 1523 Reply Memorandum of Law in Support of Motion,,,, filed by M. Yaqub Mirza,, Saar Found*
*Ahmed Totonji,, Hisham Al−Talib,, Iqbal Yunus,, Jamal Barzinji,, M. Omar Ashraf,, Mohammed Jaghlit,, Muhamma*
*Taha Jaber Al−Alwani,, Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena Corp*
*Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc.,, York Founda*
*African Muslim Agency,, International Institute of Islamic Thought,, 622 Stipulation and Order of Dismissal,, 307 RI*
*Statement filed by Federal Insurance Company et al., Plaintiffs,, 890 Reply Memorandum of Law in Support of Motio*
*Al Haramain Islamic Foundation, Inc.,, 179 Endorsed Letter,, 81 MOTION to Dismiss for Lack of Jurisdiction the Th*
*Amended Complaint (Burnett). filed by Safar Al−Hawali,, 1172 RICO Statement filed by New York Marine and Gene*
*Insurance Company,, 1455 Declaration in Support of Motion,, filed by Yousef Jameel,, 22 Notice of Voluntary Dismi*
*Signed,, 466 Endorsed Letter,, 173 Reply Memorandum of Law in Support of Motion filed by Abdul Rahman Bin Kah*
*Mahfouz,, 392 Waiver of Service Executed filed by Federal Insurance Company et al., Plaintiffs,, 1582 Notice (Other*
*(Other) filed by Federal Insurance Company et al., Plaintiffs,, 1158 RICO Statement filed by Estate of John P.O'Neil*

*MOTION for Extension of Time to File Response/Reply. filed by Rabita Trust,, Saleh Abdullah Kamel,, Wa'el Hamza Al Baraka Investment & Development Corp.,, International Islamic Relief Organization(IIRO),, 244 Endorsed Letter, Order,,, 254 Reply Memorandum of Law in Support of Motion, filed by DMI Administrative Services S.A.,, 1260 Affir Opposition to Motion,,,, filed by Federal Insurance Company et al., Plaintiffs,, 436 Affirmation in Opposition to Moti Federal Insurance Company et al., Plaintiffs,, 130 Response to Motion,, filed by Pacific Indemnity Company,, Vigilar Company,, Federal Insurance Company,, 840 Memorandum of Law in Support of Motion filed by Faisal Islamic Ban Order on Motion to Withdraw as Attorney,,, 964 Endorsed Letter,, 586 RICO Statement, filed by John Patrick O'Neil of John P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 281 Memorandum of Law in Opp Motion, filed by Burnett Plaintiffs,, 642 Order Admitting Attorney Pro Hac Vice,, 820 Notice (Other) filed by Federa Company et al., Plaintiffs,, 371 Reply Memorandum of Law in Support of Motion filed by Mohammed Al Faisal Al Sa RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1472 Memorandum of Law in Support of Motion, filed by DM Administrative Services S.A.,, Daral Maal Al Islami Trust,, 912 Stipulation and Order,,,, 910 Endorsed Letter, Set Mo R&R Deadlines/Hearings,,,,, 1049 Status Report filed by All Plaintiffs,, 1097 RICO Statement filed by Estate of John Sr.,, 134 Waiver of Service Executed,,,,,, filed by Maryland Casualty Company,, Pacific Indemnity Company,, Vigilar Company,, Federal Insurance Company,, Allstate Insurance Company,, Great Northern Insurance Company,, Fidelit Deposit Company of Maryland,, North River Insurance Company,, Northern Insurance Company of New York,, Sene Insurance Company, Inc.,, Zurich American Insurance Company,, American Zurich Insurance Company,, American and Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Chubb Insurance Company of Canada,, Ch Insurance Company of New Jersey,, United States Fire Insurance Company,, Continental Insurance Company,, Assu Company of America,, Glens Falls Insurance Company,, American Alternative Insurance Corporation,, One Beacon Company,, Commercial Insurance Company of Newark, N.J.,, Chubb Custom Insurance Company,, Chubb Indemnity Company,, One Beacon America Insurance Company,, Colonial American Casualty and Surety Insurance Company,, Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homelar Insurance Company of New York,, Crum & Forster Indemnity Company,, The Princeton Excess & Surplus Lines Insu Company,, Hiscox Dedicated Corporate Member, Ltd.,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Cor Insurance Company of New Jersey,, Fidelity and Casualty Company of New York,, 918 Stipulation and Order,,, 1268 Memorandum of Law in Support of Motion,, filed by Sheik Hamad Al−Husaini,, 877 RICO Statement filed by Estate P.O'Neill, Sr.,, 159 Order Admitting Attorney Pro Hac Vice, 458 Memorandum of Law in Oppisition to Motion,, filed Insurance Company et al., Plaintiffs,, 243 Endorsed Letter,,,, 1352 Notice (Other) filed by Estate of John P.O'Neill, S Waiver of Service Executed filed by Estate of John P.O'Neill, Sr.,, 733 Memorandum of Law in Support of Motion file Omar Al−Hussayen,, 937 RICO Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & MOTION to Dismiss the Continental Casualty and Federal Insurance actions. filed by Abdul Aziz Al−Ibrahim,, 1602 Memorandum of Law in Support of Motion,, filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation,, 870 Memorand in Support,,, filed by Suleiman Abdel Aziz Al Rajhi,, Sulaiman Bin Abdul Aziz Al Rajhi,, 58 Memorandum of Law in S Motion filed by Al Rajhi Banking and Investment,, 1078 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1385 to Dismiss NY Marine. filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation,, 684 Stipulation and Order,, 1499 De in Support of Motion,,, filed by Estate of John P.O'Neill, Sr.,, 1026 Stipulation and Order,,,, 213 MOTION for Willia to Withdraw as Attorney for His Royal Highness Prince Naif Bin Abdulaziz Al Saud. filed by Naif Bin Abdulaziz Al S Stipulation and Order,,, 131 MOTION for Extension of Time to File Response/Reply Stipulation and Order for Exten Time of SNCB Corporate Finance Ltd. and SNCB Securities Ltd. (London) to Respond to the Complaint. filed by SNC Corporate Finance Ltd.,, SNCB Securities Ltd. in London,, 1044 Stipulation and Order,, 569 Notice (Other) filed by Insurance Company et al., Plaintiffs,, 126 Endorsed Letter, Set Deadlines,,, 750 Clerk Certificate of Mailing,,,, 348 Memorandum of Law in Support of Motion filed by Mohammed Bin Abdulrahman Al Ariefy,, Faisal Group Holding Alfaisaliah Group,, Abdullah Al Faisal Bin Abdulaziz AlSaud,, 596 Order Admitting Attorney Pro Hac Vice,, 1371 N (Other), Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et Stipulation and Order,, 884 Order,, 530 Endorsed Letter,, 381 Memorandum of Law in Oppisition to Motion, filed by Abdulaziz Al Saud,, 210 Notice (Other) filed by Burnett Plaintiffs,, 561 Endorsed Letter,, 1446 Notice (Other) filed by Bin Laden,, 209 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 1432 MOTION to Dismiss Memorandum in Support to Dismiss Aradi, Inc. filed by Aradi, Inc.,, 335 Reply Memorandum of Law in Support of M by Saleh Al−Hussayen,, 741 Notice (Other) filed by Faisal Islamic Bank,, 1180 MOTION to Dismiss. filed by Abdull Saleh Al−Obaid,, 1146 Memorandum of Law in Oppisition to Motion,,, filed by Continental Casualty Company,, Car Fitzgerald & Co.,, New York Marine and General Insurance Company,, Kathleen Ashton,, Estate of John P.O'Neill, Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers 465 Endorsed Letter,,, 726 Memorandum of Law in Support of Motion filed by Sami Omar Al−Hussayen,, 1491 Mem Law in Oppisition to Motion,, filed by Estate of John P.O'Neill, Sr.,, 1554 Order,,,, 1150 Reply Memorandum of Law of Motion,, filed by Dubai Islamic Bank,, 486 Reply Memorandum of Law in Support of Motion,, filed by Shahir Abdu Batterjee,, Saudi Red Crescent,, Safar Al−Hawali,, Saleh Al−Hussayen,, Sheik Hamad Al−Husaini,, Sheik Salman A 174 Reply Memorandum of Law in Support of Motion, filed by Prince Turki Al Faisal Al Saud,, 1401 Memorandum o Support of Motion filed by Daral Maal Al Islami Trust,, 1388 MOTION to Dismiss Continental Casualty, Burnett, W Brokers, Federal Insurance. filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation,, 474 Affirmation in Opposition filed by Burnett Plaintiffs,, 763 Clerk Certificate of Mailing,,,, 702 RICO Statement, filed by World Trade Center Pro LLC, et al.,, 1557 Memorandum of Law in Oppisition to Motion,,,, filed by Plaintiffs Executive Committees,, 513 Rep Memorandum of Law in Support of Motion, filed by Faisal Group Holding Co.,, Alfaisaliah Group,, Addullah Al Fai Abdulaziz Al Saud,, 145 Endorsed Letter,,, 744 Memorandum of Law in Oppisition to Motion, filed by Federal Insur*

*Company et al., Plaintiffs,, 1629 Stipulation and Order,,, 343 MOTION for Extension of Time /Consent Motion and S as to Service of Process and Extension of Time. filed by DMI Administrative Services S.A.,, Islamic Investment Comp Gulf (Sharjah),, 445 Order,,, 439 Rule 7.1 Disclosure Statement filed by Federal Insurance Company et al., Plaintiffs Answer to Complaint filed by Soliman H.S. Al−Buthe,, 612 Stipulation and Order,,, 116 Certificate of Service Other, United States of America,, 953 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 1224 Endorsed 1288 Notice (Other) filed by World Trade Center Properties LLC, et al.,, 604 Stipulation and Order,,, 990 Stipulation Order,,,, 1577 MOTION for Reconsideration re; 1545 Endorsed Letter, Plaintiffs' Notice of Motion for Reconsiderati Court's Order that the Parties Submit a Proposed Order Certifying the Defendants Dismissed on 12(b)(1) and 12(b)( but filed by Burnett Plaintiffs,, 792 Acknowledgment of Service Complaints, filed by Federal Insurance Company et a Plaintiffs,, 1012 Memorandum of Law in Oppisition to Motion,, filed by Port Authority of New York & New Jersey,, C Fitzgerald & Co.,, 1595 Stipulation and Order,,, 662 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 801 End Letter,,, 781 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1377 Notice (Other) filed by Burnett Plaintiffs,, 7 Statement filed by World Trade Center Properties LLC, et al.,, 1501 Declaration in Support of Motion,, filed by Wam International, Inc.,, World Assembly of Muslim Youth,, 696 RICO Statement filed by Federal Insurance Company et a Plaintiffs,, 861 MOTION to Dismiss Khalid Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Khalid Al Rajhi. M Dismiss Khalid Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Khalid Al Rajhi. MOTION to Dismiss Khalid A MOTION to Dismiss for Lack of Jurisdiction Khalid Al Rajhi. filed by Khalid Sulaiman Al−Rajhi,, 341 Notice (Other Haramain Islamic Foundation, Inc.,, 891 Notice (Other) filed by Soliman H.S. Al−Buthe,, 1486 Notice (Other), Notic filed by New York Marine and General Insurance Company,, Burnett Plaintiffs,, Federal Insurance Company et al., I World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1068 Stipulation and Order,,, 1314 Notice (Ot (Other) filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 1128 Clerk Certificate of Mail Rule 7.1 Disclosure Statement filed by Faisal Group Holding Co.,, Alfaisaliah Group,, 148 Notice (Other) filed by Sa Abdulaziz Al Saud,, 984 Response in Opposition to Motion,, filed by Port Authority of New York & New Jersey,, Cant Fitzgerald & Co.,, 344 Endorsed Letter,,, 735 Service by Publication, filed by All Plaintiffs,, 1345 Notice (Other) file of John P.O'Neill, Sr.,, 1321 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 917 Stipulation a 1202 Memorandum of Law in Support of Motion,, filed by Mohammed Ali Sayed Mushayt,, 1192 MOTION to Dismis Talal Mohammed Badkook,, 493 Reply Memorandum of Law in Support of Motion, filed by Rabita Trust,, 1122 RICO filed by Euro Brokers Inc., et al.,, 1116 Brief filed by Mar−Jac Poultry, Inc.,, 399 MOTION for Jay D. Hanson and C J. Beal to Appear Pro Hac Vice. filed by M. Yaqub Mirza,, Jamal Barzinji,, M. Omar Ashraf,, Muhammad Ashraf,, Ta Al−Alwani,, Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Reston Investments, Inc Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc.,, African Muslim Agency,, International Insi Islamic Thought,, Sana−Bell, Inc.,, Iqbal Unus (Yunus),, 32 Memo Endorsement,, 1285 Notice (Other) filed by Burne Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 14 Order on Motion to Appear Pro 1574 Affidavit in Opposition to Motion,,, filed by Continental Casualty Company,, New York Marine and General Ins Company,, Kathleen Ashton,, Federal Insurance Company et al., Plaintiffs,, 519 Amended Complaint,,,, filed by John O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 1430 Notice o Appearance filed by Aradi, Inc.,, 680 Stipulation and Order,, 1179 Affidavit in Support of Motion,, filed by Saleh Al− 1070 Stipulation and Order,,,,,, 25 Endorsed Letter,,, 2 Endorsed Letter,, 102 MOTION to Dismiss [Reply Brief − Bu Baraka]. filed by Saudi American Bank,, 896 Notice (Other) filed by Burnett Plaintiffs,, 1616 Reply Memorandum of Support of Motion,, filed by Burnett Plaintiffs,, 298 Waiver of Service Executed filed by Federal Insurance Company Plaintiffs,, 589 Stipulation and Order,, 447 Amended Complaint,,,,,, filed by Kathleen Ashton,, 976 Notice (Other) fi Burnett Plaintiffs,, 294 Endorsed Letter,, 129 MOTION for Leave to File Memorandum of Law in Opposition to Moti Intervene as Parties−Plaintiff in the Burnett Action (03−CV−9849(RCC)). filed by Bakr M Bin Laden,, Tarek M. Bin Omar M. Bin Laden,, Khaled Bin Salim Bin Mahfouz,, Saudi Binladin Group, Inc.,, 759 Stipulation and Order,, 873 ( 1619 Notice of Appeal filed by Pacific Indemnity Company,, Vigilant Insurance Company,, Federal Insurance Compa Stipulation and Order,,, 246 MOTION to Withdraw 165 MOTION for Protective Order Notice of Motion and Memor Support of Motion for Limited Appearance and to Move for a Protective Order.. filed by Princess Haifa Al−Faisal,, Embassy of Saudi Arabia,, Prince Bandar bin Sultan bin Abdulaziz,, Ahmed A. Kattan,, Abdul Rahman I. Al−Noah,, Declaration in Support of Motion, filed by Taha Jaber Al−Alwani,, 511 Memorandum of Law in Oppisition to Motion Federal Insurance Company et al., Plaintiffs,, 752 Clerk Certificate of Mailing,,,, 12 Endorsed Letter,,, 1421 Respon Support of Motion,, filed by Shahir Abdulraoof Batterjee,, 1191 Affidavit in Support of Motion,, filed by Sheik Hamad Al−Husaini,, 178 Endorsed Letter,, 38 Memorandum of Law in Support of Motion filed by Sami Omar Al−Hussayen, Stipulation and Order,,, 339 Declaration in Support of Motion filed by Sami Omar Al−Hussayen,, 236 Memorandum Oppisition to Motion, filed by Kathleen Ashton,, 504 Endorsed Letter,,, 1398 Memorandum of Law in Support of Mot Daral Maal Al Islami Trust,, 1365 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 786 Stipulation and Order,, (Other), Notice (Other), Notice (Other) filed by World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al., Order,,,, 1214 Memorandum of Law in Support filed by DMI Administrative Services S.A.,, 701 RICO Statement, filed Trade Center Properties LLC, et al.,, 460 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance C al., Plaintiffs,, 1461 Stipulation and Order, Set Deadlines/Hearings,,,,,, 271 Order on Motion to Appear Pro Hac Vic Memo Endorsement,, 1393 Memorandum of Law in Support of Motion, filed by Banca Del Gottardo,, 1532 Answer to Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Wa'el Jalaidan,, 287 Notice (Other) filed by Soliman J. Khudeira,, of Appearance filed by Asat Trust Reg.,, 397 Memorandum of Law in Oppisition to Motion filed by All Plaintiffs,, 152 Memorandum of Law in Support of Motion,, filed by Mohammed Al Faisal Al Saud,, 382 Memorandum of Law in Op Motion,, filed by Federal Insurance Company et al., Plaintiffs,, 1207 RICO Statement filed by Federal Insurance Co*

*al., Plaintiffs,, 863 MOTION to Dismiss Abdullah Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Abdullah Al MOTION to Dismiss Abdullah Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Abdullah Al Rajhi. MOTION to Abdullah Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Abdullah Al Rajhi. filed by Abdullah Salaiman Al−R Notice (Other) filed by Sultan Bin Abdulaziz Al Saud,, 34 Order Admitting Attorney Pro Hac Vice, 1203 Affidavit in S Motion,, filed by Mohammed Ali Sayed Mushayt,, 283 Order, Set Hearings,,,,,, 105 MOTION to Dismiss. filed by Mo Jamal Khalifa,, 621 Stipulation and Order,, 675 RICO Statement filed by Port Authority of New York & New Jersey,, Fitzgerald & Co.,, 1155 RICO Statement filed by New York Marine and General Insurance Company,, 1161 RICO St filed by Estate of John P.O'Neill, Sr.,, 375 MOTION to Dismiss and Memorandum of Law in Support of Motion to Di to Quash Service of Process. filed by Prince Bandar bin Sultan bin Abdulaziz,, 1291 Notice (Other) filed by Burnett P 222 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 1231 RICO Statement filed by Contine Casualty Company,, 70 Response filed by United States of America,, 834 Memorandum of Law in Support of Motion Faisal Islamic Bank,, 546 Notice (Other) filed by All Plaintiffs,, 1481 CONSENT MOTION for Extension of Time to F to Ashton Complaint. filed by Wa'el Jalaidan,, 1254 Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Committees,, 402 Endorsed Letter,,, 793 Acknowledgment of Service Complaints, filed by Federal Insurance Compar Plaintiffs,, 1106 MOTION to Dismiss for Lack of Jurisdiction MEMORANDUM IN SUPPORT OF MOTION. filed by Reg.,, Martin Watcher,, Erwin Watcher,, Sercor Treuhand Anstalt,, 136 Memorandum of Law in Support of Motion fi Sultan Bin Abdulaziz Al Saud,, 180 Endorsed Letter,, 454 MOTION for Jason Dzubow to Appear Pro Hac Vice. filed World League,, 526 Endorsed Letter,,, 1586 Reply Memorandum of Law in Support of Motion filed by Taha Jaber Al 220 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 26 Amended Document filed by Burnet 936 RICO Statement, filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 1635 Memorand in Oppisition to Motion,,, filed by Estate of John P.O'Neill, Sr.,, Burnett & Ashton Plaintiffs,, 625 Notice of Appearan M. Yaqub Mirza,, Ahmed Totonji,, Iqbal Yunus,, Jamal Barzinji,, M. Omar Ashraf,, Mohammed Jaghlit,, Muhammad Taha Jaber Al−Alwani,, Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena Corp Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc.,, York Founda African Muslim Agency,, International Institute of Islamic Thought,, 1216 Memorandum of Law in Support filed by D Administrative Services S.A.,, 388 Affidavit of Service Complaints filed by Federal Insurance Company et al., Plainti MOTION to Dismiss for Lack of Jurisdiction the Third Amended Complaint (Burnett). filed by Abdullah Bin Saleh Al Clerk Certificate of Mailing Received,,, 292 Opposition Brief filed by Federal Insurance Company et al., Plaintiffs,, 4 MOTION for James Patrick Vann to Appear Pro Hac Vice. filed by Al Baraka Investment and Development Corpora Reply Memorandum of Law in Support of Motion filed by Shahir Abdulraoof Batterjee,, 188 Notice (Other), Notice (O Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by Maryland Casualty Company, Indemnity Company,, Vigilant Insurance Company,, Federal Insurance Company,, Allstate Insurance Company,, Gre Northern Insurance Company,, Fidelity And Deposit Company of Maryland,, North River Insurance Company,, Nort Insurance Company of New York,, Seneca Insurance Company, Inc.,, Zurich American Insurance Company,, Americ Insurance Company,, American Guarantee and Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, United States Fire Insurance Company,, Insurance Company,, Continental Insurance Company,, Assurance Company of America,, American Alternative Insu Corporation,, One Beacon Insurance Company,, Commercial Insurance Company of Newark, N.J.,, Chubb Custom I Company,, Chubb Indemnity Insurance Company,, One Beacon America Insurance Company,, Boston Old Colony In Company,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American En Insurance Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum Indemnity Company,, The Princeton Excess & Surplus Lines Insurance Company,, Hiscox Dedicated Corporate Mem Amlin Underwriting, Ltd.,, CNA Casualty of California,, Continental Insurance Company of New Jersey,, Fidelity an Company of New York,, 444 Suggestion of Death filed by Mohammed Bin Abdullah Al−Jomaith,, 1483 CONSENT M Extension of Time to File Answer to Federal Insurance Complaint. filed by Wa'el Jalaidan,, 1139 RICO Statement fil Brokers Inc., et al.,, 1035 Memorandum of Law in Oppisition to Motion,,, filed by Plaintiffs Executive Committees,, 1 Stipulation and Order,,,,, 177 Endorsed Letter,,, 206 Brief filed by Rabita Trust,, 627 Order on Motion to Withdraw a Attorney,,, 661 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 757 Notice of Appearance filed by Mohammed Amoudi,, 1089 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 403 Memorandum of Law in Oppisition to Mot All Plaintiffs,, 813 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Broke al.,, 1400 MOTION to Dismiss. filed by Daral Maal Al Islami Trust,, 856 RICO Statement filed by Federal Insurance et al., Plaintiffs,, 384 Affidavit of Service Complaints filed by Federal Insurance Company et al., Plaintiffs,, 766 Orde Admitting Attorney Pro Hac Vice, 954 Notice (Other) filed by Dubai Islamic Bank,, 386 Affidavit of Service Complai Federal Insurance Company et al., Plaintiffs,, 619 Amended Complaint,,,,,,,,, filed by John Patrick O'Neill, Jr., Estat P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 313 RICO Statement filed by Federal Ins Company et al., Plaintiffs,, 472 Affirmation in Opposition to Motion,,, filed by Federal Insurance Company et al., Pla Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 187 Notice (Oth Mohammed Al Faisal Al Saud,, 1579 Memorandum of Law in Oppisition to Motion,,, filed by Plaintiffs Executive Co 616 Stipulation and Order,,, 286 Notice (Other) filed by Burnett Plaintiffs,, 27 Certificate of Service Other, filed by K Ashton,, 1636 Notice of Appeal filed by All Plaintiffs,, 1239 MOTION to Dismiss the Burnett actions. filed by DMI Administrative Services S.A.,, 665 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1025 Stipulation and Order Dismissal,,, 289 Stipulation and Order,,, 1276 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Proper al.,, Euro Brokers Inc., et al.,, 124 Notice of Appearance filed by Wamy International, Inc.,, World Assembly of Musl 854 RICO Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 1024 Transcript,*

*MOTION to Dismiss Notice of Motion. filed by Taha Jaber Al−Alwani,, 878 RICO Statement filed by Estate of John Sr.,, 1138 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 712 Reply Memorandum of Law in Motion,,, filed by National Commercial Bank,, 1366 Notice (Other) filed by Burnett Plaintiffs,, 1232 Affidavit in Supp by Federal Insurance Company et al., Plaintiffs,, 211 JOINT MOTION for Service by Publication Order re Plaintiffs For Leave to Serve Specified Defendants by Publication. filed by Kathleen Ashton,, 1021 Endorsed Letter,,, 898 RIC filed by World Trade Center Properties LLC, et al.,, 1576 Memorandum of Law in Oppisition to Motion,, filed by Est P.O'Neill, Sr.,, 478 Memorandum of Law in Oppisition to Motion, filed by Kathleen Ashton,, 441 Notice (Other) filed Insurance Company et al., Plaintiffs,, 562 Order of Dismissal,,, 690 Endorsed Letter,,, 1233 RICO Statement filed by Continental Casualty Company,, 57 MOTION for Oral Argument On Renewed Motion To Dismiss. filed by Al Rajhi and Investment,, 599 Notice of Appearance filed by Naif Bin Abdulaziz Al Saud,, 1536 Answer to Amended Complain by International Islamic Relief Organization(IIRO),, 88 MOTION (FILED ON SERVICE DATE) for Matthew H. Kirt Appear Pro Hac Vice. filed by Nimir Petroleum LLC,, 398 Affirmation in Opposition to Motion filed by All Plaintiffs, MOTION to Dismiss. filed by M. Yaqub Mirza,, Ahmed Totonji,, Iqbal Yunus,, M. Omar Ashraf,, Mohammed Jaghlit, Muhammad Ashraf,, 1368 Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Ot Burnett Plaintiffs,, 440 Rule 7.1 Disclosure Statement filed by Federal Insurance Company et al., Plaintiffs,, 1370 No (Other) filed by Burnett Plaintiffs,, 464 Amended Complaint,,,,,,, filed by John Patrick O'Neill, Jr., Estate of John P. Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 1152 RICO Statement filed by Federal Insurance C al., Plaintiffs,, 882 Endorsed Letter,, 941 Stipulation and Order,,, 1301 Reply Memorandum of Law in Support of Mo by Abdullah Muhsen Al Turki,, 1271 Notice (Other), Notice (Other) filed by Burnett Plaintiffs, World Trade Center LLC, et al.,, Euro Brokers Inc., et al.,, 425 MOTION to Strike 407 Memorandum of Law in Oppisition to Motion,, 40 (Other), 275 Memorandum of Law in Oppisition to Motion, 277 Memorandum of Law in Oppisition to Motion,,, 281 Memorandum of Law in Oppisition to Motion,, 403 Memor filed by Shahir Abdulraoof Batterjee,, Saudi Red Crescen Al−Ouda,, Safar Al−Hawali,, Saleh Al−Hussayen,, Sheik Hamad Al−Husaini,, 1474 Stipulation and Order,,,, 1310 Memorandum of Law in Support of Motion,, filed by Safar Al−Hawali,, 1485 Affidavit in Support filed by Kathleen A 1419 Response in Support of Motion, filed by Talal Mohammed Badkook,, 396 Endorsed Letter,, 35 Memo Endorsem Memorandum of Law in Oppisition to Motion, filed by Al Rajhi Bank,, 966 Stipulation and Order, Set Motion and R Deadlines/Hearings,,, 193 Notice of Appearance filed by International Development Foundation,, Saudi Economic a Development Company,, Mohammed Salim Bin Mahfouz,, Mohammed Bin Mahfouz,, 183 Endorsed Letter,,,, 1594 C Judgment,,,,, 723 Status Report, filed by Mohammed Al Faisal Al Saud,, Sultan Bin Abdulaziz Al Saud,, Bakr M Bin L Tarek M. Bin Laden,, Omar M. Bin Laden,, Prince Turki Al Faisal Al Saud,, The Kingdom of Saudi Arabia,, Abdulra Khalid Bin Mahfouz,, Mohammed Bin Abdullah Al−Jomaith,, Sheik Hamad Al−Husaini,, 1162 RICO Statement, filed of John P.O'Neill, Sr.,, 718 Stipulation and Order,, 1242 Memorandum of Law in Support, filed by DMI Administrati S.A.,, 1443 Memorandum of Law in Support of Motion,, filed by Council on American−Islamic Relations (CAIR),, 84 Memorandum of Law in Support of Motion filed by Faisal Islamic Bank,, 442 MOTION to Dismiss. filed by Tarik Ha Reply to Response to Motion filed by Sulaiman Al−Ali,, 277 Memorandum of Law in Oppisition to Motion,, filed by E Plaintiffs,, 664 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1147 Affirmation in Opposition to Motion,,, fil Continental Casualty Company,, Cantor Fitzgerald & Co.,, New York Marine and General Insurance Company,, Ka Ashton,, Estate of John P.O'Neill, Sr.,, Burnett Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, World Trad Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1494 Declaration in Opposition to Motion,, filed by Estate of John Sr.,, 242 MOTION for Max Huffman to Appear Pro Hac Vice. filed by Saudi High Commission,, 1337 Notice (Other) (Other), Notice (Other), Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 762 RICO Statement filed by Continen Company,, 722 Status Report filed by All Plaintiffs,, 1520 Declaration in Support of Motion,,, filed by Estate of John Sr.,, 1160 Notice (Other), Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 186 Notice (Other) filed by Burnett P 624 RICO Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 1386 Memorand in Support filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation,, 648 MOTION for Reconsideration re; 632 Memo Opinion,,,,,,,,,,,, Notice of Motion for Reconsideration. filed by National Commercial Bank,, 74 Order Admitting Att Hac Vice,, 1351 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1036 Declaration in Opposition to Motion,,,, fi Plaintiffs Executive Committees,, 297 Waiver of Service Executed filed by Federal Insurance Company et al., Plainti MOTION to Dismiss. filed by DMI Administrative Services S.A.,, 1284 Notice (Other) filed by Burnett Plaintiffs,, 103 Memorandum of Law in Oppisition to Motion,,, filed by Plaintiffs PI Executive Committee,, 215 Memorandum of La Oppisition to Motion,, filed by Burnett Plaintiffs,, 677 RICO Statement, filed by Estate of John P.O'Neill, Sr.,, 101 F MOTION to Dismiss 12(b)(2), 12(b)5 and 12(b)(6)., 1277 Notice (Other) filed by Burnett Plaintiffs,, World Trade Ce Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1433 MOTION to Dismiss Notice of Motion. filed by Grove Corpor Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena Corporation,, Reston Investments, Inc.,, Safa Trust,, S Charitable Gift Fund,, Sterling Management Group, Inc.,, York Foundation,, African Muslim Agency,, International Islamic Thought,, 991 Clerk Certificate of Mailing,, 331 Reply Memorandum of Law in Support of Motion, filed by S Al−Husaini,, 872 Affidavit in Support filed by Yassin Abdullah Kadi,, 1412 MOTION to Dismiss. filed by Council on American−Islamic Relations (CAIR),, 908 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance al., Plaintiffs,, 931 Memorandum of Law in Support of Motion,, filed by Schreiber & Zindel,, Frank Zindel,, Engelbe Schreiber,, Engelbert Schreiber, Jr, 1156 Notice (Other), Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 673 E Letter,, 1466 Stipulation and Order,,,,, 50 MOTION to Dismiss Reply Memorandum in Support of Motion to Dismiss. Mohammed Bin Abdullah Al−Jomaith,, 742 RICO Statement filed by Euro Brokers Inc., et al.,, 330 Reply Memorand in Support of Motion, filed by Sheik Salman Al−Oawdah,, 453 Statement of Relatedness filed by Kathleen Ashton,, 2 1011 Reply Memorandum of Law in Support of Motion filed by Sami Omar Al−Hussayen,, 962 RICO Statement filed*

*of John P.O'Neill, Sr.,, 1482 CONSENT MOTION for Extension of Time to File Answer to Burnett Complaint. filed b Jalaidan,, 262 MOTION to Dismiss. filed by Saudi High Commission,, 1533 Answer to Amended Complaint,,,,,, filed Hamza Julaidan,, 104 MOTION to Dismiss., 974 Stipulation and Order, Set Motion and R&R Deadlines/Hearings,,, Statement filed by Estate of John P.O'Neill, Sr.,, 828 Notice (Other) filed by Continental Casualty Company,, 640 Sti and Order,, 874 Notice of Voluntary Dismissal − Signed,, 86 MOTION to Dismiss for Lack of Jurisdiction the Third Complaint (Burnett). filed by Shahir Abdulraoof Batterjee,, 6 MOTION (FILED ON SERVICE DATE) for Conferenc (FILED ON SERVICE DATE) for Extension of Time to File Answer. MOTION (FILED ON SERVICE DATE) for Co MOTION (FILED ON SERVICE DATE) for Extension of Time to File Answer. filed by Abdulrahman Bin Mahfouz,, 3 Memorandum of Law in Support of Motion, filed by Prince Turki Al Faisal Al Saud,, 420 RICO Statement filed by Fe Insurance Company et al., Plaintiffs,, 1251 Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Executiv Committees,, 1560 Declaration in Opposition to Motion,,,, filed by Plaintiffs Executive Committees,, 238 Memorandu in Oppisition to Motion filed by Kathleen Ashton,, 1170 RICO Statement filed by Federal Insurance Company et al., 615 Stipulation and Order,,, 1500 MOTION to Dismiss Notice of Motion. filed by World Assembly of Muslim Youth, MOTION to Dismiss. filed by Naif Bin Abdulaziz Al Saud,, 850 MOTION to Dismiss. filed by Faisal Islamic Bank,, 1 Memorandum of Law in Support of Motion,, filed by Jamal Barzinji,, 707 Stipulation and Order,, 570 RICO Stateme Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 1300 Reply Memorandum of Law in Support o filed by Abdullah Bin Saleh Al−Obaid,, 674 Certificate of Service Other,, filed by Estate of John P.O'Neill, Sr.,, 1440 Appearance filed by Banca Del Gottardo,, 377 Reply Memorandum of Law in Support of Motion filed by Sultan Bin Al Saud,, 527 Endorsed Letter,,, 301 Memorandum of Law in Support of Motion filed by Yousef Jameel,, 364 Reply Memorandum of Law in Support of Motion, filed by Saudi Red Crescent,, 93 Notice (Other) filed by DMI Administra Services S.A.,, 366 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 71 Reply to Response to M by Burnett Plaintiffs,, 1497 Declaration in Support of Motion,,, filed by Estate of John P.O'Neill, Sr.,, 1431 Notice (C by Aradi, Inc.,, 400 Notice of Change of Address filed by Susan Brady,, Joseph Donovan,, Carmen Garcia,, Hector C John Does,, Maryland Casualty Company,, Pacific Indemnity Company,, Dennis Quinn,, Kevin Quinn,, William D R Vigilant Insurance Company,, Federal Insurance Company,, All Plaintiffs,, Allstate Insurance Company,, Great Nor Insurance Company,, Patricia Coughlin,, Kevin Rogers,, Fidelity And Deposit Company of Maryland,, Andrew Quin River Insurance Company,, Northern Insurance Company of New York,, Edward J. Sweeney,, Shirley Henderson,, M Puckett,, Mark Barbieri,, Seneca Insurance Company, Inc.,, Zurich American Insurance Company,, James Boyle,, A Zurich Insurance Company,, Diane Miller,, William Ellis, Jr., American Guarantee and Liability Insurance Compan Lakes Reinsurance (UK) PLC,, Melvin C. Lewis,, William Nelson,, David M. Bernstein,, Pedro Saleme,, Chubb Insur Company of Canada,, Chubb Insurance Company of New Jersey,, Edward Walsh,, United States Fire Insurance Com Steadfast Insurance Company,, William Martin,, Continental Insurance Company,, Benjamin Arroyo,, Thomas Fletc Martin,, Assurance Company of America,, Glens Falls Insurance Company,, American Alternative Insurance Corpo Brian Barry,, Dawn Brown,, One Beacon Insurance Company,, Commercial Insurance Company of Newark, N.J.,, C Custom Insurance Company,, Deena Burnett,, Kathleen Ashton,, Josephine Alger,, Angelica Allen,, George Andrucki Andrucki,, Winifred Aranyos,, Margaret Arce,, Margit Arias,, Evelyn Aron,, Nancy Badagliacca,, Christina Baksh,, J Barbara,, Daniel F. Barkow,, Nina Barnes,, Jeannine P. Baron,, Jane Bartels,, Kimberly Kaipaka Beaven,, Michelle Susan Berger,, Madeline Bergin,, Miriam M. Biegeleisen,, Christine Bini,, Neil B. Blass,, Kris A. Blood,, Dorothy An Maria Teresa Boisseau,, Kathleen Box,, David Brace,, Curtis Fred Brewer,, Hillary A. Briley,, Ursula Broghammer,, Bruehert,, Juan B. Bruno,, Susan E. Buhse,, Elizabeth R. Burns,, James C. Cahill,, James W. Cahill,, Kathleen Cahil Calderon,, Janet Calia,, Jacqueline Cannizzaro,, Cathy A. Carilli,, Toni Ann Carroll,, Judith Casoria,, Tracy Ann Ta Catalano,, Santa Catarelli,, Gina Cayne,, Suk Tan Chin,, Catherine T. Regenhard,, Edward P. Ciafardini,, Lisa DiL Yuko Clark,, Maryann Colin,, Julia Collins,, Patricia Coppo,, Edith Cruz,, Ildefonso A. Cua,, Linda Curia,, David E Cushing,, Louisa D'Antonio,, Beril Sofia DeFeo,, Vincent J. Della Bella,, Todd DeVito,, Milagros Diaz,, Dhanmatee Maria DiPilato,, Stacey Fran Dolan,, Rosalie Downey,, Jay Charles Dunne,, Stanley Eckna,, Denise Esposito,, Denn Maryanne Farrell,, Clifford Tempesta,, Dorothy Tempesta,, Melissa Van Ness Fatha,, Steven Feidelberg,, Wendy Fe Charlene Fiore,, Brian Flannery,, Robert T. Folger,, Kurt Foster,, Claudia Flyzik,, Nancy Walsh,, Carol Francolini,, Friedlander,, Lisa Friedman,, Anne Gabriel,, Walter Tremsky,, Eileen F. Colligan,, Paul Quinn,, Monica M. Gabriel Kathleen Ganci,, Elizabeth Gardner,, Diane Genco,, Philip Germain,, Carol Gies,, John J. Gill,, Serina Gillis,, Ange Meg Bloom Glasser,, Sharon Cobb−Glenn,, Jodie Goldberg,, Mia Gonzalez,, Deborah Grazioso,, Claudette Greene,, Greenleaf,, Joanne Gross,, Mary Haag,, Gordon G. Haberman,, Patricia Han,, Renne Bacotti Hannafin,, Dorothy G Benhardt R. Wainio,, Perry S. Oretzky,, Basmattie Bishundat,, Rachel R. Harrell,, Sheila Gail Harris,, Jennifer L. H Hayes,, Virginia Hayes,, Theresa Healey,, Hashim A. Henderson,, Karen Hinds,, Dennis L. Hobbs,, Dixie M. Hobbs,, Hohlweck,, Kathleen Holland,, Rubina Cox−Holloway,, Joann T. Howard,, Bridget Hunter,, Kathryn J. Hussa,, Yese Frederick Irby,, Margaret P. Iskyan,, Jennifer Ruth Jacobs,, Kazmierz Jakubiak,, Leila M. Joseph,, Woodly Joseph,, Kaufman,, Elizabeth H. Keller,, Patricia Kellett,, Emmet P. Kelly,, Rosemary Kempton,, Donald Francis Kennedy,, R Klein,, Fran LaForte,, Edlene C. LaFrance,, Collette M. LaFuente,, Morris D. Lamonsoff,, Andrea N. LeBlanc,, Don Leistman,, Elaine Leinung,, Roberta J. Levine,, Kathleen Keeler Lozier,, Anne MacFarlane,, Lisanne MacKenzie,, A Maffeo,, Pamela Ann Maggitti,, Natalie Makshanov,, Rebecca L. Marchand,, Lori Mascali,, Dorothy Mauro,, Meryl Margaret Donoghue McGinley,, Iliana McGinnis,, Cynthia F. McGinty,, Theresa McGovern,, Patricia H. McDowell, Meehan,, Fryderyk Milewski,, Anna Milewski,, Amber Miller,, Jamie Miller,, Faith Miller,, Barbara Minervino,, Joa Modafferi,, Anna Mojica,, Saradha Moorthy,, Elizabeth Ann Moss,, Emily Motroni,, Lauren Murphy,, Elvira P. Murp Richard B. Naiman,, Edward Navarro,, Dana Noonan,, William B. Novotny,, James Wallace O'Grady,, Sheryl J. Oli Palazzo,, Donna Paolilo,, Helene S. Passaro,, Mary Gola Perez,, Linda Pickford,, Nancy Picone,, Jean Oslyn Powe*

*Princiotta,, Dominic J. Puopolo, Sr., Patricia Quigley,, Francine Raggio,, Deborah Francke,, Maryann Rand,, Sadiq Susan Rasweiler,, Albert T. Regenhard,, Elizabeth Rego,, Martin Rosenbaum,, Glenna M. Rosenburg,, Jill Rosenblun Rosenzweig,, Claudia Ruggiere,, Gilbert Ruiz, Jr., Andrea Russin,, Diane Ryan,, Delphine Saada,, Barbara Scaramu Phyllis Schreier,, Lori Shulman,, Eileen Simon,, Dhanraj Singh,, Mark J. Siskopoulos,, Donna Smith,, Barbara Sohar Spadafora,, Laurie Spampinato,, Theresa A. Stack,, Eileen Tallon,, Patricia Tarasiewicz,, Evelyn Tepedino,, Raj Tha Sat Thackurdeen,, Rosanna Thompson,, Andrija Tomasevic,, Radmila Tomasevic,, Kimberly Trimingham−Aiken,, Mo Twomey,, Victor Ugolyn,, Feliciana Umanzor,, Virginia Lorene Rossiter Valvo,, Jasmine Victoria,, Richard Villa,, Lu Virgilio,, Diane Wall,, Diane M. Walsh,, Amy Weaver,, Delia Welty,, Kristin Galusha−Wild,, Patricia Wiswall,, Anne Wodensheck,, Cella Woo−Yeun,, Siew−Som Yeow,, Erica Zucker,, Nancy Lynn Zuckerman,, Aldo Addissi,, Edward A Kathleen M. Arancio,, Leonard Ardizzone,, Barbara Ardizzone,, Thomas Baez,, Joseph Beltrani,, Andrew Braun,, Jar Cizikie,, Thomas Conroy, Jr., Gibson A. Craig,, Bradley Daly,, Robert D'Elia,, Thomas Donnelly,, Charles Downey,, Downey,, Timothy L. Frolich,, Irene Frolich,, Steven M. Gillespie,, Joseph Hands,, John Hassett,, James D. Hodges,, Issacof,, John F. Jermyn,, Arnold Lederman,, Phyllis Lederman,, Michael J. Lindy,, Sandy Amrita Mahabir,, Kevin M James McGetrick,, Owen McGovern,, Kevin G. Murphy,, Janice O'Dell,, Timothy Parker,, Howard Rice,, Louis Scha Schrimpe,, Scott Ting,, George Luis Torres,, Robert V. Trivingo,, Russell Vomero,, Philip J. Zeiss,, Linda E. Thorpe,, Salvo,, Harry Ong, Jr., William O'Connor,, Jennifer E. Brady,, Andy Dinoo,, Jeanne M. Evans,, Vice Rose Arestegui, Fletcher,, Traci Bosco,, Mathilda Geidel,, Regan Grice−Vega,, Elinore Hartz,, Veronica Klares,, Jerline Lewis,, Mic Deloughery,, Bettyann Martineau,, Virginia McKeon,, Olga Merino,, Warren Monroe,, Amy Farnum,, Kevin Mount,, Giorgetti,, Charles Schmidt,, Colleen Holohan,, Roberta Kellerman,, Laurie S. Lauterbach,, Ingrid M. Lenihan,, Jeff Merrilly E. Noeth,, Janlyn Scauso,, Nancy Shea,, Holli Silver,, Robin Theurkauf,, Joseph A. Tiesi,, Anthony Vincelli,, Whittaker,, Madeleine A. Zuccala,, Andrezej Cieslik,, Domenick Damiano,, Warren Hayes,, Evelyn Rodriguez,, Arma Bardales,, Yvonne V. Abdool,, Josephine Acquaviva,, Kara Hadfield,, Jean Adams,, Jessica Murrow−Adams,, Stephe Alderman,, Elizabeth Alderman,, Karium Ali,, Michael J. Allen,, Leonor Alvarez,, Jocelyne Ambroise,, Thomas Arias Arnold,, Philipson Azenabor,, John P. Baeszler,, Kim Barbaro,, Thomas J. Meehan, III, Daryl Joseph Meehan,, Edm Gila Barzvi,, Boris Bililovsky,, Suzanne J. Berger,, Robert J. Bernstein,, Joanne F. Betterly,, John Bonomo,, Krystyna Boryczewski,, Michele Boryczewski,, Julia Boryczewski,, Desiree A. Gerasimovich,, Kathleen M. Buckley,, Javier Bu Chubb Indemnity Insurance Company,, Prakash Bhatt,, William Doyle, Sr., Camille Doyle,, Maureen Kelly,, Chiemi Robert Keane,, One Beacon America Insurance Company,, Houssain Lazaar,, Jennifer Tarantino,, H. Michael Keder Ann Foster,, Beverly Burnett,, Mary Margaret Jurgens,, Martha Burnett O'Brien,, William Doyle,, Doreen Lutter,, C Huhn,, Lynn B. Pescherine,, Boston Old Colony Insurance Company,, Paul R. Martin,, Rachel W. Goodrich,, Ernest Gregory Stevens,, Sharlene M. Beckwith,, James A. Reed,, Benito Colon,, Victoria Higley,, Marion Knox,, Laura J. L Philip Lee,, Mei Jy Lee,, John Lewis,, Joviana Mercado,, Linda Pascuma,, Sean Passananti,, Helen Pfeifer,, Daniel F Theresa Regan,, Armand Reo,, Alexander Santoro,, Maureen Santoro,, Narasimha Sattaluri,, Wen Shi,, Cynthia Tum Yu Zheng,, David Ziminski,, Robert Bermingham,, Mark Bernheimer,, Donald DiDomenico,, Michael Endrizzi,, Mark Goldwasser,, Ron Harding,, Jeremiah Harney,, Peter Ioveno,, Jurgiel Kazimierz,, Raymond Lachhman,, George Lan Leigh,, Vincent LeVien,, Jeff Lever,, Jerzy Mrozek,, Carmen Romero,, Christine Sakoutis,, Kemraj Singh,, Gary Wen Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' In Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Company,, The Princeton Excess & Surplus Lines Insurance Company,, Jane Alderman,, Stephen Jezycki,, Catherine Michael Jezycki,, Jennifer D'Auria,, Richard D. Allen,, Luke C. Allen,, Judith M. Aiken,, Lauren Arias Lucchini,, Lor Beliveau,, Tara Bane,, Anna M. Granville,, Nicholas Barbaro,, Carol Barbaro,, Kevin W. Barry,, Maureen Barry,, E Tisnovskiy,, Leonid Tisnovskiy,, Rostyslav Tisnovskiy,, Frances Berdan,, John Benedetto,, Rina Rabinowitz,, Maria G Ondina Bennett,, Murray Bernstein,, Norma Bernstein,, Irene Bilcher,, Lillian Bini,, Rosemarie Corvino,, Bhola P. B Miles Bilcher,, Sonia Bonomo,, Sharon Booker,, Rose Booker,, Michael Boryczewski,, John C. Buckley,, Jane M. Smi Fiona Havlish,, Thomas Burnett,, National Ben Franklin Insurance Company of Illinois,, Alexander Paul Aranyos,, M Girdano,, Russa Steiner,, Clara Chirchirillo,, Ellen L. Saracini,, TheresaAnn Lostrangio,, Thomas E. Burnett, Sr., Ju William Coale,, Patricia J. Perry,, Matthew T. Sellitto,, Ralph Maerz, Jr., Linda Panik,, Martin Panik,, Martina Lyne Panik,, Stephen L. Cartledge,, Tina Grazioso,, Jin Liu,, Lynn Allen,, Helene Parisi−Gnazzo,, Ann R. Haynes,, John F O'Neill, Jr., Theresa King,, Judi A. Ross,, Fiona Havlish,, Grace M. Parkinson−Godshalk,,, Loisanne Diehl,, Alfred A James Alario,,, Andrew Aris,, Donald Aris,, Madelyn Conroy Allen,, George Bonomo,, Estate of John P.O'Neill, Sr.,, Plaintiffs,, Frederick Alger,, Hiscox Dedicated Corporate Member, Ltd.,, Michael J. Novotny,, Christine Irene O'Nei O'Neill,, Dorothy A. O'Neill,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Continental Insurance Compa Jersey,, Fidelity and Casualty Company of New York,, Joann Meehan,, Burnett & Ashton Plaintiffs,, Barrera Plaintif Plaintiffs,, Salvo Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, 1077 RICO Statement filed by Estate of Jo P.O'Neill, Sr.,, 1631 Memorandum of Law in Oppisition to Motion,,, filed by Federal Insurance Company et al., Plai Affidavit in Opposition to Motion,,, filed by Federal Insurance Company,, Continental Casualty Company,, Cantor F Co.,, New York Marine and General Insurance Company,, Kathleen Ashton,, John Patrick O'Neill, Jr., Burnett Plain Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 268 Reply to Response to Motion filed by Islamic Ass North America,, 975 Notice (Other) filed by Burnett Plaintiffs,, 426 Endorsed Letter,, 212 JOINT MOTION to Serve Authorizing Plaintiffs to Effectuate Service of Process on Those Defendants for Whom an Address or Location to Ser Summons and Complaint is Unknown, etc.. filed by Kathleen Ashton,, 571 FIRST MOTION to Dismiss for Lack of Ju and Failure to State a Claim. filed by Omar Abdullah Kamel,, 154 Memorandum of Law in Support,, filed by Burnett Plaintiffs,, 858 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1478 CONSENT MOTION for Extension of Ti Answer. filed by International Islamic Relief Organization(IIRO),, 347 MOTION to Dismiss. filed by Mohammed Bin*

| | | |
|---|---|---|
| | | *Abdulrahman Al Ariefy,, Faisal Group Holding Co.,, Alfaisaliah Group,, Addullah Al Faisal Abdulaziz Al Saud,, 160 Disclosure Statement filed by Arab Bank,, 639 Endorsed Letter, Terminate Motions,,,,, 651 Affidavit in Opposition to filed by Federal Insurance Company et al., Plaintiffs,, 887 Notice (Other) filed by Saudi Binladin Group, Inc.,, 959 R Statement filed by Estate of John P.O'Neill, Sr.,, 881 Affidavit in Support of Motion, filed by Yassin Abdullah Kadi,, 1 Stipulation and Order,,, 842 MOTION to Dismiss. filed by Faisal Islamic Bank,, 1133 Clerk Certificate of Mailing,, 1 Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Executive Committees,, 1626 Reply Memorandum o Support of Motion filed by DMI Administrative Services S.A., were transmitted to the U.S. Court of Appeals. (tp, ) (E 01/24/2006)* |
| 24/2006 | 1638 | NOTICE of Plaintiffs' Cross Motion re: 1592 Memorandum of Law in Support of Motion,, 1591 Memorandum of La Support of Motion,. Document filed by Estate of John P.O'Neill, Sr.. (Goldman, Jerry) (Entered: 01/24/2006) |
| 24/2006 | 1639 | SUPPLEMENTAL MEMORANDUM OF LAW in Opposition re: 926 MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss. *Specifically refers to Defendants Supplemental Memorandum of Law Docket # 1591−2*. Docur by Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Go Jerry) (Entered: 01/24/2006) |
| 24/2006 | 1640 | CROSS MOTION to Strike Document No. [1591−1592]. Document filed by Estate of John P.O'Neill, Sr.. Filed In A Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Go Jerry) (Entered: 01/24/2006) |
| 24/2006 | 1641 | REPLY MEMORANDUM OF LAW in Support re: 1561 MOTION to Strike Document No. 1426 *NOTICE OF THE PLAINTIFFS' MOTION TO STRIKE RENEWED MOTION TO DISMISS SAAR NETWORK DEFENDANTS. THE FE PLAINTIFFS? REPLY MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO STRIKE THE MOTION TO D FILED BY SAAR NETWORK DEFENDANTS AFRICAN MUSLIM AGENCY, GROVE CORPORATE, INC., HERITA EDUCATION TRUST, INTERNATIONAL INSTITUTE OF ISLAMIC THOUGHT, MAR−JAC INVESTMENTS, INC., CORPORATION, RESTON INVESTMENTS, INC., SAFA TRUST, SANA−BELL, INC., STERLING CHARITABLE GI STERLING MANAGEMENT GROUP, INC., AND YORK FOUNDATION*. Document filed by Federal Insurance Com Plaintiffs. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Fe Elliott) (Entered: 01/24/2006) |
| 25/2006 | 1642 | DECLARATION of Gina M. Mac Neill, Esquire in Support re: 1640 CROSS MOTION to Strike Document No. [15 Document filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M# 14 N)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Gina) (Entered: 01/25/2006) |
| 25/2006 | 1643 | DECLARATION of Gina M. MacNeill, Esquire in Opposition re: 1040 MOTION to Dismiss., 926 MOTION to Dism Lack of Jurisdiction.. Document filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 E Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit Exhibit M# 14 Exhibit N)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Gina) (Entered: 01/25/2006) |
| 27/2006 | 1644 | MOTION to Dismiss *Ashton, Federal Insurance, World Trade Center, Continental Casualty, Euro Brokers, New Yor and Burnett (5738) Complaints*. Document filed by Bakr M Bin Laden, Tarek M. Bin Laden, Omar M. Bin Laden, M Bin Laden Organization (SBG), Saudi Binladin International Company. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R |

| | | |
|---|---|---|
| | | 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ga James) (Entered: 01/27/2006) |
| 27/2006 | 1645 | MEMORANDUM OF LAW in Support re: 1644 MOTION to Dismiss *Ashton, Federal Insurance, World Trade Cen Continental Casualty, Euro Brokers, New York Marine, and Burnett (5738) Complaints*.. Document filed by Bakr M Tarek M. Bin Laden, Omar M. Bin Laden, Mohamed Bin Laden Organization (SBG), Saudi Binladin International C (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhi Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ga James) (Entered: 01/27/2006) |
| 27/2006 | 1646 | REPLY MEMORANDUM OF LAW in Support re: 1453 MOTION to Dismiss *Notice of Motion*.. Document filed by Totonji, Iqbal Yunus, Mohammed Jaghlit, Muhammad Ashraf, M. Omar Ashraf, Taha Jaber Al−Alwani, M. Yaqub M In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ba Steven) (Entered: 01/27/2006) |
| 27/2006 | 1647 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Mohamed Bin Laden Organization (SBG).(Gauch, Jan (Entered: 01/27/2006) |
| 27/2006 | 1648 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Saudi Binladin International Company.(Gauch, James) 01/27/2006) |
| 27/2006 | 1649 | REPLY MEMORANDUM OF LAW in Support re: 1239 MOTION to Dismiss *the Burnett actions*.. Document filed Administrative Services S.A.. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(McGuire, Ja (Entered: 01/27/2006) |
| 27/2006 | 1650 | REPLY MEMORANDUM OF LAW in Support re: 1241 MOTION to Dismiss *the World Trade Center Properties a Brokers actions*.. Document filed by DMI Administrative Services S.A.. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−07280−RCC(McGuire, James) (Entered: 01/27/2006) |
| 27/2006 | 1651 | STIPULATION AND ORDER OF DISMISSAL that through counsel, the Federal Insurance plaintiffs and defendant Investment Co. of the Gulf have agreed to and hereby stipulate to the dismissal of defendant, Islamic Investment Co. without prejudice... each side to bear its own attorney's fees, costs, and expenses. (Signed by Judge Richard C. Casey 1/26/06) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(rjm, ) (Entered: 01/30/2006) |
| 27/2006 | 1655 | NOTICE OF APPEAL from 1594 Clerk's Judgment,,,,. Document filed by Cantor Fitzgerald Associates, L.P., Canto Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald International, Cantor Fitzgerald Partners, Cantor Fitzge Securities, Cantor Fitzgerald, L.P., Cantor Index Limited, CO2e.com, LLC, eSpeed Government Securities, Inc., eSp Securities, Inc., TradeSpark, L.P., WTC Retail LLC, Port Authority Trans−Hudson Corporation, Port Authority of N New Jersey. Filing fee $ 255.00, receipt number E 568665. (nd, ) (Entered: 02/01/2006) |
| 30/2006 | 1652 | MEMORANDUM OF LAW in Opposition re: 1539 MOTION to Dismiss.. Document filed by Kathleen Ashton. File Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC(Parrett, Vincent) (Entered: 01/30/2006) |
| 30/2006 | 1653 | MEMORANDUM OF LAW in Opposition re: 1504 MOTION to Dismiss. *Plaintiffs' Consolidated Memorandum of Opposition to Motion to Dismiss of Abdullah BinLadin*. Document filed by Plaintiffs Executive Committees. Filed In Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Bi Andrea) (Entered: 01/30/2006) |
| 30/2006 | 1654 | ORDER that, on the law, the facts, and as a matter of discretion, the motion of the attorneys of record, Motley Rice L Hanly Conroy Bierstein & Sheridan LLP, to withdraw as counsel for the plaintiff is granted, without costs or disburs that on 2/17/06, the plaintiff shall appear before the Court either by new counsel or, if new counsel has not been retai and it is further ordered that within 10 days of the date of this order, Motley Rice LLc shall serve the plaintiff with a order by USPS certified mail, return receipt requested & by USPS first class mail w/proof of mailing, which shall co notice to the plaintiff to retain other counsel; and serve a copy of this order by USPS first class mail w/proof of maili |

| | | |
|---|---|---|
| | | attorney for the defendants... and as further set forth in said order. (Signed by Judge Richard C. Casey on 1/27/06) Fil Associated Cases: 1:03−md−01570−RCC,1:04−cv−07281−RCC(rjm, ) (Entered: 01/31/2006) |
| )1/2006 | | Transmission of Notice of Appeal to the District Judge re: 1655 Notice of Appeal,,. (nd, ) (Entered: 02/01/2006) |
| )1/2006 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 1655 Notice of Ap ) (Entered: 02/01/2006) |
| )1/2006 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 1655 Notice filed by Port Authority of New York & New Jersey,, Port Authority Trans−Hudson Corporation,, Cantor Fitzgerald, l Cantor Fitzgerald Securities,, Cantor Fitzgerald International,, Cantor Fitzgerald Partners,, Cantor Fitzgerald Associa Cantor Fitzgerald Brokerage, L.P.,, Cantor Fitzgerald Europe,, Cantor Index Limited,, eSpeed Government Securities eSpeed Securities, Inc.,, TradeSpark, L.P.,, CO2e.com, LLC,, WTC Retail LLC,, 1648 Rule 7.1 Disclosure Statement Saudi Binladin International Company,, 1649 Reply Memorandum of Law in Support of Motion filed by DMI Admi Services S.A.,, 1643 Declaration in Opposition to Motion,,, filed by Estate of John P.O'Neill, Sr.,, 1646 Reply Memo Law in Support of Motion,, filed by M. Yaqub Mirza,, Ahmed Totonji,, Iqbal Yunus,, M. Omar Ashraf,, Mohammed Muhammad Ashraf,, Taha Jaber Al−Alwani,, 1647 Rule 7.1 Disclosure Statement filed by Mohamed Bin Laden Orga (SBG),, 1654 Order,,,, 1650 Reply Memorandum of Law in Support of Motion, filed by DMI Administrative Service 1645 Memorandum of Law in Support of Motion,,, filed by Bakr M Bin Laden,, Tarek M. Bin Laden,, Omar M. Bin Mohamed Bin Laden Organization (SBG),, Saudi Binladin International Company,, 1638 Notice (Other) filed by Est P.O'Neill, Sr.,, 1640 CROSS MOTION to Strike Document No. [1591−1592]. filed by Estate of John P.O'Neill, Sr.,, MOTION to Dismiss *Ashton, Federal Insurance, World Trade Center, Continental Casualty, Euro Brokers, New Yor and Burnett (5738) Complaints*. filed by Bakr M Bin Laden,, Tarek M. Bin Laden,, Omar M. Bin Laden,, Mohamed l Organization (SBG),, Saudi Binladin International Company,, 1642 Declaration in Support of Motion,,, filed by Esta P.O'Neill, Sr.,, 1653 Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Executive Committees,, 1641 Memorandum of Law in Support of Motion,,,, filed by Federal Insurance Company et al., Plaintiffs,, 1651 Stipulation of Dismissal,, 1652 Memorandum of Law in Oppisition to Motion filed by Kathleen Ashton,, 1639 Memorandum of Oppisition to Motion,, filed by Estate of John P.O'Neill, Sr., 1330 Notice (Other) filed by Estate of John P.O'Neill, Sr MOTION to Dismiss the O'Neill action. filed by DMI Administrative Services S.A.,, 495 Reply Memorandum of La Support of Motion, filed by Saleh Abdullah Kamel,, Al Baraka Investment & Development Corp.,, 1234 Notice (Oth (Other) filed by Abdullah Bin Laden,, Bakr M Bin Laden,, Tarek M. Bin Laden,, Omar M. Bin Laden,, Mohamed Bi Organization (SBG),, Saudi Binladin International Company,, Yeslam M. Bin Laden,, Saudi Binladin Group, Inc.,, 1 Statement filed by Estate of John P.O'Neill, Sr.,, 933 Order,, 171 Reply Memorandum of Law in Support of Motion, Mohammed Al Faisal Al Saud,, 1306 Reply Memorandum of Law in Support of Motion,, filed by Adnan Basha,, 127 (Other) filed by World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1129 Clerk Certificate of Maili Notice (Other) filed by Federal Insurance Company et al., Plaintiffs,, 1451 MOTION to Dismiss Plaintiffs' Complain Burnett, Federal Insurance, Continental Casualty, Euro Brokers, New York Marine, and World Trade Center. filed by M. Bin Laden,, 491 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 689 Notice of Volunta Dismissal − Signed,, 683 Waiver of Service Executed, filed by John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr., Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 176 Notice (Other), Notice (Other) filed by Soliman H.S. Al−Butl Endorsed Letter,, 499 MOTION to Dismiss Notice of Motion to Dismiss. filed by DMI Administrative Services S.A. Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs,, 1066 Stipulation and Order,,, 369 Reply Men of Law in Support of Motion, filed by Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, Sana−Bell, Inc.,, 899 RICO Staten by Euro Brokers Inc., et al.,, 607 Stipulation and Order,, 1322 MOTION to Amend/Correct Leave to file Second Am Complaint. filed by Havlish Plaintiffs,, 1303 Memorandum of Law in Support filed by Abdul Aziz Al Ibrahim,, 1585 and Order of Dismissal,,,, 463 Endorsed Letter,,, 608 Stipulation and Order,, 963 Affirmation in Opposition to Motio filed by Federal Insurance Company et al., Plaintiffs,, 836 Memorandum of Law in Support of Motion filed by Faisal Bank,, 809 Memorandum of Law in Oppisition to Motion,,, filed by Plaintiffs PI Executive Committee,, 303 Memora Law in Support of Motion filed by Yousef Jameel,, 767 Endorsed Letter,, 548 Clerk Certificate of Mailing,,, 1438 M Dismiss for Failure to State a Claim and Lack of Subject Matter Jurisdiction. filed by Al Baraka Investment and Dev Corporation,, Saleh Abdullah Kamel,, Dallah Al Baraka Group LLC,, 158 Notice of Appearance filed by Yousef Jam Affidavit in Support of Motion,, filed by Shahir Abdulraoof Batterjee,, 823 Certificate of Service Other filed by Esta P.O'Neill, Sr.,, 226 Memorandum of Law in Support of Motion filed by Naif Bin Abdulaziz Al Saud,, 1305 Memoran Law in Support filed by Abdul Aziz Al Ibrahim,, 324 Order on Motion to Appear Pro Hac Vice,, 1293 Notice (Other Burnett Plaintiffs,, 1246 Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Executive Committees,, 5 in Opposition to Motion,, filed by Burnett Plaintiffs,, 1558 Declaration in Opposition to Motion,, filed by Estate of Jo P.O'Neill, Sr.,, 1475 Endorsed Letter,, 1417 Response in Support of Motion,, filed by Saleh Al−Hussayen,, 1263 Me of Law in Support filed by DMI Administrative Services S.A.,, 784 Stipulation and Order,, 694 RICO Statement filed of John P.O'Neill, Sr.,, 278 Memorandum of Law in Oppisition to Motion filed by Burnett Plaintiffs,, 291 Memorand in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 869 MOTION to Dismiss Sulaiman A MOTION to Dismiss for Lack of Jurisdiction Sulaiman Al Rajhi. MOTION to Dismiss Sulaiman Al Rajhi. MOTION for Lack of Jurisdiction Sulaiman Al Rajhi. MOTION to Dismiss Sulaiman Al Rajhi. MOTION to Dismiss for Lack Jurisdiction Sulaiman Al Rajhi. filed by Suleiman Abdel Aziz Al Rajhi,, Sulaiman Bin Abdul Aziz Al Rajhi,, 577 Sti |

and Order,, 327 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 1033 Memorandum of Law i to Motion,,, filed by Plaintiffs Executive Committees,, 1013 MOTION to Dismiss. filed by Khaled Bin Salim Bin Ma Endorsed Letter, Set Deadlines,,, 1316 Affidavit, filed by Federal Insurance Company et al., Plaintiffs,, 838 Memorar Law in Support of Motion filed by Faisal Islamic Bank,, 603 Stipulation and Order,,, 370 Stipulation and Order,,, 75( (Other) filed by Burnett Plaintiffs,, 769 Endorsed Letter,,, 103 MOTION to Dismiss. filed by Aqeel Al−Aqeel,, 1434 Memorandum of Law in Support of Motion,,, filed by Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac In Inc.,, Mena Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Managemen Inc.,, York Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, 302 MOTION to Dism (DC). filed by Yousef Jameel,, 544 JOINT MOTION for Extension of Time Stipulation Extending Time For Saudi A Bank To File Reply Papers In Support Of Its Motion To Dismiss. filed by Federal Insurance Company et al., Plaintif MOTION to Dismiss. filed by Sami Omar Al−Hussayen,, 1119 Stipulation and Order,,,,, 1087 RICO Statement filed of John P.O'Neill, Sr.,, 9 MOTION (FILED ON SERVICE DATE) for Extension of Time to File Answer. filed by Y Binladin,, 1559 Memorandum of Law in Oppisition,, filed by Federal Insurance Company et al., Plaintiffs,, 755 Clerl of Mailing,,,,,,,,,,, 634 RICO Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co Order on Motion to Dismiss, 558 MOTION to Dismiss. filed by International Islamic Relief Organization(IIRO),, 20 Memorandum of Law in Support of Motion filed by Rabita Trust,, 724 MOTION to Dismiss. filed by Sami Omar Al 772 Stipulation and Order,,, 451 Affidavit in Opposition, filed by Burnett Plaintiffs,, 419 Notice (Other) filed by Mo Faisal Al Saud,, 361 Reply Memorandum of Law in Support of Motion filed by Mohammed Ali Sayed Mushayt,, 13 to Dismiss Complaint By Federal Insurance Plaintiffs and to Quash Service of Process of His Royal Highness Prince Al−Faisal Bin Abdulaziz Al−Saud. filed by Turki Al Faisal Al Saud,, 1593 Stipulation and Order,,, 1189 MOTION t filed by Sheik Hamad Al−Husaini,, 879 MOTION (FILED ON SERVICE DATE) for David F. Geneson to Appear P Vice. filed by Yassin Abdullah Kadi,, 1505 Memorandum of Law in Support of Motion,, filed by Abdullah Bin Lade RICO Statement filed by Estate of John P.O'Neill, Sr.,, 717 RICO Statement filed by Euro Brokers Inc., et al.,, 1454 Memorandum of Law in Support of Motion,, filed by Yousef Jameel,, 1359 Notice (Other) filed by Estate of John P. 245 Endorsed Letter,,,, 28 Memo Endorsement,, 1621 Stipulation and Order,, 251 Endorsed Letter,,, 121 Memo End 1538 Answer to Complaint filed by International Islamic Relief Organization(IIRO),, 715 Stipulation and Order,,, 11 Stipulation and Order of Dismissal,, 1258 Affidavit of Service Complaints,,,,, filed by Federal Insurance Company et Plaintiffs,, 559 RICO Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 320 Service Executed filed by Federal Insurance Company et al., Plaintiffs,, 1428 Memorandum of Law in Support,,, file Totonji,, Mohammed Jaghlit,, Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, 461 MOTION to Dismiss Certain This Motion relates only to Civil Action No. 02 CV 7236. filed by Virginia Bauer,, 1625 Reply Memorandum of Law of Motion,, filed by Abdulrahman Bin Mahfouz,, 1247 Memorandum of Law in Oppisition to Motion,, filed by Plain Executive Committees,, 691 Notice of Voluntary Dismissal − Signed,, 135 MOTION to Dismiss the Amended Comp by Sultan Bin Abdulaziz Al Saud,, 1088 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 832 Stipulation and Stipulation and Order, Set Motion and R&R Deadlines/Hearings,,, 514 Reply Memorandum of Law in Support of M by Faisal Group Holding Co.,, Alfaisaliah Group,, Abdullah Al Faisal Bin Abdulaziz AlSaud,, 380 Memorandum of Oppisition to Motion, filed by Turki Al Faisal Al Saud,, 1503 Declaration in Support,,,,, filed by Wamy International World Assembly of Muslim Youth,, 1084 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1014 Memorandum Oppisition to Motion,,, filed by Federal Insurance Company et al., Plaintiffs,, 1003 Order,, 819 Reply Memorandum Support of Motion, filed by Saudi Joint Relief Committee,, 581 MOTION for Extension of Time / Consent Motion a Stipulation as to Service of Process and Extension of Time. filed by Islamic Investment Company of the Gulf (Sharja Reply Memorandum of Law in Support of Motion filed by Saudi Binladin Group, Inc.,, 614 Stipulation and Order,,,, MOTION to Dismiss Named Defendants in Exhibit A. filed by Kathleen Ashton,, 973 Memorandum of Law in Oppi Motion,, filed by Saudi American Bank,, 754 Clerk Certificate of Mailing,,,,,,,,,,, 199 Rule 7.1 Disclosure Statement Faisal Group Holding Co.,, Alfaisaliah Group,, 43 MOTION to Dismiss the Complaint or in the Alternative for More Statement. filed by Saudi Binladin Group, Inc.,, 40 MOTION to Dismiss The Fourth Amended Consolidated Master in Ashton, et al. v. Al Qaeda Islamic, et al.. filed by Mohammed Al Faisal Al Saud,, 706 Order of Dismissal,,, 643 M Dismiss the Claims against defendant Mohammad Abdullad Aljomaih pursuant to Rule 25. filed by Mohammad Abd Aljomaih,, 146 Order Admitting Attorney Pro Hac Vice,,, 868 Memorandum of Law in Support,,, filed by Abdullah Al−Rajhi,, 556 Reply Memorandum of Law in Support of Motion, filed by Yassin Abdullah Kadi,, 992 Reply Memo Law in Support of Motion, filed by Dallah Al Baraka Group LLC,, 360 Reply Memorandum of Law in Support of M by Abdullah Muhsen Al Turki,, 1374 Memorandum of Law in Support filed by Daral Maal Al Islami Trust,, 1000 O Memorandum of Law in Oppisition to Motion,, filed by Burnett Plaintiffs,, 668 RICO Statement filed by Estate of Jo P.O'Neill, Sr.,, 1073 Endorsed Letter,, 1002 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 1 Memorandum of Law in Support of Motion filed by Sami Omar Al−Hussayen,, 391 Waiver of Service Executed file Insurance Company et al., Plaintiffs,, 196 Notice of Appearance filed by Mohammed Bin Abdulrahman Al Ariefy,, F Holding Co.,, Alfaisaliah Group,, Abdullah Al Faisal Bin Abdulaziz AlSaud,, 1157 Notice (Other), Notice (Other) fi Estate of John P.O'Neill, Sr.,, 654 MOTION to Dismiss the Consolidated Personal Injury Plaintiffs (Ashton, Burnett, Salvo, and Tremsky). filed by Al Haramain Islamic Foundation, Inc.,, 911 Order,,, 864 Memorandum of Law in Sup by Abdullah Salaiman Al−Rajhi,, 112 Clerk Certificate of Mailing,, 1597 Stipulation and Order,, 1436 Declaration in Motion,,, filed by Asat Trust Reg.,, Martin Watcher,, Erwin Watcher,, Sercor Treuhand Anstalt,, 659 Endorsed Lette Memorandum of Law in Support of Motion filed by Daral Maal Al Islami Trust,, 85 MOTION to Dismiss for Lack o

Jurisdiction the Third Amended Complaint (Burnett). filed by Abdullah Muhsen Al Turki,, 935 Stipulation and Order
Affidavit in Opposition to Motion,,, filed by Continental Casualty Company,, Cantor Fitzgerald & Co.,, New York M
General Insurance Company,, Kathleen Ashton,, Estate of John P.O'Neill, Sr.,, Burnett Plaintiffs,, Federal Insurance C
al., Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 780 RICO Statement filed by Es
P.O'Neill, Sr.,, 632 Memorandum & Opinion,,,,,,,,,,,, 1396 Memorandum of Law in Oppisition to Motion,, filed by N
Marine and General Insurance Company,, 585 RICO Statement,, filed by Port Authority of New York & New Jersey,
Fitzgerald & Co.,, 1403 Memorandum of Law in Support of Motion filed by Daral Maal Al Islami Trust,, 1211 Notic
filed by World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1488 Stipulation and Order of Dismiss
Memo Endorsement, 1165 RICO Statement filed by Euro Brokers Inc., et al.,, 1390 Declaration in Support,, filed by
Bin Abdul Aziz Al Ibrahim Foundation,, 1058 Memorandum of Law in Support of Motion,, filed by Yousef Jameel,,
Memorandum of Law in Support of Motion,,, filed by Wamy International, Inc.,, World Assembly of Muslim Youth,
Stipulation and Order,, 1413 MOTION to Dismiss Declaration of Ally Hack. filed by Council on American−Islamic I
(CAIR),, 429 Rule 7.1 Disclosure Statement filed by Federal Insurance Company et al., Plaintiffs,, 1496 Memorandu
in Support of Motion,, filed by Estate of John P.O'Neill, Sr.,, 1399 MOTION to Dismiss. filed by Daral Maal Al Islar
1357 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 372 Endorsed Letter,, 862 Memorandum of Law in Suppo
Khalid Sulaiman Al−Rajhi,, 492 Reply Memorandum of Law in Support of Motion, filed by Wael Jalaidan,, 1080 RI
Statement filed by Estate of John P.O'Neill, Sr.,, 606 Stipulation and Order,,, 235 Memorandum of Law in Oppisition
filed by Kathleen Ashton,, 1622 Endorsed Letter,, 907 RICO Statement filed by Euro Brokers Inc., et al.,, 1053 Reply
Memorandum of Law in Support of Motion,,, filed by Suleiman Abdel Aziz Al Rajhi,, Sulaiman Bin Abdul Aziz Al I
Suleiman Abdel Aziz Al Rajhi,, 152 Memorandum of Law in Oppisition to Motion filed by Burnett Plaintiffs,, 1109 I
Memorandum of Law in Support of Motion, filed by DMI Administrative Services S.A.,, 78 Response in Opposition
filed by Burnett Plaintiffs,, 407 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 117 Stipul
Order,,, 53 MOTION to Dismiss. filed by Wa'el Jalaidan,, 798 Acknowledgment of Service Complaints, filed by Fed
Insurance Company et al., Plaintiffs,, 549 Stipulation and Order,, 155 Memorandum of Law in Oppisition to Motion,
Burnett & Ashton Plaintiffs,, Barrera Plaintiffs,, Tremsky Plaintiffs,, Salvo Plaintiffs,, 1415 Response in Support of M
filed by Safar Al−Hawali,, 1484 Affidavit in Support filed by Kathleen Ashton,, 334 Reply Memorandum of Law in S
Motion, filed by Safar Al−Hawali,, 1136 FIRST MOTION to Withdraw 1108 RICO Statement, 1091 RICO Statemen
RICO Statement, 1080 RICO Statement, 1081 RICO Statement, 1086 RICO Statement, 1087 RICO Statement, 1088
Statement, 1089 RICO Statement, 1090 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 379 Reply Memoranc
in Support of Motion filed by Arab Bank,, 880 Order on Motion to Appear Pro Hac Vice,, 1065 Affirmation in Oppo
Motion,, filed by Plaintiffs Executive Committees,, 1469 Declaration in Support of Motion filed by Taha Jaber Al−A
MOTION to Dismiss Saleh Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Saleh Al Rajhi. MOTION to Dism
Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Saleh Al Rajhi. MOTION to Dismiss Saleh Al Rajhi. MOTIO
Dismiss for Lack of Jurisdiction Saleh Al Rajhi. filed by Saleh Abdul Aziz Al Rajhi,, Saleh Abdulaziz Al−Rajhi,, 15
Statement filed by Estate of John P.O'Neill, Sr.,, 1308 Reply Memorandum of Law in Support of Motion,, filed by Ta
Mohammed Badkook,, 729 MOTION to Dismiss. filed by Sami Omar Al−Hussayen,, 536 Affirmation in Opposition
filed by Kathleen Ashton,, 487 Response,,, filed by National Commercial Bank,, 1082 RICO Statement filed by Estat
P.O'Neill, Sr.,, 1282 Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, e
Brokers Inc., et al.,, 133 Waiver of Service Executed,,,,,,,,,,, filed by Maryland Casualty Company,, Pacific Indemnity
Company,, Vigilant Insurance Company,, Federal Insurance Company,, Allstate Insurance Company,, Great Northern
Company,, Fidelity And Deposit Company of Maryland,, North River Insurance Company,, Northern Insurance Com
New York,, Seneca Insurance Company, Inc.,, Zurich American Insurance Company,, American Zurich Insurance Co
American Guarantee and Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Chubb Insurance Com
Canada,, Chubb Insurance Company of New Jersey,, United States Fire Insurance Company,, Steadfast Insurance Co
Continental Insurance Company,, Assurance Company of America,, Glens Falls Insurance Company,, American Alte
Insurance Corporation,, One Beacon Insurance Company,, Commercial Insurance Company of Newark, N.J.,, Chubb
Insurance Company,, Chubb Indemnity Insurance Company,, One Beacon America Insurance Company,, Colonial A
Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, T
Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Comp
Princeton Excess & Surplus Lines Insurance Company,, National Ben Franklin Insurance Company of Illinois,, Hisco
Dedicated Corporate Member, Ltd.,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Continental Insurance
of New Jersey,, Fidelity and Casualty Company of New York,, 705 Stipulation and Order,, 732 MOTION to Dismiss
Sami Omar Al−Hussayen,, 682 Stipulation and Order,,, 309 RICO Statement filed by Federal Insurance Company et
Plaintiffs,, 1017 Memorandum of Law in Support of Motion, filed by Khaled Bin Salim Bin Mahfouz,, 563 Order of
Dismissal,,,,,, 1335 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1071 Stipulation and Order,,,,,,,, 189 Waive
Executed,, filed by Federal Insurance Company et al., Plaintiffs,, 560 Notice (Other) filed by Al Rajhi Bank,, 76 Orde
Stipulation and Order,, 219 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 1537 Answer t
Complaint filed by Wa'el Hamza Jalaidan,, 909 Stipulation and Order,, 747 Stipulation and Order,,, 418 Notice (Othe
Mohammed Al Faisal Al Saud,, 1092 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 821 Stipulation and Orc
Notice (Other) filed by DMI Administrative Services S.A.,, 789 Stipulation and Order,, 768 Endorsed Letter,,, 623 M
Donna Sheinbach to Withdraw as Attorney and Notice of Change of Firm Name and Address. filed by M. Yaqub Mir
Totonji,, Iqbal Yunus,, Jamal Barzinji,, M. Omar Ashraf,, Mohammed Jaghlit,, Muhammad Ashraf,, Taha Jaber Al−A
Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena Corporation,, Reston Investmen
Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc.,, York Foundation,, African Muslim Ag

International Institute of Islamic Thought,, 1237 Stipulation and Order,, 1037 Stipulation and Order,,, 737 Stipulation Order,,, 716 RICO Statement filed by World Trade Center Properties LLC, et al.,, 1290 Notice (Other) filed by Burne Plaintiffs,, 628 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 951 Stipulation and Order,,,, 4 Endorsed Letter,,, 900 RICO Statement filed by Euro Brokers Inc., et al.,, 1406 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Susan Brady,, Donovan,, Carmen Garcia,, Hector Garcia,, John Does,, Maryland Casualty Company,, Pacific Indemnity Company,, Authority of New York & New Jersey,, Dennis Quinn,, Kevin Quinn,, William D Robbins,, Vigilant Insurance Comp Federal Insurance Company,, Valley Forge Insurance Company,, All Plaintiffs,, Allstate Insurance Company,, Great Insurance Company,, National Fire Insurance Company of Hartford,, Continental Casualty Company,, Patricia Cough Rogers,, Fidelity And Deposit Company of Maryland,, Transcontinental Insurance Company,, Transportation Insuran Company,, Andrew Quinn,, North River Insurance Company,, Northern Insurance Company of New York,, Edward J Shirley Henderson,, Michael Puckett,, Mark Barbieri,, Seneca Insurance Company, Inc.,, Cantor Fitzgerald & Co.,, Z American Insurance Company,, James Boyle,, American Zurich Insurance Company,, Diane Miller,, William Ellis, J American Guarantee and Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Melvin C. Lewis,, Wil Nelson,, David M. Bernstein,, Pedro Saleme,, Chubb Insurance Company of Canada,, Chubb Insurance Company of Jersey,, Edward Walsh,, United States Fire Insurance Company,, Steadfast Insurance Company,, William Martin,, Co Insurance Company,, Benjamin Arroyo,, Thomas Fletcher,, John Martin,, Assurance Company of America,, Glens Fa Insurance Company,, American Alternative Insurance Corporation,, Brian Barry,, Dawn Brown,, American Casualty of Reading, Pennsylvania,, One Beacon Insurance Company,, Commercial Insurance Company of Newark, N.J.,, Chu Insurance Company,, Deena Burnett,, Kathleen Ashton,, Josephine Alger,, Angelica Allen,, George Andrucki,, Mary Winifred Aranyos,, Margaret Arce,, Margit Arias,, Evelyn Aron,, Nancy Badagliacca,, Christina Baksh,, Joanne Barb F. Barkow,, Nina Barnes,, Jeannine P. Baron,, Jane Bartels,, Kimberly Kaipaka Beaven,, Michelle Bedigan,, Susan B Madeline Bergin,, Miriam M. Biegeleisen,, Christine Bini,, Neil B. Blass,, Kris A. Blood,, Dorothy Ann Bogdan,, Ma Boisseau,, Kathleen Box,, David Brace,, Curtis Fred Brewer,, Hillary A. Briley,, Ursula Broghammer,, JoAnne Brueh B. Bruno,, Susan E. Buhse,, Elizabeth R. Burns,, James C. Cahill,, James W. Cahill,, Kathleen Cahill,, Deborah Cald Calia,, Jacqueline Cannizzaro,, Cathy A. Carilli,, Toni Ann Carroll,, Judith Casoria,, Tracy Ann Taback Catalano,, Sa Catarelli,, Gina Cayne,, Suk Tan Chin,, Catherine T. Regenhard,, Edward P. Ciafardini,, Lisa DiLallo Clark,, Yuko C Maryann Colin,, Julia Collins,, Patricia Coppo,, Edith Cruz,, Ildefonso A. Cua,, Linda Curia,, David Edward Cushing D'Antonio,, Beril Sofia DeFeo,, Vincent J. Della Bella,, Todd DeVito,, Milagros Diaz,, Dhanmatee Sam,, Maria DiPi Stacey Fran Dolan,, Rosalie Downey,, Jay Charles Dunne,, Stanley Eckna,, Denise Esposito,, Dennis Euleau,, Marya Clifford Tempesta,, Dorothy Tempesta,, Melissa Van Ness Fatha,, Steven Feidelberg,, Wendy Feinberg,, Charlene Fi Flannery,, Robert T. Folger,, Kurt Foster,, Claudia Flyzik,, Nancy Walsh,, Carol Francolini,, Helen Friedlander,, Lisa Anne Gabriel,, Walter Tremsky,, Eileen F. Colligan,, Paul Quinn,, Monica M. Gabrielle,, Kathleen Ganci,, Elizabeth Diane Genco,, Philip Germain,, Carol Gies,, John J. Gill,, Serina Gillis,, Angela Gitto,, Meg Bloom Glasser,, Sharon Cobb−Glenn,, Jodie Goldberg,, Mia Gonzalez,, Deborah Grazioso,, Claudette Greene,, Peter Greenleaf,, Joanne Gros Haag,, Gordon G. Haberman,, Patricia Han,, Renne Bacotti Hannafin,, Dorothy Garcia,, Benhardt R. Wainio,, Perry S Basmattie Bishundat,, Rachel R. Harrell,, Sheila Gail Harris,, Jennifer L. Harvey,, Kelly Hayes,, Virginia Hayes,, Th Healey,, Hashim A. Henderson,, Karen Hinds,, Dennis L. Hobbs,, Dixie M. Hobbs,, Pamela Hohlweck,, Kathleen Ho Rubina Cox−Holloway,, Joann T. Howard,, Bridget Hunter,, Kathryn J. Hussa,, Yesenia Ielpi,, Frederick Irby,, Marg Iskyan,, Jennifer Ruth Jacobs,, Kazmierz Jakubiak,, Leila M. Joseph,, Woodly Joseph,, Paul Kaufman,, Elizabeth H. Patricia Kellett,, Emmet P. Kelly,, Rosemary Kempton,, Donald Francis Kennedy,, Richard I. Klein,, Fran LaForte,, LaFrance,, Collette M. LaFuente,, Morris D. Lamonsoff,, Andrea N. LeBlanc,, Donald Leistman,, Elaine Leinung,, R Levine,, Kathleen Keeler Lozier,, Anne MacFarlane,, Lisanne MacKenzie,, Andrea Maffeo,, Pamela Ann Maggitti,, Makshanov,, Rebecca L. Marchand,, Lori Mascali,, Dorothy Mauro,, Meryl Mayo,, Margaret Donoghue McGinley,, McGinnis,, Cynthia F. McGinty,, Theresa McGovern,, Patricia H. McDowell,, Joann Meehan,, Fryderyk Milewski,, Milewski,, Amber Miller,, Jamie Miller,, Faith Miller,, Barbara Minervino,, Joanne Modafferi,, Anna Mojica,, Saradl Moorthy,, Elizabeth Ann Moss,, Emily Motroni,, Lauren Murphy,, Elvira P. Murphy,, Richard B. Naiman,, Edward N Dana Noonan,, William B. Novotny,, James Wallace O'Grady,, Sheryl J. Oliver,, Lisa Palazzo,, Donna Paolillo,, Hel Passaro,, Mary Gola Perez,, Linda Pickford,, Nancy Picone,, Jean Oslyn Powell,, Karen Princiotta,, Dominic J. Puop Patricia Quigley,, Francine Raggio,, Deborah Francke,, Maryann Rand,, Sadiq Rasool,, Susan Rasweiler,, Albert T. R Elizabeth Rego,, Martin Rosenbaum,, Glenna M. Rosenburg,, Jill Rosenblum,, Lauren Rosenzweig,, Claudia Ruggier Ruiz, Jr., Andrea Russin,, Diane Ryan,, Delphine Saada,, Barbara Scaramuzzino,, Phyllis Schreier,, Lori Shulman,, E Simon,, Dhanraj Singh,, Mark J. Siskopoulos,, Donna Smith,, Barbara Sohan,, Robert Spadafora,, Laurie Spampinato A. Stack,, Eileen Tallon,, Patricia Tarasiewicz,, Evelyn Tepedino,, Raj Thackurdeen,, Sat Thackurdeen,, Rosanna Th Andrija Tomasevic,, Radmila Tomasevic,, Kimberly Trimingham−Aiken,, Marie Twomey,, Victor Ugolyn,, Felician Virginia Lorene Rossiter Valvo,, Jasmine Victoria,, Richard Villa,, Lucy Virgilio,, Diane Wall,, Diane M. Walsh,, Ar Weaver,, Delia Welty,, Kristin Galusha−Wild,, Patricia Wiswall,, Anne M. Wodensheck,, Cella Woo−Yeun,, Siew−S Erica Zucker,, Nancy Lynn Zuckerman,, Aldo Addissi,, Edward Arancio,, Kathleen M. Arancio,, Leonard Ardizzone Ardizzone,, Thomas Baez,, Joseph Beltrani,, Andrew Braun,, James Cizikie,, Thomas Conroy, Jr., Gibson A. Craig,, Daly,, Robert D'Elia,, Thomas Donnelly,, Charles Downey,, Joseph R. Downey,, Timothy L. Frolich,, Irene Frolich,, Gillespie,, Joseph Hands,, John Hassett,, James D. Hodges,, Netta Issacof,, John F. Jermyn,, Arnold Lederman,, Phyl Lederman,, Michael J. Lindy,, Sandy Amrita Mahabir,, Kevin McArdle,, James McGetrick,, Owen McGovern,, Kevi Murphy,, Janice O'Dell,, Timothy Parker,, Howard Rice,, Louis Schaefer,, Scott Schrimpe,, Scott Ting,, George Luis Robert V. Trivingo,, Russell Vomero,, Philip J. Zeiss,, Virginia Bauer,, Linda E. Thorpe,, Gladys Salvo,, Harry Ong,

William O'Connor,, Jennifer E. Brady,, Andy Dinoo,, Jeanne M. Evans,, Vice Rose Arestegui,, Lori Fletcher,, Traci F
Mathilda Geidel,, Regan Grice−Vega,, Elinore Hartz,, Veronica Klares,, Jerline Lewis,, Michael Deloughery,, Bettya
Martineau,, Virginia McKeon,, Olga Merino,, Warren Monroe,, Amy Farnum,, Kevin Mount,, Armine Giorgetti,, Ch
Schmidt,, Colleen Holohan,, Roberta Kellerman,, Laurie S. Lauterbach,, Ingrid M. Lenihan,, Jeffrey Lovit,, Merrilly
Janlyn Scauso,, Nancy Shea,, Holli Silver,, Robin Theurkauf,, Joseph A. Tiesi,, Anthony Vincelli,, Lena Whittaker,, I
A. Zuccala,, Andrezej Cieslik,, Domenick Damiano,, Warren Hayes,, Evelyn Rodriguez,, Armando Bardales,, Yvonn
Abdool,, Josephine Acquaviva,, Kara Hadfield,, Jean Adams,, Jessica Murrow−Adams,, Stephen Alderman,, Elizabet
Alderman,, Karium Ali,, Michael J. Allen,, Leonor Alvarez,, Jocelyne Ambroise,, Thomas Arias,, Cynthia Arnold,, P
Azenabor,, John P. Baeszler,, Kim Barbaro,, Thomas J. Meehan, III, Daryl Joseph Meehan,, Edmund Barry,, Gila Ba
Bililovsky,, Suzanne J. Berger,, Robert J. Bernstein,, Joanne F. Betterly,, John Bonomo,, Krystyna Boryczewski,, Mi
Boryczewski,, Julia Boryczewski,, Desiree A. Gerasimovich,, Kathleen M. Buckley,, Javier Burgos,, Chubb Indemni
Insurance Company,, Prakash Bhatt,, William Doyle, Sr., Camille Doyle,, Maureen Kelly,, Chiemi York,, Robert Kea
Beacon America Insurance Company,, Houssain Lazaar,, Jennifer Tarantino,, H. Michael Keden,, Nancy Ann Foster,
Burnett,, Mary Margaret Jurgens,, Martha Burnett O'Brien,, William Doyle,, Doreen Lutter,, Christine R. Huhn,, Lyn
Pescherine,, Boston Old Colony Insurance Company,, Paul R. Martin,, Rachel W. Goodrich,, Ernesto Barrera,, Grego
Stevens,, Sharlene M. Beckwith,, James A. Reed,, Benito Colon,, Victoria Higley,, Marion Knox,, Laura J. Lassman,
Lee,, Mei Jy Lee,, John Lewis,, Joviana Mercado,, Linda Pascuma,, Sean Passananti,, Helen Pfeifer,, Daniel Polatsch
Regan,, Armand Reo,, Alexander Santoro,, Maureen Santoro,, Narasimha Sattaluri,, Wen Shi,, Cynthia Tumulty,, Yu
Zheng,, David Ziminski,, Robert Bermingham,, Mark Bernheimer,, Donald DiDomenico,, Michael Endrizzi,, Mark C
Ron Harding,, Jeremiah Harney,, Peter Ioveno,, Jurgiel Kazimierz,, Raymond Lachhman,, George Lantay,, Joyce Lei
Vincent LeVien,, Jeff Lever,, Jerzy Mrozek,, Carmen Romero,, Christine Sakoutis,, Kemraj Singh,, Gary Wendell,, C
American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance C
The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity C
The Princeton Excess & Surplus Lines Insurance Company,, Jane Alderman,, Stephen Jezycki,, Catherine Jezycki,, M
Jezycki,, Jennifer D'Auria,, Richard D. Allen,, Luke C. Allen,, Judith M. Aiken,, Lauren Arias Lucchini,, Lorraine Ar
Beliveau,, Tara Bane,, Anna M. Granville,, Nicholas Barbaro,, Carol Barbaro,, Kevin W. Barry,, Maureen Barry,, Em
Tisnovskiy,, Leonid Tisnovskiy,, Rostyslav Tisnovskiy,, Frances Berdan,, John Benedetto,, Rina Rabinowitz,, Maria
Ondina Bennett,, Murray Bernstein,, Norma Bernstein,, Irene Bilcher,, Lillian Bini,, Rosemarie Corvino,, Bhola P. B
Miles Bilcher,, Sonia Bonomo,, Sharon Booker,, Rose Booker,, Michael Boryczewski,, John C. Buckley,, Jane M. Sr
Fiona Havlish,, Thomas Burnett,, National Ben Franklin Insurance Company of Illinois,, Alexander Paul Aranyos,, M
Girdano,, Russa Steiner,, Clara Chirchirillo,, Ellen L. Saracini,, TheresaAnn Lostrangio,, Thomas E. Burnett, Sr., Jud
William Coale,, Patricia J. Perry,, Matthew T. Sellitto,, Ralph Maerz, Jr., Linda Panik,, Martin Panik,, Martina Lyne−
Panik,, Stephen L. Cartledge,, Tina Grazioso,, Jin Liu,, Lynn Allen,, Helene Parisi−Gnazzo,, Ann R. Haynes,, John P
O'Neill, Jr., Theresa King,, Judi A. Ross,, Fiona Havlish,, Grace M. Parkinson−Godshalk,,, Loisanne Diehl,, Alfred A
James Alario,,, Andrew Aris,, Donald Aris,, Madelyn Conroy Allen,, George Bonomo,, Estate of John P.O'Neill, Sr.,,
Plaintiffs,, Frederick Alger,, Hiscox Dedicated Corporate Member, Ltd.,, Michael J. Novotny,, Christine Irene O'Neil
O'Neill,, Dorothy A. O'Neill,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Continental Insurance Compa
Jersey,, Fidelity and Casualty Company of New York,, Joann Meehan,, Burnett & Ashton Plaintiffs,, Barrera Plaintif
Tremsky Plaintiffs,, Salvo Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, Saad Bin Laden,, World Trade Ce
Properties LLC, et al.,, Euro Brokers Inc., et al.,, Plaintiffs PI Executive Committee,, Plaintiffs Executive Committee
Plaintiffs,, 758 Order,,, 787 Stipulation and Order,,, 290 Memorandum of Law in Oppisition to Motion, filed by Fede
Insurance Company et al., Plaintiffs,, 1289 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties
al.,, Euro Brokers Inc., et al.,, 1632 Amended Answer to Complaints filed by Muslim World League,, 204 Reply Mem
of Law in Support of Motion filed by Al Baraka Investment and Development Corporation,, Saleh Abdullah kamel,, 
Certificate of Mailing,,,,,,,,, 111 Amended Complaint,,,,,, filed by Maryland Casualty Company,, Pacific Indemnity
Vigilant Insurance Company,, Federal Insurance Company,, Allstate Insurance Company,, Great Northern Insurance
Fidelity And Deposit Company of Maryland,, North River Insurance Company,, Northern Insurance Company of Ne
Seneca Insurance Company, Inc.,, Zurich American Insurance Company,, American Zurich Insurance Company,, An
Guarantee and Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Chubb Insurance Company of Ca
Chubb Insurance Company of New Jersey,, United States Fire Insurance Company,, Steadfast Insurance Company,, C
Insurance Company,, Assurance Company of America,, Glens Falls Insurance Company,, American Alternative Insu
Corporation,, One Beacon Insurance Company,, Commercial Insurance Company of Newark, N.J.,, Chubb Custom In
Company,, Chubb Indemnity Insurance Company,, One Beacon America Insurance Company,, Boston Old Colony In
Company,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American En
Insurance Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum
Indemnity Company,, The Princeton Excess & Surplus Lines Insurance Company,, National Ben Franklin Insurance
of Illinois,, Hiscox Dedicated Corporate Member, Ltd.,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Co
Insurance Company of New Jersey,, Fidelity and Casualty Company of New York,, 1016 Memorandum of Law in Su
Motion filed by Khaled Bin Salim Bin Mahfouz,, 816 Endorsed Letter,,, 595 RICO Statement filed by Federal Insura
Company et al., Plaintiffs,, 1040 MOTION to Dismiss. filed by Schreiber & Zindel,, Frank Zindel,, Engelbert Schreil
Engelbert Schreiber, Jr, 1095 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 822 Notice (Other) filed by Esta
P.O'Neill, Sr.,, 1563 Memorandum of Law in Support of Motion,, filed by Federal Insurance Company et al., Plaintif
Notice (Other) filed by Burnett Plaintiffs,, 305 Response in Opposition to Motion, filed by Federal Insurance Compa
Plaintiffs,, 584 RICO Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 545

1378 Notice (Other) filed by Euro Brokers Inc., et al.,, 711 Stipulation and Order,,, 1529 Answer to Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by International Islamic Relief Organization(IIRO),, 325 Memo Endor 1531 Memorandum of Law in Oppisition to Motion, filed by Taha Jaber Al−Alwani,, 1244 Declaration in Oppositior Motion,,,,, filed by New York Marine and General Insurance Company,, Burnett Plaintiffs,, Federal Insurance Compa Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1609 Notice of Appeal filed by Fede Insurance Company et al., Plaintiffs,, 957 Affidavit in Support of Motion,, filed by Dubai Islamic Bank,, 1067 Stipul Order,,, 227 Memorandum of Law in Oppisition to Motion filed by Kathleen Ashton,, 1204 MOTION to Dismiss. fil Abdullah Omar Naseef,, 479 Notice of Appearance filed by Port Authority of New York & New Jersey,, Cantor Fitzg Co.,, 1223 Endorsed Letter,, 1578 Memorandum of Law in Support of Motion, filed by Burnett Plaintiffs,, 1425 Resp Support of Motion,,,, filed by Al Haramain Islamic Foundation, Inc.,, 1015 Affirmation in Opposition to Motion,,, fil Federal Insurance Company et al., Plaintiffs,, 565 Memorandum of Law in Oppisition to Motion, filed by Federal Ins Company et al., Plaintiffs,, 1008 Affirmation in Opposition to Motion,,,, filed by Federal Insurance Company,, Conti Casualty Company,, Cantor Fitzgerald & Co.,, New York Marine and General Insurance Company,, Kathleen Ashtor Patrick O'Neill, Jr., Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1519 De Support of Motion,,, filed by Estate of John P.O'Neill, Sr.,, 1256 Memorandum & Opinion,,,,,,,,,, 157 Memorandum Oppisition filed by Burnett Plaintiffs,, 1230 Stipulation and Order,,, 1567 Declaration in Opposition to Motion,,,, file of John P.O'Neill, Sr.,, 1312 Stipulation and Order,, 875 Endorsed Letter,, 587 Reply Memorandum of Law in Suppo Motion,, filed by Yousef Jameel,, 1524 Memorandum of Law in Oppisition to Motion,,,,, filed by M. Yaqub Mirza,, S Foundation,, Ahmed Totonji,, Hisham Al−Talib,, Iqbal Yunus,, Jamal Barzinji,, M. Omar Ashraf,, Mohammed Jaghl Muhammad Ashraf,, Taha Jaber Al−Alwani,, Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investment Mena Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Grou York Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, 1323 RICO Statement filed b Insurance Company et al., Plaintiffs,, 1264 MOTION to Dismiss the Continental Casualty and New York Marine & C Insurance actions. filed by Daral Maal Al Islami Trust,, 803 MOTION (FILED ON SERVICE DATE) to Dismiss. fil Mohammed Hussein Al Amoudi,, 1315 Affidavit of Service Complaints, filed by Federal Insurance Company et al., I 1553 Endorsed Letter,,, 1318 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 1453 MOTION Notice of Motion. filed by M. Yaqub Mirza,, Ahmed Totonji,, Iqbal Yunus,, M. Omar Ashraf,, Mohammed Jaghlit,, M Ashraf,, Taha Al Alwani,, 1304 MOTION to Dismiss New York Marine. filed by Abdul Aziz Al−Ibrahim,, 252 Stipu Order,,, 512 Affirmation in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 1373 MOTI Dismiss the Cantor Fitzgerald action. filed by Daral Maal Al Islami Trust,, 760 Stipulation and Order,,, 1265 Memor Law in Support, filed by Daral Maal Al Islami Trust,, 1175 Memorandum of Law in Support of Motion,, filed by Sau Crescent,, 921 Memorandum of Law in Oppisition to Motion,, filed by World Trade Center Properties LLC, et al.,, 1 Memorandum of Law in Support of Motion filed by Aradi, Inc.,, 855 Notice of Change of Address filed by Burnett P 1086 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1603 Memorandum of Law in Oppisition to Motion, file American Bank,, 721 Affidavit of Service Other,, filed by John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Chr O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 1307 Reply Memorandum of Law in Support of Motion,, filed by Abdu Naseef,, 279 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 234 Memorandum of Law in to Motion, filed by Kathleen Ashton,, 142 MOTION to Dismiss the First Amended Complaint. filed by M. Yaqub Mi Yunus,, M. Omar Ashraf,, Muhammad Ashraf,, Taha Jaber Al−Alwani,, 1295 Notice (Other) filed by Burnett Plainti Stipulation and Order,,,,, 960 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 300 Declaration in Support filec Jameel,, 814 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc MOTION to Dismiss for Lack of Jurisdiction the Third Amended Complaint (Burnett). filed by Saudi Red Crescent,, Statement, filed by Euro Brokers Inc., et al.,, 165 MOTION for Protective Order Notice of Motion and Memorandum of Motion for Limited Appearance and to Move for a Protective Order. filed by Princess Haifa Al−Faisal,, The Royal of Saudi Arabia,, Prince Bandar bin Sultan bin Abdulaziz,, Ahmed A. Kattan,, Abdul Rahman I. Al−Noah,, 551 Stipu Order of Dismissal,, 1140 RICO Statement filed by World Trade Center Properties LLC, et al.,, 708 Notice of Volun Dismissal − Signed,,,,,,, 637 Endorsed Letter,,, 1085 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 321 Wai Service Executed filed by Federal Insurance Company et al., Plaintiffs,, 200 Reply Memorandum of Law in Support filed by International Islamic Relief Organization(IIRO),, 1280 Notice (Other) filed by Burnett Plaintiffs,, 794 Ackno of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 1495 MOTION Strike Defendant Taha Alwani's Motion to Dismiss, to Amend Plaintiff's Complaint, for Leave to File RICO Statement, For Reconsideration Court's Decision Relative to the Filing of A RICO Statement and other Relief. filed by Estate of John P.O'Neill, Sr.,, Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Executive Committees,, 591 Endorsed Letter,, 128 (Other) filed by Burnett Plaintiffs,, 574 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Co al., Plaintiffs,, 799 Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 3 Memorandum of Law in Oppisition to Motion, filed by All Plaintiffs,, 919 MOTION for Entry of Judgment under Ru NOTICE OF MOTION FOR ENTRY OF FINAL JUDGMENTS REGARDING DEFENDANTS KINGDOM OF SA ARABIA, PRINCE SULTAN BIN ABDUL AZIZ AL SAUD, PRINCE TURKI AL FAISAL AL SAUD, PRINCE M AL FAISAL AL SAUD, AND AL filed by Plaintiffs Executive Committees,, 572 CONSENT MOTION for Extensio to Answer Complaint. filed by Adnan Basha,, Abdullah Muhsen Al Turki,, 80 Affidavit of Service Other, filed by Ch Jennifer Tarantino,, H. Michael Keden,, Nancy Ann Foster,, 1193 Memorandum of Law in Support of Motion,, filed Mohammed Badkook,, 1102 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 195 Rule 7.1 Disclosure Stateme Alfaisaliah Group,, 1208 Affidavit of Service Complaints,,, filed by Federal Insurance Company et al., Plaintiffs,, 70 Stipulation and Order,, 8 Order on Motion for Extension of Time to Answer,, 1449 MOTION to Dismiss Notice Of M

by M. Yaqub Mirza,, Ahmed Totonji,, M. Omar Ashraf,, Mohammed Jaghlit,, Muhammad Ashraf,, Taha Jaber Al−A
Aaran Money Wire Service, Inc.,, Iqbal Unus (Yunus),, 352 Memorandum of Law in Support of Motion filed by Mol
Bin Abdulrahman Al Ariefy,, Faisal Group Holding Co.,, Alfaisaliah Group,, Abdullah Al Faisal Bin Abdulaziz Al S
RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 468 Endorsed Letter,, 272 Memorandum of L
Oppisition to Motion,,, filed by Burnett Plaintiffs,, 1056 Endorsed Letter,, 1615 Memorandum of Law in Support of I
filed by Al Shamal Islamic Bank,, 929 Declaration in Support of Motion,, filed by Schreiber & Zindel,, Frank Zindel,
Schreiber,, Engelbert Schreiber, Jr, 1166 RICO Statement filed by World Trade Center Properties LLC, et al.,, 942 R
Statement filed by Continental Casualty Company,, 1551 Stipulation and Order,,,,,, 1132 Clerk Certificate of Mailing
Affidavit in Opposition to Motion,,,,, filed by Plaintiffs PI Executive Committee,, 1198 MOTION to Dismiss. filed by
Abdulraoof Batterjee,, 1027 Reply Memorandum of Law in Support of Motion filed by Sami Omar Al−Hussayen,, 9
Stipulation and Order,,,, 113 Clerk Certificate of Mailing,, 678 RICO Statement filed by Federal Insurance Company
Plaintiffs,, 939 RICO Statement, filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 446
Statement filed by Federal Insurance Company et al., Plaintiffs,, 239 Endorsed Letter,,, 883 Order of Dismissal,,,, 75
Certificate of Mailing,,,, 1339 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1381 Rule 7.1 Disclosure Statem
Banca Del Gottardo,, 1292 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Eu
Inc., et al.,, 1545 Endorsed Letter,, 720 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 51 MOTION to Dism
Abdul Rahman Bin Kahlid Bin Mahfouz,, 428 MOTION for More Definite Statement THE FEDERAL INSURANCE
COMPANY PLAINTIFFS' MORE DEFINITE STATEMENT AND SUPPLEMENTAL PLEADING ADDING CER
DEFENDANTS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(e) AND 15(d) AND PARAGRA
CASE MANA filed by Federal Insurance Company et al., Plaintiffs,, 267 Reply to Response to Motion filed by Moha
Jamal Khalifa,, 915 Stipulation and Order,,,, 358 Memorandum of Law in Oppisition to Motion filed by All Plaintiffs
Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 438 Notice (Other) fi
Federal Insurance Company et al., Plaintiffs,, 1509 Affirmation in Opposition to Motion,,, filed by Federal Insurance
et al., Plaintiffs,, 365 Endorsed Letter,, 237 Memorandum of Law in Oppisition to Motion filed by Kathleen Ashton,,
Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 147 Order on Motion for Leave to File Do
1394 Affidavit in Support,, filed by Federal Insurance Company et al., Plaintiffs,, 852 Endorsed Letter,,,, 1126 RICO
filed by Federal Insurance Company et al., Plaintiffs,, 736 Endorsed Letter,,, 653 Endorsed Letter,, 1444 Declaration
of Motion,, filed by Council on American−Islamic Relations (CAIR),, 11 Endorsed Letter,, 110 MOTION to Dismiss
Islamic Assembly of North America,, 1235 Memorandum of Law in Oppisition to Motion,,, filed by Estate of John P
Sr.,, 770 Endorsed Letter,,, 761 Order Admitting Attorney Pro Hac Vice,, 520 CONSENT MOTION for Extension of
File Answer re: 447 Amended Complaint,,,,,,,. filed by Adnan Basha,, Abdullah Muhsen Al Turki,, 404 Memorandum
Oppisition to Motion, filed by Burnett Plaintiffs,, 1042 Stipulation and Order,, 125 Stipulation and Order,, 1121 RICO
filed by Estate of John P.O'Neill, Sr.,, 164 MOTION for Protective Order Notice of Motion and Memorandum in Sup
Motion for Limited Appearance and to Move for a Protective Order. filed by The Kingdom of Saudi Arabia,, Princes
Al−Faisal,, Prince Bandar bin Sultan,, 1243 Memorandum of Law in Oppisition to Motion,,, filed by New York Mari
General Insurance Company,, Burnett Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, World Trade Center F
LLC, et al.,, Euro Brokers Inc., et al.,, 455 Affidavit in Opposition to Motion filed by Kathleen Ashton,, 332 Reply
Memorandum of Law in Support of Motion, filed by Abdullah Omar Naseef,, 669 RICO Statement filed by Estate of
P.O'Neill, Sr.,, 205 Opposition Brief, filed by Al Baraka Investment and Development Corporation,, Saleh Abdullah
Saleh Abdullah kamel,, 897 RICO Statement filed by World Trade Center Properties LLC, et al.,, 532 Stipulation and
978 MOTION for Leave to File Motion to Dismiss Out of Time. filed by Dallah Al Baraka Group LLC,, 304 Declara
Support of Motion, filed by Yousef Jameel,, 223 MOTION to Dismiss − Ashton v. Al Qaeda. filed by Saudi America
905 Reply Memorandum of Law in Support of Motion, filed by Islamic Investment Company of the Gulf (Sharjah),,
MOTION to Dismiss Notice of Motion. filed by Wamy International, Inc.,, 132 Affidavit of Service Complaints,,,,,,,
Pacific Indemnity Company,, Vigilant Insurance Company,, Federal Insurance Company,, Allstate Insurance Compan
Northern Insurance Company,, Fidelity And Deposit Company of Maryland,, North River Insurance Company,, Nort
Insurance Company of New York,, Seneca Insurance Company, Inc.,, Zurich American Insurance Company,, Americ
Insurance Company,, American Guarantee and Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,,
Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, United States Fire Insurance Company,,
Insurance Company,, Continental Insurance Company,, Assurance Company of America,, American Alternative Insu
Corporation,, One Beacon Insurance Company,, Commercial Insurance Company of Newark, N.J.,, Chubb Custom In
Company,, Chubb Indemnity Insurance Company,, One Beacon America Insurance Company,, Boston Old Colony In
Company,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Em
Insurance Company,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, Hiscox D
Corporate Member, Ltd.,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Continental Insurance Company
Jersey,, Fidelity and Casualty Company of New York,, 1334 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 12
Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Executive Committees,, 163 MOTION to Dismiss
Amended Complaint. filed by Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena
Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc
Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, Sana−Bell, Inc.,, 1361 Notice (Oth
Estate of John P.O'Neill, Sr.,, 91 Order,,,, 650 Memorandum of Law in Oppisition to Motion, filed by Federal Insura
Company et al., Plaintiffs,, 841 MOTION to Dismiss. filed by Faisal Islamic Bank,, 167 Endorsed Letter,, 306 RICO
filed by Federal Insurance Company et al., Plaintiffs,, 1592 Memorandum of Law in Support of Motion, filed by Sch
Zindel,, Frank Zindel,, Engelbert Schreiber,, Engelbert Schreiber, Jr, 1168 Notice (Other), Notice (Other) filed by Es

P.O'Neill, Sr.,, 1075 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 256 Memorandum of Law in Support of filed by Burnett Plaintiffs,, 496 Stipulation and Order of Dismissal,, 1590 Memorandum of Law in Support of Motio Sami Omar Al−Hussayen,, 1416 Response in Support of Motion,, filed by Abdullah Muhsen Al Turki,, 1548 Amend to Complaints, filed by International Islamic Relief Organization(IIRO),, 232 Memorandum of Law in Oppisition to filed by Kathleen Ashton,, 1342 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1522 Reply Memorandum of L Support of Motion filed by Banca Del Gottardo,, 1347 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1052 Re Memorandum of Law in Support of Motion,,, filed by Saleh Abdul Aziz Al Rajhi,, Saleh Abdulaziz Al−Rajhi,, 270 C Motion to Appear Pro Hac Vice, 1447 MOTION to Dismiss Plaintiffs' Complaints in Ashton, Federal Insurance, Con Casualty, and New York Marine With Prejudice. filed by Abdulrahman Bin Mahfouz,, 1236 Stipulation and Order, S Deadlines/Hearings,,,,,, 901 Stipulation and Order,, 120 MOTION (FILED ON SERVICE DATE) for Khurrum Wah Appear Pro Hac Vice. filed by World Assembly of Muslim Youth,, 1380 Notice (Other), Notice (Other) filed by Fed Insurance Company et al., Plaintiffs,, 833 MOTION to Dismiss. filed by Faisal Islamic Bank,, 82 MOTION to Dismi of Jurisdiction the Third Amended Complaint (Burnett). filed by Sheik Hamad Al−Husaini,, 805 RICO Statement file of John P.O'Neill, Sr.,, 346 Answer to Complaint, Third Party Complaint, Crossclaim filed by Muslim World League MOTION to Dismiss for Lack of Jurisdiction Lack of Personal Jurisdiction. filed by Rabita Trust,, 753 Clerk Certific Mailing,,, 535 Memorandum of Law in Oppisition to Motion, filed by Kathleen Ashton,, 162 Memorandum of Law i of Motion filed by Arab Bank,, 249 MOTION to Dismiss First Amended Complaint. filed by Mohammed Al Faisal A 1506 Stipulation and Order,,, 592 Order Admitting Attorney Pro Hac Vice,, 638 Stipulation and Order,, 1596 Stipula Order,, 1376 Memorandum of Law in Support filed by Daral Maal Al Islami Trust,, 203 Reply Memorandum of Law of Motion filed by Wa'el Jalaidan,, 417 Notice (Other) filed by National Commercial Bank,, 541 JOINT MOTION to Faisal Group Holding. filed by Kathleen Ashton,, 1358 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 748 Cle Certificate of Mailing,,,, 788 Stipulation and Order,,, 500 Memorandum of Law in Support of Motion filed by DMI Administrative Services S.A.,, 250 Memorandum of Law in Support of Motion filed by Mohammed Al Faisal Al Sau RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 1219 RICO Statement filed by Euro Brokers 629 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 980 MOTION for Leave to File Arabic la document. filed by Federal Insurance Company et al., Plaintiffs,, 928 Declaration in Support of Motion,, filed by Sch Zindel,, Frank Zindel,, Engelbert Schreiber,, Engelbert Schreiber, Jr, 1627 Reply Memorandum of Law in Support of filed by DMI Administrative Services S.A.,, 1320 RICO Statement filed by Federal Insurance Company et al., Plaint Endorsed Letter,,, 1124 RICO Statement filed by World Trade Center Properties LLC, et al.,, 484 Notice of Appeara John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 1 (Other) filed by Burnett Plaintiffs,, 679 MOTION to Dismiss for Lack of Jurisdiction and Failure to State a Claim. fil Islamic Investment Company of the Gulf (Sharjah),, 1409 MOTION for Extension of Time Motion for an Order Adjo Indefinately the Time For Defendant Faisal Islamic Bank − Sudan to Respond to Recent Pleadings. filed by Faisal Isl Bank,, 1353 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1093 RICO Statement filed by Estate of John P.O' 293 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 1338 Notice (Other), Notice (Other) f Estate of John P.O'Neill, Sr.,, 948 Notice (Other), Notice (Other) filed by Plaintiffs Executive Committees,, 326 Stipu Order,,,,, 389 Waiver of Service Executed filed by Federal Insurance Company et al., Plaintiffs,, 958 Rule 7.1 Disclo Statement filed by Dubai Islamic Bank,, 106 MOTION to Dismiss. filed by Saleh O. Badahdah,, 518 RICO Statemen Federal Insurance Company et al., Plaintiffs,, 594 RICO Statement filed by Federal Insurance Company et al., Plaint MOTION to Dismiss., 374 MOTION to Dismiss and Memorandum of Law in Support of Motion to Dismiss. filed by Kingdom of Saudi Arabia,, 1228 MOTION to Add Party(ies) Thomas E. Burnett, Sr., et al. Motion to Add Parties Pu Federal Rule of Civil Procedure 15(d). filed by Burnett Plaintiffs,, 1517 Declaration in Opposition to Motion,, filed b John P.O'Neill, Sr.,, 583 Notice (Other), Notice (Other) filed by John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 920 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 127 O Motion to Appear Pro Hac Vice, 259 Order on Motion to Appear Pro Hac Vice, 1348 Notice (Other) filed by Estate c P.O'Neill, Sr.,, 866 Memorandum of Law in Support,,, filed by Saleh Abdul Aziz Al Rajhi,, Saleh Abdulaziz Al−Rajl MOTION to Dismiss. filed by Saudi Red Crescent,, 555 Notice (Other) filed by Soliman H.S. Al−Buthe,, 1549 RICC filed by Federal Insurance Company et al., Plaintiffs,, 248 Case Management Plan,,, 952 Endorsed Letter,, 351 MOT Dismiss. filed by Mohammed Bin Abdulrahman Al Ariefy,, Faisal Group Holding Co.,, Alfaisaliah Group,, Abdullah Bin Abdulaziz Al Saud,, 692 Notice of Voluntary Dismissal − Signed,, 1176 Affidavit in Support of Motion,, filed by Crescent,, 67 MOTION (FILED ON SERVICE DATE) for Don Howarth, Suzelle M. Smith and Robert D. Brain to A Hac Vice., 410 MOTION to Dismiss the Federal Insurance First Amended Complaint. filed by Saudi American Bank Response in Support of Motion,, filed by Abdullah Bin Saleh Al−Obaid,, 89 Letter, filed by Abdulrahman Bin Mahfo RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 817 Stipulation and Order,,,, 1540 Memorand in Support of Motion, filed by M. Yaqub Mirza,, Ahmed Totonji,, Iqbal Yunus,, M. Omar Ashraf,, Mohammed Jaghl Muhammad Ashraf,, 1107 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 7 Notice of Appearance, filed by M Mirza,, M. Omar Ashraf,, Muhammad Ashraf,, Taha Jaber Al−Alwani,, Grove Corporate, Inc.,, Heritage Education T Mar−Jac Investments, Inc.,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, York Foundation,, Muslim Agency,, International Institute of Islamic Thought,, Sana−Bell, Inc.,, Sanabel Al−Kheer, Inc.,, Mena Investr Jamal Barzinji,, Iqbal Unus (Yunus),, 600 Notice of Appearance filed by Naif Bin Abdulaziz Al Saud,, 1612 Reply Memorandum of Law in Support of Motion,,, filed by Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac In Inc.,, Mena Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Managemen Inc.,, York Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, 1588 SUPPLEMENTA MOTION to Dismiss Pursuant to CMO No. 4. filed by Soliman H.S. Al−Buthe,, Perouz Seda Ghaty,, Al Haramain Is

Foundation, Inc.,, 808 Memorandum of Law in Oppisition to Motion,, filed by Federal Insurance Company et al., Pla
RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1543 Stipulation and Order, Set Deadlines/Hearings,,,,,,,,, 517
Affirmation in Opposition to Motion,, filed by Federal Insurance Company et al., Plaintiffs,, 944 RICO Statement fil
Trade Center Properties LLC, et al.,, 1205 Memorandum of Law in Support of Motion,, filed by Abdullah Omar Nase
Notice (Other) filed by Federal Insurance Company et al., Plaintiffs,, 656 MOTION to Dismiss the Consolidated Pro
Damage and Insurance Complaints (Cantor Fitzgerald, Continental Casualty, Euro Brokers, Federal Insurance, NY M
World Trade Center Properties). filed by Al Haramain Islamic Foundation, Inc.,, 1253 Memorandum of Law in Oppi
Motion,, filed by Plaintiffs Executive Committees,, 172 Reply Memorandum of Law in Support of Motion, filed by I
Institute of Islamic Thought,, 1562 RICO Statement filed by Continental Casualty Company,, 201 Reply Memorandu
in Support of Motion filed by International Islamic Relief Organization(IIRO),, 1467 MOTION for Dean Arnold and
Mintz to Withdraw as Attorney. filed by Sami Omar Al−Hussayen,, 575 Memorandum of Law in Oppisition to Moti
Federal Insurance Company et al., Plaintiffs,, 357 Affidavit in Opposition to Motion filed by All Plaintiffs,, 1450 Me
of Law in Support of Motion,, filed by M. Yaqub Mirza,, Ahmed Totonji,, M. Omar Ashraf,, Mohammed Jaghlit,, M
Ashraf,, Taha Jaber Al−Alwani,, Iqbal Unus (Yunus),, 1098 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 5
Endorsed Letter,,, 503 Declaration in Opposition to Motion,, filed by Burnett Plaintiffs,, 1131 Clerk Certificate of Ma
MOTION to Dismiss & Memorandum of Law in Support of Motion to Dismiss of the Saudi Joint Relief Committee.
Saudi Joint Relief Committee,, 1525 Declaration in Opposition to Motion,, filed by Taha Jaber Al−Alwani,, 1090 RI
Statement filed by Estate of John P.O'Neill, Sr.,, 997 Reply Memorandum of Law in Support of Motion,,, filed by Fe
Insurance Company et al., Plaintiffs,, 1624 Order,,, 1470 Memorandum of Law in Support of Motion filed by Taha J
Al−Alwani,, 1583 Stipulation and Order,, 1151 MOTION to Withdraw 499 MOTION to Dismiss Notice of Motion t
94 MOTION to Dismiss (Notice of Motion)., 254 Reply Memorandum of Law in Support of Motion,, 617 Reply Me
of Law in Support of Motion. filed by DMI Administrative Services S.A.,, 1275 Notice (Other), Notice (Other) filed
Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 156 Memorandum of Law in Oppisi
Motion,,, filed by Burnett & Ashton Plaintiffs,, Barrera Plaintiffs,, Tremsky Plaintiffs,, Salvo Plaintiffs,, 1142 Notice
Appearance filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 1630 Reply Memorandu
Oppisition to Motion,,, filed by Federal Insurance Company et al., Plaintiffs,, 1498 Declaration in Support of Motion
Estate of John P.O'Neill, Sr.,, 1141 RICO Statement filed by Continental Casualty Company,, 100 Memorandum of I
Support of Motion filed by DMI Administrative Services S.A.,, 1317 RICO Statement filed by Federal Insurance Co
al., Plaintiffs,, 987 RICO Statement, filed by Estate of John P.O'Neill, Sr.,, 1502 Memorandum of Law in Support of
filed by Wamy International, Inc.,, World Assembly of Muslim Youth,, 943 Notice (Other) filed by Burnett Plaintiffs
Memorandum of Law in Support,, filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation,, 299 MOTION to Dismi
Yousef Jameel,, 1356 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 338 MOTION (FILED ON SERVICE D
Justin B. Kaplan to Appear Pro Hac Vice. filed by Thomas E. Burnett, Sr., 649 MOTION (FILED ON SERVICE DA
Thomas M. Melsheimer, Matthew E. Yarbrough, and John M. Helms to Appear Pro Hac Vice. filed by Khalid Sulai
Al−Rajhi,, Sulaiman Bin Abdul Aziz Al Rajhi,, Saleh Abdul Aziz Al Rajhi,, Abdullah Salaiman Al−Rajhi,, Omar Su
Al−Rajhi,, 337 Reply to Response to Motion filed by Jamal Barzinji,, 21 Notice of Appearance, filed by Shahir Abdu
Batterjee,, Abdul Rahman Al Swailem,, Abdullah Omar Naseef,, Mohammed Ali Sayed Mushayt,, Abdulla Al Obaid
Mohammed Badkook,, Red Crescent Saudi Committee,, Adnan Basha,, Safar Al−Hawali,, Saleh Al−Hussayen,, Abd
Muhsen Al Turki,, Mushayt for Trading Company,, Sheik Hamad Al−Husaini,, 240 MOTION for Alan E. Untereine
Pro Hac Vice Notice of Motion. filed by Saudi High Commission,, 328 Reply Memorandum of Law in Support of M
by Yassin Abdullah Al Kadi,, 1464 Memorandum of Law in Oppisition to Motion,, filed by Estate of John P.O'Neill,
RICO Statement, filed by Federal Insurance Company et al., Plaintiffs,, 1112 Stipulation and Order,,,, 280 Memoran
in Oppisition to Motion filed by Burnett Plaintiffs,, 229 Endorsed Letter,, 274 Memorandum of Law in Oppisition to
filed by Burnett Plaintiffs,, 1462 Memorandum of Law in Support of Motion,, filed by Wamy International, Inc.,, W
Assembly of Muslim Youth,, 1507 Set Deadlines/Hearings, Order,,,,,,, 1411 MOTION to Dismiss Notice of Motion.
Council on American−Islamic Relations (CAIR),, 1526 MOTION for Sanctions Pursuant to Rule 11. filed by Taha J
Al−Alwani,, 825 Notice of Voluntary Dismissal − Signed,, 719 Order Admitting Attorney Pro Hac Vice,,,,,,,, 916 RI
Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 409 Rule 7.1 Disclosure St
filed by Saudi American Bank,, 433 Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, 1546 Case Manageme
848 MOTION to Dismiss. filed by Faisal Islamic Bank,, 795 Acknowledgment of Service Complaints, filed by Fede
Insurance Company et al., Plaintiffs,, 1261 Affidavit of Service Complaints,,,,, filed by Federal Insurance Company e
Plaintiffs,, 47 MOTION to Dismiss Certain Consolidated Complaints. filed by Sultan Bin Abdulaziz Al Saud,, 349 M
Dismiss. filed by Mohammed Bin Abdulrahman Al Ariefy,, Faisal Group Holding Co.,, Alfaisaliah Group,, Addulla
Abdulaziz Al Saud,, 1099 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 670 RICO Statement filed by Estat
P.O'Neill, Sr.,, 782 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 123 Endorsed Letter,,, 1580 Affirmation i
Opposition to Motion,, filed by Plaintiffs Executive Committees,, 75 Certificate of Service Other, filed by United Sta
America,, 114 Clerk Certificate of Mailing,, 1331 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1183 MOTIO
Dismiss. filed by Abdullah Muhsen Al Turki,, 658 Notice of Voluntary Dismissal − Signed,, 1427 Notice of Appeara
Aradi, Inc.,, 149 Response to Motion, filed by Burnett Plaintiffs,, 393 RICO Statement filed by Federal Insurance Co
al., Plaintiffs,, 709 Service by Publication, filed by All Plaintiffs,, 811 Stipulation and Order,,, 498 Memorandum of I
Oppisition to Motion filed by Tarik Hamdi,, 437 Rule 7.1 Disclosure Statement filed by Federal Insurance Company
Plaintiffs,, 1383 Memorandum of Law in Support of Motion, filed by Banca Del Gottardo,, 791 Order on Motion to I
523 Notice (Other) filed by Kathleen Ashton,, 192 Letter, filed by Abdul Rahman Khaled Bin Mahfouz,, 618 Endors
967 Response to Motion,,, filed by Mohammed Al Faisal Al Saud,, Sultan Bin Abdulaziz Al Saud,, Prince Turki Al F

Saud,, The Kingdom of Saudi Arabia,, 1250 Memorandum of Law in Oppisition to Motion,, filed by Continental Cas
Company,, 1225 Order, Set Deadlines/Hearings,,,,,,, 1173 RICO Statement filed by Continental Casualty Company,,
Endorsed Letter,, 860 RICO Statement filed by Euro Brokers Inc., et al.,, 1055 Endorsed Letter,, 405 Memorandum c
Oppisition to Motion, filed by Burnett Plaintiffs,, 1311 Reply Memorandum of Law in Support of Motion,, filed by M
Ali Sayed Mushayt,, 1527 Memorandum of Law in Support of Motion filed by Taha Jaber Al−Alwani,, 1479 CONSE
MOTION for Extension of Time to File Answer To Federal Insurance Complaint. filed by International Islamic Relie
Organization(IIRO),, 573 Notice (Other) filed by Federal Insurance Company et al., Plaintiffs,, 1387 Declaration in S
filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation,, 902 MOTION to Dismiss of Mar−Jac Poultry, Inc.. filed by
Poultry, Inc.,, 1034 Declaration in Opposition to Motion,,,, filed by Plaintiffs Executive Committees,, 1332 Notice (C
by Estate of John P.O'Neill, Sr.,, 505 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 282
Memorandum of Law in Oppisition to Motion filed by Burnett Plaintiffs,, 714 Clerk Certificate of Mailing,, 985 Stip
Order, Set Motion and R&R Deadlines/Hearings,,, 824 Stipulation and Order,,, 62 Memo Endorsement,, 1508 Memo
Law in Oppisition to Motion,,, filed by Federal Insurance Company et al., Plaintiffs,, 576 Stipulation and Order,,,, 42
CONSENT MOTION for Extension of Time /Consent Motion and Stipulation as to Further Extension of Time. filed
Administrative Services S.A.,, Islamic Investment Company of the Gulf (Sharjah),, 1297 Notice (Other) filed by Bur
Plaintiffs,, 1148 Affidavit in Opposition to Motion,,, filed by Continental Casualty Company,, Cantor Fitzgerald & C
York Marine and General Insurance Company,, Kathleen Ashton,, Estate of John P.O'Neill, Sr.,, Burnett Plaintiffs,, F
Insurance Company et al., Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1487 Stip
Order,,,, 72 Order Admitting Attorney Pro Hac Vice,, 749 Clerk Certificate of Mailing,,,, 1159 RICO Statement filed
Continental Casualty Company,, 739 Stipulation and Order,,, 542 Stipulation and Order,, 79 Reply Memorandum of
Support,,,,, filed by Maryland Casualty Company,, Pacific Indemnity Company,, Vigilant Insurance Company,, Fede
Insurance Company,, Great Northern Insurance Company,, Fidelity And Deposit Company of Maryland,, North Rive
Company,, Northern Insurance Company of New York,, Zurich American Insurance Company,, American Zurich Ins
Company,, American Guarantee and Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Chubb Insu
Company of Canada,, Chubb Insurance Company of New Jersey,, United States Fire Insurance Company,, Steadfast
Company,, Assurance Company of America,, American Alternative Insurance Corporation,, One Beacon Insurance C
Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, One Beacon America Insurance Compa
Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Ins
Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster
Company,, The Princeton Excess & Surplus Lines Insurance Company,, 411 Reply Memorandum of Law in Support
filed by Salman Bin Abdulaziz Al Saud,, 1435 Reply Memorandum of Law in Support of Motion,,, filed by Asat Tru
Martin Watcher,, Erwin Watcher,, Sercor Treuhand Anstalt,, 1513 Memorandum of Law in Support of Motion,, filed
Mohammed Al Faisal Al Saud,, 894 Reply Memorandum of Law in Support of Motion,,, filed by Perouz Seda Ghaty
Haramain Islamic Foundation, Inc.,, 1333 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 39 Rule 7.1 Disclosu
Statement filed by National Commercial Bank,, 1628 Reply Memorandum of Law in Support of Motion,, filed by Al
Investment and Development Corporation,, Saleh Abdullah Kamel,, Dallah Al Baraka Group LLC,, 1194 Affidavit in
Motion,, filed by Talal Mohammed Badkook,, 516 Affirmation in Opposition to Motion, filed by Federal Insurance C
al., Plaintiffs,, 247 Case Management Plan,,,,,, 1197 Affidavit in Support of Motion, filed by Adnan Basha,, 1227 MO
Add Party(ies) Thomas E. Burnett, Sr., et al. Notice of Motion to Add Parties Pursuant to Federal Rule of Civil Proce
filed by Burnett Plaintiffs,, 431 Rule 7.1 Disclosure Statement filed by Federal Insurance Company et al., Plaintiffs,,
MOTION to Dismiss. MOTION to Dismiss for Lack of Jurisdiction. MOTION to Dismiss. MOTION to Dismiss for
Jurisdiction. filed by Dallah Al Baraka Group LLC,, 483 Notice of Appearance filed by John Patrick O'Neill, Jr., Esta
P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 45 Reply Memorandum of Law in Suppo
National Commercial Bank,, 1169 RICO Statement filed by Continental Casualty Company,, 1327 Notice (Other) fil
Federal Insurance Company et al., Plaintiffs,, 1074 Endorsed Letter,, 773 Stipulation and Order,,, 904 RICO Stateme
Federal Insurance Company et al., Plaintiffs,, 1274 Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, World
Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 258 Rule 7.1 Disclosure Statement filed by Saudi Economic
Development Company,, 269 Order on Motion to Appear Pro Hac Vice, 630 RICO Statement filed by Estate of John
Sr.,, 1402 MOTION to Dismiss. filed by Daral Maal Al Islami Trust,, 956 Memorandum of Law in Support of Motio
Dubai Islamic Bank,, 671 Endorsed Letter,, 108 MOTION to Dismiss. filed by Abdullah M. Al−Mahdi,, 1046 Memo
Law in Oppisition to Motion,,,, filed by Plaintiffs Executive Committees,, 533 Stipulation and Order,, 1325 RICO Sta
filed by Federal Insurance Company et al., Plaintiffs,, 655 MOTION to Dismiss the Consolidated Personal Injury Co
(Ashton, Burnett, Salvo, and Tremsky). filed by Perouz Seda Ghaty,, 1429 Answer to Complaint filed by Jamal Barzi
Stipulation and Order,, 90 Order Admitting Attorney Pro Hac Vice,, 1404 MOTION to Dismiss. filed by Daral Maal
Trust,, 1584 Stipulation and Order,, 564 Order Admitting Attorney Pro Hac Vice,, 1062 Reply Memorandum of Law
of Motion,, filed by Faisal Islamic Bank,, 1382 MOTION to Dismiss. filed by Banca Del Gottardo,, 1313 Notice (Oth
(Other) filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 1407 Endorsed Letter,, 734 N
Substitution of Attorney, filed by DMI Administrative Services S.A.,, 508 Endorsed Letter,, 218 Memorandum of La
Oppisition to Motion filed by Burnett Plaintiffs,, 835 MOTION to Dismiss. filed by Faisal Islamic Bank,, 1591 Mem
Law in Support of Motion, filed by Schreiber & Zindel,, Frank Zindel,, Engelbert Schreiber,, Engelbert Schreiber, Jr,
(Other) filed by Kathleen Ashton,, 1217 Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, 950 Notice (Other
World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 480 Notice of Appearance filed by Port Author
York & New Jersey,, Cantor Fitzgerald & Co.,, 1633 Reply Memorandum of Law in Support of Motion,, filed by Co
American−Islamic Relations (CAIR),, 1535 Answer to Amended Complaint, filed by International Islamic Relief

Organization(IIRO),, 1127 Clerk Certificate of Mailing,, 1039 Affirmation in Opposition to Motion,, filed by Plaintif
Executive Committees,, 1634 Certificate of Service Other,, filed by Council on American−Islamic Relations (CAIR),
Stipulation and Order,,, 646 Endorsed Letter,, 170 Reply Memorandum of Law in Support of Motion, filed by Nation
Commercial Bank,, 1354 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 785 Stipulation and Order,,, 961 RICO
filed by Estate of John P.O'Neill, Sr.,, 1209 Reply Memorandum of Law in Support of Motion,, filed by S.M. Tufail,,
& Zindel,, Frank Zindel,, Engelbert Schreiber,, Engelbert Schreiber, Jr, 1637 Notice of Appeal filed by All Plaintiffs,
Affidavit in Support of Motion,, filed by Safar Al−Hawali,, 812 Endorsed Letter,,, 52 MOTION to Dismiss. filed by
Abdullah Kamel,, Al Baraka Investment & Development Corp.,, 1410 Notice (Other) filed by Faisal Islamic Bank,, 1
(Other) filed by Estate of John P.O'Neill, Sr.,, 1423 Response in Support of Motion,, filed by Abdullah Omar Naseef,
Memorandum of Law in Support, filed by DMI Administrative Services S.A.,, 44 Memorandum of Law in Support o
filed by Saudi Binladin Group, Inc.,, 1395 Notice (Other) filed by Soliman H.S. Al−Buthe,, 260 Endorsed Letter,,,, 1
Affidavit in Support of Motion,, filed by Abdullah Omar Naseef,, 489 MOTION to Dismiss Notice of Motion to Dism
by Islamic Investment Company of the Gulf (Sharjah),, 1561 MOTION to Strike Document No. 1426 NOTICE OF T
FEDERAL PLAINTIFFS' MOTION TO STRIKE RENEWED MOTION TO DISMISS SAAR NETWORK DEFEN
filed by Federal Insurance Company et al., Plaintiffs,, 778 RICO Statement, filed by World Trade Center Properties L
746 Stipulation and Order,, 635 MOTION for E. Michael Bradley to Withdraw as Attorney. filed by Bakr M Bin Lad
M. Bin Laden,, Omar M. Bin Laden,, Khaled Bin Salim Bin Mahfouz,, Saudi Binladin Group, Inc.,, 1566 Declaration
Opposition to Motion,,, filed by Estate of John P.O'Neill, Sr.,, 1341 Notice (Other) filed by Estate of John P.O'Neill,
Notice of Appearance filed by Salman Bin Abdulaziz Al Saud,, 1 MDL Conditional Transfer In Order,,, 550 Stipulat
Order of Dismissal,, 15 MOTION (FILED ON SERVICE DATE) for Michael K. Kellogg, Mark C. Hansen, David C
Michael J. Guzman, and J.C. Rozendaal to Appear Pro Hac Vice. filed by Turki Al Faisal Al Saud,, 1101 MOTION t
for Lack of Jurisdiction and Insufficient Service of Process. filed by Sercor Treuhand Anstalt,, 971 RICO Statement f
Euro Brokers Inc., et al.,, 660 Stipulation and Order,, 1108 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 82
Statement filed by Estate of John P.O'Neill, Sr.,, 593 RICO Statement filed by Federal Insurance Company et al., Pla
1210 RICO Statement filed by New York Marine and General Insurance Company,, 1516 Memorandum of Law in S
Motion,, filed by Saudi High Commission,, Salman Bin Abdulaziz Al Saud,, Naif Bin Abdulaziz Al Saud,, 415 MOT
Dismiss Notice of Motion. filed by SNCB Corporate Finance Ltd.,, SNCB Securities Ltd. in London,, 1057 MOTION
Dismiss for Lack of Jurisdiction or Failure to State a Claim. filed by Yousef Jameel,, 1181 Memorandum of Law in S
Motion,, filed by Abdullah Bin Saleh Al−Obaid,, 1110 Stipulation and Order of Dismissal,, 1100 MOTION to Dismi
of Jurisdiction and Insufficient Service of Process. filed by Asat Trust Reg.,, Martin Watcher,, Erwin Watcher,, 1623
Letter,,,, 1504 MOTION to Dismiss. filed by Abdullah Bin Laden,, 1059 Declaration in Support of Motion,, filed by
Jameel,, 1448 Memorandum of Law in Support of Motion,, filed by Abdulrahman Bin Mahfouz,, 64 Memo Endorsem
Endorsed Letter,,, 849 Memorandum of Law in Support of Motion filed by Faisal Islamic Bank,, 699 RICO Statemen
Euro Brokers Inc., et al.,, 738 Stipulation and Order,,, 316 Memorandum of Law in Oppisition to Motion, filed by Fe
Insurance Company et al., Plaintiffs,, 1185 Affidavit in Support of Motion,, filed by Abdullah Muhsen Al Turki,, 255
for Reconsideration of Non−Final Ruling Dismissing Claims Against Defendants Sultan Bin Abdulaziz Al−Saud and
Al−Faisal Bin Abdulaziz Al−Saud. filed by Burnett Plaintiffs,, 1530 Reply Memorandum of Law in Support of Motio
Taha Jaber Al−Alwani,, 1257 Affirmation in Opposition to Motion,,, filed by Federal Insurance Company et al., Plain
Rule 7.1 Disclosure Statement filed by Saudi Binladin Group, Inc.,, 60 MOTION to Dismiss the Claims Against It in
Fourth Amended Complaint. filed by International Institute of Islamic Thought,, 1620 Notice of Appeal filed by Fede
Insurance Company et al., Plaintiffs,, 457 Notice (Other) filed by Soliman H.S. Al−Buthe,, 1405 Memorandum of La
Support of Motion filed by Daral Maal Al Islami Trust,, 1465 Stipulation and Order of Dismissal,,, 695 RICO Statem
Federal Insurance Company et al., Plaintiffs,, 168 Declaration filed by Burnett Plaintiffs,, 1241 MOTION to Dismiss
Trade Center Properties and Euro Brokers actions. filed by DMI Administrative Services S.A.,, 1083 RICO Statemen
Estate of John P.O'Neill, Sr.,, 1375 MOTION to Dismiss the Ashton action. filed by Daral Maal Al Islami Trust,, 118
Memorandum of Law in Support of Motion, filed by Safar Al−Hawali,, 698 RICO Statement, filed by Euro Brokers I
273 Affirmation in Opposition to Motion, filed by Burnett Plaintiffs,, 1611 Notice of Appeal filed by Federal Insuran
Company et al., Plaintiffs,, 831 Stipulation and Order,, 434 Endorsed Letter,, 1294 Notice (Other) filed by Burnett Pl
World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 362 Reply Memorandum of Law in Support of
filed by Abdullah Bin Saleh Al Obaid,, 1575 Memorandum of Law in Oppisition to Motion,,, filed by Plaintiffs Exec
Committees,, 228 Notice of Appearance filed by International Development Foundation,, Saudi Economic and Devel
Company,, Mohammed Salim Bin Mahfouz,, 818 Memorandum of Law in Oppisition to Motion, filed by Continenta
Company,, 776 MOTION for Stephanie W. Fell to Withdraw as Attorney. filed by Al Baraka Investment & Develop
1164 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 115 Response, filed by United States of
385 Affidavit of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 143 MOTION to Dismiss
Amended Complaint. filed by Jamal Barzinji,, 285 Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, 414 Ru
Disclosure Statement filed by SNCB Corporate Finance Ltd.,, SNCB Securities Ltd. in London,, 194 Notice of Appe
by Alfaisaliah Group,, Addullah Al Faisal Abdulaziz Al Saud,, 1379 Notice (Other) filed by World Trade Center Pro
LLC, et al.,, 395 Answer to Complaint filed by Perouz Seda Ghaty,, 1392 MOTION to Dismiss (corrected). filed by I
Gottardo,, 353 MOTION to Dismiss Failure to State a Claim. MOTION to Dismiss for Lack of Jurisdiction Lack of S
Matter Jurisdiction. MOTION to Dismiss Failure to State a Claim. MOTION to Dismiss for Lack of Jurisdiction Lack
Matter Jurisdiction. filed by Saleh Abdullah Kamel,, Al Baraka Investment & Development Corp.,, 1565 Stipulation
Set Deadlines,,,,, 1125 RICO Statement filed by World Trade Center Properties LLC, et al.,, 1010 Affidavit in Oppos
Motion,,, filed by Federal Insurance Company,, Continental Casualty Company,, Cantor Fitzgerald & Co.,, New York

and General Insurance Company,, Kathleen Ashton,, John Patrick O'Neill, Jr., Burnett Plaintiffs,, World Trade Cente LLC, et al.,, Euro Brokers Inc., et al.,, 1607 Reply Affidavit in Support,, filed by Ahmed Totonji,, Mohammed Jaghli Corporate, Inc.,, Heritage Education Trust,, Mar–Jac Investments, Inc.,, Mena Corporation,, Reston Investments, Inc. Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc.,, York Foundation,, African Muslim Agency International Institute of Islamic Thought,, 1605 Notice of Appeal filed by Federal Insurance Company et al., Plaintif Notice of Appearance filed by Naif Bin Abdulaziz Al Saud,, 18 MDL Transfer In,,, 934 Endorsed Letter, Set Schedu Deadlines,,,,, 96 MOTION to Dismiss for Lack of Jurisdiction the Third Amended Complaint (Burnett). filed by Abd Al Swailem,, 231 Memorandum & Opinion,,,, 257 Rule 7.1 Disclosure Statement filed by International Development Foundation,, 1105 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 727 MOTION to Dismiss. filed by Sami O Al–Hussayen,, 1018 Memorandum of Law in Support of Motion, filed by Khaled Bin Salim Bin Mahfouz,, 859 RIC filed by World Trade Center Properties LLC, et al.,, 401 Reply Memorandum of Law in Support of Motion, filed by Abdulaziz Al Saud,, 1266 Stipulation and Order,, 207 Brief filed by Wa'el Hamza Jalaidan,, 1041 Memorandum of L Support of Motion, filed by Schreiber & Zindel,, Frank Zindel,, Engelbert Schreiber,, Engelbert Schreiber, Jr, 350 M of Law in Support of Motion filed by Mohammed Bin Abdulrahman Al Ariefy,, Faisal Group Holding Co.,, Alfaisali Abdullah Al Faisal Bin Abdulaziz AlSaud,, 999 Memorandum of Law in Oppisition to Motion, filed by Naif Bin Ab Saud,, Salman Bin Abdulaziz Al Saud,, 886 Notice of Voluntary Dismissal – Signed,, 1414 Response in Support of filed by Sheik Hamad Al–Husaini,, 140 MOTION to Dismiss the Complaints. filed by Salman Bin Abdulaziz Al Sau MOTION to Dismiss. filed by Mar–Jac Poultry, Inc.,, 502 Memorandum of Law in Oppisition to Motion, filed by Bu Plaintiffs,, 323 Order,, 710 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 1299 Reply Mem Law in Support of Motion,, filed by Saleh Al–Hussayen,, 617 Reply Memorandum of Law in Support of Motion file Administrative Services S.A.,, 906 RICO Statement filed by World Trade Center Properties LLC, et al.,, 1178 Memo Law in Support of Motion,, filed by Saleh Al–Hussayen,, 1480 CONSENT MOTION for Extension of Time to File Ashton Complaint. filed by International Islamic Relief Organization(IIRO),, 1287 Notice (Other) filed by Burnett Pl World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1606 Reply Memorandum of Law in Support,,, Ahmed Totonji,, Mohammed Jaghlit,, Grove Corporate, Inc.,, Heritage Education Trust,, Mar–Jac Investments, Inc.,, Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, 494 Reply Memorandum of Law i of Motion, filed by International Islamic Relief Organization(IIRO),, 1020 Memorandum of Law in Oppisition to Mo filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 36 MOTION for More Definite Stater by Sami Omar Al–Hussayen,, 1298 Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, World Trade Center P LLC, et al.,, Euro Brokers Inc., et al.,, 318 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance et al., Plaintiffs,, 315 Memorandum of Law in Oppisition to Motion,, filed by Federal Insurance Company et al., Plai Reply Memorandum of Law in Support of Motion,, filed by Ibrahim Bin Abdulaziz Al Ibrahim,, 266 MOTION to St Proceedings. filed by Al Haramain Foundation,, Aqeel Al Aqeel,, 319 MOTION (FILED ON SERVICE DATE) for Dinh to Appear Pro Hac Vice. filed by Yousef Jameel,, 1029 Memorandum of Law in Oppisition to Motion,,, filed b PI Executive Committee,, 590 Reply Memorandum of Law in Support of Motion filed by Islamic Investment Compa Gulf (Sharjah),, 1051 Reply Memorandum of Law in Support of Motion,,, filed by Abdullah Salaiman Al–Rajhi,, 48 Letter,,,, 1063 Reply Memorandum of Law in Support of Motion,, filed by Faisal Islamic Bank,, 276 Memorandum o Oppisition to Motion,, filed by Burnett Plaintiffs,, 1441 Reply Memorandum of Law in Support of Motion filed by M Poultry, Inc.,, 1343 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 264 Reply Memorandum of Law in Suppor filed by Adel Abdul Batterjee,, 566 Notice (Other) filed by Federal Insurance Company et al., Plaintiffs,, 644 Stipula Order,, 1610 Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs,, 775 RICO Statement filed by P Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 800 Acknowledgment of Service Complaints, filed Insurance Company et al., Plaintiffs,, 1120 RICO Statement, filed by Federal Insurance Company et al., Plaintiffs,, 2 MOTION for John Popilock to Withdraw as Attorney of record in Federal Insurance Company et al., v al Qaida et al Vigilant Insurance Company et al, v The Kingdom of Saudi Arabia et al., 03cv8591; In re Terrorist Attack on Septen by Federal Insurance Company et al., Plaintiffs,, 23 Endorsed Letter,, 807 Memorandum of Law in Oppisition to Mo by Federal Insurance Company et al., Plaintiffs,, 1512 MOTION for Entry of Judgment under Rule 54(b). filed by Tu Faisal Al Saud,, Sultan Bin Abdulaziz Al Saud,, Naif Bin Abdulaziz Al Saud,, Saudi High Commission,, The Kingdo Arabia,, Salman Bin Abdulaziz Al Saud,, 1135 Order,,, 423 Reply Memorandum of Law in Support of Motion,, filed Yaqub Mirza,, Jamal Barzinji,, M. Omar Ashraf,, Muhammad Ashraf,, Taha Jaber Al–Alwani,, Grove Corporate, Inc Education Trust,, Mar–Jac Investments, Inc.,, Mena Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Ch Fund,, Sterling Management Group, Inc.,, York Foundation,, African Muslim Agency,, International Institute of Isla Thought,, Sana–Bell, Inc.,, Iqbal Unus (Yunus),, 843 Memorandum of Law in Support of Motion filed by Faisal Isla 982 Memorandum of Law in Oppisition to Motion, filed by Sultan Bin Abdulaziz Al Saud,, Naif Bin Abdulaziz Al S Affidavit of Service Complaints filed by Kathleen Ashton,, 949 RICO Statement filed by Federal Insurance Compan Plaintiffs,, 1581 Stipulation and Order,,, 1420 Response in Support of Motion, filed by Adnan Basha,, 743 RICO Sta by World Trade Center Properties LLC, et al.,, 1221 RICO Statement filed by World Trade Center Properties LLC, e MOTION to Dismiss. filed by Rabita Trust,, 1439 Memorandum of Law in Support of Motion,, filed by Al Baraka I and Development Corporation,, Saleh Abdullah Kamel,, Dallah Al Baraka Group LLC,, 1598 Response filed by Inte Islamic Relief Organization(IIRO),, 109 MOTION to Dismiss. filed by Sulaiman Al–Ali,, 383 Affidavit of Service C filed by Federal Insurance Company et al., Plaintiffs,, 435 MOTION for Service by Publication. filed by All Plaintif Status Report filed by Saudi American Bank,, Al Baraka Investment and Development Corporation,, Saleh Abdullah Rajhi Bank,, Arab Bank,, 1212 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,

Brokers Inc., et al.,, 927 Declaration in Support of Motion,, filed by Schreiber & Zindel,, Frank Zindel,, Engelbert Sc
Engelbert Schreiber, Jr, 1573 Affirmation in Opposition to Motion,,, filed by Continental Casualty Company,, New Y
and General Insurance Company,, Kathleen Ashton,, Federal Insurance Company et al., Plaintiffs,, 844 MOTION to
filed by Faisal Islamic Bank,, 846 MOTION to Dismiss. filed by Faisal Islamic Bank,, 567 Notice (Other) filed by Fe
Insurance Company et al., Plaintiffs,, 20 Memo Endorsement,,, 839 MOTION to Dismiss. filed by Faisal Islamic Bar
Declaration in Support of Motion filed by DMI Administrative Services S.A.,, 430 Notice (Other) filed by Federal In
Company et al., Plaintiffs,, 29 Memo Endorsement,, 497 Memorandum of Law in Oppisition to Motion filed by Tarik
578 RICO Statement, filed by John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol (
Dorothy A. O'Neill,, 1060 Clerk Certificate of Mailing,,,,,,,, 477 Memorandum of Law in Oppisition to Motion, filed
Plaintiffs,, 540 Endorsed Letter,,, 61 Memo Endorsement, 613 Stipulation and Order,,, 686 Memorandum of Law in (
to Motion,, filed by Kathleen Ashton,, 924 RICO Statement filed by World Trade Center Properties LLC, et al.,, 288
and Order of Dismissal,, 1477 Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice
Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice
Notice (Other) filed by Cantor Fitzgerald & Co.,, John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Burnett & A
Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers In
1167 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 977 Notice (Other), Notice (Other), Notice (Other), Not
filed by Burnett Plaintiffs,, 198 Notice of Appearance filed by Mohammed Bin Abdulrahman Al Ariefy,, Faisal Grou
Co.,, Alfaisaliah Group,, Abdullah Al Faisal Bin Abdulaziz AlSaud,, 1473 Memorandum of Law in Support of Motic
DMI Administrative Services S.A.,, 1047 Affidavit in Opposition to Motion,,,,, filed by Plaintiffs Executive Committ
RICO Statement filed by Euro Brokers Inc., et al.,, 317 Notice (Other), Notice (Other) filed by Yousef Jameel,, 955 M
Dismiss Complaints. filed by Dubai Islamic Bank,, 1555 RICO Statement filed by Federal Insurance Company et al.,
981 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,,
Memorandum of Law in Oppisition to Motion,, filed by Estate of John P.O'Neill, Sr.,, 1350 Notice (Other) filed by E
John P.O'Neill, Sr.,, 150 Memorandum of Law in Oppisition to Motion filed by Burnett Plaintiffs,, 390 Waiver of Ser
Executed filed by Federal Insurance Company et al., Plaintiffs,, 647 RICO Statement filed by Federal Insurance Com
Plaintiffs,, 1153 RICO Statement filed by Euro Brokers Inc., et al.,, 92 Reply Memorandum of Law in Support of Mo
by Al−Rajhi Banking & Investment Corp.,, 311 RICO Statement filed by Federal Insurance Company et al., Plaintiff
Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1278 Notice (Other) filed by Burnett Plaintiffs,, World Trade C
Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1459 Certificate of Service Other,, filed by Wamy International, Inc
Assembly of Muslim Youth,, 1196 Memorandum of Law in Support of Motion, filed by Adnan Basha,, 1145 Affidav
Service Complaints, filed by Estate of John P.O'Neill, Sr.,, 87 MOTION to Dismiss for Lack of Jurisdiction the Third
Complaint (Burnett). filed by Abdullah Omar Naseef,, 1023 Transcript, 871 RICO Statement filed by Continental Ca
Company,, 528 Endorsed Letter,, 1273 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LL(
Euro Brokers Inc., et al.,, 296 Reply Memorandum of Law in Support of Motion filed by Saudi American Bank,, 132
Statement filed by Federal Insurance Company et al., Plaintiffs,, 790 Stipulation and Order,, 1515 MOTION to Dism
Complaints. filed by Saudi High Commission,, Salman Bin Abdulaziz Al Saud,, Naif Bin Abdulaziz Al Saud,, 1608 N
Appeal filed by Federal Insurance Company et al., Plaintiffs,, 913 Stipulation and Order of Dismissal,,, 810 Response
Opposition to Motion,,, filed by Estate of John P.O'Neill, Sr.,, 1424 Response in Support of Motion,, filed by Saudi R
Crescent,, 1456 MOTION to Dismiss Notice of Motion. filed by World Assembly of Muslim Youth,, 56 MOTION to
1182 Affidavit in Support of Motion,, filed by Abdullah Bin Saleh Al−Obaid,, 1490 RICO Statement filed by World
Center Properties LLC, et al.,, 601 Notice of Appearance filed by Naif Bin Abdulaziz Al Saud,, 1269 Reply Affidavit
of Motion,, filed by Sheik Hamad Al−Husaini,, 443 MOTION to Dismiss. filed by Abdurahman Alamoudi,, 1367 No
filed by Burnett Plaintiffs,, 626 RICO Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzgera
893 Notice (Other) filed by Soliman H.S. Al−Buthe,, 1270 Reply Memorandum of Law in Support of Motion,, filed b
Red Crescent,, 1493 Declaration in Opposition to Motion,, filed by Estate of John P.O'Neill, Sr.,, 373 Order on Motic
Appear Pro Hac Vice,, 1534 Answer to Amended Complaint, filed by Muslim World League,, 151 Memorandum of L
Oppisition to Motion, filed by Burnett Plaintiffs,, 1564 Memorandum of Law in Oppisition,, filed by Federal Insuran
Company et al., Plaintiffs,, 312 Response in Opposition to Motion, filed by Federal Insurance Company et al., Plainti
RICO Statement filed by Euro Brokers Inc., et al.,, 1437 Declaration in Support of Motion,,, filed by Asat Trust Reg.
Watcher,, Erwin Watcher,, Sercor Treuhand Anstalt,, 138 Notice (Other) filed by Burnett Plaintiffs,, 367 MOTION to
Portions of Federal Plaintiffs' Opposition Brief (Dkt. No. 315). filed by Grove Corporate, Inc.,, Heritage Education T
Mar−Jac Investments, Inc.,, Mena Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,
Management Group, Inc.,, York Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, S
Inc.,, 1445 Stipulation and Order,,,,,,,, 926 MOTION to Dismiss for Lack of Jurisdiction. filed by Schreiber & Zindel
Zindel,, Engelbert Schreiber,, Engelbert Schreiber, Jr, 1076 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1(
Deadlines,,,,,,,,,,,,,,,,,,, 336 Reply to Response to Motion filed by M. Omar Ashraf,, Muhammad Ashraf,, Taha Jaber
Al−Alwani,, Iqbal Unus (Yunus),, M. Yaqub Mirza,, 802 RICO Statement filed by Continental Casualty Company,, (
of Voluntary Dismissal − Signed,, 1604 Notice of Appeal, 968 Stipulation and Order,,,, 49 MOTION to Dismiss and
Memorandum of Law in Support of Motion to Dismiss and to Quash Service of Process of His Royal Highness Princ
Al−Faisal bin Abdulaziz Al−Saud. filed by Turki Al Faisal Al Saud,, 1360 Notice (Other) filed by Estate of John P.O
1201 MOTION to Dismiss. filed by Mohammed Ali Sayed Mushayt,, 413 Rule 7.1 Disclosure Statement filed by Na
Commercial Bank,, 1511 MOTION for Entry of Judgment under Rule 54(b) Notice of Motion of HRH Prince Mohar
Faisal Al Saud for Entry of Judgment Pursuant to Federal Rule of Civil Procedure 54(b). filed by Mohammed Al Fais
Saud,, 1397 MOTION to Dismiss. filed by Daral Maal Al Islami Trust,, 697 RICO Statement filed by Euro Brokers I

1113 Reply Memorandum of Law in Support of Motion,, filed by Soliman H.S. Al−Buthe,, 77 Order Admitting Attor
Hac Vice,, 506 Affidavit in Opposition to Motion, filed by Burnett Plaintiffs,, 1190 Memorandum of Law in Support
filed by Sheik Hamad Al−Husaini,, 37 Declaration in Support of Motion filed by Sami Omar Al−Hussayen,, 33 Mem
Endorsement,, 119 Notice of Appearance filed by Sulaiman Al−Ali,, Abdullah M. Al−Mahdi,, Abdul Al−Moslah,, A
Foundation,, Mohammed Jamal Khalifa,, Adel Abdul Batterjee,, Aqeel Al−Aqeel,, Saleh O. Badahdah,, 284 MOTIO
Subpoena Served on Citibank FSB and for a Protective Order. filed by Yassin Abdullah Al Kadi,, 851 Memorandum
Support of Motion filed by Faisal Islamic Bank,, 774 RICO Statement filed by Federal Insurance Company et al., Pla
1340 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 118 Notice of Appearance filed by Islamic Assembly of N
America,, 1514 Memorandum of Law in Support of Motion,,, filed by Sultan Bin Abdulaziz Al Saud,, Naif Bin Abdu
Saud,, Prince Turki Al Faisal Al Saud,, The Kingdom of Saudi Arabia,, Salman Bin Abdulaziz Al Saud,, 1218 RICO
filed by Euro Brokers Inc., et al.,, 73 Order Admitting Attorney Pro Hac Vice,, 1541 MOTION to Dismiss. filed by Ja
Barzini,, 1031 Declaration in Opposition to Motion,,,, filed by Plaintiffs PI Executive Committee,, 46 MOTION to D
the Defendant The National Commercial Bank. filed by National Commercial Bank,, 467 Stipulation and Order,, 146
Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Susan Brady,,
Donovan,, Carmen Garcia,, Hector Garcia,, John Does,, Maryland Casualty Company,, Pacific Indemnity Company,,
Authority of New York & New Jersey,, Dennis Quinn,, Kevin Quinn,, William D Robbins,, Vigilant Insurance Comp
Federal Insurance Company,, Valley Forge Insurance Company,, All Plaintiffs,, Allstate Insurance Company,, Great
Insurance Company,, National Fire Insurance Company of Hartford,, Continental Casualty Company,, Patricia Cough
Rogers,, Fidelity And Deposit Company of Maryland,, Transcontinental Insurance Company,, Transportation Insuran
Company,, Andrew Quinn,, North River Insurance Company,, Northern Insurance Company of New York,, Edward J
Shirley Henderson,, Michael Puckett,, Mark Barbieri,, Seneca Insurance Company, Inc.,, Cantor Fitzgerald & Co.,, Z
American Insurance Company,, James Boyle,, American Zurich Insurance Company,, Diane Miller,, William Ellis, J
American Guarantee and Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Melvin C. Lewis,, Wil
Nelson,, David M. Bernstein,, Pedro Saleme,, Chubb Insurance Company of Canada,, Chubb Insurance Company of
Jersey,, Edward Walsh,, United States Fire Insurance Company,, Steadfast Insurance Company,, William Martin,, Co
Insurance Company,, Benjamin Arroyo,, Thomas Fletcher,, John Martin,, Assurance Company of America,, Glens Fa
Insurance Company,, American Alternative Insurance Corporation,, Brian Barry,, Dawn Brown,, American Casualty
of Reading, Pennsylvania,, One Beacon Insurance Company,, Commercial Insurance Company of Newark, N.J.,, Chu
Insurance Company,, Deena Burnett,, Kathleen Ashton,, Josephine Alger,, Angelica Allen,, George Andrucki,, Mary
Winifred Aranyos,, Margaret Arce,, Margit Arias,, Evelyn Aron,, Nancy Badagliacca,, Christina Baksh,, Joanne Barb
F. Barkow,, Nina Barnes,, Jeannine P. Baron,, Jane Bartels,, Kimberly Kaipaka Beaven,, Michelle Bedigan,, Susan B
Madeline Bergin,, Miriam M. Biegeleisen,, Christine Bini,, Neil B. Blass,, Kris A. Blood,, Dorothy Ann Bogdan,, Ma
Boisseau,, Kathleen Box,, David Brace,, Curtis Fred Brewer,, Hillary A. Briley,, Ursula Broghammer,, JoAnne Brueh
B. Bruno,, Susan E. Buhse,, Elizabeth R. Burns,, James C. Cahill,, James W. Cahill,, Kathleen Cahill,, Deborah Calde
Calia,, Jacqueline Cannizzaro,, Cathy A. Carilli,, Toni Ann Carroll,, Judith Casoria,, Tracy Ann Taback Catalano,, Sa
Catarelli,, Gina Cayne,, Suk Tan Chin,, Catherine T. Regenhard,, Edward P. Ciafardini,, Lisa DiLallo Clark,, Yuko C
Maryann Colin,, Julia Collins,, Patricia Coppo,, Edith Cruz,, Ildefonso A. Cua,, Linda Curia,, David Edward Cushing
D'Antonio,, Beril Sofia DeFeo,, Vincent J. Della Bella,, Todd DeVito,, Milagros Diaz,, Dhanmatee Sam,, Maria DiPi
Stacey Fran Dolan,, Rosalie Downey,, Jay Charles Dunne,, Stanley Eckna,, Denise Esposito,, Dennis Euleau,, Marya
Clifford Tempesta,, Dorothy Tempesta,, Melissa Van Ness Fatha,, Steven Feidelberg,, Wendy Feinberg,, Charlene Fi
Flannery,, Robert T. Folger,, Kurt Foster,, Claudia Flyzik,, Nancy Walsh,, Carol Francolini,, Helen Friedlander,, Lisa
Anne Gabriel,, Walter Tremsky,, Eileen F. Colligan,, Paul Quinn,, Monica M. Gabrielle,, Kathleen Ganci,, Elizabeth
Diane Genco,, Philip Germain,, Carol Gies,, John J. Gill,, Serina Gillis,, Angela Gitto,, Meg Bloom Glasser,, Sharon
Cobb−Glenn,, Jodie Goldberg,, Mia Gonzalez,, Deborah Grazioso,, Claudette Greene,, Peter Greenleaf,, Joanne Gros
Haag,, Gordon G. Haberman,, Patricia Han,, Renne Bacotti Hannafin,, Dorothy Garcia,, Benhardt R. Wainio,, Perry S
Basmattie Bishundat,, Rachel R. Harrell,, Sheila Gail Harris,, Jennifer L. Harvey,, Kelly Hayes,, Virginia Hayes,, Th
Healey,, Hashim A. Henderson,, Karen Hinds,, Dennis L. Hobbs,, Dixie M. Hobbs,, Pamela Hohlweck,, Kathleen Ho
Rubina Cox−Holloway,, Joann T. Howard,, Bridget Hunter,, Kathryn J. Hussa,, Yesenia Ielpi,, Frederick Irby,, Jenni
Jacobs,, Kazmierz Jakubiak,, Leila M. Joseph,, Woodly Joseph,, Paul Kaufman,, Elizabeth H. Keller,, Patricia Kellett
Kelly,, Rosemary Kempton,, Donald Francis Kennedy,, Richard I. Klein,, Fran LaForte,, Edlene C. LaFrance,, Collet
LaFuente,, Morris D. Lamonsoff,, Andrea N. LeBlanc,, Donald Leistman,, Elaine Leinung,, Roberta J. Levine,, Kathl
Lozier,, Anne MacFarlane,, Lisanne MacKenzie,, Andrea Maffeo,, Pamela Ann Maggitti,, Natalie Makshanov,, Rebe
Marchand,, Lori Mascali,, Dorothy Mauro,, Meryl Mayo,, Margaret Donoghue McGinley,, Iliana McGinnis,, Cynthia
McGinty,, Theresa McGovern,, Patricia H. McDowell,, Joann Meehan,, Fryderyk Milewski,, Anna Milewski,, Ambe
Jamie Miller,, Faith Miller,, Barbara Minervino,, Joanne Modafferi,, Anna Mojica,, Saradha Moorthy,, Elizabeth Ann
Emily Motroni,, Lauren Murphy,, Elvira P. Murphy,, Richard B. Naiman,, Edward Navarro,, Dana Noonan,, William
Novotny,, James Wallace O'Grady,, Sheryl J. Oliver,, Lisa Palazzo,, Donna Paolillo,, Helene S. Passaro,, Mary Gola
Linda Pickford,, Nancy Picone,, Jean Oslyn Powell,, Karen Princiotta,, Dominic J. Puopolo, Sr., Patricia Quigley,, Fr
Raggio,, Deborah Francke,, Maryann Rand,, Sadiq Rasool,, Susan Rasweiler,, Albert T. Regenhard,, Elizabeth Rego,
Rosenbaum,, Glenna M. Rosenburg,, Jill Rosenblum,, Lauren Rosenzweig,, Claudia Ruggiere,, Gilbert Ruiz, Jr., And
Diane Ryan,, Delphine Saada,, Barbara Scaramuzzino,, Phyllis Schreier,, Lori Shulman,, Eileen Simon,, Dhanraj Sing
Siskopoulos,, Donna Smith,, Barbara Sohan,, Robert Spadafora,, Laurie Spampinato,, Theresa A. Stack,, Eileen Tallo
Tarasiewicz,, Evelyn Tepedino,, Raj Thackurdeen,, Sat Thackurdeen,, Rosanna Thompson,, Andrija Tomasevic,, Rad
Tomasevic,, Kimberly Trimingham−Aiken,, Marie Twomey,, Victor Ugolyn,, Feliciana Umanzor,, Virginia Lorene F

Valvo,, Jasmine Victoria,, Richard Villa,, Lucy Virgilio,, Diane Wall,, Diane M. Walsh,, Amy Weaver,, Delia Welty,
Galusha−Wild,, Patricia Wiswall,, Anne M. Wodensheck,, Cella Woo−Yeun,, Siew−Som Yeow,, Erica Zucker,, Nan
Zuckerman,, Aldo Addissi,, Edward Arancio,, Kathleen M. Arancio,, Leonard Ardizzone,, Barbara Ardizzone,, Thon
Joseph Beltrani,, Andrew Braun,, James Cizikie,, Thomas Conroy, Jr., Gibson A. Craig,, Bradley Daly,, Robert D'Eli
Donnelly,, Charles Downey,, Joseph R. Downey,, Timothy L. Frolich,, Irene Frolich,, Steven M. Gillespie,, Joseph H
Hassett,, James D. Hodges,, Netta Issacof,, John F. Jermyn,, Arnold Lederman,, Phyllis Lederman,, Michael J. Lindy
Amrita Mahabir,, Kevin McArdle,, James McGetrick,, Owen McGovern,, Kevin G. Murphy,, Janice O'Dell,, Timothy
Howard Rice,, Louis Schaefer,, Scott Schrimpe,, Scott Ting,, George Luis Torres,, Robert V. Trivingo,, Russell Vom
J. Zeiss,, Virginia Bauer,, Linda E. Thorpe,, Gladys Salvo,, Harry Ong, Jr., William O'Connor,, Jennifer E. Brady,, A
Jeanne M. Evans,, Vice Rose Arestegui,, Lori Fletcher,, Traci Bosco,, Mathilda Geidel,, Regan Grice−Vega,, Elinore
Veronica Klares,, Jerline Lewis,, Michael Deloughery,, Bettyann Martineau,, Virginia McKeon,, Olga Merino,, Warr
Monroe,, Amy Farnum,, Kevin Mount,, Armine Giorgetti,, Charles Schmidt,, Colleen Holohan,, Roberta Kellerman,,
Lauterbach,, Ingrid M. Lenihan,, Jeffrey Lovit,, Merrilly E. Noeth,, Janlyn Scauso,, Nancy Shea,, Holli Silver,, Robin
Theurkauf,, Joseph A. Tiesi,, Anthony Vincelli,, Lena Whittaker,, Madeleine A. Zuccala,, Andrezej Cieslik,, Domeni
Damiano,, Warren Hayes,, Evelyn Rodriguez,, Armando Bardales,, Yvonne V. Abdool,, Josephine Acquaviva,, Kara
Jean Adams,, Jessica Murrow−Adams,, Stephen Alderman,, Elizabeth Alderman,, Karium Ali,, Michael J. Allen,, Le
Alvarez,, Jocelyne Ambroise,, Thomas Arias,, Cynthia Arnold,, Philipson Azenabor,, John P. Baeszler,, Kim Barbaro
J. Meehan, III, Daryl Joseph Meehan,, Edmund Barry,, Gila Barzvi,, Boris Bililovsky,, Suzanne J. Berger,, Robert J.
Joanne F. Betterly,, John Bonomo,, Krystyna Boryczewski,, Michele Boryczewski,, Julia Boryczewski,, Desiree A.
Gerasimovich,, Kathleen M. Buckley,, Javier Burgos,, Chubb Indemnity Insurance Company,, Prakash Bhatt,, Willia
Sr., Camille Doyle,, Maureen Kelly,, Chiemi York,, Robert Keane,, One Beacon America Insurance Company,, Hous
Lazaar,, Co−Conspirators,, Jennifer Tarantino,, H. Michael Keden,, Nancy Ann Foster,, Beverly Burnett,, Mary Marg
Jurgens,, Martha Burnett O'Brien,, William Doyle,, Doreen Lutter,, Christine R. Huhn,, Lynn B. Pescherine,, Boston
Insurance Company,, Paul R. Martin,, Rachel W. Goodrich,, Ernesto Barrera,, Gregory Stevens,, Sharlene M. Beckw
A. Reed,, Benito Colon,, Victoria Higley,, Marion Knox,, Laura J. Lassman,, Philip Lee,, Mei Jy Lee,, John Lewis,, J
Mercado,, Linda Pascuma,, Sean Passananti,, Helen Pfeifer,, Daniel Polatsch,, Theresa Regan,, Armand Reo,, Alexan
Santoro,, Maureen Santoro,, Narasimha Sattaluri,, Wen Shi,, Cynthia Tumulty,, Yun Yu Zheng,, David Ziminski,, Ro
Bermingham,, Mark Bernheimer,, Donald DiDomenico,, Michael Endrizzi,, Mark Goldwasser,, Ron Harding,, Jerem
Harney,, Peter Ioveno,, Jurgiel Kazimierz,, Raymond Lachhman,, George Lantay,, Joyce Leigh,, Vincent LeVien,, Je
Jerzy Mrozek,, Carmen Romero,, Christine Sakoutis,, Kemraj Singh,, Gary Wendell,, Colonial American Casualty ar
Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Ins
Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, The Princeton Ex
Surplus Lines Insurance Company,, Jane Alderman,, Stephen Jezycki,, Catherine Jezycki,, Michael Jezycki,, Jennifer
Richard D. Allen,, Luke C. Allen,, Judith M. Aiken,, Lauren Arias Lucchini,, Lorraine Arias Beliveau,, Tara Bane,, A
Granville,, Nicholas Barbaro,, Carol Barbaro,, Kevin W. Barry,, Maureen Barry,, Emma Tisnovskiy,, Leonid Tisnovs
Rostyslav Tisnovskiy,, Frances Berdan,, John Benedetto,, Rina Rabinowitz,, Maria Giordano,, Ondina Bennett,, Mur
Bernstein,, Norma Bernstein,, Irene Bilcher,, Lillian Bini,, Rosemarie Corvino,, Bhola P. Bishundat,, Miles Bilcher,,
Bonomo,, Sharon Booker,, Rose Booker,, Michael Boryczewski,, John C. Buckley,, Jane M. Smithwick,, Fiona Havl
Thomas Burnett,, National Ben Franklin Insurance Company of Illinois,, Alexander Paul Aranyos,, Michael Girdano,
Steiner,, Clara Chirchirillo,, Ellen L. Saracini,, TheresaAnn Lostrangio,, Thomas E. Burnett, Sr., Judith Reiss,, Willia
Patricia J. Perry,, Matthew T. Sellitto,, Ralph Maerz, Jr., Linda Panik,, Martin Panik,, Martina Lyne−Ann Panik,, Ste
Cartledge,, Tina Grazioso,, Jin Liu,, Lynn Allen,, Helene Parisi−Gnazzo,, Ann R. Haynes,, John Patrick O'Neill, Jr.,
King,, Judi A. Ross,, Fiona Havlish,, Grace M. Parkinson−Godshalk,,, Loisanne Diehl,, Alfred Acquaviva,, James Al
Andrew Aris,, Donald Aris,, Madelyn Conroy Allen,, George Bonomo,, Estate of John P.O'Neill, Sr.,, Burnett Plainti
Frederick Alger,, Hiscox Dedicated Corporate Member, Ltd.,, Michael J. Novotny,, Christine Irene O'Neill,, Carol O'
Dorothy A. O'Neill,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Continental Insurance Company of Ne
Fidelity and Casualty Company of New York,, Joann Meehan,, Burnett & Ashton Plaintiffs,, Barrera Plaintiffs,, Tren
Plaintiffs,, Salvo Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, Saad Bin Laden,, World Trade Center Prop
et al.,, Euro Brokers Inc., et al.,, Plaintiffs PI Executive Committee,, Plaintiffs Executive Committees,, Havlish Plaint
RICO Statement filed by Euro Brokers Inc., et al.,, 1408 Stipulation and Order, Set Deadlines/Hearings,,,,, 1587 Decl
Support of Motion filed by Taha Jaber Al−Alwani,, 1184 Memorandum of Law in Support of Motion,, filed by Abdu
Muhsen Al Turki,, 1614 MOTION to Dismiss. filed by Al Shamal Islamic Bank,, 1364 Notice (Other) filed by Estate
P.O'Neill, Sr.,, 636 Endorsed Letter,,,,,, 230 Order on Motion to Dismiss,, 1510 Stipulation and Order,,,, 597 RICO S
filed by Estate of John P.O'Neill, Sr.,, 1309 Reply Memorandum of Law in Support of Motion,, filed by Shahir Abdu
Batterjee,, 633 MOTION to Dismiss Voluntarily Dismiss Certain Defendants. filed by Salvo Plaintiffs,, 1319 RICO S
filed by Federal Insurance Company et al., Plaintiffs,, 1240 Memorandum of Law in Support filed by DMI Administr
Services S.A.,, 1072 Endorsed Letter,, 4 MDL Transfer In,, 1452 Memorandum of Law in Support of Motion,, filed b
M. Bin Laden,, 1384 MOTION for David P. Donovan to Withdraw as Attorney. filed by Mohammed Al Faisal Al Sa
Notice of Appearance filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 892 MOTION
filed by Soliman H.S. Al−Buthe,, 1492 Declaration in Opposition to Motion,, filed by Estate of John P.O'Neill, Sr.,, 9
Memorandum of Law in Support of Motion,, filed by Federal Insurance Company et al., Plaintiffs,, 568 Notice (Othe
Federal Insurance Company et al., Plaintiffs,, 1048 Declaration in Opposition to Motion,,,, filed by Plaintiffs Executi
Committees,, 41 MOTION to Dismiss Memorandum of Law in Support of Motion to Dismiss The Fourth Amended
Consolidated Master Complaint in Ashton et al. v. Al Qaeda Islamic, et al.. filed by Mohammed Al Faisal Al Saud,, 2

(Other) filed by Burnett Plaintiffs,, 730 Memorandum of Law in Support of Motion filed by Sami Omar Al−Hussaye MOTION (FILED ON SERVICE DATE) for Thomas P. Steindler to Appear Pro Hac Vice. filed by Yassin Abdullah Yousef Jameel,, 1249 Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Executive Committees,, 122 in Support,, filed by Federal Insurance Company et al., Plaintiffs,, 1019 Memorandum of Law in Support of Motion, Khaled Bin Salim Bin Mahfouz,, 94 MOTION to Dismiss (Notice of Motion). filed by DMI Administrative Services Declaration in Support of Motion,, filed by Schreiber & Zindel,, Frank Zindel,, Engelbert Schreiber,, Engelbert Schre 998 Stipulation and Order,, 354 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 475 Affirmat Opposition to Motion, filed by Burnett Plaintiffs,, 1186 MOTION to Dismiss. filed by Safar Al−Hawali,, 141 Memor Law in Support of Motion, filed by Salman Bin Abdulaziz Al Saud,, 161 MOTION to Dismiss First Amended Comp Federal Insurance. filed by Arab Bank,, 965 Stipulation and Order,, 17 Order on Motion to Appear Pro Hac Vice,, 55 Memorandum of Law in Support of Motion,, filed by National Commercial Bank,, 728 Memorandum of Law in Supp Motion filed by Sami Omar Al−Hussayen,, 1489 RICO Statement filed by Euro Brokers Inc., et al.,, 1220 RICO Stat by World Trade Center Properties LLC, et al.,, 322 Stipulation and Order,,, 406 Reply Memorandum of Law in Supp Motion, filed by Burnett Plaintiffs,, 471 Memorandum of Law in Oppisition to Motion,, filed by Federal Insurance C al., Plaintiffs,, 687 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 895 Reply Memorandu in Support of Motion,,, filed by Perouz Seda Ghaty,, Al Haramain Islamic Foundation, Inc.,, 97 MOTION to Dismiss Jurisdiction the Third Amended Complaint (Burnett). filed by Mohammed Ali Sayed Mushayt,, 1050 Memorandum Oppisition to Motion filed by New York Marine and General Insurance Company,, 1177 MOTION to Dismiss. filed Al−Hussayen,, 432 Notice (Other) filed by Burnett Plaintiffs,, 932 Stipulation and Order,,,,, 940 Notice of Appearanc Martin Watcher,, Erwin Watcher,, 764 Clerk Certificate of Mailing,,,, 1130 Clerk Certificate of Mailing,, 657 MOTI Dismiss the Consolidated Property Damage and Insurance Complaints (Continental Casualty, Euro Brokers, Federal NY Marine, and World Trade Center Properties). filed by Perouz Seda Ghaty,, 796 Acknowledgment of Service Co filed by Federal Insurance Company et al., Plaintiffs,, 3 MDL Transfer In,, 515 Memorandum of Law in Oppisition t filed by Federal Insurance Company et al., Plaintiffs,, 815 RICO Statement, filed by Federal Insurance Company et a Plaintiffs,, 1281 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, 144 Endorsed 175 Reply Memorandum of Law in Support of Motion, filed by Sultan Bin Abdulaziz Al Saud,, 1286 Notice (Other), (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1547 Case Management Plan,,,,,,, 456 Affidavit in Opposition to Motion filed by Kathleen Ashton,, 1079 RICO Statement filed John P.O'Neill, Sr.,, 30 Memo Endorsement,,,,, 988 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1226 Not Notice (Other) filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 538 Stipulation and O Dismissal,,, 1349 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 557 Declaration in Support of Motion,, filed Abdullah Kadi,, 745 Affirmation in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 602 (Other), Notice (Other) filed by Burnett Plaintiffs,, 531 Reply Memorandum of Law in Support of Motion filed by Sa Al−Hussayen,, 501 Reply Memorandum of Law in Support of Motion, filed by The Kingdom of Saudi Arabia,, 641 Letter,,,, 476 Memorandum of Law in Oppisition to Motion,, filed by Federal Insurance Company et al., Plaintiffs,, 7 Certificate of Mailing Received,,,,,,,,,, 983 Amended Complaint,, filed by John Patrick O'Neill, Jr., Christine Irene O Carol O'Neill,, Dorothy A. O'Neill,, 667 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1004 Stipulation and 275 Memorandum of Law in Oppisition to Motion filed by Burnett Plaintiffs,, 340 Declaration in Support of Motion Sami Omar Al−Hussayen,, 368 MOTION to Strike Portions of Federal Plaintiffs' Opposition Briefs (Dkt. Nos. 290, 2 by M. Yaqub Mirza,, Iqbal Yunus,, Jamal Barzinji,, M. Omar Ashraf,, Muhammad Ashraf,, Taha Jaber Al−Alwani,, Memorandum of Law in Support of Motion filed by Saudi High Commission,, 1391 Order on Motion to Dismiss,, 84 Memorandum of Law in Support of Motion filed by Faisal Islamic Bank,, 525 Stipulation and Order,, 107 MOTION filed by Abdul Al−Moslah,, 19 Memo Endorsement,, 1457 Declaration in Support of Motion,, filed by Wamy Interna Inc.,, World Assembly of Muslim Youth,, 359 MOTION to Dismiss for Lack of Jurisdiction Lack of Personal Jurisdi by Wael Jalaidan,, 1518 Declaration in Opposition to Motion,, filed by Estate of John P.O'Neill, Sr.,, 1081 RICO Sta by Estate of John P.O'Neill, Sr.,, 806 Stipulation and Order,, 1143 Endorsed Letter,,,,, 1599 Response filed by Wa'el 1426 Notice (Other), Notice (Other) filed by Ahmed Totonji,, Mohammed Jaghlit,, Grove Corporate, Inc.,, Heritage Trust,, Mar−Jac Investments, Inc.,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Ma Group, Inc.,, York Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, Mena Investme Memo Endorsement,, 490 Memorandum of Law in Support of Motion filed by Islamic Investment Company of the G (Sharjah),, Cashiers Remark, 1544 Reply Memorandum of Law in Support of Motion,,, filed by Estate of John P.O'N 416 MOTION to Dismiss Notice of Motion to Dismiss. filed by National Commercial Bank,, 1344 Notice (Other), N (Other) filed by Estate of John P.O'Neill, Sr.,, 685 Stipulation and Order,, 1476 Order,, 972 Memorandum of Law in to Motion,, filed by Al Rajhi Bank,, 83 MOTION to Dismiss for Lack of Jurisdiction the Third Amended Complaint filed by Saleh Al−Hussayen,, 534 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 1262 MOT Dismiss the Federal Insurance action. filed by DMI Administrative Services S.A.,, 263 MOTION for Leave to File M Leave to File Reply Out of Time Defendants' Reply Briefs. filed by Sulaiman Al−Ali,, Al Haramain Foundation,, Mo Jamal Khalifa,, Adel Abdul Batterjee,, Aqeel Al−Aqeel,, Islamic Assembly of North America,, 552 Stipulation and C Dismissal,, 645 Stipulation and Order,,,, 611 Stipulation and Order,,, 539 Stipulation and Order,, 829 Stipulation and Order,, 1213 MOTION to Dismiss the Cantor Fitzgerald action. filed by DMI Administrative Services S.A.,, 1163 N Appearance filed by Banca Del Gottardo,, 582 RICO Statement, filed by John Patrick O'Neill, Jr., Estate of John P.O Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 610 Stipulation and Order,,,, 923 RICO Statement filed Trade Center Properties LLC, et al.,, 579 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 127 (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 66 Notice o

Dismissal − Signed,,, 693 Endorsed Letter,, 914 Stipulation and Order,,, 470 Order Admitting Attorney Pro Hac Vice Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 903 Memorandum of Law in Support of Motion filed by Mar−J Inc.,, 1363 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 241 MOTION for Roy T. Englert, Jr. to Appear Pro filed by Saudi High Commission,, 1061 Reply Memorandum of Law in Support of Motion,, filed by Faisal Islamic B Endorsed Letter,, 1199 Memorandum of Law in Support of Motion,, filed by Shahir Abdulraoof Batterjee,, 1144 End Letter,,,, 1572 Memorandum of Law in Oppisition to Motion,,, filed by Continental Casualty Company,, New York M General Insurance Company,, Kathleen Ashton,, Federal Insurance Company et al., Plaintiffs,, 1245 Memorandum o Oppisition to Motion,, filed by Plaintiffs Executive Committees,, 826 Order on Motion to Appear Pro Hac Vice,, 142 in Support of Motion,, filed by Mohammed Ali Sayed Mushayt,, Mushayt for Trading Company,, 837 MOTION to D filed by Faisal Islamic Bank,, 922 Notice (Other) filed by Euro Brokers Inc., et al.,, 1005 Memorandum of Law in Op Motion,,, filed by Federal Insurance Company,, Continental Casualty Company,, Cantor Fitzgerald & Co.,, New York and General Insurance Company,, Kathleen Ashton,, John Patrick O'Neill, Jr., Burnett Plaintiffs,, World Trade Cente LLC, et al.,, Euro Brokers Inc., et al.,, 867 MOTION to Dismiss Abdullah Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Abdullah Al Rajhi. MOTION to Dismiss Abdullah Al Rajhi. MOTION to Dismiss for Lack of Jurisdictio Al Rajhi. MOTION to Dismiss Abdullah Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Abdullah Al Rajhi. Abdullah Salaiman Al−Rajhi,, 59 Rule 7.1 Disclosure Statement filed by Al Rajhi Banking and Investment,, 452 Ord Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Executive Committees,, 529 Endorsed Letter,,, 153 Memorandum of Law in Oppisition to Motion filed by Burnett Plaintiffs,, 233 Memorandum of Law in Oppisition to filed by Kathleen Ashton,, 1134 Clerk Certificate of Mailing,, 84 MOTION to Dismiss for Lack of Jurisdiction the T Amended Complaint (Burnett). filed by Sheik Salman Al−Oawdah,, 1346 Notice (Other) filed by Estate of John P.O' 482 Notice of Appearance filed by John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Christine Irene O'Neill,, C O'Neill,, Dorothy A. O'Neill,, 1114 Response in Opposition to Motion,, filed by Estate of John P.O'Neill, Sr.,, 672 En Letter,, 1195 MOTION to Dismiss. filed by Adnan Basha,, 804 Memorandum of Law in Support of Motion, filed by Mohammed Hussein Al Amoudi,, 1442 Endorsed Letter,, 1154 RICO Statement filed by World Trade Center Propert al.,, 412 Endorsed Letter,,,, 190 Memorandum & Opinion,, 295 MOTION to Dismiss or in the Alternative for a More Statement. filed by Yassin Abdullah Al Kadi,, 1571 Memorandum of Law in Oppisition to Motion,, filed by Contine Casualty Company,, New York Marine and General Insurance Company,, Burnett & Ashton Plaintiffs,, World Trade Properties LLC, et al.,, Euro Brokers Inc., et al.,, 681 Stipulation and Order,, 1267 Reply Memorandum of Law in Su Motion,, filed by Khaled Bin Salim Bin Mahfouz,, 676 Notice (Other), Notice (Other) filed by Federal Insurance Co al., Plaintiffs,, 1069 Stipulation and Order,,, 387 Affidavit of Service Complaints filed by Federal Insurance Compan Plaintiffs,, 408 Notice (Other) filed by Burnett Plaintiffs,, 1054 Reply Memorandum of Law in Support of Motion,,, Suleiman Abdel Aziz Al Rajhi,, Sulaiman Bin Abdul Aziz Al Rajhi,, Suleiman Abdel Aziz Al Rajhi,, 970 RICO Stat by World Trade Center Properties LLC, et al.,, 24 Endorsed Letter,, 355 RICO Statement filed by Federal Insurance al., Plaintiffs,, 725 MOTION to Dismiss. filed by Sami Omar Al−Hussayen,, 740 Stipulation and Order,, 1589 SUPPLEMENTAL MOTION to Dismiss Pursuant to CMO No. 4. filed by Abdullah Bin Saleh Al Obaid,, Shahir Ab Batterjee,, Abdul Rahman Al Swailem,, Abdullah Omar Naseef,, Mohammed Ali Sayed Mushayt,, Talal Mohammed Adnan Basha,, Saudi Red Crescent,, Salman Al−Ouda,, Safar Al−Hawali,, Saleh Al−Hussayen,, Abdullah Muhsen A Mushayt for Trading Company,, Sheik Hamad Al−Husaini,, 620 Amended Complaint,,,,,,,, filed by John Patrick O'N Estate of John P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 857 RICO Statement filed York Marine and General Insurance Company,, 1618 Notice of Appeal,, 310 RICO Statement filed by Federal Insura Company et al., Plaintiffs,, 208 Notice (Other) filed by Burnett Plaintiffs,, 1096 RICO Statement filed by Estate of Jo P.O'Neill, Sr.,, 13 MOTION (FILED ON SERVICE DATE) to Dismiss. filed by Yeslam Binladin,, 969 RICO Statem Federal Insurance Company et al., Plaintiffs,, 448 Affidavit in Opposition to Motion, filed by Burnett Plaintiffs,, 104 Stipulation and Order,,, 48 MOTION to Dismiss Memorandum in Support of Motion to Dismiss Certain Consolidate Complaints. filed by Sultan Bin Abdulaziz Al Saud,, 68 Memo Endorsement,, 588 Declaration in Support of Motion, Yousef Jameel,, 663 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1252 Memorandum of Law in Oppisitio Motion,, filed by Plaintiffs Executive Committees,, 1328 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1523 Memorandum of Law in Support of Motion,,,, filed by M. Yaqub Mirza,, Saar Foundation,, Ahmed Totonji,, Hisham Iqbal Yunus,, Jamal Barzinji,, M. Omar Ashraf,, Mohammed Jaghlit,, Muhammad Ashraf,, Taha Jaber Al−Alwani,, C Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena Corporation,, Reston Investments, Inc. Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc.,, York Foundation,, African Muslim Agency International Institute of Islamic Thought,, 622 Stipulation and Order of Dismissal,, 307 RICO Statement filed by Fe Insurance Company et al., Plaintiffs,, 890 Reply Memorandum of Law in Support of Motion, filed by Al Haramain Is Foundation, Inc.,, 179 Endorsed Letter,, 81 MOTION to Dismiss for Lack of Jurisdiction the Third Amended Compl (Burnett). filed by Safar Al−Hawali,, 1172 RICO Statement filed by New York Marine and General Insurance Comp Declaration in Support of Motion,, filed by Yousef Jameel,, 22 Notice of Voluntary Dismissal − Signed,, 466 Endors 173 Reply Memorandum of Law in Support of Motion filed by Abdul Rahman Bin Kahlid Bin Mahfouz,, 392 Waive Executed filed by Federal Insurance Company et al., Plaintiffs,, 1582 Notice (Other), Notice (Other) filed by Federal Company et al., Plaintiffs,, 1158 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 166 MOTION for Extension File Response/Reply. filed by Rabita Trust,, Saleh Abdullah Kamel,, Wa'el Hamza Jalaidan,, Al Baraka Investment & Development Corp.,, International Islamic Relief Organization(IIRO),, 244 Endorsed Letter,,, 1022 Order,,, 254 Repl Memorandum of Law in Support of Motion, filed by DMI Administrative Services S.A.,, 1260 Affirmation in Oppos Motion,,,, filed by Federal Insurance Company et al., Plaintiffs,, 436 Affirmation in Opposition to Motion, filed by F Insurance Company et al., Plaintiffs,, 130 Response to Motion,, filed by Pacific Indemnity Company,, Vigilant Insura

Company,, Federal Insurance Company,, 840 Memorandum of Law in Support of Motion filed by Faisal Islamic Ban
Order on Motion to Withdraw as Attorney,,, 964 Endorsed Letter,, 586 RICO Statement, filed by John Patrick O'Neil
of John P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 281 Memorandum of Law in Op
Motion, filed by Burnett Plaintiffs,, 642 Order Admitting Attorney Pro Hac Vice,, 820 Notice (Other) filed by Federa
Company et al., Plaintiffs,, 371 Reply Memorandum of Law in Support of Motion filed by Mohammed Al Faisal Al S
RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1472 Memorandum of Law in Support of Motion, filed by DM
Administrative Services S.A.,, Daral Maal Al Islami Trust,, 912 Stipulation and Order,,,, 910 Endorsed Letter, Set M
R&R Deadlines/Hearings,,,,, 1049 Status Report filed by All Plaintiffs,, 1097 RICO Statement filed by Estate of John
Sr.,, 134 Waiver of Service Executed,,,,,, filed by Maryland Casualty Company,, Pacific Indemnity Company,, Vigila
Insurance Company,, Federal Insurance Company,, Allstate Insurance Company,, Great Northern Insurance Compan
And Deposit Company of Maryland,, North River Insurance Company,, Northern Insurance Company of New York,,
Insurance Company, Inc.,, Zurich American Insurance Company,, American Zurich Insurance Company,, American
and Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Chubb Insurance Company of Canada,, Chu
Insurance Company of New Jersey,, United States Fire Insurance Company,, Continental Insurance Company,, Assur
Company of America,, Glens Falls Insurance Company,, American Alternative Insurance Corporation,, One Beacon
Company,, Commercial Insurance Company of Newark, N.J.,, Chubb Custom Insurance Company,, Chubb Indemnit
Company,, One Beacon America Insurance Company,, Colonial American Casualty and Surety Insurance Company,
Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homelan
Company of New York,, Crum & Forster Indemnity Company,, The Princeton Excess & Surplus Lines Insurance Co
Hiscox Dedicated Corporate Member, Ltd.,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Continental Ins
Company of New Jersey,, Fidelity and Casualty Company of New York,, 918 Stipulation and Order,,, 1268 Reply Me
of Law in Support of Motion,, filed by Sheik Hamad Al−Husaini,, 877 RICO Statement filed by Estate of John P.O'N
159 Order Admitting Attorney Pro Hac Vice, 458 Memorandum of Law in Oppisition to Motion,, filed by Federal Ins
Company et al., Plaintiffs,, 243 Endorsed Letter,,,, 1352 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 765 W
Service Executed filed by Estate of John P.O'Neill, Sr.,, 733 Memorandum of Law in Support of Motion filed by Sam
Al−Hussayen,, 937 RICO Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 
MOTION to Dismiss the Continental Casualty and Federal Insurance actions. filed by Abdul Aziz Al−Ibrahim,, 1602
Memorandum of Law in Support of Motion,, filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation,, 870 Memorar
Law in Support,,, filed by Suleiman Abdel Aziz Al Rajhi,, Sulaiman Bin Abdul Aziz Al Rajhi,, 58 Memorandum of I
Support of Motion filed by Al Rajhi Banking and Investment,, 1078 RICO Statement filed by Estate of John P.O'Neil
MOTION to Dismiss NY Marine. filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation,, 684 Stipulation and Ord
Declaration in Support of Motion,,, filed by Estate of John P.O'Neill, Sr.,, 1026 Stipulation and Order,,,, 213 MOTIO
William C. Edgar to Withdraw as Attorney for His Royal Highness Prince Naif Bin Abdulaziz Al Saud. filed by Naif
Abdulaziz Al Saud,, 605 Stipulation and Order,,, 131 MOTION for Extension of Time to File Response/Reply Stipul
Order for Extension of Time of SNCB Corporate Finance Ltd. and SNCB Securities Ltd. (London) to Respond to the
filed by SNCB Corporate Finance Ltd.,, SNCB Securities Ltd. in London,, 1044 Stipulation and Order,, 569 Notice (
by Federal Insurance Company et al., Plaintiffs,, 126 Endorsed Letter, Set Deadlines,,, 750 Clerk Certificate of Maili
Memorandum of Law in Support of Motion filed by Mohammed Bin Abdulrahman Al Ariefy,, Faisal Group Holding
Alfaisaliah Group,, Abdullah Al Faisal Bin Abdulaziz AlSaud,, 596 Order Admitting Attorney Pro Hac Vice,, 1371 N
(Other), Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et
Stipulation and Order,, 884 Order,, 530 Endorsed Letter,, 381 Memorandum of Law in Oppisition to Motion, filed by
Abdulaziz Al Saud,, 210 Notice (Other) filed by Burnett Plaintiffs,, 561 Endorsed Letter,, 1446 Notice (Other) filed b
M. Bin Laden,, 209 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 1432 MOTION to Dis
Memorandum in Support to Dismiss Aradi, Inc. filed by Aradi, Inc.,, 335 Reply Memorandum of Law in Support of 
filed by Saleh Al−Hussayen,, 741 Notice (Other) filed by Faisal Islamic Bank,, 1180 MOTION to Dismiss. filed by A
Bin Saleh Al−Obaid,, 1146 Memorandum of Law in Oppisition to Motion,,, filed by Continental Casualty Company,
Fitzgerald & Co.,, New York Marine and General Insurance Company,, Kathleen Ashton,, Estate of John P.O'Neill, S
Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers In
465 Endorsed Letter,,, 726 Memorandum of Law in Support of Motion filed by Sami Omar Al−Hussayen,, 1491 Mer
of Law in Oppisition to Motion,, filed by Estate of John P.O'Neill, Sr.,, 1554 Order,,,, 1150 Reply Memorandum of L
Support of Motion,, filed by Dubai Islamic Bank,, 486 Reply Memorandum of Law in Support of Motion,, filed by S
Abdulraoof Batterjee,, Saudi Red Crescent,, Safar Al−Hawali,, Saleh Al−Hussayen,, Sheik Hamad Al−Husaini,, Shei
Al−Oawdah,, 174 Reply Memorandum of Law in Support of Motion, filed by Prince Turki Al Faisal Al Saud,, 1401
Memorandum of Law in Support of Motion filed by Daral Maal Al Islami Trust,, 1388 MOTION to Dismiss Contine
Casualty, Burnett, WTC, Euro Brokers, Federal Insurance. filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation,,
Affirmation in Opposition to Motion,, filed by Burnett Plaintiffs,, 763 Clerk Certificate of Mailing,,,, 702 RICO State
by World Trade Center Properties LLC, et al.,, 1557 Memorandum of Law in Oppisition to Motion,,,, filed by Plainti
Executive Committees,, 513 Reply Memorandum of Law in Support of Motion, filed by Faisal Group Holding Co.,, A
Group,, Addullah Al Faisal Abdulaziz Al Saud,, 145 Endorsed Letter,,, 744 Memorandum of Law in Oppisition to M
by Federal Insurance Company et al., Plaintiffs,, 1629 Stipulation and Order,,, 343 MOTION for Extension of Time /
Motion and Stipulation as to Service of Process and Extension of Time. filed by DMI Administrative Services S.A.,,
Investment Company of the Gulf (Sharjah),, 445 Order,,, 439 Rule 7.1 Disclosure Statement filed by Federal Insuran
Company et al., Plaintiffs,, 394 Answer to Complaint filed by Soliman H.S. Al−Buthe,, 612 Stipulation and Order,,, 
Certificate of Service Other, filed by United States of America,, 953 RICO Statement filed by Federal Insurance Com

Plaintiffs,, 1224 Endorsed Letter,, 1288 Notice (Other) filed by World Trade Center Properties LLC, et al.,, 604 Stipu Order,,, 990 Stipulation and Order,,,, 1577 MOTION for Reconsideration re; 1545 Endorsed Letter, Plaintiffs' Notice for Reconsideration of the Court's Order that the Parties Submit a Proposed Order Certifying the Defendants Dismiss 12(b)(1) and 12(b)(2) Grounds but filed by Burnett Plaintiffs,, 792 Acknowledgment of Service Complaints, filed by Insurance Company et al., Plaintiffs,, 1012 Memorandum of Law in Oppisition to Motion,, filed by Port Authority of & New Jersey,, Cantor Fitzgerald & Co.,, 1595 Stipulation and Order,,, 662 RICO Statement filed by Estate of John P Sr.,, 801 Endorsed Letter,,, 781 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1377 Notice (Other) filed by Plaintiffs,, 700 RICO Statement filed by World Trade Center Properties LLC, et al.,, 1501 Declaration in Support of filed by Wamy International, Inc.,, World Assembly of Muslim Youth,, 696 RICO Statement filed by Federal Insurar Company et al., Plaintiffs,, 861 MOTION to Dismiss Khalid Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Rajhi. MOTION to Dismiss Khalid Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Khalid Al Rajhi. MOTIO Dismiss Khalid Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Khalid Al Rajhi. filed by Khalid Sulaiman Al 341 Notice (Other) filed by Al Haramain Islamic Foundation, Inc.,, 891 Notice (Other) filed by Soliman H.S. Al−But Notice (Other), Notice (Other) filed by New York Marine and General Insurance Company,, Burnett Plaintiffs,, Fede Insurance Company et al., Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1068 Stip Order,,, 1314 Notice (Other), Notice (Other) filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & 1128 Clerk Certificate of Mailing,, 197 Rule 7.1 Disclosure Statement filed by Faisal Group Holding Co.,, Alfaisalia 148 Notice (Other) filed by Salman Bin Abdulaziz Al Saud,, 984 Response in Opposition to Motion,, filed by Port Au New York & New Jersey,, Cantor Fitzgerald & Co.,, 344 Endorsed Letter,,, 735 Service by Publication, filed by All 1345 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1321 RICO Statement filed by Federal Insurance Compan Plaintiffs,, 917 Stipulation and Order,,, 1202 Memorandum of Law in Support of Motion,, filed by Mohammed Ali S Mushayt,, 1192 MOTION to Dismiss. filed by Talal Mohammed Badkook,, 493 Reply Memorandum of Law in Supp Motion, filed by Rabita Trust,, 1122 RICO Statement filed by Euro Brokers Inc., et al.,, 1116 Brief filed by Mar−Jac Inc.,, 399 MOTION for Jay D. Hanson and Christopher J. Beal to Appear Pro Hac Vice. filed by M. Yaqub Mirza,, Ja Barzinji,, M. Omar Ashraf,, Muhammad Ashraf,, Taha Jaber Al−Alwani,, Grove Corporate, Inc.,, Heritage Education Mar−Jac Investments, Inc.,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Managem Inc.,, African Muslim Agency,, International Institute of Islamic Thought,, Sana−Bell, Inc.,, Iqbal Unus (Yunus),, 32 Endorsement,, 1285 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brok al.,, 14 Order on Motion to Appear Pro Hac Vice,, 1574 Affidavit in Opposition to Motion,,, filed by Continental Cas Company,, New York Marine and General Insurance Company,, Kathleen Ashton,, Federal Insurance Company et al Plaintiffs,, 519 Amended Complaint,,,, filed by John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Christine Iren Carol O'Neill,, Dorothy A. O'Neill,, 1430 Notice of Appearance filed by Aradi, Inc.,, 680 Stipulation and Order,, 117 in Support of Motion,, filed by Saleh Al−Hussayen,, 1070 Stipulation and Order,,,,,, 25 Endorsed Letter,,, 2 Endorsed 102 MOTION to Dismiss [Reply Brief − Burnett v. Al Baraka]. filed by Saudi American Bank,, 896 Notice (Other) f Burnett Plaintiffs,, 1616 Reply Memorandum of Law in Support of Motion,, filed by Burnett Plaintiffs,, 298 Waiver Executed filed by Federal Insurance Company et al., Plaintiffs,, 589 Stipulation and Order,, 447 Amended Complaint by Kathleen Ashton,, 976 Notice (Other) filed by Burnett Plaintiffs,, 294 Endorsed Letter,, 129 MOTION for Leave t Memorandum of Law in Opposition to Motion to Intervene as Parties−Plaintiff in the Burnett Action (03−CV−9849( filed by Bakr M Bin Laden,, Tarek M. Bin Laden,, Omar M. Bin Laden,, Khaled Bin Salim Bin Mahfouz,, Saudi Bin Group, Inc.,, 759 Stipulation and Order,, 873 Order,, 1619 Notice of Appeal filed by Pacific Indemnity Company,, V Insurance Company,, Federal Insurance Company,, 1552 Stipulation and Order,,, 246 MOTION to Withdraw 165 M Protective Order Notice of Motion and Memorandum in Support of Motion for Limited Appearance and to Move for Protective Order.. filed by Princess Haifa Al−Faisal,, The Royal Embassy of Saudi Arabia,, Prince Bandar bin Sultan Abdulaziz,, Ahmed A. Kattan,, Abdul Rahman I. Al−Noah,, 1528 Declaration in Support of Motion, filed by Taha Ja Al−Alwani,, 511 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs Certificate of Mailing,,,, 12 Endorsed Letter,,, 1421 Response in Support of Motion,, filed by Shahir Abdulraoof Batt Affidavit in Support of Motion,, filed by Sheik Hamad Al−Husaini,, 178 Endorsed Letter,, 38 Memorandum of Law of Motion filed by Sami Omar Al−Hussayen,, 771 Stipulation and Order,,, 339 Declaration in Support of Motion file Omar Al−Hussayen,, 236 Memorandum of Law in Oppisition to Motion, filed by Kathleen Ashton,, 504 Endorsed Le Memorandum of Law in Support of Motion filed by Daral Maal Al Islami Trust,, 1365 Notice (Other) filed by Estate P.O'Neill, Sr.,, 786 Stipulation and Order,, 1369 Notice (Other), Notice (Other), Notice (Other) filed by World Trade Properties LLC, et al.,, Euro Brokers Inc., et al.,, 853 Order,,,, 1214 Memorandum of Law in Support filed by DMI Administrative Services S.A.,, 701 RICO Statement, filed by World Trade Center Properties LLC, et al.,, 460 Memor Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 1461 Stipulation and Order, Set Deadlines/Hearings,,,,,,, 271 Order on Motion to Appear Pro Hac Vice, 31 Memo Endorsement,, 1393 Memorandum Support of Motion, filed by Banca Del Gottardo,, 1532 Answer to Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, Wa'el Jalaidan,, 287 Notice (Other) filed by Soliman J. Khudeira,, 938 Notice of Appearance filed by Asat Trust Reg Memorandum of Law in Oppisition to Motion filed by All Plaintiffs,, 1521 Memorandum of Law in Support of Moti Mohammed Al Faisal Al Saud,, 382 Memorandum of Law in Oppisition to Motion,,, filed by Federal Insurance Com Plaintiffs,, 1207 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 863 MOTION to Dismiss Ab Rajhi. MOTION to Dismiss for Lack of Jurisdiction Abdullah Al Rajhi. MOTION to Dismiss Abdullah Al Rajhi. MO Dismiss for Lack of Jurisdiction Abdullah Al Rajhi. MOTION to Dismiss Abdullah Al Rajhi. MOTION to Dismiss f Jurisdiction Abdullah Al Rajhi. filed by Abdullah Salaiman Al−Rajhi,, 217 Notice (Other) filed by Sultan Bin Abdul Saud,, 34 Order Admitting Attorney Pro Hac Vice, 1203 Affidavit in Support of Motion,, filed by Mohammed Ali Sa

Mushayt,, 283 Order, Set Hearings,,,,,,, 105 MOTION to Dismiss. filed by Mohamad Jamal Khalifa,, 621 Stipulation
675 RICO Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 1155 RICO Stat
by New York Marine and General Insurance Company,, 1161 RICO Statement, filed by Estate of John P.O'Neill, Sr.,
MOTION to Dismiss and Memorandum of Law in Support of Motion to Dismiss and to Quash Service of Process. fil
Prince Bandar bin Sultan bin Abdulaziz,, 1291 Notice (Other) filed by Burnett Plaintiffs,, 222 Memorandum of Law
Oppisition to Motion, filed by Burnett Plaintiffs,, 1231 RICO Statement filed by Continental Casualty Company,, 70
filed by United States of America,, 834 Memorandum of Law in Support of Motion filed by Faisal Islamic Bank,, 54
(Other) filed by All Plaintiffs,, 1481 CONSENT MOTION for Extension of Time to File Answer to Ashton Complai
Wa'el Jalaidan,, 1254 Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Executive Committees,, 402
Letter,,, 793 Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 1106 M
Dismiss for Lack of Jurisdiction MEMORANDUM IN SUPPORT OF MOTION. filed by Asat Trust Reg.,, Martin W
Erwin Watcher,, Sercor Treuhand Anstalt,, 136 Memorandum of Law in Support of Motion filed by Sultan Bin Abdu
Saud,, 180 Endorsed Letter,, 454 MOTION for Jason Dzubow to Appear Pro Hac Vice. filed by Muslim World Leag
Endorsed Letter,,, 1586 Reply Memorandum of Law in Support of Motion filed by Taha Jaber Al−Alwani,, 220 Mem
of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 26 Amended Document filed by Burnett Plaintiffs,, 936 I
Statement, filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 1635 Memorandum of La
Oppisition to Motion,,, filed by Estate of John P.O'Neill, Sr.,, Burnett & Ashton Plaintiffs,, 625 Notice of Appearanc
M. Yaqub Mirza,, Ahmed Totonji,, Iqbal Yunus,, Jamal Barzinji,, M. Omar Ashraf,, Mohammed Jaghlit,, Muhamma
Taha Jaber Al−Alwani,, Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena Corpor
Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc.,, York Found
African Muslim Agency,, International Institute of Islamic Thought,, 1216 Memorandum of Law in Support filed by
Administrative Services S.A.,, 388 Affidavit of Service Complaints filed by Federal Insurance Company et al., Plaint
MOTION to Dismiss for Lack of Jurisdiction the Third Amended Complaint (Burnett). filed by Abdullah Bin Saleh
Clerk Certificate of Mailing Received,,, 292 Opposition Brief filed by Federal Insurance Company et al., Plaintiffs,,
MOTION for James Patrick Vann to Appear Pro Hac Vice. filed by Al Baraka Investment and Development Corpora
Reply Memorandum of Law in Support of Motion filed by Shahir Abdulraoof Batterjee,, 188 Notice (Other), Notice
Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by Maryland Casualty Company,
Indemnity Company,, Vigilant Insurance Company,, Federal Insurance Company,, Allstate Insurance Company,, Gre
Insurance Company,, Fidelity And Deposit Company of Maryland,, North River Insurance Company,, Northern Insu
Company of New York,, Seneca Insurance Company, Inc.,, Zurich American Insurance Company,, American Zurich
Company,, American Guarantee and Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Chubb Insu
Company of Canada,, Chubb Insurance Company of New Jersey,, United States Fire Insurance Company,, Steadfast
Company,, Continental Insurance Company,, Assurance Company of America,, American Alternative Insurance Cor
One Beacon Insurance Company,, Commercial Insurance Company of Newark, N.J.,, Chubb Custom Insurance Com
Chubb Indemnity Insurance Company,, One Beacon America Insurance Company,, Boston Old Colony Insurance Co
Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' In
Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster
Company,, The Princeton Excess & Surplus Lines Insurance Company,, Hiscox Dedicated Corporate Member, Ltd.,,
Underwriting, Ltd.,, CNA Casualty of California,, Continental Insurance Company of New Jersey,, Fidelity and Casu
Company of New York,, 444 Suggestion of Death filed by Mohammed Bin Abdullah Al−Jomaith,, 1483 CONSENT
for Extension of Time to File Answer to Federal Insurance Complaint. filed by Wa'el Jalaidan,, 1139 RICO Statemen
Euro Brokers Inc., et al.,, 1035 Memorandum of Law in Oppisition to Motion,,, filed by Plaintiffs Executive Commit
Stipulation and Order,,,,, 177 Endorsed Letter,,, 206 Brief filed by Rabita Trust,, 627 Order on Motion to Withdraw a
Attorney,,, 661 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 757 Notice of Appearance filed by Mohamme
Al Amoudi,, 1089 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 403 Memorandum of Law in Oppisition to
filed by All Plaintiffs,, 813 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Eu
Inc., et al.,, 1400 MOTION to Dismiss. filed by Daral Maal Al Islami Trust,, 856 RICO Statement filed by Federal In
Company et al., Plaintiffs,, 384 Affidavit of Service Complaints filed by Federal Insurance Company et al., Plaintiffs
Admitting Attorney Pro Hac Vice, 954 Notice (Other) filed by Dubai Islamic Bank,, 386 Affidavit of Service Compl
by Federal Insurance Company et al., Plaintiffs,, 619 Amended Complaint,,,,,,,,,, filed by John Patrick O'Neill, Jr., Es
P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 313 RICO Statement filed by Federal Ins
Company et al., Plaintiffs,, 472 Affirmation in Opposition to Motion,,, filed by Federal Insurance Company et al., Pla
Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 187 Notice (Ot
Mohammed Al Faisal Al Saud,, 1579 Memorandum of Law in Oppisition to Motion,,, filed by Plaintiffs Executive C
616 Stipulation and Order,,, 286 Notice (Other) filed by Burnett Plaintiffs,, 27 Certificate of Service Other, filed by K
Ashton,, 1636 Notice of Appeal filed by All Plaintiffs,, 1239 MOTION to Dismiss the Burnett actions. filed by DMI
Administrative Services S.A.,, 665 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1025 Stipulation and Orde
Dismissal,,, 289 Stipulation and Order,,, 1276 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Propert
al.,, Euro Brokers Inc., et al.,, 124 Notice of Appearance filed by Wamy International, Inc.,, World Assembly of Mus
854 RICO Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 1024 Transcript
MOTION to Dismiss Notice of Motion. filed by Taha Jaber Al−Alwani,, 878 RICO Statement filed by Estate of John
Sr.,, 1138 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 712 Reply Memorandum of Law in
Motion,,, filed by National Commercial Bank,, 1366 Notice (Other) filed by Burnett Plaintiffs,, 1232 Affidavit in Sup
by Federal Insurance Company et al., Plaintiffs,, 211 JOINT MOTION for Service by Publication Order re Plaintiffs'

Leave to Serve Specified Defendants by Publication. filed by Kathleen Ashton,, 1021 Endorsed Letter,,, 898 RICO S
filed by World Trade Center Properties LLC, et al.,, 1576 Memorandum of Law in Oppisition to Motion,, filed by Es
P.O'Neill, Sr.,, 478 Memorandum of Law in Oppisition to Motion, filed by Kathleen Ashton,, 441 Notice (Other) file
Federal Insurance Company et al., Plaintiffs,, 562 Order of Dismissal,,, 690 Endorsed Letter,,, 1233 RICO Statement
Continental Casualty Company,, 57 MOTION for Oral Argument On Renewed Motion To Dismiss. filed by Al Rajhi
and Investment,, 599 Notice of Appearance filed by Naif Bin Abdulaziz Al Saud,, 1536 Answer to Amended Compla
by International Islamic Relief Organization(IIRO),, 88 MOTION (FILED ON SERVICE DATE) for Matthew H. Ki
Appear Pro Hac Vice. filed by Nimir Petroleum LLC,, 398 Affirmation in Opposition to Motion filed by All Plaintiff
MOTION to Dismiss. filed by M. Yaqub Mirza,, Ahmed Totonji,, Iqbal Yunus,, M. Omar Ashraf,, Mohammed Jaghl
Muhammad Ashraf,, 1368 Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Ot
by Burnett Plaintiffs,, 440 Rule 7.1 Disclosure Statement filed by Federal Insurance Company et al., Plaintiffs,, 1370
(Other) filed by Burnett Plaintiffs,, 464 Amended Complaint,,,,,,,, filed by John Patrick O'Neill, Jr., Estate of John P.(
Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 1152 RICO Statement filed by Federal Insurance C
al., Plaintiffs,, 882 Endorsed Letter,, 941 Stipulation and Order,,, 1301 Reply Memorandum of Law in Support of Mo
by Abdullah Muhsen Al Turki,, 1271 Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, World Trade Center
LLC, et al.,, Euro Brokers Inc., et al.,, 425 MOTION to Strike 407 Memorandum of Law in Oppisition to Motion,, 40
(Other), 275 Memorandum of Law in Oppisition to Motion, 277 Memorandum of Law in Oppisition to Motion,,, 281
Memorandum of Law in Oppisition to Motion,, 403 Memor filed by Shahir Abdulraoof Batterjee,, Saudi Red Crescen
Al−Ouda,, Safar Al−Hawali,, Saleh Al−Hussayen,, Sheik Hamad Al−Husaini,, 1474 Stipulation and Order,,,, 1310 R
Memorandum of Law in Support of Motion,, filed by Safar Al−Hawali,, 1485 Affidavit in Support filed by Kathleen
1419 Response in Support of Motion, filed by Talal Mohammed Badkook,, 396 Endorsed Letter,, 35 Memo Endorsem
Memorandum of Law in Oppisition to Motion, filed by Al Rajhi Bank,, 966 Stipulation and Order, Set Motion and R
Deadlines/Hearings,,, 193 Notice of Appearance filed by International Development Foundation,, Saudi Economic an
Development Company,, Mohammed Salim Bin Mahfouz,, Mohammed Bin Mahfouz,, 183 Endorsed Letter,,,, 1594
Judgment,,,,, 723 Status Report, filed by Mohammed Al Faisal Al Saud,, Sultan Bin Abdulaziz Al Saud,, Bakr M Bin
Tarek M. Bin Laden,, Omar M. Bin Laden,, Prince Turki Al Faisal Al Saud,, The Kingdom of Saudi Arabia,, Abdulra
Khalid Bin Mahfouz,, Mohammed Bin Abdullah Al−Jomaith,, Sheik Hamad Al−Husaini,, 1162 RICO Statement, file
of John P.O'Neill, Sr.,, 718 Stipulation and Order,, 1242 Memorandum of Law in Support, filed by DMI Administrat
S.A.,, 1443 Memorandum of Law in Support of Motion,, filed by Council on American−Islamic Relations (CAIR),, 8
Memorandum of Law in Support of Motion filed by Faisal Islamic Bank,, 442 MOTION to Dismiss. filed by Tarik H
Reply to Response to Motion filed by Sulaiman Al−Ali,, 277 Memorandum of Law in Oppisition to Motion,, filed by
Plaintiffs,, 664 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1147 Affirmation in Opposition to Motion,,, fi
Continental Casualty Company,, Cantor Fitzgerald & Co.,, New York Marine and General Insurance Company,, Katl
Ashton,, Estate of John P.O'Neill, Sr.,, Burnett Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, World Trade
Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1494 Declaration in Opposition to Motion,, filed by Estate of John I
Sr.,, 242 MOTION for Max Huffman to Appear Pro Hac Vice. filed by Saudi High Commission,, 1337 Notice (Other
(Other), Notice (Other), Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 762 RICO Statement filed by Continen
Company,, 722 Status Report filed by All Plaintiffs,, 1520 Declaration in Support of Motion,,, filed by Estate of John
Sr.,, 1160 Notice (Other), Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 186 Notice (Other) filed by Burnett P
624 RICO Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 1386 Memorand
in Support filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation,, 648 MOTION for Reconsideration re; 632 Mem
Opinion,,,,,,,,,,,, Notice of Motion for Reconsideration. filed by National Commercial Bank,, 74 Order Admitting Att
Hac Vice,, 1351 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1036 Declaration in Opposition to Motion,,,, fi
Plaintiffs Executive Committees,, 297 Waiver of Service Executed filed by Federal Insurance Company et al., Plainti
MOTION to Dismiss. filed by DMI Administrative Services S.A.,, 1284 Notice (Other) filed by Burnett Plaintiffs,, 1
Memorandum of Law in Oppisition to Motion,,, filed by Plaintiffs PI Executive Committee,, 215 Memorandum of La
Oppisition to Motion,, filed by Burnett Plaintiffs,, 677 RICO Statement, filed by Estate of John P.O'Neill, Sr.,, 101 F
MOTION to Dismiss 12(b)(2), 12(b)5 and 12(b)(6)., 1277 Notice (Other) filed by Burnett Plaintiffs,, World Trade Ce
Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1433 MOTION to Dismiss Notice of Motion. filed by Grove Corpor
Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena Corporation,, Reston Investments, Inc.,, Safa Trust,, Ste
Charitable Gift Fund,, Sterling Management Group, Inc.,, York Foundation,, African Muslim Agency,, International
Islamic Thought,, 991 Clerk Certificate of Mailing,, 331 Reply Memorandum of Law in Support of Motion, filed by S
Hamad Al−Husaini,, 872 Affidavit in Support filed by Yassin Abdullah Kadi,, 1412 MOTION to Dismiss. filed by C
American−Islamic Relations (CAIR),, 908 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance
et al., Plaintiffs,, 931 Memorandum of Law in Support of Motion,, filed by Schreiber & Zindel,, Frank Zindel,, Engel
Schreiber,, Engelbert Schreiber, Jr, 1156 Notice (Other), Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 673 En
Letter,, 1466 Stipulation and Order,,,,, 50 MOTION to Dismiss Reply Memorandum in Support of Motion to Dismiss
Mohammed Bin Abdullah Al−Jomaith,, 742 RICO Statement filed by Euro Brokers Inc., et al.,, 330 Reply Memoran
in Support of Motion, filed by Sheik Salman Al−Oawdah,, 453 Statement of Relatedness filed by Kathleen Ashton,, 2
Order,,,,, 1011 Reply Memorandum of Law in Support of Motion filed by Sami Omar Al−Hussayen,, 962 RICO Stat
by Estate of John P.O'Neill, Sr.,, 1482 CONSENT MOTION for Extension of Time to File Answer to Burnett Compl
by Wa'el Jalaidan,, 262 MOTION to Dismiss. filed by Saudi High Commission,, 1533 Answer to Amended Complai
by Wa'el Hamza Julaidan,, 104 MOTION to Dismiss., 974 Stipulation and Order, Set Motion and R&R Deadlines/He
1104 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 828 Notice (Other) filed by Continental Casualty Compa

Stipulation and Order,, 874 Notice of Voluntary Dismissal − Signed,, 86 MOTION to Dismiss for Lack of Jurisdictio Amended Complaint (Burnett). filed by Shahir Abdulraoof Batterjee,, 6 MOTION (FILED ON SERVICE DATE) fo Conference. MOTION (FILED ON SERVICE DATE) for Extension of Time to File Answer. MOTION (FILED ON DATE) for Conference. MOTION (FILED ON SERVICE DATE) for Extension of Time to File Answer. filed by Ab Bin Mahfouz,, 376 Reply Memorandum of Law in Support of Motion, filed by Prince Turki Al Faisal Al Saud,, 420 l Statement filed by Federal Insurance Company et al., Plaintiffs,, 1251 Memorandum of Law in Oppisition to Motion, Plaintiffs Executive Committees,, 1560 Declaration in Opposition to Motion,,,, filed by Plaintiffs Executive Committ Memorandum of Law in Oppisition to Motion filed by Kathleen Ashton,, 1170 RICO Statement filed by Federal Insu Company et al., Plaintiffs,, 615 Stipulation and Order,,, 1500 MOTION to Dismiss Notice of Motion. filed by World of Muslim Youth,, 225 MOTION to Dismiss. filed by Naif Bin Abdulaziz Al Saud,, 850 MOTION to Dismiss. filed l Islamic Bank,, 1542 Memorandum of Law in Support of Motion,, filed by Jamal Barzinji,, 707 Stipulation and Order RICO Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 1300 Reply Memora Law in Support of Motion,, filed by Abdullah Bin Saleh Al−Obaid,, 674 Certificate of Service Other,, filed by Estate P.O'Neill, Sr.,, 1440 Notice of Appearance filed by Banca Del Gottardo,, 377 Reply Memorandum of Law in Suppor filed by Sultan Bin Abdulaziz Al Saud,, 527 Endorsed Letter,,, 301 Memorandum of Law in Support of Motion filed Jameel,, 364 Reply Memorandum of Law in Support of Motion, filed by Saudi Red Crescent,, 93 Notice (Other) filec Administrative Services S.A.,, 366 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 71 Reply t to Motion, filed by Burnett Plaintiffs,, 1497 Declaration in Support of Motion,,, filed by Estate of John P.O'Neill, Sr., Notice (Other) filed by Aradi, Inc.,, 400 Notice of Change of Address filed by Susan Brady,, Joseph Donovan,, Carm Hector Garcia,, John Does,, Maryland Casualty Company,, Pacific Indemnity Company,, Dennis Quinn,, Kevin Quin D Robbins,, Vigilant Insurance Company,, Federal Insurance Company,, All Plaintiffs,, Allstate Insurance Company, Northern Insurance Company,, Patricia Coughlin,, Kevin Rogers,, Fidelity And Deposit Company of Maryland,, And North River Insurance Company,, Northern Insurance Company of New York,, Edward J. Sweeney,, Shirley Henders Michael Puckett,, Mark Barbieri,, Seneca Insurance Company, Inc.,, Zurich American Insurance Company,, James B American Zurich Insurance Company,, Diane Miller,, William Ellis, Jr., American Guarantee and Liability Insurance Great Lakes Reinsurance (UK) PLC,, Melvin C. Lewis,, William Nelson,, David M. Bernstein,, Pedro Saleme,, Chub Company of Canada,, Chubb Insurance Company of New Jersey,, Edward Walsh,, United States Fire Insurance Com Steadfast Insurance Company,, William Martin,, Continental Insurance Company,, Benjamin Arroyo,, Thomas Fletcl Martin,, Assurance Company of America,, Glens Falls Insurance Company,, American Alternative Insurance Corpor Brian Barry,, Dawn Brown,, One Beacon Insurance Company,, Commercial Insurance Company of Newark, N.J.,, C Custom Insurance Company,, Deena Burnett,, Kathleen Ashton,, Josephine Alger,, Angelica Allen,, George Andruck Andrucki,, Winifred Aranyos,, Margaret Arce,, Margit Arias,, Evelyn Aron,, Nancy Badagliacca,, Christina Baksh,, J Barbara,, Daniel F. Barkow,, Nina Barnes,, Jeannine P. Baron,, Jane Bartels,, Kimberly Kaipaka Beaven,, Michelle B Susan Berger,, Madeline Bergin,, Miriam M. Biegeleisen,, Christine Bini,, Neil B. Blass,, Kris A. Blood,, Dorothy A Maria Teresa Boisseau,, Kathleen Box,, David Brace,, Curtis Fred Brewer,, Hillary A. Briley,, Ursula Broghammer,, Bruehert,, Juan B. Bruno,, Susan E. Buhse,, Elizabeth R. Burns,, James C. Cahill,, James W. Cahill,, Kathleen Cahill, Calderon,, Janet Calia,, Jacqueline Cannizzaro,, Cathy A. Carilli,, Toni Ann Carroll,, Judith Casoria,, Tracy Ann Tab Catalano,, Santa Catarelli,, Gina Cayne,, Suk Tan Chin,, Catherine T. Regenhard,, Edward P. Ciafardini,, Lisa DiLall Yuko Clark,, Maryann Colin,, Julia Collins,, Patricia Coppo,, Edith Cruz,, Ildefonso A. Cua,, Linda Curia,, David Ed Cushing,, Louisa D'Antonio,, Beril Sofia DeFeo,, Vincent J. Della Bella,, Todd DeVito,, Milagros Diaz,, Dhanmatee Maria DiPilato,, Stacey Fran Dolan,, Rosalie Downey,, Jay Charles Dunne,, Stanley Eckna,, Denise Esposito,, Dennis Maryanne Farrell,, Clifford Tempesta,, Dorothy Tempesta,, Melissa Van Ness Fatha,, Steven Feidelberg,, Wendy Fei Charlene Fiore,, Brian Flannery,, Robert T. Folger,, Kurt Foster,, Claudia Flyzik,, Nancy Walsh,, Carol Francolini,, F Friedlander,, Lisa Friedman,, Anne Gabriel,, Walter Tremsky,, Eileen F. Colligan,, Paul Quinn,, Monica M. Gabrielle Ganci,, Elizabeth Gardner,, Diane Genco,, Philip Germain,, Carol Gies,, John J. Gill,, Serina Gillis,, Angela Gitto,, M Glasser,, Sharon Cobb−Glenn,, Jodie Goldberg,, Mia Gonzalez,, Deborah Grazioso,, Claudette Greene,, Peter Greenl Gross,, Mary Haag,, Gordon G. Haberman,, Patricia Han,, Renne Bacotti Hannafin,, Dorothy Garcia,, Benhardt R. W Perry S. Oretzky,, Basmattie Bishundat,, Rachel R. Harrell,, Sheila Gail Harris,, Jennifer L. Harvey,, Kelly Hayes,, V Hayes,, Theresa Healey,, Hashim A. Henderson,, Karen Hinds,, Dennis L. Hobbs,, Dixie M. Hobbs,, Pamela Hohlwe Kathleen Holland,, Rubina Cox−Holloway,, Joann T. Howard,, Bridget Hunter,, Kathryn J. Hussa,, Yesenia Ielpi,, Fr Irby,, Margaret P. Iskyan,, Jennifer Ruth Jacobs,, Kazmierz Jakubiak,, Leila M. Joseph,, Woodly Joseph,, Paul Kaufn Elizabeth H. Keller,, Patricia Kellett,, Emmet P. Kelly,, Rosemary Kempton,, Donald Francis Kennedy,, Richard I. K LaForte,, Edlene C. LaFrance,, Collette M. LaFuente,, Morris D. Lamonsoff,, Andrea N. LeBlanc,, Donald Leistman, Leinung,, Roberta J. Levine,, Kathleen Keeler Lozier,, Anne MacFarlane,, Lisanne MacKenzie,, Andrea Maffeo,, Par Maggitti,, Natalie Makshanov,, Rebecca L. Marchand,, Lori Mascali,, Dorothy Mauro,, Meryl Mayo,, Margaret Donc McGinley,, Iliana McGinnis,, Cynthia F. McGinty,, Theresa McGovern,, Patricia H. McDowell,, Joann Meehan,, Fry Milewski,, Anna Milewski,, Amber Miller,, Jamie Miller,, Faith Miller,, Barbara Minervino,, Joanne Modafferi,, Anr Saradha Moorthy,, Elizabeth Ann Moss,, Emily Motroni,, Lauren Murphy,, Elvira P. Murphy,, Richard B. Naiman,, I Navarro,, Dana Noonan,, William B. Novotny,, James Wallace O'Grady,, Sheryl J. Oliver,, Lisa Palazzo,, Donna Pao Helene S. Passaro,, Mary Gola Perez,, Linda Pickford,, Nancy Picone,, Jean Oslyn Powell,, Karen Princiotta,, Domin Puopolo, Sr., Patricia Quigley,, Francine Raggio,, Deborah Francke,, Maryann Rand,, Sadiq Rasool,, Susan Rasweile Regenhard,, Elizabeth Rego,, Martin Rosenbaum,, Glenna M. Rosenburg,, Jill Rosenblum,, Lauren Rosenzweig,, Cla Ruggiere,, Gilbert Ruiz, Jr., Andrea Russin,, Diane Ryan,, Delphine Saada,, Barbara Scaramuzzino,, Phyllis Schreier, Shulman,, Eileen Simon,, Dhanraj Singh,, Mark J. Siskopoulos,, Donna Smith,, Barbara Sohan,, Robert Spadafora,, L

Spampinato,, Theresa A. Stack,, Eileen Tallon,, Patricia Tarasiewicz,, Evelyn Tepedino,, Raj Thackurdeen,, Sat Thac
Rosanna Thompson,, Andrija Tomasevic,, Radmila Tomasevic,, Kimberly Trimingham−Aiken,, Marie Twomey,, Vi
Ugolyn,, Feliciana Umanzor,, Virginia Lorene Rossiter Valvo,, Jasmine Victoria,, Richard Villa,, Lucy Virgilio,, Dia
Diane M. Walsh,, Amy Weaver,, Delia Welty,, Kristin Galusha−Wild,, Patricia Wiswall,, Anne M. Wodensheck,, Ce
Woo−Yeun,, Siew−Som Yeow,, Erica Zucker,, Nancy Lynn Zuckerman,, Aldo Addissi,, Edward Arancio,, Kathleen
Arancio,, Leonard Ardizzone,, Barbara Ardizzone,, Thomas Baez,, Joseph Beltrani,, Andrew Braun,, James Cizikie,,
Conroy, Jr., Gibson A. Craig,, Bradley Daly,, Robert D'Elia,, Thomas Donnelly,, Charles Downey,, Joseph R. Downe
Timothy L. Frolich,, Irene Frolich,, Steven M. Gillespie,, Joseph Hands,, John Hassett,, James D. Hodges,, Netta Issa
F. Jermyn,, Arnold Lederman,, Phyllis Lederman,, Michael J. Lindy,, Sandy Amrita Mahabir,, Kevin McArdle,, Jame
McGetrick,, Owen McGovern,, Kevin G. Murphy,, Janice O'Dell,, Timothy Parker,, Howard Rice,, Louis Schaefer,,
Schrimpe,, Scott Ting,, George Luis Torres,, Robert V. Trivingo,, Russell Vomero,, Philip J. Zeiss,, Linda E. Thorpe
Salvo,, Harry Ong, Jr., William O'Connor,, Jennifer E. Brady,, Andy Dinoo,, Jeanne M. Evans,, Vice Rose Arestegui
Fletcher,, Traci Bosco,, Mathilda Geidel,, Regan Grice−Vega,, Elinore Hartz,, Veronica Klares,, Jerline Lewis,, Mich
Deloughery,, Bettyann Martineau,, Virginia McKeon,, Olga Merino,, Warren Monroe,, Amy Farnum,, Kevin Mount,
Giorgetti,, Charles Schmidt,, Colleen Holohan,, Roberta Kellerman,, Laurie S. Lauterbach,, Ingrid M. Lenihan,, Jeffr
Merrilly E. Noeth,, Janlyn Scauso,, Nancy Shea,, Holli Silver,, Robin Theurkauf,, Joseph A. Tiesi,, Anthony Vincelli
Whittaker,, Madeleine A. Zuccala,, Andrezej Cieslik,, Domenick Damiano,, Warren Hayes,, Evelyn Rodriguez,, Arm
Bardales,, Yvonne V. Abdool,, Josephine Acquaviva,, Kara Hadfield,, Jean Adams,, Jessica Murrow−Adams,, Steph
Alderman,, Elizabeth Alderman,, Karium Ali,, Michael J. Allen,, Leonor Alvarez,, Jocelyne Ambroise,, Thomas Aria
Arnold,, Philipson Azenabor,, John P. Baeszler,, Kim Barbaro,, Thomas J. Meehan, III, Daryl Joseph Meehan,, Edmu
Gila Barzvi,, Boris Bililovsky,, Suzanne J. Berger,, Robert J. Bernstein,, Joanne F. Betterly,, John Bonomo,, Krystyn
Boryczewski,, Michele Boryczewski,, Julia Boryczewski,, Desiree A. Gerasimovich,, Kathleen M. Buckley,, Javier B
Chubb Indemnity Insurance Company,, Prakash Bhatt,, William Doyle, Sr., Camille Doyle,, Maureen Kelly,, Chiemi
Robert Keane,, One Beacon America Insurance Company,, Houssain Lazaar,, Jennifer Tarantino,, H. Michael Keden
Ann Foster,, Beverly Burnett,, Mary Margaret Jurgens,, Martha Burnett O'Brien,, William Doyle,, Doreen Lutter,, Ch
Huhn,, Lynn B. Pescherine,, Boston Old Colony Insurance Company,, Paul R. Martin,, Rachel W. Goodrich,, Ernest
Gregory Stevens,, Sharlene M. Beckwith,, James A. Reed,, Benito Colon,, Victoria Higley,, Marion Knox,, Laura J. I
Philip Lee,, Mei Jy Lee,, John Lewis,, Joviana Mercado,, Linda Pascuma,, Sean Passananti,, Helen Pfeifer,, Daniel P
Theresa Regan,, Armand Reo,, Alexander Santoro,, Maureen Santoro,, Narasimha Sattaluri,, Wen Shi,, Cynthia Tum
Yu Zheng,, David Ziminski,, Robert Bermingham,, Mark Bernheimer,, Donald DiDomenico,, Michael Endrizzi,, Ma
Goldwasser,, Ron Harding,, Jeremiah Harney,, Peter Ioveno,, Jurgiel Kazimierz,, Raymond Lachhman,, George Lant
Leigh,, Vincent LeVien,, Jeff Lever,, Jerzy Mrozek,, Carmen Romero,, Christine Sakoutis,, Kemraj Singh,, Gary We
Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' In
Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster
Company,, The Princeton Excess & Surplus Lines Insurance Company,, Jane Alderman,, Stephen Jezycki,, Catherine
Michael Jezycki,, Jennifer D'Auria,, Richard D. Allen,, Luke C. Allen,, Judith M. Aiken,, Lauren Arias Lucchini,, Lo
Beliveau,, Tara Bane,, Anna M. Granville,, Nicholas Barbaro,, Carol Barbaro,, Kevin W. Barry,, Maureen Barry,, Em
Tisnovskiy,, Leonid Tisnovskiy,, Rostyslav Tisnovskiy,, Frances Berdan,, John Benedetto,, Rina Rabinowitz,, Maria
Ondina Bennett,, Murray Bernstein,, Norma Bernstein,, Irene Bilcher,, Lillian Bini,, Rosemarie Corvino,, Bhola P. B
Miles Bilcher,, Sonia Bonomo,, Sharon Booker,, Rose Booker,, Michael Boryczewski,, John C. Buckley,, Jane M. S
Fiona Havlish,, Thomas Burnett,, National Ben Franklin Insurance Company of Illinois,, Alexander Paul Aranyos,, M
Girdano,, Russa Steiner,, Clara Chirchirillo,, Ellen L. Saracini,, TheresaAnn Lostrangio,, Thomas E. Burnett, Sr., Jud
William Coale,, Patricia J. Perry,, Matthew T. Sellitto,, Ralph Maerz, Jr., Linda Panik,, Martin Panik,, Martina Lyne−
Panik,, Stephen L. Cartledge,, Tina Grazioso,, Jin Liu,, Lynn Allen,, Helene Parisi−Gnazzo,, Ann R. Haynes,, John P
O'Neill, Jr., Theresa King,, Judi A. Ross,, Fiona Havlish,, Grace M. Parkinson−Godshalk,,, Loisanne Diehl,, Alfred A
James Alario,,, Andrew Aris,, Donald Aris,, Madelyn Conroy Allen,, George Bonomo,, Estate of John P.O'Neill, Sr.,,
Plaintiffs,, Frederick Alger,, Hiscox Dedicated Corporate Member, Ltd.,, Michael J. Novotny,, Christine Irene O'Neil
O'Neill,, Dorothy A. O'Neill,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Continental Insurance Compa
Jersey,, Fidelity and Casualty Company of New York,, Joann Meehan,, Burnett & Ashton Plaintiffs,, Barrera Plainti
Tremsky Plaintiffs,, Salvo Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, 1077 RICO Statement filed by Es
P.O'Neill, Sr.,, 1631 Memorandum of Law in Oppisition to Motion,,, filed by Federal Insurance Company et al., Plai
Affidavit in Opposition to Motion,,, filed by Federal Insurance Company,, Continental Casualty Company,, Cantor F
Co.,, New York Marine and General Insurance Company,, Kathleen Ashton,, John Patrick O'Neill, Jr., Burnett Plaint
Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 268 Reply to Response to Motion filed by Islamic Ass
North America,, 975 Notice (Other) filed by Burnett Plaintiffs,, 426 Endorsed Letter,, 212 JOINT MOTION to Serve
Authorizing Plaintiffs to Effectuate Service of Process on Those Defendants for Whom an Address or Location to Se
Summons and Complaint is Unknown, etc.. filed by Kathleen Ashton,, 571 FIRST MOTION to Dismiss for Lack of
and Failure to State a Claim. filed by Omar Abdullah Kamel,, 154 Memorandum of Law in Support,, filed by Burnet
Plaintiffs,, 858 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1478 CONSENT MOTION for Extension of T
Answer. filed by International Islamic Relief Organization(IIRO),, 347 MOTION to Dismiss. filed by Mohammed Bi
Abdulrahman Al Ariefy,, Faisal Group Holding Co.,, Alfaisaliah Group,, Addullah Al Faisal Abdulaziz Al Saud,, 16
Disclosure Statement filed by Arab Bank,, 639 Endorsed Letter, Terminate Motions,,,,, 651 Affidavit in Opposition t
filed by Federal Insurance Company et al., Plaintiffs,, 887 Notice (Other) filed by Saudi Binladin Group, Inc.,, 959 R
Statement filed by Estate of John P.O'Neill, Sr.,, 881 Affidavit in Support of Motion, filed by Yassin Abdullah Kadi,,

| | | |
|---|---|---|
| | | Stipulation and Order,,, 842 MOTION to Dismiss. filed by Faisal Islamic Bank,, 1133 Clerk Certificate of Mailing,, 1 Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Executive Committees,, 1626 Reply Memorandum Support of Motion filed by DMI Administrative Services S.A., were transmitted to the U.S. Court of Appeals. (nd, ) ( 02/01/2006) |
| )2/2006 | 1656 | AMENDED ANSWER to 1570 30/60 Days Amended Complaint,,. Document filed by International Islamic Relief Organization(IIRO). Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01923−RCC(McMahon, Martin) (E 02/02/2006) |
| )2/2006 | 1676 | NOTICE OF APPEAL from 1624 Order,,, 1594 Clerk's Judgment. Document filed by Thomas E. Burnett, Sr, along w Burnett Plaintiffs listed on the attached plaintiff list. Filing fee $ 255.00, receipt number E 569111. (nd, ) (Entered: 02 |
| )3/2006 | 1657 | REPLY MEMORANDUM OF LAW in Support re: 888 MOTION to Dismiss. *the New York Marine action*. Docume DMI Administrative Services S.A.. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−06105−RCC(McGui (Entered: 02/03/2006) |
| )3/2006 | 1658 | MOTION to Dismiss */ Notice of Motion of Yassin Abdullah Kadi To Dismiss Complaints*. Document filed by Yassin Kadi. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ar Bonnie) (Entered: 02/03/2006) |
| )3/2006 | 1659 | DECLARATION of Bonnie K. Arthur in Support re: 1658 MOTION to Dismiss */ Notice of Motion of Yassin Abdulla Dismiss Complaints*.. Document filed by Yassin Abdullah Kadi. (Attachments: # 1 Exhibit A to Motion to Dismiss# 2 to Motion to Dismiss# 3 Exhibit C to Motion to Dismiss)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ar Bonnie) (Entered: 02/03/2006) |
| )3/2006 | 1660 | MEMORANDUM OF LAW in Support re: 1658 MOTION to Dismiss */ Notice of Motion of Yassin Abdullah Kadi To Complaints*.. Document filed by Yassin Abdullah Kadi. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ar Bonnie) (Entered: 02/03/2006) |
| )3/2006 | 1661 | REPLY MEMORANDUM OF LAW in Support re: 1262 MOTION to Dismiss *the Federal Insurance action*.. Docur by DMI Administrative Services S.A.. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(McC James) (Entered: 02/03/2006) |
| )3/2006 | 1662 | REPLY MEMORANDUM OF LAW in Support re: 1264 MOTION to Dismiss *the Continental Casualty and New Yo & General Insurance actions*.. Document filed by Daral Maal Al Islami Trust. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−05970−RCC(McGuire, James) (Entered: 02/03/2006) |
| )3/2006 | 1663 | REPLY MEMORANDUM OF LAW in Support re: 1397 MOTION to Dismiss. *the Federal Insurance action*. Docur by Daral Maal Al Islami Trust. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(McGuire, Ja (Entered: 02/03/2006) |
| )4/2006 | 1664 | MEMORANDUM OF LAW in Opposition re: 1451 MOTION to Dismiss *Plaintiffs' Complaints in Burnett, Federal Continental Casualty, Euro Brokers, New York Marine, and World Trade Center*.. Document filed by Burnett Plainti Insurance Company et al., Plaintiffs, Continental Casualty Company, Euro Brokers Inc., et al., World Trade Center P LLC, et al., New York Marine and General Insurance Company. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Els Michael) (Entered: 02/04/2006) |
| )4/2006 | 1665 | DECLARATION of Jodi Westbrook Flowers in Opposition re: 1451 MOTION to Dismiss *Plaintiffs' Complaints in B Federal Insurance, Continental Casualty, Euro Brokers, New York Marine, and World Trade Center*.. Document file Burnett Plaintiffs, Federal Insurance Company et al., Plaintiffs, Continental Casualty Company, Euro Brokers Inc., et Trade Center Properties LLC, et al., New York Marine and General Insurance Company. (Attachments: # 1 Exhibit A |

| | | |
|---|---|---|
| | | A (Exhibit 1)# 3 Exhibit A (Exhibit 2 − part 1)# 4 Exhibit A (Exhibit 2 − part 2)# 5 Exhibit A (Exhibit 2 − part 3)# 6 (Exhibit 2 − part 4)# 7 Exhibit A (Exhibit 2 − part 5)# 8 Exhibit A (Exhibit 3)# 9 Exhibit A (Exhibit 4 − part 1)# 10 E (Exhibit 4 − part 2)# 11 Exhibit A (Exhibit 4 − part 3)# 12 Exhibit A (Exhibit 4 − part 4)# 13 Exhibit A (Exhibit 4 − Exhibit A (Exhibit 4 − part 6)# 15 Exhibit A (Exhibit 4 − part 7)# 16 Exhibit A (Exhibit 4 − part 8)# 17 Exhibit A (E part 9)# 18 Exhibit A (Exhibit 4 − part 10)# 19 Exhibit A (Exhibit 4 part 11)# 20 Exhibit A (Exhibit 4 − part 12)# 21 (Exhibit 4 − part 13)# 22 Exhibit A (Exhibit 4 − part 14)# 23 Exhibit A (Exhibit 4 − part 15)# 24 Exhibit A (Exhibit 4 16)# 25 Exhibit A (Exhibit 5)# 26 Exhibit B# 27 Exhibit B (Exhibit 1)# 28 Exhibit C# 29 Exhibit D# 30 Exhibit E# 3 F# 32 Exhibit G# 33 Exhibit H# 34 Exhibit I# 35 Exhibit J# 36 Exhibit K# 37 Exhibit L# 38 Exhibit M# 39 Exhibit N Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(El Michael) (Entered: 02/04/2006) |
| )6/2006 | 1666 | RICO STATEMENT *RICO STATEMENT APPLICABLE TO AL AQSA ISLAMIC BANK*. Document filed by Federal Company et al., Plaintiffs. (Attachments: # 1 Exhibit Exhibit B)(Feldman, Elliott) (Entered: 02/06/2006) |
| )6/2006 | 1667 | STIPULATION AND ORDER (this document relates to 03cv6978); plaintiffs shall serve their respective RICO State concerning defendant Tadamon Islamic Bank on or before 3/13/2006; the time for Tadamon Islamic Bank to answer otherwise respond to the complaint shall be on or before 3/27/2006... (Signed by Judge Richard C. Casey on 2/6/2006 Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(kkc, ) (Entered: 02/06/2006) |
| )6/2006 | 1668 | STIPULATION AND ORDER (this document relates to 03cv6978); plaintiffs shall serve their respective RICO State concerning defendant Sanabel Al−Kheer on or before 3/6/2006; the time for Sanabel Al−Kheer to answer or otherwis to the complaint shall be on or before 3/20/2006... (Signed by Judge Richard C. Casey on 2/6/2006) Filed In Associat 1:03−md−01570−RCC,1:03−cv−06978−RCC(kkc, ) (Entered: 02/06/2006) |
| )6/2006 | 1669 | STIPULATION AND ORDER (this document relates to 03cv6978); plaintiffs shall serve their respective RICO State concerning defendant Sana−Bell, Inc. on or before 2/27/2006; the time for Sana−Bell, Inc. to answer or otherwise res complaint shall be on or before 3/13/2006... (Signed by Judge Richard C. Casey on 2/6/2006) Filed In Associated Ca 1:03−md−01570−RCC,1:03−cv−06978−RCC(kkc, ) (Entered: 02/06/2006) |
| )6/2006 | 1670 | STIPULATION AND ORDER (this document relates to 03cv6978); plaintiffs shall serve their respective RICO State concerning defendant Dallah Avaco trans Arabia Co. Ltd. on or before 2/20/2006; the time for Dallah Avaco trans Ar Ltd. to answer or otherwise respond to the complaint shall be on or before 3/6/2006... (Signed by Judge Richard C. C 2/6/2006) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(kkc, ) (Entered: 02/06/2006) |
| )6/2006 | 1671 | STIPULATION AND ORDER (this document relates to 03cv6978); plaintiffs shall serve their respective RICO State concerning defendant Al Baraka Bankcorp, Inc. on or before 2/13/2006; the time for Al Baraka Bankcorp, Inc. to ans otherwise respond to the complaint shall be on or before 2/27/2006... (Signed by Judge Richard C. Casey on 2/6/2006 Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(kkc, ) (Entered: 02/06/2006) |
| )6/2006 | 1672 | STIPULATION AND ORDER (this document relates to 03cv5738, 04cv7065, 04cv5970, 04cv7279, 04cv6105, 04cv plaintiffs' time to respond to defendants Prince Naif bin Abdulaziz Al−Saud, Prince Salman bin Abdulaziz Al−Saud, Saudi High Commission's motion to dismiss shall be extended to 2/1/2006, and defendants' time to file reply papers s extended to 3/3/2006. (Signed by Judge Richard C. Casey on 2/6/2006) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−05738−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC,1:04−cv−07065−RCC, 1:04−cv−07279−RCC,1:04−cv−07280−RCC(kkc, ) (Entered: 02/06/2006) |
| )6/2006 | 1673 | STIPULATION AND ORDER (this document relates to 03cv6978); plaintiffs shall serve their respective RICO State concerning defendant Al Aqsa Islamic Bank on or before 2/6/2006; the time for Al Aqsa Islamic Bank to answer or o respond to the complaint shall be on or before 2/20/2006... (Signed by Judge Richard C. Casey on 2/6/2006) Filed In Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(kkc, ) (Entered: 02/06/2006) |
| )6/2006 | 1674 | MEMORANDUM OF LAW in Opposition re: 1541 MOTION to Dismiss. *Plaintiffs' Consolidated Memorandum of Opposition to the Motion to Dismiss of Jamal Barzinji*. Document filed by Kathleen Ashton. Filed In Associated Case 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Kr James) (Entered: 02/06/2006) |
| )6/2006 | 1675 | SUPPLEMENTAL REPLY MEMORANDUM OF LAW in Support re: 926 MOTION to Dismiss for Lack of Jurisdi MOTION to Dismiss.. Document filed by Schreiber & Zindel, Frank Zindel, Engelbert Schreiber, Engelbert Schreibe In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC |

| | | |
|---|---|---|
| | | 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Kl Donald) (Entered: 02/06/2006) |
| )8/2006 | | Transmission of Notice of Appeal to the District Judge re: 1676 Notice of Appeal. (nd, ) (Entered: 02/08/2006) |
| )8/2006 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 1676 Notice of Ap (Entered: 02/08/2006) |
| )8/2006 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 1676 Notice filed by Thomas E. Burnett, Sr., Burnett Plaintiffs, 1647 Rule 7.1 Disclosure Statement filed by Mohamed Bin Laden Organization (SBG),, 1654 Order,,,, 1650 Reply Memorandum of Law in Support of Motion, filed by DMI Administ Services S.A.,, 1645 Memorandum of Law in Support of Motion,,, filed by Bakr M Bin Laden,, Tarek M. Bin Laden, Bin Laden,, Mohamed Bin Laden Organization (SBG),, Saudi Binladin International Company,, 1638 Notice (Other) Estate of John P.O'Neill, Sr.,, 1640 CROSS MOTION to Strike Document No. [1591−1592]. filed by Estate of John Sr.,, 1644 MOTION to Dismiss Ashton, Federal Insurance, World Trade Center, Continental Casualty, Euro Brokers, Marine, and Burnett (5738) Complaints. filed by Bakr M Bin Laden,, Tarek M. Bin Laden,, Omar M. Bin Laden,, Mo Laden Organization (SBG),, Saudi Binladin International Company,, 1642 Declaration in Support of Motion,,, filed b John P.O'Neill, Sr.,, 1653 Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Executive Committees,, Memorandum of Law in Support of Motion,,,, filed by Federal Insurance Company et al., Plaintiffs,, 1651 Stipulation of Dismissal,, 1652 Memorandum of Law in Oppisition to Motion filed by Kathleen Ashton,, 1639 Memorandum of Oppisition to Motion,, filed by Estate of John P.O'Neill, Sr., 1330 Notice (Other) filed by Estate of John P.O'Neill, Sr MOTION to Dismiss the O'Neill action. filed by DMI Administrative Services S.A.,, 495 Reply Memorandum of Lav Support of Motion, filed by Saleh Abdullah Kamel,, Al Baraka Investment & Development Corp.,, 1234 Notice (Oth (Other) filed by Abdullah Bin Laden,, Bakr M Bin Laden,, Tarek M. Bin Laden,, Omar M. Bin Laden,, Mohamed Bin Organization (SBG),, Saudi Binladin International Company,, Yeslam M. Bin Laden,, Saudi Binladin Group, Inc.,, 1 Statement filed by Estate of John P.O'Neill, Sr.,, 933 Order,, 171 Reply Memorandum of Law in Support of Motion, Mohammed Al Faisal Al Saud,, 1306 Reply Memorandum of Law in Support of Motion,, filed by Adnan Basha,, 127 (Other) filed by World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1129 Clerk Certificate of Maili Notice (Other) filed by Federal Insurance Company et al., Plaintiffs,, 1451 MOTION to Dismiss Plaintiffs' Complain Burnett, Federal Insurance, Continental Casualty, Euro Brokers, New York Marine, and World Trade Center. filed by M. Bin Laden,, 491 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 689 Notice of Volunta Dismissal − Signed,, 683 Waiver of Service Executed, filed by John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr., Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 176 Notice (Other), Notice (Other) filed by Soliman H.S. Al−Butl Endorsed Letter,, 499 MOTION to Dismiss Notice of Motion to Dismiss. filed by DMI Administrative Services S.A. Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs,, 1066 Stipulation and Order,,, 369 Reply Men of Law in Support of Motion, filed by Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, Sana−Bell, Inc.,, 899 RICO Staten by Euro Brokers Inc., et al.,, 607 Stipulation and Order,, 1322 MOTION to Amend/Correct Leave to file Second Amc Complaint. filed by Havlish Plaintiffs,, 1303 Memorandum of Law in Support filed by Abdul Aziz Al Ibrahim,, 1585 and Order of Dismissal,,,, 463 Endorsed Letter,,, 608 Stipulation and Order,, 963 Affirmation in Opposition to Motio filed by Federal Insurance Company et al., Plaintiffs,, 836 Memorandum of Law in Support of Motion filed by Faisal Bank,, 809 Memorandum of Law in Oppisition to Motion,,, filed by Plaintiffs PI Executive Committee,, 303 Memora Law in Support of Motion filed by Yousef Jameel,, 767 Endorsed Letter,, 548 Clerk Certificate of Mailing,,, 1438 M Dismiss for Failure to State a Claim and Lack of Subject Matter Jurisdiction. filed by Al Baraka Investment and Deve Corporation,, Saleh Abdullah Kamel,, Dallah Al Baraka Group LLC,, 158 Notice of Appearance filed by Yousef Jam Affidavit in Support of Motion,, filed by Shahir Abdulraoof Batterjee,, 823 Certificate of Service Other filed by Estat P.O'Neill, Sr.,, 226 Memorandum of Law in Support of Motion filed by Naif Bin Abdulaziz Al Saud,, 1305 Memorar Law in Support filed by Abdul Aziz Al Ibrahim,, 324 Order on Motion to Appear Pro Hac Vice,, 1293 Notice (Other Burnett Plaintiffs,, 1246 Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Executive Committees,, 5( in Opposition to Motion,, filed by Burnett Plaintiffs,, 1558 Declaration in Opposition to Motion,, filed by Estate of Jo P.O'Neill, Sr.,, 1475 Endorsed Letter,, 1417 Response in Support of Motion,, filed by Saleh Al−Hussayen,, 1263 Mer of Law in Support filed by DMI Administrative Services S.A.,, 784 Stipulation and Order,, 694 RICO Statement filed of John P.O'Neill, Sr.,, 278 Memorandum of Law in Oppisition to Motion filed by Burnett Plaintiffs,, 291 Memorand in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 869 MOTION to Dismiss Sulaiman A MOTION to Dismiss for Lack of Jurisdiction Sulaiman Al Rajhi. MOTION to Dismiss Sulaiman Al Rajhi. MOTION for Lack of Jurisdiction Sulaiman Al Rajhi. MOTION to Dismiss Sulaiman Al Rajhi. MOTION to Dismiss for Lack Jurisdiction Sulaiman Al Rajhi. filed by Suleiman Abdel Aziz Al Rajhi,, Sulaiman Bin Abdul Aziz Al Rajhi,, 577 Sti and Order,, 327 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 1033 Memorandum of Law in to Motion,,, filed by Plaintiffs Executive Committees,, 1013 MOTION to Dismiss. filed by Khaled Bin Salim Bin Ma Endorsed Letter, Set Deadlines,,, 1316 Affidavit, filed by Federal Insurance Company et al., Plaintiffs,, 838 Memorar Law in Support of Motion filed by Faisal Islamic Bank,, 603 Stipulation and Order,,, 370 Stipulation and Order,,, 756 (Other) filed by Burnett Plaintiffs,, 769 Endorsed Letter,,, 103 MOTION to Dismiss. filed by Aqeel Al−Aqeel,, 1434 |

Memorandum of Law in Support of Motion,,, filed by Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac In
Inc.,, Mena Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Managemen
Inc.,, York Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, 302 MOTION to Dism
(DC). filed by Yousef Jameel,, 544 JOINT MOTION for Extension of Time Stipulation Extending Time For Saudi A
Bank To File Reply Papers In Support Of Its Motion To Dismiss. filed by Federal Insurance Company et al., Plaintiff
MOTION to Dismiss. filed by Sami Omar Al−Hussayen,, 1119 Stipulation and Order,,,,, 1087 RICO Statement filed
of John P.O'Neill, Sr.,, 9 MOTION (FILED ON SERVICE DATE) for Extension of Time to File Answer. filed by Y
Binladin,, 1559 Memorandum of Law in Oppisition,, filed by Federal Insurance Company et al., Plaintiffs,, 755 Clerk
of Mailing,,,,,,,,,,, 634 RICO Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co
Order on Motion to Dismiss, 558 MOTION to Dismiss. filed by International Islamic Relief Organization(IIRO),, 20
Memorandum of Law in Support of Motion filed by Rabita Trust,, 724 MOTION to Dismiss. filed by Sami Omar Al-
772 Stipulation and Order,,, 451 Affidavit in Opposition, filed by Burnett Plaintiffs,, 419 Notice (Other) filed by Moh
Faisal Al Saud,, 361 Reply Memorandum of Law in Support of Motion filed by Mohammed Ali Sayed Mushayt,, 13
to Dismiss Complaint By Federal Insurance Plaintiffs and to Quash Service of Process of His Royal Highness Prince
Al−Faisal Bin Abdulaziz Al−Saud. filed by Turki Al Faisal Al Saud,, 1593 Stipulation and Order,,, 1189 MOTION t
filed by Sheik Hamad Al−Husaini,, 879 MOTION (FILED ON SERVICE DATE) for David F. Geneson to Appear P
Vice. filed by Yassin Abdullah Kadi,, 1505 Memorandum of Law in Support of Motion,, filed by Abdullah Bin Lade
RICO Statement filed by Estate of John P.O'Neill, Sr.,, 717 RICO Statement filed by Euro Brokers Inc., et al.,, 1454
Memorandum of Law in Support of Motion,, filed by Yousef Jameel,, 1359 Notice (Other) filed by Estate of John P.
245 Endorsed Letter,,,, 28 Memo Endorsement,, 1621 Stipulation and Order,, 251 Endorsed Letter,,, 121 Memo End
1538 Answer to Complaint filed by International Islamic Relief Organization(IIRO),, 715 Stipulation and Order,,, 11
Stipulation and Order of Dismissal,, 1258 Affidavit of Service Complaints,,,,, filed by Federal Insurance Company et
Plaintiffs,, 559 RICO Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 320
Service Executed filed by Federal Insurance Company et al., Plaintiffs,, 1428 Memorandum of Law in Support,,, file
Totonji,, Mohammed Jaghlit,, Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena
Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc
Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, 461 MOTION to Dismiss Certain
This Motion relates only to Civil Action No. 02 CV 7236. filed by Virginia Bauer,, 1625 Reply Memorandum of Lav
of Motion,, filed by Abdulrahman Bin Mahfouz,, 1247 Memorandum of Law in Oppisition to Motion,, filed by Plain
Executive Committees,, 691 Notice of Voluntary Dismissal − Signed,, 135 MOTION to Dismiss the Amended Comp
by Sultan Bin Abdulaziz Al Saud,, 1088 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 832 Stipulation and
Stipulation and Order, Set Motion and R&R Deadlines/Hearings,,, 514 Reply Memorandum of Law in Support of M
by Faisal Group Holding Co.,, Alfaisaliah Group,, Abdullah Al Faisal Bin Abdulaziz AlSaud,, 380 Memorandum of
Oppisition to Motion, filed by Turki Al Faisal Al Saud,, 1503 Declaration in Support,,,,, filed by Wamy International
World Assembly of Muslim Youth,, 1084 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1014 Memorandum
Oppisition to Motion,,, filed by Federal Insurance Company et al., Plaintiffs,, 1003 Order,, 819 Reply Memorandum
Support of Motion, filed by Saudi Joint Relief Committee,, 581 MOTION for Extension of Time / Consent Motion a
Stipulation as to Service of Process and Extension of Time. filed by Islamic Investment Company of the Gulf (Sharja
Reply Memorandum of Law in Support of Motion filed by Saudi Binladin Group, Inc.,, 614 Stipulation and Order,,,,
MOTION to Dismiss Named Defendants in Exhibit A. filed by Kathleen Ashton,, 973 Memorandum of Law in Oppi
Motion,, filed by Saudi American Bank,, 754 Clerk Certificate of Mailing,,,,,,,,,,, 199 Rule 7.1 Disclosure Statement
Faisal Group Holding Co.,, Alfaisaliah Group,, 43 MOTION to Dismiss the Complaint or in the Alternative for More
Statement. filed by Saudi Binladin Group, Inc.,, 40 MOTION to Dismiss The Fourth Amended Consolidated Master
in Ashton, et al. v. Al Qaeda Islamic, et al.. filed by Mohammed Al Faisal Al Saud,, 706 Order of Dismissal,,, 643 M
Dismiss the Claims against defendant Mohammad Abdullad Aljomaih pursuant to Rule 25. filed by Mohammad Abd
Aljomaih,, 146 Order Admitting Attorney Pro Hac Vice,,, 868 Memorandum of Law in Support,,, filed by Abdullah
Al−Rajhi,, 556 Reply Memorandum of Law in Support of Motion, filed by Yassin Abdullah Kadi,, 992 Reply Memo
Law in Support of Motion, filed by Dallah Al Baraka Group LLC,, 360 Reply Memorandum of Law in Support of M
by Abdullah Muhsen Al Turki,, 1374 Memorandum of Law in Support filed by Daral Maal Al Islami Trust,, 1000 Or
Memorandum of Law in Oppisition to Motion,, filed by Burnett Plaintiffs,, 668 RICO Statement filed by Estate of Jo
P.O'Neill, Sr.,, 1073 Endorsed Letter,, 1002 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 1
Memorandum of Law in Support of Motion filed by Sami Omar Al−Hussayen,, 391 Waiver of Service Executed file
Insurance Company et al., Plaintiffs,, 196 Notice of Appearance filed by Mohammed Bin Abdulrahman Al Ariefy,, F
Holding Co.,, Alfaisaliah Group,, Abdullah Al Faisal Bin Abdulaziz AlSaud,, 1157 Notice (Other), Notice (Other) fil
Estate of John P.O'Neill, Sr.,, 654 MOTION to Dismiss the Consolidated Personal Injury Plaintiffs (Ashton, Burnett,
Salvo, and Tremsky). filed by Al Haramain Islamic Foundation, Inc.,, 911 Order,,, 864 Memorandum of Law in Supp
by Abdullah Salaiman Al−Rajhi,, 112 Clerk Certificate of Mailing,, 1597 Stipulation and Order,, 1436 Declaration in
Motion,,, filed by Asat Trust Reg.,, Martin Watcher,, Erwin Watcher,, Sercor Treuhand Anstalt,, 659 Endorsed Lette
Memorandum of Law in Support of Motion filed by Daral Maal Al Islami Trust,, 85 MOTION to Dismiss for Lack o
Jurisdiction the Third Amended Complaint (Burnett). filed by Abdullah Muhsen Al Turki,, 935 Stipulation and Orde
Affidavit in Opposition to Motion,,, filed by Continental Casualty Company,, Cantor Fitzgerald & Co.,, New York M
General Insurance Company,, Kathleen Ashton,, Estate of John P.O'Neill, Sr.,, Burnett Plaintiffs,, Federal Insurance
al., Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 780 RICO Statement filed by Es
P.O'Neill, Sr.,, 632 Memorandum & Opinion,,,,,,,,,,,,, 1396 Memorandum of Law in Oppisition to Motion,, filed by

Marine and General Insurance Company,, 585 RICO Statement,, filed by Port Authority of New York & New Jersey, Fitzgerald & Co.,, 1403 Memorandum of Law in Support of Motion filed by Daral Maal Al Islami Trust,, 1211 Notic filed by World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1488 Stipulation and Order of Dismiss Memo Endorsement, 1165 RICO Statement filed by Euro Brokers Inc., et al.,, 1390 Declaration in Support,, filed by Bin Abdul Aziz Al Ibrahim Foundation,, 1058 Memorandum of Law in Support of Motion,, filed by Yousef Jameel,, Memorandum of Law in Support of Motion,,, filed by Wamy International, Inc.,, World Assembly of Muslim Youth, Stipulation and Order,, 1413 MOTION to Dismiss Declaration of Ally Hack. filed by Council on American−Islamic (CAIR),, 429 Rule 7.1 Disclosure Statement filed by Federal Insurance Company et al., Plaintiffs,, 1496 Memorandu in Support of Motion,, filed by Estate of John P.O'Neill, Sr.,, 1399 MOTION to Dismiss. filed by Daral Maal Al Islar 1357 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 372 Endorsed Letter,, 862 Memorandum of Law in Suppo Khalid Sulaiman Al−Rajhi,, 492 Reply Memorandum of Law in Support of Motion, filed by Wael Jalaidan,, 1080 RI Statement filed by Estate of John P.O'Neill, Sr.,, 606 Stipulation and Order,,, 235 Memorandum of Law in Oppisition filed by Kathleen Ashton,, 1622 Endorsed Letter,, 907 RICO Statement filed by Euro Brokers Inc., et al.,, 1053 Reply Memorandum of Law in Support of Motion,,, filed by Suleiman Abdel Aziz Al Rajhi,, Sulaiman Bin Abdul Aziz Al Suleiman Abdel Aziz Al Rajhi,, 152 Memorandum of Law in Oppisition to Motion filed by Burnett Plaintiffs,, 1109 Memorandum of Law in Support of Motion, filed by DMI Administrative Services S.A.,, 78 Response in Opposition filed by Burnett Plaintiffs,, 407 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 117 Stipul Order,,, 53 MOTION to Dismiss. filed by Wa'el Jalaidan,, 798 Acknowledgment of Service Complaints, filed by Fed Insurance Company et al., Plaintiffs,, 549 Stipulation and Order,, 155 Memorandum of Law in Oppisition to Motion, Burnett & Ashton Plaintiffs,, Barrera Plaintiffs,, Tremsky Plaintiffs,, Salvo Plaintiffs,, 1415 Response in Support of M filed by Safar Al−Hawali,, 1484 Affidavit in Support filed by Kathleen Ashton,, 334 Reply Memorandum of Law in Motion, filed by Safar Al−Hawali,, 1136 FIRST MOTION to Withdraw 1108 RICO Statement, 1091 RICO Statemer RICO Statement, 1080 RICO Statement, 1081 RICO Statement, 1086 RICO Statement, 1087 RICO Statement, 1088 Statement, 1089 RICO Statement, 1090 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 379 Reply Memoranc in Support of Motion filed by Arab Bank,, 880 Order on Motion to Appear Pro Hac Vice,, 1065 Affirmation in Oppo Motion,, filed by Plaintiffs Executive Committees,, 1469 Declaration in Support of Motion filed by Taha Jaber Al−A MOTION to Dismiss Saleh Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Saleh Al Rajhi. MOTION to Disr Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Saleh Al Rajhi. MOTION to Dismiss Saleh Al Rajhi. MOTIC Dismiss for Lack of Jurisdiction Saleh Al Rajhi. filed by Saleh Abdul Aziz Al Rajhi,, Saleh Abdulaziz Al−Rajhi,, 15 Statement filed by Estate of John P.O'Neill, Sr.,, 1308 Reply Memorandum of Law in Support of Motion,, filed by Ta Mohammed Badkook,, 729 MOTION to Dismiss. filed by Sami Omar Al−Hussayen,, 536 Affirmation in Opposition filed by Kathleen Ashton,, 487 Response,,, filed by National Commercial Bank,, 1082 RICO Statement filed by Estat P.O'Neill, Sr.,, 1282 Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, Brokers Inc., et al.,, 133 Waiver of Service Executed,,,,,,,,,, filed by Maryland Casualty Company,, Pacific Indemnity Company,, Vigilant Insurance Company,, Federal Insurance Company,, Allstate Insurance Company,, Great Northern Company,, Fidelity And Deposit Company of Maryland,, North River Insurance Company,, Northern Insurance Com New York,, Seneca Insurance Company, Inc.,, Zurich American Insurance Company,, American Zurich Insurance Co American Guarantee and Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Chubb Insurance Com Canada,, Chubb Insurance Company of New Jersey,, United States Fire Insurance Company,, Steadfast Insurance Co Continental Insurance Company,, Assurance Company of America,, Glens Falls Insurance Company,, American Alte Insurance Corporation,, One Beacon Insurance Company,, Commercial Insurance Company of Newark, N.J.,, Chubb Insurance Company,, Chubb Indemnity Insurance Company,, One Beacon America Insurance Company,, Colonial A Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Comp Princeton Excess & Surplus Lines Insurance Company,, National Ben Franklin Insurance Company of Illinois,, Hisc Dedicated Corporate Member, Ltd.,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Continental Insurance of New Jersey,, Fidelity and Casualty Company of New York,, 705 Stipulation and Order,, 732 MOTION to Dismiss Sami Omar Al−Hussayen,, 682 Stipulation and Order,,, 309 RICO Statement filed by Federal Insurance Company et Plaintiffs,, 1017 Memorandum of Law in Support of Motion, filed by Khaled Bin Salim Bin Mahfouz,, 563 Order of Dismissal,,,,,, 1335 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1071 Stipulation and Order,,,,,,, 189 Waive Executed,, filed by Federal Insurance Company et al., Plaintiffs,, 560 Notice (Other) filed by Al Rajhi Bank,, 76 Orde Stipulation and Order,, 219 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 1537 Answer Complaint filed by Wa'el Hamza Jalaidan,, 909 Stipulation and Order,, 747 Stipulation and Order,,, 418 Notice (Othe Mohammed Al Faisal Al Saud,, 1092 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 821 Stipulation and Orc Notice (Other) filed by DMI Administrative Services S.A.,, 789 Stipulation and Order,, 768 Endorsed Letter,,, 623 M Donna Sheinbach to Withdraw as Attorney and Notice of Change of Firm Name and Address. filed by M. Yaqub Mir Totonji,, Iqbal Yunus,, Jamal Barzinji,, M. Omar Ashraf,, Mohammed Jaghlit,, Muhammad Ashraf,, Taha Jaber Al−A Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena Corporation,, Reston Investmer Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc.,, York Foundation,, African Muslim Ag International Institute of Islamic Thought,, 1237 Stipulation and Order,, 1037 Stipulation and Order,,, 737 Stipulation Order,,, 716 RICO Statement filed by World Trade Center Properties LLC, et al.,, 1290 Notice (Other) filed by Burne Plaintiffs,, 628 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 951 Stipulation and Order,,,, 4 Endorsed Letter,,, 900 RICO Statement filed by Euro Brokers Inc., et al.,, 1406 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Susan Brady,,

Donovan,, Carmen Garcia,, Hector Garcia,, John Does,, Maryland Casualty Company,, Pacific Indemnity Company,,
Authority of New York & New Jersey,, Dennis Quinn,, Kevin Quinn,, William D Robbins,, Vigilant Insurance Comp
Federal Insurance Company,, Valley Forge Insurance Company,, All Plaintiffs,, Allstate Insurance Company,, Great
Insurance Company,, National Fire Insurance Company of Hartford,, Continental Casualty Company,, Patricia Cough
Rogers,, Fidelity And Deposit Company of Maryland,, Transcontinental Insurance Company,, Transportation Insuran
Company,, Andrew Quinn,, North River Insurance Company,, Northern Insurance Company of New York,, Edward J
Shirley Henderson,, Michael Puckett,, Mark Barbieri,, Seneca Insurance Company, Inc.,, Cantor Fitzgerald & Co.,, Z
American Insurance Company,, James Boyle,, American Zurich Insurance Company,, Diane Miller,, William Ellis, J
American Guarantee and Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Melvin C. Lewis,, Wil
Nelson,, David M. Bernstein,, Pedro Saleme,, Chubb Insurance Company of Canada,, Chubb Insurance Company of
Jersey,, Edward Walsh,, United States Fire Insurance Company,, Steadfast Insurance Company,, William Martin,, Co
Insurance Company,, Benjamin Arroyo,, Thomas Fletcher,, John Martin,, Assurance Company of America,, Glens Fa
Insurance Company,, American Alternative Insurance Corporation,, Brian Barry,, Dawn Brown,, American Casualty
of Reading, Pennsylvania,, One Beacon Insurance Company,, Commercial Insurance Company of Newark, N.J.,, Chu
Insurance Company,, Deena Burnett,, Kathleen Ashton,, Josephine Alger,, Angelica Allen,, George Andrucki,, Mary
Winifred Aranyos,, Margaret Arce,, Margit Arias,, Evelyn Aron,, Nancy Badagliacca,, Christina Baksh,, Joanne Barb
F. Barkow,, Nina Barnes,, Jeannine P. Baron,, Jane Bartels,, Kimberly Kaipaka Beaven,, Michelle Bedigan,, Susan B
Madeline Bergin,, Miriam M. Biegeleisen,, Christine Bini,, Neil B. Blass,, Kris A. Blood,, Dorothy Ann Bogdan,, Ma
Boisseau,, Kathleen Box,, David Brace,, Curtis Fred Brewer,, Hillary A. Briley,, Ursula Broghammer,, JoAnne Brueh
B. Bruno,, Susan E. Buhse,, Elizabeth R. Burns,, James C. Cahill,, James W. Cahill,, Kathleen Cahill,, Deborah Cald
Calia,, Jacqueline Cannizzaro,, Cathy A. Carilli,, Toni Ann Carroll,, Judith Casoria,, Tracy Ann Taback Catalano,, Sa
Catarelli,, Gina Cayne,, Suk Tan Chin,, Catherine T. Regenhard,, Edward P. Ciafardini,, Lisa DiLallo Clark,, Yuko C
Maryann Colin,, Julia Collins,, Patricia Coppo,, Edith Cruz,, Ildefonso A. Cua,, Linda Curia,, David Edward Cushing
D'Antonio,, Beril Sofia DeFeo,, Vincent J. Della Bella,, Todd DeVito,, Milagros Diaz,, Dhanmatee Sam,, Maria DiPi
Stacey Fran Dolan,, Rosalie Downey,, Jay Charles Dunne,, Stanley Eckna,, Denise Esposito,, Dennis Euleau,, Marya
Clifford Tempesta,, Dorothy Tempesta,, Melissa Van Ness Fatha,, Steven Feidelberg,, Wendy Feinberg,, Charlene Fi
Flannery,, Robert T. Folger,, Kurt Foster,, Claudia Flyzik,, Nancy Walsh,, Carol Francolini,, Helen Friedlander,, Lisa
Anne Gabriel,, Walter Tremsky,, Eileen F. Colligan,, Paul Quinn,, Monica M. Gabrielle,, Kathleen Ganci,, Elizabeth
Diane Genco,, Philip Germain,, Carol Gies,, John J. Gill,, Serina Gillis,, Angela Gitto,, Meg Bloom Glasser,, Sharon
Cobb−Glenn,, Jodie Goldberg,, Mia Gonzalez,, Deborah Grazioso,, Claudette Greene,, Peter Greenleaf,, Joanne Gros
Haag,, Gordon G. Haberman,, Patricia Han,, Renne Bacotti Hannafin,, Dorothy Garcia,, Benhardt R. Wainio,, Perry S
Basmattie Bishundat,, Rachel R. Harrell,, Sheila Gail Harris,, Jennifer L. Harvey,, Kelly Hayes,, Virginia Hayes,, The
Healey,, Hashim A. Henderson,, Karen Hinds,, Dennis L. Hobbs,, Dixie M. Hobbs,, Pamela Hohlweck,, Kathleen Ho
Rubina Cox−Holloway,, Joann T. Howard,, Bridget Hunter,, Kathryn J. Hussa,, Yesenia Ielpi,, Frederick Irby,, Marg
Iskyan,, Jennifer Ruth Jacobs,, Kazmierz Jakubiak,, Leila M. Joseph,, Woodly Joseph,, Paul Kaufman,, Elizabeth H.
Patricia Kellett,, Emmet P. Kelly,, Rosemary Kempton,, Donald Francis Kennedy,, Richard I. Klein,, Fran LaForte,,
LaFrance,, Collette M. LaFuente,, Morris D. Lamonsoff,, Andrea N. LeBlanc,, Donald Leistman,, Elaine Leinung,, R
Levine,, Kathleen Keeler Lozier,, Anne MacFarlane,, Lisanne MacKenzie,, Andrea Maffeo,, Pamela Ann Maggitti,,
Makshanov,, Rebecca L. Marchand,, Lori Mascali,, Dorothy Mauro,, Meryl Mayo,, Margaret Donoghue McGinley,,
McGinnis,, Cynthia F. McGinty,, Theresa McGovern,, Patricia H. McDowell,, Joann Meehan,, Fryderyk Milewski,,
Milewski,, Amber Miller,, Jamie Miller,, Faith Miller,, Barbara Minervino,, Joanne Modafferi,, Anna Mojica,, Saradl
Moorthy,, Elizabeth Ann Moss,, Emily Motroni,, Lauren Murphy,, Elvira P. Murphy,, Richard B. Naiman,, Edward N
Dana Noonan,, William B. Novotny,, James Wallace O'Grady,, Sheryl J. Oliver,, Lisa Palazzo,, Donna Paolillo,, Hel
Passaro,, Mary Gola Perez,, Linda Pickford,, Nancy Picone,, Jean Oslyn Powell,, Karen Princiotta,, Dominic J. Puop
Patricia Quigley,, Francine Raggio,, Deborah Francke,, Maryann Rand,, Sadiq Rasool,, Susan Rasweiler,, Albert T. R
Elizabeth Rego,, Martin Rosenbaum,, Glenna M. Rosenburg,, Jill Rosenblum,, Lauren Rosenzweig,, Claudia Ruggier
Ruiz, Jr., Andrea Russin,, Diane Ryan,, Delphine Saada,, Barbara Scaramuzzino,, Phyllis Schreier,, Lori Shulman,, E
Simon,, Dhanraj Singh,, Mark J. Siskopoulos,, Donna Smith,, Barbara Sohan,, Robert Spadafora,, Laurie Spampinato
A. Stack,, Eileen Tallon,, Patricia Tarasiewicz,, Evelyn Tepedino,, Raj Thackurdeen,, Sat Thackurdeen,, Rosanna Th
Andrija Tomasevic,, Radmila Tomasevic,, Kimberly Trimingham−Aiken,, Marie Twomey,, Victor Ugolyn,, Feliciana
Virginia Lorene Rossiter Valvo,, Jasmine Victoria,, Richard Villa,, Lucy Virgilio,, Diane Wall,, Diane M. Walsh,, An
Weaver,, Delia Welty,, Kristin Galusha−Wild,, Patricia Wiswall,, Anne M. Wodensheck,, Cella Woo−Yeun,, Siew−S
Erica Zucker,, Nancy Lynn Zuckerman,, Aldo Addissi,, Edward Arancio,, Kathleen M. Arancio,, Leonard Ardizzone
Ardizzone,, Thomas Baez,, Joseph Beltrani,, Andrew Braun,, James Cizikie,, Thomas Conroy, Jr., Gibson A. Craig,,
Daly,, Robert D'Elia,, Thomas Donnelly,, Charles Downey,, Joseph R. Downey,, Timothy L. Frolich,, Irene Frolich,,
Gillespie,, Joseph Hands,, John Hassett,, James D. Hodges,, Netta Issacof,, John F. Jermyn,, Arnold Lederman,, Phyl
Lederman,, Michael J. Lindy,, Sandy Amrita Mahabir,, Kevin McArdle,, James McGetrick,, Owen McGovern,, Kevi
Murphy,, Janice O'Dell,, Timothy Parker,, Howard Rice,, Louis Schaefer,, Scott Schrimpe,, Scott Ting,, George Luis
Robert V. Trivingo,, Russell Vomero,, Philip J. Zeiss,, Virginia Bauer,, Linda E. Thorpe,, Gladys Salvo,, Harry Ong,
William O'Connor,, Jennifer E. Brady,, Andy Dinoo,, Jeanne M. Evans,, Vice Rose Arestegui,, Lori Fletcher,, Traci
Mathilda Geidel,, Regan Grice−Vega,, Elinore Hartz,, Veronica Klares,, Jerline Lewis,, Michael Deloughery,, Bettya
Martineau,, Virginia McKeon,, Olga Merino,, Warren Monroe,, Amy Farnum,, Kevin Mount,, Armine Giorgetti,, Ch
Schmidt,, Colleen Holohan,, Roberta Kellerman,, Laurie S. Lauterbach,, Ingrid M. Lenihan,, Jeffrey Lovit,, Merrilly
Janlyn Scauso,, Nancy Shea,, Holli Silver,, Robin Theurkauf,, Joseph A. Tiesi,, Anthony Vincelli,, Lena Whittaker,,

A. Zuccala,, Andrezej Cieslik,, Domenick Damiano,, Warren Hayes,, Evelyn Rodriguez,, Armando Bardales,, Yvonn
Abdool,, Josephine Acquaviva,, Kara Hadfield,, Jean Adams,, Jessica Murrow−Adams,, Stephen Alderman,, Elizabet
Alderman,, Karium Ali,, Michael J. Allen,, Leonor Alvarez,, Jocelyne Ambroise,, Thomas Arias,, Cynthia Arnold,, P
Azenabor,, John P. Baeszler,, Kim Barbaro,, Thomas J. Meehan, III, Daryl Joseph Meehan,, Edmund Barry,, Gila Ba
Bililovsky,, Suzanne J. Berger,, Robert J. Bernstein,, Joanne F. Betterly,, John Bonomo,, Krystyna Boryczewski,, Mi
Boryczewski,, Julia Boryczewski,, Desiree A. Gerasimovich,, Kathleen M. Buckley,, Javier Burgos,, Chubb Indemni
Insurance Company,, Prakash Bhatt,, William Doyle, Sr., Camille Doyle,, Maureen Kelly,, Chiemi York,, Robert Kea
Beacon America Insurance Company,, Houssain Lazaar,, Jennifer Tarantino,, H. Michael Keden,, Nancy Ann Foster,
Burnett,, Mary Margaret Jurgens,, Martha Burnett O'Brien,, William Doyle,, Doreen Lutter,, Christine R. Huhn,, Lyn
Pescherine,, Boston Old Colony Insurance Company,, Paul R. Martin,, Rachel W. Goodrich,, Ernesto Barrera,, Grego
Stevens,, Sharlene M. Beckwith,, James A. Reed,, Benito Colon,, Victoria Higley,, Marion Knox,, Laura J. Lassman,
Lee,, Mei Jy Lee,, John Lewis,, Joviana Mercado,, Linda Pascuma,, Sean Passananti,, Helen Pfeifer,, Daniel Polatsch
Regan,, Armand Reo,, Alexander Santoro,, Maureen Santoro,, Narasimha Sattaluri,, Wen Shi,, Cynthia Tumulty,, Yu
Zheng,, David Ziminski,, Robert Bermingham,, Mark Bernheimer,, Donald DiDomenico,, Michael Endrizzi,, Mark C
Ron Harding,, Jeremiah Harney,, Peter Ioveno,, Jurgiel Kazimierz,, Raymond Lachhman,, George Lantay,, Joyce Lei
Vincent LeVien,, Jeff Lever,, Jerzy Mrozek,, Carmen Romero,, Christine Sakoutis,, Kemraj Singh,, Gary Wendell,, C
American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance C
The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity C
The Princeton Excess & Surplus Lines Insurance Company,, Jane Alderman,, Stephen Jezycki,, Catherine Jezycki,, M
Jezycki,, Jennifer D'Auria,, Richard D. Allen,, Luke C. Allen,, Judith M. Aiken,, Lauren Arias Lucchini,, Lorraine Ar
Beliveau,, Tara Bane,, Anna M. Granville,, Nicholas Barbaro,, Carol Barbaro,, Kevin W. Barry,, Maureen Barry,, Em
Tisnovskiy,, Leonid Tisnovskiy,, Rostyslav Tisnovskiy,, Frances Berdan,, John Benedetto,, Rina Rabinowitz,, Maria
Ondina Bennett,, Murray Bernstein,, Norma Bernstein,, Irene Bilcher,, Lillian Bini,, Rosemarie Corvino,, Bhola P. B
Miles Bilcher,, Sonia Bonomo,, Sharon Booker,, Rose Booker,, Michael Boryczewski,, John C. Buckley,, Jane M. Sr
Fiona Havlish,, Thomas Burnett,, National Ben Franklin Insurance Company of Illinois,, Alexander Paul Aranyos,, M
Girdano,, Russa Steiner,, Clara Chirchirillo,, Ellen L. Saracini,, TheresaAnn Lostrangio,, Thomas E. Burnett, Sr., Jud
William Coale,, Patricia J. Perry,, Matthew T. Sellitto,, Ralph Maerz, Jr., Linda Panik,, Martin Panik,, Martina Lyne−
Panik,, Stephen L. Cartledge,, Tina Grazioso,, Jin Liu,, Lynn Allen,, Helene Parisi−Gnazzo,, Ann R. Haynes,, John P
O'Neill, Jr., Theresa King,, Judi A. Ross,, Fiona Havlish,, Grace M. Parkinson−Godshalk,,, Loisanne Diehl,, Alfred A
James Alario,,, Andrew Aris,, Donald Aris,, Madelyn Conroy Allen,, George Bonomo,, Estate of John P.O'Neill, Sr.,,
Plaintiffs,, Frederick Alger,, Hiscox Dedicated Corporate Member, Ltd.,, Michael J. Novotny,, Christine Irene O'Neil
O'Neill,, Dorothy A. O'Neill,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Continental Insurance Compa
Jersey,, Fidelity and Casualty Company of New York,, Joann Meehan,, Burnett & Ashton Plaintiffs,, Barrera Plaintif
Tremsky Plaintiffs,, Salvo Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, Saad Bin Laden,, World Trade Ce
Properties LLC, et al.,, Euro Brokers Inc., et al.,, Plaintiffs PI Executive Committee,, Plaintiffs Executive Committee
Plaintiffs,, 758 Order,,, 787 Stipulation and Order,,, 290 Memorandum of Law in Oppisition to Motion, filed by Fede
Insurance Company et al., Plaintiffs,, 1289 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties
al.,, Euro Brokers Inc., et al.,, 1632 Amended Answer to Complaints filed by Muslim World League,, 204 Reply Mer
of Law in Support of Motion filed by Al Baraka Investment and Development Corporation,, Saleh Abdullah kamel,, :
Certificate of Mailing,,,,,,,,,, 111 Amended Complaint,,,,,,, filed by Maryland Casualty Company,, Pacific Indemnity
Vigilant Insurance Company,, Federal Insurance Company,, Allstate Insurance Company,, Great Northern Insurance
Fidelity And Deposit Company of Maryland,, North River Insurance Company,, Northern Insurance Company of Ne
Seneca Insurance Company, Inc.,, Zurich American Insurance Company,, American Zurich Insurance Company,, Am
Guarantee and Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Chubb Insurance Company of Ca
Chubb Insurance Company of New Jersey,, United States Fire Insurance Company,, Steadfast Insurance Company,, C
Insurance Company,, Assurance Company of America,, Glens Falls Insurance Company,, American Alternative Insu
Corporation,, One Beacon Insurance Company,, Commercial Insurance Company of Newark, N.J.,, Chubb Custom In
Company,, Chubb Indemnity Insurance Company,, One Beacon America Insurance Company,, Boston Old Colony In
Company,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Em
Insurance Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum
Indemnity Company,, The Princeton Excess & Surplus Lines Insurance Company,, National Ben Franklin Insurance
of Illinois,, Hiscox Dedicated Corporate Member, Ltd.,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Co
Insurance Company of New Jersey,, Fidelity and Casualty Company of New York,, 1016 Memorandum of Law in Su
Motion filed by Khaled Bin Salim Bin Mahfouz,, 816 Endorsed Letter,,, 595 RICO Statement filed by Federal Insura
Company et al., Plaintiffs,, 1040 MOTION to Dismiss. filed by Schreiber & Zindel,, Frank Zindel,, Engelbert Schreil
Engelbert Schreiber, Jr, 1095 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 822 Notice (Other) filed by Esta
P.O'Neill, Sr.,, 1563 Memorandum of Law in Support of Motion,, filed by Federal Insurance Company et al., Plaintif
Notice (Other) filed by Burnett Plaintiffs,, 305 Response in Opposition to Motion, filed by Federal Insurance Compa
Plaintiffs,, 584 RICO Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 545 7
1378 Notice (Other) filed by Euro Brokers Inc., et al.,, 711 Stipulation and Order,,, 1529 Answer to Amended
Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by International Islamic Relief Organization(IIRO),, 325 Memo Endor
1531 Memorandum of Law in Oppisition to Motion, filed by Taha Jaber Al−Alwani,, 1244 Declaration in Opposition
Motion,,,,, filed by New York Marine and General Insurance Company,, Burnett Plaintiffs,, Federal Insurance Compa
Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1609 Notice of Appeal filed by Fede

Insurance Company et al., Plaintiffs,, 957 Affidavit in Support of Motion,, filed by Dubai Islamic Bank,, 1067 Stipul
Order,,, 227 Memorandum of Law in Oppisition to Motion filed by Kathleen Ashton,, 1204 MOTION to Dismiss. fil
Abdullah Omar Naseef,, 479 Notice of Appearance filed by Port Authority of New York & New Jersey,, Cantor Fitzg
Co.,, 1223 Endorsed Letter,, 1578 Memorandum of Law in Support of Motion, filed by Burnett Plaintiffs,, 1425 Resp
Support of Motion,,,, filed by Al Haramain Islamic Foundation, Inc.,, 1015 Affirmation in Opposition to Motion,,, fil
Federal Insurance Company et al., Plaintiffs,, 565 Memorandum of Law in Oppisition to Motion, filed by Federal Ins
Company et al., Plaintiffs,, 1008 Affirmation in Opposition to Motion,,,, filed by Federal Insurance Company,, Conti
Casualty Company,, Cantor Fitzgerald & Co.,, New York Marine and General Insurance Company,, Kathleen Ashtor
Patrick O'Neill, Jr., Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1519 De
Support of Motion,,, filed by Estate of John P.O'Neill, Sr.,, 1256 Memorandum & Opinion,,,,,,,,,, 157 Memorandum
Oppisition filed by Burnett Plaintiffs,, 1230 Stipulation and Order,,, 1567 Declaration in Opposition to Motion,,,, file
of John P.O'Neill, Sr.,, 1312 Stipulation and Order,, 875 Endorsed Letter,, 587 Reply Memorandum of Law in Suppo
Motion,, filed by Yousef Jameel,, 1524 Memorandum of Law in Oppisition to Motion,,,,, filed by M. Yaqub Mirza,, S
Foundation,, Ahmed Totonji,, Hisham Al−Talib,, Iqbal Yunus,, Jamal Barzinji,, M. Omar Ashraf,, Mohammed Jaghl
Muhammad Ashraf,, Taha Jaber Al−Alwani,, Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investment
Mena Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Grou
York Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, 1323 RICO Statement filed b
Insurance Company et al., Plaintiffs,, 1264 MOTION to Dismiss the Continental Casualty and New York Marine & C
Insurance actions. filed by Daral Maal Al Islami Trust,, 803 MOTION (FILED ON SERVICE DATE) to Dismiss. fil
Mohammed Hussein Al Amoudi,, 1315 Affidavit of Service Complaints, filed by Federal Insurance Company et al., I
1553 Endorsed Letter,,, 1318 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 1453 MOTION
Notice of Motion. filed by M. Yaqub Mirza,, Ahmed Totonji,, Iqbal Yunus,, M. Omar Ashraf,, Mohammed Jaghlit,, M
Ashraf,, Taha Al Alwani,, 1304 MOTION to Dismiss New York Marine. filed by Abdul Aziz Al−Ibrahim,, 252 Stipu
Order,,, 512 Affirmation in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 1373 MOTI
Dismiss the Cantor Fitzgerald action. filed by Daral Maal Al Islami Trust,, 760 Stipulation and Order,,, 1265 Memora
Law in Support, filed by Daral Maal Al Islami Trust,, 1175 Memorandum of Law in Support of Motion,, filed by Sau
Crescent,, 921 Memorandum of Law in Oppisition to Motion,, filed by World Trade Center Properties LLC, et al.,, 1
Memorandum of Law in Support of Motion filed by Aradi, Inc.,, 855 Notice of Change of Address filed by Burnett P
1086 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1603 Memorandum of Law in Oppisition to Motion, file
American Bank,, 721 Affidavit of Service Other,, filed by John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Chr
O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 1307 Reply Memorandum of Law in Support of Motion,, filed by Abdu
Naseef,, 279 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 234 Memorandum of Law in
to Motion, filed by Kathleen Ashton,, 142 MOTION to Dismiss the First Amended Complaint. filed by M. Yaqub Mi
Yunus,, M. Omar Ashraf,, Muhammad Ashraf,, Taha Jaber Al−Alwani,, 1295 Notice (Other) filed by Burnett Plainti
Stipulation and Order,,,,, 960 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 300 Declaration in Support filed
Jameel,, 814 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc
MOTION to Dismiss for Lack of Jurisdiction the Third Amended Complaint (Burnett). filed by Saudi Red Crescent,,
Statement, filed by Euro Brokers Inc., et al.,, 165 MOTION for Protective Order Notice of Motion and Memorandum
of Motion for Limited Appearance and to Move for a Protective Order. filed by Princess Haifa Al−Faisal,, The Royal
of Saudi Arabia,, Prince Bandar bin Sultan bin Abdulaziz,, Ahmed A. Kattan,, Abdul Rahman I. Al−Noah,, 551 Stipu
Order of Dismissal,, 1140 RICO Statement filed by World Trade Center Properties LLC, et al.,, 708 Notice of Volunt
Dismissal − Signed,,,,,, 637 Endorsed Letter,,, 1085 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 321 Wai
Service Executed filed by Federal Insurance Company et al., Plaintiffs,, 200 Reply Memorandum of Law in Support o
filed by International Islamic Relief Organization(IIRO),, 1280 Notice (Other) filed by Burnett Plaintiffs,, 794 Ackno
of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 1495 MOTION Strike Defendant Taha
Alwani's Motion to Dismiss, to Amend Plaintiff's Complaint, for Leave to File RICO Statement, For Reconsideration
Court's Decision Relative to the Filing of A RICO Statement and other Relief. filed by Estate of John P.O'Neill, Sr.,,
Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Executive Committees,, 591 Endorsed Letter,, 128
(Other) filed by Burnett Plaintiffs,, 574 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Co
al., Plaintiffs,, 799 Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 36
Memorandum of Law in Oppisition to Motion, filed by All Plaintiffs,, 919 MOTION for Entry of Judgment under Ru
NOTICE OF MOTION FOR ENTRY OF FINAL JUDGMENTS REGARDING DEFENDANTS KINGDOM OF SA
ARABIA, PRINCE SULTAN BIN ABDUL AZIZ AL SAUD, PRINCE TURKI AL FAISAL AL SAUD, PRINCE M
AL FAISAL AL SAUD, AND AL filed by Plaintiffs Executive Committees,, 572 CONSENT MOTION for Extensio
to Answer Complaint. filed by Adnan Basha,, Abdullah Muhsen Al Turki,, 80 Affidavit of Service Other, filed by Ch
Jennifer Tarantino,, H. Michael Keden,, Nancy Ann Foster,, 1193 Memorandum of Law in Support of Motion,, filed
Mohammed Badkook,, 1102 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 195 Rule 7.1 Disclosure Stateme
Alfaisaliah Group,, 1208 Affidavit of Service Complaints,,, filed by Federal Insurance Company et al., Plaintiffs,, 70
Stipulation and Order,, 8 Order on Motion for Extension of Time to Answer,, 1449 MOTION to Dismiss Notice Of M
by M. Yaqub Mirza,, Ahmed Totonji,, M. Omar Ashraf,, Mohammed Jaghlit,, Muhammad Ashraf,, Taha Jaber Al−A
Aaran Money Wire Service, Inc.,, Iqbal Unus (Yunus),, 352 Memorandum of Law in Support of Motion filed by Mol
Bin Abdulrahman Al Ariefy,, Faisal Group Holding Co.,, Alfaisaliah Group,, Abdullah Al Faisal Bin Abdulaziz Al S
RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 468 Endorsed Letter,, 272 Memorandum of L
Oppisition to Motion,,, filed by Burnett Plaintiffs,, 1056 Endorsed Letter,, 1615 Memorandum of Law in Support of I

filed by Al Shamal Islamic Bank,, 929 Declaration in Support of Motion,, filed by Schreiber & Zindel,, Frank Zindel, Schreiber,, Engelbert Schreiber, Jr, 1166 RICO Statement filed by World Trade Center Properties LLC, et al.,, 942 R Statement filed by Continental Casualty Company,, 1551 Stipulation and Order,,,,,, 1132 Clerk Certificate of Mailing Affidavit in Opposition to Motion,,,,, filed by Plaintiffs PI Executive Committee,, 1198 MOTION to Dismiss. filed by Abdulraoof Batterjee,, 1027 Reply Memorandum of Law in Support of Motion filed by Sami Omar Al−Hussayen,, 9 Stipulation and Order,,,, 113 Clerk Certificate of Mailing,, 678 RICO Statement filed by Federal Insurance Company Plaintiffs,, 939 RICO Statement, filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 446 Statement filed by Federal Insurance Company et al., Plaintiffs,, 239 Endorsed Letter,,, 883 Order of Dismissal,,,, 75 Certificate of Mailing,,,, 1339 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1381 Rule 7.1 Disclosure Statem Banca Del Gottardo,, 1292 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Eu Inc., et al.,, 1545 Endorsed Letter,, 720 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 51 MOTION to Dism Abdul Rahman Bin Kahlid Bin Mahfouz,, 428 MOTION for More Definite Statement THE FEDERAL INSURANC COMPANY PLAINTIFFS' MORE DEFINITE STATEMENT AND SUPPLEMENTAL PLEADING ADDING CER DEFENDANTS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(e) AND 15(d) AND PARAGRA CASE MANA filed by Federal Insurance Company et al., Plaintiffs,, 267 Reply to Response to Motion filed by Moh Jamal Khalifa,, 915 Stipulation and Order,,,, 358 Memorandum of Law in Oppisition to Motion filed by All Plaintiffs Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 438 Notice (Other) fi Federal Insurance Company et al., Plaintiffs,, 1509 Affirmation in Opposition to Motion,,, filed by Federal Insurance et al., Plaintiffs,, 365 Endorsed Letter,, 237 Memorandum of Law in Oppisition to Motion filed by Kathleen Ashton,, Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 147 Order on Motion for Leave to File Do 1394 Affidavit in Support,, filed by Federal Insurance Company et al., Plaintiffs,, 852 Endorsed Letter,,,, 1126 RICO filed by Federal Insurance Company et al., Plaintiffs,, 736 Endorsed Letter,,, 653 Endorsed Letter,, 1444 Declaration of Motion,, filed by Council on American−Islamic Relations (CAIR),, 11 Endorsed Letter,, 110 MOTION to Dismiss Islamic Assembly of North America,, 1235 Memorandum of Law in Oppisition to Motion,,, filed by Estate of John P Sr.,, 770 Endorsed Letter,,, 761 Order Admitting Attorney Pro Hac Vice,, 520 CONSENT MOTION for Extension of File Answer re: 447 Amended Complaint,,,,,,,. filed by Adnan Basha,, Abdullah Muhsen Al Turki,, 404 Memorandum Oppisition to Motion, filed by Burnett Plaintiffs,, 1042 Stipulation and Order,, 125 Stipulation and Order,, 1121 RIC filed by Estate of John P.O'Neill, Sr.,, 164 MOTION for Protective Order Notice of Motion and Memorandum in Sup Motion for Limited Appearance and to Move for a Protective Order. filed by The Kingdom of Saudi Arabia,, Princes Al−Faisal,, Prince Bandar bin Sultan,, 1243 Memorandum of Law in Oppisition to Motion,,, filed by New York Mari General Insurance Company,, Burnett Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, World Trade Center F LLC, et al.,, Euro Brokers Inc., et al.,, 455 Affidavit in Opposition to Motion filed by Kathleen Ashton,, 332 Reply Memorandum of Law in Support of Motion, filed by Abdullah Omar Naseef,, 669 RICO Statement filed by Estate of P.O'Neill, Sr.,, 205 Opposition Brief, filed by Al Baraka Investment and Development Corporation,, Saleh Abdullah Saleh Abdullah kamel,, 897 RICO Statement filed by World Trade Center Properties LLC, et al.,, 532 Stipulation and 978 MOTION for Leave to File Motion to Dismiss Out of Time. filed by Dallah Al Baraka Group LLC,, 304 Declara Support of Motion, filed by Yousef Jameel,, 223 MOTION to Dismiss − Ashton v. Al Qaeda. filed by Saudi America 905 Reply Memorandum of Law in Support of Motion, filed by Islamic Investment Company of the Gulf (Sharjah),, MOTION to Dismiss Notice of Motion. filed by Wamy International, Inc.,, 132 Affidavit of Service Complaints,,,,,,, Pacific Indemnity Company,, Vigilant Insurance Company,, Federal Insurance Company,, Allstate Insurance Compa Northern Insurance Company,, Fidelity And Deposit Company of Maryland,, North River Insurance Company,, Nort Insurance Company of New York,, Seneca Insurance Company, Inc.,, Zurich American Insurance Company,, Americ Insurance Company,, American Guarantee and Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, United States Fire Insurance Company,, Insurance Company,, Continental Insurance Company,, Assurance Company of America,, American Alternative Insu Corporation,, One Beacon Insurance Company,, Commercial Insurance Company of Newark, N.J.,, Chubb Custom I Company,, Chubb Indemnity Insurance Company,, One Beacon America Insurance Company,, Boston Old Colony I Company,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American En Insurance Company,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, Hiscox D Corporate Member, Ltd.,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Continental Insurance Company Jersey,, Fidelity and Casualty Company of New York,, 1334 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 12 Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Executive Committees,, 163 MOTION to Dismiss Amended Complaint. filed by Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, Sana−Bell, Inc.,, 1361 Notice (Oth Estate of John P.O'Neill, Sr.,, 91 Order,,,, 650 Memorandum of Law in Oppisition to Motion, filed by Federal Insura Company et al., Plaintiffs,, 841 MOTION to Dismiss. filed by Faisal Islamic Bank,, 167 Endorsed Letter,, 306 RICO filed by Federal Insurance Company et al., Plaintiffs,, 1592 Memorandum of Law in Support of Motion, filed by Sch Zindel,, Frank Zindel,, Engelbert Schreiber,, Engelbert Schreiber, Jr, 1168 Notice (Other), Notice (Other) filed by Es P.O'Neill, Sr.,, 1075 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 256 Memorandum of Law in Support of filed by Burnett Plaintiffs,, 496 Stipulation and Order of Dismissal,, 1590 Memorandum of Law in Support of Motio Sami Omar Al−Hussayen,, 1416 Response in Support of Motion,, filed by Abdullah Muhsen Al Turki,, 1548 Amend to Complaints, filed by International Islamic Relief Organization(IIRO),, 232 Memorandum of Law in Oppisition to filed by Kathleen Ashton,, 1342 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1522 Reply Memorandum of L

Support of Motion filed by Banca Del Gottardo,, 1347 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1052 Re
Memorandum of Law in Support of Motion,,, filed by Saleh Abdul Aziz Al Rajhi,, Saleh Abdulaziz Al−Rajhi,, 270 C
Motion to Appear Pro Hac Vice, 1447 MOTION to Dismiss Plaintiffs' Complaints in Ashton, Federal Insurance, Con
Casualty, and New York Marine With Prejudice. filed by Abdulrahman Bin Mahfouz,, 1236 Stipulation and Order, S
Deadlines/Hearings,,,,,,, 901 Stipulation and Order,, 120 MOTION (FILED ON SERVICE DATE) for Khurrum Wah
Appear Pro Hac Vice. filed by World Assembly of Muslim Youth,, 1380 Notice (Other), Notice (Other) filed by Fede
Insurance Company et al., Plaintiffs,, 833 MOTION to Dismiss. filed by Faisal Islamic Bank,, 82 MOTION to Dismi
of Jurisdiction the Third Amended Complaint (Burnett). filed by Sheik Hamad Al−Husaini,, 805 RICO Statement file
of John P.O'Neill, Sr.,, 346 Answer to Complaint, Third Party Complaint, Crossclaim filed by Muslim World League
MOTION to Dismiss for Lack of Jurisdiction Lack of Personal Jurisdiction. filed by Rabita Trust,, 753 Clerk Certific
Mailing,,, 535 Memorandum of Law in Oppisition to Motion, filed by Kathleen Ashton,, 162 Memorandum of Law i
of Motion filed by Arab Bank,, 249 MOTION to Dismiss First Amended Complaint. filed by Mohammed Al Faisal A
1506 Stipulation and Order,,, 592 Order Admitting Attorney Pro Hac Vice,, 638 Stipulation and Order,, 1596 Stipula
Order,, 1376 Memorandum of Law in Support filed by Daral Maal Al Islami Trust,, 203 Reply Memorandum of Law
of Motion filed by Wa'el Jalaidan,, 417 Notice (Other) filed by National Commercial Bank,, 541 JOINT MOTION to
Faisal Group Holding. filed by Kathleen Ashton,, 1358 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 748 Cle
Certificate of Mailing,,,, 788 Stipulation and Order,,, 500 Memorandum of Law in Support of Motion filed by DMI
Administrative Services S.A.,, 250 Memorandum of Law in Support of Motion filed by Mohammed Al Faisal Al Sau
RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 1219 RICO Statement filed by Euro Brokers I
629 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 980 MOTION for Leave to File Arabic la
document. filed by Federal Insurance Company et al., Plaintiffs,, 928 Declaration in Support of Motion,, filed by Sch
Zindel,, Frank Zindel,, Engelbert Schreiber,, Engelbert Schreiber, Jr, 1627 Reply Memorandum of Law in Support of
filed by DMI Administrative Services S.A.,, 1320 RICO Statement filed by Federal Insurance Company et al., Plainti
Endorsed Letter,,, 1124 RICO Statement filed by World Trade Center Properties LLC, et al.,, 484 Notice of Appearan
John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 1
(Other) filed by Burnett Plaintiffs,, 679 MOTION to Dismiss for Lack of Jurisdiction and Failure to State a Claim. fil
Islamic Investment Company of the Gulf (Sharjah),, 1409 MOTION for Extension of Time Motion for an Order Adjo
Indefinately the Time For Defendant Faisal Islamic Bank − Sudan to Respond to Recent Pleadings. filed by Faisal Isl
Bank,, 1353 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1093 RICO Statement filed by Estate of John P.O'N
293 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 1338 Notice (Other), Notice (Other) f
Estate of John P.O'Neill, Sr.,, 948 Notice (Other), Notice (Other) filed by Plaintiffs Executive Committees,, 326 Stipu
Order,,,,, 389 Waiver of Service Executed filed by Federal Insurance Company et al., Plaintiffs,, 958 Rule 7.1 Disclos
Statement filed by Dubai Islamic Bank,, 106 MOTION to Dismiss. filed by Saleh O. Badahdah,, 518 RICO Statemen
Federal Insurance Company et al., Plaintiffs,, 594 RICO Statement filed by Federal Insurance Company et al., Plainti
MOTION to Dismiss., 374 MOTION to Dismiss and Memorandum of Law in Support of Motion to Dismiss. filed by
Kingdom of Saudi Arabia,, 1228 MOTION to Add Party(ies) Thomas E. Burnett, Sr., et al. Motion to Add Parties Pu
Federal Rule of Civil Procedure 15(d). filed by Burnett Plaintiffs,, 1517 Declaration in Opposition to Motion,, filed b
John P.O'Neill, Sr.,, 583 Notice (Other), Notice (Other) filed by John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr
Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 920 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 127 O
Motion to Appear Pro Hac Vice, 259 Order on Motion to Appear Pro Hac Vice, 1348 Notice (Other) filed by Estate o
P.O'Neill, Sr.,, 866 Memorandum of Law in Support,,, filed by Saleh Abdul Aziz Al Rajhi,, Saleh Abdulaziz Al−Rajh
MOTION to Dismiss. filed by Saudi Red Crescent,, 555 Notice (Other) filed by Soliman H.S. Al−Buthe,, 1549 RICO
filed by Federal Insurance Company et al., Plaintiffs,, 248 Case Management Plan,,, 952 Endorsed Letter,, 351 MOT
Dismiss. filed by Mohammed Bin Abdulrahman Al Ariefy,, Faisal Group Holding Co.,, Alfaisaliah Group,, Abdullah
Bin Abdulaziz Al Saud,, 692 Notice of Voluntary Dismissal − Signed,, 1176 Affidavit in Support of Motion,, filed by
Crescent,, 67 MOTION (FILED ON SERVICE DATE) for Don Howarth, Suzelle M. Smith and Robert D. Brain to A
Hac Vice., 410 MOTION to Dismiss the Federal Insurance First Amended Complaint. filed by Saudi American Bank
Response in Support of Motion,, filed by Abdullah Bin Saleh Al−Obaid,, 89 Letter, filed by Abdulrahman Bin Mahfo
RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 817 Stipulation and Order,,,, 1540 Memorand
in Support of Motion, filed by M. Yaqub Mirza,, Ahmed Totonji,, Iqbal Yunus,, M. Omar Ashraf,, Mohammed Jaghl
Muhammad Ashraf,, 1107 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 7 Notice of Appearance, filed by M
Mirza,, M. Omar Ashraf,, Muhammad Ashraf,, Taha Jaber Al−Alwani,, Grove Corporate, Inc.,, Heritage Education T
Mar−Jac Investments, Inc.,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, York Foundation,,
Muslim Agency,, International Institute of Islamic Thought,, Sana−Bell, Inc.,, Sanabel Al−Kheer, Inc.,, Mena Investm
Jamal Barzinji,, Iqbal Unus (Yunus),, 600 Notice of Appearance filed by Naif Bin Abdulaziz Al Saud,, 1612 Reply
Memorandum of Law in Support of Motion,,, filed by Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac In
Inc.,, Mena Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management
Inc.,, York Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, 1588 SUPPLEMENTA
MOTION to Dismiss Pursuant to CMO No. 4. filed by Soliman H.S. Al−Buthe,, Perouz Seda Ghaty,, Al Haramain Is
Foundation, Inc.,, 808 Memorandum of Law in Oppisition to Motion,, filed by Federal Insurance Company et al., Pla
RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1543 Stipulation and Order, Set Deadlines/Hearings,,,,,,,,, 517
Affirmation in Opposition to Motion,, filed by Federal Insurance Company et al., Plaintiffs,, 944 RICO Statement file
Trade Center Properties LLC, et al.,, 1205 Memorandum of Law in Support of Motion,, filed by Abdullah Omar Nase
Notice (Other) filed by Federal Insurance Company et al., Plaintiffs,, 656 MOTION to Dismiss the Consolidated Prop

Damage and Insurance Complaints (Cantor Fitzgerald, Continental Casualty, Euro Brokers, Federal Insurance, NY M World Trade Center Properties). filed by Al Haramain Islamic Foundation, Inc.,, 1253 Memorandum of Law in Oppi Motion,, filed by Plaintiffs Executive Committees,, 172 Reply Memorandum of Law in Support of Motion, filed by I Institute of Islamic Thought,, 1562 RICO Statement filed by Continental Casualty Company,, 201 Reply Memorandu in Support of Motion filed by International Islamic Relief Organization(IIRO),, 1467 MOTION for Dean Arnold and Mintz to Withdraw as Attorney. filed by Sami Omar Al−Hussayen,, 575 Memorandum of Law in Oppisition to Motic Federal Insurance Company et al., Plaintiffs,, 357 Affidavit in Opposition to Motion filed by All Plaintiffs,, 1450 Me of Law in Support of Motion,, filed by M. Yaqub Mirza,, Ahmed Totonji,, M. Omar Ashraf,, Mohammed Jaghlit,, M Ashraf,, Taha Jaber Al−Alwani,, Iqbal Unus (Yunus),, 1098 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 5 Endorsed Letter,,, 503 Declaration in Opposition to Motion,, filed by Burnett Plaintiffs,, 1131 Clerk Certificate of Ma MOTION to Dismiss & Memorandum of Law in Support of Motion to Dismiss of the Saudi Joint Relief Committee. Saudi Joint Relief Committee,, 1525 Declaration in Opposition to Motion,, filed by Taha Jaber Al−Alwani,, 1090 RI Statement filed by Estate of John P.O'Neill, Sr.,, 997 Reply Memorandum of Law in Support of Motion,,, filed by Fe Insurance Company et al., Plaintiffs,, 1624 Order,,, 1470 Memorandum of Law in Support of Motion filed by Taha Ja Al−Alwani,, 1583 Stipulation and Order,, 1151 MOTION to Withdraw 499 MOTION to Dismiss Notice of Motion to 94 MOTION to Dismiss (Notice of Motion)., 254 Reply Memorandum of Law in Support of Motion,, 617 Reply Me of Law in Support of Motion. filed by DMI Administrative Services S.A.,, 1275 Notice (Other), Notice (Other) filed Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 156 Memorandum of Law in Oppisi Motion,,, filed by Burnett & Ashton Plaintiffs,, Barrera Plaintiffs,, Tremsky Plaintiffs,, Salvo Plaintiffs,, 1142 Notice Appearance filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 1630 Reply Memorandur Oppisition to Motion,,, filed by Federal Insurance Company et al., Plaintiffs,, 1498 Declaration in Support of Motion Estate of John P.O'Neill, Sr.,, 1141 RICO Statement filed by Continental Casualty Company,, 100 Memorandum of I Support of Motion filed by DMI Administrative Services S.A.,, 1317 RICO Statement filed by Federal Insurance Co al., Plaintiffs,, 987 RICO Statement, filed by Estate of John P.O'Neill, Sr.,, 1502 Memorandum of Law in Support of filed by Wamy International, Inc.,, World Assembly of Muslim Youth,, 943 Notice (Other) filed by Burnett Plaintiffs Memorandum of Law in Support,, filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation,, 299 MOTION to Dismi Yousef Jameel,, 1356 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 338 MOTION (FILED ON SERVICE D Justin B. Kaplan to Appear Pro Hac Vice. filed by Thomas E. Burnett, Sr., 649 MOTION (FILED ON SERVICE DA Thomas M. Melsheimer, Matthew E. Yarbrough, and John M. Helms to Appear Pro Hac Vice. filed by Khalid Sulain Al−Rajhi,, Sulaiman Bin Abdul Aziz Al Rajhi,, Saleh Abdul Aziz Al Rajhi,, Abdullah Salaiman Al−Rajhi,, Omar Su Al−Rajhi,, 337 Reply to Response to Motion filed by Jamal Barzinji,, 21 Notice of Appearance, filed by Shahir Abdu Batterjee,, Abdul Rahman Al Swailem,, Abdullah Omar Naseef,, Mohammed Ali Sayed Mushayt,, Abdulla Al Obaid Mohammed Badkook,, Red Crescent Saudi Committee,, Adnan Basha,, Safar Al−Hawali,, Saleh Al−Hussayen,, Abd Muhsen Al Turki,, Mushayt for Trading Company,, Sheik Hamad Al−Husaini,, 240 MOTION for Alan E. Untereiner Pro Hac Vice Notice of Motion. filed by Saudi High Commission,, 328 Reply Memorandum of Law in Support of M by Yassin Abdullah Al Kadi,, 1464 Memorandum of Law in Oppisition to Motion,, filed by Estate of John P.O'Neill, RICO Statement, filed by Federal Insurance Company et al., Plaintiffs,, 1112 Stipulation and Order,,,, 280 Memoranc in Oppisition to Motion filed by Burnett Plaintiffs,, 229 Endorsed Letter,, 274 Memorandum of Law in Oppisition to filed by Burnett Plaintiffs,, 1462 Memorandum of Law in Support of Motion,, filed by Wamy International, Inc.,, Wo Assembly of Muslim Youth,, 1507 Set Deadlines/Hearings, Order,,,,,,, 1411 MOTION to Dismiss Notice of Motion. Council on American−Islamic Relations (CAIR),, 1526 MOTION for Sanctions Pursuant to Rule 11. filed by Taha Ja Al−Alwani,, 825 Notice of Voluntary Dismissal − Signed,, 719 Order Admitting Attorney Pro Hac Vice,,,,,,,, 916 RI Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 409 Rule 7.1 Disclosure St filed by Saudi American Bank,, 433 Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, 1546 Case Manageme 848 MOTION to Dismiss. filed by Faisal Islamic Bank,, 795 Acknowledgment of Service Complaints, filed by Feder Insurance Company et al., Plaintiffs,, 1261 Affidavit of Service Complaints,,,,, filed by Federal Insurance Company e Plaintiffs,, 47 MOTION to Dismiss Certain Consolidated Complaints. filed by Sultan Bin Abdulaziz Al Saud,, 349 M Dismiss. filed by Mohammed Bin Abdulrahman Al Ariefy,, Faisal Group Holding Co.,, Alfaisaliah Group,, Addullah Abdulaziz Al Saud,, 1099 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 670 RICO Statement filed by Estate P.O'Neill, Sr.,, 782 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 123 Endorsed Letter,,, 1580 Affirmation i Opposition to Motion,, filed by Plaintiffs Executive Committees,, 75 Certificate of Service Other, filed by United Sta America,, 114 Clerk Certificate of Mailing,, 1331 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1183 MOTIC Dismiss. filed by Abdullah Muhsen Al Turki,, 658 Notice of Voluntary Dismissal − Signed,, 1427 Notice of Appeara Aradi, Inc.,, 149 Response to Motion, filed by Burnett Plaintiffs,, 393 RICO Statement filed by Federal Insurance Co al., Plaintiffs,, 709 Service by Publication, filed by All Plaintiffs,, 811 Stipulation and Order,,, 498 Memorandum of I Oppisition to Motion filed by Tarik Hamdi,, 437 Rule 7.1 Disclosure Statement filed by Federal Insurance Company Plaintiffs,, 1383 Memorandum of Law in Support of Motion, filed by Banca Del Gottardo,, 791 Order on Motion to I 523 Notice (Other) filed by Kathleen Ashton,, 192 Letter, filed by Abdul Rahman Khaled Bin Mahfouz,, 618 Endors 967 Response to Motion,,, filed by Mohammed Al Faisal Al Saud,, Sultan Bin Abdulaziz Al Saud,, Prince Turki Al F Saud,, The Kingdom of Saudi Arabia,, 1250 Memorandum of Law in Oppisition to Motion,, filed by Continental Cas Company,, 1225 Order, Set Deadlines/Hearings,,,,,,, 1173 RICO Statement filed by Continental Casualty Company,, Endorsed Letter,, 860 RICO Statement filed by Euro Brokers Inc., et al.,, 1055 Endorsed Letter,, 405 Memorandum o Oppisition to Motion, filed by Burnett Plaintiffs,, 1311 Reply Memorandum of Law in Support of Motion,, filed by M Ali Sayed Mushayt,, 1527 Memorandum of Law in Support of Motion filed by Taha Jaber Al−Alwani,, 1479 CONSI

MOTION for Extension of Time to File Answer To Federal Insurance Complaint. filed by International Islamic Relie
Organization(IIRO),, 573 Notice (Other) filed by Federal Insurance Company et al., Plaintiffs,, 1387 Declaration in S
filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation,, 902 MOTION to Dismiss of Mar−Jac Poultry, Inc.. filed by
Poultry, Inc.,, 1034 Declaration in Opposition to Motion,,,, filed by Plaintiffs Executive Committees,, 1332 Notice (C
by Estate of John P.O'Neill, Sr.,, 505 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 282
Memorandum of Law in Oppisition to Motion filed by Burnett Plaintiffs,, 714 Clerk Certificate of Mailing,, 985 Stip
Order, Set Motion and R&R Deadlines/Hearings,,, 824 Stipulation and Order,,, 62 Memo Endorsement,, 1508 Memo
Law in Oppisition to Motion,,, filed by Federal Insurance Company et al., Plaintiffs,, 576 Stipulation and Order,,,, 42
CONSENT MOTION for Extension of Time /Consent Motion and Stipulation as to Further Extension of Time. filed
Administrative Services S.A.,, Islamic Investment Company of the Gulf (Sharjah),, 1297 Notice (Other) filed by Bur
Plaintiffs,, 1148 Affidavit in Opposition to Motion,,, filed by Continental Casualty Company,, Cantor Fitzgerald & C
York Marine and General Insurance Company,, Kathleen Ashton,, Estate of John P.O'Neill, Sr.,, Burnett Plaintiffs,, F
Insurance Company et al., Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1487 Stip
Order,,,, 72 Order Admitting Attorney Pro Hac Vice,, 749 Clerk Certificate of Mailing,,,, 1159 RICO Statement filed
Continental Casualty Company,, 739 Stipulation and Order,,, 542 Stipulation and Order,, 79 Reply Memorandum of
Support,,,,, filed by Maryland Casualty Company,, Pacific Indemnity Company,, Vigilant Insurance Company,, Fede
Insurance Company,, Great Northern Insurance Company,, Fidelity And Deposit Company of Maryland,, North Rive
Company,, Northern Insurance Company of New York,, Zurich American Insurance Company,, American Zurich Ins
Company,, American Guarantee and Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Chubb Insu
Company of Canada,, Chubb Insurance Company of New Jersey,, United States Fire Insurance Company,, Steadfast
Company,, Assurance Company of America,, American Alternative Insurance Corporation,, One Beacon Insurance C
Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, One Beacon America Insurance Compa
Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Ins
Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster
Company,, The Princeton Excess & Surplus Lines Insurance Company,, 411 Reply Memorandum of Law in Support
filed by Salman Bin Abdulaziz Al Saud,, 1435 Reply Memorandum of Law in Support of Motion,,, filed by Asat Tru
Martin Watcher,, Erwin Watcher,, Sercor Treuhand Anstalt,, 1513 Memorandum of Law in Support of Motion,, filed
Mohammed Al Faisal Al Saud,, 894 Reply Memorandum of Law in Support of Motion,,, filed by Perouz Seda Ghaty
Haramain Islamic Foundation, Inc.,, 1333 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 39 Rule 7.1 Disclosu
Statement filed by National Commercial Bank,, 1628 Reply Memorandum of Law in Support of Motion,, filed by Al
Investment and Development Corporation,, Saleh Abdullah Kamel,, Dallah Al Baraka Group LLC,, 1194 Affidavit in
Motion,, filed by Talal Mohammed Badkook,, 516 Affirmation in Opposition to Motion, filed by Federal Insurance C
al., Plaintiffs,, 247 Case Management Plan,,,,,, 1197 Affidavit in Support of Motion, filed by Adnan Basha,, 1227 MC
Add Party(ies) Thomas E. Burnett, Sr., et al. Notice of Motion to Add Parties Pursuant to Federal Rule of Civil Proce
filed by Burnett Plaintiffs,, 431 Rule 7.1 Disclosure Statement filed by Federal Insurance Company et al., Plaintiffs,,
MOTION to Dismiss. MOTION to Dismiss for Lack of Jurisdiction. MOTION to Dismiss. MOTION to Dismiss for
Jurisdiction. filed by Dallah Al Baraka Group LLC,, 483 Notice of Appearance filed by John Patrick O'Neill, Jr., Esta
P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 45 Reply Memorandum of Law in Suppo
National Commercial Bank,, 1169 RICO Statement filed by Continental Casualty Company,, 1327 Notice (Other) fil
Federal Insurance Company et al., Plaintiffs,, 1074 Endorsed Letter,, 773 Stipulation and Order,,, 904 RICO Stateme
Federal Insurance Company et al., Plaintiffs,, 1274 Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, World
Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 258 Rule 7.1 Disclosure Statement filed by Saudi Economic
Development Company,, 269 Order on Motion to Appear Pro Hac Vice, 630 RICO Statement filed by Estate of John
Sr.,, 1402 MOTION to Dismiss. filed by Daral Maal Al Islami Trust,, 956 Memorandum of Law in Support of Motio
Dubai Islamic Bank,, 671 Endorsed Letter,, 108 MOTION to Dismiss. filed by Abdullah M. Al−Mahdi,, 1046 Memo
Law in Oppisition to Motion,,,, filed by Plaintiffs Executive Committees,, 533 Stipulation and Order,, 1325 RICO Sta
filed by Federal Insurance Company et al., Plaintiffs,, 655 MOTION to Dismiss the Consolidated Personal Injury Co
(Ashton, Burnett, Salvo, and Tremsky). filed by Perouz Seda Ghaty,, 1429 Answer to Complaint filed by Jamal Barzi
Stipulation and Order,, 90 Order Admitting Attorney Pro Hac Vice,, 1404 MOTION to Dismiss. filed by Daral Maal
Trust,, 1584 Stipulation and Order,, 564 Order Admitting Attorney Pro Hac Vice,, 1062 Reply Memorandum of Law
of Motion,, filed by Faisal Islamic Bank,, 1382 MOTION to Dismiss. filed by Banca Del Gottardo,, 1313 Notice (Oth
(Other) filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 1407 Endorsed Letter,, 734 N
Substitution of Attorney, filed by DMI Administrative Services S.A.,, 508 Endorsed Letter,, 218 Memorandum of La
Oppisition to Motion filed by Burnett Plaintiffs,, 835 MOTION to Dismiss. filed by Faisal Islamic Bank,, 1591 Mem
Law in Support of Motion, filed by Schreiber & Zindel,, Frank Zindel,, Engelbert Schreiber,, Engelbert Schreiber, Jr,
(Other) filed by Kathleen Ashton,, 1217 Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, 950 Notice (Other
World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 480 Notice of Appearance filed by Port Author
York & New Jersey,, Cantor Fitzgerald & Co.,, 1633 Reply Memorandum of Law in Support of Motion,, filed by Co
American−Islamic Relations (CAIR),, 1535 Answer to Amended Complaint, filed by International Islamic Relief
Organization(IIRO),, 1127 Clerk Certificate of Mailing,, 1039 Affirmation in Opposition to Motion,, filed by Plaintif
Executive Committees,, 1634 Certificate of Service Other,, filed by Council on American−Islamic Relations (CAIR),
Stipulation and Order,,, 646 Endorsed Letter,, 170 Reply Memorandum of Law in Support of Motion, filed by Nation
Commercial Bank,, 1354 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 785 Stipulation and Order,,, 961 RICC
filed by Estate of John P.O'Neill, Sr.,, 1209 Reply Memorandum of Law in Support of Motion,, filed by S.M. Tufail,,

& Zindel,, Frank Zindel,, Engelbert Schreiber,, Engelbert Schreiber, Jr, 1637 Notice of Appeal filed by All Plaintiffs, Affidavit in Support of Motion,, filed by Safar Al−Hawali,, 812 Endorsed Letter,,, 52 MOTION to Dismiss. filed by Abdullah Kamel,, Al Baraka Investment & Development Corp.,, 1410 Notice (Other) filed by Faisal Islamic Bank,, 1 (Other) filed by Estate of John P.O'Neill, Sr.,, 1423 Response in Support of Motion,, filed by Abdullah Omar Naseef, Memorandum of Law in Support, filed by DMI Administrative Services S.A.,, 44 Memorandum of Law in Support o filed by Saudi Binladin Group, Inc.,, 1395 Notice (Other) filed by Soliman H.S. Al−Buthe,, 260 Endorsed Letter,,,, 1 Affidavit in Support of Motion,, filed by Abdullah Omar Naseef,, 489 MOTION to Dismiss Notice of Motion to Dis by Islamic Investment Company of the Gulf (Sharjah),, 1561 MOTION to Strike Document No. 1426 NOTICE OF T FEDERAL PLAINTIFFS' MOTION TO STRIKE RENEWED MOTION TO DISMISS SAAR NETWORK DEFEN filed by Federal Insurance Company et al., Plaintiffs,, 778 RICO Statement, filed by World Trade Center Properties I 746 Stipulation and Order,, 635 MOTION for E. Michael Bradley to Withdraw as Attorney. filed by Bakr M Bin Lad M. Bin Laden,, Omar M. Bin Laden,, Khaled Bin Salim Bin Mahfouz,, Saudi Binladin Group, Inc.,, 1566 Declaration Opposition to Motion,,, filed by Estate of John P.O'Neill, Sr.,, 1341 Notice (Other) filed by Estate of John P.O'Neill, Notice of Appearance filed by Salman Bin Abdulaziz Al Saud,, 1 MDL Conditional Transfer In Order,,, 550 Stipulat Order of Dismissal,, 15 MOTION (FILED ON SERVICE DATE) for Michael K. Kellogg, Mark C. Hansen, David C Michael J. Guzman, and J.C. Rozendaal to Appear Pro Hac Vice. filed by Turki Al Faisal Al Saud,, 1101 MOTION t for Lack of Jurisdiction and Insufficient Service of Process. filed by Sercor Treuhand Anstalt,, 971 RICO Statement f Euro Brokers Inc., et al.,, 660 Stipulation and Order,, 1108 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 82 Statement filed by Estate of John P.O'Neill, Sr.,, 593 RICO Statement filed by Federal Insurance Company et al., Pla 1210 RICO Statement filed by New York Marine and General Insurance Company,, 1516 Memorandum of Law in S Motion,, filed by Saudi High Commission,, Salman Bin Abdulaziz Al Saud,, Naif Bin Abdulaziz Al Saud,, 415 MOT Dismiss Notice of Motion. filed by SNCB Corporate Finance Ltd.,, SNCB Securities Ltd. in London,, 1057 MOTION Dismiss for Lack of Jurisdiction or Failure to State a Claim. filed by Yousef Jameel,, 1181 Memorandum of Law in S Motion,, filed by Abdullah Bin Saleh Al−Obaid,, 1110 Stipulation and Order of Dismissal,, 1100 MOTION to Dismi of Jurisdiction and Insufficient Service of Process. filed by Asat Trust Reg.,, Martin Watcher,, Erwin Watcher,, 1623 Letter,,,, 1504 MOTION to Dismiss. filed by Abdullah Bin Laden,, 1059 Declaration in Support of Motion,, filed by Jameel,, 1448 Memorandum of Law in Support of Motion,, filed by Abdulrahman Bin Mahfouz,, 64 Memo Endorsem Endorsed Letter,,, 849 Memorandum of Law in Support of Motion filed by Faisal Islamic Bank,, 699 RICO Statemen Euro Brokers Inc., et al.,, 738 Stipulation and Order,,, 316 Memorandum of Law in Oppisition to Motion, filed by Fe Insurance Company et al., Plaintiffs,, 1185 Affidavit in Support of Motion,, filed by Abdullah Muhsen Al Turki,, 255 for Reconsideration of Non−Final Ruling Dismissing Claims Against Defendants Sultan Bin Abdulaziz Al−Saud and Al−Faisal Bin Abdulaziz Al−Saud. filed by Burnett Plaintiffs,, 1530 Reply Memorandum of Law in Support of Motio Taha Jaber Al−Alwani,, 1257 Affirmation in Opposition to Motion,,, filed by Federal Insurance Company et al., Plain Rule 7.1 Disclosure Statement filed by Saudi Binladin Group, Inc.,, 60 MOTION to Dismiss the Claims Against It in Fourth Amended Complaint. filed by International Institute of Islamic Thought,, 1620 Notice of Appeal filed by Fede Insurance Company et al., Plaintiffs,, 457 Notice (Other) filed by Soliman H.S. Al−Buthe,, 1405 Memorandum of La Support of Motion filed by Daral Maal Al Islami Trust,, 1465 Stipulation and Order of Dismissal,,, 695 RICO Statem Federal Insurance Company et al., Plaintiffs,, 168 Declaration filed by Burnett Plaintiffs,, 1241 MOTION to Dismiss Trade Center Properties and Euro Brokers actions. filed by DMI Administrative Services S.A.,, 1083 RICO Statemen Estate of John P.O'Neill, Sr.,, 1375 MOTION to Dismiss the Ashton action. filed by Daral Maal Al Islami Trust,, 118 Memorandum of Law in Support of Motion, filed by Safar Al−Hawali,, 698 RICO Statement, filed by Euro Brokers I 273 Affirmation in Opposition to Motion, filed by Burnett Plaintiffs,, 1611 Notice of Appeal filed by Federal Insuran Company et al., Plaintiffs,, 831 Stipulation and Order,, 434 Endorsed Letter,, 1294 Notice (Other) filed by Burnett Pl World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 362 Reply Memorandum of Law in Support of filed by Abdullah Bin Saleh Al Obaid,, 1575 Memorandum of Law in Oppisition to Motion,,, filed by Plaintiffs Exec Committees,, 228 Notice of Appearance filed by International Development Foundation,, Saudi Economic and Devel Company,, Mohammed Salim Bin Mahfouz,, 818 Memorandum of Law in Oppisition to Motion, filed by Continenta Company,, 776 MOTION for Stephanie W. Fell to Withdraw as Attorney. filed by Al Baraka Investment & Develop 1164 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 115 Response, filed by United States of 385 Affidavit of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 143 MOTION to Dismiss Amended Complaint. filed by Jamal Barzinji,, 285 Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, 414 Ru Disclosure Statement filed by SNCB Corporate Finance Ltd.,, SNCB Securities Ltd. in London,, 194 Notice of Appea by Alfaisaliah Group,, Addullah Al Faisal Abdulaziz Al Saud,, 1379 Notice (Other) filed by World Trade Center Pro LLC, et al.,, 395 Answer to Complaint filed by Perouz Seda Ghaty,, 1392 MOTION to Dismiss (corrected). filed by I Gottardo,, 353 MOTION to Dismiss Failure to State a Claim. MOTION to Dismiss for Lack of Jurisdiction Lack of S Matter Jurisdiction. MOTION to Dismiss Failure to State a Claim. MOTION to Dismiss for Lack of Jurisdiction Lack Matter Jurisdiction. filed by Saleh Abdullah Kamel,, Al Baraka Investment & Development Corp.,, 1565 Stipulation Set Deadlines,,,,, 1125 RICO Statement filed by World Trade Center Properties LLC, et al.,, 1010 Affidavit in Oppos Motion,,, filed by Federal Insurance Company,, Continental Casualty Company,, Cantor Fitzgerald & Co.,, New York and General Insurance Company,, Kathleen Ashton,, John Patrick O'Neill, Jr., Burnett Plaintiffs,, World Trade Cente LLC, et al.,, Euro Brokers Inc., et al.,, 1607 Reply Affidavit in Support,, filed by Ahmed Totonji,, Mohammed Jaghli Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena Corporation,, Reston Investments, Inc. Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc.,, York Foundation,, African Muslim Agency International Institute of Islamic Thought,, 1605 Notice of Appeal filed by Federal Insurance Company et al., Plaintif

Notice of Appearance filed by Naif Bin Abdulaziz Al Saud,, 18 MDL Transfer In,,, 934 Endorsed Letter, Set Schedul Deadlines,,,,, 96 MOTION to Dismiss for Lack of Jurisdiction the Third Amended Complaint (Burnett). filed by Abd Al Swailem,, 231 Memorandum & Opinion,,,, 257 Rule 7.1 Disclosure Statement filed by International Development Foundation,, 1105 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 727 MOTION to Dismiss. filed by Sami O Al−Hussayen,, 1018 Memorandum of Law in Support of Motion, filed by Khaled Bin Salim Bin Mahfouz,, 859 RICO filed by World Trade Center Properties LLC, et al.,, 401 Reply Memorandum of Law in Support of Motion, filed by N Abdulaziz Al Saud,, 1266 Stipulation and Order,, 207 Brief filed by Wa'el Hamza Jalaidan,, 1041 Memorandum of L Support of Motion, filed by Schreiber & Zindel,, Frank Zindel,, Engelbert Schreiber,, Engelbert Schreiber, Jr, 350 Mo of Law in Support of Motion filed by Mohammed Bin Abdulrahman Al Ariefy,, Faisal Group Holding Co.,, Alfaisali Abdullah Al Faisal Bin Abdulaziz AlSaud,, 999 Memorandum of Law in Oppisition to Motion, filed by Naif Bin Abd Saud,, Salman Bin Abdulaziz Al Saud,, 886 Notice of Voluntary Dismissal − Signed,, 1414 Response in Support of M filed by Sheik Hamad Al−Husaini,, 140 MOTION to Dismiss the Complaints. filed by Salman Bin Abdulaziz Al Sau MOTION to Dismiss. filed by Mar−Jac Poultry, Inc.,, 502 Memorandum of Law in Oppisition to Motion, filed by Bu Plaintiffs,, 323 Order,, 710 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 1299 Reply Memo Law in Support of Motion,, filed by Saleh Al−Hussayen,, 617 Reply Memorandum of Law in Support of Motion filed Administrative Services S.A.,, 906 RICO Statement filed by World Trade Center Properties LLC, et al.,, 1178 Memo Law in Support of Motion,, filed by Saleh Al−Hussayen,, 1480 CONSENT MOTION for Extension of Time to File A Ashton Complaint. filed by International Islamic Relief Organization(IIRO),, 1287 Notice (Other) filed by Burnett Pl World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1606 Reply Memorandum of Law in Support,,, Ahmed Totonji,, Mohammed Jaghlit,, Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, 494 Reply Memorandum of Law i of Motion, filed by International Islamic Relief Organization(IIRO),, 1020 Memorandum of Law in Oppisition to Mo filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 36 MOTION for More Definite Statem by Sami Omar Al−Hussayen,, 1298 Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, World Trade Center P LLC, et al.,, Euro Brokers Inc., et al.,, 318 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance et al., Plaintiffs,, 315 Memorandum of Law in Oppisition to Motion,, filed by Federal Insurance Company et al., Plain Reply Memorandum of Law in Support of Motion,, filed by Ibrahim Bin Abdulaziz Al Ibrahim,, 266 MOTION to Sta Proceedings. filed by Al Haramain Foundation,, Aqeel Al Aqeel,, 319 MOTION (FILED ON SERVICE DATE) for Dinh to Appear Pro Hac Vice. filed by Yousef Jameel,, 1029 Memorandum of Law in Oppisition to Motion,,, filed by PI Executive Committee,, 590 Reply Memorandum of Law in Support of Motion filed by Islamic Investment Compa Gulf (Sharjah),, 1051 Reply Memorandum of Law in Support of Motion,,, filed by Abdullah Salaiman Al−Rajhi,, 488 Letter,,,, 1063 Reply Memorandum of Law in Support of Motion,, filed by Faisal Islamic Bank,, 276 Memorandum o Oppisition to Motion,, filed by Burnett Plaintiffs,, 1441 Reply Memorandum of Law in Support of Motion filed by M Poultry, Inc.,, 1343 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 264 Reply Memorandum of Law in Support filed by Adel Abdul Batterjee,, 566 Notice (Other) filed by Federal Insurance Company et al., Plaintiffs,, 644 Stipula Order,, 1610 Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs,, 775 RICO Statement filed by Po Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 800 Acknowledgment of Service Complaints, filed Insurance Company et al., Plaintiffs,, 1120 RICO Statement, filed by Federal Insurance Company et al., Plaintiffs,, 2 MOTION for John Popilock to Withdraw as Attorney of record in Federal Insurance Company et al., v al Qaida et al. Vigilant Insurance Company et al, v The Kingdom of Saudi Arabia et al., 03cv8591; In re Terrorist Attack on Septem by Federal Insurance Company et al., Plaintiffs,, 23 Endorsed Letter,, 807 Memorandum of Law in Oppisition to Mot by Federal Insurance Company et al., Plaintiffs,, 1512 MOTION for Entry of Judgment under Rule 54(b). filed by Tu Faisal Al Saud,, Sultan Bin Abdulaziz Al Saud,, Naif Bin Abdulaziz Al Saud,, Saudi High Commission,, The Kingdo Arabia,, Salman Bin Abdulaziz Al Saud,, 1135 Order,,, 423 Reply Memorandum of Law in Support of Motion,, filed Yaqub Mirza,, Jamal Barzinji,, M. Omar Ashraf,, Muhammad Ashraf,, Taha Jaber Al−Alwani,, Grove Corporate, Inc Education Trust,, Mar−Jac Investments, Inc.,, Mena Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Cha Fund,, Sterling Management Group, Inc.,, York Foundation,, African Muslim Agency,, International Institute of Islan Thought,, Sana−Bell, Inc.,, Iqbal Unus (Yunus),, 843 Memorandum of Law in Support of Motion filed by Faisal Islan 982 Memorandum of Law in Oppisition to Motion, filed by Sultan Bin Abdulaziz Al Saud,, Naif Bin Abdulaziz Al S Affidavit of Service Complaints filed by Kathleen Ashton,, 949 RICO Statement filed by Federal Insurance Company Plaintiffs,, 1581 Stipulation and Order,,, 1420 Response in Support of Motion, filed by Adnan Basha,, 743 RICO Stat by World Trade Center Properties LLC, et al.,, 1221 RICO Statement filed by World Trade Center Properties LLC, e MOTION to Dismiss. filed by Rabita Trust,, 1439 Memorandum of Law in Support of Motion,, filed by Al Baraka In and Development Corporation,, Saleh Abdullah Kamel,, Dallah Al Baraka Group LLC,, 1598 Response filed by Inter Islamic Relief Organization(IIRO),, 109 MOTION to Dismiss. filed by Sulaiman Al−Ali,, 383 Affidavit of Service C filed by Federal Insurance Company et al., Plaintiffs,, 435 MOTION for Service by Publication. filed by All Plaintiff Status Report filed by Saudi American Bank,, Al Baraka Investment and Development Corporation,, Saleh Abdullah Rajhi Bank,, Arab Bank,, 1212 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Brokers Inc., et al.,, 927 Declaration in Support of Motion,, filed by Schreiber & Zindel,, Frank Zindel,, Engelbert Sc Engelbert Schreiber, Jr, 1573 Affirmation in Opposition to Motion,,, filed by Continental Casualty Company,, New Y and General Insurance Company,, Kathleen Ashton,, Federal Insurance Company et al., Plaintiffs,, 844 MOTION to filed by Faisal Islamic Bank,, 846 MOTION to Dismiss. filed by Faisal Islamic Bank,, 567 Notice (Other) filed by Fe Insurance Company et al., Plaintiffs,, 20 Memo Endorsement,,, 839 MOTION to Dismiss. filed by Faisal Islamic Bar

Declaration in Support of Motion filed by DMI Administrative Services S.A.,, 430 Notice (Other) filed by Federal In Company et al., Plaintiffs,, 29 Memo Endorsement,, 497 Memorandum of Law in Oppisition to Motion filed by Tarik 578 RICO Statement, filed by John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol Dorothy A. O'Neill,, 1060 Clerk Certificate of Mailing,,,,,,, 477 Memorandum of Law in Oppisition to Motion, filed Plaintiffs,, 540 Endorsed Letter,,, 61 Memo Endorsement, 613 Stipulation and Order,,, 686 Memorandum of Law in to Motion,, filed by Kathleen Ashton,, 924 RICO Statement filed by World Trade Center Properties LLC, et al.,, 288 and Order of Dismissal,, 1477 Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice Notice (Other) filed by Cantor Fitzgerald & Co.,, John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Burnett & A Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers In 1167 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 977 Notice (Other), Notice (Other), Notice (Other), Not filed by Burnett Plaintiffs,, 198 Notice of Appearance filed by Mohammed Bin Abdulrahman Al Ariefy,, Faisal Grou Co.,, Alfaisaliah Group,, Abdullah Al Faisal Bin Abdulaziz AlSaud,, 1473 Memorandum of Law in Support of Motic DMI Administrative Services S.A.,, 1047 Affidavit in Opposition to Motion,,,,, filed by Plaintiffs Executive Committ RICO Statement filed by Euro Brokers Inc., et al.,, 317 Notice (Other), Notice (Other) filed by Yousef Jameel,, 955 M Dismiss Complaints. filed by Dubai Islamic Bank,, 1555 RICO Statement filed by Federal Insurance Company et al., 981 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, Memorandum of Law in Oppisition to Motion,, filed by Estate of John P.O'Neill, Sr.,, 1350 Notice (Other) filed by E John P.O'Neill, Sr.,, 150 Memorandum of Law in Oppisition to Motion filed by Burnett Plaintiffs,, 390 Waiver of Se Executed filed by Federal Insurance Company et al., Plaintiffs,, 647 RICO Statement filed by Federal Insurance Com Plaintiffs,, 1153 RICO Statement filed by Euro Brokers Inc., et al.,, 92 Reply Memorandum of Law in Support of Mo by Al−Rajhi Banking & Investment Corp.,, 311 RICO Statement filed by Federal Insurance Company et al., Plaintiff Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1278 Notice (Other) filed by Burnett Plaintiffs,, World Trade C Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1459 Certificate of Service Other,, filed by Wamy International, Inc Assembly of Muslim Youth,, 1196 Memorandum of Law in Support of Motion, filed by Adnan Basha,, 1145 Affidav Service Complaints, filed by Estate of John P.O'Neill, Sr.,, 87 MOTION to Dismiss for Lack of Jurisdiction the Third Complaint (Burnett). filed by Abdullah Omar Naseef,, 1023 Transcript, 871 RICO Statement filed by Continental Ca Company,, 528 Endorsed Letter,, 1273 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LL Euro Brokers Inc., et al.,, 296 Reply Memorandum of Law in Support of Motion filed by Saudi American Bank,, 132 Statement filed by Federal Insurance Company et al., Plaintiffs,, 790 Stipulation and Order,, 1515 MOTION to Dism Complaints. filed by Saudi High Commission,, Salman Bin Abdulaziz Al Saud,, Naif Bin Abdulaziz Al Saud,, 1608 Appeal filed by Federal Insurance Company et al., Plaintiffs,, 913 Stipulation and Order of Dismissal,,, 810 Response Opposition to Motion,,, filed by Estate of John P.O'Neill, Sr.,, 1424 Response in Support of Motion,, filed by Saudi R Crescent,, 1456 MOTION to Dismiss Notice of Motion. filed by World Assembly of Muslim Youth,, 56 MOTION to 1182 Affidavit in Support of Motion,, filed by Abdullah Bin Saleh Al−Obaid,, 1490 RICO Statement filed by World Center Properties LLC, et al.,, 601 Notice of Appearance filed by Naif Bin Abdulaziz Al Saud,, 1269 Reply Affidavit of Motion,, filed by Sheik Hamad Al−Husaini,, 443 MOTION to Dismiss. filed by Abdurahman Alamoudi,, 1367 No filed by Burnett Plaintiffs,, 626 RICO Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzger 893 Notice (Other) filed by Soliman H.S. Al−Buthe,, 1270 Reply Memorandum of Law in Support of Motion,, filed b Red Crescent,, 1493 Declaration in Opposition to Motion,, filed by Estate of John P.O'Neill, Sr.,, 373 Order on Motic Appear Pro Hac Vice,, 1534 Answer to Amended Complaint, filed by Muslim World League,, 151 Memorandum of Oppisition to Motion, filed by Burnett Plaintiffs,, 1564 Memorandum of Law in Oppisition,, filed by Federal Insuran Company et al., Plaintiffs,, 312 Response in Opposition to Motion, filed by Federal Insurance Company et al., Plainti RICO Statement filed by Euro Brokers Inc., et al.,, 1437 Declaration in Support of Motion,,, filed by Asat Trust Reg. Watcher,, Erwin Watcher,, Sercor Treuhand Anstalt,, 138 Notice (Other) filed by Burnett Plaintiffs,, 367 MOTION to Portions of Federal Plaintiffs' Opposition Brief (Dkt. No. 315). filed by Grove Corporate, Inc.,, Heritage Education T Mar−Jac Investments, Inc.,, Mena Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund, Management Group, Inc.,, York Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, S Inc.,, 1445 Stipulation and Order,,,,,,,, 926 MOTION to Dismiss for Lack of Jurisdiction. filed by Schreiber & Zindel Zindel,, Engelbert Schreiber,, Engelbert Schreiber, Jr, 1076 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1 Deadlines,,,,,,,,,,,,,,,,,,, 336 Reply to Response to Motion filed by M. Omar Ashraf,, Muhammad Ashraf,, Taha Jaber Al−Alwani,, Iqbal Unus (Yunus),, M. Yaqub Mirza,, 802 RICO Statement filed by Continental Casualty Company,, of Voluntary Dismissal − Signed,, 1604 Notice of Appeal, 968 Stipulation and Order,,,, 49 MOTION to Dismiss and Memorandum of Law in Support of Motion to Dismiss and to Quash Service of Process of His Royal Highness Princ Al−Faisal bin Abdulaziz Al−Saud. filed by Turki Al Faisal Al Saud,, 1360 Notice (Other) filed by Estate of John P.O 1201 MOTION to Dismiss. filed by Mohammed Ali Sayed Mushayt,, 413 Rule 7.1 Disclosure Statement filed by Na Commercial Bank,, 1511 MOTION for Entry of Judgment under Rule 54(b) Notice of Motion of HRH Prince Mohar Faisal Al Saud for Entry of Judgment Pursuant to Federal Rule of Civil Procedure 54(b). filed by Mohammed Al Fais Saud,, 1397 MOTION to Dismiss. filed by Daral Maal Al Islami Trust,, 697 RICO Statement filed by Euro Brokers I 1113 Reply Memorandum of Law in Support of Motion,, filed by Soliman H.S. Al−Buthe,, 77 Order Admitting Attor Hac Vice,, 506 Affidavit in Opposition to Motion, filed by Burnett Plaintiffs,, 1190 Memorandum of Law in Support filed by Sheik Hamad Al−Husaini,, 37 Declaration in Support of Motion filed by Sami Omar Al−Hussayen,, 33 Mem Endorsement,, 119 Notice of Appearance filed by Sulaiman Al−Ali,, Abdullah M. Al−Mahdi,, Abdul Al−Moslah,, A Foundation,, Mohammed Jamal Khalifa,, Adel Abdul Batterjee,, Aqeel Al−Aqeel,, Saleh O. Badahdah,, 284 MOTIO

Subpoena Served on Citibank FSB and for a Protective Order. filed by Yassin Abdullah Al Kadi,, 851 Memorandum
Support of Motion filed by Faisal Islamic Bank,, 774 RICO Statement filed by Federal Insurance Company et al., Pla
1340 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 118 Notice of Appearance filed by Islamic Assembly of N
America,, 1514 Memorandum of Law in Support of Motion,,, filed by Sultan Bin Abdulaziz Al Saud,, Naif Bin Abdu
Saud,, Prince Turki Al Faisal Al Saud,, The Kingdom of Saudi Arabia,, Salman Bin Abdulaziz Al Saud,, 1218 RICO
filed by Euro Brokers Inc., et al.,, 73 Order Admitting Attorney Pro Hac Vice,, 1541 MOTION to Dismiss. filed by Ja
Barzini,, 1031 Declaration in Opposition to Motion,,,, filed by Plaintiffs PI Executive Committee,, 46 MOTION to D
the Defendant The National Commercial Bank. filed by National Commercial Bank,, 467 Stipulation and Order,, 146
Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Susan Brady,,
Donovan,, Carmen Garcia,, Hector Garcia,, John Does,, Maryland Casualty Company,, Pacific Indemnity Company,,
Authority of New York & New Jersey,, Dennis Quinn,, Kevin Quinn,, William D Robbins,, Vigilant Insurance Comp
Federal Insurance Company,, Valley Forge Insurance Company,, All Plaintiffs,, Allstate Insurance Company,, Great
Insurance Company,, National Fire Insurance Company of Hartford,, Continental Casualty Company,, Patricia Cougl
Rogers,, Fidelity And Deposit Company of Maryland,, Transcontinental Insurance Company,, Transportation Insuran
Company,, Andrew Quinn,, North River Insurance Company,, Northern Insurance Company of New York,, Edward J
Shirley Henderson,, Michael Puckett,, Mark Barbieri,, Seneca Insurance Company, Inc.,, Cantor Fitzgerald & Co.,, Z
American Insurance Company,, James Boyle,, American Zurich Insurance Company,, Diane Miller,, William Ellis, J
American Guarantee and Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Melvin C. Lewis,, Wil
Nelson,, David M. Bernstein,, Pedro Saleme,, Chubb Insurance Company of Canada,, Chubb Insurance Company of
Jersey,, Edward Walsh,, United States Fire Insurance Company,, Steadfast Insurance Company,, William Martin,, Co
Insurance Company,, Benjamin Arroyo,, Thomas Fletcher,, John Martin,, Assurance Company of America,, Glens Fa
Insurance Company,, American Alternative Insurance Corporation,, Brian Barry,, Dawn Brown,, American Casualty
of Reading, Pennsylvania,, One Beacon Insurance Company,, Commercial Insurance Company of Newark, N.J.,, Chu
Insurance Company,, Deena Burnett,, Kathleen Ashton,, Josephine Alger,, Angelica Allen,, George Andrucki,, Mary
Winifred Aranyos,, Margaret Arce,, Margit Arias,, Evelyn Aron,, Nancy Badagliacca,, Christina Baksh,, Joanne Barb
F. Barkow,, Nina Barnes,, Jeannine P. Baron,, Jane Bartels,, Kimberly Kaipaka Beaven,, Michelle Bedigan,, Susan B
Madeline Bergin,, Miriam M. Biegeleisen,, Christine Bini,, Neil B. Blass,, Kris A. Blood,, Dorothy Ann Bogdan,, Ma
Boisseau,, Kathleen Box,, David Brace,, Curtis Fred Brewer,, Hillary A. Briley,, Ursula Broghammer,, JoAnne Brueh
B. Bruno,, Susan E. Buhse,, Elizabeth R. Burns,, James C. Cahill,, James W. Cahill,, Kathleen Cahill,, Deborah Cald
Calia,, Jacqueline Cannizzaro,, Cathy A. Carilli,, Toni Ann Carroll,, Judith Casoria,, Tracy Ann Taback Catalano,, Sa
Catarelli,, Gina Cayne,, Suk Tan Chin,, Catherine T. Regenhard,, Edward P. Ciafardini,, Lisa DiLallo Clark,, Yuko C
Maryann Colin,, Julia Collins,, Patricia Coppo,, Edith Cruz,, Ildefonso A. Cua,, Linda Curia,, David Edward Cushing
D'Antonio,, Beril Sofia DeFeo,, Vincent J. Della Bella,, Todd DeVito,, Milagros Diaz,, Dhanmatee Sam,, Maria DiPi
Stacey Fran Dolan,, Rosalie Downey,, Jay Charles Dunne,, Stanley Eckna,, Denise Esposito,, Dennis Euleau,, Marya
Clifford Tempesta,, Dorothy Tempesta,, Melissa Van Ness Fatha,, Steven Feidelberg,, Wendy Feinberg,, Charlene Fi
Flannery,, Robert T. Folger,, Kurt Foster,, Claudia Flyzik,, Nancy Walsh,, Carol Francolini,, Helen Friedlander,, Lisa
Anne Gabriel,, Walter Tremsky,, Eileen F. Colligan,, Paul Quinn,, Monica M. Gabrielle,, Kathleen Ganci,, Elizabeth
Diane Genco,, Philip Germain,, Carol Gies,, John J. Gill,, Serina Gillis,, Angela Gitto,, Meg Bloom Glasser,, Sharon
Cobb−Glenn,, Jodie Goldberg,, Mia Gonzalez,, Deborah Grazioso,, Claudette Greene,, Peter Greenleaf,, Joanne Gros
Haag,, Gordon G. Haberman,, Patricia Han,, Renne Bacotti Hannafin,, Dorothy Garcia,, Benhardt R. Wainio,, Perry S
Basmattie Bishundat,, Rachel R. Harrell,, Sheila Gail Harris,, Jennifer L. Harvey,, Kelly Hayes,, Virginia Hayes,, Th
Healey,, Hashim A. Henderson,, Karen Hinds,, Dennis L. Hobbs,, Dixie M. Hobbs,, Pamela Hohlweck,, Kathleen Ho
Rubina Cox−Holloway,, Joann T. Howard,, Bridget Hunter,, Kathryn J. Hussa,, Yesenia Ielpi,, Frederick Irby,, Jenni
Jacobs,, Kazmierz Jakubiak,, Leila M. Joseph,, Woodly Joseph,, Paul Kaufman,, Elizabeth H. Keller,, Patricia Kellett
Kelly,, Rosemary Kempton,, Donald Francis Kennedy,, Richard I. Klein,, Fran LaForte,, Edlene C. LaFrance,, Collet
LaFuente,, Morris D. Lamonsoff,, Andrea N. LeBlanc,, Donald Leistman,, Elaine Leinung,, Roberta J. Levine,, Kathl
Lozier,, Anne MacFarlane,, Lisanne MacKenzie,, Andrea Maffeo,, Pamela Ann Maggitti,, Natalie Makshanov,, Rebe
Marchand,, Lori Mascali,, Dorothy Mauro,, Meryl Mayo,, Margaret Donoghue McGinley,, Iliana McGinnis,, Cynthia
McGinty,, Theresa McGovern,, Patricia H. McDowell,, Joann Meehan,, Fryderyk Milewski,, Anna Milewski,, Ambe
Jamie Miller,, Faith Miller,, Barbara Minervino,, Joanne Modafferi,, Anna Mojica,, Saradha Moorthy,, Elizabeth Ann
Emily Motroni,, Lauren Murphy,, Elvira P. Murphy,, Richard B. Naiman,, Edward Navarro,, Dana Noonan,, William
Novotny,, James Wallace O'Grady,, Sheryl J. Oliver,, Lisa Palazzo,, Donna Paolillo,, Helene S. Passaro,, Mary Gola
Linda Pickford,, Nancy Picone,, Jean Oslyn Powell,, Karen Princiotta,, Dominic J. Puopolo, Sr., Patricia Quigley,, Fr
Raggio,, Deborah Francke,, Maryann Rand,, Sadiq Rasool,, Susan Rasweiler,, Albert T. Regenhard,, Elizabeth Rego,
Rosenbaum,, Glenna M. Rosenburg,, Jill Rosenblum,, Lauren Rosenzweig,, Claudia Ruggiere,, Gilbert Ruiz, Jr., And
Diane Ryan,, Delphine Saada,, Barbara Scaramuzzino,, Phyllis Schreier,, Lori Shulman,, Eileen Simon,, Dhanraj Sing
Siskopoulos,, Donna Smith,, Barbara Sohan,, Robert Spadafora,, Laurie Spampinato,, Theresa A. Stack,, Eileen Tallo
Tarasiewicz,, Evelyn Tepedino,, Raj Thackurdeen,, Sat Thackurdeen,, Rosanna Thompson,, Andrija Tomasevic,, Rad
Tomasevic,, Kimberly Trimingham−Aiken,, Marie Twomey,, Victor Ugolyn,, Feliciana Umanzor,, Virginia Lorene F
Valvo,, Jasmine Victoria,, Richard Villa,, Lucy Virgilio,, Diane Wall,, Diane M. Walsh,, Amy Weaver,, Delia Welty,
Galusha−Wild,, Patricia Wiswall,, Anne M. Wodensheck,, Cella Woo−Yeun,, Siew−Som Yeow,, Erica Zucker,, Nan
Zuckerman,, Aldo Addissi,, Edward Arancio,, Kathleen M. Arancio,, Leonard Ardizzone,, Barbara Ardizzone,, Thom
Joseph Beltrani,, Andrew Braun,, James Cizikie,, Thomas Conroy, Jr., Gibson A. Craig,, Bradley Daly,, Robert D'Eli
Donnelly,, Charles Downey,, Joseph R. Downey,, Timothy L. Frolich,, Irene Frolich,, Steven M. Gillespie,, Joseph H

Hassett,, James D. Hodges,, Netta Issacof,, John F. Jermyn,, Arnold Lederman,, Phyllis Lederman,, Michael J. Lindy
Amrita Mahabir,, Kevin McArdle,, James McGetrick,, Owen McGovern,, Kevin G. Murphy,, Janice O'Dell,, Timothy
Howard Rice,, Louis Schaefer,, Scott Schrimpe,, Scott Ting,, George Luis Torres,, Robert V. Trivingo,, Russell Vom
J. Zeiss,, Virginia Bauer,, Linda E. Thorpe,, Gladys Salvo,, Harry Ong, Jr., William O'Connor,, Jennifer E. Brady,, A
Jeanne M. Evans,, Vice Rose Arestegui,, Lori Fletcher,, Traci Bosco,, Mathilda Geidel,, Regan Grice−Vega,, Elinore
Veronica Klares,, Jerline Lewis,, Michael Deloughery,, Bettyann Martineau,, Virginia McKeon,, Olga Merino,, Warr
Monroe,, Amy Farnum,, Kevin Mount,, Armine Giorgetti,, Charles Schmidt,, Colleen Holohan,, Roberta Kellerman,,
Lauterbach,, Ingrid M. Lenihan,, Jeffrey Lovit,, Merrilly E. Noeth,, Janlyn Scauso,, Nancy Shea,, Holli Silver,, Robin
Theurkauf,, Joseph A. Tiesi,, Anthony Vincelli,, Lena Whittaker,, Madeleine A. Zuccala,, Andrezej Cieslik,, Domeni
Damiano,, Warren Hayes,, Evelyn Rodriguez,, Armando Bardales,, Yvonne V. Abdool,, Josephine Acquaviva,, Kara
Jean Adams,, Jessica Murrow−Adams,, Stephen Alderman,, Elizabeth Alderman,, Karium Ali,, Michael J. Allen,, Le
Alvarez,, Jocelyne Ambroise,, Thomas Arias,, Cynthia Arnold,, Philipson Azenabor,, John P. Baeszler,, Kim Barbaro
J. Meehan, III, Daryl Joseph Meehan,, Edmund Barry,, Gila Barzvi,, Boris Bililovsky,, Suzanne J. Berger,, Robert J.
Joanne F. Betterly,, John Bonomo,, Krystyna Boryczewski,, Michele Boryczewski,, Julia Boryczewski,, Desiree A.
Gerasimovich,, Kathleen M. Buckley,, Javier Burgos,, Chubb Indemnity Insurance Company,, Prakash Bhatt,, Willia
Sr., Camille Doyle,, Maureen Kelly,, Chiemi York,, Robert Keane,, One Beacon America Insurance Company,, Hous
Lazaar,, Co−Conspirators,, Jennifer Tarantino,, H. Michael Keden,, Nancy Ann Foster,, Beverly Burnett,, Mary Marg
Jurgens,, Martha Burnett O'Brien,, William Doyle,, Doreen Lutter,, Christine R. Huhn,, Lynn B. Pescherine,, Boston
Insurance Company,, Paul R. Martin,, Rachel W. Goodrich,, Ernesto Barrera,, Gregory Stevens,, Sharlene M. Beckw
A. Reed,, Benito Colon,, Victoria Higley,, Marion Knox,, Laura J. Lassman,, Philip Lee,, Mei Jy Lee,, John Lewis,, J
Mercado,, Linda Pascuma,, Sean Passananti,, Helen Pfeifer,, Daniel Polatsch,, Theresa Regan,, Armand Reo,, Alexan
Santoro,, Maureen Santoro,, Narasimha Sattaluri,, Wen Shi,, Cynthia Tumulty,, Yun Yu Zheng,, David Ziminski,, Ro
Bermingham,, Mark Bernheimer,, Donald DiDomenico,, Michael Endrizzi,, Mark Goldwasser,, Ron Harding,, Jerem
Harney,, Peter Ioveno,, Jurgiel Kazimierz,, Raymond Lachhman,, George Lantay,, Joyce Leigh,, Vincent LeVien,, Je
Jerzy Mrozek,, Carmen Romero,, Christine Sakoutis,, Kemraj Singh,, Gary Wendell,, Colonial American Casualty an
Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Ins
Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, The Princeton Ex
Surplus Lines Insurance Company,, Jane Alderman,, Stephen Jezycki,, Catherine Jezycki,, Michael Jezycki,, Jennifer
Richard D. Allen,, Luke C. Allen,, Judith M. Aiken,, Lauren Arias Lucchini,, Lorraine Arias Beliveau,, Tara Bane,, A
Granville,, Nicholas Barbaro,, Carol Barbaro,, Kevin W. Barry,, Maureen Barry,, Emma Tisnovskiy,, Leonid Tisnovs
Rostyslav Tisnovskiy,, Frances Berdan,, John Benedetto,, Rina Rabinowitz,, Maria Giordano,, Ondina Bennett,, Mur
Bernstein,, Norma Bernstein,, Irene Bilcher,, Lillian Bini,, Rosemarie Corvino,, Bhola P. Bishundat,, Miles Bilcher,,
Bonomo,, Sharon Booker,, Rose Booker,, Michael Boryczewski,, John C. Buckley,, Jane M. Smithwick,, Fiona Havl
Thomas Burnett,, National Ben Franklin Insurance Company of Illinois,, Alexander Paul Aranyos,, Michael Girdano,
Steiner,, Clara Chirchirillo,, Ellen L. Saracini,, TheresaAnn Lostrangio,, Thomas E. Burnett, Sr., Judith Reiss,, Willia
Patricia J. Perry,, Matthew T. Sellitto,, Ralph Maerz, Jr., Linda Panik,, Martin Panik,, Martina Lyne−Ann Panik,, Ste
Cartledge,, Tina Grazioso,, Jin Liu,, Lynn Allen,, Helene Parisi−Gnazzo,, Ann R. Haynes,, John Patrick O'Neill, Jr.,
King,, Judi A. Ross,, Fiona Havlish,, Grace M. Parkinson−Godshalk,,, Loisanne Diehl,, Alfred Acquaviva,, James Al
Andrew Aris,, Donald Aris,, Madelyn Conroy Allen,, George Bonomo,, Estate of John P.O'Neill, Sr.,, Burnett Plainti
Frederick Alger,, Hiscox Dedicated Corporate Member, Ltd.,, Michael J. Novotny,, Christine Irene O'Neill,, Carol O'
Dorothy A. O'Neill,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Continental Insurance Company of Ne
Fidelity and Casualty Company of New York,, Joann Meehan,, Burnett & Ashton Plaintiffs,, Barrera Plaintiffs,, Tren
Plaintiffs,, Salvo Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, Saad Bin Laden,, World Trade Center Prop
et al.,, Euro Brokers Inc., et al.,, Plaintiffs PI Executive Committee,, Plaintiffs Executive Committees,, Havlish Plaint
RICO Statement filed by Euro Brokers Inc., et al.,, 1408 Stipulation and Order, Set Deadlines/Hearings,,,,, 1587 Decl
Support of Motion filed by Taha Jaber Al−Alwani,, 1184 Memorandum of Law in Support of Motion,, filed by Abdu
Muhsen Al Turki,, 1614 MOTION to Dismiss. filed by Al Shamal Islamic Bank,, 1364 Notice (Other) filed by Estate
P.O'Neill, Sr.,, 636 Endorsed Letter,,,,,, 230 Order on Motion to Dismiss,, 1510 Stipulation and Order,,,, 597 RICO S
filed by Estate of John P.O'Neill, Sr.,, 1309 Reply Memorandum of Law in Support of Motion,, filed by Shahir Abdu
Batterjee,, 633 MOTION to Dismiss Voluntarily Dismiss Certain Defendants. filed by Salvo Plaintiffs,, 1319 RICO S
filed by Federal Insurance Company et al., Plaintiffs,, 1240 Memorandum of Law in Support filed by DMI Administr
Services S.A.,, 1072 Endorsed Letter,, 4 MDL Transfer In,, 1452 Memorandum of Law in Support of Motion,, filed b
M. Bin Laden,, 1384 MOTION for David P. Donovan to Withdraw as Attorney. filed by Mohammed Al Faisal Al Sa
Notice of Appearance filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 892 MOTION
filed by Soliman H.S. Al−Buthe,, 1492 Declaration in Opposition to Motion,, filed by Estate of John P.O'Neill, Sr.,, 9
Memorandum of Law in Support of Motion,, filed by Federal Insurance Company et al., Plaintiffs,, 568 Notice (Othe
Federal Insurance Company et al., Plaintiffs,, 1048 Declaration in Opposition to Motion,,,, filed by Plaintiffs Executi
Committees,, 41 MOTION to Dismiss Memorandum of Law in Support of Motion to Dismiss The Fourth Amended
Consolidated Master Complaint in Ashton et al. v. Al Qaeda Islamic, et al.. filed by Mohammed Al Faisal Al Saud,, 2
(Other) filed by Burnett Plaintiffs,, 730 Memorandum of Law in Support of Motion filed by Sami Omar Al−Hussaye
MOTION (FILED ON SERVICE DATE) for Thomas P. Steindler to Appear Pro Hac Vice. filed by Yassin Abdullah
Yousef Jameel,, 1249 Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Executive Committees,, 122
in Support,, filed by Federal Insurance Company et al., Plaintiffs,, 1019 Memorandum of Law in Support of Motion,
Khaled Bin Salim Bin Mahfouz,, 94 MOTION to Dismiss (Notice of Motion). filed by DMI Administrative Services

Declaration in Support of Motion,, filed by Schreiber & Zindel,, Frank Zindel,, Engelbert Schreiber,, Engelbert Schre
998 Stipulation and Order,, 354 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 475 Affirmat
Opposition to Motion, filed by Burnett Plaintiffs,, 1186 MOTION to Dismiss. filed by Safar Al−Hawali,, 141 Memor
Law in Support of Motion, filed by Salman Bin Abdulaziz Al Saud,, 161 MOTION to Dismiss First Amended Comp
Federal Insurance. filed by Arab Bank,, 965 Stipulation and Order,, 17 Order on Motion to Appear Pro Hac Vice,, 55
Memorandum of Law in Support of Motion,, filed by National Commercial Bank,, 728 Memorandum of Law in Supp
Motion filed by Sami Omar Al−Hussayen,, 1489 RICO Statement filed by Euro Brokers Inc., et al.,, 1220 RICO Stat
by World Trade Center Properties LLC, et al.,, 322 Stipulation and Order,,, 406 Reply Memorandum of Law in Supp
Motion, filed by Burnett Plaintiffs,, 471 Memorandum of Law in Oppisition to Motion,, filed by Federal Insurance C
al., Plaintiffs,, 687 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 895 Reply Memorandu
in Support of Motion,,, filed by Perouz Seda Ghaty,, Al Haramain Islamic Foundation, Inc.,, 97 MOTION to Dismiss
Jurisdiction the Third Amended Complaint (Burnett). filed by Mohammed Ali Sayed Mushayt,, 1050 Memorandum o
Oppisition to Motion filed by New York Marine and General Insurance Company,, 1177 MOTION to Dismiss. filed
Al−Hussayen,, 432 Notice (Other) filed by Burnett Plaintiffs,, 932 Stipulation and Order,,,,, 940 Notice of Appearanc
Martin Watcher,, Erwin Watcher,, 764 Clerk Certificate of Mailing,,,, 1130 Clerk Certificate of Mailing,, 657 MOTIO
Dismiss the Consolidated Property Damage and Insurance Complaints (Continental Casualty, Euro Brokers, Federal
NY Marine, and World Trade Center Properties). filed by Perouz Seda Ghaty,, 796 Acknowledgment of Service Con
filed by Federal Insurance Company et al., Plaintiffs,, 3 MDL Transfer In,, 515 Memorandum of Law in Oppisition to
filed by Federal Insurance Company et al., Plaintiffs,, 815 RICO Statement, filed by Federal Insurance Company et a
Plaintiffs,, 1281 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, 144 Endorsed
175 Reply Memorandum of Law in Support of Motion, filed by Sultan Bin Abdulaziz Al Saud,, 1286 Notice (Other),
(Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1547 Case
Management Plan,,,,,, 456 Affidavit in Opposition to Motion filed by Kathleen Ashton,, 1079 RICO Statement filed
John P.O'Neill, Sr.,, 30 Memo Endorsement,,,,, 988 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1226 Not
Notice (Other) filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 538 Stipulation and Or
Dismissal,,, 1349 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 557 Declaration in Support of Motion,, filed b
Abdullah Kadi,, 745 Affirmation in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 602
(Other), Notice (Other) filed by Burnett Plaintiffs,, 531 Reply Memorandum of Law in Support of Motion filed by Sa
Al−Hussayen,, 501 Reply Memorandum of Law in Support of Motion, filed by The Kingdom of Saudi Arabia,, 641 E
Letter,,,, 476 Memorandum of Law in Oppisition to Motion,, filed by Federal Insurance Company et al., Plaintiffs,, 7
Certificate of Mailing Received,,,,,,,,,, 983 Amended Complaint,, filed by John Patrick O'Neill, Jr., Christine Irene O
Carol O'Neill,, Dorothy A. O'Neill,, 667 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1004 Stipulation and
275 Memorandum of Law in Oppisition to Motion filed by Burnett Plaintiffs,, 340 Declaration in Support of Motion
Sami Omar Al−Hussayen,, 368 MOTION to Strike Portions of Federal Plaintiffs' Opposition Briefs (Dkt. Nos. 290, 2
by M. Yaqub Mirza,, Iqbal Yunus,, Jamal Barzinji,, M. Omar Ashraf,, Muhammad Ashraf,, Taha Jaber Al−Alwani,, 4
Memorandum of Law in Support of Motion filed by Saudi High Commission,, 1391 Order on Motion to Dismiss,, 84
Memorandum of Law in Support of Motion filed by Faisal Islamic Bank,, 525 Stipulation and Order,, 107 MOTION
filed by Abdul Al−Moslah,, 19 Memo Endorsement,, 1457 Declaration in Support of Motion,, filed by Wamy Interna
Inc.,, World Assembly of Muslim Youth,, 359 MOTION to Dismiss for Lack of Jurisdiction Lack of Personal Jurisdi
by Wael Jalaidan,, 1518 Declaration in Opposition to Motion,, filed by Estate of John P.O'Neill, Sr.,, 1081 RICO Stat
by Estate of John P.O'Neill, Sr.,, 806 Stipulation and Order,, 1143 Endorsed Letter,,,,, 1599 Response filed by Wa'el
1426 Notice (Other), Notice (Other) filed by Ahmed Totonji,, Mohammed Jaghlit,, Grove Corporate, Inc.,, Heritage
Trust,, Mar−Jac Investments, Inc.,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Ma
Group, Inc.,, York Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, Mena Investme
Memo Endorsement,, 490 Memorandum of Law in Support of Motion filed by Islamic Investment Company of the G
(Sharjah),, Cashiers Remark, 1544 Reply Memorandum of Law in Support of Motion,,, filed by Estate of John P.O'N
416 MOTION to Dismiss Notice of Motion to Dismiss. filed by National Commercial Bank,, 1344 Notice (Other), N
(Other) filed by Estate of John P.O'Neill, Sr.,, 685 Stipulation and Order,, 1476 Order,, 972 Memorandum of Law in
to Motion,, filed by Al Rajhi Bank,, 83 MOTION to Dismiss for Lack of Jurisdiction the Third Amended Complaint
filed by Saleh Al−Hussayen,, 534 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 1262 MOT
Dismiss the Federal Insurance action. filed by DMI Administrative Services S.A.,, 263 MOTION for Leave to File M
Leave to File Reply Out of Time Defendants' Reply Briefs. filed by Sulaiman Al−Ali,, Al Haramain Foundation,, Mo
Jamal Khalifa,, Adel Abdul Batterjee,, Aqeel Al−Aqeel,, Islamic Assembly of North America,, 552 Stipulation and C
Dismissal,, 645 Stipulation and Order,,,, 611 Stipulation and Order,,, 539 Stipulation and Order,, 829 Stipulation and
Order,, 1213 MOTION to Dismiss the Cantor Fitzgerald action. filed by DMI Administrative Services S.A.,, 1163 No
Appearance filed by Banca Del Gottardo,, 582 RICO Statement, filed by John Patrick O'Neill, Jr., Estate of John P.O
Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 610 Stipulation and Order,,, 923 RICO Statement filed b
Trade Center Properties LLC, et al.,, 579 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 127
(Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 66 Notice o
Dismissal − Signed,,, 693 Endorsed Letter,, 914 Stipulation and Order,,, 470 Order Admitting Attorney Pro Hac Vice
Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 903 Memorandum of Law in Support of Motion filed by Mar−J
Inc.,, 1363 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 241 MOTION for Roy T. Englert, Jr. to Appear Pro
filed by Saudi High Commission,, 1061 Reply Memorandum of Law in Support of Motion,, filed by Faisal Islamic B
Endorsed Letter,, 1199 Memorandum of Law in Support of Motion,, filed by Shahir Abdulraoof Batterjee,, 1144 End

Letter,,,, 1572 Memorandum of Law in Oppisition to Motion,,, filed by Continental Casualty Company,, New York M General Insurance Company,, Kathleen Ashton,, Federal Insurance Company et al., Plaintiffs,, 1245 Memorandum o Oppisition to Motion,, filed by Plaintiffs Executive Committees,, 826 Order on Motion to Appear Pro Hac Vice,, 142 in Support of Motion,, filed by Mohammed Ali Sayed Mushayt,, Mushayt for Trading Company,, 837 MOTION to D filed by Faisal Islamic Bank,, 922 Notice (Other) filed by Euro Brokers Inc., et al.,, 1005 Memorandum of Law in Op Motion,,, filed by Federal Insurance Company,, Continental Casualty Company,, Cantor Fitzgerald & Co.,, New York and General Insurance Company,, Kathleen Ashton,, John Patrick O'Neill, Jr., Burnett Plaintiffs,, World Trade Cente LLC, et al.,, Euro Brokers Inc., et al.,, 867 MOTION to Dismiss Abdullah Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Abdullah Al Rajhi. MOTION to Dismiss Abdullah Al Rajhi. MOTION to Dismiss for Lack of Jurisdictio Al Rajhi. MOTION to Dismiss Abdullah Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Abdullah Al Rajhi. Abdullah Salaiman Al−Rajhi,, 59 Rule 7.1 Disclosure Statement filed by Al Rajhi Banking and Investment,, 452 Ord Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Executive Committees,, 529 Endorsed Letter,,, 153 Memorandum of Law in Oppisition to Motion filed by Burnett Plaintiffs,, 233 Memorandum of Law in Oppisition to filed by Kathleen Ashton,, 1134 Clerk Certificate of Mailing,, 84 MOTION to Dismiss for Lack of Jurisdiction the Th Amended Complaint (Burnett). filed by Sheik Salman Al−Oawdah,, 1346 Notice (Other) filed by Estate of John P.O' 482 Notice of Appearance filed by John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Christine Irene O'Neill,, Ca O'Neill,, Dorothy A. O'Neill,, 1114 Response in Opposition to Motion,, filed by Estate of John P.O'Neill, Sr.,, 672 En Letter,, 1195 MOTION to Dismiss. filed by Adnan Basha,, 804 Memorandum of Law in Support of Motion, filed by Mohammed Hussein Al Amoudi,, 1442 Endorsed Letter,, 1154 RICO Statement filed by World Trade Center Propert al.,, 412 Endorsed Letter,,,, 190 Memorandum & Opinion,, 295 MOTION to Dismiss or in the Alternative for a More Statement. filed by Yassin Abdullah Al Kadi,, 1571 Memorandum of Law in Oppisition to Motion,, filed by Contine Casualty Company,, New York Marine and General Insurance Company,, Burnett & Ashton Plaintiffs,, World Trade Properties LLC, et al.,, Euro Brokers Inc., et al.,, 681 Stipulation and Order,, 1267 Reply Memorandum of Law in Su Motion,, filed by Khaled Bin Salim Bin Mahfouz,, 676 Notice (Other), Notice (Other) filed by Federal Insurance Co al., Plaintiffs,, 1069 Stipulation and Order,,, 387 Affidavit of Service Complaints filed by Federal Insurance Compan Plaintiffs,, 408 Notice (Other) filed by Burnett Plaintiffs,, 1054 Reply Memorandum of Law in Support of Motion,,, f Suleiman Abdel Aziz Al Rajhi,, Sulaiman Bin Abdul Aziz Al Rajhi,, Suleiman Abdel Aziz Al Rajhi,, 970 RICO Stat by World Trade Center Properties LLC, et al.,, 24 Endorsed Letter,, 355 RICO Statement filed by Federal Insurance C al., Plaintiffs,, 725 MOTION to Dismiss. filed by Sami Omar Al−Hussayen,, 740 Stipulation and Order,, 1589 SUPPLEMENTAL MOTION to Dismiss Pursuant to CMO No. 4. filed by Abdullah Bin Saleh Al Obaid,, Shahir Ab Batterjee,, Abdul Rahman Al Swailem,, Abdullah Omar Naseef,, Mohammed Ali Sayed Mushayt,, Talal Mohammed Adnan Basha,, Saudi Red Crescent,, Salman Al−Ouda,, Safar Al−Hawali,, Saleh Al−Hussayen,, Abdullah Muhsen A Mushayt for Trading Company,, Sheik Hamad Al−Husaini,, 620 Amended Complaint,,,,,,,, filed by John Patrick O'N Estate of John P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 857 RICO Statement filed York Marine and General Insurance Company,, 1618 Notice of Appeal,, 310 RICO Statement filed by Federal Insura Company et al., Plaintiffs,, 208 Notice (Other) filed by Burnett Plaintiffs,, 1096 RICO Statement filed by Estate of Jo P.O'Neill, Sr.,, 13 MOTION (FILED ON SERVICE DATE) to Dismiss. filed by Yeslam Binladin,, 969 RICO Statem Federal Insurance Company et al., Plaintiffs,, 448 Affidavit in Opposition to Motion, filed by Burnett Plaintiffs,, 104 Stipulation and Order,,, 48 MOTION to Dismiss Memorandum in Support of Motion to Dismiss Certain Consolidate Complaints. filed by Sultan Bin Abdulaziz Al Saud,, 68 Memo Endorsement,, 588 Declaration in Support of Motion, Yousef Jameel,, 663 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1252 Memorandum of Law in Oppisitio Motion,, filed by Plaintiffs Executive Committees,, 1328 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1523 Memorandum of Law in Support of Motion,,,, filed by M. Yaqub Mirza,, Saar Foundation,, Ahmed Totonji,, Hisham Iqbal Yunus,, Jamal Barzinji,, M. Omar Ashraf,, Mohammed Jaghlit,, Muhammad Ashraf,, Taha Jaber Al−Alwani,, C Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena Corporation,, Reston Investments, Inc. Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc.,, York Foundation,, African Muslim Agency International Institute of Islamic Thought,, 622 Stipulation and Order of Dismissal,, 307 RICO Statement filed by Fe Insurance Company et al., Plaintiffs,, 890 Reply Memorandum of Law in Support of Motion, filed by Al Haramain Is Foundation, Inc.,, 179 Endorsed Letter,, 81 MOTION to Dismiss for Lack of Jurisdiction the Third Amended Compla (Burnett). filed by Safar Al−Hawali,, 1172 RICO Statement filed by New York Marine and General Insurance Comp Declaration in Support of Motion,, filed by Yousef Jameel,, 22 Notice of Voluntary Dismissal − Signed,, 466 Endors 173 Reply Memorandum of Law in Support of Motion filed by Abdul Rahman Bin Kahlid Bin Mahfouz,, 392 Waive Executed filed by Federal Insurance Company et al., Plaintiffs,, 1582 Notice (Other), Notice (Other) filed by Federal Company et al., Plaintiffs,, 1158 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 166 MOTION for Extension File Response/Reply. filed by Rabita Trust,, Saleh Abdullah Kamel,, Wa'el Hamza Jalaidan,, Al Baraka Investment & Development Corp.,, International Islamic Relief Organization(IIRO),, 244 Endorsed Letter,,, 1022 Order,,, 254 Repl Memorandum of Law in Support of Motion, filed by DMI Administrative Services S.A.,, 1260 Affirmation in Oppos Motion,,,, filed by Federal Insurance Company et al., Plaintiffs,, 436 Affirmation in Opposition to Motion, filed by F Insurance Company et al., Plaintiffs,, 130 Response to Motion,, filed by Pacific Indemnity Company,, Vigilant Insura Company,, Federal Insurance Company,, 840 Memorandum of Law in Support of Motion filed by Faisal Islamic Ban Order on Motion to Withdraw as Attorney,,, 964 Endorsed Letter,, 586 RICO Statement, filed by John Patrick O'Neil of John P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 281 Memorandum of Law in Op Motion, filed by Burnett Plaintiffs,, 642 Order Admitting Attorney Pro Hac Vice,, 820 Notice (Other) filed by Federa Company et al., Plaintiffs,, 371 Reply Memorandum of Law in Support of Motion filed by Mohammed Al Faisal Al S

RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1472 Memorandum of Law in Support of Motion, filed by DM Administrative Services S.A.,, Daral Maal Al Islami Trust,, 912 Stipulation and Order,,,, 910 Endorsed Letter, Set M R&R Deadlines/Hearings,,,,, 1049 Status Report filed by All Plaintiffs,, 1097 RICO Statement filed by Estate of John Sr.,, 134 Waiver of Service Executed,,,,,, filed by Maryland Casualty Company,, Pacific Indemnity Company,, Vigila Insurance Company,, Federal Insurance Company,, Allstate Insurance Company,, Great Northern Insurance Compan And Deposit Company of Maryland,, North River Insurance Company,, Northern Insurance Company of New York,, Insurance Company, Inc.,, Zurich American Insurance Company,, American Zurich Insurance Company,, American and Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Chubb Insurance Company of Canada,, Chu Insurance Company of New Jersey,, United States Fire Insurance Company,, Continental Insurance Company,, Assu Company of America,, Glens Falls Insurance Company,, American Alternative Insurance Corporation,, One Beacon Company,, Commercial Insurance Company of Newark, N.J.,, Chubb Custom Insurance Company,, Chubb Indemnit Company,, One Beacon America Insurance Company,, Colonial American Casualty and Surety Insurance Company, Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homelar Company of New York,, Crum & Forster Indemnity Company,, The Princeton Excess & Surplus Lines Insurance Co Hiscox Dedicated Corporate Member, Ltd.,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Continental Ins Company of New Jersey,, Fidelity and Casualty Company of New York,, 918 Stipulation and Order,,, 1268 Reply M of Law in Support of Motion,, filed by Sheik Hamad Al−Husaini,, 877 RICO Statement filed by Estate of John P.O'N 159 Order Admitting Attorney Pro Hac Vice, 458 Memorandum of Law in Oppisition to Motion,, filed by Federal In Company et al., Plaintiffs,, 243 Endorsed Letter,,,, 1352 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 765 W Service Executed filed by Estate of John P.O'Neill, Sr.,, 733 Memorandum of Law in Support of Motion filed by San Al−Hussayen,, 937 RICO Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, MOTION to Dismiss the Continental Casualty and Federal Insurance actions. filed by Abdul Aziz Al−Ibrahim,, 1602 Memorandum of Law in Support of Motion,, filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation,, 870 Memora Law in Support,,, filed by Suleiman Abdel Aziz Al Rajhi,, Sulaiman Bin Abdul Aziz Al Rajhi,, 58 Memorandum of I Support of Motion filed by Al Rajhi Banking and Investment,, 1078 RICO Statement filed by Estate of John P.O'Nei MOTION to Dismiss NY Marine. filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation,, 684 Stipulation and Ord Declaration in Support of Motion,,, filed by Estate of John P.O'Neill, Sr.,, 1026 Stipulation and Order,,,, 213 MOTIO William C. Edgar to Withdraw as Attorney for His Royal Highness Prince Naif Bin Abdulaziz Al Saud. filed by Naif Abdulaziz Al Saud,, 605 Stipulation and Order,,, 131 MOTION for Extension of Time to File Response/Reply Stipul Order for Extension of Time of SNCB Corporate Finance Ltd. and SNCB Securities Ltd. (London) to Respond to the filed by SNCB Corporate Finance Ltd.,, SNCB Securities Ltd. in London,, 1044 Stipulation and Order,, 569 Notice ( by Federal Insurance Company et al., Plaintiffs,, 126 Endorsed Letter, Set Deadlines,,, 750 Clerk Certificate of Maili Memorandum of Law in Support of Motion filed by Mohammed Bin Abdulrahman Al Ariefy,, Faisal Group Holding Alfaisaliah Group,, Abdullah Al Faisal Bin Abdulaziz AlSaud,, 596 Order Admitting Attorney Pro Hac Vice,, 1371 (Other), Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et Stipulation and Order,, 884 Order,, 530 Endorsed Letter,, 381 Memorandum of Law in Oppisition to Motion, filed by Abdulaziz Al Saud,, 210 Notice (Other) filed by Burnett Plaintiffs,, 561 Endorsed Letter,, 1446 Notice (Other) filed b M. Bin Laden,, 209 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 1432 MOTION to Dis Memorandum in Support to Dismiss Aradi, Inc. filed by Aradi, Inc.,, 335 Reply Memorandum of Law in Support of filed by Saleh Al−Hussayen,, 741 Notice (Other) filed by Faisal Islamic Bank,, 1180 MOTION to Dismiss. filed by A Bin Saleh Al−Obaid,, 1146 Memorandum of Law in Oppisition to Motion,,, filed by Continental Casualty Company, Fitzgerald & Co.,, New York Marine and General Insurance Company,, Kathleen Ashton,, Estate of John P.O'Neill, S Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers In 465 Endorsed Letter,,, 726 Memorandum of Law in Support of Motion filed by Sami Omar Al−Hussayen,, 1491 Me of Law in Oppisition to Motion,, filed by Estate of John P.O'Neill, Sr.,, 1554 Order,,,, 1150 Reply Memorandum of L Support of Motion,, filed by Dubai Islamic Bank,, 486 Reply Memorandum of Law in Support of Motion,, filed by S Abdulraoof Batterjee,, Saudi Red Crescent,, Safar Al−Hawali,, Saleh Al−Hussayen,, Sheik Hamad Al−Husaini,, Shei Al−Oawdah,, 174 Reply Memorandum of Law in Support of Motion, filed by Prince Turki Al Faisal Al Saud,, 1401 Memorandum of Law in Support of Motion filed by Daral Maal Al Islami Trust,, 1388 MOTION to Dismiss Contine Casualty, Burnett, WTC, Euro Brokers, Federal Insurance. filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation,, Affirmation in Opposition to Motion,, filed by Burnett Plaintiffs,, 763 Clerk Certificate of Mailing,,,, 702 RICO State by World Trade Center Properties LLC, et al.,, 1557 Memorandum of Law in Oppisition to Motion,,,, filed by Plainti Executive Committees,, 513 Reply Memorandum of Law in Support of Motion, filed by Faisal Group Holding Co.,, Group,, Addullah Al Faisal Abdulaziz Al Saud,, 145 Endorsed Letter,,, 744 Memorandum of Law in Oppisition to M by Federal Insurance Company et al., Plaintiffs,, 1629 Stipulation and Order,,, 343 MOTION for Extension of Time Motion and Stipulation as to Service of Process and Extension of Time. filed by DMI Administrative Services S.A.,, Investment Company of the Gulf (Sharjah),, 445 Order,,, 439 Rule 7.1 Disclosure Statement filed by Federal Insuran Company et al., Plaintiffs,, 394 Answer to Complaint filed by Soliman H.S. Al−Buthe,, 612 Stipulation and Order,,, Certificate of Service Other, filed by United States of America,, 953 RICO Statement filed by Federal Insurance Com Plaintiffs,, 1224 Endorsed Letter,, 1288 Notice (Other) filed by World Trade Center Properties LLC, et al.,, 604 Stipu Order,,, 990 Stipulation and Order,,,, 1577 MOTION for Reconsideration re; 1545 Endorsed Letter, Plaintiffs' Notice for Reconsideration of the Court's Order that the Parties Submit a Proposed Order Certifying the Defendants Dismiss 12(b)(1) and 12(b)(2) Grounds but filed by Burnett Plaintiffs,, 792 Acknowledgment of Service Complaints, filed by Insurance Company et al., Plaintiffs,, 1012 Memorandum of Law in Oppisition to Motion,, filed by Port Authority of

& New Jersey,, Cantor Fitzgerald & Co.,, 1595 Stipulation and Order,,, 662 RICO Statement filed by Estate of John I Sr.,, 801 Endorsed Letter,,, 781 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1377 Notice (Other) filed by I Plaintiffs,, 700 RICO Statement filed by World Trade Center Properties LLC, et al.,, 1501 Declaration in Support of I filed by Wamy International, Inc.,, World Assembly of Muslim Youth,, 696 RICO Statement filed by Federal Insurar Company et al., Plaintiffs,, 861 MOTION to Dismiss Khalid Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction I Rajhi. MOTION to Dismiss Khalid Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Khalid Al Rajhi. MOTIO Dismiss Khalid Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Khalid Al Rajhi. filed by Khalid Sulaiman Al 341 Notice (Other) filed by Al Haramain Islamic Foundation, Inc.,, 891 Notice (Other) filed by Soliman H.S. Al−But Notice (Other), Notice (Other) filed by New York Marine and General Insurance Company,, Burnett Plaintiffs,, Fede Insurance Company et al., Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1068 Stip Order,,, 1314 Notice (Other), Notice (Other) filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & 1128 Clerk Certificate of Mailing,, 197 Rule 7.1 Disclosure Statement filed by Faisal Group Holding Co.,, Alfaisalia 148 Notice (Other) filed by Salman Bin Abdulaziz Al Saud,, 984 Response in Opposition to Motion,, filed by Port Au New York & New Jersey,, Cantor Fitzgerald & Co.,, 344 Endorsed Letter,,, 735 Service by Publication, filed by All I 1345 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1321 RICO Statement filed by Federal Insurance Compan Plaintiffs,, 917 Stipulation and Order,,, 1202 Memorandum of Law in Support of Motion,, filed by Mohammed Ali S Mushayt,, 1192 MOTION to Dismiss. filed by Talal Mohammed Badkook,, 493 Reply Memorandum of Law in Supp Motion, filed by Rabita Trust,, 1122 RICO Statement filed by Euro Brokers Inc., et al.,, 1116 Brief filed by Mar−Jac Inc.,, 399 MOTION for Jay D. Hanson and Christopher J. Beal to Appear Pro Hac Vice. filed by M. Yaqub Mirza,, Ja Barzinji,, M. Omar Ashraf,, Muhammad Ashraf,, Taha Jaber Al−Alwani,, Grove Corporate, Inc.,, Heritage Education Mar−Jac Investments, Inc.,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Managem Inc.,, African Muslim Agency,, International Institute of Islamic Thought,, Sana−Bell, Inc.,, Iqbal Unus (Yunus),, 32 Endorsement,, 1285 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brol al.,, 14 Order on Motion to Appear Pro Hac Vice,, 1574 Affidavit in Opposition to Motion,,, filed by Continental Cas Company,, New York Marine and General Insurance Company,, Kathleen Ashton,, Federal Insurance Company et al Plaintiffs,, 519 Amended Complaint,,,, filed by John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Christine Iren Carol O'Neill,, Dorothy A. O'Neill,, 1430 Notice of Appearance filed by Aradi, Inc.,, 680 Stipulation and Order,, 117 in Support of Motion,, filed by Saleh Al−Hussayen,, 1070 Stipulation and Order,,,,,, 25 Endorsed Letter,,, 2 Endorsed 102 MOTION to Dismiss [Reply Brief − Burnett v. Al Baraka]. filed by Saudi American Bank,, 896 Notice (Other) f Burnett Plaintiffs,, 1616 Reply Memorandum of Law in Support of Motion,, filed by Burnett Plaintiffs,, 298 Waiver Executed filed by Federal Insurance Company et al., Plaintiffs,, 589 Stipulation and Order,, 447 Amended Complaint by Kathleen Ashton,, 976 Notice (Other) filed by Burnett Plaintiffs,, 294 Endorsed Letter,, 129 MOTION for Leave t Memorandum of Law in Opposition to Motion to Intervene as Parties−Plaintiff in the Burnett Action (03−CV−9849( filed by Bakr M Bin Laden,, Tarek M. Bin Laden,, Omar M. Bin Laden,, Khaled Bin Salim Bin Mahfouz,, Saudi Bin Group, Inc.,, 759 Stipulation and Order,, 873 Order,, 1619 Notice of Appeal filed by Pacific Indemnity Company,, V Insurance Company,, Federal Insurance Company,, 1552 Stipulation and Order,,, 246 MOTION to Withdraw 165 MO Protective Order Notice of Motion and Memorandum in Support of Motion for Limited Appearance and to Move for Protective Order.. filed by Princess Haifa Al−Faisal,, The Royal Embassy of Saudi Arabia,, Prince Bandar bin Sultan Abdulaziz,, Ahmed A. Kattan,, Abdul Rahman I. Al−Noah,, 1528 Declaration in Support of Motion, filed by Taha Ja Al−Alwani,, 511 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs Certificate of Mailing,,,, 12 Endorsed Letter,,, 1421 Response in Support of Motion,, filed by Shahir Abdulraoof Batt Affidavit in Support of Motion,, filed by Sheik Hamad Al−Husaini,, 178 Endorsed Letter,, 38 Memorandum of Law i of Motion filed by Sami Omar Al−Hussayen,, 771 Stipulation and Order,,, 339 Declaration in Support of Motion file Omar Al−Hussayen,, 236 Memorandum of Law in Oppisition to Motion, filed by Kathleen Ashton,, 504 Endorsed Le Memorandum of Law in Support of Motion filed by Daral Maal Al Islami Trust,, 1365 Notice (Other) filed by Estate P.O'Neill, Sr.,, 786 Stipulation and Order,, 1369 Notice (Other), Notice (Other), Notice (Other) filed by World Trade Properties LLC, et al.,, Euro Brokers Inc., et al.,, 853 Order,,,, 1214 Memorandum of Law in Support filed by DMI Administrative Services S.A.,, 701 RICO Statement, filed by World Trade Center Properties LLC, et al.,, 460 Memor Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 1461 Stipulation and Order, Set Deadlines/Hearings,,,,,,, 271 Order on Motion to Appear Pro Hac Vice, 31 Memo Endorsement,, 1393 Memorandum Support of Motion, filed by Banca Del Gottardo,, 1532 Answer to Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, Wa'el Jalaidan,, 287 Notice (Other) filed by Soliman J. Khudeira,, 938 Notice of Appearance filed by Asat Trust Reg Memorandum of Law in Oppisition to Motion filed by All Plaintiffs,, 1521 Memorandum of Law in Support of Moti Mohammed Al Faisal Al Saud,, 382 Memorandum of Law in Oppisition to Motion,,, filed by Federal Insurance Com Plaintiffs,, 1207 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 863 MOTION to Dismiss Ab Rajhi. MOTION to Dismiss for Lack of Jurisdiction Abdullah Al Rajhi. MOTION to Dismiss Abdullah Al Rajhi. MO Dismiss for Lack of Jurisdiction Abdullah Al Rajhi. MOTION to Dismiss Abdullah Al Rajhi. MOTION to Dismiss f Jurisdiction Abdullah Al Rajhi. filed by Abdullah Salaiman Al−Rajhi,, 217 Notice (Other) filed by Sultan Bin Abdul Saud,, 34 Order Admitting Attorney Pro Hac Vice, 1203 Affidavit in Support of Motion,, filed by Mohammed Ali Sa Mushayt,, 283 Order, Set Hearings,,,,,,, 105 MOTION to Dismiss. filed by Mohamad Jamal Khalifa,, 621 Stipulation 675 RICO Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 1155 RICO Stat by New York Marine and General Insurance Company,, 1161 RICO Statement, filed by Estate of John P.O'Neill, Sr., MOTION to Dismiss and Memorandum of Law in Support of Motion to Dismiss and to Quash Service of Process. fil Prince Bandar bin Sultan bin Abdulaziz,, 1291 Notice (Other) filed by Burnett Plaintiffs,, 222 Memorandum of Law

Oppisition to Motion, filed by Burnett Plaintiffs,, 1231 RICO Statement filed by Continental Casualty Company,, 70
filed by United States of America,, 834 Memorandum of Law in Support of Motion filed by Faisal Islamic Bank,, 54
(Other) filed by All Plaintiffs,, 1481 CONSENT MOTION for Extension of Time to File Answer to Ashton Complai
Wa'el Jalaidan,, 1254 Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Executive Committees,, 402
Letter,,, 793 Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 1106 M
Dismiss for Lack of Jurisdiction MEMORANDUM IN SUPPORT OF MOTION. filed by Asat Trust Reg.,, Martin W
Erwin Watcher,, Sercor Treuhand Anstalt,, 136 Memorandum of Law in Support of Motion filed by Sultan Bin Abdu
Saud,, 180 Endorsed Letter,, 454 MOTION for Jason Dzubow to Appear Pro Hac Vice. filed by Muslim World Leag
Endorsed Letter,,, 1586 Reply Memorandum of Law in Support of Motion filed by Taha Jaber Al−Alwani,, 220 Mem
of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 26 Amended Document filed by Burnett Plaintiffs,, 936 I
Statement, filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 1635 Memorandum of Law
Oppisition to Motion,,, filed by Estate of John P.O'Neill, Sr.,, Burnett & Ashton Plaintiffs,, 625 Notice of Appearance
M. Yaqub Mirza,, Ahmed Totonji,, Iqbal Yunus,, Jamal Barzinji,, M. Omar Ashraf,, Mohammed Jaghlit,, Muhamma
Taha Jaber Al−Alwani,, Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena Corpor
Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc.,, York Found
African Muslim Agency,, International Institute of Islamic Thought,, 1216 Memorandum of Law in Support filed by
Administrative Services S.A.,, 388 Affidavit of Service Complaints filed by Federal Insurance Company et al., Plaint
MOTION to Dismiss for Lack of Jurisdiction the Third Amended Complaint (Burnett). filed by Abdullah Bin Saleh A
Clerk Certificate of Mailing Received,,, 292 Opposition Brief filed by Federal Insurance Company et al., Plaintiffs,, 4
MOTION for James Patrick Vann to Appear Pro Hac Vice. filed by Al Baraka Investment and Development Corpora
Reply Memorandum of Law in Support of Motion filed by Shahir Abdulraoof Batterjee,, 188 Notice (Other), Notice
Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by Maryland Casualty Company,
Indemnity Company,, Vigilant Insurance Company,, Federal Insurance Company,, Allstate Insurance Company,, Gre
Insurance Company,, Fidelity And Deposit Company of Maryland,, North River Insurance Company,, Northern Insur
Company of New York,, Seneca Insurance Company, Inc.,, Zurich American Insurance Company,, American Zurich
Company,, American Guarantee and Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Chubb Insu
Company of Canada,, Chubb Insurance Company of New Jersey,, United States Fire Insurance Company,, Steadfast
Company,, Continental Insurance Company,, Assurance Company of America,, American Alternative Insurance Cor
One Beacon Insurance Company,, Commercial Insurance Company of Newark, N.J.,, Chubb Custom Insurance Com
Chubb Indemnity Insurance Company,, One Beacon America Insurance Company,, Boston Old Colony Insurance Co
Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' In
Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster
Company,, The Princeton Excess & Surplus Lines Insurance Company,, Hiscox Dedicated Corporate Member, Ltd.,,
Underwriting, Ltd.,, CNA Casualty of California,, Continental Insurance Company of New Jersey,, Fidelity and Casu
Company of New York,, 444 Suggestion of Death filed by Mohammed Bin Abdullah Al−Jomaith,, 1483 CONSENT
for Extension of Time to File Answer to Federal Insurance Complaint. filed by Wa'el Jalaidan,, 1139 RICO Statemen
Euro Brokers Inc., et al.,, 1035 Memorandum of Law in Oppisition to Motion,,, filed by Plaintiffs Executive Commit
Stipulation and Order,,,,, 177 Endorsed Letter,,, 206 Brief filed by Rabita Trust,, 627 Order on Motion to Withdraw a
Attorney,,, 661 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 757 Notice of Appearance filed by Mohamme
Al Amoudi,, 1089 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 403 Memorandum of Law in Oppisition to
filed by All Plaintiffs,, 813 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Eu
Inc., et al.,, 1400 MOTION to Dismiss. filed by Daral Maal Al Islami Trust,, 856 RICO Statement filed by Federal In
Company et al., Plaintiffs,, 384 Affidavit of Service Complaints filed by Federal Insurance Company et al., Plaintiffs
Admitting Attorney Pro Hac Vice, 954 Notice (Other) filed by Dubai Islamic Bank,, 386 Affidavit of Service Compla
by Federal Insurance Company et al., Plaintiffs,, 619 Amended Complaint,,,,,,,,,, filed by John Patrick O'Neill, Jr., Es
P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 313 RICO Statement filed by Federal Ins
Company et al., Plaintiffs,, 472 Affirmation in Opposition to Motion,,, filed by Federal Insurance Company et al., Pla
Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 187 Notice (Ot
Mohammed Al Faisal Al Saud,, 1579 Memorandum of Law in Oppisition to Motion,,, filed by Plaintiffs Executive C
616 Stipulation and Order,,, 286 Notice (Other) filed by Burnett Plaintiffs,, 27 Certificate of Service Other, filed by K
Ashton,, 1636 Notice of Appeal filed by All Plaintiffs,, 1239 MOTION to Dismiss the Burnett actions. filed by DMI
Administrative Services S.A.,, 665 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1025 Stipulation and Orde
Dismissal,,, 289 Stipulation and Order,,, 1276 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Propert
al.,, Euro Brokers Inc., et al.,, 124 Notice of Appearance filed by Wamy International, Inc.,, World Assembly of Mus
854 RICO Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 1024 Transcript
MOTION to Dismiss Notice of Motion. filed by Taha Jaber Al−Alwani,, 878 RICO Statement filed by Estate of John
Sr.,, 1138 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 712 Reply Memorandum of Law in
Motion,,, filed by National Commercial Bank,, 1366 Notice (Other) filed by Burnett Plaintiffs,, 1232 Affidavit in Sup
by Federal Insurance Company et al., Plaintiffs,, 211 JOINT MOTION for Service by Publication Order re Plaintiffs'
Leave to Serve Specified Defendants by Publication. filed by Kathleen Ashton,, 1021 Endorsed Letter,,, 898 RICO S
filed by World Trade Center Properties LLC, et al.,, 1576 Memorandum of Law in Oppisition to Motion,, filed by Es
P.O'Neill, Sr.,, 478 Memorandum of Law in Oppisition to Motion, filed by Kathleen Ashton,, 441 Notice (Other) file
Federal Insurance Company et al., Plaintiffs,, 562 Order of Dismissal,,, 690 Endorsed Letter,,, 1233 RICO Statement
Continental Casualty Company,, 57 MOTION for Oral Argument On Renewed Motion To Dismiss. filed by Al Rajhi

and Investment,, 599 Notice of Appearance filed by Naif Bin Abdulaziz Al Saud,, 1536 Answer to Amended Compla by International Islamic Relief Organization(IIRO),, 88 MOTION (FILED ON SERVICE DATE) for Matthew H. Ki Appear Pro Hac Vice. filed by Nimir Petroleum LLC,, 398 Affirmation in Opposition to Motion filed by All Plaintiff MOTION to Dismiss. filed by M. Yaqub Mirza,, Ahmed Totonji,, Iqbal Yunus,, M. Omar Ashraf,, Mohammed Jaghl Muhammad Ashraf,, 1368 Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Ot by Burnett Plaintiffs,, 440 Rule 7.1 Disclosure Statement filed by Federal Insurance Company et al., Plaintiffs,, 1370 (Other) filed by Burnett Plaintiffs,, 464 Amended Complaint,,,,,,,, filed by John Patrick O'Neill, Jr., Estate of John P.( Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 1152 RICO Statement filed by Federal Insurance C al., Plaintiffs,, 882 Endorsed Letter,, 941 Stipulation and Order,,, 1301 Reply Memorandum of Law in Support of Mo by Abdullah Muhsen Al Turki,, 1271 Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, World Trade Center LLC, et al.,, Euro Brokers Inc., et al.,, 425 MOTION to Strike 407 Memorandum of Law in Oppisition to Motion,, 40 (Other), 275 Memorandum of Law in Oppisition to Motion, 277 Memorandum of Law in Oppisition to Motion,,, 281 Memorandum of Law in Oppisition to Motion,, 403 Memor filed by Shahir Abdulraoof Batterjee,, Saudi Red Crescer Al−Ouda,, Safar Al−Hawali,, Saleh Al−Hussayen,, Sheik Hamad Al−Husaini,, 1474 Stipulation and Order,,,, 1310 R Memorandum of Law in Support of Motion,, filed by Safar Al−Hawali,, 1485 Affidavit in Support filed by Kathleen 1419 Response in Support of Motion, filed by Talal Mohammed Badkook,, 396 Endorsed Letter,, 35 Memo Endorser Memorandum of Law in Oppisition to Motion, filed by Al Rajhi Bank,, 966 Stipulation and Order, Set Motion and R Deadlines/Hearings,,, 193 Notice of Appearance filed by International Development Foundation,, Saudi Economic ar Development Company,, Mohammed Salim Bin Mahfouz,, Mohammed Bin Mahfouz,, 183 Endorsed Letter,,,, 1594 Judgment,,,,, 723 Status Report, filed by Mohammed Al Faisal Al Saud,, Sultan Bin Abdulaziz Al Saud,, Bakr M Bin Tarek M. Bin Laden,, Omar M. Bin Laden,, Prince Turki Al Faisal Al Saud,, The Kingdom of Saudi Arabia,, Abdulra Khalid Bin Mahfouz,, Mohammed Bin Abdullah Al−Jomaith,, Sheik Hamad Al−Husaini,, 1162 RICO Statement, file of John P.O'Neill, Sr.,, 718 Stipulation and Order,, 1242 Memorandum of Law in Support, filed by DMI Administrat S.A.,, 1443 Memorandum of Law in Support of Motion,, filed by Council on American−Islamic Relations (CAIR),, 8 Memorandum of Law in Support of Motion filed by Faisal Islamic Bank,, 442 MOTION to Dismiss. filed by Tarik H Reply to Response to Motion filed by Sulaiman Al−Ali,, 277 Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs,, 664 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1147 Affirmation in Opposition to Motion,,, fi Continental Casualty Company,, Cantor Fitzgerald & Co.,, New York Marine and General Insurance Company,, Katl Ashton,, Estate of John P.O'Neill, Sr.,, Burnett Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, World Trade Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1494 Declaration in Opposition to Motion,, filed by Estate of John I Sr.,, 242 MOTION for Max Huffman to Appear Pro Hac Vice. filed by Saudi High Commission,, 1337 Notice (Other (Other), Notice (Other), Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 762 RICO Statement filed by Continen Company,, 722 Status Report filed by All Plaintiffs,, 1520 Declaration in Support of Motion,,, filed by Estate of John Sr.,, 1160 Notice (Other), Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 186 Notice (Other) filed by Burnett P 624 RICO Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 1386 Memoranc in Support filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation,, 648 MOTION for Reconsideration re; 632 Mem Opinion,,,,,,,,,,,, Notice of Motion for Reconsideration. filed by National Commercial Bank,, 74 Order Admitting Att Hac Vice,, 1351 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1036 Declaration in Opposition to Motion,,,, fi Plaintiffs Executive Committees,, 297 Waiver of Service Executed filed by Federal Insurance Company et al., Plainti MOTION to Dismiss. filed by DMI Administrative Services S.A.,, 1284 Notice (Other) filed by Burnett Plaintiffs,, 1 Memorandum of Law in Oppisition to Motion,,, filed by Plaintiffs PI Executive Committee,, 215 Memorandum of La Oppisition to Motion,, filed by Burnett Plaintiffs,, 677 RICO Statement, filed by Estate of John P.O'Neill, Sr.,, 101 F MOTION to Dismiss 12(b)(2), 12(b)5 and 12(b)(6)., 1277 Notice (Other) filed by Burnett Plaintiffs,, World Trade Ce Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1433 MOTION to Dismiss Notice of Motion. filed by Grove Corpor Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena Corporation,, Reston Investments, Inc.,, Safa Trust,, Ste Charitable Gift Fund,, Sterling Management Group, Inc.,, York Foundation,, African Muslim Agency,, International Islamic Thought,, 991 Clerk Certificate of Mailing,, 331 Reply Memorandum of Law in Support of Motion, filed by Hamad Al−Husaini,, 872 Affidavit in Support filed by Yassin Abdullah Kadi,, 1412 MOTION to Dismiss. filed by C American−Islamic Relations (CAIR),, 908 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance et al., Plaintiffs,, 931 Memorandum of Law in Support of Motion,, filed by Schreiber & Zindel,, Frank Zindel,, Engel Schreiber,, Engelbert Schreiber, Jr, 1156 Notice (Other), Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 673 En Letter,, 1466 Stipulation and Order,,,,, 50 MOTION to Dismiss Reply Memorandum in Support of Motion to Dismiss Mohammed Bin Abdullah Al−Jomaith,, 742 RICO Statement filed by Euro Brokers Inc., et al.,, 330 Reply Memoran in Support of Motion, filed by Sheik Salman Al−Oawdah,, 453 Statement of Relatedness filed by Kathleen Ashton,, 2 Order,,,,, 1011 Reply Memorandum of Law in Support of Motion filed by Sami Omar Al−Hussayen,, 962 RICO State by Estate of John P.O'Neill, Sr.,, 1482 CONSENT MOTION for Extension of Time to File Answer to Burnett Compl by Wa'el Jalaidan,, 262 MOTION to Dismiss. filed by Saudi High Commission,, 1533 Answer to Amended Complai by Wa'el Hamza Julaidan,, 104 MOTION to Dismiss., 974 Stipulation and Order, Set Motion and R&R Deadlines/He 1104 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 828 Notice (Other) filed by Continental Casualty Comp Stipulation and Order,, 874 Notice of Voluntary Dismissal − Signed,, 86 MOTION to Dismiss for Lack of Jurisdictio Amended Complaint (Burnett). filed by Shahir Abdulraoof Batterjee,, 6 MOTION (FILED ON SERVICE DATE) fo Conference. MOTION (FILED ON SERVICE DATE) for Extension of Time to File Answer. MOTION (FILED ON DATE) for Conference. MOTION (FILED ON SERVICE DATE) for Extension of Time to File Answer. filed by Ab Bin Mahfouz,, 376 Reply Memorandum of Law in Support of Motion, filed by Prince Turki Al Faisal Al Saud,, 420 I

Statement filed by Federal Insurance Company et al., Plaintiffs,, 1251 Memorandum of Law in Oppisition to Motion,
Plaintiffs Executive Committees,, 1560 Declaration in Opposition to Motion,,,, filed by Plaintiffs Executive Committ
Memorandum of Law in Oppisition to Motion filed by Kathleen Ashton,, 1170 RICO Statement filed by Federal Insu
Company et al., Plaintiffs,, 615 Stipulation and Order,,, 1500 MOTION to Dismiss Notice of Motion. filed by World
of Muslim Youth,, 225 MOTION to Dismiss. filed by Naif Bin Abdulaziz Al Saud,, 850 MOTION to Dismiss. filed l
Islamic Bank,, 1542 Memorandum of Law in Support of Motion,, filed by Jamal Barzinji,, 707 Stipulation and Order
RICO Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 1300 Reply Memora
Law in Support of Motion,, filed by Abdullah Bin Saleh Al−Obaid,, 674 Certificate of Service Other,, filed by Estate
P.O'Neill, Sr.,, 1440 Notice of Appearance filed by Banca Del Gottardo,, 377 Reply Memorandum of Law in Suppor
filed by Sultan Bin Abdulaziz Al Saud,, 527 Endorsed Letter,,, 301 Memorandum of Law in Support of Motion filed
Jameel,, 364 Reply Memorandum of Law in Support of Motion, filed by Saudi Red Crescent,, 93 Notice (Other) filec
Administrative Services S.A.,, 366 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 71 Reply t
to Motion, filed by Burnett Plaintiffs,, 1497 Declaration in Support of Motion,,, filed by Estate of John P.O'Neill, Sr.,
Notice (Other) filed by Aradi, Inc.,, 400 Notice of Change of Address filed by Susan Brady,, Joseph Donovan,, Carm
Hector Garcia,, John Does,, Maryland Casualty Company,, Pacific Indemnity Company,, Dennis Quinn,, Kevin Quin
D Robbins,, Vigilant Insurance Company,, Federal Insurance Company,, All Plaintiffs,, Allstate Insurance Company,
Northern Insurance Company,, Patricia Coughlin,, Kevin Rogers,, Fidelity And Deposit Company of Maryland,, And
North River Insurance Company,, Northern Insurance Company of New York,, Edward J. Sweeney,, Shirley Henders
Michael Puckett,, Mark Barbieri,, Seneca Insurance Company, Inc.,, Zurich American Insurance Company,, James B
American Zurich Insurance Company,, Diane Miller,, William Ellis, Jr., American Guarantee and Liability Insurance
Great Lakes Reinsurance (UK) PLC,, Melvin C. Lewis,, William Nelson,, David M. Bernstein,, Pedro Saleme,, Chub
Company of Canada,, Chubb Insurance Company of New Jersey,, Edward Walsh,, United States Fire Insurance Com
Steadfast Insurance Company,, William Martin,, Continental Insurance Company,, Benjamin Arroyo,, Thomas Fletcl
Martin,, Assurance Company of America,, Glens Falls Insurance Company,, American Alternative Insurance Corpor
Brian Barry,, Dawn Brown,, One Beacon Insurance Company,, Commercial Insurance Company of Newark, N.J.,, C
Custom Insurance Company,, Deena Burnett,, Kathleen Ashton,, Josephine Alger,, Angelica Allen,, George Andruck
Andrucki,, Winifred Aranyos,, Margaret Arce,, Margit Arias,, Evelyn Aron,, Nancy Badagliacca,, Christina Baksh,, J
Barbara,, Daniel F. Barkow,, Nina Barnes,, Jeannine P. Baron,, Jane Bartels,, Kimberly Kaipaka Beaven,, Michelle B
Susan Berger,, Madeline Bergin,, Miriam M. Biegeleisen,, Christine Bini,, Neil B. Blass,, Kris A. Blood,, Dorothy A
Maria Teresa Boisseau,, Kathleen Box,, David Brace,, Curtis Fred Brewer,, Hillary A. Briley,, Ursula Broghammer,,
Bruehert,, Juan B. Bruno,, Susan E. Buhse,, Elizabeth R. Burns,, James C. Cahill,, James W. Cahill,, Kathleen Cahill,
Calderon,, Janet Calia,, Jacqueline Cannizzaro,, Cathy A. Carilli,, Toni Ann Carroll,, Judith Casoria,, Tracy Ann Tab
Catalano,, Santa Catarelli,, Gina Cayne,, Suk Tan Chin,, Catherine T. Regenhard,, Edward P. Ciafardini,, Lisa DiLall
Yuko Clark,, Maryann Colin,, Julia Collins,, Patricia Coppo,, Edith Cruz,, Ildefonso A. Cua,, Linda Curia,, David Ed
Cushing,, Louisa D'Antonio,, Beril Sofia DeFeo,, Vincent J. Della Bella,, Todd DeVito,, Milagros Diaz,, Dhanmatee
Maria DiPilato,, Stacey Fran Dolan,, Rosalie Downey,, Jay Charles Dunne,, Stanley Eckna,, Denise Esposito,, Dennis
Maryanne Farrell,, Clifford Tempesta,, Dorothy Tempesta,, Melissa Van Ness Fatha,, Steven Feidelberg,, Wendy Fei
Charlene Fiore,, Brian Flannery,, Robert T. Folger,, Kurt Foster,, Claudia Flyzik,, Nancy Walsh,, Carol Francolini,, F
Friedlander,, Lisa Friedman,, Anne Gabriel,, Walter Tremsky,, Eileen F. Colligan,, Paul Quinn,, Monica M. Gabrielle
Ganci,, Elizabeth Gardner,, Diane Genco,, Philip Germain,, Carol Gies,, John J. Gill,, Serina Gillis,, Angela Gitto,, M
Glasser,, Sharon Cobb−Glenn,, Jodie Goldberg,, Mia Gonzalez,, Deborah Grazioso,, Claudette Greene,, Peter Greenl
Gross,, Mary Haag,, Gordon G. Haberman,, Patricia Han,, Renne Bacotti Hannafin,, Dorothy Garcia,, Benhardt R. W
Perry S. Oretzky,, Basmattie Bishundat,, Rachel R. Harrell,, Sheila Gail Harris,, Jennifer L. Harvey,, Kelly Hayes,, V
Hayes,, Theresa Healey,, Hashim A. Henderson,, Karen Hinds,, Dennis L. Hobbs,, Dixie M. Hobbs,, Pamela Hohlwe
Kathleen Holland,, Rubina Cox−Holloway,, Joann T. Howard,, Bridget Hunter,, Kathryn J. Hussa,, Yesenia Ielpi,, Fr
Irby,, Margaret P. Iskyan,, Jennifer Ruth Jacobs,, Kazmierz Jakubiak,, Leila M. Joseph,, Woodly Joseph,, Paul Kaufn
Elizabeth H. Keller,, Patricia Kellett,, Emmet P. Kelly,, Rosemary Kempton,, Donald Francis Kennedy,, Richard I. K
LaForte,, Edlene C. LaFrance,, Collette M. LaFuente,, Morris D. Lamonsoff,, Andrea N. LeBlanc,, Donald Leistman,
Leinung,, Roberta J. Levine,, Kathleen Keeler Lozier,, Anne MacFarlane,, Lisanne MacKenzie,, Andrea Maffeo,, Par
Maggitti,, Natalie Makshanov,, Rebecca L. Marchand,, Lori Mascali,, Dorothy Mauro,, Meryl Mayo,, Margaret Donc
McGinley,, Iliana McGinnis,, Cynthia F. McGinty,, Theresa McGovern,, Patricia H. McDowell,, Joann Meehan,, Fry
Milewski,, Anna Milewski,, Amber Miller,, Jamie Miller,, Faith Miller,, Barbara Minervino,, Joanne Modafferi,, Ann
Saradha Moorthy,, Elizabeth Ann Moss,, Emily Motroni,, Lauren Murphy,, Elvira P. Murphy,, Richard B. Naiman,, I
Navarro,, Dana Noonan,, William B. Novotny,, James Wallace O'Grady,, Sheryl J. Oliver,, Lisa Palazzo,, Donna Pao
Helene S. Passaro,, Mary Gola Perez,, Linda Pickford,, Nancy Picone,, Jean Oslyn Powell,, Karen Princiotta,, Domin
Puopolo, Sr., Patricia Quigley,, Francine Raggio,, Deborah Francke,, Maryann Rand,, Sadiq Rasool,, Susan Rasweile
Regenhard,, Elizabeth Rego,, Martin Rosenbaum,, Glenna M. Rosenburg,, Jill Rosenblum,, Lauren Rosenzweig,, Cla
Ruggiere,, Gilbert Ruiz, Jr., Andrea Russin,, Diane Ryan,, Delphine Saada,, Barbara Scaramuzzino,, Phyllis Schreier,
Shulman,, Eileen Simon,, Dhanraj Singh,, Mark J. Siskopoulos,, Donna Smith,, Barbara Sohan,, Robert Spadafora,, I
Spampinato,, Theresa A. Stack,, Eileen Tallon,, Patricia Tarasiewicz,, Evelyn Tepedino,, Raj Thackurdeen,, Sat Thac
Rosanna Thompson,, Andrija Tomasevic,, Radmila Tomasevic,, Kimberly Trimingham−Aiken,, Marie Twomey,, Vi
Ugolyn,, Feliciana Umanzor,, Virginia Lorene Rossiter Valvo,, Jasmine Victoria,, Richard Villa,, Lucy Virgilio,, Dia
Diane M. Walsh,, Amy Weaver,, Delia Welty,, Kristin Galusha−Wild,, Patricia Wiswall,, Anne M. Wodensheck,, Ce
Woo−Yeun,, Siew−Som Yeow,, Erica Zucker,, Nancy Lynn Zuckerman,, Aldo Addissi,, Edward Arancio,, Kathleen

Arancio,, Leonard Ardizzone,, Barbara Ardizzone,, Thomas Baez,, Joseph Beltrani,, Andrew Braun,, James Cizikie,, Conroy, Jr., Gibson A. Craig,, Bradley Daly,, Robert D'Elia,, Thomas Donnelly,, Charles Downey,, Joseph R. Downe Timothy L. Frolich,, Irene Frolich,, Steven M. Gillespie,, Joseph Hands,, John Hassett,, James D. Hodges,, Netta Issa F. Jermyn,, Arnold Lederman,, Phyllis Lederman,, Michael J. Lindy,, Sandy Amrita Mahabir,, Kevin McArdle,, Jame McGetrick,, Owen McGovern,, Kevin G. Murphy,, Janice O'Dell,, Timothy Parker,, Howard Rice,, Louis Schaefer,, Schrimpe,, Scott Ting,, George Luis Torres,, Robert V. Trivingo,, Russell Vomero,, Philip J. Zeiss,, Linda E. Thorpe, Salvo,, Harry Ong, Jr., William O'Connor,, Jennifer E. Brady,, Andy Dinoo,, Jeanne M. Evans,, Vice Rose Arestegui Fletcher,, Traci Bosco,, Mathilda Geidel,, Regan Grice−Vega,, Elinore Hartz,, Veronica Klares,, Jerline Lewis,, Mich Deloughery,, Bettyann Martineau,, Virginia McKeon,, Olga Merino,, Warren Monroe,, Amy Farnum,, Kevin Mount, Giorgetti,, Charles Schmidt,, Colleen Holohan,, Roberta Kellerman,, Laurie S. Lauterbach,, Ingrid M. Lenihan,, Jeffr Merrilly E. Noeth,, Janlyn Scauso,, Nancy Shea,, Holli Silver,, Robin Theurkauf,, Joseph A. Tiesi,, Anthony Vincelli Whittaker,, Madeleine A. Zuccala,, Andrezej Cieslik,, Domenick Damiano,, Warren Hayes,, Evelyn Rodriguez,, Arm Bardales,, Yvonne V. Abdool,, Josephine Acquaviva,, Kara Hadfield,, Jean Adams,, Jessica Murrow−Adams,, Steph Alderman,, Elizabeth Alderman,, Karium Ali,, Michael J. Allen,, Leonor Alvarez,, Jocelyne Ambroise,, Thomas Aria Arnold,, Philipson Azenabor,, John P. Baeszler,, Kim Barbaro,, Thomas J. Meehan, III, Daryl Joseph Meehan,, Edmu Gila Barzvi,, Boris Bililovsky,, Suzanne J. Berger,, Robert J. Bernstein,, Joanne F. Betterly,, John Bonomo,, Krystyn Boryczewski,, Michele Boryczewski,, Julia Boryczewski,, Desiree A. Gerasimovich,, Kathleen M. Buckley,, Javier E Chubb Indemnity Insurance Company,, Prakash Bhatt,, William Doyle, Sr., Camille Doyle,, Maureen Kelly,, Chiemi Robert Keane,, One Beacon America Insurance Company,, Houssain Lazaar,, Jennifer Tarantino,, H. Michael Keden Ann Foster,, Beverly Burnett,, Mary Margaret Jurgens,, Martha Burnett O'Brien,, William Doyle,, Doreen Lutter,, Ch Huhn,, Lynn B. Pescherine,, Boston Old Colony Insurance Company,, Paul R. Martin,, Rachel W. Goodrich,, Ernesto Gregory Stevens,, Sharlene M. Beckwith,, James A. Reed,, Benito Colon,, Victoria Higley,, Marion Knox,, Laura J. I Philip Lee,, Mei Jy Lee,, John Lewis,, Joviana Mercado,, Linda Pascuma,, Sean Passananti,, Helen Pfeifer,, Daniel Po Theresa Regan,, Armand Reo,, Alexander Santoro,, Maureen Santoro,, Narasimha Sattaluri,, Wen Shi,, Cynthia Tum Yu Zheng,, David Ziminski,, Robert Bermingham,, Mark Bernheimer,, Donald DiDomenico,, Michael Endrizzi,, Ma Goldwasser,, Ron Harding,, Jeremiah Harney,, Peter Ioveno,, Jurgiel Kazimierz,, Raymond Lachhman,, George Lant Leigh,, Vincent LeVien,, Jeff Lever,, Jerzy Mrozek,, Carmen Romero,, Christine Sakoutis,, Kemraj Singh,, Gary We Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' In Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Company,, The Princeton Excess & Surplus Lines Insurance Company,, Jane Alderman,, Stephen Jezycki,, Catherine Michael Jezycki,, Jennifer D'Auria,, Richard D. Allen,, Luke C. Allen,, Judith M. Aiken,, Lauren Arias Lucchini,, Lo Beliveau,, Tara Bane,, Anna M. Granville,, Nicholas Barbaro,, Carol Barbaro,, Kevin W. Barry,, Maureen Barry,, Em Tisnovskiy,, Leonid Tisnovskiy,, Rostyslav Tisnovskiy,, Frances Berdan,, John Benedetto,, Rina Rabinowitz,, Maria Ondina Bennett,, Murray Bernstein,, Norma Bernstein,, Irene Bilcher,, Lillian Bini,, Rosemarie Corvino,, Bhola P. B Miles Bilcher,, Sonia Bonomo,, Sharon Booker,, Rose Booker,, Michael Boryczewski,, John C. Buckley,, Jane M. S Fiona Havlish,, Thomas Burnett,, National Ben Franklin Insurance Company of Illinois,, Alexander Paul Aranyos,, M Girdano,, Russa Steiner,, Clara Chirchirillo,, Ellen L. Saracini,, TheresaAnn Lostrangio,, Thomas E. Burnett, Sr., Jud William Coale,, Patricia J. Perry,, Matthew T. Sellitto,, Ralph Maerz, Jr., Linda Panik,, Martin Panik,, Martina Lyne− Panik,, Stephen L. Cartledge,, Tina Grazioso,, Jin Liu,, Lynn Allen,, Helene Parisi−Gnazzo,, Ann R. Haynes,, John P O'Neill, Jr., Theresa King,, Judi A. Ross,, Fiona Havlish,, Grace M. Parkinson−Godshalk,,, Loisanne Diehl,, Alfred A James Alario,,, Andrew Aris,, Donald Aris,, Madelyn Conroy Allen,, George Bonomo,, Estate of John P.O'Neill, Sr., Plaintiffs,, Frederick Alger,, Hiscox Dedicated Corporate Member, Ltd.,, Michael J. Novotny,, Christine Irene O'Neil O'Neill,, Dorothy A. O'Neill,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Continental Insurance Compa Jersey,, Fidelity and Casualty Company of New York,, Joann Meehan,, Burnett & Ashton Plaintiffs,, Barrera Plainti Tremsky Plaintiffs,, Salvo Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, 1077 RICO Statement filed by Es P.O'Neill, Sr.,, 1631 Memorandum of Law in Oppisition to Motion,,, filed by Federal Insurance Company et al., Plai Affidavit in Opposition to Motion,,, filed by Federal Insurance Company,, Continental Casualty Company,, Cantor F Co.,, New York Marine and General Insurance Company,, Kathleen Ashton,, John Patrick O'Neill, Jr., Burnett Plaint Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 268 Reply to Response to Motion filed by Islamic Ass North America,, 975 Notice (Other) filed by Burnett Plaintiffs,, 426 Endorsed Letter,, 212 JOINT MOTION to Serve Authorizing Plaintiffs to Effectuate Service of Process on Those Defendants for Whom an Address or Location to Se Summons and Complaint is Unknown, etc.. filed by Kathleen Ashton,, 571 FIRST MOTION to Dismiss for Lack of and Failure to State a Claim. filed by Omar Abdullah Kamel,, 154 Memorandum of Law in Support,, filed by Burnet Plaintiffs,, 858 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1478 CONSENT MOTION for Extension of T Answer. filed by International Islamic Relief Organization(IIRO),, 347 MOTION to Dismiss. filed by Mohammed Bi Abdulrahman Al Ariefy,, Faisal Group Holding Co.,, Alfaisaliah Group,, Addullah Al Faisal Abdulaziz Al Saud,, 16 Disclosure Statement filed by Arab Bank,, 639 Endorsed Letter, Terminate Motions,,,,, 651 Affidavit in Opposition t filed by Federal Insurance Company et al., Plaintiffs,, 887 Notice (Other) filed by Saudi Binladin Group, Inc.,, 959 R Statement filed by Estate of John P.O'Neill, Sr.,, 881 Affidavit in Support of Motion, filed by Yassin Abdullah Kadi, Stipulation and Order,,, 842 MOTION to Dismiss. filed by Faisal Islamic Bank,, 1133 Clerk Certificate of Mailing,, Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Executive Committees,, 1626 Reply Memorandum Support of Motion filed by DMI Administrative Services S.A., 1674 Memorandum of Law in Oppisition to Motion,, Kathleen Ashton,, 1672 Stipulation and Order,,, 1671 Stipulation and Order,, 1666 RICO Statement filed by Federal Company et al., Plaintiffs,, 1667 Stipulation and Order,, 1656 Amended Answer to Complaints filed by International

| | | |
|---|---|---|
| | | Relief Organization(IIRO),, 1661 Reply Memorandum of Law in Support of Motion filed by DMI Administrative Se 1660 Memorandum of Law in Support of Motion,, filed by Yassin Abdullah Kadi,, 1670 Stipulation and Order,, 1673 Stipulation and Order,, 1665 Declaration in Opposition to Motion,,,,,,, filed by Continental Casualty Company,, New Marine and General Insurance Company,, Burnett Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, World Tr Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1664 Memorandum of Law in Oppisition to Motion,,, filed by Conti Casualty Company,, New York Marine and General Insurance Company,, Burnett Plaintiffs,, Federal Insurance Com Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1663 Reply Memorandum of Law i Motion filed by Daral Maal Al Islami Trust,, 1658 MOTION to Dismiss */ Notice of Motion of Yassin Abdullah Kadi Complaints*. filed by Yassin Abdullah Kadi,, 1657 Reply Memorandum of Law in Support of Motion filed by DMI Administrative Services S.A.,, 1659 Declaration in Support of Motion,, filed by Yassin Abdullah Kadi,, 1668 Stipula Order,, 1675 Reply Memorandum of Law in Support of Motion,, filed by Schreiber & Zindel,, Frank Zindel,, Engelb Schreiber,, Engelbert Schreiber, Jr, 1662 Reply Memorandum of Law in Support of Motion, filed by Daral Maal Al I were transmitted to the U.S. Court of Appeals. (nd, ) (Entered: 02/08/2006) |
| )8/2006 | 1677 | STIPULATION WITH REGARD TO RULINGS ON MOTION TO DISMISS OF DEFT. SAUDI HIGH COMMISS RELATED CASES... subject to the approval of the Court that the parties hereto adopt as a binding order in the Actio regard to the SHC, the Opinion & Order of this Court dtd 9/21/05, deciding the consolidated motion; The parties here adopt as a binding order in the action, with regard to the SHC, any subsequent rulings by any appellate courts with re Judgment entered in favor of the SHC on 1/10/06, as amended by Court Order on 1/17/06. This stipulation is without to, and explicitely preserves, the SHC's other defenses including but not limited to failure to timely serve the complai action. (Signed by Judge Richard C. Casey on 2/8/06) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−06105−RCC(rjm, ) (Entered: 02/08/2006) |
| )8/2006 | 1678 | STIPULATION WITH REGARD TO RULINGS ON MOTIONS TO DISMISS OF DEFENDANTS HRH PRINCE ABDULAZIZ AL−SAUD, HRH PRINCE SALMAN BIN ABDULAZIZ AL−SAUD, AND THE SAUDI HIGH COMMISSION IN RELATED CASES... subject to the approval of the Court that the parties hereto adopt as a bindin the Actions, with regard to Prince Naif, Prince Salman, and the SHC, the Opinion and Order of this Court dated 9/21/ deciding the consolidated motions... and as further set forth in said stipulation. (Signed by Judge Richard C. Casey or Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−05738−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RC (Entered: 02/08/2006) |
| )8/2006 | 1679 | MEMORANDUM OF LAW re: 1590 Memorandum of Law in Support of Motion,, *THE FEDERAL PLAINTIFFS MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STRIKE SUPPLEMENTAL MEMORANDUM IN SUPP( MOTIONS TO DISMISS OF DEFENDANT SAMI OMAR AL−HUSSAYEN SUBMITTED PURSUANT TO CASE MANAGEMENT ORDER NO. 4*. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated 1:03−md−01570−RCC,1:03−cv−06978−RCC(Feldman, Elliott) (Entered: 02/08/2006) |
| )8/2006 | 1680 | NOTICE OF APPEAL from 1594 Clerk's Judgment,,,,. Document filed by Continental Casualty Company, Transcon Insurance Company, Transportation Insurance Company, Valley Forge Insurance Company, National Fire Insurance of Hartford, American Casualty Company of Reading, Pennsylvania. Filing fee $ 255.00, receipt number E 569583. ( (Entered: 02/09/2006) |
| )9/2006 | | Transmission of Notice of Appeal to the District Judge re: 1680 Notice of Appeal,. (nd, ) (Entered: 02/09/2006) |
| )9/2006 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 1680 Notice of Ap (Entered: 02/09/2006) |
| )9/2006 | 1681 | NOTICE OF APPEAL from 1594 Clerk's Judgment. Document filed by New York Marine and General Insurance Co Filing fee $ 255.00, receipt number E 569742. (nd, ) (Entered: 02/10/2006) |
| )9/2006 | 1682 | NOTICE OF APPEAL from 1594 Clerk's Judgment,,,,. Document filed by Euro Brokers Inc., Maxcor Financial Grou Maxcor Financial Inc., Maxcor Financial Asset Management Inc., Tradesoft Technologies, Inc., Maxcor Information Brokers Ltd., Euro Brokers Financial Services Limited, Euro Brokers Mexico, S.A. DE C.V., Euro Brokers (Switzerl Filing fee $ 255.00, receipt number E569718. (nd, ) (Entered: 02/10/2006) |
| )9/2006 | 1683 | NOTICE OF APPEAL from 1594 Clerk's Judgment. Document filed by World Trade Center Properties LLC, 1 Worl Center L.L.C., 2 World Trade Center L.L.C., 3 World Trade Center L.L.C., 4 World Trade Center L.L.C., 5 World T L.L.C., 6 World Trade Center L.L.C., 7 World Trade Center L.L.C., Silverstein WTC Mgmt. Co. L.L.C.. Filing fee $ receipt number E 569719. (nd, ) (Entered: 02/10/2006) |
| .0/2006 | | Transmission of Notice of Appeal to the District Judge re: 1681 Notice of Appeal. (nd, ) (Entered: 02/10/2006) |
| .0/2006 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 1681 Notice of Ap (Entered: 02/10/2006) |
| .0/2006 | | Transmission of Notice of Appeal to the District Judge re: 1682 Notice of Appeal,. (nd, ) (Entered: 02/10/2006) |

| | | |
|---|---|---|
| .0/2006 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 1682 Notice of Ap (Entered: 02/10/2006) |
| .0/2006 | | Transmission of Notice of Appeal to the District Judge re: 1683 Notice of Appeal,. (nd, ) (Entered: 02/10/2006) |
| .0/2006 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 1683 Notice of Ap (Entered: 02/10/2006) |
| .0/2006 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for Transmissio of Appeal and Docket Sheet to USCA, 1681 Notice of Appeal filed by New York Marine and General Insurance Con 1683 Notice of Appeal, filed by World Trade Center Properties LLC, et al.,, 1678 Stipulation and Order,,, 1682 Notic Appeal, filed by Euro Brokers Inc., et al.,, 1679 Memorandum of Law, filed by Federal Insurance Company et al., Pla 1680 Notice of Appeal, filed by Valley Forge Insurance Company,, National Fire Insurance Company of Hartford,, C Casualty Company,, Transcontinental Insurance Company,, Transportation Insurance Company,, American Casualty of Reading, Pennsylvania,, 1677 Stipulation and Order,, 1647 Rule 7.1 Disclosure Statement filed by Mohamed Bin l Organization (SBG),, 1654 Order,,,, 1650 Reply Memorandum of Law in Support of Motion, filed by DMI Administ Services S.A.,, 1645 Memorandum of Law in Support of Motion,,, filed by Bakr M Bin Laden,, Tarek M. Bin Laden, Bin Laden,, Mohamed Bin Laden Organization (SBG),, Saudi Binladin International Company,, 1638 Notice (Other) Estate of John P.O'Neill, Sr.,, 1640 CROSS MOTION to Strike Document No. [1591−1592]. filed by Estate of John l Sr.,, 1644 MOTION to Dismiss Ashton, Federal Insurance, World Trade Center, Continental Casualty, Euro Brokers, Marine, and Burnett (5738) Complaints. filed by Bakr M Bin Laden,, Tarek M. Bin Laden,, Omar M. Bin Laden,, Mo Laden Organization (SBG),, Saudi Binladin International Company,, 1642 Declaration in Support of Motion,,, filed b John P.O'Neill, Sr.,, 1653 Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Executive Committees,, Memorandum of Law in Support of Motion,,,, filed by Federal Insurance Company et al., Plaintiffs,, 1651 Stipulation of Dismissal,, 1652 Memorandum of Law in Oppisition to Motion filed by Kathleen Ashton,, 1639 Memorandum of Oppisition to Motion,, filed by Estate of John P.O'Neill, Sr., 1330 Notice (Other) filed by Estate of John P.O'Neill, Sr MOTION to Dismiss the O'Neill action. filed by DMI Administrative Services S.A.,, 495 Reply Memorandum of Lav Support of Motion, filed by Saleh Abdullah Kamel,, Al Baraka Investment & Development Corp.,, 1234 Notice (Oth (Other) filed by Abdullah Bin Laden,, Bakr M Bin Laden,, Tarek M. Bin Laden,, Omar M. Bin Laden,, Mohamed Bi Organization (SBG),, Saudi Binladin International Company,, Yeslam M. Bin Laden,, Saudi Binladin Group, Inc.,, 1 Statement filed by Estate of John P.O'Neill, Sr.,, 933 Order,, 171 Reply Memorandum of Law in Support of Motion, Mohammed Al Faisal Al Saud,, 1306 Reply Memorandum of Law in Support of Motion,, filed by Adnan Basha,, 127 (Other) filed by World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1129 Clerk Certificate of Maili Notice (Other) filed by Federal Insurance Company et al., Plaintiffs,, 1451 MOTION to Dismiss Plaintiffs' Complain Burnett, Federal Insurance, Continental Casualty, Euro Brokers, New York Marine, and World Trade Center. filed by M. Bin Laden,, 491 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 689 Notice of Volunta Dismissal − Signed,, 683 Waiver of Service Executed, filed by John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr., Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 176 Notice (Other), Notice (Other) filed by Soliman H.S. Al−Butl Endorsed Letter,, 499 MOTION to Dismiss Notice of Motion to Dismiss. filed by DMI Administrative Services S.A. Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs,, 1066 Stipulation and Order,,, 369 Reply Men of Law in Support of Motion, filed by Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, Sana−Bell, Inc.,, 899 RICO Staten by Euro Brokers Inc., et al.,, 607 Stipulation and Order,, 1322 MOTION to Amend/Correct Leave to file Second Am Complaint. filed by Havlish Plaintiffs,, 1303 Memorandum of Law in Support filed by Abdul Aziz Al Ibrahim,, 1585 and Order of Dismissal,,,, 463 Endorsed Letter,,, 608 Stipulation and Order,, 963 Affirmation in Opposition to Motio filed by Federal Insurance Company et al., Plaintiffs,, 836 Memorandum of Law in Support of Motion filed by Faisal Bank,, 809 Memorandum of Law in Oppisition to Motion,,, filed by Plaintiffs PI Executive Committee,, 303 Memora Law in Support of Motion filed by Yousef Jameel,, 767 Endorsed Letter,, 548 Clerk Certificate of Mailing,,, 1438 M Dismiss for Failure to State a Claim and Lack of Subject Matter Jurisdiction. filed by Al Baraka Investment and Deve Corporation,, Saleh Abdullah Kamel,, Dallah Al Baraka Group LLC,, 158 Notice of Appearance filed by Yousef Jam Affidavit in Support of Motion,, filed by Shahir Abdulraoof Batterjee,, 823 Certificate of Service Other filed by Estat P.O'Neill, Sr.,, 226 Memorandum of Law in Support of Motion filed by Naif Bin Abdulaziz Al Saud,, 1305 Memorar Law in Support filed by Abdul Aziz Al Ibrahim,, 324 Order on Motion to Appear Pro Hac Vice,, 1293 Notice (Other) Burnett Plaintiffs,, 1246 Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Executive Committees,, 5 in Opposition to Motion,, filed by Burnett Plaintiffs,, 1558 Declaration in Opposition to Motion,, filed by Estate of Jo P.O'Neill, Sr.,, 1475 Endorsed Letter,, 1417 Response in Support of Motion,, filed by Saleh Al−Hussayen,, 1263 Mer of Law in Support filed by DMI Administrative Services S.A.,, 784 Stipulation and Order,, 694 RICO Statement filec of John P.O'Neill, Sr.,, 278 Memorandum of Law in Oppisition to Motion filed by Burnett Plaintiffs,, 291 Memorand in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 869 MOTION to Dismiss Sulaiman A MOTION to Dismiss for Lack of Jurisdiction Sulaiman Al Rajhi. MOTION to Dismiss Sulaiman Al Rajhi. MOTION for Lack of Jurisdiction Sulaiman Al Rajhi. MOTION to Dismiss Sulaiman Al Rajhi. MOTION to Dismiss for Lack c Jurisdiction Sulaiman Al Rajhi. filed by Suleiman Abdel Aziz Al Rajhi,, Sulaiman Bin Abdul Aziz Al Rajhi,, 577 Sti and Order,, 327 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 1033 Memorandum of Law ir to Motion,,, filed by Plaintiffs Executive Committees,, 1013 MOTION to Dismiss. filed by Khaled Bin Salim Bin Ma |

Endorsed Letter, Set Deadlines,,, 1316 Affidavit, filed by Federal Insurance Company et al., Plaintiffs,, 838 Memora Law in Support of Motion filed by Faisal Islamic Bank,, 603 Stipulation and Order,,, 370 Stipulation and Order,,, 75 (Other) filed by Burnett Plaintiffs,, 769 Endorsed Letter,,, 103 MOTION to Dismiss. filed by Aqeel Al−Aqeel,, 1434 Memorandum of Law in Support of Motion,,, filed by Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac In Inc.,, Mena Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Managemen Inc.,, York Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, 302 MOTION to Dism (DC). filed by Yousef Jameel,, 544 JOINT MOTION for Extension of Time Stipulation Extending Time For Saudi A Bank To File Reply Papers In Support Of Its Motion To Dismiss. filed by Federal Insurance Company et al., Plaintif MOTION to Dismiss. filed by Sami Omar Al−Hussayen,, 1119 Stipulation and Order,,,,, 1087 RICO Statement filed of John P.O'Neill, Sr.,, 9 MOTION (FILED ON SERVICE DATE) for Extension of Time to File Answer. filed by Y Binladin,, 1559 Memorandum of Law in Oppisition,, filed by Federal Insurance Company et al., Plaintiffs,, 755 Cler of Mailing,,,,,,,,,,, 634 RICO Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co Order on Motion to Dismiss, 558 MOTION to Dismiss. filed by International Islamic Relief Organization(IIRO),, 20 Memorandum of Law in Support of Motion filed by Rabita Trust,, 724 MOTION to Dismiss. filed by Sami Omar Al 772 Stipulation and Order,,, 451 Affidavit in Opposition, filed by Burnett Plaintiffs,, 419 Notice (Other) filed by Mo Faisal Al Saud,, 361 Reply Memorandum of Law in Support of Motion filed by Mohammed Ali Sayed Mushayt,, 13 to Dismiss Complaint By Federal Insurance Plaintiffs and to Quash Service of Process of His Royal Highness Prince Al−Faisal Bin Abdulaziz Al−Saud. filed by Turki Al Faisal Al Saud,, 1593 Stipulation and Order,,, 1189 MOTION t filed by Sheik Hamad Al−Husaini,, 879 MOTION (FILED ON SERVICE DATE) for David F. Geneson to Appear P Vice. filed by Yassin Abdullah Kadi,, 1505 Memorandum of Law in Support of Motion,, filed by Abdullah Bin Lade RICO Statement filed by Estate of John P.O'Neill, Sr.,, 717 RICO Statement filed by Euro Brokers Inc., et al.,, 1454 Memorandum of Law in Support of Motion,, filed by Yousef Jameel,, 1359 Notice (Other) filed by Estate of John P. 245 Endorsed Letter,,,, 28 Memo Endorsement,, 1621 Stipulation and Order,, 251 Endorsed Letter,,, 121 Memo End 1538 Answer to Complaint filed by International Islamic Relief Organization(IIRO),, 715 Stipulation and Order,,, 11 Stipulation and Order of Dismissal,, 1258 Affidavit of Service Complaints,,,,, filed by Federal Insurance Company et Plaintiffs,, 559 RICO Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 320 Service Executed filed by Federal Insurance Company et al., Plaintiffs,, 1428 Memorandum of Law in Support,,, file Totonji,, Mohammed Jaghlit,, Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, 461 MOTION to Dismiss Certain This Motion relates only to Civil Action No. 02 CV 7236. filed by Virginia Bauer,, 1625 Reply Memorandum of La of Motion,, filed by Abdulrahman Bin Mahfouz,, 1247 Memorandum of Law in Oppisition to Motion,, filed by Plain Executive Committees,, 691 Notice of Voluntary Dismissal − Signed,, 135 MOTION to Dismiss the Amended Comp by Sultan Bin Abdulaziz Al Saud,, 1088 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 832 Stipulation and Stipulation and Order, Set Motion and R&R Deadlines/Hearings,,, 514 Reply Memorandum of Law in Support of M by Faisal Group Holding Co.,, Alfaisaliah Group,, Abdullah Al Faisal Bin Abdulaziz AlSaud,, 380 Memorandum of Oppisition to Motion, filed by Turki Al Faisal Al Saud,, 1503 Declaration in Support,,,,, filed by Wamy International World Assembly of Muslim Youth,, 1084 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1014 Memorandu Oppisition to Motion,,, filed by Federal Insurance Company et al., Plaintiffs,, 1003 Order,, 819 Reply Memorandum Support of Motion, filed by Saudi Joint Relief Committee,, 581 MOTION for Extension of Time / Consent Motion a Stipulation as to Service of Process and Extension of Time. filed by Islamic Investment Company of the Gulf (Sharja Reply Memorandum of Law in Support of Motion filed by Saudi Binladin Group, Inc.,, 614 Stipulation and Order,,,, MOTION to Dismiss Named Defendants in Exhibit A. filed by Kathleen Ashton,, 973 Memorandum of Law in Oppi Motion,, filed by Saudi American Bank,, 754 Clerk Certificate of Mailing,,,,,,,,,,, 199 Rule 7.1 Disclosure Statement Faisal Group Holding Co.,, Alfaisaliah Group,, 43 MOTION to Dismiss the Complaint or in the Alternative for More Statement. filed by Saudi Binladin Group, Inc.,, 40 MOTION to Dismiss The Fourth Amended Consolidated Master in Ashton, et al. v. Al Qaeda Islamic, et al.. filed by Mohammed Al Faisal Al Saud,, 706 Order of Dismissal,,, 643 M Dismiss the Claims against defendant Mohammad Abdullad Aljomaih pursuant to Rule 25. filed by Mohammad Abd Aljomaih,, 146 Order Admitting Attorney Pro Hac Vice,,, 868 Memorandum of Law in Support,,, filed by Abdullah Al−Rajhi,, 556 Reply Memorandum of Law in Support of Motion, filed by Yassin Abdullah Kadi,, 992 Reply Memo Law in Support of Motion, filed by Dallah Al Baraka Group LLC,, 360 Reply Memorandum of Law in Support of M by Abdullah Muhsen Al Turki,, 1374 Memorandum of Law in Support filed by Daral Maal Al Islami Trust,, 1000 O Memorandum of Law in Oppisition to Motion,, filed by Burnett Plaintiffs,, 668 RICO Statement filed by Estate of Jo P.O'Neill, Sr.,, 1073 Endorsed Letter,, 1002 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 1 Memorandum of Law in Support of Motion filed by Sami Omar Al−Hussayen,, 391 Waiver of Service Executed file Insurance Company et al., Plaintiffs,, 196 Notice of Appearance filed by Mohammed Bin Abdulrahman Al Ariefy,, F Holding Co.,, Alfaisaliah Group,, Abdullah Al Faisal Bin Abdulaziz AlSaud,, 1157 Notice (Other), Notice (Other) fi Estate of John P.O'Neill, Sr.,, 654 MOTION to Dismiss the Consolidated Personal Injury Plaintiffs (Ashton, Burnett, Salvo, and Tremsky). filed by Al Haramain Islamic Foundation, Inc.,, 911 Order,, 864 Memorandum of Law in Sup by Abdullah Salaiman Al−Rajhi,, 112 Clerk Certificate of Mailing,, 1597 Stipulation and Order,, 1436 Declaration in Motion,,, filed by Asat Trust Reg.,, Martin Watcher,, Erwin Watcher,, Sercor Treuhand Anstalt,, 659 Endorsed Lette Memorandum of Law in Support of Motion filed by Daral Maal Al Islami Trust,, 85 MOTION to Dismiss for Lack o Jurisdiction the Third Amended Complaint (Burnett). filed by Abdullah Muhsen Al Turki,, 935 Stipulation and Orde Affidavit in Opposition to Motion,,, filed by Continental Casualty Company,, Cantor Fitzgerald & Co.,, New York M

General Insurance Company,, Kathleen Ashton,, Estate of John P.O'Neill, Sr.,, Burnett Plaintiffs,, Federal Insurance ( al., Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 780 RICO Statement filed by Es P.O'Neill, Sr.,, 632 Memorandum & Opinion,,,,,,,,,,,,, 1396 Memorandum of Law in Oppisition to Motion,, filed by Marine and General Insurance Company,, 585 RICO Statement,, filed by Port Authority of New York & New Jersey. Fitzgerald & Co.,, 1403 Memorandum of Law in Support of Motion filed by Daral Maal Al Islami Trust,, 1211 Notic filed by World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1488 Stipulation and Order of Dismiss Memo Endorsement, 1165 RICO Statement filed by Euro Brokers Inc., et al.,, 1390 Declaration in Support,, filed by Bin Abdul Aziz Al Ibrahim Foundation,, 1058 Memorandum of Law in Support of Motion,, filed by Yousef Jameel,, Memorandum of Law in Support of Motion,,, filed by Wamy International, Inc.,, World Assembly of Muslim Youth, Stipulation and Order,, 1413 MOTION to Dismiss Declaration of Ally Hack. filed by Council on American−Islamic (CAIR),, 429 Rule 7.1 Disclosure Statement filed by Federal Insurance Company et al., Plaintiffs,, 1496 Memorandu in Support of Motion,, filed by Estate of John P.O'Neill, Sr.,, 1399 MOTION to Dismiss. filed by Daral Maal Al Islar 1357 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 372 Endorsed Letter,, 862 Memorandum of Law in Suppo Khalid Sulaiman Al−Rajhi,, 492 Reply Memorandum of Law in Support of Motion, filed by Wael Jalaidan,, 1080 RI Statement filed by Estate of John P.O'Neill, Sr.,, 606 Stipulation and Order,,, 235 Memorandum of Law in Oppisition filed by Kathleen Ashton,, 1622 Endorsed Letter,, 907 RICO Statement filed by Euro Brokers Inc., et al.,, 1053 Reply Memorandum of Law in Support of Motion,,, filed by Suleiman Abdel Aziz Al Rajhi,, Sulaiman Bin Abdul Aziz Al Suleiman Abdel Aziz Al Rajhi,, 152 Memorandum of Law in Oppisition to Motion filed by Burnett Plaintiffs,, 1109 Memorandum of Law in Support of Motion, filed by DMI Administrative Services S.A.,, 78 Response in Opposition filed by Burnett Plaintiffs,, 407 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 117 Stipul Order,,, 53 MOTION to Dismiss. filed by Wa'el Jalaidan,, 798 Acknowledgment of Service Complaints, filed by Fed Insurance Company et al., Plaintiffs,, 549 Stipulation and Order,, 155 Memorandum of Law in Oppisition to Motion, Burnett & Ashton Plaintiffs,, Barrera Plaintiffs,, Tremsky Plaintiffs,, Salvo Plaintiffs,, 1415 Response in Support of filed by Safar Al−Hawali,, 1484 Affidavit in Support filed by Kathleen Ashton,, 334 Reply Memorandum of Law in Motion, filed by Safar Al−Hawali,, 1136 FIRST MOTION to Withdraw 1108 RICO Statement, 1091 RICO Statemer RICO Statement, 1080 RICO Statement, 1081 RICO Statement, 1086 RICO Statement, 1087 RICO Statement, 1088 Statement, 1089 RICO Statement, 1090 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 379 Reply Memoranc in Support of Motion filed by Arab Bank,, 880 Order on Motion to Appear Pro Hac Vice,, 1065 Affirmation in Oppo Motion,, filed by Plaintiffs Executive Committees,, 1469 Declaration in Support of Motion filed by Taha Jaber Al−A MOTION to Dismiss Saleh Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Saleh Al Rajhi. MOTION to Disr Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Saleh Al Rajhi. MOTION to Dismiss Saleh Al Rajhi. MOTIC Dismiss for Lack of Jurisdiction Saleh Al Rajhi. filed by Saleh Abdul Aziz Al Rajhi,, Saleh Abdulaziz Al−Rajhi,, 15 Statement filed by Estate of John P.O'Neill, Sr.,, 1308 Reply Memorandum of Law in Support of Motion,, filed by Ta Mohammed Badkook,, 729 MOTION to Dismiss. filed by Sami Omar Al−Hussayen,, 536 Affirmation in Opposition filed by Kathleen Ashton,, 487 Response,,, filed by National Commercial Bank,, 1082 RICO Statement filed by Estat P.O'Neill, Sr.,, 1282 Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, Brokers Inc., et al.,, 133 Waiver of Service Executed,,,,,,,,,, filed by Maryland Casualty Company,, Pacific Indemnity Company,, Vigilant Insurance Company,, Federal Insurance Company,, Allstate Insurance Company,, Great Northern Company,, Fidelity And Deposit Company of Maryland,, North River Insurance Company,, Northern Insurance Com New York,, Seneca Insurance Company, Inc.,, Zurich American Insurance Company,, American Zurich Insurance Co American Guarantee and Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Chubb Insurance Com Canada,, Chubb Insurance Company of New Jersey,, United States Fire Insurance Company,, Steadfast Insurance Co Continental Insurance Company,, Assurance Company of America,, Glens Falls Insurance Company,, American Alte Insurance Corporation,, One Beacon Insurance Company,, Commercial Insurance Company of Newark, N.J.,, Chubb Insurance Company,, Chubb Indemnity Insurance Company,, One Beacon America Insurance Company,, Colonial A Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Comp Princeton Excess & Surplus Lines Insurance Company,, National Ben Franklin Insurance Company of Illinois,, Hisc Dedicated Corporate Member, Ltd.,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Continental Insurance of New Jersey,, Fidelity and Casualty Company of New York,, 705 Stipulation and Order,, 732 MOTION to Dismiss Sami Omar Al−Hussayen,, 682 Stipulation and Order,,, 309 RICO Statement filed by Federal Insurance Company et Plaintiffs,, 1017 Memorandum of Law in Support of Motion, filed by Khaled Bin Salim Bin Mahfouz,, 563 Order of Dismissal,,,,,, 1335 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1071 Stipulation and Order,,,,,,,, 189 Waive Executed,, filed by Federal Insurance Company et al., Plaintiffs,, 560 Notice (Other) filed by Al Rajhi Bank,, 76 Orde Stipulation and Order,, 219 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 1537 Answer Complaint filed by Wa'el Hamza Jalaidan,, 909 Stipulation and Order,, 747 Stipulation and Order,,, 418 Notice (Othe Mohammed Al Faisal Al Saud,, 1092 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 821 Stipulation and Ord Notice (Other) filed by DMI Administrative Services S.A.,, 789 Stipulation and Order,, 768 Endorsed Letter,,, 623 M Donna Sheinbach to Withdraw as Attorney and Notice of Change of Firm Name and Address. filed by M. Yaqub Mir Totonji,, Iqbal Yunus,, Jamal Barzinji,, M. Omar Ashraf,, Mohammed Jaghlit,, Muhammad Ashraf,, Taha Jaber Al−A Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena Corporation,, Reston Investmer Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc.,, York Foundation,, African Muslim Ag International Institute of Islamic Thought,, 1237 Stipulation and Order,, 1037 Stipulation and Order,,, 737 Stipulation Order,,, 716 RICO Statement filed by World Trade Center Properties LLC, et al.,, 1290 Notice (Other) filed by Burne

Plaintiffs,, 628 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 951 Stipulation and Order,,,, 4
Endorsed Letter,,, 900 RICO Statement filed by Euro Brokers Inc., et al.,, 1406 Amended
Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Susan Brady,,
Donovan,, Carmen Garcia,, Hector Garcia,, John Does,, Maryland Casualty Company,, Pacific Indemnity Company,,
Authority of New York & New Jersey,, Dennis Quinn,, Kevin Quinn,, William D Robbins,, Vigilant Insurance Comp
Federal Insurance Company,, Valley Forge Insurance Company,, All Plaintiffs,, Allstate Insurance Company,, Great
Insurance Company,, National Fire Insurance Company of Hartford,, Continental Casualty Company,, Patricia Cough
Rogers,, Fidelity And Deposit Company of Maryland,, Transcontinental Insurance Company,, Transportation Insuran
Company,, Andrew Quinn,, North River Insurance Company,, Northern Insurance Company of New York,, Edward J
Shirley Henderson,, Michael Puckett,, Mark Barbieri,, Seneca Insurance Company, Inc.,, Cantor Fitzgerald & Co.,, Z
American Insurance Company,, James Boyle,, American Zurich Insurance Company,, Diane Miller,, William Ellis, J
American Guarantee and Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Melvin C. Lewis,, Wil
Nelson,, David M. Bernstein,, Pedro Saleme,, Chubb Insurance Company of Canada,, Chubb Insurance Company of
Jersey,, Edward Walsh,, United States Fire Insurance Company,, Steadfast Insurance Company,, William Martin,, Co
Insurance Company,, Benjamin Arroyo,, Thomas Fletcher,, John Martin,, Assurance Company of America,, Glens Fa
Insurance Company,, American Alternative Insurance Corporation,, Brian Barry,, Dawn Brown,, American Casualty
of Reading, Pennsylvania,, One Beacon Insurance Company,, Commercial Insurance Company of Newark, N.J.,, Chu
Insurance Company,, Deena Burnett,, Kathleen Ashton,, Josephine Alger,, Angelica Allen,, George Andrucki,, Mary
Winifred Aranyos,, Margaret Arce,, Margit Arias,, Evelyn Aron,, Nancy Badagliacca,, Christina Baksh,, Joanne Barb
F. Barkow,, Nina Barnes,, Jeannine P. Baron,, Jane Bartels,, Kimberly Kaipaka Beaven,, Michelle Bedigan,, Susan B
Madeline Bergin,, Miriam M. Biegeleisen,, Christine Bini,, Neil B. Blass,, Kris A. Blood,, Dorothy Ann Bogdan,, Ma
Boisseau,, Kathleen Box,, David Brace,, Curtis Fred Brewer,, Hillary A. Briley,, Ursula Broghammer,, JoAnne Brue
B. Bruno,, Susan E. Buhse,, Elizabeth R. Burns,, James C. Cahill,, James W. Cahill,, Kathleen Cahill,, Deborah Cald
Calia,, Jacqueline Cannizzaro,, Cathy A. Carilli,, Toni Ann Carroll,, Judith Casoria,, Tracy Ann Taback Catalano,, Sa
Catarelli,, Gina Cayne,, Suk Tan Chin,, Catherine T. Regenhard,, Edward P. Ciafardini,, Lisa DiLallo Clark,, Yuko C
Maryann Colin,, Julia Collins,, Patricia Coppo,, Edith Cruz,, Ildefonso A. Cua,, Linda Curia,, David Edward Cushing
D'Antonio,, Beril Sofia DeFeo,, Vincent J. Della Bella,, Todd DeVito,, Milagros Diaz,, Dhanmatee Sam,, Maria DiPi
Stacey Fran Dolan,, Rosalie Downey,, Jay Charles Dunne,, Stanley Eckna,, Denise Esposito,, Dennis Euleau,, Marya
Clifford Tempesta,, Dorothy Tempesta,, Melissa Van Ness Fatha,, Steven Feidelberg,, Wendy Feinberg,, Charlene Fi
Flannery,, Robert T. Folger,, Kurt Foster,, Claudia Flyzik,, Nancy Walsh,, Carol Francolini,, Helen Friedlander,, Lisa
Anne Gabriel,, Walter Tremsky,, Eileen F. Colligan,, Paul Quinn,, Monica M. Gabrielle,, Kathleen Ganci,, Elizabeth
Diane Genco,, Philip Germain,, Carol Gies,, John J. Gill,, Serina Gillis,, Angela Gitto,, Meg Bloom Glasser,, Sharon
Cobb−Glenn,, Jodie Goldberg,, Mia Gonzalez,, Deborah Grazioso,, Claudette Greene,, Peter Greenleaf,, Joanne Gros
Haag,, Gordon G. Haberman,, Patricia Han,, Renne Bacotti Hannafin,, Dorothy Garcia,, Benhardt R. Wainio,, Perry S
Basmattie Bishundat,, Rachel R. Harrell,, Sheila Gail Harris,, Jennifer L. Harvey,, Kelly Hayes,, Virginia Hayes,, Th
Healey,, Hashim A. Henderson,, Karen Hinds,, Dennis L. Hobbs,, Dixie M. Hobbs,, Pamela Hohlweck,, Kathleen Ho
Rubina Cox−Holloway,, Joann T. Howard,, Bridget Hunter,, Kathryn J. Hussa,, Yesenia Ielpi,, Frederick Irby,, Marg
Iskyan,, Jennifer Ruth Jacobs,, Kazmierz Jakubiak,, Leila M. Joseph,, Woodly Joseph,, Paul Kaufman,, Elizabeth H.
Patricia Kellett,, Emmet P. Kelly,, Rosemary Kempton,, Donald Francis Kennedy,, Richard I. Klein,, Fran LaForte,,
LaFrance,, Collette M. LaFuente,, Morris D. Lamonsoff,, Andrea N. LeBlanc,, Donald Leistman,, Elaine Leinung,, R
Levine,, Kathleen Keeler Lozier,, Anne MacFarlane,, Lisanne MacKenzie,, Andrea Maffeo,, Pamela Ann Maggitti,,
Makshanov,, Rebecca L. Marchand,, Lori Mascali,, Dorothy Mauro,, Meryl Mayo,, Margaret Donoghue McGinley,,
McGinnis,, Cynthia F. McGinty,, Theresa McGovern,, Patricia H. McDowell,, Joann Meehan,, Fryderyk Milewski,,
Milewski,, Amber Miller,, Jamie Miller,, Faith Miller,, Barbara Minervino,, Joanne Modafferi,, Anna Mojica,, Saradl
Moorthy,, Elizabeth Ann Moss,, Emily Motroni,, Lauren Murphy,, Elvira P. Murphy,, Richard B. Naiman,, Edward N
Dana Noonan,, William B. Novotny,, James Wallace O'Grady,, Sheryl J. Oliver,, Lisa Palazzo,, Donna Paolillo,, Hel
Passaro,, Mary Gola Perez,, Linda Pickford,, Nancy Picone,, Jean Oslyn Powell,, Karen Princiotta,, Dominic J. Puop
Patricia Quigley,, Francine Raggio,, Deborah Francke,, Maryann Rand,, Sadiq Rasool,, Susan Rasweiler,, Albert T. R
Elizabeth Rego,, Martin Rosenbaum,, Glenna M. Rosenburg,, Jill Rosenblum,, Lauren Rosenzweig,, Claudia Ruggier
Ruiz, Jr., Andrea Russin,, Diane Ryan,, Delphine Saada,, Barbara Scaramuzzino,, Phyllis Schreier,, Lori Shulman,, E
Simon,, Dhanraj Singh,, Mark J. Siskopoulos,, Donna Smith,, Barbara Sohan,, Robert Spadafora,, Laurie Spampinato
A. Stack,, Eileen Tallon,, Patricia Tarasiewicz,, Evelyn Tepedino,, Raj Thackurdeen,, Sat Thackurdeen,, Rosanna Th
Andrija Tomasevic,, Radmila Tomasevic,, Kimberly Trimingham−Aiken,, Marie Twomey,, Victor Ugolyn,, Felician
Virginia Lorene Rossiter Valvo,, Jasmine Victoria,, Richard Villa,, Lucy Virgilio,, Diane Wall,, Diane M. Walsh,, An
Weaver,, Delia Welty,, Kristin Galusha−Wild,, Patricia Wiswall,, Anne M. Wodensheck,, Cella Woo−Yeun,, Siew−S
Erica Zucker,, Nancy Lynn Zuckerman,, Aldo Addissi,, Edward Arancio,, Kathleen M. Arancio,, Leonard Ardizzone
Ardizzone,, Thomas Baez,, Joseph Beltrani,, Andrew Braun,, James Cizikie,, Thomas Conroy, Jr., Gibson A. Craig,,
Daly,, Robert D'Elia,, Thomas Donnelly,, Charles Downey,, Joseph R. Downey,, Timothy L. Frolich,, Irene Frolich,,
Gillespie,, Joseph Hands,, John Hassett,, James D. Hodges,, Netta Issacof,, John F. Jermyn,, Arnold Lederman,, Phyl
Lederman,, Michael J. Lindy,, Sandy Amrita Mahabir,, Kevin McArdle,, James McGetrick,, Owen McGovern,, Kevi
Murphy,, Janice O'Dell,, Timothy Parker,, Howard Rice,, Louis Schaefer,, Scott Schrimpe,, Scott Ting,, George Luis
Robert V. Trivingo,, Russell Vomero,, Philip J. Zeiss,, Virginia Bauer,, Linda E. Thorpe,, Gladys Salvo,, Harry Ong,
William O'Connor,, Jennifer E. Brady,, Andy Dinoo,, Jeanne M. Evans,, Vice Rose Arestegui,, Lori Fletcher,, Traci F
Mathilda Geidel,, Regan Grice−Vega,, Elinore Hartz,, Veronica Klares,, Jerline Lewis,, Michael Deloughery,, Bettya

Martineau,, Virginia McKeon,, Olga Merino,, Warren Monroe,, Amy Farnum,, Kevin Mount,, Armine Giorgetti,, Ch
Schmidt,, Colleen Holohan,, Roberta Kellerman,, Laurie S. Lauterbach,, Ingrid M. Lenihan,, Jeffrey Lovit,, Merrilly
Janlyn Scauso,, Nancy Shea,, Holli Silver,, Robin Theurkauf,, Joseph A. Tiesi,, Anthony Vincelli,, Lena Whittaker,,
A. Zuccala,, Andrezej Cieslik,, Domenick Damiano,, Warren Hayes,, Evelyn Rodriguez,, Armando Bardales,, Yvonn
Abdool,, Josephine Acquaviva,, Kara Hadfield,, Jean Adams,, Jessica Murrow−Adams,, Stephen Alderman,, Elizabe
Alderman,, Karium Ali,, Michael J. Allen,, Leonor Alvarez,, Jocelyne Ambroise,, Thomas Arias,, Cynthia Arnold,, P
Azenabor,, John P. Baeszler,, Kim Barbaro,, Thomas J. Meehan, III, Daryl Joseph Meehan,, Edmund Barry,, Gila Ba
Bililovsky,, Suzanne J. Berger,, Robert J. Bernstein,, Joanne F. Betterly,, John Bonomo,, Krystyna Boryczewski,, Mi
Boryczewski,, Julia Boryczewski,, Desiree A. Gerasimovich,, Kathleen M. Buckley,, Javier Burgos,, Chubb Indemni
Insurance Company,, Prakash Bhatt,, William Doyle, Sr., Camille Doyle,, Maureen Kelly,, Chiemi York,, Robert Ke
Beacon America Insurance Company,, Houssain Lazaar,, Jennifer Tarantino,, H. Michael Keden,, Nancy Ann Foster,
Burnett,, Mary Margaret Jurgens,, Martha Burnett O'Brien,, William Doyle,, Doreen Lutter,, Christine R. Huhn,, Lyn
Pescherine,, Boston Old Colony Insurance Company,, Paul R. Martin,, Rachel W. Goodrich,, Ernesto Barrera,, Grego
Stevens,, Sharlene M. Beckwith,, James A. Reed,, Benito Colon,, Victoria Higley,, Marion Knox,, Laura J. Lassman,
Lee,, Mei Jy Lee,, John Lewis,, Joviana Mercado,, Linda Pascuma,, Sean Passananti,, Helen Pfeifer,, Daniel Polatsch
Regan,, Armand Reo,, Alexander Santoro,, Maureen Santoro,, Narasimha Sattaluri,, Wen Shi,, Cynthia Tumulty,, Yu
Zheng,, David Ziminski,, Robert Bermingham,, Mark Bernheimer,, Donald DiDomenico,, Michael Endrizzi,, Mark C
Ron Harding,, Jeremiah Harney,, Peter Ioveno,, Jurgiel Kazimierz,, Raymond Lachhman,, George Lantay,, Joyce Lei
Vincent LeVien,, Jeff Lever,, Jerzy Mrozek,, Carmen Romero,, Christine Sakoutis,, Kemraj Singh,, Gary Wendell,, C
American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Insurance C
The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity C
The Princeton Excess & Surplus Lines Insurance Company,, Jane Alderman,, Stephen Jezycki,, Catherine Jezycki,, M
Jezycki,, Jennifer D'Auria,, Richard D. Allen,, Luke C. Allen,, Judith M. Aiken,, Lauren Arias Lucchini,, Lorraine A
Beliveau,, Tara Bane,, Anna M. Granville,, Nicholas Barbaro,, Carol Barbaro,, Kevin W. Barry,, Maureen Barry,, Em
Tisnovskiy,, Leonid Tisnovskiy,, Rostyslav Tisnovskiy,, Frances Berdan,, John Benedetto,, Rina Rabinowitz,, Maria
Ondina Bennett,, Murray Bernstein,, Norma Bernstein,, Irene Bilcher,, Lillian Bini,, Rosemarie Corvino,, Bhola P. B
Miles Bilcher,, Sonia Bonomo,, Sharon Booker,, Rose Booker,, Michael Boryczewski,, John C. Buckley,, Jane M. Sr
Fiona Havlish,, Thomas Burnett,, National Ben Franklin Insurance Company of Illinois,, Alexander Paul Aranyos,, M
Girdano,, Russa Steiner,, Clara Chirchirillo,, Ellen L. Saracini,, TheresaAnn Lostrangio,, Thomas E. Burnett, Sr., Jud
William Coale,, Patricia J. Perry,, Matthew T. Sellitto,, Ralph Maerz, Jr., Linda Panik,, Martin Panik,, Martina Lyne−
Panik,, Stephen L. Cartledge,, Tina Grazioso,, Jin Liu,, Lynn Allen,, Helene Parisi−Gnazzo,, Ann R. Haynes,, John P
O'Neill, Jr., Theresa King,, Judi A. Ross,, Fiona Havlish,, Grace M. Parkinson−Godshalk,,, Loisanne Diehl,, Alfred A
James Alario,,, Andrew Aris,, Donald Aris,, Madelyn Conroy Allen,, George Bonomo,, Estate of John P.O'Neill, Sr.,
Plaintiffs,, Frederick Alger,, Hiscox Dedicated Corporate Member, Ltd.,, Michael J. Novotny,, Christine Irene O'Neil
O'Neill,, Dorothy A. O'Neill,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Continental Insurance Compa
Jersey,, Fidelity and Casualty Company of New York,, Joann Meehan,, Burnett & Ashton Plaintiffs,, Barrera Plaintif
Tremsky Plaintiffs,, Salvo Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, Saad Bin Laden,, World Trade C
Properties LLC, et al.,, Euro Brokers Inc., et al.,, Plaintiffs PI Executive Committee,, Plaintiffs Executive Committee
Plaintiffs,, 758 Order,,, 787 Stipulation and Order,,, 290 Memorandum of Law in Oppisition to Motion, filed by Fede
Insurance Company et al., Plaintiffs,, 1289 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties
al.,, Euro Brokers Inc., et al.,, 1632 Amended Answer to Complaints filed by Muslim World League,, 204 Reply Me
of Law in Support of Motion filed by Al Baraka Investment and Development Corporation,, Saleh Abdullah kamel,,
Certificate of Mailing,,,,,,,,, 111 Amended Complaint,,,,,, filed by Maryland Casualty Company,, Pacific Indemnity
Vigilant Insurance Company,, Federal Insurance Company,, Allstate Insurance Company,, Great Northern Insurance
Fidelity And Deposit Company of Maryland,, North River Insurance Company,, Northern Insurance Company of Ne
Seneca Insurance Company, Inc.,, Zurich American Insurance Company,, American Zurich Insurance Company,, An
Guarantee and Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Chubb Insurance Company of C
Chubb Insurance Company of New Jersey,, United States Fire Insurance Company,, Steadfast Insurance Company,, C
Insurance Company,, Assurance Company of America,, Glens Falls Insurance Company,, American Alternative Insu
Corporation,, One Beacon Insurance Company,, Commercial Insurance Company of Newark, N.J.,, Chubb Custom I
Company,, Chubb Indemnity Insurance Company,, One Beacon America Insurance Company,, Boston Old Colony I
Company,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American En
Insurance Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum
Indemnity Company,, The Princeton Excess & Surplus Lines Insurance Company,, National Ben Franklin Insurance
of Illinois,, Hiscox Dedicated Corporate Member, Ltd.,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Co
Insurance Company of New Jersey,, Fidelity and Casualty Company of New York,, 1016 Memorandum of Law in Su
Motion filed by Khaled Bin Salim Bin Mahfouz,, 816 Endorsed Letter,,, 595 RICO Statement filed by Federal Insura
Company et al., Plaintiffs,, 1040 MOTION to Dismiss. filed by Schreiber & Zindel,, Frank Zindel,, Engelbert Schrei
Engelbert Schreiber, Jr, 1095 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 822 Notice (Other) filed by Est
P.O'Neill, Sr.,, 1563 Memorandum of Law in Support of Motion,, filed by Federal Insurance Company et al., Plainti
Notice (Other) filed by Burnett Plaintiffs,, 305 Response in Opposition to Motion, filed by Federal Insurance Compa
Plaintiffs,, 584 RICO Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 545
1378 Notice (Other) filed by Euro Brokers Inc., et al.,, 711 Stipulation and Order,,, 1529 Answer to Amended
Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by International Islamic Relief Organization(IIRO),, 325 Memo Endo

1531 Memorandum of Law in Oppisition to Motion, filed by Taha Jaber Al−Alwani,, 1244 Declaration in Oppositior Motion,,,,, filed by New York Marine and General Insurance Company,, Burnett Plaintiffs,, Federal Insurance Compa Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1609 Notice of Appeal filed by Fede Insurance Company et al., Plaintiffs,, 957 Affidavit in Support of Motion,, filed by Dubai Islamic Bank,, 1067 Stipul Order,,, 227 Memorandum of Law in Oppisition to Motion filed by Kathleen Ashton,, 1204 MOTION to Dismiss. fil Abdullah Omar Naseef,, 479 Notice of Appearance filed by Port Authority of New York & New Jersey,, Cantor Fitzg Co.,, 1223 Endorsed Letter,, 1578 Memorandum of Law in Support of Motion, filed by Burnett Plaintiffs,, 1425 Resp Support of Motion,,,, filed by Al Haramain Islamic Foundation, Inc.,, 1015 Affirmation in Opposition to Motion,,, fil Federal Insurance Company et al., Plaintiffs,, 565 Memorandum of Law in Oppisition to Motion, filed by Federal Ins Company et al., Plaintiffs,, 1008 Affirmation in Opposition to Motion,,,, filed by Federal Insurance Company,, Conti Casualty Company,, Cantor Fitzgerald & Co.,, New York Marine and General Insurance Company,, Kathleen Ashtor Patrick O'Neill, Jr., Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1519 De Support of Motion,,, filed by Estate of John P.O'Neill, Sr.,, 1256 Memorandum & Opinion,,,,,,,,,, 157 Memorandum Oppisition filed by Burnett Plaintiffs,, 1230 Stipulation and Order,,, 1567 Declaration in Opposition to Motion,,,, file of John P.O'Neill, Sr.,, 1312 Stipulation and Order,, 875 Endorsed Letter,, 587 Reply Memorandum of Law in Suppo Motion,, filed by Yousef Jameel,, 1524 Memorandum of Law in Oppisition to Motion,,,,, filed by M. Yaqub Mirza,, Foundation,, Ahmed Totonji,, Hisham Al−Talib,, Iqbal Yunus,, Jamal Barzinji,, M. Omar Ashraf,, Mohammed Jaghl Muhammad Ashraf,, Taha Jaber Al−Alwani,, Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investment Mena Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Grou York Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, 1323 RICO Statement filed b Insurance Company et al., Plaintiffs,, 1264 MOTION to Dismiss the Continental Casualty and New York Marine & C Insurance actions. filed by Daral Maal Al Islami Trust,, 803 MOTION (FILED ON SERVICE DATE) to Dismiss. fil Mohammed Hussein Al Amoudi,, 1315 Affidavit of Service Complaints, filed by Federal Insurance Company et al., 1553 Endorsed Letter,,, 1318 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 1453 MOTION Notice of Motion. filed by M. Yaqub Mirza,, Ahmed Totonji,, Iqbal Yunus,, M. Omar Ashraf,, Mohammed Jaghlit,, Ashraf,, Taha Al Alwani,, 1304 MOTION to Dismiss New York Marine. filed by Abdul Aziz Al−Ibrahim,, 252 Stipu Order,,, 512 Affirmation in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 1373 MOTI Dismiss the Cantor Fitzgerald action. filed by Daral Maal Al Islami Trust,, 760 Stipulation and Order,,, 1265 Memora Law in Support, filed by Daral Maal Al Islami Trust,, 1175 Memorandum of Law in Support of Motion,, filed by Sau Crescent,, 921 Memorandum of Law in Oppisition to Motion,, filed by World Trade Center Properties LLC, et al.,, 1 Memorandum of Law in Support of Motion filed by Aradi, Inc.,, 855 Notice of Change of Address filed by Burnett P 1086 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1603 Memorandum of Law in Oppisition to Motion, file American Bank,, 721 Affidavit of Service Other,, filed by John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Chr O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 1307 Reply Memorandum of Law in Support of Motion,, filed by Abdu Naseef,, 279 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 234 Memorandum of Law in to Motion, filed by Kathleen Ashton,, 142 MOTION to Dismiss the First Amended Complaint. filed by M. Yaqub Mi Yunus,, M. Omar Ashraf,, Muhammad Ashraf,, Taha Jaber Al−Alwani,, 1295 Notice (Other) filed by Burnett Plainti Stipulation and Order,,,,, 960 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 300 Declaration in Support filec Jameel,, 814 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc MOTION to Dismiss for Lack of Jurisdiction the Third Amended Complaint (Burnett). filed by Saudi Red Crescent,, Statement, filed by Euro Brokers Inc., et al.,, 165 MOTION for Protective Order Notice of Motion and Memorandum of Motion for Limited Appearance and to Move for a Protective Order. filed by Princess Haifa Al−Faisal,, The Royal of Saudi Arabia,, Prince Bandar bin Sultan bin Abdulaziz,, Ahmed A. Kattan,, Abdul Rahman I. Al−Noah,, 551 Stipu Order of Dismissal,, 1140 RICO Statement filed by World Trade Center Properties LLC, et al.,, 708 Notice of Volun Dismissal − Signed,,,,,,, 637 Endorsed Letter,,, 1085 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 321 Wai Service Executed filed by Federal Insurance Company et al., Plaintiffs,, 200 Reply Memorandum of Law in Support filed by International Islamic Relief Organization(IIRO),, 1280 Notice (Other) filed by Burnett Plaintiffs,, 794 Ackno of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 1495 MOTION Strike Defendant Taha Alwani's Motion to Dismiss, to Amend Plaintiff's Complaint, for Leave to File RICO Statement, For Reconsideration Court's Decision Relative to the Filing of A RICO Statement and other Relief. filed by Estate of John P.O'Neill, Sr.,, Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Executive Committees,, 591 Endorsed Letter,, 128 (Other) filed by Burnett Plaintiffs,, 574 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Co al., Plaintiffs,, 799 Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 3 Memorandum of Law in Oppisition to Motion, filed by All Plaintiffs,, 919 MOTION for Entry of Judgment under Ru NOTICE OF MOTION FOR ENTRY OF FINAL JUDGMENTS REGARDING DEFENDANTS KINGDOM OF SA ARABIA, PRINCE SULTAN BIN ABDUL AZIZ AL SAUD, PRINCE TURKI AL FAISAL AL SAUD, PRINCE M AL FAISAL AL SAUD, AND AL filed by Plaintiffs Executive Committees,, 572 CONSENT MOTION for Extensic to Answer Complaint. filed by Adnan Basha,, Abdullah Muhsen Al Turki,, 80 Affidavit of Service Other, filed by Ch Jennifer Tarantino,, H. Michael Keden,, Nancy Ann Foster,, 1193 Memorandum of Law in Support of Motion,, filed Mohammed Badkook,, 1102 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 195 Rule 7.1 Disclosure Stateme Alfaisaliah Group,, 1208 Affidavit of Service Complaints,,, filed by Federal Insurance Company et al., Plaintiffs,, 70 Stipulation and Order,, 8 Order on Motion for Extension of Time to Answer,, 1449 MOTION to Dismiss Notice Of M by M. Yaqub Mirza,, Ahmed Totonji,, M. Omar Ashraf,, Mohammed Jaghlit,, Muhammad Ashraf,, Taha Jaber Al−A Aaran Money Wire Service, Inc.,, Iqbal Unus (Yunus),, 352 Memorandum of Law in Support of Motion filed by Mol

Bin Abdulrahman Al Ariefy,, Faisal Group Holding Co.,, Alfaisaliah Group,, Abdullah Al Faisal Bin Abdulaziz Al S
RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 468 Endorsed Letter,, 272 Memorandum of L
Oppisition to Motion,,, filed by Burnett Plaintiffs,, 1056 Endorsed Letter,, 1615 Memorandum of Law in Support of M
filed by Al Shamal Islamic Bank,, 929 Declaration in Support of Motion,, filed by Schreiber & Zindel,, Frank Zindel,
Schreiber,, Engelbert Schreiber, Jr, 1166 RICO Statement filed by World Trade Center Properties LLC, et al.,, 942 R
Statement filed by Continental Casualty Company,, 1551 Stipulation and Order,,,,,, 1132 Clerk Certificate of Mailing
Affidavit in Opposition to Motion,,,,, filed by Plaintiffs PI Executive Committee,, 1198 MOTION to Dismiss. filed by
Abdulraoof Batterjee,, 1027 Reply Memorandum of Law in Support of Motion filed by Sami Omar Al−Hussayen,, 9
Stipulation and Order,,,, 113 Clerk Certificate of Mailing,, 678 RICO Statement filed by Federal Insurance Company
Plaintiffs,, 939 RICO Statement, filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 446
Statement filed by Federal Insurance Company et al., Plaintiffs,, 239 Endorsed Letter,,, 883 Order of Dismissal,,,, 75
Certificate of Mailing,,,, 1339 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1381 Rule 7.1 Disclosure Statem
Banca Del Gottardo,, 1292 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Eu
Inc., et al.,, 1545 Endorsed Letter,, 720 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 51 MOTION to Dism
Abdul Rahman Bin Kahlid Bin Mahfouz,, 428 MOTION for More Definite Statement THE FEDERAL INSURANCE
COMPANY PLAINTIFFS' MORE DEFINITE STATEMENT AND SUPPLEMENTAL PLEADING ADDING CER
DEFENDANTS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(e) AND 15(d) AND PARAGRA
CASE MANA filed by Federal Insurance Company et al., Plaintiffs,, 267 Reply to Response to Motion filed by Moha
Jamal Khalifa,, 915 Stipulation and Order,,,, 358 Memorandum of Law in Oppisition to Motion filed by All Plaintiffs
Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 438 Notice (Other) fi
Federal Insurance Company et al., Plaintiffs,, 1509 Affirmation in Opposition to Motion,,, filed by Federal Insurance
et al., Plaintiffs,, 365 Endorsed Letter,, 237 Memorandum of Law in Oppisition to Motion filed by Kathleen Ashton,,
Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 147 Order on Motion for Leave to File Do
1394 Affidavit in Support,, filed by Federal Insurance Company et al., Plaintiffs,, 852 Endorsed Letter,,,, 1126 RICO
filed by Federal Insurance Company et al., Plaintiffs,, 736 Endorsed Letter,,, 653 Endorsed Letter,, 1444 Declaration
of Motion,, filed by Council on American−Islamic Relations (CAIR),, 11 Endorsed Letter,, 110 MOTION to Dismiss
Islamic Assembly of North America,, 1235 Memorandum of Law in Oppisition to Motion,,, filed by Estate of John P
Sr.,, 770 Endorsed Letter,,, 761 Order Admitting Attorney Pro Hac Vice,, 520 CONSENT MOTION for Extension of
File Answer re: 447 Amended Complaint,,,,,,,. filed by Adnan Basha,, Abdullah Muhsen Al Turki,, 404 Memorandum
Oppisition to Motion, filed by Burnett Plaintiffs,, 1042 Stipulation and Order,, 125 Stipulation and Order,, 1121 RICO
filed by Estate of John P.O'Neill, Sr.,, 164 MOTION for Protective Order Notice of Motion and Memorandum in Sup
Motion for Limited Appearance and to Move for a Protective Order. filed by The Kingdom of Saudi Arabia,, Princes
Al−Faisal,, Prince Bandar bin Sultan,, 1243 Memorandum of Law in Oppisition to Motion,,, filed by New York Mari
General Insurance Company,, Burnett Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, World Trade Center P
LLC, et al.,, Euro Brokers Inc., et al.,, 455 Affidavit in Opposition to Motion filed by Kathleen Ashton,, 332 Reply
Memorandum of Law in Support of Motion, filed by Abdullah Omar Naseef,, 669 RICO Statement filed by Estate of
P.O'Neill, Sr.,, 205 Opposition Brief, filed by Al Baraka Investment and Development Corporation,, Saleh Abdullah
Saleh Abdullah kamel,, 897 RICO Statement filed by World Trade Center Properties LLC, et al.,, 532 Stipulation and
978 MOTION for Leave to File Motion to Dismiss Out of Time. filed by Dallah Al Baraka Group LLC,, 304 Declara
Support of Motion, filed by Yousef Jameel,, 223 MOTION to Dismiss − Ashton v. Al Qaeda. filed by Saudi America
905 Reply Memorandum of Law in Support of Motion, filed by Islamic Investment Company of the Gulf (Sharjah),,
MOTION to Dismiss Notice of Motion. filed by Wamy International, Inc.,, 132 Affidavit of Service Complaints,,,,,,,
Pacific Indemnity Company,, Vigilant Insurance Company,, Federal Insurance Company,, Allstate Insurance Compan
Northern Insurance Company,, Fidelity And Deposit Company of Maryland,, North River Insurance Company,, Nort
Insurance Company of New York,, Seneca Insurance Company, Inc.,, Zurich American Insurance Company,, Americ
Insurance Company,, American Guarantee and Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,,
Insurance Company of Canada,, Chubb Insurance Company of New Jersey,, United States Fire Insurance Company,,
Insurance Company,, Continental Insurance Company,, Assurance Company of America,, American Alternative Insu
Corporation,, One Beacon Insurance Company,, Commercial Insurance Company of Newark, N.J.,, Chubb Custom In
Company,, Chubb Indemnity Insurance Company,, One Beacon America Insurance Company,, Boston Old Colony In
Company,, Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Em
Insurance Company,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, Hiscox D
Corporate Member, Ltd.,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Continental Insurance Company
Jersey,, Fidelity and Casualty Company of New York,, 1334 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 12
Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Executive Committees,, 163 MOTION to Dismiss
Amended Complaint. filed by Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena
Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc
Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, Sana−Bell, Inc.,, 1361 Notice (Oth
Estate of John P.O'Neill, Sr.,, 91 Order,,,, 650 Memorandum of Law in Oppisition to Motion, filed by Federal Insura
Company et al., Plaintiffs,, 841 MOTION to Dismiss. filed by Faisal Islamic Bank,, 167 Endorsed Letter,, 306 RICO
filed by Federal Insurance Company et al., Plaintiffs,, 1592 Memorandum of Law in Support of Motion, filed by Sch
Zindel,, Frank Zindel,, Engelbert Schreiber,, Engelbert Schreiber, Jr, 1168 Notice (Other), Notice (Other) filed by Est
P.O'Neill, Sr.,, 1075 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 256 Memorandum of Law in Support of
filed by Burnett Plaintiffs,, 496 Stipulation and Order of Dismissal,, 1590 Memorandum of Law in Support of Motion

Sami Omar Al−Hussayen,, 1416 Response in Support of Motion,, filed by Abdullah Muhsen Al Turki,, 1548 Amend
to Complaints, filed by International Islamic Relief Organization(IIRO),, 232 Memorandum of Law in Oppisition to
filed by Kathleen Ashton,, 1342 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1522 Reply Memorandum of L
Support of Motion filed by Banca Del Gottardo,, 1347 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1052 Re
Memorandum of Law in Support of Motion,,, filed by Saleh Abdul Aziz Al Rajhi,, Saleh Abdulaziz Al−Rajhi,, 270 C
Motion to Appear Pro Hac Vice, 1447 MOTION to Dismiss Plaintiffs' Complaints in Ashton, Federal Insurance, Con
Casualty, and New York Marine With Prejudice. filed by Abdulrahman Bin Mahfouz,, 1236 Stipulation and Order, S
Deadlines/Hearings,,,,,,, 901 Stipulation and Order,, 120 MOTION (FILED ON SERVICE DATE) for Khurrum Wah
Appear Pro Hac Vice. filed by World Assembly of Muslim Youth,, 1380 Notice (Other), Notice (Other) filed by Fed
Insurance Company et al., Plaintiffs,, 833 MOTION to Dismiss. filed by Faisal Islamic Bank,, 82 MOTION to Dismi
of Jurisdiction the Third Amended Complaint (Burnett). filed by Sheik Hamad Al−Husaini,, 805 RICO Statement file
of John P.O'Neill, Sr.,, 346 Answer to Complaint, Third Party Complaint, Crossclaim filed by Muslim World League
MOTION to Dismiss for Lack of Jurisdiction Lack of Personal Jurisdiction. filed by Rabita Trust,, 753 Clerk Certific
Mailing,,, 535 Memorandum of Law in Oppisition to Motion, filed by Kathleen Ashton,, 162 Memorandum of Law i
of Motion filed by Arab Bank,, 249 MOTION to Dismiss First Amended Complaint. filed by Mohammed Al Faisal A
1506 Stipulation and Order,,, 592 Order Admitting Attorney Pro Hac Vice,, 638 Stipulation and Order,, 1596 Stipula
Order,, 1376 Memorandum of Law in Support filed by Daral Maal Al Islami Trust,, 203 Reply Memorandum of Law
of Motion filed by Wa'el Jalaidan,, 417 Notice (Other) filed by National Commercial Bank,, 541 JOINT MOTION to
Faisal Group Holding. filed by Kathleen Ashton,, 1358 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 748 Cle
Certificate of Mailing,,,, 788 Stipulation and Order,,, 500 Memorandum of Law in Support of Motion filed by DMI
Administrative Services S.A.,, 250 Memorandum of Law in Support of Motion filed by Mohammed Al Faisal Al Sau
RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 1219 RICO Statement filed by Euro Brokers I
629 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 980 MOTION for Leave to File Arabic la
document. filed by Federal Insurance Company et al., Plaintiffs,, 928 Declaration in Support of Motion,, filed by Sch
Zindel,, Frank Zindel,, Engelbert Schreiber,, Engelbert Schreiber, Jr, 1627 Reply Memorandum of Law in Support of
filed by DMI Administrative Services S.A.,, 1320 RICO Statement filed by Federal Insurance Company et al., Plainti
Endorsed Letter,,, 1124 RICO Statement filed by World Trade Center Properties LLC, et al.,, 484 Notice of Appearan
John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 1
(Other) filed by Burnett Plaintiffs,, 679 MOTION to Dismiss for Lack of Jurisdiction and Failure to State a Claim. fil
Islamic Investment Company of the Gulf (Sharjah),, 1409 MOTION for Extension of Time Motion for an Order Adjo
Indefinately the Time For Defendant Faisal Islamic Bank − Sudan to Respond to Recent Pleadings. filed by Faisal Isl
Bank,, 1353 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1093 RICO Statement filed by Estate of John P.O'N
293 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 1338 Notice (Other), Notice (Other) f
Estate of John P.O'Neill, Sr.,, 948 Notice (Other), Notice (Other) filed by Plaintiffs Executive Committees,, 326 Stipu
Order,,,,, 389 Waiver of Service Executed filed by Federal Insurance Company et al., Plaintiffs,, 958 Rule 7.1 Disclos
Statement filed by Dubai Islamic Bank,, 106 MOTION to Dismiss. filed by Saleh O. Badahdah,, 518 RICO Statemen
Federal Insurance Company et al., Plaintiffs,, 594 RICO Statement filed by Federal Insurance Company et al., Plainti
MOTION to Dismiss., 374 MOTION to Dismiss and Memorandum of Law in Support of Motion to Dismiss. filed by
Kingdom of Saudi Arabia,, 1228 MOTION to Add Party(ies) Thomas E. Burnett, Sr., et al. Motion to Add Parties Pu
Federal Rule of Civil Procedure 15(d). filed by Burnett Plaintiffs,, 1517 Declaration in Opposition to Motion,, filed b
John P.O'Neill, Sr.,, 583 Notice (Other), Notice (Other) filed by John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr
Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 920 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 127 O
Motion to Appear Pro Hac Vice, 259 Order on Motion to Appear Pro Hac Vice, 1348 Notice (Other) filed by Estate o
P.O'Neill, Sr.,, 866 Memorandum of Law in Support,,, filed by Saleh Abdul Aziz Al Rajhi,, Saleh Abdulaziz Al−Rajl
MOTION to Dismiss. filed by Saudi Red Crescent,, 555 Notice (Other) filed by Soliman H.S. Al−Buthe,, 1549 RICO
filed by Federal Insurance Company et al., Plaintiffs,, 248 Case Management Plan,,, 952 Endorsed Letter,, 351 MOT
Dismiss. filed by Mohammed Bin Abdulrahman Al Ariefy,, Faisal Group Holding Co.,, Alfaisaliah Group,, Abdullah
Bin Abdulaziz Al Saud,, 692 Notice of Voluntary Dismissal − Signed,, 1176 Affidavit in Support of Motion,, filed by
Crescent,, 67 MOTION (FILED ON SERVICE DATE) for Don Howarth, Suzelle M. Smith and Robert D. Brain to A
Hac Vice., 410 MOTION to Dismiss the Federal Insurance First Amended Complaint. filed by Saudi American Bank
Response in Support of Motion,, filed by Abdullah Bin Saleh Al−Obaid,, 89 Letter, filed by Abdulrahman Bin Mahfo
RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 817 Stipulation and Order,,,, 1540 Memorand
in Support of Motion, filed by M. Yaqub Mirza,, Ahmed Totonji,, Iqbal Yunus,, M. Omar Ashraf,, Mohammed Jaghl
Muhammad Ashraf,, 1107 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 7 Notice of Appearance, filed by M
Mirza,, M. Omar Ashraf,, Muhammad Ashraf,, Taha Jaber Al−Alwani,, Grove Corporate, Inc.,, Heritage Education T
Mar−Jac Investments, Inc.,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, York Foundation,,
Muslim Agency,, International Institute of Islamic Thought,, Sana−Bell, Inc.,, Sanabel Al−Kheer, Inc.,, Mena Investr
Jamal Barzinji,, Iqbal Unus (Yunus),, 600 Notice of Appearance filed by Naif Bin Abdulaziz Al Saud,, 1612 Reply
Memorandum of Law in Support of Motion,,, filed by Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac In
Inc.,, Mena Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Managemen
Inc.,, York Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, 1588 SUPPLEMENTA
MOTION to Dismiss Pursuant to CMO No. 4. filed by Soliman H.S. Al−Buthe,, Perouz Seda Ghaty,, Al Haramain Is
Foundation, Inc.,, 808 Memorandum of Law in Oppisition to Motion,, filed by Federal Insurance Company et al., Pla
RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1543 Stipulation and Order, Set Deadlines/Hearings,,,,,,,,, 517

Affirmation in Opposition to Motion,, filed by Federal Insurance Company et al., Plaintiffs,, 944 RICO Statement fil Trade Center Properties LLC, et al.,, 1205 Memorandum of Law in Support of Motion,, filed by Abdullah Omar Nas Notice (Other) filed by Federal Insurance Company et al., Plaintiffs,, 656 MOTION to Dismiss the Consolidated Pro Damage and Insurance Complaints (Cantor Fitzgerald, Continental Casualty, Euro Brokers, Federal Insurance, NY M World Trade Center Properties). filed by Al Haramain Islamic Foundation, Inc.,, 1253 Memorandum of Law in Oppi Motion,, filed by Plaintiffs Executive Committees,, 172 Reply Memorandum of Law in Support of Motion, filed by I Institute of Islamic Thought,, 1562 RICO Statement filed by Continental Casualty Company,, 201 Reply Memorandu in Support of Motion filed by International Islamic Relief Organization(IIRO),, 1467 MOTION for Dean Arnold and Mintz to Withdraw as Attorney. filed by Sami Omar Al−Hussayen,, 575 Memorandum of Law in Oppisition to Motio Federal Insurance Company et al., Plaintiffs,, 357 Affidavit in Opposition to Motion filed by All Plaintiffs,, 1450 Me of Law in Support of Motion,, filed by M. Yaqub Mirza,, Ahmed Totonji,, M. Omar Ashraf,, Mohammed Jaghlit,, M Ashraf,, Taha Jaber Al−Alwani,, Iqbal Unus (Yunus),, 1098 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 5 Endorsed Letter,,, 503 Declaration in Opposition to Motion,, filed by Burnett Plaintiffs,, 1131 Clerk Certificate of M MOTION to Dismiss & Memorandum of Law in Support of Motion to Dismiss of the Saudi Joint Relief Committee. Saudi Joint Relief Committee,, 1525 Declaration in Opposition to Motion,, filed by Taha Jaber Al−Alwani,, 1090 RI Statement filed by Estate of John P.O'Neill, Sr.,, 997 Reply Memorandum of Law in Support of Motion,,, filed by Fe Insurance Company et al., Plaintiffs,, 1624 Order,,, 1470 Memorandum of Law in Support of Motion filed by Taha J Al−Alwani,, 1583 Stipulation and Order,, 1151 MOTION to Withdraw 499 MOTION to Dismiss Notice of Motion t 94 MOTION to Dismiss (Notice of Motion)., 254 Reply Memorandum of Law in Support of Motion,, 617 Reply Me of Law in Support of Motion. filed by DMI Administrative Services S.A.,, 1275 Notice (Other), Notice (Other) filed Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 156 Memorandum of Law in Oppisi Motion,,, filed by Burnett & Ashton Plaintiffs,, Barrera Plaintiffs,, Tremsky Plaintiffs,, Salvo Plaintiffs,, 1142 Notice Appearance filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 1630 Reply Memorandu Oppisition to Motion,,, filed by Federal Insurance Company et al., Plaintiffs,, 1498 Declaration in Support of Motion Estate of John P.O'Neill, Sr.,, 1141 RICO Statement filed by Continental Casualty Company,, 100 Memorandum of I Support of Motion filed by DMI Administrative Services S.A.,, 1317 RICO Statement filed by Federal Insurance Co al., Plaintiffs,, 987 RICO Statement, filed by Estate of John P.O'Neill, Sr.,, 1502 Memorandum of Law in Support of filed by Wamy International, Inc.,, World Assembly of Muslim Youth,, 943 Notice (Other) filed by Burnett Plaintiffs Memorandum of Law in Support,, filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation,, 299 MOTION to Dismi Yousef Jameel,, 1356 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 338 MOTION (FILED ON SERVICE D Justin B. Kaplan to Appear Pro Hac Vice. filed by Thomas E. Burnett, Sr., 649 MOTION (FILED ON SERVICE DA Thomas M. Melsheimer, Matthew E. Yarbrough, and John M. Helms to Appear Pro Hac Vice. filed by Khalid Sulain Al−Rajhi,, Sulaiman Bin Abdul Aziz Al Rajhi,, Saleh Abdul Aziz Al Rajhi,, Abdullah Salaiman Al−Rajhi,, Omar Su Al−Rajhi,, 337 Reply to Response to Motion filed by Jamal Barzinji,, 21 Notice of Appearance, filed by Shahir Abdu Batterjee,, Abdul Rahman Al Swailem,, Abdullah Omar Naseef,, Mohammed Ali Sayed Mushayt,, Abdulla Al Obaid Mohammed Badkook,, Red Crescent Saudi Committee,, Adnan Basha,, Safar Al−Hawali,, Saleh Al−Hussayen,, Abd Muhsen Al Turki,, Mushayt for Trading Company,, Sheik Hamad Al−Husaini,, 240 MOTION for Alan E. Untereine Pro Hac Vice Notice of Motion. filed by Saudi High Commission,, 328 Reply Memorandum of Law in Support of M by Yassin Abdullah Al Kadi,, 1464 Memorandum of Law in Oppisition to Motion,, filed by Estate of John P.O'Neill, RICO Statement, filed by Federal Insurance Company et al., Plaintiffs,, 1112 Stipulation and Order,,,, 280 Memoran in Oppisition to Motion filed by Burnett Plaintiffs,, 229 Endorsed Letter,, 274 Memorandum of Law in Oppisition to filed by Burnett Plaintiffs,, 1462 Memorandum of Law in Support of Motion,, filed by Wamy International, Inc.,, W Assembly of Muslim Youth,, 1507 Set Deadlines/Hearings, Order,,,,,,, 1411 MOTION to Dismiss Notice of Motion. Council on American−Islamic Relations (CAIR),, 1526 MOTION for Sanctions Pursuant to Rule 11. filed by Taha J Al−Alwani,, 825 Notice of Voluntary Dismissal − Signed,, 719 Order Admitting Attorney Pro Hac Vice,,,,,,,, 916 RI Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 409 Rule 7.1 Disclosure St filed by Saudi American Bank,, 433 Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, 1546 Case Managem 848 MOTION to Dismiss. filed by Faisal Islamic Bank,, 795 Acknowledgment of Service Complaints, filed by Feder Insurance Company et al., Plaintiffs,, 1261 Affidavit of Service Complaints,,,,, filed by Federal Insurance Company Plaintiffs,, 47 MOTION to Dismiss Certain Consolidated Complaints. filed by Sultan Bin Abdulaziz Al Saud,, 349 M Dismiss. filed by Mohammed Bin Abdulrahman Al Ariefy,, Faisal Group Holding Co.,, Alfaisaliah Group,, Addulla Abdulaziz Al Saud,, 1099 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 670 RICO Statement filed by Estat P.O'Neill, Sr.,, 782 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 123 Endorsed Letter,,, 1580 Affirmation i Opposition to Motion,, filed by Plaintiffs Executive Committees,, 75 Certificate of Service Other, filed by United Sta America,, 114 Clerk Certificate of Mailing,, 1331 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1183 MOTIC Dismiss. filed by Abdullah Muhsen Al Turki,, 658 Notice of Voluntary Dismissal − Signed,, 1427 Notice of Appeara Aradi, Inc.,, 149 Response to Motion, filed by Burnett Plaintiffs,, 393 RICO Statement filed by Federal Insurance Co al., Plaintiffs,, 709 Service by Publication, filed by All Plaintiffs,, 811 Stipulation and Order,,, 498 Memorandum of I Oppisition to Motion filed by Tarik Hamdi,, 437 Rule 7.1 Disclosure Statement filed by Federal Insurance Company Plaintiffs,, 1383 Memorandum of Law in Support of Motion, filed by Banca Del Gottardo,, 791 Order on Motion to I 523 Notice (Other) filed by Kathleen Ashton,, 192 Letter, filed by Abdul Rahman Khaled Bin Mahfouz,, 618 Endors 967 Response to Motion,,, filed by Mohammed Al Faisal Al Saud,, Sultan Bin Abdulaziz Al Saud,, Prince Turki Al F Saud,, The Kingdom of Saudi Arabia,, 1250 Memorandum of Law in Oppisition to Motion,, filed by Continental Cas Company,, 1225 Order, Set Deadlines/Hearings,,,,,,, 1173 RICO Statement filed by Continental Casualty Company,,

Endorsed Letter,, 860 RICO Statement filed by Euro Brokers Inc., et al.,, 1055 Endorsed Letter,, 405 Memorandum c
Oppisition to Motion, filed by Burnett Plaintiffs,, 1311 Reply Memorandum of Law in Support of Motion,, filed by M
Ali Sayed Mushayt,, 1527 Memorandum of Law in Support of Motion filed by Taha Jaber Al−Alwani,, 1479 CONSE
MOTION for Extension of Time to File Answer To Federal Insurance Complaint. filed by International Islamic Relie
Organization(IIRO),, 573 Notice (Other) filed by Federal Insurance Company et al., Plaintiffs,, 1387 Declaration in S
filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation,, 902 MOTION to Dismiss of Mar−Jac Poultry, Inc.. filed by
Poultry, Inc.,, 1034 Declaration in Opposition to Motion,,,, filed by Plaintiffs Executive Committees,, 1332 Notice (C
by Estate of John P.O'Neill, Sr.,, 505 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 282
Memorandum of Law in Oppisition to Motion filed by Burnett Plaintiffs,, 714 Clerk Certificate of Mailing,, 985 Stip
Order, Set Motion and R&R Deadlines/Hearings,,, 824 Stipulation and Order,,, 62 Memo Endorsement,, 1508 Memo
Law in Oppisition to Motion,,, filed by Federal Insurance Company et al., Plaintiffs,, 576 Stipulation and Order,,,, 42
CONSENT MOTION for Extension of Time /Consent Motion and Stipulation as to Further Extension of Time. filed
Administrative Services S.A.,, Islamic Investment Company of the Gulf (Sharjah),, 1297 Notice (Other) filed by Burn
Plaintiffs,, 1148 Affidavit in Opposition to Motion,,, filed by Continental Casualty Company,, Cantor Fitzgerald & C
York Marine and General Insurance Company,, Kathleen Ashton,, Estate of John P.O'Neill, Sr.,, Burnett Plaintiffs,, F
Insurance Company et al., Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1487 Stip
Order,,,, 72 Order Admitting Attorney Pro Hac Vice,, 749 Clerk Certificate of Mailing,,,, 1159 RICO Statement filed
Continental Casualty Company,, 739 Stipulation and Order,,, 542 Stipulation and Order,, 79 Reply Memorandum of
Support,,,,, filed by Maryland Casualty Company,, Pacific Indemnity Company,, Vigilant Insurance Company,, Fede
Insurance Company,, Great Northern Insurance Company,, Fidelity And Deposit Company of Maryland,, North Rive
Company,, Northern Insurance Company of New York,, Zurich American Insurance Company,, American Zurich Ins
Company,, American Guarantee and Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Chubb Insu
Company of Canada,, Chubb Insurance Company of New Jersey,, United States Fire Insurance Company,, Steadfast I
Company,, Assurance Company of America,, American Alternative Insurance Corporation,, One Beacon Insurance C
Chubb Custom Insurance Company,, Chubb Indemnity Insurance Company,, One Beacon America Insurance Compa
Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' Ins
Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster
Company,, The Princeton Excess & Surplus Lines Insurance Company,, 411 Reply Memorandum of Law in Support
filed by Salman Bin Abdulaziz Al Saud,, 1435 Reply Memorandum of Law in Support of Motion,,, filed by Asat Tru
Martin Watcher,, Erwin Watcher,, Sercor Treuhand Anstalt,, 1513 Memorandum of Law in Support of Motion,, filed
Mohammed Al Faisal Al Saud,, 894 Reply Memorandum of Law in Support of Motion,,, filed by Perouz Seda Ghaty
Haramain Islamic Foundation, Inc.,, 1333 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 39 Rule 7.1 Disclosu
Statement filed by National Commercial Bank,, 1628 Reply Memorandum of Law in Support of Motion,, filed by Al
Investment and Development Corporation,, Saleh Abdullah Kamel,, Dallah Al Baraka Group LLC,, 1194 Affidavit in
Motion,, filed by Talal Mohammed Badkook,, 516 Affirmation in Opposition to Motion, filed by Federal Insurance C
al., Plaintiffs,, 247 Case Management Plan,,,,,, 1197 Affidavit in Support of Motion, filed by Adnan Basha,, 1227 MO
Add Party(ies) Thomas E. Burnett, Sr., et al. Notice of Motion to Add Parties Pursuant to Federal Rule of Civil Proce
filed by Burnett Plaintiffs,, 431 Rule 7.1 Disclosure Statement filed by Federal Insurance Company et al., Plaintiffs,,
MOTION to Dismiss. MOTION to Dismiss for Lack of Jurisdiction. MOTION to Dismiss. MOTION to Dismiss for
Jurisdiction. filed by Dallah Al Baraka Group LLC,, 483 Notice of Appearance filed by John Patrick O'Neill, Jr., Esta
P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 45 Reply Memorandum of Law in Suppo
National Commercial Bank,, 1169 RICO Statement filed by Continental Casualty Company,, 1327 Notice (Other) fil
Federal Insurance Company et al., Plaintiffs,, 1074 Endorsed Letter,, 773 Stipulation and Order,,, 904 RICO Stateme
Federal Insurance Company et al., Plaintiffs,, 1274 Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, World
Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 258 Rule 7.1 Disclosure Statement filed by Saudi Economic
Development Company,, 269 Order on Motion to Appear Pro Hac Vice, 630 RICO Statement filed by Estate of John
Sr.,, 1402 MOTION to Dismiss. filed by Daral Maal Al Islami Trust,, 956 Memorandum of Law in Support of Motio
Dubai Islamic Bank,, 671 Endorsed Letter,, 108 MOTION to Dismiss. filed by Abdullah M. Al−Mahdi,, 1046 Memo
Law in Oppisition to Motion,,,, filed by Plaintiffs Executive Committees,, 533 Stipulation and Order,, 1325 RICO Sta
filed by Federal Insurance Company et al., Plaintiffs,, 655 MOTION to Dismiss the Consolidated Personal Injury Co
(Ashton, Burnett, Salvo, and Tremsky). filed by Perouz Seda Ghaty,, 1429 Answer to Complaint filed by Jamal Barzi
Stipulation and Order,, 90 Order Admitting Attorney Pro Hac Vice,, 1404 MOTION to Dismiss. filed by Daral Maal
Trust,, 1584 Stipulation and Order,, 564 Order Admitting Attorney Pro Hac Vice,, 1062 Reply Memorandum of Law
of Motion,, filed by Faisal Islamic Bank,, 1382 MOTION to Dismiss. filed by Banca Del Gottardo,, 1313 Notice (Oth
(Other) filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 1407 Endorsed Letter,, 734 N
Substitution of Attorney, filed by DMI Administrative Services S.A.,, 508 Endorsed Letter,, 218 Memorandum of La
Oppisition to Motion filed by Burnett Plaintiffs,, 835 MOTION to Dismiss. filed by Faisal Islamic Bank,, 1591 Mem
Law in Support of Motion, filed by Schreiber & Zindel,, Frank Zindel,, Engelbert Schreiber,, Engelbert Schreiber, Jr,
(Other) filed by Kathleen Ashton,, 1217 Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, 950 Notice (Other
World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 480 Notice of Appearance filed by Port Author
York & New Jersey,, Cantor Fitzgerald & Co.,, 1633 Reply Memorandum of Law in Support of Motion,, filed by Co
American−Islamic Relations (CAIR),, 1535 Answer to Amended Complaint, filed by International Islamic Relief
Organization(IIRO),, 1127 Clerk Certificate of Mailing,, 1039 Affirmation in Opposition to Motion,, filed by Plaintif
Executive Committees,, 1634 Certificate of Service Other,, filed by Council on American−Islamic Relations (CAIR),

Stipulation and Order,,, 646 Endorsed Letter,, 170 Reply Memorandum of Law in Support of Motion, filed by Natior Commercial Bank,, 1354 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 785 Stipulation and Order,,, 961 RICC filed by Estate of John P.O'Neill, Sr.,, 1209 Reply Memorandum of Law in Support of Motion,, filed by S.M. Tufail,, & Zindel,, Frank Zindel,, Engelbert Schreiber,, Engelbert Schreiber, Jr, 1637 Notice of Appeal filed by All Plaintiffs, Affidavit in Support of Motion,, filed by Safar Al−Hawali,, 812 Endorsed Letter,,, 52 MOTION to Dismiss. filed by Abdullah Kamel,, Al Baraka Investment & Development Corp.,, 1410 Notice (Other) filed by Faisal Islamic Bank,, 1 (Other) filed by Estate of John P.O'Neill, Sr.,, 1423 Response in Support of Motion,, filed by Abdullah Omar Naseef, Memorandum of Law in Support, filed by DMI Administrative Services S.A.,, 44 Memorandum of Law in Support o filed by Saudi Binladin Group, Inc.,, 1395 Notice (Other) filed by Soliman H.S. Al−Buthe,, 260 Endorsed Letter,,,, 1 Affidavit in Support of Motion,, filed by Abdullah Omar Naseef,, 489 MOTION to Dismiss Notice of Motion to Disr by Islamic Investment Company of the Gulf (Sharjah),, 1561 MOTION to Strike Document No. 1426 NOTICE OF T FEDERAL PLAINTIFFS' MOTION TO STRIKE RENEWED MOTION TO DISMISS SAAR NETWORK DEFEN filed by Federal Insurance Company et al., Plaintiffs,, 778 RICO Statement, filed by World Trade Center Properties I 746 Stipulation and Order,, 635 MOTION for E. Michael Bradley to Withdraw as Attorney. filed by Bakr M Bin Lad M. Bin Laden,, Omar M. Bin Laden,, Khaled Bin Salim Bin Mahfouz,, Saudi Binladin Group, Inc.,, 1566 Declaratior Opposition to Motion,,, filed by Estate of John P.O'Neill, Sr.,, 1341 Notice (Other) filed by Estate of John P.O'Neill, Notice of Appearance filed by Salman Bin Abdulaziz Al Saud,, 1 MDL Conditional Transfer In Order,,, 550 Stipulat Order of Dismissal,, 15 MOTION (FILED ON SERVICE DATE) for Michael K. Kellogg, Mark C. Hansen, David C Michael J. Guzman, and J.C. Rozendaal to Appear Pro Hac Vice. filed by Turki Al Faisal Al Saud,, 1101 MOTION t for Lack of Jurisdiction and Insufficient Service of Process. filed by Sercor Treuhand Anstalt,, 971 RICO Statement f Euro Brokers Inc., et al.,, 660 Stipulation and Order,, 1108 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 82 Statement filed by Estate of John P.O'Neill, Sr.,, 593 RICO Statement filed by Federal Insurance Company et al., Pla 1210 RICO Statement filed by New York Marine and General Insurance Company,, 1516 Memorandum of Law in S Motion,, filed by Saudi High Commission,, Salman Bin Abdulaziz Al Saud,, Naif Bin Abdulaziz Al Saud,, 415 MOT Dismiss Notice of Motion. filed by SNCB Corporate Finance Ltd.,, SNCB Securities Ltd. in London,, 1057 MOTION Dismiss for Lack of Jurisdiction or Failure to State a Claim. filed by Yousef Jameel,, 1181 Memorandum of Law in S Motion,, filed by Abdullah Bin Saleh Al−Obaid,, 1110 Stipulation and Order of Dismissal,, 1100 MOTION to Dismi of Jurisdiction and Insufficient Service of Process. filed by Asat Trust Reg., Martin Watcher,, Erwin Watcher,, 1623 Letter,,,, 1504 MOTION to Dismiss. filed by Abdullah Bin Laden,, 1059 Declaration in Support of Motion,, filed by Jameel,, 1448 Memorandum of Law in Support of Motion,, filed by Abdulrahman Bin Mahfouz,, 64 Memo Endorser Endorsed Letter,,, 849 Memorandum of Law in Support of Motion filed by Faisal Islamic Bank,, 699 RICO Statemer Euro Brokers Inc., et al.,, 738 Stipulation and Order,,, 316 Memorandum of Law in Oppisition to Motion, filed by Fe Insurance Company et al., Plaintiffs,, 1185 Affidavit in Support of Motion,, filed by Abdullah Muhsen Al Turki,, 255 for Reconsideration of Non−Final Ruling Dismissing Claims Against Defendants Sultan Bin Abdulaziz Al−Saud and Al−Faisal Bin Abdulaziz Al−Saud. filed by Burnett Plaintiffs,, 1530 Reply Memorandum of Law in Support of Motic Taha Jaber Al−Alwani,, 1257 Affirmation in Opposition to Motion,,, filed by Federal Insurance Company et al., Plair Rule 7.1 Disclosure Statement filed by Saudi Binladin Group, Inc.,, 60 MOTION to Dismiss the Claims Against It in Fourth Amended Complaint. filed by International Institute of Islamic Thought,, 1620 Notice of Appeal filed by Fede Insurance Company et al., Plaintiffs,, 457 Notice (Other) filed by Soliman H.S. Al−Buthe,, 1405 Memorandum of La Support of Motion filed by Daral Maal Al Islami Trust,, 1465 Stipulation and Order of Dismissal,,, 695 RICO Statem Federal Insurance Company et al., Plaintiffs,, 168 Declaration filed by Burnett Plaintiffs,, 1241 MOTION to Dismiss Trade Center Properties and Euro Brokers actions. filed by DMI Administrative Services S.A.,, 1083 RICO Statemen Estate of John P.O'Neill, Sr.,, 1375 MOTION to Dismiss the Ashton action. filed by Daral Maal Al Islami Trust,, 118 Memorandum of Law in Support of Motion, filed by Safar Al−Hawali,, 698 RICO Statement, filed by Euro Brokers I 273 Affirmation in Opposition to Motion, filed by Burnett Plaintiffs,, 1611 Notice of Appeal filed by Federal Insuran Company et al., Plaintiffs,, 831 Stipulation and Order,, 434 Endorsed Letter,, 1294 Notice (Other) filed by Burnett Pl World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 362 Reply Memorandum of Law in Support of filed by Abdullah Bin Saleh Al Obaid,, 1575 Memorandum of Law in Oppisition to Motion,,, filed by Plaintiffs Exec Committees,, 228 Notice of Appearance filed by International Development Foundation,, Saudi Economic and Devel Company,, Mohammed Salim Bin Mahfouz,, 818 Memorandum of Law in Oppisition to Motion, filed by Continenta Company,, 776 MOTION for Stephanie W. Fell to Withdraw as Attorney. filed by Al Baraka Investment & Developr 1164 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 115 Response, filed by United States of 385 Affidavit of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 143 MOTION to Dismiss Amended Complaint. filed by Jamal Barzinji,, 285 Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, 414 Ru Disclosure Statement filed by SNCB Corporate Finance Ltd.,, SNCB Securities Ltd. in London,, 194 Notice of Appea by Alfaisaliah Group,, Addullah Al Faisal Abdulaziz Al Saud,, 1379 Notice (Other) filed by World Trade Center Pro LLC, et al.,, 395 Answer to Complaint filed by Perouz Seda Ghaty,, 1392 MOTION to Dismiss (corrected). filed by I Gottardo,, 353 MOTION to Dismiss Failure to State a Claim. MOTION to Dismiss for Lack of Jurisdiction Lack of S Matter Jurisdiction. MOTION to Dismiss Failure to State a Claim. MOTION to Dismiss for Lack of Jurisdiction Lack Matter Jurisdiction. filed by Saleh Abdullah Kamel,, Al Baraka Investment & Development Corp.,, 1565 Stipulation Set Deadlines,,,,, 1125 RICO Statement filed by World Trade Center Properties LLC, et al.,, 1010 Affidavit in Oppos Motion,,, filed by Federal Insurance Company,, Continental Casualty Company,, Cantor Fitzgerald & Co.,, New York and General Insurance Company,, Kathleen Ashton,, John Patrick O'Neill, Jr., Burnett Plaintiffs,, World Trade Cente LLC, et al.,, Euro Brokers Inc., et al.,, 1607 Reply Affidavit in Support,, filed by Ahmed Totonji,, Mohammed Jaghli

Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena Corporation,, Reston Investments, Inc.
Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc.,, York Foundation,, African Muslim Agency
International Institute of Islamic Thought,, 1605 Notice of Appeal filed by Federal Insurance Company et al., Plaintif
Notice of Appearance filed by Naif Bin Abdulaziz Al Saud,, 18 MDL Transfer In,,, 934 Endorsed Letter, Set Schedu
Deadlines,,,,, 96 MOTION to Dismiss for Lack of Jurisdiction the Third Amended Complaint (Burnett). filed by Abd
Al Swailem,, 231 Memorandum & Opinion,,,, 257 Rule 7.1 Disclosure Statement filed by International Development
Foundation,, 1105 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 727 MOTION to Dismiss. filed by Sami O
Al−Hussayen,, 1018 Memorandum of Law in Support of Motion, filed by Khaled Bin Salim Bin Mahfouz,, 859 RIC
filed by World Trade Center Properties LLC, et al.,, 401 Reply Memorandum of Law in Support of Motion, filed by
Abdulaziz Al Saud,, 1266 Stipulation and Order,, 207 Brief filed by Wa'el Hamza Jalaidan,, 1041 Memorandum of L
Support of Motion, filed by Schreiber & Zindel,, Frank Zindel,, Engelbert Schreiber,, Engelbert Schreiber, Jr, 350 M
of Law in Support of Motion filed by Mohammed Bin Abdulrahman Al Ariefy,, Faisal Group Holding Co.,, Alfaisali
Abdullah Al Faisal Bin Abdulaziz AlSaud,, 999 Memorandum of Law in Oppisition to Motion, filed by Naif Bin Ab
Saud,, Salman Bin Abdulaziz Al Saud,, 886 Notice of Voluntary Dismissal − Signed,, 1414 Response in Support of
filed by Sheik Hamad Al−Husaini,, 140 MOTION to Dismiss the Complaints. filed by Salman Bin Abdulaziz Al Sau
MOTION to Dismiss. filed by Mar−Jac Poultry, Inc.,, 502 Memorandum of Law in Oppisition to Motion, filed by Bu
Plaintiffs,, 323 Order,, 710 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 1299 Reply Mem
Law in Support of Motion,, filed by Saleh Al−Hussayen,, 617 Reply Memorandum of Law in Support of Motion file
Administrative Services S.A.,, 906 RICO Statement filed by World Trade Center Properties LLC, et al.,, 1178 Memo
Law in Support of Motion,, filed by Saleh Al−Hussayen,, 1480 CONSENT MOTION for Extension of Time to File
Ashton Complaint. filed by International Islamic Relief Organization(IIRO),, 1287 Notice (Other) filed by Burnett Pl
World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1606 Reply Memorandum of Law in Support,,
Ahmed Totonji,, Mohammed Jaghlit,, Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,,
Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc
Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, 494 Reply Memorandum of Law i
of Motion, filed by International Islamic Relief Organization(IIRO),, 1020 Memorandum of Law in Oppisition to Mo
filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 36 MOTION for More Definite Stater
by Sami Omar Al−Hussayen,, 1298 Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, World Trade Center P
LLC, et al.,, Euro Brokers Inc., et al.,, 318 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance
et al., Plaintiffs,, 315 Memorandum of Law in Oppisition to Motion,, filed by Federal Insurance Company et al., Plai
Reply Memorandum of Law in Support of Motion,, filed by Ibrahim Bin Abdulaziz Al Ibrahim,, 266 MOTION to St
Proceedings. filed by Al Haramain Foundation,, Aqeel Al Aqeel,, 319 MOTION (FILED ON SERVICE DATE) for
Dinh to Appear Pro Hac Vice. filed by Yousef Jameel,, 1029 Memorandum of Law in Oppisition to Motion,,, filed b
PI Executive Committee,, 590 Reply Memorandum of Law in Support of Motion filed by Islamic Investment Compa
Gulf (Sharjah),, 1051 Reply Memorandum of Law in Support of Motion,,, filed by Abdullah Salaiman Al−Rajhi,, 48
Letter,,,, 1063 Reply Memorandum of Law in Support of Motion,, filed by Faisal Islamic Bank,, 276 Memorandum o
Oppisition to Motion,, filed by Burnett Plaintiffs,, 1441 Reply Memorandum of Law in Support of Motion filed by M
Poultry, Inc.,, 1343 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 264 Reply Memorandum of Law in Suppor
filed by Adel Abdul Batterjee,, 566 Notice (Other) filed by Federal Insurance Company et al., Plaintiffs,, 644 Stipula
Order,, 1610 Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs,, 775 RICO Statement filed by P
Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 800 Acknowledgment of Service Complaints, filed
Insurance Company et al., Plaintiffs,, 1120 RICO Statement, filed by Federal Insurance Company et al., Plaintiffs,, 2
MOTION for John Popilock to Withdraw as Attorney of record in Federal Insurance Company et al., v al Qaida et al
Vigilant Insurance Company et al, v The Kingdom of Saudi Arabia et al., 03cv8591; In re Terrorist Attack on Septen
by Federal Insurance Company et al., Plaintiffs,, 23 Endorsed Letter,, 807 Memorandum of Law in Oppisition to Mo
by Federal Insurance Company et al., Plaintiffs,, 1512 MOTION for Entry of Judgment under Rule 54(b). filed by Tu
Faisal Al Saud,, Sultan Bin Abdulaziz Al Saud,, Naif Bin Abdulaziz Al Saud,, Saudi High Commission,, The Kingdo
Arabia,, Salman Bin Abdulaziz Al Saud,, 1135 Order,,, 423 Reply Memorandum of Law in Support of Motion,, filed
Yaqub Mirza,, Jamal Barzinji,, M. Omar Ashraf,, Muhammad Ashraf,, Taha Jaber Al−Alwani,, Grove Corporate, Inc
Education Trust,, Mar−Jac Investments, Inc.,, Mena Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Ch
Fund,, Sterling Management Group, Inc.,, York Foundation,, African Muslim Agency,, International Institute of Isla
Thought,, Sana−Bell, Inc.,, Iqbal Unus (Yunus),, 843 Memorandum of Law in Support of Motion filed by Faisal Isla
982 Memorandum of Law in Oppisition to Motion, filed by Sultan Bin Abdulaziz Al Saud,, Naif Bin Abdulaziz Al S
Affidavit of Service Complaints filed by Kathleen Ashton,, 949 RICO Statement filed by Federal Insurance Compan
Plaintiffs,, 1581 Stipulation and Order,,, 1420 Response in Support of Motion, filed by Adnan Basha,, 743 RICO Sta
by World Trade Center Properties LLC, et al.,, 1221 RICO Statement filed by World Trade Center Properties LLC, e
MOTION to Dismiss. filed by Rabita Trust,, 1439 Memorandum of Law in Support of Motion,, filed by Al Baraka I
and Development Corporation,, Saleh Abdullah Kamel,, Dallah Al Baraka Group LLC,, 1598 Response filed by Inte
Islamic Relief Organization(IIRO),, 109 MOTION to Dismiss. filed by Sulaiman Al−Ali,, 383 Affidavit of Service C
filed by Federal Insurance Company et al., Plaintiffs,, 435 MOTION for Service by Publication. filed by All Plaintiff
Status Report filed by Saudi American Bank,, Al Baraka Investment and Development Corporation,, Saleh Abdullah
Rajhi Bank,, Arab Bank,, 1212 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,
Brokers Inc., et al.,, 927 Declaration in Support of Motion,, filed by Schreiber & Zindel,, Frank Zindel,, Engelbert Sc
Engelbert Schreiber, Jr, 1573 Affirmation in Opposition to Motion,,, filed by Continental Casualty Company,, New Y

and General Insurance Company,, Kathleen Ashton,, Federal Insurance Company et al., Plaintiffs,, 844 MOTION to filed by Faisal Islamic Bank,, 846 MOTION to Dismiss. filed by Faisal Islamic Bank,, 567 Notice (Other) filed by Fe Insurance Company et al., Plaintiffs,, 20 Memo Endorsement,,, 839 MOTION to Dismiss. filed by Faisal Islamic Bar Declaration in Support of Motion filed by DMI Administrative Services S.A.,, 430 Notice (Other) filed by Federal In Company et al., Plaintiffs,, 29 Memo Endorsement,, 497 Memorandum of Law in Oppisition to Motion filed by Tarik 578 RICO Statement, filed by John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol Dorothy A. O'Neill,, 1060 Clerk Certificate of Mailing,,,,,,,, 477 Memorandum of Law in Oppisition to Motion, filed Plaintiffs,, 540 Endorsed Letter,,, 61 Memo Endorsement, 613 Stipulation and Order,,, 686 Memorandum of Law in to Motion,, filed by Kathleen Ashton,, 924 RICO Statement filed by World Trade Center Properties LLC, et al.,, 288 and Order of Dismissal,, 1477 Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice Notice (Other) filed by Cantor Fitzgerald & Co.,, John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Burnett & A Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers In 1167 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 977 Notice (Other), Notice (Other), Notice (Other), Not filed by Burnett Plaintiffs,, 198 Notice of Appearance filed by Mohammed Bin Abdulrahman Al Ariefy,, Faisal Grou Co.,, Alfaisaliah Group,, Abdullah Al Faisal Bin Abdulaziz AlSaud,, 1473 Memorandum of Law in Support of Motic DMI Administrative Services S.A.,, 1047 Affidavit in Opposition to Motion,,,,, filed by Plaintiffs Executive Committ RICO Statement filed by Euro Brokers Inc., et al.,, 317 Notice (Other), Notice (Other) filed by Yousef Jameel,, 955 M Dismiss Complaints. filed by Dubai Islamic Bank,, 1555 RICO Statement filed by Federal Insurance Company et al., 981 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, Memorandum of Law in Oppisition to Motion,, filed by Estate of John P.O'Neill, Sr.,, 1350 Notice (Other) filed by E John P.O'Neill, Sr.,, 150 Memorandum of Law in Oppisition to Motion filed by Burnett Plaintiffs,, 390 Waiver of Se Executed filed by Federal Insurance Company et al., Plaintiffs,, 647 RICO Statement filed by Federal Insurance Com Plaintiffs,, 1153 RICO Statement filed by Euro Brokers Inc., et al.,, 92 Reply Memorandum of Law in Support of Mo by Al−Rajhi Banking & Investment Corp.,, 311 RICO Statement filed by Federal Insurance Company et al., Plaintiff Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1278 Notice (Other) filed by Burnett Plaintiffs,, World Trade C Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1459 Certificate of Service Other,, filed by Wamy International, Inc Assembly of Muslim Youth,, 1196 Memorandum of Law in Support of Motion, filed by Adnan Basha,, 1145 Affidav Service Complaints, filed by Estate of John P.O'Neill, Sr.,, 87 MOTION to Dismiss for Lack of Jurisdiction the Third Complaint (Burnett). filed by Abdullah Omar Naseef,, 1023 Transcript, 871 RICO Statement filed by Continental Ca Company,, 528 Endorsed Letter,, 1273 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LL Euro Brokers Inc., et al.,, 296 Reply Memorandum of Law in Support of Motion filed by Saudi American Bank,, 132 Statement filed by Federal Insurance Company et al., Plaintiffs,, 790 Stipulation and Order,, 1515 MOTION to Dism Complaints. filed by Saudi High Commission,, Salman Bin Abdulaziz Al Saud,, Naif Bin Abdulaziz Al Saud,, 1608 Appeal filed by Federal Insurance Company et al., Plaintiffs,, 913 Stipulation and Order of Dismissal,,, 810 Response Opposition to Motion,,, filed by Estate of John P.O'Neill, Sr.,, 1424 Response in Support of Motion,, filed by Saudi R Crescent,, 1456 MOTION to Dismiss Notice of Motion. filed by World Assembly of Muslim Youth,, 56 MOTION to 1182 Affidavit in Support of Motion,, filed by Abdullah Bin Saleh Al−Obaid,, 1490 RICO Statement filed by World Center Properties LLC, et al.,, 601 Notice of Appearance filed by Naif Bin Abdulaziz Al Saud,, 1269 Reply Affidavit of Motion,, filed by Sheik Hamad Al−Husaini,, 443 MOTION to Dismiss. filed by Abdurahman Alamoudi,, 1367 No filed by Burnett Plaintiffs,, 626 RICO Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzger 893 Notice (Other) filed by Soliman H.S. Al−Buthe,, 1270 Reply Memorandum of Law in Support of Motion,, filed Red Crescent,, 1493 Declaration in Opposition to Motion,, filed by Estate of John P.O'Neill, Sr.,, 373 Order on Motic Appear Pro Hac Vice,, 1534 Answer to Amended Complaint, filed by Muslim World League,, 151 Memorandum of Oppisition to Motion, filed by Burnett Plaintiffs,, 1564 Memorandum of Law in Oppisition,, filed by Federal Insuran Company et al., Plaintiffs,, 312 Response in Opposition to Motion, filed by Federal Insurance Company et al., Plainti RICO Statement filed by Euro Brokers Inc., et al.,, 1437 Declaration in Support of Motion,,, filed by Asat Trust Reg. Watcher,, Erwin Watcher,, Sercor Treuhand Anstalt,, 138 Notice (Other) filed by Burnett Plaintiffs,, 367 MOTION to Portions of Federal Plaintiffs' Opposition Brief (Dkt. No. 315). filed by Grove Corporate, Inc.,, Heritage Education T Mar−Jac Investments, Inc.,, Mena Corporation,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund, Management Group, Inc.,, York Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, S Inc.,, 1445 Stipulation and Order,,,,,,,, 926 MOTION to Dismiss for Lack of Jurisdiction. filed by Schreiber & Zindel Zindel,, Engelbert Schreiber,, Engelbert Schreiber, Jr, 1076 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1 Deadlines,,,,,,,,,,,,,,,,,,, 336 Reply to Response to Motion filed by M. Omar Ashraf,, Muhammad Ashraf,, Taha Jaber Al−Alwani,, Iqbal Unus (Yunus),, M. Yaqub Mirza,, 802 RICO Statement filed by Continental Casualty Company,, of Voluntary Dismissal − Signed,, 1604 Notice of Appeal, 968 Stipulation and Order,,,, 49 MOTION to Dismiss and Memorandum of Law in Support of Motion to Dismiss and to Quash Service of Process of His Royal Highness Princ Al−Faisal bin Abdulaziz Al−Saud. filed by Turki Al Faisal Al Saud,, 1360 Notice (Other) filed by Estate of John P.O 1201 MOTION to Dismiss. filed by Mohammed Ali Sayed Mushayt,, 413 Rule 7.1 Disclosure Statement filed by Na Commercial Bank,, 1511 MOTION for Entry of Judgment under Rule 54(b) Notice of Motion of HRH Prince Mohar Faisal Al Saud for Entry of Judgment Pursuant to Federal Rule of Civil Procedure 54(b). filed by Mohammed Al Fais Saud,, 1397 MOTION to Dismiss. filed by Daral Maal Al Islami Trust,, 697 RICO Statement filed by Euro Brokers I 1113 Reply Memorandum of Law in Support of Motion,, filed by Soliman H.S. Al−Buthe,, 77 Order Admitting Atto Hac Vice,, 506 Affidavit in Opposition to Motion, filed by Burnett Plaintiffs,, 1190 Memorandum of Law in Support

filed by Sheik Hamad Al−Husaini,, 37 Declaration in Support of Motion filed by Sami Omar Al−Hussayen,, 33 Mem
Endorsement,, 119 Notice of Appearance filed by Sulaiman Al−Ali,, Abdullah M. Al−Mahdi,, Abdul Al−Moslah,, A
Foundation,, Mohammed Jamal Khalifa,, Adel Abdul Batterjee,, Aqeel Al−Aqeel,, Saleh O. Badahdah,, 284 MOTIO
Subpoena Served on Citibank FSB and for a Protective Order. filed by Yassin Abdullah Al Kadi,, 851 Memorandum
Support of Motion filed by Faisal Islamic Bank,, 774 RICO Statement filed by Federal Insurance Company et al., Pla
1340 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 118 Notice of Appearance filed by Islamic Assembly of N
America,, 1514 Memorandum of Law in Support of Motion,,, filed by Sultan Bin Abdulaziz Al Saud,, Naif Bin Abdu
Saud,, Prince Turki Al Faisal Al Saud,, The Kingdom of Saudi Arabia,, Salman Bin Abdulaziz Al Saud,, 1218 RICO
filed by Euro Brokers Inc., et al.,, 73 Order Admitting Attorney Pro Hac Vice,, 1541 MOTION to Dismiss. filed by Ja
Barzini,, 1031 Declaration in Opposition to Motion,,,, filed by Plaintiffs PI Executive Committee,, 46 MOTION to D
the Defendant The National Commercial Bank. filed by National Commercial Bank,, 467 Stipulation and Order,, 146
Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Susan Brady,,
Donovan,, Carmen Garcia,, Hector Garcia,, John Does,, Maryland Casualty Company,, Pacific Indemnity Company,,
Authority of New York & New Jersey,, Dennis Quinn,, Kevin Quinn,, William D Robbins,, Vigilant Insurance Comp
Federal Insurance Company,, Valley Forge Insurance Company,, All Plaintiffs,, Allstate Insurance Company,, Great
Insurance Company,, National Fire Insurance Company of Hartford,, Continental Casualty Company,, Patricia Cougl
Rogers,, Fidelity And Deposit Company of Maryland,, Transcontinental Insurance Company,, Transportation Insuran
Company,, Andrew Quinn,, North River Insurance Company,, Northern Insurance Company of New York,, Edward J
Shirley Henderson,, Michael Puckett,, Mark Barbieri,, Seneca Insurance Company, Inc.,, Cantor Fitzgerald & Co.,, Z
American Insurance Company,, James Boyle,, American Zurich Insurance Company,, Diane Miller,, William Ellis, J
American Guarantee and Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Melvin C. Lewis,, Wil
Nelson,, David M. Bernstein,, Pedro Saleme,, Chubb Insurance Company of Canada,, Chubb Insurance Company of
Jersey,, Edward Walsh,, United States Fire Insurance Company,, Steadfast Insurance Company,, William Martin,, Co
Insurance Company,, Benjamin Arroyo,, Thomas Fletcher,, John Martin,, Assurance Company of America,, Glens Fa
Insurance Company,, American Alternative Insurance Corporation,, Brian Barry,, Dawn Brown,, American Casualty
of Reading, Pennsylvania,, One Beacon Insurance Company,, Commercial Insurance Company of Newark, N.J.,, Chu
Insurance Company,, Deena Burnett,, Kathleen Ashton,, Josephine Alger,, Angelica Allen,, George Andrucki,, Mary
Winifred Aranyos,, Margaret Arce,, Margit Arias,, Evelyn Aron,, Nancy Badagliacca,, Christina Baksh,, Joanne Barb
F. Barkow,, Nina Barnes,, Jeannine P. Baron,, Jane Bartels,, Kimberly Kaipaka Beaven,, Michelle Bedigan,, Susan B
Madeline Bergin,, Miriam M. Biegeleisen,, Christine Bini,, Neil B. Blass,, Kris A. Blood,, Dorothy Ann Bogdan,, Ma
Boisseau,, Kathleen Box,, David Brace,, Curtis Fred Brewer,, Hillary A. Briley,, Ursula Broghammer,, JoAnne Bruel
B. Bruno,, Susan E. Buhse,, Elizabeth R. Burns,, James C. Cahill,, James W. Cahill,, Kathleen Cahill,, Deborah Cald
Calia,, Jacqueline Cannizzaro,, Cathy A. Carilli,, Toni Ann Carroll,, Judith Casoria,, Tracy Ann Taback Catalano,, Sa
Catarelli,, Gina Cayne,, Suk Tan Chin,, Catherine T. Regenhard,, Edward P. Ciafardini,, Lisa DiLallo Clark,, Yuko C
Maryann Colin,, Julia Collins,, Patricia Coppo,, Edith Cruz,, Ildefonso A. Cua,, Linda Curia,, David Edward Cushing
D'Antonio,, Beril Sofia DeFeo,, Vincent J. Della Bella,, Todd DeVito,, Milagros Diaz,, Dhanmatee Sam,, Maria DiPi
Stacey Fran Dolan,, Rosalie Downey,, Jay Charles Dunne,, Stanley Eckna,, Denise Esposito,, Dennis Euleau,, Marya
Clifford Tempesta,, Dorothy Tempesta,, Melissa Van Ness Fatha,, Steven Feidelberg,, Wendy Feinberg,, Charlene Fi
Flannery,, Robert T. Folger,, Kurt Foster,, Claudia Flyzik,, Nancy Walsh,, Carol Francolini,, Helen Friedlander,, Lisa
Anne Gabriel,, Walter Tremsky,, Eileen F. Colligan,, Paul Quinn,, Monica M. Gabrielle,, Kathleen Ganci,, Elizabeth
Diane Genco,, Philip Germain,, Carol Gies,, John J. Gill,, Serina Gillis,, Angela Gitto,, Meg Bloom Glasser,, Sharon
Cobb−Glenn,, Jodie Goldberg,, Mia Gonzalez,, Deborah Grazioso,, Claudette Greene,, Peter Greenleaf,, Joanne Gros
Haag,, Gordon G. Haberman,, Patricia Han,, Renne Bacotti Hannafin,, Dorothy Garcia,, Benhardt R. Wainio,, Perry S
Basmattie Bishundat,, Rachel R. Harrell,, Sheila Gail Harris,, Jennifer L. Harvey,, Kelly Hayes,, Virginia Hayes,, Th
Healey,, Hashim A. Henderson,, Karen Hinds,, Dennis L. Hobbs,, Dixie M. Hobbs,, Pamela Hohlweck,, Kathleen Ho
Rubina Cox−Holloway,, Joann T. Howard,, Bridget Hunter,, Kathryn J. Hussa,, Yesenia Ielpi,, Frederick Irby,, Jenni
Jacobs,, Kazmierz Jakubiak,, Leila M. Joseph,, Woodly Joseph,, Paul Kaufman,, Elizabeth H. Keller,, Patricia Kellett
Kelly,, Rosemary Kempton,, Donald Francis Kennedy,, Richard I. Klein,, Fran LaForte,, Edlene C. LaFrance,, Collet
LaFuente,, Morris D. Lamonsoff,, Andrea N. LeBlanc,, Donald Leistman,, Elaine Leinung,, Roberta J. Levine,, Kathl
Lozier,, Anne MacFarlane,, Lisanne MacKenzie,, Andrea Maffeo,, Pamela Ann Maggitti,, Natalie Makshanov,, Rebe
Marchand,, Lori Mascali,, Dorothy Mauro,, Meryl Mayo,, Margaret Donoghue McGinley,, Iliana McGinnis,, Cynthia
McGinty,, Theresa McGovern,, Patricia H. McDowell,, Joann Meehan,, Fryderyk Milewski,, Anna Milewski,, Ambe
Jamie Miller,, Faith Miller,, Barbara Minervino,, Joanne Modafferi,, Anna Mojica,, Saradha Moorthy,, Elizabeth Ann
Emily Motroni,, Lauren Murphy,, Elvira P. Murphy,, Richard B. Naiman,, Edward Navarro,, Dana Noonan,, William
Novotny,, James Wallace O'Grady,, Sheryl J. Oliver,, Lisa Palazzo,, Donna Paolillo,, Helene S. Passaro,, Mary Gola
Linda Pickford,, Nancy Picone,, Jean Oslyn Powell,, Karen Princiotta,, Dominic J. Puopolo, Sr., Patricia Quigley,, Fr
Raggio,, Deborah Francke,, Maryann Rand,, Sadiq Rasool,, Susan Rasweiler,, Albert T. Regenhard,, Elizabeth Rego,
Rosenbaum,, Glenna M. Rosenburg,, Jill Rosenblum,, Lauren Rosenzweig,, Claudia Ruggiere,, Gilbert Ruiz, Jr., And
Diane Ryan,, Delphine Saada,, Barbara Scaramuzzino,, Phyllis Schreier,, Lori Shulman,, Eileen Simon,, Dhanraj Sing
Siskopoulos,, Donna Smith,, Barbara Sohan,, Robert Spadafora,, Laurie Spampinato,, Theresa A. Stack,, Eileen Tallo
Tarasiewicz,, Evelyn Tepedino,, Raj Thackurdeen,, Sat Thackurdeen,, Rosanna Thompson,, Andrija Tomasevic,, Rad
Tomasevic,, Kimberly Trimingham−Aiken,, Marie Twomey,, Victor Ugolyn,, Feliciana Umanzor,, Virginia Lorene F
Valvo,, Jasmine Victoria,, Richard Villa,, Lucy Virgilio,, Diane Wall,, Diane M. Walsh,, Amy Weaver,, Delia Welty,
Galusha−Wild,, Patricia Wiswall,, Anne M. Wodensheck,, Cella Woo−Yeun,, Siew−Som Yeow,, Erica Zucker,, Nan

Zuckerman,, Aldo Addissi,, Edward Arancio,, Kathleen M. Arancio,, Leonard Ardizzone,, Barbara Ardizzone,, Thom
Joseph Beltrani,, Andrew Braun,, James Cizikie,, Thomas Conroy, Jr., Gibson A. Craig,, Bradley Daly,, Robert D'Eli
Donnelly,, Charles Downey,, Joseph R. Downey,, Timothy L. Frolich,, Irene Frolich,, Steven M. Gillespie,, Joseph H
Hassett,, James D. Hodges,, Netta Issacof,, John F. Jermyn,, Arnold Lederman,, Phyllis Lederman,, Michael J. Lindy
Amrita Mahabir,, Kevin McArdle,, James McGetrick,, Owen McGovern,, Kevin G. Murphy,, Janice O'Dell,, Timoth
Howard Rice,, Louis Schaefer,, Scott Schrimpe,, Scott Ting,, George Luis Torres,, Robert V. Trivingo,, Russell Vom
J. Zeiss,, Virginia Bauer,, Linda E. Thorpe,, Gladys Salvo,, Harry Ong, Jr., William O'Connor,, Jennifer E. Brady,, A
Jeanne M. Evans,, Vice Rose Arestegui,, Lori Fletcher,, Traci Bosco,, Mathilda Geidel,, Regan Grice−Vega,, Elinore
Veronica Klares,, Jerline Lewis,, Michael Deloughery,, Bettyann Martineau,, Virginia McKeon,, Olga Merino,, Warr
Monroe,, Amy Farnum,, Kevin Mount,, Armine Giorgetti,, Charles Schmidt,, Colleen Holohan,, Roberta Kellerman,,
Lauterbach,, Ingrid M. Lenihan,, Jeffrey Lovit,, Merrilly E. Noeth,, Janlyn Scauso,, Nancy Shea,, Holli Silver,, Robir
Theurkauf,, Joseph A. Tiesi,, Anthony Vincelli,, Lena Whittaker,, Madeleine A. Zuccala,, Andrezej Cieslik,, Domeni
Damiano,, Warren Hayes,, Evelyn Rodriguez,, Armando Bardales,, Yvonne V. Abdool,, Josephine Acquaviva,, Kara
Jean Adams,, Jessica Murrow−Adams,, Stephen Alderman,, Elizabeth Alderman,, Karium Ali,, Michael J. Allen,, Le
Alvarez,, Jocelyne Ambroise,, Thomas Arias,, Cynthia Arnold,, Philipson Azenabor,, John P. Baeszler,, Kim Barbarc
J. Meehan, III, Daryl Joseph Meehan,, Edmund Barry,, Gila Barzvi,, Boris Bililovsky,, Suzanne J. Berger,, Robert J.
Joanne F. Betterly,, John Bonomo,, Krystyna Boryczewski,, Michele Boryczewski,, Julia Boryczewski,, Desiree A.
Gerasimovich,, Kathleen M. Buckley,, Javier Burgos,, Chubb Indemnity Insurance Company,, Prakash Bhatt,, Willia
Sr., Camille Doyle,, Maureen Kelly,, Chiemi York,, Robert Keane,, One Beacon America Insurance Company,, Hous
Lazaar,, Co−Conspirators,, Jennifer Tarantino,, H. Michael Keden,, Nancy Ann Foster,, Beverly Burnett,, Mary Marg
Jurgens,, Martha Burnett O'Brien,, William Doyle,, Doreen Lutter,, Christine R. Huhn,, Lynn B. Pescherine,, Boston
Insurance Company,, Paul R. Martin,, Rachel W. Goodrich,, Ernesto Barrera,, Gregory Stevens,, Sharlene M. Beckw
A. Reed,, Benito Colon,, Victoria Higley,, Marion Knox,, Laura J. Lassman,, Philip Lee,, Mei Jy Lee,, John Lewis,, J
Mercado,, Linda Pascuma,, Sean Passananti,, Helen Pfeifer,, Daniel Polatsch,, Theresa Regan,, Armand Reo,, Alexar
Santoro,, Maureen Santoro,, Narasimha Sattaluri,, Wen Shi,, Cynthia Tumulty,, Yun Yu Zheng,, David Ziminski,, Ro
Bermingham,, Mark Bernheimer,, Donald DiDomenico,, Michael Endrizzi,, Mark Goldwasser,, Ron Harding,, Jerem
Harney,, Peter Ioveno,, Jurgiel Kazimierz,, Raymond Lachhman,, George Lantay,, Joyce Leigh,, Vincent LeVien,, Je
Jerzy Mrozek,, Carmen Romero,, Christine Sakoutis,, Kemraj Singh,, Gary Wendell,, Colonial American Casualty ar
Insurance Company,, Valiant Insurance Company,, American Employers' Insurance Company,, The Camden Fire Ins
Association,, Homeland Insurance Company of New York,, Crum & Forster Indemnity Company,, The Princeton Ex
Surplus Lines Insurance Company,, Jane Alderman,, Stephen Jezycki,, Catherine Jezycki,, Michael Jezycki,, Jennifer
Richard D. Allen,, Luke C. Allen,, Judith M. Aiken,, Lauren Arias Lucchini,, Lorraine Arias Beliveau,, Tara Bane,, A
Granville,, Nicholas Barbaro,, Carol Barbaro,, Kevin W. Barry,, Maureen Barry,, Emma Tisnovskiy,, Leonid Tisnovs
Rostyslav Tisnovskiy,, Frances Berdan,, John Benedetto,, Rina Rabinowitz,, Maria Giordano,, Ondina Bennett,, Mur
Bernstein,, Norma Bernstein,, Irene Bilcher,, Lillian Bini,, Rosemarie Corvino,, Bhola P. Bishundat,, Miles Bilcher,,
Bonomo,, Sharon Booker,, Rose Booker,, Michael Boryczewski,, John C. Buckley,, Jane M. Smithwick,, Fiona Havl
Thomas Burnett,, National Ben Franklin Insurance Company of Illinois,, Alexander Paul Aranyos,, Michael Girdano,
Steiner,, Clara Chirchirillo,, Ellen L. Saracini,, TheresaAnn Lostrangio,, Thomas E. Burnett, Sr., Judith Reiss,, Willia
Patricia J. Perry,, Matthew T. Sellitto,, Ralph Maerz, Jr., Linda Panik,, Martin Panik,, Martina Lyne−Ann Panik,, Ste
Cartledge,, Tina Grazioso,, Jin Liu,, Lynn Allen,, Helene Parisi−Gnazzo,, Ann R. Haynes,, John Patrick O'Neill, Jr.,
King,, Judi A. Ross,, Fiona Havlish,, Grace M. Parkinson−Godshalk,,, Loisanne Diehl,, Alfred Acquaviva,, James Al
Andrew Aris,, Donald Aris,, Madelyn Conroy Allen,, George Bonomo,, Estate of John P.O'Neill, Sr.,, Burnett Plainti
Frederick Alger,, Hiscox Dedicated Corporate Member, Ltd.,, Michael J. Novotny,, Christine Irene O'Neill,, Carol O'
Dorothy A. O'Neill,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Continental Insurance Company of Ne
Fidelity and Casualty Company of New York,, Joann Meehan,, Burnett & Ashton Plaintiffs,, Barrera Plaintiffs,, Tren
Plaintiffs,, Salvo Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, Saad Bin Laden,, World Trade Center Prop
et al.,, Euro Brokers Inc., et al.,, Plaintiffs PI Executive Committee,, Plaintiffs Executive Committees,, Havlish Plaint
RICO Statement filed by Euro Brokers Inc., et al.,, 1408 Stipulation and Order, Set Deadlines/Hearings,,,,, 1587 Decl
Support of Motion filed by Taha Jaber Al−Alwani,, 1184 Memorandum of Law in Support of Motion,, filed by Abdu
Muhsen Al Turki,, 1614 MOTION to Dismiss. filed by Al Shamal Islamic Bank,, 1364 Notice (Other) filed by Estate
P.O'Neill, Sr.,, 636 Endorsed Letter,,,,,, 230 Order on Motion to Dismiss,, 1510 Stipulation and Order,,,, 597 RICO S
filed by Estate of John P.O'Neill, Sr.,, 1309 Reply Memorandum of Law in Support of Motion,, filed by Shahir Abdu
Batterjee,, 633 MOTION to Dismiss Voluntarily Dismiss Certain Defendants. filed by Salvo Plaintiffs,, 1319 RICO S
filed by Federal Insurance Company et al., Plaintiffs,, 1240 Memorandum of Law in Support filed by DMI Administ
Services S.A.,, 1072 Endorsed Letter,, 4 MDL Transfer In,, 1452 Memorandum of Law in Support of Motion,, filed b
M. Bin Laden,, 1384 MOTION for David P. Donovan to Withdraw as Attorney. filed by Mohammed Al Faisal Al Sa
Notice of Appearance filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 892 MOTION
filed by Soliman H.S. Al−Buthe,, 1492 Declaration in Opposition to Motion,, filed by Estate of John P.O'Neill, Sr.,, 9
Memorandum of Law in Support of Motion,, filed by Federal Insurance Company et al., Plaintiffs,, 568 Notice (Othe
Federal Insurance Company et al., Plaintiffs,, 1048 Declaration in Opposition to Motion,,,, filed by Plaintiffs Executi
Committees,, 41 MOTION to Dismiss Memorandum of Law in Support of Motion to Dismiss The Fourth Amended
Consolidated Master Complaint in Ashton et al. v. Al Qaeda Islamic, et al.. filed by Mohammed Al Faisal Al Saud,, 2
(Other) filed by Burnett Plaintiffs,, 730 Memorandum of Law in Support of Motion filed by Sami Omar Al−Hussaye
MOTION (FILED ON SERVICE DATE) for Thomas P. Steindler to Appear Pro Hac Vice. filed by Yassin Abdullah

Yousef Jameel,, 1249 Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Executive Committees,, 122
in Support,, filed by Federal Insurance Company et al., Plaintiffs,, 1019 Memorandum of Law in Support of Motion,
Khaled Bin Salim Bin Mahfouz,, 94 MOTION to Dismiss (Notice of Motion). filed by DMI Administrative Services
Declaration in Support of Motion,, filed by Schreiber & Zindel,, Frank Zindel,, Engelbert Schreiber,, Engelbert Schre
998 Stipulation and Order,, 354 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 475 Affirmat
Opposition to Motion, filed by Burnett Plaintiffs,, 1186 MOTION to Dismiss. filed by Safar Al−Hawali,, 141 Memor
Law in Support of Motion, filed by Salman Bin Abdulaziz Al Saud,, 161 MOTION to Dismiss First Amended Comp
Federal Insurance. filed by Arab Bank,, 965 Stipulation and Order,, 17 Order on Motion to Appear Pro Hac Vice,, 55
Memorandum of Law in Support of Motion,, filed by National Commercial Bank,, 728 Memorandum of Law in Supp
Motion filed by Sami Omar Al−Hussayen,, 1489 RICO Statement filed by Euro Brokers Inc., et al.,, 1220 RICO Stat
by World Trade Center Properties LLC, et al.,, 322 Stipulation and Order,,, 406 Reply Memorandum of Law in Supp
Motion, filed by Burnett Plaintiffs,, 471 Memorandum of Law in Oppisition to Motion,, filed by Federal Insurance C
al., Plaintiffs,, 687 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 895 Reply Memorandu
in Support of Motion,,, filed by Perouz Seda Ghaty,, Al Haramain Islamic Foundation, Inc.,, 97 MOTION to Dismiss
Jurisdiction the Third Amended Complaint (Burnett). filed by Mohammed Ali Sayed Mushayt,, 1050 Memorandum
Oppisition to Motion filed by New York Marine and General Insurance Company,, 1177 MOTION to Dismiss. filed
Al−Hussayen,, 432 Notice (Other) filed by Burnett Plaintiffs,, 932 Stipulation and Order,,,,, 940 Notice of Appearanc
Martin Watcher,, Erwin Watcher,, 764 Clerk Certificate of Mailing,,,, 1130 Clerk Certificate of Mailing,, 657 MOTIO
Dismiss the Consolidated Property Damage and Insurance Complaints (Continental Casualty, Euro Brokers, Federal
NY Marine, and World Trade Center Properties). filed by Perouz Seda Ghaty,, 796 Acknowledgment of Service Con
filed by Federal Insurance Company et al., Plaintiffs,, 3 MDL Transfer In,, 515 Memorandum of Law in Oppisition t
filed by Federal Insurance Company et al., Plaintiffs,, 815 RICO Statement, filed by Federal Insurance Company et a
Plaintiffs,, 1281 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, 144 Endorsed
175 Reply Memorandum of Law in Support of Motion, filed by Sultan Bin Abdulaziz Al Saud,, 1286 Notice (Other),
(Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1547 Case
Management Plan,,,,,,, 456 Affidavit in Opposition to Motion filed by Kathleen Ashton,, 1079 RICO Statement filed
John P.O'Neill, Sr.,, 30 Memo Endorsement,,,,, 988 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1226 Not
Notice (Other) filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 538 Stipulation and O
Dismissal,,, 1349 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 557 Declaration in Support of Motion,, filed b
Abdullah Kadi,, 745 Affirmation in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 602
(Other), Notice (Other) filed by Burnett Plaintiffs,, 531 Reply Memorandum of Law in Support of Motion filed by Sa
Al−Hussayen,, 501 Reply Memorandum of Law in Support of Motion, filed by The Kingdom of Saudi Arabia,, 641 E
Letter,,,, 476 Memorandum of Law in Oppisition to Motion,, filed by Federal Insurance Company et al., Plaintiffs,, 7
Certificate of Mailing Received,,,,,,,,,, 983 Amended Complaint,, filed by John Patrick O'Neill, Jr., Christine Irene O
Carol O'Neill,, Dorothy A. O'Neill,, 667 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1004 Stipulation and
275 Memorandum of Law in Oppisition to Motion filed by Burnett Plaintiffs,, 340 Declaration in Support of Motion
Sami Omar Al−Hussayen,, 368 MOTION to Strike Portions of Federal Plaintiffs' Opposition Briefs (Dkt. Nos. 290, 2
by M. Yaqub Mirza,, Iqbal Yunus,, Jamal Barzinji,, M. Omar Ashraf,, Muhammad Ashraf,, Taha Jaber Al−Alwani,, 4
Memorandum of Law in Support of Motion filed by Saudi High Commission,, 1391 Order on Motion to Dismiss,, 84
Memorandum of Law in Support of Motion filed by Faisal Islamic Bank,, 525 Stipulation and Order,, 107 MOTION
filed by Abdul Al−Moslah,, 19 Memo Endorsement,, 1457 Declaration in Support of Motion,, filed by Wamy Interna
Inc.,, World Assembly of Muslim Youth,, 359 MOTION to Dismiss for Lack of Jurisdiction Lack of Personal Jurisdi
by Wael Jalaidan,, 1518 Declaration in Opposition to Motion,, filed by Estate of John P.O'Neill, Sr.,, 1081 RICO Stat
by Estate of John P.O'Neill, Sr.,, 806 Stipulation and Order,, 1143 Endorsed Letter,,,,, 1599 Response filed by Wa'el
1426 Notice (Other), Notice (Other) filed by Ahmed Totonji,, Mohammed Jaghlit,, Grove Corporate, Inc.,, Heritage I
Trust,, Mar−Jac Investments, Inc.,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Ma
Group, Inc.,, York Foundation,, African Muslim Agency,, International Institute of Islamic Thought,, Mena Investme
Memo Endorsement,, 490 Memorandum of Law in Support of Motion filed by Islamic Investment Company of the G
(Sharjah),, Cashiers Remark, 1544 Reply Memorandum of Law in Support of Motion,,, filed by Estate of John P.O'N
416 MOTION to Dismiss Notice of Motion to Dismiss. filed by National Commercial Bank,, 1344 Notice (Other), N
(Other) filed by Estate of John P.O'Neill, Sr.,, 685 Stipulation and Order,, 1476 Order,, 972 Memorandum of Law in
to Motion,, filed by Al Rajhi Bank,, 83 MOTION to Dismiss for Lack of Jurisdiction the Third Amended Complaint
filed by Saleh Al−Hussayen,, 534 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 1262 MOT
Dismiss the Federal Insurance action. filed by DMI Administrative Services S.A.,, 263 MOTION for Leave to File M
Leave to File Reply Out of Time Defendants' Reply Briefs. filed by Sulaiman Al−Ali,, Al Haramain Foundation,, Mo
Jamal Khalifa,, Adel Abdul Batterjee,, Aqeel Al−Aqeel,, Islamic Assembly of North America,, 552 Stipulation and C
Dismissal,, 645 Stipulation and Order,,,, 611 Stipulation and Order,,, 539 Stipulation and Order,, 829 Stipulation and
Order,, 1213 MOTION to Dismiss the Cantor Fitzgerald action. filed by DMI Administrative Services S.A.,, 1163 No
Appearance filed by Banca Del Gottardo,, 582 RICO Statement, filed by John Patrick O'Neill, Jr., Estate of John P.O
Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 610 Stipulation and Order,,, 923 RICO Statement filed b
Trade Center Properties LLC, et al.,, 579 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 127
(Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 66 Notice o
Dismissal − Signed,,, 693 Endorsed Letter,, 914 Stipulation and Order,,, 470 Order Admitting Attorney Pro Hac Vice
Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 903 Memorandum of Law in Support of Motion filed by Mar−J

Inc.,, 1363 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 241 MOTION for Roy T. Englert, Jr. to Appear Pro
filed by Saudi High Commission,, 1061 Reply Memorandum of Law in Support of Motion,, filed by Faisal Islamic B
Endorsed Letter,, 1199 Memorandum of Law in Support of Motion,, filed by Shahir Abdulraoof Batterjee,, 1144 End
Letter,,,, 1572 Memorandum of Law in Oppisition to Motion,,, filed by Continental Casualty Company,, New York M
General Insurance Company,, Kathleen Ashton,, Federal Insurance Company et al., Plaintiffs,, 1245 Memorandum o
Oppisition to Motion,, filed by Plaintiffs Executive Committees,, 826 Order on Motion to Appear Pro Hac Vice,, 142
in Support of Motion,, filed by Mohammed Ali Sayed Mushayt,, Mushayt for Trading Company,, 837 MOTION to D
filed by Faisal Islamic Bank,, 922 Notice (Other) filed by Euro Brokers Inc., et al.,, 1005 Memorandum of Law in Op
Motion,,, filed by Federal Insurance Company,, Continental Casualty Company,, Cantor Fitzgerald & Co.,, New York
and General Insurance Company,, Kathleen Ashton,, John Patrick O'Neill, Jr., Burnett Plaintiffs,, World Trade Cente
LLC, et al.,, Euro Brokers Inc., et al.,, 867 MOTION to Dismiss Abdullah Al Rajhi. MOTION to Dismiss for Lack of
Jurisdiction Abdullah Al Rajhi. MOTION to Dismiss Abdullah Al Rajhi. MOTION to Dismiss for Lack of Jurisdictio
Al Rajhi. MOTION to Dismiss Abdullah Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Abdullah Al Rajhi.
Abdullah Salaiman Al−Rajhi,, 59 Rule 7.1 Disclosure Statement filed by Al Rajhi Banking and Investment,, 452 Ord
Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Executive Committees,, 529 Endorsed Letter,,, 153
Memorandum of Law in Oppisition to Motion filed by Burnett Plaintiffs,, 233 Memorandum of Law in Oppisition to
filed by Kathleen Ashton,, 1134 Clerk Certificate of Mailing,, 84 MOTION to Dismiss for Lack of Jurisdiction the Th
Amended Complaint (Burnett). filed by Sheik Salman Al−Oawdah,, 1346 Notice (Other) filed by Estate of John P.O'
482 Notice of Appearance filed by John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Christine Irene O'Neill,, Ca
O'Neill,, Dorothy A. O'Neill,, 1114 Response in Opposition to Motion,, filed by Estate of John P.O'Neill, Sr.,, 672 En
Letter,, 1195 MOTION to Dismiss. filed by Adnan Basha,, 804 Memorandum of Law in Support of Motion, filed by
Mohammed Hussein Al Amoudi,, 1442 Endorsed Letter,, 1154 RICO Statement filed by World Trade Center Propert
al.,, 412 Endorsed Letter,,,, 190 Memorandum & Opinion,, 295 MOTION to Dismiss or in the Alternative for a More
Statement. filed by Yassin Abdullah Al Kadi,, 1571 Memorandum of Law in Oppisition to Motion,, filed by Continen
Casualty Company,, New York Marine and General Insurance Company,, Burnett & Ashton Plaintiffs,, World Trade
Properties LLC, et al.,, Euro Brokers Inc., et al.,, 681 Stipulation and Order,, 1267 Reply Memorandum of Law in Su
Motion,, filed by Khaled Bin Salim Bin Mahfouz,, 676 Notice (Other), Notice (Other) filed by Federal Insurance Co
al., Plaintiffs,, 1069 Stipulation and Order,,, 387 Affidavit of Service Complaints filed by Federal Insurance Company
Plaintiffs,, 408 Notice (Other) filed by Burnett Plaintiffs,, 1054 Reply Memorandum of Law in Support of Motion,,, f
Suleiman Abdel Aziz Al Rajhi,, Sulaiman Bin Abdul Aziz Al Rajhi,, Suleiman Abdel Aziz Al Rajhi,, 970 RICO State
by World Trade Center Properties LLC, et al.,, 24 Endorsed Letter,, 355 RICO Statement filed by Federal Insurance C
al., Plaintiffs,, 725 MOTION to Dismiss. filed by Sami Omar Al−Hussayen,, 740 Stipulation and Order,, 1589
SUPPLEMENTAL MOTION to Dismiss Pursuant to CMO No. 4. filed by Abdullah Bin Saleh Al Obaid,, Shahir Ab
Batterjee,, Abdul Rahman Al Swailem,, Abdullah Omar Naseef,, Mohammed Ali Sayed Mushayt,, Talal Mohammed
Adnan Basha,, Saudi Red Crescent,, Salman Al−Ouda,, Safar Al−Hawali,, Saleh Al−Hussayen,, Abdullah Muhsen A
Mushayt for Trading Company,, Sheik Hamad Al−Husaini,, 620 Amended Complaint,,,,,,,, filed by John Patrick O'N
Estate of John P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 857 RICO Statement filed
York Marine and General Insurance Company,, 1618 Notice of Appeal,, 310 RICO Statement filed by Federal Insura
Company et al., Plaintiffs,, 208 Notice (Other) filed by Burnett Plaintiffs,, 1096 RICO Statement filed by Estate of Jo
P.O'Neill, Sr.,, 13 MOTION (FILED ON SERVICE DATE) to Dismiss. filed by Yeslam Binladin,, 969 RICO Statem
Federal Insurance Company et al., Plaintiffs,, 448 Affidavit in Opposition to Motion, filed by Burnett Plaintiffs,, 104
Stipulation and Order,,, 48 MOTION to Dismiss Memorandum in Support of Motion to Dismiss Certain Consolidate
Complaints. filed by Sultan Bin Abdulaziz Al Saud,, 68 Memo Endorsement,, 588 Declaration in Support of Motion,
Yousef Jameel,, 663 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1252 Memorandum of Law in Oppisition
Motion,, filed by Plaintiffs Executive Committees,, 1328 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1523 I
Memorandum of Law in Support of Motion,,,, filed by M. Yaqub Mirza,, Saar Foundation,, Ahmed Totonji,, Hisham
Iqbal Yunus,, Jamal Barzinji,, M. Omar Ashraf,, Mohammed Jaghlit,, Muhammad Ashraf,, Taha Jaber Al−Alwani,, C
Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena Corporation,, Reston Investments, Inc.
Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc.,, York Foundation,, African Muslim Agency
International Institute of Islamic Thought,, 622 Stipulation and Order of Dismissal,, 307 RICO Statement filed by Fe
Insurance Company et al., Plaintiffs,, 890 Reply Memorandum of Law in Support of Motion, filed by Al Haramain Is
Foundation, Inc.,, 179 Endorsed Letter,, 81 MOTION to Dismiss for Lack of Jurisdiction the Third Amended Compla
(Burnett). filed by Safar Al−Hawali,, 1172 RICO Statement filed by New York Marine and General Insurance Comp
Declaration in Support of Motion,, filed by Yousef Jameel,, 22 Notice of Voluntary Dismissal − Signed,, 466 Endors
173 Reply Memorandum of Law in Support of Motion filed by Abdul Rahman Bin Kahlid Bin Mahfouz,, 392 Waive
Executed filed by Federal Insurance Company et al., Plaintiffs,, 1582 Notice (Other), Notice (Other) filed by Federal
Company et al., Plaintiffs,, 1158 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 166 MOTION for Extension
File Response/Reply. filed by Rabita Trust,, Saleh Abdullah Kamel,, Wa'el Hamza Jalaidan,, Al Baraka Investment &
Development Corp.,, International Islamic Relief Organization(IIRO),, 244 Endorsed Letter,,, 1022 Order,,, 254 Repl
Memorandum of Law in Support of Motion, filed by DMI Administrative Services S.A.,, 1260 Affirmation in Oppos
Motion,,,, filed by Federal Insurance Company et al., Plaintiffs,, 436 Affirmation in Opposition to Motion, filed by Fe
Insurance Company et al., Plaintiffs,, 130 Response to Motion,, filed by Pacific Indemnity Company,, Vigilant Insura
Company,, Federal Insurance Company,, 840 Memorandum of Law in Support of Motion filed by Faisal Islamic Ban
Order on Motion to Withdraw as Attorney,,, 964 Endorsed Letter,, 586 RICO Statement, filed by John Patrick O'Neil

of John P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 281 Memorandum of Law in Op
Motion, filed by Burnett Plaintiffs,, 642 Order Admitting Attorney Pro Hac Vice,, 820 Notice (Other) filed by Federa
Company et al., Plaintiffs,, 371 Reply Memorandum of Law in Support of Motion filed by Mohammed Al Faisal Al S
RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1472 Memorandum of Law in Support of Motion, filed by DM
Administrative Services S.A.,, Daral Maal Al Islami Trust,, 912 Stipulation and Order,,,, 910 Endorsed Letter, Set M
R&R Deadlines/Hearings,,,,, 1049 Status Report filed by All Plaintiffs,, 1097 RICO Statement filed by Estate of John
Sr.,, 134 Waiver of Service Executed,,,,,, filed by Maryland Casualty Company,, Pacific Indemnity Company,, Vigila
Insurance Company,, Federal Insurance Company,, Allstate Insurance Company,, Great Northern Insurance Compan
And Deposit Company of Maryland,, North River Insurance Company,, Northern Insurance Company of New York,,
Insurance Company, Inc.,, Zurich American Insurance Company,, American Zurich Insurance Company,, American
and Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Chubb Insurance Company of Canada,, Chu
Insurance Company of New Jersey,, United States Fire Insurance Company,, Continental Insurance Company,, Assu
Company of America,, Glens Falls Insurance Company,, American Alternative Insurance Corporation,, One Beacon
Company,, Commercial Insurance Company of Newark, N.J.,, Chubb Custom Insurance Company,, Chubb Indemnit
Company,, One Beacon America Insurance Company,, Colonial American Casualty and Surety Insurance Company,
Insurance Company,, American Employers' Insurance Company,, The Camden Fire Insurance Association,, Homelar
Company of New York,, Crum & Forster Indemnity Company,, The Princeton Excess & Surplus Lines Insurance Co
Hiscox Dedicated Corporate Member, Ltd.,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Continental In
Company of New Jersey,, Fidelity and Casualty Company of New York,, 918 Stipulation and Order,,, 1268 Reply M
of Law in Support of Motion,, filed by Sheik Hamad Al−Husaini,, 877 RICO Statement filed by Estate of John P.O'N
159 Order Admitting Attorney Pro Hac Vice, 458 Memorandum of Law in Oppisition to Motion,, filed by Federal In
Company et al., Plaintiffs,, 243 Endorsed Letter,,,, 1352 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 765 W
Service Executed filed by Estate of John P.O'Neill, Sr.,, 733 Memorandum of Law in Support of Motion filed by San
Al−Hussayen,, 937 RICO Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,,
MOTION to Dismiss the Continental Casualty and Federal Insurance actions. filed by Abdul Aziz Al−Ibrahim,, 1602
Memorandum of Law in Support of Motion,, filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation,, 870 Memora
Law in Support,,, filed by Suleiman Abdel Aziz Al Rajhi,, Sulaiman Bin Abdul Aziz Al Rajhi,, 58 Memorandum of
Support of Motion filed by Al Rajhi Banking and Investment,, 1078 RICO Statement filed by Estate of John P.O'Nei
MOTION to Dismiss NY Marine. filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation,, 684 Stipulation and Ord
Declaration in Support of Motion,,, filed by Estate of John P.O'Neill, Sr.,, 1026 Stipulation and Order,,,, 213 MOTIO
William C. Edgar to Withdraw as Attorney for His Royal Highness Prince Naif Bin Abdulaziz Al Saud. filed by Naif
Abdulaziz Al Saud,, 605 Stipulation and Order,,, 131 MOTION for Extension of Time to File Response/Reply Stipul
Order for Extension of Time of SNCB Corporate Finance Ltd. and SNCB Securities Ltd. (London) to Respond to the
filed by SNCB Corporate Finance Ltd.,, SNCB Securities Ltd. in London,, 1044 Stipulation and Order,, 569 Notice (
by Federal Insurance Company et al., Plaintiffs,, 126 Endorsed Letter, Set Deadlines,,, 750 Clerk Certificate of Maili
Memorandum of Law in Support of Motion filed by Mohammed Bin Abdulrahman Al Ariefy,, Faisal Group Holding
Alfaisaliah Group,, Abdullah Al Faisal Bin Abdulaziz AlSaud,, 596 Order Admitting Attorney Pro Hac Vice,, 1371 N
(Other), Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et
Stipulation and Order,, 884 Order,, 530 Endorsed Letter,, 381 Memorandum of Law in Oppisition to Motion, filed by
Abdulaziz Al Saud,, 210 Notice (Other) filed by Burnett Plaintiffs,, 561 Endorsed Letter,, 1446 Notice (Other) filed b
M. Bin Laden,, 209 Memorandum of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 1432 MOTION to Dis
Memorandum in Support to Dismiss Aradi, Inc. filed by Aradi, Inc.,, 335 Reply Memorandum of Law in Support of
filed by Saleh Al−Hussayen,, 741 Notice (Other) filed by Faisal Islamic Bank,, 1180 MOTION to Dismiss. filed by A
Bin Saleh Al−Obaid,, 1146 Memorandum of Law in Oppisition to Motion,,, filed by Continental Casualty Company,
Fitzgerald & Co.,, New York Marine and General Insurance Company,, Kathleen Ashton,, Estate of John P.O'Neill, S
Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers In
465 Endorsed Letter,,, 726 Memorandum of Law in Support of Motion filed by Sami Omar Al−Hussayen,, 1491 Me
of Law in Oppisition to Motion,, filed by Estate of John P.O'Neill, Sr.,, 1554 Order,,,, 1150 Reply Memorandum of L
Support of Motion,, filed by Dubai Islamic Bank,, 486 Reply Memorandum of Law in Support of Motion,, filed by S
Abdulraoof Batterjee,, Saudi Red Crescent,, Safar Al−Hawali,, Saleh Al−Hussayen,, Sheik Hamad Al−Husaini,, Shei
Al−Oawdah,, 174 Reply Memorandum of Law in Support of Motion, filed by Prince Turki Al Faisal Al Saud,, 1401
Memorandum of Law in Support of Motion filed by Daral Maal Al Islami Trust,, 1388 MOTION to Dismiss Contine
Casualty, Burnett, WTC, Euro Brokers, Federal Insurance. filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation,,
Affirmation in Opposition to Motion,, filed by Burnett Plaintiffs,, 763 Clerk Certificate of Mailing,,,, 702 RICO State
by World Trade Center Properties LLC, et al.,, 1557 Memorandum of Law in Oppisition to Motion,,,, filed by Plainti
Executive Committees,, 513 Reply Memorandum of Law in Support of Motion, filed by Faisal Group Holding Co.,,
Group,, Addullah Al Faisal Abdulaziz Al Saud,, 145 Endorsed Letter,,, 744 Memorandum of Law in Oppisition to M
by Federal Insurance Company et al., Plaintiffs,, 1629 Stipulation and Order,,, 343 MOTION for Extension of Time
Motion and Stipulation as to Service of Process and Extension of Time. filed by DMI Administrative Services S.A.,,
Investment Company of the Gulf (Sharjah),, 445 Order,,, 439 Rule 7.1 Disclosure Statement filed by Federal Insuran
Company et al., Plaintiffs,, 394 Answer to Complaint filed by Soliman H.S. Al−Buthe,, 612 Stipulation and Order,,,
Certificate of Service Other, filed by United States of America,, 953 RICO Statement filed by Federal Insurance Co
Plaintiffs,, 1224 Endorsed Letter,, 1288 Notice (Other) filed by World Trade Center Properties LLC, et al.,, 604 Stipu
Order,,, 990 Stipulation and Order,,,, 1577 MOTION for Reconsideration re; 1545 Endorsed Letter, Plaintiffs' Notice

for Reconsideration of the Court's Order that the Parties Submit a Proposed Order Certifying the Defendants Dismiss 12(b)(1) and 12(b)(2) Grounds but filed by Burnett Plaintiffs,, 792 Acknowledgment of Service Complaints, filed by Insurance Company et al., Plaintiffs,, 1012 Memorandum of Law in Oppisition to Motion,, filed by Port Authority of & New Jersey,, Cantor Fitzgerald & Co.,, 1595 Stipulation and Order,,, 662 RICO Statement filed by Estate of John l Sr.,, 801 Endorsed Letter,,, 781 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1377 Notice (Other) filed by l Plaintiffs,, 700 RICO Statement filed by World Trade Center Properties LLC, et al.,, 1501 Declaration in Support of l filed by Wamy International, Inc.,, World Assembly of Muslim Youth,, 696 RICO Statement filed by Federal Insurar Company et al., Plaintiffs,, 861 MOTION to Dismiss Khalid Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction l Rajhi. MOTION to Dismiss Khalid Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Khalid Al Rajhi. MOTIO Dismiss Khalid Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Khalid Al Rajhi. filed by Khalid Sulaiman Al 341 Notice (Other) filed by Al Haramain Islamic Foundation, Inc.,, 891 Notice (Other) filed by Soliman H.S. Al−But Notice (Other), Notice (Other) filed by New York Marine and General Insurance Company,, Burnett Plaintiffs,, Fede Insurance Company et al., Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1068 Stip Order,,, 1314 Notice (Other), Notice (Other) filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & 1128 Clerk Certificate of Mailing,, 197 Rule 7.1 Disclosure Statement filed by Faisal Group Holding Co.,, Alfaisalial 148 Notice (Other) filed by Salman Bin Abdulaziz Al Saud,, 984 Response in Opposition to Motion,, filed by Port Au New York & New Jersey,, Cantor Fitzgerald & Co.,, 344 Endorsed Letter,,, 735 Service by Publication, filed by All l 1345 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1321 RICO Statement filed by Federal Insurance Compan Plaintiffs,, 917 Stipulation and Order,,, 1202 Memorandum of Law in Support of Motion,, filed by Mohammed Ali S Mushayt,, 1192 MOTION to Dismiss. filed by Talal Mohammed Badkook,, 493 Reply Memorandum of Law in Supp Motion, filed by Rabita Trust,, 1122 RICO Statement filed by Euro Brokers Inc., et al.,, 1116 Brief filed by Mar−Jac Inc.,, 399 MOTION for Jay D. Hanson and Christopher J. Beal to Appear Pro Hac Vice. filed by M. Yaqub Mirza,, Ja Barzinji,, M. Omar Ashraf,, Muhammad Ashraf,, Taha Jaber Al−Alwani,, Grove Corporate, Inc.,, Heritage Education Mar−Jac Investments, Inc.,, Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Managem Inc.,, African Muslim Agency,, International Institute of Islamic Thought,, Sana−Bell, Inc.,, Iqbal Unus (Yunus),, 32 Endorsement,, 1285 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brol al.,, 14 Order on Motion to Appear Pro Hac Vice,, 1574 Affidavit in Opposition to Motion,,, filed by Continental Cas Company,, New York Marine and General Insurance Company,, Kathleen Ashton,, Federal Insurance Company et al Plaintiffs,, 519 Amended Complaint,,,, filed by John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr.,, Christine Iren Carol O'Neill,, Dorothy A. O'Neill,, 1430 Notice of Appearance filed by Aradi, Inc.,, 680 Stipulation and Order,, 117 in Support of Motion,, filed by Saleh Al−Hussayen,, 1070 Stipulation and Order,,,,,, 25 Endorsed Letter,,, 2 Endorsec 102 MOTION to Dismiss [Reply Brief − Burnett v. Al Baraka]. filed by Saudi American Bank,, 896 Notice (Other) f Burnett Plaintiffs,, 1616 Reply Memorandum of Law in Support of Motion,, filed by Burnett Plaintiffs,, 298 Waiver Executed filed by Federal Insurance Company et al., Plaintiffs,, 589 Stipulation and Order,, 447 Amended Complaint by Kathleen Ashton,, 976 Notice (Other) filed by Burnett Plaintiffs,, 294 Endorsed Letter,, 129 MOTION for Leave t Memorandum of Law in Opposition to Motion to Intervene as Parties−Plaintiff in the Burnett Action (03−CV−9849( filed by Bakr M Bin Laden,, Tarek M. Bin Laden,, Omar M. Bin Laden,, Khaled Bin Salim Bin Mahfouz,, Saudi Bin Group, Inc.,, 759 Stipulation and Order,, 873 Order,, 1619 Notice of Appeal filed by Pacific Indemnity Company,, V Insurance Company,, Federal Insurance Company,, 1552 Stipulation and Order,,, 246 MOTION to Withdraw 165 M( Protective Order Notice of Motion and Memorandum in Support of Motion for Limited Appearance and to Move for Protective Order.. filed by Princess Haifa Al−Faisal,, The Royal Embassy of Saudi Arabia,, Prince Bandar bin Sultan Abdulaziz,, Ahmed A. Kattan,, Abdul Rahman I. Al−Noah,, 1528 Declaration in Support of Motion, filed by Taha Ja Al−Alwani,, 511 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs Certificate of Mailing,,,, 12 Endorsed Letter,,, 1421 Response in Support of Motion,, filed by Shahir Abdulraoof Batt Affidavit in Support of Motion,, filed by Sheik Hamad Al−Husaini,, 178 Endorsed Letter,, 38 Memorandum of Law i of Motion filed by Sami Omar Al−Hussayen,, 771 Stipulation and Order,,, 339 Declaration in Support of Motion file Omar Al−Hussayen,, 236 Memorandum of Law in Oppisition to Motion, filed by Kathleen Ashton,, 504 Endorsed Le Memorandum of Law in Support of Motion filed by Daral Maal Al Islami Trust,, 1365 Notice (Other) filed by Estate P.O'Neill, Sr.,, 786 Stipulation and Order,, 1369 Notice (Other), Notice (Other), Notice (Other) filed by World Trade Properties LLC, et al.,, Euro Brokers Inc., et al.,, 853 Order,,,, 1214 Memorandum of Law in Support filed by DMI Administrative Services S.A.,, 701 RICO Statement, filed by World Trade Center Properties LLC, et al.,, 460 Memor Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 1461 Stipulation and Order, Set Deadlines/Hearings,,,,,,, 271 Order on Motion to Appear Pro Hac Vice, 31 Memo Endorsement,, 1393 Memorandum Support of Motion, filed by Banca Del Gottardo,, 1532 Answer to Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, Wa'el Jalaidan,, 287 Notice (Other) filed by Soliman J. Khudeira,, 938 Notice of Appearance filed by Asat Trust Reg Memorandum of Law in Oppisition to Motion filed by All Plaintiffs,, 1521 Memorandum of Law in Support of Moti Mohammed Al Faisal Al Saud,, 382 Memorandum of Law in Oppisition to Motion,,, filed by Federal Insurance Com Plaintiffs,, 1207 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 863 MOTION to Dismiss Ab Rajhi. MOTION to Dismiss for Lack of Jurisdiction Abdullah Al Rajhi. MOTION to Dismiss Abdullah Al Rajhi. MC Dismiss for Lack of Jurisdiction Abdullah Al Rajhi. MOTION to Dismiss Abdullah Al Rajhi. MOTION to Dismiss f Jurisdiction Abdullah Al Rajhi. filed by Abdullah Salaiman Al−Rajhi,, 217 Notice (Other) filed by Sultan Bin Abdul Saud,, 34 Order Admitting Attorney Pro Hac Vice, 1203 Affidavit in Support of Motion,, filed by Mohammed Ali Sa Mushayt,, 283 Order, Set Hearings,,,,,,, 105 MOTION to Dismiss. filed by Mohamad Jamal Khalifa,, 621 Stipulation 675 RICO Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 1155 RICO Stat

by New York Marine and General Insurance Company,, 1161 RICO Statement, filed by Estate of John P.O'Neill, Sr.,
MOTION to Dismiss and Memorandum of Law in Support of Motion to Dismiss and to Quash Service of Process. fil
Prince Bandar bin Sultan bin Abdulaziz,, 1291 Notice (Other) filed by Burnett Plaintiffs,, 222 Memorandum of Law
Oppisition to Motion, filed by Burnett Plaintiffs,, 1231 RICO Statement filed by Continental Casualty Company,, 70
filed by United States of America,, 834 Memorandum of Law in Support of Motion filed by Faisal Islamic Bank,, 54
(Other) filed by All Plaintiffs,, 1481 CONSENT MOTION for Extension of Time to File Answer to Ashton Complai
Wa'el Jalaidan,, 1254 Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Executive Committees,, 402
Letter,,, 793 Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs,, 1106 M
Dismiss for Lack of Jurisdiction MEMORANDUM IN SUPPORT OF MOTION. filed by Asat Trust Reg.,, Martin W
Erwin Watcher,, Sercor Treuhand Anstalt,, 136 Memorandum of Law in Support of Motion filed by Sultan Bin Abdu
Saud,, 180 Endorsed Letter,, 454 MOTION for Jason Dzubow to Appear Pro Hac Vice. filed by Muslim World Leag
Endorsed Letter,,, 1586 Reply Memorandum of Law in Support of Motion filed by Taha Jaber Al−Alwani,, 220 Mem
of Law in Oppisition to Motion, filed by Burnett Plaintiffs,, 26 Amended Document filed by Burnett Plaintiffs,, 936 I
Statement, filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 1635 Memorandum of La
Oppisition to Motion,,, filed by Estate of John P.O'Neill, Sr.,, Burnett & Ashton Plaintiffs,, 625 Notice of Appearanc
M. Yaqub Mirza,, Ahmed Totonji,, Iqbal Yunus,, Jamal Barzinji,, M. Omar Ashraf,, Mohammed Jaghlit,, Muhamma
Taha Jaber Al−Alwani,, Grove Corporate, Inc.,, Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena Corpor
Reston Investments, Inc.,, Safa Trust,, Sterling Charitable Gift Fund,, Sterling Management Group, Inc.,, York Found
African Muslim Agency,, International Institute of Islamic Thought,, 1216 Memorandum of Law in Support filed by
Administrative Services S.A.,, 388 Affidavit of Service Complaints filed by Federal Insurance Company et al., Plaint
MOTION to Dismiss for Lack of Jurisdiction the Third Amended Complaint (Burnett). filed by Abdullah Bin Saleh
Clerk Certificate of Mailing Received,,, 292 Opposition Brief filed by Federal Insurance Company et al., Plaintiffs,,
MOTION for James Patrick Vann to Appear Pro Hac Vice. filed by Al Baraka Investment and Development Corpora
Reply Memorandum of Law in Support of Motion filed by Shahir Abdulraoof Batterjee,, 188 Notice (Other), Notice
Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by Maryland Casualty Company,
Indemnity Company,, Vigilant Insurance Company,, Federal Insurance Company,, Allstate Insurance Company,, Gre
Insurance Company,, Fidelity And Deposit Company of Maryland,, North River Insurance Company,, Northern Insu
Company of New York,, Seneca Insurance Company, Inc.,, Zurich American Insurance Company,, American Zurich
Company,, American Guarantee and Liability Insurance Company,, Great Lakes Reinsurance (UK) PLC,, Chubb Ins
Company of Canada,, Chubb Insurance Company of New Jersey,, United States Fire Insurance Company,, Steadfast
Company,, Continental Insurance Company,, Assurance Company of America,, American Alternative Insurance Cor
One Beacon Insurance Company,, Commercial Insurance Company of Newark, N.J.,, Chubb Custom Insurance Com
Chubb Indemnity Insurance Company,, One Beacon America Insurance Company,, Boston Old Colony Insurance Co
Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' In
Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster
Company,, The Princeton Excess & Surplus Lines Insurance Company,, Hiscox Dedicated Corporate Member, Ltd.,,
Underwriting, Ltd.,, CNA Casualty of California,, Continental Insurance Company of New Jersey,, Fidelity and Casu
Company of New York,, 444 Suggestion of Death filed by Mohammed Bin Abdullah Al−Jomaith,, 1483 CONSENT
for Extension of Time to File Answer to Federal Insurance Complaint. filed by Wa'el Jalaidan,, 1139 RICO Statemen
Euro Brokers Inc., et al.,, 1035 Memorandum of Law in Oppisition to Motion,,, filed by Plaintiffs Executive Commit
Stipulation and Order,,,,, 177 Endorsed Letter,,, 206 Brief filed by Rabita Trust,, 627 Order on Motion to Withdraw a
Attorney,,, 661 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 757 Notice of Appearance filed by Mohamme
Al Amoudi,, 1089 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 403 Memorandum of Law in Oppisition to
filed by All Plaintiffs,, 813 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Properties LLC, et al.,, Eu
Inc., et al.,, 1400 MOTION to Dismiss. filed by Daral Maal Al Islami Trust,, 856 RICO Statement filed by Federal In
Company et al., Plaintiffs,, 384 Affidavit of Service Complaints filed by Federal Insurance Company et al., Plaintiffs
Admitting Attorney Pro Hac Vice, 954 Notice (Other) filed by Dubai Islamic Bank,, 386 Affidavit of Service Compl
by Federal Insurance Company et al., Plaintiffs,, 619 Amended Complaint,,,,,,,,, filed by John Patrick O'Neill, Jr., Es
P.O'Neill, Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 313 RICO Statement filed by Federal Ins
Company et al., Plaintiffs,, 472 Affirmation in Opposition to Motion,,, filed by Federal Insurance Company et al., Pla
Memorandum of Law in Oppisition to Motion, filed by Federal Insurance Company et al., Plaintiffs,, 187 Notice (Ot
Mohammed Al Faisal Al Saud,, 1579 Memorandum of Law in Oppisition to Motion,,, filed by Plaintiffs Executive C
616 Stipulation and Order,,, 286 Notice (Other) filed by Burnett Plaintiffs,, 27 Certificate of Service Other, filed by K
Ashton,, 1636 Notice of Appeal filed by All Plaintiffs,, 1239 MOTION to Dismiss the Burnett actions. filed by DMI
Administrative Services S.A.,, 665 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1025 Stipulation and Orde
Dismissal,,, 289 Stipulation and Order,,, 1276 Notice (Other) filed by Burnett Plaintiffs,, World Trade Center Propert
al.,, Euro Brokers Inc., et al.,, 124 Notice of Appearance filed by Wamy International, Inc.,, World Assembly of Mus
854 RICO Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 1024 Transcript
MOTION to Dismiss Notice of Motion. filed by Taha Jaber Al−Alwani,, 878 RICO Statement filed by Estate of John
Sr.,, 1138 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 712 Reply Memorandum of Law in
Motion,,, filed by National Commercial Bank,, 1366 Notice (Other) filed by Burnett Plaintiffs,, 1232 Affidavit in Sup
by Federal Insurance Company et al., Plaintiffs,, 211 JOINT MOTION for Service by Publication Order re Plaintiffs'
Leave to Serve Specified Defendants by Publication. filed by Kathleen Ashton,, 1021 Endorsed Letter,,, 898 RICO S
filed by World Trade Center Properties LLC, et al.,, 1576 Memorandum of Law in Oppisition to Motion,, filed by Es

P.O'Neill, Sr.,, 478 Memorandum of Law in Oppisition to Motion, filed by Kathleen Ashton,, 441 Notice (Other) file
Federal Insurance Company et al., Plaintiffs,, 562 Order of Dismissal,,, 690 Endorsed Letter,,, 1233 RICO Statement
Continental Casualty Company,, 57 MOTION for Oral Argument On Renewed Motion To Dismiss. filed by Al Rajhi
and Investment,, 599 Notice of Appearance filed by Naif Bin Abdulaziz Al Saud,, 1536 Answer to Amended Compla
by International Islamic Relief Organization(IIRO),, 88 MOTION (FILED ON SERVICE DATE) for Matthew H. Ki
Appear Pro Hac Vice. filed by Nimir Petroleum LLC,, 398 Affirmation in Opposition to Motion filed by All Plaintiff
MOTION to Dismiss. filed by M. Yaqub Mirza,, Ahmed Totonji,, Iqbal Yunus,, M. Omar Ashraf,, Mohammed Jaghl
Muhammad Ashraf,, 1368 Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Ot
by Burnett Plaintiffs,, 440 Rule 7.1 Disclosure Statement filed by Federal Insurance Company et al., Plaintiffs,, 1370
(Other) filed by Burnett Plaintiffs,, 464 Amended Complaint,,,,,,, filed by John Patrick O'Neill, Jr., Estate of John P.
Sr.,, Christine Irene O'Neill,, Carol O'Neill,, Dorothy A. O'Neill,, 1152 RICO Statement filed by Federal Insurance C
al., Plaintiffs,, 882 Endorsed Letter,, 941 Stipulation and Order,,, 1301 Reply Memorandum of Law in Support of Mo
by Abdullah Muhsen Al Turki,, 1271 Notice (Other), Notice (Other) filed by Burnett Plaintiffs,, World Trade Center
LLC, et al.,, Euro Brokers Inc., et al.,, 425 MOTION to Strike 407 Memorandum of Law in Oppisition to Motion,, 40
(Other), 275 Memorandum of Law in Oppisition to Motion, 277 Memorandum of Law in Oppisition to Motion,,, 281
Memorandum of Law in Oppisition to Motion,, 403 Memor filed by Shahir Abdulraoof Batterjee,, Saudi Red Crescen
Al−Ouda,, Safar Al−Hawali,, Saleh Al−Hussayen,, Sheik Hamad Al−Husaini,, 1474 Stipulation and Order,,,, 1310 R
Memorandum of Law in Support of Motion,, filed by Safar Al−Hawali,, 1485 Affidavit in Support filed by Kathleen
1419 Response in Support of Motion, filed by Talal Mohammed Badkook,, 396 Endorsed Letter,, 35 Memo Endorsen
Memorandum of Law in Oppisition to Motion, filed by Al Rajhi Bank,, 966 Stipulation and Order, Set Motion and R
Deadlines/Hearings,,, 193 Notice of Appearance filed by International Development Foundation,, Saudi Economic an
Development Company,, Mohammed Salim Bin Mahfouz,, Mohammed Bin Mahfouz,, 183 Endorsed Letter,,,, 1594
Judgment,,,,, 723 Status Report, filed by Mohammed Al Faisal Al Saud,, Sultan Bin Abdulaziz Al Saud,, Bakr M Bin
Tarek M. Bin Laden,, Omar M. Bin Laden,, Prince Turki Al Faisal Al Saud,, The Kingdom of Saudi Arabia,, Abdulra
Khalid Bin Mahfouz,, Mohammed Bin Abdullah Al−Jomaith,, Sheik Hamad Al−Husaini,, 1162 RICO Statement, file
of John P.O'Neill, Sr.,, 718 Stipulation and Order,, 1242 Memorandum of Law in Support, filed by DMI Administrat
S.A.,, 1443 Memorandum of Law in Support of Motion,, filed by Council on American−Islamic Relations (CAIR),, 8
Memorandum of Law in Support of Motion filed by Faisal Islamic Bank,, 442 MOTION to Dismiss. filed by Tarik H
Reply to Response to Motion filed by Sulaiman Al−Ali,, 277 Memorandum of Law in Oppisition to Motion,, filed by
Plaintiffs,, 664 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1147 Affirmation in Opposition to Motion,,, fi
Continental Casualty Company,, Cantor Fitzgerald & Co.,, New York Marine and General Insurance Company,, Kath
Ashton,, Estate of John P.O'Neill, Sr.,, Burnett Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, World Trade
Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1494 Declaration in Opposition to Motion,, filed by Estate of John P
Sr.,, 242 MOTION for Max Huffman to Appear Pro Hac Vice. filed by Saudi High Commission,, 1337 Notice (Other
(Other), Notice (Other), Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 762 RICO Statement filed by Continen
Company,, 722 Status Report filed by All Plaintiffs,, 1520 Declaration in Support of Motion,,, filed by Estate of John
Sr.,, 1160 Notice (Other), Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 186 Notice (Other) filed by Burnett P
624 RICO Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 1386 Memorand
in Support filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation,, 648 MOTION for Reconsideration re; 632 Mem
Opinion,,,,,,,,,,,, Notice of Motion for Reconsideration. filed by National Commercial Bank,, 74 Order Admitting Att
Hac Vice,, 1351 Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 1036 Declaration in Opposition to Motion,,,, fi
Plaintiffs Executive Committees,, 297 Waiver of Service Executed filed by Federal Insurance Company et al., Plainti
MOTION to Dismiss. filed by DMI Administrative Services S.A.,, 1284 Notice (Other) filed by Burnett Plaintiffs,, 1
Memorandum of Law in Oppisition to Motion,,, filed by Plaintiffs PI Executive Committee,, 215 Memorandum of La
Oppisition to Motion,, filed by Burnett Plaintiffs,, 677 RICO Statement, filed by Estate of John P.O'Neill, Sr.,, 101 F
MOTION to Dismiss 12(b)(2), 12(b)5 and 12(b)(6)., 1277 Notice (Other) filed by Burnett Plaintiffs,, World Trade Ce
Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1433 MOTION to Dismiss Notice of Motion. filed by Grove Corpo
Heritage Education Trust,, Mar−Jac Investments, Inc.,, Mena Corporation,, Reston Investments, Inc.,, Safa Trust,, St
Charitable Gift Fund,, Sterling Management Group, Inc.,, York Foundation,, African Muslim Agency,, International
Islamic Thought,, 991 Clerk Certificate of Mailing,, 331 Reply Memorandum of Law in Support of Motion, filed by
Hamad Al−Husaini,, 872 Affidavit in Support filed by Yassin Abdullah Kadi,, 1412 MOTION to Dismiss. filed by C
American−Islamic Relations (CAIR),, 908 Memorandum of Law in Oppisition to Motion, filed by Federal Insurance
et al., Plaintiffs,, 931 Memorandum of Law in Support of Motion,, filed by Schreiber & Zindel,, Frank Zindel,, Engel
Schreiber,, Engelbert Schreiber, Jr, 1156 Notice (Other), Notice (Other) filed by Estate of John P.O'Neill, Sr.,, 673 E
Letter,, 1466 Stipulation and Order,,,,, 50 MOTION to Dismiss Reply Memorandum in Support of Motion to Dismis
Mohammed Bin Abdullah Al−Jomaith,, 742 RICO Statement filed by Euro Brokers Inc., et al.,, 330 Reply Memoran
in Support of Motion, filed by Sheik Salman Al−Oawdah,, 453 Statement of Relatedness filed by Kathleen Ashton,, 
Order,,,,, 1011 Reply Memorandum of Law in Support of Motion filed by Sami Omar Al−Hussayen,, 962 RICO Stat
by Estate of John P.O'Neill, Sr.,, 1482 CONSENT MOTION for Extension of Time to File Answer to Burnett Compl
by Wa'el Jalaidan,, 262 MOTION to Dismiss. filed by Saudi High Commission,, 1533 Answer to Amended Complai
by Wa'el Hamza Julaidan,, 104 MOTION to Dismiss., 974 Stipulation and Order, Set Motion and R&R Deadlines/He
1104 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 828 Notice (Other) filed by Continental Casualty Comp
Stipulation and Order,, 874 Notice of Voluntary Dismissal − Signed,, 86 MOTION to Dismiss for Lack of Jurisdictio
Amended Complaint (Burnett). filed by Shahir Abdulraoof Batterjee,, 6 MOTION (FILED ON SERVICE DATE) fo

Conference. MOTION (FILED ON SERVICE DATE) for Extension of Time to File Answer. MOTION (FILED ON DATE) for Conference. MOTION (FILED ON SERVICE DATE) for Extension of Time to File Answer. filed by Ab Bin Mahfouz,, 376 Reply Memorandum of Law in Support of Motion, filed by Prince Turki Al Faisal Al Saud,, 420 Statement filed by Federal Insurance Company et al., Plaintiffs,, 1251 Memorandum of Law in Oppisition to Motion, Plaintiffs Executive Committees,, 1560 Declaration in Opposition to Motion,,,, filed by Plaintiffs Executive Committ Memorandum of Law in Oppisition to Motion filed by Kathleen Ashton,, 1170 RICO Statement filed by Federal Insu Company et al., Plaintiffs,, 615 Stipulation and Order,,, 1500 MOTION to Dismiss Notice of Motion. filed by World of Muslim Youth,, 225 MOTION to Dismiss. filed by Naif Bin Abdulaziz Al Saud,, 850 MOTION to Dismiss. filed l Islamic Bank,, 1542 Memorandum of Law in Support of Motion,, filed by Jamal Barzinji,, 707 Stipulation and Order RICO Statement filed by Port Authority of New York & New Jersey,, Cantor Fitzgerald & Co.,, 1300 Reply Memora Law in Support of Motion,, filed by Abdullah Bin Saleh Al−Obaid,, 674 Certificate of Service Other,, filed by Estate P.O'Neill, Sr.,, 1440 Notice of Appearance filed by Banca Del Gottardo,, 377 Reply Memorandum of Law in Suppor filed by Sultan Bin Abdulaziz Al Saud,, 527 Endorsed Letter,,, 301 Memorandum of Law in Support of Motion filed Jameel,, 364 Reply Memorandum of Law in Support of Motion, filed by Saudi Red Crescent,, 93 Notice (Other) filec Administrative Services S.A.,, 366 RICO Statement filed by Federal Insurance Company et al., Plaintiffs,, 71 Reply t to Motion, filed by Burnett Plaintiffs,, 1497 Declaration in Support of Motion,,, filed by Estate of John P.O'Neill, Sr., Notice (Other) filed by Aradi, Inc.,, 400 Notice of Change of Address filed by Susan Brady,, Joseph Donovan,, Carm Hector Garcia,, John Does,, Maryland Casualty Company,, Pacific Indemnity Company,, Dennis Quinn,, Kevin Quin D Robbins,, Vigilant Insurance Company,, Federal Insurance Company,, All Plaintiffs,, Allstate Insurance Company, Northern Insurance Company,, Patricia Coughlin,, Kevin Rogers,, Fidelity And Deposit Company of Maryland,, And North River Insurance Company,, Northern Insurance Company of New York,, Edward J. Sweeney,, Shirley Henders Michael Puckett,, Mark Barbieri,, Seneca Insurance Company, Inc.,, Zurich American Insurance Company,, James B American Zurich Insurance Company,, Diane Miller,, William Ellis, Jr., American Guarantee and Liability Insurance Great Lakes Reinsurance (UK) PLC,, Melvin C. Lewis,, William Nelson,, David M. Bernstein,, Pedro Saleme,, Chub Company of Canada,, Chubb Insurance Company of New Jersey,, Edward Walsh,, United States Fire Insurance Com Steadfast Insurance Company,, William Martin,, Continental Insurance Company,, Benjamin Arroyo,, Thomas Fletcl Martin,, Assurance Company of America,, Glens Falls Insurance Company,, American Alternative Insurance Corpor Brian Barry,, Dawn Brown,, One Beacon Insurance Company,, Commercial Insurance Company of Newark, N.J.,, C Custom Insurance Company,, Deena Burnett,, Kathleen Ashton,, Josephine Alger,, Angelica Allen,, George Andruck Andrucki,, Winifred Aranyos,, Margaret Arce,, Margit Arias,, Evelyn Aron,, Nancy Badagliacca,, Christina Baksh,, J Barbara,, Daniel F. Barkow,, Nina Barnes,, Jeannine P. Baron,, Jane Bartels,, Kimberly Kaipaka Beaven,, Michelle B Susan Berger,, Madeline Bergin,, Miriam M. Biegeleisen,, Christine Bini,, Neil B. Blass,, Kris A. Blood,, Dorothy A Maria Teresa Boisseau,, Kathleen Box,, David Brace,, Curtis Fred Brewer,, Hillary A. Briley,, Ursula Broghammer,, Bruehert,, Juan B. Bruno,, Susan E. Buhse,, Elizabeth R. Burns,, James C. Cahill,, James W. Cahill,, Kathleen Cahill, Calderon,, Janet Calia,, Jacqueline Cannizzaro,, Cathy A. Carilli,, Toni Ann Carroll,, Judith Casoria,, Tracy Ann Tab Catalano,, Santa Catarelli,, Gina Cayne,, Suk Tan Chin,, Catherine T. Regenhard,, Edward P. Ciafardini,, Lisa DiLall Yuko Clark,, Maryann Colin,, Julia Collins,, Patricia Coppo,, Edith Cruz,, Ildefonso A. Cua,, Linda Curia,, David Ed Cushing,, Louisa D'Antonio,, Beril Sofia DeFeo,, Vincent J. Della Bella,, Todd DeVito,, Milagros Diaz,, Dhanmatee Maria DiPilato,, Stacey Fran Dolan,, Rosalie Downey,, Jay Charles Dunne,, Stanley Eckna,, Denise Esposito,, Dennis Maryanne Farrell,, Clifford Tempesta,, Dorothy Tempesta,, Melissa Van Ness Fatha,, Steven Feidelberg,, Wendy Fei Charlene Fiore,, Brian Flannery,, Robert T. Folger,, Kurt Foster,, Claudia Flyzik,, Nancy Walsh,, Carol Francolini,, F Friedlander,, Lisa Friedman,, Anne Gabriel,, Walter Tremsky,, Eileen F. Colligan,, Paul Quinn,, Monica M. Gabrielle Ganci,, Elizabeth Gardner,, Diane Genco,, Philip Germain,, Carol Gies,, John J. Gill,, Serina Gillis,, Angela Gitto,, M Glasser,, Sharon Cobb−Glenn,, Jodie Goldberg,, Mia Gonzalez,, Deborah Grazioso,, Claudette Greene,, Peter Greenl Gross,, Mary Haag,, Gordon G. Haberman,, Patricia Han,, Renne Bacotti Hannafin,, Dorothy Garcia,, Benhardt R. W Perry S. Oretzky,, Basmattie Bishundat,, Rachel R. Harrell,, Sheila Gail Harris,, Jennifer L. Harvey,, Kelly Hayes,, V Hayes,, Theresa Healey,, Hashim A. Henderson,, Karen Hinds,, Dennis L. Hobbs,, Dixie M. Hobbs,, Pamela Hohlwe Kathleen Holland,, Rubina Cox−Holloway,, Joann T. Howard,, Bridget Hunter,, Kathryn J. Hussa,, Yesenia Ielpi,, Fr Irby,, Margaret P. Iskyan,, Jennifer Ruth Jacobs,, Kazmierz Jakubiak,, Leila M. Joseph,, Woodly Joseph,, Paul Kaufn Elizabeth H. Keller,, Patricia Kellett,, Emmet P. Kelly,, Rosemary Kempton,, Donald Francis Kennedy,, Richard I. K LaForte,, Edlene C. LaFrance,, Collette M. LaFuente,, Morris D. Lamonsoff,, Andrea N. LeBlanc,, Donald Leistman, Leinung,, Roberta J. Levine,, Kathleen Keeler Lozier,, Anne MacFarlane,, Lisanne MacKenzie,, Andrea Maffeo,, Pa Maggitti,, Natalie Makshanov,, Rebecca L. Marchand,, Lori Mascali,, Dorothy Mauro,, Meryl Mayo,, Margaret Donc McGinley,, Iliana McGinnis,, Cynthia F. McGinty,, Theresa McGovern,, Patricia H. McDowell,, Joann Meehan,, Fry Milewski,, Anna Milewski,, Amber Miller,, Jamie Miller,, Faith Miller,, Barbara Minervino,, Joanne Modafferi,, Anr Saradha Moorthy,, Elizabeth Ann Moss,, Emily Motroni,, Lauren Murphy,, Elvira P. Murphy,, Richard B. Naiman,, I Navarro,, Dana Noonan,, William B. Novotny,, James Wallace O'Grady,, Sheryl J. Oliver,, Lisa Palazzo,, Donna Pao Helene S. Passaro,, Mary Gola Perez,, Linda Pickford,, Nancy Picone,, Jean Oslyn Powell,, Karen Princiotta,, Domin Puopolo, Sr., Patricia Quigley,, Francine Raggio,, Deborah Francke,, Maryann Rand,, Sadiq Rasool,, Susan Rasweile Regenhard,, Elizabeth Rego,, Martin Rosenbaum,, Glenna M. Rosenburg,, Jill Rosenblum,, Lauren Rosenzweig,, Cla Ruggiere,, Gilbert Ruiz, Jr., Andrea Russin,, Diane Ryan,, Delphine Saada,, Barbara Scaramuzzino,, Phyllis Schreier, Shulman,, Eileen Simon,, Dhanraj Singh,, Mark J. Siskopoulos,, Donna Smith,, Barbara Sohan,, Robert Spadafora,, I Spampinato,, Theresa A. Stack,, Eileen Tallon,, Patricia Tarasiewicz,, Evelyn Tepedino,, Raj Thackurdeen,, Sat Thac Rosanna Thompson,, Andrija Tomasevic,, Radmila Tomasevic,, Kimberly Trimingham−Aiken,, Marie Twomey,, Vic

Ugolyn,, Feliciana Umanzor,, Virginia Lorene Rossiter Valvo,, Jasmine Victoria,, Richard Villa,, Lucy Virgilio,, Dia
Diane M. Walsh,, Amy Weaver,, Delia Welty,, Kristin Galusha−Wild,, Patricia Wiswall,, Anne M. Wodensheck,, Ce
Woo−Yeun,, Siew−Som Yeow,, Erica Zucker,, Nancy Lynn Zuckerman,, Aldo Addissi,, Edward Arancio,, Kathleen
Arancio,, Leonard Ardizzone,, Barbara Ardizzone,, Thomas Baez,, Joseph Beltrani,, Andrew Braun,, James Cizikie,,
Conroy, Jr., Gibson A. Craig,, Bradley Daly,, Robert D'Elia,, Thomas Donnelly,, Charles Downey,, Joseph R. Downe
Timothy L. Frolich,, Irene Frolich,, Steven M. Gillespie,, Joseph Hands,, John Hassett,, James D. Hodges,, Netta Issa
F. Jermyn,, Arnold Lederman,, Phyllis Lederman,, Michael J. Lindy,, Sandy Amrita Mahabir,, Kevin McArdle,, Jame
McGetrick,, Owen McGovern,, Kevin G. Murphy,, Janice O'Dell,, Timothy Parker,, Howard Rice,, Louis Schaefer,, S
Schrimpe,, Scott Ting,, George Luis Torres,, Robert V. Trivingo,, Russell Vomero,, Philip J. Zeiss,, Linda E. Thorpe,
Salvo,, Harry Ong, Jr., William O'Connor,, Jennifer E. Brady,, Andy Dinoo,, Jeanne M. Evans,, Vice Rose Arestegui
Fletcher,, Traci Bosco,, Mathilda Geidel,, Regan Grice−Vega,, Elinore Hartz,, Veronica Klares,, Jerline Lewis,, Mich
Deloughery,, Bettyann Martineau,, Virginia McKeon,, Olga Merino,, Warren Monroe,, Amy Farnum,, Kevin Mount,,
Giorgetti,, Charles Schmidt,, Colleen Holohan,, Roberta Kellerman,, Laurie S. Lauterbach,, Ingrid M. Lenihan,, Jeffr
Merrilly E. Noeth,, Janlyn Scauso,, Nancy Shea,, Holli Silver,, Robin Theurkauf,, Joseph A. Tiesi,, Anthony Vincelli
Whittaker,, Madeleine A. Zuccala,, Andrezej Cieslik,, Domenick Damiano,, Warren Hayes,, Evelyn Rodriguez,, Arm
Bardales,, Yvonne V. Abdool,, Josephine Acquaviva,, Kara Hadfield,, Jean Adams,, Jessica Murrow−Adams,, Steph
Alderman,, Elizabeth Alderman,, Karium Ali,, Michael J. Allen,, Leonor Alvarez,, Jocelyne Ambroise,, Thomas Aria
Arnold,, Philipson Azenabor,, John P. Baeszler,, Kim Barbaro,, Thomas J. Meehan, III, Daryl Joseph Meehan,, Edmu
Gila Barzvi,, Boris Bililovsky,, Suzanne J. Berger,, Robert J. Bernstein,, Joanne F. Betterly,, John Bonomo,, Krystyn
Boryczewski,, Michele Boryczewski,, Julia Boryczewski,, Desiree A. Gerasimovich,, Kathleen M. Buckley,, Javier E
Chubb Indemnity Insurance Company,, Prakash Bhatt,, William Doyle, Sr., Camille Doyle,, Maureen Kelly,, Chiemi
Robert Keane,, One Beacon America Insurance Company,, Houssain Lazaar,, Jennifer Tarantino,, H. Michael Keden
Ann Foster,, Beverly Burnett,, Mary Margaret Jurgens,, Martha Burnett O'Brien,, William Doyle,, Doreen Lutter,, Ch
Huhn,, Lynn B. Pescherine,, Boston Old Colony Insurance Company,, Paul R. Martin,, Rachel W. Goodrich,, Ernesto
Gregory Stevens,, Sharlene M. Beckwith,, James A. Reed,, Benito Colon,, Victoria Higley,, Marion Knox,, Laura J. I
Philip Lee,, Mei Jy Lee,, John Lewis,, Joviana Mercado,, Linda Pascuma,, Sean Passananti,, Helen Pfeifer,, Daniel P
Theresa Regan,, Armand Reo,, Alexander Santoro,, Maureen Santoro,, Narasimha Sattaluri,, Wen Shi,, Cynthia Tum
Yu Zheng,, David Ziminski,, Robert Bermingham,, Mark Bernheimer,, Donald DiDomenico,, Michael Endrizzi,, Ma
Goldwasser,, Ron Harding,, Jeremiah Harney,, Peter Ioveno,, Jurgiel Kazimierz,, Raymond Lachhman,, George Lant
Leigh,, Vincent LeVien,, Jeff Lever,, Jerzy Mrozek,, Carmen Romero,, Christine Sakoutis,, Kemraj Singh,, Gary We
Colonial American Casualty and Surety Insurance Company,, Valiant Insurance Company,, American Employers' In
Company,, The Camden Fire Insurance Association,, Homeland Insurance Company of New York,, Crum & Forster
Company,, The Princeton Excess & Surplus Lines Insurance Company,, Jane Alderman,, Stephen Jezycki,, Catherine
Michael Jezycki,, Jennifer D'Auria,, Richard D. Allen,, Luke C. Allen,, Judith M. Aiken,, Lauren Arias Lucchini,, Lo
Beliveau,, Tara Bane,, Anna M. Granville,, Nicholas Barbaro,, Carol Barbaro,, Kevin W. Barry,, Maureen Barry,, Em
Tisnovskiy,, Leonid Tisnovskiy,, Rostyslav Tisnovskiy,, Frances Berdan,, John Benedetto,, Rina Rabinowitz,, Maria
Ondina Bennett,, Murray Bernstein,, Norma Bernstein,, Irene Bilcher,, Lillian Bini,, Rosemarie Corvino,, Bhola P. B
Miles Bilcher,, Sonia Bonomo,, Sharon Booker,, Rose Booker,, Michael Boryczewski,, John C. Buckley,, Jane M. Sr
Fiona Havlish,, Thomas Burnett,, National Ben Franklin Insurance Company of Illinois,, Alexander Paul Aranyos,, M
Girdano,, Russa Steiner,, Clara Chirchirillo,, Ellen L. Saracini,, TheresaAnn Lostrangio,, Thomas E. Burnett, Sr., Jud
William Coale,, Patricia J. Perry,, Matthew T. Sellitto,, Ralph Maerz, Jr., Linda Panik,, Martin Panik,, Martina Lyne−
Panik,, Stephen L. Cartledge,, Tina Grazioso,, Jin Liu,, Lynn Allen,, Helene Parisi−Gnazzo,, Ann R. Haynes,, John P
O'Neill, Jr., Theresa King,, Judi A. Ross,, Fiona Havlish,, Grace M. Parkinson−Godshalk,,, Loisanne Diehl,, Alfred A
James Alario,,, Andrew Aris,, Donald Aris,, Madelyn Conroy Allen,, George Bonomo,, Estate of John P.O'Neill, Sr.,,
Plaintiffs,, Frederick Alger,, Hiscox Dedicated Corporate Member, Ltd.,, Michael J. Novotny,, Christine Irene O'Neil
O'Neill,, Dorothy A. O'Neill,, Amlin Underwriting, Ltd.,, CNA Casualty of California,, Continental Insurance Compa
Jersey,, Fidelity and Casualty Company of New York,, Joann Meehan,, Burnett & Ashton Plaintiffs,, Barrera Plaintif
Tremsky Plaintiffs,, Salvo Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, 1077 RICO Statement filed by Es
P.O'Neill, Sr.,, 1631 Memorandum of Law in Oppisition to Motion,,, filed by Federal Insurance Company et al., Plai
Affidavit in Opposition to Motion,,, filed by Federal Insurance Company,, Continental Casualty Company,, Cantor F
Co.,, New York Marine and General Insurance Company,, Kathleen Ashton,, John Patrick O'Neill, Jr., Burnett Plaint
Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 268 Reply to Response to Motion filed by Islamic Ass
North America,, 975 Notice (Other) filed by Burnett Plaintiffs,, 426 Endorsed Letter,, 212 JOINT MOTION to Serve
Authorizing Plaintiffs to Effectuate Service of Process on Those Defendants for Whom an Address or Location to Se
Summons and Complaint is Unknown, etc.. filed by Kathleen Ashton,, 571 FIRST MOTION to Dismiss for Lack of
and Failure to State a Claim. filed by Omar Abdullah Kamel,, 154 Memorandum of Law in Support,, filed by Burnett
Plaintiffs,, 858 RICO Statement filed by Estate of John P.O'Neill, Sr.,, 1478 CONSENT MOTION for Extension of T
Answer. filed by International Islamic Relief Organization(IIRO),, 347 MOTION to Dismiss. filed by Mohammed Bi
Abdulrahman Al Ariefy,, Faisal Group Holding Co.,, Alfaisaliah Group,, Addullah Al Faisal Abdulaziz Al Saud,, 16
Disclosure Statement filed by Arab Bank,, 639 Endorsed Letter, Terminate Motions,,,,, 651 Affidavit in Opposition t
filed by Federal Insurance Company et al., Plaintiffs,, 887 Notice (Other) filed by Saudi Binladin Group, Inc.,, 959 R
Statement filed by Estate of John P.O'Neill, Sr.,, 881 Affidavit in Support of Motion, filed by Yassin Abdullah Kadi,,
Stipulation and Order,,, 842 MOTION to Dismiss. filed by Faisal Islamic Bank,, 1133 Clerk Certificate of Mailing,, 1
Memorandum of Law in Oppisition to Motion,, filed by Plaintiffs Executive Committees,, 1626 Reply Memorandum

| | | |
|---|---|---|
| | | Support of Motion filed by DMI Administrative Services S.A., 1674 Memorandum of Law in Oppisition to Motion,, Kathleen Ashton,, 1672 Stipulation and Order,,, 1671 Stipulation and Order,, 1666 RICO Statement filed by Federal Company et al., Plaintiffs,, 1667 Stipulation and Order,, 1656 Amended Answer to Complaints filed by International Relief Organization(IIRO),, 1661 Reply Memorandum of Law in Support of Motion filed by DMI Administrative Se 1660 Memorandum of Law in Support of Motion,, filed by Yassin Abdullah Kadi,, 1670 Stipulation and Order,, 1673 Stipulation and Order,, 1665 Declaration in Opposition to Motion,,,,,,, filed by Continental Casualty Company,, New Marine and General Insurance Company,, Burnett Plaintiffs,, Federal Insurance Company et al., Plaintiffs,, World Tr Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1664 Memorandum of Law in Oppisition to Motion,,, filed by Conti Casualty Company,, New York Marine and General Insurance Company,, Burnett Plaintiffs,, Federal Insurance Com Plaintiffs,, World Trade Center Properties LLC, et al.,, Euro Brokers Inc., et al.,, 1663 Reply Memorandum of Law in Motion filed by Daral Maal Al Islami Trust,, 1658 MOTION to Dismiss / Notice of Motion of Yassin Abdullah Kadi Complaints. filed by Yassin Abdullah Kadi,, 1657 Reply Memorandum of Law in Support of Motion filed by DMI Administrative Services S.A.,, 1659 Declaration in Support of Motion,, filed by Yassin Abdullah Kadi,, 1668 Stipula Order,, 1675 Reply Memorandum of Law in Support of Motion,, filed by Schreiber & Zindel,, Frank Zindel,, Engelb Schreiber,, Engelbert Schreiber, Jr, 1662 Reply Memorandum of Law in Support of Motion, filed by Daral Maal Al I were transmitted to the U.S. Court of Appeals. (nd, ) (Entered: 02/10/2006) |
| .0/2006 | 1684 | REPLY MEMORANDUM OF LAW in Support re: 1404 MOTION to Dismiss. *the O'Neill action*. Document filed b Maal Al Islami Trust. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01923−RCC(McGuire, James) (Er 02/10/2006) |
| .0/2006 | 1685 | REPLY MEMORANDUM OF LAW in Support re: 1373 MOTION to Dismiss *the Cantor Fitzgerald action*.. Docun by Daral Maal Al Islami Trust. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−07065−RCC(McGuire, Ja (Entered: 02/10/2006) |
| .0/2006 | 1686 | REPLY MEMORANDUM OF LAW in Support re: 1375 MOTION to Dismiss *the Ashton action*.. Document filed by Maal Al Islami Trust. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC(McGuire, James) (Er 02/10/2006) |
| .0/2006 | 1687 | RESPONSE in Opposition re: 329 MOTION to Dismiss., 724 MOTION to Dismiss. *Plaintiffs' Memorandum of Law of Motion to Strike Supplemental Memorandum in Support of Motions to Dismiss of Defendant Sami Omar Al−Husse Submitted Pursuant to Case Management Order No. 4*. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al. Trade Center Properties LLC, et al.. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Els Michael) (Entered: 02/10/2006) |
| .0/2006 | 1688 | RESPONSE in Opposition re: 329 MOTION to Dismiss. *Burnett Plaintiffs' Memorandum of Law in Support of Motio Supplemental Memorandum in Support of Motions to Dismiss of Defendant Sami Omar Al−Hussayen Submitted Purs Case Management Order No. 4*. Document filed by Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(Elsner, Michael) (Entered: 02/10/2006) |
| .3/2006 | 1689 | RICO STATEMENT *RICO STATEMENT APPLICABLE TO AL BARAKA BANCORP*. Document filed by Federal In Company et al., Plaintiffs. (Attachments: # 1 Exhibit B)(Feldman, Elliott) (Entered: 02/13/2006) |
| .4/2006 | 1690 | STIPULATION AS TO SERVICE OF PROCESS AND SCHEDULING FOR RESPONSE TO THE PLAINTIFFS' I CONSOLIDATED COMPLAINT... Stipulated & agreed by & between Ptffs. in the case 04cv1923 consolidated unde 03MDL1570 and Deft. Tadamon Islamic Bank by & through undersigned counsel, that the undersigned defts's counse accepts service of the Complaint in the referenced case on behalf of Tadamon Islamic Bank... and as further set forth stipulation. (Signed by Judge Richard C. Casey on 2/14/06) Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01923−RCC(rjm, ) (Entered: 02/14/2006) |
| .4/2006 | 1691 | STIPULATION AND ORDER OF DISMISSAL that the NY Marine plaintiffs and defendant, Islamic Investment Co the Gulf, have agreed to and hereby stipulate to the dismissal of defendant, Islamic Investment Company of the Gulf prejudice... each side to bear its own attorney's fees, costs, and expenses. (Signed by Judge Richard C. Casey on 2/14 In Associated Cases: 1:03−md−01570−RCC,1:04−cv−06105−RCC(rjm, ) (Entered: 02/16/2006) |
| .5/2006 | 1692 | ENDORSED LETTER addressed to Judge Richard C. Casey from Jamie S. Kilberg dated 2/6/06 re: Application is gr Clerk of the Court is asked to note on the docket that the motions have been withdrawn. Accordingly Motion docume 03md1570 is withdrawn. (Signed by Judge Richard C. Casey on 2/14/06) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−05738−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC,1:04−cv−07065−RCC, 1:04−cv−07279−RCC,1:04−cv−07280−RCC(rjm, ) (Entered: 02/16/2006) |
| .6/2006 | 1693 | STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINTS CONSOLIDATED UNDER MDL 1570... stipulated and agreed, between counsel for Federal Insurance Plaintiffs, represented by J. Scott Tarbutton on behalf o |

| | | |
|---|---|---|
| | | Plaintiffs in the captioned actions, and counsel for Defendants World Assembly of MuslimYouth in Saudi Arabia and Assembly of Muslim Youth International, represented by the Law Firm of Omar T. Mohammedi, LLC that the partie respectfully seek this Court's approval for an extension of time for the Defendants WAMY SA and WAMY USA to F referemced Plaintiffs' Oppositions to Defendants' Motions to Dismiss pursuant to FRCP 12(b)(6), filed on 1/23/06; It stipulated & agreed that Defts' Reply Briefs shall be served within fifty days of serviceof Ptffs' Opposition motions... further set forth in said stpiulation & order. (Signed by Judge Richard C. Casey on 2/15/06) Filed In Associated Case 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:04−cv−01923−RCC, 1:04−cv−05970−RCC,1:04−cv−06105−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC(rjm, ) (Entered: 02/17/20 |
| .7/2006 | 1694 | NOTICE of Voluntary Dismissal. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center LLC, et al.. (Elsner, Michael) (Entered: 02/17/2006) |
| .7/2006 | 1695 | REPLY MEMORANDUM OF LAW in Support re: 1400 MOTION to Dismiss. *the Burnett actions*. Document filed Maal Al Islami Trust. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(McGuire, James) (En 02/17/2006) |
| .7/2006 | 1696 | REPLY MEMORANDUM OF LAW in Support re: 1397 MOTION to Dismiss. *the World Trade Center Properties a Brokers actions*. Document filed by Daral Maal Al Islami Trust. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−07279−RCC(McGuire, James) (Entered: 02/17/2006) |
| 20/2006 | 1697 | MOTION to Dismiss. Document filed by Asat Trust Reg.. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Go David) (Entered: 02/20/2006) |
| 20/2006 | 1698 | MEMORANDUM OF LAW in Support re: 1100 MOTION to Dismiss for Lack of Jurisdiction *and Insufficient Servi Process*., 1106 MOTION to Dismiss for Lack of Jurisdiction *MEMORANDUM IN SUPPORT OF MOTION*., 1697 M Dismiss.. Document filed by Asat Trust Reg.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)Filed In Associa 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Go David) (Entered: 02/20/2006) |
| 21/2006 | 1699 | RICO STATEMENT *RICO STATEMENT APPLICABLE TO DALLAH AVCO TRANS ARABIA*. Document filed by F Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit B)(Feldman, Elliott) (Entered: 02/21/2006) |
| 21/2006 | 1700 | REPLY MEMORANDUM OF LAW in Support re: 329 MOTION to Dismiss., 724 MOTION to Dismiss., 729 MOT Dismiss. *AND SUPPLEMENTAL MEMORANDUM SUBMITTED PURSUANT TO CASE MANAGEMENT ORDER* Document filed by Sami Omar Al−Hussayen. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Scott) (Entered: 02/21/2006) |
| 21/2006 | 1701 | MOTION to Dismiss *Notice of Motion*. Document filed by Aqsa Islamic Bank. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(McMahon, Martin) (Entered: 02/21/2006) |
| 21/2006 | 1702 | MEMORANDUM OF LAW in Support re: 1701 MOTION to Dismiss *Notice of Motion*.. Document filed by Aqsa Is Bank. (Attachments: # 1 Exhibit A# 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(McMahon, Martin) (Entered: 02/21/2006) |
| 27/2006 | 1703 | RICO STATEMENT *RICO STATEMENT APPLICABLE TO SANA−BELL, INC.*. Document filed by Federal Insuran Company et al., Plaintiffs. (Attachments: # 1 Exhibit B)(Feldman, Elliott) (Entered: 02/27/2006) |
| 28/2006 | 1704 | STIPULATION AS TO EXTENSION OF TIME TO RESPOND TO COMPLAINT CONSOLIDATED UNDER MI is hereby stipulated & agreed by and between Plaintiffs in the referenced case consolidated under MDL 1570 and De Baraka Bankcorp., Inc., by and through their undersigned counsel that the time provided for Defendant Al Baraka Ba Inc. to answer or otherwise respond to the Complaint in the case referenced shall be extended to and through 3/13/06. further set forth in said stipulation. (Signed by Judge Richard C. Casey on 2/28/06) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(rjm, ) (Entered: 03/01/2006) |
| 28/2006 | | Set Answer Due Date purs. to 1704 Stipulation and Order,,, 111 Amended Complaint,,,,,,, as to Al−Baraka Bancorp, due on 3/13/2006. (rjm, ) (Entered: 03/01/2006) |

| | | |
|---|---|---|
| )1/2006 | 1705 | REPLY MEMORANDUM OF LAW in Support re: 1504 MOTION to Dismiss.. Document filed by Abdullah Bin La (Attachments: # 1 Exhibit Exhibit 1# 2 Exhibit Exhibit 2# 3 Exhibit Exhibit 3)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ga James) (Entered: 03/01/2006) |
| )2/2006 | 1706 | REPLY MEMORANDUM OF LAW in Support re: 1539 MOTION to Dismiss.. Document filed by Ahmed Totonji, Yunus, Mohammed Jaghlit, Muhammad Ashraf, M. Omar Ashraf, M. Yaqub Mirza. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC(Barentzen, Steven) (Entered: 03/02/2006) |
| )2/2006 | 1707 | REPLY AFFIDAVIT of Steven Barentzen in Support re: 1539 MOTION to Dismiss.. Document filed by Ahmed Tot Yunus, Mohammed Jaghlit, Muhammad Ashraf, M. Omar Ashraf, M. Yaqub Mirza. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC(Barentzen, Steven) (Entered: 03/02/2006) |
| )2/2006 | 1708 | STIPULATION AS TO EXTENSION OF TIME TO RESPOND TO COMPLAINT CONSOLIDATED UNDER MI is hereby stipulated & agreed between Plaintiffs in the referenced case consolidated under MDL 1570 and Defendant Bankcorp, Inc., that the time provided for Defendant Al Baraka Bankcorp, Inc. to answer or otherwise respond to the in the case referenced shall be extended to & through 3/13/06... and as further set forth in said stipulation. (Signed by Richard C. Casey on 3/2/06) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(rjm, ) (Entere 03/03/2006) |
| )2/2006 | | Set Answer Due Date purs. to 1708 Stipulation and Order, (rjm, ) (Entered: 03/03/2006) |
| )6/2006 | 1709 | RICO STATEMENT *RICO STATEMENT APPLICABLE TO SANABEL AL−KHEER*. Document filed by Federal Ins Company et al., Plaintiffs. (Attachments: # 1 Exhibit B)(Feldman, Elliott) (Entered: 03/06/2006) |
| )6/2006 | 1710 | RICO STATEMENT *RICO STATEMENT APPLICABLE TO YASIN ABDULLAH AL−QADI*. Document filed by Fed Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit B)(Feldman, Elliott) (Entered: 03/06/2006) |
| )6/2006 | 1711 | NOTICE of of Motion. Document filed by Dallah Avco Trans Arabia Co. LTD.. (McMahon, Martin) (Entered: 03/06 |
| )6/2006 | 1712 | MEMORANDUM OF LAW in Support re: 1701 MOTION to Dismiss *Notice of Motion*.. Document filed by Dallah Arabia Co. LTD.. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(McMahon, Martin) (Entered: 03/06/2006) |
| )7/2006 | 1713 | STIPULATION AND ORDER OF DISMISSAL that the Cantor Fitzgerald Plaintiffs and Defendant, Islamic Investm the Gulf, have agreed to and hereby stipulate to the dismissal of defendant, Islamic Investment Company of the Gulf, prejudice... each side to bear its own attorney's fees, costs, and expenses. (Signed by Judge Richard C. Casey on 3/3/( Associated Cases: 1:03−md−01570−RCC,1:04−cv−07065−RCC(rjm, ) Additional attachment(s) added on 3/8/2006 ( (Entered: 03/07/2006) |
| )7/2006 | 1714 | MOTION to Strike Document No. [1697−98] *Cross Motion to Strike Asat Trust's Motion to Dismiss, Docket No. 169* Document filed by Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Go Jerry) (Entered: 03/07/2006) |
| )7/2006 | 1715 | MEMORANDUM OF LAW in Support re: 1714 MOTION to Strike Document No. [1697−98] *Cross Motion to Strik Trust's Motion to Dismiss, Docket No. 1697−98*.. Document filed by Estate of John P.O'Neill, Sr.. Filed In Associate 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Go Jerry) (Entered: 03/07/2006) |
| )7/2006 | 1716 | DECLARATION of Gina M. MacNeill, Esquire in Support re: 1714 MOTION to Strike Document No. [1697−98] *C to Strike Asat Trust's Motion to Dismiss, Docket No. 1697−98*.. Document filed by Estate of John P.O'Neill, Sr.. (Att 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G)Filed In Associated Case 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R( 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M: Gina) (Entered: 03/07/2006) |

| | | |
|---|---|---|
| )8/2006 | 1717 | REPLY MEMORANDUM OF LAW in Support re: 1541 MOTION to Dismiss.. Document filed by Jamal Barzinji. F Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ba Steven) (Entered: 03/08/2006) |
| )8/2006 | 1718 | REPLY AFFIRMATION of Steven K. Barentzen in Support re: 1541 MOTION to Dismiss.. Document filed by Jama Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ba Steven) (Entered: 03/08/2006) |
| .0/2006 | 1719 | NOTICE of Change of Firm Name. Document filed by Burnett Plaintiffs. (Bierstein, Andrea) (Entered: 03/10/2006) |
| .0/2006 | 1720 | MOTION to Strike Document No. 1665 *Declaration of Jean−Charles Brisard, Affidavit of Carmen Bin Ladin, and S Guillaume Dasquie*. Document filed by Yeslam Binladin. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ga James) (Entered: 03/10/2006) |
| .0/2006 | 1721 | MEMORANDUM OF LAW in Support re: 1720 MOTION to Strike Document No. 1665 *Declaration of Jean−Char Affidavit of Carmen Bin Ladin, and Statement of Guillaume Dasquie*.. Document filed by Yeslam Binladin. (Attachm Exhibit 1# 2 Exhibit 1.A# 3 Exhibit 1.B# 4 Exhibit 1.C# 5 Exhibit 1.D# 6 Exhibit 1.E# 7 Exhibit 1.F# 8 Exhibit 1.G# 1.H# 10 Exhibit 1.I)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ga James) (Entered: 03/10/2006) |
| .0/2006 | 1722 | REPLY MEMORANDUM OF LAW in Support re: 1451 MOTION to Dismiss *Plaintiffs' Complaints in Burnett, Fed Insurance, Continental Casualty, Euro Brokers, New York Marine, and World Trade Center*.. Document filed by Yes Binladin. (Attachments: # 1 Exhibit 1# 2 Exhibit 1.A# 3 Exhibit 1.B# 4 Exhibit 1.C# 5 Exhibit 1.D# 6 Exhibit 1.E# 7 1.F)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ga James) (Entered: 03/10/2006) |
| .3/2006 | 1723 | RICO STATEMENT *RICO STATEMENT APPLICABLE TO TADAMON ISLAMIC BANK*. Document filed by Feder Company et al., Plaintiffs. (Attachments: # 1 Exhibit B)(Feldman, Elliott) (Entered: 03/13/2006) |
| .3/2006 | 1724 | STIPULATION AND ORDER. It is hereby stipulated & agreed by & between Ptffs in all of the above−referenced ca consolidated under 03MDL1570 and Deft. Sami Omar Al−Hussayen, by & through their undersigned counsel, that P respond to Deft's Supplemental Memorandum in Support of Motions to Dismiss of Deft. Sami Omar Al−Hussayen S Purs. to Case Mgt. Order No. 4 shall be extended to 2/10/06, and that Defts' time to file reply papers shall likewise be two additional days. (Signed by Judge Richard C. Casey on 2/9/06) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−05738−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC(rjm, ) (Entered: 03/14/2( |
| .4/2006 | 1725 | STIPULATION AS TO EXTENSION OF TIME TO RESPOND TO COMPLAINT CONSOLIDATED UNDER MI is hereby stipulated & agreed by & between Ptffs. in the referenced case consolidated under 03MDL1570 and Deft. S Inc., by & through their undsersigned counsel that the time provided fror Deft. Sana−Bell, Inc., to answer or otherwis to the Complaint in the referenced case shall be extended to and through 4/12/06... and as further set forth in said stip (Signed by Judge Richard C. Casey on 3/14/06) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−I (Entered: 03/14/2006) |
| .4/2006 | | Set Answer Due Date purs. to 1725 Stipulation and Order,, as to Sana−Bell, Inc. answer due on 4/12/2006. (rjm, ) (Er 03/14/2006) |

| | | |
|---|---|---|
| .4/2006 | 1726 | STIPULATION AS TO EXTENSION OF TIME TO RESPOND TO COMPLAINT CONSOLIDATED UNDER MI is hereby stipulated & agreed by & between Ptffs. in the referenced case consolidated under 03MDL1570 and Deft. S Al−Kheer, by & through their undsersigned counsel that the time provided fror Deft. Sanabel Al−Kheer to answer or respond to the Complaint in the referenced case shall be extended to and through 4/12/06... and as further set forth in stipulation. (Signed by Judge Richard C. Casey on 3/14/06) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(rjm, ) (Entered: 03/14/2006) |
| .4/2006 | | Set Answer Due Date purs. to 1726 Stipulation and Order,, as to Sanabel Al−Kheer, Inc. answer due on 4/12/2006. (r (Entered: 03/14/2006) |
| .4/2006 | 1727 | STIPULATION AS TO EXTENSION OF TIME TO RESPOND TO COMPLAINT CONSOLIDATED UNDER MI is hereby stipulated & agreed by & between Ptffs. in the referenced case consolidated under 03MDL1570 and Deft.A Bankcorp, Inc., by & through their undsersigned counsel that the time provided for Deft. Al Baraka Bankcorp, Inc., to otherwise respond to the Complaint in the referenced case shall be extended to and through 4/27/06... and as further s said stipulation. (Signed by Judge Richard C. Casey on 3/14/06) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(rjm, ) (Entered: 03/14/2006) |
| .4/2006 | | Set Answer Due Date purs. to 1727 Stipulation and Order, as to Al−Baraka Bancorp, Inc. answer due on 4/27/2006. ( (Entered: 03/14/2006) |
| .5/2006 | 1728 | RICO STATEMENT *Applicable to Tadamon Islamic Bank*. Document filed by Estate of John P.O'Neill, Sr.. (Attachı Exhibit B)(Mac Neill, Gina) (Entered: 03/15/2006) |
| .5/2006 | 1729 | REPLY MEMORANDUM OF LAW in Support re: 1458 MOTION to Dismiss *Notice of Motion*., 1456 MOTION to *Notice of Motion*.. Document filed by Wamy International, Inc., World Assembly of Muslim Youth. Filed In Associa 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Omar) (Entered: 03/15/2006) |
| .5/2006 | 1730 | DECLARATION of Omar T. Mohammedi in Support re: 1458 MOTION to Dismiss *Notice of Motion*., 1456 MOTIC Dismiss *Notice of Motion*.. Document filed by Wamy International, Inc., World Assembly of Muslim Youth. Filed In Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Omar) (Entered: 03/15/2006) |
| .5/2006 | 1731 | REPLY MEMORANDUM OF LAW in Support re: 1500 MOTION to Dismiss *Notice of Motion*.. Document filed by International, Inc., World Assembly of Muslim Youth. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Omar) (Entered: 03/15/2006) |
| 20/2006 | 1732 | MEMORANDUM OF LAW in Opposition re: 1614 MOTION to Dismiss. *PLAINTIFFS CONSOLIDATED MEMOR OF LAW IN OPPOSITION TO THE MOTION TO DISMISS FILED BY AL SHAMAL ISLAMIC BANK*. Document fil Plaintiffs Executive Committees. (Attachments: # 1 Appendix)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Fe Elliott) (Entered: 03/20/2006) |
| 21/2006 | 1733 | MEMORANDUM OF LAW in Opposition re: 1714 MOTION to Strike Document No. [1697−98] *Cross Motion to S Trust's Motion to Dismiss, Docket No. 1697−98*., 1697 MOTION to Dismiss.. Document filed by Asat Trust Reg.. (A # 1 Exhibit 1# 2 Exhibit 2)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Go David) (Entered: 03/21/2006) |
| 21/2006 | 1734 | NOTICE of Filing of Cover Page and Tables re: 1698 Memorandum of Law in Support of Motion,,,. Document filed Trust Reg.. (Attachments: # 1 Appendix Cover Page and Tables)(Gourevitch, David) (Entered: 03/21/2006) |

| | | |
|---|---|---|
| 21/2006 | 1735 | MEMOARNDUM AND ORDER (this document relates to 03cv9849); the Burnett Plaintiffs' motion for reconsiderat Court's 12/9/2005 order, is denied. (Signed by Judge Richard C. Casey on 3/20/2006) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−RCC(kkc, ) (Entered: 03/21/2006) |
| 22/2006 | 1736 | RICO STATEMENT *AMENDED RICO STATEMENT APPLICABLE TO ASAT TRUST*. Document filed by Federal I Company et al., Plaintiffs. (Attachments: # 1 Exhibit B)(Feldman, Elliott) (Entered: 03/22/2006) |
| 27/2006 | 1737 | NOTICE of of Motion. Document filed by Tadamon Islamic Bank. (McMahon, Martin) (Entered: 03/27/2006) |
| 27/2006 | 1738 | MOTION to Dismiss *and Memorandum of Points & Authorities in Support of Motion*. Document filed by Tadamon I Bank. (Attachments: # 1 Affidavit)Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(McMah (Entered: 03/27/2006) |
| 27/2006 | 1739 | STIPULATION AND ORDER AS TO EXTENSION OF TIME, Set Deadlines/Hearing as to [1720 in Case No. 03m MOTION to Strike Document No. [1665 in Case No. 03md1570] *Declaration of Jean−Charles Brisard, Affidavit of Ladin, and Statement of Guillaume Dasquie*. Responses due by 4/21/2006... and as further set forth in said stipulation (Signed by Judge Richard C. Casey on 3/27/06) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−09849−RCC,1:04−cv−05970−RCC, 1:04−cv−06105−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC(rjm, ) (Entered: 03/28/2006) |
| 28/2006 | 1740 | REPLY MEMORANDUM OF LAW in Support re: 1714 MOTION to Strike Document No. [1697−98] *Cross Motio Asat Trust's Motion to Dismiss, Docket No. 1697−98*.. Document filed by Estate of John P.O'Neill, Sr.. Filed In Asso Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Go Jerry) (Entered: 03/28/2006) |
| 28/2006 | 1744 | ORDER, Attorney Stephanie Wall Fell terminated. (Signed by Judge Richard C. Casey on 3/27/06) Filed In Associat 1:03−md−01570−RCC,1:02−cv−06977−RCC. This Document also related to 02cv1616 & 02cv6978.(rjm, ) (Entered 03/29/2006) |
| 29/2006 | 1741 | MOTION to Dismiss *Notice of Motion*. Document filed by Tadamon Islamic Bank. Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(McMahon, Martin) (Entered: 03/29/2006) |
| 29/2006 | 1742 | NOTICE OF APPEARANCE by Marc Dennis Powers on behalf of The Republic of Iraq (Powers, Marc) (Entered: 0 |
| 29/2006 | 1743 | MEMORANDUM OF LAW in Support re: 1741 MOTION to Dismiss *Notice of Motion*.. Document filed by Tadamo Bank. (Attachments: # 1 Affidavit)Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(McMah (Entered: 03/29/2006) |
| 29/2006 | 1745 | ORDER on attached Motion that Attorney Mary Ellen Powers is admitted pro hac vice for Saudi Binladin Group, Inc added). This Document relates to All Actions. (Signed by Judge Richard C. Casey on 3/29/06) (rjm, ) (Entered: 03/30 |
| 31/2006 | 1746 | STIPULATION AS TO EXTENSION OF TIME, Set Deadlines/Hearing as to 1644 MOTION to Dismiss *Ashton, Fe Insurance, World Trade Center, Continental Casualty, Euro Brokers, New York Marine, and Burnett (5738) Complai* Extension of time for plaintiffs to file an opposition to the Binladin defts' motion to dismiss, which was filed on 1/27/ Responses due by 4/18/2006... and as further set forth in said stipulation. (Signed by Judge Richard C. Casey on 3/30 In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:04−cv−05970−RCC, 1:04−cv−06105−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC(rjm, ) (Entered: 04/03/2006) |
| 03/2006 | 1747 | ENDORSED LETTER addressed to Judge Richard C. Casey from Ronald S. Liebman dated 3/21/06 re: "The Court h to correspondence from Mr. Liebman and Mr. Maloney and orders counsel for NCB and plaintiffs to meet and confer out a productive schedule within 10 days. If the parties are unable to reach an agreement, the Court will assign a mag oversee a strict schedule. The court urges the parties to act professionally." (Signed by Judge Richard C. Casey on 4/3 In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:03−cv−09849−RCC(rjm, ) (Entered: 04/03/200 |
| 05/2006 | 1748 | STIPULATION AND ORDER, Set Deadlines/Hearing as to 1658 MOTION to Dismiss */ Notice of Motion of Yassin Kadi To Dismiss Complaints*.: Responses due by 4/11/2006 Replies due by 5/18/2006. (Signed by Judge Richard C. C 4/5/06) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07279−RCC,1:04−cv−07280−RCC(rjm, ) (Entered: 04/05/2006) |
| 05/2006 | 1749 | ORDER ADMITTING COUNSEL TO PRACTICE PRO HAC VICE... that Timothy B. Mills is permitted to argue o particular case in whole or in part as co−lead counsel or advocate for Deft. Republic of Iraq. (Signed by Judge Richar on 4/5/06) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC,1:04−cv−01076−RCC,1:04−cv−06105−RCC(rjm, ) (Entered: 04/05/20 |

| | | |
|---|---|---|
| )5/2006 | 1750 | ORDER on attached motion admitting Counsel James Maggs to practice pro hac vice on behalf of Defendant Republi (Signed by Judge Richard C. Casey on 4/5/06) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC,1:04−cv−01076−RCC,1:04−cv−06105−RCC(rjm, ) (Entered: 04/06/20 |
| )7/2006 | 1751 | ORDER on attached Motion that the admission of Sheldon Krantz and Rachel Tausent is granted permitting them to to participate in all further proceedings in this case as counsel for defendant Abdullah Bin Khalid Al−Thani. (Signed Richard C. Casey on 4/7/06) (rjm, ) (Entered: 04/10/2006) |
| )7/2006 | 1752 | ORDER on attached motion admitting Counsel James Maggs to practice pro hac vice on behalf of Defendant Republi This Document corresponds to Doc. #1750 in 03md1570. (Signed by Judge Richard C. Casey on 4/7/06) Filed In Ass Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC,1:04−cv−01076−RCC,1:04−cv−06105−RCC(rjm, ) (Entered: 0 |
| )7/2006 | 1753 | ORDER ON ATTACHED MOTION ADMITTING COUNSEL TO PRACTICE PRO HAC VICE... that Timothy B. permitted to argue or try this particular case in whole or in part as co−lead counsel or advocate for Deft. Republic of Document corresponds to Doc. #1749 in 03md1570. (Signed by Judge Richard C. Casey on 4/7/06) Filed In Associat 1:03−md−01570−RCC,1:03−cv−06978−RCC,1:04−cv−01076−RCC,1:04−cv−06105−RCC(rjm, ) (Entered: 04/10/20 |
| )7/2006 | 1754 | DEFAULT JUDGMENT... That the plaintiffs identified in Exhibit A seeking un−liquidated damages for workers co losses, have judgment against the defendants listed in Exhibit B, and shall be entitled to a hearing before the Court to the aggregate value of the Plaintiffs' un−liquidated damages. (Signed by Judge Richard C. Casey on 4/7/06) Filed In Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(rjm, ) Modified on 4/14/2006 (rjm, ). (Entered: 04/10/2006) |
| )7/2006 | 1755 | DEFAULT JUDGMENT... That the Plaintiffs identified in Exhibit A as seeking liquidated damages for property bus interruption, and for economic losses as a result of the 9/11/01 attack have judgment against the defendants listed in an amount to be determined at a hearing. (Signed by Judge Richard C. Casey on 4/7/06) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(rjm, ) (Entered: 04/10/2006) |
| )7/2006 | 1756 | DEFAULT JUDGMENT... That the Plaintiffs identified in Exhibit A as seeking un−liquidated damages for losses, ha judgment against the defendants listed in Exhibit B, and shall be entitled to a hearing before this Court to establish th value of the Ptffs' un−liquidated damages. Exhibit A, Statement of Damages, and Exhibit C attached as paper filing o (Signed by Judge Richard C. Casey on 4/7/06) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−09849−R Modified on 4/14/2006 (rjm, ). (Entered: 04/10/2006) |
| .1/2006 | 1757 | MOTION for Donald J. Nolan to Withdraw as Attorney. Document filed by Gladys Salvo. (Attachments: # 1 Exhibit of Proposed Order)Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−05071−RCC(Nolan, Donald) (Entere 04/11/2006) |
| .1/2006 | 1758 | MOTION to Dismiss. Document filed by Abdullah Bin Khalid Al−Thani. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Na David) (Entered: 04/11/2006) |
| .1/2006 | 1759 | FILING ERROR − DEFICIENT DOCKET ENTRY − (MISSING EXHIBITS) − DECLARATION of Abdullah Bin Al−Thani in Support re: 1758 MOTION to Dismiss.. Document filed by Abdullah Bin Khalid Al−Thani. Filed In Ass Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Na David) Modified on 8/8/2006 (gf, ). (Entered: 04/11/2006) |
| .1/2006 | 1760 | MEMORANDUM OF LAW in Support re: 1758 MOTION to Dismiss.. Document filed by Abdullah Bin Khalid Al− Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Na David) (Entered: 04/11/2006) |
| .1/2006 | 1761 | MEMORANDUM OF LAW in Opposition re: 1658 MOTION to Dismiss / *Notice of Motion of Yassin Abdullah Kad Dismiss Complaints*. *Plaintiffs' Consolidated Memorandum of Law in Opposition to Defendant Yassin Abdullah Kad to Dismiss*. Document filed by Estate of John P.O'Neill, Sr., Federal Insurance Company et al., Plaintiffs, Continental Company, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al., New York Marine and General Insura Company. Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−R 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, |

| | | |
|---|---|---|
| | | 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(El Michael) (Entered: 04/11/2006) |
| 1/2006 | 1762 | DECLARATION of Justin Braun Kaplan in Opposition re: 1658 MOTION to Dismiss / *Notice of Motion of Yassin A Kadi To Dismiss Complaints*.. Document filed by Estate of John P.O'Neill, Sr., Federal Insurance Company et al., Pla Continental Casualty Company, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al., New York Mari General Insurance Company. (Attachments: # 1 Exhibit 1# 2 Exhibit 1−Att 1# 3 Exhibit 1−Att 2# 4 Exhibit 1−Att 3# 1−Att 4# 6 Exhibit 1−Att 5# 7 Exhibit 1−Att 6# 8 Exhibit 1−Att 7# 9 Exhibit 1−Att 8# 10 Exhibit 1−Att 9# 11 Exhib 10# 12 Exhibit 2# 13 Exhibit 3# 14 Exhibit 4# 15 Exhibit 5# 16 Exhibit 8# 17 Exhibit 9# 18 Exhibit 10# 19 Exhibit 1 Exhibit 12# 21 Exhibit 13# 22 Exhibit 14# 23 Exhibit 15# 24 Exhibit 16)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(El Michael) (Entered: 04/11/2006) |
| 2/2006 | 1763 | DECLARATION of Justin Braun Kaplan in Opposition re: 1658 MOTION to Dismiss / *Notice of Motion of Yassin A Kadi To Dismiss Complaints*.. Document filed by Estate of John P.O'Neill, Sr., Federal Insurance Company et al., Pla Continental Casualty Company, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al., New York Mari General Insurance Company. (Attachments: # 1 Exhibit 1# 2 Exhibit 1 − Attachment 1# 3 Exhibit 1 − Attachment 2# − Attachment 3# 5 Exhibit 1 − Attachment 4# 6 Exhibit 1 − Attachment 5# 7 Exhibit 1 − Attachment 6# 8 Exhibit 1 - Attachment 7# 9 Exhibit 1 − Attachment 8# 10 Exhibit 1 − Attachment 9# 11 Exhibit 1 − Attachment 10# 12 Exhibit Exhibit 3# 14 Exhibit 4# 15 Exhibit 5# 16 Exhibit 6 (Part 1 of 2)# 17 Exhibit 6 (Part 2 of 2)# 18 Exhibit 7 (Part 1 of 2 Exhibit 7 (Part 2 of 2)# 20 Exhibit 8# 21 Exhibit 9# 22 Exhibit 10# 23 Exhibit 11# 24 Exhibit 12# 25 Exhibit 13# 26 27 Exhibit 15# 28 Exhibit 16)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(El Michael) (Entered: 04/12/2006) |
| 3/2006 | 1767 | STIPULATION AS TO EXTENSION OF TIME TO RESPOND TO COMPLAINT CONSOLIDATED UNDER MI is stipulated and agreed by and between Plaintiffs in the referenced case consolidated under 03 MD 1570 and Defend Sana−Bell, Inc. and Sanabel Al−Kheer, by and through their undersigned counsel, that the time provided for Defenda Sana−Bell, Inc. and Sanabel Al−Kheer to answer or otherwise respond to the Complaint in the case referenced, shall through April 19, 2006. (Signed by Judge Richard C. Casey on 4/13/06) Filed In Associated Cases: 1:03−md−01570−RCC,1:03−cv−06978−RCC(rjm, ) (Entered: 04/14/2006) |
| 3/2006 | | Set Answer Due Date purs. to 1767 Stipulation and Order,, as to Sanabel Al−Kheer, Inc. answer due on 4/19/2006; S Inc. answer due on 4/19/2006. (rjm, ) (Entered: 04/14/2006) |
| 4/2006 | 1764 | CERTIFICATE of Clerk that this action was commenced on 9/10/03 with the filing of the Summons and Complaint, Amended Complaint and Summons were filed on 3/10/04, a copy of the First Amended Complaint and Summons wa all defts. listed in Exhibit B in the manner described, and proofs of such service thereof were filed on the dates identi Exhibit B. I further certify that the docket entries indicate that the defts. listed in Exhibit B have not filed an answer o moved with respect to the First Amended Complaint herein. The default of the defts. listed in Exhibit B is hereby not (Exhibits A − D attached to Default Judgment, Doc. # 1754 in 03md1570 and Doc. #625 in 03cv6978). This Docume 03−6978. (rjm, ) (Entered: 04/14/2006) |
| 4/2006 | 1765 | CERTIFICATE of Clerk that this action was commenced on 9/10/03 with the filing of the Summons and Complaint, Amended Complaint and Summons were filed on 3/10/04, a copy of the First Amended Complaint and Summons wa all defts. listed in Exhibit B in the manner described, and proofs of such service thereof were filed on the dates identi Exhibit B. I further certify that the docket entries indicate that the defts. listed in Exhibit B have not filed an answer o moved with respect to the First Amended Complaint herein. The default of the defts. listed in Exhibit B is hereby not (Exhibits A − E attached to Default Judgment, Doc. # 1755 in 03md1570 and Doc. #626 in 03cv6978). This Docume 03cv6978. (rjm, ) (Entered: 04/14/2006) |
| 4/2006 | 1766 | CERTIFICATE of Clerk that this action was commenced on 8/15/02 in the USDC, District of Columbia with the filin Summons and Complaint, the Amended Complaint was filed on 8/30/02, the Second Amended Complaint was filed o and the Third Amended Complaint was filed on 11/22/02, the case was transferred by the Judicial Panel on MDL to t SDNY on 1/2/04; each of the defts. listed in Exhibit B were served via publication purs. To order dated 6/30/03 by Ju Robertson of the USDC for the District of Columbia, and by order of this Court dated 9/16/04 permitting service via and proofs of service thereof were filed on the dates identified in Exhibit B. I further certify that the docket entries in the defts. listed in Exhibit B have not filed an answer or otherwise moved with respect to the complaint herein or any amended complaints. The default of the defts. listed in Exhibit B is hereby noted. (Exhibits B, C and Statement of Da attached to Default Judgment, Doc. # 1756 in 03md1570 and Doc. #448 in 03cv9849). This Document relates to 03cv |

| | | |
|---|---|---|
| | | ) (Entered: 04/14/2006) |
| .4/2006 | 1768 | NOTICE of Motion to Dismiss and Memorandum in Support Thereof. Document filed by Tadamon Islamic Bank. (M Martin) (Entered: 04/14/2006) |
| .4/2006 | 1769 | MOTION to Dismiss *Notice of Motion*. Document filed by Tadamon Islamic Bank. Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01923−RCC(McMahon, Martin) (Entered: 04/14/2006) |
| .4/2006 | 1770 | MEMORANDUM OF LAW in Support re: 1769 MOTION to Dismiss *Notice of Motion*.. Document filed by Tadamo Bank. (Attachments: # 1 Affidavit)Filed In Associated Cases: 1:03−md−01570−RCC,1:04−cv−01923−RCC(McMah (Entered: 04/14/2006) |
| .7/2006 | 1771 | NOTICE OF APPEARANCE by Amy Rothstein on behalf of Sheikh Yusuf Al Qardawi (Rothstein, Amy) (Entered: 0 |
| .7/2006 | 1772 | ORDER EXTENDING DISCOVERY DEADLINES PURSUANT TO PARAGRAPH #3 OF CASE MANAGEMEN #4: Fact Discovery shal be completed by 6/30/2007. Expert Discovery: Experts are to be designated and their expert r exchanged by 8/15/07. Expert depositions shall commence after 8/15/07 and shall be completed by 10/15/07. All liab discovery is to be completed by 10/15/07... The Plaintiffs' and Defendants' Executive Committees shall confer and su proposal to the Court regarding revised discovery deadlines on or before 4/15/07. Discovery due by 6/30/2007. (Sign Richard C. Casey on 4/13/06) Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(rjn (Entered: 04/17/2006) |
| .8/2006 | 1773 | RESPONSE in Opposition re: 1644 MOTION to Dismiss *Ashton, Federal Insurance, World Trade Center, Continent Casualty, Euro Brokers, New York Marine, and Burnett (5738) Complaints*.. Document filed by Burnett Plaintiffs, Ka Ashton, Burnett & Ashton Plaintiffs, Federal Insurance Company et al., Plaintiffs, Continental Casualty Company, Eu Inc., et al., World Trade Center Properties LLC, et al., New York Marine and General Insurance Company. (Attachm Affidavit # 2 Affidavit # 3 Supplement)Filed In Associated Cases: 1:03−md−01570−RCC,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−05738−RC 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Kr James) (Entered: 04/18/2006) |
| .8/2006 | 1774 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assig Magistrate Judge for discovery dispute outlined in counsel's April 12 letter. Referred to Magistrate Judge Frank Maas by Judge Richard C. Casey on 4/13/2006) (kkc, ) (Entered: 04/19/2006) |
| .9/2006 | | CASHIERS OFFICE REMARK on 1749 Order, in the amount of $25.00, paid on 4/7/2006, Receipt Number 574896 (Entered: 04/19/2006) |
| .9/2006 | | CASHIERS OFFICE REMARK on 1750 Order, in the amount of $25.00, paid on 4/7/2006, Receipt Number 574897 (Entered: 04/19/2006) |
| .9/2006 | | CASHIERS OFFICE REMARK on 1751 Order, in the amount of $50.00, paid on 4/13/2006, Receipt Number 57600 (Entered: 04/19/2006) |
| .9/2006 | 1775 | REPLY MEMORANDUM OF LAW in Support re: 1614 MOTION to Dismiss.. Document filed by Al Shamal Islam Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−0573 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Martin) (Entered: 04/19/2006) |
| .9/2006 | 1776 | REPLY MEMORANDUM OF LAW in Support re: 1614 MOTION to Dismiss.. Document filed by Al Shamal Islam Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−0573 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Martin) (Entered: 04/19/2006) |
| 20/2006 | 1777 | ENDORSED LETTER (this document relates to 02cv6977) addressed to Judge Richard C. Casey from Andrew J. Ma dated 4/17/2006; counsel writes to advise that defendant Sherif Sedky should not be included in the list of entry for d |

| | | |
|---|---|---|
| | | against certain defendants. ENDORSEMENT: Application granted. The clerk of the Court is asked to remove Sherif the list of defendants against whom default has been entered. (Signed by Judge Richard C. Casey on 4/20/2006) Filed Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC(kkc, ) (Entered: 04/21/2006) |
| 21/2006 | 1778 | MEMORANDUM OF LAW in Opposition re: 1697 MOTION to Dismiss. *Plaintiffs' Consolidated Memorandum of Opposition to the Motion to Dismiss Filed by Asat Trust*. Document filed by Plaintiffs Executive Committees. (Attach Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−0573 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Fe Elliott) (Entered: 04/21/2006) |
| 21/2006 | 1779 | RESPONSE in Opposition re: 1720 MOTION to Strike Document No. 1665 *Declaration of Jean−Charles Brisard, A Carmen Bin Ladin, and Statement of Guillaume Dasquie*.. Document filed by Burnett Plaintiffs, Federal Insurance Co al., Plaintiffs, Continental Casualty Company, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al., N Marine and General Insurance Company. (Attachments: # 1 Attachment A# 2 Attachment B)Filed In Associated Cas 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−0573 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(El Michael) (Entered: 04/21/2006) |
| 24/2006 | 1780 | STIPULATION AS TO EXTENSION OF TIME TO RESPOND TO COMPLAINT CONSOLIDATED UNDER MI is hereby stipulated by and between Plaintiffs in the referenced case consolidated under 03MD1570 and Defendants S Al−Kheer and Sana Bell, Inc... that the time provided for Defendants to answer or otherwise respond to the Complair referenced case shall be extended to and through 5/19/06; and that Ptffs' response to Defts' responsive pleadings, if ar served within 60 days of receipt of same from Defts' counsel, and that Defts. shall file reply papers, if any, within 30 receipt of Plaintiffs' opposing papers... and as further set forth in said stipulation. (Signed by Judge Richard C. Casey Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−06978−RCC(rjm, ) (Entered: 04/25/2006) |
| 24/2006 | | Set Answer Due Date purs. to 1780 Stipulation and Order,,, as to Sanabel Al−Kheer, Inc. answer due on 5/19/2006; S Inc. answer due on 5/19/2006. (rjm, ) (Entered: 04/25/2006) |
| 26/2006 | 1781 | ORDER. A Discovery Conference is set for 5/12/2006 05:00 PM before Judge Richard C. Casey, in Crtrm. 11C, 500 Street, NY NY 10007. Counsel to whom this order is sent is to notify all counsel. (Signed by Judge Frank Maas on 4/ (rjm, ) (Entered: 04/27/2006) |
| 27/2006 | 1782 | MOTION for Default Judgment as to *certain defendants served by publication in Ashton case*. Document filed by Ka Ashton. (Attachments: # 1 Letter to Orders & Judgments Clerk# 2 Statement of Damages# 3 List of Ashton Plaintiffs Entry by Default# 4 List of Defendants served by publication and in Default# 5 Ashton Third Amended Consolidated Complaint# 6 Proof of Service by Publication# 7 Clerk's Certificate# 8 Proposed Order for Default Judgment)Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC(Kreindler, James) (Entered: 04/27/2006) |
| 27/2006 | 1783 | DECLARATION of Amy Rothstein in Opposition re: 1782 MOTION for Default Judgment as to *certain defendants publication in Ashton case*.. Document filed by Sheikh Yusuf Al Qardawi. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC(Rothstein, Amy) (Entered: 04/27/2006) |
| 27/2006 | 1784 | FIRST MEMORANDUM OF LAW in Opposition re: 1782 MOTION for Default Judgment as to *certain defendants publication in Ashton case*.. Document filed by Sheikh Yusuf Al Qardawi. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC(Rothstein, Amy) (Entered: 04/27/2006) |
| 27/2006 | 1785 | CERTIFICATE OF SERVICE of Declaration and Memorandum of Law in Opposition served on all parties on April Document filed by Sheikh Yusuf Al Qardawi. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC(Rothstein, Amy) (Entered: 04/27/2006) |
| 28/2006 | 1786 | MEMORANDUM OF LAW in Opposition re: 1782 MOTION for Default Judgment as to *certain defendants served publication in Ashton case*.. Document filed by Sheikh Yusuf Al Qardawi. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC(Rothstein, Amy) (Entered: 04/28/2006) |
| 08/2006 | | Minute Entry for proceedings held before Judge Frank Maas : Discovery Conference held on 5/8/2006. (rjm, ) (Enter 05/17/2006) |
| 09/2006 | 1787 | ENDORSED LETTER addressed to Orders and Judgments Clerk from Andrew J. Maloney III dated 4/27/06 re: Gran by the Ashton Plaintiffs that five defendants be struck from Exhibit B that was submitted on 4/13/06: Dallah Avco Tr Co., Ltd., Sanabel al Kheer Inc., Sana−Bell Inc., Sanabil al Khair, and Tadamon Islamic Bank. (Signed by Judge Ricl Casey on 5/8/06) Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC(rjm, ) (Entered: 05/0 |

| | | |
|---|---|---|
| )9/2006 | 1788 | STIPULATION AS TO EXTENSION OF TIME TO RESPOND TO COMPLAINT CONSOLIDATED UNDER MI is hereby Stipulated and agreed... that the time for Defendant Al Baraka Bancorp to answer or otherwise respond to tl Complaint in the referenced case, shall be extended to and through 5/26/06. (Signed by Judge Richard C. Casey on 5/ In Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−06978−RCC(rjm, ) (Entered: 05/09/2006) |
| )9/2006 | | Set Answer Due Date purs. to 1788 Stipulation and Order, as to Al−Baraka Bancorp, Inc. answer due on 5/26/2006. ( (Entered: 05/09/2006) |
| )9/2006 | 1789 | NOTICE of Request For Judicial Notice In Further Support Of Motions To Dismiss re: 1215 MOTION to Dismiss *th action*., 888 MOTION to Dismiss., 1400 MOTION to Dismiss., 1239 MOTION to Dismiss *the Burnett actions*., 1399 to Dismiss., 1241 MOTION to Dismiss *the World Trade Center Properties and Euro Brokers actions*., 1375 MOTIO Dismiss *the Ashton action*., 1397 MOTION to Dismiss., 1404 MOTION to Dismiss., 1264 MOTION to Dismiss *the Casualty and New York Marine & General Insurance actions*., 1373 MOTION to Dismiss *the Cantor Fitzgerald acti* MOTION to Dismiss *the Federal Insurance action*., 1213 MOTION to Dismiss *the Cantor Fitzgerald action*.. Docur by DMI Administrative Services S.A., Daral Maal Al Islami Trust. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exh Exhibit D)(McGuire, James) (Entered: 05/09/2006) |
| )9/2006 | 1790 | STIPULATION AS TO EXTENSION OF TIME TO RESPOND TO COMPLAINT CONSOLIDATED UNDER MI is hereby Stipulated and agreed... that the time for Defendants Sanabel Al−Kheer, Inc., Sana−Bell, Inc., and Sanabil a answer or otherwise respond to the Complaint in the referenced case, shall be extended to and through 7/30/06. (Sign Richard C. Casey on 5/8/06) Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC(rjm, ) (E 05/10/2006) |
| )9/2006 | 1791 | STIPULATION AS TO EXTENSION OF TIME TO RESPOND TO COMPLAINT CONSOLIDATED UNDER MI is hereby Stipulated and agreed... that the time for Defendant Dallah Avco Trans Arabia Co., Ltd. to answer or otherv respond to the Complaint in the referenced case, shall be extended to and through 5/30/06... and as further set forth in stipulation. (Signed by Judge Richard C. Casey on 5/8/06) Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC(rjm, ) (Entered: 05/10/2006) |
| .0/2006 | 1792 | STIPULATION AS TO EXTENSION OF TIME TO RESPOND TO COMPLAINT CONSOLIDATED UNDER MI is hereby Stipulated and agreed... that the time provided for Ptffs' response to Dallah Avco's Motion to Dismiss shall to and through 5/19/06, and that Dallah Avco shall file reply papers, if any, within thirty days of receipt of Ptffs' oppo papers... and as further set forth in said stipulation. (Signed by Judge Richard C. Casey on 5/9/06) Filed In Associated 1:03−md−01570−RCC−FM,1:03−cv−06978−RCC(rjm, ) (Entered: 05/10/2006) |
| .0/2006 | 1793 | REPLY MEMORANDUM OF LAW in Support re: 1720 MOTION to Strike Document No. 1665 *Declaration of Jec Brisard, Affidavit of Carmen Bin Ladin, and Statement of Guillaume Dasquie*.. Document filed by Yeslam M. Bin La In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−0573 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ga James) (Entered: 05/10/2006) |
| .1/2006 | 1794 | NOTICE OF CHANGE OF ADDRESS by Tracey Cote Allen on behalf of Prince Mohamed Al−Faisal Al−Saud. Nev Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue, N.W., Washington, DC, 20006, 202−663− (Allen, Tracey) (Entered: 05/11/2006) |
| .2/2006 | 1795 | DEFAULT JUDGMENT. The Plaintiffs identified in Exhibit A as seeking damages for losses, have judgment agains defendants listed in Exhibit B, and shall be entitled to a hearing before this Court to establish the aggregate value of t Plaintiffs' damages. (Signed by Judge Richard C. Casey on 5/12/06) Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:04−cv−07279−RCC(rjm, ) (Entered: 05/15/2006) |
| .2/2006 | 1796 | DEFAULT JUDGMENT. The Plaintiffs identified in Exhibit A as seeking damages for losses, have judgment agains defendants listed in Exhibit B, and shall be entitled to a hearing before this Court to establish the aggregate value of t Plaintiffs' damages. (Signed by Judge Richard C. Casey on 5/12/06) Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:04−cv−07280−RCC(rjm, ) (Entered: 05/15/2006) |
| .2/2006 | 1797 | DEFAULT JUDGMENT. The Plaintiffs identified in Exhibit A as seeking unliquidated damages for losses, have jud against the defendants listed in Exhibit B, subject to deletions submitted by plaintiffs, and shall be entitled to a hearin this Court to establish the aggregate value of the Plaintiffs' damages. (Signed by Judge Richard C. Casey on 5/12/06) Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC(rjm, ) (Entered: 05/15/2006) |
| .5/2006 | 1798 | ENDORSED LETTER addressed to Judge Richard Conway Casey from April D. Gallop dated 5/1/06 re: "Ms. Gallo opposition to Riggs' Motion to Dismiss is due Friday, May 19, 2006." (Signed by Judge Richard C. Casey on 5/12/06 Associated Cases: 1:03−md−01570−RCC−FM,1:04−cv−07281−RCC(rjm, ) (Entered: 05/15/2006) |

| | | |
|---|---|---|
| .6/2006 | 1799 | NOTICE of of Motion to Vacate Judgment by Default. Document filed by Tadamon Islamic Bank, Al Shamal Islami Sanabel Al−Kheer, Inc.. (McMahon, Martin) (Entered: 05/16/2006) |
| .6/2006 | 1800 | MOTION to Vacate 1755 Order, *Default Judgment*. Document filed by Tadamon Islamic Bank, Al Shamal Islamic B Sanabel Al−Kheer, Inc.. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−09849−RCC(McMahon, M (Entered: 05/16/2006) |
| .6/2006 | 1801 | MEMORANDUM OF LAW in Support re: 1800 MOTION to Vacate 1755 Order, *Default Judgment*.. Document file Tadamon Islamic Bank, Al Shamal Islamic Bank, Sanabel Al−Kheer, Inc.. (Attachments: # 1 Exhibit A)Filed In Ass Cases: 1:03−md−01570−RCC−FM,1:03−cv−09849−RCC(McMahon, Martin) (Entered: 05/16/2006) |
| .8/2006 | 1802 | REPLY MEMORANDUM OF LAW in Support re: 1658 MOTION to Dismiss / *Notice of Motion of Yassin Abdullal Dismiss Complaints*.. Document filed by Yassin Abdullah Kadi. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−0573 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ar Bonnie) (Entered: 05/18/2006) |
| .8/2006 | 1803 | DECLARATION of Bonnie K. Arthur in Support re: 1658 MOTION to Dismiss / *Notice of Motion of Yassin Abdulla Dismiss Complaints*.. Document filed by Yassin Abdullah Kadi. (Attachments: # 1 Exhibit A to Declaration of Bonni Arthur# 2 Exhibit B to Declaration of Bonnie K. Arthur# 3 Exhibit C to Declaration of Bonnie K. Arthur)Filed In As Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−0573 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ar Bonnie) (Entered: 05/18/2006) |
| .9/2006 | 1804 | MOTION to Dismiss *Notice of Motion*. Document filed by Sana−Bell, Inc.. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−06978−RCC(McMahon, Martin) (Entered: 05/19/2006) |
| .9/2006 | 1805 | NOTICE of Plaintiffs' Removal of Parties Pursuant to Case Management Order No. 2 and Federal Rule of Civil Proc Document filed by Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Elsner, Michael) (Entered: 0 |
| .9/2006 | 1806 | MOTION to Dismiss *Notice of Motion*. Document filed by Sanabel Al−Kheer, Inc.. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−06978−RCC(McMahon, Martin) (Entered: 05/19/2006) |
| .9/2006 | 1807 | MEMORANDUM OF LAW in Support re: 1806 MOTION to Dismiss *Notice of Motion*.. Document filed by Sanabe Inc.. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−06978−RCC(McMahon, Martin) (Entered: 05/ |
| .9/2006 | 1808 | MEMORANDUM OF LAW in Support re: 1804 MOTION to Dismiss *Notice of Motion*.. Document filed by Sana−E (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−06978−RCC(McMahon, Martin) (Entered: 05/19/2006) |
| .9/2006 | 1809 | NOTICE of PLAINTIFF?S MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION TO DISMISS FILED DALLAH AVCO TRANS ARABIA CO., LTD. re: 1711 Notice (Other), 1712 Memorandum of Law in Support of M Document filed by Federal Insurance Company et al., Plaintiffs. (Feldman, Elliott) (Entered: 05/19/2006) |
| .9/2006 | 1810 | NOTICE of Plaintiffs' Removal of Parties Pursuant to Case Management Order No. 2 and Federal Rule of Civil Proc Document filed by Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Elsner, Michael) (Entered: 0 |
| 22/2006 | 1811 | REPLY MEMORANDUM OF LAW in Support re: 1697 MOTION to Dismiss.. Document filed by Asat Trust Reg.. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−0573 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Go David) (Entered: 05/22/2006) |
| 23/2006 | 1812 | ENDORSED LETTER addressed to Clerk of the Court from David E. Nachman dated 5/5/06 re: "Sheikh Abdullah sl a motion to vacate the judgment entered against him." (Signed by Judge Richard C. Casey on 5/22/06) Filed In Assoc Cases: 1:03−md−01570−RCC−FM,1:03−cv−09849−RCC(rjm, ) (Entered: 05/23/2006) |
| 23/2006 | 1813 | NOTICE of Plaintiffs' Removal of Parties Pursuant to Case Management Order No. 2 and Federal Rule of Civil Proc Document filed by Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (Elsner, Michael) (Entered: 0 |
| 23/2006 | 1814 | ENDORSED LETTER addressed to Judge Richard C. Casey from Robert T. Haefele dated 5/19/06 re: "The Court as parties to discuss the possibility of vacating any default judgments that the parties agree were entered improperly. If t |

| | | |
|---|---|---|
| | | cannot agree about any particular defendant, that defendant should make the appropriate motion. Additionally, the Co plaintiffs' counsel to avoid this notification problem in the future if default applications cannot be filed electronically. counsel should provide all defense counsel who have appeared in this case with notice of plaintiffs' intent to file such application." (Signed by Judge Richard C. Casey on 5/22/06) Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:04−cv−07279−RCC,1:04−cv−07280−RCC(rjm, ) (Entered: 05/23/2006) |
| 26/2006 | 1815 | MEMORANDUM OF LAW in Opposition re: 1738 MOTION to Dismiss *and Memorandum of Points & Authorities of Motion*. *PLAINTIFFS' CONSOLIDATED MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION TO DI FILED BY TADAMON ISLAMIC BANK*. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachmer Exhibit EXHIBIT A)Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:04−cv−01923−RCC(Feldman, Elliott) 05/26/2006) |
| 26/2006 | 1816 | NOTICE of Substitution of Attorney. Old Attorney: Bryan Cave LLP, New Attorney: William H. Jeffress, Jr., Christ Cooper, Jamie S. Kilberg, Sara E. Kropf, Address: Baker Botts L.L.P., 1299 Pennsylvania Ave., N.W., Washington, 20004, 202−639−7700. Document filed by Naif Bin Abdulaziz Al Saud. (Kilberg, Jamie) (Entered: 05/26/2006) |
| 26/2006 | 1817 | ENDORSED LETTER addressed to Judge Richard Conway Casey from Gregory A. Friedman dated 5/23/06 re: "Ap granted. Mr. Nolan's motion to be relieved as counsel for Ms. Salvo is granted. Mr. Wisner should file notice of appe register on Court's ECF system as soon as possible." (Signed by Judge Richard C. Casey on 5/26/06) Filed In Associa 1:03−md−01570−RCC−FM,1:03−cv−05071−RCC(rjm, ) (Entered: 05/26/2006) |
| 26/2006 | 1818 | ENDORSED LETTER addressed to Judge Richard C. Casey from Robert T. Haefele dated 5/25/06 re: Granted reque Honor set aside the two default judgments against defendant al Thani in the referenced cases 04−7279 and 04−7280. Judge Richard C. Casey on 5/26/06) Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:04−cv−07279−RCC,1:04−cv−07280−RCC(rjm, ) (Entered: 05/26/2006) |
| 26/2006 | 1819 | STIPULATION AS TO EXTENSION OF TIME TO RESPOND TO COMPLAINT CONSOLIDATED UNDER MI That the time for ptffs to respond to Al Aqsa Islamic Bank's Motion to dismiss shall be extended to and through 6/16 that Al Aqsa Islamic Bank shall file reply papers, if any, within thirty days of receipt of Plaintiffs' opposing papers... further set forth in said stipulation. (Signed by Judge Richard C. Casey on 5/26/06) Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−06978−RCC(rjm, ) (Entered: 05/26/2006) |
| 26/2006 | | Set/Reset Deadlines as to 1701 MOTION to Dismiss *Notice of Motion*.. Responses due by 6/16/2006 (rjm, ) (Entered 05/26/2006) |
| 26/2006 | 1820 | MOTION to Dismiss *Notice of Motion*. Document filed by Dallah Avco Trans Arabia Co. LTD.. Filed In Associated 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC(McMahon, Martin) (Entered: 05/26/2006) |
| 26/2006 | 1821 | MEMORANDUM OF LAW in Support re: 1820 MOTION to Dismiss *Notice of Motion*.. Document filed by Dallah Arabia Co. LTD.. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC(McMahon, Martin) (Entered: 05/26/2006) |
| 26/2006 | 1822 | MOTION to Dismiss *Notice of Motion*. Document filed by Al−Baraka Bancorp, Inc.. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−06978−RCC(McMahon, Martin) (Entered: 05/26/2006) |
| 26/2006 | 1823 | MEMORANDUM OF LAW in Support re: 1822 MOTION to Dismiss *Notice of Motion*.. Document filed by Al−Bar Bancorp, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−06978−RCC(McMahon, Martin) (Entered: 05/26/2006) |
| 30/2006 | 1824 | MEMORANDUM OF LAW in Opposition re: 1800 MOTION to Vacate 1755 Order, *Default Judgment*. *Plaintiffs' C to the Motion of Defendants Al Shamal Islamic Bank, Tadamon Islamic Bank, and Sanabeel Al Kheer, Inc., to Set Asi Judgments*. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−09849−RCC(Elsner, Michael) (Entered: 05/30/2006) |
| 30/2006 | 1825 | AFFIDAVIT of J. Scott Tarbutton in Opposition re: 1800 MOTION to Vacate 1755 Order, *Default Judgment*.. Docu by Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−09849−RCC(Elsner, Michael) 05/30/2006) |
| 30/2006 | 1826 | NOTICE AND ORDER OF SUBSTITUTION OF COUNSEL. Please take notice that Baker Botts LLP shall be and substituted for Bryan Cave LLP, as counsel of record for defendant Prince Naif bin Abdulaziz Al−Saud. (Signed by J Richard C. Casey on 5/30/06) Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−09849−RC 1:04−cv−05970−RCC,1:04−cv−06105−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC(rjm, ) (Entered: 05/31/20 |
| 02/2006 | 1827 | MOTION to Vacate *Default Judgment*. Document filed by Abdullah Bin Khalid Al−Thani. Filed In Associated Cases 1:03−md−01570−RCC−FM,1:03−cv−09849−RCC(Nachman, David) (Entered: 06/02/2006) |

| | | |
|---|---|---|
| )2/2006 | 1828 | AFFIDAVIT of David E. Nachman in Support re: 1827 MOTION to Vacate *Default Judgment*.. Document filed by A Bin Khalid Al−Thani. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7)Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−09849−RCC(Nachman, David) (Entered: 06/02/2 |
| )2/2006 | 1829 | MEMORANDUM OF LAW in Support re: 1827 MOTION to Vacate *Default Judgment*.. Document filed by Abdulla Khalid Al−Thani. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−09849−RCC(Nachman, David) (I 06/02/2006) |
| )5/2006 | 1830 | NOTICE OF APPEARANCE by Rayner Max Hamilton on behalf of Ahmed Zaki Yamani (Hamilton, Rayner) (Enter 06/05/2006) |
| )5/2006 | 1831 | REPLY re: 1800 MOTION to Vacate 1755 Order, *Default Judgment*.. Document filed by Tadamon Islamic Bank, Al Islamic Bank, Sanabel Al−Kheer, Inc.. (Attachments: # 1 Affidavit)Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−09849−RCC(McMahon, Martin) (Entered: 06/05/2006) |
| )5/2006 | 1832 | MOTION to Vacate *Defaults and Dismiss the Claims Against Ahmed Zaki Yamani*. Document filed by Ahmed Zaki Y Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−0573 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ha Rayner) (Entered: 06/05/2006) |
| )5/2006 | 1833 | MEMORANDUM OF LAW in Support re: 1832 MOTION to Vacate *Defaults and Dismiss the Claims Against Ahme Yamani*.. Document filed by Ahmed Zaki Yamani. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−0573 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ha Rayner) (Entered: 06/05/2006) |
| )8/2006 | 1834 | REPLY MEMORANDUM OF LAW in Support re: 1644 MOTION to Dismiss *Ashton, Federal Insurance, World Tr Continental Casualty, Euro Brokers, New York Marine, and Burnett (5738) Complaints*.. Document filed by Bakr M Tarek M. Bin Laden, Omar M. Bin Laden, Mohamed Bin Laden Organization (SBG), Saudi Binladin International C (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−0573 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ga James) (Entered: 06/08/2006) |
| )9/2006 | 1835 | NOTICE of Change of Address. Document filed by Abdullah Bin Saleh Al Obaid, Shahir Abdulraoof Batterjee, Abd Al Swailem, Abdullah Omar Naseef, Abdullah Muhsen Al Turki, Talal Mohammed Badkook, M.M. Badkook Co. fo & Trading, Adnan Basha, Safar Al−Hawali, Sheik Hamad Al−Husaini, Mohammed Ali Sayed Mushayt, Mushayt for Company, Saleh Al−Hussayen, Sheik Salman Al−Oawdah, Saudi Red Crescent. (Kabat, Alan) (Entered: 06/09/2006) |
| )9/2006 | 1836 | NOTICE OF CHANGE OF ADDRESS by Alan Robert Kabat on behalf of Al Haramain Islamic Foundation, Inc., So Al−Buthe, Perouz Seda Ghaty. New Address: Bernabei Law Firm, PLLC, 1775 T Street N.W., Washington, D.C., US 20009−7124, 202−745−1942. (Kabat, Alan) (Entered: 06/09/2006) |
| .2/2006 | 1837 | MEMORANDUM OF LAW in Opposition re: 1758 MOTION to Dismiss. *Plaintiffs' Memorandum of Law in Opposi Motion to Dismiss of Abdullah Bin Khalid Al−Thani*. Document filed by Euro Brokers Inc., et al., World Trade Cente Properties LLC, et al., New York Marine and General Insurance Company. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−0573 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(El Michael) (Entered: 06/12/2006) |
| .4/2006 | 1838 | MOTION to Strike Document No. 1789 *DMI Defendants' Request for Judicial Notice in Further Support of Motions* Document filed by Thomas E. Burnett, Sr, Burnett Plaintiffs, Kathleen Ashton, Estate of John P.O'Neill, Sr., Federal Company et al., Plaintiffs, Cantor Fitzgerald & Co., Continental Casualty Company, Euro Brokers Inc., et al., World Center Properties LLC, et al., New York Marine and General Insurance Company. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−0573 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Kr |

| | | |
|---|---|---|
| | | James) (Entered: 06/14/2006) |
| .4/2006 | 1839 | FILING ERROR − ELECTRONIC FILING FOR NON−ECF DOCUMENT − NOTICE of Stipulation of Dismissal. filed by Bakr M Bin Laden, Tarek M. Bin Laden, Omar M. Bin Laden, Sheik Hamad Al−Husaini. (Gauch, James) M 6/20/2006 (gf, ). (Entered: 06/14/2006) |
| .9/2006 | 1840 | MEMORANDUM OF LAW in Support re: 1820 MOTION to Dismiss *Notice of Motion. Reply to Plaintiffs' Oppositi* Document filed by Dallah Avco Trans Arabia Co. LTD.. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−06978−RCC(McMahon, Martin) (Entered: 06/19/2006) |
| 20/2006 | | ***NOTE TO ATTORNEY TO RE−FILE DOCUMENT − NON−ECF DOCUMENT ERROR. Note to Attorney J. E−MAIL to ORDERS_AND_JUDGMENTS@NYSD.USCOURTS.GOV Document No. 1839 Stipulation of Dismis document is not filed via ECF. (gf, ) (Entered: 06/20/2006) |
| 21/2006 | 1841 | MEMORANDUM OF LAW in Opposition re: 1820 MOTION to Dismiss *Notice of Motion. of Dallah Avco Trans−A Ltd*. Document filed by Kathleen Ashton. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−0573 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Kr James) (Entered: 06/21/2006) |
| 23/2006 | 1842 | REPLY MEMORANDUM OF LAW in Support re: 1738 MOTION to Dismiss *and Memorandum of Points & Autho Support of Motion*.. Document filed by Tadamon Islamic Bank. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−0573 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Martin) (Entered: 06/24/2006) |
| 28/2006 | 1843 | NOTICE OF CHANGE OF ADDRESS by Christopher Thomas Leonardo on behalf of Cantor Fitzgerald Associates, Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald International, Cantor Fitzgerald Partr Fitzgerald Securities, Cantor Fitzgerald, L.P., Cantor Index Limited, CO2e.com, LLC, eSpeed Government Securitie Espeed, Inc., eSpeed Securities, Inc., Port Authority Trans−Hudson Corporation, Port Authority of New York & New Cantor Fitzgerald & Co.. New Address: Dickstein Shapiro LLP, 1825 Eye Street, NW, Washington, District of COlu 20006, (202) 420−2200. (Leonardo, Christopher) (Entered: 06/28/2006) |
| 28/2006 | 1844 | MOTION for Johnathan Goodman Stacey Saiontz to Withdraw as Attorney. Document filed by Cantor Fitzgerald As L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald International, Cantor Fitzgerald Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P., Cantor Index Limited, CO2e.com, LLC, eSpeed Government Se Inc., Espeed, Inc., eSpeed Securities, Inc., Port Authority Trans−Hudson Corporation, Port Authority of New York & Jersey, Cantor Fitzgerald & Co.. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−0573 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Le Christopher) (Entered: 06/28/2006) |
| 28/2006 | 1845 | MEMORANDUM OF LAW in Opposition re: 1838 MOTION to Strike Document No. 1789 *DMI Defendants' Reque Judicial Notice in Further Support of Motions to Dismiss*.. Document filed by Daral Maal Al Islami Trust, DMI Adm Services S.A.. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−0573 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M James) (Entered: 06/28/2006) |
| 29/2006 | 1846 | MOTION to Dismiss *Notice of Motion*. Document filed by Tadamon Islamic Bank. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC(McMahon, Martin) (Entered: 06/29/2006) |
| 29/2006 | 1847 | MEMORANDUM OF LAW in Support re: 1846 MOTION to Dismiss *Notice of Motion*.. Document filed by Tadamo Bank. (Attachments: # 1 Affidavit Ex. A)Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC(McMahon, Martin) (Entered: 06/29/2006) |
| 29/2006 | 1849 | DISCOVERY ORDER... that plaintiffs' discovery requests are granted in part and denied in part as set forth and deta order... The plaintiffs' discovery requests are granted solely to the extent that NCB is directed to produce promptly an audit of its operations, and for a six−year period preceding the commencement of these suits any documents previous |

| | | |
|---|---|---|
| | | requested by the plaintiffs related to its presence in the US. Additionally, because this was the limited purpose for wh matter was referred to me, the Clerk of the Court is respectfully requested to close the reference. (Signed by Magistra Frank Maas on 6/28/06) (rjm, ) Modified on 7/6/2006 (rjm, ). (Entered: 07/06/2006) |
| 30/2006 | 1848 | MEMORANDUM OF LAW in Opposition re: 1701 MOTION to Dismiss *Notice of Motion. FEDERAL PLAINTIFFS MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION TO DISMISS FILED BY AL AQSA ISLAMIC BANK* filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−06978−RCC(Feldman, Elliott) (Entered: 06/30/2006) |
| )6/2006 | 1850 | REPLY MEMORANDUM OF LAW in Support re: 1838 MOTION to Strike Document No. 1789 *DMI Defendants' Judicial Notice in Further Support of Motions to Dismiss*.. Document filed by Thomas E. Burnett, Sr, Thomas Burne Plaintiffs, Kathleen Ashton, Estate of John P.O'Neill, Sr., Federal Insurance Company et al., Plaintiffs, Cantor Fitzge Continental Casualty Company, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al., New York Mari General Insurance Company. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−0573 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Kr James) (Entered: 07/06/2006) |
| )6/2006 | 1851 | NOTICE OF CHANGE OF FIRM NAME AND ATTORNEY INFORMATION (effective July 7, 2006) by Kenneth on behalf of Cantor Fitzgerald & Co. New Address: Kenneth J. Adams, Esq. Dickstein Shapiro LLP, 1825 Eye Street Washington, DC, USA 20006, (202) 420−2201. Email: AdamsK@dicksteinshapiro.com. This Document relates to 04 (rjm, ) Modified on 7/6/2006 (rjm, ). (Entered: 07/06/2006) |
| )7/2006 | 1852 | STIPULATION AND ORDER VACATING THE DEFAULT ENTERED AGAINST ABDULLAH BIN KHALID AL−THANI... The order of default entered against Sheikh Abdullah in this Burnett action on 4/7/06 shall be vacated. Abdullah hereby moves to dismiss the Burnett action. The moving papers already served and filed in support of and i opposition to Sheikh Abdullah's motion to dismiss in 04−7279, 04−6105, and 04−7280 shall be deemed applicable to in the Burnett action as well... and as further set forth in said stipulation. (Signed by Judge Richard C. Casey on 7/7/0 Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−09849−RCC(rjm, ) (Entered: 07/10/2006) |
| .0/2006 | 1853 | STIPULATION AND ORDER TO VACATE DEFAULT JUDGMENT. It is hereby stipulated and agreed by and bet Plaintiffs in the referenced case 02−6977 and Defendant Sheikh Yusuf al−Qaradawi, by and through their undersigne that the default judgment entered on 5/12/06, as it pertains to Sheikh Yusuf al−Qaradawi, be vacated. (Signed by Judg C. Casey on 7/10/06) Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC(rjm, ) (Entered: 07/11/2006) |
| .0/2006 | 1854 | STIPULATION AND ORDER It is agreed by and between Ptffs. in all of the referenced cases consolidated under 03 and Deft. Ahmed Zaki Yamani by and through their undersigned counsel, that Ptffs' time to respond to Defts' 1832 M Vacate *Defaults and Dismiss the Claims Against Ahmed Zaki Yamani is due by 7/17/06 and that Defts' time to file rep shall be fourteen days after receipt of service of the ptffs' response. Set Deadlines/Hearing as to* 1832 *MOTION to Va Defaults and Dismiss the Claims Against Ahmed Zaki Yamani.: Responses due by 7/17/2006 (Signed by Judge Richa on 7/10/06) Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−05738−RCC,1:03−cv−09849−RCC,1:04−cv−07279−RCC,1:04−cv−07280 ) (Entered: 07/11/2006)* |
| .0/2006 | 1855 | STIPULATION AS TO EXTENSION OF TIME TO RESPOND TO COMPLAINT CONSOLIDATED UNDER MI is hereby stipulated and agreed by and between Ptffs. in the referenced case consolidated under 03 MDL 1570 and De Tadamon Islamic Bank by and through their undersigned counsel, that the time provided for Deft. to answer or otherw respond to the complaint in the case referenced, shall be extended to and through 6/30/06... and as further set forth in Stipulation. (Signed by Judge Richard C. Casey on 7/10/06) Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC(rjm, ) (Entered: 07/11/2006) |
| .1/2006 | 1856 | STIPULATION OF DISMISSAL that through counsel, the Burnett plaintiffs and defendants Bakr Binladin, Omar Bi Tariq Binladin, and Hamad Al−Husaini have agreed to and hereby stipulate to the dismissal, with prejudice, of defen Binladin, Omar Binladin, Tariq Binladin, and Hamad Al−Husaini... each side to bear its own attorney's fees, costs, ar (Signed by Judge Richard C. Casey on 7/10/06) Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−05738−RCC(rjm, ) (Entered: 07/11/2006) |
| .1/2006 | 1857 | STIPULATION AS TO EXTENSION OF TIME TO RESPOND TO COMPLAINT CONSOLIDATED UNDER MI Sheikh Yusuf Al Qardawi's answer to the complaint is due on 8/4/2006. Plaintiffs shall have 60 days from receipt of motion papers to & through 10/4/06 to file opposition papers, Deftendant shall have 30 days from receipt of Plaintiffs opposition papers, to and through 11/4/06 to file reply papers. Deadlines set: Replies due by 11/4/2006. Responses du 10/4/2006 (Signed by Judge Richard C. Casey on 7/10/06) Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:03−cv−05738−RCC,1:03−cv−09849−RCC,1:04−cv−05970−RC 1:04−cv−06105−RCC(rjm, ) (Entered: 07/11/2006) |

| | | |
|---|---|---|
| .2/2006 | 1858 | REPLY to Response to Motion re: 1758 MOTION to Dismiss.. Document filed by Abdullah Bin Khalid Al−Thani. F Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−0573 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Na David) (Entered: 07/12/2006) |
| .2/2006 | 1859 | ORDER TO VACATE DEFAULT JUDGMENTS. It is Ordered that the default judgments entered on 4/7/06 against following defendants named in the Federal Insurance action shall be vacated: Al Aqsa Islamic Bank, Al Baraka Banc Avco Trans Arabia, Sana−Bell, Inc., Sanabel Al Kheer, Tadamon Islamic Bank. (Signed by Judge Richard C. Casey Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−06978−RCC(rjm, ) (Entered: 07/13/2006) |
| .2/2006 | 1860 | ORDER... that Jonathan Godman and Stacey Saiontz are relieved as two of the attorneys of record for the Cantor Fitz Co., etal. Plaintiffs in the captioned action. It is further ordered that appearances of Kenneth L. Adams, Christopher T Esq., and Andrew N. Bourne, Esq., for the Cantor Fitzgerald & Co., etal. Plaintiffs in the captioned action will remai unchanged. (Signed by Judge Richard C. Casey on 7/12/06) Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:04−cv−07065−RCC(rjm, ) (Entered: 07/13/2006) |
| .7/2006 | 1861 | RESPONSE in Opposition re: 1832 MOTION to Vacate *Defaults and Dismiss the Claims Against Ahmed Zaki Yama Plaintiffs' Opposition to the Motion of Defendant Ahmed Zaki Yamani to Set Aside Default Judgments and Response Defaulted Defendant's Improperly Filed Motion to Dismiss*. Document filed by Burnett Plaintiffs, Euro Brokers Inc., World Trade Center Properties LLC, et al.. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−0573 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(El Michael) (Entered: 07/17/2006) |
| .8/2006 | 1862 | MEMORANDUM OF LAW in Opposition re: 1806 MOTION to Dismiss *Notice of Motion*., 1804 MOTION to Dism *of Motion*. *FEDERAL PLAINTIFFS' CONSOLIDATED MEMORANDUM OF LAW IN OPPOSITION TO THE MOT DISMISS FILED BY SANABIL, INC., AND SANABEL AL−KHEER*. Document filed by Federal Insurance Company Plaintiffs. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−06978−RCC(Feldman, Elliott) (Entered: 07/18/2006) |
| 24/2006 | 1865 | MEMORANDUM OF LAW in Support re: 1820 MOTION to Dismiss *Notice of Motion*.. Document filed by Dallah Arabia Co. LTD.. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC(McMahon, Martin) 07/24/2006) |
| 28/2006 | 1866 | REPLY MEMORANDUM OF LAW in Support re: 1701 MOTION to Dismiss *Notice of Motion*.. Document filed by Islamic Bank. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−06978−RCC(McMahon, Martin) (En 07/28/2006) |
| 31/2006 | 1867 | MOTION to Dismiss. Document filed by Sana−Bell, Inc.. (Attachments: # 1 Text of Proposed Order)Filed In Associa 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC(McMahon, Martin) (Entered: 07/31/2006) |
| 31/2006 | 1868 | NOTICE of of Motion. Document filed by Sana−Bell, Inc.. (McMahon, Martin) (Entered: 07/31/2006) |
| 31/2006 | 1869 | MOTION to Dismiss *Notice of Motion*. Document filed by Sanabel Al−Kheer, Inc.. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC(McMahon, Martin) (Entered: 07/31/2006) |
| 31/2006 | 1870 | MOTION to Dismiss *Notice of Motion*. Document filed by Sanabel Al−Kheer, Inc.. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC(McMahon, Martin) (Entered: 07/31/2006) |
| 31/2006 | 1871 | MEMORANDUM OF LAW in Support re: 1870 MOTION to Dismiss *Notice of Motion*.. Document filed by Sanabe Inc.. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC(McMahon, Martin) (Entered: 07/ |
| 31/2006 | 1872 | REPLY MEMORANDUM OF LAW in Support re: 1832 MOTION to Vacate *Defaults and Dismiss the Claims Agai Zaki Yamani*.. Document filed by Ahmed Zaki Yamani. (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B# 3 Exhibit C# 4 Exhibit Exhibit D)Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−0573 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ha Rayner) (Entered: 07/31/2006) |
| 31/2006 | 1874 | STIPULATION OF DISMISSAL that through counsel, the Federal Insurance Plaintiffs and Defendant Al Baraka Ba agreed to and hereby stipulate to the dismissal of Defendant Al Baraka Bancorp. with prejudice... each party shall bea |

| | | |
|---|---|---|
| | | costs, fees and expenses. (Signed by Judge Richard C. Casey on 7/31/06) Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−06978−RCC(rjm, ) (Entered: 08/02/2006) |
| )1/2006 | 1873 | MOTION to Dismiss *with attached Exhibits A & B re: 1867 MOTION to Dismiss*. Document filed by Sana−Bell, Inc (Attachments: # 1 Exhibit A# 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC(McMahon, Martin) (Entered: 08/01/2006) |
| )1/2006 | 1875 | ENDORSED LETTER addressed to Judge Richard C. Casey from Martin F. McMahon dated 7/26/06 re: "The Clerk Court is directed to strike documents 1863 and 1864 from the docket." (Signed by Judge Richard C. Casey on 7/31/0( Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC(rjm, ) (Entered: 08/02/2006) |
| )1/2006 | | ***STRICKEN DOCUMENT. Deleted document number 1863 from the case record. The document was stricken fro pursuant to 1875 Endorsed Letter,. (rjm, ) (Entered: 08/02/2006) |
| )1/2006 | | ***STRICKEN DOCUMENT. Deleted document number 1864 from the case record. The document was stricken fro pursuant to 1875 Endorsed Letter,. (rjm, ) (Entered: 08/02/2006) |
| )4/2006 | 1876 | NOTICE of of Motion. Document filed by Sheikh Yusuf Al Qardawi. (Rothstein, Amy) (Entered: 08/04/2006) |
| )4/2006 | 1877 | MOTION to Dismiss *the Complaints*. Document filed by Sheikh Yusuf Al Qardawi. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−0573 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Rc Amy) (Entered: 08/04/2006) |
| )4/2006 | 1878 | DECLARATION of Sheikh Yusuf al−Qaradawi in Support re: 1877 MOTION to Dismiss *the Complaints*.. Documer Sheikh Yusuf Al Qardawi. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−0573 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Rc Amy) (Entered: 08/04/2006) |
| )4/2006 | 1879 | DECLARATION of Amy Rothstein in Support re: 1877 MOTION to Dismiss *the Complaints*.. Document filed by Sl Al Qardawi. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)Filed In Associated C 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−0573 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Rc Amy) (Entered: 08/04/2006) |
| )4/2006 | 1880 | DECLARATION of Abdullah Bin Khalid Al−Thani in Support re: 1758 MOTION to Dismiss.. Document filed by A Khalid Al−Thani. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−0573 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Na David) (Entered: 08/04/2006) |
| )4/2006 | 1881 | MEMORANDUM OF LAW in Opposition re: 1846 MOTION to Dismiss *Notice of Motion*. *Ashton Plaintiffs' Oppos Motion to Dismiss of Tadamon Islamic Bank*. Document filed by Kathleen Ashton. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC(Kreindler, James) (Entered: 08/04/2006) |
| .0/2006 | 1882 | NOTICE of of Filing. Document filed by Al Haramain Islamic Foundation, Inc.. (Kabat, Alan) (Entered: 08/10/2006) |
| .6/2006 | 1883 | FILING ERROR − WRONG DOCUMENTTYPE SELECTED FROM MENU − MEMORANDUM OF LAW in Sup 1806 MOTION to Dismiss *Notice of Motion*. *Reply to Plaintiffs' Opposition*. Document filed by Sanabel Al−Kheer, I In Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−06978−RCC(McMahon, Martin) Modified on 8/25/2006 (Entered: 08/16/2006) |
| .6/2006 | 1884 | REPLY MEMORANDUM OF LAW in Support re: 1804 MOTION to Dismiss *Notice of Motion*.. Document filed by Sana−Bell, Inc.. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−06978−RCC(McMahon, Martin) (I 08/16/2006) |
| .6/2006 | 1885 | REPLY MEMORANDUM OF LAW in Support re: 1806 MOTION to Dismiss *Notice of Motion*.. Document filed by Al−Kheer, Inc.. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−06978−RCC(McMahon, Martin) (E 08/16/2006) |

| | | |
|---|---|---|
| .6/2006 | 1886 | AMENDED STIPULATION AND ORDER (this document relates to 04cv1923) setting forth discovery and briefing (Signed by Judge Richard C. Casey on 8/16/2006) Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:04−cv−01923−RCC(kkc, ) (Entered: 08/17/2006) |
| 21/2006 | 1887 | ENDORSED LETTER addressed to Judge Casey from Sean P. Carter dated 8/4/06 re: Counsel for the Federal Insura requests that the Court refer a discrete dispute between the Federal Insurance pltffs and deft Jamal Barzinji to a federa magistrate judge for resolution. ENDORSEMENT: Application denied. The Court will not submit the forthcoming m stay of all proceedings for resolution by a magistrate judge. (Signed by Judge Richard C. Casey on 8/21/06) (sn) (Ent 08/21/2006) |
| 25/2006 | 1888 | STIPULATION AND ORDER OF SUBSTITUTION OF LAW FIRMS AS COUNSEL... that the law firm of Sheppa Richter & Hampton LLP, shall be hereby substituted for the law firm of Hunton & Williams LLP as counsel of record defendant Yassin Abdullah Kadi. (Signed by Judge Richard C. Casey on 8/25/06) Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:03−cv−05738−RCC,1:03−cv−06978−RCC,1:03−cv−09849−RC 1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC(rjm (Entered: 08/28/2006) |
| 28/2006 | 1889 | MOTION for Gina M. MacNeill, Esquire to Withdraw as Attorney *of Record*. Document filed by Estate of John P.O' Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−0573 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Go Jerry) (Entered: 08/28/2006) |
| 29/2006 | 1890 | MOTION for Ugo Colella to Withdraw as Attorney *of Record for National Commercial Bank of Saudia Arabia*. Docu by National Commercial Bank of Saudi Arabia. (Attachments: # 1 Affidavit Declaration in Support of Motion for Lea Withdraw)Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−0573 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Li Ronald) (Entered: 08/29/2006) |
| 29/2006 | 1891 | MEMORANDUM OF LAW in Opposition re: 1869 MOTION to Dismiss *Notice of Motion*., 1870 MOTION to Dism *of Motion*., 1867 MOTION to Dismiss.. Document filed by Kathleen Ashton. (Attachments: # 1 Affidavit John Fawc Exhibit Exhibits 1−5# 3 Exhibit Exhibits 6−14)Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−0573 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Kr James) (Entered: 08/29/2006) |
| )1/2006 | 1892 | REPLY MEMORANDUM OF LAW in Support re: 1846 MOTION to Dismiss *Notice of Motion*.. Document filed by Islamic Bank. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC(McMahon, Martin) (En 09/01/2006) |
| )7/2006 | 1894 | SECOND AMENDED COMPLAINT. No Jury Trial Demanded (This Document relates to 03cv9848). against The T Quida/Islamic Army, Muhammad Omar, Islamic Republic of Iran, Islamic Revolutionary Guard ("IRGC"), Sheikh U Bin−Laden, Ayatollah Ali Hoseini−Khamenei, Iranian Ministry of Information and Security, Iranian Ministry of Petr Iranian Ministry of Economic Affairs and Finance, Iranian Ministry of Commerce, Iranian Ministry of Defense and A Forces Logistics, Iraqi Ministry of Defense, Iraqi Ministry of Finance, Iraqi Ministry of Oil, Iraqi Intelligence Service Unidentified Terrorist Defendants 1−500, Hezbollah, The Republic of Iraq, Saddam Hussein, Qusay Hussein.Docume Russa Steiner, Clara Chirchirillo, Tara Bane, Grace M. Parkinson−Godshalk,, Ellen L. Saracini, TheresaAnn Lostran Reiss, William Coale, Patricia J. Perry, Ralph Maerz, Jr, Linda Panik, Martin Panik, Martina Lyne−Ann Panik, Loisa Jin Liu, Thomas E. Burnett, Sr, Deena Burnett, Federal Insurance Company, Pacific Indemnity Company, Vigilant In Company, Fiona Havlish, Matthew T. Sellitto, Stephen L. Cartledge, Tina Grazioso, All Plaintiffs(on behalf of thems all others similarly situated), Barbara Minervino. (rjm, ) . Entered as Doc. #214 in 03cv9848. (Entered: 09/14/2006) |
| .1/2006 | 1893 | ORDER... that Ugo Colella is relieved as one of the attorneys of record for National Commercial Bank of Saudi Arab captioned actions. It is further ordered that appearances of Ronald S. Lieberman and Mitchell R. Berger for National Commercial Bank of Saudi Arabia in the captioned actions will remain unchanged. (Signed by Judge Richard C. Cas 9/11/06) Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−0573 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−09849−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC, 1:04−cv−06105−RCC,1:04−cv−07065−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC. This Document also relat 02−7236 and 03−3859.(rjm, ) (Entered: 09/12/2006) |

| | | |
|---|---|---|
| .5/2006 | 1895 | MOTION to Stay. Document filed by Jamal Barzinji. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−06978−RCC(Barentzen, Steven) (Entered: 09/15/2006) |
| .5/2006 | 1896 | MEMORANDUM OF LAW in Support re: 1895 MOTION to Stay.. Document filed by Jamal Barzinji. (Attachments 2)Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−06978−RCC(Barentzen, Steven) (Entered: 09/15/ |
| .5/2006 | 1897 | MOTION for Leave to File Undredacted Motion to Stay For Court's In Camera Review. Document filed by Jamal Ba In Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−06978−RCC(Barentzen, Steven) (Entered: 09/15/2006) |
| .5/2006 | 1898 | MEMORANDUM OF LAW in Support re: 1897 MOTION for Leave to File Undredacted Motion to Stay For Court's Review.. Document filed by Jamal Barzinji. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−06978−RCC(Barentzen, Steven) (Entered: 09/15/2006) |
| )3/2006 | 1899 | STIPULATION AND ORDER OF DISMISSAL that through counsel, the Federal Insurance Plaintiffs and defendant Mohammed Hussein Al Amoudi stipulate to the dismissal of defendant Mohammed Hussein Al Amoudi, without pre each side to bear its own attorney's fees, costs, and expenses. (Signed by Judge Richard C. Casey on 10/2/06) Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−06978−RCC(rjm, ) (Entered: 10/03/2006) |
| )3/2006 | 1900 | MEMORANDUM & ORDER regarding the procedures to be followed that shall govern the handling of The Defenda Executive Committee's application for an umbrella protective order covering all materials produced during discovery captioned case which is granted in part. (Signed by Judge Richard C. Casey on 10/3/06) Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−0573 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(rjn (Entered: 10/03/2006) |
| )3/2006 | 1901 | LETTER addressed to Judge Richard Conway Casey from Michael Kellogg dated 5/4/06 re: Defts' Executive Commi request for a protective order providing that all materials produced in this case be used solely for the purpose of litiga case and that documents explicitly marked confidential be subject to additional restrictions concerning disclosure and (rjm, ) (Entered: 10/04/2006) |
| )3/2006 | 1902 | LETTER addressed to Judge Richard Conway Casey from Andrea Bierstein dated 5/18/06 re: This letter constitutes t of the Ptffs' Executive Committees to the May 4, 2006, letter motion of Defts' Executive Committee ("DEC") seeking protective order with respect to all discovery materials produced by all defts. (rjm, ) (Entered: 10/04/2006) |
| )5/2006 | 1903 | MOTION for Leave to File Witness Statement of Jean−Charles Brisard. Document filed by Khaled Bin Mahfouz. Fil Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−0573 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ga James) (Entered: 10/05/2006) |
| )5/2006 | 1904 | MEMORANDUM OF LAW in Support re: 1903 MOTION for Leave to File Witness Statement of Jean−Charles Bri Document filed by Khaled Bin Mahfouz. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−0573 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ga James) (Entered: 10/05/2006) |
| )5/2006 | 1905 | STIPULATION AND ORDER, agreed between Plaintiffs in the referenced cases and Defendant Yusuf Al−Qaradaw following extensions: Reset Deadlines/Hearing as to 1877 MOTION to Dismiss *the Complaints*.: Responses due by 1 Replies due by 11/13/2006. (Signed by Judge Richard C. Casey on 10/4/06) Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:03−cv−05738−RCC,1:03−cv−09849−RCC,1:04−cv−05970−RC 1:04−cv−06105−RCC(rjm, ) (Entered: 10/06/2006) |
| .2/2006 | 1906 | REPLY MEMORANDUM OF LAW in Support re: 1870 MOTION to Dismiss *Notice of Motion*.. Document filed by Al−Kheer, Inc.. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC(McMahon, Martin) (Entered: 10/12/2006) |
| .2/2006 | 1907 | REPLY MEMORANDUM OF LAW in Support re: 1867 MOTION to Dismiss.. Document filed by Sana−Bell, Inc.. Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC(McMahon, Martin) (Entered: 10/12/2006) |
| .6/2006 | 1908 | MEMORANDUM OF LAW in Opposition re: 1903 MOTION for Leave to File Witness Statement of Jean−Charles Document filed by Kathleen Ashton. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC(I James) (Entered: 10/16/2006) |

| | | |
|---|---|---|
| .6/2006 | 1909 | AMENDED MEMORANDUM OF LAW in Opposition re: 1903 MOTION for Leave to File Witness Statement of Jean−Charles Brisard.. Document filed by Kathleen Ashton. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC(Kreindler, James) (Entered: 10/16/2006) |
| .7/2006 | 1910 | MEMORANDUM OF LAW in Opposition re: 1903 MOTION for Leave to File Witness Statement of Jean−Charles *FEDERAL INSURANCE AND O'NEILL PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO MOTION T SUPPLEMENT MOTIONS TO DISMISS OF DEFENDANT KHALID BIN MAHFOUZ*. Document filed by John Patri Jr, Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−0573 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Fe Elliott) (Entered: 10/17/2006) |
| .7/2006 | 1911 | MEMORANDUM OF LAW in Opposition re: 1903 MOTION for Leave to File Witness Statement of Jean−Charles Document filed by Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Fitzgerald International, Cantor Fitzgerald Partners, Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P., Cantor Ind CO2e.com, LLC, eSpeed Government Securities, Inc., eSpeed Securities, Inc., WTC Retail LLC, Port Authority Tra Corporation, Port Authority of New York & New Jersey, Cantor Fitzgerald & Co.. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−0573 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Le Christopher) (Entered: 10/17/2006) |
| .8/2006 | 1912 | RESPONSE in Opposition re: 1903 MOTION for Leave to File Witness Statement of Jean−Charles Brisard.. Docum New York Marine and General Insurance Company. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−0573 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Fr David) (Entered: 10/18/2006) |
| 20/2006 | 1913 | MEMORANDUM OF LAW in Opposition re: 1903 MOTION for Leave to File Witness Statement of Jean−Charles Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. Filed In A Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−0573 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(El Michael) (Entered: 10/20/2006) |
| 20/2006 | 1914 | REPLY MEMORANDUM OF LAW in Support re: 1903 MOTION for Leave to File Witness Statement of Jean−Ch Brisard.. Document filed by Khaled Bin Mahfouz. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−0573 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Ga James) (Entered: 10/20/2006) |
| 25/2006 | 1915 | MEMORANDUM OF LAW in Opposition re: 1895 MOTION to Stay. *FEDERAL INSURANCE PLAINTIFFS? MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT JAMAL BARZINJI?S MOTION TO STAY*. Documen Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−06978−RCC(Feldman, Elliott) (Entered: 10/25/2006) |
| 25/2006 | 1916 | MEMORANDUM OF LAW in Opposition re: 1897 MOTION for Leave to File Undredacted Motion to Stay For Co Camera Review. *FEDERAL INSURANCE PLAINTIFFS? MEMORANDUM OF LAW IN OPPOSITION TO DEFEN JAMAL BARZINJI?S MOTION FOR LEAVE TO FILE HIS UNREDACTED MOTION FOR A STAY FOR THE COU CAMERA REVIEW*. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−06978−RCC(Feldman, Elliott) (Entered: 10/25/2006) |
| 27/2006 | 1917 | STIPULATION AND ORDER OF DISMISSAL OF YUSUF AL−QARADAWI (This document relates to: 03 cv 57 9849; 02 cv 6977; 04 cv 5970; 04 cv 6105); The Burnett Ashton, Continental Casualty co. and New York Marine and Insurance Co. pltffs and deft Yusuf Al−Qaradawi agree to the dismissal of deft Yusuf Al−Qaradawi, without prejudic to bear it's own attorney's fees, costs and expenses. (Signed by Judge Richard C. Casey on 10/27/06) Filed In Associa 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:03−cv−05738−RCC,1:03−cv−09849−RCC,1:04−cv−05970−RC 1:04−cv−06105−RCC(sn) (Entered: 10/30/2006) |

| | | |
|---|---|---|
| 20/2006 | 1918 | MEMORANDUM & ORDER (this document relates to 03cv6978); defendant Saudi American Bank's motion to dism claims against it in 03cv6978 is Granted, and plaintiffs' request for leave to amend the first amended complaint is Den (Signed by Judge Richard C. Casey on 11/20/2006) Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−06978−RCC(kkc, ) (Entered: 11/21/2006) |
| 27/2006 | | ***DELETED DOCUMENT. Deleted document number 1919 Stipulation. The pdf document was incorrect in this ca (Entered: 11/30/2006) |
| 27/2006 | 1922 | STIPULATION AS TO SERVICE OF PROCESS RELIEF FROM AND SETTING ASIDE OF DEFAULT AND EX OF TIME TO RESPOND TO COMPLAINTS CONSOLIDATED UNDER MDL 1570. It is stipulated and agreed by between Plaintiffs in each of the three referenced cases consolidated under 03MDL1570 (03−6978, 04−6105 and 04− Defendant Republic of Iraq by and through their undersigned counsel that: (1) Republic of Iraq was properly and time with the Summons and Complaint in each of the three referenced cases; and (2) Republic of Iraq contends that Repub has not been served (properly or otherwise) with any Summons and Complaint in any other case/action encompassed Re Terrorist Attacks on 9/11/02 multi−district litigation, 03−MDL−1570(RCC)... and as further set forth in said stipu (Signed by Judge Richard C. Casey on 11/27/06) Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−06978−RCC,1:04−cv−01076−RCC,1:04−cv−06105−RCC(rjm, ) (Entered: 11/ |
| 28/2006 | 1920 | REPLY MEMORANDUM OF LAW in Support re: 1895 MOTION to Stay.. Document filed by Jamal Barzinji. Filed Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−06978−RCC(Barentzen, Steven) (Entered: 11/28/2006) |
| 28/2006 | 1921 | REPLY MEMORANDUM OF LAW in Support re: 1897 MOTION for Leave to File Undredacted Motion to Stay Fo Camera Review.. Document filed by Jamal Barzinji. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−06978−RCC(Barentzen, Steven) (Entered: 11/28/2006) |
| 30/2006 | 1923 | ENDORSED LETTER addressed to Judge Richard Conway Casey from Robert T. Haefle dated 10/13/06 re: "These been referred to me by Judge Casey. I will hold a pretrial conference on 12/13 at 10:00am. in Crtrm. 20A. If this date are not suitable, counsel should place a conference call to my chambers promptly to reschedule." Pretrial Conference 12/13/2006 10:00 AM before Magistrate Judge Frank Maas. (Signed by Magistrate Judge Frank Maas on 11/29/06) ( (Entered: 12/04/2006) |
| 04/2006 | 1924 | NOTICE of of Filing. Document filed by Soliman H.S. Al−Buthe. (Kabat, Alan) (Entered: 12/04/2006) |
| 05/2006 | 1925 | MOTION for Reconsideration. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated C 1:03−md−01570−RCC−FM,1:03−cv−06978−RCC(Feldman, Elliott) (Entered: 12/05/2006) |
| 05/2006 | 1926 | MOTION for Reconsideration *and Memorandum of Law in Support of the Federal Insurance Plaintiffs' Motion for Reconsideration*. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−06978−RCC(Feldman, Elliott) (Entered: 12/05/2006) |
| 05/2006 | 1928 | ENDORSED LETTER addressed to Judge Kimba M. Wood from Michael K. Kellogg dated 11/22/06 re: "I have take account the parties' submissions, and have discussed these matters with Judge Casey. I conclude that neither reassign assignment of an additional Judge is warranted." (Signed by Judge Kimba M. Wood on 12/4/06) (rjm, ) (Entered: 12/ |
| 06/2006 | 1927 | STIPULATION AND ORDER (this document relates to 04cv7065); regarding extension of time to respond to amenc complaint and application of Orders as to Tadamon Bank and International Islamic Relief Organization. (Signed by J Richard C. Casey on 12/5/2006) Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:04−cv−07065−RCC(kkc, ) 12/07/2006) |
| 13/2006 | 1929 | NOTICE of Voluntary Dismissal. Document filed by Euro Brokers Inc., et al., World Trade Center Properties LLC, e (Elsner, Michael) (Entered: 12/13/2006) |
| 13/2006 | | Minute Entry for proceedings held before Judge Frank Maas : Discovery Hearing held on 12/13/2006. (rjm, ) (Entere 12/21/2006) |
| 14/2006 | 1930 | MEMORANDUM AND ORDER granting [353 in 03md1570] Motion to Dismiss, granting 353 Motion to Dismiss fo Jurisdiction in their entirety. (Signed by Judge Richard C. Casey on 12/14/06) Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−06978−RCC(rjm, ) (Entered: 12/15/2006) |
| 15/2006 | 1931 | MOTION for SHERYL MUSGROVE to Withdraw as Attorney. Document filed by Sami Omar Al−Hussayen. Filed Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−0573 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(M Scott) (Entered: 12/15/2006) |
| 18/2006 | 1932 | MEMORANDUM OF LAW in Opposition re: 1925 MOTION for Reconsideration.. Document filed by Saudi Ameri Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−06978−RCC(Segal, Daniel) (Entered: 12/18/2006) |

| | | |
|---|---|---|
| 21/2006 | 1933 | REPLY MEMORANDUM OF LAW in Support re: 1925 MOTION for Reconsideration., 1926 MOTION for Recons *and Memorandum of Law in Support of the Federal Insurance Plaintiffs' Motion for Reconsideration. REPLY MEMO OF LAW IN SUPPORT OF THE FEDERAL INSURANCE PLAINTIFFS? MOTION FOR RECONSIDERATION*. Doc by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−06978−RCC(Feldman, Elliott) (Entered: 12/21/2006) |
| 26/2006 | 1934 | MOTION for Vincent I. Parrett to Withdraw as Attorney *for the Ashton Plaintiffs*. Document filed by Kathleen Ashto (Attachments: # 1 Affidavit of Vincent I. Parrett Requesting Leave to Withdraw as Counsel for the Ashton Plaintiffs# Proposed Order)Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC(Parrett, Vincent) (Ent 12/26/2006) |
| )8/2007 | 1935 | ORDER granting 1931 Motion to Withdraw as Attorney for Sami Omar Al−Hussayen. Attorney Sheryl Louise Musg terminated . (Signed by Judge Richard C. Casey on 1/8/06) Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:03−cv−06978−RCC,1:03−cv−09849−RCC,1:04−cv−07280−RCC(rjm, ) (Entered: 01/( |
| .0/2007 | 1936 | MOTION for John L. Cuddihy to Withdraw as Attorney *for Defendant Abdulrahman Bin Mahfouz*. Document filed b Abdulrahman Bin Mahfouz. Filed In Associated Cases: 1:03−md−01570−RCC−FM,1:02−cv−06977−RCC,1:02−cv−07300−RCC−FM,1:03−cv−05071−RCC,1:03−cv−0573 1:03−cv−06978−RCC,1:03−cv−07036−RCC,1:03−cv−08591−RCC,1:03−cv−09848−RCC,1:03−cv−09849−RCC, 1:04−cv−01076−RCC,1:04−cv−01922−RCC,1:04−cv−01923−RCC,1:04−cv−05970−RCC,1:04−cv−06105−RCC, 1:04−cv−07065−RCC,1:04−cv−07216−RCC,1:04−cv−07279−RCC,1:04−cv−07280−RCC,1:04−cv−07281−RCC(Cu John) (Entered: 01/10/2007) |
| .6/2007 | 1937 | NOTICE OF CHANGE OF ADDRESS by Omar T. Mohammedi on behalf of World Assembly of Muslim Youth. N The Law Firm of Omar T. Mohammedi LLP, 233 Broadway, Suite 801, Woolworth Building, New York, NY, Unite 10279, 212−725−3846. (Mohammedi, Omar) (Entered: 01/16/2007) |
| .6/2007 | 1938 | NOTICE OF CHANGE OF ADDRESS by Omar T. Mohammedi on behalf of Council on American−Islamic Relatio New Address: The Law Firm of Omar T. Mohammedi, 233 Broadway, Suite 801, Woolworth Building, New York, N States 10279, 212−725−3846. (Mohammedi, Omar) (Entered: 01/16/2007) |
| .8/2007 | 1939 | TRANSCRIPT of proceedings held on 12/13/06, 5:00pm before Magistrate Judge Frank Maas. (rjm) (Entered: 01/18 |
| .8/2007 | 1940 | TRANSCRIPT of proceedings held on 12/13/06, 5:00pm before Magistrate Judge Frank Maas. (rjm) (Entered: 01/18 |
| 23/2007 | 1941 | DISCOVERY ORDER regarding the procedures to be followed that shall govern the handling of jurisdictional disco "look back" period for any interrogatories or document requests to which SBG has yet to respond shall be three years date the complaint in this action was filed. For jurisdictional discovery requests previously answered, the "look back" shall be 1/1/97, through 8/15/02. A Conference will be held on 2/22/2007 10:00 AM in Courtroom 20A, 500 Pearl St York, NY 10007 before Magistrate Judge Frank Maas to discuss any outstanding issues related to jurisdictional disco as further set forth in said Discovery Order. (Signed by Judge Frank Maas on 1/23/07) (rjm) (Entered: 01/24/2007) |
| 23/2007 | 1942 | MEMORANDUM AND ORDER denying (1925) Motion for Reconsideration ; denying (1926) Motion for Reconsid case 1:03−md−01570−RCC−FM; denying (680) Motion for Reconsideration ; denying (681) Motion for Reconsidera 1:03−cv−06978−RCC. (Signed by Judge Richard C. Casey on 1/23/07) Filed In Associated Cases: 1:03−md−01570− 1:03−cv−06978−RCC(rjm) (Entered: 01/24/2007) |
| )7/2007 | 1943 | TRANSCRIPT of proceedings held on 12/13/06 before Judge Frank Maas. (jbe) (Entered: 02/07/2007) |
| .6/2007 | 1944 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from James E. Gauch dated 2/16/07 re: Granted re conference originally scheduled for 2/22/07, 10am be rescheduled for 3/8/07. "The conference is adjourned to 3/8/07 Conference set for 3/8/2007 05:00 PM before Magistrate Judge Frank Maas. (Signed by Judge Frank Maas on 2/16/0 (Entered: 02/20/2007) |
| 21/2007 | 1945 | MOTION to Vacate *Default Judgments*. Document filed by Samir Salah.Filed In Associated Cases: 1:03−md−01570- 1:03−cv−06978−RCC, 1:03−cv−09849−RCC(Barentzen, Steven) (Entered: 02/21/2007) |
| 21/2007 | 1946 | DECLARATION of Samir Salah in Support re: (489 in 1:03−cv−09849−RCC) MOTION to Vacate.. Document filed Salah. Filed In Associated Cases: 1:03−md−01570−RCC−FM, 1:03−cv−06978−RCC, 1:03−cv−09849−RCC(Barentz (Entered: 02/21/2007) |
| 21/2007 | 1947 | MEMORANDUM OF LAW in Support re: (489 in 1:03−cv−09849−RCC) MOTION to Vacate.. Document filed by Salah. Filed In Associated Cases: 1:03−md−01570−RCC−FM, 1:03−cv−06978−RCC, 1:03−cv−09849−RCC(Barentz (Entered: 02/21/2007) |
| 21/2007 | 1948 | MOTION to Vacate *Default Judgments*. Document filed by Abdul Hamid Abu Sulayman.Filed In Associated Cases: 1:03−md−01570−RCC−FM, 1:03−cv−09849−RCC, 1:04−cv−07279−RCC, 1:04−cv−07280−RCC(Barentzen, Steven 02/21/2007) |

| | | |
|---|---|---|
| 21/2007 | 1949 | DECLARATION of Abdul Hamid Abu Sulayman in Support re: (325 in 1:04−cv−07279−RCC) MOTION to Vacate filed by Abdul Hamid Abu Sulayman. Filed In Associated Cases: 1:03−md−01570−RCC−FM, 1:03−cv−09849−RCC 1:04−cv−07279−RCC, 1:04−cv−07280−RCC(Barentzen, Steven) (Entered: 02/21/2007) |
| 21/2007 | 1950 | MEMORANDUM OF LAW in Support re: (325 in 1:04−cv−07279−RCC) MOTION to Vacate.. Document filed by Hamid Abu Sulayman. Filed In Associated Cases: 1:03−md−01570−RCC−FM, 1:03−cv−09849−RCC, 1:04−cv−072 1:04−cv−07280−RCC(Barentzen, Steven) (Entered: 02/21/2007) |
| 23/2007 | 1951 | AMENDED STIPULATION AS TO SERVICE OF PROCESS, RELIEF FROM AND SETTING ASIDE OF DEFA EXTENSION OF TIME TO RESPOND TO COMPLAINTS CONSOLIDATED UNDER MDL 1570. It is hereby sti agreed by and between Plaintiffs and the Republic of Iraq, by and through their undersigned counsel, that the deadlin in Global Stipulation #1 shall be extended as follows: Plaintiffs shall serve their respective RICO Statements and/or Definite Statements concerning the Republic of Iraq, to the extent that they desire, on or before 3/7/07. Consolidated dismiss the Complaint... due by 5/21/2007., Replies due by 9/3/2007., Responses due by 7/20/2007... and as further s said Amended Stipulation. (Signed by Judge Richard C. Casey on 2/23/07) Filed In Associated Cases: 1:03−md−01570−RCC−FM, 1:03−cv−06978−RCC, 1:04−cv−01076−RCC, 1:04−cv−06105−RCC(rjm) (Entered: 02/ |
| 28/2007 | 1952 | ORDER. Defendant Faisal Islamic Bank − Sudan's motion for an order adjourning indefinitely its time to respond to pleadings, filed as document entry 1409 on the docket sheet is hereby dismissed as moot. (Signed by Judge Richard C 2/28/07) (rjm) (Entered: 03/01/2007) |
| 28/2007 | 1953 | ORDER. Plaintiff April D. Gallop's Motion for an extension of time is dismissed as moot (document #188 Motion fo of Time in case 1:04−cv−07281−RCC). (Signed by Judge Richard C. Casey on 2/28/07) Filed In Associated Cases: 1:03−md−01570−RCC−FM, 1:04−cv−07281−RCC(rjm) (Entered: 03/01/2007) |
| 02/2007 | 1954 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from James E. Gauch dated 3/2/2007; Approving request that the Court defer the 3/8/2007 discovery conference and that the parties meet and confer to propose a new discovery conference. (Signed by Magistrate Judge Frank Maas on 3/2/2007) (kkc) (Entered: 03/02/2007) |
| 07/2007 | 1955 | RICO STATEMENT *APPLICABLE TO THE REPUBLIC OF IRAQ*. Document filed by Federal Insurance Company Plaintiffs. (Attachments: # 1 Exhibit)Associated Cases: 1:03−md−01570−RCC−FM, 1:03−cv−06978−RCC(Feldman (Entered: 03/07/2007) |
| 07/2007 | 1956 | NOTICE of THE FEDERAL INSURANCE PLAINTIFFS MORE DEFINITE STATEMENT AS TO THE REPUBL IRAQ. Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03−md−01570− 1:03−cv−06978−RCC(Feldman, Elliott) (Entered: 03/07/2007) |
| 07/2007 | 1957 | NOTICE of Plaintiffs' More Definite Statement/Additional Allegations as to Defendant The Republic of Iraq. Docum Estate of John P.O'Neill, Sr., Estate of John Patrick O'Neill Sr.. (Attachments: # 1 Exhibit A# 2 Exhibit B)Filed In As Cases: 1:03−md−01570−RCC−FM, 1:04−cv−01076−RCC(Goldman, Jerry) (Entered: 03/07/2007) |
| 07/2007 | 1958 | RICO STATEMENT *Applicable to the Republic of Iraq*. Document filed by Estate of John P.O'Neill, Sr., Estate of Jo O'Neill Sr.. (Attachments: # 1 Exhibit B)Associated Cases: 1:03−md−01570−RCC−FM, 1:04−cv−01076−RCC(Gold (Entered: 03/07/2007) |
| 07/2007 | 1959 | RICO STATEMENT *Applicable to the Republic of Iraq*. Document filed by New York Marine and General Insuranc Company.Associated Cases: 1:03−md−01570−RCC−FM, 1:04−cv−06105−RCC(Rubino, Frank) (Entered: 03/07/200 |
| 07/2007 | 1960 | NOTICE of Plaintiff's More Definite Statement as to Defendant The Republic of Iraq.. Document filed by New York General Insurance Company. Filed In Associated Cases: 1:03−md−01570−RCC−FM, 1:04−cv−06105−RCC(Rubino, (Entered: 03/07/2007) |
| 09/2007 | 1961 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Andrew Maloney III dated 3/9/07 re: "Nothi waiting until the 11th hour! The conference is adjourned to 3/23/07 at 10am." (Signed by Judge Frank Maas on 3/9/0 (Entered: 03/12/2007) |
| 17/2007 | 1962 | FILING ERROR − DEFICIENT DOCKET ENTRY − (SEE DOCUMENT # 1967) − MEMORANDUM OF LAW in Opposition re: (325 in 1:04−cv−07279−RCC) MOTION to Vacate. *Plaintiffs' Opposition to the Motions of Defendan Salah and Abdul Hamid Abu Sulayman to Set Aside Default Judgments*. Document filed by Burnett Plaintiffs, Federa Company et al., Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. Filed In Associated C 1:03−md−01570−RCC−FM, 1:03−cv−06978−RCC, 1:03−cv−09849−RCC, 1:04−cv−07279−RCC, 1:04−cv−07280−RCC(Elsner, Michael) Modified on 4/17/2007 (lb). (Entered: 03/17/2007) |
| 17/2007 | 1963 | FILING ERROR − DEFICIENT DOCKET ENTRY − (MISSING EXHIBIT H, SEE DOCUMENT # 1968) − AFFID Robert T. Haefele in Opposition re: (325 in 1:04−cv−07279−RCC) MOTION to Vacate.. Document filed by Burnett Federal Insurance Company et al., Plaintiffs, Euro Brokers Inc., et al., World Trade Center Properties LLC, et al.. (At # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G)Filed In Associated Ca 1:03−md−01570−RCC−FM, 1:03−cv−06978−RCC, 1:03−cv−09849−RCC, 1:04−cv−07279−RCC, 1:04−cv−07280−RCC(Elsner, Michael) Modified on 4/17/2007 (lb). (Entered: 03/17/2007) |

| | | |
|---|---|---|
| 26/2007 | 1964 | ORDER. It is ordered that The Commercial National Bank shall produce the 1988 audit report; and the documents re Larry Smith's witness statement. The application to depose Virginia Pensa is denied. The application for the producti further information about NBC's correspondent bank accounts in the US is denied. Decision is reserved as to the ptffs application to depose Jagan Mohan Reddy and NBC's application to serve contention interrogatories. (Signed by Judg Maas on 3/23/07) (rjm) (Entered: 03/26/2007) |
| 28/2007 | 1965 | REPLY MEMORANDUM OF LAW in Support re: (489 in 1:03−cv−09849−RCC) MOTION to Vacate.. Document Samir Salah. Filed In Associated Cases: 1:03−md−01570−RCC−FM, 1:03−cv−06978−RCC, 1:03−cv−09849−RCC(I Steven) (Entered: 03/28/2007) |
| 28/2007 | 1966 | REPLY MEMORANDUM OF LAW in Support re: (325 in 1:04−cv−07279−RCC) MOTION to Vacate.. Document Abdul Hamid Abu Sulayman. Filed In Associated Cases: 1:03−md−01570−RCC−FM, 1:03−cv−09849−RCC, 1:04−cv−07279−RCC, 1:04−cv−07280−RCC(Barentzen, Steven) (Entered: 03/28/2007) |
| 13/2007 | 1967 | MEMORANDUM OF LAW in Opposition re: (690 in 1:03−cv−06978−RCC, 1945 in 1:03−md−01570−RCC−FM, 4 1:03−cv−09849−RCC) MOTION to Vacate., (1948 in 1:03−md−01570−RCC−FM, 492 in 1:03−cv−09849−RCC, 33 1:04−cv−07280−RCC, 325 in 1:04−cv−07279−RCC) MOTION to Vacate *Default Judgments*. *Plaintiffs' Opposition Motions of Defendants Samir Salah and Abdul Hamid Abu Sulayman to Set Aside Default Judgments*. Document filed Plaintiffs, World Trade Center Properties LLC, et al., Euro Brokers Inc., et al., Federal Insurance Company et al., Pla Filed In Associated Cases: 1:03−md−01570−RCC−FM, 1:03−cv−06978−RCC, 1:03−cv−09849−RCC, 1:04−cv−072 1:04−cv−07280−RCC(Elsner, Michael) (Entered: 04/13/2007) |
| 13/2007 | 1968 | AFFIDAVIT of Robert T. Haefele in Opposition re: (690 in 1:03−cv−06978−RCC, 1945 in 1:03−md−01570−RCC−I 1:03−cv−09849−RCC) MOTION to Vacate., (1948 in 1:03−md−01570−RCC−FM, 492 in 1:03−cv−09849−RCC, 33 1:04−cv−07280−RCC, 325 in 1:04−cv−07279−RCC) MOTION to Vacate *Default Judgments*.. Document filed by Bu Plaintiffs, World Trade Center Properties LLC, et al., Euro Brokers Inc., et al., Federal Insurance Company et al., Pla (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhi In Associated Cases: 1:03−md−01570−RCC−FM, 1:03−cv−06978−RCC, 1:03−cv−09849−RCC, 1:04−cv−07279−R 1:04−cv−07280−RCC(Elsner, Michael) (Entered: 04/13/2007) |
| 17/2007 | 1969 | NOTICE OF CASE REASSIGNMENT to Judge George B. Daniels. Judge Richard C. Casey is no longer assigned to (laq) (Entered: 04/25/2007) |
| 25/2007 | | Mailed notice to the attorney(s) of record. (laq) (Entered: 04/25/2007) |
| 25/2007 | 1972 | ORDER REASSIGNING LITIGATION (true certified copy). It is Ordered that MDL−1570... is reassigned to the Ho B. Daniels for continued coordinated or consolidated pretrial proceedings purs. to 28 usc 1407. For the Panel Wm. Te Hodges, Chairman. (Signed by MDL Panel on 4/20/07) (rjm). (Entered: 05/02/2007) |
| 30/2007 | 1970 | ORDER... that plaintiffs' General Steering Committee and defendants' Executive Committee each shall submit a lette Court by 5/28/07 summarizing the status of the captioned case... Response letters must be submitted to the Court by 6 Status Conference set for 6/26/2007 10:00 AM before Judge George B. Daniels... and as further set forth regarding th procedures to be followed that shall govern the handling of this Order. (Signed by Judge George B. Daniels on 4/30/0 Associated Cases: 1:03−md−01570−GBD−FM et al.(rjm) (Entered: 05/01/2007) |
| 01/2007 | 1971 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Andrew J. Maloney dated 4/30/07 re: The "wordsmithing" allegation set forth in this letter is not new. (See 3/23/07 Tr. at 3−4) ("I got the sense that NCB might advantage of wordsmithing."). Moreover, I believe that the colloquy at the 3/23/07 conference sufficiently establishe parameters of what was being sought by the plaintiffs and the Court. (ID. at 19−20). I have reviewed the audit report Arthur Anderson that NCB submitted which has been represented to be the only document potentially responsive to t plaintiffs' discovery requests relating to an audit report. Although the report is styled a "Special Examination" I see n the three loose leaf binders that I have received which relates to the issues presently before the Court concerning NCI Accordingly, I decline to direct any further discovery (not previously ordered) related to NCB. Mr. Liebman should c chambers to make arrangements to retrieve the materials submitted for in camera review." (Signed by Magistrate Jud Maas on 5/1/07) (rjm) (Entered: 05/02/2007) |
| 15/2007 | 1973 | SUGGESTION OF DEATH upon the record as to Defendant HRH Prince Abdullah Al Faisal Bin Abdulaziz Al Sauc 2007. Document filed by Alfaisaliah GroupAssociated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−05738−GBD, 1:03−cv−09849−GBD(Kingham, T. Barry) (Entered: 05/15/2007) |
| 22/2007 | 1974 | ENDORSED LETTER addressed to Judge George B. Daniels from Andrea Bierstein dated 5/22/07 re: Granted reque deadline for the parties' initial submission od letters summarizing the status of this case be adjourned from 5/28/07 to (Signed by Judge George B. Daniels on 5/22/07) (rjm) (Entered: 05/29/2007) |
| 29/2007 | 1975 | ORDER that on or before 6/8/07, counsel for the Burnett ptffs. and the Saudi Binladin Group shall meet and confer re any outstanding objections to SBG's responses to the Burnett plaintiffs' First Set of Jurisdictional Interrogatories. On 6/15/07, Mr. Haefele shall submit a letter detailing any deficiencies in the interrogatory responses that the Burnett pla contend remain. Mr. Haefele's letter shall set forth the text of the relevant interrogatories and SBG's responses and su |

| | | |
|---|---|---|
| | | responses thereto. On or before 6/22/07, Mr. Gauch shall submit a response to Mr. Haefele's letter. A further Confere held on 6/29/2007 02:00 PM before Magistrate Judge Frank Maas in Crtrm. 20A, 500 Pearl Street, NY NY. (Signed l Frank Maas on 5/29/07) (rjm) (Entered: 05/30/2007) |
| 29/2007 | | Minute Entry for proceedings held before Judge Frank Maas : Discovery Conference held on 5/29/2007. (tro) (Entere 06/07/2007) |
| 31/2007 | 1976 | NOTICE of Supplemental Authority. Document filed by Abdullah Al Faisal Bin Abdulaziz Al Saud, DMI Administr Services S.A., Al Baraka Investment and Development Corporation, Sulaiman Al−Ali, Ahmed Totonji, Iqbal Yunus, Mohammed Jaghlit, Aradi, Inc., Mar−Jac Poultry, Inc., Mena Corporation, Sterling Management Group, Inc., Solima Al−Buthe, Shahir Abdulraoof Batterjee, Abdullah Bin Laden, Abdulrahman Bin Khalid Bin Mahfouz, Saleh Abdulla Abdullah Salaiman Al−Rajhi, Abdul Rahman Al Swailem, Abdullah Omar Naseef, Saudi Dallah Al Baraka Group Ll Tadamon Islamic Bank, Alfaisaliah Group, Abdullah Muhsen Al Turki, Ibrahim Bin Abdul Aziz Al Ibrahim Foundat M Bin Laden, Tarek M. Bin Laden, Omar M. Bin Laden, Mohamed Bin Laden Organization (SBG), Saudi Binladin International Company, Yeslam M. Bin Laden, Talal Mohammed Badkook, M.M. Badkook Co. for Catering & Tradi Abdulaziz Al−Rajhi, Adnan Basha, Saudi Joint Relief Committee, Dallah Avco Trans Arabia Co. LTD., Mohammed Khalifa, M. Yaqub Mirza, Al Shamal Islamic Bank, Safar Al−Hawali, Sheik Hamad Al−Husaini, Mohammed Ali Sa Mushayt, Mushayt for Trading Company, Sheik Salman Al−Oawdah, World Assembly of Muslim Youth, Ahmed Za Sami Omar Al−Hussayen, Islamic Assembly of North America, Saudi Red Crescent, Yassin Abdullah Kadi, Daral M Islami Trust, Dubai Islamic Bank, African Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, Interna Institute of Islamic Thought, Mar−Jac Investments, Inc., Reston Investments, Inc., Safa Trust, York Foundation, Ster Charitable Gift Fund, Sanabel Al−Kheer, Inc., Sana−Bell, Inc., Muhammad Ashraf, Taha Jaber Al−Alwani, Schreibe Frank Zindel, Engelbert Schreiber, Engelbert Schreiber, Jr, Martin Watcher, Erwin Watcher, Banca Del Gottardo, Ab Al−Ibrahim, Council on American−Islamic Relations (CAIR), Yousef Jameel, Asat Trust Reg., Jamal Barzini, Khale Mahfouz, National Commercial Bank, Sercor Treuhand Anstalt, Al Haramain Islamic Foundation (United States), Al Khalid Al Thani, M. Omar Ashraf a/k/a Muhammad Ashraf, Sulaiman Abdul Aziz Al−Rajhi, Al Aqsa Islamic Bank, Bank, N.A., Riggs National Corporation, Saleh Al−Hussayen, Abdullah Bin Saleh Al−Obaid, Perouz Seda Ghaty, Fa Bank−Sudan, Khalid Sulaiman Al−Rajhi. (Attachments: # 1 Bell Atlantic Corp. et al. v. Twombly et al.)Filed In Ass Cases: 1:03−md−01570−GBD−FM et al.(Kellogg, Michael) (Entered: 05/31/2007) |
| 01/2007 | 1977 | ENDORSED LETTER addressed to Judge George B. Daniels from Andrea Bierstein dated 3/31/07 re: Granted reque Court extend the June 4 deadline by one day, to June 5, to preserve the time period for responses to submissions of le summarizing the status in this case. (Signed by Judge George B. Daniels on 6/1/07) (rjm) (Entered: 06/01/2007) |
| 05/2007 | 1978 | NOTICE OF CHANGE OF ADDRESS by Marc Dennis Powers on behalf of The Republic of Iraq, Republic of Iraq. Address: Baker & Hostetler LLP (NYC), 45 Rockefeller Plaza, New York, New York, USA 10111, 212 589−4200. F Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD, 1:04−cv−01076−GBD, 1:04−cv−06105−GB Marc) (Entered: 06/05/2007) |
| 06/2007 | 1979 | AMENDED STIPULATION AS TO SERVICE OF PROCESS, RELIEF FROM AND SETTING ASIDE OF DEFA EXTENSION OF TIME TO RESPOND TO COMPLAINTS CONSOLIDATED UNDER MDL 1570. It is hereby sti agreed by and between Plaintiffs and the Republic of Iraq, by and through their counsel that the deadlines set forth in Stipulation #1 shall be extended as follows: The Republic of Iraq shall file a consolidated Motion to Dismiss the Co each referenced case by 7/16/2007. Replies due by 10/29/2007. Responses due by 9/14/2007... and as further set fort amended stipulation. (Signed by Judge George B. Daniels on 6/6/07) Filed In Associated Cases: 1:03−md−01570−G 1:03−cv−06978−GBD, 1:04−cv−01076−GBD, 1:04−cv−06105−GBD(rjm) (Entered: 06/07/2007) |
| 07/2007 | 1980 | NOTICE OF APPEARANCE by Jonathan Marc Cooper on behalf of Zahir H. Kazmi (Cooper, Jonathan) (Entered: 0 |
| 07/2007 | 1981 | NOTICE OF CHANGE OF ADDRESS by David Usher Gourevitch on behalf of Sercor Treuhand Anstalt, Martin W Erwin Wachter, Asat Trust Reg.. New Address: Law Office of David U. Gourevitch, PC, 150 East 58th Street − 34th York, New York, USA 10155, (212) 355−1300. (Gourevitch, David) (Entered: 06/07/2007) |
| 26/2007 | 1982 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assi Magistrate Judge for General Pretrial and Dispositive Motion. Referred to Magistrate Judge Frank Maas. (Signed by George B. Daniels on 6/26/07) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−07281−GBD−FM( (Entered: 06/27/2007) |
| 26/2007 | | Minute Entry for proceedings held before Judge George B. Daniels : Status Conference held on 6/26/2007. The Cour the parties of its plan to move forward with the litigation and instructed the parties to submit letters on outstanding is 8/1/07, including letters regarding proposed oral argument and a joint letter regarding the discovery schedule. The pa to file new motions without submitting a letter to the Court 30 days prior to the expected filing date. All discovery di should be addressed to the Court by letter, rather than by motion. A party submitting any letter to the Court must pro opposing counsel with the letter five days beforehand. The next status conference is scheduled for 1/15/08, 10:00am. by Owen Smith, Deputy Court Clerk. Associated Cases: 1:03−md−01570−GBD−FM et al.(rjm) (Entered: 07/09/200 |

| | | |
|---|---|---|
| 26/2007 | | Set Deadlines/Hearings: Status Conference set for 1/15/2008 at 10:00 AM before Judge George B. Daniels. Associate 1:03−md−01570−GBD−FM et al.(rjm) (Entered: 07/09/2007) |
| 29/2007 | | Minute Entry for proceedings held before Judge Frank Maas : Discovery Hearing held on 6/29/2007. (jp) (Entered: 0 |
| )3/2007 | 1983 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Ronald S. Liebman dated 6/14/07 re: Reques deposition of Lawrence Smith to take place on Friday, July 27, 2007 at 9:30am. ENDORSEMENT: "So Ordered." (S Judge Frank Maas on 7/2/07) (rjm) (Entered: 07/03/2007) |
| )5/2007 | 1984 | TRANSCRIPT of proceedings held on 6/26/2007 before Judge George B. Daniels. (jp) (Entered: 07/05/2007) |
| )6/2007 | 1985 | ORDER that on or before 7/9/07, the plaintiffs shall submit a letter explaining the basis for their application to condu jurisdictional discovery concerning the relationship between the Saudi Binladin Group ("SBG") and Tekmaster or oth companies in which SBG has a minority ownership interest or with which SBG is alleged to be affiliated. On or befor SBG shall submit its wtitten response. On or before 8/3/07, SBG shall produce any additional documents in its posses custody or control concerning a. Osama bin Laden's separation from SBG... b. SBG's financial or other relationships Abdullah al−Kadi... The "look−back" period for SBG's supplemental responses to its answers to the plaintiffs' interro and document requests shall be 1/1/97, through 8/15/02. The plaintiffs' application to depose Dr. Fuad Rihani is denie prejudice. The plaintiffs' application to conduct jurisdictional discovery regarding SBG's relationship with the Mohar Binladin Company is denied without prejudice... The plaintiffs' application to conduct jurisdictional discovery regard donations to nonprofit organizations in the United States is denied... and as further set forth in said order. (Signed by Judge Frank Maas on 7/6/07) (rjm) (Entered: 07/09/2007) |
| 10/2007 | 1986 | TRANSCRIPT of proceedings held on 6/29/07 before Judge Frank Maas. (jbe) (Entered: 07/10/2007) |
| 25/2007 | 1987 | DISCOVERY ORDER. By letter dated 6/13/07 counsel for The National Commercial Bank, a defendant in the Burn has asked the Court to quash nine subpoenas addressed to banks, each worded in a manner that might require the proc records regarding NCB's correspondent bank accounts in the United States... The motion is denied as to the Non−Cor Banks, which shall produce the documents responsive to the plaintiffs' subpoenas without restriction... and as further regarding the procedures to be followed that shall govern the handling of this discovery order. (Signed by Judge Fran 7/25/07) (rjm) (Entered: 07/26/2007) |
| 26/2007 | 1988 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Robert T. Haefele dated 7/9/07 re: letter in s plaintiffs' request that the Court direct SBG to produce information regarding its contacts with U.S. based Techmaste well as SBG's and its PCM Division's U.S. based business dealings with 7,000 active venders and 2,500 manufacture which it reportedly received discounts. ENDORSEMENT: As M. Gauch indicates in his responsive letter, even if I a Haefele's representations at face value, they do not suggest a basis for jurisdiction over SBG. Accordingly, the reques discovery concerning Techmaster/PCM is denied. (Signed by Judge Frank Maas on 7/26/07) (rjm) (Entered: 07/27/2 |
| 26/2007 | 1989 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Robert T. Haefele dated 7/10/07 re: letter on the plaintiffs to clarify one issue regarding the Order Your Honor entered on 7/6/07... directing defendant SBG to pro documents concerning "Osama bin Laden's separation from SBG, including, but not limited to, documents relating to establishment of a trust." ENDORSEMENT: I clearly intended to include in the scope of my order the additional doc recited in the transcript of the conference. Additionally, with respect to the temporal scope of the required production which is the subject of additional letters dated 7/16 and 7/20/07, I see no reason why all of the trust records for a leng should be produced. On the other hand, any records which reflect a change in the structure or trustees of the trust or i beneficiaries should be turned over regardless of date. The intent of this directive is not to require that records of char assets of the trust be disclosed, unless there were transfers to Osama bin Laden (which I believe SBG has previously is not the case). (Signed by Judge Frank Maas on 7/26/07) (rjm) (Entered: 07/27/2007) |
| 30/2007 | 1990 | ORDER. All future filings by the parties in this multi−district litigation are to be electronically filed solely under the docket and case bearing the caption, In re: Terrorist Attacks on September 11, 2001, docket number 03 MDL 1570 (C as further set forth regarding the procedures to be followed that shall govern the handling of this Order. (Signed by Ju B. Daniels on 7/20/07) (rjm) (Entered: 07/30/2007) |
| 30/2007 | 1991 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from James E. Gauch dated 7/27/07 re: Defendant (Saudi Binladin Group) requests an extension from 8/3/07 (deadline set in the Court's 7/6/07 Order) to 9/10/07, for pr two categories of documents. ENDORSEMENT: "So Ordered." (Signed by Magistrate Judge Frank Maas on 7/30/07 (Entered: 08/01/2007) |
| 31/2007 | 1992 | ORDER. During the 6/26/07 status conference, Judge Daniels directed that any party wishing to make a letter applica Court circulate its letter to opposing counsel five business days before sending it to the Court. This procedure makes for letters that are sent to me. Accordingly, I hereby direct that effective 8/10/07, counsel follow the same procedure letter applications that may be directed to me. (Signed by Judge Frank Maas on 7/31/07) (rjm) (Entered: 08/01/2007) |
| )2/2007 | 1993 | ORDER ENDORSEMENT ON MOTION ADMITTING ATTORNEY PRO HAC VICE. Attorney Jason Dzubow fo World League, Al Baraka Investment & Development Corp., Saleh Abdullah Kamel, Rabita Trust, International Islar Organization(IIRO), Wa'el Hamza Julaidan admitted Pro Hac Vice. (Signed by Judge George B. Daniels on 7/20/07) |

| | | |
|---|---|---|
| | | Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD, 1:03−cv−09849−GBD. This Document also r 03−6977.(rjm) (Entered: 08/02/2007) |
| )2/2007 | 1994 | ORDER... that Gina M. MacNeill, Esq. is relieved as an attorney of record for the captioned matters. It is further orde appearances of Jerry S. Goldman, Esq., Fred Salek, Esq., and Joshua Ambush, Esq., for the referenced actions will re unchanged. (Signed by Judge George B. Daniels on 7/20/07) Filed In Associated Cases: 1:03−md−01570−GBD−FM 1:04−cv−01076−GBD, 1:04−cv−01922−GBD, 1:04−cv−01923−GBD(rjm) (Entered: 08/02/2007) |
| )2/2007 | 1995 | ORDER ENDORSEMENT ON MOTION ADMITTING ATTORNEY PRO HAC VICE. Attorney James Vann for F Trust, Al Baraka Investment & Development Corp., Saleh Abdullah Kamel, International Islamic Relief Organizatior Wa'el Hamza Julaidan, Muslim World League admitted Pro Hac Vice. (Signed by Judge George B. Daniels on 7/20/( Associated Cases: 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD, 1:03−cv−06978−GBD, 1:03−cv−09849−GBI (Entered: 08/02/2007) |
| )2/2007 | 1996 | STIPULATION AND ORDER OF DEFENDANT WAEL JELAIDEN TO EXTEND TIME FOR FILING A RESPO PLEADING TO PLAINTIFFS' COMPLAINT that Defendant's time to answer Plaintiff's Complaint is extended until (Signed by Judge George B. Daniels on 7/20/07) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD(rjm) (Entered: 08/02/2007) |
| )2/2007 | | Transmission to Attorney Admissions Clerk. Transmitted re: 1993 Order Admitting Attorney Pro Hac Vice,, to the A Admissions Clerk for updating of Attorney Information. (rjm) (Entered: 08/02/2007) |
| )2/2007 | | Transmission to Attorney Admissions Clerk. Transmitted re: 1995 Order Admitting Attorney Pro Hac Vice,, to the A Admissions Clerk for updating of Attorney Information. (rjm) (Entered: 08/02/2007) |
| )2/2007 | 1997 | STIPULATION AND ORDEROF DEFENDANT INTERNATIONAL ISLAMIC RELIEF ORGANIZATION TO E TIME FOR FILING A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT that Defendant's time to answe Complaint is extended until 12/5/05. Motions terminated: (1478 in 1:03−md−01570−GBD−FM) CONSENT MOTIO Extension of Time to File Answer. filed by International Islamic Relief Organization(IIRO). (Signed by Judge Georg Daniels on 7/20/07) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09849−GBD(rjm) (Entered: 0 |
| )2/2007 | 1998 | STIPULATION AND ORDER OF DEFENDANT WAEL JELAIDEN TO EXTEND TIME FOR FILING A RESPO PLEADING TO PLAINTIFFS' COMPLAINT that Defendant's time to answer Plaintiff's Complaint is extended until (Signed by Judge George B. Daniels on 7/20/07) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09849−GBD(rjm) (Entered: 08/02/2007) |
| )2/2007 | 1999 | STIPULATION AND ORDER OF DEFENDANT WAEL JELAIDEN TO EXTEND TIME FOR FILING A RESPO PLEADING TO PLAINTIFFS' COMPLAINT that Defendant's time to answer Plaintiff's Complaint is extended until (Signed by Judge George B. Daniels on 7/20/07) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD(rjm) (Entered: 08/02/2007) |
| )2/2007 | 2000 | ORDER re: (1934 in 1:03−md−01570−GBD−FM) MOTION for Vincent I. Parrett to Withdraw as Attorney *for the A Plaintiffs*. filed by Kathleen Ashton... that Vincent I. Parrett is granted leave to withdraw as counsel for plaintiffs in 0 and further ordered that the appearances of James P. Kreindler, Marc S. Moller, Justin T. Green, Andrew J. Maloney Blanca I. Rodriguez of Kreindler & Kreindler LLP as counsel for plaintiffs in 02cv6977 will remain unchanged. (Sig Judge George B. Daniels on 7/20/07) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD (Entered: 08/02/2007) |
| )2/2007 | 2001 | STIPULATION AND ORDER OF DEFENDANT INTERNATIONAL ISLAMIC RELIEF ORGANIZATION TO E TIME FOR FILING A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT that Defendant's time to answe Complaint is extended until 12/5/05. (Signed by Judge George B. Daniels on 7/20/07) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD(rjm) (Entered: 08/02/2007) |
| )2/2007 | 2002 | STIPULATION AND ORDER OF DEFENDANT INTERNATIONAL ISLAMIC RELIEF ORGANIZATION TO E TIME FOR FILING A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT that Defendant's time to answe Complaint is extended until 12/5/05. (Signed by Judge George B. Daniels on 7/20/07) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD(rjm) (Entered: 08/02/2007) |
| )2/2007 | 2003 | CONSENT MOTION AND STIPULATION AS TO SERVICE OF PROCESS AND EXTENSION OF TIME that th IICGS to answer or otherwise respond to the First Amended Complaint shall be extended to and through 9/10/04; It i ordered that the time for DMI S.A. to answer or otherwise respond to the First Amended Complaint shall be extendec through 9/17/04... and as further set forth in said Consent Motion and Stipulation. (Signed by Judge George B. Danie 8/2/07) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD(rjm) (Entered: 08/02/2007) |
| )2/2007 | 2004 | ORDER PERMITTING WITHDRAWAL OF COUNSEL in case 1:03−cv−09848−GBD; granting (213) Motion to W Attorney. Attorney William Christopher Edgar terminated in case 1:03−md−01570−GBD−FM. The appearances of J. Michael Biggers and James Murphy, of the law firm of Bryan Cave LLP, on behalf of His Royal Highness Prince Na Abdulaziz al−Saud will remain unchanged. (Signed by Judge George B. Daniels on 7/20/07) Filed In Associated Cas |

| | | |
|---|---|---|
| | | 1:03−md−01570−GBD−FM et al.(rjm) (Entered: 08/02/2007) |
| )2/2007 | 2005 | CONSENT MOTION AND STIPULATION AS TO SERVICE OF PROCESS AND EXTENSION OF TIME that th IICGS to answer or otherwise respond to the First Amended Complaint shall be extended to and through 1/14/05... ar set forth in said Consent Motion and Stipulation. (Signed by Judge George B. Daniels on 8/2/07) Filed In Associated 1:03−md−01570−GBD−FM, 1:04−cv−05970−GBD(rjm) (Entered: 08/02/2007) |
| )2/2007 | 2006 | CONSENT MOTION AND STIPULATION AS TO FURTHER EXTENSION OF TIME that the time for IICGS to otherwise respond to the First Amended Complaint shall be extended to and through 10/8/04; It is further ordered tha for DMI S.A. to answer or otherwise respond to the First Amended Complaint shall be extended to and through 10/1: as further set forth in said Consent Motion and Stipulation. (Signed by Judge George B. Daniels on 8/2/07) Filed In A Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD(rjm) (Entered: 08/02/2007) |
| )2/2007 | 2007 | ENDORSED LETTER addressed to Judge George B. Daniels from J. Scott Tarburton dated 8/1/07 re: request for a tv extension to 8/3/07 to file the parties' discovery submissions. ENDORSEMENT: So Ordered. (Signed by Judge Geor Daniels on 8/2/07) (rjm) (Entered: 08/03/2007) |
| )2/2007 | 2008 | ORDER that the unopposed motion of defendant Dallah Al Baraka Group LLP, to file an untimely motion to dismiss (Signed by Judge George B. Daniels on 7/23/07) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−07065−GBD(rjm) (Entered: 08/03/2007) |
| )2/2007 | 2009 | ORDER that the Clerk of the Court is hereby directed to remove defendant Abdullah Bin Khalid Al−Thani's motion t the default judgment, entered against him in 03−9849(GBD) from the list of pending motions. Such motion was rende by Order and Stipulation, dated 7/7/06, which vacated the default in that case. (Signed by Judge George B. Daniels or Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09849−GBD(rjm) (Entered: 08/03/2007) |
| )2/2007 | 2010 | ORDER denying (1873) Motion to Dismiss in case 1:03−md−01570−GBD−FM. Defendant Sana−Bell, Inc.'s motion dismiss the complaints against it, on the grounds that the defendant−corporation no longer exists, are denied. (Signed George B. Daniels on 7/27/07) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD, 1:03−cv−06978−GBD(rjm) (Entered: 08/03/2007) |
| )2/2007 | 2011 | ORDER granting (1936 in 03md1570) Motion for Leave for John L. Cuddihy to Withdraw as Attorney for Defendan Abdulrahman Bin Mahfouz. Attorney John Luke Cuddihy terminated in case 1:03−md−01570−GBD−FM. (Signed by George B. Daniels on 8/2/07) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD, 1:03−cv−06978−GBD, 1:04−cv−05970−GBD, 1:04−cv−06105−GBD(rjm) (Entered: 08/03/2007) |
| )2/2007 | 2012 | ORDER in case 1:03−cv−09848−GBD; granting (1384 in 03md1570) Motion to Withdraw as Attorney. It is hereby c David P. Donovan is granted leave to withdraw as counsel for Prince Mohamed al Faisal al Saud in this action. Attor Patrick Donovan terminated in case 1:03−md−01570−GBD−FM (Signed by Judge George B. Daniels on 7/20/07) Fil Associated Cases: 1:03−md−01570−GBD−FM et al.(rjm) (Entered: 08/03/2007) |
| )2/2007 | 2013 | ORDER granting (635 in 03md1570) Motion to Withdraw as Attorney for Saudi Binladin Group, Inc., Bakr Binladin Binladin, Tariq Binladin, and Khalid Bin Mahfouz in all actions. It is further ordered that appearances of Stephen J. E Geoffrey S. Stewart, Timothy J. Finn, Jonathan C. Rose, James E. Gauch, Michael P. Gurdak, Michael R. Shumaker, Stear, and Jennifer A. Shumaker for the above mentioned parties will remain unchanged. Attorney E. Michael Bradle terminated in case 1:03−md−01570−GBD−FM. This Document also relates to 03cv1616. (Signed by Judge George E on 7/20/07) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD(rjm). (Entered: 08/03/20( |
| )2/2007 | 2014 | ORDER in case 1:03−cv−09849−GBD; denying (266 in 03md1570) Motion to Stay in case 1:03−md−01570−GBD−: Defendants Al Haramain Islamic Foundation and Aqeel Al−Aqeel's motion seeking a stay of the proceedings is denie by Judge George B. Daniels on 7/27/07) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09849−G: (Entered: 08/03/2007) |
| )2/2007 | 2015 | ORDER in case 1:03−cv−09849−GBD; granting (1800 in 03md1570) Motion to Vacate in case 1:03−md−01570−GE (Signed by Judge George B. Daniels on 7/30/07) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09849−GBD(rjm) (Entered: 08/03/2007) |
| )2/2007 | 2016 | ORDER denying (1897 in 03md1570) Motion for Leave to File Document in case 1:03−md−01570−GBD−FM. (Sigr Judge George B. Daniels on 7/27/07) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD (Entered: 08/03/2007) |
| )2/2007 | 2017 | ORDER in case 1:03−cv−09849−GBD; granting (1832 in 03md1570) Motion to Vacate in case 1:03−md−01570−GE Plaintiffs' request to strike those portions of defendant's motion, seeking dismissal of the claims asserted against him, Plaintiffs shall respond to defendant's filed motion to dismiss. (Signed by Judge George B. Daniels on 7/30/07) Filed Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−05738−GBD, 1:03−cv−09849−GBD, 1:04−cv−07279−GBI 1:04−cv−07280−GBD(rjm) (Entered: 08/03/2007) |

| | | |
|---|---|---|
| )2/2007 | 2018 | ORDER in case 1:03−cv−09849−GBD; granting (1467) Motion to Withdraw as Attorney that Dean Arnold and Mars are relieved as attorneys of record for defendant Sami Omar Al−Hussayen in this action. Attorney Dean Arnold termi case 1:03−md−01570−GBD−FM. (Signed by Judge George B. Daniels on 7/20/07) Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(rjm) (Entered: 08/03/2007) |
| )2/2007 | 2019 | ORDER in case 1:03−cv−09849−GBD; granting (1945) Motion to Vacate in case 1:03−md−01570−GBD−FM. (Sign Judge George B. Daniels on 7/30/07) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD 1:03−cv−09849−GBD(rjm) (Entered: 08/03/2007) |
| )2/2007 | 2020 | ORDER in case 1:03−cv−09849−GBD; granting (1948) Motion to Vacate in case 1:03−md−01570−GBD−FM. (Sign Judge George B. Daniels on 7/30/07) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09849−GBD 1:04−cv−07279−GBD, 1:04−cv−07280−GBD(rjm) (Entered: 08/03/2007) |
| )3/2007 | 2021 | ORDER that the Clerk of the Court is hereby directed to remove plaintiffs' motion, re: (980 in 1:03−md−01570−GBI MOTION for Leave to File Arabic language document. filed by Federal Insurance Company et al., from the list of pe motions. That motion was denied on 9/21/05. (Signed by Judge George B. Daniels on 7/30/07) Filed In Associated C 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD(rjm) (Entered: 08/03/2007) |
| )6/2007 | 2022 | ORDER. The Estate of deft. Mohammad Abdullah Aljomaih moved to dismiss the claims asserted against deft., purs Fed.R.Civ.P. 25(a)(1), in all the complaints in which he was named. No opposition to the motion has been filed, and which to do so has expired. If no opposition to the motion is filed within 30 days of this Order, the motion will be gra all the complaints in which defendant is named. (Signed by Judge George B. Daniels on 8/3/07) Filed In Associated ( 1:03−md−01570−GBD−FM et al.(rjm) (Entered: 08/06/2007) |
| )6/2007 | 2023 | ORDER. Defendant DMI Administrative Services S.A.'s motion to withdraw its previously filed motions to dismiss t complaints in 03−9849 and 03−6978, is granted. Accordingly, the Clerk of the Court is directed to remove the defend motions to dismiss, designated on the docket sheet as documents 94 and 499, from the pending motion list re: (499 in 1:03−cv−09849−GBD) Memorandum of Law in Opposition to Motion,, filed by World Trade Center Properties LLC Burnett Plaintiffs, Federal Insurance Company et al., Plaintiffs, Euro Brokers Inc., et al., (94 in 1:03−md−01570−GB MOTION to Dismiss *(Notice of Motion)*. filed by DMI Administrative Services S.A. (Signed by Judge George B. Da 8/6/07) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD, 1:03−cv−09849−GBD(rjm) ( 08/07/2007) |
| )9/2007 | 2024 | ORDER re: (1322 in 1:03−md−01570−GBD−FM) MOTION to Amend/Correct *Leave to file Second Amended Comp* by Havlish Plaintiffs. The Clerk of the Court is hereby directed to remove the Havlish Plaintiffs' motion, seeking leav second amended complaint, from the list of pending motions. (Signed by Judge George B. Daniels on 8/8/07) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(rjm) (Entered: 08/09/2007) |
| .0/2007 | 2025 | ORDER granting (1136) Motion to Withdraw Certain Amended RICO Statements, consented to by counsel for the Sa Defendants in case 1:03−md−01570−GBD−FM. (Signed by Judge George B. Daniels on 8/10/07) Filed In Associatec 1:03−md−01570−GBD−FM, 1:04−cv−01922−GBD(rjm) (Entered: 08/10/2007) |
| .0/2007 | 2026 | ORDER in case 1:03−cv−09849−GBD; granting (1227) Motion to Add ; granting (1228) Motion to Add in case 1:03−md−01570−GBD−FM. The Burnett plaintiffs' unopposed motions, purs. to FRCP 15(d), to add parties are grant by Judge George B. Daniels on 8/9/07) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−05738−GB 1:03−cv−09849−GBD(rjm) (Entered: 08/13/2007) |
| .4/2007 | 2027 | MOTION for Reconsideration re; (1989 in 1:03−md−01570−GBD−FM) Endorsed Letter,,,, *Plaintiffs' Objections to ( Magistrate Judge Maas Dated July 26, 2007*. Document filed by Burnett & Ashton Plaintiffs. (Attachments: # 1 Exhi Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09849−GBD(E Michael) (Entered: 08/14/2007) |
| 23/2007 | 2028 | NOTICE of of Filing. Document filed by Al Haramain Islamic Foundation, Inc.. (Kabat, Alan) (Entered: 08/23/2007) |
| 23/2007 | 2029 | MOTION to Dismiss. Document filed by Abdul Hamid Abu Sulayman.(Barentzen, Steven) (Entered: 08/23/2007) |
| 23/2007 | 2030 | MEMORANDUM OF LAW in Support re: 2029 MOTION to Dismiss.. Document filed by Abdul Hamid Abu Sulay (Barentzen, Steven) (Entered: 08/23/2007) |
| 23/2007 | 2031 | MOTION to Dismiss. Document filed by Samir Salah.(Barentzen, Steven) (Entered: 08/23/2007) |
| 23/2007 | 2032 | MEMORANDUM OF LAW in Support re: 2031 MOTION to Dismiss.. Document filed by Samir Salah. (Barentzen, (Entered: 08/23/2007) |
| 24/2007 | 2033 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint,,,,,. Havlish Defendants served on 1/20/2007, ansv 2/9/2007. Service was made by Mail. Document filed by Havlish Plaintiffs. (Attachments: # 1 Exhibit A# 2 Exhibit E C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Ex Exhibit M)(Corr, Stephen) (Entered: 08/24/2007) |

| | | |
|---|---|---|
| 31/2007 | 2034 | RESPONSE in Opposition re: 2027 MOTION for Reconsideration re; (1989 in 1:03−md−01570−GBD−FM) Endorse *Plaintiffs' Objections to Order of Magistrate Judge Maas Dated July 26, 2007*. MOTION for Reconsideration re; (19 1:03−md−01570−GBD−FM) Endorsed Letter,,,, *Plaintiffs' Objections to Order of Magistrate Judge Maas Dated July* Document filed by Saudi Binladin Group, Inc.. (Gauch, James) (Entered: 08/31/2007) |
| 14/2007 | 2035 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from James E. Gauch dated 9/10/07 re: Deft. Saud Group requests a 3−day extension of the Court's 9/10/07 deadline for SBG's production of two categories of documen SBG's Second Supplemental responses to Ptffs' jurisdictional interrogatories. ENDORSEMENT: "So Ordered." (Sign Judge Frank Maas on 9/10/07) (rjm) (Entered: 09/17/2007) |
| 17/2007 | 2036 | REPORT AND RECOMMENDATION TO THE HON. GEORGE B. DANIELS. Objections to R&R due by 10/4/20 motion to dismiss the Amended Complaint of plaintiff April Gallop (Gallop Docket No. 49) should be granted. (Sign Frank Maas on 9/17/07) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−07281−GBD−FM(rjm) (E 09/17/2007) |
| 18/2007 | 2037 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Ronald S. Liebman dated 8/13/07 re: The Na Commercial Bank ("NCB") respectfully submit this response to the 8/7/07 letter from plaintiffs' counsel, Andrew Ma opposing the request in our 7/31/07 letter seeking leave to propound contention discovery concerning plaintiffs' theor personal jurisdiction over NCB. ENDORSEMENT: Plaintiffs have opposed this request solely on 2 grounds. The firs premature, is mooted by my memo endorsement on Mr. Maloney's 8/16/07 letter. The second, asserted without any re authority is that NCB has the burden of proof because it raised personal jurisdiction as an affirmative defense. In the a full−blown evidentiary hearing, the plaintiffs need only make a prima facie showing of personal jurisdiction. Ultima however plaintiffs must establish jurisdiction at a hearing or trial by a preponderance of the evidence... At this stage, entitled to answers to its contention interrogatories. Accordingly, the plaintiffs are directed to respond to the interroga 10/16/07. (Signed by Magistrate Judge Frank Maas on 9/18/07) Filed In Associated Cases: 1:03−md−01570−GBD−F 1:03−cv−09849−GBD(rjm). (Entered: 09/19/2007) |
| 18/2007 | 2038 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Andrew J. Maloney III dated 8/16/07 re: lett response to NCB's latest reply objecting to any more discovery. ENDORSEMENT: There is nothing in the materials this letter to suggest that SNCB engaged in any activities in the United States −− through agents or otherwise −− afte Accordingly, whatever the Plaintiffs' views of Mr. Smith's deficiencies may be, it is clear that the proposed depositio Virginia Pensa, Frederik Crawford, or Thomas Krohley would be a fishing expedition. The request to depose one of t therefore denied. (Signed by Magistrate Judge Frank Maas on 9/18/07) (rjm) (Entered: 09/19/2007) |
| 21/2007 | 2039 | RICO STATEMENT *applicable to Samir Salah*. Document filed by Federal Insurance Company et al., Plaintiffs. (At # 1 Exhibit B)Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD(Feldman, Elliott) (Entered: 09/ |
| 01/2007 | 2040 | MOTION Reverse/Modify Maas Orders of 9/18/2007 re: 2037 Endorsed Letter,,,,, 2038 Endorsed Letter,,. Documen Burnett & Ashton Plaintiffs. (Attachments: # 1 Exhibit Underlying Orders# 2 Exhibit Dep of Smith# 3 Exhibit NY C 4 Exhibit SNBC Financial Stmts# 5 Exhibit US Treasury Dept Report# 6 Exhibit Dec of Reddy# 7 Exhibit Letter fro Counsel# 8 Exhibit June 2001 Fax# 9 Exhibit BCL Excerpts)(Maloney, Andrew) (Entered: 10/01/2007) |
| 03/2007 | 2041 | ORDER. The docket sheet for this matter indicates that several objections to my prior discovery rulings have been su Judge Daniels. Although these objections are available via ECF, they do not generally come to my attention in that m Accordingly, henceforth, any party filing an objection to any of my rulings is directed to send a courtesy copy thereo Chambers. (Signed by Magistrate Judge Frank Maas on 10/3/07) (rjm) (Entered: 10/04/2007) |
| 03/2007 | 2042 | DISCOVERY ORDER... that Mr. Griffin be deposed for a maximum of two hours at a suitable location near his resi Maryland. I further direct that if Mr. Griffin's physician believes it is medically necessary, the deposition be conducte course of two days... I will also permit a two−hour deposition of Dr. Rihani... Nonetheless, if SBG would prefer that the questioning, Mr. Gauch should contact my Chambers together with plaintiffs' counsel to arrange a suitable date a and as further set forth regarding the procedures to be followed that shall govern the handling of this Order. (Signed b Frank Maas on 10/3/07) (rjm) (Entered: 10/04/2007) |
| 05/2007 | 2043 | REPLY MEMORANDUM OF LAW in Support re: 1832 MOTION to Vacate *Defaults and Dismiss the Claims Agai Zaki Yamani*.. Document filed by Ahmed Zaki Yamani. (Attachments: # 1 Exhibit A − Letter from R. Hamilton to R. and R. Haefele, Aug. 6, 2007)(Hamilton, Rayner) (Entered: 10/05/2007) |
| 09/2007 | 2044 | NOTICE OF CHANGE OF ADDRESS by Steven Karl Barentzen on behalf of Ahmed Totonji, Iqbal Yunus, Jamal B Mohammed Jaghlit, Mena Corporation, Sterling Management Group, Inc., Samir Salah, M. Yaqub Mirza, Abdul Har Sulayman, African Muslim Agency, Grove Corporate, Inc., Heritage Education Trust, International Institute of Islam Mar−Jac Investments, Inc., Reston Investments, Inc., Safa Trust, York Foundation, Sterling Charitable Gift Fund, Mu Ashraf, M. Omar Ashraf, Taha Jaber Al−Alwani. New Address: DLA Piper US LLP, 500 8th Street, NW, Washingto United States of America 20004, 2027994500. (Barentzen, Steven) (Entered: 10/09/2007) |
| 15/2007 | 2045 | RESPONSE to Motion re: 2040 MOTION Reverse/Modify Maas Orders of 9/18/2007 re: 2037 Endorsed Letter,,,,, 2 Endorsed Letter,,. MOTION Reverse/Modify Maas Orders of 9/18/2007 re: 2037 Endorsed Letter,,,,, 2038 Endorsed Document filed by National Commercial Bank. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Liebman, Ro |

| | | |
|---|---|---|
| | | (Entered: 10/15/2007) |
| 22/2007 | 2046 | MOTION for Ronald S. Liebman to Withdraw as Attorney *of Record for National Commercial Bank*. Document filed National Commercial Bank. (Attachments: # 1 Affidavit Declaration in Support of Motion for Leave to Withdraw# 2 Proposed Order)(Berger, Mitchell) (Entered: 10/22/2007) |
| 29/2007 | 2047 | REQUEST TO ENTER DEFAULT against Central Bank of the Islamic Republic of Iran, National Iranian Petro Che Company, National Iranian Oil Company, National Iranian Tanker Company, Iran Air, National Iranian Gas Compan Ministry of Defense and Armed Forces Logistics, Iran Ministry of Petroleum, Iran Ministry of Economic Affairs and Iran Ministry of Commerce, Iran Ministry of Intelligence and Security, Islamic Republic of Iran, The Islamic Revolu Guard Corps., Hezbollah, Ali Akbar Hashemi Rafsanjani, Ayatollah Ali Hoseini−Khamenei. Document filed by Hav Plaintiffs. (Attachments: # 1 Text of Proposed Order Rule 55(a) Order)(Corr, Stephen) (Entered: 10/29/2007) |
| 29/2007 | 2048 | MEMORANDUM OF LAW in Opposition re: 2031 MOTION to Dismiss. *of Defendant Samir Salah*. Document file Burnett Plaintiffs, Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit Federal Insurance − Salah Statement − Exhibit A)(Feldman, Elliott) (Entered: 10/29/2007) |
| 01/2007 | 2049 | NOTICE OF CHANGE OF ADDRESS by John F. Lauro on behalf of Faisal Islamic Bank. New Address: Lauro Law E. Kennedy Blvd., Suite 3100, Tampa, FL, USA 33602, 813−222−8990. (Lauro, John) (Entered: 11/01/2007) |
| 01/2007 | 2050 | NOTICE OF CHANGE OF ADDRESS by Viet D. Dinh on behalf of Yousef Jameel. New Address: Bancroft Associ 1919 M St., NW, Suite 470, Washington, DC, USA 20036, 202−234−0090. (Dinh, Viet) (Entered: 11/01/2007) |
| 15/2007 | 2051 | NOTICE of Corrected Reply Memorandum re: 1906 Reply Memorandum of Law in Support of Motion. Document fi Sanabel Al−Kheer, Inc.. (Attachments: # 1)(McMahon, Martin) (Entered: 11/15/2007) |
| 04/2007 | 2052 | NOTICE of of Filing. Document filed by Soliman H.S. Al−Buthe. (Kabat, Alan) (Entered: 12/04/2007) |
| 18/2007 | 2053 | REPLY MEMORANDUM OF LAW in Support re: (2031 in 1:03−md−01570−GBD−FM) MOTION to Dismiss. *Rep Memorandum of Law in Support of Samir Salah's Motion to Dismiss Pursuant to Rule 12(B)(6) for Failure to State a* Document filed by Samir Salah. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD, 1:03−cv−09849−GBD(Barentzen, Steven) (Entered: 12/18/200 |
| 18/2007 | 2054 | NOTICE of Unopposed Motion to Dismiss re: (2030 in 1:03−md−01570−GBD−FM) Memorandum of Law in Suppo Motion, (2029 in 1:03−md−01570−GBD−FM) MOTION to Dismiss.. Document filed by Abdul Hamid Abu Sulaym Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09849−GBD, 1:04−cv−07279−GBD, 1:04−cv−07280−GBD(Barentzen, Steven) (Entered: 12/18/2007) |
| 19/2007 | 2055 | NOTICE of Voluntary Dismissal. Document filed by Burnett Plaintiffs, Euro Brokers Inc., et al., World Trade Cente LLC, et al.. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09849−GBD, 1:04−cv−07279−GBD, 1:04−cv−07280−GBD(Elsner, Michael) (Entered: 12/19/2007) |
| 20/2007 | 2056 | ORDER... that Ronald S. Liebman is relieved as one of the attorneys of record for NCB in the captioned actions. It is ordered that appearance of Mitchell R. Berger for NCB in the captioned actions will remain unchanged. This docume 02cv7236, 03cv3859 as well as the member cases listed on this document. (Signed by Judge George B. Daniels on 12 Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(rjm) (Entered: 12/20/2007) |
| 20/2007 | 2057 | ORDER... Plaintiffs' objections are overruled, and the Orders of Magistrate Judge Maas, dated 9/18/07, are affirmed. Judge George B. Daniels on 12/20/07) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:02−cv−06977−GB 1:03−cv−09849−GBD(rjm) (Entered: 12/20/2007) |
| 20/2007 | 2058 | ORDER... that Plaintiffs' application to vacate Magistrate Judge Maas' 7/26/07 Order is denied. (Signed by Judge Ge Daniels on 12/20/07) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD, 1:03−cv−09849−GBD(rjm) (Entered: 12/20/2007) |
| 21/2007 | 2059 | ORDER... The Federal Insurance, Burnett, Ashton and O'Neill plaintiffs seek discovery of the activities and relations defendants as far back as 1988. They request that the Court strike the global objections, by defendants Muslim World International Islamic Relief Organization and Wa'el Jelaidan, to any discovery prior to 1996. Plaintiffs maintain that pertaining to years prior to 1996, is directly relevant to their claims that those defendants aided and abetted, conspire materially supported al Qaeda after it "was established in 1988 or earlier." Defendants contend that matters pre−datin at the earliest 1996, are irrelevant because defendants were not put on notice of al Qaeda's terrorist activities towards States until Osama bin Laden's 1996 fatwah declaring war on Americans. Defendants further argue that the discovery overly burdensome and outweighs any minimal benefit to plaintiffs... The objections asserted by these defendants to pre−1996 discovery are hereby struck, to the extent that the defendants are directed to respond to plaintiffs' requests f discovery relating back to the period beginning in 1992... and as further set forth. (Signed by Judge George B. Daniel 12/21/07) (rjm) (Entered: 12/21/2007) |

| | | |
|---|---|---|
| 26/2007 | 2060 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Mitchell R. Berger dated 11/29/07 re: NCB's that the Court order plaintiffs to provide sufficient responses in narrative form, to NCB's First Set of Jurisdictional Interrogatories and Requests for Production of Documents. ENDORSEMENT: I have reviewed this letter and its Dec and 7 progeny, and I adhere to my view that NCB is entitled to meaningful answers to its contention interrogatories. I judgment, answers which merely reference a mass of documents do not suffice to meet the plaintiffs' obligations. Acc the plaintiffs are directed to provide revised interrogatory answers, in narrative form, by 2/1/08. The plaintiffs retain t revise or supplement those answers, of course, should Judge Daniels (or I) permit them to engage in further discovery concerning NCB's alleged aviation business. (Signed by Magistrate Judge Frank Maas on 12/26/07) (rjm) (Entered: 1 |
| 27/2007 | 2061 | ORDER. All issues to be addressed by the Court should be presented in the form of a filed and docketed letter applica motion. To determine the necessity and ensure the productivity of such a conference, the scheduled 1/18/08 conferen postponed 60 days to (Status Conference set for) 3/18/2008 at 10:00 AM before Judge George B. Daniels. Letter App Motions relevant to the conference due by 1/15/2008., Responses due by 2/15/2008. If all outstanding issues are reso March 18th... the regularly anticipated six−month conference will be scheduled for 7/15/08... and as further set forth order. (Signed by Judge George B. Daniels on 12/27/07) (rjm) (Entered: 12/27/2007) |
| 1/2008 | 2062 | MOTION to Remand. Document filed by Havlish Plaintiffs. (Attachments: # 1 Exhibit A)(Corr, Stephen) (Entered: 0 |
| 5/2008 | 2063 | NOTICE of Plaintiffs' Removal of Parties Pursuant to Case Management Order No. 2 and Federal Rule of Civil Proc Document filed by Burnett Plaintiffs. (Attachments: # 1 Attachment A)Filed In Associated Cases: 1:03−md−01570−( 1:03−cv−09849−GBD(Elsner, Michael) (Entered: 01/15/2008) |
| 5/2008 | 2064 | NOTICE of Plaintiffs' Removal of Parties Pursuant to Case Management Order No. 2 and Federal Rule of Civil Proc Document filed by Euro Brokers Inc., et al.. (Attachments: # 1 Attachment A)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−07279−GBD(Elsner, Michael) (Entered: 01/15/2008) |
| 5/2008 | 2065 | NOTICE of Plaintiffs' Removal of Parties Pursuant to Case Management Order No. 2 and Federal Rule of Civil Proc Document filed by World Trade Center Properties LLC, et al.. (Attachments: # 1 Attachment A)Filed In Associated C 1:03−md−01570−GBD−FM, 1:04−cv−07280−GBD(Elsner, Michael) (Entered: 01/15/2008) |
| 6/2008 | 2066 | NOTICE of Supplemental Authority. Document filed by Yousef Jameel. (Attachments: # 1 Exhibit 1)(Dinh, Viet) (E 01/16/2008) |
| 2/2008 | 2068 | NOTICE of Voluntary Dismissal. Document filed by Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570− 1:03−cv−05738−GBD(Elsner, Michael) (Entered: 02/12/2008) |
| 5/2008 | 2069 | RESPONSE in Opposition re: 1057 MOTION to Dismiss *for Lack of Jurisdiction or Failure to State a Claim. PLAIN RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY FILED BY DEFENDANT YOUSEF JAMEEL*. Docum Plaintiffs Executive Committees. (Bierstein, Andrea) (Entered: 02/15/2008) |
| 8/2008 | 2070 | NOTICE of Notice of Withdrawal of Motion for Suggestion of Remand re: 2062 MOTION to Remand.. Document fi Havlish Plaintiffs. (Corr, Stephen) (Entered: 02/18/2008) |
| 4/2008 | 2071 | ORDER. The discovery dispute between the Burnett and Ashton plaintiffs and defendant Saudi Binladin Group, outli plaintiffs' letter to this Court dated 12/28/07 is referred to Magistrate Judge Frank Maas for his resolution. (Signed by George B. Daniels on 3/14/08) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD, 1:03−cv−09849−GBD(rjm) (Entered: 03/14/2008) |
| 4/2008 | 2072 | ORDER. This Order addresses four matters discussed in the Plaintiffs' Executive Committees' 3/13/08 letter to this C Impediments to Discovery: All discovery disputes should be submitted to the Court by written application, describing specifically the nature of the dispute and the relief requested. Defendants' Contention Discovery: Any current dispute the parties regarding the timing of contention discovery should be presented to the magistrate judge for his resolution Applicable in Fewer than All Cases: Any party, plaintiff or defendant, seeking to extend any prior ruling in one case case, should specify the cases and claims at issue and the grounds urged in support of the prior ruling's applicability. Motions to Dismiss: All previously filed motions to dismiss are being reviewed and decided on an issue−by−issue ba subject matter jurisdiction motions to dismiss on the grounds of sovereign immunity are currently under consideration decision on that issue will be followed by decisions on all personal jurisdiction motions to dismiss, and motions to di failure to state a cause of action. The 3/18/08 conference is cancelled, ( Status Conference set for 7/15/2008 at 10:00 Judge George B. Daniels.) (Signed by Judge George B. Daniels on 3/14/08) (rjm) (Entered: 03/14/2008) |
| 8/2008 | 2073 | ORDER... Defendant Santa−Bell, Inc. shall appropriately respond to plaintiffs within sixty days of the date of this Or as further set forth. (Signed by Judge George B. Daniels on 3/18/08) Filed In Associated Cases: 1:03−md−01570−GE 1:02−cv−06977−GBD, 1:03−cv−06978−GBD(rjm) (Entered: 03/18/2008) |
| 8/2008 | 2074 | ORDER, ( Discovery Conference set for 4/11/2008 at 02:00 PM in Courtroom 20A, 500 Pearl Street, New York, NY before Magistrate Judge Frank Maas). The conference shall relate exclusively to the discovery disputes that Judge Da referred to me in his Orders dated 3/14/08. (Signed by Magistrate Judge Frank Maas on 3/18/08) (rjm) (Entered: 03/1 |

| | | |
|---|---|---|
| )7/2008 | 2075 | NOTICE of Voluntary Dismissal. Document filed by Zurich American Insurance Company, American Zurich Insurar Company, Assurance Company of Amer, Colonial American Casualty and Surety Insurance Company, Fidelity And Company of Maryland, Maryland Casualty Company, Northern Insurance Company of New York, Steadfast Insuranc Company, Valiant Insurance Company. (Feldman, Elliott) (Entered: 04/07/2008) |
| )7/2008 | 2076 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Martin F. McMahon dated 4/3/08 re: Reques presence of the firm, Martin F. McMahon & Associates, be waived at the 4/11/08 Discovery Conference. ENDORSE Mr. Carter's 4/7/08 letter outlines the issues so I look forward to Mr. McMahon's attendance. The conference has beer to 11:00am. (Signed by Magistrate Judge Frank Maas on 4/7/08) (rjm) (Entered: 04/08/2008) |
| .1/2008 | | Minute Entry for proceedings held before Magistrate Judge Frank Maas: Discovery Hearing held on 4/11/2008. (pl) ( 04/16/2008) |
| .5/2008 | 2077 | ORDER... that unless and until the Court orders otherwise, the plaintiffs need not update their responses or respond f requests for the production of documents and interrogatories previously served by defendants Muslim World League, International Islamic Relief Organization, and Wa'el Jelaidan. (Signed by Magistrate Judge Frank Maas on 4/14/08) ( (Entered: 04/15/2008) |
| .8/2008 | 2078 | MOTION for Michael J. Guzman to Withdraw as Attorney. Document filed by Turki Al Faisal Al Saud.(Kellogg, Mi (Entered: 04/18/2008) |
| 25/2008 | 2079 | NOTICE OF CHANGE OF ADDRESS by Jerry Stephen Goldman on behalf of Estate of John P.O'Neill, Sr.. New A Anderson Kill & Olick, P.C., Jerry S. Goldman, Esquire, 1251 Avenue of the Americas, New York, New York, 1002 212−278−1000. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−01076−GBD(Goldman, Jerry) (En 04/25/2008) |
| 25/2008 | 2080 | NOTICE OF CHANGE OF ADDRESS by Jerry Stephen Goldman on behalf of Esate of John P. O'Neill, Sr.. New A Anderson Kill & Olick, P.C., Jerry S. Goldman, Esquire, 1251 Avenue of the Americas, New York, New York, 1002 212−278−1000. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−01922−GBD(Goldman, Jerry) (En 04/25/2008) |
| 25/2008 | 2081 | NOTICE OF CHANGE OF ADDRESS by Jerry Stephen Goldman on behalf of Estate of John P.O'Neill, Sr., Estate c P.O'Neill, Sr.. New Address: Anderson Kill & Olick, P.C., Jerry S. Goldman, Esquire, 1251 Avenue of the Americas, York, New York, 10020, 212−278−1000. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−01923−GBD(Goldman, Jerry) (Entered: 04/25/2008) |
| 25/2008 | 2082 | NOTICE OF CHANGE OF ADDRESS by Jerry Stephen Goldman on behalf of Estate of John P.O'Neill, Sr., Estate c Patrick O'Neill Sr.. New Address: Anderson Kill & Olick, P.C., 1251 Avenue of the Americas, Jerry S. Goldman, Es York, New York, 10020, 212−278−1000. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−01076−GBD(Goldman, Jerry) (Entered: 04/25/2008) |
| 25/2008 | 2083 | NOTICE OF CHANGE OF ADDRESS by Jerry Stephen Goldman on behalf of Estate of John P.O'Neill, Sr.. New A Anderson Kill & Olick, P.C., Jerry S. Goldman, Esquire, 1251 Avenue of the Americas, New York, New York, 1002 212−278−1000. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−01922−GBD(Goldman, Jerry) (En 04/25/2008) |
| 25/2008 | 2084 | NOTICE OF CHANGE OF ADDRESS by Jerry Stephen Goldman on behalf of Estate of John P.O'Neill, Sr., Estate c P.O'Neill, Sr.. New Address: Anderson Kill & Olick, P.C., Jerry S. Goldman, Esquire, 1251 Avenue of the Americas, York, New York, 10020, 212−278−1000. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−01923−GBD(Goldman, Jerry) (Entered: 04/25/2008) |
| )2/2008 | 2085 | TRANSCRIPT of proceedings held on 4/11/08, 11:05am before Magistrate Judge Frank Maas. (rjm) (Entered: 05/02/ |
| )9/2008 | 2087 | MOTION for Marc D. Powers to Withdraw as Attorney. Document filed by The Republic of Iraq, Republic of Iraq. (Attachments: # 1 Text of Proposed Order Proposed Order to Withdraw Marc D. Powers as Co−Lead Counsel, # 2 C Service)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD, 1:04−cv−01076−GBD, 1:04−cv−06105−GBD(Powers, Marc) (Entered: 05/09/2008) |
| )9/2008 | 2088 | AFFIRMATION of Marc D. Powers,Esq. in Support re: (411 in 1:04−cv−06105−GBD) MOTION for Marc D. Powe Withdraw as Attorney.. Document filed by The Republic of Iraq, Republic of Iraq. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD, 1:04−cv−01076−GBD, 1:04−cv−06105−GBD(Powers, Marc) ( 05/09/2008) |
| 21/2008 | 2089 | ORDER. The sealed transcript of the April 11, 2008, conference held before me in this matter shall be unsealed, exce following lines in the transcript shall remain sealed as set forth herein...; This ruling is without prejudice to any applic unsealing that the plaintiffs later may make. (Signed by Magistrate Judge Frank Maas on 5/21/08) (djc) (Entered: 05/ |
| 21/2008 | 2090 | DISCOVERY ORDER. As set forth above, the plaintiffs' requests for further discovery are granted in part and deniec SBG shall produce any further documentation required by this Discovery Order within four weeks. Additionally, bec |

| | | |
|---|---|---|
| | | Daniels' discovery reference to me was for the limited purpose of resolving the issues set forth above, the Clerk of the respectfully requested to close the reference. (Signed by Magistrate Judge Frank Maas on 5/21/08) (djc) (Entered: 05/ |
| 09/2008 | 2092 | FILING ERROR − WRONG DOCUMENT TYPE SELECTED FROM MENU − MOTION for Reconsideration re; ( 1:03−md−01570−GBD−FM) Order, *Plaintiffs' Objections to Order of Magistrate Judge Maas Dated May 21, 2008*. filed by Burnett & Ashton Plaintiffs. (Attachments: # 1 Exhibit 1)Filed In Associated Cases: 1:03−md−01570−GBD− 1:02−cv−06977−GBD, 1:03−cv−09849−GBD(Elsner, Michael) Modified on 6/10/2008 (jar). (Entered: 06/09/2008) |
| 10/2008 | | ***NOTE TO ATTORNEY TO RE−FILE DOCUMENT − DOCUMENT TYPE ERROR. Note to Attorney Michael RE−FILE Document (591 in 1:02−cv−06977−GBD, 531 in 1:03−cv−09849−GBD, 2092 in 1:03−md−01570−GBD− MOTION for Reconsideration re; (2090 in 1:03−md−01570−GBD−FM) Order. Use the document type Objection (no found under the document list Other Answers. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:02−cv−069 1:03−cv−09849−GBD(jar) (Entered: 06/10/2008) |
| 10/2008 | 2093 | Objection re: (2090 in 1:03−md−01570−GBD−FM) Order, *Plaintiffs' Objections to Order of Magistrate Judge Maas 21, 2008*. Document filed by Burnett & Ashton Plaintiffs. (Attachments: # 1 Exhibit 1)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD, 1:03−cv−09849−GBD(Elsner, Michael) (Entered: 06/10/2008) |
| 12/2008 | 2094 | TRANSCRIPT of proceedings held on 4/11/08, 12:05pm before Magistrate Judge Frank Maas. (rjm) (Entered: 06/12 |
| 17/2008 | 2095 | MOTION for Amy Berman Jackson to Withdraw as Attorney. Document filed by Martin Watcher, Erwin Watcher, S Treuhand Anstalt, Asat Trust Reg..(Gourevitch, David) (Entered: 06/17/2008) |
| 23/2008 | 2096 | FILING ERROR − DEFICIENT DOCKET ENTRY − (MISSING EXHIBIT) MOTION to Remand *Plaintiffs' Motion Suggestion of Remand*. Document filed by Havlish Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(Corr, Stephen) Modified on 6/27/2008 (kco). (Entered: 06/23/2008) |
| 23/2008 | 2097 | MOTION to Remand *Plaintiffs' Unopposed Motion for Suggestion of Remand*. Document filed by Havlish Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(Corr, St (Entered: 06/23/2008) |
| 26/2008 | 2098 | RESPONSE *to Plaintiffs' Objections to Order of Magistrate Judge Maas Dated May 21, 2008*. Document filed by Sa Binladin Group, Inc.. (Gauch, James) (Entered: 06/26/2008) |
| 08/2008 | 2099 | ORDER TO WITHDRAW MARC D. POWERS AS CO−LEAD COUNSEL that Baker & Hostetler, LLP, through M Powers, is hereby permitted to be withdrawn as counsel for Defendant Republic of Iraq in the referenced action. (Sign Judge George B. Daniels on 7/8/08) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−06105−GBD( (Entered: 07/08/2008) |
| 08/2008 | 2100 | ORDER TO WITHDRAW MICHAEL J. GUZMAN AS ATTORNEY OF RECORD that Michael J. Guzman be with counsel for Defendant Prince Turki Al Faisal Bin Abdulaziz Al Saud in the referenced action. (Signed by Judge Geor Daniels on 7/8/08) Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(rjm) (Entered: 07/08/2008) |
| 08/2008 | 2101 | ORDER granting (2095 in 03md1570) Motion to Withdraw as Attorney. Attorney Amy Berman Jackson terminated i 1:03−md−01570−GBD−FM. Also relates to 03cv9839. (Signed by Judge George B. Daniels on 7/8/08) Filed In Asso Cases: 1:03−md−01570−GBD−FM et al. (rjm) (Entered: 07/08/2008) |
| 08/2008 | 2118 | NOTICE of Voluntary Dismissal pursuant to Rule 41(a)(1) of the F.R.C.P. and as further set forth. (Signed by Judge Daniels on 7/8/08) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−05738−GBD(rjm) Modified on (rjm). (Entered: 07/23/2008) |
| 09/2008 | 2102 | ORDER denying (229) Motion to Remand in case 1:03−cv−09848−GBD; denying (2097) Motion to Remand in case 1:03−md−01570−GBD−FM and as further set forth in said order. (Signed by Judge George B. Daniels on 7/8/08) Fil Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(rjm) (Entered: 07/09/2008) |
| 09/2008 | 2103 | STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE... that pursuant to Federal Rule of Civil Proce 41(a)(1)(A)(ii), Plaintiffs Zurich American Insurance Company, American Guarantee and Liability Insurance Compa American Zurich Insurance Company, Assurance Company of America, Colonial American Casualty and Surety Insu Company, Fidelity and Deposit Company of Maryland, Maryland Casualty Company, Northern Insurance Company York, Steadfast Insurance Company and Valiant Insurance Company hereby stipulate to dismiss from this action, all against defendants Wael Julaidan, Muslim World League and International Islamic Relief Organization and agree tha is voluntarily dismissed by the Court with prejudice... each party shall bear its own costs and fees. (Signed by Judge Daniels on 7/9/08) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD(rjm) (Entered: 07/ |
| 09/2008 | 2104 | STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE... that pursuant to Federal Rule of Civil Proce 41(a)(1)(A)(ii), Plaintiffs Zurich American Insurance Company, American Guarantee and Liability Insurance Compa American Zurich Insurance Company, Assurance Company of America, Colonial American Casualty and Surety Insu Company, Fidelity and Deposit Company of Maryland, Maryland Casualty Company, Northern Insurance Company York, Steadfast Insurance Company and Valiant Insurance Company hereby stipulate to dismiss from this action, all |

| | | |
|---|---|---|
| | | against defendant Jamal Barzinji and agree that this action is voluntarily dismissed by the Court with prejudice... eacl bear its own costs and fees. (Signed by Judge George B. Daniels on 7/8/08) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD(rjm) (kkc). (Entered: 07/09/2008) |
| )9/2008 | 2105 | STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE... that pursuant to Federal Rule of Civil Proce 41(a)(1)(A)(ii), Plaintiffs Zurich American Insurance Company, American Guarantee and Liability Insurance Compa American Zurich Insurance Company, Assurance Company of America, Colonial American Casualty and Surety Insu Company, Fidelity and Deposit Company of Maryland, Maryland Casualty Company, Northern Insurance Company York, Steadfast Insurance Company and Valiant Insurance Company hereby stipulate to dismiss from this action, all against all defendants who have yet to file either an answer or a motion for summary judgment... and as further set fo Notice of Voluntary Dismissal. (Signed by Judge George B. Daniels on 7/9/08) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD(rjm) (Entered: 07/09/2008) |
| .1/2008 | 2106 | ORDER. Defendant National Commercial Bank's application for leave to renew its motion to dismiss for lack of pers jurisdiction, is granted. Defendant's request, to submit a single supporting memorandum of law not to exceed 35 page granted. To the extent that plaintiffs believe that additional jurisdictional discovery is necessary prior to filing a respo specific discovery request and a request for a stay or extension of the time in which to respond to the motion should b the magistrate judge. (Signed by Judge George B. Daniels on 7/11/08) Filed In Associated Cases: 1:03−md−01570−C al.(rjm) (Entered: 07/11/2008) |
| .1/2008 | 2107 | REPLY re: (532 in 1:03−cv−09849−GBD, 592 in 1:02−cv−06977−GBD, 2093 in 1:03−md−01570−GBD−FM) Obje (non−motion), Objection (non−motion) *Plaintiffs' Reply in Further Support of Their Objections to Order of Magistra Maas Dated May 21, 2008*. Document filed by Burnett & Ashton Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Ass Cases: 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD, 1:03−cv−09849−GBD(Haefele, Robert) (Entered: 07/11/ |
| .4/2008 | 2108 | ORDER... The Burnett and Ashton plaintiffs object to Magistrate Judge Frank Maas' 5/21/08 discovery order to the e he did not fully grant their additional discovery requests... The challenged discovery order is neither contrary to law r erroneous. Plaintiffs' objections are overruled, and the Order of Magistrate Judge Maas, dated 5/21/08, stands. (Signe George B. Daniels on 7/8/08) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD, 1:03−cv−09849−GBD(rjm) (Entered: 07/14/2008) |
| .4/2008 | 2109 | ORDER that Conference is rescheduled at the parties' request, from 7/15/08 to 9/15/2008 at 10:00 AM before Judge ( Daniels. (Signed by Judge George B. Daniels on 7/14/08) (rjm) (Entered: 07/14/2008) |
| 22/2008 | 2110 | MOTION to Dismiss. Document filed by National Commercial Bank.(Berger, Mitchell) (Entered: 07/22/2008) |
| 22/2008 | 2111 | MEMORANDUM OF LAW in Support re: 2110 MOTION to Dismiss.. Document filed by National Commercial Ba Mitchell) (Entered: 07/22/2008) |
| 22/2008 | 2112 | AFFIDAVIT of Dr. Abubaker Ali Bagabir in Support re: 2110 MOTION to Dismiss.. Document filed by National Co Bank. (Berger, Mitchell) (Entered: 07/22/2008) |
| 22/2008 | 2113 | AFFIDAVIT of Thomas M. Krohley in Support re: 2110 MOTION to Dismiss.. Document filed by National Comme (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Berger, Mitchell) (Entered: 07/22/2008) |
| 22/2008 | 2114 | DECLARATION of Jorge Juco in Support re: 2110 MOTION to Dismiss.. Document filed by National Commercial (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Berger, Mitch (Entered: 07/22/2008) |
| 22/2008 | 2115 | AFFIDAVIT of Mitchell R. Berger in Support re: 2110 MOTION to Dismiss.. Document filed by National Commerc (Attachments: # 1 Exhibit 1, # 2 Exhibit 2a, # 3 Exhibit 2b, # 4 Exhibit 3a, # 5 Exhibit 3b, # 6 Exhibit 4, # 7 Exhibit 5 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10)(Berger, Mitchell) (Entered: 07/22/2008) |
| 22/2008 | 2116 | AFFIDAVIT of Mitchell R. Berger with Additional Exhibits in Support re: 2110 MOTION to Dismiss.. Document fi National Commercial Bank. (Attachments: # 1 Exhibit 11, # 2 Exhibit 12, # 3 Exhibit 13, # 4 Exhibit 14, # 5 Exhibit Exhibit 16, # 7 Exhibit 17, # 8 Exhibit 18, # 9 Exhibit 19, # 10 Exhibit 20, # 11 Exhibit 21, # 12 Exhibit 22, # 13 Exh 14 Exhibit 24, # 15 Exhibit 25, # 16 Exhibit 26, # 17 Exhibit 27, # 18 Exhibit 28, # 19 Exhibit 29, # 20 Exhibit 30, # 31, # 22 Exhibit 32, # 23 Exhibit 33, # 24 Exhibit 34, # 25 Exhibit 35, # 26 Exhibit 36, # 27 Exhibit 37, # 28 Exhibit Exhibit 39, # 30 Exhibit 40, # 31 Exhibit 41, # 32 Exhibit 42, # 33 Exhibit 43, # 34 Exhibit 44, # 35 Exhibit 45a, # 36 45b)(Berger, Mitchell) (Entered: 07/22/2008) |
| 22/2008 | 2117 | AFFIDAVIT of Mitchell R. Berger with Additional Exhibits in Support re: 2110 MOTION to Dismiss.. Document fi National Commercial Bank. (Attachments: # 1 Exhibit 46, # 2 Exhibit 47, # 3 Exhibit 48, # 4 Exhibit 49, # 5 Exhibit Exhibit 51, # 7 Exhibit 52, # 8 Exhibit 53, # 9 Exhibit 54, # 10 Exhibit 55, # 11 Exhibit 56, # 12 Exhibit 57a, # 13 Ex 14 Exhibit 58, # 15 Exhibit 59, # 16 Exhibit 60)(Berger, Mitchell) (Entered: 07/22/2008) |
| 25/2008 | 2119 | ORDER of USCA WITHDRAWING APPEAL (Certified Copy) as to 1610 Notice of Appeal filed by Federal Insura Company et al., Plaintiffs, 1636 Notice of Appeal filed by All Plaintiffs, 1608 Notice of Appeal filed by Federal Insu |

| | | |
|---|---|---|
| | | Company et al., Plaintiffs, 1637 Notice of Appeal filed by All Plaintiffs, 1605 Notice of Appeal filed by Federal Insu Company et al., Plaintiffs, 1611 Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs, 1676 Notice filed by Burnett Plaintiffs, Thomas E. Burnett, Sr., 1680 Notice of Appeal, filed by Valley Forge Insurance Company Casualty Company of Reading, Pennsylvania, National Fire Insurance Company of Hartford, Continental Casualty C Transportation Insurance Company, Transcontinental Insurance Company, 1618 Notice of Appeal, 1609 Notice of A by Federal Insurance Company et al., Plaintiffs, 1617 Notice of Appeal filed by Federal Insurance Company et al., Pl 1682 Notice of Appeal, filed by Euro Brokers Inc., et al., 1683 Notice of Appeal, filed by World Trade Center Prope et al., 1655 Notice of Appeal,, filed by Cantor Fitzgerald Europe, Port Authority Trans−Hudson Corporation, WTC R Cantor Fitzgerald Partners, Cantor Fitzgerald Securities, Port Authority of New York & New Jersey, Cantor Fitzgera Associates, L.P., Cantor Fitzgerald International, CO2e.com, LLC, Cantor Index Limited, eSpeed Securities, Inc., eS Government Securities, Inc., Cantor Fitzgerald, L.P., Cantor Fitzgerald Brokerage, L.P., TradeSpark, L.P., 1619 Noti Appeal filed by Vigilant Insurance Company, Pacific Indemnity Company, Federal Insurance Company, 1620 Notice filed by Federal Insurance Company et al., Plaintiffs, 1681 Notice of Appeal filed by New York Marine and General Company, 1604 Notice of Appeal USCA Case Number 06−0319−cv(L), 06−0321, 06−0436, 06−0442,06−0453, 06− 06−0461, 06−0477. Pursuant to FRAP 42(b), Appellants Zurich American Insurance Company, American Guarantee Liability Insurance Company, American Zurich Insurance Company, Assurance Company of America, Colonial Ame Casualty and Surety Insurance Company, Fidelity and Deposit Company of Maryland, Maryland Casualty Company, Insurance Company of New York, Steadfast Insurance Company and Valiant Insurance (collectively "Zurich Appella hereby stipulate to withdraw from the pending appeal in Federal Insurance Co., et al v. Al Quaida, et al., Appeal Nos 06−0436, 06−0442, 06−0453, 060458, 060461, 06−0477 (the "Federal Insurance action"), with the consent of the Ap parties to bear their own fees, costs and expenses. The listed Zurich Appellants` voluntary withdrawal does not affect of the pending appeals of the other Appellants in the Federal Insurance action, or any of the other consolidated appea before the United States Court of Appeals for the Second Circuit. Thus, the appeals of all other Appellants in the Fed Insurance action and other consolidated cases remain pending. Catherine O'Hagan Wolfe, Clerk USCA. Certified: 7/ (nd) (Entered: 07/25/2008) |
| 31/2008 | 2120 | MOTION for Alan Todd Dickey to Appear Pro Hac Vice. Document filed by National Commerce Bank. This Docum to All Cases.(rjm) (Entered: 08/04/2008) |
| )4/2008 | | CASHIERS OFFICE REMARK on 2120 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 07/31/20 Number 658771. (jd) (Entered: 08/04/2008) |
| )4/2008 | 2121 | NOTICE OF CHANGE OF ADDRESS by Steven Karl Barentzen on behalf of Ahmed Totonji, Iqbal Yunus, Moham Jaghlit, Mena Corporation, Sterling Management Group, Inc., Samir Salah, African Muslim Agency, Grove Corporat Heritage Education Trust, International Institute of Islamic Thought, Mar−Jac Investments, Inc., Reston Investments, Trust, York Foundation, Sterling Charitable Gift Fund, Mena Investments, Jamal Barzinji, Muhammad Ashraf, M. O M. Yaqub Mirza, Taha Al Alwani. New Address: Law Office Steven Barentzen, 1575 Eye Street, NW, Suite 300, W DC, USA 20005, 202−289−4333. (Barentzen, Steven) (Entered: 08/04/2008) |
| .5/2008 | 2122 | FILING ERROR − ELECTRONIC FILING FOR NON−ECF DOCUMENT − MOTION to Stay *NCB's Renewed Mo Dismiss*. Document filed by Kathleen Ashton. (Attachments: # 1 Affidavit Haefele Affidavit, # 2 Exhibit Haefele Aff Exhibits 1−6, # 3 Exhibit Haefele Affidavit Exhibits 7−22)(Kreindler, James) Modified on 8/18/2008 (lb). (Entered: |
| .5/2008 | 2123 | FILING ERROR − ELECTRONIC FILING FOR NON−ECF DOCUMENT − MOTION for Extension of Time to Fi Response/Reply *LETTER APPLICATION TO JUDGE MAAS FOR EXTENSION OF TIME TO REPSOND TO NATI COMMERCIAL BANK'S MOTION TO DISMISS*. Document filed by John Patrick O'Neill, Jr, Cantor Fitzgerald & C Continental Casualty Company, New York Marine and General Insurance Company. (Attachments: # 1 Exhibit A, # # 3 Errata C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F1, # 7 Exhibit F2, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I Jerry) Modified on 8/18/2008 (lb). (Entered: 08/15/2008) |
| .8/2008 | | ***NOTE TO ATTORNEY THAT THE ATTEMPTED FILING OF Document No. 2122 HAS BEEN REJECTED. Attorney James Kreindler : THE CLERK'S OFFICE DOES NOT ACCEPT LETTERS FOR FILING, either through otherwise, except where the judge has ordered that a particular letter be docketed. Letters may be sent directly to a ju (Entered: 08/18/2008) |
| .8/2008 | | ***NOTE TO ATTORNEY THAT THE ATTEMPTED FILING OF Document No. 2123 HAS BEEN REJECTED. Attorney Jerry Goldman : THE CLERK'S OFFICE DOES NOT ACCEPT LETTERS FOR FILING, either through E otherwise, except where the judge has ordered that a particular letter be docketed. Letters may be sent directly to a ju (Entered: 08/18/2008) |
| 29/2008 | 2124 | MOTION for Default Judgment as to *Sovereign Defendants*. Document filed by Havlish Plaintiffs. (Attachments: # 1 # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F (1 of 2), # 7 Exhibit F (2 of 2), # 8 Exhibit G Exhibit H, # 10 Exhibit I, # 11 Exhibit J)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−G Stephen) (Entered: 08/29/2008) |
| 29/2008 | 2125 | MOTION for Default Judgment as to *Non−Sovereign Defendants*. Document filed by Havlish Plaintiffs. (Attachmen Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F 1 of 2), # 7 Exhibit F (2 of2), # 8 |

| | | |
|---|---|---|
| | | (1 of 2), # 9 Exhibit G (2 of 2), # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(Corr, Stephen) (Entered: 08/29/2008) |
| )5/2008 | 2126 | ORDER. To afford the Court additional time to consider the plaintiffs' discovery motions, their time to respond to de National Commercial Bank's recently−filed motion to dismiss is adjourned until further order of the Court. (Signed b Magistrate Judge Frank Maas on 9/5/08) (rjm) (Entered: 09/08/2008) |
| )9/2008 | 2128 | MOTION for Mark E. Gottlieb, William H. Pillsbury, Darin J. McMullen to Appear Pro Hac Vice. This Document re Cases. Document filed by C. O'Neill, John Patrick O'Neill, Jr, Christine Irene O'Neill, Carol O'Neill, Dorothy A. O'N (Entered: 09/11/2008) |
| .0/2008 | 2127 | NOTICE OF APPEARANCE by William David Sarratt on behalf of Saudi Joint Relief Committee (Sarratt, William) 09/10/2008) |
| .1/2008 | 2155 | MOTION for Colin S. Stretch to Appear Pro Hac Vice. Document filed by Saudi Joint Relief Committee. Relates to Actions.(rjm) (Entered: 02/03/2009) |
| .5/2008 | | CASHIERS OFFICE REMARK on 2128 Motion to Appear Pro Hac Vice, in the amount of $75.00, paid on 09/09/20 Number 662506. (jd) (Entered: 09/15/2008) |
| .5/2008 | 2129 | ORDER in case 1:03−cv−09848−GBD; granting (2128) Motion for Mark E. Gottlieb, William H. Pillsbury, Darin J. to Appear Pro Hac Vice in case 1:03−md−01570−GBD−FM. (Signed by Judge George B. Daniels on 9/15/08) Filed Associated Cases: 1:03−md−01570−GBD−FM et al.(rjm) (Entered: 09/15/2008) |
| .5/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: (223 in 1:04−cv−07216−GBD, 323 in 1:04−cv−01076− in 1:03−cv−05071−GBD, 2129 in 1:03−md−01570−GBD−FM, 357 in 1:04−cv−07280−GBD, 235 in 1:03−cv−0984 341 in 1:03−cv−05738−GBD, 448 in 1:04−cv−01923−GBD, 598 in 1:02−cv−06977−GBD, 264 in 1:02−cv−07300− 262 in 1:04−cv−01922−GBD, 417 in 1:04−cv−06105−GBD, 220 in 1:03−cv−08591−GBD, 234 in 1:04−cv−07281− 537 in 1:03−cv−09849−GBD, 353 in 1:04−cv−05970−GBD, 338 in 1:04−cv−07065−GBD, 736 in 1:03−cv−06978− in 1:03−cv−07036−GBD, 348 in 1:04−cv−07279−GBD) Order on Motion to Appear Pro Hac Vice,, to the Attorney Clerk for updating of Attorney Information. Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(rjm) (Ente 09/15/2008) |
| .5/2008 | 2130 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Barry Coburn for Sercor Treuhand Anstalt, Martin Erwin Wachter, Asat Trust Reg., Sercor Treuhand Anstalt, Asat Trust Reg., Martin Wachter, Erwin Wachter and Asa admitted Pro Hac Vice. (Signed by Judge George B. Daniels on 9/15/08) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−01076−GBD, 1:04−cv−01923−GBD(rjm) (Entered: 09/15/2008) |
| .5/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: (2130 in 1:03−md−01570−GBD−FM, 324 in 1:04−cv−01076−GBD, 449 in 1:04−cv−01923−GBD) Order Admitting Attorney Pro Hac Vice,, to the Attorney Adm Clerk for updating of Attorney Information. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−01076 1:04−cv−01923−GBD(rjm) (Entered: 09/15/2008) |
| .5/2008 | 2131 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Colin S. Stretch for Saudi Joint Relief Committee a Hac Vice. (Signed by Judge George B. Daniels on 9/15/08) Filed In Associated Cases: 1:03−md−01570−GBD−FM e (Entered: 09/15/2008) |
| .5/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: (538 in 1:03−cv−09849−GBD, 235 in 1:04−cv−07281− 2131 in 1:03−md−01570−GBD−FM, 354 in 1:04−cv−05970−GBD, 259 in 1:03−cv−05071−GBD, 236 in 1:03−cv−09848−GBD, 599 in 1:02−cv−06977−GBD, 358 in 1:04−cv−07280−GBD, 325 in 1:04−cv−01076−GBD, 3 1:03−cv−05738−GBD, 265 in 1:02−cv−07300−GBD−FM, 263 in 1:04−cv−01922−GBD, 224 in 1:04−cv−07216−G 1:04−cv−07065−GBD, 450 in 1:04−cv−01923−GBD, 737 in 1:03−cv−06978−GBD, 418 in 1:04−cv−06105−GBD, 3 1:04−cv−07279−GBD, 221 in 1:03−cv−08591−GBD, 255 in 1:03−cv−07036−GBD) Order Admitting Attorney Pro the Attorney Admissions Clerk for updating of Attorney Information. Filed In Associated Cases: 1:03−md−01570−G al.(rjm) (Entered: 09/15/2008) |
| .5/2008 | 2132 | ORDER ADMITTING ATTORNEY PRO HAC VICE. Attorney Jeffrey Coffman for Sercor Treuhand Anstalt, Mart Erwin Wachter, Asat Trust Reg., Sercor Treuhand Anstalt, Asat Trust Reg., Martin Wachter, Erwin Wachter and Asa admitted Pro Hac Vice. (Signed by Judge George B. Daniels on 9/15/08) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−01076−GBD, 1:04−cv−01923−GBD(rjm) (Entered: 09/15/2008) |
| .5/2008 | | Transmission to Attorney Admissions Clerk. Transmitted re: (326 in 1:04−cv−01076−GBD, 451 in 1:04−cv−01923− in 1:03−md−01570−GBD−FM) Order Admitting Attorney Pro Hac Vice,, to the Attorney Admissions Clerk for upda Attorney Information. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−01076−GBD, 1:04−cv−01923−GBD(rjm) (Entered: 09/15/2008) |
| .5/2008 | 2133 | ORDER. The US Court of Appeals for the Second Circuit recently affirmed the orders, issued by Judge Richard C. C dismissing the claims, against certain of the defendants in these consolidated cases, for lack of subject matter jurisdic |

| | | |
|---|---|---|
| | | personal jurisdiction. Since similar motions are pending before this Court, both the Plaintiffs and Defendants' Executi Committees seek permission to file a supplemental brief to address the import of the Second Circuit's decision. That a is granted. Each side will simultaneously exchange a single supplemental brief, and a reply thereto, on the issues of b sovereign immunity and personal jurisdictional addressed in the Second Circuit's opinion. The supplemental briefs, w not exceed 50 pages, are to be filed by 10/17/08. Reply papers are to be filed by 11/21/08, and shall not exceed 25 pa due by 10/17/2008., Replies due by 11/21/2008.) (Signed by Judge George B. Daniels on 9/15/08) (rjm) (Entered: 09 |
| .5/2008 | 2134 | ORDER regarding the procedures to be followed that shall govern the handling of the relevant determinations made b USCA, 2nd Crct. Given these determinations, defense counsel is directed to provide, to this Court and to plaintiffs' co or before 10/17/08, a list of all defendants for whom they contend those rulings would require dismissal. On or before plaintiffs' counsel shall designate those listed defendants for whom there exists a good faith basis to assert that those r should not be so dispositive. (Signed by Judge George B. Daniels on 9/15/08) (rjm) (Entered: 09/16/2008) |
| .5/2008 | | Minute Entry for proceedings held before Judge George B. Daniels: Pretrial Conference held on 9/15/2008. Adj 1/26/ 10:00 AM before Judge George B. Daniels. (jpo) (Entered: 09/18/2008) |
| .6/2008 | 2135 | MANDATE of USCA (Certified Copy) as to 1610 Notice of Appeal filed by Federal Insurance Company et al., Plain Notice of Appeal filed by All Plaintiffs, 1608 Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs, Notice of Appeal filed by All Plaintiffs, 1605 Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs, Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs, 1676 Notice of Appeal filed by Burnett Plaint Thomas E. Burnett, Sr., 1680 Notice of Appeal, filed by Valley Forge Insurance Company, American Casualty Comp Reading, Pennsylvania, National Fire Insurance Company of Hartford, Continental Casualty Company, Transportatio Company, Transcontinental Insurance Company, 1618 Notice of Appeal, 1609 Notice of Appeal filed by Federal Insu Company et al., Plaintiffs, 1617 Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs, 1682 Notice filed by Euro Brokers Inc., et al., 1683 Notice of Appeal, filed by World Trade Center Properties LLC, et al., 1655 N Appeal,, filed by Cantor Fitzgerald Europe, Port Authority Trans−Hudson Corporation, WTC Retail LLC, Cantor Fit Partners, Cantor Fitzgerald Securities, Port Authority of New York & New Jersey, Cantor Fitzgerald Associates, L.P. Fitzgerald International, CO2e.com, LLC, Cantor Index Limited, eSpeed Securities, Inc., eSpeed Government Securi Cantor Fitzgerald, L.P., Cantor Fitzgerald Brokerage, L.P., TradeSpark, L.P., 1619 Notice of Appeal filed by Vigilan Company, Pacific Indemnity Company, Federal Insurance Company, 1620 Notice of Appeal filed by Federal Insuran Company et al., Plaintiffs, 1681 Notice of Appeal filed by New York Marine and General Insurance Company, 1604 Appeal USCA Case Number 06−0319−cv(L), 06−0321, 06−0348, 06−0397, 06−0398, 06−0436, 06−0442, 06−0453, 06−0461, 06−0477, 06−0487, 06−0473, 06−0657, 06−0674, 06−0693, 06−0700, 06−0702,. On Consideration thereof Ordered, Adjudged and Decreed that the judgment of the District Court is AFFIRMED in accordance with the opinio court. Catherine O'Hagan Wolfe, Clerk USCA. Issued As Mandate: 9/12/2008. (nd) (Entered: 09/16/2008) |
| .6/2008 | | Transmission of USCA Mandate/Order to the District Judge re: 2135 USCA Mandate. (nd) (Entered: 09/16/2008) |
| 25/2008 | | CASHIERS OFFICE REMARK on 2131 Order Admitting Attorney Pro Hac Vice in the amount of $25.00, paid on 0 Receipt Number 662783. (jd) (Entered: 09/25/2008) |
| 26/2008 | 2136 | NOTICE OF APPEARANCE by Linda Gerstel on behalf of Estate of John P.O'Neill, Sr. (Gerstel, Linda) (Entered: 0 |
| )7/2008 | 2137 | TRANSCRIPT of proceedings held on 9/15/08, 10:25am before Magistrate Judge Frank Maas. (rjm) (Entered: 10/09/ |
| .0/2008 | 2138 | NOTICE of Filing (OFAC License). Document filed by Al Haramain Islamic Foundation, Inc.. (Kabat, Alan) (Entere 10/10/2008) |
| .4/2008 | 2139 | NOTICE OF APPEARANCE by Lisa Beth Hymes on behalf of Faisal Islamic Bank (Hymes, Lisa) (Entered: 10/14/2 |
| .7/2008 | 2140 | SUPPLEMENTAL BRIEF re: 2133 Order, Set Deadlines/Hearings,,,,,, *on Second Circuit Decision*. Document filed b Defendants.(Kellogg, Michael) (Entered: 10/17/2008) |
| .7/2008 | 2141 | NOTICE of Filing of List of Defendants re: 2134 Order,,. Document filed by All Defendants. (Attachments: # 1 Exhi Defendants to be Dimissed on the Basis of Second Circuit Decision)(Kellogg, Michael) (Entered: 10/17/2008) |
| .7/2008 | 2142 | SUPPLEMENTAL BRIEF re: 2133 Order, Set Deadlines/Hearings,,,,,, *PLAINTIFFS' SUPPLEMENTAL BRIEFING CONCERNING APPLICABILITY OF AUGUST 2008 SECOND CIRCUIT RULING*. Document filed by All Plaintiffs of themselves and all others similarly situated).(Bierstein, Andrea) (Entered: 10/17/2008) |
| 29/2008 | | CASHIERS OFFICE REMARK in the amount of $25.00, paid on 09/17/2008, Receipt Number 663239. PAYMENT VICE FOR KELLY P. DUNBAR. (jd) (Entered: 10/29/2008) |
| .4/2008 | 2143 | NOTICE OF VOLUNTARY DISMISSAL Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, tl plaintiff(s) and or their counsel(s), hereby give notice that the above−captioned action is voluntarily dismissed, again defendant(s) all defendants. Document filed by Crum & Forster Indemnity Company, North River Insurance Compar States Fire Insurance Company, Seneca Insurance Company, Inc.. (Feldman, Elliott) (Entered: 11/14/2008) |

| | | |
|---|---|---|
| .4/2008 | 2144 | NOTICE OF VOLUNTARY DISMISSAL Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, tl plaintiff(s) and or their counsel(s), hereby give notice that the above−captioned action is voluntarily dismissed, again defendant(s) all defendants. Document filed by Amlin Underwriting, Ltd.. (Feldman, Elliott) (Entered: 11/14/2008) |
| 21/2008 | 2145 | ENDORSED LETTER addressed to Judge George B. Daniels from Jerry S. Goldman dated 11/20/08 re: request that all of the submissions be extended to 11/25/08 from 11/21/08. ENDORSEMENT: So Ordered., ( Replies due by 11/2 (Signed by Judge George B. Daniels on 11/21/08) (rjm) (Entered: 11/21/2008) |
| 25/2008 | 2146 | SUPPLEMENTAL BRIEF re: 2133 Order, Set Deadlines/Hearings,,,,,, *Defendants' Reply to Plaintiffs' Supplemental Second Circuit Decision*. Document filed by All Defendants. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit Exhibit D)(Kellogg, Michael) (Entered: 11/25/2008) |
| 25/2008 | 2147 | BRIEF re: 2140 Brief *PLAINTIFFS REPLY TO DEFENDANTS SUPPLEMENTAL BRIEF ON SECOND CIRCUIT L* Document filed by All Plaintiffs(on behalf of themselves and all others similarly situated).(Bierstein, Andrea) (Entere 11/25/2008) |
| 25/2008 | 2148 | NOTICE of Filing of Plaintiffs' Response to Defendants' List of Defendants re: 2141 Notice (Other). Document filed Plaintiffs(on behalf of themselves and all others similarly situated). (Attachments: # 1 Exhibit Plaintiffs' Response to List of Defendants)(Bierstein, Andrea) (Entered: 11/25/2008) |
| )5/2009 | 2149 | ORDER... the Court adopts Magistrate Judge Maas' recommendation that defendants motion be granted. Defendants' dismiss the amended complaint, pursuant to Fed.R.Civ.P.12(b)(6), is hereby granted., Motions terminated: (49 in 1:04−cv−07281−GBD−FM) MOTION to Dismiss *Plaintiff's Complaint*. filed by Riggs Bank, N.A., Riggs National C (232 in 1:04−cv−07281−GBD−FM) MOTION for Report and Recommendations Special Master *to Be Adopted and C Dismissed*. filed by Riggs Bank N.A. (Signed by Judge George B. Daniels on 12/23/08) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−07281−GBD−FM(rjm) (Entered: 01/05/2009) |
| .6/2009 | 2150 | ORDER. In accordance with the request of the parties, the January 26, 2009 conference is adjourned to July 15, 2009 This Court will consider an application for an earlier conference date, if appropriate, when the United States Supreme determined whether or not to grant the pending writ of certiorari to review In Re Terrorist Attacks on September 11, 2 F.3d 71 (2d Cir. 2008). (Conference set for 7/15/2009 at 10:00 AM before Judge George B. Daniels.) (Signed by Judg B. Daniels on 1/15/09) (rjm) (Entered: 01/16/2009) |
| .9/2009 | 2151 | STIPULATION OF VOLUNTARY DISMISSAL It is hereby stipulated and agreed by and between the parties and/o respective counsel(s) that the above−captioned action is voluntarily dismissed, WITH PREJUDICE prejudice against defendant(s) Jamal Barzinji pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Document filed Underwriting, Ltd..(Bonin, Adam) (Entered: 01/19/2009) |
| .9/2009 | 2152 | STIPULATION OF VOLUNTARY DISMISSAL It is hereby stipulated and agreed by and between the parties and/o respective counsel(s) that the above−captioned action is voluntarily dismissed, with prejudice prejudice against the de Jamal Barzinji pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Document filed by Crum & F Indemnity Company, North River Insurance Company, United States Fire Insurance Company, Seneca Insurance Con Inc..(Bonin, Adam) (Entered: 01/19/2009) |
| .9/2009 | 2153 | STIPULATION OF VOLUNTARY DISMISSAL It is hereby stipulated and agreed by and between the parties and/o respective counsel(s) that the above−captioned action is voluntarily dismissed, with prejudice against the defendant(s International Islamic Relief Organization(IIRO), Wa'el Hamza Julaidan, Muslim World League pursuant to Rule 41(a of the Federal Rules of Civil Procedure. Document filed by Amlin Underwriting, Ltd..(Bonin, Adam) (Entered: 01/19 |
| .9/2009 | 2154 | STIPULATION OF VOLUNTARY DISMISSAL It is hereby stipulated and agreed by and between the parties and/o respective counsel(s) that the above−captioned action is voluntarily dismissed, with prejudice against the defendant(s International Islamic Relief Organization(IIRO), Wa'el Hamza Julaidan, Muslim World League pursuant to Rule 41(a of the Federal Rules of Civil Procedure. Document filed by Crum & Forster Indemnity Company, North River Insura Company, United States Fire Insurance Company, Seneca Insurance Company, Inc..(Bonin, Adam) (Entered: 01/19/2 |
| )4/2009 | 2156 | NOTICE of SUPPLEMENTAL AUTHORITY IN RELATION TO ALL PENDING MOTIONS TO DISMISS FOR TO STATE A CLAIM AND/OR LACK OF PERSONAL JURISDICTION. Document filed by Plaintiffs Executive C (Feldman, Elliott) (Entered: 02/04/2009) |
| 23/2009 | 2157 | MOTION for Declaratory Judgment − *Plaintiffs' Notice of Motion for Declaratory Relief*. Document filed by All Pla behalf of themselves and all others similarly situated).(Haefele, Robert) (Entered: 02/23/2009) |
| 23/2009 | 2158 | MEMORANDUM OF LAW in Support re: 2157 MOTION for Declaratory Judgment − *Plaintiffs' Notice of Motion f Declaratory Relief*.. Document filed by All Plaintiffs(on behalf of themselves and all others similarly situated). (Haef (Entered: 02/23/2009) |
| 23/2009 | 2159 | DECLARATION of Robert T. Haefele in Support re: 2157 MOTION for Declaratory Judgment − *Plaintiffs' Notice c for Declaratory Relief*.. Document filed by All Plaintiffs(on behalf of themselves and all others similarly situated). (Attachments: # 1 Exhibit A (Part 1 of 2), # 2 Exhibit A (Part 2 of 2), # 3 Exhibit B (Part 1 of 10), # 4 Exhibit B (Part |

| | | |
|---|---|---|
| | | 5 Exhibit B (Part 3 of 10), # 6 Exhibit B (Part 4 of 10), # 7 Exhibit B (Part 5 of 10), # 8 Exhibit B (Part 6 of 10), # 9 I (Part 7 of 10), # 10 Exhibit B (Part 8 of 10), # 11 Exhibit B (Part 9 of 10), # 12 Exhibit B (Part 10 of 10), # 13 Exhibi of 5), # 14 Exhibit C (Part 2 of 5), # 15 Exhibit C (Part 3 of 5), # 16 Exhibit C (Part 4 of 5), # 17 Exhibit C (Part 5 of Exhibit D, # 19 Exhibit E, # 20 Exhibit F, # 21 Exhibit G, # 22 Exhibit H, # 23 Exhibit I, # 24 Exhibit J, # 25 Exhibit K)(Haefele, Robert) (Entered: 02/23/2009) |
| )9/2009 | 2160 | MEMORANDUM OF LAW in Opposition re: 2157 MOTION for Declaratory Judgment − *Plaintiffs' Notice of Moti Declaratory Relief. Opposition of Defendant National Commercial Bank to Plaintiffs' Motion for Declaratory Relief.* filed by National Commercial Bank. (Berger, Mitchell) (Entered: 03/09/2009) |
| )9/2009 | 2161 | DECLARATION of Mitchell R. Berger in Opposition re: 2157 MOTION for Declaratory Judgment − *Plaintiffs' Noti Motion for Declaratory Relief.*. Document filed by National Commercial Bank. (Attachments: # 1 Exhibit A, # 2 Exh Exhibit C, # 4 Exhibit D)(Berger, Mitchell) (Entered: 03/09/2009) |
| .3/2009 | 2162 | NOTICE of Defendants' Response to Plaintiffs' Notice of Supplemental Authority in Relation to All Pending Motion for Failure to State a Claim And/Or Lack of Personal Jurisdiction re: 2156 Notice (Other). Document filed by All De (Gauch, James) (Entered: 03/13/2009) |
| .9/2009 | 2163 | REPLY MEMORANDUM OF LAW in Support re: 2157 MOTION for Declaratory Judgment − *Plaintiffs' Notice of Declaratory Relief. Plaintiffs' Reply Memorandum of Law In Further Support of Motion for Declaratory Relief.* Docu by All Plaintiffs(on behalf of themselves and all others similarly situated). (Haefele, Robert) (Entered: 03/19/2009) |
| .9/2009 | 2164 | DECLARATION of Robert T. Haefele in Support re: 2157 MOTION for Declaratory Judgment − *Plaintiffs' Notice c for Declaratory Relief.*. Document filed by All Plaintiffs(on behalf of themselves and all others similarly situated). (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Haefele, Robe (Entered: 03/19/2009) |
| 30/2009 | 2165 | FILING ERROR − WRONG EVENT SELECTED FROM THE MENU − NOTICE of Motion to Strike or, Alternati Leave to Respond to New Arguments in Plaintiffs Reply in Support of Their Motion for Declaratory Relief re: 2163 I Memorandum of Law in Support of Motion,. Document filed by National Commercial Bank. (Berger, Mitchell) Mod 4/2/2009 (gp). (Entered: 03/30/2009) |
| 30/2009 | 2166 | MOTION to Strike Document No. 2163 *or, Alternatively, for Leave to Respond to New Arguments in Plaintiffs Reply of Their Motion for Declaratory Relief.* Document filed by National Commercial Bank.(Berger, Mitchell) (Entered: 0 |
| 30/2009 | 2167 | MEMORANDUM OF LAW in Support re: 2166 MOTION to Strike Document No. 2163 *or, Alternatively, for Leave Respond to New Arguments in Plaintiffs Reply in Support of Their Motion for Declaratory Relief.*. Document filed by Commercial Bank. (Berger, Mitchell) (Entered: 03/30/2009) |
| 30/2009 | 2168 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Mitchell R. Berger dated 3/27/09 re: For the reasons, and as explained further in our August 21, 2008 letter, this Court should: quash the Subpoenas; deny all of p pending requests for additional jurisdictional discovery as to NCB; and direct plaintiffs to respond promptly to NCB's motion to dismiss, allowing NCB a period of not less than 30 days to submit its reply papers. ENDORSEMENT: The hold a conference on 4/9/09 at 11:30 am in Courtroom 20A to discuss this application. Opposing counsel is encourag respond in writing prior to then., (Conference set for 4/9/2009 at 11:30 AM in Courtroom 20A, 500 Pearl Street, New 10007 before Magistrate Judge Frank Maas.) (Signed by Magistrate Judge Frank Maas on 3/30/09) Filed In Associate 1:03−md−01570−GBD−FM et al.(rjm) (Entered: 03/31/2009) |
| )7/2009 | 2169 | ENDORSED LETTER addressed to Judge George B. Daniels from Marc D. Powers dated 3/31/09 re: We respectfull again, that my name (Mark D. Powers) be removed from the ECF notifications for each of these cases: 1. New York General Insurance Co. v. Ai Qaida, et al., Civil Action No.l:04−CV−06105−RCC. 2. Federal lnsurance, et al. v. Al Q Civil Action NO.1 :03−CV−06978−RCC. 3. 0 Neill v. The Republic of Iraq, Civil Action No. 04−CV−01076−RCC. ENDORSEMENT: So Ordered. (Signed by Judge George B. Daniels on 4/7/09) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD, 1:04−cv−01076−GBD, 1:04−cv−06105−GBD(rjm) (Entered: 04 |
| )7/2009 | 2170 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from James P. Kreindler dated 3/31/09 re: I respec request a brief adjournment of the hearing presently set for April 9th... I also respectfully seek clarification on the sco hearing directed in your March 29, 2009 Order. ENDORSEMENT: The conference is adjourned to 4/30/09 at 2pm. T subpoenaed entities are directed not to respond to the subpoenas before then. Additionally, plaintiffs are directed to re Mr. Berger's 3/27/09 letter and Ms. Normand's 4/3/09 letter by 4/16/09. I am also curious as to the basis for plaintiffs assumption that I lack the requisite security clearance to review the August 25 documents., (Conference set for 4/30/2 02:00 PM before Magistrate Judge Frank Maas.) (Signed by Magistrate Judge Frank Maas on 4/7/09) (rjm) (Entered: 04/07/2009) |
| .3/2009 | 2171 | MEMORANDUM OF LAW in Opposition re: (2166 in 1:03−md−01570−GBD−FM) MOTION to Strike Document *or, Alternatively, for Leave to Respond to New Arguments in Plaintiffs Reply in Support of Their Motion for Declarat Plaintiffs' Memorandum of Law in Opposition to National Commercial Bank's Motion to Strike or for Leave to Respo* Document filed by All Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Haefele, Robert) (Ent |

| | | |
|---|---|---|
| | | 04/13/2009) |
| 23/2009 | 2172 | REPLY MEMORANDUM OF LAW in Support re: 2166 MOTION to Strike Document No. 2163 *or, Alternatively, f* *Respond to New Arguments in Plaintiffs Reply in Support of Their Motion for Declaratory Relief.*. Document filed by Commercial Bank. (Berger, Mitchell) (Entered: 04/23/2009) |
| 23/2009 | 2173 | DECLARATION of Mitchell R. Berger in Support re: 2166 MOTION to Strike Document No. 2163 *or, Alternatively* *to Respond to New Arguments in Plaintiffs Reply in Support of Their Motion for Declaratory Relief.*. Document filed Commercial Bank. (Attachments: # 1 Exhibit A)(Berger, Mitchell) (Entered: 04/23/2009) |
| 1/2009 | 2174 | NOTICE of Change of Address and Firm Affiliation. Document filed by Cantor Fitzgerald Associates, L.P., Cantor F Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald International, Cantor Fitzgerald Partners, Cantor Fitzge Securities, Cantor Fitzgerald, L.P., Cantor Index Limited, eSpeed Government Securities, Inc., Espeed, Inc., eSpeed S Inc., Port Authority Trans−Hudson Corporation, Port Authority of New York & New Jersey, Cantor Fitzgerald & Co (Leonardo, Christopher) (Entered: 05/11/2009) |
| 20/2009 | 2175 | FILING ERROR − ELECTRONIC FILING FOR NON−ECF DOCUMENT (LETTER) − MOTION for Extension of *Letter Application to Judge Maas*. Document filed by Estate of John P.O'Neill, Sr..(Goldman, Jerry) Modified on 5/2 (jar). (Entered: 05/20/2009) |
| 20/2009 | | ***NOTE TO ATTORNEY THAT THE ATTEMPTED FILING OF Document No. 2175 HAS BEEN REJECTED. Attorney Jerry Goldman : THE CLERK'S OFFICE DOES NOT ACCEPT LETTERS FOR FILING, either through E otherwise, except where the judge has ordered that a particular letter be docketed. Letters may be sent directly to a ju (Entered: 05/22/2009) |
| 22/2009 | 2176 | TRANSCRIPT of proceedings held on 4/30/09, 2:00pm before Magistrate Judge Frank Maas. (rjm) (Entered: 05/22/2 |
| 27/2009 | 2177 | TRANSCRIPT of proceedings held on 5/19/09, 10:00am before Magistrate Judge Frank Maas. (rjm) (Entered: 05/29/ |
| 4/2009 | 2178 | NOTICE of Supplemental Authority in Relation to All Pending Motions to Dismiss for Lack of Personal Jurisdiction filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Flowers, Jodi) (Entered: 07/14/2009) |
| 4/2009 | 2179 | NOTICE OF CHANGE OF ADDRESS by Nancy Luque on behalf of Ahmed Totonji, Jamal Barzinji, Mohammed Ja Corporation, Sterling Management Group, Inc., Samir Salah, African Muslim Agency, Grove Corporate, Inc., Herita Education Trust, International Institute of Islamic Thought, Mar−Jac Investments, Inc., Reston Investments, Inc., Saf York Foundation, Sterling Charitable Gift Fund, Iqbal Unus (Yunus), Muhammad Ashraf, M. Omar Ashraf, Taha Jab Al−Alwani, M. Yaqub Mirza. New Address: Luque Geragos Marino LLP, 910 17th Street, N.W., Ste. 800, Washingt United States of America 20006, 202.223.8888. (Luque, Nancy) (Entered: 07/14/2009) |
| 5/2009 | | Minute Entry for proceedings held before Judge George B. Daniels: Pretrial Conference on contested issue held and on 7/15/2009. (rjm) (Entered: 07/22/2009) |
| 6/2009 | 2180 | ORDER. Plaintiffs' request that this Court invite the United States to file Statements of Interest is denied. (Signed by George B. Daniels on 7/14/09) (rjm) (Entered: 07/16/2009) |
| 6/2009 | 2181 | ORDER. Plaintiffs' request to supplement their previously−filed supplemental briefings is denied. (Signed by Judge Daniels on 7/14/09) (rjm) (Entered: 07/16/2009) |
| 6/2009 | 2182 | ORDER. Plaintiffs' motion for the Court to conduct an in camera review of certain documents is denied. denying 216 Strike. (Signed by Judge George B. Daniels on 7/14/09) (rjm) (Entered: 07/16/2009) |
| 6/2009 | 2183 | REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTERS ROGATORY) FOR THE TAKING OF EVIDENCE IN CIVIL OR COMMERCIAL MATTERS BY THE UNITED STATES DISTRICT COURT FOR TH SOUTHERN DISTRICT OF NEW YORK. This Court, in the spirit of comity and reciprocity, hereby requests intern judicial assistance in the form of this Letter Rogatory seeking the documents and things described herein, from the IC Office of the Prosecutor. (Signed by Judge George B. Daniels on 7/16/09) Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(rjm) (Entered: 07/16/2009) |
| 23/2009 | 2184 | ORDER. In accordance with the Court's directive at the July 15, 2009 conference, the Court has reviewed the Plainti Executive Committees and the Defendants' Executive Committee letter submissions of July 8, 2009, copies of which annexed hereto as Exhibits "A" and "B" respectively. It is hereby ORDERED that the Plaintiffs' Executive Committe Defendants' Executive Committee letter submissions of July 8, 2009 be separately docketed as of record by the Clerk Court with the Court's ECF system. (Signed by Judge George B. Daniels on 7/23/09) Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(rjm) (Entered: 07/23/2009) |
| 23/2009 | 2185 | LETTER addressed to Judge George B. Daniels from Plaintiff's Executive Committees dated 7/8/09 re: Letter submis July 8, 2009. Attached to Doc. No. 2184 in Case No. 03md1570 as Exhibit A. Document filed by Plaintiffs Executive Committees.(rjm) (Entered: 07/29/2009) |

| | | |
|---|---|---|
| 23/2009 | 2186 | LETTER addressed to Judge George B. Daniels from Michael K. Kellogg dated 7/8/09 re: Letter Submission of July Attached to Doc. No. 2184 in 03md1570 as Exhibit B. Filed by Defendant's Executive Committee. (rjm) (Entered: 07 |
| )5/2009 | 2187 | TRANSCRIPT of proceedings held on 7/15/09, 10:15am before Judge George B. Daniels. (rjm) (Entered: 08/10/2009 |
| .0/2009 | 2188 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER IN ORDER FROM THE MDL PANEL... transf action from the United States District Court − that pursuant to 28 U.S.C. 1407, the actions listed on the attached sche pending in the District of other than the SDNY, and the same hereby are, transferred to the Southern District of New the consent of that court, assigned to the Honorable Judge George B. Daniels, for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A. (Signed by MDL Panel on 8/10/09) (rj (Entered: 08/12/2009) |
| 21/2009 | 2189 | SUGGESTION OF DEATH upon the record as to Khaled Bin Mahfouz. Document filed by Khaled Bin Mahfouz(Ga (Entered: 08/21/2009) |
| )2/2009 | 2190 | RESPONSE re: 2178 Notice (Other), Notice (Other) *Binladin Defendants' Response to Plaintiffs' Notice of Suppleme Authority in Relation to All Pending Motions to Dismiss for Lack of Personal Jurisdiction*. Document filed by Bakr M Laden. (Gauch, James) (Entered: 09/02/2009) |
| )2/2009 | 2191 | NOTICE of Binladin Defendants' Notice of Supplemental Authority in Relation to Pending Motions to Dismiss For L Personal Jurisdiction and Failure to State a Claim. Document filed by Bakr M Bin Laden. (Gauch, James) (Entered: 0 |
| 26/2009 | 2192 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Steven K. Barentzen dated 10/23/09 re: I rep Yaqub Mirza, a named defendant in the Ashton. Burnett. Federal Insurance New York Marine, Euro Brokers. Contin World Trade Center actions, and write to respond to the Plaintiffs' October 22, 2009 letter requesting to "put before y between Defendant Sana−Bell, Inc. and the Plaintiffs." ENDORSEMENT: Dr. Mirza may submit a letter−brief on or November 10, 2009. Thereafter, the Court will hold a conference on 11/20/09, at 11am., in Courtroom 20A, to discus plaintiffs' application. If this date and time are inconvenient, counsel should place a conference call to my chambers t reschedule the conference. (Signed by Magistrate Judge Frank Maas on 10/26/09) (rjm) (Entered: 10/27/2009) |
| 26/2009 | | Set Deadlines/Hearings: Conference set for 11/20/2009 at 11:00 AM in Courtroom 20A, 500 Pearl Street, New York, before Magistrate Judge Frank Maas. (rjm) (Entered: 10/27/2009) |
| )2/2009 | 2193 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Martin F. McMahon dated 10/29/09 re: Our has a conflict with the discovery conference scheduled on November 20, 2009. ENDORSEMENT: I expect to be in th of a trial on 12/4. Unless counsel are able to arrange another acceptable date/time with my chambers, the conference that day at 5pm. (Signed by Magistrate Judge Frank Maas on 10/30/09) (rjm) (Entered: 11/02/2009) |
| )9/2009 | 2194 | MOTION to Strike Document No. (2189). Document filed by Kathleen Ashton. (Attachments: # 1 Text of Proposed Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Maloney, Andrew) (Entered: 11/09/20 |
| )9/2009 | 2195 | MEMORANDUM OF LAW in Support re: (3 in 1:09−cv−07055−GBD) MOTION to Strike Document No. (2189).. filed by Kathleen Ashton. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.( Andrew) (Entered: 11/09/2009) |
| )9/2009 | 2196 | MOTION to Substitute Party. Old Party: Khalid Bin Mahfouz, New Party: The Estate of Khalid Bin Mahfouz, Nayla Abd−al−Aziz Kaaki, Abdelrahman Khalid Bin Mahfouz, Sultan Khalid Bin Mahfouz, and Iman Khalid Bin Mahfouz filed by Kathleen Ashton.Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Maloney, Andrew) (Entered: 11/09/2009) |
| 20/2009 | 2197 | NOTICE of Pro Hac Vice Motion. Document filed by Faisal Islamic Bank. (Attachments: # 1 Affidavit John F. Laur Affidavit Hugh D. Higgins, # 3 Text of Proposed Order, # 4 Exhibit Certificate of Good Standing)(Lauro, John) (Ent 11/20/2009) |
| 23/2009 | 2198 | MOTION to Withdraw *Darin J. McMullen, Mark E. Gottlieb and William H. Pillsbury As Attorneys of Record*. Docu by C. O'Neill.(Goldman, Jerry) (Entered: 11/23/2009) |
| 23/2009 | 2199 | DECLARATION of Jerry S. Goldman in Support re: 2198 MOTION to Withdraw *Darin J. McMullen, Mark E. Gott William H. Pillsbury As Attorneys of Record*.. Document filed by C. O'Neill. (Goldman, Jerry) (Entered: 11/23/2009) |
| 23/2009 | 2200 | MEMORANDUM OF LAW in Opposition re: 2196 MOTION to Substitute Party. Old Party: Khalid Bin Mahfouz, N The Estate of Khalid Bin Mahfouz, Naylah Abd−al−Aziz Kaaki, Abdelrahman Khalid Bin Mahfouz, Sultan Khalid B Mahfouz, and Iman Khalid Bin Mahfouz., 2194 MOTION to Strike Document No. (2189).. Document filed by Khale Mahfouz. (Gauch, James) (Entered: 11/23/2009) |
| 24/2009 | 2201 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Martin F. McMahon dated 11/23/09 re: This notify the Court that our firm recently received a letter from Defendant Sanabel Al−Kheer, Inc. that concludes our rep of the organization as of November 20, 2009. In light of the upcoming hearing, we have informed Sanabel Al Kheer to retain new counsel immediately, We also wish to inform the Court that, per our client's instructions, we will be fili |

| | | |
|---|---|---|
| | | to withdraw very soon. We will also contact counsel for the Plaintiffs and Mr. Yaqub Mirza to inform them of this de Please advise if we should take any additional steps to assist the Court in this matter. ENDORSEMENT: An attorney withdraw from a case pursuant to Court order. See Local Civil Rule 1.4. Accordingly, as far as I am concerned, Mr. M still Sanabel's counsel. I note in that regard that there is a conference concerning Sanabel on 12/4/09, at 5pm., (Confe for 12/4/2009 at 05:00 PM before Magistrate Judge Frank Maas.) (Signed by Magistrate Judge Frank Maas on 11/24/ (Entered: 11/24/2009) |
| 24/2009 | 2202 | MOTION for Martin F. McMahon to Withdraw as Attorney *For Defendant Sanabel Al Kheer, Inc.*. Document filed b Al−Kheer, Inc.. (Attachments: # 1 Text of Proposed Order Proposed Order)(McMahon, Martin) (Entered: 11/24/2009 |
| 24/2009 | 2203 | DECLARATION of Martin F. McMahon in Support re: 2202 MOTION for Martin F. McMahon to Withdraw as Atto *Defendant Sanabel Al Kheer, Inc.*.. Document filed by Sanabel Al−Kheer, Inc.. (McMahon, Martin) (Entered: 11/24/2 |
| 25/2009 | 2208 | NOTICE OF MOTION for Hugh D. Higgins to Appear Pro Hac Vice. Document filed by Faisal Islamic Bank, Faisal Bank (Sudan). Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(rjm) (Entered: 12/04/2009) |
| 30/2009 | 2204 | RESPONSE in Opposition re: 2202 MOTION for Martin F. McMahon to Withdraw as Attorney *For Defendant Sana Kheer, Inc.*.. Document filed by Kathleen Ashton. (Maloney, Andrew) (Entered: 11/30/2009) |
| 01/2009 | 2205 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Martin McMahon dated 12/1/09 re: Request the hearing set for 12/4/09. ENDORSEMENT: If successor counsel files a notice of appearance, I will grant Mr. Mar and adjourn the 12/4/09 conference to permit the new attorney to become familiar with the case. If not, the conferenc proceed as previously scheduled. (Signed by Magistrate Judge Frank Maas on 12/1/09) (cd) (Entered: 12/01/2009) |
| 03/2009 | 2206 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Robert T. Haefele dated 12/2/09 re: plaintiffs that Your Honor enter an order pursuant to F.R.C.P. 37, compelling defendant Al Haramain Islamic Foundation to pr complete and non−evasive responses to plaintiffs' discovery requests. ENDORSEMENT: Counsel for defendant AHI has had this letter since 11/12/09 is directed to respond by 12/11/09., (Responses due by 12/11/2009) (Signed by Mag Judge Frank Maas on 12/3/09) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09849−GBD(rjm) ( 12/03/2009) |
| 03/2009 | 2207 | REPLY MEMORANDUM OF LAW in Support re: 2194 MOTION to Strike Document No. (2189).. Document filed Kathleen Ashton. (Maloney, Andrew) (Entered: 12/03/2009) |
| 04/2009 | 2209 | ORDER. Pursuant to the conference held earlier today, it is hereby ORDERED that a further conference shall by held 28, 2010, at 10:00 a.m. in Courtroom 20A. (Conference set for 1/28/2010 at 10:00 AM in Courtroom 20A, 500 Pearl York, NY 10007 before Magistrate Judge Frank Maas.) (Signed by Magistrate Judge Frank Maas on 12/4/09) (rjm) (I 12/07/2009) |
| 04/2009 | | Minute Entry for proceedings held before Magistrate Judge Frank Maas: Scheduling Conference held on 12/4/2009. O follow. (mbe) (Entered: 12/08/2009) |
| 14/2009 | 2210 | MOTION to Dismiss *Plaintiff Janet Calia without Prejudice from the Havlish Matter in Order to Pursue Claim in th Matter*. Document filed by Janet Calia. (Attachments: # 1 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(Corr, Stephen) (Entered: 12/14/2009) |
| 16/2009 | | CASHIERS OFFICE REMARK on 2208 Motion to Appear Pro Hac Vice in the amount of $25.00, paid on 11/25/200 Number 707144. (jd) (Entered: 12/16/2009) |
| 17/2009 | 2211 | ORDER TO WITHDRAW DARIN J. MCMULLEN, MARK E. GOTTLIEB AND WILLIAM H. PILLSBURY AS ATTORNEYS OF RECORD. Before the Court is the Motion to Withdraw Darin J. McMullen, Mark E. Gottlieb and Pillsbury as Attorneys of Record as counsel for Plaintiffs in Estate of John P. O'Neill, Sr., et al. v. AI Baraka Investm Development Corp., et. al. 04−CV−1923 (GBD) (FM), Estate of John P. O'Neill, Sr., et al. v. Republic; of Iraq, et al. 04−CV−1076 (GBD) (FM), and Estate of John P. O'Neill, Sr., et al. v. Kingdom of Saudi Arabia, et al. 04−CV−1922 (GBD)(FM) (collectively "O'Neill Plaintiffs"). It is ORDERED that Darin J. McMullen, Mark E. Gottlieb and Willian Pillsbury be withdrawn as counsel for the O'Neill Plaintiffs in the above−referenced action. It is further ORDERED t counsel listed in the record of the law firm of Anderson, Kill & Olick, P.C. will continue to represent the O'Neill Plai matter. granting (2198) Motion to Withdraw in case 1:03−md−01570−GBD−FM. (Signed by Judge George B. Danie 12/17/09) Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(rjm) (Entered: 12/17/2009) |
| 17/2009 | 2212 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION. granting (245) Motion for Hugh D. Higgins Pro Hac Vice in case 1:03−cv−09848−GBD; granting (548) Motion for Hugh D. Higgins to Appear Pro Hac Vice in c 1:03−cv−09849−GBD; granting (2208) Motion for Hugh D. Higgins to Appear Pro Hac Vice in case 1:03−md−01570−GBD−FM; granting (336) Motion for Hugh D. Higgins to Appear Pro Hac Vice in case 1:04−cv−01076−GBD; granting (272) Motion for Hugh D. Higgins to Appear Pro Hac Vice in case 1:04−cv−01922− granting (460) Motion for Hugh D. Higgins to Appear Pro Hac Vice in case 1:04−cv−01923−GBD; granting (428) M Hugh D. Higgins to Appear Pro Hac Vice in case 1:04−cv−06105−GBD; granting (363) Motion for Hugh D. Higgins Pro Hac Vice in case 1:04−cv−05970−GBD; granting (349) Motion for Hugh D. Higgins to Appear Pro Hac Vice in c |

| | | |
|---|---|---|
| | | 1:04−cv−07065−GBD; granting (233) Motion for Hugh D. Higgins to Appear Pro Hac Vice in case 1:04−cv−07216− granting (367) Motion for Hugh D. Higgins to Appear Pro Hac Vice in case 1:04−cv−07280−GBD; granting (245) M Hugh D. Higgins to Appear Pro Hac Vice in case 1:04−cv−07281−GBD−FM; granting (358) Motion for Hugh D. Hi Appear Pro Hac Vice in case 1:04−cv−07279−GBD; granting (6) Motion for Hugh D. Higgins to Appear Pro Hac Vi 1:09−cv−07055−GBD; granting (610) Motion for Hugh D. Higgins to Appear Pro Hac Vice in case 1:02−cv−06977− granting (274) Motion for Hugh D. Higgins to Appear Pro Hac Vice in case 1:02−cv−07300−GBD−FM; granting (26 for Hugh D. Higgins to Appear Pro Hac Vice in case 1:03−cv−05071−GBD; granting (351) Motion for Hugh D. Higg Appear Pro Hac Vice in case 1:03−cv−05738−GBD; granting (747) Motion for Hugh D. Higgins to Appear Pro Hac 1:03−cv−06978−GBD; granting (264) Motion for Hugh D. Higgins to Appear Pro Hac Vice in case 1:03−cv−07036− granting (230) Motion for Hugh D. Higgins to Appear Pro Hac Vice in case 1:03−cv−08591−GBD. (Signed by Judge Daniels on 12/17/09) Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(rjm) (Entered: 12/17/2009) |
| .7/2009 | | Transmission to Attorney Admissions Clerk. Transmitted re: (338 in 1:04−cv−01076−GBD, 232 in 1:03−cv−08591− in 1:03−cv−09848−GBD, 430 in 1:04−cv−06105−GBD, 274 in 1:04−cv−01922−GBD, 270 in 1:03−cv−05071−GBD 1:03−cv−09849−GBD, 247 in 1:04−cv−07281−GBD−FM, 351 in 1:04−cv−07065−GBD, 2212 in 1:03−md−01570−( 365 in 1:04−cv−05970−GBD, 276 in 1:02−cv−07300−GBD−FM, 8 in 1:09−cv−07055−GBD, 612 in 1:02−cv−06977 369 in 1:04−cv−07280−GBD, 353 in 1:03−cv−05738−GBD, 749 in 1:03−cv−06978−GBD, 235 in 1:04−cv−07216−( in 1:04−cv−07279−GBD, 266 in 1:03−cv−07036−GBD, 462 in 1:04−cv−01923−GBD) Order on Motion to Appear P Vice, to the Attorney Admissions Clerk for updating of Attorney Information. Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(rjm) (Entered: 12/17/2009) |
| .7/2009 | 2213 | ORDER. It is hereby ordered that Janet Calia, individually and as Executrix of the Estate of Dominick Calia, is dismi the case styled Havlish, et al. v. bin−Laden, et al., No. 03 CV 9848 (GBD). (Signed by Judge George B. Daniels on 1 Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(rjm) (Entered: 12/17/2009) |
| .7/2009 | 2214 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Robert T. Haefele dated 12/16/09 re: We are request an extension of the deadline to file a response to Al Haramain's opposition to Plaintiffs' Motion to Compel. ENDORSEMENT: Application granted. So Ordered., (Replies due by 1/5/2010.) (Signed by Magistrate Judge Frank 12/17/09) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09849−GBD(rjm) (Entered: 12/18/2009 |
| .1/2010 | 2215 | ORDER. All correspondence to be docketed with the Clerk's Office shall bear the following signature line for the Co shown on the pdf): "It is hereby ordered that this document shall be filed with the Clerk of the Court. SO ORDERED Daniels, U.S.D.J.________________________" (Signed by Judge George B. Daniels on 1/11/10) (rjm) (Entered: 01/1 |
| .1/2010 | 2216 | ORDER. To ensure the efficient use of the time and resources of both the parties and the Court, the conference tentat scheduled for January 13, 2010, will be held on April 15, 2010, at 10AM. (Conference set for 4/15/2010 at 10:00 AM Judge George B. Daniels.) (Signed by Judge George B. Daniels on 1/11/10) (rjm) (Entered: 01/11/2010) |
| .3/2010 | 2217 | ORDER. It is hereby ORDERED that the conference previously scheduled for January 28, 2010, is adjourned to Febr 2010, at 10:00 a.m. in Courtroom 9B. At that conference, I intend to address any unresolved issues currently before n ensure that we cover all such issues, counsel should submit suggested agenda items to me by February 1, 2010. (Conf for 2/8/2010 at 10:00 AM before Magistrate Judge Frank Maas.) (Signed by Magistrate Judge Frank Maas on 1/13/1( (Entered: 01/13/2010) |
| .3/2010 | 2218 | MEMORANDUM DECISION AND ORDER. The Plaintiffs requests for further jurisdictional discovery are conditic denied. Additionally, unless the parties agree to another schedule, the Plaintiffs are directed to respond to NCB's rene to dismiss within sixty days from the date of this Memorandum Decision and Order. The Plaintiffs are further directe a single brief not exceeding fifty pages in length in opposition to the motion. NCB's reply brief, if any, shall be subm days thereafter and shall not exceed twenty−five pages. Finally, NCB is expressly directed to preserve any documents jurisdictional discovery, and in particular, those responsive to Document Request Nos. 2 through 6 of the Plaintiffs' R of Jurisdictional Requests for Production of Documents. (Signed by Magistrate Judge Frank Maas on 1/13/10) (rjm) ( 01/13/2010) |
| )1/2010 | 2219 | NOTICE OF APPEARANCE by Eurydice Aliferis Kelley on behalf of Sana−Bell, Inc., Sanabel Al Kheer, Inc. Filed Associated Cases: 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD, 1:03−cv−06978−GBD(Kelley, Eurydice) (En 02/01/2010) |
| )1/2010 | 2220 | OPPOSITION BRIEF re: 2218 Order,,, *OBJECTIONS TO THE JANUARY 13, 2010 MEMORANDUM DECISION A ORDER OF MAGISTRATE JUDGE FRANK MAAS*. Document filed by Plaintiffs Executive Committees. (Attachmen Affidavit of Robert T. Haefele, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, 7, # 9 Exhibit 8)(Bonin, Adam) (Entered: 02/01/2010) |
| )4/2010 | 2221 | MOTION for Martin F. McMahon to Withdraw as Attorney *for Defendant Sana−Bell, Inc.*. Document filed by Sana− (Attachments: # 1 Text of Proposed Order)(McMahon, Martin) (Entered: 02/04/2010) |
| )4/2010 | 2222 | DECLARATION of Martin F. McMahon in Support re: 2221 MOTION for Martin F. McMahon to Withdraw as Atto *Defendant Sana−Bell, Inc.*.. Document filed by Sana−Bell, Inc.. (McMahon, Martin) (Entered: 02/04/2010) |

| | | |
|---|---|---|
| )4/2010 | 2223 | MOTION for Nancy Luque to Withdraw as Attorney. Document filed by Sanabel Al Kheer, Inc., Sana−Bell, Inc.. (A # 1 Exhibit A)(Luque, Nancy) (Entered: 02/04/2010) |
| )8/2010 | 2224 | ORDER FOR ADMISSION PRO HAC VICE. IT IS HEREBY ORDERED that Christopher C. S. Manning, is admit practice pro hac vice as counsel for Sana−Bell, Inc. and Sanabel Al Kheer, Inc. in the above captioned case in the Un District Court for the Southern District of New York. (Signed by Magistrate Judge Frank Maas on 2/8/10) Filed In A Cases: 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD, 1:03−cv−06978−GBD(rjm) (Entered: 02/09/2010) |
| )8/2010 | | Minute Entry for proceedings held before Magistrate Judge Frank Maas: Discovery Hearing held on 2/8/2010, 10:00a (Entered: 02/25/2010) |
| .1/2010 | | CASHIERS OFFICE REMARK on 2224 Order Admitting Attorney Pro Hac Vice, in the amount of $25.00, paid on Receipt Number 893520. (jd) (Entered: 02/11/2010) |
| .1/2010 | 2225 | ORDER: Pursuant to the discovery conference held yesterday, it is hereby ORDERED that as part of their discovery defendant Sana−Bell, Inc., the plaintiffs may take Dr. Mirza's deposition. (Signed by Magistrate Judge Frank Maas o (rw) (Entered: 02/11/2010) |
| .8/2010 | 2226 | OPPOSITION BRIEF re: 2220 Opposition Brief, *(Plaintiffs' Objections to the January 13, 2010 Memorandum Decis Order of Magistrate Judge Frank Maas)*. Document filed by National Commercial Bank. (Attachments: # 1 Exhibit Mitchell) (Entered: 02/18/2010) |
| 24/2010 | 2227 | NOTICE OF CHANGE OF ADDRESS by Christopher Thomas Leonardo on behalf of Cantor Fitzgerald Associates, Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald International, Cantor Fitzgerald Partr Fitzgerald Securities, Cantor Fitzgerald, L.P., Cantor Index Limited, CO2e.com, LLC, eSpeed Government Securities Espeed, Inc., eSpeed Securities, Inc., TradeSpark, L.P., WTC Retail LLC, Port Authority Trans−Hudson Corporation Authority of New York & New Jersey, Cantor Fitzgerald & Co.. New Address: Adams Holcomb LLP, 1875 Eye Stre Suite 810, Washington, D.C., USA 20006, 202−580−8820. (Leonardo, Christopher) (Entered: 02/24/2010) |
| )1/2010 | 2228 | MOTION for Leave to File Amended Complaint. Document filed by Havlish Plaintiffs. (Attachments: # 1 Exhibit Th Amended Complaint)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(Corr, Stephen) 03/01/2010) |
| )2/2010 | 2229 | BRIEF re: 2226 Opposition Brief, *REPLY IN FURTHER SUPPORT OF THEIR OBJECTIONS TO THE JANUARY 1 MEMORANDUM DECISION AND ORDER OF MAGISTRATE JUDGE FRANK MAAS*. Document filed by Plaintiffs Committees. (Attachments: # 1 Affirmation of Sean P. Carter, # 2 Exhibit A to Carter Affirmation)(Bonin, Adam) (E 03/02/2010) |
| .0/2010 | 2230 | TRANSCRIPT of proceedings held on 2/8/2010 before Magistrate Judge Frank Maas. (jfe) (Entered: 03/10/2010) |
| .1/2010 | 2231 | NOTICE OF CHANGE OF ADDRESS by Kenneth L. Adams on behalf of Cantor Fitzgerald Associates, L.P., Canto Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald International, Cantor Fitzgerald Partners, Cantor Fitzge Securities, Cantor Fitzgerald, L.P., Cantor Index Limited, CO2e.com, LLC, eSpeed Government Securities, Inc., Esp eSpeed Securities, Inc., TradeSpark, L.P., Cantor Fitzgerald & Co.. New Address: Adams Holcomb LLP, 1875 Eye S N.W., Suite 810, Washington, DC, 20006 USA, 202−580−8820. (Adams, Kenneth) (Entered: 03/11/2010) |
| .1/2010 | 2232 | OPPOSITION BRIEF re: 2229 Brief, *(Plaintiffs Reply in Further Support of Their Objections to the January 13, 201 Memorandum Decision and Order of Magistrate Judge Frank Maas) − Surreply of The National Commercial Bank i to Plaintiffs Unauthorized Reply in Further Support of Their Objections to the Memorandum Decision and Order of Judge Maas Dated January 13, 2010*. Document filed by National Commercial Bank.(Berger, Mitchell) (Entered: 03 |
| .6/2010 | 2233 | MOTION to Strike Document No. [MDL 2232]. Document filed by Plaintiffs Executive Committees.Filed In Associ 1:03−md−01570−GBD−FM et al.(Goldman, Jerry) (Entered: 03/16/2010) |
| .6/2010 | 2234 | MEMORANDUM OF LAW in Support re: (9 in 1:09−cv−07055−GBD) MOTION to Strike Document No. [MDL 2 Document filed by Plaintiffs Executive Committees. Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(G Jerry) (Entered: 03/16/2010) |
| .8/2010 | 2235 | MOTION for Howard N. Feldman to Appear Pro Hac Vice. Document filed by Cantor Fitzgerald Associates, L.P., C Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald International, Cantor Fitzgerald Partners, Ca Fitzgerald Securities, Cantor Fitzgerald, L.P., Cantor Index Limited, CO2e.com, LLC, eSpeed Government Securities Espeed, Inc., eSpeed Securities, Inc., TradeSpark, L.P., WTC Retail LLC, Port Authority Trans−Hudson Corporation Authority of New York & New Jersey, Cantor Fitzgerald & Co. Filed In Associated Cases: 1:03−md−01570−GBD−I 1:04−cv−07065−GBD(rjm) (Entered: 03/23/2010) |
| 25/2010 | 2236 | RESPONSE in Opposition re: 2233 MOTION to Strike Document No. [MDL 2232].. Document filed by National Co Bank. (Berger, Mitchell) (Entered: 03/25/2010) |

| | | |
|---|---|---|
| .5/2010 | 2237 | NOTICE OF APPEARANCE by Michael K. Kellogg on behalf of Saudi Joint Relief Committee Filed In Associated 1:03−md−01570−GBD−FM et al.(Kellogg, Michael) (Entered: 04/15/2010) |
| 23/2010 | 2238 | NOTICE of of Supplemental Authority in Relation to All Pending Motions to Dismiss for Lack of Personal Jurisdicti Document filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhib 1 of 2, # 5 Exhibit D part 2 of 2, # 6 Exhibit E)Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Goldma (Entered: 04/23/2010) |
| 23/2010 | 2239 | AFFIRMATION of Robert T. Haefele in Opposition re: (2110 in 1:03−md−01570−GBD−FM) MOTION to Dismiss. filed by All Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B (Part 1), # 3 Exhibit B (Part 2))Filed In Associated 1:03−md−01570−GBD−FM et al.(Haefele, Robert) (Entered: 04/23/2010) |
| 23/2010 | 2240 | MEMORANDUM OF LAW in Opposition re: 2110 MOTION to Dismiss. *OF DEFENDANT NATIONAL COMMER BANK FOR LACK OF PERSONAL JURISDICTION*. Document filed by Plaintiffs Executive Committees. (Bonin, A (Entered: 04/23/2010) |
| 23/2010 | 2241 | AFFIRMATION of Sean P. Carter in Opposition re: 2110 MOTION to Dismiss.. Document filed by Plaintiffs Execu Committees. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # G, # 8 Exhibit G.1.1, # 9 Exhibit G.1.2, # 10 Exhibit G.1.3, # 11 Exhibit G.2.1, # 12 Exhibit G.2.2, # 13 Exhibit G.2. Exhibit G.2.4, # 15 Exhibit G.2.5, # 16 Exhibit G.2.6, # 17 Exhibit G.2.7, # 18 Exhibit G.2.9, # 19 Exhibit G.2.10, # G.2.11, # 21 Exhibit G.2.12, # 22 Exhibit G.2.13, # 23 Exhibit G.2.14, # 24 Exhibit G.2.15, # 25 Exhibit G.2.16, # 26 G.2.17, # 27 Exhibit G.2.18, # 28 Exhibit G.2.19, # 29 Exhibit G.3.1, # 30 Exhibit G.3.2, # 31 Exhibit G.4, # 32 Exhi 33 Exhibit G.4.1.1, # 34 Exhibit G.4.1.2, # 35 Exhibit G.4.1.3, # 36 Exhibit G.4.1.4, # 37 Exhibit G.4.1.5, # 38 Exhib # 39 Exhibit G.4.1.7, # 40 Exhibit G.4.1.8, # 41 Exhibit G.5, # 42 Exhibit G.5.1, # 43 Exhibit G.5.1.A)(Bonin, Adam 04/23/2010) |
| 26/2010 | 2242 | AFFIRMATION of Robert T. Haefele (corrected) in Opposition re: (2110 in 1:03−md−01570−GBD−FM) MOTION Dismiss.. Document filed by All Plaintiffs(on behalf of themselves and all others similarly situated). (Attachments: # A, # 2 Exhibit B (Part 1), # 3 Exhibit B (Part 2))Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Haefel (Entered: 04/26/2010) |
| 26/2010 | 2243 | MOTION for Colin Sullivan Stretch to Withdraw as Attorney *of Record*. Document filed by Saudi Joint Relief Comn In Associated Cases: 1:03−md−01570−GBD−FM et al.(Kellogg, Michael) (Entered: 04/26/2010) |
| 26/2010 | 2244 | TRANSCRIPT of proceedings held on April 15, 2010 11:30 a.m. before Judge George B. Daniels. (ajc) (Entered: 04/ |
| 26/2010 | 2245 | TRANSCRIPT of proceedings held on April 15, 2010 11:30 a.m. before Judge George B. Daniels. (ajc) (Entered: 04/ |
| )3/2010 | 2246 | NOTICE of Defendants' Response to Plaintiffs' April 23, 2010 Notice of Supplemental Authority in Relation to All P Motions to Dismiss for Lack of Personal Jurisdiction re: 2238 Notice (Other), Notice (Other). Document filed by All Defendants. (Gauch, James) (Entered: 05/03/2010) |
| .0/2010 | 2247 | REPLY MEMORANDUM OF LAW in Support. Document filed by C. O'Neill. Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Goldman, Jerry) (Entered: 05/10/2010) |
| .8/2010 | 2248 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Steven K. Barentzen dated 5/10/10 re: Dr. M respectfully requests that the Court issue an Order either quashing the subpoena in its entirety, or modifying it so that to testimony concerning the existence and location of Sana−Bell, Inc.'s documents. ENDORSEMENT: The requests this letter are denied with one exception. Dr. Mirza may be questioned about Sana Bell, Inc. And the whereabouts of documents. If Dr. Mirza does not want to answer questions about other areas, he may decline to do so, understanding may be deposed again after Judge Daniels rules. (Signed by Magistrate Judge Frank Maas on 5/18/10) (rjm) (Entered 05/18/2010) |
| 25/2010 | 2249 | NOTICE OF CHANGE OF ADDRESS by David Usher Gourevitch on behalf of Sercor Treuhand Anstalt, Martin W Erwin Wachter. New Address: Law Office of David Gourevitch, P.C., 950 Third Avenue, 15th Floor, New York, Ne United States 10022, 2123551300. (Gourevitch, David) (Entered: 05/25/2010) |
| )2/2010 | 2250 | NOTICE of Circulation of Third Amended Complaint and Request for Action on Motion for Leave to File re: (2228 i 1:03−md−01570−GBD−FM) MOTION for Leave to File Amended Complaint.. Document filed by Havlish Plaintiffs (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(Corr, St (Entered: 06/02/2010) |
| .4/2010 | 2251 | STATUS REPORT. *Re: Memorandum of Proof* Document filed by Havlish Plaintiffs. (Attachments: # 1 June 2, 2010 Correspondence)Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(Corr, Stephen) (Entered: 06/ |
| .7/2010 | 2252 | MEMORANDUM DECISION AND ORDER. Other than to the limited extent indicated herein, defendant's Dubai Is Bank's motion to dismiss, pursuant to Fed.R. Civ.P. 12(b)(6), for failure to state a claim is denied. Dubai Islamic Ban to dismiss for lack of personal jurisdiction and improper service of process, pursuant to Fed.R.Civ.P. 12(b)(2) and (5) respectively, is also denied. The remaining moving defendants' motions to dismiss for lack of personal jurisdiction, p |

| | | |
|---|---|---|
| | | Fed.R.Civ.P. 12(b)(2), are granted. Final judgment is entered as to those thirty seven defendants, as well as to the twe additional defendants whom plaintiffs concede dismissal is warranted. As the Court indicated at the April 15, 2010 co the parties shall immediately meet and confer, and propose to the magistrate judge a schedule, commencing on or afte 2010, to complete discovery in all cases. Terminated all motions as per instructions of chambers. (Signed by Judge G Daniels on 6/16/10) Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(rjm) (Entered: 06/17/2010) |
| .7/2010 | 2253 | ORDER. The Havlish plaintiffs' motion for leave to file a third amended complaint, in Havlish v. Bin Laden, et al., 0: (GBD), is granted. (Signed by Judge George B. Daniels on 6/16/10) Filed In Associated Cases: 1:03−md−01570−GB 1:03−cv−09848−GBD(rjm) (Entered: 06/17/2010) |
| .8/2010 | 2254 | NOTICE OF CHANGE OF ADDRESS by Wilmer Parker, III on behalf of Mar−Jac Poultry Inc. New Address: Malo Parker, 75 Fourteenth Street, 25th Floor, Atlanta, Georgia, USA 30309, 404−875−2700. (Parker, Wilmer) (Entered: ( |
| .8/2010 | 2255 | STIPULATION AND ORDER OF SUBSTITUTION. IT IS HEREBY STIPULATED AND AGREED that Mishcon New York LLP of 200 Park Avenue, Floor 44, New York. NY 10166, telephone (212) 612−3270, facsimile (212) 61: substituted as attorneys of record for defendant Dar Al−Maal Al−Islami Trust in the above−captioned consolidated ac place of Sheppard, Mullin, Richter & Hampton LLP as of the date hereof. Attorney James Joseph McGuire for Daral Islami Trust added. (Signed by Judge George B. Daniels on 6/18/10) Filed In Associated Cases: 1:03−md−01570−GI al.(rjm) (Entered: 06/18/2010) |
| .8/2010 | 2257 | AFFIDAVIT OF JAMES J. MCGUIRE IN SUPPORT OF APPLICATION TO CHANGE COUNSEL PURSUANT LOCAL CIVIL RULE 1.4. Document filed by Daral Maal Al Islami Trust. Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(rjm) (Entered: 06/23/2010) |
| 22/2010 | 2256 | STIPULATION AND ORDER OF SUBSTITUTION: That Mishcon de Reya New York LLP of200 Park Avenue, Fl New York, NY 10166, telephone (212) 612−3270, facsimile (212) 612−3297, be substituted as attorneys of record fo DMI Administrative Services S.A. in this consolidated action in place of Sheppard, Mullin, Richter & Hampton LLP date hereof. Attorney James Joseph McGuire for DMI Administrative Services S.A. and DMI Administrative Service added. (Signed by Judge George B. Daniels on 6/18/10) Filed In Associated Cases: 1:03−md−01570−GBD−FM et al (Entered: 06/22/2010) |
| 23/2010 | 2259 | THIRD AMENDED COMPLAINT against The Taliban, Sheikh Usama Bin−Laden, Al Qaeda/Islamic Army, Iraniar of Information and Security, Iranian Ministry of Economic Affairs and Finance, Iranian Ministry of Commerce, Irani of Defense and Armed Forces Logistics, Iraqi Intelligence Service, The Islamic Republic of Iran, Ali Akbar Hashemi The Islamic Revolutionary Guard Corps, The Iranian Ministry of Petroleum, The National Iranian Tanker Corporatio National Iranian Oil Corporation, The National Iranian Gas Company, Iranian Airlines, The National Iranian Petroch Company, The Central Bank of the Islamic Republic of Iran, Iraq Ministry of Defense, Iraq Ministry of Finance, Iraq Oil, Qusai Hussein, Unidentified Terrorist Defendants 8−500, Hezbollah, Muhammed Omar, The Republic of Iraq, S Hussein.Document filed by Russa Steiner, Clara Chirchirillo, Tara Bane, TheresaAnn Lostrangio, Judith Reiss, Willi Patricia J. Perry, Ralph Maerz, Jr, Linda Panik, Martin Panik, Martina Lyne−Ann Panik, Jin Liu, Fiona Havlish(in he rightans as Executrix of the Estate of Donald G. Havlish, Jr., deceased), Ellen L. Saracini(in her own right and as Exe the Estate of Victor J. Saracini, Deceased), Joanne Lovett, Grace Kneski, Christine Papasso, Patricia Milano, Diane F Joanne M. Renzi, Anne C. Saracini, Christina Bane−Hayes, Donald Bane, Donald G. Havlish, Sr., William Havlish, l Santillan, Esther Santillan, Livia Chirchirillo, Michelle Wright, Ed and Gloria Russin, Barry Russin, Loren Rosentha Straub, Margaret Mauro, Alex Rowe, Vincent A. Ognibene, Leonard and Leona Zeplin, Joslin Zeplin, Ivy Moreno, M Michelle Dorf, Ann Marie Dorf, Robert Dorf, Joseph Dorf, and Linda Sammut, Paul Schertzer, Marie Ann Paprocki, Fuller Manuel, Roni Levine, Maria Regina Merwin, Gerald W. Bingham, George N. and Angela Stergiopoulos, Maur Halvorson(In her own right and as Executrix of the Estate of James D. Halvorson, Deceased), Maureen R. Halvorson William Wilson deceased), Doyle Raymond Ward, Ramon Melendez, Frances M. Coffey(In her own right and as Exe the Estate of Daniel M. Coffey, Deceased), Daniel D. Coffey, MD, Frances M. Coffey(In her own right and as Execu Estate of Jason M. Coffey, Deceased), Joyce Ann Rodak, Joanne Rodak Gori, John and Regina Rodak, Richard A. Ca Dolores Caproni, Christopher Caproni, Michael Caproni and Lisa Caproni, Joan E. Tino, Pamela Schiele, Christine B Helen Rosenthal, Alice Carpeneto, Ronald S. Sloan, Fu Mei Chien Huang, Hui Chien Chen, Huichun Jian, Hui−Chia Hui−Zon Jian, Haomin Jian, Michael Loguidice, Rodney Ratchford, Katherine Soulas, Raymond Anthony Smith, Co Fernandez, Keith A. Bradkowski, Dwayne Collman, Krystyna Boryczewski, Michael Boryczewski, Julia Boryczewsl L. Cartledge, Tina Grazioso. Relates to 03−9848.(rjm) (Entered: 06/30/2010) |
| 25/2010 | 2258 | MANDATE of USCA (Certified Copy) USCA Case Number 10−2184. IT IS HEREBY ORDERED that the motion l Petitioners to withdraw the petition for a writ of mandamus is GRANTED. Catherine O'Hagan Wolfe, Clerk USCA. l Mandate: 6/25/2010. (nd) (Entered: 06/25/2010) |
| .5/2010 | 2260 | ORDER. Pursuant to the conference held earlier today, it is hereby ORDERED that: A further conference shall be he September 15, 2010, at 11:00 a.m., in Courtroom 20A. By September 15, 2010, the defendants shall serve their Rule disclosures. By October 15, 2010, the plaintiffs shall serve their Rule 26 disclosures. By November 1, 2010, the parti serve their document requests. By January 7, 2011, the parties shall produce all responsive documents. The parties ma depositions beginning February 1, 2011. Unless the Court otherwise directs, the foregoing discovery shall be limited and shall not address the calculation of damages. (Deposition due by 2/1/2011., Responses due by 1/7/2011, Conferen |

| | | |
|---|---|---|
| | | 9/15/2010 at 11:00 AM in Courtroom 20A, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Frank M (Signed by Magistrate Judge Frank Maas on 7/15/10) (rjm) (Entered: 07/16/2010) |
| 21/2010 | 2261 | STIPULATION AND ORDER OF DEFENDANT DUBAI ISLAMIC BANK TO EXTEND TIME FOR FILING AN TO PLAINTIFFS' COMPLAINTS. IT IS HEREBY STIPULATED and agreed by Plaintiffs in the above−captioned consolidated actions and Defendant Dubai Islamic Bank ("DIB"), by and through undersigned counsel, that: DIB's tin answer Plaintiffs' Complaints in the above−captioned consolidated actions is extended until September 7, 2010. On o July 16, 2010, Plaintiffs will identify to counsel for DIB the operative version of the complaint to which answer is rec each of the above−captioned consolidated actions. Dubai Islamic Bank answer due 9/7/2010. (Signed by Judge Georg Daniels on 7/21/10) Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(rjm) (Entered: 07/21/2010) |
| 22/2010 | 2262 | SUPPLEMENTAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Assicurazioni Generali S. p Corporate Parent. Document filed by Banca Del Gottardo.Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−01923−GBD(Schwartz, Martin) (Entered: 07/22/2010) |
| 26/2010 | 2263 | MOTION for Jamie S. Kilberg to Withdraw as Attorney. Document filed by Nayef Bin Abdulaziz Al Saud, Salman E Abdulaziz Al Saud.(Kropf, Sara) (Entered: 07/26/2010) |
| 27/2010 | 2264 | TRANSCRIPT of proceedings held on 7/15/2010 before Judge George B. Daniels. (tro) (Entered: 07/29/2010) |
| 06/2010 | 2265 | MOTION to Dismiss. Document filed by Al Baraka Investment and Development Corporation.(Kingham, T. Barry) ( 08/06/2010) |
| 06/2010 | 2266 | DECLARATION of T. Barry Kingham in Support re: 2265 MOTION to Dismiss.. Document filed by Abdullah Al F Abdulaziz Al Saud. (Attachments: # 1 Exhibit Exhibit A)(Kingham, T. Barry) (Entered: 08/06/2010) |
| 09/2010 | 2267 | MOTION to Dismiss. Document filed by Abdullah Al Faisal Bin Abdulaziz AlSaud.(Kingham, T. Barry) (Entered: 0 |
| 09/2010 | 2268 | DECLARATION of T. BARRY KINGHAM in Support re: 2267 MOTION to Dismiss.. Document filed by Abdullah Bin Abdulaziz AlSaud. (Attachments: # 1 Exhibit −A)(Kingham, T. Barry) (Entered: 08/09/2010) |
| 16/2010 | 2269 | NOTICE OF APPEARANCE by Robert Gene Houck on behalf of Dubai Islamic Bank Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Houck, Robert) (Entered: 08/16/2010) |
| 16/2010 | 2270 | MOTION for Certificate of Appealability *Pursuant to 28 U.S.C. Section 1292(b), certifying immediate appeal from t June 17, 2010 Order denying DIB's Motion to Dismiss*. Document filed by Dubai Islamic Bank. (Attachments: # 1 Te Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Houck, Robert) (Entered: 08/16/2010) |
| 16/2010 | 2271 | MEMORANDUM OF LAW in Support re: (375 in 1:04−cv−07279−GBD) MOTION for Certificate of Appealability *to 28 U.S.C. Section 1292(b), certifying immediate appeal from this Court's June 17, 2010 Order denying DIB's Moti Dismiss*. MOTION for Certificate of Appealability *Pursuant to 28 U.S.C. Section 1292(b), certifying immediate appe Court's June 17, 2010 Order denying DIB's Motion to Dismiss*.. Document filed by Dubai Islamic Bank. Filed In Ass Cases: 1:03−md−01570−GBD−FM et al.(Houck, Robert) (Entered: 08/16/2010) |
| 19/2010 | 2273 | MOTION for Steven T. Cottreau to Appear Pro Hac Vice. Document filed by Dubai Islamic Bank.Filed In Associate 1:03−md−01570−GBD−FM et al.(tro) (Entered: 08/24/2010) |
| 19/2010 | 2274 | MOTION for Juan P. Morillo to Appear Pro Hac Vice. Document filed by Dubai Islamic Bank.Filed In Associated C 1:03−md−01570−GBD−FM et al.(tro) (Entered: 08/24/2010) |
| 20/2010 | 2272 | NOTICE of STIPULATION OF DEFENDANTS SANABEL AL KHEER, INC. (VA) AND SANA−BELL, INC. (D PLAINTIFFS TO EXTEND TIME FOR FILING ANSWERS TO PLAINTIFFS' COMPLAINTS. Document filed by Inc., Sanabel Al Kheer, Inc.. (Manning, Christopher) (Entered: 08/20/2010) |
| 23/2010 | | ***DELETED DOCUMENT. Deleted document number 2275 STIPULATION OF VOLUNTARY DISMISSAL PU TO F.R.C.P.41(a). The document was incorrectly filed in this case. (djc) (Entered: 08/27/2010) |
| 23/2010 | 2278 | STIPULATION AND ORDER OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P.41(a). It is hereby stipula between the parties that, upon Court approval, the claims asserted in the Second Amended Complaint by plaintiff NE MARINE AND GENERAL INSURANCE COMPANY shall be and are hereby voluntarily dismissed. (Signed by Ju B. Daniels on 8/23/10); Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−06105−GBD; (djc) Modifi 8/27/2010 (djc). (Entered: 08/27/2010) |
| 26/2010 | 2276 | ORDER in case 1:03−cv−09849−GBD; granting (2273) Motion for Steven T. Cottreau to Appear Pro Hac Vice for D Islamic Bank to Appear Pro Hac Vice in case 1:03−md−01570−GBD−FM. (Signed by Judge George B. Daniels on 8 Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(jmi) (Entered: 08/27/2010) |
| 26/2010 | 2277 | ORDER in case 1:03−cv−09849−GBD; granting (2274) Motion for Juan P. Morillo to Appear Pro Hac Vice for Duba Bank to Appear Pro Hac Vice in case 1:03−md−01570−GBD−FM. (Signed by Judge George B. Daniels on 8/26/) Fil |

| | | |
|---|---|---|
| | | Associated Cases: 1:03−md−01570−GBD−FM et al.(jmi) (Entered: 08/27/2010) |
| )2/2010 | 2279 | MEMORANDUM OF LAW in Opposition re: 2270 MOTION for Certificate of Appealability *Pursuant to 28 U.S.C. 1292(b), certifying immediate appeal from this Court's June 17, 2010 Order denying DIB's Motion to Dismiss*. MOTI Certificate of Appealability *Pursuant to 28 U.S.C. Section 1292(b), certifying immediate appeal from this Court's Jur Order denying DIB's Motion to Dismiss*.. Document filed by Plaintiffs Executive Committees. (Bonin, Adam) (Entere 09/02/2010) |
| )7/2010 | 2280 | ORDER. Defendant Saudi Binladin Group's application for leave to renew its motion to dismiss for lack of personal j and failure to state a claim is granted and its tendered motion to dismiss supporting memoranda are accepted for filin is directed to file the tendered motion via the Court's ECF system as soon as practicable. Plaintiffs shall submit a cons response, not to exceed 45 pages, within 60 days of the electronic filing of Saudi Binladin Group's motion. Saudi Bin may file a reply brief, not to exceed 25 pages, within 30 days of the filing of Plaintiffs' consolidated opposition. (Sign Judge George B. Daniels on 9/7/10) Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(rjm) (Entered: 09/( |
| )7/2010 | 2281 | STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT ARAB BANK. Any and all claims against D Arab Bank in the above−referenced action are dismissed with prejudice in the above referenced action for the reasons the Opinion and Order, without the imposition of costs preserving, however, any and all rights of appeal. (Signed by George B. Daniels on 9/7/10) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−01923−GBD(rjm) (E 09/07/2010) |
| )7/2010 | 2282 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION. IT IS HEREBY ORDERED that Alan Tod admitted to practice pro hac vice as counsel for Defendant NCB in the above captioned cases in the United States Dis for the Southern District of New York. (Signed by Judge George B. Daniels on 9/7/10) Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(rjm) (Entered: 09/07/2010) |
| )7/2010 | 2283 | MOTION to Dismiss. Document filed by Saudi Binladin Group, Inc..(Gauch, James) (Entered: 09/07/2010) |
| )7/2010 | 2284 | MEMORANDUM OF LAW in Support re: 2283 MOTION to Dismiss.. Document filed by Saudi Binladin Group, In James) (Entered: 09/07/2010) |
| )7/2010 | 2285 | DECLARATION of Bakr Binladin in Support re: 2283 MOTION to Dismiss.. Document filed by Saudi Binladin Gro (Attachments: # 1 Exhibits 1−11)(Gauch, James) (Entered: 09/07/2010) |
| )7/2010 | 2286 | AFFIDAVIT of Bakr Binladin in Support re: 2283 MOTION to Dismiss.. Document filed by Saudi Binladin Group, (Gauch, James) (Entered: 09/07/2010) |
| )7/2010 | 2287 | AFFIDAVIT of Yeslam Binladin in Support re: 2283 MOTION to Dismiss.. Document filed by Saudi Binladin Grou (Gauch, James) (Entered: 09/07/2010) |
| )7/2010 | 2288 | AFFIDAVIT of Omar Binladin in Support re: 2283 MOTION to Dismiss.. Document filed by Saudi Binladin Group, (Gauch, James) (Entered: 09/07/2010) |
| )7/2010 | 2289 | AFFIDAVIT of Tariq Binladin in Support re: 2283 MOTION to Dismiss.. Document filed by Saudi Binladin Group, (Gauch, James) (Entered: 09/07/2010) |
| )7/2010 | 2290 | AFFIDAVIT of Mohammad Qashou in Support re: 2283 MOTION to Dismiss.. Document filed by Saudi Binladin G (Gauch, James) (Entered: 09/07/2010) |
| )7/2010 | 2291 | AFFIDAVIT of Musa Dawoud Musa Mustafa in Support re: 2283 MOTION to Dismiss.. Document filed by Saudi B Group, Inc.. (Attachments: # 1 Exhibit 1)(Gauch, James) (Entered: 09/07/2010) |
| )7/2010 | 2292 | AFFIDAVIT of Eulalio Dela Paz in Support re: 2283 MOTION to Dismiss.. Document filed by Saudi Binladin Grou (Gauch, James) (Entered: 09/07/2010) |
| )7/2010 | 2293 | AFFIDAVIT of Johann de Villiers in Support re: 2283 MOTION to Dismiss.. Document filed by Saudi Binladin Gro (Gauch, James) (Entered: 09/07/2010) |
| )7/2010 | 2294 | AFFIDAVIT of Yves Bruderlein in Support re: 2283 MOTION to Dismiss.. Document filed by Saudi Binladin Grouj (Gauch, James) (Entered: 09/07/2010) |
| )7/2010 | 2295 | AFFIDAVIT of Philip Griffin in Support re: 2283 MOTION to Dismiss.. Document filed by Saudi Binladin Group, I (Attachments: # 1 Exhibits 1−8)(Gauch, James) (Entered: 09/07/2010) |
| )7/2010 | 2296 | AFFIDAVIT of Azad Iqbal in Support re: 2283 MOTION to Dismiss.. Document filed by Saudi Binladin Group, Inc James) (Entered: 09/07/2010) |
| )7/2010 | 2297 | AFFIDAVIT of Mohammad Anwar Al Shukairy in Support re: 2283 MOTION to Dismiss.. Document filed by Saud Group, Inc.. (Attachments: # 1 Exhibits A−D)(Gauch, James) (Entered: 09/07/2010) |

| | | |
|---|---|---|
| )7/2010 | 2298 | FILING ERROR – DUPLICATED DOCKET ENTRY – AFFIDAVIT of Mohammad Anwar Al Shukairy in Suppor MOTION to Dismiss.. Document filed by Saudi Binladin Group, Inc.. (Attachments: # 1 Exhibits A–D)(Gauch, Jame Modified on 9/13/2010 (lb). (Entered: 09/07/2010) |
| )7/2010 | 2299 | AFFIDAVIT of James E. Gauch in Support re: 2283 MOTION to Dismiss.. Document filed by Saudi Binladin Group (Attachments: # 1 Exhibits 1–10)(Gauch, James) (Entered: 09/07/2010) |
| )7/2010 | 2300 | AFFIDAVIT of James E. Gauch in Support re: 2283 MOTION to Dismiss.. Document filed by Saudi Binladin Group (Attachments: # 1 Exhibits 11–15, # 2 Exhibits 16–20, # 3 Exhibits 21–24)(Gauch, James) (Entered: 09/07/2010) |
| )7/2010 | 2301 | DECLARATION of Louay Abdulla in Support re: 2283 MOTION to Dismiss.. Document filed by Saudi Binladin Gr (Attachments: # 1 Tabs 1–4)(Gauch, James) (Entered: 09/07/2010) |
| )7/2010 | 2302 | ANSWER to Amended Complaint. Document filed by Dubai Islamic Bank.(Houck, Robert) (Entered: 09/07/2010) |
| )7/2010 | 2303 | ANSWER to Amended Complaint. Document filed by Dubai Islamic Bank.(Houck, Robert) (Entered: 09/07/2010) |
| )7/2010 | 2304 | ANSWER to Complaint. Document filed by Dubai Islamic Bank.(Houck, Robert) (Entered: 09/07/2010) |
| )7/2010 | 2305 | ANSWER to Complaint. Document filed by Dubai Islamic Bank.(Houck, Robert) (Entered: 09/07/2010) |
| )7/2010 | 2306 | ANSWER to Complaint. Document filed by Dubai Islamic Bank.(Houck, Robert) (Entered: 09/07/2010) |
| )7/2010 | 2307 | ANSWER to Complaint. Document filed by Dubai Islamic Bank.(Houck, Robert) (Entered: 09/07/2010) |
| )7/2010 | 2308 | ANSWER to Complaint. Document filed by Dubai Islamic Bank.(Houck, Robert) (Entered: 09/07/2010) |
| )7/2010 | 2309 | ANSWER to Complaint. Document filed by Dubai Islamic Bank.(Houck, Robert) (Entered: 09/07/2010) |
| )7/2010 | 2310 | ORDER. Defendants' September 15, 2010 deadline to file their answers and Rule 26 initial disclosures is extended th days to October 15, 2010. (Signed by Judge George B. Daniels on 9/7/10) (rjm) (Entered: 09/09/2010) |
| )7/2010 | | Set Deadlines/Hearings:Youssef Abdaoui answer due 10/15/2010; Abdel Barry answer due 10/15/2010; Abdel Husse due 10/15/2010; Abdel Wahab Osman, former Sudanese Minister of Industry answer due 10/15/2010; Mustasim Abd answer due 10/15/2010; Abdul Rahman Bin Kahlid Bin Mahfouz answer due 10/15/2010; Salahuddin Abduljawad ar 10/15/2010; Abdulkarim Khalid Uusuf Abdulla answer due 10/15/2010; Abdullah Ahmed Abdullah answer due 10/1 Ibrahim S. Abdullah answer due 10/15/2010; Abdullah Al Abdulaziz Al Saud answer due 10/15/2010; Abdullah Al F Abdulaziz AlSaud answer due 10/15/2010; Abdullah Bin Khalid Al–Thani answer due 10/15/2010; Abdullah Omar N answer due 10/15/2010; Hussein Mahmud Abdullkadir answer due 10/15/2010; Hashim Abdulrahman answer due 10 Abdulrahman Hassan Sharbatly answer due 10/15/2010; Mohammed Iqbal Abdurrahman answer due 10/15/2010; Ab Harbi answer due 10/15/2010; Abrash Company answer due 10/15/2010; Abu Hafs The Mauritanian answer due 10/1 Abu Musab Al–Zarqawi answer due 10/15/2010; Abu Rida Al Suri answer due 10/15/2010; Abu Sayef Group (ASG) due 10/15/2010; Abdul Hamid Abu Sulayman answer due 10/15/2010; Muhammad Abu–Islam answer due 10/15/20 Addullah Ahmed Abdullah answer due 10/15/2010; Addullah Al Faisal Abdulaziz Al Saud answer due 10/15/2010; A Bin Abdul Muhsen Al Turki answer due 10/15/2010; Abdirasik Aden answer due 10/15/2010; Advice and Reformati Committee answer due 10/15/2010; Ibrahim Muhammad Afandi answer due 10/15/2010; Ibrahim Muhammed Afand due 10/15/2010; Afghan Support Committee (ASC) answer due 10/15/2010; African Muslim Agency answer due 10/ Abu Agab answer due 10/15/2010; Agencies and Instrumentalities of the Kingdom of Saudi Arabia answer due 10/15 Agencies and Instrumentalities of the Republic of the Sudan answer due 10/15/2010; Agencies and Instrumentalities Syrian Arab Republic answer due 10/15/2010; Haji Abdul Manan Agha answer due 10/15/2010; Fazeh Ahed answer 10/15/2010; Mustafa Muhammed Ahmad answer due 10/15/2010; Tariq Anwar Al–Sayyid Ahmad answer due 10/15 Ahmed Ibrahim Al Najjar answer due 10/15/2010; Ahmed Idris Nasreddin answer due 10/15/2010; Ahmed Zaki Yan due 10/15/2010; Ahmed the German answer due 10/15/2010; Syed Suleman Ahmer answer due 10/15/2010; Ahmad due 10/15/2010; Akida Al–Taqwa Limited answer due 10/15/2010; Akida Bank Private Limited answer due 10/15/20 Commodity Limited answer due 10/15/2010; Akida Investment Co. LTD. answer due 10/15/2010; Akida Manageme answer due 10/15/2010; Mohammed Amine Akli answer due 10/15/2010; Haji Mohamad Akram answer due 10/15/2 Qaeda Islamic Army answer due 10/15/2010; Ghasoub Al Abrash answer due 10/15/2010; Saif Al Adel answer due 1 Al Amn Al–Dakhili, Intelligence answer due 10/15/2010; Al Amn Al–Kariji,Inteligence answer due 10/15/2010; Mo Hussein Al Amoudi answer due 10/15/2010; Mohammed Hussein Al–Amoudi answer due 10/15/2010; Abdulrahman Al–Amoundi answer due 10/15/2010; Ahmed Khalil Ibrahim Samir Al–Ani answer due 10/15/2010; Asbat Al–Ansa due 10/15/2010; Aqeel Al–Aqeel answer due 10/15/2010; Aqueel Al–Aqueel answer due 10/15/2010; Yasser Al–Az due 10/15/2010; Jamal Al–Badawi answer due 10/15/2010; Al–Baraka Bancorp, Inc. answer due 10/15/2010; Al–Ba answer due 10/15/2010; Aqeel Al Aqeel answer due 10/15/2010; Wadi Al Aqia answer due 10/15/2010; Mohammed Abdulrahman Al Ariefy answer due 10/15/2010; Al Baraka Investment & Development Corp. answer due 10/15/2010 Baraka Investment and Development Corporation answer due 10/15/2010; Al Barakaat Exchange LLC answer due 10 Hamel Al Barakati answer due 10/15/2010; Al Bir Dawalia answer due 10/15/2010; Mohammed Al Faisal Al Saud a 10/15/2010; Al Farooq Mosque answer due 10/15/2010; Al–Barakaat Group answer due 10/15/2010; Al–Barakat Ba Somalia (BSS) answer due 10/15/2010; Al–Barakat Finance Group answer due 10/15/2010; Al–Barakat Financial Ho |

answer due 10/15/2010; Al−Barakat Global Telecommunications answer due 10/15/2010; Al−Barakat Group of Com
Somalia Limited answer due 10/15/2010; Al−Barakat International answer due 10/15/2010; Al−Barakat Investments
10/15/2010; Al−Barakat Wiring Service answer due 10/15/2010; Omar Hassan Ahmad Al−Bashir answer due 10/15/
Al−Bayoumi answer due 10/15/2010; Al−Bir Saudi Organization answer due 10/15/2010; Al−Birr answer due 10/15/
Soliman H.S. Al−Buthe answer due 10/15/2010; Al Amn Al−Dakhili answer due 10/15/2010; Princess Haifa Al−Fai
due 10/15/2010; Khalid Al−Fawwaz answer due 10/15/2010; Abu Qatada Al−Filistini answer due 10/15/2010; Al−G
Islamiah answer due 10/15/2010; Al−Gammah Al Islamiah answer due 10/15/2010; Abdulaziz Bin Hamad Al Gosaib
due 10/15/2010; Al Haramain Islamic Foundation, Inc. answer due 10/15/2010; Al Haramain Foundation answer due
10/15/2010; Ahmad Al Harbi answer due 10/15/2010; Abdul Aziz Al Ibrahim answer due 10/15/2010; Ibrahim Bin A
Al Ibrahim answer due 10/15/2010; Mohammed Hussein Al Ibrahim answer due 10/15/2010; Abu Hajer Al Iraqi ans
10/15/2010; Dar−al−maal Al Islami answer due 10/15/2010; Al Itihaad Al Islamiya (AIAI) answer due 10/15/2010; M
Al−Hamati answer due 10/15/2010; Al−Hamati Sweets Bakeries answer due 10/15/2010; Amin Al−Haq answer due
Al−Haramain answer due 10/15/2010; Al−Haramain Islamic Foundation, Inc. answer due 10/15/2010; Al−Haramin a
10/15/2010; Mohammed Omar Al−Harazi answer due 10/15/2010; Safar Al−Hawali answer due 10/15/2010; Mustafa
Al−Hawsawi answer due 10/15/2010; Faruq Al−Hijazi answer due 10/15/2010; Al−Hijrah Construction and Develop
answer due 10/15/2010; Mustaf Ahmed Al−Hisawi answer due 10/15/2010; Sheik Hamad Al−Husaini answer due 10
Saleh Al−Hussayen answer due 10/15/2010; Sami Omar Al−Hussayen answer due 10/15/2010; Abdul Aziz Al−Ibrah
due 10/15/2010; Lujain Al−Iman answer due 10/15/2010; Abd Al−Hadi Al−Iraqi answer due 10/15/2010; Al−Shaykh
answer due 10/15/2010; Ansar Al−Islam (AI) answer due 10/15/2010; Jam'yah Ta'awun Al−Islamia answer due 10/1
Itihaad Al−Islamiya answer due 10/15/2010; Al Gama'a Al−Islamiyya answer due 10/15/2010; Mohammed Al−Issai
10/15/2010; Al−Jaezeera News Agency answer due 10/15/2010; Mohammed Bin Abdullah Al−Jomaith answer due 1
Mansour Al−Kadi answer due 10/15/2010; Yassin Abdullah Al−Kadi answer due 10/15/2010; Mustafa Al−Kadir ans
10/15/2010; Saqar Al Jadawi answer due 10/15/2010; Yassin Abdullah Al Kadi answer due 10/15/2010; Sanabel Al K
answer due 10/15/2010; Al Khaleejia for Expert Promotion and Marketing Company answer due 10/15/2010; Al Kha
Export Promotion and Marketing Company answer due 10/15/2010; Mohammad Jamal Al Khalifa answer due 10/15/
Al Liby answer due 10/15/2010; Abu Hamza Al Masri answer due 10/15/2010; Mohammed Al Massari answer due 1
Mohammed Ali Hasan Al Moayad answer due 10/15/2010; Ahmad Sa'id Al−Kadr answer due 10/15/2010; Sanabil A
answer due 10/15/2010; Al Amn Al−Khariji answer due 10/15/2010; Makhtab Al−Khidamat answer due 10/15/2010;
Al−Mushin Al−Libi answer due 10/15/2010; Ibn Al−Shaykh Al−Libi answer due 10/15/2010; Anas Al−Liby answer
10/15/2010; Abdullah M. Al−Mahdi answer due 10/15/2010; Abu Al−Maid answer due 10/15/2010; Habib Faris Al−
answer due 10/15/2010; Habib Faris Abdullah Al−Mamouri answer due 10/15/2010; Abu Hamza Al−Masri answer d
10/15/2010; Abdul Al−Moslah answer due 10/15/2010; Ahmad Ibrahim Al−Mughassil answer due 10/15/2010; Al−M
Group answer due 10/15/2010; Abd Al−Rahim Al−Nashiri answer due 10/15/2010; Abdelkarim Hussein Mohamed A
answer due 10/15/2010; Al−Nur Honey Press Shops answer due 10/15/2010; Sheik Salman Al−Oawdah answer due
Mohammed Ali Husan Al Moayed answer due 10/15/2010; Mounir Al Motassadeq answer due 10/15/2010; Masjed A
Munawarah answer due 10/15/2010; Ahmed Ibrahim Al Najjar answer due 10/15/2010; Mohamed Suleiman Al Nalfi
due 10/15/2010; Abdulla Al Obaid answer due 10/15/2010; Abdullah Bin Saleh Al Obaid answer due 10/15/2010; Al
Islamic Agency answer due 10/15/2010; Al Qaeda Islamic Army answer due 10/15/2010; Al Qaeda/Islamic Army an
10/15/2010; Abdullah Bin Saleh Al−Obaid answer due 10/15/2010; Salman Al−Ouda answer due 10/15/2010; Yasin
answer due 10/15/2010; Abdullah Salaiman Al−Rajhi answer due 10/15/2010; Khalid Sulaiman Al−Rajhi answer du
10/15/2010; Omar Sulaiman Al−Rajhi answer due 10/15/2010; Saleh Abdulaziz Al−Rajhi answer due 10/15/2010; A
Banking & Investment Corp. answer due 10/15/2010; Al−Rashid Trust answer due 10/15/2010; Saqar Al−Sadawi an
10/15/2010; Al Qaida answer due 10/15/2010; Sheikh Yusuf Al Qardawi answer due 10/15/2010; Al Quida/Islamic A
answer due 10/15/2010; Saleh Abdul Aziz Al Rajhi answer due 10/15/2010; Sulaiman Bin Abdul Aziz Al Rajhi answ
10/15/2010; Suleiman Abdel Aziz Al Rajhi answer due 10/15/2010; Al Rajhi Bank answer due 10/15/2010; Al Rajhi
and Investment answer due 10/15/2010; Al Rajhib Banking and Investment answer due 10/15/2010; Al Rashid Trust
10/15/2010; Essam Al Ridi answer due 10/15/2010; Rashid Al Romaizan answer due 10/15/2010; Mohammad Khair
answer due 10/15/2010; Abdulazis Rahman Al Saud answer due 10/15/2010; Abdulazis Bin Abdul Rahman Al Saud
10/15/2010; Abdullah Al Abdulazi Al Abdulaziz Al Saud answer due 10/15/2010; Abdullah Al Faisal Bin Abdulaziz
answer due 10/15/2010; Abdullah Al Faisal B Al Saud answer due 10/15/2010; Bin Abdulaziz Al Saud answer due 1
Mohammed Al Faisal Al Saud answer due 10/15/2010; Naif Bin Abdulaziz Al Saud answer due 10/15/2010; Nayef B
Abdulaziz Al Saud answer due 10/15/2010; Nayef Ibn Abdulaziz Al Saud answer due 10/15/2010; Prince Turki Al Fa
Saud answer due 10/15/2010; Salman Bin Abdulaziz Al Saud answer due 10/15/2010; Salmin Aziz Al Saud answer d
10/15/2010; Sultan Bin Abdul Aziz Al Saud answer due 10/15/2010; Sultan Bin Abdulaziz Al Saud answer due 10/1
Sultan Bin Abul Aziz Al Saud answer due 10/15/2010; Turki Al Faisal Al Saud answer due 10/15/2010; Al Shamal I
Bank answer due 10/15/2010; Al Shamal for Investment and Development answer due 10/15/2010; Abu Rida Al Sur
due 10/15/2010; Abdul Rahman Al Swailem answer due 10/15/2010; Al Taqwa Bank answer due 10/15/2010; Al Ta
Management Organization SA answer due 10/15/2010; Al Taqwa Trade Property and Industry Company Limited ans
10/15/2010; Al Taqwa Zaka Establishment answer due 10/15/2010; Al Taqwa/Nada Group answer due 10/15/2010; A
answer due 10/15/2010; Sa'd Al−Sharif answer due 10/15/2010; The Estate of Al−Shehhi answer due 10/15/2010; Al
Honey Press for Industry and Commerce answer due 10/15/2010; Ahmad Al−Shinni answer due 10/15/2010; Yassir A
answer due 10/15/2010; Walid Al−Sourouri answer due 10/15/2010; Tareq M. Al−Swaidan answer due 10/15/2010;
Samad Al−Ta'ish answer due 10/15/2010; Hisham Al−Talib answer due 10/15/2010; Fahad Al−Thumairy answer du
10/15/2010; Al Tawqwa Trade, Property and Industry Company Limited answer due 10/15/2010; Barzan Ibrahim Al

answer due 10/15/2010; Hassan Al Turabi answer due 10/15/2010; Abdullah Muhsen Al Turki answer due 10/15/201
Al Zawahiri answer due 10/15/2010; Sayf Al−Adl answer due 10/15/2010; Mohammed Jasmin Al−Ali answer due 1(
Sulaiman Al−Ali answer due 10/15/2010; Sulaiman Al−Alsheikh answer due 10/15/2010; Taha Jaber Al−Alwani ans
10/15/2010; Al−Watania Poultry answer due 10/15/2010; Ibrahim Salih Mohammed Al−Yacoub answer due 10/15/2
Musab Al−Zarqawi answer due 10/15/2010; Ayman Al−Zawahiri answer due 10/15/2010; Ibn Sheik Al−libi answer
10/15/2010; Abdulrahman Alamoudi answer due 10/15/2010; Abdurahman Alamoudi answer due 10/15/2010; Abdu
Alamoundi answer due 10/15/2010; Mohammed Albanna answer due 10/15/2010; Mohammed Alchurbaji answer du
10/15/2010; Alfaisaliah Group answer due 10/15/2010; Algerian Armed Islamic Group (GIA) answer due 10/15/201
Abdi Ali answer due 10/15/2010; Abdi Adulaziz Ali answer due 10/15/2010; Ahmed Mohammed Hamed Ali answer
10/15/2010; Ahmed Mohamed Hamed Ali answer due 10/15/2010; Ihab Ali answer due 10/15/2010; Yusaf Ahmed A
due 10/15/2010; Abelmagne Ali Eldeen answer due 10/15/2010; Mohaman Ali Elgari answer due 10/15/2010; Ahme
Jim'ale answer due 10/15/2010; Ahmed Nur Ali Jumale answer due 10/15/2010; Ayatollah Ali Khamenei answer due
10/15/2010; Qorban Ali Najaf−Abadi answer due 10/15/2010; Abdalrahman Alarnout Abu Aljer answer due 10/15/2
Mohammad Abdullah Aljomaih answer due 10/15/2010; All Defendants answer due 10/15/2010; Taha Al Alwani ans
10/15/2010; Mohrez Amdouni answer due 10/15/2010; American Muslim Foundation (AMF) answer due 10/15/201
Treuhand Anstalt answer due 10/15/2010; Al Anwa answer due 10/15/2010; Mohamed Ben Belgacem Aouadi answe
10/15/2010; Aqeel Abdul−Azeel Al−Aqeel answer due 10/15/2010; Aqsa Islamic Bank answer due 10/15/2010; Arab
answer due 10/15/2010; Arab Cement Company answer due 10/15/2010; Aradi, Inc. answer due 10/15/2010; Enaam
Arnaout answer due 10/15/2010; Ary Group answer due 10/15/2010; Asat Trust Reg. answer due 10/15/2010; M. On
answer due 10/15/2010; Muhammad Ashraf answer due 10/15/2010; Estate of Muhammad Atef answer due 10/15/20
Muhammad Atif answer due 10/15/2010; Ali Atwa answer due 10/15/2010; Muhsin Musa Matwalli Atwah answer du
10/15/2010; Dahir Ubeidullahi Aweys answer due 10/15/2010; Hassan Dahir Aweys answer due 10/15/2010; Safiq A
answer due 10/15/2010; Chiheb Ben Mohamed Ayari answer due 10/15/2010; Ayatollah Ali Khamenei Spiritual Lea
answer due 10/15/2010; Tarek Ayoubi answer due 10/15/2010; Ibrahim Bin Abdul Aziz answer due 10/15/2010; Abd
Azzam answer due 10/15/2010; Sheikh Abdullah Azzam answer due 10/15/2010; Azzam Service Center answer due
10/15/2010; Ba Taqwa For Commerce and Real Estate Company Limited answer due 10/15/2010; Mondher Baazaou
due 10/15/2010; Saleh O. Badahdah answer due 10/15/2010; Salah Badahdh answer due 10/15/2010; Talal Mohamm
answer due 10/15/2010; Ibrahim Bah answer due 10/15/2010; Said Bahaji answer due 10/15/2010; Mazin M.H. Baha
due 10/15/2010; Mohammed Bahareth answer due 10/15/2010; Hassan A.A. Bahfzallah answer due 10/15/2010; Abd
Bahmadan answer due 10/15/2010; Jamal Bakhorsh answer due 10/15/2010; Banca Del Gottardo answer due 10/15/2
Al Taqwa Limited answer due 10/15/2010; Baraka Trading Company answer due 10/15/2010; Barakaat Boston answ
10/15/2010; Barakaat Construction Company answer due 10/15/2010; Barakaat Enterprise answer due 10/15/2010; B
Group of Companies answer due 10/15/2010; Barakaat International Foundation answer due 10/15/2010; Barakaat In
Inc. answer due 10/15/2010; Barakaat North America, Inc. answer due 10/15/2010; Barakaat Red Sea Telecommunic
answer due 10/15/2010; Barakaat Telecommunications Co. Somalia answer due 10/15/2010; Barakat Bank and Remi
answer due 10/15/2010; Barakat Computer Consulting (BCC) answer due 10/15/2010; Barakat Consulting Group (B
due 10/15/2010; Barakat Global Telephone Company answer due 10/15/2010; Barakat International Companies (BIC
due 10/15/2010; Barakat Post Express (BPE) answer due 10/15/2010; Barakat Refreshment Company answer due 10/
Barakat Telecommunications Company Limited (BTELCO) answer due 10/15/2010; Barakat Wire Transfer Compan
due 10/15/2010; Barako Trading Company, LLC answer due 10/15/2010; Abdel Barry answer due 10/15/2010; Jama
answer due 10/15/2010; Jamal Barzinji answer due 10/15/2010; Adnan Basha answer due 10/15/2010; Bashsh Hospit
due 10/15/2010; Osama Bassnan answer due 10/15/2010; Adil Galil Batargy answer due 10/15/2010; Adel Abdul Ba
answer due 10/15/2010; Shahir Abdulraoof Batterjee answer due 10/15/2010; Mohamed Loay Bayazid answer due 1
Mohamed Bayazid answer due 10/15/2010; Omar Al Bayoumi answer due 10/15/2010; Bensayah Belkacem answer
10/15/2010; Nabil Benattia answer due 10/15/2010; Benevolence International Foundation answer due 10/15/2010; B
International Foundation, Canada answer due 10/15/2010; Benevolence International Foundation−USA answer due 1
Benevolence International Fund answer due 10/15/2010; Soliman S. Biheiri answer due 10/15/2010; Ramzi Bin Al−S
answer due 10/15/2010; Mohammad Bin Faris answer due 10/15/2010; Abdulaziz Bin Hamad answer due 10/15/201
Muhammad Sadiq Bin Kazem answer due 10/15/2010; Abdula Bin Laden answer due 10/15/2010; Abdullah Bin Lad
due 10/15/2010; Bakr M Bin Laden answer due 10/15/2010; Haydar Mohamed Bin Laden answer due 10/15/2010; O
Laden answer due 10/15/2010; Osama Bin Laden answer due 10/15/2010; Saleh Mohamed Bin Laden answer due 10
Salem Bin Laden answer due 10/15/2010; Tarek M. Bin Laden answer due 10/15/2010; Yeslam M. Bin Laden answe
10/15/2010; Abdulrahman Bin Mahfouz answer due 10/15/2010; Adbullah Bin Said answer due 10/15/2010; Sheikh
Bin−Laden answer due 10/15/2010; Ramzi Binalshibh answer due 10/15/2010; Ramzi Mohammed Adbullah Binalsh
due 10/15/2010; Yeslam Binladin answer due 10/15/2010; Blessed Relief Foundation answer due 10/15/2010; Ali Bl
answer due 10/15/2010; Bosanska Idealna Futura answer due 10/15/2010; Bosnia−Herzegovina Branch of Al−Haram
Foundation answer due 10/15/2010; Mokhtar Boughougha answer due 10/15/2010; Ahmed Brahim answer due 10/15
Agus Budiman answer due 10/15/2010; Cemsteel Impex Establishment answer due 10/15/2010; Centersas Di Nasred
Idris EC answer due 10/15/2010; Tarek Charaabi answer due 10/15/2010; Mohammed Chehade answer due 10/15/20
Chekkaouri answer due 10/15/2010; Co−Conspirators answer due 10/15/2010; Cobis answer due 10/15/2010; Contra
answer due 10/15/2010; Council on American−Islamic Relations (CAIR) answer due 10/15/2010; DMI Administrativ
S.A. answer due 10/15/2010; Mahmoud Dakhil answer due 10/15/2010; Dallah Al Baraka Group LLC answer due 10
Dallah Avco Trans Arabia Co. LTD. answer due 10/15/2010; Dar Al Maal Al Islami answer due 10/15/2010; Daral M
Islami Trust answer due 10/15/2010; Mamoun Darkazanli answer due 10/15/2010; Delta Oil Company, Ltd. answer

10/15/2010; Dubai Islamic Bank answer due 10/15/2010; Lionel Dumont answer due 10/15/2010; Barzan E−Tikriti a
10/15/2010; Egyptian Gama'a Al−Islamiya answer due 10/15/2010; Egyptian Islamic Jihad answer due 10/15/2010; S
Islam El Masry answer due 10/15/2010; Iss El−Din El Sayed answer due 10/15/2010; Arafat El−Asahi answer due 10
Arafat El−Ashi answer due 10/15/2010; Wadih El−Hage answer due 10/15/2010; Ali Saed Bin Ali El−Hoorie answer
10/15/2010; Mounir El−Motassadeq answer due 10/15/2010; Sulaiman Ali Eldeen answer due 10/15/2010; Abdelkdi
Es Sayed answer due 10/15/2010; Moussa Ben Amor Essaadi answer due 10/15/2010; Zakarlya Essabar answer due
Sami Ben Khemais Essid answer due 10/15/2010; Estate of Abu Hafs answer due 10/15/2010; Estate of Abu Jaffer A
answer due 10/15/2010; Estate of Abu Salah Al−Yemeni answer due 10/15/2010; Estate of Ahmed Al Nami answer
10/15/2010; Estate of Ahmed Al−Ghamdi answer due 10/15/2010; Estate of Ahmed Ibrahim A. Al Haznawi answer
10/15/2010; Estate of Fayez Ahmed answer due 10/15/2010; Estate of Hamza Al−Ghamdi answer due 10/15/2010; E
Hani Hanjour answer due 10/15/2010; Estate of Hanjour answer due 10/15/2010; Estate of Khalid Al−Midhar answer
10/15/2010; Estate of Majed Moqued answer due 10/15/2010; Estate of Marwan Al−Shehhi answer due 10/15/2010;
Mohald Al−Shehri answer due 10/15/2010; Estate of Mohammed Atta answer due 10/15/2010; Estate of Muhammad
answer due 10/15/2010; Estate of Nawaf Al−Hazmi answer due 10/15/2010; Estate of Qusay Hussein answer due 10/
Estate of Saeed Al Ghamdi answer due 10/15/2010; Estate of Salem Al−Hazmi answer due 10/15/2010; Estate of Sat
Al−Suqami answer due 10/15/2010; Estate of Uday Hussein answer due 10/15/2010; Estate of Wail Al−Shehri answe
10/15/2010; Estate of Waleed Al−Shehri answer due 10/15/2010; Estate of Ziad Samir Jarrah answer due 10/15/2010
Obras SA answer due 10/15/2010; Mustafa Mohamed Fadhil answer due 10/15/2010; Faisal Group Holding Co. answ
10/15/2010; Faisal Islamic Bank answer due 10/15/2010; Muhammed J. Fakihi answer due 10/15/2010; Ali Falahyan
due 10/15/2010; Umar Faruq answer due 10/15/2010; khalid Al Fawwaz answer due 10/15/2010; Rachid Fehar answ
10/15/2010; Fraruq Al−Hijazi answer due 10/15/2010; GRF answer due 10/15/2010; Doug Gaines answer due 10/15/
Saleh Gazaz answer due 10/15/2010; Ahmed Khalfan Ghailani answer due 10/15/2010; Ghasoub Al Abrash Ghalyou
due 10/15/2010; Hamza Al Ghamdi answer due 10/15/2010; Perouz Seda Ghaty answer due 10/15/2010; Global Diar
Resources answer due 10/15/2010; Global Relief Foundation, Inc. answer due 10/15/2010; Global Services Internatio
due 10/15/2010; Grove Corporate, Inc. answer due 10/15/2010; Guld and African Center answer due 10/15/2010; Gu
African Chamber answer due 10/15/2010; Gulf Center S.R.L. answer due 10/15/2010; Gum Arabic Co. Ltd. answer
10/15/2010; Rabih Haddah answer due 10/15/2010; Salah Hajir answer due 10/15/2010; Brahim Ben Hedili Hamami
10/15/2010; Hamas answer due 10/15/2010; Tarik Hamdi answer due 10/15/2010; Ibrahim Hassabella answer due 10
Hassan Turabi, Islamic Leader answer due 10/15/2010; Havlish Defendants answer due 10/15/2010; Haydar Mohame
Laden answer due 10/15/2010; Gulbuddin Hekmatyar answer due 10/15/2010; Help African People answer due 10/1
Lased Ben Heni answer due 10/15/2010; Heritage Education Trust answer due 10/15/2010; Heyatul Ulya answer due
10/15/2010; Hezb−E−Islami answer due 10/15/2010; Hezbollah answer due 10/15/2010; Raed Hijazi answer due 10/
Riad Hijazi answer due 10/15/2010; Ali Ghaleb Himmat answer due 10/15/2010; Hisham answer due 10/15/2010; Hi
Al−Talib answer due 10/15/2010; Armand Albert Friedrich Huber answer due 10/15/2010; Human Concern Internati
Society answer due 10/15/2010; Hamad Hussaini answer due 10/15/2010; Ayatollah Ali Hoseini−Khamenei answer
10/15/2010; Daral Maal Al Islami Trust answer due 10/15/2010; Anwar Hajjaj answer due 10/15/2010; Mushin Musa
Matwalliatwah answer due 10/15/2010; Aaran Money Wire Service, Inc. answer due 10/15/2010; Qorban 'Ali Najaf
answer due 10/15/2010; Abd Al−Hadi al−Iraqi answer due 10/15/2010; Abdel Hussein answer due 10/15/2010; Abdu
Mohammed Hussein answer due 10/15/2010; Husham Hussein answer due 10/15/2010; Liban Hussein answer due 10
Qusai Hussein answer due 10/15/2010; Qusay Hussein answer due 10/15/2010; Saddam Hussein answer due 10/15/2
Hussein answer due 10/15/2010; Ibrahim Bin Abdul Aziz Al Ibrahim Foundation answer due 10/15/2010; Iksir Limit
answer due 10/15/2010; Infocus Tech of Malaysia answer due 10/15/2010; International Development Foundation an
10/15/2010; International Institute of Islamic Thought answer due 10/15/2010; International Islamic Relief Organizat
answer due 10/15/2010; International Relief Foundation, Inc. answer due 10/15/2010; International Relief Organizati
due 10/15/2010; Iqbal Unus (Yunus) answer due 10/15/2010; Iranian Airlines answer due 10/15/2010; Iranian Minist
Commerce answer due 10/15/2010; Iranian Ministry of Defense and Armed Forces Logistics answer due 10/15/2010
Ministry of Economic Affairs and Finance answer due 10/15/2010; Iranian Ministry of Information and Security answ
10/15/2010; Iranian Ministry of Intelligence and Security ("MOIS") answer due 10/15/2010; Iranian Ministry of Petr
answer due 10/15/2010; Iranian Revolutionary Guard Corps (IRGC) answer due 10/15/2010; Iranian Revolutionary
− QODS Force answer due 10/15/2010; Iraq answer due 10/15/2010; Iraq Intelligence Service answer due 10/15/201
Ministry of Defense answer due 10/15/2010; Iraq Ministry of Finance answer due 10/15/2010; Iraq Ministry of Oil a
10/15/2010; Iraqi Intelligence Agency answer due 10/15/2010; Iraqi Intelligence Service answer due 10/15/2010; Ira
of Defense answer due 10/15/2010; Iraqi Ministry of Finance answer due 10/15/2010; Iraqi Ministry of Oil answer d
10/15/2010; Iraqi Secret Service answer due 10/15/2010; Jemaah Isamiya answer due 10/15/2010; Islamic African R
Agency answer due 10/15/2010; Islamic Army for the Liberation of Holy Places answer due 10/15/2010; Islamic Arm
answer due 10/15/2010; Islamic Assembly of North America answer due 10/15/2010; Islamic Assembly of North
AmericaFoundation answer due 10/15/2010; Islamic Center of Tucson answer due 10/15/2010; Islamic Cultural Cent
Geneva answer due 10/15/2010; Islamic Cultural Institute of Milan answer due 10/15/2010; Islamic International Bri
answer due 10/15/2010; Islamic Investment Company of the Gulf answer due 10/15/2010; Islamic Investment Compa
Gulf (Bathrain)EC answer due 10/15/2010; Islamic Investment Company of the Gulf (Sharjah) answer due 10/15/201
Movement of Uzbekistan (IMU) answer due 10/15/2010; Islamic Republic of Iran answer due 10/15/2010; Islamic R
Organization answer due 10/15/2010; Islamic Revolunitionary of Guard Corps answer due 10/15/2010; Islamic Revo
Guard ("IRGC") answer due 10/15/2010; Islamic Society of North America answer due 10/15/2010; Islamic World L
answer due 10/15/2010; Jemaah Islamiya answer due 10/15/2010; Haqi Ismail answer due 10/15/2010; Nurjaman Ri

Ismuddin answer due 10/15/2010; Hasan Izz−Al−Din answer due 10/15/2010; Mahmoud Jaballah answer due 10/15/
Mohmous Jaballah answer due 10/15/2010; Mohammed Jaghkit answer due 10/15/2010; Mohammed Jaghlit answer
10/15/2010; Jaish−I−Mohammed answer due 10/15/2010; Wa'el Hamza Jalaidan answer due 10/15/2010; Wa'el Jalai
due 10/15/2010; Wael Jalaidan answer due 10/15/2010; Noor Jalil answer due 10/15/2010; Garad Jama answer due 1
Jamal Barzinji answer due 10/15/2010; Yousef Jameel answer due 10/15/2010; Lashkar I Janghvi answer due 10/15/
Jarraya answer due 10/15/2010; Riadh Jelassi answer due 10/15/2010; Jemaah Islamiya Organization answer due 10/
Fouzi Jendoubi answer due 10/15/2010; Mounir Ben Habib Jerraya answer due 10/15/2010; John Doe answer due 10
Wa'el Hamza Julaidan answer due 10/15/2010; Ahmed Nur Ali Jumale answer due 10/15/2010; Maulvi Abdul Kabir
10/15/2010; Yassin Abdullah Kadi answer due 10/15/2010; Abdullahi Hussein Kahie answer due 10/15/2010; Mullal
answer due 10/15/2010; Omar Abdullah Kamel answer due 10/15/2010; Saleh Abdullah Kamel answer due 10/15/20
Kammoun answer due 10/15/2010; Zahir H. Kazmi answer due 10/15/2010; Ziyad Khaleel answer due 10/15/2010;
Jamal Khalifa answer due 10/15/2010; Mohammed Jamal Khalifa answer due 10/15/2010; Muzaffar Khan answer du
10/15/2010; Mohammed Khatib answer due 10/15/2010; Jamal Ba Khorsh answer due 10/15/2010; Soliman J. Khud
due 10/15/2010; Samir Kishk answer due 10/15/2010; Khalil A. Kordi answer due 10/15/2010; Musti Rashid Ahmad
Ladehyanoy answer due 10/15/2010; Abula Bin Laden answer due 10/15/2010; Tarik Bin Laden answer due 10/15/2
Lamar answer due 10/15/2010; Lashkar Redayan−E−Islami (Islamic Martyrs Brigade) answer due 10/15/2010; Leba
Hezbollah answer due 10/15/2010; M. Yaqub Mirza answer due 10/15/2010; M.M. Badkook Co. for Catering & Trac
due 10/15/2010; MIGA− Malaysian Swiss, Gulf and African Chamber answer due 10/15/2010; Tarek Ben Habib Ma
answer due 10/15/2010; Abdul Rahman Khaled Mahfouz answer due 10/15/2010; Abdul Rahman Khaled Bin Mahfo
due 10/15/2010; Abdulrahman Bin Khalid Bin Mahfouz answer due 10/15/2010; Khaled Bin Mahfouz answer due 1
Khaled Bin Salim Bin Mahfouz answer due 10/15/2010; Mohammed Salim Bin Mahfouz answer due 10/15/2010; M
Bin Mahfouz answer due 10/15/2010; Salim Bin Mahfouz answer due 10/15/2010; Bashir−Ud−Din Mahmood answe
10/15/2010; Abdul Majeed answer due 10/15/2010; Makkah mukarrahman Charity Trust, Inc. answer due 10/15/201
Darkazanli answer due 10/15/2010; Mamoun Darkazanli Import−Export Company answer due 10/15/2010; Mandouh
Salim answer due 10/15/2010; Mohamed Mansour answer due 10/15/2010; Zeinab Mansour answer due 10/15/2010;
Al−Kadi answer due 10/15/2010; Zeinab Mansour−Fattouh answer due 10/15/2010; Mar−Jac Investments, Inc. answ
10/15/2010; Mar−Jac Poultry Inc answer due 10/15/2010; Bilal Bin Marwan answer due 10/15/2010; Fethi Ben Reba
answer due 10/15/2010; Mohammed Al Massari answer due 10/15/2010; Mazin M.H. Bahareth answer due 10/15/20
Corporation answer due 10/15/2010; Mena Investments answer due 10/15/2010; Mercy International Relief Agency
10/15/2010; Metalor answer due 10/15/2010; Ministry of Defense answer due 10/15/2010; Ministry of Intelligence a
answer due 10/15/2010; Ministry of Interior answer due 10/15/2010; M. Yaqub Mirza answer due 10/15/2010; Moha
Laden Organization (SBG) answer due 10/15/2010; Mohamed Loay Bayazid answer due 10/15/2010; Mohamed Mar
answer due 10/15/2010; Mohammad S. Mohammad answer due 10/15/2010; Fazul Abdullah Mohammed answer due
10/15/2010; Jamal Ahmed Mohammed answer due 10/15/2010; Khalid Shaikh Mohammed answer due 10/15/2010;
Al−Issai answer due 10/15/2010; Mohammed Ali Hasan Al Moayad answer due 10/15/2010; Mohammed Bin Abdul
Al−Jomaith answer due 10/15/2010; Mohammed Hussein Al−Amoudi answer due 10/15/2010; Momammed Moham
answer due 10/15/2010; James W Monsour answer due 10/15/2010; Moro Islamic Liberation Front (MILF) answer d
10/15/2010; Hossein Mosleh answer due 10/15/2010; Mounir El−Motassadeq answer due 10/15/2010; Zacarias Mou
answer due 10/15/2010; Fahid Mohammed Ally Msalam answer due 10/15/2010; Imad Mughniyeh answer due 10/15
Omar Muhammad answer due 10/15/2010; Ayadi Chafiq Bin Muhammad answer due 10/15/2010; Sheikh Omar Bak
Muhammad answer due 10/15/2010; Muhammad Omar answer due 10/15/2010; Mullah Kakshar answer due 10/15/2
Mushayt answer due 10/15/2010; Mohammed Ali Sayed Mushayt answer due 10/15/2010; Mushayt for Trading Com
answer due 10/15/2010; Muslim Brotherhood answer due 10/15/2010; Muslim Brotherhood − Egyptian Branch answ
10/15/2010; Muslim Brotherhood − Iraqi Branch answer due 10/15/2010; Muslim Brotherhood − Jordanian Branch a
10/15/2010; Muslim Brotherhood − Kuwaiti Branch answer due 10/15/2010; Muslim Brotherhood − Syrian Branch a
10/15/2010; Muslim World League answer due 10/15/2010; Muwaffaq Foundation answer due 10/15/2010; Muwaffa
Foundation National Commerical Bank answer due 10/15/2010; Abdelghani Mzoudi answer due 10/15/2010; Abelgh
answer due 10/15/2010; Yousef M. Nada answer due 10/15/2010; Nada International Anstalt answer due 10/15/2010
Management Organization, S.A. answer due 10/15/2010; Abu Abdul Aziz Nagi answer due 10/15/2010; Naif Bin Ab
Saud answer due 10/15/2010; Qorban Ali Najaf−Abadi answer due 10/15/2010; Nasco Business Center Sas Di Nasre
Ahmed Idris answer due 10/15/2010; Nasco Business Residence answer due 10/15/2010; Nasco Nasredden Internatio
Limited Holding answer due 10/15/2010; Nasco Nasreddin Holdings,A.S. answer due 10/15/2010; Nascoservice S.R.
due 10/15/2010; Nascotex S.A. answer due 10/15/2010; Abdullah Omar Naseef answer due 10/15/2010; Hassan Nas
answer due 10/15/2010; Nasredddin Ahmed Idris answer due 10/15/2010; Ahmad I. Nasreddin answer due 10/15/201
Nasreddin Ahmed answer due 10/15/2010; Nasreddin Charitable Foundation answer due 10/15/2010; Nasreddin Con
Nasco Sas Di Ahmed Idris Nassneddin Ec answer due 10/15/2010; Nasreddin Foundation answer due 10/15/2010; N
Group International Holding Limited answer due 10/15/2010; Nasreddin International Limited Group answer due 10/
National Commerce Bank answer due 10/15/2010; National Commercial Bank answer due 10/15/2010; National Co
Bank of Saudi Arabia answer due 10/15/2010; National Development Bank answer due 10/15/2010; National Fund f
Insurance answer due 10/15/2010; National Islamic Front Party answer due 10/15/2010; National Management Cons
Center (NMCC) answer due 10/15/2010; New Diamond Holdings answer due 10/15/2010; Nimir Petroleum LLC ans
10/15/2010; Noor Jalil answer due 10/15/2010; North American Islamic Trust answer due 10/15/2010; Khaled Nouri
10/15/2010; Shaled Nouri answer due 10/15/2010; Jamal Nyrabeh answer due 10/15/2010; Abdulla Al Obaid answer
10/15/2010; Mohamed Sadeek Odeh answer due 10/15/2010; Hoseyn Shaykh Ol−Eslam answer due 10/15/2010; Ab

Omar answer due 10/15/2010; Abu Omar Omar answer due 10/15/2010; Muhammad Omar answer due 10/15/2010; I
Omar answer due 10/15/2010; Omar Bin Laden answer due 10/15/2010; Omar Hassan Ahmad Al−Bashir, President o
answer due 10/15/2010; Mohamed S. Omeish answer due 10/15/2010; Mohammed Omeish answer due 10/15/2010; O
Laden answer due 10/15/2010; Abdel Wahab Osman answer due 10/15/2010; Najib Ouaz answer due 10/15/2010; Pa
Islamic Jihad answer due 10/15/2010; Parka Trading Company answer due 10/15/2010; Piedmont Poultry answer due
10/15/2010; Prince Bandar bin Sultan bin Abdulaziz answer due 10/15/2010; Prince Mohamed Al−Faisal Al−Saud an
10/15/2010; Promociones Y Construcciones Tetuan Pricote S.A. answer due 10/15/2010; Proyectos Edispan answer d
10/15/2010; Proyectos Promociones Paradaus S.I. answer due 10/15/2010; Proyectos Y Promocoines Iso Afamia SL
10/15/2010; Abdullah Qassim answer due 10/15/2010; Abdullah Qassim answer due 10/15/2010; Queens City Cigare
Candy answer due 10/15/2010; Rabih Haddah answer due 10/15/2010; Rabita Al−Alam Al−Islami answer due 10/15
Rabita Trust answer due 10/15/2010; Ali Akbar Hashemi Rafsanjani answer due 10/15/2010; Hazem Ragab answer d
10/15/2010; Abu Abdul Rahman answer due 10/15/2010; Abu Rahman answer due 10/15/2010; Fatha Abdul Rahman
due 10/15/2010; Mohammed Nur Rahmi answer due 10/15/2010; Suleiman Abdel Aziz Al Rajhi answer due 10/15/2
Ramadan answer due 10/15/2010; Taha Yassin Ramadan answer due 10/15/2010; Ramzia Mohammed Adbullah Bin
answer due 10/15/2010; Ahmed Hasni Rarrbo answer due 10/15/2010; Mufti Mohammed Rashid answer due 10/15/2
Mat Service and Management SA answer due 10/15/2010; Mohammadi Rayshahri answer due 10/15/2010; Mohamm
Mohammadi Rayshahri answer due 10/15/2010; Red Crescent Saudi Committee answer due 10/15/2010; Red Sea Ba
Company Limited answer due 10/15/2010; Lashkar Redayan−E−Islami answer due 10/15/2010; Abdelhalim Remadn
due 10/15/2010; Republic of Sudan Ministry of Defense answer due 10/15/2010; Republic of Sudan Ministry of Inter
due 10/15/2010; Ahmed Ressam answer due 10/15/2010; Reston Investments, Inc. answer due 10/15/2010; General M
Reza'I answer due 10/15/2010; Mohsen Reza'i answer due 10/15/2010; Morteza Reza'i answer due 10/15/2010;
Riyadus−Salikhin Recognizance and Sabotage Battalion of Chechen Martyrs answer due 10/15/2010; S.M. Tufail ans
10/15/2010; SNCB Corporate Finance Ltd. answer due 10/15/2010; SNCB Securities Ltd. in London answer due 10/
SNCB Securities Ltd. in New York answer due 10/15/2010; Shaykh Sa'id answer due 10/15/2010; Saar Foundation a
10/15/2010; Saar International answer due 10/15/2010; Saar Network answer due 10/15/2010; Saddam Hussein answ
10/15/2010; Jamil Qasim Saeed answer due 10/15/2010; Safa Trust answer due 10/15/2010; Yahya Rahim Safavi ans
10/15/2010; Mohammed Mijed Said answer due 10/15/2010; Saif Al Adel answer due 10/15/2010; Salafist Group for
Combat answer due 10/15/2010; Ahmad Salah answer due 10/15/2010; Muhammad Salah answer due 10/15/2010; M
Mahdi Salah answer due 10/15/2010; Samir Salah answer due 10/15/2010; Sanur Salah answer due 10/15/2010; Ahm
(Salim) answer due 10/15/2010; Salah Muhammed Mandi answer due 10/15/2010; Salah Suleiman answer due 10/15
Ahmad Salah(Salim) answer due 10/15/2010; Salahuddin Abduljawad answer due 10/15/2010; Nedal Saleh answer d
10/15/2010; Saleh Abdullah kamel answer due 10/15/2010; Hamsiraji Sali answer due 10/15/2010; Mamdouh Mahm
answer due 10/15/2010; Salman Bin Abdulaziz Al Saud answer due 10/15/2010; Sana−Bell, Inc. answer due 10/15/2
Sanabel Al Kheer, Inc. answer due 10/15/2010; Sanabel Al−Kheer, Inc. answer due 10/15/2010; Mohammed Sarkaw
due 10/15/2010; Bassam Dalati Satut answer due 10/15/2010; Saudi American Bank answer due 10/15/2010; Saudi B
Group (LBG) answer due 10/15/2010; Saudi Binladin Group, Inc. answer due 10/15/2010; Saudi Binladin Internation
Company answer due 10/15/2010; Saudi Cement Company In Damman answer due 10/15/2010; Saudi Dallah Al Bar
LLC answer due 10/15/2010; Saudi Economic and Development Company answer due 10/15/2010; Saudi High Com
answer due 10/15/2010; Saudi Joint Relief Committee answer due 10/15/2010; Saudi Red Crescent answer due 10/15
Saudi Sudanese Bank answer due 10/15/2010; Mahdi Chamran Savehi answer due 10/15/2010; Abu Sayyaf answer d
10/15/2010; Engelbert Schreiber answer due 10/15/2010; Engelbert Schreiber, Jr answer due 10/15/2010; Schreiber &
answer due 10/15/2010; Cherif Sedky answer due 10/15/2010; Adib Sha'ban answer due 10/15/2010; Wali Khan Am
answer due 10/15/2010; Shahir Abdulraoof Batterjee answer due 10/15/2010; Shamal Islamic Bank answer due 10/1
Abdulrahman Hassan Sharbatly answer due 10/15/2010; Sherif Shedky answer due 10/15/2010; Sherif Sedky African
Agency answer due 10/15/2010; Sherifsedky answer due 10/15/2010; Thirwat Salah Shihata answer due 10/15/2010;
Shinwari answer due 10/15/2010; Rahman Abdul Siral−Khatim answer due 10/15/2010; Adel Ben Soltane answer du
10/15/2010; Somali International Relief Organization (U.S.A.) answer due 10/15/2010; Somali Internet Company ans
10/15/2010; Somali Network, A.B. answer due 10/15/2010; Somalia Branch of the Al−Haramain Islamic Foundation
10/15/2010; Somalia International Relief Organization answer due 10/15/2010; Special Purpose Islamic Regiment an
10/15/2010; Sterling Charitable Gift Fund answer due 10/15/2010; Sterling Management Group, Inc. answer due 10/
Success Foundation, Inc. answer due 10/15/2010; Sudanese Government of Northern State answer due 10/15/2010; S
Intelligence Service answer due 10/15/2010; Abu Sulayman answer due 10/15/2010; Salah Suleiman answer due 10/
Suleiman Abdel Aziz answer due 10/15/2010; Prince Bandar bin Sultan answer due 10/15/2010; Prince Vandar Iban
answer due 10/15/2010; Sultan Bin Abdulaziz Al Saud answer due 10/15/2010; Sheikh Ahmed Salim Swedan answe
10/15/2010; Syed Suleman Ahmer answer due 10/15/2010; Syrian Arab Republic answer due 10/15/2010; Taba Inve
answer due 10/15/2010; Tadamon Islamic Bank answer due 10/15/2010; Taha Yassin Ramadan answer due 10/15/20
International Aid Association answer due 10/15/2010; Talobah International Aid Association answer due 10/15/2010
King answer due 10/15/2010; Abdul Matin Tatari answer due 10/15/2010; Tatex Trading GMBHT answer due 10/15
Lashkar−E Tayyiba answer due 10/15/2010; Terrorist Hijackers answer due 10/15/2010; Mansour Thaer answer due
10/15/2010; The Advice and Reformation Committee(ARC) answer due 10/15/2010; The Aid Organization of the Ul
due 10/15/2010; The Central Bank of the Islamic Republic of Iran answer due 10/15/2010; The Committee for the De
Legitimate Rights, (CDLR) answer due 10/15/2010; The Estate of Abdulaziz Al Omari answer due 10/15/2010; The
Omari answer due 10/15/2010; The Gobal Relief Foundation answer due 10/15/2010; The Iranian Ministry of Petrole
due 10/15/2010; The Islamic Emirate of Afghanistan answer due 10/15/2010; The Islamic Republic of Iran answer du

| | | |
|---|---|---|
| | | 10/15/2010; The Islamic Revolutionary Guard Corps answer due 10/15/2010; The Kingdom of Saudi Arabia answer due 10/15/2010; The National Iranian Gas Company answer due 10/15/2010; The National Iranian Oil Corporation answer due 10/15/2010; The National Iranian Petrochemical Company answer due 10/15/2010; The National Iranian Tanker Cor answer due 10/15/2010; The Republic of Iraq answer due 10/15/2010; The Republic of Sudan answer due 10/15/2010 Taliban answer due 10/15/2010; Lazhar Ben Mohammed Tlili answer due 10/15/2010; Ahmed Totonji answer due 10 Triple−B Trading Company answer due 10/15/2010; Hassan Turabi answer due 10/15/2010; Turkistan Islamic Move answer due 10/15/2010; Ulema Union of Afghanistan answer due 10/15/2010; Umma Tameer−E−Nau (UTN) answer 10/15/2010; Unidentified Terrorist Defendants 1−500 answer due 10/15/2010; Unidentified Terrorist Defendants 8−5 due 10/15/2010; Ahmad Vahedi answer due 10/15/2010; Abu Wa'el answer due 10/15/2010; Erwin Wachter answer 10/15/2010; Martin Wachter answer due 10/15/2010; Habib Waddani answer due 10/15/2010; Wafa Humanitarian O answer due 10/15/2010; Abu Waiel answer due 10/15/2010; Mahfuz Ould Al Walid answer due 10/15/2010; Wamy International, Inc. answer due 10/15/2010; Erwin Watcher answer due 10/15/2010; Martin Watcher answer due 10/15 World Assembly of Islamic Youth answer due 10/15/2010; World Assembly of Muslim Youth answer due 10/15/201 Rahim Safavi, head of the IRGC answer due 10/15/2010; Ahmed Zaki Yamani answer due 10/15/2010; Imad Eddin I Yarkas answer due 10/15/2010; Abdul Rahman Yasin answer due 10/15/2010; Yazid Sufaat of Kuala Lumpur Malay due 10/15/2010; Yeslman M. Bin Laden answer due 10/15/2010; York Foundation answer due 10/15/2010; Yousef M Co. Gesellschaft M.B.H. answer due 10/15/2010; Youssef M. Nada answer due 10/15/2010; Youssef M. Nada & CO due 10/15/2010; Iqbal Yunus answer due 10/15/2010; Zakat Committee answer due 10/15/2010; Abdul Fattah Zamm due 10/15/2010; Abu Musab Zarqawi answer due 10/15/2010; Frank Zindel answer due 10/15/2010; Mohammad Bac answer due 10/15/2010; Zouaydi answer due 10/15/2010; Zubayadh answer due 10/15/2010; Abu Zubaydah answer 10/15/2010; Abu Zubaydh answer due 10/15/2010; Muhammed Galeb Kalaje Zuoyadi answer due 10/15/2010; brahi Muhammad Afandi answer due 10/15/2010; haji Mohamad Akram answer due 10/15/2010; islamic Investment Comp Gulf(Bathrain)EC answer due 10/15/2010; Muzaffar kahn answer due 10/15/2010. (rjm) (Entered: 09/09/2010) |
| .0/2010 | 2311 | ORDER. It is hereby ORDERED that: 1. The discovery conference previously scheduled for September 15, 2010, is without date and will be rescheduled after Judge Daniels issues his decision concerning the remaining motions to dis determine a suitable date for the conference after I review Judge Daniels' decision. 2. Absent a showing of compellin defendant who does not have a motion to dismiss pending will be required to make its Rule 26(a) disclosures (and fil if one has yet to be filed) by September 15, 2010. 3. I will determine a suitable date for the plaintiffs' Rule 26(a) discl other discovery deadlines) after Judge Daniels issues his decision. I note further that I am aware that the discovery iss to the al−Haramain Islamic Foundation remain pending before me. (Signed by Magistrate Judge Frank Maas on 9/10/ (Entered: 09/13/2010) |
| .3/2010 | 2312 | MEMORANDUM DECISION AND ORDER: Defendant Al Haramain Islamic Foundation, Inc.'s eight individually motions to dismiss the complaint, pursuant to Fed.R.Civ.P. 12(b)(2), for lack of personal jurisdiction, are all denied. Perouz Sedaghaty's seven individually filed motions to dismiss the complaint, pursuant to Fed.R.Civ.P. 12(b)(2), for personal jurisdiction, are all denied. Defendant World Assembly of Muslim Youth's six individually filed motions to complaint, pursuant to Fed.R.Civ.P. 12(b)(6), for failure to state a claim, are all denied. Defendant World Assembly Youth International's six individually filed motions to dismiss the complaint, pursuant to Fed.R.Civ.P. 12(b)(6), are a Defendant Perouz Sedaghaty's seven individually filed motions to dismiss the complaint, pursuant to Fed.R.Civ.P. 12 failure to state a claim, are all denied. Defendant Jamal Barzinji's five individually filed motions to dismiss the compl pursuant to Fed.R.Civ.P. 12(b)(6), are all denied. Defendant Al Haramain Islamic Foundation, Inc.' s eight individual motions to dismiss the complaint, pursuant to Fed.R.Civ.P. l2(b)(6), for failure to state a claim, are all denied. Defend Haramain Islamic Foundation's motion to dismiss the complaint, pursuant to Fed.R.Civ.P. 12(b)(6), for failure to stat denied. Defendant Sanabel AI−Kheer's two individually filed motions to dismiss the complaint, pursuant to Fed.R.Ci 12(b)(6), are both denied. Defendant Al Haramain Islamic Foundation's motion to dismiss the complaint, pursuant to Fed.R.Civ.P. 12(b)(5), for insufficiency of service, is denied. The Federal plaintiffs' motion to strike the renewed mot denied. All motions to dismiss by the other remaining moving defendants herein, are granted. (Signed by Judge Geor Daniels on 9/13/2010) (jar) (Entered: 09/13/2010) |
| .3/2010 | 2313 | REPLY MEMORANDUM OF LAW in Support re: (375 in 1:04−cv−07279−GBD) MOTION for Certificate of Appe *Pursuant to 28 U.S.C. Section 1292(b), certifying immediate appeal from this Court's June 17, 2010 Order denying L Motion to Dismiss*. MOTION for Certificate of Appealability *Pursuant to 28 U.S.C. Section 1292(b), certifying imme appeal from this Court's June 17, 2010 Order denying DIB's Motion to Dismiss*.. Document filed by Dubai Islamic B In Associated Cases: 1:03−md−01570−GBD−FM et al.(Houck, Robert) (Entered: 09/13/2010) |
| .4/2010 | 2314 | NOTICE of Stipulation Re: Dates to Answer and Produce Rule 26(a) Disclosures. Document filed by Sana−Bell, Inc. Al Kheer, Inc.. (Manning, Christopher) (Entered: 09/14/2010) |
| .4/2010 | 2315 | MOTION to Dismiss *for Failure to State a Claim*. Document filed by Cherif Sedky.Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Letsche, Karla) (Entered: 09/14/2010) |
| .4/2010 | 2316 | MEMORANDUM OF LAW in Support re: (390 in 1:04−cv−05970−GBD, 278 in 1:03−cv−07036−GBD, 2315 in 1:03−md−01570−GBD−FM, 282 in 1:03−cv−05071−GBD, 457 in 1:04−cv−06105−GBD, 630 in 1:02−cv−06977−G 1:02−cv−07300−GBD−FM, 385 in 1:04−cv−07279−GBD, 576 in 1:03−cv−09849−GBD, 394 in 1:04−cv−07280−GI 1:03−cv−06978−GBD) MOTION to Dismiss *for Failure to State a Claim*.. Document filed by Cherif Sedky. Filed In |

| | | |
|---|---|---|
| | | Cases: 1:03−md−01570−GBD−FM et al.(Letsche, Karla) (Entered: 09/14/2010) |
| 23/2010 | 2317 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from James J. Murphy dated 9/21/10 re: I am writ request that you direct your clerk to remove my name and email address from the notification list in the above−refere ENDORSEMENT: The Clerk of the Court is directed to make this change. (Signed by Magistrate Judge Frank Maas (rjm) (Entered: 09/24/2010) |
| 23/2010 | 2318 | ORDER. It is hereby ORDERED that the Court will hold a further conference in Courtroom 20A, at 11 a.m. on Octol 2010, to discuss the schedule for discovery. Counsel are requested to submit a joint letter to my Chambers by no later October 25, 2010, setting forth their respective positions concerning scheduling and any other issues that they believe addressed at the conference. (Conference set for 10/28/2010 at 11:00 AM in Courtroom 20A, 500 Pearl Street, New Y 10007 before Magistrate Judge Frank Maas.) (Signed by Magistrate Judge Frank Maas on 9/23/10) Copies Sent to Ju By Chambers. (rjm) (Entered: 09/24/2010) |
| 27/2010 | 2319 | ANSWER to Amended Complaint., ANSWER to Amended Complaint., ANSWER to Amended Complaint. Docume Sana−Bell, Inc.. Related document: 1463 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Jessica Murrow−Adams, Gibson A. Craig, Natalie Makshanov, Janlyn Edward P. Ciafardini, Gary Wendell, Mark J. Siskopoulos, Mei Jy Lee, Saad Bin Laden, Serina Gillis, Anne M. Wod Helen Friedlander, Emily Motroni, Milagros Diaz, Cathy A. Carilli, Elinore Hartz, American Alternative Insurance C Kara Hadfield, Euro Brokers Inc., et al., Dixie M. Hobbs, Josephine Acquaviva, Armando Bardales, Jane Bartels, Lil Leonor Alvarez, Edward Walsh, Fidelity and Casualty Company of New York, American Employers' Insurance Com Maria Giordano, Rina Rabinowitz, Allstate Insurance Company, John F. Jermyn, Jacqueline Cannizzaro, Benhardt R Transportation Insurance Company, Judith Reiss, Maryanne Farrell, Chubb Indemnity Insurance Company, Jeffrey L Amrita Mahabir, Richard B. Naiman, Joyce Leigh, Jean Adams, Faith Miller, Curtis Fred Brewer, Carmen Garcia, Ja Alario,, Jodie Goldberg, Sheila Gail Harris, Yun Yu Zheng, Donald DiDomenico, Christine R. Huhn, Lisa Palazzo, N David Ziminski, Kevin Mount, Claudia Flyzik, Owen McGovern, Kristin Galusha−Wild, Christine Irene O'Neill, Gle Insurance Company, Philipson Azenabor, Marion Knox, Martin Rosenbaum, John Bonomo, Armand Reo, Kazmierz Dennis Quinn, Burnett & Ashton Plaintiffs, Judi A. Ross, Richard I. Klein, Emma Tisnovskiy, Carol Francolini, Hav Plaintiffs, Madeleine A. Zuccala, Leonard Ardizzone, Suk Tan Chin, Bhola P. Bishundat, Glenna M. Rosenburg, Eliz Moss, David M. Bernstein, Fiona Havlish, Donna Smith, Marie Twomey, Elizabeth Alderman, Yesenia Ielpi, James Chubb Custom Insurance Company, Lauren Rosenzweig, Dorothy Ann Bogdan, Judith Casoria, Edith Cruz, Nancy S J. Zeiss, Daryl Joseph Meehan, Kim Barbaro, Angelica Allen, Merrilly E. Noeth, Lori Fletcher, Theresa McGovern, I Ioveno, Sheryl J. Oliver, Tremsky Plaintiffs, Michael J. Lindy, Rebecca L. Marchand, Philip Lee, Joanne Modafferi, Zurich Insurance Company, Alexander Santoro, Robin Theurkauf, Kathleen M. Buckley, Patricia Kellett, JoAnne Bru Jerline Lewis, Maria Teresa Boisseau, Suzanne J. Berger, Virginia Lorene Rossiter Valvo, Paul Kaufman, Thomas J. III, Patricia Coughlin, David Brace, Cynthia F. McGinty, Plaintiffs Executive Committees, Jocelyne Ambroise, Rose Kempton, Joseph Beltrani, Helene S. Passaro, Thomas Conroy, Jr., Barbara Sohan, Northern Insurance Company of I Dorothy Mauro, Donald Aris, Linda E. Thorpe, Dhanmatee Sam, Rachel W. Goodrich, Ellen L. Saracini, Port Author York & New Jersey, Anne MacFarlane, Dominic J. Puopolo, Sr., Timothy L. Frolich, Melvin C. Lewis, Jeremiah Har Barbara Ardizzone, Kathleen M. Arancio, Dawn Brown, Ralph Maerz, Jr., Feliciana Umanzor, Doreen Lutter, Denise Kris A. Blood, Claudia Ruggiere, Arnold Lederman, Matthew T. Sellitto, John Lewis, Elvira P. Murphy, Kevin G. M Steven Feidelberg, Theresa A. Stack, Mathilda Geidel, John Does, Crum & Forster Indemnity Company, Francine Ra Jennifer Ruth Jacobs, Christina Baksh, Donald Leistman, Miriam M. Biegeleisen, Commercial Insurance Company o N.J., Evelyn Aron, Thomas Donnelly, Murray Bernstein, Lucy Virgilio, Russell Vomero, William O'Connor, James I Andrew Braun, North River Insurance Company, Rosanna Thompson, Pamela Ann Maggitti, Richard D. Allen, Stace Dolan, Yuko Clark, Valiant Insurance Company, Margaret Donoghue McGinley, Charles Downey, Maryland Casual Company, Linda Panik, Andrija Tomasevic, Angela Gitto, Claudette Greene, Andrezej Cieslik, Stephen Alderman, G Reinsurance (UK) PLC, Nicholas Barbaro, Elizabeth Rego, Alexander Paul Aranyos, Scott Ting, Susan Berger, Juan George Luis Torres, Radmila Tomasevic, Kevin W. Barry, John C. Buckley, Maureen Barry, Patricia Coppo, Nancy Phyllis Lederman, Domenick Damiano, Edlene C. LaFrance, Frederick Alger, Renne Bacotti Hannafin, Andy Dinoo, Van Ness Fatha, Andrea Maffeo, Karium Ali, Madelyn Conroy Allen, Gina Cayne, William Coale, Theresa Healey, I Andrew Aris, Judith M. Aiken, Burnett Plaintiffs, Linda Pascuma, Hashim A. Henderson, Barrera Plaintiffs, George Pacific Indemnity Company, CNA Casualty of California, Carol Gies, Paul Quinn, Krystyna Boryczewski, Narasimh James Cizikie, Susan Rasweiler, Nancy Badagliacca, Sadiq Rasool, John J. Gill, Carmen Romero, Great Northern Ins Company, Patricia Tarasiewicz, One Beacon Insurance Company, Mary Margaret Jurgens, Toni Ann Carroll, Janice Cella Woo−Yeun, Laurie Spampinato, David Edward Cushing, Co−Conspirators, Jill Rosenblum, Dennis Euleau, Jar Christine Sakoutis, Diane Miller, Irene Bilcher, Norma Bernstein, Federal Insurance Company et al., Plaintiffs, Mary Kevin Rogers, Susan Brady, Kathleen Ganci, Maureen Santoro, Federal Insurance Company, Raj Thackurdeen, Josep Downey, George Lantay, Dhanraj Singh, Ondina Bennett, Michael Deloughery, Amlin Underwriting, Ltd., Rubina Cox−Holloway, Amber Miller, Gordon G. Haberman, Jeanne M. Evans, Susan E. Buhse, Laura J. Lassman, Todd De Shulman, Rosemarie Corvino, Tracy Ann Taback Catalano, Charles Schmidt, Siew−Som Yeow, William Martin, Me Glasser, Barbara Minervino, Martina Lyne−Ann Panik, Joanne F. Betterly, Hiscox Dedicated Corporate Member, Ltd Bililovsky, Peter Greenleaf, Joviana Mercado, Victoria Higley, Paul R. Martin, Transcontinental Insurance Company Bermingham, Gregory Stevens, Rostyslav Tisnovskiy, Continental Insurance Company, Ursula Broghammer, Virgin The Camden Fire Insurance Association, Michael Endrizzi, Jean Oslyn Powell, Clifford Tempesta, Theresa Regan, N |

| | | |
|---|---|---|
| | | Foster, Sharon Booker, Deborah Grazioso, Loisanne Diehl, Ildefonso A. Cua, Jeff Lever, Warren Hayes, Elizabeth G Anthony Vincelli, Iliana McGinnis, Andrea Russin, Sharlene M. Beckwith, Karen Hinds, Evelyn Rodriguez, Stephen World Trade Center Properties LLC, et al., Perry S. Oretzky, Kemraj Singh, Carol O'Neill, Edward J. Sweeney, Denn Hobbs, Collette M. LaFuente, Julia Collins, Lisa Friedman, All Plaintiffs, Thomas Fletcher, Maryann Colin, Neil B. I James D. Hodges, Meryl Mayo, Holli Silver, Erica Zucker, Gilbert Ruiz, Jr., Dana Noonan, Olga Merino, Mark Bern Lorraine Arias Beliveau, Kevin Quinn, Yvonne V. Abdool, Helene Parisi−Gnazzo, Zurich American Insurance Comp Virginia Bauer, Beril Sofia DeFeo, Andrew Quinn, Miles Bilcher, Brian Barry, Chubb Insurance Company of New Je American Casualty Company of Reading, Pennsylvania, Colleen Holohan, Gila Barzvi, Chiemi York, Daniel F. Bark Kathleen Keeler Lozier, Ann R. Haynes, Leonid Tisnovskiy, Dorothy A. O'Neill, Kelly Hayes, Tina Grazioso, Steadf Insurance Company, Bettyann Martineau, Harry Ong, Jr., Michele Boryczewski, Vincent LeVien, Joseph A. Tiesi, H Pfeifer, Roberta J. Levine, Valley Forge Insurance Company, Mary Andrucki, Joann T. Howard, Louisa D'Antonio, V Arestegui, Kevin McArdle, Robert V. Trivingo, Bridget Hunter, Deena Burnett, Victor Ugolyn, Richard Villa, Steven Gillespie, Seneca Insurance Company, Inc., Fryderyk Milewski, Saradha Moorthy, Scott Schrimpe, Edward Navarro, Downey, Theresa King, John Benedetto, Armine Giorgetti, Frederick Irby, Anna M. Granville, Robert Keane, Willia Robbins, Michael Jezycki, Kathleen Ashton, Joseph Hands, Fiona Havlish, Hector Garcia, Ingrid M. Lenihan, Plainti Executive Committee, Charlene Fiore, Veronica Klares, Mary Gola Perez, Aldo Addissi, James C. Cahill, Mia Gonza Elizabeth H. Keller, Anna Mojica, Continental Casualty Company, Brian Flannery, Philip Germain, Albert T. Regenh J. Bernstein, Deborah Francke, George Andrucki, Elaine Leinung, Delphine Saada, Regan Grice−Vega, Stephen L. C Pedro Saleme, Josephine Alger, Camille Doyle, Diane M. Walsh, Beverly Burnett, Kathleen Box, John Hassett, Barb Scaramuzzino, Morris D. Lamonsoff, Basmattie Bishundat, Maryann Rand, Traci Bosco, William Doyle, Sr., Wendy Dorothy Tempesta, Patricia Han, Jane Alderman, Jerzy Mrozek, Laurie S. Lauterbach, Boston Old Colony Insurance Michael J. Allen, Donna Paolillo, Stanley Eckna, Anne Gabriel, Martin Panik, Lynn Allen, Amy Weaver, Fidelity Ar Company of Maryland, Patricia J. Perry, Jay Charles Dunne, Tara Bane, Linda Curia, James Wallace O'Grady, Bradl Netta Issacof, Roberta Kellerman, Cantor Fitzgerald & Co., Lauren Arias Lucchini, Jin Liu, Diane Genco, Nancy Pic Plaintiffs, Maria DiPilato, James W. Cahill, Kimberly Kaipaka Beaven, Jasmine Victoria, Rose Booker, Howard Rice Patrick O'Neill, Jr., Lynn B. Pescherine, Sat Thackurdeen, Timothy Parker, H. Michael Keden, Donald Francis Kenn Tremsky, Carol Barbaro, Estate of John P.O'Neill, Sr., Eileen Simon, Mark Goldwasser, Pamela Hohlweck, Luke C. Santa Catarelli, Jennifer E. Brady, Sharon Cobb−Glenn, Joann Meehan, American Guarantee and Liability Insurance Frances Berdan, Janet Calia, Kathleen Cahill, Thomas E. Burnett, Sr., Lisa DiLallo Clark, Jennifer L. Harvey, Doroth Patricia Quigley, Michelle Bedigan, William B. Novotny, Emmet P. Kelly, United States Fire Insurance Company, B Arroyo, William Doyle, Jane M. Smithwick, Prakash Bhatt, Javier Burgos, Rachel R. Harrell, Ernesto Barrera, Joann Robert D'Elia, Maureen Kelly, Leila M. Joseph, Catherine T. Regenhard, Margaret Arce, Lena Whittaker, James Mc Cynthia Arnold, Mark Barbieri, Louis Schaefer, Kimberly Trimingham−Aiken, Sean Passananti, Phyllis Schreier, De Patricia Wiswall, Michael Boryczewski, Chubb Insurance Company of Canada, The Princeton Excess & Surplus Line Insurance Company, Woodly Joseph, Diane Wall, Madeline Bergin, Fran LaForte, William Ellis, Jr., Alfred Acquavi Princiotta, Warren Monroe, Thomas Burnett, Irene Frolich, Desiree A. Gerasimovich, Diane Ryan, Raymond Lachhm Boryczewski, Lisanne MacKenzie, Gladys Salvo, Grace M. Parkinson−Godshalk,, TheresaAnn Lostrangio, One Beac America Insurance Company, Margit Arias, Clara Chirchirillo, Benito Colon, John Martin, Jeannine P. Baron, Andre LeBlanc, Martha Burnett O'Brien, Christine Bini, Joseph Donovan, Michael Puckett, Anna Milewski, Russa Steiner, Holland, Edmund Barry, Continental Insurance Company of New Jersey, Nancy Lynn Zuckerman, Virginia McKeon Novotny, Edward Arancio, Jennifer D'Auria, William Nelson, Thomas Arias, Hillary A. Briley, Lauren Murphy, Ass Company of Amer, Evelyn Tepedino, Michael Girdano, Vincent J. Della Bella, Deborah Calderon, Thomas Baez, Co American Casualty and Surety Insurance Company, Winifred Aranyos, Catherine Jezycki, Elizabeth R. Burns, Nation Franklin Insurance Company of Illinois, Joanne Barbara, Eileen F. Colligan, Jennifer Tarantino, Wen Shi, Kathryn J. Jurgiel Kazimierz, Vigilant Insurance Company, Monica M. Gabrielle, Robert T. Folger, Daniel Polatsch, Eileen Tall Mascali, Ron Harding, Cynthia Tumulty, Amy Farnum, Sonia Bonomo, Linda Pickford, Patricia H. McDowell, John Baeszler, Robert Spadafora, National Fire Insurance Company of Hartford, Shirley Henderson, Houssain Lazaar, Hor Insurance Company of New York.(Manning, Christopher) (Entered: 09/27/2010) |
| '27/2010 | 2320 | ANSWER to Amended Complaint. Document filed by Sana−Bell, Inc.. Related document: 111 Amended Complaint, by Continental Insurance Company of New Jersey, The Princeton Excess & Surplus Lines Insurance Company, Chub Indemnity Insurance Company, Chubb Insurance Company of Canada, Northern Insurance Company of New York, C Insurance Company of Newark, N.J., Steadfast Insurance Company, United States Fire Insurance Company, Assuran Company of Amer, Chubb Custom Insurance Company, Colonial American Casualty and Surety Insurance Company River Insurance Company, Hiscox Dedicated Corporate Member, Ltd., One Beacon America Insurance Company, Na Franklin Insurance Company of Illinois, American Alternative Insurance Corporation, Valiant Insurance Company, V Insurance Company, Maryland Casualty Company, American Zurich Insurance Company, Boston Old Colony Insura Company, Pacific Indemnity Company, CNA Casualty of California, Zurich American Insurance Company, Federal Company, Glens Falls Insurance Company, Seneca Insurance Company, Inc., Great Lakes Reinsurance (UK) PLC, F Casualty Company of New York, American Employers' Insurance Company, Continental Insurance Company, Fideli Deposit Company of Maryland, The Camden Fire Insurance Association, Allstate Insurance Company, American Gu Liability Insurance Company, Crum & Forster Indemnity Company, Amlin Underwriting, Ltd., Chubb Insurance Co New Jersey, Great Northern Insurance Company, One Beacon Insurance Company, Homeland Insurance Company o York.(Manning, Christopher) (Entered: 09/27/2010) |

| | | |
|---|---|---|
| 27/2010 | 2321 | ANSWER to Amended Complaint. Document filed by Sana–Bell, Inc.. Related document: 1406 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Jessica Murrov Gibson A. Craig, Natalie Makshanov, Janlyn Scauso, Edward P. Ciafardini, Gary Wendell, Mark J. Siskopoulos, Mei Saad Bin Laden, Serina Gillis, Anne M. Wodensheck, Helen Friedlander, Emily Motroni, Milagros Diaz, Cathy A. C Elinore Hartz, American Alternative Insurance Corporation, Kara Hadfield, Euro Brokers Inc., et al., Dixie M. Hobbs Acquaviva, Armando Bardales, Jane Bartels, Lillian Bini, Leonor Alvarez, Edward Walsh, Fidelity and Casualty Cor New York, American Employers' Insurance Company, Maria Giordano, Rina Rabinowitz, Allstate Insurance Compa Jermyn, Jacqueline Cannizzaro, Benhardt R. Wainio, Transportation Insurance Company, Judith Reiss, Maryanne Fa Indemnity Insurance Company, Jeffrey Lovit, Sandy Amrita Mahabir, Richard B. Naiman, Joyce Leigh, Jean Adams Miller, Curtis Fred Brewer, Carmen Garcia, James Alario,, Jodie Goldberg, Sheila Gail Harris, Yun Yu Zheng, Dona DiDomenico, Christine R. Huhn, Lisa Palazzo, Nina Barnes, David Ziminski, Kevin Mount, Claudia Flyzik, Owen M Kristin Galusha–Wild, Christine Irene O'Neill, Glens Falls Insurance Company, Philipson Azenabor, Marion Knox, M Rosenbaum, John Bonomo, Armand Reo, Kazmierz Jakubiak, Dennis Quinn, Burnett & Ashton Plaintiffs, Judi A. Ro I. Klein, Emma Tisnovskiy, Carol Francolini, Havlish Plaintiffs, Madeleine A. Zuccala, Leonard Ardizzone, Suk Tan Bhola P. Bishundat, Glenna M. Rosenburg, Elizabeth Ann Moss, David M. Bernstein, Fiona Havlish, Donna Smith, M Twomey, Elizabeth Alderman, Yesenia Ielpi, James A. Reed, Chubb Custom Insurance Company, Lauren Rosenzwe Ann Bogdan, Judith Casoria, Edith Cruz, Nancy Shea, Philip J. Zeiss, Daryl Joseph Meehan, Kim Barbaro, Angelica Merrilly E. Noeth, Lori Fletcher, Theresa McGovern, Peter Ioveno, Sheryl J. Oliver, Tremsky Plaintiffs, Michael J. L Rebecca L. Marchand, Philip Lee, Joanne Modafferi, American Zurich Insurance Company, Alexander Santoro, Rob Theurkauf, Kathleen M. Buckley, Patricia Kellett, JoAnne Bruehert, Jerline Lewis, Maria Teresa Boisseau, Suzanne Virginia Lorene Rossiter Valvo, Paul Kaufman, Thomas J. Meehan, III, Patricia Coughlin, David Brace, Cynthia F. M Plaintiffs Executive Committees, Jocelyne Ambroise, Rosemary Kempton, Joseph Beltrani, Helene S. Passaro, Thom Jr., Barbara Sohan, Northern Insurance Company of New York, Dorothy Mauro, Donald Aris, Linda E. Thorpe, Dhar Sam, Rachel W. Goodrich, Ellen L. Saracini, Port Authority of New York & New Jersey, Anne MacFarlane, Domini Puopolo, Sr., Timothy L. Frolich, Melvin C. Lewis, Jeremiah Harney, Barbara Ardizzone, Kathleen M. Arancio, Dav Ralph Maerz, Jr., Feliciana Umanzor, Doreen Lutter, Denise Esposito, Kris A. Blood, Claudia Ruggiere, Arnold Led Matthew T. Sellitto, John Lewis, Elvira P. Murphy, Kevin G. Murphy, Steven Feidelberg, Theresa A. Stack, Mathild John Does, Crum & Forster Indemnity Company, Francine Raggio, Jennifer Ruth Jacobs, Christina Baksh, Donald L Miriam M. Biegeleisen, Commercial Insurance Company of Newark, N.J., Evelyn Aron, Thomas Donnelly, Murray Lucy Virgilio, Russell Vomero, William O'Connor, James Boyle, Andrew Braun, North River Insurance Company, F Thompson, Pamela Ann Maggitti, Richard D. Allen, Stacey Fran Dolan, Yuko Clark, Valiant Insurance Company, M Donoghue McGinley, Charles Downey, Maryland Casualty Company, Linda Panik, Andrija Tomasevic, Angela Gitt Greene, Andrezej Cieslik, Stephen Alderman, Great Lakes Reinsurance (UK) PLC, Nicholas Barbaro, Elizabeth Reg Alexander Paul Aranyos, Scott Ting, Susan Berger, Juan B. Bruno, George Luis Torres, Radmila Tomasevic, Kevin John C. Buckley, Maureen Barry, Patricia Coppo, Nancy Walsh, Phyllis Lederman, Domenick Damiano, Edlene C. L Frederick Alger, Renne Bacotti Hannafin, Andy Dinoo, Melissa Van Ness Fatha, Andrea Maffeo, Karium Ali, Madel Allen, Gina Cayne, William Coale, Theresa Healey, Kurt Foster, Andrew Aris, Judith M. Aiken, Burnett Plaintiffs, L Pascuma, Hashim A. Henderson, Barrera Plaintiffs, George Bonomo, Pacific Indemnity Company, CNA Casualty of Carol Gies, Paul Quinn, Krystyna Boryczewski, Narasimha Sattaluri, James Cizikie, Susan Rasweiler, Nancy Badagl Rasool, John J. Gill, Carmen Romero, Great Northern Insurance Company, Patricia Tarasiewicz, One Beacon Insura Company, Mary Margaret Jurgens, Toni Ann Carroll, Janice O'Dell, Cella Woo–Yeun, Laurie Spampinato, Margaret David Edward Cushing, Jill Rosenblum, Dennis Euleau, Jamie Miller, Christine Sakoutis, Diane Miller, Irene Bilche Bernstein, Federal Insurance Company et al., Plaintiffs, Mary Haag, Kevin Rogers, Susan Brady, Kathleen Ganci, M Santoro, Federal Insurance Company, Raj Thackurdeen, Joseph R. Downey, George Lantay, Dhanraj Singh, Ondina Michael Deloughery, Amlin Underwriting, Ltd., Rubina Cox–Holloway, Amber Miller, Gordon G. Haberman, Jeann Susan E. Buhse, Laura J. Lassman, Todd DeVito, Lori Shulman, Rosemarie Corvino, Tracy Ann Taback Catalano, C Schmidt, Siew–Som Yeow, William Martin, Meg Bloom Glasser, Barbara Minervino, Martina Lyne–Ann Panik, Joa Betterly, Hiscox Dedicated Corporate Member, Ltd., Boris Bililovsky, Peter Greenleaf, Joviana Mercado, Victoria H R. Martin, Transcontinental Insurance Company, Robert Bermingham, Gregory Stevens, Rostyslav Tisnovskiy, Cont Insurance Company, Ursula Broghammer, Virginia Hayes, The Camden Fire Insurance Association, Michael Endrizz Oslyn Powell, Clifford Tempesta, Theresa Regan, Nancy Ann Foster, Sharon Booker, Deborah Grazioso, Loisanne D Ildefonso A. Cua, Jeff Lever, Warren Hayes, Elizabeth Gardner, Anthony Vincelli, Iliana McGinnis, Andrea Russin, M. Beckwith, Karen Hinds, Evelyn Rodriguez, Stephen Jezycki, World Trade Center Properties LLC, et al., Perry S. Kemraj Singh, Carol O'Neill, Edward J. Sweeney, Dennis L. Hobbs, Collette M. LaFuente, Julia Collins, Lisa Friedm Plaintiffs, Thomas Fletcher, Maryann Colin, Neil B. Blass, James D. Hodges, Meryl Mayo, Holli Silver, Erica Zucke Ruiz, Jr., Dana Noonan, Olga Merino, Mark Bernheimer, Lorraine Arias Beliveau, Kevin Quinn, Yvonne V. Abdool, Parisi–Gnazzo, Zurich American Insurance Company, Virginia Bauer, Beril Sofia DeFeo, Andrew Quinn, Miles Bilc Barry, Chubb Insurance Company of New Jersey, American Casualty Company of Reading, Pennsylvania, Colleen H Gila Barzvi, Chiemi York, Daniel F. Barkow, Kathleen Keeler Lozier, Ann R. Haynes, Leonid Tisnovskiy, Dorothy Kelly Hayes, Tina Grazioso, Steadfast Insurance Company, Bettyann Martineau, Harry Ong, Jr., Michele Boryczews LeVien, Joseph A. Tiesi, Helen Pfeifer, Roberta J. Levine, Valley Forge Insurance Company, Mary Andrucki, Joann Louisa D'Antonio, Vice Rose Arestegui, Kevin McArdle, Robert V. Trivingo, Bridget Hunter, Deena Burnett, Victor Richard Villa, Steven M. Gillespie, Seneca Insurance Company, Inc., Fryderyk Milewski, Saradha Moorthy, Scott Sc Edward Navarro, Rosalie Downey, Theresa King, John Benedetto, Armine Giorgetti, Frederick Irby, Anna M. Granv Keane, William D Robbins, Michael Jezycki, Kathleen Ashton, Joseph Hands, Fiona Havlish, Hector Garcia, Ingrid |

| | | |
|---|---|---|
| | | Plaintiffs PI Executive Committee, Charlene Fiore, Veronica Klares, Mary Gola Perez, Aldo Addissi, James C. Cahil Gonzalez, Elizabeth H. Keller, Anna Mojica, Continental Casualty Company, Brian Flannery, Philip Germain, Albert Regenhard, Robert J. Bernstein, Deborah Francke, George Andrucki, Elaine Leinung, Delphine Saada, Regan Grice− Stephen L. Cartledge, Pedro Saleme, Josephine Alger, Camille Doyle, Diane M. Walsh, Beverly Burnett, Kathleen B Hassett, Barbara Scaramuzzino, Morris D. Lamonsoff, Basmattie Bishundat, Maryann Rand, Traci Bosco, William D Wendy Feinberg, Dorothy Tempesta, Patricia Han, Jane Alderman, Jerzy Mrozek, Laurie S. Lauterbach, Boston Old Insurance Company, Michael J. Allen, Donna Paolillo, Stanley Eckna, Anne Gabriel, Martin Panik, Lynn Allen, Amy Fidelity And Deposit Company of Maryland, Patricia J. Perry, Jay Charles Dunne, Tara Bane, Linda Curia, James W O'Grady, Bradley Daly, Netta Issacof, Roberta Kellerman, Cantor Fitzgerald & Co., Lauren Arias Lucchini, Jin Liu, Genco, Nancy Picone, Salvo Plaintiffs, Maria DiPilato, James W. Cahill, Kimberly Kaipaka Beaven, Jasmine Victori Booker, Howard Rice, John Patrick O'Neill, Jr., Lynn B. Pescherine, Sat Thackurdeen, Timothy Parker, H. Michael K Donald Francis Kennedy, Walter Tremsky, Carol Barbaro, Estate of John P.O'Neill, Sr., Eileen Simon, Mark Goldwa Pamela Hohlweck, Luke C. Allen, Santa Catarelli, Jennifer E. Brady, Sharon Cobb−Glenn, Joann Meehan, American and Liability Insurance Company, Frances Berdan, Janet Calia, Kathleen Cahill, Thomas E. Burnett, Sr., Lisa DiLallo Jennifer L. Harvey, Dorothy Garcia, Patricia Quigley, Michelle Bedigan, William B. Novotny, Emmet P. Kelly, Unit Fire Insurance Company, Benjamin Arroyo, William Doyle, Jane M. Smithwick, Prakash Bhatt, Javier Burgos, Rach Harrell, Ernesto Barrera, Joanne Gross, Robert D'Elia, Maureen Kelly, Leila M. Joseph, Catherine T. Regenhard, Ma Lena Whittaker, James McGetrick, Cynthia Arnold, Mark Barbieri, Louis Schaefer, Kimberly Trimingham−Aiken, S Passananti, Phyllis Schreier, Delia Welty, Patricia Wiswall, Michael Boryczewski, Chubb Insurance Company of Ca Princeton Excess & Surplus Lines Insurance Company, Woodly Joseph, Diane Wall, Madeline Bergin, Fran LaForte, Ellis, Jr., Alfred Acquaviva, Karen Princiotta, Warren Monroe, Thomas Burnett, Irene Frolich, Desiree A. Gerasimov Ryan, Raymond Lachhman, Julia Boryczewski, Lisanne MacKenzie, Gladys Salvo, Grace M. Parkinson−Godshalk,, TheresaAnn Lostrangio, One Beacon America Insurance Company, Margit Arias, Clara Chirchirillo, Benito Colon, J Jeannine P. Baron, Andrea N. LeBlanc, Martha Burnett O'Brien, Christine Bini, Joseph Donovan, Michael Puckett, A Milewski, Russa Steiner, Kathleen Holland, Edmund Barry, Continental Insurance Company of New Jersey, Nancy I Zuckerman, Virginia McKeon, Michael J. Novotny, Edward Arancio, Jennifer D'Auria, William Nelson, Thomas Ari A. Briley, Lauren Murphy, Assurance Company of Amer, Evelyn Tepedino, Michael Girdano, Vincent J. Della Bella Calderon, Thomas Baez, Colonial American Casualty and Surety Insurance Company, Winifred Aranyos, Catherine Elizabeth R. Burns, National Ben Franklin Insurance Company of Illinois, Joanne Barbara, Eileen F. Colligan, Jennif Tarantino, Wen Shi, Kathryn J. Hussa, Jurgiel Kazimierz, Vigilant Insurance Company, Monica M. Gabrielle, Robert Daniel Polatsch, Eileen Tallon, Lori Mascali, Ron Harding, Cynthia Tumulty, Amy Farnum, Sonia Bonomo, Linda P Patricia H. McDowell, John P. Baeszler, Robert Spadafora, National Fire Insurance Company of Hartford, Shirley He Houssain Lazaar, Homeland Insurance Company of New York.(Manning, Christopher) (Entered: 09/27/2010) |
| 27/2010 | 2322 | RULE 26 DISCLOSURE.Document filed by Sana−Bell, Inc..(Manning, Christopher) (Entered: 09/27/2010) |
| 27/2010 | 2323 | RULE 26 DISCLOSURE.Document filed by Sanabel Al Kheer, Inc..(Manning, Christopher) (Entered: 09/27/2010) |
| 27/2010 | 2324 | NOTICE of Sana−Bell, Inc. Answer in Burnett v. Al Baraka Investment and Development Corporation re: 1377 Noti Document filed by Sana−Bell, Inc.. (Manning, Christopher) (Entered: 09/27/2010) |
| 27/2010 | 2325 | RULE 26 DISCLOSURE.Document filed by International Islamic Relief Organization(IIRO). (Attachments: # 1 Sup Certificate of Service)(McMahon, Martin) (Entered: 09/27/2010) |
| 27/2010 | 2326 | RULE 26 DISCLOSURE.Document filed by Muslim World League. (Attachments: # 1 Supplement Certificate of Service)(McMahon, Martin) (Entered: 09/27/2010) |
| 27/2010 | 2327 | RULE 26 DISCLOSURE.Document filed by Wael Jalaidan. (Attachments: # 1 Supplement Certificate of Service)(M Martin) (Entered: 09/27/2010) |
| 28/2010 | 2328 | NOTICE OF VOLUNTARY DISMISSAL Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, t plaintiff(s) and or their counsel(s), hereby give notice that the above−captioned action is voluntarily dismissed, again defendant(s) Ibrahim Muhammad Afandi, Ibrahim Muhammed Afandi, Akida Al−Taqwa Limited, Akida Bank Priva Akida Commodity Limited, Akida Investment Co. LTD., Akida Management and Trust, Al Qaeda Islamic Army, Al- Bancorp, Inc., Al−Barakaat, Al Baraka Investment & Development Corp., Al Baraka Investment and Development C Al Barakaat Exchange LLC, Al−Barakaat Group, Al−Barakat Bank of Somalia (BSS), Al−Barakat Finance Group, A Financial Holding Co., Al−Barakat Global Telecommunications, Al−Barakat Group of Companies Somalia Limited, International, Al−Barakat Investments, Al−Barakat Wiring Service, Al Haramain Islamic Foundation, Inc., Al Haram Foundation, Al−Haramain, Al−Haramain Islamic Foundation, Inc., Al−Haramin, Al Qaeda Islamic Agency, Al Qaed Army, Al Qaeda/Islamic Army, Al−Rajhi Banking & Investment Corp., Al Qaida, Al Quida/Islamic Army, Sulaiman Aziz Al Rajhi, Al Rajhi Bank, Al Rajhi Banking and Investment, Abdullah Al Faisal Bin Abdulaziz Al Saud, Moham Faisal Al Saud, Naif Bin Abdulaziz Al Saud, Nayef Bin Abdulaziz Al Saud, Nayef Ibn Abdulaziz Al Saud, Prince Tu Faisal Al Saud, Salman Bin Abdulaziz Al Saud, Salmin Aziz Al Saud, Sultan Bin Abdul Aziz Al Saud, Sultan Bin A Saud, Sultan Bin Abul Aziz Al Saud, Turki Al Faisal Al Saud, Al Shamal Islamic Bank, Al Shamal for Investment ar Development, Al Taqwa Bank, Al Taqwa Management Organization SA, Al Taqwa Trade Property and Industry Co Limited, Al Taqwa Zaka Establishment, Al Taqwa/Nada Group, Al Tawqwa Trade, Property and Industry Company |

| | | |
|---|---|---|
| | | Ayman Al Zawahiri, Asat Trust Reg., Ba Taqwa For Commerce and Real Estate Company Limited, Bank Al Taqwa Baraka Trading Company, Barakaat Boston, Barakaat Construction Company, Barakaat Enterprise, Barakaat Group Companies, Barakaat International Foundation, Barakaat International, Inc., Barakaat North America, Inc., Barakaat Telecommunications, Barakaat Telecommunications Co. Somalia, Barakat Bank and Remittances, Barakat Compute (BCC), Barakat Consulting Group (BCG), Barakat Global Telephone Company, Barakat International Companies (B Barakat Post Express (BPE), Barakat Refreshment Company, Barakat Telecommunications Company Limited (BTE Barakat Wire Transfer Company, Adel Abdul Batterjee, Osama Bin Laden, Bosnia−Herzegovina Branch of Al−Hara Islamic Foundation, DMI Administrative Services S.A., Dallah Al Baraka Group LLC, Dallah Avco Trans Arabia Co Dar Al Maal Al Islami, Daral Maal Al Islami Trust, Faisal Islamic Bank, Human Concern International Society, Dara Islami Trust, International Relief Foundation, Inc., International Relief Organization, Islamic Investment Company o Islamic Investment Company of the Gulf (Bathrain)EC, Islamic Investment Company of the Gulf (Sharjah), Saleh Al Kamel, MIGA− Malaysian Swiss, Gulf and African Chamber, Khaled Bin Mahfouz, Mercy International Relief Age M. Nada, Nada International Anstalt, Nada Management Organization, S.A., Naif Bin Abdulaziz Al Saud, Nasco Bus Center Sas Di Nasreddin Ahmed Idris, Nasco Business Residence, Nasco Nasredden International Group Limited Ho Nasco Nasreddin Holdings,A.S., Nascoservice S.R.L., Nascotex S.A., Nasreddin Charitable Foundation, Nasreddin C Nasco Sas Di Ahmed Idris Nassneddin Ec, Nasreddin Foundation, Nasreddin Group International Holding Limited, N International Limited Group, National Commerce Bank, National Commercial Bank, National Commercial Bank of S Arabia, Rabita Al−Alam Al−Islami, Rabita Trust, Sanabel Al Kheer, Inc., Sanabel Al−Kheer, Inc., Saudi Dallah Al B Group LLC, Saudi High Commission, Saudi Joint Relief Committee, Shamal Islamic Bank, Success Foundation, Inc. Abdulaziz Al Saud, Tadamon Islamic Bank, The Kingdom of Saudi Arabia, Yousef M. Nada & Co. Gesellschaft M.B brahim Muhammad Afandi, islamic Investment Company of the Gulf(Bathrain)EC. Document filed by Port Authority Trans−Hudson Corporation, Port Authority of New York & New Jersey, WTC Retail LLC. (Leonardo, Christopher) ( 09/28/2010) |
| 28/2010 | 2329 | CERTIFICATE OF SERVICE of Certificate of Service served on All Parties on 9/28/2010. Document filed by Port A Trans−Hudson Corporation, Port Authority of New York & New Jersey, WTC Retail LLC. (Leonardo, Christopher) ( 09/28/2010) |
| 28/2010 | 2330 | STIPULATION AND ORDER OF SUBSTITUTION that Clifford Chance US, LLP be substituted as attorneys of rec defendant Dubai Islamic Back in place of Zuckerman Gore Brandeis & Crossman, LLP. (Signed by Judge George B. 9/28/10) Filed In Associated Cases: 1:03−md−01570−GBD −FM et al.(cd) (Entered: 09/28/2010) |
| 28/2010 | 2331 | AMENDED ANSWER to (1570 in 1:03−md−01570−GBD −FM) 30/60 Days Amended Complaint,,. Document filed Islamic Bank. Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:04−cv−01923−GBD(Houck, Robert) (Ente 09/28/2010) |
| 28/2010 | 2332 | AMENDED ANSWER to (1406 in 1:03−md−01570−GBD −FM) Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,. Document filed by Du Bank. Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:04−cv−05970−GBD(Houck, Robert) (Entered: 09/2 |
| 28/2010 | 2333 | AMENDED ANSWER to. Document filed by Dubai Islamic Bank. (Houck, Robert) (Entered: 09/28/2010) |
| 28/2010 | 2334 | AMENDED ANSWER to. Document filed by Dubai Islamic Bank. (Houck, Robert) (Entered: 09/28/2010) |
| 28/2010 | 2335 | AMENDED ANSWER to. Document filed by Dubai Islamic Bank. (Houck, Robert) (Entered: 09/28/2010) |
| 28/2010 | 2336 | AMENDED ANSWER to. Document filed by Dubai Islamic Bank. (Houck, Robert) (Entered: 09/28/2010) |
| 28/2010 | 2337 | AMENDED ANSWER to. Document filed by Dubai Islamic Bank. (Houck, Robert) (Entered: 09/28/2010) |
| 29/2010 | 2341 | NOTICE OF VOLUNTARY DISMISSAL Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, th plaintiff(s) and or their counsel(s), hereby give notice that the above−captioned action is voluntarily dismissed agains defendant(s) Akida Bank Private Limited, Akida Investment Co., Ltd, Al Baraka, Al Baraka Bancorp, Inc., Al Baraka Baraka Investment and Development, Al Baraka Investment and Development Corporation, Al Barakatt Exchange L Barakatt Exchange Group, Al Barakatt Financial Company, Al Barakatt Group, Al Barakatt Group of Companies, Al International, Al Barakatt Wiring Service, Al Haramain, Al Haramain Foundation, Al Haramain Foundation, Inc., Al Al−Rahji Banking and Investment Corporation, Al Shamal Bank, Al Taqwa Trade Property and Industry Company, I Trust Reg., Ayman al Zawahiri, Bank Al−Taqwa, Ltd., Ba Taqwa For Commerce and Real Estate Company Limited, al−Taqwa, Barakatt, Barakatt International, Barakatt International Companies, Barakatt International Foundation, Ba International, Inc., Barakatt North America, Inc., DMI Administrative Services S.A.,DMI Trust, Dallah AlBaraka Gr Dar Al Maal Al Islami, Faisal Islamic Bank, Gulf Center S.R.L., Human Concern International, Ibrahim Afandi, Inter Relief Organization, Islamic Investment Company of the Gulf EC, Islamic Relief Agency, Khalid Bin Mahfouz, King Saudi Arabia, Mercy International Relief Agency, Mercy International, Miga−Malaysian Organization SA Guld and Chamber, Nada International Anstalt, Nada Management Organization SA, Nasco Sas di Ahmed Idris Nadsreddin EC Nascoservice SRL, Nascotex SA, Nasreddin Company, Nasreddin Foundation, Nasreddin Group International Holdin Nasreddin International Group Limited Holding, National Commercial Bank, Osama Bin Laden, Sultan Bin Abdulaz Naif bin Abdulaziz al Saud, Salman bin Abdul Aziz al Saud, Turki al Faisal Saud, Salleh Abdullah Kamel, Sanabel A |

| | | |
|---|---|---|
| | | Inc., Saudi High Commission for Relief, Shaykh Adil Abdul Galil Betargy, Success Foundation, Success Foundation Sulaiman Abdulaziz al−Rajhi, Tadarnon Bank, Vazir, Youssef M. Nada & Co. Gesellschaft, M.B.H.. (Signed by Judg B. Daniels on 9/29/2010) Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:04−cv−07065−GBD(jpo) (Enter 10/06/2010) |
| )4/2010 | 2338 | STIPULATION AND ORDER OF DISMISSAL OF ABDULLAH SALIM BAHAMDAN: It is hereby Stipulated an that the parties hereto adopt as a binding order in this Action, with regard to Mr. Bahamdan, the Court's Opinion and June 16, 2010, to the extent that it dismissed NCB from the Action and the Related Cases for lack of personal jurisdic Pursuant to F.R.C.P. 41, plaintiffs in the above−referenced Action hereby voluntarily dismiss Abdullah Salim Baham Federal Ins. Co., et al., v. AlQaida, et al, Case No. 03−CV−6978 (S.D.N.Y.). In the event the Court's Opinion and Or June 16, 2010, dismissing NCB from the Action, is appealed, the parties hereto will adopt as a binding order in this A regard to Mr. Bahamdan, any subsequent rulings by any appellate courts with regard to the dismissal of NCB for lack personal jurisdiction by that June 16, 2010 Opinion and Order. (Signed by Judge George B. Daniels on 10/4/2010) Fi Associated Cases: 1:03−md−01570−GBD −FM, 1:03−cv−06978−GBD(jfe) (Entered: 10/04/2010) |
| )4/2010 | 2339 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from T. Barry Kingham dated 10/4/2010 re: Coun that you direct the Clerk of the Court to remove counsel's name and e−mail address from the Notices of Electronic Fi ENDORSEMENT: Application Granted. So Ordered. (Signed by Magistrate Judge Frank Maas on 10/4/2010) Filed I Associated Cases: 1:03−md−01570−GBD −FM, 1:03−cv−05738−GBD, 1:03−cv−09849−GBD(jfe) (Entered: 10/04/2 |
| )4/2010 | 2340 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Timothy McCabe dated 10/4/2010 re: I reque direct the Clerk of the Court to remove my name and e−mail address from the list of recipients of Notices of Electron in the above−referenced cases. ENDORSEMENT: APPLICATION GRANTED. SO ORDERED. (Signed by Magistr Frank Maas on 10/4/2010) Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:03−cv−05738−GBD, 1:03−cv−09849−GBD(jmi) (Entered: 10/05/2010) |
| )8/2010 | 2342 | STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANT SAUDI AMERICAN BANK. This written s and order memorializes that all claims against Defendant Saudi American Bank in the above−referenced action are di with prejudice in light of the Court's prior opinions and orders, preserving, however, any right of appeal. (Signed by J George B. Daniels on 10/7/10) Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:04−cv−01923−GBD(djc) ( 10/08/2010) |
| .4/2010 | 2343 | ANSWER to Amended Complaint. Document filed by Sanabel Al Kheer, Inc.. Related document: 111 Amended Cor filed by Continental Insurance Company of New Jersey, The Princeton Excess & Surplus Lines Insurance Company, Indemnity Insurance Company, Chubb Insurance Company of Canada, Northern Insurance Company of New York, C Insurance Company of Newark, N.J., Steadfast Insurance Company, United States Fire Insurance Company, Assuran Company of Amer, Chubb Custom Insurance Company, Colonial American Casualty and Surety Insurance Company River Insurance Company, Hiscox Dedicated Corporate Member, Ltd., One Beacon America Insurance Company, Na Franklin Insurance Company of Illinois, American Alternative Insurance Corporation, Valiant Insurance Company, V Insurance Company, Maryland Casualty Company, American Zurich Insurance Company, Boston Old Colony Insura Company, Pacific Indemnity Company, CNA Casualty of California, Zurich American Insurance Company, Federal I Company, Glens Falls Insurance Company, Seneca Insurance Company, Inc., Great Lakes Reinsurance (UK) PLC, F Casualty Company of New York, American Employers' Insurance Company, Continental Insurance Company, Fideli Deposit Company of Maryland, The Camden Fire Insurance Association, Allstate Insurance Company, American Gu Liability Insurance Company, Crum & Forster Indemnity Company, Amlin Underwriting, Ltd., Chubb Insurance Cor New Jersey, Great Northern Insurance Company, One Beacon Insurance Company, Homeland Insurance Company o York.(Manning, Christopher) (Entered: 10/14/2010) |
| .4/2010 | 2344 | ANSWER to Amended Complaint. Document filed by Sanabel Al Kheer, Inc.. Related document: 1463 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Jessica Murrov Gibson A. Craig, Natalie Makshanov, Janlyn Scauso, Edward P. Ciafardini, Gary Wendell, Mark J. Siskopoulos, Mei Saad Bin Laden, Serina Gillis, Anne M. Wodensheck, Helen Friedlander, Emily Motroni, Milagros Diaz, Cathy A. C Elinore Hartz, American Alternative Insurance Corporation, Kara Hadfield, Euro Brokers Inc., et al., Dixie M. Hobbs Acquaviva, Armando Bardales, Jane Bartels, Lillian Bini, Leonor Alvarez, Edward Walsh, Fidelity and Casualty Cor New York, American Employers' Insurance Company, Maria Giordano, Rina Rabinowitz, Allstate Insurance Compar Jermyn, Jacqueline Cannizzaro, Benhardt R. Wainio, Transportation Insurance Company, Judith Reiss, Maryanne Fa Indemnity Insurance Company, Jeffrey Lovit, Sandy Amrita Mahabir, Richard B. Naiman, Joyce Leigh, Jean Adams. Miller, Curtis Fred Brewer, Carmen Garcia, James Alario,, Jodie Goldberg, Sheila Gail Harris, Yun Yu Zheng, Dona DiDomenico, Christine R. Huhn, Lisa Palazzo, Nina Barnes, David Ziminski, Kevin Mount, Claudia Flyzik, Owen M Kristin Galusha−Wild, Christine Irene O'Neill, Glens Falls Insurance Company, Philipson Azenabor, Marion Knox, N Rosenbaum, John Bonomo, Armand Reo, Kazmierz Jakubiak, Dennis Quinn, Burnett & Ashton Plaintiffs, Judi A. Ro I. Klein, Emma Tisnovskiy, Carol Francolini, Havlish Plaintiffs, Madeleine A. Zuccala, Leonard Ardizzone, Suk Tan Bhola P. Bishundat, Glenna M. Rosenburg, Elizabeth Ann Moss, David M. Bernstein, Fiona Havlish, Donna Smith, N Twomey, Elizabeth Alderman, Yesenia Ielpi, James A. Reed, Chubb Custom Insurance Company, Lauren Rosenzwe Ann Bogdan, Judith Casoria, Edith Cruz, Nancy Shea, Philip J. Zeiss, Daryl Joseph Meehan, Kim Barbaro, Angelica Merrilly E. Noeth, Lori Fletcher, Theresa McGovern, Peter Ioveno, Sheryl J. Oliver, Tremsky Plaintiffs, Michael J. L |

Rebecca L. Marchand, Philip Lee, Joanne Modafferi, American Zurich Insurance Company, Alexander Santoro, Rob
Theurkauf, Kathleen M. Buckley, Patricia Kellett, JoAnne Bruehert, Jerline Lewis, Maria Teresa Boisseau, Suzanne
Virginia Lorene Rossiter Valvo, Paul Kaufman, Thomas J. Meehan, III, Patricia Coughlin, David Brace, Cynthia F. M
Plaintiffs Executive Committees, Jocelyne Ambroise, Rosemary Kempton, Joseph Beltrani, Helene S. Passaro, Thom
Jr., Barbara Sohan, Northern Insurance Company of New York, Dorothy Mauro, Donald Aris, Linda E. Thorpe, Dhar
Sam, Rachel W. Goodrich, Ellen L. Saracini, Port Authority of New York & New Jersey, Anne MacFarlane, Domini
Puopolo, Sr., Timothy L. Frolich, Melvin C. Lewis, Jeremiah Harney, Barbara Ardizzone, Kathleen M. Arancio, Dav
Ralph Maerz, Jr., Feliciana Umanzor, Doreen Lutter, Denise Esposito, Kris A. Blood, Claudia Ruggiere, Arnold Led
Matthew T. Sellitto, John Lewis, Elvira P. Murphy, Kevin G. Murphy, Steven Feidelberg, Theresa A. Stack, Mathild
John Does, Crum & Forster Indemnity Company, Francine Raggio, Jennifer Ruth Jacobs, Christina Baksh, Donald L
Miriam M. Biegeleisen, Commercial Insurance Company of Newark, N.J., Evelyn Aron, Thomas Donnelly, Murray
Lucy Virgilio, Russell Vomero, William O'Connor, James Boyle, Andrew Braun, North River Insurance Company, F
Thompson, Pamela Ann Maggitti, Richard D. Allen, Stacey Fran Dolan, Yuko Clark, Valiant Insurance Company, M
Donoghue McGinley, Charles Downey, Maryland Casualty Company, Linda Panik, Andrija Tomasevic, Angela Gitt
Greene, Andrezej Cieslik, Stephen Alderman, Great Lakes Reinsurance (UK) PLC, Nicholas Barbaro, Elizabeth Reg
Alexander Paul Aranyos, Scott Ting, Susan Berger, Juan B. Bruno, George Luis Torres, Radmila Tomasevic, Kevin
John C. Buckley, Maureen Barry, Patricia Coppo, Nancy Walsh, Phyllis Lederman, Domenick Damiano, Edlene C. L
Frederick Alger, Renne Bacotti Hannafin, Andy Dinoo, Melissa Van Ness Fatha, Andrea Maffeo, Karium Ali, Madel
Allen, Gina Cayne, William Coale, Theresa Healey, Kurt Foster, Andrew Aris, Judith M. Aiken, Burnett Plaintiffs, L
Pascuma, Hashim A. Henderson, Barrera Plaintiffs, George Bonomo, Pacific Indemnity Company, CNA Casualty of
Carol Gies, Paul Quinn, Krystyna Boryczewski, Narasimha Sattaluri, James Cizikie, Susan Rasweiler, Nancy Badagl
Rasool, John J. Gill, Carmen Romero, Great Northern Insurance Company, Patricia Tarasiewicz, One Beacon Insura
Company, Mary Margaret Jurgens, Toni Ann Carroll, Janice O'Dell, Cella Woo−Yeun, Laurie Spampinato, David Ed
Cushing, Co−Conspirators, Jill Rosenblum, Dennis Euleau, Jamie Miller, Christine Sakoutis, Diane Miller, Irene Bil
Bernstein, Federal Insurance Company et al., Plaintiffs, Mary Haag, Kevin Rogers, Susan Brady, Kathleen Ganci, M
Santoro, Federal Insurance Company, Raj Thackurdeen, Joseph R. Downey, George Lantay, Dhanraj Singh, Ondina
Michael Deloughery, Amlin Underwriting, Ltd., Rubina Cox−Holloway, Amber Miller, Gordon G. Haberman, Jeann
Susan E. Buhse, Laura J. Lassman, Todd DeVito, Lori Shulman, Rosemarie Corvino, Tracy Ann Taback Catalano, C
Schmidt, Siew−Som Yeow, William Martin, Meg Bloom Glasser, Barbara Minervino, Martina Lyne−Ann Panik, Joa
Betterly, Hiscox Dedicated Corporate Member, Ltd., Boris Bililovsky, Peter Greenleaf, Joviana Mercado, Victoria H
R. Martin, Transcontinental Insurance Company, Robert Bermingham, Gregory Stevens, Rostyslav Tisnovskiy, Cont
Insurance Company, Ursula Broghammer, Virginia Hayes, The Camden Fire Insurance Association, Michael Endrizz
Oslyn Powell, Clifford Tempesta, Theresa Regan, Nancy Ann Foster, Sharon Booker, Deborah Grazioso, Loisanne D
Ildefonso A. Cua, Jeff Lever, Warren Hayes, Elizabeth Gardner, Anthony Vincelli, Iliana McGinnis, Andrea Russin,
M. Beckwith, Karen Hinds, Evelyn Rodriguez, Stephen Jezycki, World Trade Center Properties LLC, et al., Perry S.
Kemraj Singh, Carol O'Neill, Edward J. Sweeney, Dennis L. Hobbs, Collette M. LaFuente, Julia Collins, Lisa Fried
Plaintiffs, Thomas Fletcher, Maryann Colin, Neil B. Blass, James D. Hodges, Meryl Mayo, Holli Silver, Erica Zucke
Ruiz, Jr., Dana Noonan, Olga Merino, Mark Bernheimer, Lorraine Arias Beliveau, Kevin Quinn, Yvonne V. Abdool,
Parisi−Gnazzo, Zurich American Insurance Company, Virginia Bauer, Beril Sofia DeFeo, Andrew Quinn, Miles Bil
Barry, Chubb Insurance Company of New Jersey, American Casualty Company of Reading, Pennsylvania, Colleen H
Gila Barzvi, Chiemi York, Daniel F. Barkow, Kathleen Keeler Lozier, Ann R. Haynes, Leonid Tisnovskiy, Dorothy
Kelly Hayes, Tina Grazioso, Steadfast Insurance Company, Bettyann Martineau, Harry Ong, Jr., Michele Boryczews
LeVien, Joseph A. Tiesi, Helen Pfeifer, Roberta J. Levine, Valley Forge Insurance Company, Mary Andrucki, Joann
Louisa D'Antonio, Vice Rose Arestegui, Kevin McArdle, Robert V. Trivingo, Bridget Hunter, Deena Burnett, Victor
Richard Villa, Steven M. Gillespie, Seneca Insurance Company, Inc., Fryderyk Milewski, Saradha Moorthy, Scott Sc
Edward Navarro, Rosalie Downey, Theresa King, John Benedetto, Armine Giorgetti, Frederick Irby, Anna M. Granv
Keane, William D Robbins, Michael Jezycki, Kathleen Ashton, Joseph Hands, Fiona Havlish, Hector Garcia, Ingrid
Plaintiffs PI Executive Committee, Charlene Fiore, Veronica Klares, Mary Gola Perez, Aldo Addissi, James C. Cahil
Gonzalez, Elizabeth H. Keller, Anna Mojica, Continental Casualty Company, Brian Flannery, Philip Germain, Alber
Regenhard, Robert J. Bernstein, Deborah Francke, George Andrucki, Elaine Leinung, Delphine Saada, Regan Grice−
Stephen L. Cartledge, Pedro Saleme, Josephine Alger, Camille Doyle, Diane M. Walsh, Beverly Burnett, Kathleen B
Hassett, Barbara Scaramuzzino, Morris D. Lamonsoff, Basmattie Bishundat, Maryann Rand, Traci Bosco, William D
Wendy Feinberg, Dorothy Tempesta, Patricia Han, Jane Alderman, Jerzy Mrozek, Laurie S. Lauterbach, Boston Old
Insurance Company, Michael J. Allen, Donna Paolillo, Stanley Eckna, Anne Gabriel, Martin Panik, Lynn Allen, Am
Fidelity And Deposit Company of Maryland, Patricia J. Perry, Jay Charles Dunne, Tara Bane, Linda Curia, James W
O'Grady, Bradley Daly, Netta Issacof, Roberta Kellerman, Cantor Fitzgerald & Co., Lauren Arias Lucchini, Jin Liu,
Genco, Nancy Picone, Salvo Plaintiffs, Maria DiPilato, James W. Cahill, Kimberly Kaipaka Beaven, Jasmine Victori
Booker, Howard Rice, John Patrick O'Neill, Jr., Lynn B. Pescherine, Sat Thackurdeen, Timothy Parker, H. Michael
Donald Francis Kennedy, Walter Tremsky, Carol Barbaro, Estate of John P.O'Neill, Sr., Eileen Simon, Mark Goldwa
Pamela Hohlweck, Luke C. Allen, Santa Catarelli, Jennifer E. Brady, Sharon Cobb−Glenn, Joann Meehan, American
and Liability Insurance Company, Frances Berdan, Janet Calia, Kathleen Cahill, Thomas E. Burnett, Sr., Lisa DiLall
Jennifer L. Harvey, Dorothy Garcia, Patricia Quigley, Michelle Bedigan, William B. Novotny, Emmet P. Kelly, Unit
Fire Insurance Company, Benjamin Arroyo, William Doyle, Jane M. Smithwick, Prakash Bhatt, Javier Burgos, Rach
Harrell, Ernesto Barrera, Joanne Gross, Robert D'Elia, Maureen Kelly, Leila M. Joseph, Catherine T. Regenhard, Ma

| | | |
|---|---|---|
| | | Lena Whittaker, James McGetrick, Cynthia Arnold, Mark Barbieri, Louis Schaefer, Kimberly Trimingham−Aiken, S Passananti, Phyllis Schreier, Delia Welty, Patricia Wiswall, Michael Boryczewski, Chubb Insurance Company of Ca Princeton Excess & Surplus Lines Insurance Company, Woodly Joseph, Diane Wall, Madeline Bergin, Fran LaForte, Ellis, Jr., Alfred Acquaviva, Karen Princiotta, Warren Monroe, Thomas Burnett, Irene Frolich, Desiree A. Gerasimov Ryan, Raymond Lachhman, Julia Boryczewski, Lisanne MacKenzie, Gladys Salvo, Grace M. Parkinson−Godshalk,, TheresaAnn Lostrangio, One Beacon America Insurance Company, Margit Arias, Clara Chirchirillo, Benito Colon, J Jeannine P. Baron, Andrea N. LeBlanc, Martha Burnett O'Brien, Christine Bini, Joseph Donovan, Michael Puckett, A Milewski, Russa Steiner, Kathleen Holland, Edmund Barry, Continental Insurance Company of New Jersey, Nancy I Zuckerman, Virginia McKeon, Michael J. Novotny, Edward Arancio, Jennifer D'Auria, William Nelson, Thomas Ari A. Briley, Lauren Murphy, Assurance Company of Amer, Evelyn Tepedino, Michael Girdano, Vincent J. Della Bella Calderon, Thomas Baez, Colonial American Casualty and Surety Insurance Company, Winifred Aranyos, Catherine Elizabeth R. Burns, National Ben Franklin Insurance Company of Illinois, Joanne Barbara, Eileen F. Colligan, Jennif Tarantino, Wen Shi, Kathryn J. Hussa, Jurgiel Kazimierz, Vigilant Insurance Company, Monica M. Gabrielle, Rober Daniel Polatsch, Eileen Tallon, Lori Mascali, Ron Harding, Cynthia Tumulty, Amy Farnum, Sonia Bonomo, Linda P Patricia H. McDowell, John P. Baeszler, Robert Spadafora, National Fire Insurance Company of Hartford, Shirley H Houssain Lazaar, Homeland Insurance Company of New York.(Manning, Christopher) (Entered: 10/14/2010) |
| .4/2010 | 2345 | NOTICE of Answer re: 1377 Notice (Other). Document filed by Sanabel Al−Kheer, Inc.. (Manning, Christopher) (E 10/14/2010) |
| .4/2010 | 2346 | ANSWER to Amended Complaint. Document filed by Sanabel Al Kheer, Inc.. Related document: 1406 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Jessica Murro Gibson A. Craig, Natalie Makshanov, Janlyn Scauso, Edward P. Ciafardini, Gary Wendell, Mark J. Siskopoulos, Me Saad Bin Laden, Serina Gillis, Anne M. Wodensheck, Helen Friedlander, Emily Motroni, Milagros Diaz, Cathy A. C Elinore Hartz, American Alternative Insurance Corporation, Kara Hadfield, Euro Brokers Inc., et al., Dixie M. Hobb Acquaviva, Armando Bardales, Jane Bartels, Lillian Bini, Leonor Alvarez, Edward Walsh, Fidelity and Casualty Co New York, American Employers' Insurance Company, Maria Giordano, Rina Rabinowitz, Allstate Insurance Compa Jermyn, Jacqueline Cannizzaro, Benhardt R. Wainio, Transportation Insurance Company, Judith Reiss, Maryanne Fa Indemnity Insurance Company, Jeffrey Lovit, Sandy Amrita Mahabir, Richard B. Naiman, Joyce Leigh, Jean Adams Miller, Curtis Fred Brewer, Carmen Garcia, James Alario,, Jodie Goldberg, Sheila Gail Harris, Yun Yu Zheng, Dona DiDomenico, Christine R. Huhn, Lisa Palazzo, Nina Barnes, David Ziminski, Kevin Mount, Claudia Flyzik, Owen M Kristin Galusha−Wild, Christine Irene O'Neill, Glens Falls Insurance Company, Philipson Azenabor, Marion Knox, Rosenbaum, John Bonomo, Armand Reo, Kazmierz Jakubiak, Dennis Quinn, Burnett & Ashton Plaintiffs, Judi A. R I. Klein, Emma Tisnovskiy, Carol Francolini, Havlish Plaintiffs, Madeleine A. Zuccala, Leonard Ardizzone, Suk Tan Bhola P. Bishundat, Glenna M. Rosenburg, Elizabeth Ann Moss, David M. Bernstein, Fiona Havlish, Donna Smith, Twomey, Elizabeth Alderman, Yesenia Ielpi, James A. Reed, Chubb Custom Insurance Company, Lauren Rosenzwe Ann Bogdan, Judith Casoria, Edith Cruz, Nancy Shea, Philip J. Zeiss, Daryl Joseph Meehan, Kim Barbaro, Angelica Merrilly E. Noeth, Lori Fletcher, Theresa McGovern, Peter Ioveno, Sheryl J. Oliver, Tremsky Plaintiffs, Michael J. L Rebecca L. Marchand, Philip Lee, Joanne Modafferi, American Zurich Insurance Company, Alexander Santoro, Rob Theurkauf, Kathleen M. Buckley, Patricia Kellett, JoAnne Bruehert, Jerline Lewis, Maria Teresa Boisseau, Suzanne Virginia Lorene Rossiter Valvo, Paul Kaufman, Thomas J. Meehan, III, Patricia Coughlin, David Brace, Cynthia F. M Plaintiffs Executive Committees, Jocelyne Ambroise, Rosemary Kempton, Joseph Beltrani, Helene S. Passaro, Thom Jr., Barbara Sohan, Northern Insurance Company of New York, Dorothy Mauro, Donald Aris, Linda E. Thorpe, Dha Sam, Rachel W. Goodrich, Ellen L. Saracini, Port Authority of New York & New Jersey, Anne MacFarlane, Domini Puopolo, Sr., Timothy L. Frolich, Melvin C. Lewis, Jeremiah Harney, Barbara Ardizzone, Kathleen M. Arancio, Dav Ralph Maerz, Jr., Feliciana Umanzor, Doreen Lutter, Denise Esposito, Kris A. Blood, Claudia Ruggiere, Arnold Led Matthew T. Sellitto, John Lewis, Elvira P. Murphy, Kevin G. Murphy, Steven Feidelberg, Theresa A. Stack, Mathild John Does, Crum & Forster Indemnity Company, Francine Raggio, Jennifer Ruth Jacobs, Christina Baksh, Donald L Miriam M. Biegeleisen, Commercial Insurance Company of Newark, N.J., Evelyn Aron, Thomas Donnelly, Murray Lucy Virgilio, Russell Vomero, William O'Connor, James Boyle, Andrew Braun, North River Insurance Company, F Thompson, Pamela Ann Maggitti, Richard D. Allen, Stacey Fran Dolan, Yuko Clark, Valiant Insurance Company, M Donoghue McGinley, Charles Downey, Maryland Casualty Company, Linda Panik, Andrija Tomasevic, Angela Gitt Greene, Andrezej Cieslik, Stephen Alderman, Great Lakes Reinsurance (UK) PLC, Nicholas Barbaro, Elizabeth Reg Alexander Paul Aranyos, Scott Ting, Susan Berger, Juan B. Bruno, George Luis Torres, Radmila Tomasevic, Kevin John C. Buckley, Maureen Barry, Patricia Coppo, Nancy Walsh, Phyllis Lederman, Domenick Damiano, Edlene C. L Frederick Alger, Renne Bacotti Hannafin, Andy Dinoo, Melissa Van Ness Fatha, Andrea Maffeo, Karium Ali, Made Allen, Gina Cayne, William Coale, Theresa Healey, Kurt Foster, Andrew Aris, Judith M. Aiken, Burnett Plaintiffs, L Pascuma, Hashim A. Henderson, Barrera Plaintiffs, George Bonomo, Pacific Indemnity Company, CNA Casualty of Carol Gies, Paul Quinn, Krystyna Boryczewski, Narasimha Sattaluri, James Cizikie, Susan Rasweiler, Nancy Badag Rasool, John J. Gill, Carmen Romero, Great Northern Insurance Company, Patricia Tarasiewicz, One Beacon Insura Company, Mary Margaret Jurgens, Toni Ann Carroll, Janice O'Dell, Cella Woo−Yeun, Laurie Spampinato, Margaret David Edward Cushing, Jill Rosenblum, Dennis Euleau, Jamie Miller, Christine Sakoutis, Diane Miller, Irene Bilche Bernstein, Federal Insurance Company et al., Plaintiffs, Mary Haag, Kevin Rogers, Susan Brady, Kathleen Ganci, M Santoro, Federal Insurance Company, Raj Thackurdeen, Joseph R. Downey, George Lantay, Dhanraj Singh, Ondina Michael Deloughery, Amlin Underwriting, Ltd., Rubina Cox−Holloway, Amber Miller, Gordon G. Haberman, Jeann |

| | | |
|---|---|---|
| | | Susan E. Buhse, Laura J. Lassman, Todd DeVito, Lori Shulman, Rosemarie Corvino, Tracy Ann Taback Catalano, C Schmidt, Siew−Som Yeow, William Martin, Meg Bloom Glasser, Barbara Minervino, Martina Lyne−Ann Panik, Joa Betterly, Hiscox Dedicated Corporate Member, Ltd., Boris Bililovsky, Peter Greenleaf, Joviana Mercado, Victoria H R. Martin, Transcontinental Insurance Company, Robert Bermingham, Gregory Stevens, Rostyslav Tisnovskiy, Cont Insurance Company, Ursula Broghammer, Virginia Hayes, The Camden Fire Insurance Association, Michael Endrizz Oslyn Powell, Clifford Tempesta, Theresa Regan, Nancy Ann Foster, Sharon Booker, Deborah Grazioso, Loisanne D Ildefonso A. Cua, Jeff Lever, Warren Hayes, Elizabeth Gardner, Anthony Vincelli, Iliana McGinnis, Andrea Russin, M. Beckwith, Karen Hinds, Evelyn Rodriguez, Stephen Jezycki, World Trade Center Properties LLC, et al., Perry S. Kemraj Singh, Carol O'Neill, Edward J. Sweeney, Dennis L. Hobbs, Collette M. LaFuente, Julia Collins, Lisa Friedm Plaintiffs, Thomas Fletcher, Maryann Colin, Neil B. Blass, James D. Hodges, Meryl Mayo, Holli Silver, Erica Zucke Ruiz, Jr., Dana Noonan, Olga Merino, Mark Bernheimer, Lorraine Arias Beliveau, Kevin Quinn, Yvonne V. Abdool, Parisi−Gnazzo, Zurich American Insurance Company, Virginia Bauer, Beril Sofia DeFeo, Andrew Quinn, Miles Bilc Barry, Chubb Insurance Company of New Jersey, American Casualty Company of Reading, Pennsylvania, Colleen H Gila Barzvi, Chiemi York, Daniel F. Barkow, Kathleen Keeler Lozier, Ann R. Haynes, Leonid Tisnovskiy, Dorothy A Kelly Hayes, Tina Grazioso, Steadfast Insurance Company, Bettyann Martineau, Harry Ong, Jr., Michele Boryczews LeVien, Joseph A. Tiesi, Helen Pfeifer, Roberta J. Levine, Valley Forge Insurance Company, Mary Andrucki, Joann Louisa D'Antonio, Vice Rose Arestegui, Kevin McArdle, Robert V. Trivingo, Bridget Hunter, Deena Burnett, Victor Richard Villa, Steven M. Gillespie, Seneca Insurance Company, Inc., Fryderyk Milewski, Saradha Moorthy, Scott Sc Edward Navarro, Rosalie Downey, Theresa King, John Benedetto, Armine Giorgetti, Frederick Irby, Anna M. Granv Keane, William D Robbins, Michael Jezycki, Kathleen Ashton, Joseph Hands, Fiona Havlish, Hector Garcia, Ingrid I Plaintiffs PI Executive Committee, Charlene Fiore, Veronica Klares, Mary Gola Perez, Aldo Addissi, James C. Cahil Gonzalez, Elizabeth H. Keller, Anna Mojica, Continental Casualty Company, Brian Flannery, Philip Germain, Albert Regenhard, Robert J. Bernstein, Deborah Francke, George Andrucki, Elaine Leinung, Delphine Saada, Regan Grice− Stephen L. Cartledge, Pedro Saleme, Josephine Alger, Camille Doyle, Diane M. Walsh, Beverly Burnett, Kathleen B Hassett, Barbara Scaramuzzino, Morris D. Lamonsoff, Basmattie Bishundat, Maryann Rand, Traci Bosco, William D Wendy Feinberg, Dorothy Tempesta, Patricia Han, Jane Alderman, Jerzy Mrozek, Laurie S. Lauterbach, Boston Old Insurance Company, Michael J. Allen, Donna Paolillo, Stanley Eckna, Anne Gabriel, Martin Panik, Lynn Allen, Amy Fidelity And Deposit Company of Maryland, Patricia J. Perry, Jay Charles Dunne, Tara Bane, Linda Curia, James W O'Grady, Bradley Daly, Netta Issacof, Roberta Kellerman, Cantor Fitzgerald & Co., Lauren Arias Lucchini, Jin Liu, Genco, Nancy Picone, Salvo Plaintiffs, Maria DiPilato, James W. Cahill, Kimberly Kaipaka Beaven, Jasmine Victori Booker, Howard Rice, John Patrick O'Neill, Jr., Lynn B. Pescherine, Sat Thackurdeen, Timothy Parker, H. Michael K Donald Francis Kennedy, Walter Tremsky, Carol Barbaro, Estate of John P.O'Neill, Sr., Eileen Simon, Mark Goldwa Pamela Hohlweck, Luke C. Allen, Santa Catarelli, Jennifer E. Brady, Sharon Cobb−Glenn, Joann Meehan, American and Liability Insurance Company, Frances Berdan, Janet Calia, Kathleen Cahill, Thomas E. Burnett, Sr., Lisa DiLallo Jennifer L. Harvey, Dorothy Garcia, Patricia Quigley, Michelle Bedigan, William B. Novotny, Emmet P. Kelly, Unit Fire Insurance Company, Benjamin Arroyo, William Doyle, Jane M. Smithwick, Prakash Bhatt, Javier Burgos, Rach Harrell, Ernesto Barrera, Joanne Gross, Robert D'Elia, Maureen Kelly, Leila M. Joseph, Catherine T. Regenhard, Ma Lena Whittaker, James McGetrick, Cynthia Arnold, Mark Barbieri, Louis Schaefer, Kimberly Trimingham−Aiken, S Passananti, Phyllis Schreier, Delia Welty, Patricia Wiswall, Michael Boryczewski, Chubb Insurance Company of Ca Princeton Excess & Surplus Lines Insurance Company, Woodly Joseph, Diane Wall, Madeline Bergin, Fran LaForte, Ellis, Jr., Alfred Acquaviva, Karen Princiotta, Warren Monroe, Thomas Burnett, Irene Frolich, Desiree A. Gerasimov Ryan, Raymond Lachhman, Julia Boryczewski, Lisanne MacKenzie, Gladys Salvo, Grace M. Parkinson−Godshalk,, TheresaAnn Lostrangio, One Beacon America Insurance Company, Margit Arias, Clara Chirchirillo, Benito Colon, J Jeannine P. Baron, Andrea N. LeBlanc, Martha Burnett O'Brien, Christine Bini, Joseph Donovan, Michael Puckett, A Milewski, Russa Steiner, Kathleen Holland, Edmund Barry, Continental Insurance Company of New Jersey, Nancy I Zuckerman, Virginia McKeon, Michael J. Novotny, Edward Arancio, Jennifer D'Auria, William Nelson, Thomas Ari A. Briley, Lauren Murphy, Assurance Company of Amer, Evelyn Tepedino, Michael Girdano, Vincent J. Della Bella Calderon, Thomas Baez, Colonial American Casualty and Surety Insurance Company, Winifred Aranyos, Catherine Elizabeth R. Burns, National Ben Franklin Insurance Company of Illinois, Joanne Barbara, Eileen F. Colligan, Jennif Tarantino, Wen Shi, Kathryn J. Hussa, Jurgiel Kazimierz, Vigilant Insurance Company, Monica M. Gabrielle, Robert Daniel Polatsch, Eileen Tallon, Lori Mascali, Ron Harding, Cynthia Tumulty, Amy Farnum, Sonia Bonomo, Linda P Patricia H. McDowell, John P. Baeszler, Robert Spadafora, National Fire Insurance Company of Hartford, Shirley He Houssain Lazaar, Homeland Insurance Company of New York.(Manning, Christopher) (Entered: 10/14/2010) |
| .4/2010 | 2347 | STIPULATION OF VOLUNTARY DISMISSAL It is hereby stipulated and agreed by and between the parties and/o respective counsel(s) that the above−captioned action is voluntarily dismissed, against the defendant(s) Dubai Islamic International Islamic Relief Organization(IIRO), Muslim World League, Sana−Bell, Inc. pursuant to Rule 41(a)(1)(A Federal Rules of Civil Procedure. Document filed by Port Authority Trans−Hudson Corporation, Port Authority of N New Jersey.(Leonardo, Christopher) (Entered: 10/14/2010) |
| .4/2010 | 2348 | CERTIFICATE OF SERVICE of STIPULATION served on all parties of record on 10/14/2010. Document filed by I Authority Trans−Hudson Corporation, Port Authority of New York & New Jersey. (Leonardo, Christopher) (Entered 10/14/2010) |

| | | |
|---|---|---|
| .5/2010 | 2349 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Al Haramain Isla Foundation, Inc..(Kabat, Alan) (Entered: 10/15/2010) |
| .5/2010 | 2350 | ANSWER to Amended Complaint. Document filed by Al Haramain Islamic Foundation, Inc.. Related document: 146 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Jess Murrow−Adams, Gibson A. Craig, Natalie Makshanov, Janlyn Scauso, Edward P. Ciafardini, Gary Wendell, Mark J. Siskopoulos, Mei Jy Lee, Saad Bin Laden, Serina Gillis, Anne M. Wodensheck, Helen Friedlander, Emily Motroni, N Diaz, Cathy A. Carilli, Elinore Hartz, American Alternative Insurance Corporation, Kara Hadfield, Euro Brokers Inc. Dixie M. Hobbs, Josephine Acquaviva, Armando Bardales, Jane Bartels, Lillian Bini, Leonor Alvarez, Edward Walsl and Casualty Company of New York, American Employers' Insurance Company, Maria Giordano, Rina Rabinowitz, Insurance Company, John F. Jermyn, Jacqueline Cannizzaro, Benhardt R. Wainio, Transportation Insurance Compan Reiss, Maryanne Farrell, Chubb Indemnity Insurance Company, Jeffrey Lovit, Sandy Amrita Mahabir, Richard B. Na Joyce Leigh, Jean Adams, Faith Miller, Curtis Fred Brewer, Carmen Garcia, James Alario,, Jodie Goldberg, Sheila G Yun Yu Zheng, Donald DiDomenico, Christine R. Huhn, Lisa Palazzo, Nina Barnes, David Ziminski, Kevin Mount, Flyzik, Owen McGovern, Kristin Galusha−Wild, Christine Irene O'Neill, Glens Falls Insurance Company, Philipson Marion Knox, Martin Rosenbaum, John Bonomo, Armand Reo, Kazmierz Jakubiak, Dennis Quinn, Burnett & Ashtor Judi A. Ross, Richard I. Klein, Emma Tisnovskiy, Carol Francolini, Havlish Plaintiffs, Madeleine A. Zuccala, Leona Ardizzone, Suk Tan Chin, Bhola P. Bishundat, Glenna M. Rosenburg, Elizabeth Ann Moss, David M. Bernstein, Fior Donna Smith, Marie Twomey, Elizabeth Alderman, Yesenia Ielpi, James A. Reed, Chubb Custom Insurance Compar Rosenzweig, Dorothy Ann Bogdan, Judith Casoria, Edith Cruz, Nancy Shea, Philip J. Zeiss, Daryl Joseph Meehan, K Barbaro, Angelica Allen, Merrilly E. Noeth, Lori Fletcher, Theresa McGovern, Peter Ioveno, Sheryl J. Oliver, Trems Plaintiffs, Michael J. Lindy, Rebecca L. Marchand, Philip Lee, Joanne Modafferi, American Zurich Insurance Compa Alexander Santoro, Robin Theurkauf, Kathleen M. Buckley, Patricia Kellett, JoAnne Bruehert, Jerline Lewis, Maria Boisseau, Suzanne J. Berger, Virginia Lorene Rossiter Valvo, Paul Kaufman, Thomas J. Meehan, III, Patricia Cough Brace, Cynthia F. McGinty, Plaintiffs Executive Committees, Jocelyne Ambroise, Rosemary Kempton, Joseph Beltra S. Passaro, Thomas Conroy, Jr., Barbara Sohan, Northern Insurance Company of New York, Dorothy Mauro, Donald Linda E. Thorpe, Dhanmatee Sam, Rachel W. Goodrich, Ellen L. Saracini, Port Authority of New York & New Jerse MacFarlane, Dominic J. Puopolo, Sr., Timothy L. Frolich, Melvin C. Lewis, Jeremiah Harney, Barbara Ardizzone, K Arancio, Dawn Brown, Ralph Maerz, Jr., Feliciana Umanzor, Doreen Lutter, Denise Esposito, Kris A. Blood, Claudi Arnold Lederman, Matthew T. Sellitto, John Lewis, Elvira P. Murphy, Kevin G. Murphy, Steven Feidelberg, Theresa Mathilda Geidel, John Does, Crum & Forster Indemnity Company, Francine Raggio, Jennifer Ruth Jacobs, Christina Donald Leistman, Miriam M. Biegeleisen, Commercial Insurance Company of Newark, N.J., Evelyn Aron, Thomas I Murray Bernstein, Lucy Virgilio, Russell Vomero, William O'Connor, James Boyle, Andrew Braun, North River Insu Company, Rosanna Thompson, Pamela Ann Maggitti, Richard D. Allen, Stacey Fran Dolan, Yuko Clark, Valiant Ins Company, Margaret Donoghue McGinley, Charles Downey, Maryland Casualty Company, Linda Panik, Andrija Tor Angela Gitto, Claudette Greene, Andrezej Cieslik, Stephen Alderman, Great Lakes Reinsurance (UK) PLC, Nicholas Elizabeth Rego, Alexander Paul Aranyos, Scott Ting, Susan Berger, Juan B. Bruno, George Luis Torres, Radmila To Kevin W. Barry, John C. Buckley, Maureen Barry, Patricia Coppo, Nancy Walsh, Phyllis Lederman, Domenick Dam Edlene C. LaFrance, Frederick Alger, Renne Bacotti Hannafin, Andy Dinoo, Melissa Van Ness Fatha, Andrea Maffe Ali, Madelyn Conroy Allen, Gina Cayne, William Coale, Theresa Healey, Kurt Foster, Andrew Aris, Judith M. Aiker Plaintiffs, Linda Pascuma, Hashim A. Henderson, Barrera Plaintiffs, George Bonomo, Pacific Indemnity Company, C Casualty of California, Carol Gies, Paul Quinn, Krystyna Boryczewski, Narasimha Sattaluri, James Cizikie, Susan Ra Nancy Badagliacca, Sadiq Rasool, John J. Gill, Carmen Romero, Great Northern Insurance Company, Patricia Tarasi Beacon Insurance Company, Mary Margaret Jurgens, Toni Ann Carroll, Janice O'Dell, Cella Woo−Yeun, Laurie Spa David Edward Cushing, Co−Conspirators, Jill Rosenblum, Dennis Euleau, Jamie Miller, Christine Sakoutis, Diane M Bilcher, Norma Bernstein, Federal Insurance Company et al., Plaintiffs, Mary Haag, Kevin Rogers, Susan Brady, Kat Ganci, Maureen Santoro, Federal Insurance Company, Raj Thackurdeen, Joseph R. Downey, George Lantay, Dhanra Ondina Bennett, Michael Deloughery, Amlin Underwriting, Ltd., Rubina Cox−Holloway, Amber Miller, Gordon G. Jeanne M. Evans, Susan E. Buhse, Laura J. Lassman, Todd DeVito, Lori Shulman, Rosemarie Corvino, Tracy Ann T Catalano, Charles Schmidt, Siew−Som Yeow, William Martin, Meg Bloom Glasser, Barbara Minervino, Martina Lyr Panik, Joanne F. Betterly, Hiscox Dedicated Corporate Member, Ltd., Boris Bililovsky, Peter Greenleaf, Joviana Mer Victoria Higley, Paul R. Martin, Transcontinental Insurance Company, Robert Bermingham, Gregory Stevens, Rosty Tisnovskiy, Continental Insurance Company, Ursula Broghammer, Virginia Hayes, The Camden Fire Insurance Asso Michael Endrizzi, Jean Oslyn Powell, Clifford Tempesta, Theresa Regan, Nancy Ann Foster, Sharon Booker, Debora Loisanne Diehl, Ildefonso A. Cua, Jeff Lever, Warren Hayes, Elizabeth Gardner, Anthony Vincelli, Iliana McGinnis, Russin, Sharlene M. Beckwith, Karen Hinds, Evelyn Rodriguez, Stephen Jezycki, World Trade Center Properties LL Perry S. Oretzky, Kemraj Singh, Carol O'Neill, Edward J. Sweeney, Dennis L. Hobbs, Collette M. LaFuente, Julia Co Friedman, All Plaintiffs, Thomas Fletcher, Maryann Colin, Neil B. Blass, James D. Hodges, Meryl Mayo, Holli Silve Zucker, Gilbert Ruiz, Jr., Dana Noonan, Olga Merino, Mark Bernheimer, Lorraine Arias Beliveau, Kevin Quinn, Yvo Abdool, Helene Parisi−Gnazzo, Zurich American Insurance Company, Virginia Bauer, Beril Sofia DeFeo, Andrew Q Bilcher, Brian Barry, Chubb Insurance Company of New Jersey, American Casualty Company of Reading, Pennsylva Colleen Holohan, Gila Barzvi, Chiemi York, Daniel F. Barkow, Kathleen Keeler Lozier, Ann R. Haynes, Leonid Tisr Dorothy A. O'Neill, Kelly Hayes, Tina Grazioso, Steadfast Insurance Company, Bettyann Martineau, Harry Ong, Jr., Boryczewski, Vincent LeVien, Joseph A. Tiesi, Helen Pfeifer, Roberta J. Levine, Valley Forge Insurance Company, Andrucki, Joann T. Howard, Louisa D'Antonio, Vice Rose Arestegui, Kevin McArdle, Robert V. Trivingo, Bridget H |

| | | |
|---|---|---|
| | | Deena Burnett, Victor Ugolyn, Richard Villa, Steven M. Gillespie, Seneca Insurance Company, Inc., Fryderyk Milew Saradha Moorthy, Scott Schrimpe, Edward Navarro, Rosalie Downey, Theresa King, John Benedetto, Armine Giorge Frederick Irby, Anna M. Granville, Robert Keane, William D Robbins, Michael Jezycki, Kathleen Ashton, Joseph Ha Havlish, Hector Garcia, Ingrid M. Lenihan, Plaintiffs PI Executive Committee, Charlene Fiore, Veronica Klares, Mar Perez, Aldo Addissi, James C. Cahill, Mia Gonzalez, Elizabeth H. Keller, Anna Mojica, Continental Casualty Compa Flannery, Philip Germain, Albert T. Regenhard, Robert J. Bernstein, Deborah Francke, George Andrucki, Elaine Lei Delphine Saada, Regan Grice−Vega, Stephen L. Cartledge, Pedro Saleme, Josephine Alger, Camille Doyle, Diane M Beverly Burnett, Kathleen Box, John Hassett, Barbara Scaramuzzino, Morris D. Lamonsoff, Basmattie Bishundat, M Rand, Traci Bosco, William Doyle, Sr., Wendy Feinberg, Dorothy Tempesta, Patricia Han, Jane Alderman, Jerzy Mr Laurie S. Lauterbach, Boston Old Colony Insurance Company, Michael J. Allen, Donna Paolillo, Stanley Eckna, Ann Martin Panik, Lynn Allen, Amy Weaver, Fidelity And Deposit Company of Maryland, Patricia J. Perry, Jay Charles Tara Bane, Linda Curia, James Wallace O'Grady, Bradley Daly, Netta Issacof, Roberta Kellerman, Cantor Fitzgerald Lauren Arias Lucchini, Jin Liu, Diane Genco, Nancy Picone, Salvo Plaintiffs, Maria DiPilato, James W. Cahill, Kiml Kaipaka Beaven, Jasmine Victoria, Rose Booker, Howard Rice, John Patrick O'Neill, Jr., Lynn B. Pescherine, Sat Th Timothy Parker, H. Michael Keden, Donald Francis Kennedy, Walter Tremsky, Carol Barbaro, Estate of John P.O'N Eileen Simon, Mark Goldwasser, Pamela Hohlweck, Luke C. Allen, Santa Catarelli, Jennifer E. Brady, Sharon Cobb Joann Meehan, American Guarantee and Liability Insurance Company, Frances Berdan, Janet Calia, Kathleen Cahill, Burnett, Sr., Lisa DiLallo Clark, Jennifer L. Harvey, Dorothy Garcia, Patricia Quigley, Michelle Bedigan, William B Emmet P. Kelly, United States Fire Insurance Company, Benjamin Arroyo, William Doyle, Jane M. Smithwick, Prak Javier Burgos, Rachel R. Harrell, Ernesto Barrera, Joanne Gross, Robert D'Elia, Maureen Kelly, Leila M. Joseph, Ca Regenhard, Margaret Arce, Lena Whittaker, James McGetrick, Cynthia Arnold, Mark Barbieri, Louis Schaefer, Kiml Trimingham−Aiken, Sean Passananti, Phyllis Schreier, Delia Welty, Patricia Wiswall, Michael Boryczewski, Chubb Company of Canada, The Princeton Excess & Surplus Lines Insurance Company, Woodly Joseph, Diane Wall, Made Bergin, Fran LaForte, William Ellis, Jr., Alfred Acquaviva, Karen Princiotta, Warren Monroe, Thomas Burnett, Irene Desiree A. Gerasimovich, Diane Ryan, Raymond Lachhman, Julia Boryczewski, Lisanne MacKenzie, Gladys Salvo, Parkinson−Godshalk,, TheresaAnn Lostrangio, One Beacon America Insurance Company, Margit Arias, Clara Chirc Benito Colon, John Martin, Jeannine P. Baron, Andrea N. LeBlanc, Martha Burnett O'Brien, Christine Bini, Joseph D Michael Puckett, Anna Milewski, Russa Steiner, Kathleen Holland, Edmund Barry, Continental Insurance Company Jersey, Nancy Lynn Zuckerman, Virginia McKeon, Michael J. Novotny, Edward Arancio, Jennifer D'Auria, William Thomas Arias, Hillary A. Briley, Lauren Murphy, Assurance Company of Amer, Evelyn Tepedino, Michael Girdano Della Bella, Deborah Calderon, Thomas Baez, Colonial American Casualty and Surety Insurance Company, Winifre Catherine Jezycki, Elizabeth R. Burns, National Ben Franklin Insurance Company of Illinois, Joanne Barbara, Eileen Colligan, Jennifer Tarantino, Wen Shi, Kathryn J. Hussa, Jurgiel Kazimierz, Vigilant Insurance Company, Monica M Robert T. Folger, Daniel Polatsch, Eileen Tallon, Lori Mascali, Ron Harding, Cynthia Tumulty, Amy Farnum, Sonia Linda Pickford, Patricia H. McDowell, John P. Baeszler, Robert Spadafora, National Fire Insurance Company of Har Shirley Henderson, Houssain Lazaar, Homeland Insurance Company of New York.(Kabat, Alan) (Entered: 10/15/20 |
| .5/2010 | 2351 | ANSWER to Amended Complaint. Document filed by Perouz Seda Ghaty. Related document: 1463 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Jessica Murrov Gibson A. Craig, Natalie Makshanov, Janlyn Scauso, Edward P. Ciafardini, Gary Wendell, Mark J. Siskopoulos, Mei Saad Bin Laden, Serina Gillis, Anne M. Wodensheck, Helen Friedlander, Emily Motroni, Milagros Diaz, Cathy A. C Elinore Hartz, American Alternative Insurance Corporation, Kara Hadfield, Euro Brokers Inc., et al., Dixie M. Hobbs Acquaviva, Armando Bardales, Jane Bartels, Lillian Bini, Leonor Alvarez, Edward Walsh, Fidelity and Casualty Co New York, American Employers' Insurance Company, Maria Giordano, Rina Rabinowitz, Allstate Insurance Compa Jermyn, Jacqueline Cannizzaro, Benhardt R. Wainio, Transportation Insurance Company, Judith Reiss, Maryanne Fa Indemnity Insurance Company, Jeffrey Lovit, Sandy Amrita Mahabir, Richard B. Naiman, Joyce Leigh, Jean Adams, Miller, Curtis Fred Brewer, Carmen Garcia, James Alario,, Jodie Goldberg, Sheila Gail Harris, Yun Yu Zheng, Dona DiDomenico, Christine R. Huhn, Lisa Palazzo, Nina Barnes, David Ziminski, Kevin Mount, Claudia Flyzik, Owen M Kristin Galusha−Wild, Christine Irene O'Neill, Glens Falls Insurance Company, Philipson Azenabor, Marion Knox, Rosenbaum, John Bonomo, Armand Reo, Kazmierz Jakubiak, Dennis Quinn, Burnett & Ashton Plaintiffs, Judi A. R I. Klein, Emma Tisnovskiy, Carol Francolini, Havlish Plaintiffs, Madeleine A. Zuccala, Leonard Ardizzone, Suk Tan Bhola P. Bishundat, Glenna M. Rosenburg, Elizabeth Ann Moss, David M. Bernstein, Fiona Havlish, Donna Smith, Twomey, Elizabeth Alderman, Yesenia Ielpi, James A. Reed, Chubb Custom Insurance Company, Lauren Rosenzwe Ann Bogdan, Judith Casoria, Edith Cruz, Nancy Shea, Philip J. Zeiss, Daryl Joseph Meehan, Kim Barbaro, Angelica Merrilly E. Noeth, Lori Fletcher, Theresa McGovern, Peter Ioveno, Sheryl J. Oliver, Tremsky Plaintiffs, Michael J. L Rebecca L. Marchand, Philip Lee, Joanne Modafferi, American Zurich Insurance Company, Alexander Santoro, Rob Theurkauf, Kathleen M. Buckley, Patricia Kellett, JoAnne Bruehert, Jerline Lewis, Maria Teresa Boisseau, Suzanne Virginia Lorene Rossiter Valvo, Paul Kaufman, Thomas J. Meehan, III, Patricia Coughlin, David Brace, Cynthia F. M Plaintiffs Executive Committees, Jocelyne Ambroise, Rosemary Kempton, Joseph Beltrani, Helene S. Passaro, Thom Jr., Barbara Sohan, Northern Insurance Company of New York, Dorothy Mauro, Donald Aris, Linda E. Thorpe, Dha Sam, Rachel W. Goodrich, Ellen L. Saracini, Port Authority of New York & New Jersey, Anne MacFarlane, Domini Puopolo, Sr., Timothy L. Frolich, Melvin C. Lewis, Jeremiah Harney, Barbara Ardizzone, Kathleen M. Arancio, Dav Ralph Maerz, Jr., Feliciana Umanzor, Doreen Lutter, Denise Esposito, Kris A. Blood, Claudia Ruggiere, Arnold Led Matthew T. Sellitto, John Lewis, Elvira P. Murphy, Kevin G. Murphy, Steven Feidelberg, Theresa A. Stack, Mathild John Does, Crum & Forster Indemnity Company, Francine Raggio, Jennifer Ruth Jacobs, Christina Baksh, Donald L |

Miriam M. Biegeleisen, Commercial Insurance Company of Newark, N.J., Evelyn Aron, Thomas Donnelly, Murray I
Lucy Virgilio, Russell Vomero, William O'Connor, James Boyle, Andrew Braun, North River Insurance Company, F
Thompson, Pamela Ann Maggitti, Richard D. Allen, Stacey Fran Dolan, Yuko Clark, Valiant Insurance Company, M
Donoghue McGinley, Charles Downey, Maryland Casualty Company, Linda Panik, Andrija Tomasevic, Angela Gitt
Greene, Andrezej Cieslik, Stephen Alderman, Great Lakes Reinsurance (UK) PLC, Nicholas Barbaro, Elizabeth Reg
Alexander Paul Aranyos, Scott Ting, Susan Berger, Juan B. Bruno, George Luis Torres, Radmila Tomasevic, Kevin
John C. Buckley, Maureen Barry, Patricia Coppo, Nancy Walsh, Phyllis Lederman, Domenick Damiano, Edlene C. L
Frederick Alger, Renne Bacotti Hannafin, Andy Dinoo, Melissa Van Ness Fatha, Andrea Maffeo, Karium Ali, Madel
Allen, Gina Cayne, William Coale, Theresa Healey, Kurt Foster, Andrew Aris, Judith M. Aiken, Burnett Plaintiffs, L
Pascuma, Hashim A. Henderson, Barrera Plaintiffs, George Bonomo, Pacific Indemnity Company, CNA Casualty of
Carol Gies, Paul Quinn, Krystyna Boryczewski, Narasimha Sattaluri, James Cizikie, Susan Rasweiler, Nancy Badagl
Rasool, John J. Gill, Carmen Romero, Great Northern Insurance Company, Patricia Tarasiewicz, One Beacon Insura
Company, Mary Margaret Jurgens, Toni Ann Carroll, Janice O'Dell, Cella Woo−Yeun, Laurie Spampinato, David Ed
Cushing, Co−Conspirators, Jill Rosenblum, Dennis Euleau, Jamie Miller, Christine Sakoutis, Diane Miller, Irene Bil
Bernstein, Federal Insurance Company et al., Plaintiffs, Mary Haag, Kevin Rogers, Susan Brady, Kathleen Ganci, M
Santoro, Federal Insurance Company, Raj Thackurdeen, Joseph R. Downey, George Lantay, Dhanraj Singh, Ondina
Michael Deloughery, Amlin Underwriting, Ltd., Rubina Cox−Holloway, Amber Miller, Gordon G. Haberman, Jeann
Susan E. Buhse, Laura J. Lassman, Todd DeVito, Lori Shulman, Rosemarie Corvino, Tracy Ann Taback Catalano, C
Schmidt, Siew−Som Yeow, William Martin, Meg Bloom Glasser, Barbara Minervino, Martina Lyne−Ann Panik, Jo
Betterly, Hiscox Dedicated Corporate Member, Ltd., Boris Bililovsky, Peter Greenleaf, Joviana Mercado, Victoria H
R. Martin, Transcontinental Insurance Company, Robert Bermingham, Gregory Stevens, Rostyslav Tisnovskiy, Cont
Insurance Company, Ursula Broghammer, Virginia Hayes, The Camden Fire Insurance Association, Michael Endrizz
Oslyn Powell, Clifford Tempesta, Theresa Regan, Nancy Ann Foster, Sharon Booker, Deborah Grazioso, Loisanne D
Ildefonso A. Cua, Jeff Lever, Warren Hayes, Elizabeth Gardner, Anthony Vincelli, Iliana McGinnis, Andrea Russin,
M. Beckwith, Karen Hinds, Evelyn Rodriguez, Stephen Jezycki, World Trade Center Properties LLC, et al., Perry S.
Kemraj Singh, Carol O'Neill, Edward J. Sweeney, Dennis L. Hobbs, Collette M. LaFuente, Julia Collins, Lisa Friedm
Plaintiffs, Thomas Fletcher, Maryann Colin, Neil B. Blass, James D. Hodges, Meryl Mayo, Holli Silver, Erica Zucke
Ruiz, Jr., Dana Noonan, Olga Merino, Mark Bernheimer, Lorraine Arias Beliveau, Kevin Quinn, Yvonne V. Abdool,
Parisi−Gnazzo, Zurich American Insurance Company, Virginia Bauer, Beril Sofia DeFeo, Andrew Quinn, Miles Bilc
Barry, Chubb Insurance Company of New Jersey, American Casualty Company of Reading, Pennsylvania, Colleen F
Gila Barzvi, Chiemi York, Daniel F. Barkow, Kathleen Keeler Lozier, Ann R. Haynes, Leonid Tisnovskiy, Dorothy
Kelly Hayes, Tina Grazioso, Steadfast Insurance Company, Bettyann Martineau, Harry Ong, Jr., Michele Boryczews
LeVien, Joseph A. Tiesi, Helen Pfeifer, Roberta J. Levine, Valley Forge Insurance Company, Mary Andrucki, Joann
Louisa D'Antonio, Vice Rose Arestegui, Kevin McArdle, Robert V. Trivingo, Bridget Hunter, Deena Burnett, Victor
Richard Villa, Steven M. Gillespie, Seneca Insurance Company, Inc., Fryderyk Milewski, Saradha Moorthy, Scott Sc
Edward Navarro, Rosalie Downey, Theresa King, John Benedetto, Armine Giorgetti, Frederick Irby, Anna M. Granv
Keane, William D Robbins, Michael Jezycki, Kathleen Ashton, Joseph Hands, Fiona Havlish, Hector Garcia, Ingrid
Plaintiffs PI Executive Committee, Charlene Fiore, Veronica Klares, Mary Gola Perez, Aldo Addissi, James C. Cahil
Gonzalez, Elizabeth H. Keller, Anna Mojica, Continental Casualty Company, Brian Flannery, Philip Germain, Alber
Regenhard, Robert J. Bernstein, Deborah Francke, George Andrucki, Elaine Leinung, Delphine Saada, Regan Grice−
Stephen L. Cartledge, Pedro Saleme, Josephine Alger, Camille Doyle, Diane M. Walsh, Beverly Burnett, Kathleen B
Hassett, Barbara Scaramuzzino, Morris D. Lamonsoff, Basmattie Bishundat, Maryann Rand, Traci Bosco, William D
Wendy Feinberg, Dorothy Tempesta, Patricia Han, Jane Alderman, Jerzy Mrozek, Laurie S. Lauterbach, Boston Old
Insurance Company, Michael J. Allen, Donna Paolillo, Stanley Eckna, Anne Gabriel, Martin Panik, Lynn Allen, Am
Fidelity And Deposit Company of Maryland, Patricia J. Perry, Jay Charles Dunne, Tara Bane, Linda Curia, James W
O'Grady, Bradley Daly, Netta Issacof, Roberta Kellerman, Cantor Fitzgerald & Co., Lauren Arias Lucchini, Jin Liu,
Genco, Nancy Picone, Salvo Plaintiffs, Maria DiPilato, James W. Cahill, Kimberly Kaipaka Beaven, Jasmine Victori
Booker, Howard Rice, John Patrick O'Neill, Jr., Lynn B. Pescherine, Sat Thackurdeen, Timothy Parker, H. Michael K
Donald Francis Kennedy, Walter Tremsky, Carol Barbaro, Estate of John P.O'Neill, Sr., Eileen Simon, Mark Goldwa
Pamela Hohlweck, Luke C. Allen, Santa Catarelli, Jennifer E. Brady, Sharon Cobb−Glenn, Joann Meehan, American
and Liability Insurance Company, Frances Berdan, Janet Calia, Kathleen Cahill, Thomas E. Burnett, Sr., Lisa DiLall
Jennifer L. Harvey, Dorothy Garcia, Patricia Quigley, Michelle Bedigan, William B. Novotny, Emmet P. Kelly, Unit
Fire Insurance Company, Benjamin Arroyo, William Doyle, Jane M. Smithwick, Prakash Bhatt, Javier Burgos, Rach
Harrell, Ernesto Barrera, Joanne Gross, Robert D'Elia, Maureen Kelly, Leila M. Joseph, Catherine T. Regenhard, Ma
Lena Whittaker, James McGetrick, Cynthia Arnold, Mark Barbieri, Louis Schaefer, Kimberly Trimingham−Aiken, S
Passananti, Phyllis Schreier, Delia Welty, Patricia Wiswall, Michael Boryczewski, Chubb Insurance Company of Ca
Princeton Excess & Surplus Lines Insurance Company, Woodly Joseph, Diane Wall, Madeline Bergin, Fran LaForte,
Ellis, Jr., Alfred Acquaviva, Karen Princiotta, Warren Monroe, Thomas Burnett, Irene Frolich, Desiree A. Gerasimov
Ryan, Raymond Lachhman, Julia Boryczewski, Lisanne MacKenzie, Gladys Salvo, Grace M. Parkinson−Godshalk,,
TheresaAnn Lostrangio, One Beacon America Insurance Company, Margit Arias, Clara Chirchirillo, Benito Colon, J
Jeannine P. Baron, Andrea N. LeBlanc, Martha Burnett O'Brien, Christine Bini, Joseph Donovan, Michael Puckett, A
Milewski, Russa Steiner, Kathleen Holland, Edmund Barry, Continental Insurance Company of New Jersey, Nancy I
Zuckerman, Virginia McKeon, Michael J. Novotny, Edward Arancio, Jennifer D'Auria, William Nelson, Thomas Ari
A. Briley, Lauren Murphy, Assurance Company of Amer, Evelyn Tepedino, Michael Girdano, Vincent J. Della Bella

| | | |
|---|---|---|
| | | Calderon, Thomas Baez, Colonial American Casualty and Surety Insurance Company, Winifred Aranyos, Catherine . Elizabeth R. Burns, National Ben Franklin Insurance Company of Illinois, Joanne Barbara, Eileen F. Colligan, Jennif Tarantino, Wen Shi, Kathryn J. Hussa, Jurgiel Kazimierz, Vigilant Insurance Company, Monica M. Gabrielle, Robert Daniel Polatsch, Eileen Tallon, Lori Mascali, Ron Harding, Cynthia Tumulty, Amy Farnum, Sonia Bonomo, Linda P Patricia H. McDowell, John P. Baeszler, Robert Spadafora, National Fire Insurance Company of Hartford, Shirley He Houssain Lazaar, Homeland Insurance Company of New York.(Kabat, Alan) (Entered: 10/15/2010) |
| .5/2010 | 2352 | NOTICE of Filing of Answer to Third Amended Complaint. Document filed by Perouz Seda Ghaty. (Kabat, Alan) (E 10/15/2010) |
| .5/2010 | 2353 | NOTICE of Filing of Answer to Cantor Fitzgerald Plaintiffs' First Amended Complaint. Document filed by Al Haran Foundation, Inc.. (Kabat, Alan) (Entered: 10/15/2010) |
| .5/2010 | 2354 | NOTICE of Filing of Answer to Continental Casualty Plaintiffs' Second Amended Complaint. Document filed by Al Islamic Foundation, Inc.. (Kabat, Alan) (Entered: 10/15/2010) |
| .5/2010 | 2355 | NOTICE of Filing of Answer to Continental Casualty Plaintiffs' Second Amended Complaint. Document filed by Per Ghaty. (Kabat, Alan) (Entered: 10/15/2010) |
| .5/2010 | 2356 | NOTICE of Filing of Answer to Euro Brokers Plaintiffs' Complaint. Document filed by Al Haramain Islamic Founda (Kabat, Alan) (Entered: 10/15/2010) |
| .5/2010 | 2357 | NOTICE of Filing of Answer to Euro Brokers Plaintiffs' Complaint. Document filed by Perouz Seda Ghaty. (Kabat, (Entered: 10/15/2010) |
| .5/2010 | 2358 | NOTICE of Filing of Answer to Federal Insurance Plaintiffs' First Amended Complaint. Document filed by Al Haran Foundation, Inc.. (Kabat, Alan) (Entered: 10/15/2010) |
| .5/2010 | 2359 | NOTICE of Filing of Answer to Federal Insurance Plaintiffs' First Amended Complaint. Document filed by Perouz S (Kabat, Alan) (Entered: 10/15/2010) |
| .5/2010 | 2360 | NOTICE of Filing of Answer to O'Neill Plaintiffs' First Consolidated Complaint. Document filed by Al Haramain Isl Foundation, Inc.. (Kabat, Alan) (Entered: 10/15/2010) |
| .5/2010 | 2361 | NOTICE of Filing of Answer to World Trade Center Properties Plaintiffs' Complaint. Document filed by Al Haramai Foundation, Inc.. (Kabat, Alan) (Entered: 10/15/2010) |
| .5/2010 | 2362 | NOTICE of Filing of Answer to World Trade Center Properties Plaintiffs' Complaint. Document filed by Perouz Sed (Kabat, Alan) (Entered: 10/15/2010) |
| .5/2010 | 2363 | NOTICE of Filing Answer in Ashton. Document filed by Jamal Barzinji. (Barentzen, Steven) (Entered: 10/15/2010) |
| .5/2010 | 2364 | NOTICE of filing Answer in Burnett. Document filed by Jamal Barzinji. (Barentzen, Steven) (Entered: 10/15/2010) |
| .5/2010 | 2365 | NOTICE of filing Answer in Continental. Document filed by Jamal Barzinji. (Barentzen, Steven) (Entered: 10/15/20 |
| .5/2010 | 2366 | NOTICE of of filing Answer in NY Marine. Document filed by Jamal Barzinji. (Barentzen, Steven) (Entered: 10/15/ |
| .5/2010 | 2367 | NOTICE of of filing Answer in WTC. Document filed by Jamal Barzinji. (Barentzen, Steven) (Entered: 10/15/2010) |
| .5/2010 | 2368 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Wamy Internatio World Assembly of Muslim Youth.(Mohammedi, Omar) (Entered: 10/15/2010) |
| .5/2010 | 2369 | ANSWER to Complaint. Document filed by Wamy International, Inc., World Assembly of Muslim Youth.(Mohamm (Entered: 10/15/2010) |
| .5/2010 | 2370 | ANSWER to Complaint. Document filed by Wamy International, Inc., World Assembly of Muslim Youth.(Mohamm (Entered: 10/15/2010) |
| .5/2010 | 2371 | ANSWER to Complaint. Document filed by Wamy International, Inc., World Assembly of Muslim Youth.(Mohamm (Entered: 10/15/2010) |
| .5/2010 | 2372 | ANSWER to Complaint. Document filed by Wamy International, Inc., World Assembly of Muslim Youth.(Mohamm (Entered: 10/15/2010) |
| .5/2010 | 2373 | ANSWER to Complaint. Document filed by Wamy International, Inc., World Assembly of Muslim Youth.(Mohamm (Entered: 10/15/2010) |
| .5/2010 | 2374 | ANSWER to Complaint. Document filed by Wamy International, Inc., World Assembly of Muslim Youth.(Mohamm (Entered: 10/15/2010) |

| | | |
|---|---|---|
| .5/2010 | 2375 | ANSWER to Complaint. Document filed by Wamy International, Inc., World Assembly of Muslim Youth.(Mohamm (Entered: 10/15/2010) |
| .5/2010 | 2376 | ANSWER to Complaint. Document filed by Wamy International, Inc., World Assembly of Muslim Youth.(Mohamm (Entered: 10/15/2010) |
| .5/2010 | 2377 | RULE 26 DISCLOSURE.Document filed by Wamy International, Inc., World Assembly of Muslim Youth.(Mohamr (Entered: 10/15/2010) |
| .5/2010 | 2378 | RULE 26 DISCLOSURE.Document filed by Al Haramain Islamic Foundation, Inc..(Kabat, Alan) (Entered: 10/15/20 |
| .5/2010 | 2379 | RULE 26 DISCLOSURE.Document filed by Perouz Seda Ghaty.(Kabat, Alan) (Entered: 10/15/2010) |
| .8/2010 | 2380 | STIPULATION OF VOLUNTARY DISMISSAL: It is hereby stipulated and agreed by and between the parties and/ respective counsel(s) that the above−captioned action is voluntarily dismissed, against the defendant(s) Port Authorit Hudson Corporation, Port Authority of New York and New Jersey pursuant to Rule 41(a)(1)(A)(ii) of the Federal Ru Procedure. (Signed by Judge George B. Daniels on 10/14/10) Filed In Associated Cases: 1:03−md−01570−GBD −FM 1:04−cv−07065−GBD(djc) (Entered: 10/18/2010) |
| 28/2010 | 2381 | ORDER: Fact discovery regarding liability issues will precede fact discovery regarding damages, and will be govern Management Order Nos. 2 and 4, except to the extent the Court otherwise directs. By January 7, 2011, the parties sha to the document requests. Depositions may not be taken prior to February 18,2011 without Court approval. By Octob the parties shall complete all fact discovery concerning liability issues. Telephone conferences shall be held periodica first three such conferences will be held as follows: December 2, 2010, at 5:00 p.m., January 14, 2011, at 10:00 a.m., 2011, at 10:00 a.m. (Signed by Magistrate Judge Frank Maas on 10/28/2010) Copies Mailed By Chambers. (jpo) (En 10/28/2010) |
| 28/2010 | | Minute Entry for proceedings held before Magistrate Judge Frank Maas: Discovery Hearing held on 10/28/2010. (mr 11/01/2010) |
| )5/2010 | 2382 | TRANSCRIPT of proceedings held on October 28, 2010 11:00 a.m. before Magistrate Judge Frank Maas. (ajc) (Ente 11/08/2010) |
| )8/2010 | 2383 | STIPULATION EXTENDING TIME TO RESPOND Re Saudi Binladin Group renewed Motion to Dismiss: Respon 11/18/2010. Replies due by 12/20/2010. (Signed by Judge George B. Daniels on 11/8/10) Filed In Associated Cases: 1:03−md−01570−GBD −FM et al.(cd) (Entered: 11/08/2010) |
| .2/2010 | 2384 | Objection *under Rule 72(a) to Magistrate Judge's Oct. 28, 2010 Ruling*. Document filed by Al Haramain Islamic Fou Inc.. (Attachments: # 1 Affidavit, # 2 Exhibit A (Opposition to Motion to Compel), # 3 Exhibit B (Excerpts from Feb transcript), # 4 Exhibit C (Excerpts from Oct. 28, 2010 transcript))(Kabat, Alan) (Entered: 11/12/2010) |
| .8/2010 | 2385 | MEMORANDUM OF LAW in Opposition re: 2283 MOTION to Dismiss.. Document filed by Plaintiffs Executive C (Bonin, Adam) (Entered: 11/18/2010) |
| .8/2010 | 2386 | AFFIRMATION of Adam C. Bonin, Esq. in Opposition re: 2283 MOTION to Dismiss.. Document filed by Plaintiffs Committees. (Attachments: # 1 Plaintiff's Summary of Allegations and Evidence, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Ex Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7a, # 9 Exhibit 7b, # 10 Exhibit 7c, # 11 Exhibit 7d, # 12 Exhibit 7 Exhibit 7f, # 14 Exhibit 7g, # 15 Exhibit 7h, # 16 Exhibit 7i, # 17 Exhibit 7j, # 18 Exhibit 7k, # 19 Exhibit 7l, # 20 Ex 21 Exhibit 8, # 22 Exhibit 9, # 23 Exhibit 10, # 24 Exhibit 11, # 25 Exhibit 12, # 26 Exhibit 13, # 27 Exhibit 14, # 28 # 29 Exhibit 16, # 30 Exhibit 17, # 31 Exhibit 18, # 32 Exhibit 19, # 33 Exhibit 20, # 34 Exhibit 21, # 35 Exhibit 22, Exhibit 23, # 37 Exhibit 24, # 38 Exhibit 25, # 39 Exhibit 26, # 40 Exhibit 27, # 41 Exhibit 28, # 42 Exhibit 29)(Boni (Entered: 11/18/2010) |
| .8/2010 | 2387 | AFFIRMATION of Robert T. Haefele in Opposition re: 2283 MOTION to Dismiss.. Document filed by Plaintiffs Ex Committees. (Attachments: # 1 Exhibit A − Plaintiff's Factual Averment Supporting Plaintiffs' Theories of General Ju as to Saudi Binladin Group, # 2 Declaration of Robert T. Haefele Transmitting Documents and Evidence, # 3 Exhibit Exhibit 2, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 1 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, Exhibit 34)(Bonin, Adam) (Entered: 11/18/2010) |
| 23/2010 | 2388 | RULE 26 DISCLOSURE.Document filed by Plaintiffs Executive Committees.(Bonin, Adam) (Entered: 11/23/2010) |
| 29/2010 | 2389 | RESPONSE re: (2384 in 1:03−md−01570−GBD −FM) Objection (non−motion), Objection (non−motion) − *Plaintiff Opposition to Defendant Al Haramain Islamic Foundation, Inc. (USA)'s Rule 72 Objections to October 28, 2010 Rul* Document filed by All Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD −FM et al.(Haefele, Robert) (En 11/29/2010) |

| | | |
|---|---|---|
| 29/2010 | 2390 | DECLARATION of Robert T. Haefele in Opposition re: (2384 in 1:03−md−01570−GBD −FM) Objection (non−mot Objection (non−motion). Document filed by All Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit B Exhibit B−2, # 5 Exhibit B−3, part 1, # 6 Exhibit B−3, part 2, # 7 Exhibit B−4, # 8 Exhibit B−5, part 1, # 9 Exhibit B # 10 Exhibit B−5, part 3, # 11 Exhibit B−6, # 12 Exhibit B−7, part 1, # 13 Exhibit B−7, part 2, # 14 Exhibit B−7, par Exhibit B−8, # 16 Exhibit B−9, # 17 Exhibit B−10, # 18 Exhibit B−11, part 1, # 19 Exhibit B−11, part 2, # 20 Exhibi 21 Exhibit B−13, # 22 Exhibit B−14, part 1, # 23 Exhibit B−14, part 2, # 24 Exhibit B−15, # 25 Exhibit B−16, # 26 E B−17, # 27 Exhibit B−18, # 28 Exhibit B−19, # 29 Exhibit B−20, # 30 Exhibit B−21, # 31 Exhibit B−22, # 32 Exhibi 33 Exhibit B−24, # 34 Exhibit B−25, # 35 Exhibit B−26, # 36 Exhibit B−27, # 37 Exhibit B−28, # 38 Exhibit B−29, Exhibit B−30, # 40 Exhibit B−31, # 41 Exhibit B−32, # 42 Exhibit B−33, # 43 Exhibit B−34, # 44 Exhibit B−35, # 4 B−36, # 46 Exhibit B−37, # 47 Exhibit B−38, # 48 Exhibit B−39, # 49 Exhibit B−40, # 50 Exhibit B−41, # 51 Exhibi 52 Exhibit B−43, # 53 Exhibit B−44, # 54 Exhibit B−45, # 55 Exhibit B−46, # 56 Exhibit B−47, # 57 Exhibit B−48, Exhibit B−49, # 59 Exhibit B−50, # 60 Exhibit B−51, # 61 Exhibit B−52, # 62 Exhibit B−53, # 63 Exhibit B−54, # 6 B−55, # 65 Exhibit B−56, # 66 Exhibit B−57, # 67 Exhibit B−58, # 68 Exhibit B−59, # 69 Exhibit B−60, # 70 Exhibi Exhibit D, # 72 Exhibit D−61, # 73 Exhibit E, part 1, # 74 Exhibit E, part 2, # 75 Exhibit E, part 3, # 76 Exhibit E, pa Exhibit E, part 5, # 78 Exhibit F)Filed In Associated Cases: 1:03−md−01570−GBD −FM et al.(Haefele, Robert) (Ent 11/29/2010) |
| )1/2010 | 2391 | NOTICE of Correction to Reference in Plaintiffs' Opposition to Defendant Al Haramain Islamic Foundation, Inc (US 72 Objections to October 28, 2010 Ruling (Docket Entry 2389) re: (2389 in 1:03−md−01570−GBD −FM) Response, filed by All Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD −FM et al.(Haefele, Robert) (Entered: 12/0 |
| )8/2010 | 2392 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from J. Scott Tarbutton dated 12/8/2010 re: As a p clarification, the parties entered into an agreement whereby Dr. Barzinji will file his opposition to Plaintiffs' motion c December 13, 2010. Counsel therefore respectfully request that the Court refrain from considering Plaintiffs' applicat that date. ENDORSEMENT: Application granted. So Ordered. (Signed by Magistrate Judge Frank Maas on 12/8/201 (Entered: 12/09/2010) |
| )8/2010 | | Set/Reset Deadlines as to Responses due by 12/13/2010 (jfe) (Entered: 12/09/2010) |
| .0/2010 | 2393 | ORDER: 1. On December 17, 2010, at 11:30 am, in Courtroom 20A, the Courtshall hear the motion filed by defendar Barzinji and his counsel, Nancy Luque, Esq., to quash and modify plaintiffs' subpoena. 2. By December 29, 2010, an to compel warranted by the present status of discovery shall be filed. Any papers in opposition to these motions shall January 10, 2011. 3. By January 7, 2011, both defendant Al−Haramain Islamic Foundation, Inc. (USA) and defendan AI−Haramain Islamic Foundation (Saudi Arabia) shall respond to plaintiffs' document requests. 4. By January 10, 20 parties shall submit to the Court a joint letter identifying the issues they wish to discuss at the next discovery conferer is scheduled for January 14, 2011, at 10 am, and setting forth each side's position regarding each such issue. 5. The pa directed to agree on a schedule with respect to discovery disputes arising after January 14, 2011, which will permit: ( seeking to compel discovery to propose a draft letter to the Court; (b) the parties to confer regarding the dispute; and party opposing discovery to prepare a written response, so that bothsides' positions may be presented to the Court, in least five business days before the discovery conference at which the dispute will be heard. Set Deadlines/Hearing as Hearing set for 12/17/2010 at 11:30 AM in Courtroom 20A, 500 Pearl Street, New York, NY 10007 before Magistrat Frank Maas.). (Motions due by 12/29/2010. Responses due by 1/10/2011, Discovery Hearing set for 1/14/2011 at 10: before Magistrate Judge Frank Maas.) (Signed by Magistrate Judge Frank Maas on 12/10/10) Copies Sent via ECF. ( (Entered: 12/13/2010) |
| .4/2010 | 2394 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Sean P. Carter dated 12/14/2010 re: Request adjournment of the oral argument currently scheduled for December 17, 2010, until January 7, 2011. ENDORSEMEN Adjourned to 1/7/2011 at 2pm. (Signed by Magistrate Judge Frank Maas on 12/14/2010) (jpo) (Entered: 12/14/2010) |
| 20/2010 | 2395 | REPLY MEMORANDUM OF LAW in Support re: 2283 MOTION to Dismiss.. Document filed by Saudi Binladin ( (Gauch, James) (Entered: 12/20/2010) |
| 20/2010 | 2396 | REPLY AFFIDAVIT of James E. Gauch in Support re: 2283 MOTION to Dismiss.. Document filed by Saudi Binlad Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Gauch, James) (Entered: |
| 30/2010 | 2487 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Sean P. Carter dated 12/29/2010 re: I write c the plaintiffs to request that the existing deadline for responding to written discovery requests be extended by two we January 7, 2011 to January 21, 2011. ENDORSEMENT: Application granted. So ordered. (Signed by Magistrate Jud Maas on 12/30/2010) (lmb) (Entered: 11/14/2011) |
| 31/2010 | 2397 | RULE 26 DISCLOSURE.Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A − Part 1, A − Part 2)(Bonin, Adam) (Entered: 12/31/2010) |
| )4/2011 | 2398 | NOTICE OF CHANGE OF ADDRESS by Karla J. Letsche on behalf of Cherif Sedky. New Address: Wittie, Letsche LLP, 915 15th Street, NW, 2nd Floor, Washington, D.C., United States 20005, (202) 464−9351. (Letsche, Karla) (En 01/04/2011) |

| | | |
|---|---|---|
| )7/2011 | | Minute Entry for proceedings held before Magistrate Judge Maas: Discovery Hearing held on 1/7/2011. (mro) Modif 1/10/2011 (ad). (Entered: 01/10/2011) |
| .1/2011 | 2399 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Sean P. Carter dated 1/11/11 re: The parties to submit their joint letter regarding the discovery status conference presently scheduled for January 14, 2011. The pa agreement that it is not necessary for the Court to hold a conference on January 14, 2011. ENDORSEMENT: The 1/1 conference is canceled on consent. (Signed by Magistrate Judge Frank Maas on 1/11/11) (rjm) (Entered: 01/13/2011) |
| .8/2011 | 2400 | ORDER: The previously scheduled conference for 1/19/2011, is hereby cancelled. (Signed by Judge George B. Danie 1/18/2011) (ae) (Entered: 01/18/2011) |
| 20/2011 | 2401 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Alan R. Kabat and Sean Carter dated 1/20/1 Defendants' proposed briefing schedule (as further set forth in said letter) for discovery disputes, and their responses side's proposal. ENDORSEMENT: While I recognize that some fine−tuning may be necessary as discovery proceeds defendants' proposal. (Signed by Magistrate Judge Frank Maas on 1/20/11) (db) (Entered: 01/21/2011) |
| 21/2011 | 2402 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Steven K. Barentzen dated 1/20/11 re: Reque Luque's and Dr. Barzinji's time to file their response to the Motion to Compel be extended to January 28th. ENDORS APPLICATION GRANTED. SO ORDERED * − For counsel appearing in person, we will be in Courtroom 6A. Set (Responses due by 1/28/2011) (Signed by Magistrate Judge Frank Maas on 1/20/11) (db) (Entered: 01/21/2011) |
| 21/2011 | 2403 | MOTION to Stay. Document filed by Perouz Seda Ghaty.(Kabat, Alan) (Entered: 01/21/2011) |
| 21/2011 | 2404 | MEMORANDUM OF LAW in Support re: 2403 MOTION to Stay.. Document filed by Perouz Seda Ghaty. (Attachn Affidavit Exhibit A, # 2 Text of Proposed Order)(Kabat, Alan) (Entered: 01/21/2011) |
| )4/2011 | 2405 | MEMORANDUM OF LAW in Opposition re: (2403 in 1:03−md−01570−GBD −FM) MOTION to Stay. *Plaintiffs' Memorandum of Law in Opposition to Defendant Perouz Sedaghaty's Motion to Stay*. Document filed by Plaintiffs E Committees. Filed In Associated Cases: 1:03−md−01570−GBD −FM et al.(Haefele, Robert) (Entered: 02/04/2011) |
| )8/2011 | | Minute Entry for proceedings held before Magistrate Judge Frank Maas: Discovery Hearing held on 2/8/2011. (mro) 02/09/2011) |
| )9/2011 | 2406 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Sean Carter dated 2/9/2011 re: The parties ha upon Thursday, 3/24/11 as the date for the next status conference. The parties suggest a starting time of 10:30 a.m., b are available as needed to accommodate this Court's schedule. ENDORSEMENT: Approved. So Ordered. (Signed by Judge Frank Maas on 2/9/2011) (jfe) (Entered: 02/10/2011) |
| .4/2011 | 2407 | REPLY MEMORANDUM OF LAW in Support re: 2403 MOTION to Stay.. Document filed by Perouz Seda Ghaty. (Attachments: # 1 Affidavit Exhibits A−D)(Kabat, Alan) (Entered: 02/14/2011) |
| .4/2011 | 2408 | TRANSCRIPT of proceedings held on 1/7/11 before Magistrate Judge Frank Maas. (cd) (Entered: 02/17/2011) |
| )4/2011 | 2409 | DOCUMENT REFERRED TO JUDGE FOR APPROVAL − NOTICE OF VOLUNTARY DISMISSAL Pursuant to 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their counsel(s), hereby give notice that above−captioned action is voluntarily dismissed, with prejudice against the defendant(s) All Defendants. Document f World Trade Center Properties LLC, et al.. Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:04−cv−07280−GBD(Flowers, Jodi) Modified on 3/7/2011 (ml). (Entered: 03/04/2011) |
| .4/2011 | 2410 | NOTICE OF VOLUNTARY DISMISSAL Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, tl plaintiff(s) and or their counsel(s), hereby give notice that the above−captioned action is voluntarily dismissed agains defendant(s) 1 World Trade Center L.L.C., 2 World Trade Center L.L.C., 4 World Trade Center L.L.C., 5 World Tra L.L.C., 7 World Trade Company L.P.. (Signed by Judge George B. Daniels on 3/4/11) Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:04−cv−07280−GBD(djc) (Entered: 03/14/2011) |
| .7/2011 | 2411 | ORDER: Counsel for Dubai Islamic Bank has requested the issuance of a Request for International Judicial Assistanc application is unopposed. I have therefore this day signed the Request and returned'it to counsel for transmittal to the authority in the United Arab Emirates. I note that the application was transmitted to my Chambers via email as a "lett Counsel are cautioned that my Chambers does not accept letters via email. Letter applications also cannot be filed via Accordingly, any future such applications should not be sent to the Court by these means. (Signed by Magistrate Judg Maas on 3/16/2011) Filed In Associated Cases: 1:03−md−01570−GBD −FM et al.(jpo) (Entered: 03/18/2011) |
| .8/2011 | | ***DELETED DOCUMENT. Deleted document number 2412 NOTICE OF VOLUNTARY DISMISSAL. The docu incorrectly filed in this case. (Pursuant to Chambers request). (jfe) (Entered: 03/23/2011) |
| 21/2011 | 2413 | NOTICE OF VOLUNTARY DISMISSAL Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, tl plaintiff(s) and or their counsel(s), hereby give notice that the above−captioned action is voluntarily dismissed, with p against the defendant(s) Cherif Sedky. Document filed by Federal Insurance Company. (Bonin, Adam) (Entered: 03/2 |

| | | |
|---|---|---|
| 21/2011 | 2414 | FILING ERROR − ELECTRONIC FILING FOR NON−ECF DOCUMENT − MOTION For Frederick J. Goetz to ap Hac Vice. Document filed by Wamy International, Inc., World Assembly of Muslim Youth.(Mohammedi, Omar) Mo 3/22/2011 (db). (Entered: 03/21/2011) |
| 21/2011 | | ***NOTE TO ATTORNEY TO RE−FILE DOCUMENT − NON−ECF DOCUMENT ERROR. Note to Attorney Om Mohammedi to MANUALLY RE−FILE Document No. 2414 Motion Pro Hac Vice. This document is not filed via E (Entered: 03/22/2011) |
| 21/2011 | | ***DELETED DOCUMENT. Deleted document number 2415 NOTICE OF VOLUNTARY DISMISSAL. The docu incorrectly filed in this case. (Pursuant to Chambers request). (jfe) (Entered: 03/23/2011) |
| 22/2011 | 2416 | ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION: It is hereby Ordered that Frederick J. Goetz admitted pro hac vice. (Pursuant to Chambers instructions the following attorney is admitted for the following parties by Judge George B. Daniels on 3/22/2011) Filed In Associated Cases: 1:03−md−01570−GBD −FM et al.(jfe) (Entere 03/23/2011) |
| 23/2011 | 2417 | ORDER: Plaintiffs in the above matters have voluntarily dismissed Defendant Cherif Sedky with prejudice. At the re parties, the Clerk of the Court is ordered to withdraw the following documents from their respective dockets: 03−MD Docket Entries #2412, 2415. 02−Civ−6977: Docket Entry #638. 03−Civ−9849: Docket Entry #587. 04−Civ−5970: D # 400. 04−Civ−7279: Docket Entry #396. 03−Civ−6978: Docket Entry #787. (Signed by Judge George B. Daniels or Filed In Associated Cases: 1:03−md−01570−GBD −FM et al.(jfe) Modified on 3/24/2011 (jfe). (Entered: 03/23/2011 |
| 24/2011 | 2418 | MEMO ENDORSEMENT on: (2413 in 1:03−md−01570−GBD −FM) Notice of Voluntary Dismissal with prejudice defendant Cherif Sedky from all cases, filed by Federal Insurance Company. ENDORSEMENT: SO ORDERED. (Si Judge George B. Daniels on 3/23/11) Filed In Associated Cases: 1:03−md−01570−GBD −FM et al.(cd) (Entered: 03/ |
| 24/2011 | | Minute Entry for proceedings held before Magistrate Judge Frank Maas: Telephone Conference held on 3/24/2011. (r (Entered: 03/24/2011) |
| 24/2011 | 2419 | ORDER: It is hereby ORDERED that: Except in extraordinary circumstances, the Court will not entertain a motion o application for discovery−related relief unless the parties concerned have first discussed their dispute(s) during at leas substantive "meet−and−confer" session. A conference shall be held on April 12, 2011, at 2p.m., in Courtroom 9A, to letter motions submitted by the Federal Insurance plaintiffs and by defendants Muslim World League, International Is Relief Organization, Wael Jelaidan, and World Assembly of Muslim Youth. A further conference shall be held on Ap 2011, at 10:00 a.m., in Courtroom 9B. The Court has set aside the following mornings for further conferences: May 1 June 7, 2011; June 23, 2011; July 12, 2011; July 28, 2011; August 11, 2011; August 25, 2011; September 9, 2011; Se 30, 2011. With the exception of the April 26, 2011 conference, all status conferences shall begin at 11 a.m., unless at week before the conference the parties submit a request that the conference begin at 10 a.m., or the Court concludes t additional time is necessary. The parties shall submit a joint letter to the Court at least one week before each conferen stating whether the conference should be held in person or via telephone.( Status Conference set for 9/30/2011 at 11:0 before Magistrate Judge Frank Maas.) (Signed by Magistrate Judge Frank Maas on 3/24/2011) Copies Sent By Cham (Entered: 03/25/2011) |
| 29/2011 | | CASHIERS OFFICE REMARK on 2416 Order Admitting Attorney Pro Hac Vice, in the amount of $25.00, paid on 0 Receipt Number 932836. (jd) (Entered: 03/29/2011) |
| 12/2011 | | Minute Entry for proceedings held before Magistrate Judge Frank Maas: Discovery Hearing held on 4/12/2011. (mbe 04/14/2011) |
| 25/2011 | 2420 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Steven K. Barentzen. dated 4/20/2011, re: I v response to today's letter to the Court from Sean Carter and Alan Kabat which states that "the Defendants who are cu subject to discovery... request that the deadline for completing their 'rolling' production of documents be extended fro 2011 to August 29, 2011." ENDORSEMENT: In a case of this complexity, it will not be possible to please all of the p the Court for that matter) all of the time. While the majority view will not always carry the day, as to this issue it does deadline to complete the rolling productions therefore is extended to 8/29/2011. (Signed by Magistrate Judge Frank M 4/24/2011) (lnl) (Entered: 04/25/2011) |
| 25/2011 | 2421 | NOTICE OF APPEARANCE by Brian Thomas Frutig on behalf of Burnett Plaintiffs, Euro Brokers Inc., All Plaintiff Associated Cases: 1:03−md−01570−GBD −FM, 1:03−cv−09849−GBD, 1:04−cv−07279−GBD(Frutig, Brian) (Entere 04/25/2011) |
| 25/2011 | 2422 | ORDER PURSUANT TO FEDERAL RULE OF EVIDENCE 502(d) that, pursuant to Federal Rule of Evidence 502( parties' production of any documents in this proceeding shall not, for purposes of this proceeding or any other procee other court, constitute a waiver of any attorney−client privilege or attorney work product protection applicable to thos documents. SO ORDERED. (Signed by Magistrate Judge Frank Maas on 4/25/2011) Copies Mailed by Chambers (ln on 4/28/2011 (lnl). (Entered: 04/25/2011) |

| | | |
|---|---|---|
| 25/2011 | 2423 | Letter addressed to Magistrate Judge Frank Maas from Alan R. Kabat dated 4/20/11 re: Request that the deadline for "rolling" production of documents be extended from April 29, 2011 to August 29, 2011. (rjm) (Entered: 04/26/2011) |
| 26/2011 | 2424 | ORDER that by 6/13/11, Defendants International Islamic Relief Organization shall produce all documents discussed Plaintiffs' letter to the Court dated 3/24/11, subject to the following two exceptions: 1. HRO need not produce bankin beyond those ordered to be produced at the 4/12/11 conference. 2. Plaintiff's request number 57, which seeks docume to the Soviet occupation of, and expulsion from, Afghanistan, is denied as overbroad. (Signed by Magistrate Judge Fr on 4/26/11) Copies Sent by Chambers(cd) (Entered: 04/27/2011) |
| 26/2011 | | Minute Entry for proceedings held before Magistrate Judge Frank Maas at 11:00 a.m. for the duration of 1 hour.Disc Hearing held on 4/26/2011. (js) (Entered: 05/04/2011) |
| 26/2011 | | Minute Entry for proceedings held before Magistrate Judge Frank Maas: Discovery Hearing held on 4/26/2011. (ab) ( 05/06/2011) |
| 04/2011 | 2425 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Sean P. Carter dated 5/4/2011 re: Counsel re request that the parties next meet with the Court on 6/7/11, a date previously set aside for a discovery conference in t ENDORSEMENT: Application granted. So Ordered. (Signed by Magistrate Judge Frank Maas on 5/4/2011) (jfe) (En 05/05/2011) |
| 10/2011 | 2426 | ENDORSED LETTER: addressed to Magistrate Judge Frank Maas from J. Scott Tarbutton dated 5/10/2011 re: Coun plaintiffs request that the existing deadline for submitting Plaintiffs' Supplemental Rule 26 Initial Disclosures be exte one week, from May 12, 2011. ENDORSEMENT: Application Granted. So Ordered. (Signed by Magistrate Judge Fr on 5/10/11) (js) (Entered: 05/10/2011) |
| 19/2011 | 2427 | MEMO ENDORSEMENT on re: (270) Motion for Melina E. Mizel−Goldfarb to Appear Pro Hac Vice in case 1:03−cv−09848−GBD. ENDORSEMENT: Application granted. So Ordered. (Signed by Magistrate Judge Frank Maa 5/19/2011) Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:03−cv−09848−GBD(jfe) (Entered: 05/19/201 |
| 19/2011 | 2428 | MOTION for Leave to File Excess Pages *Unopposed*. Document filed by Havlish Plaintiffs.Filed In Associated Case 1:03−md−01570−GBD −FM, 1:03−cv−09848−GBD(Corr, Stephen) (Entered: 05/19/2011) |
| 19/2011 | 2429 | RULE 26 DISCLOSURE.Document filed by Plaintiffs Executive Committees.(Bonin, Adam) (Entered: 05/19/2011) |
| 19/2011 | 2430 | FIRST MEMORANDUM OF LAW in Support re: (234 in 1:03−cv−09848−GBD, 2125 in 1:03−md−01570−GBD −l MOTION for Default Judgment as to., (2124 in 1:03−md−01570−GBD −FM, 233 in 1:03−cv−09848−GBD) MOTIC Default Judgment as to *Sovereign Defendants*. *Exhibits To Be Filed Separately*. Document filed by Havlish Plaintiffs Associated Cases: 1:03−md−01570−GBD −FM, 1:03−cv−09848−GBD(Corr, Stephen) (Entered: 05/19/2011) |
| 19/2011 | 2431 | MEMORANDUM OF LAW in Support re: (234 in 1:03−cv−09848−GBD, 2125 in 1:03−md−01570−GBD −FM) MC Default Judgment as to., (2124 in 1:03−md−01570−GBD −FM, 233 in 1:03−cv−09848−GBD) MOTION for Default as to *Sovereign Defendants*. *Exhibits 1 − 12 in Support of Memorandum of Law*. Document filed by Havlish Plaintiff (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12)Filed In Associated Cases: 1:03−md−01570−GBD −l 1:03−cv−09848−GBD(Corr, Stephen) (Entered: 05/19/2011) |
| 19/2011 | 2432 | MEMORANDUM OF LAW in Support re: (234 in 1:03−cv−09848−GBD, 2125 in 1:03−md−01570−GBD −FM) MC Default Judgment as to., (2124 in 1:03−md−01570−GBD −FM, 233 in 1:03−cv−09848−GBD) MOTION for Default as to *Sovereign Defendants*. *Exhibits 13−25 in Support of Memorandum of Law*. Document filed by Havlish Plaintiff (Attachments: # 1 Exhibit 13 part 1, # 2 Exhibit 13 part 2, # 3 Exhibit 13 part 3, # 4 Exhibit 13 part 4, # 5 Exhibit 13 Exhibit 14, # 7 Exhibit 15, # 8 Exhibit 16, # 9 Exhibit 17, # 10 Exhibit 18, # 11 Exhibit 19, # 12 Exhibit 20, # 13 Exh 14 Exhibit 23, # 15 Exhibit 24, # 16 Exhibit 25)Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:03−cv−09848−GBD(Corr, Stephen) (Entered: 05/19/2011) |
| 19/2011 | 2433 | MEMORANDUM OF LAW in Support re: (234 in 1:03−cv−09848−GBD, 2125 in 1:03−md−01570−GBD −FM) MC Default Judgment as to., (2124 in 1:03−md−01570−GBD −FM, 233 in 1:03−cv−09848−GBD) MOTION for Default as to *Sovereign Defendants*. *Exhibits 27−37 in Support of Memorandum of Law*. Document filed by Havlish Plaintiff (Attachments: # 1 Exhibit 27, # 2 Exhibit 28, # 3 Exhibit 29, # 4 Exhibit 30, # 5 Exhibit 31, # 6 Exhibit 32, # 7 Exhib Exhibit 34, # 9 Exhibit 35, # 10 Exhibit 36, # 11 Exhibit 37)Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:03−cv−09848−GBD(Corr, Stephen) (Entered: 05/19/2011) |
| 20/2011 | 2434 | MOTION to Seal Document *Plaintiffs' Motion to Seal Portions of the Evidence in Support of Their Motion for Entry Judgment Against Soveriegn Defendants*. Document filed by Havlish Plaintiffs. (Attachments: # 1 Text of Proposed ( In Associated Cases: 1:03−md−01570−GBD −FM, 1:03−cv−09848−GBD(Corr, Stephen) (Entered: 05/20/2011) |
| 20/2011 | 2435 | ORDER defendant Cherif Sedky is DISMISSED from Barrera,03−7036 and from Salvo, 03−5071. In Tremsky v Lad 02−7300, defendant Cherif Sedky's unopposed motion to dismiss is GRANTED. Defendant Cherif Sedky is dismisse of the above actions. (Signed by Judge George B. Daniels on 5/20/11) Filed In Associated Cases: 1:03−md−01570−C et al.(cd) (Entered: 05/20/2011) |

| | | |
|---|---|---|
| )3/2011 | 2436 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Robert Haefele dated 6/3/11 re: The Plaintiff Executive Committees and the Defendants' Executive Committee are in agreement that the discovery conference prev scheduled for June 7, 2011 is unnecessary, and respectfully propose that the parties next meet with the Court on June date previously set aside for a discovery conference in this matter. ENDORSEMENT: Application granted. So ordere by Magistrate Judge Frank Maas on 6/3/11) (rjm) (Entered: 06/06/2011) |
| .7/2011 | 2486 | Letter addressed to Magistrate Judge Frank Maas from The MDL 1570 Plaintiffs' Executive Committees dated 6/17/2 write for the Plaintiffs Executive Committees on behalf of all of the plaintiffs ("Plaintiffs") to ask the Court for an ord Rule 37 (a)(3)(B)(iv) of the Federal Rules of Civil Procedure compelling defendant Perouz Sedaghaty (a/k/a Pete Sed Abu Yunas) ("Sedaghaty") to produce the information requested in Plaintiffs' First Set of Requests for Production of Directed to Perouz Sedaghaty, served on Sedaghaty on December 10, 2010, and never answered.Filed In Associated 1:03−md−01570−GBD−FM et al.(lmb) (Entered: 11/14/2011) |
| 23/2011 | | Minute Entry for proceedings held before Magistrate Judge Frank Maas: Discovery Hearing held on 6/23/2011. (ft) (I 06/28/2011) |
| 24/2011 | 2442 | ORDER; that, 1. By July 8, 2011, defendants International Islamic Relief Organization ("IIRO") and Muslim World I ("MWL") shall produce any additional documents required by this Court's orders dated April 12 and April 26, 2011. July 13, 2011, IIRO and MWL shall re−produce all documents previously produced that either lacked a Bates numbe not stamped with unique numbers. Additionally, any documents produced by any party shall bear a unique Bates num Prior to July 13, 2011, a representative from the Plaintiffs' Executive Committees ("PEC") shall confer with Mr. McN Mr. al−Radhi(and if necessary a translator) regarding IIRO's index of files, the disposition of records no longer in its and any other topics likely to be the subject of discussion at the next discovery conference. 4. The discovery conferen previously scheduled for July 12, 2011, shall instead be held on July 13, 2011, immediately after Judge Daniels' conf 10 a.m. should that conference be cancelled. 5. The Clerk of the Court is directed to docket the joint letter from the P Defendants' Executive Committee, dated June 20, 2011, and the attachment thereto. (Signed by Magistrate Judge Fra 6/23/11) Copies Sent By Chambers. (pl) Modified on 7/6/2011 (pl). (Entered: 07/06/2011) |
| 28/2011 | 2437 | NOTICE OF VOLUNTARY DISMISSAL Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, th plaintiff(s) and or their counsel(s), hereby give notice that the above−captioned action is voluntarily dismissed, with p against the defendant(s) Abdul Hamid Abu Sulayman, African Muslim Agency, Hisham Al−Talib, Taha Jaber Al−Al Omar Ashraf, Muhammad Ashraf, Jamal Barzinji, Grove Corporate, Inc., Heritage Education Trust, International Ins Islamic Thought, Mohammed Jaghlit, Mar−Jac Investments, Inc., Mena Corporation, Mena Investments, M. Yaqub M Reston Investments, Inc., Safa Trust, Samir Salah, Sterling Charitable Gift Fund, Sterling Management Group, Inc., A Totonji, York Foundation, Iqbal Yunus. Document filed by Plaintiffs Executive Committees. (Bonin, Adam) (Entere 06/28/2011) |
| 28/2011 | 2438 | STIPULATION AND ORDER OF DISMISSAL: Pursuant to F,R.C.P. 41 (a), the parties stipulate that Plaintiffs in th above−referenced actions hereby voluntarily dismiss with prejudice all claims against defendants Dr. Jamal Barzinjii, Muhammad Ashraf, M. Omar Ashraf Dr. M. Yaqub Mirza,Dr. Taha AI−Alwani, Dr. Iqbal Unus,Dr. Ahmed Totonji I AI−Talib Dr. Mohamed Jaghlit, Samir Salah Dr. Abdul−Hamid Abu Absulayman,African Muslim Agency, Grove Co Inc.,Heritage Education Trust,International Institute of Islamic Thought,Mar−Jac Investments, Inc.,Mena Corporation Investments, Inc.,Safa Trust, Sterling Charitable Gift Fund Trust, Sterling Management Group, Inc., York Foundation Investments from all cases.All parties. will bear their own attorneys' fees, costs, and expenses. (Signed by Judge Geor Daniels on 6/28/2011) Filed In Associated Cases: 1:03−md−01570−GBD −FM et al.(js) (Entered: 06/28/2011) |
| 29/2011 | 2439 | Letter addressed to Magistrate Judge Frank Maas from Sean P. Carter dated 6/20/2011 re: The Defendants' Executive Committee, on behalf of the defendants who are currently subject to discovery, and the Plaintiffs' Executive Committ respectfully submit their proposal with respect to the status conference scheduled for June 23, 2011. (mbe) (Entered: 07/01/2011) |
| 29/2011 | 2488 | Letter addressed to Magistrate Judge Frank Maas from Lynne Bernabei dated 6/29/2011 re: Defendant Perouz Sedagl Seda), through undersigned counsel, respectfully submits his response to plaintiffs' discovery letter application. As se below, this Court should deny plaintiffs' request for an order compelling Mr. Sedaghaty to respond to discovery, beca pending motion to stay the civil case while his parallel criminal case in Oregon is underway is grounded in his Fifth A privilege against self−incrimination, and as further specified in this letter. (rjm) (Entered: 11/15/2011) |
| )5/2011 | 2440 | ORDER. Plaintiffs' unopposed Motion to Seal Portions of the Evidence in Support of their Motion for Entry of Judgr Default Against Sovereign Defendants is GRANTED. (Signed by Judge George B. Daniels on 7/5/11) (djc) (Entered: 07/05/2011) |
| )5/2011 | 2441 | ORDER: Plaintiffs' unopposed Motion for Leave to Exceed the Page Limit for Plaintiffs' First Memorandum of Law of Motion for Entry of Judgment by Default Against Sovereign Defendants is GRANTED. (Signed by Judge George on 7/5/11) Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:03−cv−09848−GBD(laq) (Entered: 07/05/2011 |
| )6/2011 | 2443 | ORDER: Status Conference set for 7/13/2011 at 11:30 AM before Judge George B. Daniels. (Signed by Judge Georg Daniels on 7/6/2011) (ab) (Entered: 07/06/2011) |

| | | |
|---|---|---|
| )6/2011 | 2489 | Letter addressed to Magistrate Judge Frank Maas from Robert T. Faefele dated 7/6/2011 re: For the Plaintiffs Execut Committees on behalf of all of the plaintiffs ("Plaintiffs"), we write in reply to the June 29, 2011 letter of defendant P Sedaghaty (a/k/a Pete Seda, a/k/a Abu Yunas) ("Sedaghaty") and in further support of Plaintiffs' request dated June 1 and as further specified in this letter. Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(rjm) (Entered: 11/ |
| .3/2011 | 2444 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assig Magistrate Judge for Inquest After Default/Damages Hearing. Referred to Magistrate Judge Frank Maas. (Signed by . George B. Daniels on 7/13/2011) (tro) (Entered: 07/13/2011) |
| .3/2011 | | Minute Entry for proceedings held before Magistrate Judge Frank Maas: Discovery Hearing held on 7/13/2011. (mbe 07/14/2011) |
| .3/2011 | 2445 | ORDER that the Court's dismissal of the defendants identified in Exhibit A are certified as final pursuant to Fed. R. C 54(b)and the Clerk of the Court is directed to prepare and enter a final judgment. (Signed by Judge George B. Daniels 7/13/11) Filed In Associated Cases: 1:03−md−01570−GBD −FM et al.(ml) Modified on 7/14/2011 (ml). (Entered: 07 |
| .3/2011 | | Transmission to Judgments and Orders Clerk. Transmitted re: (24 in 1:09−cv−07055−GBD) Order,, to the Judgments Clerk. Filed In Associated Cases: 1:03−md−01570−GBD −FM et al.(ml) (Entered: 07/14/2011) |
| .3/2011 | | Minute Entry for proceedings held before Judge George B. Daniels: Conference held on 7/13/2011. Next Conference 1/13/2012 at 11:00 AM before Judge George B. Daniels. (mro) (Entered: 08/15/2011) |
| .4/2011 | 2446 | RULE 54(b) CLERK'S JUDGMENT That for the reasons stated in the Court's Order dated July 13, 2011, the Court f cause for delay, pursuant to Fed. R. Civ. P. 54(b), entering final judgment dismissing the defendants identified in Exh (Signed by Clerk of Court Ruby Krajick on 7/14/11) (Attachments: # 1 notice of right to appeal)Filed In Associated C 1:03−md−01570−GBD −FM et al.(ml) (Entered: 07/14/2011) |
| .8/2011 | 2447 | NOTICE of Supplemental Authority. Document filed by Saudi Binladin Group, Inc.. (Attachments: # 1 Exhibit A, # 2 B)(Gauch, James) (Entered: 07/18/2011) |
| 22/2011 | 2448 | TRANSCRIPT of Proceedings re: conference held on 7/13/2011 before Magistrate Judge Frank Maas. Court Reporter/Transcriber: Mary Greco, (212) 805−0300. Transcript may be viewed at the court public terminal or purcha the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obt through PACER. Redaction Request due 8/15/2011. Redacted Transcript Deadline set for 8/25/2011. Release of Tran Restriction set for 10/24/2011.(laq) (Entered: 07/22/2011) |
| 22/2011 | 2449 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a conference proceeding held on 7/13/11 has been filed by the court reporter/transcriber in the above−captioned matter. The parties seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...( (Entered: 07/22/2011) |
| 26/2011 | 2450 | ORDER: It is hereby ORDERED that: unless otherwise noted, further discovery conferences shall be held in Courtro the following dates: August 11, 2011; September 8, 2011; October 19, 2011; November 16, 2011; December 14, 201 11, 2012 and February 15, 2012. The August 11 and September 8 conferences will be held at 11 a.m. All other confer be held at 2 p.m. Any papers in opposition to the Federal Insurance Plaintiffs' motion to assess damages against defau Qaeda−related defendants, which was filed on February 13, 2007, in case number 03 Civ. 6978, shall be served and f August 12, 2011. Counsel for defendant Perouz Sedaghaty shall send the Court a copy of Mr. Sedaghaty's motion for in his criminal case. The parties shall send the Court an agreed proposed amended discovery schedule. By August 19, Plaintiffs shall serve and file their motion for sanctions against defendants Muslim World League and International Is Relief Organization. By September 12, 2011, defendants MWl and IIRO shall serve and file their opposition papers. I September 30, 2011, Plaintiffs shall serve and file their reply papers.( Motions due by 8/19/2011., Responses due by 9 Replies due by 9/30/2011., Status Conference set for 2/15/2012 at 02:00 PM in Courtroom 20A, 500 Pearl Street, Ne NY 10007 before Magistrate Judge Frank Maas.) (Signed by Magistrate Judge Frank Maas on 7/25/2011) Copies via (Entered: 07/26/2011) |
| 27/2011 | 2463 | ORDER: that the Scheduling Orders shall be modified as follows: All fact Discovery due by 5/31/2012. Discovery St Conferences set for 8/11/2011, at 11:00 a.m., 9/8/2011, at 11:00 a.m., 10/19/2011, at 2:00 p.m., 11/16/2011, at 2:00 p 12/14/2011, at 2:00 p.m., and 2/15/2012 at 02:00 PM before Judge George B. Daniels. Counsel should not anticipate will be any further extension of the deadlines in paragraphs 1 and 2 absent extraordinary circumstances. (Signed by M Judge Frank Maas on 7/27/2011) (ft) (Entered: 08/15/2011) |
| )1/2011 | 2451 | BRIEF re: 2447 Notice (Other) *of Supplemental Authority filed by Defendant Saudi Binladin Group*. Document filed Plaintiffs Executive Committees.(Bonin, Adam) (Entered: 08/01/2011) |
| )9/2011 | 2452 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Alan R. Kabat dated 8/4/2011 re: Counsel w the discovery conference scheduled for 8/11/2011 is not necessary and proposes that the parties meet with the Court c at 11:00 a.m., the date previously set by the Court for the next discovery conference in this matter. ENDORSEMENT |

| | | |
|---|---|---|
| | | APPLICATION GRANTED. (Discovery Hearing set for 9/8/2011 at 11:00 AM before Magistrate Judge Frank Maas by Magistrate Judge Frank Maas on 8/9/2011) (tro) (Entered: 08/09/2011) |
| )9/2011 | 2453 | NOTICE OF APPEAL from (2446 in 1:03−md−01570−GBD −FM, 356 in 1:04−cv−01076−GBD) Clerk's Judgment, 1:03−md−01570−GBD −FM, 355 in 1:04−cv−01076−GBD) Order. Document filed by Yvonne V. Abdool, Alfred A Josephine Acquaviva, Jean Adams, Aldo Addissi, Judith M. Aiken, Elizabeth Alderman, Jane Alderman, Stephen Al Frederick Alger, Josephine Alger, Karium Ali, All Plaintiffs, All Plaintiffs(on behalf of themselves and all others sim situated), Angelica Allen, Luke C. Allen, Lynn Allen, Madelyn Conroy Allen, Michael J. Allen, Richard D. Allen, A Insurance Company, Leonor Alvarez, Jocelyne Ambroise, American Alternative Insurance Corporation, American C Company of Reading, Pennsylvania, American Employers' Insurance Company, American Guarantee and Liability In Company, American Zurich Insurance Company, Amlin Underwriting, Ltd., George Andrucki, Mary Andrucki, Edw Arancio, Kathleen M. Arancio, Alexander Paul Aranyos, Winifred Aranyos, Margaret Arce, Barbara Ardizzone, Leo Ardizzone, Vice Rose Arestegui, Margit Arias, Thomas Arias, Andrew Aris, Donald Aris, Cynthia Arnold, Evelyn A Benjamin Arroyo, Kathleen Ashton, Assurance Company of Amer, Philipson Azenabor, Nancy Badagliacca, John P. Thomas Baez, Christina Baksh, Donald Bane, Tara Bane, Christina Bane−Hayes, Joanne Barbara, Carol Barbaro, Ki Nicholas Barbaro, Mark Barbieri, Armando Bardales, Daniel F. Barkow, Nina Barnes, Jeannine P. Baron, Ernesto Ba Barrera Plaintiffs, Brian Barry, Edmund Barry, Kevin W. Barry, Maureen Barry, Jane Bartels, Christine Barton, Gila Virginia Bauer, Kimberly Kaipaka Beaven, Sharlene M. Beckwith, Michelle Bedigan, Lorraine Arias Beliveau, Josep John Benedetto, Ondina Bennett, Frances Berdan, Susan Berger, Suzanne J. Berger, Madeline Bergin, Robert Bermi Mark Bernheimer, David M. Bernstein, Murray Bernstein, Norma Bernstein, Robert J. Bernstein, Joanne F. Betterly, Bhatt, Miriam M. Biegeleisen, Irene Bilcher, Miles Bilcher, Boris Bililovsky, Saad Bin Laden, Gerald W. Bingham, Bini, Lillian Bini, Basmattie Bishundat, Bhola P. Bishundat, Neil B. Blass, Kris A. Blood, Dorothy Ann Bogdan, Ma Boisseau, John Bonomo, Sonia Bonomo, Rose Booker, Sharon Booker, Julia Boryczewski, Krystyna Boryczewski, M Boryczewski, Michele Boryczewski, Traci Bosco, Boston Old Colony Insurance Company, Kathleen Box, James Bo Brace, Keith A. Bradkowski, Jennifer E. Brady, Susan Brady, Andrew Braun, Curtis Fred Brewer, Hillary A. Briley, Broghammer, Dawn Brown, JoAnne Bruehert, Juan B. Bruno, John C. Buckley, Kathleen M. Buckley, Susan E. Buh Burgos, Beverly Burnett, Deena Burnett, Thomas E. Burnett, Sr, Thomas Burnett, Burnett & Ashton Plaintiffs, Burne Plaintiffs, Elizabeth R. Burns, CNA Casualty of California, CO2e.com, LLC, James C. Cahill, James W. Cahill, Kath Deborah Calderon, Janet Calia, Jacqueline Cannizzaro, Cantor Fitzgerald & Co., Cantor Fitzgerald Associates, L.P., Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald International, Cantor Fitzgerald Partners, Ca Fitzgerald Securities, Cantor Fitzgerald, L.P., Cantor Index Limited, Dolores Caproni, Richard A. Caproni, Cathy A. Alice Carpeneto, Toni Ann Carroll, Stephen L. Cartledge, Judith Casoria, Tracy Ann Taback Catalano, Santa Catarel Cayne, Fu Mei Chien Huang, Suk Tan Chin, Clara Chirchirillo, Livia Chirchirillo, Christopher Caproni, Michael Cap Lisa Caproni, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company Canada, Chubb Insurance Company of New Jersey, Edward P. Ciafardini, Andrezej Cieslik, James Cizikie, Lisa DiL Yuko Clark, William Coale, Sharon Cobb−Glenn, Daniel D. Coffey, MD, Frances M. Coffey(In her own right and as of the Estate of Jason M. Coffey, Deceased), Frances M. Coffey(In her own right and as Executrix of the Estate of Da Coffey, Deceased), Kevin M. Coffey(as son of Daniel M. Coffey, Deceased), Kevin M. Coffey(as the brother of Jaso Coffey, Deceased), Daniel D. Coffey, M.D., Maryann Colin, Eileen F. Colligan, Julia Collins, Dwayne Collman, Ber Colonial American Casualty and Surety Insurance Company, Commercial Insurance Company of Newark, N.J., Susa Thomas Conroy, Jr, Continental Casualty Company, Continental Insurance Company, Continental Insurance Compar Jersey, Patricia Coppo, Rosemarie Corvino, Patricia Coughlin, Rubina Cox−Holloway, Gibson A. Craig, Crum & Fo Indemnity Company, Edith Cruz, Ildefonso A. Cua, Linda Curia, David Edward Cushing, Louisa D'Antonio, Jennifer Robert D'Elia, Bradley Daly, Domenick Damiano, Beril Sofia DeFeo, Todd DeVito, Catherine Deblieck, Vincent J. I Michael Deloughery, Donald DiDomenico, Maria DiPilato, Milagros Diaz, Andy Dinoo, John Does, Stacey Fran Dol Donnelly, Joseph Donovan, Morris Dorf, Charles Downey, Joseph R. Downey, Rosalie Downey, Camille Doyle, Wil William Doyle, Sr, Jay Charles Dunne, Stanley Eckna, William Ellis, Jr, Michael Endrizzi, Espeed, Inc., Denise Espo of John P.O'Neill, Sr., Dennis Euleau, Euro Brokers Inc., et al., Jeanne M. Evans, Amy Farnum, Maryanne Farrell, M Ness Fatha, Federal Insurance Company, Federal Insurance Company et al., Plaintiffs, Steven Feidelberg, Wendy Fei Corazon Fernandez, Fidelity And Deposit Company of Maryland, Fidelity and Casualty Company of New York, Fior Charlene Fiore, Brian Flannery, Lori Fletcher, Thomas Fletcher, Claudia Flyzik, Robert T. Folger, Kurt Foster, Nanc Foster, Deborah Francke, Carol Francolini, Helen Friedlander, Lisa Friedman, Irene Frolich, Timothy L. Frolich, Ann Monica M. Gabrielle, Kristin Galusha−Wild, Kathleen Ganci, Carmen Garcia, Dorothy Garcia, Hector Garcia, Elizab Gardner, Mathilda Geidel, Diane Genco, George Bonomo, Desiree A. Gerasimovich, Philip Germain, Carol Gies, Jol Steven M. Gillespie, Serina Gillis, Maria Giordano, Armine Giorgetti, Michael Girdano, Angela Gitto, Meg Bloom C Glens Falls Insurance Company, Jodie Goldberg, Mark Goldwasser, Mia Gonzalez, Rachel W. Goodrich, Anna M. G Deborah Grazioso, Tina Grazioso, Great Lakes Reinsurance (UK) PLC, Great Northern Insurance Company, Claudet Peter Greenleaf, Regan Grice−Vega, Joanne Gross, Mary Haag, Gordon G. Haberman, Kara Hadfield, Maureen R. H sister of William Wilson deceased), Maureen R. Halvorson(In her own right and as Executrix of the Estate of James Halvorson, Deceased), Patricia Han, Joseph Hands, Renne Bacotti Hannafin, Ron Harding, Jeremiah Harney, Rachel Sheila Gail Harris, Elinore Hartz, Jennifer L. Harvey, John Hassett, Fiona Havlish(in her own right), Fiona Havlish(in rightans as Executrix of the Estate of Donald G. Havlish, Jr., deceased), William Havlish, Havlish Plaintiffs, Donald Sr., Kelly Hayes, Virginia Hayes, Warren Hayes, Ann R. Haynes, Theresa Healey, Hashim A. Henderson, Shirley He Victoria Higley, Karen Hinds, Hiscox Dedicated Corporate Member, Ltd., Dennis L. Hobbs, Dixie M. Hobbs, James Pamela Hohlweck, Kathleen Holland, Colleen Holohan, Homeland Insurance Company of New York, Joann T. How |

| | | |
|---|---|---|
| | | Christine R. Huhn, Hui Chien Chen, Huichun Jian, Hui−Chian Jian, Hui−Zon Jian, Bridget Hunter, Kathryn J. Hussa John Patrick O'Neill Sr., Carol O'Neill, Christine Irene O'Neill, Dorothy A. O'Neill, John Patrick O'Neill, Jr, Loisann O'Neill, Grace M. Parkinson−Godshalk,, Yesenia Ielpi, Peter Ioveno, Frederick Irby, Netta Issacof, Jennifer Ruth Jac Kazmierz Jakubiak, John F. Jermyn, Catherine Jezycki, Michael Jezycki, Stephen Jezycki, Haomin Jian, Leila M. Jos Woodly Joseph, Mary Margaret Jurgens, Paul Kaufman, Jurgiel Kazimierz, Robert Keane, H. Michael Keden, Elizab Keller, Roberta Kellerman, Patricia Kellett, Emmet P. Kelly, Maureen Kelly, Rosemary Kempton, Donald Francis K Theresa King, Veronica Klares, Richard I. Klein, Grace Kneski, Marion Knox, Fran LaForte, Edlene C. LaFrance, C LaFuente, Raymond Lachhman, Morris D. Lamonsoff, George Lantay, Laura J. Lassman, Laurie S. Lauterbach, Hou Lazaar, Andrea N. LeBlanc, Vincent LeVien, Arnold Lederman, Phyllis Lederman, Mei Jy Lee, Philip Lee, Joyce Le Leinung, Donald Leistman, Ingrid M. Lenihan, Jeff Lever, Roberta J. Levine, Roni Levine, Jerline Lewis, John Lewi C. Lewis, Michael J. Lindy, Jin Liu, Michael Loguidice, TheresaAnn Lostrangio, Joanne Lovett, Jeffrey Lovit, Kathl Lozier, Lauren Arias Lucchini, Doreen Lutter, Anne MacFarlane, Lisanne MacKenzie, Ralph Maerz, Jr, Andrea Maf Ann Maggitti, Sandy Amrita Mahabir, Natalie Makshanov, Chrislan Fuller Manuel, Rebecca L. Marchand, John Mar Martin, William Martin, Bettyann Martineau, Maryland Casualty Company, Lori Mascali, Dorothy Mauro, Margaret Meryl Mayo, Patricia H. McDowell, James McGetrick, Margaret Donoghue McGinley, Iliana McGinnis, Cynthia F. Owen McGovern, Theresa McGovern, Virginia McKeon, Daryl Joseph Meehan, Joann Meehan, Joann Meehan, Tho Meehan, III, Ramon Melendez, Joviana Mercado, Olga Merino, Maria Regina Merwin, Michelle Dorf, Ann Marie D Dorf, Joseph Dorf, and Linda Sammut, Patricia Milano, Anna Milewski, Fryderyk Milewski, Amber Miller, Diane M Miller, Jamie Miller, Barbara Minervino, Joanne Modafferi, Anna Mojica, Warren Monroe, Saradha Moorthy, Ivy M Elizabeth Ann Moss, Emily Motroni, Kevin Mount, Jerzy Mrozek, Elvira P. Murphy, Kevin G. Murphy, Lauren Mur Murrow−Adams, Richard B. Naiman, National Ben Franklin Insurance Company of Illinois, National Fire Insurance of Hartford, Edward Navarro, William Nelson, Merrilly E. Noeth, Dana Noonan, North River Insurance Company, N Insurance Company of New York, Michael J. Novotny, William B. Novotny, Martha Burnett O'Brien, William O'Co O'Dell, James Wallace O'Grady, Vincent A. Ognibene, Sheryl J. Oliver, One Beacon America Insurance Company, Insurance Company, Harry Ong, Jr, Perry S. Oretzky, Pacific Indemnity Company, Lisa Palazzo, Linda Panik, Marti Martina Lyne−Ann Panik, Donna Paolillo, Christine Papasso, Marie Ann Paprocki, Helene Parisi−Gnazzo, Timothy Linda Pascuma, Sean Passananti, Helene S. Passaro, Mary Gola Perez, Patricia J. Perry, Lynn B. Pescherine, Helen P Linda Pickford, Nancy Picone, Plaintiffs PI Executive Committee, Daniel Polatsch, Port Authority Trans−Hudson C Port Authority of New York & New Jersey, Jean Oslyn Powell, Karen Princiotta, Michael Puckett, Dominic J. Puopo Patricia Quigley, Andrew Quinn, Dennis Quinn, Kevin Quinn, Paul Quinn, Rina Rabinowitz, Francine Raggio, Mary Sadiq Rasool, Susan Rasweiler, Rodney Ratchford, James A. Reed, Theresa Regan, Albert T. Regenhard, Catherine Regenhard, Elizabeth Rego, Judith Reiss, Joanne M. Renzi, Armand Reo, Howard Rice, William D Robbins, John an Rodak, Joyce Ann Rodak, Joanne Rodak Gori, Evelyn Rodriguez, Kevin Rogers, Carmen Romero, Diane Romero, M Rosenbaum, Jill Rosenblum, Glenna M. Rosenburg, Helen Rosenthal, Loren Rosenthal, Lauren Rosenzweig, Judi A. Rowe, Claudia Ruggiere, Gilbert Ruiz, Jr, Andrea Russin, Barry Russin, Ed and Gloria Russin, Diane Ryan, Delphin Christine Sakoutis, Pedro Saleme, Gladys Salvo, Salvo Plaintiffs, Dhanmatee Sam, Esther Santillan, Expedito C. San Alexander Santoro, Maureen Santoro, Anne C. Saracini, Ellen L. Saracini(in her own right and as executrix of the est Victor J. Saracini,deceased), Ellen L. Saracini(in her own right and as Executrix of the Estate of Victor J. Saracini, D Narasimha Sattaluri, Janlyn Scauso, Louis Schaefer, Paul Schertzer, Pamela Schiele, Charles Schmidt, Phyllis Schrei Schrimpe, Matthew T. Sellitto, Seneca Insurance Company, Inc., Nancy Shea, Wen Shi, Lori Shulman, Holli Silver, Simon, Dhanraj Singh, Kemraj Singh, Mark J. Siskopoulos, Ronald S. Sloan, Donna Smith, Raymond Anthony Smit Smithwick, Barbara Sohan, Katherine Soulas, Robert Spadafora, Laurie Spampinato, Theresa A. Stack, Steadfast Ins Company, Russa Steiner, George N. and Angela Stergiopoulos, Gregory Stevens, Sandra Straub, Edward J. Sweeney Tallon, Jennifer Tarantino, Patricia Tarasiewicz, Clifford Tempesta, Dorothy Tempesta, Evelyn Tepedino, Raj Thack Thackurdeen, The Camden Fire Insurance Association, The Princeton Excess & Surplus Lines Insurance Company, Theurkauf, Rosanna Thompson, Linda E. Thorpe, Joseph A. Tiesi, Scott Ting, Joan E. Tino, Emma Tisnovskiy, Leon Tisnovskiy, Rostyslav Tisnovskiy, Andrija Tomasevic, Radmila Tomasevic, George Luis Torres, TradeSpark, L.P., Transcontinental Insurance Company, Transportation Insurance Company, Walter Tremsky, Tremsky Plaintiffs, Kim Trimingham−Aiken, Robert V. Trivingo, Cynthia Tumulty, Marie Twomey, Victor Ugolyn, Feliciana Umanzor, Uni Fire Insurance Company, Valiant Insurance Company, Valley Forge Insurance Company, Virginia Lorene Rossiter V Jasmine Victoria, Vigilant Insurance Company, Richard Villa, Anthony Vincelli, Lucy Virgilio, Russell Vomero, W LLC, Benhardt R. Wainio, Diane Wall, Diane M. Walsh, Edward Walsh, Nancy Walsh, Doyle Raymond Ward, Amy Delia Welty, Gary Wendell, Lena Whittaker, Patricia Wiswall, Anne M. Wodensheck, Cella Woo−Yeun, World Tra Properties LLC, et al., Michelle Wright, Siew−Som Yeow, Chiemi York, Philip J. Zeiss, Joslin Zeplin, Leonard and Zeplin, Yun Yu Zheng, David Ziminski, Madeleine A. Zuccala, Erica Zucker, Nancy Lynn Zuckerman, Zurich Ame Insurance Company, eSpeed Government Securities, Inc., eSpeed Securities, Inc. Filing fee $ 455.00, receipt number 465401013585. Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:04−cv−01076−GBD.(tp) (Entered: 08/11 |
| )9/2011 | 2454 | NOTICE OF APPEAL from (2446 in 1:03−md−01570−GBD −FM, 499 in 1:04−cv−01923−GBD) Clerk's Judgment, 1:03−md−01570−GBD −FM, 498 in 1:04−cv−01923−GBD) Order. Document filed by All Plaintiffs. Filing fee $ 45 number 465401013548. Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:04−cv−01923−GBD.(tp) (Entere 08/11/2011) |
| )9/2011 | 2455 | NOTICE OF APPEAL from (2446 in 1:03−md−01570−GBD −FM, 394 in 1:04−cv−07065−GBD) Clerk's Judgment, 1:03−md−01570−GBD −FM, 393 in 1:04−cv−07065−GBD) Order. Document filed by All Plaintiffs. Filing fee $ 45 |

| | | |
|---|---|---|
| | | number 465401013595. Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:04−cv−07065−GBD.(tp) (Entere 08/11/2011) |
| .0/2011 | 2456 | NOTICE OF APPEAL from (2446 in 1:03−md−01570−GBD −FM, 645 in 1:02−cv−06977−GBD) Clerk's Judgment, 1:03−md−01570−GBD −FM, 644 in 1:02−cv−06977−GBD) Order. Document filed by All Plaintiffs. Filing fee $ 45 number 465401013642. Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:02−cv−06977−GBD.(tp) (Entere 08/11/2011) |
| .0/2011 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (646 in 1:02−cv−06977−GBD, 2456 in 1:03−md−01570−GBD −FM) Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:02−cv−06977−GBD.(tp) (Entered: 08/11/2011) |
| .0/2011 | 2458 | NOTICE OF APPEAL from (2446 in 1:03−md−01570−GBD −FM, 793 in 1:03−cv−06978−GBD) Clerk's Judgment, 1:03−md−01570−GBD −FM, 792 in 1:03−cv−06978−GBD) Order. Document filed by Federal Insurance Company; Indemnity Company; Chubb Custom Insurance Company; Chubb Indemnity Insurance Company; Chubb Insurance C Canada; Chubb Insurance Company of New Jersey; Great Northern Insurance Company; TIG Insurance Company; V Insurance Company; One Beacon Insurance Company; One Beacon America Insurance Company; American Employ Insurance Company; The Camden Fire Insurance Association; Homeland Insurance Company of New York; America Alternative Insurance Corporation; Great Lakes Reinsurance U.K. PLC; The Princeton Excess and Surplus Lines Insu Company; Allstate Insurance Company; Boston Old Colony Insurance Company; Continental Insurance Company; C Insurance Company ofNewark, NJ; CNA Casualty of California; Continental Insurance Company of New Jersey; Fid Casualty Company of New York; Glens Falls Insurance Company; National Ben Franklin Insurance Company of Illi Hiscox Dedicated Corporation Member, Ltd.; ACE American Insurance Company; ACE Capital V Ltd for itself and representative of all subscribing underwriters for ACE Global Markets Syndicate 2488; ACE Bermuda Insurance Ltd (Canada); ACE Indemnity Insurance Company; ACE Insurance SA−NV; ACE Property & Casualty Insurance Comp Atlantic Employers Insurance Company; Bankers Standard Insurance Company; Indemnity Insurance Company of N America; InsuranceCompany of North America; Westchester Fire Insurance Company; Westchester Surplus Lines In Company; Pacific Employers Insurance Company; Woburn Insurance Ltd.; AXA Corporate Solutions Assurance; AX Corporate Solutions Insurance Company; AXA Corporate Solutions Assurance UK Branch; AXA Corporate Solution Assurance (Canada); AXA RE Asia Pacific Pte. Limited; AXA RE, AXA RE Canadian Branch; AXA RE UK Plc.; A Corporate Solutions Reinsurance Company; AXA Art Insurance Corporation; SPS Reassurance; AXA Re Madeira B Compagnie Gererale de Reinsurance de Monte Carlo; AXA Versicherung AG;AXA Cessions; and AXA Global Risk Filing fee $ 455.00, receipt number 465401013757. Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:03−cv−06978−GBD.(tp) (Entered: 08/12/2011) |
| .0/2011 | 2459 | NOTICE OF APPEAL from (2446 in 1:03−md−01570−GBD −FM, 793 in 1:03−cv−06978−GBD) Clerk's Judgment, 1:03−md−01570−GBD −FM, 792 in 1:03−cv−06978−GBD) Order, (675 in 1:03−cv−06978−GBD) Order. Documen Federal Insurance Company; Pacific Indemnity Company; Chubb Custom Insurance Company; Chubb Indemnity Ins Company; Chubb Insurance Company of Canada; Chubb Insurance CompanyofNew Jersey; Great Northern Insuranc Company; TIG Insurance Company; Vigilant Insurance Company; One Beacon Insurance Company; One Beacon Ar Insurance Company; American Employers' Insurance Company; The Camden Fire Insurance Association; Homeland Company of New York; American Alternative Insurance Corporation; Great Lakes Reinsurance U.K. PLC; The Prin Excess and Surplus Lines Insurance Company; Allstate Insurance Company; Boston Old Colony Insurance Company Continental Insurance Company; Commercial Insurance Company of Newark, NJ; CNA Casualty of California; Cont Insurance Company of New Jersey; Fidelity and Casualty Company of New York; Glens Falls Insurance Company; N Ben Franklin Insurance Company of Illinois; Hiscox Dedicated Corporation Member, Ltd.; ACE American Insurance ACE Capital V Ltd for itself and as representative of all subscribing underwriters for ACE Global Markets Syndicate Bermuda Insurance Ltd; ACE INA (Canada); ACE Indemnity Insurance Company; ACE Insurance SA−NV; ACE Pr Casualty Insurance Company; Atlantic Employers Insurance Company; Bankers Standard Insurance Company; Inder Insurance Company of North America; Insurance Company of North America; Westchester Fire Insurance Company Westchester Surplus Lines Insurance Company; Pacific Employers Insurance Company; Woburn Insurance Ltd.; AX Corporate Solutions Assurance; AXA Corporate Solutions Insurance Company; AXA Corporate Solutions Assurance Branch; AXA Corporate Solutions Assurance (Canada); AXA RE Asia Pacific Pte. Limited; AXA RE, AXA RE Can Branch; AXA RE UK Pic.; AXA CorporateSolutions Reinsurance Company; AXA Art Insurance Corporation; SPS Reassurance; AXA Re Madeira Branch; Compagnie Gererale de Reinsurance de Monte Carlo; AXA Versicherung A Cessions; and AXA Global Risks UK, Ltd. Filing fee $ 455.00, receipt number 465401013755. Filed In Associated C 1:03−md−01570−GBD −FM, 1:03−cv−06978−GBD.(tp) (Entered: 08/12/2011) |
| .0/2011 | 2460 | NOTICE OF APPEAL from (2446 in 1:03−md−01570−GBD −FM, 793 in 1:03−cv−06978−GBD) Clerk's Judgment, 1:03−md−01570−GBD −FM, 792 in 1:03−cv−06978−GBD) Order, (2218 in 1:03−md−01570−GBD −FM) Order, (2 1:03−md−01570−GBD −FM, 760 in 1:03−cv−06978−GBD) Order. Document filed by Standard Insurance Company Insurance Company of North America; InsuranceCompany ofNorth America; Westchester Fire Insurance Company; Westchester Surplus Lines Insurance Company; Pacific Employers Insurance Company; Woburn Insurance Ltd.; AX Corporate Solutions Assurance; AXA Corporate Solutions Insurance Company; AXA Corporate Solutions Assurance Branch; AXA Corporate Solutions Assurance (Canada); AXA RE Asia Pacific Pte. Limited; AXA RE, AXA RE Can Branch; AXA RE UK Plc.; AXA Corporate Solutions Reinsurance Company; AXA Art Insurance Corporation; SPS |

| | | |
|---|---|---|
| | | Reassurance; AXA Re Madeira Branch; Compagnie Gererale de Reinsurance de Monte Carlo; AXA Versicherung A Cessions; and AXA Global Risks UK, Ltd. Filing fee $ 455.00, receipt number 465401013753. Filed In Associated C 1:03−md−01570−GBD −FM, 1:03−cv−06978−GBD.(tp) (Main Document 2460 replaced on 11/15/2012) (jvs). (Ente 08/12/2011) |
| 0/2011 | 2461 | NOTICE OF APPEAL from (2446 in 1:03−md−01570−GBD −FM, 793 in 1:03−cv−06978−GBD) Clerk's Judgment, 1:03−md−01570−GBD −FM, 792 in 1:03−cv−06978−GBD) Order, (2312 in 1:03−md−01570−GBD −FM) Order. Do filed by Federal Insurance Company; Pacific Indemnity Company; Chubb Custom Insurance Company; Chubb Inden Insurance Company; Chubb Insurance Company of Canada; Chubb Insurance Company of New Jersey; Great Northe Insurance Company; TIG Insurance Company; Vigilant Insurance Company; One Beacon Insurance Company; One America Insurance Company; American Employers' Insurance Company; The Camden Fire Insurance Association; H Insurance Company of New York; American Alternative Insurance Corporation; Great Lakes Reinsurance U.K. PLC Princeton Excess and Surplus Lines Insurance Company; Allstate Insurance Company; Boston Old Colony Insurance Continental Insurance Company; Commercial Insurance Company of Newark, NJ; CNA Casualty of California; Cont Insurance Company of New Jersey; Fidelity and Casualty Company of New York; Glens Falls Insurance Company; N Ben Franklin Insurance Company of Illinois; Hiscox Dedicated Corporation Member, Ltd.; ACE American Insurance ACE Capital V Ltd for itself and as representative of all subscribing underwriters for ACE Global Markets Syndicate Bermuda Insurance Ltd; ACE INA (Canada); ACE Indemnity Insurance Company; ACE Insurance SA−NV; ACE Pr Casualty Insurance Company; Atlantic Employers Insurance Company; Bankers Standard Insurance Company; Inder Insurance Company of North America; Insurance Company of North America; Westchester Fire Insurance Company Westchester Surplus Lines Insurance Company; Pacific Employers Insurance Company; Woburn Insurance Ltd.; AX Corporate Solutions Assurance; AXA Corporate Solutions Insurance Company; AXA Corporate Solutions Assurance Branch; AXA Corporate Solutions Assurance (Canada); AXA RE Asia Pacific Pte. Limited; AXA RE, AXA RE Can Branch; AXA RE UK Plc.; AXA CorporateSolutions Reinsurance Company; AXA Art Insurance Corporation; SPS Reassurance; AXA Re Madeira Branc.; Compagnie Gererale de Reinsurance de Monte Carlo; AXA Versicherung AG Cessions; and AXA Global Risks UK, Ltd. Filing fee $ 455.00, receipt number 465401013751. Filed In Associated C 1:03−md−01570−GBD −FM, 1:03−cv−06978−GBD.(tp) (Entered: 08/12/2011) |
| 1/2011 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (2453 in 1:03−md−01570−GBD −FM, 358 in 1:04−cv−01076−GBD) Notice of Appeal.Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:04−cv−01076−GBD.(tp) (Entered: 08/11/2011) |
| 1/2011 | | Transmission of Notice of Appeal to the District Judge re: (2453 in 1:03−md−01570−GBD −FM, 358 in 1:04−cv−01 Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:04−cv−01076−GBD.(tp) (Entered: 08/1 |
| 1/2011 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (2454 in 1:03−md−01570−GBD −FM, 501 in 1:04−cv−01923−GBD) Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:04−cv−01923−GBD.(tp) (Entered: 08/11/2011) |
| 1/2011 | | Transmission of Notice of Appeal to the District Judge re: (2454 in 1:03−md−01570−GBD −FM, 501 in 1:04−cv−01 Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:04−cv−01923−GBD.(tp) (Entered: 08/1 |
| 1/2011 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (396 in 1:04−cv−07065−GBD, 2455 in 1:03−md−01570−GBD −FM) Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:04−cv−07065−GBD.(tp) (Entered: 08/11/2011) |
| 1/2011 | | Transmission of Notice of Appeal to the District Judge re: (396 in 1:04−cv−07065−GBD, 2455 in 1:03−md−01570−( Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:04−cv−07065−GBD.(tp) (Entered: 08/1 |
| 1/2011 | | Transmission of Notice of Appeal to the District Judge re: (646 in 1:02−cv−06977−GBD, 2456 in 1:03−md−01570−( Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:02−cv−06977−GBD.(tp) (Entered: 08/1 |
| 1/2011 | 2457 | NOTICE OF APPEAL from (2446 in 1:03−md−01570−GBD −FM, 406 in 1:04−cv−05970−GBD) Clerk's Judgment, 1:03−md−01570−GBD −FM, 405 in 1:04−cv−05970−GBD) Order. Document filed by All Plaintiffs. Filing fee $ 455 number 465401013786. Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:04−cv−05970−GBD.(tp) (Entered 08/12/2011) |
| 1/2011 | 2464 | NOTICE OF APPEAL from (2446 in 1:03−md−01570−GBD −FM, 593 in 1:03−cv−09849−GBD) Clerk's Judgment, 1:03−md−01570−GBD −FM, 592 in 1:03−cv−09849−GBD) Order, (632 in 1:03−md−01570−GBD −FM, 175 in 1:03−cv−09849−GBD) Memorandum & Opinion. Document filed by All Plaintiffs. Filing fee $ 455.00, receipt numb 465401013885. Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:03−cv−09849−GBD.(tp) (Entered: 08/15/ |
| 1/2011 | 2465 | NOTICE OF APPEAL from (310 in 1:03−cv−09849−GBD, 1256 in 1:03−md−01570−GBD −FM) Memorandum & ( (2446 in 1:03−md−01570−GBD −FM, 593 in 1:03−cv−09849−GBD) Clerk's Judgment, (2445 in 1:03−md−01570−G 592 in 1:03−cv−09849−GBD) Order. Document filed by All Plaintiffs. Filing fee $ 455.00, receipt number 46540101 In Associated Cases: 1:03−md−01570−GBD −FM, 1:03−cv−09849−GBD.(tp) (Entered: 08/15/2011) |

| | | |
|---|---|---|
| .1/2011 | 2466 | NOTICE OF APPEAL from (2446 in 1:03−md−01570−GBD −FM, 593 in 1:03−cv−09849−GBD) Clerk's Judgment, 1:03−md−01570−GBD −FM, 592 in 1:03−cv−09849−GBD) Order, (2312 in 1:03−md−01570−GBD −FM) Order. Do filed by All Plaintiffs. Filing fee $ 455.00, receipt number 465401013890. Filed In Associated Cases: 1:03−md−0157 −FM, 1:03−cv−09849−GBD.(tp) (Entered: 08/15/2011) |
| .1/2011 | 2467 | NOTICE OF APPEAL from (2446 in 1:03−md−01570−GBD −FM, 593 in 1:03−cv−09849−GBD) Clerk's Judgment, 1:03−cv−09849−GBD, 2252 in 1:03−md−01570−GBD −FM) Order, (2445 in 1:03−md−01570−GBD −FM, 592 in 1:03−cv−09849−GBD) Order, (2218 in 1:03−md−01570−GBD −FM) Order. Document filed by All Plaintiffs. Filing 455.00, receipt number 465401013889. Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:03−cv−09849−GI (Entered: 08/15/2011) |
| .1/2011 | 2468 | NOTICE OF APPEAL from (2446 in 1:03−md−01570−GBD −FM, 403 in 1:04−cv−07279−GBD) Clerk's Judgment, 1:03−md−01570−GBD −FM, 402 in 1:04−cv−07279−GBD) Order, (632 in 1:03−md−01570−GBD −FM) Memorand Opinion. Document filed by All Plaintiffs. Filing fee $ 455.00, receipt number 465401013883. Filed In Associated C 1:03−md−01570−GBD −FM, 1:04−cv−07279−GBD.(tp) (Entered: 08/15/2011) |
| .1/2011 | 2469 | NOTICE OF APPEAL from (2446 in 1:03−md−01570−GBD −FM, 403 in 1:04−cv−07279−GBD) Clerk's Judgment, 1:03−md−01570−GBD −FM, 402 in 1:04−cv−07279−GBD) Order, (2218 in 1:03−md−01570−GBD −FM) Order, (2 1:03−md−01570−GBD −FM, 369 in 1:04−cv−07279−GBD) Order. Document filed by All Plaintiffs, All Plaintiffs. F 455.00, receipt number 465401013888. Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:04−cv−07279−GI (Entered: 08/15/2011) |
| .1/2011 | 2470 | NOTICE OF APPEAL from (2446 in 1:03−md−01570−GBD −FM, 403 in 1:04−cv−07279−GBD) Clerk's Judgment, 1:03−md−01570−GBD −FM, 402 in 1:04−cv−07279−GBD) Order, (1256 in 1:03−md−01570−GBD −FM) Memorar Opinion. Document filed by All Plaintiffs, All Plaintiffs. Filing fee $ 455.00, receipt number 465401013884. Filed In Cases: 1:03−md−01570−GBD −FM, 1:04−cv−07279−GBD.(tp) (Entered: 08/15/2011) |
| .1/2011 | 2471 | NOTICE OF APPEAL from (2446 in 1:03−md−01570−GBD −FM, 403 in 1:04−cv−07279−GBD) Clerk's Judgment, 1:03−md−01570−GBD −FM, 402 in 1:04−cv−07279−GBD) Order, (2312 in 1:03−md−01570−GBD −FM) Order. Do filed by All Plaintiffs, All Plaintiffs. Filing fee $ 455.00, receipt number 465401013887. Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:04−cv−07279−GBD.(tp) (Entered: 08/15/2011) |
| .2/2011 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (407 in 1:04−cv−05970−GBD, 2457 in 1:03−md−01570−GBD −FM) Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:04−cv−05970−GBD(tp) (Entered: 08/12/2011) |
| .2/2011 | | Transmission of Notice of Appeal to the District Judge re: (407 in 1:04−cv−05970−GBD, 2457 in 1:03−md−01570−( Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:04−cv−05970−GBD.(tp) (Entered: 08/1 |
| .2/2011 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (794 in 1:03−cv−06978−GBD, 2458 in 1:03−md−01570−GBD −FM) Notice of Appeal.Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:03−cv−06978−GBD.(tp) (Entered: 08/12/2011) |
| .2/2011 | | Transmission of Notice of Appeal to the District Judge re: (794 in 1:03−cv−06978−GBD, 2458 in 1:03−md−01570−( Notice of Appeal.Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:03−cv−06978−GBD.(tp) (Entered: 08/1 |
| .2/2011 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (795 in 1:03−cv−06978−GBD, 2459 in 1:03−md−01570−GBD −FM) Notice of Appeal.Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:03−cv−06978−GBD.(tp) (Entered: 08/12/2011) |
| .2/2011 | | Transmission of Notice of Appeal to the District Judge re: (795 in 1:03−cv−06978−GBD, 2459 in 1:03−md−01570−( Notice of Appeal.Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:03−cv−06978−GBD.(tp) (Entered: 08/1 |
| .2/2011 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (796 in 1:03−cv−06978−GBD, 2460 in 1:03−md−01570−GBD −FM) Notice of Appeal.Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:03−cv−06978−GBD(tp) (Entered: 08/12/2011) |
| .2/2011 | | Transmission of Notice of Appeal to the District Judge re: (796 in 1:03−cv−06978−GBD, 2460 in 1:03−md−01570−( Notice of Appeal.Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:03−cv−06978−GBD.(tp) (Entered: 08/1 |
| .2/2011 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (797 in 1:03−cv−06978−GBD, 2461 in 1:03−md−01570−GBD −FM) Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:03−cv−06978−GBD.(tp) (Entered: 08/12/2011) |
| .2/2011 | | Transmission of Notice of Appeal to the District Judge re: (797 in 1:03−cv−06978−GBD, 2461 in 1:03−md−01570−( Notice of Appeal.Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:03−cv−06978−GBD.(tp) (Entered: 08/1 |
| .2/2011 | 2462 | STIPULATION AND ORDER In consideration of Plaintiffs' agreement that they will not seek to enforce any moneta judgment entered as to al Qaeda against any Defendant who has received a final judgment of dismissal pursuant to Ru |

| | | |
|---|---|---|
| | | the Saudi Binladin Group (SBG), or any of the Defendants listed above, all Defendants who have received final judg dismissal pursuant to Rule54(b), the Saudi Binladin Group (SBG), and the Defendants listed above agree that they wi any objection or opposition in relation to the Court's consideration of the Motion as to al Qaeda. (Signed by Magistra Frank Maas on 8/12/11) Copies sent by ECF by Chambers(cd) (Entered: 08/15/2011) |
| .5/2011 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (594 in 1:03−cv−09849−GBD, 2464 in 1:03−md−01570−GBD −FM) Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:03−cv−09849−GBD.(tp) (Entered: 08/15/2011) |
| .5/2011 | | Transmission of Notice of Appeal to the District Judge re: (594 in 1:03−cv−09849−GBD, 2464 in 1:03−md−01570− Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:03−cv−09849−GBD.(tp) (Entered: 08/ |
| .5/2011 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (2465 in 1:03−md−01570−GBD −FM, 595 in 1:03−cv−09849−GBD) Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:03−cv−09849−GBD.(tp) (Entered: 08/15/2011) |
| .5/2011 | | Transmission of Notice of Appeal to the District Judge re: (2465 in 1:03−md−01570−GBD −FM, 595 in 1:03−cv−09 Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:03−cv−09849−GBD.(tp) (Entered: 08/ |
| .5/2011 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (596 in 1:03−cv−09849−GBD, 2466 in 1:03−md−01570−GBD −FM) Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:03−cv−09849−GBD.(tp) (Entered: 08/15/2011) |
| .5/2011 | | Transmission of Notice of Appeal to the District Judge re: (596 in 1:03−cv−09849−GBD, 2466 in 1:03−md−01570− Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:03−cv−09849−GBD.(tp) (Entered: 08/ |
| .5/2011 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (597 in 1:03−cv−09849−GBD, 2467 in 1:03−md−01570−GBD −FM) Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:03−cv−09849−GBD.(tp) (Entered: 08/15/2011) |
| .5/2011 | | Transmission of Notice of Appeal to the District Judge re: (597 in 1:03−cv−09849−GBD, 2467 in 1:03−md−01570− Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:03−cv−09849−GBD.(tp) (Entered: 08/ |
| .5/2011 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (2468 in 1:03−md−01570−GBD −FM, 404 in 1:04−cv−07279−GBD) Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:04−cv−07279−GBD.(tp) (Entered: 08/15/2011) |
| .5/2011 | | Transmission of Notice of Appeal to the District Judge re: (2468 in 1:03−md−01570−GBD −FM, 404 in 1:04−cv−07 Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:04−cv−07279−GBD.(tp) (Entered: 08/ |
| .5/2011 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (405 in 1:04−cv−07279−GBD, 2469 in 1:03−md−01570−GBD −FM) Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:04−cv−07279−GBD.(tp) (Entered: 08/15/2011) |
| .5/2011 | | Transmission of Notice of Appeal to the District Judge re: (405 in 1:04−cv−07279−GBD, 2469 in 1:03−md−01570− Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:04−cv−07279−GBD.(tp) (Entered: 08/ |
| .5/2011 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (2470 in 1:03−md−01570−GBD −FM, 406 in 1:04−cv−07279−GBD) Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:04−cv−07279−GBD.(tp) (Entered: 08/15/2011) |
| .5/2011 | | Transmission of Notice of Appeal to the District Judge re: (2470 in 1:03−md−01570−GBD −FM, 406 in 1:04−cv−07 Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:04−cv−07279−GBD.(tp) (Entered: 08/ |
| .5/2011 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (407 in 1:04−cv−07279−GBD, 2471 in 1:03−md−01570−GBD −FM) Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:04−cv−07279−GBD.(tp) (Entered: 08/15/2011) |
| .5/2011 | | Transmission of Notice of Appeal to the District Judge re: (407 in 1:04−cv−07279−GBD, 2471 in 1:03−md−01570− Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:04−cv−07279−GBD.(tp) (Entered: 08/ |
| .5/2011 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for (, 1941 in 1:03−md−01570−GBD −FM, 1941 in 1:03−md−01570−GBD −FM, 963 in 1:03−md−01570−GBD −FM7991155) Re filed by All Plaintiffs, (1406 in 1:03−md−01570−GBD −FM) Amended Complaint, filed by Jessica Murrow−Adams, Craig, Natalie Makshanov, Janlyn Scauso, Edward P. Ciafardini, Gary Wendell, Mark J. Siskopoulos, Mei Jy Lee, Sa Laden, Serina Gillis, Anne M. Wodensheck, Helen Friedlander, Emily Motroni, Milagros Diaz, Cathy A. Carilli, Elir American Alternative Insurance Corporation, Kara Hadfield, Euro Brokers Inc., et al., Dixie M. Hobbs, Josephine Ac Armando Bardales, Jane Bartels, Lillian Bini, Leonor Alvarez, Edward Walsh, Fidelity and Casualty Company of Ne American Employers' Insurance Company, Maria Giordano, Rina Rabinowitz, Allstate Insurance Company, John F. |

Jacqueline Cannizzaro, Benhardt R. Wainio, Transportation Insurance Company, Judith Reiss, Maryanne Farrell, Chu
Indemnity Insurance Company, Jeffrey Lovit, Sandy Amrita Mahabir, Richard B. Naiman, Joyce Leigh, Jean Adams,
Miller, Curtis Fred Brewer, Carmen Garcia, James Alario,, Jodie Goldberg, Sheila Gail Harris, Yun Yu Zheng, Dona
DiDomenico, Christine R. Huhn, Lisa Palazzo, Nina Barnes, David Ziminski, Kevin Mount, Claudia Flyzik, Owen M
Kristin Galusha−Wild, Christine Irene O'Neill, Glens Falls Insurance Company, Philipson Azenabor, Marion Knox, M
Rosenbaum, John Bonomo, Armand Reo, Kazmierz Jakubiak, Dennis Quinn, Burnett & Ashton Plaintiffs, Judi A. Ro
I. Klein, Emma Tisnovskiy, Carol Francolini, Havlish Plaintiffs, Madeleine A. Zuccala, Leonard Ardizzone, Suk Tan
Bhola P. Bishundat, Glenna M. Rosenburg, Elizabeth Ann Moss, David M. Bernstein, Fiona Havlish, Donna Smith, M
Twomey, Elizabeth Alderman, Yesenia Ielpi, James A. Reed, Chubb Custom Insurance Company, Lauren Rosenzwe
Ann Bogdan, Judith Casoria, Edith Cruz, Nancy Shea, Philip J. Zeiss, Daryl Joseph Meehan, Kim Barbaro, Angelica
Merrilly E. Noeth, Lori Fletcher, Theresa McGovern, Peter Ioveno, Sheryl J. Oliver, Tremsky Plaintiffs, Michael J. L
Rebecca L. Marchand, Philip Lee, Joanne Modafferi, American Zurich Insurance Company, Alexander Santoro, Rob
Theurkauf, Kathleen M. Buckley, Patricia Kellett, JoAnne Bruehert, Jerline Lewis, Maria Teresa Boisseau, Suzanne
Virginia Lorene Rossiter Valvo, Paul Kaufman, Thomas J. Meehan, III, Patricia Coughlin, David Brace, Cynthia F. M
Plaintiffs Executive Committees, Jocelyne Ambroise, Rosemary Kempton, Joseph Beltrani, Helene S. Passaro, Thom
Jr., Barbara Sohan, Northern Insurance Company of New York, Dorothy Mauro, Donald Aris, Linda E. Thorpe, Dhar
Sam, Rachel W. Goodrich, Ellen L. Saracini, Port Authority of New York & New Jersey, Anne MacFarlane, Domini
Puopolo, Sr., Timothy L. Frolich, Melvin C. Lewis, Jeremiah Harney, Barbara Ardizzone, Kathleen M. Arancio, Dav
Ralph Maerz, Jr., Feliciana Umanzor, Doreen Lutter, Denise Esposito, Kris A. Blood, Claudia Ruggiere, Arnold Led
Matthew T. Sellitto, John Lewis, Elvira P. Murphy, Kevin G. Murphy, Steven Feidelberg, Theresa A. Stack, Mathild
John Does, Crum & Forster Indemnity Company, Francine Raggio, Jennifer Ruth Jacobs, Christina Baksh, Donald L
Miriam M. Biegeleisen, Commercial Insurance Company of Newark, N.J., Evelyn Aron, Thomas Donnelly, Murray
Lucy Virgilio, Russell Vomero, William O'Connor, James Boyle, Andrew Braun, North River Insurance Company, F
Thompson, Pamela Ann Maggitti, Richard D. Allen, Stacey Fran Dolan, Yuko Clark, Valiant Insurance Company, M
Donoghue McGinley, Charles Downey, Maryland Casualty Company, Linda Panik, Andrija Tomasevic, Angela Gitt
Greene, Andrezej Cieslik, Stephen Alderman, Great Lakes Reinsurance (UK) PLC, Nicholas Barbaro, Elizabeth Reg
Alexander Paul Aranyos, Scott Ting, Susan Berger, Juan B. Bruno, George Luis Torres, Radmila Tomasevic, Kevin
John C. Buckley, Maureen Barry, Patricia Coppo, Nancy Walsh, Phyllis Lederman, Domenick Damiano, Edlene C. L
Frederick Alger, Renne Bacotti Hannafin, Andy Dinoo, Melissa Van Ness Fatha, Andrea Maffeo, Karium Ali, Madel
Allen, Gina Cayne, William Coale, Theresa Healey, Kurt Foster, Andrew Aris, Judith M. Aiken, Burnett Plaintiffs, L
Pascuma, Hashim A. Henderson, Barrera Plaintiffs, George Bonomo, Pacific Indemnity Company, CNA Casualty of
Carol Gies, Paul Quinn, Krystyna Boryczewski, Narasimha Sattaluri, James Cizikie, Susan Rasweiler, Nancy Badagl
Rasool, John J. Gill, Carmen Romero, Great Northern Insurance Company, Patricia Tarasiewicz, One Beacon Insura
Company, Mary Margaret Jurgens, Toni Ann Carroll, Janice O'Dell, Cella Woo−Yeun, Laurie Spampinato, Margaret
David Edward Cushing, Jill Rosenblum, Dennis Euleau, Jamie Miller, Christine Sakoutis, Diane Miller, Irene Bilche
Bernstein, Federal Insurance Company et al., Plaintiffs, Mary Haag, Kevin Rogers, Susan Brady, Kathleen Ganci, M
Santoro, Federal Insurance Company, Raj Thackurdeen, Joseph R. Downey, George Lantay, Dhanraj Singh, Ondina
Michael Deloughery, Amlin Underwriting, Ltd., Rubina Cox−Holloway, Amber Miller, Gordon G. Haberman, Jeann
Susan E. Buhse, Laura J. Lassman, Todd DeVito, Lori Shulman, Rosemarie Corvino, Tracy Ann Taback Catalano, C
Schmidt, Siew−Som Yeow, William Martin, Meg Bloom Glasser, Barbara Minervino, Martina Lyne−Ann Panik, Joa
Betterly, Hiscox Dedicated Corporate Member, Ltd., Boris Bililovsky, Peter Greenleaf, Joviana Mercado, Victoria H
R. Martin, Transcontinental Insurance Company, Robert Bermingham, Gregory Stevens, Rostyslav Tisnovskiy, Cont
Insurance Company, Ursula Broghammer, Virginia Hayes, The Camden Fire Insurance Association, Michael Endrizz
Oslyn Powell, Clifford Tempesta, Theresa Regan, Nancy Ann Foster, Sharon Booker, Deborah Grazioso, Loisanne D
Ildefonso A. Cua, Jeff Lever, Warren Hayes, Elizabeth Gardner, Anthony Vincelli, Iliana McGinnis, Andrea Russin,
M. Beckwith, Karen Hinds, Evelyn Rodriguez, Stephen Jezycki, World Trade Center Properties LLC, et al., Perry S.
Kemraj Singh, Carol O'Neill, Edward J. Sweeney, Dennis L. Hobbs, Collette M. LaFuente, Julia Collins, Lisa Friedm
Plaintiffs, Thomas Fletcher, Maryann Colin, Neil B. Blass, James D. Hodges, Meryl Mayo, Holli Silver, Erica Zucke
Ruiz, Jr., Dana Noonan, Olga Merino, Mark Bernheimer, Lorraine Arias Beliveau, Kevin Quinn, Yvonne V. Abdool,
Parisi−Gnazzo, Zurich American Insurance Company, Virginia Bauer, Beril Sofia DeFeo, Andrew Quinn, Miles Bilc
Barry, Chubb Insurance Company of New Jersey, American Casualty Company of Reading, Pennsylvania, Colleen H
Gila Barzvi, Chiemi York, Daniel F. Barkow, Kathleen Keeler Lozier, Ann R. Haynes, Leonid Tisnovskiy, Dorothy
Kelly Hayes, Tina Grazioso, Steadfast Insurance Company, Bettyann Martineau, Harry Ong, Jr., Michele Boryczews
LeVien, Joseph A. Tiesi, Helen Pfeifer, Roberta J. Levine, Valley Forge Insurance Company, Mary Andrucki, Joann
Louisa D'Antonio, Vice Rose Arestegui, Kevin McArdle, Robert V. Trivingo, Bridget Hunter, Deena Burnett, Victor
Richard Villa, Steven M. Gillespie, Seneca Insurance Company, Inc., Fryderyk Milewski, Saradha Moorthy, Scott Sc
Edward Navarro, Rosalie Downey, Theresa King, John Benedetto, Armine Giorgetti, Frederick Irby, Anna M. Granv
Keane, William D Robbins, Michael Jezycki, Kathleen Ashton, Joseph Hands, Fiona Havlish, Hector Garcia, Ingrid
Plaintiffs PI Executive Committee, Charlene Fiore, Veronica Klares, Mary Gola Perez, Aldo Addissi, James C. Cahil
Gonzalez, Elizabeth H. Keller, Anna Mojica, Continental Casualty Company, Brian Flannery, Philip Germain, Alber
Regenhard, Robert J. Bernstein, Deborah Francke, George Andrucki, Elaine Leinung, Delphine Saada, Regan Grice−
Stephen L. Cartledge, Pedro Saleme, Josephine Alger, Camille Doyle, Diane M. Walsh, Beverly Burnett, Kathleen B
Hassett, Barbara Scaramuzzino, Morris D. Lamonsoff, Basmattie Bishundat, Maryann Rand, Traci Bosco, William D
Wendy Feinberg, Dorothy Tempesta, Patricia Han, Jane Alderman, Jerzy Mrozek, Laurie S. Lauterbach, Boston Old

Insurance Company, Michael J. Allen, Donna Paolillo, Stanley Eckna, Anne Gabriel, Martin Panik, Lynn Allen, Amy
Fidelity And Deposit Company of Maryland, Patricia J. Perry, Jay Charles Dunne, Tara Bane, Linda Curia, James W
O'Grady, Bradley Daly, Netta Issacof, Roberta Kellerman, Cantor Fitzgerald & Co., Lauren Arias Lucchini, Jin Liu, I
Genco, Nancy Picone, Salvo Plaintiffs, Maria DiPilato, James W. Cahill, Kimberly Kaipaka Beaven, Jasmine Victori
Booker, Howard Rice, John Patrick O'Neill, Jr., Lynn B. Pescherine, Sat Thackurdeen, Timothy Parker, H. Michael K
Donald Francis Kennedy, Walter Tremsky, Carol Barbaro, Estate of John P.O'Neill, Sr., Eileen Simon, Mark Goldwa
Pamela Hohlweck, Luke C. Allen, Santa Catarelli, Jennifer E. Brady, Sharon Cobb−Glenn, Joann Meehan, American
and Liability Insurance Company, Frances Berdan, Janet Calia, Kathleen Cahill, Thomas E. Burnett, Sr., Lisa DiLallo
Jennifer L. Harvey, Dorothy Garcia, Patricia Quigley, Michelle Bedigan, William B. Novotny, Emmet P. Kelly, Unit
Fire Insurance Company, Benjamin Arroyo, William Doyle, Jane M. Smithwick, Prakash Bhatt, Javier Burgos, Rach
Harrell, Ernesto Barrera, Joanne Gross, Robert D'Elia, Maureen Kelly, Leila M. Joseph, Catherine T. Regenhard, Ma
Lena Whittaker, James McGetrick, Cynthia Arnold, Mark Barbieri, Louis Schaefer, Kimberly Trimingham−Aiken, S
Passananti, Phyllis Schreier, Delia Welty, Patricia Wiswall, Michael Boryczewski, Chubb Insurance Company of Ca
Princeton Excess & Surplus Lines Insurance Company, Woodly Joseph, Diane Wall, Madeline Bergin, Fran LaForte,
Ellis, Jr., Alfred Acquaviva, Karen Princiotta, Warren Monroe, Thomas Burnett, Irene Frolich, Desiree A. Gerasimov
Ryan, Raymond Lachhman, Julia Boryczewski, Lisanne MacKenzie, Gladys Salvo, Grace M. Parkinson−Godshalk,,
TheresaAnn Lostrangio, One Beacon America Insurance Company, Margit Arias, Clara Chirchirillo, Benito Colon, J
Jeannine P. Baron, Andrea N. LeBlanc, Martha Burnett O'Brien, Christine Bini, Joseph Donovan, Michael Puckett, A
Milewski, Russa Steiner, Kathleen Holland, Edmund Barry, Continental Insurance Company of New Jersey, Nancy I
Zuckerman, Virginia McKeon, Michael J. Novotny, Edward Arancio, Jennifer D'Auria, William Nelson, Thomas Ari
A. Briley, Lauren Murphy, Assurance Company of Amer, Evelyn Tepedino, Michael Girdano, Vincent J. Della Bella
Calderon, Thomas Baez, Colonial American Casualty and Surety Insurance Company, Winifred Aranyos, Catherine
Elizabeth R. Burns, National Ben Franklin Insurance Company of Illinois, Joanne Barbara, Eileen F. Colligan, Jennif
Tarantino, Wen Shi, Kathryn J. Hussa, Jurgiel Kazimierz, Vigilant Insurance Company, Monica M. Gabrielle, Robert
Daniel Polatsch, Eileen Tallon, Lori Mascali, Ron Harding, Cynthia Tumulty, Amy Farnum, Sonia Bonomo, Linda P
Patricia H. McDowell, John P. Baeszler, Robert Spadafora, National Fire Insurance Company of Hartford, Shirley He
Houssain Lazaar, Homeland Insurance Company of New York, (1800 in 1:03−md−01570−GBD −FM) MOTION to
(1755) Order, *Default Judgment*. filed by Sanabel Al−Kheer, Inc., Al Shamal Islamic Bank, Tadamon Islamic Bank,
1:03−md−01570−GBD −FM, 2168 in 1:03−md−01570−GBD −FM, 327 in 1:04−cv−01076−GBD, 327 in
1:04−cv−01076−GBD) Endorsed Letter, Set Deadlines/Hearings,,,,,, (1052 in 1:03−md−01570−GBD −FM, 84 in
1:04−cv−01076−GBD) Reply Memorandum of Law in Support of Motion,,, filed by Saleh Abdulaziz Al−Rajhi, Sale
Aziz Al Rajhi, (330 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed by She
Al−Oawdah, (1524 in 1:03−md−01570−GBD −FM, 228 in 1:04−cv−01076−GBD) Memorandum of Law in Oppositi
Motion,,,,, filed by Safa Trust, Mar−Jac Investments, Inc., Mohammed Jaghlit, African Muslim Agency, Jamal Barzi
Muhammad Ashraf, Taha Jaber Al−Alwani, Grove Corporate, Inc., Sterling Management Group, Inc., Sterling Chari
Fund, International Institute of Islamic Thought, Ahmed Totonji, M. Yaqub Mirza, Reston Investments, Inc., M. Om
Hisham Al−Talib, Mena Corporation, York Foundation, Saar Foundation, Heritage Education Trust, Iqbal Yunus, (5
1:03−md−01570−GBD −FM) MOTION for Extension of Time / *Consent Motion and Stipulation as to Service of Pro*
*Extension of Time*. filed by Islamic Investment Company of the Gulf (Sharjah), (1804 in 1:03−md−01570−GBD −FM
MOTION to Dismiss *Notice of Motion*. filed by Sana−Bell, Inc., (2139 in 1:03−md−01570−GBD −FM) Notice of Ap
filed by Faisal Islamic Bank, (942 in 1:03−md−01570−GBD −FM) RICO Statement filed by Continental Casualty Co
(1982 in 1:03−md−01570−GBD −FM) Order Referring Case to Magistrate Judge, (1947 in 1:03−md−01570−GBD −
Memorandum of Law in Support of Motion filed by Samir Salah, (652 in 1:03−md−01570−GBD −FM) Notice of Vo
Dismissal − Signed, (740 in 1:03−md−01570−GBD −FM) Stipulation and Order, (439 in 1:03−md−01570−GBD −F
Corporate Disclosure Statement filed by Federal Insurance Company et al., Plaintiffs, (2099 in 1:03−md−01570−GB
Order, (422 in 1:03−md−01570−GBD −FM) CONSENT MOTION for Extension of Time */Consent Motion and Stipu*
*Further Extension of Time*. filed by Islamic Investment Company of the Gulf (Sharjah), DMI Administrative Service
in 1:03−md−01570−GBD −FM) Endorsed Letter,, (2299 in 1:03−md−01570−GBD −FM) Affidavit in Support of Mo
by Saudi Binladin Group, Inc., (2311 in 1:03−md−01570−GBD −FM) Order,,, (1332 in 1:03−md−01570−GBD −FM
(Other) filed by Estate of John P.O'Neill, Sr., (915 in 1:03−md−01570−GBD −FM) Stipulation and Order,,, (177 in
1:03−md−01570−GBD −FM) Endorsed Letter,, (1371 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other
Euro Brokers Inc., et al., Burnett Plaintiffs, World Trade Center Properties LLC, et al., (76 in 1:03−md−01570−GBD
Order, (1370 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plaintiffs, (1781 in 1:03−md−01570−G
1781 in 1:03−md−01570−GBD −FM) Order, Set Hearings, (1568 in 1:03−md−01570−GBD −FM) 30/60 Days Amer
Complaint,, filed by Christine Irene O'Neill, Carol O'Neill, Dorothy A. O'Neill, John Patrick O'Neill, Jr., (2453 in
1:03−md−01570−GBD −FM, 358 in 1:04−cv−01076−GBD) Notice of Appeal,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, file
Jessica Murrow−Adams, Gibson A. Craig, Natalie Makshanov, Janlyn Scauso, Edward P. Ciafardini, Gary Wendell,
Siskopoulos, Mei Jy Lee, Saad Bin Laden, Hui Chien Chen, Huichun Jian, Hui−Chian Jian, Hui−Zon Jian, Serina Gil
M. Wodensheck, Helen Friedlander, Emily Motroni, CO2e.com, LLC, Milagros Diaz, Cathy A. Carilli, Elinore Hartz
Alternative Insurance Corporation, Kara Hadfield, Euro Brokers Inc., et al., Dixie M. Hobbs, Josephine Acquaviva, A
Bardales, Jane Bartels, Lillian Bini, Leonor Alvarez, Edward Walsh, Fidelity and Casualty Company of New York, A
Employers' Insurance Company, Maria Giordano, Rina Rabinowitz, Allstate Insurance Company, John F. Jermyn, Ja
Cannizzaro, Benhardt R. Wainio, Transportation Insurance Company, Judith Reiss, Maryanne Farrell, Chubb Indemn
Insurance Company, Jeffrey Lovit, Sandy Amrita Mahabir, Richard B. Naiman, Joyce Leigh, Jean Adams, Christine

Faith Miller, Curtis Fred Brewer, Carmen Garcia, Jodie Goldberg, Margaret Mauro, Sheila Gail Harris, Yun Yu Zher
DiDomenico, Christine R. Huhn, Pamela Schiele, Lisa Palazzo, Nina Barnes, David Ziminski, Kevin Mount, Claudia
Owen McGovern, Kristin Galusha−Wild, Christine Irene O'Neill, Glens Falls Insurance Company, Philipson Azenab
Knox, Martin Rosenbaum, Helen Rosenthal, Dwayne Collman, John Bonomo, Armand Reo, Kazmierz Jakubiak, Der
Burnett & Ashton Plaintiffs, Judi A. Ross, Richard I. Klein, Emma Tisnovskiy, Carol Francolini, Havlish Plaintiffs, M
A. Zuccala, Leonard Ardizzone, Suk Tan Chin, Bhola P. Bishundat, Glenna M. Rosenburg, Cantor Fitzgerald Securit
Elizabeth Ann Moss, David M. Bernstein, Fiona Havlish, Donna Smith, Marie Twomey, Elizabeth Alderman, Yeseni
James A. Reed, Chubb Custom Insurance Company, Lauren Rosenzweig, Edith Cruz, Judith Casoria, Dorothy Ann E
Nancy Shea, Philip J. Zeiss, Daryl Joseph Meehan, Kim Barbaro, Angelica Allen, Merrilly E. Noeth, Lori Fletcher, T
McGovern, Peter Ioveno, Sheryl J. Oliver, Tremsky Plaintiffs, Michael J. Lindy, Rebecca L. Marchand, Philip Lee, J
Modafferi, American Zurich Insurance Company, Alexander Santoro, Robin Theurkauf, Kathleen M. Buckley, Geral
Bingham, Patricia Kellett, JoAnne Bruehert, Jerline Lewis, Maria Teresa Boisseau, Suzanne J. Berger, Virginia Lorer
Valvo, Paul Kaufman, Thomas J. Meehan, III, Patricia Coughlin, David Brace, Cynthia F. McGinty, Joanne M. Renz
Ambroise, Rodney Ratchford, Rosemary Kempton, Joseph Beltrani, Helene S. Passaro, Thomas Conroy, Jr., Barbara
Northern Insurance Company of New York, Dorothy Mauro, Donald Aris, Linda E. Thorpe, Dhanmatee Sam, Rachel
Goodrich, Ellen L. Saracini, Port Authority of New York & New Jersey, Corazon Fernandez, Anne MacFarlane, Wil
Havlish, Dominic J. Puopolo, Sr., Timothy L. Frolich, Melvin C. Lewis, Jeremiah Harney, Barbara Ardizzone, Kathl
Arancio, Dawn Brown, Ralph Maerz, Jr., Feliciana Umanzor, Doreen Lutter, Denise Esposito, Kris A. Blood, Claudi
Arnold Lederman, Matthew T. Sellitto, John Lewis, Elvira P. Murphy, Frances M. Coffey, Kevin G. Murphy, Steven
Alex Rowe, Theresa A. Stack, Mathilda Geidel, John Does, Crum & Forster Indemnity Company, Francine Raggio, J
Ruth Jacobs, Joanne Lovett, Christina Baksh, Donald Leistman, Miriam M. Biegeleisen, Commercial Insurance Com
Newark, N.J., Evelyn Aron, Thomas Donnelly, Murray Bernstein, Lucy Virgilio, Russell Vomero, William O'Connor
Boyle, Andrew Braun, North River Insurance Company, Rosanna Thompson, Pamela Ann Maggitti, Richard D. Alle
Fran Dolan, Yuko Clark, Valiant Insurance Company, Margaret Donoghue McGinley, Charles Downey, Maryland C
Company, Linda Panik, Andrija Tomasevic, Angela Gitto, Claudette Greene, Espeed, Inc., Andrezej Cieslik, eSpeed
Government Securities, Inc., Stephen Alderman, Great Lakes Reinsurance (UK) PLC, Diane Romero, Nicholas Barb
Elizabeth Rego, Haomin Jian, Alexander Paul Aranyos, Cantor Fitzgerald Associates, L.P., Scott Ting, Juan B. Brun
Berger, Marie Ann Paprocki, Ivy Moreno, George Luis Torres, Radmila Tomasevic, Kevin W. Barry, John C. Buckle
Barry, Nancy Walsh, Patricia Coppo, Expedito C. Santillan, Phyllis Lederman, Domenick Damiano, Edlene C. LaFra
Frederick Alger, Renne Bacotti Hannafin, Christina Bane−Hayes, Andy Dinoo, Andrea Maffeo, Melissa Van Ness Fa
Karium Ali, Madelyn Conroy Allen, Ramon Melendez, Gina Cayne, William Coale, Theresa Healey, Kurt Foster, Ar
Loren Rosenthal, Judith M. Aiken, Burnett Plaintiffs, Linda Pascuma, Estate of John Patrick O'Neill Sr., Hashim A. I
Barrera Plaintiffs, George Bonomo, Pacific Indemnity Company, CNA Casualty of California, Carol Gies, Paul Quin
Fitzgerald Europe, Krystyna Boryczewski, Narasimha Sattaluri, James Cizikie, Susan Rasweiler, Nancy Badagliacca,
Rasool, John J. Gill, Carmen Romero, Great Northern Insurance Company, Patricia Tarasiewicz, One Beacon Insurar
Company, Mary Margaret Jurgens, Chrislan Fuller Manuel, Toni Ann Carroll, Janice O'Dell, Ronald S. Sloan, Cella
Laurie Spampinato, David Edward Cushing, Jill Rosenblum, Dennis Euleau, Jamie Miller, Christine Sakoutis, Diane
Irene Bilcher, Norma Bernstein, Federal Insurance Company et al., Plaintiffs, Mary Haag, Kevin Rogers, Kathleen G
Brady, Maureen Santoro, Federal Insurance Company, Raj Thackurdeen, Joseph R. Downey, George Lantay, Dhanra
Ondina Bennett, Doyle Raymond Ward, Michael Deloughery, Barry Russin, Amlin Underwriting, Ltd., Rubina Cox−
Amber Miller, Gordon G. Haberman, Jeanne M. Evans, Roni Levine, Susan E. Buhse, Cantor Fitzgerald Partners, La
Lassman, Todd DeVito, Lori Shulman, Rosemarie Corvino, Tracy Ann Taback Catalano, Charles Schmidt, Siew−Son
William Martin, Meg Bloom Glasser, Keith A. Bradkowski, Barbara Minervino, Martina Lyne−Ann Panik, Joanne F
Hiscox Dedicated Corporate Member, Ltd., Boris Bililovsky, Peter Greenleaf, Joviana Mercado, Victoria Higley, Pau
Martin, Transcontinental Insurance Company, Robert Bermingham, Gregory Stevens, TradeSpark, L.P., Michelle Do
Marie Dorf, Robert Dorf, Joseph Dorf, and Linda Sammut, Rostyslav Tisnovskiy, Michelle Wright, Continental Insur
Company, Virginia Hayes, Ursula Broghammer, The Camden Fire Insurance Association, Michael Endrizzi, Jean Os
Clifford Tempesta, Theresa Regan, Nancy Ann Foster, Sharon Booker, Deborah Grazioso, Loisanne Diehl, Ildefonso
Jeff Lever, Warren Hayes, Elizabeth Gardner, Anthony Vincelli, Iliana McGinnis, Andrea Russin, Richard A. Capron
Carpeneto, Sharlene M. Beckwith, Karen Hinds, Stephen Jezycki, Evelyn Rodriguez, World Trade Center Properties
Perry S. Oretzky, Kemraj Singh, Carol O'Neill, Edward J. Sweeney, Joyce Ann Rodak, Sandra Straub, Collette M. La
Dennis L. Hobbs, Lisa Friedman, Julia Collins, Christine Papasso, All Plaintiffs, Thomas Fletcher, Maryann Colin, Ja
Hodges, Neil B. Blass, Meryl Mayo, Holli Silver, Erica Zucker, Maureen R. Halvorson, Gilbert Ruiz, Jr., Dana Noon
Bernheimer, Olga Merino, Lorraine Arias Beliveau, Kevin Quinn, Yvonne V. Abdool, Helene Parisi−Gnazzo, Zurich
Insurance Company, Virginia Bauer, Morris Dorf, Beril Sofia DeFeo, Andrew Quinn, Miles Bilcher, Brian Barry, Ch
Insurance Company of New Jersey, Ed and Gloria Russin, American Casualty Company of Reading, Pennsylvania, F
Chien Huang, Colleen Holohan, Chiemi York, Gila Barzvi, Kathleen Keeler Lozier, Daniel F. Barkow, Ann R. Hayn
Tisnovskiy, Dorothy A. O'Neill, Kelly Hayes, Joanne Rodak Gori, Tina Grazioso, Bettyann Martineau, Steadfast Insu
Company, Michele Boryczewski, Harry Ong, Jr., Vincent LeVien, Dolores Caproni, Joseph A. Tiesi, Helen Pfeifer, F
Levine, Valley Forge Insurance Company, Joann T. Howard, Mary Andrucki, Louisa D'Antonio, Vice Rose Arestegu
Regina Rodak, Robert V. Trivingo, Maria Regina Merwin, Catherine Deblieck, Bridget Hunter, Deena Burnett, Richa
Victor Ugolyn, Steven M. Gillespie, Saradha Moorthy, Fryderyk Milewski, Seneca Insurance Company, Inc., Scott S
Livia Chirchirillo, Edward Navarro, Rosalie Downey, Grace Kneski, Michael Loguidice, Theresa King, John Benede
Giorgetti, Frederick Irby, Anna M. Granville, Robert Keane, William D Robbins, Michael Jezycki, Kathleen Ashton,

Hands, Fiona Havlish, Hector Garcia, Esther Santillan, Ingrid M. Lenihan, Plaintiffs PI Executive Committee, Veron Charlene Fiore, Aldo Addissi, Mary Gola Perez, Joslin Zeplin, James C. Cahill, Mia Gonzalez, Leonard and Leona Z Elizabeth H. Keller, Anna Mojica, Continental Casualty Company, Philip Germain, Brian Flannery, Robert J. Bernst T. Regenhard, Deborah Francke, George Andrucki, Port Authority Trans−Hudson Corporation, Elaine Leinung, Delp Regan Grice−Vega, Stephen L. Cartledge, Pedro Saleme, Joan E. Tino, Camille Doyle, Josephine Alger, Diane M. W Beverly Burnett, Donald Bane, John Hassett, Kathleen Box, Morris D. Lamonsoff, Maryann Rand, Basmattie Bishun Bosco, William Doyle, Sr., Wendy Feinberg, Cantor Fitzgerald Brokerage, L.P., Dorothy Tempesta, Jane Alderman, Han, Jerzy Mrozek, Laurie S. Lauterbach, Boston Old Colony Insurance Company, Michael J. Allen, Kevin M. Coff Paolillo, Anne Gabriel, Stanley Eckna, Martin Panik, Lynn Allen, Amy Weaver, Fidelity And Deposit Company of M Patricia J. Perry, Jay Charles Dunne, Tara Bane, James Wallace O'Grady, Linda Curia, Bradley Daly, Roberta Keller Issacof, Cantor Fitzgerald & Co., Lauren Arias Lucchini, Vincent A. Ognibene, Jin Liu, Nancy Picone, Diane Genco, Plaintiffs, Jasmine Victoria, Maria DiPilato, James W. Cahill, Kimberly Kaipaka Beaven, Rose Booker, Howard Ric Patrick O'Neill, Jr., Lynn B. Pescherine, Sat Thackurdeen, H. Michael Keden, Timothy Parker, Donald Francis Kenn Tremsky, Raymond Anthony Smith, Anne C. Saracini, Carol Barbaro, WTC Retail LLC, Estate of John P.O'Neill, Sr Goldwasser, Eileen Simon, Pamela Hohlweck, Luke C. Allen, Jennifer E. Brady, Santa Catarelli, Sharon Cobb−Glen Meehan, American Guarantee and Liability Insurance Company, Frances Berdan, Janet Calia, Kathleen Cahill, Thom Burnett, Sr., Lisa DiLallo Clark, Cantor Index Limited, Patricia Quigley, Jennifer L. Harvey, Dorothy Garcia, Michel William B. Novotny, Emmet P. Kelly, United States Fire Insurance Company, Benjamin Arroyo, William Doyle, Jan Smithwick, Prakash Bhatt, Javier Burgos, Ernesto Barrera, Rachel R. Harrell, Joanne Gross, Robert D'Elia, Maureen M. Joseph, Catherine T. Regenhard, Margaret Arce, Lena Whittaker, James McGetrick, Cynthia Arnold, Mark Barbi O'Neill, Louis Schaefer, Sean Passananti, Kimberly Trimingham−Aiken, Phyllis Schreier, Delia Welty, Patricia Wisv Michael Boryczewski, The Princeton Excess & Surplus Lines Insurance Company, Chubb Insurance Company of Ca Wall, Woodly Joseph, Madeline Bergin, Fran LaForte, Daniel D. Coffey, M.D., William Ellis, Jr., Alfred Acquaviva, Fitzgerald, L.P., Karen Princiotta, Warren Monroe, Thomas Burnett, Desiree A. Gerasimovich, Irene Frolich, Raymo Lachhman, Diane Ryan, Julia Boryczewski, Gladys Salvo, Lisanne MacKenzie, Grace M. Parkinson−Godshalk,, The Lostrangio, One Beacon America Insurance Company, Margit Arias, Clara Chirchirillo, Benito Colon, John Martin, and Angela Stergiopoulos, Patricia Milano, Jeannine P. Baron, Martha Burnett O'Brien, Andrea N. LeBlanc, Christin Christopher Caproni, Michael Caproni and Lisa Caproni, Joseph Donovan, Cantor Fitzgerald International, Michael eSpeed Securities, Inc., Anna Milewski, Russa Steiner, Kathleen Holland, Edmund Barry, Continental Insurance Con New Jersey, Nancy Lynn Zuckerman, Virginia McKeon, Michael J. Novotny, Edward Arancio, Jennifer D'Auria, Th William Nelson, Hillary A. Briley, Lauren Murphy, Paul Schertzer, Evelyn Tepedino, Assurance Company of Amer, Girdano, Vincent J. Della Bella, Thomas Baez, Deborah Calderon, Colonial American Casualty and Surety Insurance Catherine Jezycki, Winifred Aranyos, Elizabeth R. Burns, National Ben Franklin Insurance Company of Illinois, Joa Barbara, Eileen F. Colligan, Susan Conklin, Wen Shi, Jennifer Tarantino, Jurgiel Kazimierz, Kathryn J. Hussa, Vigil Insurance Company, Monica M. Gabrielle, Daniel Polatsch, Robert T. Folger, Eileen Tallon, Ron Harding, Lori Mas G. Havlish, Sr., Cynthia Tumulty, Amy Farnum, Sonia Bonomo, Linda Pickford, Patricia H. McDowell, John P. Bae Robert Spadafora, National Fire Insurance Company of Hartford, Houssain Lazaar, Shirley Henderson, Katherine So Homeland Insurance Company of New York, (2444 in 1:03−md−01570−GBD −FM) Order Referring Case to Magist (218 in 1:04−cv−01076−GBD, 218 in 1:04−cv−01076−GBD, 1503 in 1:03−md−01570−GBD −FM, 1503 in 1:03−md−01570−GBD −FM) Declaration in Support,,,,, filed by Wamy International, Inc., World Assembly of Musl (2132 in 1:03−md−01570−GBD −FM, 326 in 1:04−cv−01076−GBD) Order Admitting Attorney Pro Hac Vice, (1731 1:03−md−01570−GBD −FM, 277 in 1:04−cv−01076−GBD) Reply Memorandum of Law in Support of Motion,, file International, Inc., World Assembly of Muslim Youth, (1803 in 1:03−md−01570−GBD −FM) Declaration in Suppor Motion,,, filed by Yassin Abdullah Kadi, (1139 in 1:03−md−01570−GBD −FM) RICO Statement filed by Euro Brok al., (1734 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Asat Trust Reg., (672 in 1:03−md−01570−GBD − Endorsed Letter, (1181 in 1:03−md−01570−GBD −FM, 116 in 1:04−cv−01076−GBD) Memorandum of Law in Supp Motion,, filed by Abdullah Bin Saleh Al−Obaid, (1294 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Euro Inc., et al., Burnett Plaintiffs, World Trade Center Properties LLC, et al., Add and Terminate Attorneys, (1184 in 1:03−md−01570−GBD −FM, 119 in 1:04−cv−01076−GBD) Memorandum of Law in Support of Motion,, filed by A Muhsen Al Turki, (1580 in 1:03−md−01570−GBD −FM) Affirmation in Opposition to Motion,, filed by Plaintiffs Ex Committees, (2394 in 1:03−md−01570−GBD −FM, 2394 in 1:03−md−01570−GBD −FM) Endorsed Letter, Set Deadlines/Hearings,, (2318 in 1:03−md−01570−GBD −FM, 2318 in 1:03−md−01570−GBD −FM) Order, Set Deadlines/Hearings,,,, (2160 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed b Commercial Bank, (1949 in 1:03−md−01570−GBD −FM) Declaration in Support of Motion, filed by Abdul Hamid Sulayman, (2153 in 1:03−md−01570−GBD −FM) Stipulation of Voluntary Dismissal, filed by Amlin Underwriting, in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,,, filed by Plaintiffs Executive Comn in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (170 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed by National Commercial Ban 1:03−md−01570−GBD −FM) Stipulation and Order,, (1961 in 1:03−md−01570−GBD −FM, 1961 in 1:03−md−0157 −FM) Endorsed Letter, Set Deadlines/Hearings, (1627 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law of Motion filed by DMI Administrative Services S.A., (74 in 1:03−md−01570−GBD −FM) Order Admitting Attorne Vice, (272 in 1:04−cv−01076−GBD) Declaration in Support of Motion, filed by Estate of John Patrick O'Neill Sr., (1 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion,, filed by Faisal Islamic Bank, (122 1:03−md−01570−GBD −FM) RICO Statement filed by World Trade Center Properties LLC, et al., (1595 in

1:03−md−01570−GBD −FM) Stipulation and Order,, (221 in 1:03−md−01570−GBD −FM) Memorandum of Law in
to Motion, filed by Burnett Plaintiffs, (2282 in 1:03−md−01570−GBD −FM, 349 in 1:04−cv−01076−GBD) Order Ad
Attorney Pro Hac Vice, (1538 in 1:03−md−01570−GBD −FM) Answer to Complaint filed by International Islamic R
Organization(IIRO), (107 in 1:04−cv−01076−GBD) Notice (Other), Notice (Other) filed by Estate of John Patrick O'
(1856 in 1:03−md−01570−GBD −FM) Stipulation and Order of Dismissal, (28 in 1:03−md−01570−GBD −FM) Mem
Endorsement, (499 in 1:03−md−01570−GBD −FM) MOTION to Dismiss *Notice of Motion to Dismiss*. filed by DMI
Administrative Services S.A., (162 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed
Bank, (1421 in 1:03−md−01570−GBD −FM, 188 in 1:04−cv−01076−GBD) Response in Support of Motion,, filed by
Abdulraoof Batterjee, (1357 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John P.O'Neill, Sr., (4
1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Burnett Plaintiffs, (8 in
1:03−md−01570−GBD −FM) Order on Motion for Extension of Time to Answer, (2126 in 1:03−md−01570−GBD −
(166 in 1:03−md−01570−GBD −FM) MOTION for Extension of Time to File Response/Reply. filed by Al Baraka In
Development Corp., International Islamic Relief Organization(IIRO), Rabita Trust, Saleh Abdullah Kamel, Wa'el Ha
Jalaidan, (1710 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company et al., Plaintiff
1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion,, filed by Abdulrahman Bin Mahfouz, (382
1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,,, filed by Federal Insurance Company
Plaintiffs, (1667 in 1:03−md−01570−GBD −FM) Stipulation and Order, (869 in 1:03−md−01570−GBD −FM, 869 in
1:03−md−01570−GBD −FM, 43 in 1:04−cv−01076−GBD, 43 in 1:04−cv−01076−GBD) MOTION to Dismiss *Sulair
Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Sulaiman Al Rajhi*. filed by Sulaiman Bin Abdul Aziz Al Rajhi,
Abdel Aziz Al Rajhi, (1377 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plaintiffs, (20 in
1:03−md−01570−GBD −FM) Memo Endorsement,, (97 in 1:03−md−01570−GBD −FM) MOTION to Dismiss for La
Jurisdiction *the Third Amended Complaint (Burnett)*. filed by Mohammed Ali Sayed Mushayt, (1050 in 1:03−md−01
−FM) Memorandum of Law in Opposition to Motion filed by New York Marine and General Insurance Company, (9
1:03−md−01570−GBD −FM) Notice (Other) filed by Dubai Islamic Bank, (721 in 1:03−md−01570−GBD −FM) Aff
Service Other,, filed by Christine Irene O'Neill, Carol O'Neill, Dorothy A. O'Neill, John Patrick O'Neill, Jr., Estate of
P.O'Neill, Sr., (1289 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Euro Brokers Inc., et al., Burnett Plaint
Trade Center Properties LLC, et al., (684 in 1:03−md−01570−GBD −FM) Stipulation and Order, (143 in 1:03−md−0
−FM) MOTION to Dismiss *the First Amended Complaint*. filed by Jamal Barzinji, (1352 in 1:03−md−01570−GBD −
Notice (Other) filed by Estate of John P.O'Neill, Sr., (416 in 1:03−md−01570−GBD −FM) MOTION to Dismiss *Noti
Motion to Dismiss*. filed by National Commercial Bank, (478 in 1:03−md−01570−GBD −FM) Memorandum of Law
Opposition to Motion, filed by Kathleen Ashton, (301 in 1:04−cv−01076−GBD, 1912 in 1:03−md−01570−GBD −FM
in Opposition to Motion,, filed by New York Marine and General Insurance Company, (998 in 1:03−md−01570−GB
Stipulation and Order, (1517 in 1:03−md−01570−GBD −FM, 223 in 1:04−cv−01076−GBD) Declaration in Oppositio
Motion,, filed by Estate of John P.O'Neill, Sr., (1603 in 1:03−md−01570−GBD −FM) Memorandum of Law in Oppo
Motion, filed by Saudi American Bank, (172 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Suppor
Motion, filed by International Institute of Islamic Thought, (1376 in 1:03−md−01570−GBD −FM) Memorandum of I
Support filed by Daral Maal Al Islami Trust, (1110 in 1:03−md−01570−GBD −FM) Stipulation and Order of Dismis
in 1:03−md−01570−GBD −FM, 197 in 1:04−cv−01076−GBD) MOTION to Dismiss *Notice Of Motion*. filed by Moh
Jaghlit, Muhammad Ashraf, Taha Jaber Al−Alwani, Ahmed Totonji, M. Yaqub Mirza, M. Omar Ashraf, Aaran Mone
Service, Inc., Iqbal Unus (Yunus), (112 in 1:04−cv−01076−GBD, 1177 in 1:03−md−01570−GBD −FM) MOTION to
filed by Saleh Al−Hussayen, (987 in 1:03−md−01570−GBD −FM) RICO Statement, filed by Estate of John P.O'Neil
in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (2217 in 1:03−md−01570−G
2217 in 1:03−md−01570−GBD −FM) Order, Set Deadlines/Hearings,, (1829 in 1:03−md−01570−GBD −FM) Memo
Law in Support of Motion filed by Abdullah Bin Khalid Al−Thani, (51 in 1:04−cv−01076−GBD) MOTION to Dism
of Jurisdiction. filed by Engelbert Schreiber, Jr., Schreiber & Zindel, Frank Zindel, Engelbert Schreiber, (776 in
1:03−md−01570−GBD −FM) MOTION for Stephanie W. Fell to Withdraw as Attorney. filed by Al Baraka Investme
Development Corp., (337 in 1:04−cv−01076−GBD, 2211 in 1:03−md−01570−GBD −FM) Order on Motion to Witho
in 1:03−md−01570−GBD −FM) Waiver of Service Executed filed by Federal Insurance Company et al., Plaintiffs, (1
1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Estate of John P.O'Neill, Sr., (185 in
1:04−cv−01076−GBD, 1418 in 1:03−md−01570−GBD −FM) Response in Support of Motion,, filed by Abdullah Bin
Al−Obaid, (1642 in 1:03−md−01570−GBD −FM, 264 in 1:04−cv−01076−GBD) Declaration in Support of Motion,,
Estate of John P.O'Neill, Sr., (816 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (63 in 1:04−cv−01076−GBD) F
Statement filed by Estate of John Patrick O'Neill Sr., (1735 in 1:03−md−01570−GBD −FM) Order, (2214 in
1:03−md−01570−GBD −FM, 2214 in 1:03−md−01570−GBD −FM) Endorsed Letter, Set Deadlines/Hearings,, (1348
1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John P.O'Neill, Sr., (322 in 1:03−md−01570−GBD −
Stipulation and Order,, (87 in 1:03−md−01570−GBD −FM) MOTION to Dismiss for Lack of Jurisdiction *the Third A
Complaint (Burnett)*. filed by Abdullah Omar Naseef, (640 in 1:03−md−01570−GBD −FM) Stipulation and Order, (8
1:03−md−01570−GBD −FM) Order, (142 in 1:04−cv−01076−GBD) Memorandum of Law in Support of Motion, file
Engelbert Schreiber, Jr., Schreiber & Zindel, Frank Zindel, Engelbert Schreiber, (119 in 1:03−md−01570−GBD −FM
Appearance filed by Al Haramain Foundation, Sulaiman Al−Ali, Aqeel Al−Aqeel, Abdul Al−Moslah, Mohammed Ja
Khalifa, Adel Abdul Batterjee, Saleh O. Badahdah, Abdullah M. Al−Mahdi, (318 in 1:04−cv−01076−GBD, 2088 in
1:03−md−01570−GBD −FM) Affirmation in Support of Motion, filed by The Republic of Iraq, Republic of Iraq, (34
1:04−cv−01076−GBD, 2234 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by Pl
Executive Committees, (402 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (1144 in 1:03−md−01570−GBD −FM

1:04−cv−01076−GBD) Endorsed Letter,,, (55 in 1:04−cv−01076−GBD) Declaration in Support of Motion filed by E
Schreiber, Jr., Schreiber & Zindel, Frank Zindel, Engelbert Schreiber, (1322 in 1:03−md−01570−GBD −FM) MOTIO
Amend/Correct *Leave to file Second Amended Complaint*. filed by Havlish Plaintiffs, (1288 in 1:03−md−01570−GBI
Notice (Other) filed by World Trade Center Properties LLC, et al., (253 in 1:04−cv−01076−GBD, 1602 in
1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion,, filed by Ibrahim Bin Abdul Aziz A
Foundation, (247 in 1:03−md−01570−GBD −FM, 7 in 1:04−cv−01076−GBD) Case Management Plan,,,,, (758 in
1:03−md−01570−GBD −FM) Order,, (1840 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Mo
by Dallah Avco Trans Arabia Co. LTD., (516 in 1:03−md−01570−GBD −FM) Affirmation in Opposition to Motion,
Federal Insurance Company et al., Plaintiffs, (2317 in 1:03−md−01570−GBD −FM) Endorsed Letter, (1446 in
1:03−md−01570−GBD −FM) Notice (Other) filed by Yeslam M. Bin Laden, (1205 in 1:03−md−01570−GBD −FM,
1:04−cv−01076−GBD) Memorandum of Law in Support of Motion,, filed by Abdullah Omar Naseef, (1077 in
1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (2296 in 1:03−md−01570−GBD
Affidavit in Support of Motion filed by Saudi Binladin Group, Inc., (2391 in 1:03−md−01570−GBD −FM, 353 in
1:04−cv−01076−GBD) Notice (Other), Notice (Other) filed by All Plaintiffs, (2295 in 1:03−md−01570−GBD −FM)
Support of Motion filed by Saudi Binladin Group, Inc., (2336 in 1:03−md−01570−GBD −FM) Amended Answer to
filed by Dubai Islamic Bank, (2111 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion file
National Commercial Bank, (1728 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neil
in 1:03−md−01570−GBD −FM) Brief filed by Wa'el Hamza Jalaidan, (73 in 1:03−md−01570−GBD −FM) Order Ad
Attorney Pro Hac Vice, (2410 in 1:03−md−01570−GBD −FM) Notice of Voluntary Dismissal − Signed,, (206 in
1:04−cv−01076−GBD, 1488 in 1:03−md−01570−GBD −FM) Stipulation and Order of Dismissal,, (291 in
1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Federal Insurance Company et
Plaintiffs, (85 in 1:04−cv−01076−GBD, 1053 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Suppo
Motion,,, filed by Sulaiman Bin Abdul Aziz Al Rajhi, Suleiman Abdel Aziz Al Rajhi, (2059 in 1:03−md−01570−GB
Order,,,,,, (840 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by Faisal Islamic Ba
in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Abdullah Al Faisal Bin Abdulaziz AlSaud, (1436 in
1:03−md−01570−GBD −FM, 196 in 1:04−cv−01076−GBD) Declaration in Support of Motion,,, filed by Erwin Watc
Treuhand Anstalt, Asat Trust Reg., Martin Watcher, (1103 in 1:03−md−01570−GBD −FM) RICO Statement filed by
John P.O'Neill, Sr., (839 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Faisal Islamic Bank, (1854 i
1:03−md−01570−GBD −FM, 1854 in 1:03−md−01570−GBD −FM) Stipulation and Order, Set Motion and R&R
Deadlines/Hearings,,,,,, (1008 in 1:03−md−01570−GBD −FM) Affirmation in Opposition to Motion,,,, filed by Euro
Inc., et al., Burnett Plaintiffs, Federal Insurance Company, World Trade Center Properties LLC, et al., Kathleen Asht
Continental Casualty Company, Cantor Fitzgerald & Co., John Patrick O'Neill, Jr., New York Marine and General In
Company, (663 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (216 in
1:04−cv−01076−GBD, 1500 in 1:03−md−01570−GBD −FM) MOTION to Dismiss *Notice of Motion*. filed by World
of Muslim Youth, (1188 in 1:03−md−01570−GBD −FM, 123 in 1:04−cv−01076−GBD) Affidavit in Support of Moti
by Safar Al−Hawali, (64 in 1:04−cv−01076−GBD, 967 in 1:03−md−01570−GBD −FM) Response to Motion,,, filed
Turki Al Faisal Al Saud, Sultan Bin Abdulaziz Al Saud, Mohammed Al Faisal Al Saud, The Kingdom of Saudi Arab
1:03−md−01570−GBD −FM) Stipulation and Order,, (297 in 1:04−cv−01076−GBD) MOTION for Gina M. MacNei
to Withdraw as Attorney *of Record*. filed by Estate of John Patrick O'Neill Sr., (2404 in 1:03−md−01570−GBD −FM
Memorandum of Law in Support of Motion filed by Perouz Seda Ghaty, (1562 in 1:03−md−01570−GBD −FM) RIC
filed by Continental Casualty Company, (1002 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Ins
Company et al., Plaintiffs, (535 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed
Kathleen Ashton, (1874 in 1:03−md−01570−GBD −FM) Stipulation and Order of Dismissal, (1556 in 1:03−md−015
−FM, 241 in 1:04−cv−01076−GBD) Memorandum of Law in Opposition to Motion,, filed by Estate of John P.O'Nei
in 1:04−cv−01076−GBD, 1624 in 1:03−md−01570−GBD −FM) Order,, (350 in 1:03−md−01570−GBD −FM) Memo
Law in Support of Motion filed by Alfaisaliah Group, Faisal Group Holding Co., Abdullah Al Faisal Bin Abdulaziz A
Mohammed Bin Abdulrahman Al Ariefy, (1389 in 1:03−md−01570−GBD −FM, 178 in 1:04−cv−01076−GBD) Mem
of Law in Support,, filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation, (1055 in 1:03−md−01570−GBD −FM)
Letter, (490 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by Islamic Investment
of the Gulf (Sharjah), (418 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Mohammed Al Faisal Al Saud, (
1:03−md−01570−GBD −FM) Stipulation and Order, (296 in 1:04−cv−01076−GBD, 1880 in 1:03−md−01570−GBD
Declaration in Support of Motion,, filed by Abdullah Bin Khalid Al−Thani, (2418 in 1:03−md−01570−GBD −FM) M
Endorsement, (2411 in 1:03−md−01570−GBD −FM) Order,, (2342 in 1:03−md−01570−GBD −FM) Stipulation and
in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion,,, filed by Federal Insurance Com
Plaintiffs, (2287 in 1:03−md−01570−GBD −FM) Affidavit in Support of Motion filed by Saudi Binladin Group, Inc.,
1:03−md−01570−GBD −FM) Answer to Amended Complaint, filed by Muslim World League, (497 in 1:03−md−01
−FM) Memorandum of Law in Opposition to Motion filed by Tarik Hamdi, (1547 in 1:03−md−01570−GBD −FM, 2
1:04−cv−01076−GBD) Case Management Plan,,,,,, (1535 in 1:03−md−01570−GBD −FM) Answer to Amended Com
by International Islamic Relief Organization(IIRO), (46 in 1:04−cv−01076−GBD, 876 in 1:03−md−01570−GBD −FM
Stipulation and Order, (1518 in 1:03−md−01570−GBD −FM, 224 in 1:04−cv−01076−GBD) Declaration in Oppositio
Motion,, filed by Estate of John P.O'Neill, Sr., (1279 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Euro B
et al., Burnett Plaintiffs, World Trade Center Properties LLC, et al., (539 in 1:03−md−01570−GBD −FM) Stipulation
(503 in 1:03−md−01570−GBD −FM) Declaration in Opposition to Motion,, filed by Burnett Plaintiffs, (305 in
1:03−md−01570−GBD −FM) Response in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiff

1:04−cv−01076−GBD, 1435 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion,,, fi
Erwin Watcher, Sercor Treuhand Anstalt, Asat Trust Reg., Martin Watcher, (763 in 1:03−md−01570−GBD −FM, 34
1:04−cv−01076−GBD) Clerk Certificate of Mailing,,, (214 in 1:03−md−01570−GBD −FM) JOINT MOTION to Dis
*re Plaintiffs' Motion to Voluntarily Dismiss the Defendants Named in Exhibit A of the Ashton Complaint*. filed by Ka
Ashton, (2344 in 1:03−md−01570−GBD −FM) Answer to Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by
Kheer, Inc., (1471 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by Daral Maal
Trust, (1074 in 1:03−md−01570−GBD −FM) Endorsed Letter, (68 in 1:03−md−01570−GBD −FM) Memo Endorsem
1:04−cv−01076−GBD, 1615 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion,, filed by
Islamic Bank, (2403 in 1:03−md−01570−GBD −FM) MOTION to Stay. filed by Perouz Seda Ghaty, (523 in
1:03−md−01570−GBD −FM) Notice (Other) filed by Kathleen Ashton, (1529 in 1:03−md−01570−GBD −FM) Answ
Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by International Islamic Relief Organization(IIRO), (912 in
1:03−md−01570−GBD −FM) Stipulation and Order,,, (568 in 1:03−md−01570−GBD −FM) Notice (Other) filed by
Insurance Company et al., Plaintiffs, (2120 in 1:03−md−01570−GBD −FM) MOTION for Alan Todd Dickey to App
Vice. filed by National Commercial Bank, National Commerce Bank, (1243 in 1:03−md−01570−GBD −FM) Memor
Law in Opposition to Motion,,, filed by Euro Brokers Inc., et al., Burnett Plaintiffs, Federal Insurance Company et al
World Trade Center Properties LLC, et al., New York Marine and General Insurance Company, (2227 in 1:03−md−0
−FM) Notice of Change of Address,, filed by CO2e.com, LLC, Cantor Fitzgerald Securities, Port Authority of New
New Jersey, Espeed, Inc., eSpeed Government Securities, Inc., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald
Cantor Fitzgerald Partners, TradeSpark, L.P., Port Authority Trans−Hudson Corporation, Cantor Fitzgerald Brokerag
Cantor Fitzgerald & Co., WTC Retail LLC, Cantor Index Limited, Cantor Fitzgerald, L.P., Cantor Fitzgerald Internat
eSpeed Securities, Inc., (2195 in 1:03−md−01570−GBD −FM, 334 in 1:04−cv−01076−GBD) Memorandum of Law
of Motion filed by Kathleen Ashton, (420 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insuranc
et al., Plaintiffs, (1958 in 1:03−md−01570−GBD −FM, 307 in 1:04−cv−01076−GBD) RICO Statement, filed by Esta
Patrick O'Neill Sr., Estate of John P.O'Neill, Sr., (882 in 1:03−md−01570−GBD −FM) Endorsed Letter, (559 in
1:03−md−01570−GBD −FM) RICO Statement filed by Port Authority of New York & New Jersey, Cantor Fitzgeral
(1917 in 1:03−md−01570−GBD −FM) Stipulation and Order of Dismissal,, (1506 in 1:03−md−01570−GBD −FM) S
and Order,, (853 in 1:03−md−01570−GBD −FM, 38 in 1:04−cv−01076−GBD) Order,,, (1664 in 1:03−md−01570−G
Memorandum of Law in Opposition to Motion,,, filed by Euro Brokers Inc., et al., Burnett Plaintiffs, Federal Insuran
Company et al., Plaintiffs, World Trade Center Properties LLC, et al., Continental Casualty Company, New York Ma
General Insurance Company, (984 in 1:03−md−01570−GBD −FM) Response in Opposition to Motion,, filed by Port
of New York & New Jersey, Cantor Fitzgerald & Co., (110 in 1:04−cv−01076−GBD, 1175 in 1:03−md−01570−GBD
Memorandum of Law in Support of Motion,, filed by Saudi Red Crescent, (2319 in 1:03−md−01570−GBD −FM, 23
1:03−md−01570−GBD −FM, 2319 in 1:03−md−01570−GBD −FM) Answer to Amended
Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Sana−B
(58 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by Al Rajhi Banking and Inves
(1521 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion,, filed by Mohammed Al Faisal A
(1895 in 1:03−md−01570−GBD −FM) MOTION to Stay. filed by Jamal Barzinji, (1865 in 1:03−md−01570−GBD −
Memorandum of Law in Support of Motion filed by Dallah Avco Trans Arabia Co. LTD., (1069 in 1:03−md−01570−
−FM) Stipulation and Order,, (161 in 1:04−cv−01076−GBD, 1269 in 1:03−md−01570−GBD −FM) Reply Affidavit i
of Motion,, filed by Sheik Hamad Al−Husaini, (1082 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estat
P.O'Neill, Sr., (2285 in 1:03−md−01570−GBD −FM) Declaration in Support of Motion filed by Saudi Binladin Grou
(190 in 1:03−md−01570−GBD −FM) Memorandum & Opinion, (1113 in 1:03−md−01570−GBD −FM, 93 in
1:04−cv−01076−GBD) Reply Memorandum of Law in Support of Motion,, filed by Soliman H.S. Al−Buthe, (934 in
1:03−md−01570−GBD −FM, 934 in 1:03−md−01570−GBD −FM) Endorsed Letter, Set Scheduling Order Deadlines
1:04−cv−01076−GBD, 1193 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion,, filed by
Mohammed Badkook, (2309 in 1:03−md−01570−GBD −FM) Answer to Complaint filed by Dubai Islamic Bank, (24
1:04−cv−01076−GBD, 1558 in 1:03−md−01570−GBD −FM) Declaration in Opposition to Motion,, filed by Estate o
P.O'Neill, Sr., (2328 in 1:03−md−01570−GBD −FM) Notice of Voluntary Dismissal,,,,,,,,,,,,,,,, filed by Port Authori
York & New Jersey, Port Authority Trans−Hudson Corporation, WTC Retail LLC, (2246 in 1:03−md−01570−GBD
Notice (Other), Notice (Other) filed by All Defendants, (2312 in 1:03−md−01570−GBD −FM) Order,,,,,,, (549 in
1:03−md−01570−GBD −FM) Stipulation and Order, (2142 in 1:03−md−01570−GBD −FM) Brief, filed by All Plaint
in 1:03−md−01570−GBD −FM, 126 in 1:04−cv−01076−GBD) Affidavit in Support of Motion,, filed by Sheik Hama
Al−Husaini, (218 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion filed by Burnett Pl
(1183 in 1:03−md−01570−GBD −FM, 118 in 1:04−cv−01076−GBD) MOTION to Dismiss. filed by Abdullah Muhs
(511 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Federal Insurance Con
Plaintiffs, (2377 in 1:03−md−01570−GBD −FM) Rule 26 Disclosure filed by Wamy International, Inc., World Asse
Muslim Youth, (855 in 1:03−md−01570−GBD −FM) Notice of Change of Address filed by Burnett Plaintiffs, (1550
1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (281 in 1:03−md−01570−GBD
Memorandum of Law in Opposition to Motion, filed by Burnett Plaintiffs, (2192 in 1:03−md−01570−GBD −FM) En
Letter,,, (366 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company et al., Plaintiffs,
1:03−md−01570−GBD −FM, 1745 in 1:03−md−01570−GBD −FM) Order, Add and Terminate Attorneys, (797 in
1:03−md−01570−GBD −FM) Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., P
(1015 in 1:03−md−01570−GBD −FM) Affirmation in Opposition to Motion,,, filed by Federal Insurance Company e
Plaintiffs, (2095 in 1:03−md−01570−GBD −FM) MOTION for Amy Berman Jackson to Withdraw as Attorney. filed

Watcher, Sercor Treuhand Anstalt, Asat Trust Reg., Martin Watcher, (518 in 1:03−md−01570−GBD −FM) RICO Sta filed by Federal Insurance Company et al., Plaintiffs, (86 in 1:04−cv−01076−GBD, 1054 in 1:03−md−01570−GBD − Memorandum of Law in Support of Motion,,, filed by Sulaiman Bin Abdul Aziz Al Rajhi, Suleiman Abdel Aziz Al R in 1:03−md−01570−GBD −FM) Affidavit in Opposition to Motion,, filed by Euro Brokers Inc., et al., Burnett Plainti Insurance Company et al., Plaintiffs, World Trade Center Properties LLC, et al., (1396 in 1:03−md−01570−GBD −FI Memorandum of Law in Opposition to Motion,, filed by New York Marine and General Insurance Company, (2376 i 1:03−md−01570−GBD −FM) Answer to Complaint filed by Wamy International, Inc., World Assembly of Muslim Y in 1:04−cv−01076−GBD, 1911 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,,, file CO2e.com, LLC, Cantor Fitzgerald Securities, Port Authority of New York & New Jersey, eSpeed Government Secu Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald Partners, Port Authority Trans−Huds Corporation, Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald & Co., WTC Retail LLC, Cantor Index Limited, C Fitzgerald, L.P., Cantor Fitzgerald International, eSpeed Securities, Inc., (1520 in 1:03−md−01570−GBD −FM, 226 i 1:04−cv−01076−GBD) Declaration in Support of Motion,,, filed by Estate of John P.O'Neill, Sr., (447 in 1:03−md−0 −FM) Amended Complaint,,,,,,, filed by Kathleen Ashton, (2235 in 1:03−md−01570−GBD −FM) MOTION for How Feldman to Appear Pro Hac Vice. filed by CO2e.com, LLC, Cantor Fitzgerald Securities, Port Authority of New Yor Jersey, Espeed, Inc., eSpeed Government Securities, Inc., Cantor Fitzgerald Associates, L.P., Port Authority of New New Jersey, Cantor Fitzgerald Europe, Port Authority Trans − Hudson Corporation, Cantor Fitzgerald Partners, Trad L.P., Port Authority Trans−Hudson Corporation, Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald & Co., WTC F Cantor Index Limited, Cantor Fitzgerald, L.P., Cantor Fitzgerald International, eSpeed Securities, Inc., (1983 in 1:03−md−01570−GBD −FM) Endorsed Letter, (1281 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Burne World Trade Center Properties LLC, et al., (1869 in 1:03−md−01570−GBD −FM) MOTION to Dismiss *Notice of Mo* by Sanabel Al−Kheer, Inc., (19 in 1:03−md−01570−GBD −FM) Memo Endorsement, (2278 in 1:03−md−01570−GB Stipulation and Order of Voluntary Dismissal, (1142 in 1:03−md−01570−GBD −FM) Notice of Appearance filed by Authority of New York & New Jersey, Cantor Fitzgerald & Co., (1096 in 1:03−md−01570−GBD −FM) RICO Staten by Estate of John P.O'Neill, Sr., (299 in 1:04−cv−01076−GBD, 1910 in 1:03−md−01570−GBD −FM) Memorandum Opposition to Motion,,, filed by Federal Insurance Company et al., Plaintiffs, John Patrick O'Neill, Jr., (294 in 1:03−md−01570−GBD −FM) Endorsed Letter, (2051 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Sanab Al−Kheer, Inc., (1815 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Fede Insurance Company et al., Plaintiffs, (97 in 1:04−cv−01076−GBD, 1128 in 1:03−md−01570−GBD −FM) Clerk Certi Mailing, (909 in 1:03−md−01570−GBD −FM) Stipulation and Order, (1661 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed by DMI Administrative Services S.A., (1410 in 1:03−md−01570−G Notice (Other) filed by Faisal Islamic Bank, (1408 in 1:03−md−01570−GBD −FM, 1408 in 1:03−md−01570−GBD − Stipulation and Order, Set Deadlines/Hearings,,,,, (24 in 1:03−md−01570−GBD −FM) Endorsed Letter, (131 in 1:04−cv−01076−GBD, 1196 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion, filed by A Basha, (1985 in 1:03−md−01570−GBD −FM) Order,,,,, (174 in 1:03−md−01570−GBD −FM) Reply Memorandum o Support of Motion, filed by Prince Turki Al Faisal Al Saud, (333 in 1:04−cv−01076−GBD, 2194 in 1:03−md−01570 −FM) MOTION to Strike Document No. (2189). filed by Kathleen Ashton, (266 in 1:04−cv−01076−GBD, 1646 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion,, filed by Mohammed Jaghlit, Muha Ashraf, Taha Jaber Al−Alwani, Ahmed Totonji, M. Yaqub Mirza, M. Omar Ashraf, Iqbal Yunus, (1724 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (278 in 1:04−cv−01076−GBD, 1732 in 1:03−md−01570−GBD Memorandum of Law in Opposition to Motion,, filed by Plaintiffs Executive Committees, (639 in 1:03−md−01570−G 639 in 1:03−md−01570−GBD −FM) Endorsed Letter, Terminate Motions,,,,, (95 in 1:04−cv−01076−GBD, 1117 in 1:03−md−01570−GBD −FM) Endorsed Letter, (2384 in 1:03−md−01570−GBD −FM) Objection (non−motion), Obje (non−motion) filed by Al Haramain Islamic Foundation, Inc., (893 in 1:03−md−01570−GBD −FM) Notice (Other) fi Soliman H.S. Al−Buthe, (1301 in 1:03−md−01570−GBD −FM, 165 in 1:04−cv−01076−GBD) Reply Memorandum o Support of Motion,, filed by Abdullah Muhsen Al Turki, (1993 in 1:03−md−01570−GBD −FM) Order Admitting Att Hac Vice, (1531 in 1:03−md−01570−GBD −FM, 234 in 1:04−cv−01076−GBD) Memorandum of Law in Opposition filed by Taha Jaber Al−Alwani, (244 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (1516 in 1:03−md−01570−G Memorandum of Law in Support of Motion,, filed by Saudi High Commission, Salman Bin Abdulaziz Al Saud, Naif Abdulaziz Al Saud, (407 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Bu Plaintiffs, (21 in 1:03−md−01570−GBD −FM) Notice of Appearance, filed by Shahir Abdulraoof Batterjee, Saleh Al Talal Mohammed Badkook, Abdullah Omar Naseef, Sheik Hamad Al−Husaini, Abdulla Al Obaid, Mushayt for Trad Company, Abdullah Muhsen Al Turki, Adnan Basha, Mohammed Ali Sayed Mushayt, Abdul Rahman Al Swailem, F Crescent Saudi Committee, Safar Al−Hawali, (149 in 1:03−md−01570−GBD −FM) Response to Motion, filed by Bu Plaintiffs, (1635 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,,, filed by Burnett & Plaintiffs, Estate of John P.O'Neill, Sr., (215 in 1:04−cv−01076−GBD, 1499 in 1:03−md−01570−GBD −FM) Declara Support of Motion,,, filed by Estate of John P.O'Neill, Sr., (2430 in 1:03−md−01570−GBD −FM) Memorandum of L Support of Motion, filed by Havlish Plaintiffs, (1290 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Burnet (1400 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Daral Maal Al Islami Trust, (80 in 1:04−cv−01 MOTION to Dismiss. filed by Engelbert Schreiber, Jr., Schreiber & Zindel, Frank Zindel, Engelbert Schreiber, (98 in 1:03−md−01570−GBD −FM) MOTION to Dismiss for Lack of Jurisdiction *the Third Amended Complaint (Burnett)*. to Dismiss for Lack of Jurisdiction *the Third Amended Complaint (Burnett)*. filed by Abdullah Bin Saleh Al−Obaid, ( 1:03−md−01570−GBD −FM) MOTION (FILED ON SERVICE DATE) for Thomas P. Steindler to Appear Pro Hac MOTION (FILED ON SERVICE DATE) for Thomas P. Steindler to Appear Pro Hac Vice. filed by Yassin Abdullah

Yousef Jameel, (1904 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion,, filed by Khaled Mahfouz, (1668 in 1:03−md−01570−GBD −FM) Stipulation and Order, (202 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed by Rabita Trust, (867 in 1:03−md−01570−GBD −FM, 867 in 1:03−md−01570−GBD −FM, 41 in 1:04−cv−01076−GBD, 41 in 1:04−cv−01076−GBD) MOTION to Dismiss *Abdul Rajhi*. MOTION to Dismiss for Lack of Jurisdiction *Abdullah Al Rajhi*. filed by Abdullah Salaiman Al−Rajhi, (2343 1:03−md−01570−GBD −FM) Answer to Amended Complaint,,,,,, filed by Sanabel Al Kheer, Inc., (798 in 1:03−md−01570−GBD −FM) Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., P (2409 in 1:03−md−01570−GBD −FM) Notice of Voluntary Dismissal, filed by World Trade Center Properties LLC, in 1:03−md−01570−GBD −FM, 172 in 1:04−cv−01076−GBD) Stipulation and Order, (1629 in 1:03−md−01570−GB Stipulation and Order,, (696 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company e Plaintiffs, (2352 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Perouz Seda Ghaty, (278 in 1:03−md−0157 −FM) Memorandum of Law in Opposition to Motion filed by Burnett Plaintiffs, (210 in 1:03−md−01570−GBD −FM (Other) filed by Burnett Plaintiffs, (1591 in 1:03−md−01570−GBD −FM, 251 in 1:04−cv−01076−GBD) Memorandu in Support of Motion, filed by Engelbert Schreiber, Jr, Schreiber & Zindel, Frank Zindel, Engelbert Schreiber, (1120 1:03−md−01570−GBD −FM) RICO Statement, filed by Federal Insurance Company et al., Plaintiffs, (217 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Sultan Bin Abdulaziz Al Saud, (83 in 1:04−cv−01076−GBD, 1 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion,,, filed by Abdullah Salaiman Al−R in 1:03−md−01570−GBD −FM) Response in Opposition to Motion,,, filed by Euro Brokers Inc., et al., Burnett Plaint Trade Center Properties LLC, et al., (790 in 1:03−md−01570−GBD −FM) Stipulation and Order, (87 in 1:04−cv−010 1060 in 1:03−md−01570−GBD −FM) Clerk Certificate of Mailing,,,,,,, (187 in 1:03−md−01570−GBD −FM) Notice filed by Mohammed Al Faisal Al Saud, (1495 in 1:03−md−01570−GBD −FM, 211 in 1:04−cv−01076−GBD) MOTI Defendant Taha Al Alwani's Motion to Dismiss, to Amend Plaintiff's Complaint, for Leave to File RICO Statement, Reconsideration of the Court's Decision Relative to the Filing of A RICO Statement and other Relief. filed by Estate P.O'Neill, Sr., (1563 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion,, filed by Federal I Company et al., Plaintiffs, (739 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (1774 in 1:03−md−01570−G Order Referring Case to Magistrate Judge, (1388 in 1:03−md−01570−GBD −FM, 177 in 1:04−cv−01076−GBD) MO Dismiss *Continental Casualty, Burnett, WTC, Euro Brokers, Federal Insurance*. filed by Ibrahim Bin Abdul Aziz Al Foundation, (1309 in 1:03−md−01570−GBD −FM, 169 in 1:04−cv−01076−GBD) Reply Memorandum of Law in Su Motion,, filed by Shahir Abdulraoof Batterjee, (321 in 1:03−md−01570−GBD −FM) Waiver of Service Executed file Federal Insurance Company et al., Plaintiffs, (163 in 1:03−md−01570−GBD −FM) MOTION to Dismiss *the First Am Complaint*. filed by Safa Trust, Mar−Jac Investments, Inc., African Muslim Agency, Grove Corporate, Inc., Sterling Management Group, Inc., Sterling Charitable Gift Fund, International Institute of Islamic Thought, Reston Investmen Mena Corporation, Sana−Bell, Inc., York Foundation, Heritage Education Trust, (211 in 1:03−md−01570−GBD −FM MOTION for Service by Publication *Order re Plaintiffs' Motion For Leave to Serve Specified Defendants by Publica* by Kathleen Ashton, (1626 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed Administrative Services S.A., (312 in 1:03−md−01570−GBD −FM) Response in Opposition to Motion, filed by Fede Insurance Company et al., Plaintiffs, (1543 in 1:03−md−01570−GBD −FM, 1543 in 1:03−md−01570−GBD −FM) St and Order, Set Deadlines/Hearings,,,,,,,, (282 in 1:04−cv−01076−GBD, 1749 in 1:03−md−01570−GBD −FM) Order, 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed by Mar−Jac Poultry Inc, Mar− Inc., (881 in 1:03−md−01570−GBD −FM) Affidavit in Support of Motion, filed by Yassin Abdullah Kadi, (1397 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Daral Maal Al Islami Trust, (677 in 1:03−md−01570−G RICO Statement, filed by Estate of John P.O'Neill, Sr., (2106 in 1:03−md−01570−GBD −FM, 322 in 1:04−cv−01076 Order,, (1858 in 1:03−md−01570−GBD −FM, 295 in 1:04−cv−01076−GBD) Reply to Response to Motion,, filed by Bin Khalid Al−Thani, (1834 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion,,, fil M. Bin Laden, Tarek M. Bin Laden, Saudi Binladin International Company, Mohamed Bin Laden Organization (SBC Bin Laden, (537 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (344 in 1:04−cv−01076−GBD, 2242 in 1:03−md−01570−GBD −FM) Affirmation in Opposition to Motion, filed by All Plaintiffs, (1655 in 1:03−md−01570− −FM) Notice of Appeal,, filed by CO2e.com, LLC, Cantor Fitzgerald Securities, Port Authority of New York & New eSpeed Government Securities, Inc., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald TradeSpark, L.P., Port Authority Trans−Hudson Corporation, Cantor Fitzgerald Brokerage, L.P., WTC Retail LLC, C Index Limited, Cantor Fitzgerald, L.P., Cantor Fitzgerald International, eSpeed Securities, Inc., (1311 in 1:03−md−0 −FM, 171 in 1:04−cv−01076−GBD) Reply Memorandum of Law in Support of Motion,, filed by Mohammed Ali Say Mushayt, (183 in 1:04−cv−01076−GBD, 1416 in 1:03−md−01570−GBD −FM) Response in Support of Motion,, file Abdullah Muhsen Al Turki, (1925 in 1:03−md−01570−GBD −FM) MOTION for Reconsideration. filed by Federal I Company et al., Plaintiffs, (706 in 1:03−md−01570−GBD −FM) Order of Dismissal,, (1272 in 1:03−md−01570−GB Notice (Other) filed by Euro Brokers Inc., et al., World Trade Center Properties LLC, et al., (1530 in 1:03−md−0157 −FM, 233 in 1:04−cv−01076−GBD) Reply Memorandum of Law in Support of Motion filed by Taha Jaber Al−Alwa 1:03−md−01570−GBD −FM) Affidavit of Service Complaints filed by Federal Insurance Company et al., Plaintiffs, 1:04−cv−01076−GBD, 488 in 1:03−md−01570−GBD −FM) Endorsed Letter,,, (230 in 1:03−md−01570−GBD −FM) Motion to Dismiss, (26 in 1:04−cv−01076−GBD, 748 in 1:03−md−01570−GBD −FM) Clerk Certificate of Mailing,, 1:03−md−01570−GBD −FM, 246 in 1:04−cv−01076−GBD) Memorandum of Law in Opposition to Motion,, filed by John P.O'Neill, Sr., (1909 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion filed by K Ashton, (1632 in 1:03−md−01570−GBD −FM) Amended Answer to Complaints filed by Muslim World League, (10 1:03−md−01570−GBD −FM) Declaration in Opposition to Motion,,,, filed by Plaintiffs PI Executive Committee, (98

1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (1255 in 1:03−md−01570−GBD
in 1:04−cv−01076−GBD) Memorandum of Law in Opposition to Motion,, filed by Plaintiffs Executive Committees,
1:03−md−01570−GBD −FM) Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice
Notice (Other) filed by American Alternative Insurance Corporation, Fidelity and Casualty Company of New York, A
Employers' Insurance Company, Allstate Insurance Company, Chubb Indemnity Insurance Company, Chubb Custom
Company, American Zurich Insurance Company, Northern Insurance Company of New York, Crum & Forster Indem
Company, Commercial Insurance Company of Newark, N.J., North River Insurance Company, Valiant Insurance Co
Maryland Casualty Company, Great Lakes Reinsurance (UK) PLC, Pacific Indemnity Company, CNA Casualty of C
Great Northern Insurance Company, One Beacon Insurance Company, Federal Insurance Company, Amlin Underwri
Hiscox Dedicated Corporate Member, Ltd., Continental Insurance Company, The Camden Fire Insurance Associatio
American Insurance Company, Chubb Insurance Company of New Jersey, Steadfast Insurance Company, Seneca Ins
Company, Inc., Boston Old Colony Insurance Company, Fidelity And Deposit Company of Maryland, American Gua
Liability Insurance Company, United States Fire Insurance Company, The Princeton Excess & Surplus Lines Insuran
Company, Chubb Insurance Company of Canada, One Beacon America Insurance Company, Continental Insurance C
New Jersey, Assurance Company of Amer, Colonial American Casualty and Surety Insurance Company, Vigilant Ins
Company, Homeland Insurance Company of New York, (681 in 1:03−md−01570−GBD −FM) Stipulation and Order
1:03−md−01570−GBD −FM) MOTION to Dismiss *the World Trade Center Properties and Euro Brokers actions*. fil
Administrative Services S.A., (1214 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support filed by DMI
Administrative Services S.A., (269 in 1:03−md−01570−GBD −FM) Order on Motion to Appear Pro Hac Vice, (23 in
1:03−md−01570−GBD −FM) Endorsed Letter, (1220 in 1:03−md−01570−GBD −FM) RICO Statement filed by Wor
Center Properties LLC, et al., (23 in 1:04−cv−01076−GBD, 671 in 1:03−md−01570−GBD −FM) Endorsed Letter, (1
1:03−md−01570−GBD −FM) Default Judgment, (611 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (39 in
1:03−md−01570−GBD −FM) Rule 7.1 Corporate Disclosure Statement filed by National Commercial Bank, (472 in
1:03−md−01570−GBD −FM) Affirmation in Opposition to Motion,,, filed by Federal Insurance Company et al., Plai
(1399 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Daral Maal Al Islami Trust, (2104 in
1:03−md−01570−GBD −FM) Stipulation and Order of Dismissal,,, (1344 in 1:03−md−01570−GBD −FM) Notice (O
Notice (Other) filed by Estate of John P.O'Neill, Sr., (1287 in 1:03−md−01570−GBD −FM) Notice (Other) filed by E
Brokers Inc., et al., Burnett Plaintiffs, World Trade Center Properties LLC, et al., (1512 in 1:03−md−01570−GBD −F
MOTION for Entry of Judgment under Rule 54(b). MOTION for Entry of Judgment under Rule 54(b). MOTION for
Judgment under Rule 54(b). filed by Salman Bin Abdulaziz Al Saud, Saudi High Commission, Sultan Bin Abdulaziz
Turki Al Faisal Al Saud, The Kingdom of Saudi Arabia, Naif Bin Abdulaziz Al Saud, (201 in 1:04−cv−01076−GBD,
1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,, filed by Estate of John P.O'Neill, Sr., (
1:03−md−01570−GBD −FM) Affidavit in Support filed by Daral Maal Al Islami Trust, (851 in 1:03−md−01570−GB
Memorandum of Law in Support of Motion filed by Faisal Islamic Bank, (2333 in 1:03−md−01570−GBD −FM) Am
Answer to Complaints filed by Dubai Islamic Bank, (59 in 1:04−cv−01076−GBD, 952 in 1:03−md−01570−GBD −F
Endorsed Letter, (217 in 1:04−cv−01076−GBD, 1501 in 1:03−md−01570−GBD −FM) Declaration in Support of Mo
by Wamy International, Inc., World Assembly of Muslim Youth, (153 in 1:04−cv−01076−GBD, 1251 in 1:03−md−0
−FM) Memorandum of Law in Opposition to Motion,, filed by Plaintiffs Executive Committees, (1070 in
1:03−md−01570−GBD −FM) Stipulation and Order,,,,, (517 in 1:03−md−01570−GBD −FM) Affirmation in Opposit
Motion,, filed by Federal Insurance Company et al., Plaintiffs, (1651 in 1:03−md−01570−GBD −FM) Stipulation and
Dismissal, (1118 in 1:03−md−01570−GBD −FM) Stipulation and Order of Dismissal, (1545 in 1:03−md−01570−GB
Endorsed Letter, (879 in 1:03−md−01570−GBD −FM) MOTION (FILED ON SERVICE DATE) for David F. Genes
Appear Pro Hac Vice. filed by Yassin Abdullah Kadi, (1676 in 1:03−md−01570−GBD −FM) Notice of Appeal filed
Plaintiffs, Thomas E. Burnett, Sr., (13 in 1:04−cv−01076−GBD) FIRST MOTION for Leave to Appear counsel. filed
Christine Irene O'Neill, Carol O'Neill, Dorothy A. O'Neill, John Patrick O'Neill, Jr., (31 in 1:03−md−01570−GBD −F
Endorsement, (341 in 1:04−cv−01076−GBD, 2237 in 1:03−md−01570−GBD −FM) Notice of Appearance filed by S
Relief Committee, (1480 in 1:03−md−01570−GBD −FM) CONSENT MOTION for Extension of Time to File Answ
*Complaint*. filed by International Islamic Relief Organization(IIRO), (976 in 1:03−md−01570−GBD −FM) Notice (C
by Burnett Plaintiffs, (1172 in 1:03−md−01570−GBD −FM) RICO Statement filed by New York Marine and Genera
Company, (202 in 1:04−cv−01076−GBD, 1468 in 1:03−md−01570−GBD −FM) MOTION to Dismiss *Notice of Moti*
Taha Jaber Al−Alwani, (1754 in 1:03−md−01570−GBD −FM) Order, (2152 in 1:03−md−01570−GBD −FM) Stipula
Voluntary Dismissal, filed by Crum & Forster Indemnity Company, North River Insurance Company, Seneca Insurar
Company, Inc., United States Fire Insurance Company, (1107 in 1:03−md−01570−GBD −FM) RICO Statement filed
of John P.O'Neill, Sr., (67 in 1:03−md−01570−GBD −FM) MOTION (FILED ON SERVICE DATE) for Don Howar
M. Smith and Robert D. Brain to Appear Pro Hac Vice. MOTION (FILED ON SERVICE DATE) for Don Howarth,
Smith and Robert D. Brain to Appear Pro Hac Vice. filed by All Plaintiffs, (2251 in 1:03−md−01570−GBD −FM) St
filed by Havlish Plaintiffs, (1915 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, fil
Federal Insurance Company et al., Plaintiffs, (209 in 1:04−cv−01076−GBD, 1493 in 1:03−md−01570−GBD −FM) D
in Opposition to Motion,, filed by Estate of John P.O'Neill, Sr., (1740 in 1:03−md−01570−GBD −FM, 280 in
1:04−cv−01076−GBD) Reply Memorandum of Law in Support of Motion,, filed by Estate of John P.O'Neill, Sr., (94
1:03−md−01570−GBD −FM) RICO Statement filed by Euro Brokers Inc., et al., (158 in 1:03−md−01570−GBD −FM
Appearance filed by Yousef Jameel, (343 in 1:03−md−01570−GBD −FM) MOTION for Extension of Time */Consent*
*and Stipulation as to Service of Process and Extension of Time*. filed by Islamic Investment Company of the Gulf (Sh
DMI Administrative Services S.A., (1775 in 1:03−md−01570−GBD −FM, 287 in 1:04−cv−01076−GBD) Reply Men

of Law in Support of Motion,, filed by Al Shamal Islamic Bank, (856 in 1:03−md−01570−GBD −FM) RICO Stateme
Federal Insurance Company et al., Plaintiffs, (1267 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in S
Motion,, filed by Khaled Bin Salim Bin Mahfouz, (1861 in 1:03−md−01570−GBD −FM) Response in Opposition to
filed by Euro Brokers Inc., et al., Burnett Plaintiffs, World Trade Center Properties LLC, et al., (864 in 1:03−md−015
−FM) Memorandum of Law in Support,,, filed by Abdullah Salaiman Al−Rajhi, (950 in 1:03−md−01570−GBD −FM
(Other) filed by Euro Brokers Inc., et al., World Trade Center Properties LLC, et al., (1934 in 1:03−md−01570−GBD
MOTION for Vincent I. Parrett to Withdraw as Attorney *for the Ashton Plaintiffs*. filed by Kathleen Ashton, (1750 in
1:03−md−01570−GBD −FM, 283 in 1:04−cv−01076−GBD) Order, (2002 in 1:03−md−01570−GBD −FM) Stipulatio
Order, (276 in 1:04−cv−01076−GBD, 1730 in 1:03−md−01570−GBD −FM) Declaration in Support of Motion,, filed
International, Inc., World Assembly of Muslim Youth, (54 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. fil
Rabita Trust, (270 in 1:03−md−01570−GBD −FM) Order on Motion to Appear Pro Hac Vice, (215 in 1:03−md−015
−FM) Memorandum of Law in Opposition to Motion,, filed by Burnett Plaintiffs, (381 in 1:03−md−01570−GBD −FM
Memorandum of Law in Opposition to Motion, filed by Sultan Bin Abdulaziz Al Saud, (2419 in 1:03−md−01570−G
2419 in 1:03−md−01570−GBD −FM) Order, Set Deadlines/Hearings,,,,,,,,,, (2450 in 1:03−md−01570−GBD −FM, 24
1:03−md−01570−GBD −FM) Order, Set Deadlines/Hearings,,,,,,,,,, (328 in 1:03−md−01570−GBD −FM) Reply Mem
of Law in Support of Motion, filed by Yassin Abdullah Al Kadi, (2373 in 1:03−md−01570−GBD −FM) Answer to C
filed by Wamy International, Inc., World Assembly of Muslim Youth, (2240 in 1:03−md−01570−GBD −FM) Memo
Law in Opposition to Motion filed by Plaintiffs Executive Committees, (709 in 1:03−md−01570−GBD −FM) Service
Publication, filed by All Plaintiffs, (42 in 1:04−cv−01076−GBD, 868 in 1:03−md−01570−GBD −FM) Memorandum
Support,,, filed by Abdullah Salaiman Al−Rajhi, (121 in 1:03−md−01570−GBD −FM) Memo Endorsement, (2435 in
1:03−md−01570−GBD −FM) Order, (189 in 1:03−md−01570−GBD −FM) Waiver of Service Executed,, filed by Fed
Insurance Company et al., Plaintiffs, (1761 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to M
filed by Euro Brokers Inc., et al., Federal Insurance Company et al., Plaintiffs, World Trade Center Properties LLC, e
Continental Casualty Company, Estate of John P.O'Neill, Sr., New York Marine and General Insurance Company, (1
1:03−md−01570−GBD −FM) Memorandum of Law in Support filed by Daral Maal Al Islami Trust, (1197 in
1:03−md−01570−GBD −FM, 132 in 1:04−cv−01076−GBD) Affidavit in Support of Motion, filed by Adnan Basha, (
1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by Faisal Islamic Bank, (324 in
1:03−md−01570−GBD −FM) Order on Motion to Appear Pro Hac Vice, (1319 in 1:03−md−01570−GBD −FM) RICO
Statement filed by Federal Insurance Company et al., Plaintiffs, (1691 in 1:03−md−01570−GBD −FM) Stipulation an
Dismissal, (2323 in 1:03−md−01570−GBD −FM) Rule 26 Disclosure filed by Sanabel Al Kheer, Inc., (990 in
1:03−md−01570−GBD −FM, 70 in 1:04−cv−01076−GBD) Stipulation and Order,,, (846 in 1:03−md−01570−GBD −
MOTION to Dismiss. filed by Faisal Islamic Bank, (645 in 1:03−md−01570−GBD −FM) Stipulation and Order,,, (18
1:03−md−01570−GBD −FM) Order, (1098 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John
Sr., (293 in 1:04−cv−01076−GBD, 1844 in 1:03−md−01570−GBD −FM) MOTION for Johnathan Goodman Stacey
Withdraw as Attorney. filed by CO2e.com, LLC, Cantor Fitzgerald Securities, Port Authority of New York & New Je
Espeed, Inc., eSpeed Government Securities, Inc., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Europe, Cant
Fitzgerald Partners, Port Authority Trans−Hudson Corporation, Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald
Cantor Index Limited, Cantor Fitzgerald, L.P., Cantor Fitzgerald International, eSpeed Securities, Inc., (660 in
1:03−md−01570−GBD −FM) Stipulation and Order, (1061 in 1:03−md−01570−GBD −FM) Reply Memorandum of
Support of Motion,, filed by Faisal Islamic Bank, (1189 in 1:03−md−01570−GBD −FM, 124 in 1:04−cv−01076−GB
MOTION to Dismiss. filed by Sheik Hamad Al−Husaini, (723 in 1:03−md−01570−GBD −FM) Status Report, filed b
Turki Al Faisal Al Saud, Abdulrahman Bin Khalid Bin Mahfouz, Mohammed Bin Abdullah Al−Jomaith, Omar M. B
Sheik Hamad Al−Husaini, Tarek M. Bin Laden, Sultan Bin Abdulaziz Al Saud, Mohammed Al Faisal Al Saud, The I
Saudi Arabia, Bakr M Bin Laden, (735 in 1:03−md−01570−GBD −FM, 25 in 1:04−cv−01076−GBD) Service by Pub
filed by All Plaintiffs, (182 in 1:04−cv−01076−GBD, 1415 in 1:03−md−01570−GBD −FM) Response in Support of
filed by Safar Al−Hawali, (1095 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill,
1:03−md−01570−GBD −FM) Response,,, filed by National Commercial Bank, (1127 in 1:03−md−01570−GBD −FM
1:04−cv−01076−GBD) Clerk Certificate of Mailing, (1247 in 1:03−md−01570−GBD −FM, 149 in 1:04−cv−01076−
Memorandum of Law in Opposition to Motion,, filed by Plaintiffs Executive Committees, (688 in 1:03−md−01570−
Notice of Voluntary Dismissal − Signed, (86 in 1:03−md−01570−GBD −FM) MOTION to Dismiss for Lack of Juris
*Third Amended Complaint (Burnett)*. filed by Shahir Abdulraoof Batterjee, (1166 in 1:03−md−01570−GBD −FM) R
Statement filed by World Trade Center Properties LLC, et al., (842 in 1:03−md−01570−GBD −FM) MOTION to Dis
by Faisal Islamic Bank, (547 in 1:03−md−01570−GBD −FM) Clerk Certificate of Mailing,,,,,,,,, (103 in 1:04−cv−010
1134 in 1:03−md−01570−GBD −FM) Clerk Certificate of Mailing, (650 in 1:03−md−01570−GBD −FM) Memorand
in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs, (1877 in 1:03−md−01570−GBD −FM
to Dismiss *the Complaints*. filed by Sheikh Yusuf Al Qardawi, (1509 in 1:03−md−01570−GBD −FM) Affirmation in
to Motion,,, filed by Federal Insurance Company et al., Plaintiffs, (1039 in 1:03−md−01570−GBD −FM) Affirmation
Opposition to Motion,, filed by Plaintiffs Executive Committees, (1246 in 1:03−md−01570−GBD −FM, 148 in
1:04−cv−01076−GBD) Memorandum of Law in Opposition to Motion,, filed by Plaintiffs Executive Committees, (2
1:03−md−01570−GBD −FM) Order on Motion to Appear Pro Hac Vice, (2148 in 1:03−md−01570−GBD −FM) Noti
Notice (Other) filed by All Plaintiffs, (1756 in 1:03−md−01570−GBD −FM) Order,, (2121 in 1:03−md−01570−GBD
Notice of Change of Address,, filed by Safa Trust, Mena Investments, Mar−Jac Investments, Inc., Mohammed Jaghli
Salah, African Muslim Agency, Jamal Barzinji, Muhammad Ashraf, Grove Corporate, Inc., Sterling Management Gr
Sterling Charitable Gift Fund, Taha Al Alwani, International Institute of Islamic Thought, Ahmed Totonji, M. Yaqub

Reston Investments, Inc., M. Omar Ashraf, Mena Corporation, York Foundation, Heritage Education Trust, Iqbal Yu
in 1:03−md−01570−GBD −FM) Notice (Other) filed by Perouz Seda Ghaty, (2163 in 1:03−md−01570−GBD −FM) I
Memorandum of Law in Support of Motion, filed by All Plaintiffs, (139 in 1:03−md−01570−GBD −FM) Notice of A
filed by Salman Bin Abdulaziz Al Saud, (1954 in 1:03−md−01570−GBD −FM) Endorsed Letter, (82 in 1:04−cv−010
Memorandum of Law in Support of Motion filed by Engelbert Schreiber, Jr., Schreiber & Zindel, Frank Zindel, Enge
Schreiber, (1786 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Sheikh Yu
Qardawi, (1623 in 1:03−md−01570−GBD −FM) Endorsed Letter,,, (72 in 1:03−md−01570−GBD −FM) Order Admi
Attorney Pro Hac Vice, (1359 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John P.O'Neill, Sr., (
1:03−md−01570−GBD −FM) Endorsed Letter, (1714 in 1:03−md−01570−GBD −FM, 270 in 1:04−cv−01076−GBD)
to Strike Document No. [1697−98] *Cross Motion to Strike Asat Trust's Motion to Dismiss, Docket No. 1697−98*. MO
Strike Document No. [1697−98] *Cross Motion to Strike Asat Trust's Motion to Dismiss, Docket No. 1697−98*. MOTI
Strike Document No. [1697−98] *Cross Motion to Strike Asat Trust's Motion to Dismiss, Docket No. 1697−98*. filed b
John P.O'Neill, Sr., (2175 in 1:03−md−01570−GBD −FM) MOTION for Extension of Time *Letter Application to Jud*
filed by Estate of John P.O'Neill, Sr., (742 in 1:03−md−01570−GBD −FM) RICO Statement filed by Euro Brokers In
(888 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by DMI Administrative Services S.A., (1916 in
1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Federal Insurance Company et
Plaintiffs, (216 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plaintiffs, (239 in 1:03−md−01570−
Endorsed Letter,, (1860 in 1:03−md−01570−GBD −FM) Order,, (1038 in 1:03−md−01570−GBD −FM) Memorandu
Opposition to Motion,, filed by Plaintiffs Executive Committees, (777 in 1:03−md−01570−GBD −FM) RICO Statem
by Federal Insurance Company et al., Plaintiffs, (212 in 1:03−md−01570−GBD −FM) JOINT MOTION to Serve *Ord*
*Authorizing Plaintiffs to Effectuate Service of Process on Those Defendants for Whom an Address or Location to Ser*
*Summons and Complaint is Unknown, etc.*. filed by Kathleen Ashton, (761 in 1:03−md−01570−GBD −FM) Order Ad
Attorney Pro Hac Vice, (759 in 1:03−md−01570−GBD −FM) Stipulation and Order, (2220 in 1:03−md−01570−GBD
Opposition Brief, filed by Plaintiffs Executive Committees, (33 in 1:03−md−01570−GBD −FM) Memo Endorsement
1:03−md−01570−GBD −FM) MOTION to Dismiss */ Notice of Motion of Yassin Abdullah Kadi To Dismiss Complain*
Yassin Abdullah Kadi, (1825 in 1:03−md−01570−GBD −FM) Affidavit in Opposition to Motion filed by Burnett Pla
(1011 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed by Sami Omar Al−Hu
(577 in 1:03−md−01570−GBD −FM) Stipulation and Order, (1609 in 1:03−md−01570−GBD −FM) Notice of Appea
Federal Insurance Company et al., Plaintiffs, (1037 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (992 in
1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed by Dallah Al Baraka Group L
in 1:03−md−01570−GBD −FM) Stipulation and Order, (1222 in 1:03−md−01570−GBD −FM, 143 in 1:04−cv−0107
Stipulation and Order,, (66 in 1:03−md−01570−GBD −FM) Notice of Voluntary Dismissal − Signed,, (878 in
1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (586 in 1:03−md−01570−GBD
RICO Statement, filed by Christine Irene O'Neill, Carol O'Neill, Dorothy A. O'Neill, John Patrick O'Neill, Jr., Estate
P.O'Neill, Sr., (1973 in 1:03−md−01570−GBD −FM) Suggestion of Death filed by Alfaisaliah Group, (2090 in
1:03−md−01570−GBD −FM) Order, (558 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Internation
Relief Organization(IIRO), (1071 in 1:03−md−01570−GBD −FM) Stipulation and Order,,,,,,, (2448 in 1:03−md−015
−FM) Transcript,, (1356 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John P.O'Neill, Sr., (1996
1:03−md−01570−GBD −FM) Stipulation and Order, (962 in 1:03−md−01570−GBD −FM) RICO Statement filed by
John P.O'Neill, Sr., (94 in 1:03−md−01570−GBD −FM) MOTION to Dismiss *(Notice of Motion)*. filed by DMI Adm
Services S.A., (2241 in 1:03−md−01570−GBD −FM) Affirmation in Opposition to Motion,,,, filed by Plaintiffs Exec
Committees, (1405 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by Daral Maal
Trust, (1131 in 1:03−md−01570−GBD −FM, 100 in 1:04−cv−01076−GBD) Clerk Certificate of Mailing, (1891 in
1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,, filed by Kathleen Ashton, (284 in
1:03−md−01570−GBD −FM) MOTION to Quash *Subpoena Served on Citibank FSB and for a Protective Order*. file
Abdullah Al Kadi, (14 in 1:04−cv−01076−GBD) MOTION for Joshua M. Ambush to Appear Pro Hac Vice. filed by
Irene O'Neill, Carol O'Neill, Dorothy A. O'Neill, John Patrick O'Neill, Jr., (1792 in 1:03−md−01570−GBD −FM) Sti
and Order,, (170 in 1:04−cv−01076−GBD, 1310 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Sup
Motion,, filed by Safar Al−Hawali, (435 in 1:03−md−01570−GBD −FM) MOTION for Service by Publication. filed
Plaintiffs, (1154 in 1:03−md−01570−GBD −FM) RICO Statement filed by World Trade Center Properties LLC, et al
1:03−md−01570−GBD −FM) Affidavit in Support of Motion filed by Saudi Binladin Group, Inc., (356 in
1:04−cv−01076−GBD, 2446 in 1:03−md−01570−GBD −FM) Clerk's Judgment, (1988 in 1:03−md−01570−GBD −F
Endorsed Letter,, (1899 in 1:03−md−01570−GBD −FM) Stipulation and Order of Dismissal, (1323 in 1:03−md−015
−FM) RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (1593 in 1:03−md−01570−GBD −FM)
and Order,, (1544 in 1:03−md−01570−GBD −FM, 237 in 1:04−cv−01076−GBD) Reply Memorandum of Law in Sup
Motion,,, filed by Estate of John P.O'Neill, Sr., (80 in 1:03−md−01570−GBD −FM) Affidavit of Service Other, filed
Ann Foster, Chiemi York, H. Michael Keden, Jennifer Tarantino, (2370 in 1:03−md−01570−GBD −FM) Answer to
filed by Wamy International, Inc., World Assembly of Muslim Youth, (1508 in 1:03−md−01570−GBD −FM) Memo
Law in Opposition to Motion,,, filed by Federal Insurance Company et al., Plaintiffs, (1347 in 1:03−md−01570−GBD
Notice (Other) filed by Estate of John P.O'Neill, Sr., (1596 in 1:03−md−01570−GBD −FM) Stipulation and Order, (2
1:03−md−01570−GBD −FM) Memo Endorsement, (877 in 1:03−md−01570−GBD −FM) RICO Statement filed by E
John P.O'Neill, Sr., (309 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company et al.
(625 in 1:03−md−01570−GBD −FM) Notice of Appearance, filed by Safa Trust, Mar−Jac Investments, Inc., Moham
African Muslim Agency, Jamal Barzinji, Muhammad Ashraf, Taha Jaber Al−Alwani, Grove Corporate, Inc., Sterling

Management Group, Inc., Sterling Charitable Gift Fund, International Institute of Islamic Thought, Ahmed Totonji, M
Mirza, Reston Investments, Inc., M. Omar Ashraf, Mena Corporation, York Foundation, Heritage Education Trust, Ic
(919 in 1:03−md−01570−GBD −FM) MOTION for Entry of Judgment under Rule 54(b) *NOTICE OF MOTION FOR OF FINAL JUDGMENTS REGARDING DEFENDANTS KINGDOM OF SAUDI ARABIA, PRINCE SULTAN BIN AI AL SAUD, PRINCE TURKI AL FAISAL AL SAUD, PRINCE MOHAMED AL FAISAL AL SAUD, AND AL MOTION Judgment under Rule 54(b) NOTICE OF MOTION FOR ENTRY OF FINAL JUDGMENTS REGARDING DEFENDA KINGDOM OF SAUDI ARABIA, PRINCE SULTAN BIN ABDUL AZIZ AL SAUD, PRINCE TURKI AL FAISAL AL S PRINCE MOHAMED AL FAISAL AL SAUD, AND AL MOTION for Entry of Judgment under Rule 54(b) NOTICE O FOR ENTRY OF FINAL JUDGMENTS REGARDING DEFENDANTS KINGDOM OF SAUDI ARABIA, PRINCE SU ABDUL AZIZ AL SAUD, PRINCE TURKI AL FAISAL AL SAUD, PRINCE MOHAMED AL FAISAL AL SAUD, AND MOTION for Entry of Judgment under Rule 54(b) NOTICE OF MOTION FOR ENTRY OF FINAL JUDGMENTS RE DEFENDANTS KINGDOM OF SAUDI ARABIA, PRINCE SULTAN BIN ABDUL AZIZ AL SAUD, PRINCE TURKI A AL SAUD, PRINCE MOHAMED AL FAISAL AL SAUD, AND AL filed by Plaintiffs Executive Committees, (1091 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (334 in 1:03−md−01570−GBL Reply Memorandum of Law in Support of Motion, filed by Safar Al−Hawali, (2401 in 1:03−md−01570−GBD −FM) Letter, (6 in 1:04−cv−01076−GBD, 183 in 1:03−md−01570−GBD −FM) Endorsed Letter,,, (1791 in 1:03−md−01 −FM) Stipulation and Order, (1381 in 1:03−md−01570−GBD −FM) Rule 7.1 Corporate Disclosure Statement filed Del Gottardo, (1811 in 1:03−md−01570−GBD −FM, 291 in 1:04−cv−01076−GBD) Reply Memorandum of Law in Motion,, filed by Asat Trust Reg., (1079 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.C (107 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Abdul Al−Moslah, (1429 in 1:03−md−01570−C Answer to Complaint filed by Jamal Barzinji, (1360 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Estate c P.O'Neill, Sr., (431 in 1:03−md−01570−GBD −FM) Rule 7.1 Corporate Disclosure Statement filed by Federal Insur Company et al., Plaintiffs, (1490 in 1:03−md−01570−GBD −FM) RICO Statement filed by World Trade Center Proj LLC, et al., (1837 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,, filed by Euro Bro et al., World Trade Center Properties LLC, et al., New York Marine and General Insurance Company, (1407 in 1:03−md−01570−GBD −FM) Endorsed Letter, (714 in 1:03−md−01570−GBD −FM) Clerk Certificate of Mailing, 1:03−md−01570−GBD −FM) Rule 7.1 Corporate Disclosure Statement filed by National Commercial Bank, (1025 i 1:03−md−01570−GBD −FM) Stipulation and Order of Dismissal,, (1423 in 1:03−md−01570−GBD −FM, 190 in 1:04−cv−01076−GBD) Response in Support of Motion,, filed by Abdullah Omar Naseef, (1812 in 1:03−md−01570− −FM) Endorsed Letter, (1236 in 1:03−md−01570−GBD −FM, 1236 in 1:03−md−01570−GBD −FM) Stipulation a Set Deadlines/Hearings,,,,,, (29 in 1:04−cv−01076−GBD, 751 in 1:03−md−01570−GBD −FM) Clerk Certificate of (271 in 1:03−md−01570−GBD −FM) Order on Motion to Appear Pro Hac Vice, (474 in 1:03−md−01570−GBD −I Affirmation in Opposition to Motion,, filed by Burnett Plaintiffs, (109 in 1:03−md−01570−GBD −FM) MOTION to filed by Sulaiman Al−Ali, (555 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Soliman H.S. Al−Buthe, (1 i 1:03−md−01570−GBD −FM) MDL Conditional Transfer In Order,, (1454 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion,, filed by Yousef Jameel, (1368 in 1:03−md−01570−GBD −FM) Notice ( Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by Burnett Plaintiffs, (103 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Aqeel Al−Aqeel, (1044 in 1:03−md−01570−GBD −FM Stipulation and Order, (1165 in 1:03−md−01570−GBD −FM) RICO Statement filed by Euro Brokers Inc., et al., (1( 1:03−md−01570−GBD −FM) Declaration in Opposition to Motion,,,, filed by Plaintiffs Executive Committees, (78 i 1:03−md−01570−GBD −FM) Response in Opposition to Motion, filed by Burnett Plaintiffs, (1119 in 1:03−md−015 −FM) Stipulation and Order,,,, (265 in 1:04−cv−01076−GBD, 1643 in 1:03−md−01570−GBD −FM) Declaration i Opposition to Motion,,, filed by Estate of John P.O'Neill, Sr., (525 in 1:03−md−01570−GBD −FM) Stipulation and in 1:04−cv−01076−GBD, 1000 in 1:03−md−01570−GBD −FM) Order, (1706 in 1:03−md−01570−GBD −FM) Re Memorandum of Law in Support of Motion, filed by Mohammed Jaghlit, Muhammad Ashraf, Ahmed Totonji, M. Yaqu M. Omar Ashraf, Iqbal Yunus, (1385 in 1:03−md−01570−GBD −FM) MOTION to Dismiss NY Marine. filed by Ibra Abdul Aziz Al Ibrahim Foundation, (316 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Mo by Federal Insurance Company et al., Plaintiffs, (336 in 1:04−cv−01076−GBD, 2208 in 1:03−md−01570−GBD −F MOTION for Hugh D. Higgins to Appear Pro Hac Vice. filed by Faisal Islamic Bank−Sudan, Faisal Islamic Bank, F Islamic Bank (Sudan), (819 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed Joint Relief Committee, (1799 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Sanabel Al−Kheer, Inc., Al S Islamic Bank, Tadamon Islamic Bank, (62 in 1:03−md−01570−GBD −FM) Memo Endorsement, (134 in 1:03−md−01570−GBD −FM) Waiver of Service Executed,,,,,, filed by American Alternative Insurance Corporation, and Casualty Company of New York, American Employers' Insurance Company, Allstate Insurance Company, Chubl Insurance Company, Glens Falls Insurance Company, Chubb Custom Insurance Company, American Zurich Insuran Company, Northern Insurance Company of New York, Crum & Forster Indemnity Company, Commercial Insurance Newark, N.J., North River Insurance Company, Valiant Insurance Company, Maryland Casualty Company, Great La Reinsurance (UK) PLC, Pacific Indemnity Company, CNA Casualty of California, Great Northern Insurance Compa Beacon Insurance Company, Federal Insurance Company, Amlin Underwriting, Ltd., Hiscox Dedicated Corporate M Ltd., Continental Insurance Company, The Camden Fire Insurance Association, Zurich American Insurance Compar Insurance Company of New Jersey, Seneca Insurance Company, Inc., Fidelity And Deposit Company of Maryland, A Guarantee and Liability Insurance Company, United States Fire Insurance Company, The Princeton Excess & Surpl Insurance Company, Chubb Insurance Company of Canada, One Beacon America Insurance Company, Continental Company of New Jersey, Assurance Company of Amer, Colonial American Casualty and Surety Insurance Company,*

*Insurance Company, Homeland Insurance Company of New York, (345 in 1:03−md−01570−GBD −FM) Stipulation (372 in 1:03−md−01570−GBD −FM) Endorsed Letter, (252 in 1:04−cv−01076−GBD, 1601 in 1:03−md−01570−C Reply Memorandum of Law in Support of Motion,, filed by Ibrahim Bin Abdulaziz Al Ibrahim, (2386 in 1:03−md−01 −FM) Affirmation in Opposition to Motion,,, filed by Plaintiffs Executive Committees, (2001 in 1:03−md−01570−GI Stipulation and Order, (2181 in 1:03−md−01570−GBD −FM) Order, (917 in 1:03−md−01570−GBD −FM) Stipula Order,, (809 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,,, filed by Plaintiffs PI Committee, (330 in 1:04−cv−01076−GBD, 2178 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) fil Plaintiffs Executive Committees, (240 in 1:04−cv−01076−GBD, 1548 in 1:03−md−01570−GBD −FM) Amended Ar Complaints, filed by International Islamic Relief Organization(IIRO), (502 in 1:03−md−01570−GBD −FM) Memora Law in Opposition to Motion, filed by Burnett Plaintiffs, (953 in 1:03−md−01570−GBD −FM) RICO Statement filed Insurance Company et al., Plaintiffs, (1121 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John Sr., (41 in 1:03−md−01570−GBD −FM) MOTION to Dismiss Memorandum of Law in Support of Motion to Dismiss Fourth Amended Consolidated Master Complaint in Ashton et al. v. Al Qaeda Islamic, et al.. filed by Mohammed Al Saud, (1092 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (85 in 1:03−md−01570−GBD −FM) MOTION to Dismiss for Lack of Jurisdiction the Third Amended Complaint (Burnett) to Dismiss for Lack of Jurisdiction the Third Amended Complaint (Burnett). filed by Abdullah Muhsen Al Turki, (397 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion filed by All Plaintiffs, (117 in 1:04−cv−01076−GBD, 1182 in 1:03−md−01570−GBD −FM) Affidavit in Support of Motion,, filed by Abdullah Bin Al−Obaid, (309 in 1:04−cv−01076−GBD, 309 in 1:04−cv−01076−GBD, 1970 in 1:03−md−01570−GBD −FM, 19 1:03−md−01570−GBD −FM) Order,,, Set Deadlines/Hearings,, (2193 in 1:03−md−01570−GBD −FM) Endorsed L in 1:03−md−01570−GBD −FM) Notice of Voluntary Dismissal − Signed, (1769 in 1:03−md−01570−GBD −FM) M Dismiss Notice of Motion. filed by Tadamon Islamic Bank, (1075 in 1:03−md−01570−GBD −FM) RICO Statement f Estate of John P.O'Neill, Sr., (643 in 1:03−md−01570−GBD −FM) MOTION to Dismiss the Claims against defenda Mohammad Abdullad Aljomaih pursuant to Rule 25. filed by Mohammad Abdullah Aljomaih, (2255 in 1:03−md−015 −FM, 2255 in 1:03−md−01570−GBD −FM) Stipulation and Order, Add and Terminate Attorneys,,,, (1225 in 1:03−md−01570−GBD −FM, 1225 in 1:03−md−01570−GBD −FM, 145 in 1:04−cv−01076−GBD, 145 in 1:04−cv−01076−GBD) Order, Set Deadlines/Hearings,,,,,, (1790 in 1:03−md−01570−GBD −FM) Stipulation and ( in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Federal Insurance Compan Plaintiffs, (1043 in 1:03−md−01570−GBD −FM) Stipulation and Order,,,, (58 in 1:04−cv−01076−GBD) Notice of filed by Erwin Watcher, Martin Watcher, (436 in 1:03−md−01570−GBD −FM) Affirmation in Opposition to Motion Federal Insurance Company et al., Plaintiffs, (101 in 1:04−cv−01076−GBD, 1132 in 1:03−md−01570−GBD −FM) Certificate of Mailing, (1321 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company Plaintiffs, (1169 in 1:03−md−01570−GBD −FM) RICO Statement filed by Continental Casualty Company, (2294 in 1:03−md−01570−GBD −FM) Affidavit in Support of Motion filed by Saudi Binladin Group, Inc., (1328 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John P.O'Neill, Sr., (141 in 1:04−cv−01076−GBD, 1:03−md−01570−GBD −FM) Affidavit in Support of Motion,, filed by Abdullah Omar Naseef, (2424 in 1:03−md−0 −FM) Order,, (2127 in 1:03−md−01570−GBD −FM) Notice of Appearance filed by Saudi Joint Relief Committee, ( 1:03−md−01570−GBD −FM) Notice of Appearance filed by Port Authority of New York & New Jersey, Cantor Fitz Co., (392 in 1:03−md−01570−GBD −FM) Waiver of Service Executed filed by Federal Insurance Company et al., F (92 in 1:04−cv−01076−GBD) RICO Statement, filed by Estate of John Patrick O'Neill Sr., (553 in 1:03−md−01570 −FM) Reply Memorandum of Law in Support of Motion,, filed by National Commercial Bank, (1952 in 1:03−md−01 −FM) Order, (1305 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support filed by Abdul Aziz Al Ibrahim 1:03−md−01570−GBD −FM) MDL Conditional Transfer In Order,, (2247 in 1:03−md−01570−GBD −FM, 346 in 1:04−cv−01076−GBD) Reply Memorandum of Law in Support filed by C. O'Neill, (1282 in 1:03−md−01570−GBD Notice (Other), Notice (Other) filed by Euro Brokers Inc., et al., Burnett Plaintiffs, World Trade Center Properties Ll (582 in 1:03−md−01570−GBD −FM) RICO Statement, filed by Christine Irene O'Neill, Carol O'Neill, Dorothy A. C Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr., (557 in 1:03−md−01570−GBD −FM, 20 in 1:04−cv−01076−GBL Declaration in Support of Motion,, filed by Yassin Abdullah Kadi, (835 in 1:03−md−01570−GBD −FM) MOTION to filed by Faisal Islamic Bank, (120 in 1:04−cv−01076−GBD, 1185 in 1:03−md−01570−GBD −FM) Affidavit in Sup Motion,, filed by Abdullah Muhsen Al Turki, (94 in 1:04−cv−01076−GBD, 1114 in 1:03−md−01570−GBD −FM) R Opposition to Motion,, filed by Estate of John P.O'Neill, Sr., (254 in 1:03−md−01570−GBD −FM) Reply Memorand in Support of Motion, filed by DMI Administrative Services S.A., (604 in 1:03−md−01570−GBD −FM) Stipulation a (2054 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Abdul Hamid Abu Sulayman, (504 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (2274 in 1:03−md−01570−GBD −FM) MOTION for Juan P. Mori Appear Pro Hac Vice. filed by Dubai Islamic Bank, (737 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (9 1:03−md−01570−GBD −FM) RICO Statement filed by World Trade Center Properties LLC, et al., (12 in 1:04−cv−01076−GBD) FIRST MOTION for Roger P. Alford to Appear Pro Hac Vice. filed by Christine Irene O'Nei O'Neill, Dorothy A. O'Neill, John Patrick O'Neill, Jr., (114 in 1:03−md−01570−GBD −FM) Clerk Certificate of Ma in 1:03−md−01570−GBD −FM) Suggestion of Death filed by Mohammed Bin Abdullah Al−Jomaith, (2103 in 1:03−md−01570−GBD −FM) Stipulation and Order of Dismissal,,,, (206 in 1:03−md−01570−GBD −FM) Brief file Trust, (1554 in 1:03−md−01570−GBD −FM) Order,,, (725 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. f Sami Omar Al−Hussayen, (620 in 1:03−md−01570−GBD −FM) Amended Complaint,,,,,,,, filed by Christine Irene C Carol O'Neill, Dorothy A. O'Neill, John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr., (171 in 1:03−md−01570− Reply Memorandum of Law in Support of Motion, filed by Mohammed Al Faisal Al Saud, (340 in 1:03−md−01570−*

*Declaration in Support of Motion filed by Sami Omar Al−Hussayen, (2301 in 1:03−md−01570−GBD −FM) Declara Support of Motion filed by Saudi Binladin Group, Inc., (388 in 1:03−md−01570−GBD −FM) Affidavit of Service Co filed by Federal Insurance Company et al., Plaintiffs, (57 in 1:03−md−01570−GBD −FM) MOTION for Oral Argum Renewed Motion To Dismiss. filed by Al Rajhi Banking and Investment, (1168 in 1:03−md−01570−GBD −FM) Noti Notice (Other) filed by Estate of John P.O'Neill, Sr., (1111 in 1:03−md−01570−GBD −FM) Stipulation and Order,,, 1:03−md−01570−GBD −FM) Order on Motion to Appear Pro Hac Vice, (1088 in 1:03−md−01570−GBD −FM) RI Statement filed by Estate of John P.O'Neill, Sr., (956 in 1:03−md−01570−GBD −FM) Memorandum of Law in Supp Motion,, filed by Dubai Islamic Bank, (820 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Federal Insuran Company et al., Plaintiffs, (2339 in 1:03−md−01570−GBD −FM) Endorsed Letter, (1285 in 1:03−md−01570−GBL Notice (Other) filed by Euro Brokers Inc., et al., Burnett Plaintiffs, World Trade Center Properties LLC, et al., (226 i 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by Naif Bin Abdulaziz Al Saud, (716 1:03−md−01570−GBD −FM) RICO Statement filed by World Trade Center Properties LLC, et al., (1386 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundat 1:03−md−01570−GBD −FM) Certificate of Service Other, filed by Kathleen Ashton, (799 in 1:03−md−01570−GBL Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs, (156 in 1:04−cv−010 1254 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,, filed by Plaintiffs Executive C (2138 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Al Haramain Islamic Foundation, Inc., (941 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (1009 in 1:03−md−01570−GBD −FM) Affidavit in Oppositic Motion,,, filed by Euro Brokers Inc., et al., Burnett Plaintiffs, Federal Insurance Company, World Trade Center Prop et al., Kathleen Ashton, Continental Casualty Company, Cantor Fitzgerald & Co., John Patrick O'Neill, Jr., New Yor and General Insurance Company, (766 in 1:03−md−01570−GBD −FM) Order Admitting Attorney Pro Hac Vice, (1 1:04−cv−01076−GBD, 1268 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion,, fi Hamad Al−Husaini, (1787 in 1:03−md−01570−GBD −FM) Endorsed Letter, (977 in 1:03−md−01570−GBD −FM, (Other), Notice (Other), Notice (Other), Notice (Other) filed by Burnett Plaintiffs, (1151 in 1:03−md−01570−GBD − MOTION to Withdraw (499) MOTION to Dismiss Notice of Motion to Dismiss., (94) MOTION to Dismiss (Notice of (254) Reply Memorandum of Law in Support of Motion,, (617) Reply Memorandum of Law in Support of Motion. MC Withdraw (499) MOTION to Dismiss Notice of Motion to Dismiss., (94) MOTION to Dismiss (Notice of Motion)., (25 Memorandum of Law in Support of Motion,, (617) Reply Memorandum of Law in Support of Motion. filed by DMI Administrative Services S.A., (1081 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Ne in 1:04−cv−01076−GBD, 1433 in 1:03−md−01570−GBD −FM) MOTION to Dismiss Notice of Motion. filed by Sa Mar−Jac Investments, Inc., African Muslim Agency, Grove Corporate, Inc., Sterling Management Group, Inc., Sterli Charitable Gift Fund, International Institute of Islamic Thought, Reston Investments, Inc., Mena Corporation, York F Heritage Education Trust, (896 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plaintiffs, (52 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Al Baraka Investment & Development Corp., Saleh Abd Kamel, (615 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (1049 in 1:03−md−01570−GBD −FM) Status filed by All Plaintiffs, (1393 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion, filed by Ba Gottardo, (1411 in 1:03−md−01570−GBD −FM) MOTION to Dismiss Notice of Motion. filed by Council on Americ Relations (CAIR), (1536 in 1:03−md−01570−GBD −FM) Answer to Amended Complaint,,,,,, filed by International I Relief Organization(IIRO), (47 in 1:04−cv−01076−GBD, 892 in 1:03−md−01570−GBD −FM) MOTION to Dismiss Soliman H.S. Al−Buthe, (1291 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plaintiffs, (2209 in 1:03−md−01570−GBD −FM, 2209 in 1:03−md−01570−GBD −FM) Order, Set Deadlines/Hearings,, (1212 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Euro Brokers Inc., et al., Burnett Plaintiffs, World Trade Cent Properties LLC, et al., (2041 in 1:03−md−01570−GBD −FM) Order, (1944 in 1:03−md−01570−GBD −FM, 1944 i 1:03−md−01570−GBD −FM) Endorsed Letter, Set Deadlines/Hearings,, (2298 in 1:03−md−01570−GBD −FM) Af Support of Motion filed by Saudi Binladin Group, Inc., (498 in 1:03−md−01570−GBD −FM) Memorandum of Law i Opposition to Motion filed by Tarik Hamdi, (2 in 1:03−md−01570−GBD −FM) Endorsed Letter, (203 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed by Wa'el Jalaidan, (168 in 1:04−cv−01076−GBD, 1308 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion,, fi Mohammed Badkook, (348 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by Alfa Group, Faisal Group Holding Co., Abdullah Al Faisal Bin Abdulaziz AlSaud, Mohammed Bin Abdulrahman Al Arief 1:04−cv−01076−GBD, 2131 in 1:03−md−01570−GBD −FM) Order Admitting Attorney Pro Hac Vice, (285 in 1:04−cv−01076−GBD, 1753 in 1:03−md−01570−GBD −FM) Order, (154 in 1:04−cv−01076−GBD, 1252 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,, filed by Plaintiffs Executive Committe 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed by Saudi Red Crescent, (2122 1:03−md−01570−GBD −FM) MOTION to Stay NCB's Renewed Motion to Dismiss. filed by Kathleen Ashton, (30 in 1:04−cv−01076−GBD, 752 in 1:03−md−01570−GBD −FM) Clerk Certificate of Mailing,,, (1293 in 1:03−md−015 −FM) Notice (Other) filed by Burnett Plaintiffs, (1893 in 1:03−md−01570−GBD −FM) Order,, (629 in 1:03−md−0 −FM) RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (647 in 1:03−md−01570−GBD −FM) Statement filed by Federal Insurance Company et al., Plaintiffs, (353 in 1:03−md−01570−GBD −FM, 353 in 1:03−md−01570−GBD −FM) MOTION to Dismiss Failure to State a Claim. MOTION to Dismiss for Lack of Jurisa of Subject Matter Jurisdiction. filed by Al Baraka Investment & Development Corp., Saleh Abdullah Kamel, (1424 in 1:03−md−01570−GBD −FM, 191 in 1:04−cv−01076−GBD) Response in Support of Motion,, filed by Saudi Red Cr (109 in 1:04−cv−01076−GBD, 1174 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Saudi Red Cres in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed by Saudi Binladin Group, In*

*1:03−md−01570−GBD −FM) Stipulation and Order, (440 in 1:03−md−01570−GBD −FM) Rule 7.1 Corporate Dis
Statement filed by Federal Insurance Company et al., Plaintiffs, (2329 in 1:03−md−01570−GBD −FM) Certificate c
Other filed by Port Authority of New York & New Jersey, Port Authority Trans−Hudson Corporation, WTC Retail LI
1:03−md−01570−GBD −FM) Notice (Other) filed by Al Haramain Islamic Foundation, Inc., (1022 in 1:03−md−01
−FM) Order,, (1443 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion,, filed by Council c
American−Islamic Relations (CAIR), (939 in 1:03−md−01570−GBD −FM) RICO Statement, filed by Port Authority
York & New Jersey, Cantor Fitzgerald & Co., (17 in 1:04−cv−01076−GBD) Notice of Appearance filed by Christine
O'Neill, Estate of John Patrick O'Neill Sr., Carol O'Neill, Dorothy A. O'Neill, John Patrick O'Neill, Jr., (2018 in
1:03−md−01570−GBD −FM) Order on Motion to Withdraw as Attorney, (2134 in 1:03−md−01570−GBD −FM) O
in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Federal Insurance Compan
Plaintiffs, (271 in 1:04−cv−01076−GBD, 1715 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support oj
filed by Estate of John P.O'Neill, Sr., (2378 in 1:03−md−01570−GBD −FM) Rule 26 Disclosure filed by Al Harama
Foundation, Inc., (1894 in 1:03−md−01570−GBD −FM) Amended Complaint,,,,, filed by Judith Reiss, Ellen L. Sara
Maerz, Jr., Matthew T. Sellitto, Linda Panik, William Coale, Pacific Indemnity Company, Federal Insurance Compai
Minervino, Martina Lyne−Ann Panik, Loisanne Diehl, All Plaintiffs, Tina Grazioso, Deena Burnett, Fiona Havlish, S
Cartledge, Martin Panik, Patricia J. Perry, Tara Bane, Jin Liu, Thomas E. Burnett, Sr., Grace M. Parkinson−Godsh
TheresaAnn Lostrangio, Clara Chirchirillo, Russa Steiner, Vigilant Insurance Company, (2414 in 1:03−md−01570−
−FM) MOTION For Frederick J. Goetz to appear Pro Hac Vice. filed by Wamy International, Inc., World Assembly
Youth, (1725 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (1261 in 1:03−md−01570−GBD −FM) Affid
Service Complaints,,,,, filed by Federal Insurance Company et al., Plaintiffs, (1751 in 1:03−md−01570−GBD −FM)
(104 in 1:03−md−01570−GBD −FM) MOTION to Dismiss., (880 in 1:03−md−01570−GBD −FM) Order on Motioi
Pro Hac Vice, (1362 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John P.O'Neill, Sr., (180 in
1:04−cv−01076−GBD, 1409 in 1:03−md−01570−GBD −FM) MOTION for Extension of Time Motion for an Order
Indefinately the Time For Defendant Faisal Islamic Bank − Sudan to Respond to Recent Pleadings. filed by Faisal Is
(51 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Abdul Rahman Bin Kahlid Bin Mahfouz, (1125 ir
1:03−md−01570−GBD −FM) RICO Statement filed by World Trade Center Properties LLC, et al., (2322 in
1:03−md−01570−GBD −FM) Rule 26 Disclosure filed by Sana−Bell, Inc., (542 in 1:03−md−01570−GBD −FM) St
and Order, (657 in 1:03−md−01570−GBD −FM) MOTION to Dismiss the Consolidated Property Damage and Insu
Complaints (Continental Casualty, Euro Brokers, Federal Insurance, NY Marine, and World Trade Center Propertie
MOTION to Dismiss the Consolidated Property Damage and Insurance Complaints (Continental Casualty, Euro Bro
Federal Insurance, NY Marine, and World Trade Center Properties). filed by Perouz Seda Ghaty, (329 in
1:04−cv−01076−GBD, 2171 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed t
Plaintiffs, (1036 in 1:03−md−01570−GBD −FM) Declaration in Opposition to Motion,,,, filed by Plaintiffs Executiv
Committees, (786 in 1:03−md−01570−GBD −FM) Stipulation and Order, (1428 in 1:03−md−01570−GBD −FM)
Memorandum of Law in Support,,, filed by Safa Trust, Mar−Jac Investments, Inc., Mohammed Jaghlit, African Musl
Grove Corporate, Inc., Sterling Management Group, Inc., Sterling Charitable Gift Fund, International Institute of Isl
Thought, Ahmed Totonji, Reston Investments, Inc., Mena Corporation, York Foundation, Heritage Education Trust, (
1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (1770 in
1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by Tadamon Islamic Bank, (50 in
1:03−md−01570−GBD −FM) MOTION to Dismiss Reply Memorandum in Support of Motion to Dismiss. filed by M
Bin Abdullah Al−Jomaith, (238 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion filec
Kathleen Ashton, (207 in 1:04−cv−01076−GBD, 1491 in 1:03−md−01570−GBD −FM) Memorandum of Law in Op
Motion,, filed by Estate of John P.O'Neill, Sr., (77 in 1:03−md−01570−GBD −FM) Order Admitting Attorney Pro H
(133 in 1:03−md−01570−GBD −FM) Waiver of Service Executed,,,,,,,,,,, filed by American Alternative Insurance Co
Fidelity and Casualty Company of New York, American Employers' Insurance Company, Allstate Insurance Compan
Indemnity Insurance Company, Glens Falls Insurance Company, Chubb Custom Insurance Company, American Zuri
Insurance Company, Northern Insurance Company of New York, Crum & Forster Indemnity Company, Commercial
Company of Newark, N.J., North River Insurance Company, Valiant Insurance Company, Maryland Casualty Compa
Lakes Reinsurance (UK) PLC, Pacific Indemnity Company, CNA Casualty of California, Great Northern Insurance C
One Beacon Insurance Company, Federal Insurance Company, Amlin Underwriting, Ltd., Hiscox Dedicated Corpor
Member, Ltd., Continental Insurance Company, The Camden Fire Insurance Association, Zurich American Insuranc
Chubb Insurance Company of New Jersey, Steadfast Insurance Company, Seneca Insurance Company, Inc., Fidelity
Deposit Company of Maryland, American Guarantee and Liability Insurance Company, United States Fire Insurance
The Princeton Excess & Surplus Lines Insurance Company, Chubb Insurance Company of Canada, One Beacon Ame
Insurance Company, Continental Insurance Company of New Jersey, Assurance Company of Amer, Colonial Americ
and Surety Insurance Company, National Ben Franklin Insurance Company of Illinois, Vigilant Insurance Company,
Insurance Company of New York, (2291 in 1:03−md−01570−GBD −FM) Affidavit in Support of Motion filed by Sau
Group, Inc., (1437 in 1:03−md−01570−GBD −FM) Declaration in Support of Motion,,, filed by Erwin Watcher, Ser
Treuhand Anstalt, Asat Trust Reg., Martin Watcher, (380 in 1:03−md−01570−GBD −FM) Memorandum of Law in
to Motion, filed by Turki Al Faisal Al Saud, (710 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal
Company et al., Plaintiffs, (574 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filec
Federal Insurance Company et al., Plaintiffs, (135 in 1:04−cv−01076−GBD, 1200 in 1:03−md−01570−GBD −FM)
Support of Motion,, filed by Shahir Abdulraoof Batterjee, (117 in 1:03−md−01570−GBD −FM) Stipulation and Ord
1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Faisal Islamic Bank, (1498 in 1:03−md−01570−GBD −*

*in 1:04−cv−01076−GBD) Declaration in Support of Motion,,, filed by Estate of John P.O'Neill, Sr., (697 in 1:03−md−01570−GBD −FM) RICO Statement filed by Euro Brokers Inc., et al., (1442 in 1:03−md−01570−GBD − Endorsed Letter, (2387 in 1:03−md−01570−GBD −FM) Affirmation in Opposition to Motion,,, filed by Plaintiffs Ex Committees, (540 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (1809 in 1:03−md−01570−GBD −FM) Notice Notice (Other) filed by Federal Insurance Company et al., Plaintiffs, (461 in 1:03−md−01570−GBD −FM) MOTIO Dismiss Certain Defendants. This Motion relates only to Civil Action No. 02 CV 7236. filed by Virginia Bauer, (105 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Mohamad Jamal Khalifa, (1450 in 1:03−md−01570−G 198 in 1:04−cv−01076−GBD) Memorandum of Law in Support of Motion,, filed by Mohammed Jaghlit, Muhammad Taha Jaber Al−Alwani, Ahmed Totonji, M. Yaqub Mirza, M. Omar Ashraf, Iqbal Unus (Yunus), (331 in 1:04−cv−01 2183 in 1:03−md−01570−GBD −FM) Order,, (2014 in 1:03−md−01570−GBD −FM) Order on Motion to Stay, (11 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (426 in 1:03−md−01570−GBD −FM) Endorsed Letter, (711 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (244 1:03−md−01570−GBD −FM) Notice of Filing Transcript, (419 in 1:03−md−01570−GBD −FM) Notice (Other) file Mohammed Al Faisal Al Saud, (1271 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Euro Inc., et al., Burnett Plaintiffs, World Trade Center Properties LLC, et al., (292 in 1:04−cv−01076−GBD, 1842 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion,, filed by Tadamon Islamic Bank, (1 1:03−md−01570−GBD −FM) Declaration in Opposition to Motion,,,,, filed by Euro Brokers Inc., et al., Federal Ins Company et al., Plaintiffs, World Trade Center Properties LLC, et al., Continental Casualty Company, Estate of John Sr., New York Marine and General Insurance Company, (459 in 1:03−md−01570−GBD −FM) Memorandum of Lav Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs, (2084 in 1:03−md−01570−GBD −FM) Change of Address, filed by Estate of John P.O'Neill, Sr., (415 in 1:03−md−01570−GBD −FM) MOTION to Dismis Motion. filed by SNCB Corporate Finance Ltd., SNCB Securities Ltd. in London, (784 in 1:03−md−01570−GBD −F Stipulation and Order, (254 in 1:04−cv−01076−GBD, 1612 in 1:03−md−01570−GBD −FM) Reply Memorandum o Support of Motion,,, filed by Safa Trust, Mar−Jac Investments, Inc., African Muslim Agency, Grove Corporate, Inc., Management Group, Inc., Sterling Charitable Gift Fund, International Institute of Islamic Thought, Reston Investmen Mena Corporation, York Foundation, Heritage Education Trust, (975 in 1:03−md−01570−GBD −FM) Notice (Othe Burnett Plaintiffs, (713 in 1:03−md−01570−GBD −FM) Clerk Certificate of Mailing Received,,,,,,,,,, (2353 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Al Haramain Islamic Foundation, Inc., (774 in 1:03−md−015 −FM) RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (2036 in 1:03−md−01570−GBD −FM, and Recommendations, (282 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion filed by Plaintiffs, (1171 in 1:03−md−01570−GBD −FM) Notice (Other) filed by DMI Administrative Services S.A., (1003 in 1:03−md−01570−GBD −FM) Order, (1672 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (1890 in 1:03−md−01570−GBD −FM) MOTION for Ugo Colella to Withdraw as Attorney of Record for National Commerci Saudia Arabia. filed by National Commercial Bank of Saudi Arabia, (775 in 1:03−md−01570−GBD −FM) RICO Sta filed by Port Authority of New York & New Jersey, Cantor Fitzgerald & Co., (1341 in 1:03−md−01570−GBD −FM) (Other) filed by Estate of John P.O'Neill, Sr., (1085 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate P.O'Neill, Sr., (686 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,, filed by Kathle (1099 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (110 in 1:03−md−01 −FM) MOTION to Dismiss. filed by Islamic Assembly of North America, (2130 in 1:03−md−01570−GBD −FM, 324 1:04−cv−01076−GBD) Order Admitting Attorney Pro Hac Vice, (960 in 1:03−md−01570−GBD −FM) RICO Stater by Estate of John P.O'Neill, Sr., (2108 in 1:03−md−01570−GBD −FM) Order,, (1510 in 1:03−md−01570−GBD − Stipulation and Order,,, (2383 in 1:03−md−01570−GBD −FM, 2383 in 1:03−md−01570−GBD −FM, 350 in 1:04−cv−01076−GBD, 350 in 1:04−cv−01076−GBD) Stipulation and Order, Set Deadlines/Hearings,, (1372 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plaintiffs, (700 in 1:03−md−01570−GBD −FM) RIC filed by World Trade Center Properties LLC, et al., (75 in 1:04−cv−01076−GBD, 1004 in 1:03−md−01570−GBD − Stipulation and Order,, (272 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,,, filed Plaintiffs, (2351 in 1:03−md−01570−GBD −FM) Answer to Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed b Seda Ghaty, (112 in 1:03−md−01570−GBD −FM) Clerk Certificate of Mailing, (883 in 1:03−md−01570−GBD −F Dismissal,,, (1228 in 1:03−md−01570−GBD −FM) MOTION to Add Party(ies) Thomas E. Burnett, Sr., et al. Motio Parties Pursuant to Federal Rule of Civil Procedure 15(d). MOTION to Add Party(ies) Thomas E. Burnett, Sr., et al. Add Parties Pursuant to Federal Rule of Civil Procedure 15(d). MOTION to Add Party(ies) Thomas E. Burnett, Sr., Motion to Add Parties Pursuant to Federal Rule of Civil Procedure 15(d). filed by Burnett Plaintiffs, (342 in 1:03−md−01570−GBD −FM) Transcript, (1 in 1:04−cv−01076−GBD) MDL Conditional Transfer In Order, (2167 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion, filed by National Commercial Bank, (104 1:03−md−01570−GBD −FM, 81 in 1:04−cv−01076−GBD) Memorandum of Law in Support of Motion, filed by Eng Schreiber, Jr, Schreiber & Zindel, Frank Zindel, Engelbert Schreiber, (223 in 1:03−md−01570−GBD −FM) MOTIO Dismiss − Ashton v. Al Qaeda. filed by Saudi American Bank, (2279 in 1:03−md−01570−GBD −FM) Memorandum Opposition to Motion,, filed by Plaintiffs Executive Committees, (1425 in 1:03−md−01570−GBD −FM, 192 in 1:04−cv−01076−GBD) Response in Support of Motion,,,, filed by Al Haramain Islamic Foundation, Inc., (442 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Tarik Hamdi, (1711 in 1:03−md−01570−GBD −FM) N (Other) filed by Dallah Avco Trans Arabia Co. LTD., (2118 in 1:03−md−01570−GBD −FM) Notice of Voluntary Di Signed, (749 in 1:03−md−01570−GBD −FM, 27 in 1:04−cv−01076−GBD) Clerk Certificate of Mailing,,, (54 in 1:04−cv−01076−GBD) Declaration in Support of Motion filed by Engelbert Schreiber, Jr., Schreiber & Zindel, Fra Engelbert Schreiber, (605 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (1231 in 1:03−md−01570−GBD*

*RICO Statement filed by Continental Casualty Company, (2258 in 1:03−md−01570−GBD −FM) USCA Mandate, (2
1:03−md−01570−GBD −FM) Notice (Other) filed by Plaintiffs Executive Committees, (2392 in 1:03−md−01570−G
Endorsed Letter, (2029 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Abdul Hamid Abu Sulayman,
1:03−md−01570−GBD −FM) Notice of Appeal filed by Pacific Indemnity Company, Federal Insurance Company, V
Insurance Company, (2263 in 1:03−md−01570−GBD −FM) MOTION for Jamie S. Kilberg to Withdraw as Attorney
Salman Bin Abdulaziz Al Saud, Nayef Bin Abdulaziz Al Saud, (495 in 1:03−md−01570−GBD −FM) Reply Memoran
in Support of Motion, filed by Al Baraka Investment & Development Corp., Saleh Abdullah Kamel, (1620 in
1:03−md−01570−GBD −FM) Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs, (1881 in
1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Kathleen Ashton, (1203 in
1:03−md−01570−GBD −FM, 138 in 1:04−cv−01076−GBD) Affidavit in Support of Motion,, filed by Mohammed A
Mushayt, (1156 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Estate of John P.O'Neill, Sr
1:03−md−01570−GBD −FM) Stipulation and Order,, (274 in 1:04−cv−01076−GBD, 1718 in 1:03−md−01570−G
Reply Affirmation in Support of Motion,, filed by Jamal Barzinji, (2300 in 1:03−md−01570−GBD −FM) Affidavit in
Motion filed by Saudi Binladin Group, Inc., (1722 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in S
Motion,,, filed by Yeslam Binladin, (2112 in 1:03−md−01570−GBD −FM) Affidavit in Support of Motion filed by Na
Commercial Bank, (49 in 1:03−md−01570−GBD −FM) MOTION to Dismiss and Memorandum of Law in Support o
Dismiss and to Quash Service of Process of His Royal Highness Prince Turki Al−Faisal bin Abdulaziz Al−Saud. filed
Al Faisal Al Saud, (494 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed by
International Islamic Relief Organization(IIRO), (2210 in 1:03−md−01570−GBD −FM) MOTION to Dismiss Plaint
Calia without Prejudice from the Havlish Matter in Order to Pursue Claim in the Ashton Matter. filed by Janet Calia
1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Burnett Plaintiffs, (536 in
1:03−md−01570−GBD −FM) Affirmation in Opposition to Motion,, filed by Kathleen Ashton, (1523 in 1:03−md−0
−FM, 227 in 1:04−cv−01076−GBD) Reply Memorandum of Law in Support of Motion,,,, filed by Safa Trust, Mar−J
Investments, Inc., Mohammed Jaghlit, African Muslim Agency, Jamal Barzinji, Muhammad Ashraf, Taha Jaber Al−A
Grove Corporate, Inc., Sterling Management Group, Inc., Sterling Charitable Gift Fund, International Institute of Isl
Thought, Ahmed Totonji, M. Yaqub Mirza, Reston Investments, Inc., M. Omar Ashraf, Hisham Al−Talib, Mena Corpo
York Foundation, Saar Foundation, Heritage Education Trust, Iqbal Yunus, (1320 in 1:03−md−01570−GBD −FM)
Statement filed by Federal Insurance Company et al., Plaintiffs, (1991 in 1:03−md−01570−GBD −FM) Endorsed Le
in 1:03−md−01570−GBD −FM) Affidavit in Support of Motion filed by National Commercial Bank, (2061 in
1:03−md−01570−GBD −FM, 2061 in 1:03−md−01570−GBD −FM) Order, Set Deadlines/Hearings,,,, (127 in
1:03−md−01570−GBD −FM) Order on Motion to Appear Pro Hac Vice, (100 in 1:03−md−01570−GBD −FM) Me
of Law in Support of Motion filed by DMI Administrative Services S.A., (283 in 1:03−md−01570−GBD −FM, 283 in
1:03−md−01570−GBD −FM, 10 in 1:04−cv−01076−GBD, 10 in 1:04−cv−01076−GBD) Order, Set Hearings,,,,,, (
1:03−md−01570−GBD −FM) Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., P
(724 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Sami Omar Al−Hussayen, (2436 in
1:03−md−01570−GBD −FM) Endorsed Letter,, (1758 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed
Bin Khalid Al−Thani, (1489 in 1:03−md−01570−GBD −FM) RICO Statement filed by Euro Brokers Inc., et al., (23
1:03−md−01570−GBD −FM) Stipulation of Voluntary Dismissal,, filed by Port Authority of New York & New Jerse
Authority Trans−Hudson Corporation, (1875 in 1:03−md−01570−GBD −FM) Endorsed Letter, (666 in
1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (685 in 1:03−md−01570−GBD
Stipulation and Order, (180 in 1:03−md−01570−GBD −FM) Endorsed Letter, (712 in 1:03−md−01570−GBD −FM
Memorandum of Law in Support of Motion,,, filed by National Commercial Bank, (236 in 1:04−cv−01076−GBD, 15
1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion,, filed by Jamal Barzinji, (1260 in
1:03−md−01570−GBD −FM) Affirmation in Opposition to Motion,,,, filed by Federal Insurance Company et al., Pla
(384 in 1:03−md−01570−GBD −FM) Affidavit of Service Complaints filed by Federal Insurance Company et al., Pl
(2143 in 1:03−md−01570−GBD −FM) Notice of Voluntary Dismissal, filed by Crum & Forster Indemnity Company
River Insurance Company, Seneca Insurance Company, Inc., United States Fire Insurance Company, (169 in
1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed by Saudi Binladin Group, Inc.,
1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John P.O'Neill, Sr., (268 in 1:04−cv−01076−GBD,
1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Asat Trust Reg., (2076 in 1:03−md−01570−GBD −FM
Letter, (355 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company et al., Plaintiffs,
1:03−md−01570−GBD −FM) Notice (Other) filed by Saudi Binladin Group, Inc., (2272 in 1:03−md−01570−GBD
Notice (Other), Notice (Other) filed by Sana−Bell, Inc., Sanabel Al Kheer, Inc., (2215 in 1:03−md−01570−GBD −F
(982 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Sultan Bin Abdulaziz A
Naif Bin Abdulaziz Al Saud, (2077 in 1:03−md−01570−GBD −FM) Order, (1998 in 1:03−md−01570−GBD −FM)
and Order, (1382 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Banca Del Gottardo, (1358 in
1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John P.O'Neill, Sr., (926 in 1:03−md−01570−GBD
MOTION to Dismiss for Lack of Jurisdiction. filed by Engelbert Schreiber, Jr, Schreiber & Zindel, Frank Zindel, Eng
Schreiber, (520 in 1:03−md−01570−GBD −FM) CONSENT MOTION for Extension of Time to File Answer re: (447
Complaint,,,,,,,. filed by Abdullah Muhsen Al Turki, Adnan Basha, (1606 in 1:03−md−01570−GBD −FM) Reply Me
of Law in Support,,, filed by Safa Trust, Mar−Jac Investments, Inc., Mohammed Jaghlit, African Muslim Agency, Gro
Corporate, Inc., Sterling Management Group, Inc., Sterling Charitable Gift Fund, International Institute of Islamic T
Ahmed Totonji, Reston Investments, Inc., Mena Corporation, York Foundation, Heritage Education Trust, (1264 in
1:03−md−01570−GBD −FM) MOTION to Dismiss the Continental Casualty and New York Marine & General Insu*

*actions. filed by Daral Maal Al Islami Trust, (2308 in 1:03−md−01570−GBD −FM) Answer to Complaint filed by D Islamic Bank, (1514 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion,,, filed by Prince T Faisal Al Saud, Salman Bin Abdulaziz Al Saud, Sultan Bin Abdulaziz Al Saud, The Kingdom of Saudi Arabia, Naif Bi Al Saud, (2007 in 1:03−md−01570−GBD −FM) Endorsed Letter, (1737 in 1:03−md−01570−GBD −FM) Notice (O by Tadamon Islamic Bank, (2025 in 1:03−md−01570−GBD −FM) Order on Motion to Withdraw, (102 in 1:03−md−01570−GBD −FM) MOTION to Dismiss [Reply Brief − Burnett v. Al Baraka]. filed by Saudi American B in 1:03−md−01570−GBD −FM) Notice of Appeal, (792 in 1:03−md−01570−GBD −FM) Acknowledgment of Servic Complaints, filed by Federal Insurance Company et al., Plaintiffs, (1440 in 1:03−md−01570−GBD −FM) Notice of filed by Banca Del Gottardo, (1303 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support filed by Abdu Ibrahim, (269 in 1:04−cv−01076−GBD, 1698 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of filed by Asat Trust Reg., (2071 in 1:03−md−01570−GBD −FM) Order, (30 in 1:03−md−01570−GBD −FM) Memo Endorsement,,,, (240 in 1:03−md−01570−GBD −FM) MOTION for Alan E. Untereiner to Appear Pro Hac Vice Not Motion. filed by Saudi High Commission, (2159 in 1:03−md−01570−GBD −FM) Declaration in Support of Motion,, All Plaintiffs, (2079 in 1:03−md−01570−GBD −FM, 315 in 1:04−cv−01076−GBD) Notice of Change of Address, fi Estate of John P.O'Neill, Sr., (1733 in 1:03−md−01570−GBD −FM, 279 in 1:04−cv−01076−GBD) Memorandum o Opposition to Motion,, filed by Asat Trust Reg., (162 in 1:04−cv−01076−GBD, 1270 in 1:03−md−01570−GBD −F Memorandum of Law in Support of Motion,, filed by Saudi Red Crescent, (1502 in 1:03−md−01570−GBD −FM) Me of Law in Support of Motion,, filed by Wamy International, Inc., World Assembly of Muslim Youth, (1926 in 1:03−md−01570−GBD −FM) MOTION for Reconsideration and Memorandum of Law in Support of the Federal Ins Plaintiffs' Motion for Reconsideration. filed by Federal Insurance Company et al., Plaintiffs, (1148 in 1:03−md−015 −FM) Affidavit in Opposition to Motion,,, filed by Euro Brokers Inc., et al., Burnett Plaintiffs, Federal Insurance Co al., Plaintiffs, World Trade Center Properties LLC, et al., Kathleen Ashton, Continental Casualty Company, Cantor & Co., Estate of John P.O'Neill, Sr., New York Marine and General Insurance Company, (1349 in 1:03−md−01570 −FM) Notice (Other) filed by Estate of John P.O'Neill, Sr., (1230 in 1:03−md−01570−GBD −FM) Stipulation and in 1:03−md−01570−GBD −FM) Notice of Appearance filed by Naif Bin Abdulaziz Al Saud, (827 in 1:03−md−0157 −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (1662 in 1:03−md−01570−GBD −FM) Reply Memora Law in Support of Motion, filed by Daral Maal Al Islami Trust, (1819 in 1:03−md−01570−GBD −FM) Stipulation a (534 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (1465 1:03−md−01570−GBD −FM) Stipulation and Order of Dismissal,, (302 in 1:04−cv−01076−GBD, 1913 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,, filed by Euro Brokers Inc., et al., Bur Plaintiffs, World Trade Center Properties LLC, et al., (2 in 1:04−cv−01076−GBD, 2 in 1:04−cv−01076−GBD, 16 i 1:03−md−01570−GBD −FM, 16 in 1:03−md−01570−GBD −FM) Order,,,,,,,,,,, Set Deadlines,,,,,,,,,, (1302 in 1:03−md−01570−GBD −FM) MOTION to Dismiss the Continental Casualty and Federal Insurance actions. filed b Al−Ibrahim, (897 in 1:03−md−01570−GBD −FM) RICO Statement filed by World Trade Center Properties LLC, et in 1:03−md−01570−GBD −FM, 104 in 1:04−cv−01076−GBD) Order,, (209 in 1:03−md−01570−GBD −FM) Mem of Law in Opposition to Motion, filed by Burnett Plaintiffs, (1887 in 1:03−md−01570−GBD −FM) Endorsed Letter, 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (703 in 1:03−md−01570−GBD −FM) Stipulation and Order, (778 in 1:03−md−01570−GBD −FM) RICO Statement, filed Trade Center Properties LLC, et al., (1589 in 1:03−md−01570−GBD −FM, 250 in 1:04−cv−01076−GBD) SUPPL MOTION to Dismiss Pursuant to CMO No. 4. filed by Shahir Abdulraoof Batterjee, Saleh Al−Hussayen, Talal Moha Badkook, Abdullah Omar Naseef, Sheik Hamad Al−Husaini, Saudi Red Crescent, Mushayt for Trading Company, Ab Muhsen Al Turki, Abdullah Bin Saleh Al Obaid, Adnan Basha, Salman Al−Ouda, Mohammed Ali Sayed Mushayt, Ab Rahman Al Swailem, Safar Al−Hawali, (1351 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of Joh Sr., (1873 in 1:03−md−01570−GBD −FM) MOTION to Dismiss with attached Exhibits A & B re: (1867) MOTION filed by Sana−Bell, Inc., (2286 in 1:03−md−01570−GBD −FM) Affidavit in Support of Motion filed by Saudi Binla Inc., (1161 in 1:03−md−01570−GBD −FM) RICO Statement, filed by Estate of John P.O'Neill, Sr., (1822 in 1:03−md−01570−GBD −FM) MOTION to Dismiss Notice of Motion. filed by Al−Baraka Bancorp, Inc., (1648 in 1:03−md−01570−GBD −FM) Rule 7.1 Corporate Disclosure Statement filed by Saudi Binladin International Comp in 1:03−md−01570−GBD −FM) Answer to Complaint filed by Dubai Islamic Bank, (304 in 1:03−md−01570−GBD Declaration in Support of Motion, filed by Yousef Jameel, (1897 in 1:03−md−01570−GBD −FM) MOTION for Lea Undredacted Motion to Stay For Court's In Camera Review. filed by Jamal Barzinji, (445 in 1:03−md−01570−GBD Order,, (1614 in 1:03−md−01570−GBD −FM, 255 in 1:04−cv−01076−GBD) MOTION to Dismiss. filed by Al Sha Bank, (609 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (327 in 1:03−md−01570−GBD −FM) RICO S filed by Federal Insurance Company et al., Plaintiffs, (668 in 1:03−md−01570−GBD −FM) RICO Statement filed b John P.O'Neill, Sr., (2078 in 1:03−md−01570−GBD −FM) MOTION for Michael J. Guzman to Withdraw as Attorn Turki Al Faisal Al Saud, (2145 in 1:03−md−01570−GBD −FM, 2145 in 1:03−md−01570−GBD −FM) Endorsed L Deadlines/Hearings,, (289 in 1:04−cv−01076−GBD, 1778 in 1:03−md−01570−GBD −FM) Memorandum of Law i Opposition to Motion,, filed by Plaintiffs Executive Committees, (1019 in 1:03−md−01570−GBD −FM) Memorand Support of Motion, filed by Khaled Bin Salim Bin Mahfouz, (1378 in 1:03−md−01570−GBD −FM) Notice (Other) fi Brokers Inc., et al., (1933 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed b Insurance Company et al., Plaintiffs, (313 in 1:04−cv−01076−GBD, 1994 in 1:03−md−01570−GBD −FM) Order, 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by Tadamon Islamic Bank, (583 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Christine Irene O'Neill, Carol O'Neill, Doroth O'Neill, John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr., (2426 in 1:03−md−01570−GBD −FM, 2426 in*

*1:03−md−01570−GBD −FM) Endorsed Letter, Set Deadlines/Hearings,, (1178 in 1:03−md−01570−GBD −FM, 11
1:04−cv−01076−GBD) Memorandum of Law in Support of Motion,, filed by Saleh Al−Hussayen, (34 in
1:03−md−01570−GBD −FM) Order Admitting Attorney Pro Hac Vice, (1969 in 1:03−md−01570−GBD −FM) Noti
Assignment/Reassignment, (927 in 1:03−md−01570−GBD −FM) Declaration in Support of Motion,, filed by Engelb
Schreiber, Jr, Schreiber & Zindel, Frank Zindel, Engelbert Schreiber, (728 in 1:03−md−01570−GBD −FM) Memor
Law in Support of Motion filed by Sami Omar Al−Hussayen, (15 in 1:03−md−01570−GBD −FM) MOTION (FILED
SERVICE DATE) for Michael K. Kellogg, Mark C. Hansen, David C. Frederick, Michael J. Guzman, and J.C. Rozen
Appear Pro Hac Vice. MOTION (FILED ON SERVICE DATE) for Michael K. Kellogg, Mark C. Hansen, David C. F
Michael J. Guzman, and J.C. Rozendaal to Appear Pro Hac Vice. MOTION (FILED ON SERVICE DATE) for Micha
Kellogg, Mark C. Hansen, David C. Frederick, Michael J. Guzman, and J.C. Rozendaal to Appear Pro Hac Vice. file
Al Faisal Al Saud, (983 in 1:03−md−01570−GBD −FM) Amended Complaint,, filed by Christine Irene O'Neill, Car
Dorothy A. O'Neill, John Patrick O'Neill, Jr., (973 in 1:03−md−01570−GBD −FM, 66 in 1:04−cv−01076−GBD)
Memorandum of Law in Opposition to Motion,, filed by Saudi American Bank, (273 in 1:04−cv−01076−GBD, 1717
1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion,, filed by Jamal Barzinji, (176 in
1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Soliman H.S. Al−Buthe, (1380 in 1:03−md−0
−FM) Notice (Other), Notice (Other) filed by Federal Insurance Company et al., Plaintiffs, (2289 in 1:03−md−0157
−FM) Affidavit in Support of Motion filed by Saudi Binladin Group, Inc., (505 in 1:03−md−01570−GBD −FM) Mem
of Law in Opposition to Motion, filed by Burnett Plaintiffs, (44 in 1:04−cv−01076−GBD, 870 in 1:03−md−01570−
Memorandum of Law in Support,,, filed by Sulaiman Bin Abdul Aziz Al Rajhi, Suleiman Abdel Aziz Al Rajhi, (2125 in
1:03−md−01570−GBD −FM) MOTION for Default Judgment as to Non−Sovereign Defendants. filed by Havlish Pl
(529 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (1452 in 1:03−md−01570−GBD −FM) Memorandum of La
Support of Motion,, filed by Yeslam M. Bin Laden, (2004 in 1:03−md−01570−GBD −FM) Order on Motion to With
Attorney, (2046 in 1:03−md−01570−GBD −FM) MOTION for Ronald S. Liebman to Withdraw as Attorney of Recor
National Commercial Bank. filed by National Commercial Bank, (245 in 1:03−md−01570−GBD −FM) Endorsed Le
in 1:03−md−01570−GBD −FM) Affirmation in Opposition to Motion, filed by Federal Insurance Company et al., Pl
(1946 in 1:03−md−01570−GBD −FM) Declaration in Support of Motion filed by Samir Salah, (1363 in
1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John P.O'Neill, Sr., (250 in 1:03−md−01570−GBD
Memorandum of Law in Support of Motion filed by Mohammed Al Faisal Al Saud, (2243 in 1:03−md−01570−GBD
in 1:04−cv−01076−GBD) MOTION for Colin Sullivan Stretch to Withdraw as Attorney of Record. filed by Saudi Joi
Committee, (1313 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Port Authority of New Yo
Jersey, Cantor Fitzgerald & Co., (2201 in 1:03−md−01570−GBD −FM, 2201 in 1:03−md−01570−GBD −FM) End
Letter, Set Deadlines/Hearings,,,,,,,, (1474 in 1:03−md−01570−GBD −FM) Stipulation and Order,,, (933 in
1:03−md−01570−GBD −FM) Order, (1354 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John
Sr., (1484 in 1:03−md−01570−GBD −FM) Affidavit in Support filed by Kathleen Ashton, (800 in 1:03−md−01570−
−FM) Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs, (1317 in
1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (571 in
1:03−md−01570−GBD −FM) FIRST MOTION to Dismiss for Lack of Jurisdiction and Failure to State a Claim. file
Abdullah Kamel, (2407 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed by H
Ghaty, (1674 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,, filed by Kathleen Ash
1:03−md−01570−GBD −FM) Declaration in Support of Motion filed by Sami Omar Al−Hussayen, (937 in
1:03−md−01570−GBD −FM) RICO Statement filed by Port Authority of New York & New Jersey, Cantor Fitzgerald
(780 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (129 in 1:04−cv−0107
1194 in 1:03−md−01570−GBD −FM) Affidavit in Support of Motion,, filed by Talal Mohammed Badkook, (2048 in
1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Burnett Plaintiffs, Federal Ins
Company et al., Plaintiffs, (2340 in 1:03−md−01570−GBD −FM) Endorsed Letter, (1767 in 1:03−md−01570−GBD
Stipulation and Order,, (595 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company
Plaintiffs, (1394 in 1:03−md−01570−GBD −FM) Affidavit in Support,, filed by Federal Insurance Company et al., P
(247 in 1:04−cv−01076−GBD, 1586 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Mo
by Taha Jaber Al−Alwani, (863 in 1:03−md−01570−GBD −FM, 863 in 1:03−md−01570−GBD −FM) MOTION to
Abdullah Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Abdullah Al Rajhi. filed by Abdullah Salaiman Al−R
1:03−md−01570−GBD −FM) Declaration in Support of Motion filed by DMI Administrative Services S.A., (469 in
1:03−md−01570−GBD −FM) Order on Motion to Dismiss, (43 in 1:03−md−01570−GBD −FM) MOTION to Dism
Complaint or in the Alternative for More Definite Statement. filed by Saudi Binladin Group, Inc., (1755 in
1:03−md−01570−GBD −FM) Order, (1896 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of M
by Jamal Barzinji, (1525 in 1:03−md−01570−GBD −FM, 229 in 1:04−cv−01076−GBD) Declaration in Opposition
filed by Taha Jaber Al−Alwani, (922 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Euro Brokers Inc., et
1:03−md−01570−GBD −FM) Stipulation and Order of Dismissal,, (184 in 1:04−cv−01076−GBD, 1417 in
1:03−md−01570−GBD −FM) Response in Support of Motion,, filed by Saleh Al−Hussayen, (224 in 1:03−md−0157
−FM) FIRST MOTION for John Popilock to Withdraw as Attorney of record in Federal Insurance Company et al., v
al, 03cv6978; Vigilant Insurance Company et al, v The Kingdom of Saudi Arabia et al., 03cv8591; In re Terrorist Att
September 11 filed by Federal Insurance Company et al., Plaintiffs, (680 in 1:03−md−01570−GBD −FM) Stipulatio
Order, (1885 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed by Sanabel Al
Inc., (787 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (1068 in 1:03−md−01570−GBD −FM) Stipulati
Order,, (614 in 1:03−md−01570−GBD −FM) Stipulation and Order,,, (628 in 1:03−md−01570−GBD −FM) RICO*

filed by Federal Insurance Company et al., Plaintiffs, (1723 in 1:03−md−01570−GBD −FM) RICO Statement filed b Insurance Company et al., Plaintiffs, (585 in 1:03−md−01570−GBD −FM) RICO Statement,, filed by Port Authority York & New Jersey, Cantor Fitzgerald & Co., (1950 in 1:03−md−01570−GBD −FM) Memorandum of Law in Suppo Motion filed by Abdul Hamid Abu Sulayman, (1888 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (731 in 1:03−md−01570−GBD −FM) Status Report filed by Arab Bank, Al Rajhi Bank, Saudi American Bank, Saleh Abdulla Al Baraka Investment and Development Corporation, (1515 in 1:03−md−01570−GBD −FM) MOTION to Dismiss C filed by Saudi High Commission, Salman Bin Abdulaziz Al Saud, Naif Bin Abdulaziz Al Saud, (1936 in 1:03−md−015 −FM) MOTION for John L. Cuddihy to Withdraw as Attorney for Defendant Abdulrahman Bin Mahfouz. filed by Abd Bin Mahfouz, (89 in 1:03−md−01570−GBD −FM) Letter, filed by Abdulrahman Bin Mahfouz, (1479 in 1:03−md−0 −FM) CONSENT MOTION for Extension of Time to File Answer To Federal Insurance Complaint. filed by Internati Islamic Relief Organization(IIRO), (404 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Mo by Burnett Plaintiffs, (2307 in 1:03−md−01570−GBD −FM) Answer to Complaint filed by Dubai Islamic Bank, (496 1:03−md−01570−GBD −FM) Stipulation and Order of Dismissal, (2315 in 1:03−md−01570−GBD −FM) MOTION for Failure to State a Claim. filed by Cherif Sedky, (1820 in 1:03−md−01570−GBD −FM) MOTION to Dismiss Noti Motion. filed by Dallah Avco Trans Arabia Co. LTD., (940 in 1:03−md−01570−GBD −FM) Notice of Appearance fi Erwin Watcher, Martin Watcher, (1257 in 1:03−md−01570−GBD −FM) Affirmation in Opposition to Motion,,, filed Insurance Company et al., Plaintiffs, (1898 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Mo Jamal Barzinji, (576 in 1:03−md−01570−GBD −FM) Stipulation and Order,,, (114 in 1:04−cv−01076−GBD, 1179 1:03−md−01570−GBD −FM) Affidavit in Support of Motion,, filed by Saleh Al−Hussayen, (258 in 1:03−md−01570 −FM) Rule 7.1 Corporate Disclosure Statement filed by Saudi Economic and Development Company, (900 in 1:03−md−01570−GBD −FM) RICO Statement filed by Euro Brokers Inc., et al., (2349 in 1:03−md−01570−GBD − 7.1 Corporate Disclosure Statement filed by Al Haramain Islamic Foundation, Inc., (1826 in 1:03−md−01570−GBD Order, (2281 in 1:03−md−01570−GBD −FM) Stipulation and Order of Dismissal, (152 in 1:03−md−01570−GBD − Memorandum of Law in Opposition to Motion filed by Burnett Plaintiffs, (1759 in 1:03−md−01570−GBD −FM) Dec Support of Motion,, filed by Abdullah Bin Khalid Al−Thani, (1978 in 1:03−md−01570−GBD −FM, 311 in 1:04−cv−01076−GBD) Notice of Change of Address, filed by The Republic of Iraq, Republic of Iraq, (1072 in 1:03−md−01570−GBD −FM) Endorsed Letter, (2249 in 1:03−md−01570−GBD −FM) Notice of Change of Addres Erwin Wachter, Sercor Treuhand Anstalt, Martin Wachter, (1656 in 1:03−md−01570−GBD −FM) Amended Answer Complaints filed by International Islamic Relief Organization(IIRO), (587 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion,, filed by Yousef Jameel, (150 in 1:03−md−01570−GBD −FM) Memoran Law in Opposition to Motion filed by Burnett Plaintiffs, (2221 in 1:03−md−01570−GBD −FM) MOTION for Martin McMahon to Withdraw as Attorney for Defendant Sana−Bell, Inc.. filed by Sana−Bell, Inc., (1995 in 1:03−md−0157 −FM) Order Admitting Attorney Pro Hac Vice, (1266 in 1:03−md−01570−GBD −FM, 159 in 1:04−cv−01076−GB Stipulation and Order, (337 in 1:03−md−01570−GBD −FM) Reply to Response to Motion filed by Jamal Barzinji, ( 1:03−md−01570−GBD −FM) Stipulation and Order,, (1541 in 1:03−md−01570−GBD −FM, 235 in 1:04−cv−0107 MOTION to Dismiss. filed by Jamal Barzini, (932 in 1:03−md−01570−GBD −FM) Stipulation and Order,,,, (596 in 1:03−md−01570−GBD −FM) Order Admitting Attorney Pro Hac Vice, (1707 in 1:03−md−01570−GBD −FM) Rep in Support of Motion, filed by Mohammed Jaghlit, Muhammad Ashraf, Ahmed Totonji, M. Yaqub Mirza, M. Omar As Yunus, (1823 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion, filed by Al−Baraka Banc (1219 in 1:03−md−01570−GBD −FM) RICO Statement filed by Euro Brokers Inc., et al., (1152 in 1:03−md−01570 −FM) RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (1047 in 1:03−md−01570−GBD −FM, in Opposition to Motion,,,,, filed by Plaintiffs Executive Committees, (125 in 1:04−cv−01076−GBD, 1190 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion,, filed by Sheik Hamad Al−Husaini, (1032 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,,, filed by Plaintiffs PI Executive Comm (2366 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Jamal Barzinji, (1343 in 1:03−md−01570−GBD −F (Other) filed by Estate of John P.O'Neill, Sr., (726 in 1:03−md−01570−GBD −FM) Memorandum of Law in Suppor filed by Sami Omar Al−Hussayen, (1546 in 1:03−md−01570−GBD −FM, 238 in 1:04−cv−01076−GBD) Case Man Plan,,,,, (11 in 1:03−md−01570−GBD −FM) Endorsed Letter, (924 in 1:03−md−01570−GBD −FM) RICO Stateme World Trade Center Properties LLC, et al., (122 in 1:03−md−01570−GBD −FM) Memo Endorsement, (429 in 1:03−md−01570−GBD −FM) Rule 7.1 Corporate Disclosure Statement filed by Federal Insurance Company et al., (908 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Federal Insurance Co al., Plaintiffs, (1853 in 1:03−md−01570−GBD −FM) Stipulation and Order, (2367 in 1:03−md−01570−GBD −FM (Other) filed by Jamal Barzinji, (662 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'N (1286 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Euro Brokers Inc., et al., Burnett Plai World Trade Center Properties LLC, et al., (338 in 1:03−md−01570−GBD −FM) MOTION (FILED ON SERVICE I Justin B. Kaplan to Appear Pro Hac Vice. MOTION (FILED ON SERVICE DATE) for Justin B. Kaplan to Appear Pr Vice. filed by Thomas E. Burnett, Sr., (591 in 1:03−md−01570−GBD −FM) Endorsed Letter, (2179 in 1:03−md−01 −FM) Notice of Change of Address,, filed by Safa Trust, Mar−Jac Investments, Inc., Mohammed Jaghlit, Samir Sala Muslim Agency, Jamal Barzinji, Muhammad Ashraf, Taha Jaber Al−Alwani, Grove Corporate, Inc., Sterling Manage Group, Inc., Sterling Charitable Gift Fund, International Institute of Islamic Thought, Ahmed Totonji, M. Yaqub Mirz Investments, Inc., M. Omar Ashraf, Mena Corporation, York Foundation, Heritage Education Trust, Iqbal Unus (Yun in 1:03−md−01570−GBD −FM) Rule 26 Disclosure filed by Plaintiffs Executive Committees, (1248 in 1:03−md−01 −FM, 150 in 1:04−cv−01076−GBD) Memorandum of Law in Opposition to Motion,, filed by Plaintiffs Executive Co (636 in 1:03−md−01570−GBD −FM) Endorsed Letter,,,,, (1373 in 1:03−md−01570−GBD −FM) MOTION to Dism

*Cantor Fitzgerald action. filed by Daral Maal Al Islami Trust, (920 in 1:03−md−01570−GBD −FM) RICO Statemen Estate of John P.O'Neill, Sr., (173 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motio Abdul Rahman Bin Kahlid Bin Mahfouz, (275 in 1:04−cv−01076−GBD, 1729 in 1:03−md−01570−GBD −FM) Rep Memorandum of Law in Support of Motion,, filed by Wamy International, Inc., World Assembly of Muslim Youth, (16 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion filed by Kathleen Ashton, (393 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (902 in 1:03−md−01570−GBD −FM) MOTION to Dismiss of Mar−Jac Poultry, Inc.. filed by Mar−Jac Poultry Inc, (783 in 1:03−md−01570−GBD −FM) Stipulation and Order, (145 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (238 1:03−md−01570−GBD −FM) Stipulation and Order of Voluntary Dismissal, (310 in 1:03−md−01570−GBD −FM) Statement filed by Federal Insurance Company et al., Plaintiffs, (204 in 1:04−cv−01076−GBD, 1470 in 1:03−md−0 −FM) Memorandum of Law in Support of Motion filed by Taha Jaber Al−Alwani, (854 in 1:03−md−01570−GBD − Statement filed by Port Authority of New York & New Jersey, Cantor Fitzgerald & Co., (2081 in 1:03−md−01570− Notice of Change of Address, filed by Estate of John P.O'Neill, Sr., (2027 in 1:03−md−01570−GBD −FM) MOTION Reconsideration re; (1989 in 1:03−md−01570−GBD−FM) Endorsed Letter,,,, Plaintiffs' Objections to Order of Mag Judge Maas Dated July 26, 2007. MOTION for Reconsideration re; (1989 in 1:03−md−01570−GBD−FM) Endorse Plaintiffs' Objections to Order of Magistrate Judge Maas Dated July 26, 2007. filed by Burnett & Ashton Plaintiffs, ( 1:03−md−01570−GBD −FM) RICO Statement filed by World Trade Center Properties LLC, et al., (335 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed by Saleh Al−Hussayen, (1519 1:03−md−01570−GBD −FM, 225 in 1:04−cv−01076−GBD) Declaration in Support of Motion,,, filed by Estate of J P.O'Neill, Sr., (679 in 1:03−md−01570−GBD −FM) MOTION to Dismiss for Lack of Jurisdiction and Failure to St filed by Islamic Investment Company of the Gulf (Sharjah), (2089 in 1:03−md−01570−GBD −FM) Order, (115 in 1:03−md−01570−GBD −FM) Response, filed by United States of America, (1610 in 1:03−md−01570−GBD −FM) Appeal filed by Federal Insurance Company et al., Plaintiffs, (1145 in 1:03−md−01570−GBD −FM, 106 in 1:04−cv−01076−GBD) Affidavit of Service Complaints, filed by Estate of John P.O'Neill, Sr., (2073 in 1:03−md−01 −FM) Order, (865 in 1:03−md−01570−GBD −FM, 865 in 1:03−md−01570−GBD −FM, 39 in 1:04−cv−01076−G 1:04−cv−01076−GBD) MOTION to Dismiss Saleh Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Saleh Al by Saleh Abdulaziz Al−Rajhi, Saleh Abdul Aziz Al Rajhi, (1026 in 1:03−md−01570−GBD −FM, 78 in 1:04−cv−010 Stipulation and Order,,, (2445 in 1:03−md−01570−GBD −FM, 355 in 1:04−cv−01076−GBD) Order, (1073 in 1:03−md−01570−GBD −FM) Endorsed Letter, (347 in 1:04−cv−01076−GBD, 2252 in 1:03−md−01570−GBD −F Order,,,, (1634 in 1:03−md−01570−GBD −FM, 260 in 1:04−cv−01076−GBD) Certificate of Service Other,, filed b on American−Islamic Relations (CAIR), (673 in 1:03−md−01570−GBD −FM) Endorsed Letter, (243 in 1:04−cv−01076−GBD) Declaration in Opposition to Motion,, filed by Estate of John Patrick O'Neill Sr., (118 in 1:03−md−01570−GBD −FM) Notice of Appearance filed by Islamic Assembly of North America, (750 in 1:03−md−01570−GBD −FM, 28 in 1:04−cv−01076−GBD) Clerk Certificate of Mailing,,, (1590 in 1:03−md−0157 −FM) Memorandum of Law in Support of Motion,, filed by Sami Omar Al−Hussayen, (1539 in 1:03−md−01570−G MOTION to Dismiss. filed by Mohammed Jaghlit, Muhammad Ashraf, Ahmed Totonji, M. Yaqub Mirza, M. Omar As Yunus, (1645 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion,,, filed by Omar M. Bin L M. Bin Laden, Saudi Binladin International Company, Mohamed Bin Laden Organization (SBG), Bakr M Bin Laden, 1:03−md−01570−GBD −FM) FIRST MOTION to Dismiss 12(b)(2), 12(b)5 and 12(b)(6)., (1671 in 1:03−md−0157 −FM) Stipulation and Order, (958 in 1:03−md−01570−GBD −FM) Rule 7.1 Corporate Disclosure Statement filed b Islamic Bank, (356 in 1:03−md−01570−GBD −FM) MOTION to Dismiss for Lack of Jurisdiction Lack of Personal Jurisdiction. filed by Rabita Trust, (1076 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P Sr., (1625 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion,, filed by Abdulrahma Mahfouz, (2169 in 1:03−md−01570−GBD −FM, 328 in 1:04−cv−01076−GBD) Endorsed Letter,, (894 in 1:03−md−01570−GBD −FM, 48 in 1:04−cv−01076−GBD) Reply Memorandum of Law in Support of Motion,,, file Haramain Islamic Foundation, Inc., Perouz Seda Ghaty, (2396 in 1:03−md−01570−GBD −FM) Reply Affidavit in S Motion filed by Saudi Binladin Group, Inc., (155 in 1:04−cv−01076−GBD, 1253 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,, filed by Plaintiffs Executive Committees, (618 in 1:03−md−01570− Endorsed Letter, (1274 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Euro Brokers Inc., Burnett Plaintiffs, World Trade Center Properties LLC, et al., (2013 in 1:03−md−01570−GBD −FM) Order on Mot Withdraw as Attorney,, (68 in 1:04−cv−01076−GBD) RICO Statement filed by Estate of John Patrick O'Neill Sr., (1 1:03−md−01570−GBD −FM) FIRST MOTION to Withdraw (1108) RICO Statement, (1091) RICO Statement, (107 Statement, (1080) RICO Statement, (1081) RICO Statement, (1086) RICO Statement, (1087) RICO Statement, (1088) Statement, (1089) RICO Statement, (1090) RICO StatementFIRST MOTION to Withdraw (1108) RICO Statement, (1 Statement, (1079) RICO Statement, (1080) RICO Statement, (1081) RICO Statement, (1086) RICO Statement, (1087) Statement, (1088) RICO Statement, (1089) RICO Statement, (1090) RICO StatementFIRST MOTION to Withdraw (1 Statement, (1091) RICO Statement, (1079) RICO Statement, (1080) RICO Statement, (1081) RICO Statement, (1086) Statement, (1087) RICO Statement, (1088) RICO Statement, (1089) RICO Statement, (1090) RICO Statement filed by John P.O'Neill, Sr., (1155 in 1:03−md−01570−GBD −FM) RICO Statement filed by New York Marine and General Company, (45 in 1:04−cv−01076−GBD, 875 in 1:03−md−01570−GBD −FM) Endorsed Letter, (2222 in 1:03−md−01570−GBD −FM) Declaration in Support of Motion filed by Sana−Bell, Inc., (1824 in 1:03−md−01570 −FM) Memorandum of Law in Opposition to Motion, filed by Burnett Plaintiffs, (346 in 1:03−md−01570−GBD −F 1:03−md−01570−GBD −FM, 346 in 1:03−md−01570−GBD −FM) Answer to Complaint, Third Party Complaint, filed by Muslim World League, (1670 in 1:03−md−01570−GBD −FM) Stipulation and Order, (1487 in 1:03−md−0*

*−FM) Stipulation and Order,,, (325 in 1:03−md−01570−GBD −FM) Memo Endorsement, (732 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Sami Omar Al−Hussayen, (2398 in 1:03−md−01570−GBD −FM) Notice of Ch Address filed by Cherif Sedky, (228 in 1:03−md−01570−GBD −FM) Notice of Appearance filed by Saudi Economic Development Company, Mohammed Salim Bin Mahfouz, International Development Foundation, (1582 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Federal Insurance Company et al., Plaintiffs, ( 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Burnett Plaintiffs, (156 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,,, filed by Burnett & Ashton Plaintiffs, Plaintiffs, Barrera Plaintiffs, Salvo Plaintiffs, (1325 in 1:03−md−01570−GBD −FM) RICO Statement filed by Feder Insurance Company et al., Plaintiffs, (1953 in 1:03−md−01570−GBD −FM) Order on Motion for Extension of Time 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed by Daral Maal Al Islami Trus 1:03−md−01570−GBD −FM, 1905 in 1:03−md−01570−GBD −FM) Stipulation and Order, Set Motion and R&R Deadlines/Hearings,, (1296 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plaintiffs, (93 in 1:03−md−01570−GBD −FM) Notice (Other) filed by DMI Administrative Services S.A., (946 in 1:03−md−01570−G Order, (2364 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Jamal Barzinji, (1130 in 1:03−md−01570−G 99 in 1:04−cv−01076−GBD) Clerk Certificate of Mailing, (401 in 1:03−md−01570−GBD −FM) Reply Memorandu in Support of Motion, filed by Naif Bin Abdulaziz Al Saud, (1300 in 1:03−md−01570−GBD −FM, 164 in 1:04−cv−01076−GBD) Reply Memorandum of Law in Support of Motion,, filed by Abdullah Bin Saleh Al−Obaid, (1 1:03−md−01570−GBD −FM) Notice (Other) filed by Euro Brokers Inc., et al., Burnett Plaintiffs, World Trade Cent Properties LLC, et al., (556 in 1:03−md−01570−GBD −FM, 19 in 1:04−cv−01076−GBD) Reply Memorandum of L Support of Motion, filed by Yassin Abdullah Kadi, (718 in 1:03−md−01570−GBD −FM) Stipulation and Order, (222 1:04−cv−01076−GBD, 1511 in 1:03−md−01570−GBD −FM) MOTION for Entry of Judgment under Rule 54(b) No Motion of HRH Prince Mohamed Al Faisal Al Saud for Entry of Judgment Pursuant to Federal Rule of Civil Procedu MOTION for Entry of Judgment under Rule 54(b) Notice of Motion of HRH Prince Mohamed Al Faisal Al Saud for E Judgment Pursuant to Federal Rule of Civil Procedure 54(b). MOTION for Entry of Judgment under Rule 54(b) Noti Motion of HRH Prince Mohamed Al Faisal Al Saud for Entry of Judgment Pursuant to Federal Rule of Civil Procedu filed by Mohammed Al Faisal Al Saud, (2070 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Havlish Plain in 1:03−md−01570−GBD −FM) Stipulation and Order,, (2216 in 1:03−md−01570−GBD −FM, 2216 in 1:03−md−01570−GBD −FM) Order, Set Deadlines/Hearings,, (144 in 1:04−cv−01076−GBD, 1223 in 1:03−md−0 −FM) Endorsed Letter, (1788 in 1:03−md−01570−GBD −FM) Stipulation and Order, (1726 in 1:03−md−01570−G Stipulation and Order,, (1427 in 1:03−md−01570−GBD −FM) Notice of Appearance filed by Aradi, Inc., (244 in 1:04−cv−01076−GBD) Declaration in Opposition to Motion, filed by Estate of John Patrick O'Neill Sr., (1889 in 1:03−md−01570−GBD −FM) MOTION for Gina M. MacNeill, Esquire to Withdraw as Attorney of Record. filed by John P.O'Neill, Sr., (1109 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed b Administrative Services S.A., (138 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plaintiffs, (1900 1:03−md−01570−GBD −FM, 298 in 1:04−cv−01076−GBD) Order,, (746 in 1:03−md−01570−GBD −FM) Stipula Order, (1422 in 1:03−md−01570−GBD −FM, 189 in 1:04−cv−01076−GBD) Response in Support of Motion,, filed for Trading Company, Mohammed Ali Sayed Mushayt, (2266 in 1:03−md−01570−GBD −FM) Declaration in Suppo Motion filed by Abdullah Al Faisal Bin Abdulaziz Al Saud, (845 in 1:03−md−01570−GBD −FM) Memorandum of L Support of Motion filed by Faisal Islamic Bank, (212 in 1:04−cv−01076−GBD, 1496 in 1:03−md−01570−GBD −F Memorandum of Law in Support of Motion,, filed by Estate of John P.O'Neill, Sr., (1420 in 1:03−md−01570−GBD − 1:04−cv−01076−GBD) Response in Support of Motion, filed by Adnan Basha, (898 in 1:03−md−01570−GBD −FM Statement filed by World Trade Center Properties LLC, et al., (1607 in 1:03−md−01570−GBD −FM) Reply Affidavi Support,, filed by Safa Trust, Mar−Jac Investments, Inc., Mohammed Jaghlit, African Muslim Agency, Grove Corpor Sterling Management Group, Inc., Sterling Charitable Gift Fund, International Institute of Islamic Thought, Ahmed T Reston Investments, Inc., Mena Corporation, York Foundation, Heritage Education Trust, (213 in 1:04−cv−01076−G in 1:03−md−01570−GBD −FM) Declaration in Support of Motion,,, filed by Estate of John P.O'Neill, Sr., (2003 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (2452 in 1:03−md−01570−GBD −FM, 2452 in 1:03−md−01 −FM) Endorsed Letter, Set Hearings,,,, (60 in 1:04−cv−01076−GBD) RICO Statement filed by Estate of John Patric Sr., (60 in 1:03−md−01570−GBD −FM) MOTION to Dismiss the Claims Against It in Plaintiffs' Fourth Amended C filed by International Institute of Islamic Thought, (2075 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (O by American Zurich Insurance Company, Northern Insurance Company of New York, Valiant Insurance Company, M Casualty Company, Zurich American Insurance Company, Steadfast Insurance Company, Fidelity And Deposit Comp Maryland, Assurance Company of Amer, Colonial American Casualty and Surety Insurance Company, (1306 in 1:03−md−01570−GBD −FM, 166 in 1:04−cv−01076−GBD) Reply Memorandum of Law in Support of Motion,, file Basha, (339 in 1:04−cv−01076−GBD, 2233 in 1:03−md−01570−GBD −FM) MOTION to Strike Document No. [M filed by Plaintiffs Executive Committees, (1945 in 1:03−md−01570−GBD −FM) MOTION to Vacate Default Judgm by Samir Salah, (1227 in 1:03−md−01570−GBD −FM) MOTION to Add Party(ies) Thomas E. Burnett, Sr., et al. No Motion to Add Parties Pursuant to Federal Rule of Civil Procedure 15(d). MOTION to Add Party(ies) Thomas E. Bu al. Notice of Motion to Add Parties Pursuant to Federal Rule of Civil Procedure 15(d). MOTION to Add Party(ies) T Burnett, Sr., et al. Notice of Motion to Add Parties Pursuant to Federal Rule of Civil Procedure 15(d). filed by Burne (2425 in 1:03−md−01570−GBD −FM, 2425 in 1:03−md−01570−GBD −FM) Endorsed Letter, Set Hearings,, (217 1:03−md−01570−GBD −FM) Declaration in Support of Motion, filed by National Commercial Bank, (1585 in 1:03−md−01570−GBD −FM) Stipulation and Order of Dismissal,,, (1160 in 1:03−md−01570−GBD −FM) Notice ( Notice (Other) filed by Estate of John P.O'Neill, Sr., (362 in 1:03−md−01570−GBD −FM) Reply Memorandum of L*

*Support of Motion, filed by Abdullah Bin Saleh Al Obaid, (231 in 1:03−md−01570−GBD −FM) Memorandum & Op (1239 in 1:03−md−01570−GBD −FM) MOTION to Dismiss the Burnett actions. filed by DMI Administrative Servic (2259 in 1:03−md−01570−GBD −FM) Amended Complaint,,,,,,,,,,, filed by Hui Chien Chen, Huichun Jian, Hui−Ch Hui−Zon Jian, Judith Reiss, Christine Barton, Margaret Mauro, Pamela Schiele, Helen Rosenthal, Dwayne Collman Bingham, Joanne M. Renzi, Rodney Ratchford, Ellen L. Saracini, Corazon Fernandez, William Havlish, Ralph Maerz Frances M. Coffey, Alex Rowe, Joanne Lovett, Linda Panik, Diane Romero, Haomin Jian, Marie Ann Paprocki, Ivy M Expedito C. Santillan, Christina Bane−Hayes, Ramon Melendez, William Coale, Loren Rosenthal, Krystyna Borycze Chrislan Fuller Manuel, Ronald S. Sloan, Doyle Raymond Ward, Barry Russin, Roni Levine, Keith A. Bradkowski, M Lyne−Ann Panik, Michelle Dorf, Ann Marie Dorf, Robert Dorf, Joseph Dorf, and Linda Sammut, Michelle Wright, R Caproni, Alice Carpeneto, Joyce Ann Rodak, Sandra Straub, Christine Papasso, Maureen R. Halvorson, Morris Dor Gloria Russin, Fu Mei Chien Huang, Joanne Rodak Gori, Tina Grazioso, Dolores Caproni, John and Regina Rodak, Regina Merwin, Livia Chirchirillo, Grace Kneski, Michael Loguidice, Fiona Havlish, Esther Santillan, Joslin Zeplin, and Leona Zeplin, Stephen L. Cartledge, Joan E. Tino, Donald Bane, Martin Panik, Patricia J. Perry, Tara Bane, Vi Ognibene, Jin Liu, Raymond Anthony Smith, Anne C. Saracini, Michael Boryczewski, Daniel D. Coffey, M.D., Julia Boryczewski, TheresaAnn Lostrangio, Clara Chirchirillo, George N. and Angela Stergiopoulos, Patricia Milano, Ch Caproni, Michael Caproni and Lisa Caproni, Russa Steiner, Paul Schertzer, Donald G. Havlish, Sr., Katherine Soul 1:03−md−01570−GBD −FM) Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs, (375 in 1:03−md−01570−GBD −FM) MOTION to Dismiss and Memorandum of Law in Support of Motion to Dismiss and t Service of Process. filed by Prince Bandar bin Sultan bin Abdulaziz, (1129 in 1:03−md−01570−GBD −FM, 98 in 1:04−cv−01076−GBD) Clerk Certificate of Mailing, (563 in 1:03−md−01570−GBD −FM) Order of Dismissal,,,,, ( 1:03−md−01570−GBD −FM, 2149 in 1:03−md−01570−GBD −FM) Order, Terminate Motions,,,, (1138 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (1064 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,, filed by Plaintiffs Executive Committe 1:03−md−01570−GBD −FM) Affidavit of Service Complaints,,, filed by Federal Insurance Company et al., Plaintiff 1:03−md−01570−GBD −FM) Rule 7.1 Corporate Disclosure Statement filed by Arab Bank, (1229 in 1:03−md−015 −FM) Affidavit in Support,, filed by Federal Insurance Company et al., Plaintiffs, (293 in 1:03−md−01570−GBD − Memorandum of Law in Opposition to Motion, filed by Burnett Plaintiffs, (907 in 1:03−md−01570−GBD −FM) RIC Statement filed by Euro Brokers Inc., et al., (1159 in 1:03−md−01570−GBD −FM) RICO Statement filed by Contine Casualty Company, (889 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support, filed by DMI Administr Services S.A., (2028 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Al Haramain Islamic Foundation, Inc., 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion filed by Kathleen Ashton, (1124 in 1:03−md−01570−GBD −FM) RICO Statement filed by World Trade Center Properties LLC, et al., (1616 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion,, filed by Burnett Plaintiffs, (543 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Kathleen Ashton, (70 in 1:03−md−01570−GBD −FM) Respo United States of America, (231 in 1:04−cv−01076−GBD, 1527 in 1:03−md−01570−GBD −FM) Memorandum of L Support of Motion filed by Taha Jaber Al−Alwani, (1841 in 1:03−md−01570−GBD −FM) Memorandum of Law in to Motion,, filed by Kathleen Ashton, (454 in 1:03−md−01570−GBD −FM) MOTION for Jason Dzubow to Appear Vice. filed by Muslim World League, (1989 in 1:03−md−01570−GBD −FM) Endorsed Letter,,,, (376 in 1:03−md−0 −FM) Reply Memorandum of Law in Support of Motion, filed by Prince Turki Al Faisal Al Saud, (2327 in 1:03−md−01570−GBD −FM) Rule 26 Disclosure filed by Wael Jalaidan, (2083 in 1:03−md−01570−GBD −FM) N Change of Address, filed by Estate of John P.O'Neill, Sr., (1401 in 1:03−md−01570−GBD −FM) Memorandum of L Support of Motion filed by Daral Maal Al Islami Trust, (1150 in 1:03−md−01570−GBD −FM) Reply Memorandum Support of Motion,, filed by Dubai Islamic Bank, (1975 in 1:03−md−01570−GBD −FM, 1975 in 1:03−md−01570− Order, Set Deadlines/Hearings,,,,,, (1217 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by B Plaintiffs, (1404 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Daral Maal Al Islami Trust, (139 in 1:04−cv−01076−GBD, 1204 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Abdullah Omar Naseef 1:04−cv−01076−GBD, 2390 in 1:03−md−01570−GBD −FM) Declaration in Opposition,,,,,,, filed by All Plaintiffs, 1:03−md−01570−GBD −FM) Response, filed by Bakr M Bin Laden, (389 in 1:03−md−01570−GBD −FM) Waiver Executed filed by Federal Insurance Company et al., Plaintiffs, (653 in 1:03−md−01570−GBD −FM) Endorsed Lett 1:03−md−01570−GBD −FM) Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., (2338 in 1:03−md−01570−GBD −FM) Stipulation and Order of Dismissal,,,, (2399 in 1:03−md−01570−GBD −FM Letter, (899 in 1:03−md−01570−GBD −FM) RICO Statement filed by Euro Brokers Inc., et al., (310 in 1:04−cv−01 1976 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by Saleh Al−Hussayen, Dubai Islamic B Sanabel Al−Kheer, Inc., Saleh Abdulaziz Al−Rajhi, Shahir Abdulraoof Batterjee, Faisal Islamic Bank−Sudan, Abdul Khalid Bin Mahfouz, Jamal Barzini, Ibrahim Bin Abdul Aziz Al Ibrahim Foundation, Safa Trust, Sulaiman Al−Ali, T Mohammed Badkook, Engelbert Schreiber, Jr, Abdullah Salaiman Al−Rajhi, Abdullah Al Faisal Bin Abdulaziz Al Sa Mar−Jac Investments, Inc., Erwin Watcher, Mohammed Jaghlit, African Muslim Agency, Islamic Assembly of North Abdullah Bin Khalid Al Thani, Aradi, Inc., Alfaisaliah Group, Abdullah Omar Naseef, Omar M. Bin Laden, Sheik Ha Al−Husaini, Asat Trust Reg., Council on American−Islamic Relations (CAIR), Riggs Bank, N.A., Schreiber & Zindel Muhammad Ashraf, Al Shamal Islamic Bank, Tarek M. Bin Laden, Dallah Avco Trans Arabia Co. LTD., Sercor Treu Anstalt, Khalid Sulaiman Al−Rajhi, Taha Jaber Al−Alwani, Saudi Red Crescent, Mar−Jac Poultry Inc, Mushayt for Company, Grove Corporate, Inc., Banca Del Gottardo, Sami Omar Al−Hussayen, Saleh Abdullah Kamel, Al Baraka and Development Corporation, Mar−Jac Poultry, Inc., Sterling Management Group, Inc., Mohammed Jamal Khalif*

*Muhsen Al Turki, Daral Maal Al Islami Trust, Saudi Binladin International Company, Adnan Basha, Sterling Charit Fund, Sulaiman Abdul Aziz Al−Rajhi, Perouz Seda Ghaty, International Institute of Islamic Thought, Ahmed Totonji, Mohammed Ali Sayed Mushayt, Saudi Joint Relief Committee, Reston Investments, Inc., Tadamon Islamic Bank, Nati Commercial Bank, M.M. Badkook Co. for Catering & Trading, DMI Administrative Services S.A., Saudi Dallah Al B Group LLC, Riggs National Corporation, Mohamed Bin Laden Organization (SBG), Khaled Bin Mahfouz, Frank Zin Corporation, Sana−Bell, Inc., Martin Watcher, Yassin Abdullah Kadi, Sheik Salman Al−Oawdah, Soliman H.S. Al−I World Assembly of Muslim Youth, York Foundation, Abdul Rahman Al Swailem, Engelbert Schreiber, Abdullah Bin I Yeslam M. Bin Laden, Al Haramain Islamic Foundation (United States), Yousef Jameel, Al Aqsa Islamic Bank, Herit Education Trust, Iqbal Yunus, Abdullah Bin Saleh Al−Obaid, Ahmed Zaki Yamani, M. Omar Ashraf a/k/a Muhamma Bakr M Bin Laden, Safar Al−Hawali, Abdul Aziz Al−Ibrahim, M. Yaqub Mirza, (1485 in 1:03−md−01570−GBD −F Affidavit in Support filed by Kathleen Ashton, (1849 in 1:03−md−01570−GBD −FM) Order,, (40 in 1:03−md−0157 −FM) MOTION to Dismiss The Fourth Amended Consolidated Master Complaint in Ashton, et al. v. Al Qaeda Islam filed by Mohammed Al Faisal Al Saud, (463 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (762 in 1:03−md−0 −FM) RICO Statement filed by Continental Casualty Company, (148 in 1:03−md−01570−GBD −FM) Notice (Other Salman Bin Abdulaziz Al Saud, (1153 in 1:03−md−01570−GBD −FM) RICO Statement filed by Euro Brokers Inc., e in 1:03−md−01570−GBD −FM) Endorsed Letter, (769 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (674 in 1:03−md−01570−GBD −FM) Certificate of Service Other,, filed by Estate of John P.O'Neill, Sr., (11 in 1:04−cv−01076−GBD) FIRST MOTION for Leave to Appear counsel. filed by Christine Irene O'Neill, Carol O'Neil A. O'Neill, John Patrick O'Neill, Jr., (2356 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Al Haramain Isl Foundation, Inc., (2053 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed by Salah, (753 in 1:03−md−01570−GBD −FM, 31 in 1:04−cv−01076−GBD) Clerk Certificate of Mailing,, (295 in 1:03−md−01570−GBD −FM) MOTION to Dismiss or in the Alternative for a More Definite Statement. filed by Yass Al Kadi, (1746 in 1:03−md−01570−GBD −FM, 1746 in 1:03−md−01570−GBD −FM) Stipulation and Order, Set M R&R Deadlines/Hearings,,,,, (2365 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Jamal Barzinji, (985 in 1:03−md−01570−GBD −FM, 985 in 1:03−md−01570−GBD −FM) Stipulation and Order, Set Motion and R&R Deadlines/Hearings,, (164 in 1:03−md−01570−GBD −FM) MOTION for Protective Order Notice of Motion and Me in Support of Motion for Limited Appearance and to Move for a Protective Order. filed by Princess Haifa Al−Faisal, Bandar bin Sultan, The Kingdom of Saudi Arabia, (125 in 1:03−md−01570−GBD −FM) Stipulation and Order, (54 1:03−md−01570−GBD −FM) Notice (Other) filed by All Plaintiffs, (1093 in 1:03−md−01570−GBD −FM) RICO S filed by Estate of John P.O'Neill, Sr., (2277 in 1:03−md−01570−GBD −FM) Order on Motion to Appear Pro Hac V in 1:03−md−01570−GBD −FM) Endorsed Letter, (74 in 1:04−cv−01076−GBD) Order on Motion to Appear Pro H (168 in 1:03−md−01570−GBD −FM) Declaration filed by Burnett Plaintiffs, (370 in 1:03−md−01570−GBD −FM) and Order,, (73 in 1:04−cv−01076−GBD) MOTION (FILED ON SERVICE DATE) for John N. Scholnick and Ayad Appear Pro Hac Vice. filed by Engelbert Schreiber, Jr., Schreiber & Zindel, Frank Zindel, Engelbert Schreiber, (211 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by National Commercial Bank, (2144 in 1:03−md−01570− −FM) Notice of Voluntary Dismissal, filed by Amlin Underwriting, Ltd., (641 in 1:03−md−01570−GBD −FM) Endo Letter,,, (1868 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Sana−Bell, Inc., (1284 in 1:03−md−01570− Notice (Other) filed by Burnett Plaintiffs, (369 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Supp Motion, filed by Safa Trust, Mar−Jac Investments, Inc., African Muslim Agency, Grove Corporate, Inc., Sterling Mar Group, Inc., Sterling Charitable Gift Fund, International Institute of Islamic Thought, Reston Investments, Inc., Mena Corporation, Sana−Bell, Inc., York Foundation, Heritage Education Trust, (37 in 1:04−cv−01076−GBD, 829 in 1:03−md−01570−GBD −FM) Stipulation and Order, (693 in 1:03−md−01570−GBD −FM) Endorsed Letter, (377 i 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed by Sultan Bin Abdulaziz Al Sau 1:04−cv−01076−GBD) Notice (Other) filed by Estate of John Patrick O'Neill Sr., (823 in 1:03−md−01570−GBD − Certificate of Service Other filed by Estate of John P.O'Neill, Sr., (2047 in 1:03−md−01570−GBD −FM) Request to Default,, filed by Havlish Plaintiffs, (600 in 1:03−md−01570−GBD −FM) Notice of Appearance filed by Naif Bin Al Saud, (266 in 1:03−md−01570−GBD −FM) MOTION to Stay Proceedings. filed by Al Haramain Foundation, Aqeel (701 in 1:03−md−01570−GBD −FM) RICO Statement, filed by World Trade Center Properties LLC, et al., (999 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Salman Bin Abdulaziz Al Saud Abdulaziz Al Saud, (18 in 1:03−md−01570−GBD −FM, 3 in 1:04−cv−01076−GBD) MDL Transfer In,, (1384 in 1:03−md−01570−GBD −FM) MOTION for David P. Donovan to Withdraw as Attorney. filed by Mohammed Al Fai (513 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed by Addullah Al Faisal Al Saud, Alfaisaliah Group, Faisal Group Holding Co., (2361 in 1:03−md−01570−GBD −FM) Notice (Other) filed Haramain Islamic Foundation, Inc., (1201 in 1:03−md−01570−GBD −FM, 136 in 1:04−cv−01076−GBD) MOTIO Dismiss. filed by Mohammed Ali Sayed Mushayt, (2261 in 1:03−md−01570−GBD −FM, 2261 in 1:03−md−01570− Stipulation and Order, Set Deadlines/Hearings,,,,,, (2429 in 1:03−md−01570−GBD −FM) Rule 26 Disclosure filed Executive Committees, (434 in 1:03−md−01570−GBD −FM) Endorsed Letter, (126 in 1:03−md−01570−GBD −FM 1:03−md−01570−GBD −FM) Endorsed Letter, Set Deadlines,, (1805 in 1:03−md−01570−GBD −FM) Notice (Oth Euro Brokers Inc., et al., World Trade Center Properties LLC, et al., (1794 in 1:03−md−01570−GBD −FM) Notice of Address filed by Prince Mohamed Al−Faisal Al−Saud, (203 in 1:04−cv−01076−GBD, 1469 in 1:03−md−01570− −FM) Declaration in Support of Motion filed by Taha Jaber Al−Alwani, Appeal Record Sent to USCA − Electronic File,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,*

,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,
,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, (458 in 1:03−md−01570−GBD −FM) Memorandum of Law in Oppositi
Motion,, filed by Federal Insurance Company et al., Plaintiffs, (782 in 1:03−md−01570−GBD −FM) RICO Statemen
Estate of John P.O'Neill, Sr., (1149 in 1:03−md−01570−GBD −FM) Affidavit in Opposition to Motion,,, filed by Eur
Inc., et al., Burnett Plaintiffs, Federal Insurance Company et al., Plaintiffs, World Trade Center Properties LLC, et a
Ashton, Continental Casualty Company, Cantor Fitzgerald & Co., Estate of John P.O'Neill, Sr., New York Marine an
Insurance Company, (2024 in 1:03−md−01570−GBD −FM) Order, (1935 in 1:03−md−01570−GBD −FM) Order o
to Withdraw as Attorney, (507 in 1:03−md−01570−GBD −FM) Affidavit in Opposition to Motion,, filed by Burnett P
(651 in 1:03−md−01570−GBD −FM) Affidavit in Opposition to Motion, filed by Federal Insurance Company et al.,
(1218 in 1:03−md−01570−GBD −FM) RICO Statement filed by Euro Brokers Inc., et al., (275 in 1:03−md−01570−
−FM) Memorandum of Law in Opposition to Motion filed by Burnett Plaintiffs, (1387 in 1:03−md−01570−GBD −F
Declaration in Support, filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation, (694 in 1:03−md−01570−GBD −F
Statement filed by Estate of John P.O'Neill, Sr., (219 in 1:04−cv−01076−GBD, 1504 in 1:03−md−01570−GBD −F
MOTION to Dismiss. filed by Abdullah Bin Laden, (702 in 1:03−md−01570−GBD −FM) RICO Statement, filed by W
Center Properties LLC, et al., (1752 in 1:03−md−01570−GBD −FM, 284 in 1:04−cv−01076−GBD) Order, (65 in
1:03−md−01570−GBD −FM, 65 in 1:03−md−01570−GBD −FM) Endorsed Letter, Set Deadlines,, (936 in
1:03−md−01570−GBD −FM) RICO Statement, filed by Port Authority of New York & New Jersey, Cantor Fitzgeral
(2161 in 1:03−md−01570−GBD −FM) Declaration in Opposition to Motion, filed by National Commercial Bank, (2
1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed by Al Baraka Investment and
Development Corporation, Saleh Abdullah kamel, (1760 in 1:03−md−01570−GBD −FM) Memorandum of Law in S
Motion,, filed by Abdullah Bin Khalid Al−Thani, (307 in 1:03−md−01570−GBD −FM) RICO Statement filed by Fed
Insurance Company et al., Plaintiffs, (304 in 1:04−cv−01076−GBD, 1931 in 1:03−md−01570−GBD −FM) MOTIO
SHERYL MUSGROVE to Withdraw as Attorney. filed by Sami Omar Al−Hussayen, (96 in 1:03−md−01570−GBD −
MOTION to Dismiss for Lack of Jurisdiction the Third Amended Complaint (Burnett). MOTION to Dismiss for Lack
Jurisdiction the Third Amended Complaint (Burnett). filed by Abdul Rahman Al Swailem, (484 in 1:03−md−01570−
Notice of Appearance filed by Christine Irene O'Neill, Carol O'Neill, Dorothy A. O'Neill, John Patrick O'Neill, Jr., E
John P.O'Neill, Sr., (136 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by Sultan
Abdulaziz Al Saud, (2114 in 1:03−md−01570−GBD −FM) Declaration in Support of Motion filed by National Comm
Bank, (303 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by Yousef Jameel, (102
1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,,,,, filed by Port Authority of New York
Jersey, Cantor Fitzgerald & Co., (323 in 1:04−cv−01076−GBD, 2129 in 1:03−md−01570−GBD −FM) Order on M
Appear Pro Hac Vice, (579 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company e
Plaintiffs, (911 in 1:03−md−01570−GBD −FM) Order,, (1872 in 1:03−md−01570−GBD −FM) Reply Memorandum
Support of Motion,, filed by Ahmed Zaki Yamani, (785 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (249
1:03−md−01570−GBD −FM) MOTION to Dismiss First Amended Complaint. filed by Mohammed Al Faisal Al Saud
1:03−md−01570−GBD −FM) 30/60 Days Amended Complaint,, filed by Christine Irene O'Neill, Carol O'Neill, Dor
O'Neill, John Patrick O'Neill, Jr., (2405 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Mo
by Plaintiffs Executive Committees, (2021 in 1:03−md−01570−GBD −FM) Order, (63 in 1:03−md−01570−GBD −
Endorsement, (1695 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed by Dar
Islami Trust, (2268 in 1:03−md−01570−GBD −FM) Declaration in Support of Motion filed by Abdullah Al Faisal B
Abdulaziz AlSaud, (2030 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by Abdul
Sulayman, (1921 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed by Jamal
(2357 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Perouz Seda Ghaty, (649 in 1:03−md−01570−GBD
MOTION (FILED ON SERVICE DATE) for Thomas M. Melsheimer, Matthew E. Yarbrough, and John M. Helms to
Hac Vice. MOTION (FILED ON SERVICE DATE) for Thomas M. Melsheimer, Matthew E. Yarbrough, and John M.
Appear Pro Hac Vice. filed by Omar Sulaiman Al−Rajhi, Abdullah Salaiman Al−Rajhi, Sulaiman Bin Abdul Aziz Al
Khalid Sulaiman Al−Rajhi, Saleh Abdul Aziz Al Rajhi, (1392 in 1:03−md−01570−GBD −FM) MOTION to Dismiss
filed by Banca Del Gottardo, (1431 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Aradi, Inc., (332 in
1:04−cv−01076−GBD, 2184 in 1:03−md−01570−GBD −FM) Order,, (584 in 1:03−md−01570−GBD −FM) RICO
filed by Port Authority of New York & New Jersey, Cantor Fitzgerald & Co., (2350 in 1:03−md−01570−GBD −FM)
Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Al Haramain Islamic Foundation, Inc., (608 in
1:03−md−01570−GBD −FM) Stipulation and Order, (391 in 1:03−md−01570−GBD −FM) Waiver of Service Exec
by Federal Insurance Company et al., Plaintiffs, (1207 in 1:03−md−01570−GBD −FM) RICO Statement filed by Fe
Insurance Company et al., Plaintiffs, (2231 in 1:03−md−01570−GBD −FM) Notice of Change of Address,, filed by
LLC, Cantor Fitzgerald Securities, Espeed, Inc., eSpeed Government Securities, Inc., Cantor Fitzgerald Associates,
Fitzgerald Europe, Cantor Fitzgerald Partners, TradeSpark, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzger
Cantor Index Limited, Cantor Fitzgerald, L.P., Cantor Fitzgerald International, eSpeed Securities, Inc., (610 in
1:03−md−01570−GBD −FM) Stipulation and Order,, (1146 in 1:03−md−01570−GBD −FM) Memorandum of Law
Opposition to Motion,,, filed by Euro Brokers Inc., et al., Burnett Plaintiffs, Federal Insurance Company et al., Plain
Trade Center Properties LLC, et al., Kathleen Ashton, Continental Casualty Company, Cantor Fitzgerald & Co., Est
P.O'Neill, Sr., New York Marine and General Insurance Company, (690 in 1:03−md−01570−GBD −FM) Endorsed
(805 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (237 in 1:03−md−0157
−FM) Memorandum of Law in Opposition to Motion filed by Kathleen Ashton, (2256 in 1:03−md−01570−GBD −F
1:03−md−01570−GBD −FM) Stipulation and Order, Add and Terminate Attorneys,,,, (344 in 1:03−md−01570−GB

*Endorsed Letter,, (1278 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Euro Brokers Inc., et al., Burnett P. World Trade Center Properties LLC, et al., (246 in 1:03−md−01570−GBD −FM) MOTION to Withdraw (165) MOT Protective Order Notice of Motion and Memorandum in Support of Motion for Limited Appearance and to Move for Order.. MOTION to Withdraw (165) MOTION for Protective Order Notice of Motion and Memorandum in Support c for Limited Appearance and to Move for a Protective Order.. filed by The Royal Embassy of Saudi Arabia, Abdul Ra Al−Noah, Princess Haifa Al−Faisal, Ahmed A. Kattan, Prince Bandar bin Sultan bin Abdulaziz, (257 in 1:03−md−0 −FM) Rule 7.1 Corporate Disclosure Statement filed by International Development Foundation, (1250 in 1:03−md−01570−GBD −FM, 152 in 1:04−cv−01076−GBD) Memorandum of Law in Opposition to Motion,, filed b Continental Casualty Company, (53 in 1:04−cv−01076−GBD) Declaration in Support of Motion filed by Engelbert Jr., Schreiber & Zindel, Frank Zindel, Engelbert Schreiber, (1693 in 1:03−md−01570−GBD −FM) Stipulation and (508 in 1:03−md−01570−GBD −FM) Endorsed Letter, (2316 in 1:03−md−01570−GBD −FM) Memorandum of La Support of Motion, filed by Cherif Sedky, (2165 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed National Commercial Bank, (1292 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Euro Brokers Inc., et al., Plaintiffs, World Trade Center Properties LLC, et al., (390 in 1:03−md−01570−GBD −FM) Waiver of Service Exec by Federal Insurance Company et al., Plaintiffs, (84 in 1:03−md−01570−GBD −FM) MOTION to Dismiss for Lack Jurisdiction the Third Amended Complaint (Burnett). filed by Sheik Salman Al−Oawdah, (2015 in 1:03−md−01570− −FM) Order on Motion to Vacate, (2107 in 1:03−md−01570−GBD −FM) Reply, filed by Burnett & Ashton Plaintif 1:03−md−01570−GBD −FM) Reply, filed by Sanabel Al−Kheer, Inc., Al Shamal Islamic Bank, Tadamon Islamic Ba in 1:03−md−01570−GBD −FM) Stipulation and Order, (1663 in 1:03−md−01570−GBD −FM) Reply Memorandum Support of Motion filed by Daral Maal Al Islami Trust, (2140 in 1:03−md−01570−GBD −FM) Brief filed by All De (1276 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Euro Brokers Inc., et al., Burnett Plaintiffs, World Tr Properties LLC, et al., (1027 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed Omar Al−Hussayen, (208 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plaintiffs, (590 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed by Islamic Investment Compan Gulf (Sharjah), (978 in 1:03−md−01570−GBD −FM) MOTION for Leave to File Motion to Dismiss Out of Time. fil Dallah Al Baraka Group LLC, (1857 in 1:03−md−01570−GBD −FM, 1857 in 1:03−md−01570−GBD −FM) Stipul Order, Set Deadlines/Hearings,,,, (200 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of M by International Islamic Relief Organization(IIRO), (1579 in 1:03−md−01570−GBD −FM) Memorandum of Law in to Motion,,, filed by Plaintiffs Executive Committees, (813 in 1:03−md−01570−GBD −FM) Notice (Other) filed by E Brokers Inc., et al., Burnett Plaintiffs, World Trade Center Properties LLC, et al., (1720 in 1:03−md−01570−GBD − MOTION to Strike Document No. (1665) Declaration of Jean−Charles Brisard, Affidavit of Carmen Bin Ladin, and Guillaume Dasquie. MOTION to Strike Document No. (1665) Declaration of Jean−Charles Brisard, Affidavit of Car Ladin, and Statement of Guillaume Dasquie. MOTION to Strike Document No. (1665) Declaration of Jean−Charles Affidavit of Carmen Bin Ladin, and Statement of Guillaume Dasquie. filed by Yeslam Binladin, (821 in 1:03−md−01 −FM) Stipulation and Order, (1884 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Moti Sana−Bell, Inc., (363 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by All P (417 in 1:03−md−01570−GBD −FM) Notice (Other) filed by National Commercial Bank, (2098 in 1:03−md−0157 −FM) Response filed by Saudi Binladin Group, Inc., (1942 in 1:03−md−01570−GBD −FM, 1942 in 1:03−md−015 −FM) Order on Motion for Reconsideration,,, (38 in 1:03−md−01570−GBD −FM) Memorandum of Law in Suppor filed by Sami Omar Al−Hussayen, (744 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Mot Federal Insurance Company et al., Plaintiffs, (1090 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estat P.O'Neill, Sr., (408 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plaintiffs, (1466 in 1:03−md−0 −FM) Stipulation and Order,,,, (891 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Soliman H.S. Al−Buth 1:03−md−01570−GBD −FM) MOTION for Jay D. Hanson and Christopher J. Beal to Appear Pro Hac Vice. filed b Trust, Mar−Jac Investments, Inc., African Muslim Agency, Jamal Barzinji, Muhammad Ashraf, Taha Jaber Al−Alwa Corporate, Inc., Sterling Management Group, Inc., Sterling Charitable Gift Fund, International Institute of Islamic T Yaqub Mirza, Reston Investments, Inc., M. Omar Ashraf, Sana−Bell, Inc., Heritage Education Trust, Iqbal Unus (Yu in 1:03−md−01570−GBD −FM, 205 in 1:04−cv−01076−GBD) Order, (1522 in 1:03−md−01570−GBD −FM) Rep Memorandum of Law in Support of Motion filed by Banca Del Gottardo, (427 in 1:03−md−01570−GBD −FM) Noti filed by Federal Insurance Company et al., Plaintiffs, (15 in 1:04−cv−01076−GBD) Notice of Appearance filed by C Irene O'Neill, Carol O'Neill, Dorothy A. O'Neill, John Patrick O'Neill, Jr., (403 in 1:03−md−01570−GBD −FM) M of Law in Opposition to Motion, filed by All Plaintiffs, (33 in 1:04−cv−01076−GBD, 755 in 1:03−md−01570−GBD Clerk Certificate of Mailing,,,,,,,,,, (1224 in 1:03−md−01570−GBD −FM) Endorsed Letter, (602 in 1:03−md−0157 −FM) Notice (Other), Notice (Other) filed by Burnett Plaintiffs, (1483 in 1:03−md−01570−GBD −FM) CONSENT for Extension of Time to File Answer to Federal Insurance Complaint. filed by Wa'el Jalaidan, (972 in 1:03−md−01 −FM, 65 in 1:04−cv−01076−GBD) Memorandum of Law in Opposition to Motion,, filed by Al Rajhi Bank, (1299 in 1:03−md−01570−GBD −FM, 163 in 1:04−cv−01076−GBD) Reply Memorandum of Law in Support of Motion,, file Al−Hussayen, (357 in 1:03−md−01570−GBD −FM) Affidavit in Opposition to Motion filed by All Plaintiffs, (1461 i 1:03−md−01570−GBD −FM, 1461 in 1:03−md−01570−GBD −FM) Stipulation and Order, Set Deadlines/Hearing in 1:03−md−01570−GBD −FM) RICO Statement filed by World Trade Center Properties LLC, et al., (2128 in 1:03−md−01570−GBD −FM) MOTION for Mark E. gottlieb, William H. Pillsbury, Darin J. McMullen to Appear P Vice. filed by Christine Irene O'Neill, Carol O'Neill, Dorothy A. O'Neill, John Patrick O'Neill, Jr., C. O'Neill, (1669 1:03−md−01570−GBD −FM) Stipulation and Order, (1999 in 1:03−md−01570−GBD −FM) Stipulation and Order 1:03−md−01570−GBD −FM) MOTION to Dismiss for Lack of Jurisdiction the Third Amended Complaint (Burnett)*

*Saudi Red Crescent, (1797 in 1:03−md−01570−GBD −FM) Default Judgment, (1644 in 1:03−md−01570−GBD −F
MOTION to Dismiss Ashton, Federal Insurance, World Trade Center, Continental Casualty, Euro Brokers, New Yor
and Burnett (5738) Complaints. MOTION to Dismiss Ashton, Federal Insurance, World Trade Center, Continental C
Euro Brokers, New York Marine, and Burnett (5738) Complaints. MOTION to Dismiss Ashton, Federal Insurance, W
Center, Continental Casualty, Euro Brokers, New York Marine, and Burnett (5738) Complaints. filed by Omar M. Bi
Tarek M. Bin Laden, Saudi Binladin International Company, Mohamed Bin Laden Organization (SBG), Bakr M Bin
(2058 in 1:03−md−01570−GBD −FM) Order, (957 in 1:03−md−01570−GBD −FM) Affidavit in Support of Motion
Dubai Islamic Bank, (35 in 1:03−md−01570−GBD −FM) Memo Endorsement, (371 in 1:03−md−01570−GBD −FM
Memorandum of Law in Support of Motion filed by Mohammed Al Faisal Al Saud, (857 in 1:03−md−01570−GBD −
Statement filed by New York Marine and General Insurance Company, (2283 in 1:03−md−01570−GBD −FM) MOT
Dismiss. filed by Saudi Binladin Group, Inc., (2189 in 1:03−md−01570−GBD −FM) Suggestion of Death filed by K
Mahfouz, (1108 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (1413 in
1:03−md−01570−GBD −FM) MOTION to Dismiss Declaration of Ally Hack. filed by Council on American−Islami
(CAIR), (1776 in 1:03−md−01570−GBD −FM, 288 in 1:04−cv−01076−GBD) Reply Memorandum of Law in Supp
Motion,, filed by Al Shamal Islamic Bank, (1199 in 1:03−md−01570−GBD −FM, 134 in 1:04−cv−01076−GBD) Me
of Law in Support of Motion,, filed by Shahir Abdulraoof Batterjee, (938 in 1:03−md−01570−GBD −FM) Notice of
filed by Asat Trust Reg., (514 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, fil
Alfaisaliah Group, Faisal Group Holding Co., Abdullah Al Faisal Bin Abdulaziz AlSaud, (1112 in 1:03−md−01570−
−FM) Stipulation and Order,,, (2270 in 1:03−md−01570−GBD −FM) MOTION for Certificate of Appealability Pur
U.S.C. Section 1292(b), certifying immediate appeal from this Court's June 17, 2010 Order denying DIB's Motion to
MOTION for Certificate of Appealability Pursuant to 28 U.S.C. Section 1292(b), certifying immediate appeal from th
June 17, 2010 Order denying DIB's Motion to Dismiss. filed by Dubai Islamic Bank, (627 in 1:03−md−01570−GBD
1:04−cv−01076−GBD) Order on Motion to Withdraw as Attorney,, (664 in 1:03−md−01570−GBD −FM) RICO Sta
filed by Estate of John P.O'Neill, Sr., (36 in 1:03−md−01570−GBD −FM) MOTION for More Definite Statement. fi
Omar Al−Hussayen, (2265 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Al Baraka Investment and
Development Corporation, (1434 in 1:03−md−01570−GBD −FM, 194 in 1:04−cv−01076−GBD) Memorandum of
Support of Motion,,, filed by Safa Trust, Mar−Jac Investments, Inc., African Muslim Agency, Grove Corporate, Inc.,
Management Group, Inc., Sterling Charitable Gift Fund, International Institute of Islamic Thought, Reston Investme
Mena Corporation, York Foundation, Heritage Education Trust, (1747 in 1:03−md−01570−GBD −FM) Endorsed L
in 1:03−md−01570−GBD −FM) JOINT MOTION for Extension of Time Stipulation Extending Time For Saudi Ame
To File Reply Papers In Support Of Its Motion To Dismiss. filed by Federal Insurance Company et al., Plaintiffs, (83
1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by Faisal Islamic Bank, (1639 in
1:03−md−01570−GBD −FM, 261 in 1:04−cv−01076−GBD) Memorandum of Law in Opposition to Motion,, filed b
John P.O'Neill, Sr., (302 in 1:03−md−01570−GBD −FM) MOTION to Dismiss Burnett (DC). filed by Yousef Jamee
1:03−md−01570−GBD −FM) Stipulation and Order, (1555 in 1:03−md−01570−GBD −FM) RICO Statement filed
Insurance Company et al., Plaintiffs, (1680 in 1:03−md−01570−GBD −FM) Notice of Appeal, filed by Transportati
Insurance Company, Transcontinental Insurance Company, American Casualty Company of Reading, Pennsylvania,
Forge Insurance Company, Continental Casualty Company, National Fire Insurance Company of Hartford, (1650 in
1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed by DMI Administrative Servic
(1173 in 1:03−md−01570−GBD −FM) RICO Statement filed by Continental Casualty Company, (2372 in
1:03−md−01570−GBD −FM) Answer to Complaint filed by Wamy International, Inc., World Assembly of Muslim Y
in 1:04−cv−01076−GBD) Notice (Other) filed by Metalor, (573 in 1:03−md−01570−GBD −FM) Notice (Other) file
Federal Insurance Company et al., Plaintiffs, (644 in 1:03−md−01570−GBD −FM) Stipulation and Order, (1657 in
1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed by DMI Administrative Service
(1960 in 1:03−md−01570−GBD −FM) Notice (Other) filed by New York Marine and General Insurance Company,
1:03−md−01570−GBD −FM) Stipulation and Order, (5 in 1:04−cv−01076−GBD, 91 in 1:03−md−01570−GBD −
Order,,, (347 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Addullah Al Faisal Abdulaziz Al Saud,
Group, Faisal Group Holding Co., Mohammed Bin Abdulrahman Al Ariefy, (2198 in 1:03−md−01570−GBD −FM)
to Withdraw Darin J. McMullen, Mark E. Gottlieb and William H. Pillsbury As Attorneys of Record. filed by C. O'Ne
1:03−md−01570−GBD −FM) MOTION for Max Huffman to Appear Pro Hac Vice. filed by Saudi High Commission
1:03−md−01570−GBD −FM) Endorsed Letter,, (191 in 1:03−md−01570−GBD −FM) Order Admitting Attorney P
Vice, (1065 in 1:03−md−01570−GBD −FM) Affirmation in Opposition to Motion,, filed by Plaintiffs Executive Com
(249 in 1:04−cv−01076−GBD, 1588 in 1:03−md−01570−GBD −FM) SUPPLEMENTAL MOTION to Dismiss Purs
CMO No. 4. filed by Al Haramain Islamic Foundation, Inc., Perouz Seda Ghaty, Soliman H.S. Al−Buthe, (425 in
1:03−md−01570−GBD −FM) MOTION to Strike (407) Memorandum of Law in Oppisition to Motion,, (408) Notice
(275) Memorandum of Law in Oppisition to Motion, (277) Memorandum of Law in Oppisition to Motion,,, (281) Me
of Law in Oppisition to Motion,, (403) Memor MOTION to Strike (407) Memorandum of Law in Oppisition to Motio
Notice (Other), (275) Memorandum of Law in Oppisition to Motion, (277) Memorandum of Law in Oppisition to Mo
Memorandum of Law in Oppisition to Motion,, (403) Memor MOTION to Strike (407) Memorandum of Law in Oppis
Motion,, (408) Notice (Other), (275) Memorandum of Law in Oppisition to Motion, (277) Memorandum of Law in O
Motion,,, (281) Memorandum of Law in Oppisition to Motion,, (403) Memor MOTION to Strike (407) Memorandum
Oppisition to Motion,, (408) Notice (Other), (275) Memorandum of Law in Oppisition to Motion, (277) Memorandu
Oppisition to Motion,,, (281) Memorandum of Law in Oppisition to Motion,, (403) Memor filed by Shahir Abdulraoo
Saleh Al−Hussayen, Sheik Hamad Al−Husaini, Saudi Red Crescent, Salman Al−Ouda, Safar Al−Hawali, (1703 in*

1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (88 in 1:03−md−01570−GBD −FM) MOTION (FILED ON SERVICE DATE) for Matthew H. Kirtland to Appear Pro Hac by Nimir Petroleum LLC, (1395 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Soliman H.S. Al−Buthe, (1. 1:03−md−01570−GBD −FM, 220 in 1:04−cv−01076−GBD) Memorandum of Law in Support of Motion,, filed by A Laden, (1526 in 1:03−md−01570−GBD −FM, 230 in 1:04−cv−01076−GBD) MOTION for Sanctions Pursuant to R filed by Taha Jaber Al−Alwani, (527 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (2363 in 1:03−md−01570− −FM) Notice (Other) filed by Jamal Barzinji, (1843 in 1:03−md−01570−GBD −FM) Notice of Change of Address,, CO2e.com, LLC, Cantor Fitzgerald Securities, Port Authority of New York & New Jersey, Espeed, Inc., eSpeed Gove Securities, Inc., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald Partners, Port Auth Trans−Hudson Corporation, Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald & Co., Cantor Index Limited, Ca Fitzgerald, L.P., Cantor Fitzgerald International, eSpeed Securities, Inc., (56 in 1:03−md−01570−GBD −FM) MOT Dismiss., (285 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Burnett Plaintiffs, (2009 in 1:03−md−01570−GBD −FM) Order, (1621 in 1:03−md−01570−GBD −FM) Stipulation and Order, (299 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Yousef Jameel, (815 in 1:03−md−01570−GBD −FM) F Statement, filed by Federal Insurance Company et al., Plaintiffs, (1679 in 1:03−md−01570−GBD −FM) Memorandu filed by Federal Insurance Company et al., Plaintiffs, (1851 in 1:03−md−01570−GBD −FM) Notice of Change of Ad by Cantor Fitzgerald & Co., (83 in 1:03−md−01570−GBD −FM) MOTION to Dismiss for Lack of Jurisdiction the T Amended Complaint (Burnett). filed by Saleh Al−Hussayen, (569 in 1:03−md−01570−GBD −FM) Notice (Other) fil Federal Insurance Company et al., Plaintiffs, (482 in 1:03−md−01570−GBD −FM) Notice of Appearance filed by C Irene O'Neill, Carol O'Neill, Dorothy A. O'Neill, John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr., (2203 in 1:03−md−01570−GBD −FM) Declaration in Support of Motion filed by Sanabel Al−Kheer, Inc., (374 in 1:03−md−01570−GBD −FM) MOTION to Dismiss and Memorandum of Law in Support of Motion to Dismiss. filed Kingdom of Saudi Arabia, (1426 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Safa Trust, Investments, Mar−Jac Investments, Inc., Mohammed Jaghlit, African Muslim Agency, Grove Corporate, Inc., Sterlin Management Group, Inc., Sterling Charitable Gift Fund, International Institute of Islamic Thought, Ahmed Totonji, R Investments, Inc., York Foundation, Heritage Education Trust, (1062 in 1:03−md−01570−GBD −FM) Reply Memor Law in Support of Motion,, filed by Faisal Islamic Bank, (901 in 1:03−md−01570−GBD −FM) Stipulation and Orde 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Mar−Jac Poultry Inc, Mar−Jac Poultry, Inc., (599 in 1:03−md−01570−GBD −FM) Notice of Appearance filed by Naif Bin Abdulaziz Al Saud, (667 in 1:03−md−01570− RICO Statement filed by Estate of John P.O'Neill, Sr., (1659 in 1:03−md−01570−GBD −FM) Declaration in Suppor Motion,, filed by Yassin Abdullah Kadi, (179 in 1:04−cv−01076−GBD, 1390 in 1:03−md−01570−GBD −FM) Decla Support,, filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation, (695 in 1:03−md−01570−GBD −FM) RICO State by Federal Insurance Company et al., Plaintiffs, (1597 in 1:03−md−01570−GBD −FM) Stipulation and Order, (367 1:03−md−01570−GBD −FM) MOTION to Strike Portions of Federal Plaintiffs' Opposition Brief (Dkt. No. 315). MO Strike Portions of Federal Plaintiffs' Opposition Brief (Dkt. No. 315). filed by Safa Trust, Mar−Jac Investments, Inc., Muslim Agency, Grove Corporate, Inc., Sterling Management Group, Inc., Sterling Charitable Gift Fund, Internation of Islamic Thought, Reston Investments, Inc., Mena Corporation, Sana−Bell, Inc., York Foundation, Heritage Educa (1297 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plaintiffs, (552 in 1:03−md−01570−GBD −F Stipulation and Order of Dismissal, (1636 in 1:03−md−01570−GBD −FM) Notice of Appeal filed by All Plaintiffs, ( 1:03−md−01570−GBD −FM) Endorsed Letter, (1779 in 1:03−md−01570−GBD −FM) Response in Opposition to M filed by Euro Brokers Inc., et al., Burnett Plaintiffs, Federal Insurance Company et al., Plaintiffs, World Trade Cente Properties LLC, et al., Continental Casualty Company, New York Marine and General Insurance Company, (2223 in 1:03−md−01570−GBD −FM) MOTION for Nancy Luque to Withdraw as Attorney. filed by Sana−Bell, Inc., Sanabe Inc., (1802 in 1:03−md−01570−GBD −FM, 290 in 1:04−cv−01076−GBD) Reply Memorandum of Law in Support o filed by Yassin Abdullah Kadi, (2253 in 1:03−md−01570−GBD −FM) Order, (1684 in 1:03−md−01570−GBD −FM Memorandum of Law in Support of Motion filed by Daral Maal Al Islami Trust, (1810 in 1:03−md−01570−GBD −F (Other) filed by Euro Brokers Inc., et al., World Trade Center Properties LLC, et al., (130 in 1:04−cv−01076−GBD, 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Adnan Basha, (232 in 1:04−cv−01076−GBD, 1528 in 1:03−md−01570−GBD −FM) Declaration in Support of Motion, filed by Taha Jaber Al−Alwani, (2087 in 1:03−md−01570−GBD −FM, 317 in 1:04−cv−01076−GBD) MOTION for Marc D. Powers to Withdraw as Attorne The Republic of Iraq, Republic of Iraq, (1920 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Suppo Motion filed by Jamal Barzinji, (67 in 1:04−cv−01076−GBD) Amended Complaint,,,,,,,,,,,, filed by Christine Irene O Estate of John Patrick O'Neill Sr., Carol O'Neill, Dorothy A. O'Neill, John Patrick O'Neill, Jr., (320 in 1:04−cv−010 2100 in 1:03−md−01570−GBD −FM) Order, (1339 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Estate P.O'Neill, Sr., (430 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Federal Insurance Company et al., Plai in 1:03−md−01570−GBD −FM) Notice of Change of Address filed by Mar−Jac Poultry Inc, (970 in 1:03−md−015 −FM) RICO Statement filed by World Trade Center Properties LLC, et al., (2321 in 1:03−md−01570−GBD −FM) A Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Sana−Bell, Inc., (825 in 1:03−md−01570−GBD −FM) No Voluntary Dismissal − Signed, (1835 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Shahi Abdulraoof Batterjee, Saleh Al−Hussayen, Talal Mohammed Badkook, Abdullah Omar Naseef, Sheik Hamad Al−Hu Red Crescent, Mushayt for Trading Company, Abdullah Muhsen Al Turki, Abdullah Bin Saleh Al Obaid, Adnan Bash Mohammed Ali Sayed Mushayt, M.M. Badkook Co. for Catering & Trading, Sheik Salman Al−Oawdah, Abdul Rahm Swailem, Safar Al−Hawali, (1537 in 1:03−md−01570−GBD −FM) Answer to Complaint filed by Wa'el Hamza Jala in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion,, filed by Havlish Plaintiffs, (2037 in

*1:03−md−01570−GBD −FM) Endorsed Letter,,,,, (1414 in 1:03−md−01570−GBD −FM, 181 in 1:04−cv−01076−( Response in Support of Motion, filed by Sheik Hamad Al−Husaini, (305 in 1:04−cv−01076−GBD, 305 in 1:04−cv−01076−GBD, 1951 in 1:03−md−01570−GBD −FM, 1951 in 1:03−md−01570−GBD −FM) Stipulation ar Set Deadlines/Hearings,,, (1327 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Federal Insurance Compar Plaintiffs, (300 in 1:03−md−01570−GBD −FM) Declaration in Support filed by Yousef Jameel, (1238 in 1:03−md−01570−GBD −FM) Affidavit of Service Complaints filed by Kathleen Ashton, (1633 in 1:03−md−01570− 259 in 1:04−cv−01076−GBD) Reply Memorandum of Law in Support of Motion,, filed by Council on American−Isla Relations (CAIR), (268 in 1:03−md−01570−GBD −FM) Reply to Response to Motion filed by Islamic Assembly of N America, (1375 in 1:03−md−01570−GBD −FM) MOTION to Dismiss the Ashton action. filed by Daral Maal Al Isla (1967 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,, filed by Euro Brokers Inc., e. Burnett Plaintiffs, Federal Insurance Company et al., Plaintiffs, World Trade Center Properties LLC, et al., (258 in 1:04−cv−01076−GBD, 1628 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion,, fi Abdullah Kamel, Al Baraka Investment and Development Corporation, Dallah Al Baraka Group LLC, (2348 in 1:03−md−01570−GBD −FM) Certificate of Service Other filed by Port Authority of New York & New Jersey, Port A Trans−Hudson Corporation, (519 in 1:03−md−01570−GBD −FM) Amended Complaint,,,, filed by Christine Irene ( Carol O'Neill, Dorothy A. O'Neill, John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr., (12 in 1:03−md−01570−C Endorsed Letter,, (2303 in 1:03−md−01570−GBD −FM) Answer to Amended Complaint filed by Dubai Islamic Ban 1:03−md−01570−GBD −FM) RICO Statement, filed by Estate of John P.O'Neill, Sr., (2443 in 1:03−md−01570−GI 2443 in 1:03−md−01570−GBD −FM) Order, Set Hearings, (1694 in 1:03−md−01570−GBD −FM) Notice (Other) , Euro Brokers Inc., et al., Burnett Plaintiffs, World Trade Center Properties LLC, et al., (1432 in 1:03−md−01570−C MOTION to Dismiss Memorandum in Support to Dismiss Aradi, Inc. filed by Aradi, Inc., (1456 in 1:03−md−01570− −FM) MOTION to Dismiss Notice of Motion. filed by World Assembly of Muslim Youth, (1564 in 1:03−md−01570− Memorandum of Law in Opposition,, filed by Federal Insurance Company et al., Plaintiffs, (2056 in 1:03−md−0157( −FM) Order, (890 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed by Al Ha Islamic Foundation, Inc., (772 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (1987 in 1:03−md−01570− Order,, (779 in 1:03−md−01570−GBD −FM) RICO Statement, filed by Euro Brokers Inc., et al., (467 in 1:03−md−01570−GBD −FM) Stipulation and Order, (969 in 1:03−md−01570−GBD −FM) RICO Statement filed by Insurance Company et al., Plaintiffs, (77 in 1:04−cv−01076−GBD, 1021 in 1:03−md−01570−GBD −FM) Endorsed (1793 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion,, filed by Yeslam M. Bin La in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Plaintiffs Executive Committees, (562 in 1:03−md−01570−GBD −FM) Order of Dismissal,, (548 in 1:03−md−01570−GBD −FM) Clerk Certificate of Maili 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion,, filed by Safa Trust, Mar−Jac Inves Inc., African Muslim Agency, Jamal Barzinji, Muhammad Ashraf, Taha Jaber Al−Alwani, Grove Corporate, Inc., Ste Management Group, Inc., Sterling Charitable Gift Fund, International Institute of Islamic Thought, M. Yaqub Mirza, Investments, Inc., M. Omar Ashraf, Mena Corporation, Sana−Bell, Inc., York Foundation, Heritage Education Trust, Unus (Yunus), (151 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Burnett (1768 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Tadamon Islamic Bank, (564 in 1:03−md−01570−G. Order Admitting Attorney Pro Hac Vice, (2012 in 1:03−md−01570−GBD −FM, 314 in 1:04−cv−01076−GBD) Ord Motion to Withdraw as Attorney, (2413 in 1:03−md−01570−GBD −FM) Notice of Voluntary Dismissal, filed by Fed Insurance Company, (980 in 1:03−md−01570−GBD −FM) MOTION for Leave to File Arabic language document. f Federal Insurance Company et al., Plaintiffs, (1622 in 1:03−md−01570−GBD −FM) Endorsed Letter, (669 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (22 in 1:03−md−01570−GBD Notice of Voluntary Dismissal − Signed, (379 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Suppo Motion filed by Arab Bank, (261 in 1:03−md−01570−GBD −FM) Order on Motion to Withdraw as Attorney,, (319 i 1:04−cv−01076−GBD) Order, (764 in 1:03−md−01570−GBD −FM, 35 in 1:04−cv−01076−GBD) Clerk Certificat Mailing,,, (818 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Continental Company, (1780 in 1:03−md−01570−GBD −FM) Stipulation and Order,,, (770 in 1:03−md−01570−GBD −FM) En Letter,, (515 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Federal Insura Company et al., Plaintiffs, (16 in 1:04−cv−01076−GBD) Amended Complaint,,,,,,,, filed by Christine Irene O'Neill, I John Patrick O'Neill Sr., Carol O'Neill, Dorothy A. O'Neill, John Patrick O'Neill, Jr., (3 in 1:03−md−01570−GBD − Transfer In, (320 in 1:03−md−01570−GBD −FM) Waiver of Service Executed filed by Federal Insurance Company Plaintiffs, (262 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Saudi High Commission, (460 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Federal Insurance Company e Plaintiffs, (141 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion, filed by Salman Bin Ab Saud, (46 in 1:03−md−01570−GBD −FM) MOTION to Dismiss of the Defendant The National Commercial Bank. fi National Commercial Bank, (1839 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Omar M. Bin Laden, She Al−Husaini, Tarek M. Bin Laden, Bakr M Bin Laden, (264 in 1:03−md−01570−GBD −FM) Reply Memorandum of Support of Motion, filed by Adel Abdul Batterjee, (2033 in 1:03−md−01570−GBD −FM) Affidavit of Service Compl by Havlish Plaintiffs, (1439 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion,, filed by Sa Abdullah Kamel, Al Baraka Investment and Development Corporation, Dallah Al Baraka Group LLC, (491 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Burnett Plaintiffs, (733 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by Sami Omar Al−Hussayen, (621 in 1:03−md−01570−GBD −FM) Stipulation and Order, (1326 in 1:03−md−01570−GBD −FM) RICO Statement filed Insurance Company et al., Plaintiffs, (886 in 1:03−md−01570−GBD −FM) Notice of Voluntary Dismissal − Signed,*

*1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Al Rajhi Bank, (259 in 1:03−md−01570−GBD −FM) Order on Motion to Appear Pro Hac Vice, (925 in 1:03−md−01570−GBD −FM) RIC Statement filed by Euro Brokers Inc., et al., (1361 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of P.O'Neill, Sr., (830 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Federal Insurance Company et al., Plai in 1:03−md−01570−GBD −FM) Affidavit in Support of Motion filed by Saudi Binladin Group, Inc., (871 in 1:03−md−01570−GBD −FM) RICO Statement filed by Continental Casualty Company, (1018 in 1:03−md−01570− Memorandum of Law in Support of Motion, filed by Khaled Bin Salim Bin Mahfouz, (359 in 1:03−md−01570−GBD MOTION to Dismiss for Lack of Jurisdiction Lack of Personal Jurisdiction. filed by Wael Jalaidan, (1682 in 1:03−md−01570−GBD −FM) Notice of Appeal, filed by Euro Brokers Inc., et al., (411 in 1:03−md−01570−GBD − Memorandum of Law in Support of Motion, filed by Salman Bin Abdulaziz Al Saud, (1094 in 1:03−md−01570−GBD RICO Statement filed by Estate of John P.O'Neill, Sr., (1463 in 1:03−md−01570−GBD −FM) Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Jessica Murrov Gibson A. Craig, Natalie Makshanov, Janlyn Scauso, Edward P. Ciafardini, Gary Wendell, Mark J. Siskopoulos, Me Saad Bin Laden, Serina Gillis, Anne M. Wodensheck, Helen Friedlander, Emily Motroni, Milagros Diaz, Cathy A. Ca Elinore Hartz, American Alternative Insurance Corporation, Kara Hadfield, Euro Brokers Inc., et al., Dixie M. Hobb Josephine Acquaviva, Armando Bardales, Jane Bartels, Lillian Bini, Leonor Alvarez, Edward Walsh, Fidelity and Ca Company of New York, American Employers' Insurance Company, Maria Giordano, Rina Rabinowitz, Allstate Insura Company, John F. Jermyn, Jacqueline Cannizzaro, Benhardt R. Wainio, Transportation Insurance Company, Judith Maryanne Farrell, Chubb Indemnity Insurance Company, Jeffrey Lovit, Sandy Amrita Mahabir, Richard B. Naiman, Leigh, Jean Adams, Faith Miller, Curtis Fred Brewer, Carmen Garcia, James Alario,, Jodie Goldberg, Sheila Gail H Yu Zheng, Donald DiDomenico, Christine R. Huhn, Lisa Palazzo, Nina Barnes, David Ziminski, Kevin Mount, Claud Owen McGovern, Kristin Galusha−Wild, Christine Irene O'Neill, Glens Falls Insurance Company, Philipson Azenab Knox, Martin Rosenbaum, John Bonomo, Armand Reo, Kazmierz Jakubiak, Dennis Quinn, Burnett & Ashton Plaintif Ross, Richard I. Klein, Emma Tisnovskiy, Carol Francolini, Havlish Plaintiffs, Madeleine A. Zuccala, Leonard Ardiz Tan Chin, Bhola P. Bishundat, Glenna M. Rosenburg, Elizabeth Ann Moss, David M. Bernstein, Fiona Havlish, Don Marie Twomey, Elizabeth Alderman, Yesenia Ielpi, James A. Reed, Chubb Custom Insurance Company, Lauren Rose Edith Cruz, Judith Casoria, Dorothy Ann Bogdan, Nancy Shea, Philip J. Zeiss, Daryl Joseph Meehan, Kim Barbaro, Allen, Merrilly E. Noeth, Lori Fletcher, Theresa McGovern, Peter Ioveno, Sheryl J. Oliver, Tremsky Plaintiffs, Micha Rebecca L. Marchand, Philip Lee, Joanne Modafferi, American Zurich Insurance Company, Alexander Santoro, Rob Theurkauf, Kathleen M. Buckley, Patricia Kellett, JoAnne Bruehert, Jerline Lewis, Maria Teresa Boisseau, Suzanne J Virginia Lorene Rossiter Valvo, Paul Kaufman, Thomas J. Meehan, III, Patricia Coughlin, David Brace, Cynthia F. Plaintiffs Executive Committees, Jocelyne Ambroise, Rosemary Kempton, Joseph Beltrani, Helene S. Passaro, Thoma Jr., Barbara Sohan, Northern Insurance Company of New York, Dorothy Mauro, Donald Aris, Linda E. Thorpe, Dha Sam, Rachel W. Goodrich, Ellen L. Saracini, Port Authority of New York & New Jersey, Anne MacFarlane, Dominic Sr., Timothy L. Frolich, Melvin C. Lewis, Jeremiah Harney, Barbara Ardizzone, Kathleen M. Arancio, Dawn Brown, Maerz, Jr., Feliciana Umanzor, Doreen Lutter, Denise Esposito, Kris A. Blood, Claudia Ruggiere, Arnold Lederman, T. Sellitto, John Lewis, Elvira P. Murphy, Kevin G. Murphy, Steven Feidelberg, Theresa A. Stack, Mathilda Geidel, J Crum & Forster Indemnity Company, Francine Raggio, Jennifer Ruth Jacobs, Christina Baksh, Donald Leistman, M Biegeleisen, Commercial Insurance Company of Newark, N.J., Evelyn Aron, Thomas Donnelly, Murray Bernstein, Lu Russell Vomero, William O'Connor, James Boyle, Andrew Braun, North River Insurance Company, Rosanna Thomps Ann Maggitti, Richard D. Allen, Stacey Fran Dolan, Yuko Clark, Valiant Insurance Company, Margaret Donoghue M Charles Downey, Maryland Casualty Company, Linda Panik, Andrija Tomasevic, Angela Gitto, Claudette Greene, A Cieslik, Stephen Alderman, Great Lakes Reinsurance (UK) PLC, Nicholas Barbaro, Elizabeth Rego, Alexander Paul Scott Ting, Juan B. Bruno, Susan Berger, George Luis Torres, Radmila Tomasevic, Kevin W. Barry, John C. Buckley Barry, Nancy Walsh, Patricia Coppo, Phyllis Lederman, Domenick Damiano, Edlene C. LaFrance, Frederick Alger, Bacotti Hannafin, Andy Dinoo, Andrea Maffeo, Melissa Van Ness Fatha, Karium Ali, Madelyn Conroy Allen, Gina C William Coale, Theresa Healey, Kurt Foster, Andrew Aris, Judith M. Aiken, Burnett Plaintiffs, Linda Pascuma, Hash Henderson, Barrera Plaintiffs, George Bonomo, Pacific Indemnity Company, CNA Casualty of California, Carol Gie Quinn, Krystyna Boryczewski, Narasimha Sattaluri, James Cizikie, Susan Rasweiler, Nancy Badagliacca, Sadiq Raso Gill, Carmen Romero, Great Northern Insurance Company, Patricia Tarasiewicz, One Beacon Insurance Company, Margaret Jurgens, Toni Ann Carroll, Janice O'Dell, Cella Woo−Yeun, Laurie Spampinato, David Edward Cushing, Co−Conspirators, Jill Rosenblum, Dennis Euleau, Jamie Miller, Christine Sakoutis, Diane Miller, Irene Bilcher, Nor Bernstein, Federal Insurance Company et al., Plaintiffs, Mary Haag, Kevin Rogers, Kathleen Ganci, Susan Brady, M Santoro, Federal Insurance Company, Raj Thackurdeen, Joseph R. Downey, George Lantay, Dhanraj Singh, Ondina Michael Deloughery, Amlin Underwriting, Ltd., Rubina Cox−Holloway, Amber Miller, Gordon G. Haberman, Jeann Susan E. Buhse, Laura J. Lassman, Todd DeVito, Lori Shulman, Rosemarie Corvino, Tracy Ann Taback Catalano, C Schmidt, Siew−Som Yeow, William Martin, Meg Bloom Glasser, Barbara Minervino, Martina Lyne−Ann Panik, Joan Betterly, Hiscox Dedicated Corporate Member, Ltd., Boris Bililovsky, Peter Greenleaf, Joviana Mercado, Victoria H R. Martin, Transcontinental Insurance Company, Robert Bermingham, Gregory Stevens, Rostyslav Tisnovskiy, Conti Insurance Company, Virginia Hayes, Ursula Broghammer, The Camden Fire Insurance Association, Michael Endriz Oslyn Powell, Clifford Tempesta, Theresa Regan, Nancy Ann Foster, Sharon Booker, Deborah Grazioso, Loisanne D Ildefonso A. Cua, Jeff Lever, Warren Hayes, Elizabeth Gardner, Anthony Vincelli, Iliana McGinnis, Andrea Russin, S Beckwith, Karen Hinds, Stephen Jezycki, Evelyn Rodriguez, World Trade Center Properties LLC, et al., Perry S. Ore Kemraj Singh, Carol O'Neill, Edward J. Sweeney, Collette M. LaFuente, Dennis L. Hobbs, Lisa Friedman, Julia Coli*

*Plaintiffs, Thomas Fletcher, Maryann Colin, James D. Hodges, Neil B. Blass, Meryl Mayo, Holli Silver, Erica Zucke Ruiz, Jr., Dana Noonan, Mark Bernheimer, Olga Merino, Lorraine Arias Beliveau, Kevin Quinn, Yvonne V. Abdool, Parisi−Gnazzo, Zurich American Insurance Company, Virginia Bauer, Beril Sofia DeFeo, Andrew Quinn, Miles Bil Barry, Chubb Insurance Company of New Jersey, American Casualty Company of Reading, Pennsylvania, Colleen H Chiemi York, Gila Barzvi, Kathleen Keeler Lozier, Daniel F. Barkow, Ann R. Haynes, Leonid Tisnovskiy, Dorothy A. Kelly Hayes, Tina Grazioso, Bettyann Martineau, Steadfast Insurance Company, Michele Boryczewski, Harry Ong, J LeVien, Joseph A. Tiesi, Helen Pfeifer, Roberta J. Levine, Valley Forge Insurance Company, Joann T. Howard, Mar Louisa D'Antonio, Vice Rose Arestegui, Kevin McArdle, Robert V. Trivingo, Bridget Hunter, Deena Burnett, Richard Victor Ugolyn, Steven M. Gillespie, Saradha Moorthy, Fryderyk Milewski, Seneca Insurance Company, Inc., Scott Sc Edward Navarro, Rosalie Downey, Theresa King, John Benedetto, Armine Giorgetti, Frederick Irby, Anna M. Granv Keane, William D Robbins, Michael Jezycki, Kathleen Ashton, Joseph Hands, Fiona Havlish, Hector Garcia, Ingrid Plaintiffs PI Executive Committee, Veronica Klares, Charlene Fiore, Aldo Addissi, Mary Gola Perez, James C. Cahi Gonzalez, Elizabeth H. Keller, Anna Mojica, Continental Casualty Company, Philip Germain, Brian Flannery, Robe Bernstein, Albert T. Regenhard, Deborah Francke, George Andrucki, Elaine Leinung, Delphine Saada, Regan Grice Stephen L. Cartledge, Pedro Saleme, Camille Doyle, Josephine Alger, Diane M. Walsh, Beverly Burnett, John Hasse Box, Barbara Scaramuzzino, Morris D. Lamonsoff, Maryann Rand, Basmattie Bishundat, Traci Bosco, William Doyl Wendy Feinberg, Dorothy Tempesta, Jane Alderman, Patricia Han, Jerzy Mrozek, Laurie S. Lauterbach, Boston Old Insurance Company, Michael J. Allen, Donna Paolillo, Anne Gabriel, Stanley Eckna, Martin Panik, Lynn Allen, Amy Fidelity And Deposit Company of Maryland, Patricia J. Perry, Jay Charles Dunne, Tara Bane, James Wallace O'Gr Curia, Bradley Daly, Roberta Kellerman, Netta Issacof, Cantor Fitzgerald & Co., Lauren Arias Lucchini, Jin Liu, N Picone, Diane Genco, Salvo Plaintiffs, Jasmine Victoria, Maria DiPilato, James W. Cahill, Kimberly Kaipaka Beave Booker, Howard Rice, John Patrick O'Neill, Jr., Lynn B. Pescherine, Sat Thackurdeen, H. Michael Keden, Timothy F Donald Francis Kennedy, Walter Tremsky, Carol Barbaro, Estate of John P.O'Neill, Sr., Mark Goldwasser, Eileen S Pamela Hohlweck, Luke C. Allen, Jennifer E. Brady, Santa Catarelli, Sharon Cobb−Glenn, Joann Meehan, America Guarantee and Liability Insurance Company, Frances Berdan, Janet Calia, Kathleen Cahill, Thomas E. Burnett, Sr., DiLallo Clark, Patricia Quigley, Jennifer L. Harvey, Dorothy Garcia, Michelle Bedigan, William B. Novotny, Emme United States Fire Insurance Company, Benjamin Arroyo, William Doyle, Jane M. Smithwick, Prakash Bhatt, Javier Ernesto Barrera, Rachel R. Harrell, Joanne Gross, Robert D'Elia, Maureen Kelly, Leila M. Joseph, Catherine T. Reg Margaret Arce, Lena Whittaker, James McGetrick, Cynthia Arnold, Mark Barbieri, Louis Schaefer, Sean Passananti Trimingham−Aiken, Phyllis Schreier, Delia Welty, Patricia Wiswall, Michael Boryczewski, The Princeton Excess & Lines Insurance Company, Chubb Insurance Company of Canada, Diane Wall, Woodly Joseph, Madeline Bergin, Fr William Ellis, Jr., Alfred Acquaviva, Karen Princiotta, Warren Monroe, Thomas Burnett, Desiree A. Gerasimovich, Frolich, Raymond Lachhman, Diane Ryan, Julia Boryczewski, Gladys Salvo, Lisanne MacKenzie, Grace M. Parkinson−Godshalk,, TheresaAnn Lostrangio, One Beacon America Insurance Company, Margit Arias, Clara Chir Benito Colon, John Martin, Jeannine P. Baron, Martha Burnett O'Brien, Andrea N. LeBlanc, Christine Bini, Joseph Michael Puckett, Anna Milewski, Russa Steiner, Kathleen Holland, Edmund Barry, Continental Insurance Company Jersey, Nancy Lynn Zuckerman, Virginia McKeon, Michael J. Novotny, Edward Arancio, Jennifer D'Auria, Thomas William Nelson, Hillary A. Briley, Lauren Murphy, Evelyn Tepedino, Assurance Company of Amer, Michael Girdan Della Bella, Thomas Baez, Deborah Calderon, Colonial American Casualty and Surety Insurance Company, Catheri Winifred Aranyos, Elizabeth R. Burns, National Ben Franklin Insurance Company of Illinois, Joanne Barbara, Eilee Colligan, Wen Shi, Jennifer Tarantino, Jurgiel Kazimierz, Kathryn J. Hussa, Vigilant Insurance Company, Monica M Gabrielle, Daniel Polatsch, Robert T. Folger, Eileen Tallon, Ron Harding, Lori Mascali, Cynthia Tumulty, Amy Far Bonomo, Linda Pickford, Patricia H. McDowell, John P. Baeszler, Robert Spadafora, National Fire Insurance Comp Hartford, Houssain Lazaar, Shirley Henderson, Homeland Insurance Company of New York, (91 in 1:04−cv−01076 RICO Statement filed by Estate of John Patrick O'Neill Sr., (182 in 1:03−md−01570−GBD −FM) Endorsed Letter, ( 1:03−md−01570−GBD −FM) Stipulation and Order,, (121 in 1:04−cv−01076−GBD, 1186 in 1:03−md−01570−G MOTION to Dismiss. filed by Safar Al−Hawali, (730 in 1:03−md−01570−GBD −FM) Memorandum of Law in Supp Motion filed by Sami Omar Al−Hussayen, (781 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of P.O'Neill, Sr., (1209 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion,, filed by En Schreiber, Jr, Schreiber & Zindel, Frank Zindel, S.M. Tufail, Engelbert Schreiber, (2060 in 1:03−md−01570−GBD Endorsed Letter,,, (1028 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed by Al−Hussayen, (1640 in 1:03−md−01570−GBD −FM, 263 in 1:04−cv−01076−GBD) CROSS MOTION to Strike Do [1591−1592].CROSS MOTION to Strike Document No. [1591−1592].CROSS MOTION to Strike Document No. [15 filed by Estate of John P.O'Neill, Sr., (1379 in 1:03−md−01570−GBD −FM) Notice (Other) filed by World Trade Ce Properties LLC, et al., (812 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (2197 in 1:03−md−01570−GBD −F (Other) filed by Faisal Islamic Bank, (193 in 1:03−md−01570−GBD −FM) Notice of Appearance filed by Saudi Ec Development Company, Mohammed Bin Mahfouz, Mohammed Salim Bin Mahfouz, International Development Foun (1141 in 1:03−md−01570−GBD −FM) RICO Statement filed by Continental Casualty Company, (1649 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed by DMI Administrative Service in 1:03−md−01570−GBD −FM) Notice of Appearance filed by Port Authority of New York & New Jersey, Cantor F Co., (111 in 1:03−md−01570−GBD −FM) Amended Complaint,,,,,,, filed by American Alternative Insurance Corpo Fidelity and Casualty Company of New York, American Employers' Insurance Company, Allstate Insurance Compan Indemnity Insurance Company, Glens Falls Insurance Company, Chubb Custom Insurance Company, American Zur Insurance Company, Northern Insurance Company of New York, Crum & Forster Indemnity Company, Commercial*

*Company of Newark, N.J., North River Insurance Company, Valiant Insurance Company, Maryland Casualty Compa Lakes Reinsurance (UK) PLC, Pacific Indemnity Company, CNA Casualty of California, Great Northern Insurance C One Beacon Insurance Company, Federal Insurance Company, Amlin Underwriting, Ltd., Hiscox Dedicated Corpora Member, Ltd., Continental Insurance Company, The Camden Fire Insurance Association, Zurich American Insuranc Chubb Insurance Company of New Jersey, Steadfast Insurance Company, Seneca Insurance Company, Inc., Boston C Insurance Company, Fidelity And Deposit Company of Maryland, American Guarantee and Liability Insurance Com United States Fire Insurance Company, The Princeton Excess & Surplus Lines Insurance Company, Chubb Insuranc of Canada, One Beacon America Insurance Company, Continental Insurance Company of New Jersey, Assurance Co Amer, Colonial American Casualty and Surety Insurance Company, National Ben Franklin Insurance Company of Il Vigilant Insurance Company, Homeland Insurance Company of New York, (1455 in 1:03−md−01570−GBD −FM) L in Support of Motion,, filed by Yousef Jameel, (1457 in 1:03−md−01570−GBD −FM) Declaration in Support of Mot by Wamy International, Inc., World Assembly of Muslim Youth, (905 in 1:03−md−01570−GBD −FM) Reply Memora Law in Support of Motion, filed by Islamic Investment Company of the Gulf (Sharjah), (1630 in 1:03−md−01570−G Reply Memorandum of Law in Oppisition to Motion,,, filed by Federal Insurance Company et al., Plaintiffs, (409 in 1:03−md−01570−GBD −FM) Rule 7.1 Corporate Disclosure Statement filed by Saudi American Bank, (2325 in 1:03−md−01570−GBD −FM) Rule 26 Disclosure filed by International Islamic Relief Organization(IIRO), (607 in 1:03−md−01570−GBD −FM) Stipulation and Order, (1599 in 1:03−md−01570−GBD −FM) Response filed by Wa (1777 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (2154 in 1:03−md−01570−GBD −FM) Stipulation of Volu Dismissal,, filed by Crum & Forster Indemnity Company, North River Insurance Company, Seneca Insurance Compa United States Fire Insurance Company, (2174 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other), Noti filed by Cantor Fitzgerald Securities, Port Authority of New York & New Jersey, Espeed, Inc., eSpeed Government S Inc., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald Partners, Port Authority Tran Corporation, Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald & Co., Cantor Index Limited, Cantor Fitzgerald, Cantor Fitzgerald International, eSpeed Securities, Inc., (1001 in 1:03−md−01570−GBD −FM) Order, (1192 in 1:03−md−01570−GBD −FM, 127 in 1:04−cv−01076−GBD) MOTION to Dismiss. filed by Talal Mohammed Badko in 1:03−md−01570−GBD −FM) Notice of Appearance filed by Estate of John P.O'Neill, Sr., (593 in 1:03−md−0157 −FM) RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (986 in 1:03−md−01570−GBD −FM, 1:03−md−01570−GBD −FM) Stipulation and Order, Set Motion and R&R Deadlines/Hearings,, (306 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (245 in 1:04−cv−01076−GBD, 1571 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,, filed Brokers Inc., et al., Burnett & Ashton Plaintiffs, World Trade Center Properties LLC, et al., Continental Casualty Co New York Marine and General Insurance Company, (2269 in 1:03−md−01570−GBD −FM) Notice of Appearance fi Dubai Islamic Bank, (1307 in 1:03−md−01570−GBD −FM, 167 in 1:04−cv−01076−GBD) Reply Memorandum of Support of Motion,, filed by Abdullah Omar Naseef, (767 in 1:03−md−01570−GBD −FM) Endorsed Letter, (1345 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John P.O'Neill, Sr., (860 in 1:03−md−01570−GBD RICO Statement filed by Euro Brokers Inc., et al., (2212 in 1:03−md−01570−GBD −FM, 338 in 1:04−cv−01076−G on Motion to Appear Pro Hac Vice,,,,,,,, (1549 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Ins Company et al., Plaintiffs, (493 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, Rabita Trust, (773 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (1742 in 1:03−md−01570−GBD −FM) Appearance filed by The Republic of Iraq, (1690 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (1035 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,,, filed by Plaintiffs Executive Committ 1:03−md−01570−GBD −FM) RICO Statement, filed by Christine Irene O'Neill, Carol O'Neill, Dorothy A. O'Neill, J Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr., (2422 in 1:03−md−01570−GBD −FM) Order,, (489 in 1:03−md−01570−GBD −FM) MOTION to Dismiss Notice of Motion to Dismiss. filed by Islamic Investment Compa Gulf (Sharjah), (2248 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (526 in 1:03−md−01570−GBD −FM) End Letter,, (2331 in 1:03−md−01570−GBD −FM) Amended Answer to Complaints filed by Dubai Islamic Bank, (2157 1:03−md−01570−GBD −FM) MOTION for Declaratory Judgment − Plaintiffs' Notice of Motion for Declaratory Re by All Plaintiffs, (817 in 1:03−md−01570−GBD −FM) Stipulation and Order,,, (1876 in 1:03−md−01570−GBD − (Other) filed by Sheikh Yusuf Al Qardawi, (951 in 1:03−md−01570−GBD −FM) Stipulation and Order,,, (613 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (248 in 1:03−md−01570−GBD −FM, 8 in 1:04−cv−01076− Management Plan,, (1744 in 1:03−md−01570−GBD −FM, 1744 in 1:03−md−01570−GBD −FM) Order, Add and Attorneys, (331 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed by Sheik H Al−Husaini, (623 in 1:03−md−01570−GBD −FM) MOTION for Donna Sheinbach to Withdraw as Attorney and No Change of Firm Name and Address. filed by Safa Trust, Mar−Jac Investments, Inc., Mohammed Jaghlit, African Mus Agency, Jamal Barzinji, Muhammad Ashraf, Taha Jaber Al−Alwani, Grove Corporate, Inc., Sterling Management G Sterling Charitable Gift Fund, International Institute of Islamic Thought, Ahmed Totonji, M. Yaqub Mirza, Reston In Inc., M. Omar Ashraf, Mena Corporation, York Foundation, Heritage Education Trust, Iqbal Yunus, (7 in 1:03−md−01570−GBD −FM) Notice of Appearance, filed by Sanabel Al−Kheer, Inc., Safa Trust, Mena Investments Investments, Inc., African Muslim Agency, Jamal Barzinji, Muhammad Ashraf, Taha Jaber Al−Alwani, Grove Corpo Sterling Charitable Gift Fund, International Institute of Islamic Thought, M. Yaqub Mirza, Reston Investments, Inc., Ashraf, Sana−Bell, Inc., York Foundation, Heritage Education Trust, Iqbal Unus (Yunus), (959 in 1:03−md−01570− −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (1847 in 1:03−md−01570−GBD −FM) Memorandum Support of Motion filed by Tadamon Islamic Bank, (368 in 1:03−md−01570−GBD −FM) MOTION to Strike Portion Federal Plaintiffs' Opposition Briefs (Dkt. Nos. 290, 291). MOTION to Strike Portions of Federal Plaintiffs' Oppositi*

*(Dkt. Nos. 290, 291). filed by Jamal Barzinji, Muhammad Ashraf, Taha Jaber Al−Alwani, M. Yaqub Mirza, M. Omar Iqbal Yunus, (210 in 1:04−cv−01076−GBD, 1494 in 1:03−md−01570−GBD −FM) Declaration in Opposition to M by Estate of John P.O'Neill, Sr., (1929 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Euro Brokers Inc., et Trade Center Properties LLC, et al., (921 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to M by World Trade Center Properties LLC, et al., (294 in 1:04−cv−01076−GBD, 1845 in 1:03−md−01570−GBD −FM Memorandum of Law in Opposition to Motion,, filed by Daral Maal Al Islami Trust, DMI Administrative Services S.A 1:03−md−01570−GBD −FM) MOTION to Dismiss the Federal Insurance First Amended Complaint. filed by Saudi Bank, (233 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion filed by Kathleen Ashton 1:03−md−01570−GBD −FM) Notice of Appearance filed by Euro Brokers Inc., Burnett Plaintiffs, All Plaintiffs, (19 1:03−md−01570−GBD −FM) Order, (256 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Mo by Burnett Plaintiffs, (2150 in 1:03−md−01570−GBD −FM, 2150 in 1:03−md−01570−GBD −FM) Order, Set Deadlines/Hearings,,,,, (432 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plaintiffs, (1170 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (111 in 1:04−cv−01076−GBD, 1176 in 1:03−md−01570−GBD −FM) Affidavit in Support of Motion,, filed by Saudi Red C (692 in 1:03−md−01570−GBD −FM) Notice of Voluntary Dismissal − Signed, (1366 in 1:03−md−01570−GBD −F (Other) filed by Burnett Plaintiffs, (6 in 1:03−md−01570−GBD −FM, 6 in 1:03−md−01570−GBD −FM) MOTION ON SERVICE DATE) for Conference. MOTION (FILED ON SERVICE DATE) for Extension of Time to File Answer. (FILED ON SERVICE DATE) for Conference. MOTION (FILED ON SERVICE DATE) for Extension of Time to File filed by Abdulrahman Bin Mahfouz, (47 in 1:03−md−01570−GBD −FM) MOTION to Dismiss Certain Consolidated Complaints. filed by Sultan Bin Abdulaziz Al Saud, (2141 in 1:03−md−01570−GBD −FM) Notice (Other) filed by A Defendants, (873 in 1:03−md−01570−GBD −FM) Order, (173 in 1:04−cv−01076−GBD) Notice (Other) filed by Es John Patrick O'Neill Sr., (2406 in 1:03−md−01570−GBD −FM, 2406 in 1:03−md−01570−GBD −FM) Endorsed L Hearings,, (1180 in 1:03−md−01570−GBD −FM, 115 in 1:04−cv−01076−GBD) MOTION to Dismiss. filed by Abd Saleh Al−Obaid, (1665 in 1:03−md−01570−GBD −FM) Declaration in Opposition to Motion,,,,,,, filed by Euro Bro al., Burnett Plaintiffs, Federal Insurance Company et al., Plaintiffs, World Trade Center Properties LLC, et al., Cont Casualty Company, New York Marine and General Insurance Company, (727 in 1:03−md−01570−GBD −FM) MO Dismiss. filed by Sami Omar Al−Hussayen, (1226 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) fi Authority of New York & New Jersey, Cantor Fitzgerald & Co., (113 in 1:03−md−01570−GBD −FM) Clerk Certific Mailing, (457 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Soliman H.S. Al−Buthe, (140 in 1:03−md−0 −FM) MOTION to Dismiss the Complaints. filed by Salman Bin Abdulaziz Al Saud, (1572 in 1:03−md−01570−GBD Memorandum of Law in Opposition to Motion,,, filed by Federal Insurance Company et al., Plaintiffs, Kathleen Asht Continental Casualty Company, New York Marine and General Insurance Company, (61 in 1:04−cv−01076−GBD) Statement filed by Estate of John Patrick O'Neill Sr., (2362 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Seda Ghaty, (192 in 1:03−md−01570−GBD −FM) Letter, filed by Abdul Rahman Khaled Bin Mahfouz, (2072 in 1:03−md−01570−GBD −FM, 2072 in 1:03−md−01570−GBD −FM) Order, Set Deadlines/Hearings,,,,,,,,,, (108 in 1:04−cv−01076−GBD) RICO Statement filed by Estate of John Patrick O'Neill Sr., (335 in 1:04−cv−01076−GBD, 1:03−md−01570−GBD −FM) MOTION to Substitute Party. Old Party: Khalid Bin Mahfouz, New Party: The Estate Bin Mahfouz, Naylah Abd−al−Aziz Kaaki, Abdelrahman Khalid Bin Mahfouz, Sultan Khalid Bin Mahfouz, and Iman Mahfouz. filed by Kathleen Ashton, (311 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insuranc et al., Plaintiffs, (137 in 1:03−md−01570−GBD −FM) MOTION to Dismiss Complaint By Federal Insurance Plaint Quash Service of Process of His Royal Highness Prince Turki Al−Faisal Bin Abdulaziz Al−Saud. filed by Turki Al F Saud, (88 in 1:04−cv−01076−GBD) RICO Statement filed by Estate of John Patrick O'Neill Sr., (2023 in 1:03−md−01570−GBD −FM) Order,,, (1460 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of filed by Wamy International, Inc., World Assembly of Muslim Youth, (580 in 1:03−md−01570−GBD −FM) Reply M of Law in Support of Motion, filed by Saudi American Bank, (1249 in 1:03−md−01570−GBD −FM, 151 in 1:04−cv−01076−GBD) Memorandum of Law in Opposition to Motion,, filed by Plaintiffs Executive Committees, (32 1:04−cv−01076−GBD, 2101 in 1:03−md−01570−GBD −FM) Order on Motion to Withdraw as Attorney, (1486 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Euro Brokers Inc., et al., Burnett Plaintiffs, Fe Insurance Company et al., Plaintiffs, World Trade Center Properties LLC, et al., New York Marine and General Insu Company, (79 in 1:04−cv−01076−GBD) MOTION to Dismiss. filed by Engelbert Schreiber, Jr., Schreiber & Zindel, Zindel, Engelbert Schreiber, (966 in 1:03−md−01570−GBD −FM, 966 in 1:03−md−01570−GBD −FM) Stipulation Set Motion and R&R Deadlines/Hearings,, (301 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support o filed by Yousef Jameel, (146 in 1:04−cv−01076−GBD, 1235 in 1:03−md−01570−GBD −FM) Memorandum of Law Opposition to Motion,,, filed by Estate of John P.O'Neill, Sr., (1838 in 1:03−md−01570−GBD −FM) MOTION to St Document No. (1789) DMI Defendants' Request for Judicial Notice in Further Support of Motions to Dismiss. MOTI Strike Document No. (1789) DMI Defendants' Request for Judicial Notice in Further Support of Motions to Dismiss. to Strike Document No. (1789) DMI Defendants' Request for Judicial Notice in Further Support of Motions to Dismis MOTION to Strike Document No. (1789) DMI Defendants' Request for Judicial Notice in Further Support of Motions Dismiss. filed by Euro Brokers Inc., et al., Burnett Plaintiffs, Federal Insurance Company et al., Plaintiffs, World Tr Properties LLC, et al., Kathleen Ashton, Continental Casualty Company, Cantor Fitzgerald & Co., Estate of John P. Thomas E. Burnett, Sr., New York Marine and General Insurance Company, (1928 in 1:03−md−01570−GBD −FM) Letter, (1852 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (146 in 1:03−md−01570−GBD −FM) Order Attorney Pro Hac Vice,, (281 in 1:04−cv−01076−GBD) Notice of Appearance filed by The Republic of Iraq, (53 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Wa'el Jalaidan, (1213 in 1:03−md−01570−GBD −FM,*

*to Dismiss the Cantor Fitzgerald action. filed by DMI Administrative Services S.A., (265 in 1:03−md−01570−GBD − to Response to Motion filed by Sulaiman Al−Ali, (754 in 1:03−md−01570−GBD −FM, 32 in 1:04−cv−01076−GBD) Certificate of Mailing,,,,,,,,,,, (560 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Al Rajhi Bank, (329 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Sami Omar Al−Hussayen, (1080 in 1:03−md−01570−C RICO Statement filed by Estate of John P.O'Neill, Sr., (1964 in 1:03−md−01570−GBD −FM) Order,, (747 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (1340 in 1:03−md−01570−GBD −FM) Notice (Other) filed b John P.O'Neill, Sr., (2119 in 1:03−md−01570−GBD −FM) USCA Mandate Withdrawing Appeal,,,,,,,,,,, (124 in 1:03−md−01570−GBD −FM) Notice of Appearance filed by Wamy International, Inc., World Assembly of Muslim Y in 1:03−md−01570−GBD −FM) RICO Statement filed by Euro Brokers Inc., et al., (1334 in 1:03−md−01570−GBD Notice (Other) filed by Estate of John P.O'Neill, Sr., (678 in 1:03−md−01570−GBD −FM) RICO Statement filed by Insurance Company et al., Plaintiffs, (1789 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other), Notice Notice (Other) filed by Daral Maal Al Islami Trust, DMI Administrative Services S.A., (1167 in 1:03−md−01570−G RICO Statement filed by Estate of John P.O'Neill, Sr., (36 in 1:04−cv−01076−GBD, 810 in 1:03−md−01570−GBD Response in Opposition to Motion,,, filed by Estate of John P.O'Neill, Sr., (1492 in 1:03−md−01570−GBD −FM, 20 1:04−cv−01076−GBD) Declaration in Opposition to Motion,, filed by Estate of John P.O'Neill, Sr., (69 in 1:03−md−01570−GBD −FM) Endorsed Letter, (1832 in 1:03−md−01570−GBD −FM) MOTION to Vacate Default Dismiss the Claims Against Ahmed Zaki Yamani. filed by Ahmed Zaki Yamani, (2313 in 1:03−md−01570−GBD −FM Memorandum of Law in Support of Motion,, filed by Dubai Islamic Bank, (1143 in 1:03−md−01570−GBD −FM) En Letter,,,, (277 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,, filed by Burnett Plai in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Euro Brokers Inc., et al., Burnett Plaintiffs, Trade Center Properties LLC, et al., (455 in 1:03−md−01570−GBD −FM) Affidavit in Opposition to Motion filed by Ashton, (1878 in 1:03−md−01570−GBD −FM) Declaration in Support of Motion,, filed by Sheikh Yusuf Al Qardawi 1:03−md−01570−GBD −FM) Stipulation and Order,, (831 in 1:03−md−01570−GBD −FM) Stipulation and Order, 1:03−md−01570−GBD −FM) Notice of Voluntary Dismissal − Signed, (500 in 1:03−md−01570−GBD −FM) Mem Law in Support of Motion filed by DMI Administrative Services S.A., (501 in 1:03−md−01570−GBD −FM) Reply M of Law in Support of Motion, filed by The Kingdom of Saudi Arabia, (1430 in 1:03−md−01570−GBD −FM) Notice Appearance filed by Aradi, Inc., (1102 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O (176 in 1:04−cv−01076−GBD) Notice (Other) filed by Estate of John Patrick O'Neill Sr., (1467 in 1:03−md−01570 −FM) MOTION for Dean Arnold and Marshall Mintz to Withdraw as Attorney. filed by Sami Omar Al−Hussayen, (4 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,, filed by Federal Insurance Company Plaintiffs, (2337 in 1:03−md−01570−GBD −FM) Amended Answer to Complaints filed by Dubai Islamic Bank, (676 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Federal Insurance Company et al., Plaintiffs, ( 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion,, filed by Ahmed Zaki Yamani, (2332 in 1:03−md−01570−GBD −FM) Amended Answer to Complaints, filed by Dubai Islamic Bank, (1481 in 1:03−md−01 −FM) CONSENT MOTION for Extension of Time to File Answer to Ashton Complaint. filed by Wa'el Jalaidan, (179 1:03−md−01570−GBD −FM) Default Judgment, (2049 in 1:03−md−01570−GBD −FM) Notice of Change of Addr Faisal Islamic Bank, (144 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (129 in 1:03−md−01570−GBD −FM) for Leave to File Memorandum of Law in Opposition to Motion to Intervene as Parties−Plaintiff in the Burnett Actio (03−CV−9849(RCC)). MOTION for Leave to File Memorandum of Law in Opposition to Motion to Intervene as Parties−Plaintiff in the Burnett Action (03−CV−9849(RCC)). filed by Omar M. Bin Laden, Tarek M. Bin Laden, Sau Group, Inc., Khaled Bin Salim Bin Mahfouz, Bakr M Bin Laden, (554 in 1:03−md−01570−GBD −FM) Endorsed Le in 1:04−cv−01076−GBD) Reply Memorandum of Law in Support of Motion filed by Engelbert Schreiber, Jr., Schrei Zindel, Frank Zindel, Engelbert Schreiber, (788 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (1059 in 1:03−md−01570−GBD −FM) Declaration in Support of Motion,, filed by Yousef Jameel, (2042 in 1:03−md−01570 −FM) Order,, (360 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed by Abd Muhsen Al Turki, (1738 in 1:03−md−01570−GBD −FM) MOTION to Dismiss and Memorandum of Points & Autho Support of Motion. filed by Tadamon Islamic Bank, (1147 in 1:03−md−01570−GBD −FM) Affirmation in Oppositio Motion,,, filed by Euro Brokers Inc., et al., Burnett Plaintiffs, Federal Insurance Company et al., Plaintiffs, World Tr Properties LLC, et al., Kathleen Ashton, Continental Casualty Company, Cantor Fitzgerald & Co., Estate of John P. New York Marine and General Insurance Company, (736 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (1798 1:03−md−01570−GBD −FM) Endorsed Letter, (617 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law of Motion filed by DMI Administrative Services S.A., (1708 in 1:03−md−01570−GBD −FM) Stipulation and Order,, 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (2273 in 1:03−md−01570−GBD −FM) MOTION for Steven T. Cottreau to Appear Pro Hac Vice. filed by Dubai Islamic Ban 1:03−md−01570−GBD −FM) Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs, (2199 in 1:03−md−01570−GBD −FM) Declaration in Support of Motion filed by C. O'Neill, (1981 in 1:03−md−01570−GBD Notice of Change of Address, filed by Erwin Wachter, Sercor Treuhand Anstalt, Martin Wachter, Asat Trust Reg., (1 1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plaintiffs, (412 in 1:03−md−01570−GBD −FM) End Letter,,, (52 in 1:04−cv−01076−GBD) Declaration in Support of Motion filed by Engelbert Schreiber, Jr., Schreiber Frank Zindel, Engelbert Schreiber, (2374 in 1:03−md−01570−GBD −FM) Answer to Complaint filed by Wamy Inte Inc., World Assembly of Muslim Youth, (989 in 1:03−md−01570−GBD −FM, 69 in 1:04−cv−01076−GBD) Stipulat Order,,, (396 in 1:03−md−01570−GBD −FM) Endorsed Letter, (722 in 1:03−md−01570−GBD −FM) Status Repor All Plaintiffs, (826 in 1:03−md−01570−GBD −FM) Order on Motion to Appear Pro Hac Vice, (1331 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John P.O'Neill, Sr., (2109 in 1:03−md−01570−GBD*

*Scheduling Order, (1280 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plaintiffs, (75 in 1:03−md−01570−GBD −FM) Certificate of Service Other, filed by United States of America, (949 in 1:03−md−015 −FM) RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (50 in 1:04−cv−01076−GBD) Order o Dismissal,,, (734 in 1:03−md−01570−GBD −FM) Notice of Substitution of Attorney, filed by DMI Administrative Se (1814 in 1:03−md−01570−GBD −FM) Endorsed Letter,,, (2010 in 1:03−md−01570−GBD −FM) Order on Motion (131 in 1:03−md−01570−GBD −FM) MOTION for Extension of Time to File Response/Reply Stipulation and Order Extension of Time of SNCB Corporate Finance Ltd. and SNCB Securities Ltd. (London) to Respond to the Complaint for Extension of Time to File Response/Reply Stipulation and Order for Extension of Time of SNCB Corporate Finan SNCB Securities Ltd. (London) to Respond to the Complaint. filed by SNCB Corporate Finance Ltd., SNCB Securitie London, (433 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Burnett Plaintiffs, (2092 in 1:03−md−01570−GBD −FM) MOTION for Reconsideration re; (2090 in 1:03−md−01570−GBD−FM) Order, Plai Objections to Order of Magistrate Judge Maas Dated May 21, 2008. MOTION for Reconsideration re; (2090 in 1:03−md−01570−GBD−FM) Order, Plaintiffs' Objections to Order of Magistrate Judge Maas Dated May 21, 2008. Burnett & Ashton Plaintiffs, (843 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed Islamic Bank, (2434 in 1:03−md−01570−GBD −FM) MOTION to Seal Document Plaintiffs' Motion to Seal Portion Evidence in Support of Their Motion for Entry of Default Judgment Against Soveriegn Defendants. filed by Havlish F (551 in 1:03−md−01570−GBD −FM) Stipulation and Order of Dismissal, (768 in 1:03−md−01570−GBD −FM) Er Letter,, (2441 in 1:03−md−01570−GBD −FM) Order on Motion for Leave to File Excess Pages, (1275 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Euro Brokers Inc., et al., Burnett Plaintiffs, W Center Properties LLC, et al., (221 in 1:04−cv−01076−GBD, 221 in 1:04−cv−01076−GBD, 1507 in 1:03−md−015 −FM, 1507 in 1:03−md−01570−GBD −FM) Set Deadlines/Hearings,,,, Order,,, (2360 in 1:03−md−01570−GBD − (Other) filed by Al Haramain Islamic Foundation, Inc., (682 in 1:03−md−01570−GBD −FM) Stipulation and Order 1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John P.O'Neill, Sr., (707 in 1:03−md−01570−GBD Stipulation and Order, (1965 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion file Salah, (400 in 1:03−md−01570−GBD −FM) Notice of Change of Address filed by Jessica Murrow−Adams, Gibson Natalie Makshanov, Janlyn Scauso, Edward P. Ciafardini, Gary Wendell, Mark J. Siskopoulos, Mei Jy Lee, Serina G M. Wodensheck, Helen Friedlander, Emily Motroni, Milagros Diaz, Cathy A. Carilli, Elinore Hartz, American Alter Insurance Corporation, Kara Hadfield, Dixie M. Hobbs, Josephine Acquaviva, Armando Bardales, Jane Bartels, Lil Leonor Alvarez, Edward Walsh, Fidelity and Casualty Company of New York, American Employers' Insurance Comp Giordano, Rina Rabinowitz, Allstate Insurance Company, John F. Jermyn, Jacqueline Cannizzaro, Benhardt R. Wai Reiss, Maryanne Farrell, Chubb Indemnity Insurance Company, Jeffrey Lovit, Sandy Amrita Mahabir, Richard B. N Joyce Leigh, Jean Adams, Faith Miller, Curtis Fred Brewer, Carmen Garcia, James Alario,, Jodie Goldberg, Sheila Harris, Yun Yu Zheng, Donald DiDomenico, Christine R. Huhn, Lisa Palazzo, Nina Barnes, David Ziminski, Kevin M Claudia Flyzik, Owen McGovern, Kristin Galusha−Wild, Christine Irene O'Neill, Glens Falls Insurance Company, F Azenabor, Marion Knox, Martin Rosenbaum, John Bonomo, Armand Reo, Kazmierz Jakubiak, Dennis Quinn, Burnet Plaintiffs, Judi A. Ross, Richard I. Klein, Emma Tisnovskiy, Carol Francolini, Madeleine A. Zuccala, Leonard Ardizz Tan Chin, Bhola P. Bishundat, Glenna M. Rosenburg, Elizabeth Ann Moss, David M. Bernstein, Fiona Havlish, Don Marie Twomey, Elizabeth Alderman, Yesenia Ielpi, James A. Reed, Chubb Custom Insurance Company, Lauren Rose Edith Cruz, Judith Casoria, Dorothy Ann Bogdan, Nancy Shea, Philip J. Zeiss, Daryl Joseph Meehan, Kim Barbaro, Allen, Merrilly E. Noeth, Lori Fletcher, Theresa McGovern, Peter Ioveno, Sheryl J. Oliver, Tremsky Plaintiffs, Mich Rebecca L. Marchand, Philip Lee, Joanne Modafferi, American Zurich Insurance Company, Alexander Santoro, Rob Theurkauf, Kathleen M. Buckley, Patricia Kellett, JoAnne Bruehert, Jerline Lewis, Maria Teresa Boisseau, Suzanne Virginia Lorene Rossiter Valvo, Paul Kaufman, Thomas J. Meehan, III, Patricia Coughlin, David Brace, Cynthia F. Jocelyne Ambroise, Rosemary Kempton, Joseph Beltrani, Helene S. Passaro, Thomas Conroy, Jr., Barbara Sohan, N Insurance Company of New York, Dorothy Mauro, Donald Aris, Linda E. Thorpe, Dhanmatee Sam, Rachel W. Good L. Saracini, Anne MacFarlane, Dominic J. Puopolo, Sr., Timothy L. Frolich, Melvin C. Lewis, Jeremiah Harney, Bar Ardizzone, Kathleen M. Arancio, Dawn Brown, Ralph Maerz, Jr., Feliciana Umanzor, Doreen Lutter, Denise Esposi Blood, Claudia Ruggiere, Arnold Lederman, Matthew T. Sellitto, John Lewis, Elvira P. Murphy, Kevin G. Murphy, S Feidelberg, Theresa A. Stack, Mathilda Geidel, John Does, Crum & Forster Indemnity Company, Francine Raggio, Ruth Jacobs, Christina Baksh, Donald Leistman, Miriam M. Biegeleisen, Commercial Insurance Company of Newar Evelyn Aron, Thomas Donnelly, Murray Bernstein, Lucy Virgilio, Russell Vomero, William O'Connor, James Boyle, Braun, North River Insurance Company, Rosanna Thompson, Pamela Ann Maggitti, Richard D. Allen, Stacey Fran L Clark, Valiant Insurance Company, Margaret Donoghue McGinley, Charles Downey, Maryland Casualty Company, Panik, Andrija Tomasevic, Angela Gitto, Claudette Greene, Andrezej Cieslik, Stephen Alderman, Great Lakes Reinsu PLC, Nicholas Barbaro, Elizabeth Rego, Alexander Paul Aranyos, Scott Ting, Juan B. Bruno, Susan Berger, George Torres, Radmila Tomasevic, Kevin W. Barry, John C. Buckley, Maureen Barry, Nancy Walsh, Patricia Coppo, Phylli Lederman, Domenick Damiano, Edlene C. LaFrance, Frederick Alger, Renne Bacotti Hannafin, Andy Dinoo, Andrea Melissa Van Ness Fatha, Karium Ali, Madelyn Conroy Allen, Gina Cayne, William Coale, Theresa Healey, Kurt Fos Aris, Judith M. Aiken, Burnett Plaintiffs, Linda Pascuma, Hashim A. Henderson, Barrera Plaintiffs, George Bonomo, Indemnity Company, CNA Casualty of California, Carol Gies, Paul Quinn, Krystyna Boryczewski, Narasimha Sattal Cizikie, Susan Rasweiler, Nancy Badagliacca, Sadiq Rasool, John J. Gill, Carmen Romero, Great Northern Insuranc Company, Patricia Tarasiewicz, One Beacon Insurance Company, Mary Margaret Jurgens, Toni Ann Carroll, Janic Cella Woo−Yeun, Laurie Spampinato, Margaret P. Iskyan, David Edward Cushing, Jill Rosenblum, Dennis Euleau, Miller, Christine Sakoutis, Diane Miller, Irene Bilcher, Norma Bernstein, Federal Insurance Company et al., Plainti*

*Haag, Kevin Rogers, Kathleen Ganci, Susan Brady, Maureen Santoro, Federal Insurance Company, Raj Thackurdee R. Downey, George Lantay, Dhanraj Singh, Ondina Bennett, Michael Deloughery, Amlin Underwriting, Ltd., Rubina Cox−Holloway, Amber Miller, Gordon G. Haberman, Jeanne M. Evans, Susan E. Buhse, Laura J. Lassman, Todd Do Shulman, Rosemarie Corvino, Tracy Ann Taback Catalano, Charles Schmidt, Siew−Som Yeow, William Martin, Meg Glasser, Barbara Minervino, Martina Lyne−Ann Panik, Joanne F. Betterly, Hiscox Dedicated Corporate Member, L Bililovsky, Peter Greenleaf, Joviana Mercado, Victoria Higley, Paul R. Martin, Robert Bermingham, Gregory Steven Tisnovskiy, Continental Insurance Company, Virginia Hayes, Ursula Broghammer, The Camden Fire Insurance Asso Michael Endrizzi, Jean Oslyn Powell, Clifford Tempesta, Theresa Regan, Nancy Ann Foster, Sharon Booker, Debora Loisanne Diehl, Ildefonso A. Cua, Jeff Lever, Warren Hayes, Elizabeth Gardner, Anthony Vincelli, Iliana McGinnis, Russin, Sharlene M. Beckwith, Karen Hinds, Stephen Jezycki, Evelyn Rodriguez, Perry S. Oretzky, Kemraj Singh, Ca Edward J. Sweeney, Collette M. LaFuente, Dennis L. Hobbs, Lisa Friedman, Julia Collins, All Plaintiffs, Thomas Fle Maryann Colin, James D. Hodges, Neil B. Blass, Meryl Mayo, Holli Silver, Erica Zucker, Gilbert Ruiz, Jr., Dana No Bernheimer, Olga Merino, Lorraine Arias Beliveau, Kevin Quinn, Yvonne V. Abdool, Helene Parisi−Gnazzo, Zurich Insurance Company, Beril Sofia DeFeo, Andrew Quinn, Miles Bilcher, Brian Barry, Chubb Insurance Company of N Colleen Holohan, Chiemi York, Gila Barzvi, Kathleen Keeler Lozier, Daniel F. Barkow, Ann R. Haynes, Leonid Tisno Dorothy A. O'Neill, Kelly Hayes, Tina Grazioso, Bettyann Martineau, Steadfast Insurance Company, Michele Borycz Harry Ong, Jr., Vincent LeVien, Joseph A. Tiesi, Helen Pfeifer, Roberta J. Levine, Joann T. Howard, Mary Andrucki, D'Antonio, Vice Rose Arestegui, Kevin McArdle, Robert V. Trivingo, Bridget Hunter, Deena Burnett, Richard Villa, V Ugolyn, Steven M. Gillespie, Saradha Moorthy, Fryderyk Milewski, Seneca Insurance Company, Inc., Scott Schrimpe Navarro, Rosalie Downey, Theresa King, John Benedetto, Armine Giorgetti, Frederick Irby, Anna M. Granville, Rob William D Robbins, Michael Jezycki, Kathleen Ashton, Joseph Hands, Fiona Havlish, Hector Garcia, Ingrid M. Leni Veronica Klares, Charlene Fiore, Aldo Addissi, Mary Gola Perez, James C. Cahill, Mia Gonzalez, Elizabeth H. Kell Mojica, Philip Germain, Brian Flannery, Robert J. Bernstein, Albert T. Regenhard, Deborah Francke, George Andru Leinung, Delphine Saada, Regan Grice−Vega, Stephen L. Cartledge, Pedro Saleme, Camille Doyle, Josephine Alger, Walsh, Beverly Burnett, John Hassett, Kathleen Box, Barbara Scaramuzzino, Morris D. Lamonsoff, Maryann Rand, I Bishundat, Traci Bosco, William Doyle, Sr., Wendy Feinberg, Dorothy Tempesta, Jane Alderman, Patricia Han, Jerz Laurie S. Lauterbach, Boston Old Colony Insurance Company, Michael J. Allen, Donna Paolillo, Anne Gabriel, Stan Martin Panik, Lynn Allen, Amy Weaver, Fidelity And Deposit Company of Maryland, Patricia J. Perry, Jay Charles Tara Bane, James Wallace O'Grady, Linda Curia, Bradley Daly, Roberta Kellerman, Netta Issacof, Lauren Arias Lu Liu, Nancy Picone, Diane Genco, Salvo Plaintiffs, Jasmine Victoria, Maria DiPilato, James W. Cahill, Kimberly Kai Beaven, Rose Booker, Howard Rice, John Patrick O'Neill, Jr., Lynn B. Pescherine, Sat Thackurdeen, H. Michael Ke Timothy Parker, Donald Francis Kennedy, Walter Tremsky, Carol Barbaro, Estate of John P.O'Neill, Sr., Mark Gold Eileen Simon, Pamela Hohlweck, Luke C. Allen, Jennifer E. Brady, Santa Catarelli, Sharon Cobb−Glenn, Joann Me American Guarantee and Liability Insurance Company, Frances Berdan, Janet Calia, Kathleen Cahill, Thomas E. B Lisa DiLallo Clark, Patricia Quigley, Jennifer L. Harvey, Dorothy Garcia, Michelle Bedigan, William B. Novotny, E Kelly, United States Fire Insurance Company, Benjamin Arroyo, William Doyle, Jane M. Smithwick, Prakash Bhatt, Burgos, Ernesto Barrera, Rachel R. Harrell, Joanne Gross, Robert D'Elia, Maureen Kelly, Leila M. Joseph, Catherin Regenhard, Margaret Arce, Lena Whittaker, James McGetrick, Cynthia Arnold, Mark Barbieri, Louis Schaefer, Sean Passananti, Kimberly Trimingham−Aiken, Phyllis Schreier, Delia Welty, Patricia Wiswall, Michael Boryczewski, Th Excess & Surplus Lines Insurance Company, Chubb Insurance Company of Canada, Diane Wall, Woodly Joseph, M Bergin, Fran LaForte, William Ellis, Jr., Alfred Acquaviva, Karen Princiotta, Warren Monroe, Thomas Burnett, Des Gerasimovich, Irene Frolich, Raymond Lachhman, Diane Ryan, Julia Boryczewski, Gladys Salvo, Lisanne MacKenzi M. Parkinson−Godshalk,, TheresaAnn Lostrangio, One Beacon America Insurance Company, Margit Arias, Clara C Benito Colon, John Martin, Jeannine P. Baron, Martha Burnett O'Brien, Andrea N. LeBlanc, Christine Bini, Joseph Michael Puckett, Anna Milewski, Russa Steiner, Kathleen Holland, Edmund Barry, Continental Insurance Company Jersey, Nancy Lynn Zuckerman, Virginia McKeon, Michael J. Novotny, Edward Arancio, Jennifer D'Auria, Thomas William Nelson, Hillary A. Briley, Lauren Murphy, Evelyn Tepedino, Assurance Company of Amer, Michael Girdano Della Bella, Thomas Baez, Deborah Calderon, Colonial American Casualty and Surety Insurance Company, Catheri Winifred Aranyos, Elizabeth R. Burns, National Ben Franklin Insurance Company of Illinois, Joanne Barbara, Eileen Colligan, Wen Shi, Jennifer Tarantino, Jurgiel Kazimierz, Kathryn J. Hussa, Vigilant Insurance Company, Monica M Gabrielle, Daniel Polatsch, Robert T. Folger, Eileen Tallon, Ron Harding, Lori Mascali, Cynthia Tumulty, Amy Farr Bonomo, Linda Pickford, Patricia H. McDowell, John P. Baeszler, Robert Spadafora, Houssain Lazaar, Shirley Hen Homeland Insurance Company of New York, (832 in 1:03−md−01570−GBD −FM) Stipulation and Order, (336 in 1:03−md−01570−GBD −FM) Reply to Response to Motion filed by Muhammad Ashraf, Taha Jaber Al−Alwani, M. Ashraf, Iqbal Unus (Yunus), M. Yaqub Mirza, (2229 in 1:03−md−01570−GBD −FM) Brief, filed by Plaintiffs Execu Committees, (1478 in 1:03−md−01570−GBD −FM) CONSENT MOTION for Extension of Time to File Answer. filed International Islamic Relief Organization(IIRO), (2219 in 1:03−md−01570−GBD −FM) Notice of Appearance filed Sana−Bell, Inc., Sanabel Al Kheer, Inc., (1089 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of J P.O'Neill, Sr., (1559 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition,, filed by Federal Insuran Company et al., Plaintiffs, (2304 in 1:03−md−01570−GBD −FM) Answer to Complaint filed by Dubai Islamic Bank 1:03−md−01570−GBD −FM) MOTION to Dismiss the First Amended Complaint. filed by Muhammad Ashraf, Taha Al−Alwani, M. Yaqub Mirza, M. Omar Ashraf, Iqbal Yunus, (492 in 1:03−md−01570−GBD −FM) Reply Memorand in Support of Motion, filed by Wael Jalaidan, (2204 in 1:03−md−01570−GBD −FM) Response in Opposition to Mo Kathleen Ashton, (1263 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support filed by DMI Administrat*

*S.A., (2288 in 1:03−md−01570−GBD −FM) Affidavit in Support of Motion filed by Saudi Binladin Group, Inc., (858
1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (1258 in 1:03−md−01570−GB
158 in 1:04−cv−01076−GBD) Affidavit of Service Complaints,,,,, filed by Federal Insurance Company et al., Plainti
1:03−md−01570−GBD −FM) Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice
Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice
Notice (Other) filed by Euro Brokers Inc., et al., Burnett & Ashton Plaintiffs, Federal Insurance Company et al., Plai
World Trade Center Properties LLC, et al., Cantor Fitzgerald & Co., John Patrick O'Neill, Jr., Estate of John P.O'N
(2205 in 1:03−md−01570−GBD −FM) Endorsed Letter, (1748 in 1:03−md−01570−GBD −FM, 1748 in
1:03−md−01570−GBD −FM) Stipulation and Order, Set Motion and R&R Deadlines/Hearings,, (1355 in
1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John P.O'Neill, Sr., (789 in 1:03−md−01570−GBD
Stipulation and Order, (1078 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr.
1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (2432 in 1:03−md−01570−GB
Memorandum of Law in Support of Motion,,, filed by Havlish Plaintiffs, (594 in 1:03−md−01570−GBD −FM) RICO
filed by Federal Insurance Company et al., Plaintiffs, (225 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. fil
Bin Abdulaziz Al Saud, (1475 in 1:03−md−01570−GBD −FM) Endorsed Letter, (1084 in 1:03−md−01570−GBD −
Statement filed by Estate of John P.O'Neill, Sr., (296 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law ir
Motion filed by Saudi American Bank, (1979 in 1:03−md−01570−GBD −FM, 1979 in 1:03−md−01570−GBD −FM
1:04−cv−01076−GBD, 312 in 1:04−cv−01076−GBD) Stipulation and Order, Set Deadlines/Hearings,,,, (21 in
1:04−cv−01076−GBD) Amended Complaint,,,,,,,,,, filed by Christine Irene O'Neill, Estate of John Patrick O'Neill S
O'Neill, Dorothy A. O'Neill, John Patrick O'Neill, Jr., (1438 in 1:03−md−01570−GBD −FM) MOTION to Dismiss f
to State a Claim and Lack of Subject Matter Jurisdiction. filed by Saleh Abdullah Kamel, Al Baraka Investment and
Development Corporation, Dallah Al Baraka Group LLC, (1937 in 1:03−md−01570−GBD −FM) Notice of Change
filed by World Assembly of Muslim Youth, (1617 in 1:03−md−01570−GBD −FM) Notice of Appeal filed by Federal
Company et al., Plaintiffs, (1578 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion, filed
Plaintiffs, (1785 in 1:03−md−01570−GBD −FM) Certificate of Service Other filed by Sheikh Yusuf Al Qardawi, (19
1:03−md−01570−GBD −FM) Rule 7.1 Corporate Disclosure Statement filed by Alfaisaliah Group, (1573 in
1:03−md−01570−GBD −FM) Affirmation in Opposition to Motion,,, filed by Federal Insurance Company et al., Pla
Kathleen Ashton, Continental Casualty Company, New York Marine and General Insurance Company, (2260 in
1:03−md−01570−GBD −FM, 2260 in 1:03−md−01570−GBD −FM) Order, Set Deadlines/Hearings,,,,,, (1116 in
1:03−md−01570−GBD −FM) Brief filed by Mar−Jac Poultry Inc, (2031 in 1:03−md−01570−GBD −FM) MOTION
Dismiss. filed by Samir Salah, (213 in 1:03−md−01570−GBD −FM) MOTION for William C. Edgar to Withdraw as
for His Royal Highness Prince Naif Bin Abdulaziz Al Saud. filed by Naif Bin Abdulaziz Al Saud, (1244 in
1:03−md−01570−GBD −FM) Declaration in Opposition to Motion,,,,, filed by Euro Brokers Inc., et al., Burnett Pla
Federal Insurance Company et al., Plaintiffs, World Trade Center Properties LLC, et al., New York Marine and Gen
Insurance Company, (424 in 1:03−md−01570−GBD −FM) MOTION for James Patrick Vann to Appear Pro Hac Vi
Al Baraka Investment and Development Corporation, (1551 in 1:03−md−01570−GBD −FM) Stipulation and Order,
1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion,,, filed by Yeslam Binladin, (342 in
1:04−cv−01076−GBD, 2238 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Estate of John
Sr., (859 in 1:03−md−01570−GBD −FM) RICO Statement filed by World Trade Center Properties LLC, et al., (619
1:03−md−01570−GBD −FM) Amended Complaint,,,,,,,,, filed by Christine Irene O'Neill, Carol O'Neill, Dorothy A.
John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr., (741 in 1:03−md−01570−GBD −FM) Notice (Other) filed by
Islamic Bank, (133 in 1:04−cv−01076−GBD, 1198 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by S
Abdulraoof Batterjee, (13 in 1:03−md−01570−GBD −FM) MOTION (FILED ON SERVICE DATE) to Dismiss. MO
(FILED ON SERVICE DATE) to Dismiss. filed by Yeslam Binladin, (1126 in 1:03−md−01570−GBD −FM) RICO St
filed by Federal Insurance Company et al., Plaintiffs, (1681 in 1:03−md−01570−GBD −FM) Notice of Appeal filed
York Marine and General Insurance Company, (9 in 1:04−cv−01076−GBD, 253 in 1:03−md−01570−GBD −FM) C
(943 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plaintiffs, (1604 in 1:03−md−01570−GBD −
of Appeal, (147 in 1:04−cv−01076−GBD, 1245 in 1:03−md−01570−GBD −FM) Memorandum of Law in Oppositio
Motion,, filed by Plaintiffs Executive Committees, (592 in 1:03−md−01570−GBD −FM) Order Admitting Attorney P
Vice, (480 in 1:03−md−01570−GBD −FM) Notice of Appearance filed by Port Authority of New York & New Jersey
Fitzgerald & Co., Remark, (1462 in 1:03−md−01570−GBD −FM, 200 in 1:04−cv−01076−GBD) Memorandum of I
Support of Motion,, filed by Wamy International, Inc., World Assembly of Muslim Youth, (2320 in 1:03−md−01570−
Answer to Amended Complaint,,,,,, filed by Sana−Bell, Inc., (1187 in 1:03−md−01570−GBD −FM, 122 in
1:04−cv−01076−GBD) Memorandum of Law in Support of Motion, filed by Safar Al−Hawali, (1472 in 1:03−md−0
−FM) Memorandum of Law in Support of Motion, filed by Daral Maal Al Islami Trust, DMI Administrative Services
in 1:03−md−01570−GBD −FM) Notice (Other) filed by Sanabel Al−Kheer, Inc., (836 in 1:03−md−01570−GBD −
Memorandum of Law in Support of Motion filed by Faisal Islamic Bank, (2314 in 1:03−md−01570−GBD −FM) Not
filed by Sana−Bell, Inc., Sanabel Al Kheer, Inc., (1012 in 1:03−md−01570−GBD −FM) Memorandum of Law in Op
Motion,, filed by Port Authority of New York & New Jersey, Cantor Fitzgerald & Co., (205 in 1:03−md−01570−GB
Opposition Brief, filed by Saleh Abdullah Kamel, Al Baraka Investment and Development Corporation, Saleh Abdull
(49 in 1:04−cv−01076−GBD, 895 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motic
Al Haramain Islamic Foundation, Inc., Perouz Seda Ghaty, (1242 in 1:03−md−01570−GBD −FM) Memorandum of
Support, filed by DMI Administrative Services S.A., (1566 in 1:03−md−01570−GBD −FM) Declaration in Oppositic
Motion,,, filed by Estate of John P.O'Neill, Sr., (1922 in 1:03−md−01570−GBD −FM, 303 in 1:04−cv−01076−GBL*

*Stipulation and Order,,, (437 in 1:03−md−01570−GBD −FM) Rule 7.1 Corporate Disclosure Statement filed by Fed Insurance Company et al., Plaintiffs, (1686 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support filed by Daral Maal Al Islami Trust, (1557 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to M filed by Plaintiffs Executive Committees, (1846 in 1:03−md−01570−GBD −FM) MOTION to Dismiss Notice of Moti Tadamon Islamic Bank, (626 in 1:03−md−01570−GBD −FM) RICO Statement filed by Port Authority of New York Jersey, Cantor Fitzgerald & Co., (2124 in 1:03−md−01570−GBD −FM) MOTION for Default Judgment as to Sover Defendants. filed by Havlish Plaintiffs, (2427 in 1:03−md−01570−GBD −FM) Order on Motion to Appear Pro Hac in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (2385 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion filed by Plaintiffs Executive Committee 1:03−md−01570−GBD −FM) Endorsed Letter,,, (996 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law of Motion,, filed by Federal Insurance Company et al., Plaintiffs, (323 in 1:03−md−01570−GBD −FM) Order, (101 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Khaled Bin Salim Bin Mahfouz, (241 in 1:03−md−0157 −FM) MOTION for Roy T. Englert, Jr. to Appear Pro Hac Vice. filed by Saudi High Commission, (2158 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion, filed by All Plaintiffs, (1924 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Soliman H.S. Al−Buthe, (466 in 1:03−md−01570−GBD −FM Letter, (438 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Federal Insurance Company et al., Plaintiffs, ( 1:03−md−01570−GBD −FM) Brief filed by Plaintiffs Executive Committees, (2044 in 1:03−md−01570−GBD −FM Change of Address,, filed by Safa Trust, Mar−Jac Investments, Inc., Mohammed Jaghlit, Samir Salah, African Musli Jamal Barzinji, Muhammad Ashraf, Taha Jaber Al−Alwani, Grove Corporate, Inc., Sterling Management Group, Inc Charitable Gift Fund, International Institute of Islamic Thought, Ahmed Totonji, Reston Investments, Inc., M. Omar Mena Corporation, York Foundation, Abdul Hamid Abu Sulayman, Heritage Education Trust, Iqbal Yunus, M. Yaqu (1329 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John P.O'Neill, Sr., (161 in 1:03−md−0157 −FM) MOTION to Dismiss First Amended Complaint of Federal Insurance. filed by Arab Bank, (71 in 1:04−cv−010 SECOND MOTION for Extension of Time to File First Responsive Pleading. filed by Erwin Watcher, Asat Trust Reg Watcher, (659 in 1:03−md−01570−GBD −FM) Endorsed Letter,,,, (708 in 1:03−md−01570−GBD −FM) Notice of Dismissal − Signed,,,,,, (837 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Faisal Islamic Bank, (8 1:03−md−01570−GBD −FM) Affidavit in Support filed by Yassin Abdullah Kadi, (1100 in 1:03−md−01570−GBD MOTION to Dismiss for Lack of Jurisdiction and Insufficient Service of Process. filed by Erwin Watcher, Asat Trust Martin Watcher, (1087 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (61 i 1:03−md−01570−GBD −FM) Memo Endorsement, (1133 in 1:03−md−01570−GBD −FM, 102 in 1:04−cv−01076 Clerk Certificate of Mailing, (2368 in 1:03−md−01570−GBD −FM) Rule 7.1 Corporate Disclosure Statement filed International, Inc., World Assembly of Muslim Youth, (2292 in 1:03−md−01570−GBD −FM) Affidavit in Support of filed by Saudi Binladin Group, Inc., (1140 in 1:03−md−01570−GBD −FM) RICO Statement filed by World Trade C Properties LLC, et al., (2069 in 1:03−md−01570−GBD −FM) Response in Opposition to Motion, filed by Plaintiffs Committees, (838 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by Faisal Islami (1067 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (1048 in 1:03−md−01570−GBD −FM) Declaration Opposition to Motion,,,, filed by Plaintiffs Executive Committees, (903 in 1:03−md−01570−GBD −FM) Memorandu Support of Motion filed by Mar−Jac Poultry Inc, (804 in 1:03−md−01570−GBD −FM) Memorandum of Law in Sup Motion, filed by Mohammed Hussein Al Amoudi, (1828 in 1:03−md−01570−GBD −FM) Affidavit in Support of Mot Abdullah Bin Khalid Al−Thani, (738 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (1283 in 1:03−md−0 −FM) Notice (Other) filed by Burnett Plaintiffs, (2416 in 1:03−md−01570−GBD −FM) Order Admitting Attorney P Vice, (2224 in 1:03−md−01570−GBD −FM) Order Admitting Attorney Pro Hac Vice, (287 in 1:03−md−01570−GB Notice (Other) filed by Soliman J. Khudeira, (2022 in 1:03−md−01570−GBD −FM) Order,, (1821 in 1:03−md−015 −FM) Memorandum of Law in Support of Motion, filed by Dallah Avco Trans Arabia Co. LTD., (71 in 1:03−md−01 −FM) Reply to Response to Motion, filed by Burnett Plaintiffs, (137 in 1:04−cv−01076−GBD, 1202 in 1:03−md−01 −FM) Memorandum of Law in Support of Motion,, filed by Mohammed Ali Sayed Mushayt, (1962 in 1:03−md−0157 −FM) Memorandum of Law in Opposition to Motion,, filed by Euro Brokers Inc., et al., Burnett Plaintiffs, Federal In Company et al., Plaintiffs, World Trade Center Properties LLC, et al., (333 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed by Shahir Abdulraoof Batterjee, (175 in 1:03−md−01570−GBD −F Memorandum of Law in Support of Motion, filed by Sultan Bin Abdulaziz Al Saud, (1412 in 1:03−md−01570−GBD MOTION to Dismiss. filed by Council on American−Islamic Relations (CAIR), (648 in 1:03−md−01570−GBD −FM for Reconsideration re; (632) Memorandum & Opinion,,,,,,,,,,,, Notice of Motion for Reconsideration. MOTION for Reconsideration re; (632) Memorandum & Opinion,,,,,,,,,,,, Notice of Motion for Reconsideration. filed by National Bank, (1598 in 1:03−md−01570−GBD −FM) Response filed by International Islamic Relief Organization(IIRO), (1 1:03−md−01570−GBD −FM, 199 in 1:04−cv−01076−GBD) MOTION to Dismiss Notice of Motion. filed by Mohan Jaghlit, Muhammad Ashraf, Taha Al Alwani, Ahmed Totonji, M. Yaqub Mirza, M. Omar Ashraf, Iqbal Yunus, (4 in 1:04−cv−01076−GBD) Letter, (814 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Euro Brokers Inc., et a Plaintiffs, World Trade Center Properties LLC, et al., (394 in 1:03−md−01570−GBD −FM) Answer to Complaint fi Soliman H.S. Al−Buthe, (955 in 1:03−md−01570−GBD −FM) MOTION to Dismiss Complaints. filed by Dubai Isla (2228 in 1:03−md−01570−GBD −FM) MOTION for Leave to File Amended Complaint. filed by Havlish Plaintiffs, 1:03−md−01570−GBD −FM) MOTION to Dismiss for Lack of Jurisdiction the Third Amended Complaint (Burnett) Safar Al−Hawali, (1608 in 1:03−md−01570−GBD −FM) Notice of Appeal filed by Federal Insurance Company et a Plaintiffs, (2043 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed by Ahmed Yamani, (632 in 1:03−md−01570−GBD −FM) Memorandum & Opinion,,,,,,,,,,,, (2271 in 1:03−md−01570−GBD*

*Memorandum of Law in Support of Motion,, filed by Dubai Islamic Bank, (850 in 1:03−md−01570−GBD −FM) MO Dismiss. filed by Faisal Islamic Bank, (286 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plaintif 1:03−md−01570−GBD −FM, 2393 in 1:03−md−01570−GBD −FM, 2393 in 1:03−md−01570−GBD −FM) Order, and R&R Deadlines/Hearings, Set Deadlines/Hearings,,,,,,,,,,,,,,,,,,, (801 in 1:03−md−01570−GBD −FM) Endorsed (661 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (2032 in 1:03−md−015 −FM) Memorandum of Law in Support of Motion filed by Samir Salah, (1631 in 1:03−md−01570−GBD −FM) Mem Law in Opposition to Motion,,, filed by Federal Insurance Company et al., Plaintiffs, (533 in 1:03−md−01570−GBD Stipulation and Order, (1398 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by D Al Islami Trust, (262 in 1:04−cv−01076−GBD) Notice (Other) filed by Estate of John Patrick O'Neill Sr., (351 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Abdullah Al Faisal Bin Abdulaziz Al Saud, Alfaisaliah G Faisal Group Holding Co., Mohammed Bin Abdulrahman Al Ariefy, (646 in 1:03−md−01570−GBD −FM) Endorsed (1540 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion, filed by Mohammed Jaghlit, Mu Ashraf, Ahmed Totonji, M. Yaqub Mirza, M. Omar Ashraf, Iqbal Yunus, (2375 in 1:03−md−01570−GBD −FM) Ansv Complaint filed by Wamy International, Inc., World Assembly of Muslim Youth, (541 in 1:03−md−01570−GBD −FM MOTION to Dismiss Faisal Group Holding. filed by Kathleen Ashton, (2437 in 1:03−md−01570−GBD −FM) Notice Voluntary Dismissal,,, filed by Plaintiffs Executive Committees, (441 in 1:03−md−01570−GBD −FM) Notice (Other Federal Insurance Company et al., Plaintiffs, (406 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in S Motion, filed by Burnett Plaintiffs, (1570 in 1:03−md−01570−GBD −FM) 30/60 Days Amended Complaint,, filed by Irene O'Neill, Carol O'Neill, Dorothy A. O'Neill, John Patrick O'Neill, Jr., (538 in 1:03−md−01570−GBD −FM) Sti and Order of Dismissal,, (89 in 1:04−cv−01076−GBD) RICO Statement filed by Estate of John Patrick O'Neill Sr., ( 1:03−md−01570−GBD −FM) MOTION Reverse/Modify Maas Orders of 9/18/2007 re: (2037) Endorsed Letter,,,,, ( Endorsed Letter,,. MOTION Reverse/Modify Maas Orders of 9/18/2007 re: (2037) Endorsed Letter,,,,, (2038) Endors filed by Burnett & Ashton Plaintiffs, (155 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to M by Burnett & Ashton Plaintiffs, Tremsky Plaintiffs, Barrera Plaintiffs, Salvo Plaintiffs, (2330 in 1:03−md−01570−G Stipulation and Order, (232 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion filed by Ashton, (59 in 1:03−md−01570−GBD −FM) Rule 7.1 Corporate Disclosure Statement filed by Al Rajhi Banking and Investment, (2417 in 1:03−md−01570−GBD −FM) Order,, (1867 in 1:03−md−01570−GBD −FM) MOTION to Dis by Sana−Bell, Inc., (1966 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed b Hamid Abu Sulayman, (2096 in 1:03−md−01570−GBD −FM) MOTION to Remand Plaintiffs' Motion for Suggestio Remand. filed by Havlish Plaintiffs, (565 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Mo by Federal Insurance Company et al., Plaintiffs, (456 in 1:03−md−01570−GBD −FM) Affidavit in Opposition to Mo by Kathleen Ashton, (194 in 1:03−md−01570−GBD −FM) Notice of Appearance filed by Addullah Al Faisal Abdula Alfaisaliah Group, (530 in 1:03−md−01570−GBD −FM) Endorsed Letter, (1017 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion, filed by Khaled Bin Salim Bin Mahfouz, (1364 in 1:03−md−01570−GBL Notice (Other) filed by Estate of John P.O'Neill, Sr., (1709 in 1:03−md−01570−GBD −FM) RICO Statement filed by Insurance Company et al., Plaintiffs, (2442 in 1:03−md−01570−GBD −FM, 2442 in 1:03−md−01570−GBD −FM) Deadlines/Hearings, Order,,,,,,,,,, (1010 in 1:03−md−01570−GBD −FM) Affidavit in Opposition to Motion,,, filed b Brokers Inc., et al., Burnett Plaintiffs, Federal Insurance Company, World Trade Center Properties LLC, et al., Kath Ashton, Continental Casualty Company, Cantor Fitzgerald & Co., John Patrick O'Neill, Jr., New York Marine and G Insurance Company, (1871 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by San Al−Kheer, Inc., (1784 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Sheil Qardawi, (2280 in 1:03−md−01570−GBD −FM, 348 in 1:04−cv−01076−GBD) Order,,, (2155 in 1:03−md−01570 −FM) MOTION for Colin S. Stretch to Appear Pro Hac Vice. filed by Saudi Joint Relief Committee, (1335 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John P.O'Neill, Sr., (1956 in 1:03−md−01570−GBD Notice (Other) filed by Federal Insurance Company et al., Plaintiffs, (197 in 1:03−md−01570−GBD −FM) Rule 7.1 Disclosure Statement filed by Alfaisaliah Group, Faisal Group Holding Co., (1850 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion,,, filed by Euro Brokers Inc., et al., Burnett Plaintiffs, Federal Insurance al., Plaintiffs, World Trade Center Properties LLC, et al., Kathleen Ashton, Continental Casualty Company, Cantor & Co., Estate of John P.O'Neill, Sr., Thomas E. Burnett, Sr., New York Marine and General Insurance Company, Th Burnett, (2045 in 1:03−md−01570−GBD −FM) Response to Motion, filed by National Commercial Bank, (1613 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed by Aradi, Inc., (1688 in 1:03−md−01570−GBD −FM) Response in Opposition to Motion, filed by Burnett Plaintiffs, (1104 in 1:03−md−015 −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (1265 in 1:03−md−01570−GBD −FM) Memorandum c Support, filed by Daral Maal Al Islami Trust, (1298 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) Euro Brokers Inc., et al., Burnett Plaintiffs, World Trade Center Properties LLC, et al., (642 in 1:03−md−01570−G Order Admitting Attorney Pro Hac Vice, (260 in 1:03−md−01570−GBD −FM) Endorsed Letter,,, (2011 in 1:03−md−01570−GBD −FM) Order on Motion to Withdraw as Attorney, (638 in 1:03−md−01570−GBD −FM) Sti and Order, (2206 in 1:03−md−01570−GBD −FM, 2206 in 1:03−md−01570−GBD −FM) Endorsed Letter, Set Deadlines/Hearings,,,,, (1848 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed b Insurance Company et al., Plaintiffs, (760 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (341 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Al Haramain Islamic Foundation, Inc., (1757 in 1:03−md−01 −FM) MOTION for Donald J. Nolan to Withdraw as Attorney. filed by Gladys Salvo, (2102 in 1:03−md−01570−GB Order on Motion to Remand, (2066 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Yousef Jameel, (1106 in 1:03−md−01570−GBD −FM) MOTION to Dismiss for Lack of Jurisdiction MEMORANDUM IN SUPPORT OF MC*

*filed by Erwin Watcher, Sercor Treuhand Anstalt, Asat Trust Reg., Martin Watcher, (833 in 1:03−md−01570−GBD MOTION to Dismiss. filed by Faisal Islamic Bank, (2358 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Al Islamic Foundation, Inc., (575 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed Insurance Company et al., Plaintiffs, (386 in 1:03−md−01570−GBD −FM) Affidavit of Service Complaints filed by Insurance Company et al., Plaintiffs, (2172 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support filed by National Commercial Bank, (1163 in 1:03−md−01570−GBD −FM) Notice of Appearance filed by Banca De (165 in 1:03−md−01570−GBD −FM) MOTION for Protective Order Notice of Motion and Memorandum in Suppor for Limited Appearance and to Move for a Protective Order. filed by The Royal Embassy of Saudi Arabia, Abdul Rah Al−Noah, Princess Haifa Al−Faisal, Ahmed A. Kattan, Prince Bandar bin Sultan bin Abdulaziz, (1677 in 1:03−md−01570−GBD −FM) Stipulation and Order,,, (1806 in 1:03−md−01570−GBD −FM) MOTION to Dismiss Motion. filed by Sanabel Al−Kheer, Inc., (916 in 1:03−md−01570−GBD −FM) RICO Statement filed by Port Autho York & New Jersey, Cantor Fitzgerald & Co., (365 in 1:03−md−01570−GBD −FM) Endorsed Letter, (2116 in 1:03−md−01570−GBD −FM) Affidavit in Support of Motion,,, filed by National Commercial Bank, (2147 in 1:03−md−01570−GBD −FM) Brief filed by All Plaintiffs, (1990 in 1:03−md−01570−GBD −FM) Order, (1641 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion,,,, filed by Federal Insurance Comp Plaintiffs, (683 in 1:03−md−01570−GBD −FM) Waiver of Service Executed, filed by Christine Irene O'Neill, Carol Dorothy A. O'Neill, John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr., (1827 in 1:03−md−01570−GBD −FM) M Vacate Default Judgment. filed by Abdullah Bin Khalid Al−Thani, (1772 in 1:03−md−01570−GBD −FM, 1772 in 1:03−md−01570−GBD −FM, 286 in 1:04−cv−01076−GBD, 286 in 1:04−cv−01076−GBD) Order, Set Deadlines/Hearings,,,,,,,, (1482 in 1:03−md−01570−GBD −FM) CONSENT MOTION for Extension of Time to File Burnett Complaint. filed by Wa'el Jalaidan, (243 in 1:03−md−01570−GBD −FM) Endorsed Letter,,, (2355 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Perouz Seda Ghaty, (227 in 1:03−md−01570−GBD −FM) Me of Law in Opposition to Motion filed by Kathleen Ashton, (1016 in 1:03−md−01570−GBD −FM) Memorandum of L Support of Motion filed by Khaled Bin Salim Bin Mahfouz, (1315 in 1:03−md−01570−GBD −FM) Affidavit of Servic Complaints, filed by Federal Insurance Company et al., Plaintiffs, (234 in 1:03−md−01570−GBD −FM) Memorand in Opposition to Motion, filed by Kathleen Ashton, (2381 in 1:03−md−01570−GBD −FM, 2381 in 1:03−md−01570 −FM) Order, Set Deadlines/Hearings,,,, (654 in 1:03−md−01570−GBD −FM) MOTION to Dismiss the Consolidate Injury Plaintiffs (Ashton, Burnett, O'Neill, Salvo, and Tremsky). MOTION to Dismiss the Consolidated Personal Inju (Ashton, Burnett, O'Neill, Salvo, and Tremsky). filed by Al Haramain Islamic Foundation, Inc., (201 in 1:03−md−01 −FM) Reply Memorandum of Law in Support of Motion filed by International Islamic Relief Organization(IIRO), (56 1:03−md−01570−GBD −FM) Notice (Other) filed by Federal Insurance Company et al., Plaintiffs, (670 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (9 in 1:03−md−01570−GBD − MOTION (FILED ON SERVICE DATE) for Extension of Time to File Answer. filed by Yeslam Binladin, (106 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Saleh O. Badahdah, (2306 in 1:03−md−01570−GBD − Answer to Complaint filed by Dubai Islamic Bank, (2302 in 1:03−md−01570−GBD −FM) Answer to Amended Com by Dubai Islamic Bank, (929 in 1:03−md−01570−GBD −FM) Declaration in Support of Motion,, filed by Engelbert Jr, Schreiber & Zindel, Frank Zindel, Engelbert Schreiber, (928 in 1:03−md−01570−GBD −FM) Declaration in Su Motion,, filed by Engelbert Schreiber, Jr, Schreiber & Zindel, Frank Zindel, Engelbert Schreiber, (470 in 1:03−md−01570−GBD −FM) Order Admitting Attorney Pro Hac Vice,, (1883 in 1:03−md−01570−GBD −FM) Me of Law in Support of Motion, filed by Sanabel Al−Kheer, Inc., (2207 in 1:03−md−01570−GBD −FM) Reply Memor Law in Support of Motion filed by Kathleen Ashton, (807 in 1:03−md−01570−GBD −FM) Memorandum of Law in to Motion,,, filed by Federal Insurance Company et al., Plaintiffs, (1938 in 1:03−md−01570−GBD −FM) Notice of Address, filed by Council on American−Islamic Relations (CAIR), (1813 in 1:03−md−01570−GBD −FM) Notice (O by Euro Brokers Inc., et al., World Trade Center Properties LLC, et al., (1581 in 1:03−md−01570−GBD −FM) Stip Order,, (159 in 1:03−md−01570−GBD −FM) Order Admitting Attorney Pro Hac Vice, (1137 in 1:03−md−01570− Endorsed Letter,, (1741 in 1:03−md−01570−GBD −FM) MOTION to Dismiss Notice of Motion. filed by Tadamon I Bank, (2133 in 1:03−md−01570−GBD −FM, 2133 in 1:03−md−01570−GBD −FM) Order, Set Deadlines/Hearings 1:03−md−01570−GBD −FM) Order on Motion to Dismiss, (796 in 1:03−md−01570−GBD −FM) Acknowledgment Complaints, filed by Federal Insurance Company et al., Plaintiffs, (1447 in 1:03−md−01570−GBD −FM) MOTION Plaintiffs' Complaints in Ashton, Federal Insurance, Continental Casualty, and New York Marine With Prejudice. fil Abdulrahman Bin Mahfouz, (1914 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motio Khaled Bin Mahfouz, (506 in 1:03−md−01570−GBD −FM) Affidavit in Opposition to Motion, filed by Burnett Plain in 1:03−md−01570−GBD −FM) Stipulation and Order, (464 in 1:03−md−01570−GBD −FM) Amended Complaint by Christine Irene O'Neill, Carol O'Neill, Dorothy A. O'Neill, John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr., 1:03−md−01570−GBD −FM) Answer to Complaint filed by Wamy International, Inc., World Assembly of Muslim Y in 1:03−md−01570−GBD −FM) Acknowledgment of Service Complaints, filed by Federal Insurance Company et al. (64 in 1:03−md−01570−GBD −FM) Memo Endorsement, (395 in 1:03−md−01570−GBD −FM) Answer to Compla Perouz Seda Ghaty, (361 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed by Mohammed Ali Sayed Mushayt, (273 in 1:03−md−01570−GBD −FM) Affirmation in Opposition to Motion, filed by Plaintiffs, (1771 in 1:03−md−01570−GBD −FM) Notice of Appearance filed by Sheikh Yusuf Al Qardawi, (1930 in 1:03−md−01570−GBD −FM, 1930 in 1:03−md−01570−GBD −FM) Order on Motion to Dismiss, Order on Motion Dismiss/Lack of Jurisdiction,, (528 in 1:03−md−01570−GBD −FM) Endorsed Letter, (2226 in 1:03−md−01570−G Opposition Brief, filed by National Commercial Bank, (1879 in 1:03−md−01570−GBD −FM) Declaration in Suppo Motion,, filed by Sheikh Yusuf Al Qardawi, (2074 in 1:03−md−01570−GBD −FM, 2074 in 1:03−md−01570−GBD*

*Order, Set Deadlines/Hearings,, (849 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion fi Faisal Islamic Bank, (1350 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John P.O'Neill, Sr., (8 1:03−md−01570−GBD −FM) Memorandum of Law in Support,,, filed by Khalid Sulaiman Al−Rajhi, (1692 in 1:03−md−01570−GBD −FM) Endorsed Letter, (2008 in 1:03−md−01570−GBD −FM) Order, (606 in 1:03−md−0 −FM) Stipulation and Order,, (1295 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plaintiffs, (17 1:03−md−01570−GBD −FM) Stipulation and Order of Dismissal, (1783 in 1:03−md−01570−GBD −FM) Declarat Opposition to Motion, filed by Sheikh Yusuf Al Qardawi, (1419 in 1:03−md−01570−GBD −FM, 186 in 1:04−cv−01 Response in Support of Motion, filed by Talal Mohammed Badkook, (2020 in 1:03−md−01570−GBD −FM) Order o Vacate, (974 in 1:03−md−01570−GBD −FM, 974 in 1:03−md−01570−GBD −FM) Stipulation and Order, Set Moti R&R Deadlines/Hearings,, (1459 in 1:03−md−01570−GBD −FM) Certificate of Service Other,, filed by Wamy Inter Inc., World Assembly of Muslim Youth, (1458 in 1:03−md−01570−GBD −FM) MOTION to Dismiss Notice of Motio Wamy International, Inc., (135 in 1:03−md−01570−GBD −FM) MOTION to Dismiss the Amended Complaint. filed Bin Abdulaziz Al Saud, (317 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Yousef Jameel, 1:04−cv−01076−GBD) Memorandum of Law in Support of Motion filed by Engelbert Schreiber, Jr., Schreiber & Zi Zindel, Engelbert Schreiber, (1736 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Co al., Plaintiffs, (1702 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by Aqsa Islam (229 in 1:03−md−01570−GBD −FM) Endorsed Letter, (1773 in 1:03−md−01570−GBD −FM) Response in Opposi Motion,,, filed by Euro Brokers Inc., et al., Burnett & Ashton Plaintiffs, Burnett Plaintiffs, Federal Insurance Compa Plaintiffs, World Trade Center Properties LLC, et al., Kathleen Ashton, Continental Casualty Company, New York M General Insurance Company, (288 in 1:03−md−01570−GBD −FM) Stipulation and Order of Dismissal, (756 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plaintiffs, (263 in 1:03−md−01570−GBD −FM) MO Leave to File Motion for Leave to File Reply Out of Time Defendants' Reply Briefs. filed by Al Haramain Foundation Al−Ali, Aqeel Al−Aqeel, Islamic Assembly of North America, Mohammed Jamal Khalifa, Adel Abdul Batterjee, (156 1:03−md−01570−GBD −FM) Declaration in Opposition to Motion,,,, filed by Plaintiffs Executive Committees, (130 1:03−md−01570−GBD −FM) Response to Motion,, filed by Pacific Indemnity Company, Federal Insurance Compa Insurance Company, (62 in 1:04−cv−01076−GBD) RICO Statement filed by Estate of John Patrick O'Neill Sr., (603 1:03−md−01570−GBD −FM) Stipulation and Order,, (1232 in 1:03−md−01570−GBD −FM) Affidavit in Support,, Federal Insurance Company et al., Plaintiffs, (2324 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Sana− (289 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (1030 in 1:03−md−01570−GBD −FM) Affidavit in O Motion,,,,, filed by Plaintiffs PI Executive Committee, (2038 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (475 1:03−md−01570−GBD −FM) Affirmation in Opposition to Motion, filed by Burnett Plaintiffs, (90 in 1:03−md−015 −FM) Order Admitting Attorney Pro Hac Vice, (665 in 1:03−md−01570−GBD −FM) RICO Statement filed by Esta P.O'Neill, Sr., (1565 in 1:03−md−01570−GBD −FM, 1565 in 1:03−md−01570−GBD −FM) Stipulation and Order, Deadlines,,,, (2200 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Khaled Mahfouz, (771 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (634 in 1:03−md−01570−GBD −FM) RIC filed by Port Authority of New York & New Jersey, Cantor Fitzgerald & Co., (349 in 1:03−md−01570−GBD −FM) Dismiss. filed by Addullah Al Faisal Abdulaziz Al Saud, Alfaisaliah Group, Faisal Group Holding Co., Mohammed B Abdulrahman Al Ariefy, (2354 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Al Haramain Islamic Found (904 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (292 in 1:03−md−01570−GBD −FM) Opposition Brief filed by Federal Insurance Company et al., Plaintiffs, (633 in 1:03−md−01570−GBD −FM) MOTION to Dismiss Voluntarily Dismiss Certain Defendants. filed by Salvo Plaintiff 1:03−md−01570−GBD −FM) Endorsed Letter, (1807 in 1:03−md−01570−GBD −FM) Memorandum of Law in Su Motion filed by Sanabel Al−Kheer, Inc., (255 in 1:03−md−01570−GBD −FM) MOTION for Reconsideration of No Ruling Dismissing Claims Against Defendants Sultan Bin Abdulaziz Al−Saud and Turki Al−Faisal Bin Abdulaziz Al by Burnett Plaintiffs, (1513 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion,, filed by M Al Faisal Al Saud, (313 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company et al (120 in 1:03−md−01570−GBD −FM) MOTION (FILED ON SERVICE DATE) for Khurrum Wahid to Appear Pro H filed by World Assembly of Muslim Youth, (1866 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Su Motion filed by Aqsa Islamic Bank, (1014 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to M filed by Federal Insurance Company et al., Plaintiffs, (252 in 1:03−md−01570−GBD −FM) Stipulation and Order,, 1:03−md−01570−GBD −FM) Stipulation and Order,, (2397 in 1:03−md−01570−GBD −FM) Rule 26 Disclosure fi Plaintiffs Executive Committees, (55 in 1:03−md−01570−GBD −FM) MOTION to Dismiss., (1870 in 1:03−md−015 −FM) MOTION to Dismiss Notice of Motion. filed by Sanabel Al−Kheer, Inc., (572 in 1:03−md−01570−GBD −FM CONSENT MOTION for Extension of Time to Answer Complaint. filed by Abdullah Muhsen Al Turki, Adnan Basha, 1:03−md−01570−GBD −FM) Stipulation and Order,, (354 in 1:04−cv−01076−GBD, 2438 in 1:03−md−01570−G Stipulation and Order of Dismissal,,, (698 in 1:03−md−01570−GBD −FM) RICO Statement, filed by Euro Brokers (624 in 1:03−md−01570−GBD −FM) RICO Statement filed by Port Authority of New York & New Jersey, Cantor F Co., (267 in 1:03−md−01570−GBD −FM) Reply to Response to Motion filed by Mohammed Jamal Khalifa, (1918 i 1:03−md−01570−GBD −FM) Order, (2379 in 1:03−md−01570−GBD −FM) Rule 26 Disclosure filed by Perouz Se (1699 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (1403 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by Daral Maal Al Islami Trust, (112 1:03−md−01570−GBD −FM) RICO Statement filed by Euro Brokers Inc., et al., (1637 in 1:03−md−01570−GBD − of Appeal filed by All Plaintiffs, (1963 in 1:03−md−01570−GBD −FM) Affidavit in Opposition to Motion,, filed by E Brokers Inc., et al., Burnett Plaintiffs, Federal Insurance Company et al., Plaintiffs, World Trade Center Properties*

(961 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (968 in 1:03−md−0157
−FM) Stipulation and Order,,, (236 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,
Kathleen Ashton, (405 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Burn
Plaintiffs, (935 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (37 in 1:03−md−01570−GBD −FM) Decla
Support of Motion filed by Sami Omar Al−Hussayen, (1955 in 1:03−md−01570−GBD −FM) RICO Statement filed b
Insurance Company et al., Plaintiffs, (79 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support,,,,,
American Alternative Insurance Corporation, American Employers' Insurance Company, Chubb Indemnity Insuranc
Chubb Custom Insurance Company, American Zurich Insurance Company, Northern Insurance Company of New Yo
Forster Indemnity Company, North River Insurance Company, Valiant Insurance Company, Maryland Casualty Com
Great Lakes Reinsurance (UK) PLC, Pacific Indemnity Company, Great Northern Insurance Company, One Beacon
Company, Federal Insurance Company, The Camden Fire Insurance Association, Zurich American Insurance Comp
Insurance Company of New Jersey, Steadfast Insurance Company, Fidelity And Deposit Company of Maryland, Ame
Guarantee and Liability Insurance Company, United States Fire Insurance Company, The Princeton Excess & Surpl
Insurance Company, Chubb Insurance Company of Canada, One Beacon America Insurance Company, Assurance C
Amer, Colonial American Casualty and Surety Insurance Company, Vigilant Insurance Company, Homeland Insurar
Company of New York, (1215 in 1:03−md−01570−GBD −FM) MOTION to Dismiss the O'Neill action. filed by DM
Administrative Services S.A., (251 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (1561 in 1:03−md−01570−G
MOTION to Strike Document No. (1426) NOTICE OF THE FEDERAL PLAINTIFFS' MOTION TO STRIKE RENEW
MOTION TO DISMISS SAAR NETWORK DEFENDANTS. MOTION to Strike Document No. (1426) NOTICE OF TH
FEDERAL PLAINTIFFS' MOTION TO STRIKE RENEWED MOTION TO DISMISS SAAR NETWORK DEFENDAN
MOTION to Strike Document No. (1426) NOTICE OF THE FEDERAL PLAINTIFFS' MOTION TO STRIKE RENEW
MOTION TO DISMISS SAAR NETWORK DEFENDANTS. filed by Federal Insurance Company et al., Plaintiffs, (20
1:03−md−01570−GBD −FM) MOTION to Remand Plaintiffs' Unopposed Motion for Suggestion of Remand. filed by
Plaintiffs, (2105 in 1:03−md−01570−GBD −FM) Stipulation and Order of Dismissal,,, (1314 in 1:03−md−01570−
Notice (Other), Notice (Other) filed by Port Authority of New York & New Jersey, Cantor Fitzgerald & Co., (48 in
1:03−md−01570−GBD −FM) MOTION to Dismiss Memorandum in Support of Motion to Dismiss Certain Consolid
Complaints. filed by Sultan Bin Abdulaziz Al Saud, (2080 in 1:03−md−01570−GBD −FM) Notice of Change of Add
by Esate of John P. O'Neill, Sr., (1654 in 1:03−md−01570−GBD −FM) Order,,, (531 in 1:03−md−01570−GBD −F
Memorandum of Law in Support of Motion filed by Sami Omar Al−Hussayen, (675 in 1:03−md−01570−GBD −FM)
Statement filed by Port Authority of New York & New Jersey, Cantor Fitzgerald & Co., (198 in 1:03−md−01570−G
Notice of Appearance filed by Alfaisaliah Group, Faisal Group Holding Co., Abdullah Al Faisal Bin Abdulaziz AlSa
Mohammed Bin Abdulrahman Al Ariefy, (1689 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal In
Company et al., Plaintiffs, (279 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, file
Plaintiffs, (448 in 1:03−md−01570−GBD −FM) Affidavit in Opposition to Motion, filed by Burnett Plaintiffs, (765 i
1:03−md−01570−GBD −FM) Waiver of Service Executed filed by Estate of John P.O'Neill, Sr., (308 in 1:03−md−0
−FM) RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (2034 in 1:03−md−01570−GBD −FM,
in Opposition to Motion, filed by Saudi Binladin Group, Inc., (1533 in 1:03−md−01570−GBD −FM) Answer to Ame
Complaint,,,,,, filed by Wa'el Hamza Julaidan, (1980 in 1:03−md−01570−GBD −FM) Notice of Appearance filed by
Kazmi, (808 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,, filed by Federal Insur
Company et al., Plaintiffs, (2016 in 1:03−md−01570−GBD −FM) Order on Motion for Leave to File Document, (19
1:03−md−01570−GBD −FM) Rule 7.1 Corporate Disclosure Statement filed by Alfaisaliah Group, Faisal Group H
(852 in 1:03−md−01570−GBD −FM) Endorsed Letter,,, (443 in 1:03−md−01570−GBD −FM) MOTION to Dismis
Abdurahman Alamoudi, (612 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (1005 in 1:03−md−01570−G
Memorandum of Law in Opposition to Motion,,, filed by Euro Brokers Inc., et al., Burnett Plaintiffs, Federal Insuran
Company, World Trade Center Properties LLC, et al., Kathleen Ashton, Continental Casualty Company, Cantor Fitz
Co., John Patrick O'Neill, Jr., New York Marine and General Insurance Company, (637 in 1:03−md−01570−GBD −
Endorsed Letter,, (132 in 1:03−md−01570−GBD −FM) Affidavit of Service Complaints,,,,,,, filed by American Alter
Insurance Corporation, Fidelity and Casualty Company of New York, American Employers' Insurance Company, All
Insurance Company, Chubb Indemnity Insurance Company, Chubb Custom Insurance Company, American Zurich In
Company, Northern Insurance Company of New York, Crum & Forster Indemnity Company, Commercial Insurance
Newark, N.J., North River Insurance Company, Valiant Insurance Company, Great Lakes Reinsurance (UK) PLC, P
Indemnity Company, CNA Casualty of California, Great Northern Insurance Company, One Beacon Insurance Comp
Federal Insurance Company, Amlin Underwriting, Ltd., Hiscox Dedicated Corporate Member, Ltd., Continental Insu
Company, Zurich American Insurance Company, Chubb Insurance Company of New Jersey, Steadfast Insurance Co
Seneca Insurance Company, Inc., Boston Old Colony Insurance Company, Fidelity And Deposit Company of Maryla
American Guarantee and Liability Insurance Company, United States Fire Insurance Company, Chubb Insurance C
Canada, One Beacon America Insurance Company, Continental Insurance Company of New Jersey, Assurance Com
Amer, Colonial American Casualty and Surety Insurance Company, Vigilant Insurance Company, Homeland Insurar
Company of New York, (2402 in 1:03−md−01570−GBD −FM, 2402 in 1:03−md−01570−GBD −FM) Endorsed Let
Motion and R&R Deadlines/Hearings,, (2400 in 1:03−md−01570−GBD −FM) Order, (276 in 1:03−md−01570−G
Memorandum of Law in Opposition to Motion,, filed by Burnett Plaintiffs, (32 in 1:03−md−01570−GBD −FM) Me
Endorsement, (315 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,, filed by Federa
Company et al., Plaintiffs, (1997 in 1:03−md−01570−GBD −FM, 1997 in 1:03−md−01570−GBD −FM) Stipulatio
Order, Terminate Motions,,,, (1346 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John P.O'Neil

*in 1:03−md−01570−GBD −FM) Notice of Appeal, filed by World Trade Center Properties LLC, et al., (1402 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Daral Maal Al Islami Trust, (57 in 1:04−cv−01076−Gl of Appearance filed by Asat Trust Reg., (1575 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition filed by Plaintiffs Executive Committees, (2162 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed Defendants, (1763 in 1:03−md−01570−GBD −FM) Declaration in Opposition to Motion,,,,, filed by Euro Brokers I Federal Insurance Company et al., Plaintiffs, World Trade Center Properties LLC, et al., Continental Casualty Comp of John P.O'Neill, Sr., New York Marine and General Insurance Company, (2093 in 1:03−md−01570−GBD −FM) ( (non−motion), Objection (non−motion) filed by Burnett & Ashton Plaintiffs, (2293 in 1:03−md−01570−GBD −FM) Support of Motion filed by Saudi Binladin Group, Inc., (848 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. f Faisal Islamic Bank, (1083 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., ( 1:03−md−01570−GBD −FM) Certificate of Service Other, filed by United States of America, (588 in 1:03−md−015 −FM) Declaration in Support of Motion,, filed by Yousef Jameel, (2310 in 1:03−md−01570−GBD −FM) Order, (56 1:03−md−01570−GBD −FM) Notice (Other) filed by Federal Insurance Company et al., Plaintiffs, (655 in 1:03−md−01570−GBD −FM) MOTION to Dismiss the Consolidated Personal Injury Complaints (Ashton, Burnett, Tremsky). MOTION to Dismiss the Consolidated Personal Injury Complaints (Ashton, Burnett, Salvo, and Tremsky). Perouz Seda Ghaty, (179 in 1:03−md−01570−GBD −FM) Endorsed Letter, (743 in 1:03−md−01570−GBD −FM) Statement filed by World Trade Center Properties LLC, et al., (699 in 1:03−md−01570−GBD −FM) RICO Statemen Euro Brokers Inc., et al., (1369 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other), Notice (Other) filed Brokers Inc., et al., World Trade Center Properties LLC, et al., (1567 in 1:03−md−01570−GBD −FM) Declaration Opposition to Motion,,,,, filed by Estate of John P.O'Neill, Sr., (1818 in 1:03−md−01570−GBD −FM) Endorsed Lett 1:03−md−01570−GBD −FM) Answer to Complaint filed by Wamy International, Inc., World Assembly of Muslim Y in 1:03−md−01570−GBD −FM) MOTION (FILED ON SERVICE DATE) to Dismiss. MOTION (FILED ON SERVIC to Dismiss. filed by Mohammed Hussein Al Amoudi, (930 in 1:03−md−01570−GBD −FM) Declaration in Support o filed by Engelbert Schreiber, Jr, Schreiber & Zindel, Frank Zindel, Engelbert Schreiber, (332 in 1:03−md−01570−C Reply Memorandum of Law in Support of Motion, filed by Abdullah Omar Naseef, (691 in 1:03−md−01570−GBD − of Voluntary Dismissal − Signed, (1040 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Engelbert Sc Schreiber & Zindel, Frank Zindel, Engelbert Schreiber, (297 in 1:03−md−01570−GBD −FM) Waiver of Service Exe by Federal Insurance Company et al., Plaintiffs, (2170 in 1:03−md−01570−GBD −FM, 2170 in 1:03−md−01570−C Endorsed Letter, Set Deadlines/Hearings,,,,,, (1903 in 1:03−md−01570−GBD −FM) MOTION for Leave to File Wit Statement of Jean−Charles Brisard. filed by Khaled Bin Mahfouz, (45 in 1:03−md−01570−GBD −FM) Reply Memo Law in Support filed by National Commercial Bank, (1057 in 1:03−md−01570−GBD −FM) MOTION to Dismiss for Jurisdiction or Failure to State a Claim. filed by Yousef Jameel, (421 in 1:03−md−01570−GBD −FM) Reply Memor Law in Support of Motion filed by Saudi High Commission, (2057 in 1:03−md−01570−GBD −FM) Order, (82 in 1:03−md−01570−GBD −FM) MOTION to Dismiss for Lack of Jurisdiction the Third Amended Complaint (Burnett) Sheik Hamad Al−Husaini, (1210 in 1:03−md−01570−GBD −FM) RICO Statement filed by New York Marine and G Insurance Company, (2019 in 1:03−md−01570−GBD −FM) Order on Motion to Vacate, (2146 in 1:03−md−01570− −FM) Brief, filed by All Defendants, (861 in 1:03−md−01570−GBD −FM, 861 in 1:03−md−01570−GBD −FM) M Dismiss Khalid Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction Khalid Al Rajhi. filed by Khalid Sulaiman Al− (1046 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,,,, filed by Plaintiffs Executive Committees, (280 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion filed by Burnett P (326 in 1:03−md−01570−GBD −FM) Stipulation and Order,,,, (1256 in 1:03−md−01570−GBD −FM) Memorandu Opinion,,,,,,,,,, (2218 in 1:03−md−01570−GBD −FM) Order,,, (1233 in 1:03−md−01570−GBD −FM) RICO Staten Continental Casualty Company, (358 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motio All Plaintiffs, (314 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,, filed by Burnett (1892 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed by Tadamon Islamic in 1:03−md−01570−GBD −FM, 979 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. MOTION to Dismiss fo Jurisdiction. filed by Dallah Al Baraka Group LLC, (308 in 1:04−cv−01076−GBD) Notice of Case Assignment/Reas (1592 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion, filed by Engelbert Schreiber, Jr, & Zindel, Frank Zindel, Engelbert Schreiber, (174 in 1:04−cv−01076−GBD) Notice (Other) filed by Estate of John O'Neill Sr., (1029 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,,, filed by Plaintif Executive Committee, (1587 in 1:03−md−01570−GBD −FM, 248 in 1:04−cv−01076−GBD) Declaration in Suppor filed by Taha Jaber Al−Alwani, (806 in 1:03−md−01570−GBD −FM) Stipulation and Order, (717 in 1:03−md−015 −FM) RICO Statement filed by Euro Brokers Inc., et al., (352 in 1:03−md−01570−GBD −FM) Memorandum of Lav of Motion filed by Abdullah Al Faisal Bin Abdulaziz Al Saud, Alfaisaliah Group, Faisal Group Holding Co., Moham Abdulrahman Al Ariefy, (1158 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, S 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Abdullah M. Al−Mahdi, (1277 in 1:03−md−01570−GE Notice (Other) filed by Euro Brokers Inc., et al., Burnett Plaintiffs, World Trade Center Properties LLC, et al., (2191 1:03−md−01570−GBD −FM) Notice (Other) filed by Bakr M Bin Laden, (1211 in 1:03−md−01570−GBD −FM) N (Other) filed by Euro Brokers Inc., et al., World Trade Center Properties LLC, et al., (1647 in 1:03−md−01570−GB Rule 7.1 Corporate Disclosure Statement filed by Mohamed Bin Laden Organization (SBG), (2115 in 1:03−md−015 −FM) Affidavit in Support of Motion, filed by National Commercial Bank, (570 in 1:03−md−01570−GBD −FM) RI Statement filed by Port Authority of New York & New Jersey, Cantor Fitzgerald & Co., (123 in 1:03−md−01570−G Endorsed Letter,, (1992 in 1:03−md−01570−GBD −FM) Order, (811 in 1:03−md−01570−GBD −FM) Stipulation (1383 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion, filed by Banca Del Gottardo, (4*

*1:03−md−01570−GBD −FM) Affidavit in Opposition, filed by Burnett Plaintiffs, (428 in 1:03−md−01570−GBD −F MOTION for More Definite Statement THE FEDERAL INSURANCE COMPANY PLAINTIFFS' MORE DEFINITE STATEMENT AND SUPPLEMENTAL PLEADING ADDING CERTAIN DEFENDANTS PURSUANT TO FEDERAL CIVIL PROCEDURE 12(e) AND 15(d) AND PARAGRAPH 12 OF CASE MANA MOTION for More Definite Stateme FEDERAL INSURANCE COMPANY PLAINTIFFS' MORE DEFINITE STATEMENT AND SUPPLEMENTAL PLEA ADDING CERTAIN DEFENDANTS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(e) AND 15(d) PARAGRAPH 12 OF CASE MANA filed by Federal Insurance Company et al., Plaintiffs, (1532 in 1:03−md−01570− −FM) Answer to Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Wa'el Jalaidan, (2052 in 1:03−md−015 −FM) Notice (Other) filed by Soliman H.S. Al−Buthe, (414 in 1:03−md−01570−GBD −FM) Rule 7.1 Corporate Dis Statement filed by SNCB Corporate Finance Ltd., SNCB Securities Ltd. in London, (2447 in 1:03−md−01570−GBD Notice (Other) filed by Saudi Binladin Group, Inc., (1316 in 1:03−md−01570−GBD −FM) Affidavit, filed by Federa Company et al., Plaintiffs, (964 in 1:03−md−01570−GBD −FM) Endorsed Letter, (745 in 1:03−md−01570−GBD − Affirmation in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs, (17 in 1:03−md−01570− Order on Motion to Appear Pro Hac Vice, (1959 in 1:03−md−01570−GBD −FM) RICO Statement filed by New Yor and General Insurance Company, (1923 in 1:03−md−01570−GBD −FM, 1923 in 1:03−md−01570−GBD −FM) En Letter, Set Deadlines/Hearings,, (991 in 1:03−md−01570−GBD −FM) Clerk Certificate of Mailing, (2180 in 1:03−md−01570−GBD −FM) Order, (1086 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of Joh Sr., (2017 in 1:03−md−01570−GBD −FM) Order on Motion to Vacate, (1638 in 1:03−md−01570−GBD −FM) Not filed by Estate of John P.O'Neill, Sr., (1957 in 1:03−md−01570−GBD −FM, 306 in 1:04−cv−01076−GBD) Notice ( Notice (Other) filed by Estate of John Patrick O'Neill Sr., Estate of John P.O'Neill, Sr., (1577 in 1:03−md−01570−G MOTION for Reconsideration re; (1545) Endorsed Letter, Plaintiffs' Notice of Motion for Reconsideration of the Cou that the Parties Submit a Proposed Order Certifying the Defendants Dismissed on 12(b)(1) and 12(b)(2) Grounds bu for Reconsideration re; (1545) Endorsed Letter, Plaintiffs' Notice of Motion for Reconsideration of the Court's Order Parties Submit a Proposed Order Certifying the Defendants Dismissed on 12(b)(1) and 12(b)(2) Grounds but filed by Plaintiffs, (147 in 1:03−md−01570−GBD −FM) Order on Motion for Leave to File Document, (561 in 1:03−md−01 −FM) Endorsed Letter, (385 in 1:03−md−01570−GBD −FM) Affidavit of Service Complaints, filed by Federal Insu Company et al., Plaintiffs, (931 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion,, filed b Schreiber, Jr, Schreiber & Zindel, Frank Zindel, Engelbert Schreiber, (1836 in 1:03−md−01570−GBD −FM) Notice of Address, filed by Al Haramain Islamic Foundation, Inc., Perouz Seda Ghaty, Soliman H.S. Al−Buthe, (802 in 1:03−md−01570−GBD −FM) RICO Statement filed by Continental Casualty Company, (44 in 1:03−md−01570−GI Memorandum of Law in Support of Motion filed by Saudi Binladin Group, Inc., (383 in 1:03−md−01570−GBD −FM of Service Complaints filed by Federal Insurance Company et al., Plaintiffs, (1808 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion, filed by Sana−Bell, Inc., (290 in 1:03−md−01570−GBD −FM) Memora Law in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs, (2262 in 1:03−md−01570−GBD Rule 7.1 Corporate Disclosure Statement filed by Banca Del Gottardo, (446 in 1:03−md−01570−GBD −FM) RICO filed by Federal Insurance Company et al., Plaintiffs, (2062 in 1:03−md−01570−GBD −FM) MOTION to Remand. f Havlish Plaintiffs, (25 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (971 in 1:03−md−01570−GBD −FM) RIC Statement filed by Euro Brokers Inc., et al., (965 in 1:03−md−01570−GBD −FM) Stipulation and Order, (2213 in 1:03−md−01570−GBD −FM) Order, (704 in 1:03−md−01570−GBD −FM) Stipulation and Order, (1685 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed by Daral Maal Al Islami Trust, 1:03−md−01570−GBD −FM) Response in Opposition to Motion filed by National Commercial Bank, (1058 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion,, filed by Yousef Jameel, (178 in 1:03−md−01570−GBD −FM) Endorsed Letter, (1234 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Oth Omar M. Bin Laden, Tarek M. Bin Laden, Saudi Binladin International Company, Saudi Binladin Group, Inc., Moha Laden Organization (SBG), Abdullah Bin Laden, Yeslam M. Bin Laden, Bakr M Bin Laden, (1675 in 1:03−md−0157 −FM) Reply Memorandum of Law in Support of Motion,, filed by Engelbert Schreiber, Jr, Schreiber & Zindel, Frank Engelbert Schreiber, (1330 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John P.O'Neill, Sr., (2 1:03−md−01570−GBD −FM) MOTION for Martin F. McMahon to Withdraw as Attorney For Defendant Sanabel A Inc.. filed by Sanabel Al−Kheer, Inc., (1444 in 1:03−md−01570−GBD −FM) Declaration in Support of Motion,, file Council on American−Islamic Relations (CAIR), (1906 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law of Motion filed by Sanabel Al−Kheer, Inc., (1056 in 1:03−md−01570−GBD −FM) Endorsed Letter, (2068 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plaintiffs, (1830 in 1:03−md−01570−GBD −FM) Not Appearance filed by Ahmed Zaki Yamani, (866 in 1:03−md−01570−GBD −FM, 40 in 1:04−cv−01076−GBD) Memo Law in Support,,, filed by Saleh Abdulaziz Al−Rajhi, Saleh Abdul Aziz Al Rajhi, (2428 in 1:03−md−01570−GBD −F MOTION for Leave to File Excess Pages Unopposed. filed by Havlish Plaintiffs, (4 in 1:03−md−01570−GBD −FM) Transfer In, (720 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (1097 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (2250 in 1:03−md−01570−GB Notice (Other), Notice (Other) filed by Havlish Plaintiffs, (687 in 1:03−md−01570−GBD −FM) Memorandum of La Opposition to Motion, filed by Burnett Plaintiffs, (2284 in 1:03−md−01570−GBD −FM) Memorandum of Law in Su Motion filed by Saudi Binladin Group, Inc., (656 in 1:03−md−01570−GBD −FM) MOTION to Dismiss the Consolid Property Damage and Insurance Complaints (Cantor Fitzgerald, Continental Casualty, Euro Brokers, Federal Insur Marine, and World Trade Center Properties). MOTION to Dismiss the Consolidated Property Damage and Insuranc Complaints (Cantor Fitzgerald, Continental Casualty, Euro Brokers, Federal Insurance, NY Marine, and World Trad Properties). filed by Al Haramain Islamic Foundation, Inc., (319 in 1:03−md−01570−GBD −FM) MOTION (FILED*

SERVICE DATE) for Viet D. Dinh to Appear Pro Hac Vice. filed by Yousef Jameel, (1262 in 1:03−md−01570−GBD MOTION to Dismiss the Federal Insurance action. filed by DMI Administrative Services S.A., (14 in 1:03−md−0157 −FM) Order on Motion to Appear Pro Hac Vice, (635 in 1:03−md−01570−GBD −FM) MOTION for E. Michael Br Withdraw as Attorney. filed by Omar M. Bin Laden, Tarek M. Bin Laden, Saudi Binladin Group, Inc., Khaled Bin Sa Mahfouz, Bakr M Bin Laden, (1157 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Estate o P.O'Neill, Sr., (2065 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by World Trade Center P LLC, et al., (157 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition filed by Burnett Plaintiffs, (16 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion,, filed by Yassin Abdullah Kadi, (398 in 1:03−md−01570−GBD −FM) Affirmation in Opposition to Motion filed by All Plaintiffs, (2225 in 1:03−md−01570 −FM) Order, (1451 in 1:03−md−01570−GBD −FM) MOTION to Dismiss Plaintiffs' Complaints in Burnett, Federa Continental Casualty, Euro Brokers, New York Marine, and World Trade Center. filed by Yeslam M. Bin Laden, (20 1:03−md−01570−GBD −FM) Notice of Change of Address filed by Yousef Jameel, (1666 in 1:03−md−01570−GBD RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (2151 in 1:03−md−01570−GBD −FM) Stipul Voluntary Dismissal, filed by Amlin Underwriting, Ltd., (26 in 1:03−md−01570−GBD −FM) Amended Document fi Burnett Plaintiffs, (1716 in 1:03−md−01570−GBD −FM) Declaration in Support of Motion,,, filed by Estate of John Sr., (601 in 1:03−md−01570−GBD −FM) Notice of Appearance filed by Naif Bin Abdulaziz Al Saud, (1101 in 1:03−md−01570−GBD −FM) MOTION to Dismiss for Lack of Jurisdiction and Insufficient Service of Process. filed Treuhand Anstalt, (2335 in 1:03−md−01570−GBD −FM) Amended Answer to Complaints filed by Dubai Islamic Ba 1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John P.O'Neill, Sr., (1367 in 1:03−md−01570−GBD Notice (Other) filed by Burnett Plaintiffs, (1704 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (343 in 1:04−cv−01076−GBD, 2239 in 1:03−md−01570−GBD −FM) Affirmation in Opposition to Motion, filed by All Pla (1782 in 1:03−md−01570−GBD −FM) MOTION for Default Judgment as to certain defendants served by publicati case. filed by Kathleen Ashton, (473 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion Burnett Plaintiffs, (2346 in 1:03−md−01570−GBD −FM) Answer to Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, Sanabel Al Kheer, Inc., (757 in 1:03−md−01570−GBD −FM) Notice of Appearance filed by Mohammed Hussein Al (1653 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,, filed by Plaintiffs Executive (274 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion filed by Burnett Plaintiffs, (200 1:03−md−01570−GBD −FM) Order,, (153 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to filed by Burnett Plaintiffs, (1337 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other), Notice (Other), No (Other) filed by Estate of John P.O'Neill, Sr., (196 in 1:03−md−01570−GBD −FM) Notice of Appearance filed by A Group, Faisal Group Holding Co., Abdullah Al Faisal Bin Abdulaziz AlSaud, Mohammed Bin Abdulrahman Al Arief 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion filed by Kathleen Ashton, (1237 in 1:03−md−01570−GBD −FM) Stipulation and Order, (1304 in 1:03−md−01570−GBD −FM) MOTION to Dismiss Marine. filed by Abdul Aziz Al−Ibrahim, (452 in 1:03−md−01570−GBD −FM) Order,, (220 in 1:03−md−01570−G Memorandum of Law in Opposition to Motion, filed by Burnett Plaintiffs, (1886 in 1:03−md−01570−GBD −FM) Sti and Order, (1445 in 1:03−md−01570−GBD −FM) Stipulation and Order,,,,,,, (1701 in 1:03−md−01570−GBD −F MOTION to Dismiss Notice of Motion. filed by Aqsa Islamic Bank, (1801 in 1:03−md−01570−GBD −FM) Memora Law in Support of Motion, filed by Sanabel Al−Kheer, Inc., Al Shamal Islamic Bank, Tadamon Islamic Bank, (1971 i 1:03−md−01570−GBD −FM) Endorsed Letter,,,, (622 in 1:03−md−01570−GBD −FM) Stipulation and Order of D (1336 in 1:03−md−01570−GBD −FM) MOTION to Dismiss Named Defendants in Exhibit A. filed by Kathleen Asht 1:03−md−01570−GBD −FM) Stipulation and Order, (1700 in 1:03−md−01570−GBD −FM) Reply Memorandum o Support of Motion,, filed by Sami Omar Al−Hussayen, (2341 in 1:03−md−01570−GBD −FM) Notice of Voluntary L Signed,,,,,,,,, (154 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support,, filed by Burnett & Ashton Plai (2232 in 1:03−md−01570−GBD −FM) Opposition Brief, filed by National Commercial Bank, (2064 in 1:03−md−0 −FM) Notice (Other), Notice (Other) filed by Euro Brokers Inc., et al., (1594 in 1:03−md−01570−GBD −FM) Clerk Judgment,,,, (476 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,, filed by Federal Company et al., Plaintiffs, (2117 in 1:03−md−01570−GBD −FM) Affidavit in Support of Motion, filed by National Bank, (485 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (1342 in 1:03−md−01570−GBD −FM) Notice (Othe Estate of John P.O'Neill, Sr., (2005 in 1:03−md−01570−GBD −FM) Stipulation and Order, (453 in 1:03−md−0157 −FM) Statement of Relatedness filed by Kathleen Ashton, (90 in 1:04−cv−01076−GBD) RICO Statement filed by Es Patrick O'Neill Sr., (2326 in 1:03−md−01570−GBD −FM) Rule 26 Disclosure filed by Muslim World League, (550 1:03−md−01570−GBD −FM) Stipulation and Order of Dismissal, (2334 in 1:03−md−01570−GBD −FM) Amended Complaints filed by Dubai Islamic Bank, (1473 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of filed by DMI Administrative Services S.A., (1948 in 1:03−md−01570−GBD −FM) MOTION to Vacate Default Judg by Abdul Hamid Abu Sulayman, (92 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Mot Al−Rajhi Banking & Investment Corp., (658 in 1:03−md−01570−GBD −FM) Notice of Voluntary Dismissal − Sign 1:03−md−01570−GBD −FM) Order on Motion to Dismiss, (2082 in 1:03−md−01570−GBD −FM, 316 in 1:04−cv−01076−GBD) Notice of Change of Address, filed by Estate of John Patrick O'Neill Sr., Estate of John P.O' (841 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Faisal Islamic Bank, (2135 in 1:03−md−01570 −FM) USCA Mandate,,,,,,,,, (616 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (1574 in 1:03−md−0157 −FM) Affidavit in Opposition to Motion,,, filed by Federal Insurance Company et al., Plaintiffs, Kathleen Ashton, Co Casualty Company, New York Marine and General Insurance Company, (1365 in 1:03−md−01570−GBD −FM) No filed by Estate of John P.O'Neill, Sr., (2182 in 1:03−md−01570−GBD −FM) Order on Motion to Strike, (1216 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support filed by DMI Administrative Services S.A., (1907 in

| | | |
|---|---|---|
| | | *1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed by Sana−Bell, Inc., (719 in 1:03−md−01570−GBD −FM) Order Admitting Attorney Pro Hac Vice,,,,,,, (2166 in 1:03−md−01570−GBD −FM) Strike Document No. (2163) or, Alternatively, for Leave to Respond to New Arguments in Plaintiffs Reply in Support Motion for Declaratory Relief. filed by National Commercial Bank, (42 in 1:03−md−01570−GBD −FM) Rule 7.1 Co Disclosure Statement filed by Saudi Binladin Group, Inc., (918 in 1:03−md−01570−GBD −FM) Stipulation and Ord 1:03−md−01570−GBD −FM) Notice (Other) filed by Continental Casualty Company, (483 in 1:03−md−01570−GB Notice of Appearance filed by Christine Irene O'Neill, Carol O'Neill, Dorothy A. O'Neill, John Patrick O'Neill, Jr., E John P.O'Neill, Sr., (1240 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support filed by DMI Administr Services S.A., (2440 in 1:03−md−01570−GBD −FM) Order, (2164 in 1:03−md−01570−GBD −FM) Declaration in Motion, filed by All Plaintiffs, (715 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (2063 in 1:03−md−015 −FM) Notice (Other), Notice (Other) filed by Burnett Plaintiffs, (1105 in 1:03−md−01570−GBD −FM) RICO Staten by Estate of John P.O'Neill, Sr., (1712 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion Dallah Avco Trans Arabia Co. LTD., (186 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plaintiffs 1:03−md−01570−GBD −FM) MOTION for Extension of Time to File Response/Reply LETTER APPLICATION TO MAAS FOR EXTENSION OF TIME TO REPSOND TO NATIONAL COMMERCIAL BANK'S MOTION TO DISMISS Continental Casualty Company, Cantor Fitzgerald & Co., John Patrick O'Neill, Jr., New York Marine and General I Company, (729 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Sami Omar Al−Hussayen, (631 in 1:03−md−01570−GBD −FM) MOTION to Dismiss & Memorandum of Law in Support of Motion to Dismiss of the S Relief Committee. filed by Saudi Joint Relief Committee, (981 in 1:03−md−01570−GBD −FM) Notice (Other) filed b Brokers Inc., et al., Burnett Plaintiffs, World Trade Center Properties LLC, et al., (1705 in 1:03−md−01570−GBD − Memorandum of Law in Support of Motion,, filed by Abdullah Bin Laden, (486 in 1:03−md−01570−GBD −FM) Rep Memorandum of Law in Support of Motion,, filed by Shahir Abdulraoof Batterjee, Saleh Al−Hussayen, Sheik Hamad Al−Husaini, Saudi Red Crescent, Sheik Salman Al−Oawdah, Safar Al−Hawali, (2431 in 1:03−md−01570−GBD −F Memorandum of Law in Support of Motion,, filed by Havlish Plaintiffs, (468 in 1:03−md−01570−GBD −FM) Endor (1816 in 1:03−md−01570−GBD −FM) Notice of Substitution of Attorney, filed by Naif Bin Abdulaziz Al Saud were to the U.S. Court of Appeals. Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:04−cv−01076−GBD(tp) (1 08/15/2011)* |
| .5/2011 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for (1941 in 1:03−md−01570−GBD −FM, 1941 in 1:03−md−01570−GBD −FM, 963 in 1:03−md−01570−GBD −FM1706061) Ar Complaint, filed by Jessica Murrow−Adams, Gibson A. Craig, Natalie Makshanov, Janlyn Scauso, Edward P. Ciafard Wendell, Mark J. Siskopoulos, Mei Jy Lee, Saad Bin Laden, Serina Gillis, Anne M. Wodensheck, Helen Friedlander, Motroni, Milagros Diaz, Cathy A. Carilli, Elinore Hartz, American Alternative Insurance Corporation, Kara Hadfield Brokers Inc., et al., Dixie M. Hobbs, Josephine Acquaviva, Armando Bardales, Jane Bartels, Lillian Bini, Leonor Alv Edward Walsh, Fidelity and Casualty Company of New York, American Employers' Insurance Company, Maria Gior Rabinowitz, Allstate Insurance Company, John F. Jermyn, Jacqueline Cannizzaro, Benhardt R. Wainio, Transportatio Company, Judith Reiss, Maryanne Farrell, Chubb Indemnity Insurance Company, Jeffrey Lovit, Sandy Amrita Maha B. Naiman, Joyce Leigh, Jean Adams, Faith Miller, Curtis Fred Brewer, Carmen Garcia, James Alario,, Jodie Goldbe Gail Harris, Yun Yu Zheng, Donald DiDomenico, Christine R. Huhn, Lisa Palazzo, Nina Barnes, David Ziminski, Ke Claudia Flyzik, Owen McGovern, Kristin Galusha−Wild, Christine Irene O'Neill, Glens Falls Insurance Company, Pl Azenabor, Marion Knox, Martin Rosenbaum, John Bonomo, Armand Reo, Kazmierz Jakubiak, Dennis Quinn, Burne Plaintiffs, Judi A. Ross, Richard I. Klein, Emma Tisnovskiy, Carol Francolini, Havlish Plaintiffs, Madeleine A. Zucc Leonard Ardizzone, Suk Tan Chin, Bhola P. Bishundat, Glenna M. Rosenburg, Elizabeth Ann Moss, David M. Berns Havlish, Donna Smith, Marie Twomey, Elizabeth Alderman, Yesenia Ielpi, James A. Reed, Chubb Custom Insurance Lauren Rosenzweig, Dorothy Ann Bogdan, Judith Casoria, Edith Cruz, Nancy Shea, Philip J. Zeiss, Daryl Joseph Me Barbaro, Angelica Allen, Merrilly E. Noeth, Lori Fletcher, Theresa McGovern, Peter Ioveno, Sheryl J. Oliver, Trems Plaintiffs, Michael J. Lindy, Rebecca L. Marchand, Philip Lee, Joanne Modafferi, American Zurich Insurance Compa Alexander Santoro, Robin Theurkauf, Kathleen M. Buckley, Patricia Kellett, JoAnne Bruehert, Jerline Lewis, Maria Boisseau, Suzanne J. Berger, Virginia Lorene Rossiter Valvo, Paul Kaufman, Thomas J. Meehan, III, Patricia Cough Brace, Cynthia F. McGinty, Plaintiffs Executive Committees, Jocelyne Ambroise, Rosemary Kempton, Joseph Beltra S. Passaro, Thomas Conroy, Jr., Barbara Sohan, Northern Insurance Company of New York, Dorothy Mauro, Donald Linda E. Thorpe, Dhanmatee Sam, Rachel W. Goodrich, Ellen L. Saracini, Port Authority of New York & New Jerse MacFarlane, Dominic J. Puopolo, Sr., Timothy L. Frolich, Melvin C. Lewis, Jeremiah Harney, Barbara Ardizzone, K Arancio, Dawn Brown, Ralph Maerz, Jr., Feliciana Umanzor, Doreen Lutter, Denise Esposito, Kris A. Blood, Claudi Arnold Lederman, Matthew T. Sellitto, John Lewis, Elvira P. Murphy, Kevin G. Murphy, Steven Feidelberg, Theresa Mathilda Geidel, John Does, Crum & Forster Indemnity Company, Francine Raggio, Jennifer Ruth Jacobs, Christina Donald Leistman, Miriam M. Biegeleisen, Commercial Insurance Company of Newark, N.J., Evelyn Aron, Thomas I Murray Bernstein, Lucy Virgilio, Russell Vomero, William O'Connor, James Boyle, Andrew Braun, North River Insu Company, Rosanna Thompson, Pamela Ann Maggitti, Richard D. Allen, Stacey Fran Dolan, Yuko Clark, Valiant Ins Company, Margaret Donoghue McGinley, Charles Downey, Maryland Casualty Company, Linda Panik, Andrija Tor Angela Gitto, Claudette Greene, Andrezej Cieslik, Stephen Alderman, Great Lakes Reinsurance (UK) PLC, Nicholas Elizabeth Rego, Alexander Paul Aranyos, Scott Ting, Susan Berger, Juan B. Bruno, George Luis Torres, Radmila To Kevin W. Barry, John C. Buckley, Maureen Barry, Patricia Coppo, Nancy Walsh, Phyllis Lederman, Domenick Dam Edlene C. LaFrance, Frederick Alger, Renne Bacotti Hannafin, Andy Dinoo, Melissa Van Ness Fatha, Andrea Maffe Ali, Madelyn Conroy Allen, Gina Cayne, William Coale, Theresa Healey, Kurt Foster, Andrew Aris, Judith M. Aiken |

Plaintiffs, Linda Pascuma, Hashim A. Henderson, Barrera Plaintiffs, George Bonomo, Pacific Indemnity Company, C
Casualty of California, Carol Gies, Paul Quinn, Krystyna Boryczewski, Narasimha Sattaluri, James Cizikie, Susan Ra
Nancy Badagliacca, Sadiq Rasool, John J. Gill, Carmen Romero, Great Northern Insurance Company, Patricia Tarasi
Beacon Insurance Company, Mary Margaret Jurgens, Toni Ann Carroll, Janice O'Dell, Cella Woo−Yeun, Laurie Spa
Margaret P. Iskyan, David Edward Cushing, Jill Rosenblum, Dennis Euleau, Jamie Miller, Christine Sakoutis, Diane
Irene Bilcher, Norma Bernstein, Federal Insurance Company et al., Plaintiffs, Mary Haag, Kevin Rogers, Susan Brad
Ganci, Maureen Santoro, Federal Insurance Company, Raj Thackurdeen, Joseph R. Downey, George Lantay, Dhanra
Ondina Bennett, Michael Deloughery, Amlin Underwriting, Ltd., Rubina Cox−Holloway, Amber Miller, Gordon G.
Jeanne M. Evans, Susan E. Buhse, Laura J. Lassman, Todd DeVito, Lori Shulman, Rosemarie Corvino, Tracy Ann T
Catalano, Charles Schmidt, Siew−Som Yeow, William Martin, Meg Bloom Glasser, Barbara Minervino, Martina Lyr
Panik, Joanne F. Betterly, Hiscox Dedicated Corporate Member, Ltd., Boris Bililovsky, Peter Greenleaf, Joviana Mer
Victoria Higley, Paul R. Martin, Transcontinental Insurance Company, Robert Bermingham, Gregory Stevens, Rosty
Tisnovskiy, Continental Insurance Company, Ursula Broghammer, Virginia Hayes, The Camden Fire Insurance Asso
Michael Endrizzi, Jean Oslyn Powell, Clifford Tempesta, Theresa Regan, Nancy Ann Foster, Sharon Booker, Debora
Loisanne Diehl, Ildefonso A. Cua, Jeff Lever, Warren Hayes, Elizabeth Gardner, Anthony Vincelli, Iliana McGinnis,
Russin, Sharlene M. Beckwith, Karen Hinds, Evelyn Rodriguez, Stephen Jezycki, World Trade Center Properties LL
Perry S. Oretzky, Kemraj Singh, Carol O'Neill, Edward J. Sweeney, Dennis L. Hobbs, Collette M. LaFuente, Julia Co
Friedman, All Plaintiffs, Thomas Fletcher, Maryann Colin, Neil B. Blass, James D. Hodges, Meryl Mayo, Holli Silve
Zucker, Gilbert Ruiz, Jr., Dana Noonan, Olga Merino, Mark Bernheimer, Lorraine Arias Beliveau, Kevin Quinn, Yvo
Abdool, Helene Parisi−Gnazzo, Zurich American Insurance Company, Virginia Bauer, Beril Sofia DeFeo, Andrew Q
Bilcher, Brian Barry, Chubb Insurance Company of New Jersey, American Casualty Company of Reading, Pennsylva
Colleen Holohan, Gila Barzvi, Chiemi York, Daniel F. Barkow, Kathleen Keeler Lozier, Ann R. Haynes, Leonid Tisn
Dorothy A. O'Neill, Kelly Hayes, Tina Grazioso, Steadfast Insurance Company, Bettyann Martineau, Harry Ong, Jr.,
Boryczewski, Vincent LeVien, Joseph A. Tiesi, Helen Pfeifer, Roberta J. Levine, Valley Forge Insurance Company,
Andrucki, Joann T. Howard, Louisa D'Antonio, Vice Rose Arestegui, Kevin McArdle, Robert V. Trivingo, Bridget H
Deena Burnett, Victor Ugolyn, Richard Villa, Steven M. Gillespie, Seneca Insurance Company, Inc., Fryderyk Milew
Saradha Moorthy, Scott Schrimpe, Edward Navarro, Rosalie Downey, Theresa King, John Benedetto, Armine Giorge
Frederick Irby, Anna M. Granville, Robert Keane, William D Robbins, Michael Jezycki, Kathleen Ashton, Joseph Ha
Havlish, Hector Garcia, Ingrid M. Lenihan, Plaintiffs PI Executive Committee, Charlene Fiore, Veronica Klares, Mar
Perez, Aldo Addissi, James C. Cahill, Mia Gonzalez, Elizabeth H. Keller, Anna Mojica, Continental Casualty Compa
Flannery, Philip Germain, Albert T. Regenhard, Robert J. Bernstein, Deborah Francke, George Andrucki, Elaine Leir
Delphine Saada, Regan Grice−Vega, Stephen L. Cartledge, Pedro Saleme, Josephine Alger, Camille Doyle, Diane M
Beverly Burnett, Kathleen Box, John Hassett, Barbara Scaramuzzino, Morris D. Lamonsoff, Basmattie Bishundat, M
Rand, Traci Bosco, William Doyle, Sr., Wendy Feinberg, Dorothy Tempesta, Patricia Han, Jane Alderman, Jerzy Mr
Laurie S. Lauterbach, Boston Old Colony Insurance Company, Michael J. Allen, Donna Paolillo, Stanley Eckna, Ann
Martin Panik, Lynn Allen, Amy Weaver, Fidelity And Deposit Company of Maryland, Patricia J. Perry, Jay Charles
Tara Bane, Linda Curia, James Wallace O'Grady, Bradley Daly, Netta Issacof, Roberta Kellerman, Cantor Fitzgerald
Lauren Arias Lucchini, Jin Liu, Diane Genco, Nancy Picone, Salvo Plaintiffs, Maria DiPilato, James W. Cahill, Kiml
Kaipaka Beaven, Jasmine Victoria, Rose Booker, Howard Rice, John Patrick O'Neill, Jr., Lynn B. Pescherine, Sat Th
Timothy Parker, H. Michael Keden, Donald Francis Kennedy, Walter Tremsky, Carol Barbaro, Estate of John P.O'Ne
Eileen Simon, Mark Goldwasser, Pamela Hohlweck, Luke C. Allen, Santa Catarelli, Jennifer E. Brady, Sharon Cobb-
Joann Meehan, American Guarantee and Liability Insurance Company, Frances Berdan, Janet Calia, Kathleen Cahill,
Burnett, Sr., Lisa DiLallo Clark, Jennifer L. Harvey, Dorothy Garcia, Patricia Quigley, Michelle Bedigan, William B
Emmet P. Kelly, United States Fire Insurance Company, Benjamin Arroyo, William Doyle, Jane M. Smithwick, Prak
Javier Burgos, Rachel R. Harrell, Ernesto Barrera, Joanne Gross, Robert D'Elia, Maureen Kelly, Leila M. Joseph, Cat
Regenhard, Margaret Arce, Lena Whittaker, James McGetrick, Cynthia Arnold, Mark Barbieri, Louis Schaefer, Kiml
Trimingham−Aiken, Sean Passananti, Phyllis Schreier, Delia Welty, Patricia Wiswall, Michael Boryczewski, Chubb
Company of Canada, The Princeton Excess & Surplus Lines Insurance Company, Woodly Joseph, Diane Wall, Made
Bergin, Fran LaForte, William Ellis, Jr., Alfred Acquaviva, Karen Princiotta, Warren Monroe, Thomas Burnett, Irene
Desiree A. Gerasimovich, Diane Ryan, Raymond Lachhman, Julia Boryczewski, Lisanne MacKenzie, Gladys Salvo,
Parkinson−Godshalk,, TheresaAnn Lostrangio, One Beacon America Insurance Company, Margit Arias, Clara Chircl
Benito Colon, John Martin, Jeannine P. Baron, Andrea N. LeBlanc, Martha Burnett O'Brien, Christine Bini, Joseph D
Michael Puckett, Anna Milewski, Russa Steiner, Kathleen Holland, Edmund Barry, Continental Insurance Company
Jersey, Nancy Lynn Zuckerman, Virginia McKeon, Michael J. Novotny, Edward Arancio, Jennifer D'Auria, William
Thomas Arias, Hillary A. Briley, Lauren Murphy, Assurance Company of Amer, Evelyn Tepedino, Michael Girdano
Della Bella, Deborah Calderon, Thomas Baez, Colonial American Casualty and Surety Insurance Company, Winifred
Catherine Jezycki, Elizabeth R. Burns, National Ben Franklin Insurance Company of Illinois, Joanne Barbara, Eileen
Colligan, Jennifer Tarantino, Wen Shi, Kathryn J. Hussa, Jurgiel Kazimierz, Vigilant Insurance Company, Monica M
Robert T. Folger, Daniel Polatsch, Eileen Tallon, Lori Mascali, Ron Harding, Cynthia Tumulty, Amy Farnum, Sonia
Linda Pickford, Patricia H. McDowell, John P. Baeszler, Robert Spadafora, National Fire Insurance Company of Har
Shirley Henderson, Houssain Lazaar, Homeland Insurance Company of New York, (1800 in 1:03−md−01570−GBD
MOTION to Vacate (1755) Order, *Default Judgment*. filed by Sanabel Al−Kheer, Inc., Al Shamal Islamic Bank, Tad
Islamic Bank, (44 in 1:04−cv−01923−GBD, 735 in 1:03−md−01570−GBD −FM) Service by Publication, filed by Al
(2168 in 1:03−md−01570−GBD −FM, 2168 in 1:03−md−01570−GBD −FM, 452 in 1:04−cv−01923−GBD, 452 in

1:04−cv−01923−GBD) Endorsed Letter, Set Deadlines/Hearings,,,,,, (1052 in 1:03−md−01570−GBD −FM, 133 in 1:04−cv−01923−GBD) Reply Memorandum of Law in Support of Motion,,, filed by Saleh Abdulaziz Al−Rajhi, Sale Aziz Al Rajhi, (330 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed by She Al−Oawdah, (364 in 1:04−cv−01923−GBD, 1581 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (1524 in 1:03−md−01570−GBD −FM, 348 in 1:04−cv−01923−GBD) Memorandum of Law in Opposition to Motion,,,,, filed Trust, Mar−Jac Investments, Inc., Mohammed Jaghlit, African Muslim Agency, Jamal Barzinji, Muhammad Ashraf, Al−Alwani, Grove Corporate, Inc., Sterling Management Group, Inc., Sterling Charitable Gift Fund, International Ins Islamic Thought, Ahmed Totonji, M. Yaqub Mirza, Reston Investments, Inc., M. Omar Ashraf, Hisham Al−Talib, M Corporation, York Foundation, Saar Foundation, Heritage Education Trust, Iqbal Yunus, (424 in 1:04−cv−01923−GI 1:03−md−01570−GBD −FM) Reply to Response to Motion,, filed by Abdullah Bin Khalid Al−Thani, (173 in 1:04−cv−01923−GBD) RICO Statement, filed by Estate of John P.O'Neill, Sr., (581 in 1:03−md−01570−GBD −FM) for Extension of Time / *Consent Motion and Stipulation as to Service of Process and Extension of Time*. filed by Islar Investment Company of the Gulf (Sharjah), (1804 in 1:03−md−01570−GBD −FM) MOTION to Dismiss *Notice of M* by Sana−Bell, Inc., (2139 in 1:03−md−01570−GBD −FM) Notice of Appearance filed by Faisal Islamic Bank, (942 i 1:03−md−01570−GBD −FM) RICO Statement filed by Continental Casualty Company, (1982 in 1:03−md−01570−G Order Referring Case to Magistrate Judge, (1947 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support c filed by Samir Salah, (652 in 1:03−md−01570−GBD −FM) Notice of Voluntary Dismissal − Signed, (740 in 1:03−md−01570−GBD −FM) Stipulation and Order, (439 in 1:03−md−01570−GBD −FM) Rule 7.1 Corporate Disclo Statement filed by Federal Insurance Company et al., Plaintiffs, (2099 in 1:03−md−01570−GBD −FM) Order, (422 i 1:03−md−01570−GBD −FM) CONSENT MOTION for Extension of Time */Consent Motion and Stipulation as to Fu Extension of Time*. filed by Islamic Investment Company of the Gulf (Sharjah), DMI Administrative Services S.A., (4 1:03−md−01570−GBD −FM) Endorsed Letter,, (356 in 1:04−cv−01923−GBD, 1548 in 1:03−md−01570−GBD −FM Answer to Complaints, filed by International Islamic Relief Organization(IIRO), (4 in 1:04−cv−01923−GBD, 183 in 1:03−md−01570−GBD −FM) Endorsed Letter,,, (389 in 1:04−cv−01923−GBD, 1656 in 1:03−md−01570−GBD −FM Answer to Complaints filed by International Islamic Relief Organization(IIRO), (2299 in 1:03−md−01570−GBD −FM Affidavit in Support of Motion filed by Saudi Binladin Group, Inc., (2311 in 1:03−md−01570−GBD −FM) Order,,, ( 1:04−cv−01923−GBD, 627 in 1:03−md−01570−GBD −FM) Order on Motion to Withdraw as Attorney,, (1332 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John P.O'Neill, Sr., (915 in 1:03−md−01570−GBD − Stipulation and Order,,, (177 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (1371 in 1:03−md−01570−GBD −FM (Other), Notice (Other) filed by Euro Brokers Inc., et al., Burnett Plaintiffs, World Trade Center Properties LLC, et a 1:03−md−01570−GBD −FM) Order, (1370 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plaintiff 1:04−cv−01923−GBD) RICO Statement filed by Estate of John P.O'Neill, Sr., (1781 in 1:03−md−01570−GBD −FM 1:03−md−01570−GBD −FM) Order, Set Hearings, (1568 in 1:03−md−01570−GBD −FM) 30/60 Days Amended Co filed by Christine Irene O'Neill, Carol O'Neill, Dorothy A. O'Neill, John Patrick O'Neill, Jr., (2444 in 1:03−md−0157 −FM) Order Referring Case to Magistrate Judge, (2132 in 1:03−md−01570−GBD −FM, 451 in 1:04−cv−01923−GBI Admitting Attorney Pro Hac Vice, (1731 in 1:03−md−01570−GBD −FM, 407 in 1:04−cv−01923−GBD) Reply Mem Law in Support of Motion,, filed by Wamy International, Inc., World Assembly of Muslim Youth, (1803 in 1:03−md−01570−GBD −FM) Declaration in Support of Motion,,, filed by Yassin Abdullah Kadi, (1139 in 1:03−md−01570−GBD −FM) RICO Statement filed by Euro Brokers Inc., et al., (1734 in 1:03−md−01570−GBD −F (Other) filed by Asat Trust Reg., (672 in 1:03−md−01570−GBD −FM) Endorsed Letter, (42 in 1:04−cv−01923−GBI 1:03−md−01570−GBD −FM) Stipulation and Order, (1181 in 1:03−md−01570−GBD −FM, 184 in 1:04−cv−01923− Memorandum of Law in Support of Motion,, filed by Abdullah Bin Saleh Al−Obaid, (1294 in 1:03−md−01570−GBI Notice (Other) filed by Euro Brokers Inc., et al., Burnett Plaintiffs, World Trade Center Properties LLC, et al., (1184 1:03−md−01570−GBD −FM, 187 in 1:04−cv−01923−GBD) Memorandum of Law in Support of Motion,, filed by A Muhsen Al Turki, (1580 in 1:03−md−01570−GBD −FM) Affirmation in Opposition to Motion,, filed by Plaintiffs Ex Committees, (2394 in 1:03−md−01570−GBD −FM, 2394 in 1:03−md−01570−GBD −FM) Endorsed Letter, Set Deadlines/Hearings,, (2318 in 1:03−md−01570−GBD −FM, 2318 in 1:03−md−01570−GBD −FM) Order, Set Deadlines/Hearings,,,, (129 in 1:04−cv−01923−GBD) Notice of Appearance filed by The Council on American−Islar Relations, (2160 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by National C Bank, (1949 in 1:03−md−01570−GBD −FM) Declaration in Support of Motion, filed by Abdul Hamid Abu Sulayma 1:04−cv−01923−GBD) RICO Statement filed by Estate of John P.O'Neill, Sr., (2153 in 1:03−md−01570−GBD −FM Stipulation of Voluntary Dismissal, filed by Amlin Underwriting, Ltd., (1033 in 1:03−md−01570−GBD −FM) Memo Law in Opposition to Motion,,, filed by Plaintiffs Executive Committees, (354 in 1:03−md−01570−GBD −FM) RICO filed by Federal Insurance Company et al., Plaintiffs, (170 in 1:03−md−01570−GBD −FM) Reply Memorandum of L Support of Motion, filed by National Commercial Bank, (1855 in 1:03−md−01570−GBD −FM) Stipulation and Orde 1:03−md−01570−GBD −FM, 1961 in 1:03−md−01570−GBD −FM) Endorsed Letter, Set Deadlines/Hearings, (1627 1:03−md−01570−GBD −FM, 377 in 1:04−cv−01923−GBD) Reply Memorandum of Law in Support of Motion filed Administrative Services S.A., (74 in 1:03−md−01570−GBD −FM) Order Admitting Attorney Pro Hac Vice, (1063 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion,, filed by Faisal Islamic Bank, (122 1:03−md−01570−GBD −FM) RICO Statement filed by World Trade Center Properties LLC, et al., (1595 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (221 in 1:03−md−01570−GBD −FM) Memorandum of Law in to Motion, filed by Burnett Plaintiffs, (2282 in 1:03−md−01570−GBD −FM, 486 in 1:04−cv−01923−GBD) Order Ad Attorney Pro Hac Vice, (1538 in 1:03−md−01570−GBD −FM) Answer to Complaint filed by International Islamic R Organization(IIRO), (1856 in 1:03−md−01570−GBD −FM) Stipulation and Order of Dismissal, (28 in 1:03−md−015

−FM) Memo Endorsement, (332 in 1:04−cv−01923−GBD, 1498 in 1:03−md−01570−GBD −FM) Declaration in Sup
Motion,,, filed by Estate of John P.O'Neill, Sr., (499 in 1:03−md−01570−GBD −FM) MOTION to Dismiss *Notice of*
*Dismiss*. filed by DMI Administrative Services S.A., (162 in 1:03−md−01570−GBD −FM) Memorandum of Law in S
Motion filed by Arab Bank, (1421 in 1:03−md−01570−GBD −FM, 297 in 1:04−cv−01923−GBD) Response in Suppo
Motion,, filed by Shahir Abdulraoof Batterjee, (1357 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Estate o
P.O'Neill, Sr., (477 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Burnett
(8 in 1:03−md−01570−GBD −FM) Order on Motion for Extension of Time to Answer, (2126 in 1:03−md−01570−GI
Order, (166 in 1:03−md−01570−GBD −FM) MOTION for Extension of Time to File Response/Reply. filed by Al Ba
Investment & Development Corp., International Islamic Relief Organization(IIRO), Rabita Trust, Saleh Abdullah Ka
Hamza Jalaidan, (1710 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company et al.,
(1448 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion,, filed by Abdulrahman Bin Mahf
in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,,, filed by Federal Insurance Compar
Plaintiffs, (1667 in 1:03−md−01570−GBD −FM) Stipulation and Order, (1377 in 1:03−md−01570−GBD −FM) Notic
filed by Burnett Plaintiffs, (20 in 1:03−md−01570−GBD −FM) Memo Endorsement,, (97 in 1:03−md−01570−GBD −
MOTION to Dismiss for Lack of Jurisdiction *the Third Amended Complaint (Burnett)*. filed by Mohammed Ali Saye
(39 in 1:04−cv−01923−GBD) RICO Statement filed by Estate of John P.O'Neill, Sr., (6 in 1:04−cv−01923−GBD, 24
1:03−md−01570−GBD −FM) Case Management Plan,, (1050 in 1:03−md−01570−GBD −FM) Memorandum of Law
Opposition to Motion filed by New York Marine and General Insurance Company, (328 in 1:04−cv−01923−GBD, 14
1:03−md−01570−GBD −FM) Declaration in Opposition to Motion,, filed by Estate of John P.O'Neill, Sr., (954 in
1:03−md−01570−GBD −FM) Notice (Other) filed by Dubai Islamic Bank, (721 in 1:03−md−01570−GBD −FM) Aff
Service Other,, filed by Christine Irene O'Neill, Carol O'Neill, Dorothy A. O'Neill, John Patrick O'Neill, Jr., Estate of
P.O'Neill, Sr., (1289 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Euro Brokers Inc., et al., Burnett Plaint
Trade Center Properties LLC, et al., (684 in 1:03−md−01570−GBD −FM, 37 in 1:04−cv−01923−GBD) Stipulation a
(143 in 1:03−md−01570−GBD −FM) MOTION to Dismiss *the First Amended Complaint*. filed by Jamal Barzinji, (1
1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John P.O'Neill, Sr., (160 in 1:04−cv−01923−GBD) R
Statement filed by Estate of John P.O'Neill, Sr., (416 in 1:03−md−01570−GBD −FM) MOTION to Dismiss *Notice o*
*Dismiss*. filed by National Commercial Bank, (478 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposit
Motion, filed by Kathleen Ashton, (998 in 1:03−md−01570−GBD −FM) Stipulation and Order, (1739 in 1:03−md−0
−FM, 1739 in 1:03−md−01570−GBD −FM) Stipulation and Order, Set Motion and R&R Deadlines/Hearings,,,, (96 i
1:04−cv−01923−GBD) MOTION to Dismiss for Lack of Jurisdiction. filed by Engelbert Schreiber, Jr, Schreiber & Z
Frank Zindel, Engelbert Schreiber, (1517 in 1:03−md−01570−GBD −FM, 342 in 1:04−cv−01923−GBD) Declaration
Opposition to Motion,, filed by Estate of John P.O'Neill, Sr., (1603 in 1:03−md−01570−GBD −FM) Memorandum o
Opposition to Motion, filed by Saudi American Bank, (172 in 1:03−md−01570−GBD −FM) Reply Memorandum of
Support of Motion, filed by International Institute of Islamic Thought, (1376 in 1:03−md−01570−GBD −FM) Memor
Law in Support filed by Daral Maal Al Islami Trust, (1110 in 1:03−md−01570−GBD −FM) Stipulation and Order of
(1449 in 1:03−md−01570−GBD −FM, 310 in 1:04−cv−01923−GBD) MOTION to Dismiss *Notice Of Motion*. filed b
Mohammed Jaghlit, Muhammad Ashraf, Taha Jaber Al−Alwani, Ahmed Totonji, M. Yaqub Mirza, M. Omar Ashraf,
Money Wire Service, Inc., Iqbal Unus (Yunus), (987 in 1:03−md−01570−GBD −FM) RICO Statement, filed by Esta
P.O'Neill, Sr., (597 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (147 in
1:04−cv−01923−GBD) RICO Statement filed by Estate of John P.O'Neill, Sr., (2217 in 1:03−md−01570−GBD −FM
1:03−md−01570−GBD −FM) Order, Set Deadlines/Hearings,, (1829 in 1:03−md−01570−GBD −FM) Memorandum
Support of Motion filed by Abdullah Bin Khalid Al−Thani, (776 in 1:03−md−01570−GBD −FM) MOTION for Step
Fell to Withdraw as Attorney. filed by Al Baraka Investment & Development Corp., (115 in 1:04−cv−01923−GBD) I
Statement filed by Estate of John P.O'Neill, Sr., (298 in 1:03−md−01570−GBD −FM) Waiver of Service Executed fi
Federal Insurance Company et al., Plaintiffs, (1338 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) fi
Estate of John P.O'Neill, Sr., (473 in 1:04−cv−01923−GBD, 473 in 1:04−cv−01923−GBD, 2256 in 1:03−md−01570−
−FM, 2256 in 1:03−md−01570−GBD −FM) Stipulation and Order, Add and Terminate Attorneys,,,, (1642 in
1:03−md−01570−GBD −FM, 386 in 1:04−cv−01923−GBD) Declaration in Support of Motion,,, filed by Estate of Jo
P.O'Neill, Sr., (816 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (1735 in 1:03−md−01570−GBD −FM) Order,
1:04−cv−01923−GBD, 2129 in 1:03−md−01570−GBD −FM) Order on Motion to Appear Pro Hac Vice, (2214 in
1:03−md−01570−GBD −FM, 2214 in 1:03−md−01570−GBD −FM) Endorsed Letter, Set Deadlines/Hearings,, (1348
1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John P.O'Neill, Sr., (378 in 1:04−cv−01923−GBD, 16
1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion,, filed by Saleh Abdullah Kamel, Al
Investment and Development Corporation, Dallah Al Baraka Group LLC, (322 in 1:03−md−01570−GBD −FM) Stipu
Order,, (87 in 1:03−md−01570−GBD −FM) MOTION to Dismiss for Lack of Jurisdiction *the Third Amended Compl*
*(Burnett)*. filed by Abdullah Omar Naseef, (640 in 1:03−md−01570−GBD −FM) Stipulation and Order, (884 in
1:03−md−01570−GBD −FM) Order, (119 in 1:03−md−01570−GBD −FM) Notice of Appearance filed by Al Harama
Foundation, Sulaiman Al−Ali, Aqeel Al−Aqeel, Abdul Al−Moslah, Mohammed Jamal Khalifa, Adel Abdul Batterjee
Badahdah, Abdullah M. Al−Mahdi, (317 in 1:04−cv−01923−GBD, 317 in 1:04−cv−01923−GBD, 1461 in
1:03−md−01570−GBD −FM, 1461 in 1:03−md−01570−GBD −FM) Stipulation and Order, Set Deadlines/Hearings,,,
1:03−md−01570−GBD −FM) Endorsed Letter,, (1144 in 1:03−md−01570−GBD −FM, 170 in 1:04−cv−01923−GBD
Letter,,, (1322 in 1:03−md−01570−GBD −FM) MOTION to Amend/Correct *Leave to file Second Amended Complai*
Havlish Plaintiffs, (1288 in 1:03−md−01570−GBD −FM) Notice (Other) filed by World Trade Center Properties LLC
(247 in 1:03−md−01570−GBD −FM, 5 in 1:04−cv−01923−GBD) Case Management Plan,,,,, (758 in 1:03−md−0157

−FM) Order,, (470 in 1:04−cv−01923−GBD, 2247 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in S
filed by C. O'Neill, (1840 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion, filed by Dall
Trans Arabia Co. LTD., (516 in 1:03−md−01570−GBD −FM) Affirmation in Opposition to Motion, filed by Federal
Company et al., Plaintiffs, (2317 in 1:03−md−01570−GBD −FM) Endorsed Letter, (1446 in 1:03−md−01570−GBD −
Notice (Other) filed by Yeslam M. Bin Laden, (1205 in 1:03−md−01570−GBD −FM, 208 in 1:04−cv−01923−GBD)
Memorandum of Law in Support of Motion,, filed by Abdullah Omar Naseef, (1077 in 1:03−md−01570−GBD −FM)
Statement filed by Estate of John P.O'Neill, Sr., (2296 in 1:03−md−01570−GBD −FM) Affidavit in Support of Motic
Saudi Binladin Group, Inc., (2391 in 1:03−md−01570−GBD −FM, 495 in 1:04−cv−01923−GBD) Notice (Other), Nc
filed by All Plaintiffs, (2295 in 1:03−md−01570−GBD −FM) Affidavit in Support of Motion filed by Saudi Binladin
Inc., (2336 in 1:03−md−01570−GBD −FM) Amended Answer to Complaints filed by Dubai Islamic Bank, (2111 in
1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by National Commercial Bank, (172
1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (207 in 1:03−md−01570−GBD
filed by Wa'el Hamza Jalaidan, (73 in 1:03−md−01570−GBD −FM) Order Admitting Attorney Pro Hac Vice, (2410
1:03−md−01570−GBD −FM) Notice of Voluntary Dismissal − Signed,, (291 in 1:03−md−01570−GBD −FM) Memo
Law in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs, (2059 in 1:03−md−01570−GBD
Order,,,,, (840 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by Faisal Islamic B
in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Abdullah Al Faisal Bin Abdulaziz AlSaud, (1436 in
1:03−md−01570−GBD −FM, 305 in 1:04−cv−01923−GBD) Declaration in Support of Motion,,, filed by Erwin Watc
Treuhand Anstalt, Asat Trust Reg., Martin Watcher, (1103 in 1:03−md−01570−GBD −FM) RICO Statement filed by
John P.O'Neill, Sr., (839 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Faisal Islamic Bank, (1854 i
1:03−md−01570−GBD −FM, 1854 in 1:03−md−01570−GBD −FM) Stipulation and Order, Set Motion and R&R
Deadlines/Hearings,,,,,, (230 in 1:04−cv−01923−GBD) Reply Memorandum of Law in Support of Motion filed by K
Mahfouz, (1008 in 1:03−md−01570−GBD −FM) Affirmation in Opposition to Motion,,,, filed by Euro Brokers Inc.,
Burnett Plaintiffs, Federal Insurance Company, World Trade Center Properties LLC, et al., Kathleen Ashton, Contine
Casualty Company, Cantor Fitzgerald & Co., John Patrick O'Neill, Jr., New York Marine and General Insurance Con
in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (1188 in 1:03−md−01570−G
191 in 1:04−cv−01923−GBD) Affidavit in Support of Motion,, filed by Safar Al−Hawali, (2006 in 1:03−md−01570−
−FM) Stipulation and Order,, (188 in 1:04−cv−01923−GBD, 1185 in 1:03−md−01570−GBD −FM) Affidavit in Supp
Motion,, filed by Abdullah Muhsen Al Turki, (2404 in 1:03−md−01570−GBD −FM) Memorandum of Law in Suppo
Motion filed by Perouz Seda Ghaty, (1562 in 1:03−md−01570−GBD −FM) RICO Statement filed by Continental Ca
Company, (327 in 1:04−cv−01923−GBD, 1493 in 1:03−md−01570−GBD −FM) Declaration in Opposition to Motion
Estate of John P.O'Neill, Sr., (1002 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Con
Plaintiffs, (378 in 1:03−md−01570−GBD −FM) Transcript, (535 in 1:03−md−01570−GBD −FM) Memorandum of L
Opposition to Motion, filed by Kathleen Ashton, (1874 in 1:03−md−01570−GBD −FM) Stipulation and Order of Dis
(1556 in 1:03−md−01570−GBD −FM, 360 in 1:04−cv−01923−GBD) Memorandum of Law in Opposition to Motion
Estate of John P.O'Neill, Sr., (350 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed
Alfaisaliah Group, Faisal Group Holding Co., Abdullah Al Faisal Bin Abdulaziz AlSaud, Mohammed Bin Abdulrahr
Ariefy, (1389 in 1:03−md−01570−GBD −FM, 280 in 1:04−cv−01923−GBD) Memorandum of Law in Support,, filed
Bin Abdul Aziz Al Ibrahim Foundation, (1055 in 1:03−md−01570−GBD −FM) Endorsed Letter, (490 in 1:03−md−0
−FM) Memorandum of Law in Support of Motion filed by Islamic Investment Company of the Gulf (Sharjah), (418 i
1:03−md−01570−GBD −FM) Notice (Other) filed by Mohammed Al Faisal Al Saud, (705 in 1:03−md−01570−GBD
Stipulation and Order, (2418 in 1:03−md−01570−GBD −FM) Memo Endorsement, (2411 in 1:03−md−01570−GBD
in 1:04−cv−01923−GBD) Order,, (2342 in 1:03−md−01570−GBD −FM, 491 in 1:04−cv−01923−GBD) Stipulation a
(997 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion,,, filed by Federal Insurance
et al., Plaintiffs, (201 in 1:04−cv−01923−GBD, 1198 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by
Abdulraoof Batterjee, (2287 in 1:03−md−01570−GBD −FM) Affidavit in Support of Motion filed by Saudi Binladin
Inc., (1534 in 1:03−md−01570−GBD −FM) Answer to Amended Complaint, filed by Muslim World League, (497 in
1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion filed by Tarik Hamdi, (1547 in
1:03−md−01570−GBD −FM, 355 in 1:04−cv−01923−GBD) Case Management Plan,, (1535 in 1:03−md−01570−GB
Answer to Amended Complaint, filed by International Islamic Relief Organization(IIRO), (53 in 1:04−cv−01923−GE
1:03−md−01570−GBD −FM) Clerk Certificate of Mailing,, (315 in 1:04−cv−01923−GBD) Certificate of Service Otl
World Assembly of Muslim Youth (Falls Church, Virginia, USA), World Assembly of Muslim Youth, (1518 in
1:03−md−01570−GBD −FM, 343 in 1:04−cv−01923−GBD) Declaration in Opposition to Motion,, filed by Estate of
P.O'Neill, Sr., (1279 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Euro Brokers Inc., et al., Burnett Plaint
Trade Center Properties LLC, et al., (539 in 1:03−md−01570−GBD −FM) Stipulation and Order, (503 in 1:03−md−0
−FM) Declaration in Opposition to Motion,, filed by Burnett Plaintiffs, (305 in 1:03−md−01570−GBD −FM) Respor
Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs, (763 in 1:03−md−01570−GBD −FM, 57
1:04−cv−01923−GBD) Clerk Certificate of Mailing,,, (214 in 1:03−md−01570−GBD −FM) JOINT MOTION to Dis
*re Plaintiffs' Motion to Voluntarily Dismiss the Defendants Named in Exhibit A of the Ashton Complaint*. filed by Ka
Ashton, (2344 in 1:03−md−01570−GBD −FM) Answer to Amended Complaint, filed by Sanabel Al Kheer, Inc., (14
1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by Daral Maal Al Islami Trust, (1074
1:03−md−01570−GBD −FM, 139 in 1:04−cv−01923−GBD) Endorsed Letter, (68 in 1:03−md−01570−GBD −FM) M
Endorsement, (2403 in 1:03−md−01570−GBD −FM) MOTION to Stay. filed by Perouz Seda Ghaty, (523 in
1:03−md−01570−GBD −FM) Notice (Other) filed by Kathleen Ashton, (1529 in 1:03−md−01570−GBD −FM) Answ

Amended Complaint, filed by International Islamic Relief Organization(IIRO), (912 in 1:03−md−01570−GBD −FM) and Order,,, (568 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Federal Insurance Company et al., Plaintiff 1:03−md−01570−GBD −FM) MOTION for Alan Todd Dickey to Appear Pro Hac Vice. filed by National Commerci National Commerce Bank, (1243 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,,, f Euro Brokers Inc., et al., Burnett Plaintiffs, Federal Insurance Company et al., Plaintiffs, World Trade Center Propert al., New York Marine and General Insurance Company, (2227 in 1:03−md−01570−GBD −FM) Notice of Change of filed by CO2e.com, LLC, Cantor Fitzgerald Securities, Port Authority of New York & New Jersey, Espeed, Inc., eSp Government Securities, Inc., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald Partners TradeSpark, L.P., Port Authority Trans−Hudson Corporation, Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald & Retail LLC, Cantor Index Limited, Cantor Fitzgerald, L.P., Cantor Fitzgerald International, eSpeed Securities, Inc., (2 1:03−md−01570−GBD −FM, 458 in 1:04−cv−01923−GBD) Memorandum of Law in Support of Motion filed by Kat Ashton, (420 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company et al., Plaintiffs, 1:03−md−01570−GBD −FM) RICO Statement, filed by Estate of John Patrick O'Neill Sr., Estate of John P.O'Neill, S 1:03−md−01570−GBD −FM) Endorsed Letter, (559 in 1:03−md−01570−GBD −FM) RICO Statement filed by Port A New York & New Jersey, Cantor Fitzgerald & Co., (1917 in 1:03−md−01570−GBD −FM) Stipulation and Order of I (1506 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (853 in 1:03−md−01570−GBD −FM, 78 in 1:04−cv−01923−GBD) Order,,, (1664 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motio Euro Brokers Inc., et al., Burnett Plaintiffs, Federal Insurance Company et al., Plaintiffs, World Trade Center Propert al., Continental Casualty Company, New York Marine and General Insurance Company, (984 in 1:03−md−01570−G Response in Opposition to Motion,, filed by Port Authority of New York & New Jersey, Cantor Fitzgerald & Co., (23 1:03−md−01570−GBD −FM, 2319 in 1:03−md−01570−GBD −FM, 2319 in 1:03−md−01570−GBD −FM) Answer to Complaint, filed by Sana−Bell, Inc., (58 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion Rajhi Banking and Investment, (1521 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion,, Mohammed Al Faisal Al Saud, (1895 in 1:03−md−01570−GBD −FM) MOTION to Stay. filed by Jamal Barzinji, (22 1:04−cv−01923−GBD, 1266 in 1:03−md−01570−GBD −FM) Stipulation and Order, (1865 in 1:03−md−01570−GBD Memorandum of Law in Support of Motion filed by Dallah Avco Trans Arabia Co. LTD., (1069 in 1:03−md−01570− −FM, 138 in 1:04−cv−01923−GBD) Stipulation and Order,, (1082 in 1:03−md−01570−GBD −FM) RICO Statement Estate of John P.O'Neill, Sr., (2285 in 1:03−md−01570−GBD −FM) Declaration in Support of Motion filed by Saudi Group, Inc., (190 in 1:03−md−01570−GBD −FM) Memorandum & Opinion, (330 in 1:04−cv−01923−GBD, 1496 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion,, filed by Estate of John P.O'Neill, Sr., (11 1:03−md−01570−GBD −FM, 164 in 1:04−cv−01923−GBD) Reply Memorandum of Law in Support of Motion,, filed Soliman H.S. Al−Buthe, (934 in 1:03−md−01570−GBD −FM, 934 in 1:03−md−01570−GBD −FM) Endorsed Letter, Scheduling Order Deadlines,,,, (2309 in 1:03−md−01570−GBD −FM) Answer to Complaint filed by Dubai Islamic B in 1:03−md−01570−GBD −FM) Notice of Voluntary Dismissal, filed by Port Authority of New York & New Jersey, Authority Trans−Hudson Corporation, WTC Retail LLC, (2246 in 1:03−md−01570−GBD −FM) Notice (Other), Not filed by All Defendants, (2312 in 1:03−md−01570−GBD −FM) Order, (549 in 1:03−md−01570−GBD −FM) Stipulat Order, (2142 in 1:03−md−01570−GBD −FM) Brief, filed by All Plaintiffs, (1191 in 1:03−md−01570−GBD −FM, 19 1:04−cv−01923−GBD) Affidavit in Support of Motion,, filed by Sheik Hamad Al−Husaini, (218 in 1:03−md−01570− −FM) Memorandum of Law in Opposition to Motion filed by Burnett Plaintiffs, (1183 in 1:03−md−01570−GBD −FM 1:04−cv−01923−GBD) MOTION to Dismiss. filed by Abdullah Muhsen Al Turki, (511 in 1:03−md−01570−GBD −F Memorandum of Law in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs, (2377 in 1:03−md−01570−GBD −FM) Rule 26 Disclosure filed by Wamy International, Inc., World Assembly of Muslim You 1:03−md−01570−GBD −FM) Notice of Change of Address filed by Burnett Plaintiffs, (22 in 1:04−cv−01923−GBD, 1:03−md−01570−GBD −FM) Declaration in Support of Motion,, filed by Yassin Abdullah Kadi, (2085 in 1:03−md−01570−GBD −FM) Transcript, (1550 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of J P.O'Neill, Sr., (281 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Burnett (2192 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (366 in 1:03−md−01570−GBD −FM) RICO Statement filed Insurance Company et al., Plaintiffs, (1745 in 1:03−md−01570−GBD −FM, 1745 in 1:03−md−01570−GBD −FM) O and Terminate Attorneys, (396 in 1:04−cv−01923−GBD, 1693 in 1:03−md−01570−GBD −FM) Stipulation and Orde 1:03−md−01570−GBD −FM) Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., P (1015 in 1:03−md−01570−GBD −FM) Affirmation in Opposition to Motion,,, filed by Federal Insurance Company e Plaintiffs, (228 in 1:04−cv−01923−GBD, 1258 in 1:03−md−01570−GBD −FM) Affidavit of Service Complaints,, fil Federal Insurance Company et al., Plaintiffs, (2095 in 1:03−md−01570−GBD −FM) MOTION for Amy Berman Jack Withdraw as Attorney. filed by Erwin Watcher, Sercor Treuhand Anstalt, Asat Trust Reg., Martin Watcher, (518 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (28 in 1:04−cv−01923−GBD, 614 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (1968 in 1:03−md−01570−GBD Affidavit in Opposition to Motion,, filed by Euro Brokers Inc., et al., Burnett Plaintiffs, Federal Insurance Company e Plaintiffs, World Trade Center Properties LLC, et al., (1396 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,, filed by New York Marine and General Insurance Company, (2376 in 1:03−md−01570−GBD Answer to Complaint filed by Wamy International, Inc., World Assembly of Muslim Youth, (876 in 1:03−md−01570 −FM, 87 in 1:04−cv−01923−GBD) Stipulation and Order, (1520 in 1:03−md−01570−GBD −FM, 345 in 1:04−cv−01 Declaration in Support of Motion,, filed by Estate of John P.O'Neill, Sr., (110 in 1:04−cv−01923−GBD) RICO Stater by Estate of John P.O'Neill, Sr., (447 in 1:03−md−01570−GBD −FM) Amended Complaint,, filed by Kathleen Ashto 1:03−md−01570−GBD −FM) MOTION for Howard N. Feldman to Appear Pro Hac Vice. filed by CO2e.com, LLC,

Fitzgerald Securities, Port Authority of New York & New Jersey, Espeed, Inc., eSpeed Government Securities, Inc., C
Fitzgerald Associates, L.P., Port Authority of New York and New Jersey, Cantor Fitzgerald Europe, Port Authority T
Hudson Corporation, Cantor Fitzgerald Partners, TradeSpark, L.P., Port Authority Trans−Hudson Corporation, Canto
Brokerage, L.P., Cantor Fitzgerald & Co., WTC Retail LLC, Cantor Index Limited, Cantor Fitzgerald, L.P., Cantor F
International, eSpeed Securities, Inc., (1983 in 1:03−md−01570−GBD −FM) Endorsed Letter, (1281 in 1:03−md−01
−FM) Notice (Other) filed by Burnett Plaintiffs, World Trade Center Properties LLC, et al., (492 in 1:04−cv−01923−
in 1:04−cv−01923−GBD, 2383 in 1:03−md−01570−GBD −FM, 2383 in 1:03−md−01570−GBD −FM) Stipulation an
Set Deadlines/Hearings,, (1869 in 1:03−md−01570−GBD −FM) MOTION to Dismiss *Notice of Motion*. filed by San
Al−Kheer, Inc., (19 in 1:03−md−01570−GBD −FM) Memo Endorsement, (2278 in 1:03−md−01570−GBD −FM) Sti
and Order of Voluntary Dismissal, (1142 in 1:03−md−01570−GBD −FM) Notice of Appearance filed by Port Authori
York & New Jersey, Cantor Fitzgerald & Co., (1096 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate
P.O'Neill, Sr., (294 in 1:03−md−01570−GBD −FM) Endorsed Letter, (405 in 1:04−cv−01923−GBD, 1729 in
1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion,, filed by Wamy International, Inc.,
Assembly of Muslim Youth, (3 in 1:04−cv−01923−GBD) Rule 7.1 Corporate Disclosure Statement filed by Arab Ba
(2051 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Sanabel Al−Kheer, Inc., (1815 in 1:03−md−01570−G
420 in 1:04−cv−01923−GBD) Memorandum of Law in Opposition to Motion, filed by Federal Insurance Company e
Plaintiffs, (909 in 1:03−md−01570−GBD −FM) Stipulation and Order, (1661 in 1:03−md−01570−GBD −FM) Reply
Memorandum of Law in Support of Motion filed by DMI Administrative Services S.A., (1410 in 1:03−md−01570−G
Notice (Other) filed by Faisal Islamic Bank, (1408 in 1:03−md−01570−GBD −FM, 1408 in 1:03−md−01570−GBD −
Stipulation and Order, Set Deadlines/Hearings,,,,, (422 in 1:04−cv−01923−GBD, 1844 in 1:03−md−01570−GBD −FM
MOTION for Johnathan Goodman Stacey Saiontz to Withdraw as Attorney. filed by CO2e.com, LLC, Cantor Fitzger
Securities, Port Authority of New York & New Jersey, Espeed, Inc., eSpeed Government Securities, Inc., Cantor Fitz
Associates, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald Partners, Port Authority Trans−Hudson Corporation, C
Fitzgerald Brokerage, L.P., Cantor Fitzgerald & Co., Cantor Index Limited, Cantor Fitzgerald, L.P., Cantor Fitzgerald
International, eSpeed Securities, Inc., (24 in 1:03−md−01570−GBD −FM) Endorsed Letter, (1985 in 1:03−md−0157
−FM) Order,,,,, (174 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed by Pri
Al Faisal Al Saud, (1724 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (639 in 1:03−md−01570−GBD −F
1:03−md−01570−GBD −FM) Endorsed Letter, Terminate Motions,,,,, (474 in 1:04−cv−01923−GBD, 2257 in
1:03−md−01570−GBD −FM) Affidavit in Support filed by Daral Maal Al Islami Trust, (195 in 1:04−cv−01923−GB
1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Talal Mohammed Badkook, (2384 in 1:03−md−01570−
Objection (non−motion), Objection (non−motion) filed by Al Haramain Islamic Foundation, Inc., (169 in 1:04−cv−0
1135 in 1:03−md−01570−GBD −FM) Order,, (893 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Soliman
Al−Buthe, (1301 in 1:03−md−01570−GBD −FM, 236 in 1:04−cv−01923−GBD) Reply Memorandum of Law in Sup
Motion,, filed by Abdullah Muhsen Al Turki, (211 in 1:04−cv−01923−GBD, 1215 in 1:03−md−01570−GBD −FM) M
Dismiss *the O'Neill action*. filed by DMI Administrative Services S.A., (1993 in 1:03−md−01570−GBD −FM) Order
Attorney Pro Hac Vice, (1531 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed
Jaber Al−Alwani, (244 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (501 in 1:04−cv−01923−GBD) Notice of A
filed by All Plaintiffs, (1516 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion,, filed by S
Commission, Salman Bin Abdulaziz Al Saud, Naif Bin Abdulaziz Al Saud, (407 in 1:03−md−01570−GBD −FM) Me
of Law in Opposition to Motion, filed by Burnett Plaintiffs, (21 in 1:03−md−01570−GBD −FM) Notice of Appearan
Shahir Abdulraoof Batterjee, Saleh Al−Hussayen, Talal Mohammed Badkook, Abdullah Omar Naseef, Sheik Hamad
Al−Husaini, Abdulla Al Obaid, Mushayt for Trading Company, Abdullah Muhsen Al Turki, Adnan Basha, Mohamm
Sayed Mushayt, Abdul Rahman Al Swailem, Red Crescent Saudi Committee, Safar Al−Hawali, (149 in 1:03−md−01
−FM) Response to Motion, filed by Burnett Plaintiffs, (1635 in 1:03−md−01570−GBD −FM) Memorandum of Law i
Opposition to Motion,,, filed by Burnett & Ashton Plaintiffs, Estate of John P.O'Neill, Sr., (2430 in 1:03−md−01570−
−FM) Memorandum of Law in Support of Motion, filed by Havlish Plaintiffs, (1290 in 1:03−md−01570−GBD −FM)
(Other) filed by Burnett Plaintiffs, (1400 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Daral Maal
Trust, (136 in 1:04−cv−01923−GBD, 1067 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (98 in
1:03−md−01570−GBD −FM) MOTION to Dismiss for Lack of Jurisdiction *the Third Amended Complaint (Burnett)*.
to Dismiss for Lack of Jurisdiction *the Third Amended Complaint (Burnett)*. filed by Abdullah Bin Saleh Al−Obaid, (
1:03−md−01570−GBD −FM) MOTION (FILED ON SERVICE DATE) for Thomas P. Steindler to Appear Pro Hac
MOTION (FILED ON SERVICE DATE) for Thomas P. Steindler to Appear Pro Hac Vice. filed by Yassin Abdullah
Yousef Jameel, (338 in 1:04−cv−01923−GBD, 1505 in 1:03−md−01570−GBD −FM) Memorandum of Law in Suppo
Motion,, filed by Abdullah Bin Laden, (1904 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of M
by Khaled Bin Mahfouz, (1668 in 1:03−md−01570−GBD −FM) Stipulation and Order, (265 in 1:04−cv−01923−GB
(Other) filed by Estate of John P.O'Neill, Sr., (202 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in S
Motion filed by Rabita Trust, (867 in 1:03−md−01570−GBD −FM, 867 in 1:03−md−01570−GBD −FM, 82 in
1:04−cv−01923−GBD, 82 in 1:04−cv−01923−GBD) MOTION to Dismiss *Abdullah Al Rajhi*. MOTION to Dismiss f
Jurisdiction *Abdullah Al Rajhi*. filed by Abdullah Salaiman Al−Rajhi, (2343 in 1:03−md−01570−GBD −FM) Answer
Amended Complaint,, filed by Sanabel Al Kheer, Inc., (798 in 1:03−md−01570−GBD −FM) Acknowledgment of Se
Complaints, filed by Federal Insurance Company et al., Plaintiffs, (2409 in 1:03−md−01570−GBD −FM) Notice of V
Dismissal, filed by World Trade Center Properties LLC, et al., (1312 in 1:03−md−01570−GBD −FM, 243 in
1:04−cv−01923−GBD) Stipulation and Order, (1629 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (696 in
1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (2352 in

1:03−md−01570−GBD −FM) Notice (Other) filed by Perouz Seda Ghaty, (278 in 1:03−md−01570−GBD −FM) Men
of Law in Opposition to Motion filed by Burnett Plaintiffs, (210 in 1:03−md−01570−GBD −FM) Notice (Other) filed
Plaintiffs, (1591 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion, filed by Engelbert Sch
Schreiber & Zindel, Frank Zindel, Engelbert Schreiber, (1120 in 1:03−md−01570−GBD −FM) RICO Statement, filed
Insurance Company et al., Plaintiffs, (217 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Sultan Bin Abdula
Saud, (1687 in 1:03−md−01570−GBD −FM) Response in Opposition to Motion,,, filed by Euro Brokers Inc., et al., E
Plaintiffs, World Trade Center Properties LLC, et al., (790 in 1:03−md−01570−GBD −FM, 64 in 1:04−cv−01923−G
Stipulation and Order, (250 in 1:04−cv−01923−GBD) Notice (Other) filed by Estate of John P.O'Neill, Sr., (187 in
1:03−md−01570−GBD −FM) Notice (Other) filed by Mohammed Al Faisal Al Saud, (1495 in 1:03−md−01570−GBI
in 1:04−cv−01923−GBD) MOTION Strike Defendant Taha Al Alwani's Motion to Dismiss, to Amend Plaintiff's Co
Leave to File RICO Statement, For Reconsideration of the Court's Decision Relative to the Filing of A RICO Stateme
other Relief. filed by Estate of John P.O'Neill, Sr., (1563 in 1:03−md−01570−GBD −FM) Memorandum of Law in Su
Motion,, filed by Federal Insurance Company et al., Plaintiffs, (739 in 1:03−md−01570−GBD −FM) Stipulation and
(1774 in 1:03−md−01570−GBD −FM) Order Referring Case to Magistrate Judge, (1388 in 1:03−md−01570−GBD −
1:04−cv−01923−GBD) MOTION to Dismiss *Continental Casualty, Burnett, WTC, Euro Brokers, Federal Insurance*
Ibrahim Bin Abdul Aziz Al Ibrahim Foundation, (1309 in 1:03−md−01570−GBD −FM, 240 in 1:04−cv−01923−GBI
Memorandum of Law in Support of Motion,, filed by Shahir Abdulraoof Batterjee, (321 in 1:03−md−01570−GBD −
of Service Executed filed by Federal Insurance Company et al., Plaintiffs, (163 in 1:03−md−01570−GBD −FM) MO
Dismiss *the First Amended Complaint*. filed by Safa Trust, Mar−Jac Investments, Inc., African Muslim Agency, Gro
Corporate, Inc., Sterling Management Group, Inc., Sterling Charitable Gift Fund, International Institute of Islamic Th
Reston Investments, Inc., Mena Corporation, Sana−Bell, Inc., York Foundation, Heritage Education Trust, (1128 in
1:03−md−01570−GBD −FM) Clerk Certificate of Mailing, (211 in 1:03−md−01570−GBD −FM) JOINT MOTION f
by Publication *Order re Plaintiffs' Motion For Leave to Serve Specified Defendants by Publication*. filed by Kathleen
(1626 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed by DMI Administrati
S.A., (312 in 1:03−md−01570−GBD −FM) Response in Opposition to Motion, filed by Federal Insurance Company
Plaintiffs, (1543 in 1:03−md−01570−GBD −FM, 1543 in 1:03−md−01570−GBD −FM, 352 in 1:04−cv−01923−GBD
1:04−cv−01923−GBD) Stipulation and Order, Set Deadlines/Hearings,, (1441 in 1:03−md−01570−GBD −FM) Reply
Memorandum of Law in Support of Motion filed by Mar−Jac Poultry Inc, Mar−Jac Poultry, Inc., (881 in 1:03−md−0
−FM) Affidavit in Support of Motion, filed by Yassin Abdullah Kadi, (1397 in 1:03−md−01570−GBD −FM) MOTIO
Dismiss. filed by Daral Maal Al Islami Trust, (677 in 1:03−md−01570−GBD −FM) RICO Statement, filed by Estate
P.O'Neill, Sr., (171 in 1:04−cv−01923−GBD) Notice (Other), Notice (Other) filed by Estate of John P.O'Neill, Sr., (1
1:04−cv−01923−GBD) FIRST MOTION for Roger P. Alford to Appear Pro Hac Vice. filed by C. I. O'Neill, C. O'Ne
O'Neill, Jr., D. A. O'Neill, (2106 in 1:03−md−01570−GBD −FM, 447 in 1:04−cv−01923−GBD) Order,, (1834 in
1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion,,, filed by Omar M. Bin Laden, Tare
Laden, Saudi Binladin International Company, Mohamed Bin Laden Organization (SBG), Bakr M Bin Laden, (537 in
1:03−md−01570−GBD −FM) Endorsed Letter,, (1655 in 1:03−md−01570−GBD −FM) Notice of Appeal,, filed by C
LLC, Cantor Fitzgerald Securities, Port Authority of New York & New Jersey, eSpeed Government Securities, Inc., 
Fitzgerald Associates, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald Partners, TradeSpark, L.P., Port Authority
Trans−Hudson Corporation, Cantor Fitzgerald Brokerage, L.P., WTC Retail LLC, Cantor Index Limited, Cantor Fitz
L.P., Cantor Fitzgerald International, eSpeed Securities, Inc., (1311 in 1:03−md−01570−GBD −FM, 242 in
1:04−cv−01923−GBD) Reply Memorandum of Law in Support of Motion,, filed by Mohammed Ali Sayed Mushayt,
1:03−md−01570−GBD −FM) MOTION for Reconsideration. filed by Federal Insurance Company et al., Plaintiffs, (
1:03−md−01570−GBD −FM) Order of Dismissal,, (1272 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Eu
Inc., et al., World Trade Center Properties LLC, et al., (1530 in 1:03−md−01570−GBD −FM) Reply Memorandum o
Support of Motion filed by Taha Jaber Al−Alwani, (387 in 1:03−md−01570−GBD −FM) Affidavit of Service Compl
by Federal Insurance Company et al., Plaintiffs, (1602 in 1:03−md−01570−GBD −FM, 372 in 1:04−cv−01923−GBD
Memorandum of Law in Support of Motion,, filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundation, (230 in
1:03−md−01570−GBD −FM) Order on Motion to Dismiss, (1576 in 1:03−md−01570−GBD −FM, 363 in
1:04−cv−01923−GBD) Memorandum of Law in Opposition to Motion,, filed by Estate of John P.O'Neill, Sr., (1909 i
1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion filed by Kathleen Ashton, (1632 in
1:03−md−01570−GBD −FM, 379 in 1:04−cv−01923−GBD) Amended Answer to Complaints filed by Muslim Worl
(1031 in 1:03−md−01570−GBD −FM) Declaration in Opposition to Motion,,,, filed by Plaintiffs PI Executive Comm
in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (1060 in 1:03−md−01570−G
Clerk Certificate of Mailing,, (1255 in 1:03−md−01570−GBD −FM, 227 in 1:04−cv−01923−GBD) Memorandum of
Opposition to Motion,, filed by Plaintiffs Executive Committees, (188 in 1:03−md−01570−GBD −FM) Notice (Other
(Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by American Alternative
Corporation, Fidelity and Casualty Company of New York, American Employers' Insurance Company, Allstate Insur
Company, Chubb Indemnity Insurance Company, Chubb Custom Insurance Company, American Zurich Insurance C
Northern Insurance Company of New York, Crum & Forster Indemnity Company, Commercial Insurance Company 
N.J., North River Insurance Company, Valiant Insurance Company, Maryland Casualty Company, Great Lakes Reins
(UK) PLC, Pacific Indemnity Company, CNA Casualty of California, Great Northern Insurance Company, One Beac
Insurance Company, Federal Insurance Company, Amlin Underwriting, Ltd., Hiscox Dedicated Corporate Member, I
Continental Insurance Company, The Camden Fire Insurance Association, Zurich American Insurance Company, Ch
Insurance Company of New Jersey, Steadfast Insurance Company, Seneca Insurance Company, Inc., Boston Old Col

Insurance Company, Fidelity And Deposit Company of Maryland, American Guarantee and Liability Insurance Com
United States Fire Insurance Company, The Princeton Excess & Surplus Lines Insurance Company, Chubb Insurance
of Canada, One Beacon America Insurance Company, Continental Insurance Company of New Jersey, Assurance Co
Amer, Colonial American Casualty and Surety Insurance Company, Vigilant Insurance Company, Homeland Insuran
Company of New York, (97 in 1:04−cv−01923−GBD) Declaration in Support of Motion filed by Engelbert Schreiber
Schreiber & Zindel, Frank Zindel, Engelbert Schreiber, (681 in 1:03−md−01570−GBD −FM) Stipulation and Order,
1:03−md−01570−GBD −FM) MOTION to Dismiss *the World Trade Center Properties and Euro Brokers actions*. fil
Administrative Services S.A., (1214 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support filed by DMI
Administrative Services S.A., (269 in 1:03−md−01570−GBD −FM) Order on Motion to Appear Pro Hac Vice, (23 in
1:03−md−01570−GBD −FM) Endorsed Letter, (1220 in 1:03−md−01570−GBD −FM) RICO Statement filed by Wor
Center Properties LLC, et al., (1796 in 1:03−md−01570−GBD −FM) Default Judgment, (611 in 1:03−md−01570−GI
Stipulation and Order,, (39 in 1:03−md−01570−GBD −FM) Rule 7.1 Corporate Disclosure Statement filed by Nation
Commercial Bank, (472 in 1:03−md−01570−GBD −FM) Affirmation in Opposition to Motion,,, filed by Federal Insu
Company et al., Plaintiffs, (1399 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Daral Maal Al Islan
(2104 in 1:03−md−01570−GBD −FM) Stipulation and Order of Dismissal,,, (1344 in 1:03−md−01570−GBD −FM) N
(Other), Notice (Other) filed by Estate of John P.O'Neill, Sr., (1287 in 1:03−md−01570−GBD −FM) Notice (Other) f
Euro Brokers Inc., et al., Burnett Plaintiffs, World Trade Center Properties LLC, et al., (1512 in 1:03−md−01570−GI
MOTION for Entry of Judgment under Rule 54(b). MOTION for Entry of Judgment under Rule 54(b). MOTION for
Judgment under Rule 54(b). filed by Salman Bin Abdulaziz Al Saud, Saudi High Commission, Sultan Bin Abdulaziz
Turki Al Faisal Al Saud, The Kingdom of Saudi Arabia, Naif Bin Abdulaziz Al Saud, (#) Order, Set Deadlines/Heari
in 1:04−cv−01923−GBD, 1250 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,, file
Continental Casualty Company, (851 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion fil
Faisal Islamic Bank, (2389 in 1:03−md−01570−GBD −FM, 493 in 1:04−cv−01923−GBD) Response, filed by All Pla
(2333 in 1:03−md−01570−GBD −FM) Amended Answer to Complaints filed by Dubai Islamic Bank, (1070 in
1:03−md−01570−GBD −FM) Stipulation and Order,, (60 in 1:04−cv−01923−GBD) RICO Statement filed by Estate o
P.O'Neill, Sr., (517 in 1:03−md−01570−GBD −FM) Affirmation in Opposition to Motion,, filed by Federal Insurance
et al., Plaintiffs, (1651 in 1:03−md−01570−GBD −FM) Stipulation and Order of Dismissal, (1118 in 1:03−md−0157(
−FM) Stipulation and Order of Dismissal, (1545 in 1:03−md−01570−GBD −FM) Endorsed Letter, (879 in
1:03−md−01570−GBD −FM) MOTION (FILED ON SERVICE DATE) for David F. Geneson to Appear Pro Hac Vi
Yassin Abdullah Kadi, (1676 in 1:03−md−01570−GBD −FM) Notice of Appeal filed by Burnett Plaintiffs, Thomas E
Sr., (31 in 1:03−md−01570−GBD −FM) Memo Endorsement, (1480 in 1:03−md−01570−GBD −FM) CONSENT M(
Extension of Time to File Answer *to Ashton Complaint*. filed by International Islamic Relief Organization(IIRO), (97
1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plaintiffs, (1172 in 1:03−md−01570−GBD −FM) RIC(
filed by New York Marine and General Insurance Company, (1754 in 1:03−md−01570−GBD −FM) Order, (2152 in
1:03−md−01570−GBD −FM) Stipulation of Voluntary Dismissal, filed by Crum & Forster Indemnity Company, Nor
Insurance Company, Seneca Insurance Company, Inc., United States Fire Insurance Company, (1107 in 1:03−md−01
−FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (67 in 1:03−md−01570−GBD −FM) MOTION (FILED
SERVICE DATE) for Don Howarth, Suzelle M. Smith and Robert D. Brain to Appear Pro Hac Vice. MOTION (FIL
SERVICE DATE) for Don Howarth, Suzelle M. Smith and Robert D. Brain to Appear Pro Hac Vice. filed by All Pla
(2251 in 1:03−md−01570−GBD −FM) Status Report filed by Havlish Plaintiffs, (1915 in 1:03−md−01570−GBD −FI
Memorandum of Law in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs, (1740 in
1:03−md−01570−GBD −FM, 410 in 1:04−cv−01923−GBD) Reply Memorandum of Law in Support of Motion,, filed
of John P.O'Neill, Sr., (945 in 1:03−md−01570−GBD −FM) RICO Statement filed by Euro Brokers Inc., et al., (158 i
1:03−md−01570−GBD −FM) Notice of Appearance filed by Yousef Jameel, (343 in 1:03−md−01570−GBD −FM) M
Extension of Time */Consent Motion and Stipulation as to Service of Process and Extension of Time*. filed by Islamic
Company of the Gulf (Sharjah), DMI Administrative Services S.A., (366 in 1:04−cv−01923−GBD, 1584 in
1:03−md−01570−GBD −FM) Stipulation and Order, (1775 in 1:03−md−01570−GBD −FM, 415 in 1:04−cv−01923−
Reply Memorandum of Law in Support of Motion,, filed by Al Shamal Islamic Bank, (856 in 1:03−md−01570−GBD
RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (1267 in 1:03−md−01570−GBD −FM) Reply
Memorandum of Law in Support of Motion,, filed by Khaled Bin Salim Bin Mahfouz, (1861 in 1:03−md−01570−GE
Response in Opposition to Motion,,, filed by Euro Brokers Inc., et al., Burnett Plaintiffs, World Trade Center Propert
al., (864 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support,,, filed by Abdullah Salaiman Al−Rajhi, (
1:03−md−01570−GBD −FM) Notice (Other) filed by Euro Brokers Inc., et al., World Trade Center Properties LLC, e
in 1:03−md−01570−GBD −FM) MOTION for Vincent I. Parrett to Withdraw as Attorney *for the Ashton Plaintiffs*. fi
Kathleen Ashton, (1750 in 1:03−md−01570−GBD −FM) Order, (2002 in 1:03−md−01570−GBD −FM) Stipulation a
(54 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Rabita Trust, (270 in 1:03−md−01570−GBD −FM
Motion to Appear Pro Hac Vice, (215 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motio
Burnett Plaintiffs, (381 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Sult
Abdulaziz Al Saud, (2419 in 1:03−md−01570−GBD −FM, 2419 in 1:03−md−01570−GBD −FM) Order, Set
Deadlines/Hearings,, (328 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed b
Abdullah Al Kadi, (2373 in 1:03−md−01570−GBD −FM) Answer to Complaint filed by Wamy International, Inc., W
Assembly of Muslim Youth, (2240 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion f
Plaintiffs Executive Committees, (334 in 1:04−cv−01923−GBD, 1500 in 1:03−md−01570−GBD −FM) MOTION to
*Notice of Motion*. filed by World Assembly of Muslim Youth, (1488 in 1:03−md−01570−GBD −FM, 324 in

1:04−cv−01923−GBD) Stipulation and Order of Dismissal,, (709 in 1:03−md−01570−GBD −FM) Service by Publica by All Plaintiffs, (121 in 1:03−md−01570−GBD −FM) Memo Endorsement, (2435 in 1:03−md−01570−GBD −FM) ( in 1:03−md−01570−GBD −FM) Waiver of Service Executed,, filed by Federal Insurance Company et al., Plaintiffs, ( 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,, filed by Euro Brokers Inc., et al., Fede Insurance Company et al., Plaintiffs, World Trade Center Properties LLC, et al., Continental Casualty Company, Esta P.O'Neill, Sr., New York Marine and General Insurance Company, (1374 in 1:03−md−01570−GBD −FM) Memoran in Support filed by Daral Maal Al Islami Trust, (1197 in 1:03−md−01570−GBD −FM, 200 in 1:04−cv−01923−GBD) in Support of Motion, filed by Adnan Basha, (259 in 1:04−cv−01923−GBD) Notice (Other), Notice (Other) filed by I John P.O'Neill, Sr., (847 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by Faisal Bank, (324 in 1:03−md−01570−GBD −FM) Order on Motion to Appear Pro Hac Vice, (1319 in 1:03−md−01570−GI RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (1691 in 1:03−md−01570−GBD −FM) Stipula Order of Dismissal, (2323 in 1:03−md−01570−GBD −FM) Rule 26 Disclosure filed by Sanabel Al Kheer, Inc., (88 in 1:04−cv−01923−GBD) RICO Statement filed by Estate of John P.O'Neill, Sr., (990 in 1:03−md−01570−GBD −FM, 1:04−cv−01923−GBD) Stipulation and Order,,, (846 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Islamic Bank, (645 in 1:03−md−01570−GBD −FM, 33 in 1:04−cv−01923−GBD) Stipulation and Order,,, (1859 in 1:03−md−01570−GBD −FM) Order, (1098 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John Sr., (660 in 1:03−md−01570−GBD −FM) Stipulation and Order, (1061 in 1:03−md−01570−GBD −FM) Reply Memo Law in Support of Motion,, filed by Faisal Islamic Bank, (1189 in 1:03−md−01570−GBD −FM, 192 in 1:04−cv−019 MOTION to Dismiss. filed by Sheik Hamad Al−Husaini, (723 in 1:03−md−01570−GBD −FM) Status Report, filed b Turki Al Faisal Al Saud, Abdulrahman Bin Khalid Bin Mahfouz, Mohammed Bin Abdullah Al−Jomaith, Omar M. B Sheik Hamad Al−Husaini, Tarek M. Bin Laden, Sultan Bin Abdulaziz Al Saud, Mohammed Al Faisal Al Saud, The I Saudi Arabia, Bakr M Bin Laden, (1095 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.C (487 in 1:03−md−01570−GBD −FM) Response,,, filed by National Commercial Bank, (1127 in 1:03−md−01570−GI Clerk Certificate of Mailing, (1247 in 1:03−md−01570−GBD −FM, 219 in 1:04−cv−01923−GBD) Memorandum of Opposition to Motion,, filed by Plaintiffs Executive Committees, (688 in 1:03−md−01570−GBD −FM) Notice of Vo Dismissal − Signed, (86 in 1:03−md−01570−GBD −FM) MOTION to Dismiss for Lack of Jurisdiction *the Third Am Complaint (Burnett)*. filed by Shahir Abdulraoof Batterjee, (1166 in 1:03−md−01570−GBD −FM) RICO Statement f World Trade Center Properties LLC, et al., (842 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Faisa Bank, (1503 in 1:03−md−01570−GBD −FM, 1503 in 1:03−md−01570−GBD −FM, 336 in 1:04−cv−01923−GBD, 33 1:04−cv−01923−GBD) Declaration in Support,, filed by Wamy International, Inc., World Assembly of Muslim Yout 1:03−md−01570−GBD −FM) Clerk Certificate of Mailing,, (650 in 1:03−md−01570−GBD −FM) Memorandum of L Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs, (1877 in 1:03−md−01570−GBD −FM) M Dismiss *the Complaints*. filed by Sheikh Yusuf Al Qardawi, (1509 in 1:03−md−01570−GBD −FM) Affirmation in O Motion,,, filed by Federal Insurance Company et al., Plaintiffs, (1039 in 1:03−md−01570−GBD −FM) Affirmation in Opposition to Motion,, filed by Plaintiffs Executive Committees, (1246 in 1:03−md−01570−GBD −FM, 218 in 1:04−cv−01923−GBD) Memorandum of Law in Opposition to Motion,, filed by Plaintiffs Executive Committees, (2 1:03−md−01570−GBD −FM, 482 in 1:04−cv−01923−GBD) Order on Motion to Appear Pro Hac Vice, (337 in 1:04−cv−01923−GBD, 1504 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Abdullah Bin Laden, (2 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by All Plaintiffs, (1756 in 1:03−md−01570−GBD Order,, (2121 in 1:03−md−01570−GBD −FM) Notice of Change of Address,, filed by Safa Trust, Mena Investments, Investments, Inc., Mohammed Jaghlit, Samir Salah, African Muslim Agency, Jamal Barzinji, Muhammad Ashraf, Gr Corporate, Inc., Sterling Management Group, Inc., Sterling Charitable Gift Fund, Taha Al Alwani, International Insti Islamic Thought, Ahmed Totonji, M. Yaqub Mirza, Reston Investments, Inc., M. Omar Ashraf, Mena Corporation, Y Foundation, Heritage Education Trust, Iqbal Yunus, (2359 in 1:03−md−01570−GBD −FM) Notice (Other) filed by P Ghaty, (2163 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed by All Plainti 1:03−md−01570−GBD −FM) Notice of Appearance filed by Salman Bin Abdulaziz Al Saud, (1954 in 1:03−md−015 −FM) Endorsed Letter, (62 in 1:04−cv−01923−GBD) RICO Statement filed by Estate of John P.O'Neill, Sr., (1786 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Sheikh Yusuf Al Qardawi, (16 1:03−md−01570−GBD −FM) Endorsed Letter,,, (72 in 1:03−md−01570−GBD −FM) Order Admitting Attorney Pro (1359 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John P.O'Neill, Sr., (1974 in 1:03−md−0157 −FM) Endorsed Letter, (1714 in 1:03−md−01570−GBD −FM, 399 in 1:04−cv−01923−GBD) MOTION to Strike Doc [1697−98] *Cross Motion to Strike Asat Trust's Motion to Dismiss, Docket No. 1697−98*. MOTION to Strike Docume [1697−98] *Cross Motion to Strike Asat Trust's Motion to Dismiss, Docket No. 1697−98*. MOTION to Strike Docume [1697−98] *Cross Motion to Strike Asat Trust's Motion to Dismiss, Docket No. 1697−98*. filed by Estate of John P.O'N (2175 in 1:03−md−01570−GBD −FM) MOTION for Extension of Time *Letter Application to Judge Maas*. filed by E John P.O'Neill, Sr., (742 in 1:03−md−01570−GBD −FM) RICO Statement filed by Euro Brokers Inc., et al., (888 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by DMI Administrative Services S.A., (394 in 1:04−cv−01 1684 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed by Daral Maal Al Islar (1916 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Federal Insurance Co al., Plaintiffs, (412 in 1:04−cv−01923−GBD, 1769 in 1:03−md−01570−GBD −FM) MOTION to Dismiss *Notice of M* by Tadamon Islamic Bank, (216 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plaintiffs, (239 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (1860 in 1:03−md−01570−GBD −FM) Order,, (1038 in 1:03−md−01 −FM) Memorandum of Law in Opposition to Motion,, filed by Plaintiffs Executive Committees, (777 in 1:03−md−0 −FM) RICO Statement, filed by Federal Insurance Company et al., Plaintiffs, (212 in 1:03−md−01570−GBD −FM) J

MOTION to Serve *Order Authorizing Plaintiffs to Effectuate Service of Process on Those Defendants for Whom an A Location to Serve the Summons and Complaint is Unknown, etc.*. filed by Kathleen Ashton, (761 in 1:03−md−01570− −FM) Order Admitting Attorney Pro Hac Vice, (759 in 1:03−md−01570−GBD −FM, 56 in 1:04−cv−01923−GBD) S and Order, (2220 in 1:03−md−01570−GBD −FM) Opposition Brief, filed by Plaintiffs Executive Committees, (33 in 1:03−md−01570−GBD −FM) Memo Endorsement, (374 in 1:04−cv−01923−GBD, 1614 in 1:03−md−01570−GBD − MOTION to Dismiss. filed by Al Shamal Islamic Bank, (1658 in 1:03−md−01570−GBD −FM) MOTION to Dismiss *Motion of Yassin Abdullah Kadi To Dismiss Complaints*. filed by Yassin Abdullah Kadi, (1825 in 1:03−md−01570−C Affidavit in Opposition to Motion filed by Burnett Plaintiffs, (1011 in 1:03−md−01570−GBD −FM) Reply Memoran Law in Support of Motion filed by Sami Omar Al−Hussayen, (577 in 1:03−md−01570−GBD −FM) Stipulation and C in 1:03−md−01570−GBD −FM) Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs, (1037 in 1:03−md−01570−GBD −FM, 130 in 1:04−cv−01923−GBD) Stipulation and Order,, (952 in 1:03−md−01570−GBD − 1:04−cv−01923−GBD) Endorsed Letter, (7 in 1:04−cv−01923−GBD, 253 in 1:03−md−01570−GBD −FM) Order,,,, ( 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed by Dallah Al Baraka Group L 1:03−md−01570−GBD −FM, 48 in 1:04−cv−01923−GBD) Clerk Certificate of Mailing,,, (1583 in 1:03−md−01570− 365 in 1:04−cv−01923−GBD) Stipulation and Order, (1222 in 1:03−md−01570−GBD −FM, 213 in 1:04−cv−01923− Stipulation and Order,, (66 in 1:03−md−01570−GBD −FM) Notice of Voluntary Dismissal − Signed,, (878 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (586 in 1:03−md−01570−GBD RICO Statement, filed by Christine Irene O'Neill, Carol O'Neill, Dorothy A. O'Neill, John Patrick O'Neill, Jr., Estate P.O'Neill, Sr., (1973 in 1:03−md−01570−GBD −FM) Suggestion of Death filed by Alfaisaliah Group, (2090 in 1:03−md−01570−GBD −FM) Order, (558 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Internatior Relief Organization(IIRO), (1071 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (271 in 1:04−cv−01923−C Notice (Other) filed by Estate of John P.O'Neill, Sr., (1356 in 1:03−md−01570−GBD −FM) Notice (Other) filed by E John P.O'Neill, Sr., (1996 in 1:03−md−01570−GBD −FM) Stipulation and Order, (89 in 1:04−cv−01923−GBD) RIC Statement filed by Estate of John P.O'Neill, Sr., (962 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estat P.O'Neill, Sr., (94 in 1:03−md−01570−GBD −FM) MOTION to Dismiss *(Notice of Motion)*. filed by DMI Administr Services S.A., (2241 in 1:03−md−01570−GBD −FM) Affirmation in Opposition to Motion,,,, filed by Plaintiffs Exec Committees, (425 in 1:04−cv−01923−GBD, 1880 in 1:03−md−01570−GBD −FM) Declaration in Support of Motion Abdullah Bin Khalid Al−Thani, (1405 in 1:03−md−01570−GBD −FM, 285 in 1:04−cv−01923−GBD) Memorandum Support of Motion filed by Daral Maal Al Islami Trust, (1131 in 1:03−md−01570−GBD −FM) Clerk Certificate of M (241 in 1:04−cv−01923−GBD, 1310 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Mot by Safar Al−Hawali, (1891 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,, filed by Ashton, (284 in 1:03−md−01570−GBD −FM) MOTION to Quash *Subpoena Served on Citibank FSB and for a Prote Order*. filed by Yassin Abdullah Al Kadi, (1792 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (435 in 1:03−md−01570−GBD −FM) MOTION for Service by Publication. filed by All Plaintiffs, (1154 in 1:03−md−01570− −FM) RICO Statement filed by World Trade Center Properties LLC, et al., (2290 in 1:03−md−01570−GBD −FM) A Support of Motion filed by Saudi Binladin Group, Inc., (51 in 1:04−cv−01923−GBD, 751 in 1:03−md−01570−GBD Certificate of Mailing,,, (1988 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (1899 in 1:03−md−01570−GBD −F Stipulation and Order of Dismissal, (1323 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insuranc Company et al., Plaintiffs, (1593 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (1544 in 1:03−md−01570− 353 in 1:04−cv−01923−GBD) Reply Memorandum of Law in Support of Motion,,, filed by Estate of John P.O'Neill, 1:03−md−01570−GBD −FM) Affidavit of Service Other, filed by Nancy Ann Foster, Chiemi York, H. Michael Kede Tarantino, (2370 in 1:03−md−01570−GBD −FM) Answer to Complaint filed by Wamy International, Inc., World As Muslim Youth, (1508 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,,, filed by Fed Insurance Company et al., Plaintiffs, (1347 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John P. (1596 in 1:03−md−01570−GBD −FM) Stipulation and Order, (29 in 1:03−md−01570−GBD −FM) Memo Endorseme 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (309 in 1:03−md−01570−GBD RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (625 in 1:03−md−01570−GBD −FM) Notice c Appearance, filed by Safa Trust, Mar−Jac Investments, Inc., Mohammed Jaghlit, African Muslim Agency, Jamal Bar Muhammad Ashraf, Taha Jaber Al−Alwani, Grove Corporate, Inc., Sterling Management Group, Inc., Sterling Chari Fund, International Institute of Islamic Thought, Ahmed Totonji, M. Yaqub Mirza, Reston Investments, Inc., M. Oma Mena Corporation, York Foundation, Heritage Education Trust, Iqbal Yunus, (102 in 1:04−cv−01923−GBD, 935 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (919 in 1:03−md−01570−GBD −FM) MOTION for Entry of Ju under Rule 54(b) *NOTICE OF MOTION FOR ENTRY OF FINAL JUDGMENTS REGARDING DEFENDANTS KIN SAUDI ARABIA, PRINCE SULTAN BIN ABDUL AZIZ AL SAUD, PRINCE TURKI AL FAISAL AL SAUD, PRINCE MOHAMED AL FAISAL AL SAUD, AND AL MOTION for Entry of Judgment under Rule 54(b) NOTICE OF MOTIC ENTRY OF FINAL JUDGMENTS REGARDING DEFENDANTS KINGDOM OF SAUDI ARABIA, PRINCE SULTAN ABDUL AZIZ AL SAUD, PRINCE TURKI AL FAISAL AL SAUD, PRINCE MOHAMED AL FAISAL AL SAUD, AND MOTION for Entry of Judgment under Rule 54(b) NOTICE OF MOTION FOR ENTRY OF FINAL JUDGMENTS RE DEFENDANTS KINGDOM OF SAUDI ARABIA, PRINCE SULTAN BIN ABDUL AZIZ AL SAUD, PRINCE TURKI A AL SAUD, PRINCE MOHAMED AL FAISAL AL SAUD, AND AL MOTION for Entry of Judgment under Rule 54(b) OF MOTION FOR ENTRY OF FINAL JUDGMENTS REGARDING DEFENDANTS KINGDOM OF SAUDI ARABIA SULTAN BIN ABDUL AZIZ AL SAUD, PRINCE TURKI AL FAISAL AL SAUD, PRINCE MOHAMED AL FAISAL A AND AL filed by Plaintiffs Executive Committees, (1091 in 1:03−md−01570−GBD −FM) RICO Statement filed by E John P.O'Neill, Sr., (334 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed by*

*Al−Hawali, (2401 in 1:03−md−01570−GBD −FM) Endorsed Letter, (1791 in 1:03−md−01570−GBD −FM) Stipula Order, (1381 in 1:03−md−01570−GBD −FM) Rule 7.1 Corporate Disclosure Statement filed by Banca Del Gottard 1:03−md−01570−GBD −FM, 419 in 1:04−cv−01923−GBD) Reply Memorandum of Law in Support of Motion,, file Trust Reg., (1079 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (107 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Abdul Al−Moslah, (1429 in 1:03−md−01570−GBD −F to Complaint filed by Jamal Barzinji, (1360 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John I Sr., (431 in 1:03−md−01570−GBD −FM) Rule 7.1 Corporate Disclosure Statement filed by Federal Insurance Com Plaintiffs, (1490 in 1:03−md−01570−GBD −FM) RICO Statement filed by World Trade Center Properties LLC, et a 1:04−cv−01923−GBD) RICO Statement, filed by C. I. O'Neill, C. O'Neill, Estate of John P.O'Neill, Sr., J. P. O'Neill O'Neill, (454 in 1:04−cv−01923−GBD, 2178 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed l Executive Committees, (149 in 1:04−cv−01923−GBD) RICO Statement filed by Estate of John P.O'Neill, Sr., (1837 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,, filed by Euro Brokers Inc., et al., Wor Center Properties LLC, et al., New York Marine and General Insurance Company, (1407 in 1:03−md−01570−GBD Endorsed Letter, (714 in 1:03−md−01570−GBD −FM) Clerk Certificate of Mailing, (413 in 1:03−md−01570−GBL Rule 7.1 Corporate Disclosure Statement filed by National Commercial Bank, (1025 in 1:03−md−01570−GBD −FM Stipulation and Order of Dismissal,, (1423 in 1:03−md−01570−GBD −FM, 299 in 1:04−cv−01923−GBD) Respons Support of Motion,, filed by Abdullah Omar Naseef, (1812 in 1:03−md−01570−GBD −FM) Endorsed Letter, (431 ir 1:04−cv−01923−GBD, 1910 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,,, filed Insurance Company et al., Plaintiffs, John Patrick O'Neill, Jr., (1236 in 1:03−md−01570−GBD −FM, 1236 in 1:03−md−01570−GBD −FM) Stipulation and Order, Set Deadlines/Hearings,, (271 in 1:03−md−01570−GBD −FM Motion to Appear Pro Hac Vice, (141 in 1:04−cv−01923−GBD) RICO Statement filed by Estate of John P.O'Neill, S 1:03−md−01570−GBD −FM) Affirmation in Opposition to Motion,, filed by Burnett Plaintiffs, (109 in 1:03−md−01 −FM) MOTION to Dismiss. filed by Sulaiman Al−Ali, (555 in 1:03−md−01570−GBD −FM) Notice (Other) filed by H.S. Al−Buthe, (1 in 1:03−md−01570−GBD −FM) MDL Conditional Transfer In Order,, (289 in 1:04−cv−01923− MOTION to Dismiss. filed by Council on American−Islamic Relations (CAIR), (1454 in 1:03−md−01570−GBD −F Memorandum of Law in Support of Motion,, filed by Yousef Jameel, (1368 in 1:03−md−01570−GBD −FM) Notice ( Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by Burnett Plaintiffs, (103 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Aqeel Al−Aqeel, (1044 in 1:03−md−01570−GBD −FM Stipulation and Order, (1165 in 1:03−md−01570−GBD −FM) RICO Statement filed by Euro Brokers Inc., et al., (1 1:03−md−01570−GBD −FM) Declaration in Opposition to Motion,, filed by Plaintiffs Executive Committees, (78 in 1:03−md−01570−GBD −FM) Response in Opposition to Motion, filed by Burnett Plaintiffs, (40 in 1:04−cv−01923− in 1:03−md−01570−GBD −FM) Stipulation and Order, (70 in 1:04−cv−01923−GBD, 824 in 1:03−md−01570−GE Stipulation and Order,, (1119 in 1:03−md−01570−GBD −FM, 167 in 1:04−cv−01923−GBD) Stipulation and Orde 1:04−cv−01923−GBD, 1802 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion,, fi Yassin Abdullah Kadi, (525 in 1:03−md−01570−GBD −FM) Stipulation and Order, (1706 in 1:03−md−01570−GB Reply Memorandum of Law in Support of Motion, filed by Mohammed Jaghlit, Muhammad Ashraf, Ahmed Totonji, M Mirza, M. Omar Ashraf, Iqbal Yunus, (1385 in 1:03−md−01570−GBD −FM) MOTION to Dismiss NY Marine. filed Bin Abdul Aziz Al Ibrahim Foundation, (358 in 1:04−cv−01923−GBD, 1553 in 1:03−md−01570−GBD −FM) Endo Letter,, (322 in 1:04−cv−01923−GBD) Notice of Appearance filed by Banca Del Gottardo, (316 in 1:03−md−0157 −FM) Memorandum of Law in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs, (819 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed by Saudi Joint Relief Committ 1:03−md−01570−GBD −FM) Notice (Other) filed by Sanabel Al−Kheer, Inc., Al Shamal Islamic Bank, Tadamon Is (62 in 1:03−md−01570−GBD −FM) Memo Endorsement, (189 in 1:04−cv−01923−GBD, 1186 in 1:03−md−01570 −FM) MOTION to Dismiss. filed by Safar Al−Hawali, (134 in 1:03−md−01570−GBD −FM) Waiver of Service Exe by American Alternative Insurance Corporation, Fidelity and Casualty Company of New York, American Employers' Company, Allstate Insurance Company, Chubb Indemnity Insurance Company, Glens Falls Insurance Company, Ch Insurance Company, American Zurich Insurance Company, Northern Insurance Company of New York, Crum & For Indemnity Company, Commercial Insurance Company of Newark, N.J., North River Insurance Company, Valiant Ins Company, Maryland Casualty Company, Great Lakes Reinsurance (UK) PLC, Pacific Indemnity Company, CNA Ca California, Great Northern Insurance Company, One Beacon Insurance Company, Federal Insurance Company, Am Underwriting, Ltd., Hiscox Dedicated Corporate Member, Ltd., Continental Insurance Company, The Camden Fire I Association, Zurich American Insurance Company, Chubb Insurance Company of New Jersey, Seneca Insurance Co Fidelity And Deposit Company of Maryland, American Guarantee and Liability Insurance Company, United States F Insurance Company, The Princeton Excess & Surplus Lines Insurance Company, Chubb Insurance Company of Can Beacon America Insurance Company, Continental Insurance Company of New Jersey, Assurance Company of Amer, American Casualty and Surety Insurance Company, Vigilant Insurance Company, Homeland Insurance Company of (69 in 1:04−cv−01923−GBD, 823 in 1:03−md−01570−GBD −FM) Certificate of Service Other filed by Estate of Jo P.O'Neill, Sr., (345 in 1:03−md−01570−GBD −FM) Stipulation and Order, (41 in 1:04−cv−01923−GBD, 711 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (372 in 1:03−md−01570−GBD −FM) Endorsed Letter, (238 1:03−md−01570−GBD −FM) Affirmation in Opposition to Motion,,, filed by Plaintiffs Executive Committees, (2001 1:03−md−01570−GBD −FM) Stipulation and Order, (2181 in 1:03−md−01570−GBD −FM) Order, (917 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (809 in 1:03−md−01570−GBD −FM) Memorandum of Law Opposition to Motion,,, filed by Plaintiffs PI Executive Committee, (502 in 1:03−md−01570−GBD −FM) Memorand in Opposition to Motion, filed by Burnett Plaintiffs, (63 in 1:04−cv−01923−GBD, 789 in 1:03−md−01570−GBD −F*

*Stipulation and Order, (76 in 1:04−cv−01923−GBD, 849 in 1:03−md−01570−GBD −FM) Memorandum of Law in Motion filed by Faisal Islamic Bank, (953 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insuran Company et al., Plaintiffs, (1121 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, 1:03−md−01570−GBD −FM) MOTION to Dismiss Memorandum of Law in Support of Motion to Dismiss The Four Consolidated Master Complaint in Ashton et al. v. Al Qaeda Islamic, et al.. filed by Mohammed Al Faisal Al Saud, (1 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (85 in 1:03−md−01570−GBD MOTION to Dismiss for Lack of Jurisdiction the Third Amended Complaint (Burnett). MOTION to Dismiss for Lack Jurisdiction the Third Amended Complaint (Burnett). filed by Abdullah Muhsen Al Turki, (397 in 1:03−md−01570− Memorandum of Law in Opposition to Motion filed by All Plaintiffs, (2193 in 1:03−md−01570−GBD −FM) Endorse (689 in 1:03−md−01570−GBD −FM) Notice of Voluntary Dismissal − Signed, (1075 in 1:03−md−01570−GBD −F Statement filed by Estate of John P.O'Neill, Sr., (32 in 1:04−cv−01923−GBD, 638 in 1:03−md−01570−GBD −FM) and Order, (643 in 1:03−md−01570−GBD −FM) MOTION to Dismiss the Claims against defendant Mohammad Ab Aljomaih pursuant to Rule 25. filed by Mohammad Abdullah Aljomaih, (145 in 1:04−cv−01923−GBD) RICO Statem Estate of John P.O'Neill, Sr., (2255 in 1:03−md−01570−GBD −FM, 2255 in 1:03−md−01570−GBD −FM, 472 in 1:04−cv−01923−GBD, 472 in 1:04−cv−01923−GBD) Stipulation and Order, Add and Terminate Attorneys,,,, (122 1:03−md−01570−GBD −FM, 1225 in 1:03−md−01570−GBD −FM, 215 in 1:04−cv−01923−GBD, 215 in 1:04−cv−01923−GBD) Order, Set Deadlines/Hearings, (967 in 1:03−md−01570−GBD −FM, 111 in 1:04−cv−019 Response to Motion,,, filed by Prince Turki Al Faisal Al Saud, Sultan Bin Abdulaziz Al Saud, Mohammed Al Faisal A Kingdom of Saudi Arabia, (1790 in 1:03−md−01570−GBD −FM) Stipulation and Order, (318 in 1:03−md−01570− −FM) Memorandum of Law in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs, (1043 in 1:03−md−01570−GBD −FM, 131 in 1:04−cv−01923−GBD) Stipulation and Order,,,, (232 in 1:04−cv−01923−GB 1:03−md−01570−GBD −FM) Reply Affidavit in Support of Motion,, filed by Sheik Hamad Al−Husaini, (162 in 1:04−cv−01923−GBD) RICO Statement filed by Estate of John P.O'Neill, Sr., (436 in 1:03−md−01570−GBD −FM, Affirmation in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs, (1321 in 1:03−md−0157 −FM) RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (1169 in 1:03−md−01570−GBD −FM, Statement filed by Continental Casualty Company, (2294 in 1:03−md−01570−GBD −FM) Affidavit in Support of M by Saudi Binladin Group, Inc., (1328 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John P.O'Ne (2424 in 1:03−md−01570−GBD −FM) Order,, (2127 in 1:03−md−01570−GBD −FM) Notice of Appearance filed b Joint Relief Committee, (479 in 1:03−md−01570−GBD −FM) Notice of Appearance filed by Port Authority of New Jersey, Cantor Fitzgerald & Co., (392 in 1:03−md−01570−GBD −FM) Waiver of Service Executed filed by Federal Company et al., Plaintiffs, (291 in 1:04−cv−01923−GBD, 1415 in 1:03−md−01570−GBD −FM) Response in Suppo Motion,, filed by Safar Al−Hawali, (553 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of filed by National Commercial Bank, (1952 in 1:03−md−01570−GBD −FM) Order, (1305 in 1:03−md−01570−GBD Memorandum of Law in Support filed by Abdul Aziz Al Ibrahim, (306 in 1:04−cv−01923−GBD) Memorandum of La Support of Motion filed by Council on American−Islamic Relations (CAIR), (2188 in 1:03−md−01570−GBD −FM) Conditional Transfer In Order,, (1282 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Euro Inc., et al., Burnett Plaintiffs, World Trade Center Properties LLC, et al., (582 in 1:03−md−01570−GBD −FM) RIC Statement, filed by Christine Irene O'Neill, Carol O'Neill, Dorothy A. O'Neill, John Patrick O'Neill, Jr., Estate of Joh P.O'Neill, Sr., (835 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Faisal Islamic Bank, (90 in 1:04−cv−01923−GBD, 890 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed Haramain Islamic Foundation, Inc., (254 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support o filed by DMI Administrative Services S.A., (323 in 1:04−cv−01923−GBD, 1476 in 1:03−md−01570−GBD −FM) Or in 1:03−md−01570−GBD −FM) Stipulation and Order,, (122 in 1:04−cv−01923−GBD) Order on Motion to Appea Vice, (2054 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Abdul Hamid Abu Sulayman, (5 1:03−md−01570−GBD −FM) Endorsed Letter,, (2274 in 1:03−md−01570−GBD −FM, 481 in 1:04−cv−01923−G MOTION for Juan P. Morillo to Appear Pro Hac Vice. filed by Dubai Islamic Bank, (737 in 1:03−md−01570−GBD 1:04−cv−01923−GBD) Stipulation and Order,, (923 in 1:03−md−01570−GBD −FM) RICO Statement filed by Wor Center Properties LLC, et al., (154 in 1:04−cv−01923−GBD) RICO Statement filed by Estate of John P.O'Neill, Sr., 1:03−md−01570−GBD −FM) Clerk Certificate of Mailing, (444 in 1:03−md−01570−GBD −FM) Suggestion of De Mohammed Bin Abdullah Al−Jomaith, (233 in 1:04−cv−01923−GBD, 1270 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion,, filed by Saudi Red Crescent, (2103 in 1:03−md−01570−GBD −FM) Sti and Order of Dismissal,,, (206 in 1:03−md−01570−GBD −FM) Brief filed by Rabita Trust, (1554 in 1:03−md−015 −FM, 359 in 1:04−cv−01923−GBD) Order,,, (725 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by S Al−Hussayen, (620 in 1:03−md−01570−GBD −FM) Amended Complaint,, filed by Christine Irene O'Neill, Carol O Dorothy A. O'Neill, John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr., (171 in 1:03−md−01570−GBD −FM) Re Memorandum of Law in Support of Motion, filed by Mohammed Al Faisal Al Saud, (346 in 1:04−cv−01923−GBD, 1 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed by Banca Del Gottardo, (101 i 1:04−cv−01923−GBD) Memorandum of Law in Support of Motion filed by Engelbert Schreiber, Jr, Schreiber & Zin Zindel, Engelbert Schreiber, (2230 in 1:03−md−01570−GBD −FM) Transcript, (340 in 1:03−md−01570−GBD −F Declaration in Support of Motion filed by Sami Omar Al−Hussayen, (2301 in 1:03−md−01570−GBD −FM) Declar Support of Motion filed by Saudi Binladin Group, Inc., (388 in 1:03−md−01570−GBD −FM) Affidavit of Service Co filed by Federal Insurance Company et al., Plaintiffs, (57 in 1:03−md−01570−GBD −FM) MOTION for Oral Argun Renewed Motion To Dismiss. filed by Al Rajhi Banking and Investment, (1168 in 1:03−md−01570−GBD −FM) Noti Notice (Other) filed by Estate of John P.O'Neill, Sr., (1111 in 1:03−md−01570−GBD −FM) Stipulation and Order,,,*

*1:03−md−01570−GBD −FM) Order on Motion to Appear Pro Hac Vice, (1088 in 1:03−md−01570−GBD −FM) RI
Statement filed by Estate of John P.O'Neill, Sr., (956 in 1:03−md−01570−GBD −FM) Memorandum of Law in Supp
Motion,, filed by Dubai Islamic Bank, (820 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Federal Insuran
Company et al., Plaintiffs, (2339 in 1:03−md−01570−GBD −FM) Endorsed Letter, (1285 in 1:03−md−01570−GBL
Notice (Other) filed by Euro Brokers Inc., et al., Burnett Plaintiffs, World Trade Center Properties LLC, et al., (226 i
1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by Naif Bin Abdulaziz Al Saud, (716
1:03−md−01570−GBD −FM) RICO Statement filed by World Trade Center Properties LLC, et al., (1386 in
1:03−md−01570−GBD −FM) Memorandum of Law in Support filed by Ibrahim Bin Abdul Aziz Al Ibrahim Foundat
1:03−md−01570−GBD −FM) Certificate of Service Other, filed by Kathleen Ashton, (799 in 1:03−md−01570−GBL
Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs, (2138 in 1:03−md−01
−FM) Notice (Other) filed by Al Haramain Islamic Foundation, Inc., (941 in 1:03−md−01570−GBD −FM) Stipulati
Order,, (205 in 1:04−cv−01923−GBD, 1202 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of M
filed by Mohammed Ali Sayed Mushayt, (1009 in 1:03−md−01570−GBD −FM) Affidavit in Opposition to Motion,,, f
Euro Brokers Inc., et al., Burnett Plaintiffs, Federal Insurance Company, World Trade Center Properties LLC, et al.,
Ashton, Continental Casualty Company, Cantor Fitzgerald & Co., John Patrick O'Neill, Jr., New York Marine and G
Insurance Company, (766 in 1:03−md−01570−GBD −FM) Order Admitting Attorney Pro Hac Vice, (1787 in
1:03−md−01570−GBD −FM) Endorsed Letter, (977 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Othe
(Other), Notice (Other) filed by Burnett Plaintiffs, (1151 in 1:03−md−01570−GBD −FM) MOTION to Withdraw (4
MOTION to Dismiss Notice of Motion to Dismiss., (94) MOTION to Dismiss (Notice of Motion)., (254) Reply Memor
Law in Support of Motion,, (617) Reply Memorandum of Law in Support of Motion. MOTION to Withdraw (499) MC
Dismiss Notice of Motion to Dismiss., (94) MOTION to Dismiss (Notice of Motion)., (254) Reply Memorandum of La
Support of Motion,, (617) Reply Memorandum of Law in Support of Motion. filed by DMI Administrative Services S.
1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (480 in 1:04−cv−01923−GBD
1:03−md−01570−GBD −FM) MOTION for Steven T. Cottreau to Appear Pro Hac Vice. filed by Dubai Islamic Ban
1:04−cv−01923−GBD, 868 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support,,, filed by Abdullah S
Al−Rajhi, (896 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plaintiffs, (52 in 1:03−md−01570−
MOTION to Dismiss. filed by Al Baraka Investment & Development Corp., Saleh Abdullah Kamel, (1268 in
1:03−md−01570−GBD −FM, 231 in 1:04−cv−01923−GBD) Reply Memorandum of Law in Support of Motion,, file
Hamad Al−Husaini, (615 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (1049 in 1:03−md−01570−GBD
Status Report filed by All Plaintiffs, (1393 in 1:03−md−01570−GBD −FM, 283 in 1:04−cv−01923−GBD) Memorar
Law in Support of Motion, filed by Banca Del Gottardo, (1411 in 1:03−md−01570−GBD −FM) MOTION to Dismis
Motion. filed by Council on American−Islamic Relations (CAIR), (1536 in 1:03−md−01570−GBD −FM) Answer to
Complaint,, filed by International Islamic Relief Organization(IIRO), (114 in 1:04−cv−01923−GBD) RICO Stateme
Estate of John P.O'Neill, Sr., (1291 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plaintiffs, (185
1:04−cv−01923−GBD, 1182 in 1:03−md−01570−GBD −FM) Affidavit in Support of Motion,, filed by Abdullah Bin
Al−Obaid, (2209 in 1:03−md−01570−GBD −FM, 2209 in 1:03−md−01570−GBD −FM) Order, Set Deadlines/Hea
(1212 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Euro Brokers Inc., et al., Burnett Plaintiffs, World Tr
Properties LLC, et al., (2041 in 1:03−md−01570−GBD −FM) Order, (1944 in 1:03−md−01570−GBD −FM, 1944
1:03−md−01570−GBD −FM) Endorsed Letter, Set Deadlines/Hearings,, (276 in 1:04−cv−01923−GBD) MOTION
filed by Banca Del Gottardo, (2298 in 1:03−md−01570−GBD −FM) Affidavit in Support of Motion filed by Saudi B
Group, Inc., (498 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion filed by Tarik Han
1:04−cv−01923−GBD) Notice of Appearance filed by Banca Del Gottardo, (2 in 1:03−md−01570−GBD −FM) End
Letter, (177 in 1:04−cv−01923−GBD, 1174 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Saudi R
Crescent, (14 in 1:04−cv−01923−GBD, 452 in 1:03−md−01570−GBD −FM) Order,, (34 in 1:04−cv−01923−GBD
1:03−md−01570−GBD −FM) Endorsed Letter, (203 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law i
of Motion filed by Wa'el Jalaidan, (348 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion
Alfaisaliah Group, Faisal Group Holding Co., Abdullah Al Faisal Bin Abdulaziz AlSaud, Mohammed Bin Abdulrahm
Ariefy, (124 in 1:04−cv−01923−GBD, 1013 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Khaled
Bin Mahfouz, (286 in 1:04−cv−01923−GBD, 1409 in 1:03−md−01570−GBD −FM) MOTION for Extension of Time
an Order Adjourning Indefinately the Time For Defendant Faisal Islamic Bank − Sudan to Respond to Recent Pleadi
by Faisal Islamic Bank, (364 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, file
Red Crescent, (2122 in 1:03−md−01570−GBD −FM) MOTION to Stay NCB's Renewed Motion to Dismiss. filed by
Ashton, (427 in 1:04−cv−01923−GBD, 1888 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (1293 in
1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plaintiffs, (1893 in 1:03−md−01570−GBD −FM, 429
1:04−cv−01923−GBD) Order,, (629 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance C
al., Plaintiffs, (647 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company et al., Pla
in 1:03−md−01570−GBD −FM, 353 in 1:03−md−01570−GBD −FM) MOTION to Dismiss Failure to State a Clain
to Dismiss for Lack of Jurisdiction Lack of Subject Matter Jurisdiction. filed by Al Baraka Investment & Developmen
Saleh Abdullah Kamel, (1424 in 1:03−md−01570−GBD −FM, 300 in 1:04−cv−01923−GBD) Response in Support
filed by Saudi Red Crescent, (325 in 1:04−cv−01923−GBD, 1491 in 1:03−md−01570−GBD −FM) Memorandum o
Opposition to Motion,, filed by Estate of John P.O'Neill, Sr., (2395 in 1:03−md−01570−GBD −FM) Reply Memorar
Law in Support of Motion filed by Saudi Binladin Group, Inc., (589 in 1:03−md−01570−GBD −FM) Stipulation and
(182 in 1:04−cv−01923−GBD, 1179 in 1:03−md−01570−GBD −FM) Affidavit in Support of Motion,, filed by Saleh
Al−Hussayen, (440 in 1:03−md−01570−GBD −FM) Rule 7.1 Corporate Disclosure Statement filed by Federal Insur*

*Company et al., Plaintiffs, (2329 in 1:03−md−01570−GBD −FM) Certificate of Service Other filed by Port Authorit York & New Jersey, Port Authority Trans−Hudson Corporation, WTC Retail LLC, (1882 in 1:03−md−01570−GBD Notice (Other) filed by Al Haramain Islamic Foundation, Inc., (1022 in 1:03−md−01570−GBD −FM) Order,, (1443 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion,, filed by Council on American−Islamic R (CAIR), (939 in 1:03−md−01570−GBD −FM) RICO Statement, filed by Port Authority of New York & New Jersey, Fitzgerald & Co., (91 in 1:04−cv−01923−GBD, 892 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by H.S. Al−Buthe, (2018 in 1:03−md−01570−GBD −FM) Order on Motion to Withdraw as Attorney, (2134 in 1:03−md−01570−GBD −FM) Order,, (1862 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition t filed by Federal Insurance Company et al., Plaintiffs, (2378 in 1:03−md−01570−GBD −FM) Rule 26 Disclosure file Haramain Islamic Foundation, Inc., (1894 in 1:03−md−01570−GBD −FM) Amended Complaint,, filed by Judith Re Saracini, Ralph Maerz, Jr., Matthew T. Sellitto, Linda Panik, William Coale, Pacific Indemnity Company, Federal In Company, Barbara Minervino, Martina Lyne−Ann Panik, Loisanne Diehl, All Plaintiffs, Tina Grazioso, Deena Burn Havlish, Stephen L. Cartledge, Martin Panik, Patricia J. Perry, Tara Bane, Jin Liu, Thomas E. Burnett, Sr., Grace M Parkinson−Godshalk,, TheresaAnn Lostrangio, Clara Chirchirillo, Russa Steiner, Vigilant Insurance Company, (241 1:03−md−01570−GBD −FM) MOTION For Frederick J. Goetz to appear Pro Hac Vice. filed by Wamy Internation World Assembly of Muslim Youth, (294 in 1:04−cv−01923−GBD, 1418 in 1:03−md−01570−GBD −FM) Response of Motion,, filed by Abdullah Bin Saleh Al−Obaid, (1725 in 1:03−md−01570−GBD −FM) Stipulation and Order,, ( 1:03−md−01570−GBD −FM) Affidavit of Service Complaints,, filed by Federal Insurance Company et al., Plaintiffs 1:03−md−01570−GBD −FM) Order, (104 in 1:03−md−01570−GBD −FM) MOTION to Dismiss., (880 in 1:03−md−01570−GBD −FM) Order on Motion to Appear Pro Hac Vice, (1362 in 1:03−md−01570−GBD −FM) N (Other) filed by Estate of John P.O'Neill, Sr., (51 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Ab Bin Kahlid Bin Mahfouz, (226 in 1:04−cv−01923−GBD, 1254 in 1:03−md−01570−GBD −FM) Memorandum of La Opposition to Motion,, filed by Plaintiffs Executive Committees, (1125 in 1:03−md−01570−GBD −FM) RICO Stater by World Trade Center Properties LLC, et al., (2322 in 1:03−md−01570−GBD −FM) Rule 26 Disclosure filed by S Inc., (542 in 1:03−md−01570−GBD −FM, 20 in 1:04−cv−01923−GBD) Stipulation and Order, (657 in 1:03−md−01570−GBD −FM) MOTION to Dismiss the Consolidated Property Damage and Insurance Complaints ( Casualty, Euro Brokers, Federal Insurance, NY Marine, and World Trade Center Properties). MOTION to Dismiss t Consolidated Property Damage and Insurance Complaints (Continental Casualty, Euro Brokers, Federal Insurance, Marine, and World Trade Center Properties). filed by Perouz Seda Ghaty, (1433 in 1:03−md−01570−GBD −FM, 3 1:04−cv−01923−GBD) MOTION to Dismiss Notice of Motion. filed by Safa Trust, Mar−Jac Investments, Inc., Afric Agency, Grove Corporate, Inc., Sterling Management Group, Inc., Sterling Charitable Gift Fund, International Instit Islamic Thought, Reston Investments, Inc., Mena Corporation, York Foundation, Heritage Education Trust, (1036 in 1:03−md−01570−GBD −FM) Declaration in Opposition to Motion,, filed by Plaintiffs Executive Committees, (144 1:04−cv−01923−GBD) RICO Statement, filed by Estate of John P.O'Neill, Sr., (786 in 1:03−md−01570−GBD −FM Stipulation and Order, (1428 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support,,, filed by Safa Trus Investments, Inc., Mohammed Jaghlit, African Muslim Agency, Grove Corporate, Inc., Sterling Management Group, Sterling Charitable Gift Fund, International Institute of Islamic Thought, Ahmed Totonji, Reston Investments, Inc., M Corporation, York Foundation, Heritage Education Trust, (1324 in 1:03−md−01570−GBD −FM) RICO Statement f Federal Insurance Company et al., Plaintiffs, (1770 in 1:03−md−01570−GBD −FM, 413 in 1:04−cv−01923−GBD) Memorandum of Law in Support of Motion filed by Tadamon Islamic Bank, (50 in 1:03−md−01570−GBD −FM) MC Dismiss Reply Memorandum in Support of Motion to Dismiss. filed by Mohammed Bin Abdullah Al−Jomaith, (238 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion filed by Kathleen Ashton, (77 in 1:03−md−01570−GBD −FM) Order Admitting Attorney Pro Hac Vice, (133 in 1:03−md−01570−GBD −FM) Waiv Service Executed,, filed by American Alternative Insurance Corporation, Fidelity and Casualty Company of New Yor American Employers' Insurance Company, Allstate Insurance Company, Chubb Indemnity Insurance Company, Gle Insurance Company, Chubb Custom Insurance Company, American Zurich Insurance Company, Northern Insurance of New York, Crum & Forster Indemnity Company, Commercial Insurance Company of Newark, N.J., North River In Company, Valiant Insurance Company, Maryland Casualty Company, Great Lakes Reinsurance (UK) PLC, Pacific Company, CNA Casualty of California, Great Northern Insurance Company, One Beacon Insurance Company, Fede Insurance Company, Amlin Underwriting, Ltd., Hiscox Dedicated Corporate Member, Ltd., Continental Insurance C The Camden Fire Insurance Association, Zurich American Insurance Company, Chubb Insurance Company of New Steadfast Insurance Company, Seneca Insurance Company, Inc., Fidelity And Deposit Company of Maryland, Ameri Guarantee and Liability Insurance Company, United States Fire Insurance Company, The Princeton Excess & Surpl Insurance Company, Chubb Insurance Company of Canada, One Beacon America Insurance Company, Continental Company of New Jersey, Assurance Company of Amer, Colonial American Casualty and Surety Insurance Company, Ben Franklin Insurance Company of Illinois, Vigilant Insurance Company, Homeland Insurance Company of New Y in 1:03−md−01570−GBD −FM) Order, (2291 in 1:03−md−01570−GBD −FM) Affidavit in Support of Motion filed Binladin Group, Inc., (1437 in 1:03−md−01570−GBD −FM) Declaration in Support of Motion,,, filed by Erwin Wa Sercor Treuhand Anstalt, Asat Trust Reg., Martin Watcher, (380 in 1:03−md−01570−GBD −FM) Memorandum of Opposition to Motion, filed by Turki Al Faisal Al Saud, (710 in 1:03−md−01570−GBD −FM) RICO Statement filed Insurance Company et al., Plaintiffs, (574 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to M by Federal Insurance Company et al., Plaintiffs, (117 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (142 1:04−cv−01923−GBD) RICO Statement filed by Estate of John P.O'Neill, Sr., (844 in 1:03−md−01570−GBD −FM to Dismiss. filed by Faisal Islamic Bank, (1251 in 1:03−md−01570−GBD −FM, 223 in 1:04−cv−01923−GBD) Men*

*of Law in Opposition to Motion,, filed by Plaintiffs Executive Committees, (697 in 1:03−md−01570−GBD −FM) RIC Statement filed by Euro Brokers Inc., et al., (1442 in 1:03−md−01570−GBD −FM) Endorsed Letter, (2387 in 1:03−md−01570−GBD −FM) Affirmation in Opposition to Motion,,, filed by Plaintiffs Executive Committees, (540 i 1:03−md−01570−GBD −FM) Endorsed Letter,, (1809 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Oth Federal Insurance Company et al., Plaintiffs, (1730 in 1:03−md−01570−GBD −FM, 406 in 1:04−cv−01923−GBD) Declaration in Support of Motion,, filed by Wamy International, Inc., World Assembly of Muslim Youth, (461 in 1:03−md−01570−GBD −FM) MOTION to Dismiss Certain Defendants. This Motion relates only to Civil Action No. 7236. filed by Virginia Bauer, (105 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Mohamad Jamal (1450 in 1:03−md−01570−GBD −FM, 311 in 1:04−cv−01923−GBD) Memorandum of Law in Support of Motion,, f Mohammed Jaghlit, Muhammad Ashraf, Taha Jaber Al−Alwani, Ahmed Totonji, M. Yaqub Mirza, M. Omar Ashraf, (Yunus), (197 in 1:04−cv−01923−GBD, 1194 in 1:03−md−01570−GBD −FM) Affidavit in Support of Motion,, filed Mohammed Badkook, (2014 in 1:03−md−01570−GBD −FM) Order on Motion to Stay, (1164 in 1:03−md−01570−( RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (426 in 1:03−md−01570−GBD −FM) Endors (67 in 1:04−cv−01923−GBD, 817 in 1:03−md−01570−GBD −FM) Stipulation and Order,,, (146 in 1:04−cv−0192 RICO Statement filed by Estate of John P.O'Neill, Sr., (419 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Al Faisal Al Saud, (1271 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Euro Brokers Inc., Burnett Plaintiffs, World Trade Center Properties LLC, et al., (1762 in 1:03−md−01570−GBD −FM) Declaration in Opposition to Motion,, filed by Euro Brokers Inc., et al., Federal Insurance Company et al., Plaintiffs, World Trade Properties LLC, et al., Continental Casualty Company, Estate of John P.O'Neill, Sr., New York Marine and General Company, (459 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Federal Ins Company et al., Plaintiffs, (2084 in 1:03−md−01570−GBD −FM, 444 in 1:04−cv−01923−GBD) Notice of Change filed by Estate of John P.O'Neill, Sr., (415 in 1:03−md−01570−GBD −FM) MOTION to Dismiss Notice of Motion. f SNCB Corporate Finance Ltd., SNCB Securities Ltd. in London, (282 in 1:04−cv−01923−GBD, 1392 in 1:03−md−01570−GBD −FM) MOTION to Dismiss (corrected). filed by Banca Del Gottardo, (784 in 1:03−md−015 −FM) Stipulation and Order, (975 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plaintiffs, (713 i 1:03−md−01570−GBD −FM) Clerk Certificate of Mailing Received,, (2353 in 1:03−md−01570−GBD −FM) Notice filed by Al Haramain Islamic Foundation, Inc., (774 in 1:03−md−01570−GBD −FM) RICO Statement filed by Fede Insurance Company et al., Plaintiffs, (2036 in 1:03−md−01570−GBD −FM) Report and Recommendations, (282 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion filed by Burnett Plaintiffs, (1171 in 1:03−md−01570−GBD −FM) Notice (Other) filed by DMI Administrative Services S.A., (1003 in 1:03−md−01570− −FM) Order, (178 in 1:04−cv−01923−GBD, 1175 in 1:03−md−01570−GBD −FM) Memorandum of Law in Suppo Motion,, filed by Saudi Red Crescent, (1672 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (1890 in 1:03−md−01570−GBD −FM) MOTION for Ugo Colella to Withdraw as Attorney of Record for National Commerci Saudia Arabia. filed by National Commercial Bank of Saudi Arabia, (775 in 1:03−md−01570−GBD −FM) RICO Sta filed by Port Authority of New York & New Jersey, Cantor Fitzgerald & Co., (1341 in 1:03−md−01570−GBD −FM) (Other) filed by Estate of John P.O'Neill, Sr., (1085 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate P.O'Neill, Sr., (686 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,, filed by Kathle (1099 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (110 in 1:03−md−015 −FM) MOTION to Dismiss. filed by Islamic Assembly of North America, (2130 in 1:03−md−01570−GBD −FM, 449 1:04−cv−01923−GBD) Order Admitting Attorney Pro Hac Vice, (960 in 1:03−md−01570−GBD −FM) RICO Stater by Estate of John P.O'Neill, Sr., (2108 in 1:03−md−01570−GBD −FM) Order,, (1510 in 1:03−md−01570−GBD − Stipulation and Order,,, (1372 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plaintiffs, (700 in 1:03−md−01570−GBD −FM) RICO Statement filed by World Trade Center Properties LLC, et al., (272 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,,, filed by Burnett Plaintiffs, (2351 in 1:03−md−01570−GBD −FM) Answer to Amended Complaint,, filed by Perouz Seda Ghaty, (112 in 1:03−md−0157 −FM) Clerk Certificate of Mailing, (883 in 1:03−md−01570−GBD −FM) Order of Dismissal,,, (1228 in 1:03−md−01570−GBD −FM) MOTION to Add Party(ies) Thomas E. Burnett, Sr., et al. Motion to Add Parties Purs Federal Rule of Civil Procedure 15(d). MOTION to Add Party(ies) Thomas E. Burnett, Sr., et al. Motion to Add Part Pursuant to Federal Rule of Civil Procedure 15(d). MOTION to Add Party(ies) Thomas E. Burnett, Sr., et al. Motion Parties Pursuant to Federal Rule of Civil Procedure 15(d). filed by Burnett Plaintiffs, (342 in 1:03−md−01570−GB Transcript, (2167 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion, filed by National Co Bank, (157 in 1:04−cv−01923−GBD) RICO Statement filed by Estate of John P.O'Neill, Sr., (1041 in 1:03−md−015 −FM) Memorandum of Law in Support of Motion, filed by Engelbert Schreiber, Jr, Schreiber & Zindel, Frank Zinde Schreiber, (223 in 1:03−md−01570−GBD −FM) MOTION to Dismiss − Ashton v. Al Qaeda. filed by Saudi America (2279 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,, filed by Plaintiffs Executive (1425 in 1:03−md−01570−GBD −FM, 301 in 1:04−cv−01923−GBD) Response in Support of Motion,,,, filed by Al Islamic Foundation, Inc., (442 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Tarik Hamdi, (1711 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Dallah Avco Trans Arabia Co. LTD., (2118 in 1:03−md−0157 −FM) Notice of Voluntary Dismissal − Signed, (749 in 1:03−md−01570−GBD −FM, 49 in 1:04−cv−01923−GBD) Certificate of Mailing,,, (605 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (307 in 1:04−cv−01923−GB MOTION to Dismiss for Failure to State a Claim and Lack of Subject Matter Jurisdiction. filed by Saleh Abdullah Ka Baraka Investment and Development Corporation, Dallah Al Baraka Group LLC, (1231 in 1:03−md−01570−GBD − Statement filed by Continental Casualty Company, (2258 in 1:03−md−01570−GBD −FM) USCA Mandate, (2156 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Plaintiffs Executive Committees, (2392 in 1:03−md−01570−C*

*Endorsed Letter, (2029 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Abdul Hamid Abu Sulayman, 1:03−md−01570−GBD −FM) Notice of Appeal filed by Pacific Indemnity Company, Federal Insurance Company, V Insurance Company, (36 in 1:04−cv−01923−GBD, 683 in 1:03−md−01570−GBD −FM) Waiver of Service Execute Christine Irene O'Neill, Carol O'Neill, Dorothy A. O'Neill, John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr., (2 1:03−md−01570−GBD −FM) MOTION for Jamie S. Kilberg to Withdraw as Attorney. filed by Salman Bin Abdulazi Nayef Bin Abdulaziz Al Saud, (495 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motic Al Baraka Investment & Development Corp., Saleh Abdullah Kamel, (1620 in 1:03−md−01570−GBD −FM) Notice filed by Federal Insurance Company et al., Plaintiffs, (1881 in 1:03−md−01570−GBD −FM) Memorandum of Law i Opposition to Motion, filed by Kathleen Ashton, (1203 in 1:03−md−01570−GBD −FM, 206 in 1:04−cv−01923−GB in Support of Motion,, filed by Mohammed Ali Sayed Mushayt, (1156 in 1:03−md−01570−GBD −FM) Notice (Other (Other) filed by Estate of John P.O'Neill, Sr., (2300 in 1:03−md−01570−GBD −FM) Affidavit in Support of Motion Saudi Binladin Group, Inc., (1722 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motio Yeslam Binladin, (2112 in 1:03−md−01570−GBD −FM) Affidavit in Support of Motion filed by National Commerci in 1:03−md−01570−GBD −FM) MOTION to Dismiss and Memorandum of Law in Support of Motion to Dismiss an Service of Process of His Royal Highness Prince Turki Al−Faisal bin Abdulaziz Al−Saud. filed by Turki Al Faisal Al in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed by International Islamic Re Organization(IIRO), (2210 in 1:03−md−01570−GBD −FM) MOTION to Dismiss Plaintiff Janet Calia without Preju the Havlish Matter in Order to Pursue Claim in the Ashton Matter. filed by Janet Calia, (219 in 1:03−md−01570−G Memorandum of Law in Opposition to Motion, filed by Burnett Plaintiffs, (536 in 1:03−md−01570−GBD −FM) Affi Opposition to Motion,, filed by Kathleen Ashton, (94 in 1:04−cv−01923−GBD) Order of Dismissal,,, (1523 in 1:03−md−01570−GBD −FM, 347 in 1:04−cv−01923−GBD) Reply Memorandum of Law in Support of Motion,, file Trust, Mar−Jac Investments, Inc., Mohammed Jaghlit, African Muslim Agency, Jamal Barzinji, Muhammad Ashraf, Al−Alwani, Grove Corporate, Inc., Sterling Management Group, Inc., Sterling Charitable Gift Fund, International In Islamic Thought, Ahmed Totonji, M. Yaqub Mirza, Reston Investments, Inc., M. Omar Ashraf, Hisham Al−Talib, Mer Corporation, York Foundation, Saar Foundation, Heritage Education Trust, Iqbal Yunus, (1320 in 1:03−md−01570 −FM) RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (1991 in 1:03−md−01570−GBD −FM, Letter, (2113 in 1:03−md−01570−GBD −FM) Affidavit in Support of Motion filed by National Commercial Bank, (2 1:03−md−01570−GBD −FM, 2061 in 1:03−md−01570−GBD −FM) Order, Set Deadlines/Hearings,,,, (388 in 1:04−cv−01923−GBD, 1646 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion,, fi Mohammed Jaghlit, Muhammad Ashraf, Taha Jaber Al−Alwani, Ahmed Totonji, M. Yaqub Mirza, M. Omar Ashraf, Yunus, (127 in 1:03−md−01570−GBD −FM) Order on Motion to Appear Pro Hac Vice, (100 in 1:03−md−01570− Memorandum of Law in Support of Motion filed by DMI Administrative Services S.A., (283 in 1:03−md−01570−GB 283 in 1:03−md−01570−GBD −FM, 8 in 1:04−cv−01923−GBD, 8 in 1:04−cv−01923−GBD) Order, Set Hearings, 1:03−md−01570−GBD −FM) Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., F (376 in 1:04−cv−01923−GBD, 1624 in 1:03−md−01570−GBD −FM) Order,, (724 in 1:03−md−01570−GBD −FM to Dismiss. filed by Sami Omar Al−Hussayen, (2436 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (1758 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Abdullah Bin Khalid Al−Thani, (1489 in 1:03−md−01 −FM) RICO Statement filed by Euro Brokers Inc., et al., (2347 in 1:03−md−01570−GBD −FM) Stipulation of Volun Dismissal,, filed by Port Authority of New York & New Jersey, Port Authority Trans−Hudson Corporation, (1875 in 1:03−md−01570−GBD −FM) Endorsed Letter, (666 in 1:03−md−01570−GBD −FM) RICO Statement filed by Esta P.O'Neill, Sr., (475 in 1:04−cv−01923−GBD, 475 in 1:04−cv−01923−GBD, 2261 in 1:03−md−01570−GBD −FM, 1:03−md−01570−GBD −FM) Stipulation and Order, Set Deadlines/Hearings,, (260 in 1:04−cv−01923−GBD) Noti filed by Estate of John P.O'Neill, Sr., (685 in 1:03−md−01570−GBD −FM, 38 in 1:04−cv−01923−GBD) Stipulatio Order, (180 in 1:03−md−01570−GBD −FM) Endorsed Letter, (712 in 1:03−md−01570−GBD −FM) Reply Memor Law in Support of Motion,,, filed by National Commercial Bank, (1260 in 1:03−md−01570−GBD −FM) Affirmation Opposition to Motion,,, filed by Federal Insurance Company et al., Plaintiffs, (384 in 1:03−md−01570−GBD −FM) Service Complaints filed by Federal Insurance Company et al., Plaintiffs, (2143 in 1:03−md−01570−GBD −FM) No Voluntary Dismissal, filed by Crum & Forster Indemnity Company, North River Insurance Company, Seneca Insurar Company, Inc., United States Fire Insurance Company, (169 in 1:03−md−01570−GBD −FM) Reply Memorandum o Support of Motion filed by Saudi Binladin Group, Inc., (1333 in 1:03−md−01570−GBD −FM) Notice (Other) filed b John P.O'Neill, Sr., (2076 in 1:03−md−01570−GBD −FM) Endorsed Letter, (355 in 1:03−md−01570−GBD −FM) Statement filed by Federal Insurance Company et al., Plaintiffs, (887 in 1:03−md−01570−GBD −FM) Notice (Other Saudi Binladin Group, Inc., (183 in 1:04−cv−01923−GBD, 1180 in 1:03−md−01570−GBD −FM) MOTION to Dis by Abdullah Bin Saleh Al−Obaid, (2272 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Sa Inc., Sanabel Al Kheer, Inc., (155 in 1:04−cv−01923−GBD) RICO Statement filed by Estate of John P.O'Neill, Sr., ( 1:03−md−01570−GBD −FM) Order, (982 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to filed by Sultan Bin Abdulaziz Al Saud, Naif Bin Abdulaziz Al Saud, (2077 in 1:03−md−01570−GBD −FM) Order, (1 1:03−md−01570−GBD −FM) Stipulation and Order, (1382 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. Banca Del Gottardo, (1358 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John P.O'Neill, Sr., (9 1:03−md−01570−GBD −FM) MOTION to Dismiss for Lack of Jurisdiction. filed by Engelbert Schreiber, Jr, Schrei Zindel, Frank Zindel, Engelbert Schreiber, (520 in 1:03−md−01570−GBD −FM) CONSENT MOTION for Extensior File Answer re: (447) Amended Complaint,,. filed by Abdullah Muhsen Al Turki, Adnan Basha, (1606 in 1:03−md−0 −FM) Reply Memorandum of Law in Support,,, filed by Safa Trust, Mar−Jac Investments, Inc., Mohammed Jaghlit, Muslim Agency, Grove Corporate, Inc., Sterling Management Group, Inc., Sterling Charitable Gift Fund, Internation*

*of Islamic Thought, Ahmed Totonji, Reston Investments, Inc., Mena Corporation, York Foundation, Heritage Educati (1264 in 1:03−md−01570−GBD −FM) MOTION to Dismiss the Continental Casualty and New York Marine & Gen Insurance actions. filed by Daral Maal Al Islami Trust, (2308 in 1:03−md−01570−GBD −FM) Answer to Complain Dubai Islamic Bank, (1514 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion,,, filed by P Al Faisal Al Saud, Salman Bin Abdulaziz Al Saud, Sultan Bin Abdulaziz Al Saud, The Kingdom of Saudi Arabia, Naif Abdulaziz Al Saud, (2007 in 1:03−md−01570−GBD −FM) Endorsed Letter, (1737 in 1:03−md−01570−GBD −FM) (Other) filed by Tadamon Islamic Bank, (417 in 1:04−cv−01923−GBD, 1778 in 1:03−md−01570−GBD −FM) Mem Law in Opposition to Motion,, filed by Plaintiffs Executive Committees, (2025 in 1:03−md−01570−GBD −FM) Orde Motion to Withdraw, (102 in 1:03−md−01570−GBD −FM) MOTION to Dismiss [Reply Brief − Burnett v. Al Barak Saudi American Bank, (1618 in 1:03−md−01570−GBD −FM) Notice of Appeal, (792 in 1:03−md−01570−GBD −F Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs, (1440 in 1:03−md−0 −FM) Notice of Appearance filed by Banca Del Gottardo, (1303 in 1:03−md−01570−GBD −FM) Memorandum of Support filed by Abdul Aziz Al Ibrahim, (2071 in 1:03−md−01570−GBD −FM) Order, (30 in 1:03−md−01570−GB Memo Endorsement,,,, (367 in 1:04−cv−01923−GBD, 1588 in 1:03−md−01570−GBD −FM) SUPPLEMENTAL M Dismiss Pursuant to CMO No. 4. filed by Al Haramain Islamic Foundation, Inc., Perouz Seda Ghaty, Soliman H.S. A (240 in 1:03−md−01570−GBD −FM) MOTION for Alan E. Untereiner to Appear Pro Hac Vice Notice of Motion. fi Saudi High Commission, (2159 in 1:03−md−01570−GBD −FM) Declaration in Support of Motion,,, filed by All Pla (2079 in 1:03−md−01570−GBD −FM) Notice of Change of Address, filed by Estate of John P.O'Neill, Sr., (1733 in 1:03−md−01570−GBD −FM, 409 in 1:04−cv−01923−GBD) Memorandum of Law in Opposition to Motion,, filed b Trust Reg., (1502 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion,, filed by Wamy Inter Inc., World Assembly of Muslim Youth, (1926 in 1:03−md−01570−GBD −FM) MOTION for Reconsideration and Memorandum of Law in Support of the Federal Insurance Plaintiffs' Motion for Reconsideration. filed by Federal Ins Company et al., Plaintiffs, (1148 in 1:03−md−01570−GBD −FM) Affidavit in Opposition to Motion,,, filed by Euro Inc., et al., Burnett Plaintiffs, Federal Insurance Company et al., Plaintiffs, World Trade Center Properties LLC, et a Ashton, Continental Casualty Company, Cantor Fitzgerald & Co., Estate of John P.O'Neill, Sr., New York Marine an Insurance Company, (1349 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John P.O'Neill, Sr., (1 1:03−md−01570−GBD −FM) Stipulation and Order,, (220 in 1:04−cv−01923−GBD, 1248 in 1:03−md−01570−G Memorandum of Law in Opposition to Motion,, filed by Plaintiffs Executive Committees, (598 in 1:03−md−01570−C Notice of Appearance filed by Naif Bin Abdulaziz Al Saud, (66 in 1:04−cv−01923−GBD, 810 in 1:03−md−01570−C Response in Opposition to Motion,,, filed by Estate of John P.O'Neill, Sr., (827 in 1:03−md−01570−GBD −FM) RIC Statement filed by Estate of John P.O'Neill, Sr., (1662 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law of Motion, filed by Daral Maal Al Islami Trust, (1819 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (534 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (1465 in 1:03−md−01570−GBD −FM) Stipulation and Order of Dismissal,, (469 in 1:04−cv−01923−GBD, 2243 in 1:03−md−01570−GBD −FM) MOTION for Colin Sullivan Stretch to Withdraw as Attorney. filed by Saudi Joint Rel Committee, (1051 in 1:03−md−01570−GBD −FM, 132 in 1:04−cv−01923−GBD) Reply Memorandum of Law in Su Motion,,, filed by Abdullah Salaiman Al−Rajhi, (1302 in 1:03−md−01570−GBD −FM) MOTION to Dismiss the Co Casualty and Federal Insurance actions. filed by Abdul Aziz Al−Ibrahim, (897 in 1:03−md−01570−GBD −FM) RIC Statement filed by World Trade Center Properties LLC, et al., (385 in 1:04−cv−01923−GBD, 1640 in 1:03−md−01 −FM) CROSS MOTION to Strike Document No. [1591−1592].CROSS MOTION to Strike Document No. [1591−159 MOTION to Strike Document No. [1591−1592]. filed by Estate of John P.O'Neill, Sr., (209 in 1:03−md−01570−GB Memorandum of Law in Opposition to Motion, filed by Burnett Plaintiffs, (1887 in 1:03−md−01570−GBD −FM) En Letter, (1318 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company et al., Plaintiffs 1:03−md−01570−GBD −FM) Stipulation and Order, (778 in 1:03−md−01570−GBD −FM) RICO Statement, filed b Trade Center Properties LLC, et al., (1589 in 1:03−md−01570−GBD −FM, 368 in 1:04−cv−01923−GBD) SUPPL MOTION to Dismiss Pursuant to CMO No. 4. filed by Shahir Abdulraoof Batterjee, Saleh Al−Hussayen, Talal Moha Badkook, Abdullah Omar Naseef, Sheik Hamad Al−Husaini, Saudi Red Crescent, Mushayt for Trading Company, Ab Muhsen Al Turki, Abdullah Bin Saleh Al Obaid, Adnan Basha, Salman Al−Ouda, Mohammed Ali Sayed Mushayt, Ab Rahman Al Swailem, Safar Al−Hawali, (1351 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of Joh Sr., (1873 in 1:03−md−01570−GBD −FM) MOTION to Dismiss with attached Exhibits A & B re: (1867) MOTION filed by Sana−Bell, Inc., (2286 in 1:03−md−01570−GBD −FM) Affidavit in Support of Motion filed by Saudi Binla Inc., (1161 in 1:03−md−01570−GBD −FM) RICO Statement, filed by Estate of John P.O'Neill, Sr., (1822 in 1:03−md−01570−GBD −FM) MOTION to Dismiss Notice of Motion. filed by Al−Baraka Bancorp, Inc., (1648 in 1:03−md−01570−GBD −FM) Rule 7.1 Corporate Disclosure Statement filed by Saudi Binladin International Comp in 1:03−md−01570−GBD −FM) Answer to Complaint filed by Dubai Islamic Bank, (304 in 1:03−md−01570−GBD Declaration in Support of Motion, filed by Yousef Jameel, (1897 in 1:03−md−01570−GBD −FM) MOTION for Lea Undredacted Motion to Stay For Court's In Camera Review. filed by Jamal Barzinji, (445 in 1:03−md−01570−GBD Order,, (609 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (327 in 1:03−md−01570−GBD −FM) RICO filed by Federal Insurance Company et al., Plaintiffs, (668 in 1:03−md−01570−GBD −FM) RICO Statement filed by John P.O'Neill, Sr., (2078 in 1:03−md−01570−GBD −FM) MOTION for Michael J. Guzman to Withdraw as Attorn Turki Al Faisal Al Saud, (2145 in 1:03−md−01570−GBD −FM, 2145 in 1:03−md−01570−GBD −FM) Endorsed Le Deadlines/Hearings,, (239 in 1:04−cv−01923−GBD, 1308 in 1:03−md−01570−GBD −FM) Reply Memorandum of Support of Motion,, filed by Talal Mohammed Badkook, (1019 in 1:03−md−01570−GBD −FM) Memorandum of La Support of Motion, filed by Khaled Bin Salim Bin Mahfouz, (2131 in 1:03−md−01570−GBD −FM, 450 in*

*1:04−cv−01923−GBD) Order Admitting Attorney Pro Hac Vice, (1378 in 1:03−md−01570−GBD −FM) Notice (Ot*
*Euro Brokers Inc., et al., (1933 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, f*
*Federal Insurance Company et al., Plaintiffs, (1743 in 1:03−md−01570−GBD −FM) Memorandum of Law in Suppo*
*Motion filed by Tadamon Islamic Bank, (443 in 1:04−cv−01923−GBD, 2081 in 1:03−md−01570−GBD −FM) Notic*
*Change of Address, filed by Estate of John P.O'Neill, Sr., (583 in 1:03−md−01570−GBD −FM) Notice (Other), Noti*
*filed by Christine Irene O'Neill, Carol O'Neill, Dorothy A. O'Neill, John Patrick O'Neill, Jr., Estate of John P.O'Neil*
*in 1:04−cv−01923−GBD) RICO Statement filed by Estate of John P.O'Neill, Sr., (476 in 1:04−cv−01923−GBD, 22*
*1:03−md−01570−GBD −FM) Rule 7.1 Corporate Disclosure Statement filed by Banca Del Gottardo, (2426 in*
*1:03−md−01570−GBD −FM, 2426 in 1:03−md−01570−GBD −FM) Endorsed Letter, Set Deadlines/Hearings,, (11*
*1:03−md−01570−GBD −FM, 181 in 1:04−cv−01923−GBD) Memorandum of Law in Support of Motion,, filed by S*
*Al−Hussayen, (34 in 1:03−md−01570−GBD −FM) Order Admitting Attorney Pro Hac Vice, (1969 in 1:03−md−01*
*−FM) Notice of Case Assignment/Reassignment, (927 in 1:03−md−01570−GBD −FM) Declaration in Support of M*
*by Engelbert Schreiber, Jr, Schreiber & Zindel, Frank Zindel, Engelbert Schreiber, (728 in 1:03−md−01570−GBD*
*Memorandum of Law in Support of Motion filed by Sami Omar Al−Hussayen, (15 in 1:03−md−01570−GBD −FM)*
*(FILED ON SERVICE DATE) for Michael K. Kellogg, Mark C. Hansen, David C. Frederick, Michael J. Guzman, an*
*Rozendaal to Appear Pro Hac Vice. MOTION (FILED ON SERVICE DATE) for Michael K. Kellogg, Mark C. Hanse*
*Frederick, Michael J. Guzman, and J.C. Rozendaal to Appear Pro Hac Vice. MOTION (FILED ON SERVICE DATE*
*Michael K. Kellogg, Mark C. Hansen, David C. Frederick, Michael J. Guzman, and J.C. Rozendaal to Appear Pro H*
*filed by Turki Al Faisal Al Saud, (983 in 1:03−md−01570−GBD −FM) Amended Complaint,, filed by Christine Iren*
*Carol O'Neill, Dorothy A. O'Neill, John Patrick O'Neill, Jr., (973 in 1:03−md−01570−GBD −FM, 113 in*
*1:04−cv−01923−GBD) Memorandum of Law in Opposition to Motion,, filed by Saudi American Bank, (176 in*
*1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Soliman H.S. Al−Buthe, (1380 in 1:03−md−0*
*−FM) Notice (Other), Notice (Other) filed by Federal Insurance Company et al., Plaintiffs, (2289 in 1:03−md−0157*
*−FM) Affidavit in Support of Motion filed by Saudi Binladin Group, Inc., (505 in 1:03−md−01570−GBD −FM) Me*
*of Law in Opposition to Motion, filed by Burnett Plaintiffs, (2125 in 1:03−md−01570−GBD −FM) MOTION for De*
*Judgment as to Non−Sovereign Defendants. filed by Havlish Plaintiffs, (272 in 1:04−cv−01923−GBD) Notice (Othe*
*Estate of John P.O'Neill, Sr., (529 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (1452 in 1:03−md−01570−G*
*Memorandum of Law in Support of Motion,, filed by Yeslam M. Bin Laden, (2004 in 1:03−md−01570−GBD −FM, 4*
*1:04−cv−01923−GBD) Order on Motion to Withdraw as Attorney, (1612 in 1:03−md−01570−GBD −FM, 373 in*
*1:04−cv−01923−GBD) Reply Memorandum of Law in Support of Motion,,, filed by Safa Trust, Mar−Jac Investment*
*African Muslim Agency, Grove Corporate, Inc., Sterling Management Group, Inc., Sterling Charitable Gift Fund, Int*
*Institute of Islamic Thought, Reston Investments, Inc., Mena Corporation, York Foundation, Heritage Education Tru*
*1:03−md−01570−GBD −FM) MOTION for Ronald S. Liebman to Withdraw as Attorney of Record for National Co*
*Bank. filed by National Commercial Bank, (245 in 1:03−md−01570−GBD −FM) Endorsed Letter,,, (512 in*
*1:03−md−01570−GBD −FM) Affirmation in Opposition to Motion, filed by Federal Insurance Company et al., Plai*
*in 1:03−md−01570−GBD −FM) Declaration in Support of Motion filed by Samir Salah, (1363 in 1:03−md−01570−*
*−FM) Notice (Other) filed by Estate of John P.O'Neill, Sr., (72 in 1:04−cv−01923−GBD, 829 in 1:03−md−01570−*
*Stipulation and Order, (250 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by M*
*Faisal Al Saud, (1313 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Port Authority of Ne*
*New Jersey, Cantor Fitzgerald & Co., (1054 in 1:03−md−01570−GBD −FM, 135 in 1:04−cv−01923−GBD) Reply*
*Memorandum of Law in Support of Motion,,, filed by Sulaiman Bin Abdul Aziz Al Rajhi, Suleiman Abdel Aziz Al Rajh*
*1:04−cv−01923−GBD, 1383 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion, filed by*
*Gottardo, (2201 in 1:03−md−01570−GBD −FM, 2201 in 1:03−md−01570−GBD −FM) Endorsed Letter, Set*
*Deadlines/Hearings,, (1474 in 1:03−md−01570−GBD −FM) Stipulation and Order,,, (933 in 1:03−md−01570−GB*
*Order, (1354 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John P.O'Neill, Sr., (55 in*
*1:04−cv−01923−GBD, 755 in 1:03−md−01570−GBD −FM) Clerk Certificate of Mailing,,, (1484 in 1:03−md−015*
*−FM) Affidavit in Support filed by Kathleen Ashton, (800 in 1:03−md−01570−GBD −FM) Acknowledgment of Serv*
*Complaints, filed by Federal Insurance Company et al., Plaintiffs, (1317 in 1:03−md−01570−GBD −FM) RICO Sta*
*by Federal Insurance Company et al., Plaintiffs, (571 in 1:03−md−01570−GBD −FM) FIRST MOTION to Dismiss*
*Jurisdiction and Failure to State a Claim. filed by Omar Abdullah Kamel, (2407 in 1:03−md−01570−GBD −FM) R*
*Memorandum of Law in Support of Motion filed by Perouz Seda Ghaty, (1674 in 1:03−md−01570−GBD −FM) Me*
*of Law in Opposition to Motion,, filed by Kathleen Ashton, (339 in 1:03−md−01570−GBD −FM) Declaration in Su*
*Motion filed by Sami Omar Al−Hussayen, (937 in 1:03−md−01570−GBD −FM) RICO Statement filed by Port Auth*
*York & New Jersey, Cantor Fitzgerald & Co., (780 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate*
*P.O'Neill, Sr., (238 in 1:04−cv−01923−GBD, 1307 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in*
*Motion,, filed by Abdullah Omar Naseef, (2048 in 1:03−md−01570−GBD −FM) Memorandum of Law in Oppositio*
*filed by Burnett Plaintiffs, Federal Insurance Company et al., Plaintiffs, (31 in 1:04−cv−01923−GBD) RICO Statem*
*Estate of John P.O'Neill, Sr., (2340 in 1:03−md−01570−GBD −FM) Endorsed Letter, (1767 in 1:03−md−01570−G*
*Stipulation and Order,, (595 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company*
*Plaintiffs, (1394 in 1:03−md−01570−GBD −FM) Affidavit in Support,, filed by Federal Insurance Company et al.,*
*(441 in 1:04−cv−01923−GBD, 2012 in 1:03−md−01570−GBD −FM) Order on Motion to Withdraw as Attorney, (*
*1:03−md−01570−GBD −FM, 863 in 1:03−md−01570−GBD −FM) MOTION to Dismiss Abdullah Al Rajhi. MOTI*
*Dismiss for Lack of Jurisdiction Abdullah Al Rajhi. filed by Abdullah Salaiman Al−Rajhi, (95 in 1:03−md−01570−*
*Declaration in Support of Motion filed by DMI Administrative Services S.A., (469 in 1:03−md−01570−GBD −FM)*

*Motion to Dismiss, (43 in 1:03−md−01570−GBD −FM) MOTION to Dismiss the Complaint or in the Alternative for Definite Statement. filed by Saudi Binladin Group, Inc., (1755 in 1:03−md−01570−GBD −FM) Order, (1896 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by Jamal Barzinji, (1525 in 1:03−md−01570−GBD −FM) Declaration in Opposition to Motion,, filed by Taha Jaber Al−Alwani, (922 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Euro Brokers Inc., et al., (913 in 1:03−md−01570−GBD −FM Stipulation and Order of Dismissal,, (2446 in 1:03−md−01570−GBD −FM, 499 in 1:04−cv−01923−GBD) Clerk's J (224 in 1:03−md−01570−GBD −FM) FIRST MOTION for John Popilock to Withdraw as Attorney of record in Fede Insurance Company et al., v al Qaida et al, 03cv6978; Vigilant Insurance Company et al, v The Kingdom of Saudi Ar 03cv8591; In re Terrorist Attack on September 11 filed by Federal Insurance Company et al., Plaintiffs, (680 in 1:03−md−01570−GBD −FM) Stipulation and Order, (1885 in 1:03−md−01570−GBD −FM) Reply Memorandum o Support of Motion filed by Sanabel Al−Kheer, Inc., (787 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (9 1:04−cv−01923−GBD) Declaration in Support of Motion filed by Engelbert Schreiber, Jr, Schreiber & Zindel, Fran Engelbert Schreiber, (1068 in 1:03−md−01570−GBD −FM, 137 in 1:04−cv−01923−GBD) Stipulation and Order,, 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (1723 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (585 in 1:03−md−01570−GBD −FM) RICO Statement,, filed by Port Authority of New York & New Jersey, Cantor Fitzgera (1950 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by Abdul Hamid Abu Sulayn in 1:03−md−01570−GBD −FM, 461 in 1:04−cv−01923−GBD) Order on Motion to Withdraw,,,, (731 in 1:03−md−01570−GBD −FM) Status Report filed by Arab Bank, Al Rajhi Bank, Saudi American Bank, Saleh Abdulla Al Baraka Investment and Development Corporation, (1515 in 1:03−md−01570−GBD −FM) MOTION to Dismiss C filed by Saudi High Commission, Salman Bin Abdulaziz Al Saud, Naif Bin Abdulaziz Al Saud, (1936 in 1:03−md−015 −FM) MOTION for John L. Cuddihy to Withdraw as Attorney for Defendant Abdulrahman Bin Mahfouz. filed by Abd Bin Mahfouz, (89 in 1:03−md−01570−GBD −FM) Letter, filed by Abdulrahman Bin Mahfouz, (1479 in 1:03−md−0 −FM) CONSENT MOTION for Extension of Time to File Answer To Federal Insurance Complaint. filed by Internati Islamic Relief Organization(IIRO), (404 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Mo by Burnett Plaintiffs, (2307 in 1:03−md−01570−GBD −FM) Answer to Complaint filed by Dubai Islamic Bank, (141 1:03−md−01570−GBD −FM, 293 in 1:04−cv−01923−GBD) Response in Support of Motion,, filed by Saleh Al−Hus (127 in 1:04−cv−01923−GBD) Memorandum of Law in Support of Motion filed by Khalid Bin Mahfouz, (496 in 1:03−md−01570−GBD −FM) Stipulation and Order of Dismissal, (2315 in 1:03−md−01570−GBD −FM) MOTION for Failure to State a Claim. filed by Cherif Sedky, (1820 in 1:03−md−01570−GBD −FM) MOTION to Dismiss Noti Motion. filed by Dallah Avco Trans Arabia Co. LTD., (940 in 1:03−md−01570−GBD −FM) Notice of Appearance fi Erwin Watcher, Martin Watcher, (1257 in 1:03−md−01570−GBD −FM) Affirmation in Opposition to Motion,,, filed Insurance Company et al., Plaintiffs, (1898 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Mo Jamal Barzinji, (576 in 1:03−md−01570−GBD −FM) Stipulation and Order,,, (258 in 1:03−md−01570−GBD −FM Corporate Disclosure Statement filed by Saudi Economic and Development Company, (900 in 1:03−md−01570−GB RICO Statement filed by Euro Brokers Inc., et al., (2349 in 1:03−md−01570−GBD −FM) Rule 7.1 Corporate Disclo Statement filed by Al Haramain Islamic Foundation, Inc., (2194 in 1:03−md−01570−GBD −FM, 457 in 1:04−cv−01923−GBD) MOTION to Strike Document No. (2189). filed by Kathleen Ashton, (1826 in 1:03−md−015 −FM) Order, (468 in 1:04−cv−01923−GBD, 2242 in 1:03−md−01570−GBD −FM) Affirmation in Opposition to M by All Plaintiffs, (2281 in 1:03−md−01570−GBD −FM, 485 in 1:04−cv−01923−GBD) Stipulation and Order of Dis (152 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion filed by Burnett Plaintiffs, (175 1:03−md−01570−GBD −FM) Declaration in Support of Motion,, filed by Abdullah Bin Khalid Al−Thani, (284 in 1:04−cv−01923−GBD, 1404 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Daral Maal Al Islami T in 1:03−md−01570−GBD −FM) Notice of Change of Address, filed by The Republic of Iraq, Republic of Iraq, (1072 1:03−md−01570−GBD −FM) Endorsed Letter, (2249 in 1:03−md−01570−GBD −FM) Notice of Change of Addres Erwin Wachter, Sercor Treuhand Anstalt, Martin Wachter, (587 in 1:03−md−01570−GBD −FM) Reply Memorandu in Support of Motion,, filed by Yousef Jameel, (150 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposi Motion filed by Burnett Plaintiffs, (2221 in 1:03−md−01570−GBD −FM) MOTION for Martin F. McMahon to With Attorney for Defendant Sana−Bell, Inc.. filed by Sana−Bell, Inc., (1717 in 1:03−md−01570−GBD −FM, 402 in 1:04−cv−01923−GBD) Reply Memorandum of Law in Support of Motion,, filed by Jamal Barzinji, (1995 in 1:03−md−01570−GBD −FM) Order Admitting Attorney Pro Hac Vice, (337 in 1:03−md−01570−GBD −FM) Reply Response to Motion filed by Jamal Barzinji, (1678 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (1541 in 1:03−md−01570−GBD −FM, 350 in 1:04−cv−01923−GBD) MOTION to Dismiss. filed by Jamal Barzini, (438 in 1:04−cv−01923−GBD, 1976 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other), Notice (Other), Notic Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by Saleh Al−Hus Dubai Islamic Bank, Sanabel Al−Kheer, Inc., Saleh Abdulaziz Al−Rajhi, Shahir Abdulraoof Batterjee, Faisal Islamic Bank−Sudan, Abdulrahman Bin Khalid Bin Mahfouz, Jamal Barzini, Ibrahim Bin Abdul Aziz Al Ibrahim Foundation, Sulaiman Al−Ali, Talal Mohammed Badkook, Engelbert Schreiber, Jr, Abdullah Salaiman Al−Rajhi, Abdullah Al Fa Abdulaziz Al Saud, Mar−Jac Investments, Inc., Erwin Watcher, Mohammed Jaghlit, African Muslim Agency, Islamic of North America, Abdullah Bin Khalid Al Thani, Aradi, Inc., Alfaisaliah Group, Abdullah Omar Naseef, Omar M. B Sheik Hamad Al−Husaini, Asat Trust Reg., Council on American−Islamic Relations (CAIR), Riggs Bank, N.A., Schre Zindel, Muhammad Ashraf, Al Shamal Islamic Bank, Tarek M. Bin Laden, Dallah Avco Trans Arabia Co. LTD., Serc Treuhand Anstalt, Khalid Sulaiman Al−Rajhi, Taha Jaber Al−Alwani, Saudi Red Crescent, Mar−Jac Poultry Inc, Mu Trading Company, Grove Corporate, Inc., Banca Del Gottardo, Sami Omar Al−Hussayen, Saleh Abdullah Kamel, A*

*Investment and Development Corporation, Mar−Jac Poultry, Inc., Sterling Management Group, Inc., Mohammed Ja Khalifa, Abdullah Muhsen Al Turki, Daral Maal Al Islami Trust, Saudi Binladin International Company, Adnan Bas Charitable Gift Fund, Sulaiman Abdul Aziz Al−Rajhi, Perouz Seda Ghaty, International Institute of Islamic Thought, Totonji, Mohammed Ali Sayed Mushayt, Saudi Joint Relief Committee, Reston Investments, Inc., Tadamon Islamic Ba National Commercial Bank, M.M. Badkook Co. for Catering & Trading, DMI Administrative Services S.A., Saudi Da Baraka Group LLC, Riggs National Corporation, Mohamed Bin Laden Organization (SBG), Khaled Bin Mahfouz, F Mena Corporation, Sana−Bell, Inc., Martin Watcher, Yassin Abdullah Kadi, Sheik Salman Al−Oawdah, Soliman H.S Al−Buthe, World Assembly of Muslim Youth, York Foundation, Abdul Rahman Al Swailem, Engelbert Schreiber, Abd Laden, Yeslam M. Bin Laden, Al Haramain Islamic Foundation (United States), Yousef Jameel, Al Aqsa Islamic Ban Education Trust, Iqbal Yunus, Abdullah Bin Saleh Al−Obaid, Ahmed Zaki Yamani, M. Omar Ashraf a/k/a Muhamma Bakr M Bin Laden, Safar Al−Hawali, Abdul Aziz Al−Ibrahim, M. Yaqub Mirza, (932 in 1:03−md−01570−GBD −FM Stipulation and Order,,,, (596 in 1:03−md−01570−GBD −FM) Order Admitting Attorney Pro Hac Vice, (1707 in 1:03−md−01570−GBD −FM) Reply Affidavit in Support of Motion, filed by Mohammed Jaghlit, Muhammad Ashraf Totonji, M. Yaqub Mirza, M. Omar Ashraf, Iqbal Yunus, (1823 in 1:03−md−01570−GBD −FM) Memorandum of La Support of Motion, filed by Al−Baraka Bancorp, Inc., (1219 in 1:03−md−01570−GBD −FM) RICO Statement filed Brokers Inc., et al., (1912 in 1:03−md−01570−GBD −FM, 433 in 1:04−cv−01923−GBD) Response in Opposition t filed by New York Marine and General Insurance Company, (277 in 1:04−cv−01923−GBD) Memorandum of Law i Motion, filed by Banca Del Gottardo, (1152 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insur Company et al., Plaintiffs, (1047 in 1:03−md−01570−GBD −FM) Affidavit in Opposition to Motion,,,,, filed by Plai Executive Committees, (1032 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,,, filed Plaintiffs PI Executive Committee, (2366 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Jamal Barzinji, (1 1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John P.O'Neill, Sr., (726 in 1:03−md−01570−GBD Memorandum of Law in Support of Motion filed by Sami Omar Al−Hussayen, (1546 in 1:03−md−01570−GBD −FM 1:04−cv−01923−GBD) Case Management Plan,,,,, (11 in 1:03−md−01570−GBD −FM) Endorsed Letter, (924 in 1:03−md−01570−GBD −FM) RICO Statement filed by World Trade Center Properties LLC, et al., (122 in 1:03−md−01570−GBD −FM) Memo Endorsement, (429 in 1:03−md−01570−GBD −FM) Rule 7.1 Corporate Discl Statement filed by Federal Insurance Company et al., Plaintiffs, (908 in 1:03−md−01570−GBD −FM) Memorandu Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs, (1853 in 1:03−md−01570−GBD −FM) and Order, (2367 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Jamal Barzinji, (662 in 1:03−md−01570 −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (245 in 1:04−cv−01923−GBD) Notice (Other) filed by John P.O'Neill, Sr., (1286 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Euro Brokers Inc Burnett Plaintiffs, World Trade Center Properties LLC, et al., (338 in 1:03−md−01570−GBD −FM) MOTION (FIL SERVICE DATE) for Justin B. Kaplan to Appear Pro Hac Vice. MOTION (FILED ON SERVICE DATE) for Justin B Appear Pro Hac Vice. filed by Thomas E. Burnett, Sr., (591 in 1:03−md−01570−GBD −FM) Endorsed Letter, (217 1:03−md−01570−GBD −FM) Notice of Change of Address,, filed by Safa Trust, Mar−Jac Investments, Inc., Moham Jaghlit, Samir Salah, African Muslim Agency, Jamal Barzinji, Muhammad Ashraf, Taha Jaber Al−Alwani, Grove Co Inc., Sterling Management Group, Inc., Sterling Charitable Gift Fund, International Institute of Islamic Thought, Ah Totonji, M. Yaqub Mirza, Reston Investments, Inc., M. Omar Ashraf, Mena Corporation, York Foundation, Heritage Trust, Iqbal Unus (Yunus), (2388 in 1:03−md−01570−GBD −FM) Rule 26 Disclosure filed by Plaintiffs Executive C (636 in 1:03−md−01570−GBD −FM) Endorsed Letter,,,,, (73 in 1:04−cv−01923−GBD, 831 in 1:03−md−01570−G Stipulation and Order, (1373 in 1:03−md−01570−GBD −FM) MOTION to Dismiss the Cantor Fitzgerald action. fil Maal Al Islami Trust, (920 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., ( 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed by Abdul Rahman Bin Kahlid Mahfouz, (1652 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion filed by Kathleen As in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (902 in 1:03−md−01570−GBD −FM) MOTION to Dismiss of Mar−Jac Poultry, Inc.. filed by Mar−Jac Poultry Inc, (490 in 1:04−cv−01923−GBD, 2331 in 1:03−md−01570−GBD −FM) Amended Answer to Complaints filed by Dubai Islam (783 in 1:03−md−01570−GBD −FM) Stipulation and Order, (145 in 1:03−md−01570−GBD −FM) Endorsed Lette 1:03−md−01570−GBD −FM) Stipulation and Order of Voluntary Dismissal, (310 in 1:03−md−01570−GBD −FM) Statement filed by Federal Insurance Company et al., Plaintiffs, (854 in 1:03−md−01570−GBD −FM) RICO Statem Port Authority of New York & New Jersey, Cantor Fitzgerald & Co., (2027 in 1:03−md−01570−GBD −FM) MOTI Reconsideration re; (1989 in 1:03−md−01570−GBD−FM) Endorsed Letter,,,, Plaintiffs' Objections to Order of Ma Judge Maas Dated July 26, 2007. MOTION for Reconsideration re; (1989 in 1:03−md−01570−GBD−FM) Endorse Plaintiffs' Objections to Order of Magistrate Judge Maas Dated July 26, 2007. filed by Burnett & Ashton Plaintiffs, ( 1:03−md−01570−GBD −FM) RICO Statement filed by World Trade Center Properties LLC, et al., (193 in 1:04−cv−01923−GBD, 1190 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion,, filed by Hamad Al−Husaini, (335 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed b Al−Hussayen, (1519 in 1:03−md−01570−GBD −FM, 344 in 1:04−cv−01923−GBD) Declaration in Support of Mot by Estate of John P.O'Neill, Sr., (679 in 1:03−md−01570−GBD −FM) MOTION to Dismiss for Lack of Jurisdiction to State a Claim. filed by Islamic Investment Company of the Gulf (Sharjah), (2089 in 1:03−md−01570−GBD −FM) (442 in 1:04−cv−01923−GBD, 2056 in 1:03−md−01570−GBD −FM) Order, (115 in 1:03−md−01570−GBD −FM filed by United States of America, (464 in 1:04−cv−01923−GBD, 2234 in 1:03−md−01570−GBD −FM) Memorand in Support of Motion filed by Plaintiffs Executive Committees, (1610 in 1:03−md−01570−GBD −FM) Notice of App Federal Insurance Company et al., Plaintiffs, (1145 in 1:03−md−01570−GBD −FM) Affidavit of Service Complaint*

*Estate of John P.O'Neill, Sr., (2073 in 1:03−md−01570−GBD −FM) Order, (118 in 1:04−cv−01923−GBD, 991 in 1:03−md−01570−GBD −FM) Clerk Certificate of Mailing, (865 in 1:03−md−01570−GBD −FM, 865 in 1:03−md−01570−GBD −FM, 80 in 1:04−cv−01923−GBD, 80 in 1:04−cv−01923−GBD) MOTION to Dismiss Sale MOTION to Dismiss for Lack of Jurisdiction Saleh Al Rajhi. filed by Saleh Abdulaziz Al−Rajhi, Saleh Abdul Aziz Al (1026 in 1:03−md−01570−GBD −FM) Stipulation and Order,,, (2445 in 1:03−md−01570−GBD −FM, 498 in 1:04−cv−01923−GBD) Order, (1073 in 1:03−md−01570−GBD −FM) Endorsed Letter, (1634 in 1:03−md−01570− −FM, 381 in 1:04−cv−01923−GBD) Certificate of Service Other,, filed by Council on American−Islamic Relations (673 in 1:03−md−01570−GBD −FM) Endorsed Letter, (118 in 1:03−md−01570−GBD −FM) Notice of Appearance Islamic Assembly of North America, (750 in 1:03−md−01570−GBD −FM, 50 in 1:04−cv−01923−GBD) Clerk Cert Mailing,,, (1590 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion,, filed by Sami Omar Al−Hussayen, (1539 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Mohammed Jaghlit, Muhammad Ahmed Totonji, M. Yaqub Mirza, M. Omar Ashraf, Iqbal Yunus, (1645 in 1:03−md−01570−GBD −FM) Memorandu Support of Motion,,, filed by Omar M. Bin Laden, Tarek M. Bin Laden, Saudi Binladin International Company, Moh Laden Organization (SBG), Bakr M Bin Laden, (101 in 1:03−md−01570−GBD −FM) FIRST MOTION to Dismiss 1 12(b)5 and 12(b)(6)., (1671 in 1:03−md−01570−GBD −FM) Stipulation and Order, (958 in 1:03−md−01570−GBD Rule 7.1 Corporate Disclosure Statement filed by Dubai Islamic Bank, (356 in 1:03−md−01570−GBD −FM) MOTI Dismiss for Lack of Jurisdiction Lack of Personal Jurisdiction. filed by Rabita Trust, (1076 in 1:03−md−01570−GB RICO Statement filed by Estate of John P.O'Neill, Sr., (121 in 1:04−cv−01923−GBD) MOTION (FILED ON SERVI for John N. Scholnick and Ayad P. Jacob to Appear Pro Hac Vice. MOTION (FILED ON SERVICE DATE) for John Scholnick and Ayad P. Jacob to Appear Pro Hac Vice. filed by Engelbert Schreiber, Jr, Schreiber & Zindel, Frank Z Engelbert Schreiber, (1625 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion,, filed Abdulrahman Bin Mahfouz, (59 in 1:04−cv−01923−GBD, 765 in 1:03−md−01570−GBD −FM) Waiver of Service filed by Estate of John P.O'Neill, Sr., (17 in 1:04−cv−01923−GBD, 488 in 1:03−md−01570−GBD −FM) Endorsed (2169 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (894 in 1:03−md−01570−GBD −FM, 92 in 1:04−cv−019 Reply Memorandum of Law in Support of Motion,,, filed by Al Haramain Islamic Foundation, Inc., Perouz Seda Gha 1:03−md−01570−GBD −FM) Reply Affidavit in Support of Motion filed by Saudi Binladin Group, Inc., (618 in 1:03−md−01570−GBD −FM) Endorsed Letter, (1274 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Oth Euro Brokers Inc., et al., Burnett Plaintiffs, World Trade Center Properties LLC, et al., (2013 in 1:03−md−01570− Order on Motion to Withdraw as Attorney,, (1136 in 1:03−md−01570−GBD −FM) FIRST MOTION to Withdraw (1 Statement, (1091) RICO Statement, (1079) RICO Statement, (1080) RICO Statement, (1081) RICO Statement, (1086) Statement, (1087) RICO Statement, (1088) RICO Statement, (1089) RICO Statement, (1090) RICO StatementFIRST Withdraw (1108) RICO Statement, (1091) RICO Statement, (1079) RICO Statement, (1080) RICO Statement, (1081) Statement, (1086) RICO Statement, (1087) RICO Statement, (1088) RICO Statement, (1089) RICO Statement, (1090) StatementFIRST MOTION to Withdraw (1108) RICO Statement, (1091) RICO Statement, (1079) RICO Statement, (1 Statement, (1081) RICO Statement, (1086) RICO Statement, (1087) RICO Statement, (1088) RICO Statement, (1089) Statement, (1090) RICO Statement filed by Estate of John P.O'Neill, Sr., (1155 in 1:03−md−01570−GBD −FM) RIC Statement filed by New York Marine and General Insurance Company, (2222 in 1:03−md−01570−GBD −FM) Decl Support of Motion filed by Sana−Bell, Inc., (1824 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposit Motion, filed by Burnett Plaintiffs, (346 in 1:03−md−01570−GBD −FM, 346 in 1:03−md−01570−GBD −FM, 346 1:03−md−01570−GBD −FM) Answer to Complaint, Third Party Complaint, Crossclaim filed by Muslim World Lea in 1:03−md−01570−GBD −FM) Stipulation and Order, (1487 in 1:03−md−01570−GBD −FM) Stipulation and Or in 1:04−cv−01923−GBD) Notice (Other) filed by Estate of John P.O'Neill, Sr., (325 in 1:03−md−01570−GBD −F Endorsement, (732 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Sami Omar Al−Hussayen, (2398 1:03−md−01570−GBD −FM) Notice of Change of Address filed by Cherif Sedky, (228 in 1:03−md−01570−GBD − of Appearance filed by Saudi Economic and Development Company, Mohammed Salim Bin Mahfouz, International Foundation, (1582 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Federal Insurance Comp Plaintiffs, (222 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Burnett Pla in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,,, filed by Burnett & Ashton Plaintif Plaintiffs, Barrera Plaintiffs, Salvo Plaintiffs, (1325 in 1:03−md−01570−GBD −FM) RICO Statement filed by Fede Insurance Company et al., Plaintiffs, (1253 in 1:03−md−01570−GBD −FM, 225 in 1:04−cv−01923−GBD) Memor Law in Opposition to Motion,, filed by Plaintiffs Executive Committees, (1953 in 1:03−md−01570−GBD −FM) Ord Motion for Extension of Time, (1696 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Mo Daral Maal Al Islami Trust, (319 in 1:04−cv−01923−GBD) Memorandum of Law in Opposition to Motion filed by John P.O'Neill, Sr., (1905 in 1:03−md−01570−GBD −FM, 1905 in 1:03−md−01570−GBD −FM) Stipulation and Motion and R&R Deadlines/Hearings,, (1296 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plain 1:03−md−01570−GBD −FM) Notice (Other) filed by DMI Administrative Services S.A., (946 in 1:03−md−01570− Order, (2364 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Jamal Barzinji, (1130 in 1:03−md−01570−G Clerk Certificate of Mailing, (401 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motio Naif Bin Abdulaziz Al Saud, (1300 in 1:03−md−01570−GBD −FM, 235 in 1:04−cv−01923−GBD) Reply Memoran in Support of Motion,, filed by Abdullah Bin Saleh Al−Obaid, (1273 in 1:03−md−01570−GBD −FM) Notice (Other) Euro Brokers Inc., et al., Burnett Plaintiffs, World Trade Center Properties LLC, et al., (556 in 1:03−md−01570−G 21 in 1:04−cv−01923−GBD) Reply Memorandum of Law in Support of Motion, filed by Yassin Abdullah Kadi, (234 1:04−cv−01923−GBD, 1299 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion,, fi Al−Hussayen, (2070 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Havlish Plaintiffs, (1045 in*

1:03−md−01570−GBD −FM) Stipulation and Order,, (432 in 1:04−cv−01923−GBD, 1911 in 1:03−md−01570−GI
Memorandum of Law in Opposition to Motion,,, filed by CO2e.com, LLC, Cantor Fitzgerald Securities, Port Authori
York & New Jersey, eSpeed Government Securities, Inc., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Euro
Fitzgerald Partners, Port Authority Trans−Hudson Corporation, Cantor Fitzgerald Brokerage, L.P., Cantor Fitzger
WTC Retail LLC, Cantor Index Limited, Cantor Fitzgerald, L.P., Cantor Fitzgerald International, eSpeed Securities,
in 1:03−md−01570−GBD −FM, 2216 in 1:03−md−01570−GBD −FM) Order, Set Deadlines/Hearings,, (1788 in
1:03−md−01570−GBD −FM) Stipulation and Order, (1726 in 1:03−md−01570−GBD −FM) Stipulation and Order
1:03−md−01570−GBD −FM) Notice of Appearance filed by Aradi, Inc., (1889 in 1:03−md−01570−GBD −FM) MO
Gina M. MacNeill, Esquire to Withdraw as Attorney of Record. filed by Estate of John P.O'Neill, Sr., (1109 in
1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed by DMI Administrative Servic
(138 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plaintiffs, (1 in 1:04−cv−01923−GBD) Comp
by C. I. O'Neill, C. O'Neill, Estate of John P.O'Neill, Sr., J. P. O'Neill, Jr., D. A. O'Neill, (1900 in 1:03−md−01570−
430 in 1:04−cv−01923−GBD) Order,, (746 in 1:03−md−01570−GBD −FM) Stipulation and Order, (1422 in
1:03−md−01570−GBD −FM, 298 in 1:04−cv−01923−GBD) Response in Support of Motion,, filed by Mushayt for
Company, Mohammed Ali Sayed Mushayt, (2266 in 1:03−md−01570−GBD −FM) Declaration in Support of Motion
Abdullah Al Faisal Bin Abdulaziz Al Saud, (465 in 1:04−cv−01923−GBD, 2237 in 1:03−md−01570−GBD −FM) No
Appearance filed by Saudi Joint Relief Committee, (845 in 1:03−md−01570−GBD −FM) Memorandum of Law in Su
Motion filed by Faisal Islamic Bank, (1420 in 1:03−md−01570−GBD −FM, 296 in 1:04−cv−01923−GBD) Respons
Support of Motion, filed by Adnan Basha, (898 in 1:03−md−01570−GBD −FM) RICO Statement filed by World Tra
Properties LLC, et al., (1607 in 1:03−md−01570−GBD −FM) Reply Affidavit in Support,, filed by Safa Trust, Mar−
Investments, Inc., Mohammed Jaghlit, African Muslim Agency, Grove Corporate, Inc., Sterling Management Group,
Sterling Charitable Gift Fund, International Institute of Islamic Thought, Ahmed Totonji, Reston Investments, Inc., M
Corporation, York Foundation, Heritage Education Trust, (123 in 1:04−cv−01923−GBD, 1004 in 1:03−md−01570−
−FM) Stipulation and Order,, (2003 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (60 in 1:03−md−0157
−FM) MOTION to Dismiss the Claims Against It in Plaintiffs' Fourth Amended Complaint. filed by International Ins
Islamic Thought, (2075 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by American Zurich In
Company, Northern Insurance Company of New York, Valiant Insurance Company, Maryland Casualty Company, Zu
American Insurance Company, Steadfast Insurance Company, Fidelity And Deposit Company of Maryland, Assuranc
of Amer, Colonial American Casualty and Surety Insurance Company, (1306 in 1:03−md−01570−GBD −FM, 237 in
1:04−cv−01923−GBD) Reply Memorandum of Law in Support of Motion,, filed by Adnan Basha, (1945 in
1:03−md−01570−GBD −FM) MOTION to Vacate Default Judgments. filed by Samir Salah, (1227 in 1:03−md−015
−FM) MOTION to Add Party(ies) Thomas E. Burnett, Sr., et al. Notice of Motion to Add Parties Pursuant to Federal
Civil Procedure 15(d). MOTION to Add Party(ies) Thomas E. Burnett, Sr., et al. Notice of Motion to Add Parties Pur
Federal Rule of Civil Procedure 15(d). MOTION to Add Party(ies) Thomas E. Burnett, Sr., et al. Notice of Motion to
Parties Pursuant to Federal Rule of Civil Procedure 15(d). filed by Burnett Plaintiffs, (2425 in 1:03−md−01570−GB
2425 in 1:03−md−01570−GBD −FM) Endorsed Letter, Set Hearings,, (2173 in 1:03−md−01570−GBD −FM) Decl
Support of Motion, filed by National Commercial Bank, (1585 in 1:03−md−01570−GBD −FM) Stipulation and Ord
Dismissal,,, (1160 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Estate of John P.O'Neill,
1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed by Abdullah Bin Saleh Al Oba
1:03−md−01570−GBD −FM) Memorandum & Opinion,,, (263 in 1:04−cv−01923−GBD) Notice (Other) filed by Es
John P.O'Neill, Sr., (1239 in 1:03−md−01570−GBD −FM) MOTION to Dismiss the Burnett actions. filed by DMI
Administrative Services S.A., (2259 in 1:03−md−01570−GBD −FM) Amended Complaint,,, filed by Hui Chien Chen
Jian, Hui−Chian Jian, Hui−Zon Jian, Judith Reiss, Christine Barton, Margaret Mauro, Pamela Schiele, Helen Rosen
Dwayne Collman, Gerald W. Bingham, Joanne M. Renzi, Rodney Ratchford, Ellen L. Saracini, Corazon Fernandez,
Havlish, Ralph Maerz, Jr., Frances M. Coffey, Alex Rowe, Joanne Lovett, Linda Panik, Diane Romero, Haomin Jian,
Paprocki, Ivy Moreno, Expedito C. Santillan, Christina Bane−Hayes, Ramon Melendez, William Coale, Loren Rosen
Krystyna Boryczewski, Chrislan Fuller Manuel, Ronald S. Sloan, Doyle Raymond Ward, Barry Russin, Roni Levine,
Bradkowski, Martina Lyne−Ann Panik, Michelle Dorf, Ann Marie Dorf, Robert Dorf, Joseph Dorf, and Linda Samm
Wright, Richard A. Caproni, Alice Carpeneto, Joyce Ann Rodak, Sandra Straub, Christine Papasso, Maureen R. Hal
Morris Dorf, Ed and Gloria Russin, Fu Mei Chien Huang, Joanne Rodak Gori, Tina Grazioso, Dolores Caproni, Joh
Regina Rodak, Maria Regina Merwin, Livia Chirchirillo, Grace Kneski, Michael Loguidice, Fiona Havlish, Esther S
Joslin Zeplin, Leonard and Leona Zeplin, Stephen L. Cartledge, Joan E. Tino, Donald Bane, Martin Panik, Patricia
Tara Bane, Vincent A. Ognibene, Jin Liu, Raymond Anthony Smith, Anne C. Saracini, Michael Boryczewski, Daniel
M.D., Julia Boryczewski, TheresaAnn Lostrangio, Clara Chirchirillo, George N. and Angela Stergiopoulos, Patricia
Christopher Caproni, Michael Caproni and Lisa Caproni, Russa Steiner, Paul Schertzer, Donald G. Havlish, Sr., Ka
Soulas, (1605 in 1:03−md−01570−GBD −FM) Notice of Appeal filed by Federal Insurance Company et al., Plaintif
1:03−md−01570−GBD −FM) MOTION to Dismiss and Memorandum of Law in Support of Motion to Dismiss and t
Service of Process. filed by Prince Bandar bin Sultan bin Abdulaziz, (1129 in 1:03−md−01570−GBD −FM) Clerk C
Mailing, (563 in 1:03−md−01570−GBD −FM) Order of Dismissal,,,,, (2149 in 1:03−md−01570−GBD −FM, 2149
1:03−md−01570−GBD −FM) Order, Terminate Motions,,,, (1138 in 1:03−md−01570−GBD −FM) RICO Statemen
Federal Insurance Company et al., Plaintiffs, (1064 in 1:03−md−01570−GBD −FM) Memorandum of Law in Oppos
Motion,, filed by Plaintiffs Executive Committees, (1208 in 1:03−md−01570−GBD −FM) Affidavit of Service Compl
by Federal Insurance Company et al., Plaintiffs, (160 in 1:03−md−01570−GBD −FM) Rule 7.1 Corporate Disclosu
Statement filed by Arab Bank, (1229 in 1:03−md−01570−GBD −FM) Affidavit in Support,, filed by Federal Insuran

*Company et al., Plaintiffs, (293 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed Plaintiffs, (907 in 1:03−md−01570−GBD −FM) RICO Statement filed by Euro Brokers Inc., et al., (1159 in 1:03−md−01570−GBD −FM) RICO Statement filed by Continental Casualty Company, (889 in 1:03−md−01570−G Memorandum of Law in Support, filed by DMI Administrative Services S.A., (335 in 1:04−cv−01923−GBD, 1501 in 1:03−md−01570−GBD −FM) Declaration in Support of Motion,, filed by Wamy International, Inc., World Assembly Youth, (2028 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Al Haramain Islamic Foundation, Inc., (1908 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion filed by Kathleen Ashton, (1124 in 1:03−md−01570−GBD −FM) RICO Statement filed by World Trade Center Properties LLC, et al., (168 in 1:04−cv−01923−GBD) RICO Statement filed by Estate of John P.O'Neill, Sr., (1616 in 1:03−md−01570−GBD −FM Memorandum of Law in Support of Motion,, filed by Burnett Plaintiffs, (361 in 1:04−cv−01923−GBD, 1558 in 1:03−md−01570−GBD −FM) Declaration in Opposition to Motion,, filed by Estate of John P.O'Neill, Sr., (543 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Kathleen Ashton, (70 in 1:03−md−01570−GBD −FM) Respon United States of America, (104 in 1:04−cv−01923−GBD) Notice of Appearance filed by Sercor Treuhand Anstalt, (1 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,, filed by Kathleen Ashton, (454 in 1:03−md−01570−GBD −FM) MOTION for Jason Dzubow to Appear Pro Hac Vice. filed by Muslim World League, 1:03−md−01570−GBD −FM) Endorsed Letter,,,, (207 in 1:04−cv−01923−GBD, 1204 in 1:03−md−01570−GBD − MOTION to Dismiss. filed by Abdullah Omar Naseef, (1970 in 1:03−md−01570−GBD −FM, 1970 in 1:03−md−015 −FM, 437 in 1:04−cv−01923−GBD, 437 in 1:04−cv−01923−GBD) Order, Set Deadlines/Hearings,,,, (376 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed by Prince Turki Al Faisal Al S in 1:03−md−01570−GBD −FM) Rule 26 Disclosure filed by Wael Jalaidan, (2083 in 1:03−md−01570−GBD −FM) Change of Address, filed by Estate of John P.O'Neill, Sr., (1401 in 1:03−md−01570−GBD −FM) Memorandum of L Support of Motion filed by Daral Maal Al Islami Trust, (477 in 1:04−cv−01923−GBD, 2269 in 1:03−md−01570−G Notice of Appearance filed by Dubai Islamic Bank, (1150 in 1:03−md−01570−GBD −FM) Reply Memorandum of L Support of Motion,, filed by Dubai Islamic Bank, (217 in 1:04−cv−01923−GBD, 1245 in 1:03−md−01570−GBD −F Memorandum of Law in Opposition to Motion,, filed by Plaintiffs Executive Committees, (1975 in 1:03−md−01570− 1975 in 1:03−md−01570−GBD −FM) Order, Set Deadlines/Hearings,,,,,, (221 in 1:04−cv−01923−GBD, 1249 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,, filed by Plaintiffs Executive Committe 1:04−cv−01923−GBD, 1200 in 1:03−md−01570−GBD −FM) Affidavit in Support of Motion,, filed by Shahir Abdul Batterjee, (1217 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Burnett Plaintiffs, (264 in 1:04−cv−01923−GBD) Notice (Other) filed by Estate of John P.O'Neill, Sr., (2190 in 1:03−md−01570−GBD −FM) filed by Bakr M Bin Laden, (389 in 1:03−md−01570−GBD −FM) Waiver of Service Executed filed by Federal Insur Company et al., Plaintiffs, (653 in 1:03−md−01570−GBD −FM) Endorsed Letter, (794 in 1:03−md−01570−GBD − Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs, (75 in 1:04−cv−0192 848 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Faisal Islamic Bank, (2338 in 1:03−md−01570− −FM) Stipulation and Order of Dismissal,,,, (253 in 1:04−cv−01923−GBD) Notice (Other), Notice (Other) filed by John P.O'Neill, Sr., (2399 in 1:03−md−01570−GBD −FM) Endorsed Letter, (899 in 1:03−md−01570−GBD −FM) Statement filed by Euro Brokers Inc., et al., (1485 in 1:03−md−01570−GBD −FM) Affidavit in Support filed by Kath Ashton, (98 in 1:04−cv−01923−GBD) Declaration in Support of Motion filed by Engelbert Schreiber, Jr, Schreiber Frank Zindel, Engelbert Schreiber, (1849 in 1:03−md−01570−GBD −FM) Order,, (40 in 1:03−md−01570−GBD − MOTION to Dismiss The Fourth Amended Consolidated Master Complaint in Ashton, et al. v. Al Qaeda Islamic, et a Mohammed Al Faisal Al Saud, (463 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (762 in 1:03−md−01570−G RICO Statement filed by Continental Casualty Company, (190 in 1:04−cv−01923−GBD, 1187 in 1:03−md−01570− Memorandum of Law in Support of Motion, filed by Safar Al−Hawali, (148 in 1:03−md−01570−GBD −FM) Notice filed by Salman Bin Abdulaziz Al Saud, (870 in 1:03−md−01570−GBD −FM, 85 in 1:04−cv−01923−GBD) Memora Law in Support,,, filed by Sulaiman Bin Abdul Aziz Al Rajhi, Suleiman Abdel Aziz Al Rajhi, (2183 in 1:03−md−0157 −FM, 455 in 1:04−cv−01923−GBD) Order,, (1153 in 1:03−md−01570−GBD −FM) RICO Statement filed by Euro Inc., et al., (1977 in 1:03−md−01570−GBD −FM) Endorsed Letter, (769 in 1:03−md−01570−GBD −FM) Endorsed (674 in 1:03−md−01570−GBD −FM) Certificate of Service Other,, filed by Estate of John P.O'Neill, Sr., (2356 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Al Haramain Islamic Foundation, Inc., (2053 in 1:03−md−01 −FM) Reply Memorandum of Law in Support of Motion, filed by Samir Salah, (295 in 1:03−md−01570−GBD −FM) to Dismiss or in the Alternative for a More Definite Statement. filed by Yassin Abdullah Al Kadi, (1746 in 1:03−md−01570−GBD −FM, 1746 in 1:03−md−01570−GBD −FM) Stipulation and Order, Set Motion and R&R Deadlines/Hearings,,,, (460 in 1:04−cv−01923−GBD, 2208 in 1:03−md−01570−GBD −FM) MOTION for Hugh D. Appear Pro Hac Vice. filed by Faisal Islamic Bank−Sudan, Faisal Islamic Bank, Faisal Islamic Bank (Sudan), (2365 1:03−md−01570−GBD −FM) Notice (Other) filed by Jamal Barzinji, (985 in 1:03−md−01570−GBD −FM, 985 in 1:03−md−01570−GBD −FM) Stipulation and Order, Set Motion and R&R Deadlines/Hearings,, (204 in 1:04−cv−01923−GBD, 1201 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Mohammed Ali Sayed (164 in 1:03−md−01570−GBD −FM) MOTION for Protective Order Notice of Motion and Memorandum in Suppor for Limited Appearance and to Move for a Protective Order. filed by Princess Haifa Al−Faisal, Prince Bandar bin S Kingdom of Saudi Arabia, (159 in 1:04−cv−01923−GBD) RICO Statement filed by Estate of John P.O'Neill, Sr., (12 1:03−md−01570−GBD −FM) Stipulation and Order, (546 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Plaintiffs, (1093 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (2277 in 1:03−md−01570−GBD −FM, 483 in 1:04−cv−01923−GBD) Order on Motion to Appear Pro Hac Vice, (2035 in 1:03−md−01570−GBD −FM) Endorsed Letter, (168 in 1:03−md−01570−GBD −FM) Declaration filed by Burnett*

*(370 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (2110 in 1:03−md−01570−GBD −FM) MOTION to l filed by National Commercial Bank, (2144 in 1:03−md−01570−GBD −FM) Notice of Voluntary Dismissal, filed by Underwriting, Ltd., (641 in 1:03−md−01570−GBD −FM) Endorsed Letter,,, (1868 in 1:03−md−01570−GBD −FM (Other) filed by Sana−Bell, Inc., (1284 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plaintiffs, (3 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed by Safa Trust, Mar−Jac Inves Inc., African Muslim Agency, Grove Corporate, Inc., Sterling Management Group, Inc., Sterling Charitable Gift Fun International Institute of Islamic Thought, Reston Investments, Inc., Mena Corporation, Sana−Bell, Inc., York Found Heritage Education Trust, (693 in 1:03−md−01570−GBD −FM) Endorsed Letter, (377 in 1:03−md−01570−GBD − Memorandum of Law in Support of Motion filed by Sultan Bin Abdulaziz Al Saud, (2047 in 1:03−md−01570−GBD − Request to Enter Default,, filed by Havlish Plaintiffs, (600 in 1:03−md−01570−GBD −FM) Notice of Appearance fil Bin Abdulaziz Al Saud, (471 in 1:04−cv−01923−GBD, 2252 in 1:03−md−01570−GBD −FM) Order,,,, (1497 in 1:03−md−01570−GBD −FM, 331 in 1:04−cv−01923−GBD) Declaration in Support of Motion,,, filed by Estate of J P.O'Neill, Sr., (266 in 1:03−md−01570−GBD −FM) MOTION to Stay Proceedings. filed by Al Haramain Foundatio Aqeel, (701 in 1:03−md−01570−GBD −FM) RICO Statement, filed by World Trade Center Properties LLC, et al., (9 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Salman Bin Abdulaziz Al Saud Abdulaziz Al Saud, (18 in 1:03−md−01570−GBD −FM) MDL Transfer In,, (384 in 1:04−cv−01923−GBD) Notice ( by Estate of John P.O'Neill, Sr., (1384 in 1:03−md−01570−GBD −FM) MOTION for David P. Donovan to Withdra Attorney. filed by Mohammed Al Faisal Al Saud, (513 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law of Motion, filed by Addullah Al Faisal Abdulaziz Al Saud, Alfaisaliah Group, Faisal Group Holding Co., (2361 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Al Haramain Islamic Foundation, Inc., (1206 in 1:03−md−01 −FM, 209 in 1:04−cv−01923−GBD) Affidavit in Support of Motion,, filed by Abdullah Omar Naseef, (2429 in 1:03−md−01570−GBD −FM) Rule 26 Disclosure filed by Plaintiffs Executive Committees, (434 in 1:03−md−0157( −FM) Endorsed Letter, (126 in 1:03−md−01570−GBD −FM, 126 in 1:03−md−01570−GBD −FM) Endorsed Letter Deadlines,, (1805 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Euro Brokers Inc., et al., World Trade Ce Properties LLC, et al., (1794 in 1:03−md−01570−GBD −FM) Notice of Change of Address filed by Prince Mohame Al−Saud, (458 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,, filed by Federal Ins Company et al., Plaintiffs, (782 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, S 1:04−cv−01923−GBD) RICO Statement filed by Estate of John P.O'Neill, Sr., (1149 in 1:03−md−01570−GBD −FM in Opposition to Motion,,, filed by Euro Brokers Inc., et al., Burnett Plaintiffs, Federal Insurance Company et al., Pla World Trade Center Properties LLC, et al., Kathleen Ashton, Continental Casualty Company, Cantor Fitzgerald & C of John P.O'Neill, Sr., New York Marine and General Insurance Company, (2024 in 1:03−md−01570−GBD −FM) ( (1935 in 1:03−md−01570−GBD −FM) Order on Motion to Withdraw as Attorney, (507 in 1:03−md−01570−GBD − Affidavit in Opposition to Motion,, filed by Burnett Plaintiffs, (651 in 1:03−md−01570−GBD −FM) Affidavit in Opp Motion, filed by Federal Insurance Company et al., Plaintiffs, (287 in 1:04−cv−01923−GBD) MOTION to Dismiss N Motion. filed by World Assembly of Muslim Youth, (1218 in 1:03−md−01570−GBD −FM) RICO Statement filed by I Brokers Inc., et al., (275 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion filed by Bu Plaintiffs, (1387 in 1:03−md−01570−GBD −FM) Declaration in Support, filed by Ibrahim Bin Abdul Aziz Al Ibrahi Foundation, (694 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (702 in 1:03−md−01570−GBD −FM) RICO Statement, filed by World Trade Center Properties LLC, et al., (1752 in 1:03−md−01570−GBD −FM) Order, (65 in 1:03−md−01570−GBD −FM, 65 in 1:03−md−01570−GBD −FM) End Letter, Set Deadlines,, (936 in 1:03−md−01570−GBD −FM) RICO Statement, filed by Port Authority of New York & Jersey, Cantor Fitzgerald & Co., (2161 in 1:03−md−01570−GBD −FM) Declaration in Opposition to Motion, filed Commercial Bank, (204 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed by Investment and Development Corporation, Saleh Abdullah kamel, (1760 in 1:03−md−01570−GBD −FM) Memorand in Support of Motion,, filed by Abdullah Bin Khalid Al−Thani, (9 in 1:04−cv−01923−GBD) MOTION for Extension Serve Summons. filed by C. O'Neill, (307 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insuran Company et al., Plaintiffs, (326 in 1:04−cv−01923−GBD, 1492 in 1:03−md−01570−GBD −FM) Declaration in Op Motion,, filed by Estate of John P.O'Neill, Sr., (96 in 1:03−md−01570−GBD −FM) MOTION to Dismiss for Lack of Jurisdiction the Third Amended Complaint (Burnett). MOTION to Dismiss for Lack of Jurisdiction the Third Amende Complaint (Burnett). filed by Abdul Rahman Al Swailem, (484 in 1:03−md−01570−GBD −FM) Notice of Appearanc Christine Irene O'Neill, Carol O'Neill, Dorothy A. O'Neill, John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr., (1 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by Sultan Bin Abdulaziz Al Saud, (21 1:03−md−01570−GBD −FM) Declaration in Support of Motion filed by National Commercial Bank, (303 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by Yousef Jameel, (1020 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,,,,, filed by Port Authority of New York Jersey, Cantor Fitzgerald & Co., (579 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance al., Plaintiffs, (911 in 1:03−md−01570−GBD −FM) Order,, (1872 in 1:03−md−01570−GBD −FM) Reply Memorar Law in Support of Motion,, filed by Ahmed Zaki Yamani, (785 in 1:03−md−01570−GBD −FM) Stipulation and Orde 1:03−md−01570−GBD −FM, 375 in 1:04−cv−01923−GBD) Memorandum of Law in Support of Motion,, filed by A Islamic Bank, (249 in 1:03−md−01570−GBD −FM) MOTION to Dismiss First Amended Complaint. filed by Mohan Faisal Al Saud, (1569 in 1:03−md−01570−GBD −FM) 30/60 Days Amended Complaint,, filed by Christine Irene O' O'Neill, Dorothy A. O'Neill, John Patrick O'Neill, Jr., (487 in 1:04−cv−01923−GBD) Answer to Amended Complair Dubai Islamic Bank, (2405 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Executive Committees, (2021 in 1:03−md−01570−GBD −FM) Order, (63 in 1:03−md−01570−GBD −FM) Memo*

*Endorsement, (163 in 1:04−cv−01923−GBD) RICO Statement filed by Estate of John P.O'Neill, Sr., (1695 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed by Daral Maal Al Islami Trust, 1:03−md−01570−GBD −FM) Declaration in Support of Motion filed by Abdullah Al Faisal Bin Abdulaziz AlSaud, ( 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by Abdul Hamid Abu Sulayman, (192 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed by Jamal Barzinji, (2357 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Perouz Seda Ghaty, (649 in 1:03−md−01570−GBD −FM) M( (FILED ON SERVICE DATE) for Thomas M. Melsheimer, Matthew E. Yarbrough, and John M. Helms to Appear Pro MOTION (FILED ON SERVICE DATE) for Thomas M. Melsheimer, Matthew E. Yarbrough, and John M. Helms to A Hac Vice. filed by Omar Sulaiman Al−Rajhi, Abdullah Salaiman Al−Rajhi, Sulaiman Bin Abdul Aziz Al Rajhi, Khalid Al−Rajhi, Saleh Abdul Aziz Al Rajhi, (1431 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Aradi, Inc., (584 1:03−md−01570−GBD −FM) RICO Statement filed by Port Authority of New York & New Jersey, Cantor Fitzgerald (2350 in 1:03−md−01570−GBD −FM) Answer to Amended Complaint,,, filed by Al Haramain Islamic Foundation, 1:04−cv−01923−GBD) Declaration in Support of Motion, filed by Estate of John P.O'Neill, Sr., (608 in 1:03−md−0 −FM) Stipulation and Order, (391 in 1:03−md−01570−GBD −FM) Waiver of Service Executed filed by Federal Ins Company et al., Plaintiffs, (1207 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Comp Plaintiffs, (2231 in 1:03−md−01570−GBD −FM) Notice of Change of Address,, filed by CO2e.com, LLC, Cantor Fi Securities, Espeed, Inc., eSpeed Government Securities, Inc., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald E Cantor Fitzgerald Partners, TradeSpark, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald & Co., Cantor Limited, Cantor Fitzgerald, L.P., Cantor Fitzgerald International, eSpeed Securities, Inc., (610 in 1:03−md−01570− −FM) Stipulation and Order,, (752 in 1:03−md−01570−GBD −FM, 52 in 1:04−cv−01923−GBD) Clerk Certificate Mailing,,, (1146 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,,, filed by Euro Bro al., Burnett Plaintiffs, Federal Insurance Company et al., Plaintiffs, World Trade Center Properties LLC, et al., Kath Ashton, Continental Casualty Company, Cantor Fitzgerald & Co., Estate of John P.O'Neill, Sr., New York Marine an Insurance Company, (690 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (805 in 1:03−md−01570−GBD −FM) Statement filed by Estate of John P.O'Neill, Sr., (237 in 1:03−md−01570−GBD −FM) Memorandum of Law in Oppo Motion filed by Kathleen Ashton, (344 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (349 in 1:04−cv−01923− Answer to Amended Complaint, filed by Muslim World League, (1278 in 1:03−md−01570−GBD −FM) Notice (Othe Euro Brokers Inc., et al., Burnett Plaintiffs, World Trade Center Properties LLC, et al., (1601 in 1:03−md−01570−C 371 in 1:04−cv−01923−GBD) Reply Memorandum of Law in Support of Motion,, filed by Ibrahim Bin Abdulaziz Al (246 in 1:03−md−01570−GBD −FM) MOTION to Withdraw (165) MOTION for Protective Order Notice of Motion Memorandum in Support of Motion for Limited Appearance and to Move for a Protective Order.. MOTION to Withdr MOTION for Protective Order Notice of Motion and Memorandum in Support of Motion for Limited Appearance and for a Protective Order.. filed by The Royal Embassy of Saudi Arabia, Abdul Rahman I. Al−Noah, Princess Haifa Al− Ahmed A. Kattan, Prince Bandar bin Sultan bin Abdulaziz, (257 in 1:03−md−01570−GBD −FM) Rule 7.1 Corporat Disclosure Statement filed by International Development Foundation, (270 in 1:04−cv−01923−GBD) Notice (Other) Estate of John P.O'Neill, Sr., (508 in 1:03−md−01570−GBD −FM) Endorsed Letter, (2316 in 1:03−md−01570−GE Memorandum of Law in Support of Motion, filed by Cherif Sedky, (2165 in 1:03−md−01570−GBD −FM) Notice (Ot Notice (Other) filed by National Commercial Bank, (1292 in 1:03−md−01570−GBD −FM) Notice (Other) filed by E Brokers Inc., et al., Burnett Plaintiffs, World Trade Center Properties LLC, et al., (390 in 1:03−md−01570−GBD − of Service Executed filed by Federal Insurance Company et al., Plaintiffs, (84 in 1:03−md−01570−GBD −FM) MOT Dismiss for Lack of Jurisdiction the Third Amended Complaint (Burnett). filed by Sheik Salman Al−Oawdah, (248 in 1:04−cv−01923−GBD) Notice (Other) filed by Estate of John P.O'Neill, Sr., (2015 in 1:03−md−01570−GBD −FM) Motion to Vacate, (2107 in 1:03−md−01570−GBD −FM) Reply, filed by Burnett & Ashton Plaintiffs, (1831 in 1:03−md−01570−GBD −FM) Reply, filed by Sanabel Al−Kheer, Inc., Al Shamal Islamic Bank, Tadamon Islamic Ba in 1:03−md−01570−GBD −FM) Stipulation and Order, (1663 in 1:03−md−01570−GBD −FM) Reply Memorandum Support of Motion filed by Daral Maal Al Islami Trust, (2140 in 1:03−md−01570−GBD −FM) Brief filed by All Def (1276 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Euro Brokers Inc., et al., Burnett Plaintiffs, World Tr Properties LLC, et al., (1027 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed Omar Al−Hussayen, (208 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plaintiffs, (590 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed by Islamic Investment Compan Gulf (Sharjah), (978 in 1:03−md−01570−GBD −FM) MOTION for Leave to File Motion to Dismiss Out of Time. fil Dallah Al Baraka Group LLC, (1857 in 1:03−md−01570−GBD −FM, 1857 in 1:03−md−01570−GBD −FM) Stipul Order, Set Deadlines/Hearings,,,, (200 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of M by International Islamic Relief Organization(IIRO), (408 in 1:04−cv−01923−GBD, 1732 in 1:03−md−01570−GBD Memorandum of Law in Opposition to Motion,, filed by Plaintiffs Executive Committees, (1579 in 1:03−md−01570− Memorandum of Law in Opposition to Motion,,, filed by Plaintiffs Executive Committees, (813 in 1:03−md−01570−( Notice (Other) filed by Euro Brokers Inc., et al., Burnett Plaintiffs, World Trade Center Properties LLC, et al., (1720 1:03−md−01570−GBD −FM) MOTION to Strike Document No. (1665) Declaration of Jean−Charles Brisard, Affida Carmen Bin Ladin, and Statement of Guillaume Dasquie. MOTION to Strike Document No. (1665) Declaration of Je Brisard, Affidavit of Carmen Bin Ladin, and Statement of Guillaume Dasquie. MOTION to Strike Document No. (166 Declaration of Jean−Charles Brisard, Affidavit of Carmen Bin Ladin, and Statement of Guillaume Dasquie. filed by Binladin, (821 in 1:03−md−01570−GBD −FM) Stipulation and Order, (1884 in 1:03−md−01570−GBD −FM) Rep Memorandum of Law in Support of Motion filed by Sana−Bell, Inc., (363 in 1:03−md−01570−GBD −FM) Memorar Law in Opposition to Motion, filed by All Plaintiffs, (417 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Nc*

*Commercial Bank, (2098 in 1:03−md−01570−GBD −FM) Response filed by Saudi Binladin Group, Inc., (308 in 1:04−cv−01923−GBD) Memorandum of Law in Support of Motion, filed by Saleh Abdullah Kamel, Al Baraka Inves Development Corporation, Dallah Al Baraka Group LLC, (1942 in 1:03−md−01570−GBD −FM, 1942 in 1:03−md−01570−GBD −FM) Order on Motion for Reconsideration,,, (38 in 1:03−md−01570−GBD −FM) Memor Law in Support of Motion filed by Sami Omar Al−Hussayen, (391 in 1:04−cv−01923−GBD) Declaration in Support filed by Yassin Abdullah Kadi, (744 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, Federal Insurance Company et al., Plaintiffs, (1090 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate P.O'Neill, Sr., (408 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plaintiffs, (1466 in 1:03−md−0 −FM) Stipulation and Order,,,, (891 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Soliman H.S. Al−Buth 1:03−md−01570−GBD −FM) MOTION for Jay D. Hanson and Christopher J. Beal to Appear Pro Hac Vice. filed b Trust, Mar−Jac Investments, Inc., African Muslim Agency, Jamal Barzinji, Muhammad Ashraf, Taha Jaber Al−Alwa Corporate, Inc., Sterling Management Group, Inc., Sterling Charitable Gift Fund, International Institute of Islamic T Yaqub Mirza, Reston Investments, Inc., M. Omar Ashraf, Sana−Bell, Inc., Heritage Education Trust, Iqbal Unus (Yu in 1:04−cv−01923−GBD, 2313 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion,, Dubai Islamic Bank, (427 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Federal Insurance Company et a (175 in 1:04−cv−01923−GBD) RICO Statement filed by Estate of John P.O'Neill, Sr., (403 in 1:03−md−01570−GB Memorandum of Law in Opposition to Motion, filed by All Plaintiffs, (1224 in 1:03−md−01570−GBD −FM) Endors (602 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Burnett Plaintiffs, (1483 in 1:03−md−01570−GBD −FM) CONSENT MOTION for Extension of Time to File Answer to Federal Insurance Com by Wa'el Jalaidan, (972 in 1:03−md−01570−GBD −FM, 112 in 1:04−cv−01923−GBD) Memorandum of Law in O Motion,, filed by Al Rajhi Bank, (161 in 1:04−cv−01923−GBD) RICO Statement filed by Estate of John P.O'Neill, S 1:04−cv−01923−GBD, 1196 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion, filed by Basha, (1470 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by Taha Jaber Al−A in 1:03−md−01570−GBD −FM) Affidavit in Opposition to Motion filed by All Plaintiffs, (944 in 1:03−md−01570− RICO Statement filed by World Trade Center Properties LLC, et al., (436 in 1:04−cv−01923−GBD) Notice of Case Assignment/Reassignment, (2128 in 1:03−md−01570−GBD −FM) MOTION for Mark E. gottlieb, William H. Pillsb J. McMullen to Appear Pro Hac Vice. filed by Christine Irene O'Neill, Carol O'Neill, Dorothy A. O'Neill, John Patri Jr., C. O'Neill, (1669 in 1:03−md−01570−GBD −FM) Stipulation and Order, (1999 in 1:03−md−01570−GBD −F Stipulation and Order, (99 in 1:03−md−01570−GBD −FM) MOTION to Dismiss for Lack of Jurisdiction the Third Complaint (Burnett). filed by Saudi Red Crescent, (1797 in 1:03−md−01570−GBD −FM) Default Judgment, (1644 1:03−md−01570−GBD −FM) MOTION to Dismiss Ashton, Federal Insurance, World Trade Center, Continental C Euro Brokers, New York Marine, and Burnett (5738) Complaints. MOTION to Dismiss Ashton, Federal Insurance, W Center, Continental Casualty, Euro Brokers, New York Marine, and Burnett (5738) Complaints. MOTION to Dismis Federal Insurance, World Trade Center, Continental Casualty, Euro Brokers, New York Marine, and Burnett (5738) Complaints. filed by Omar M. Bin Laden, Tarek M. Bin Laden, Saudi Binladin International Company, Mohamed Bi Organization (SBG), Bakr M Bin Laden, (2058 in 1:03−md−01570−GBD −FM) Order, (957 in 1:03−md−01570− Affidavit in Support of Motion,, filed by Dubai Islamic Bank, (35 in 1:03−md−01570−GBD −FM) Memo Endorseme 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed by Mohammed Al Faisal Al Sa 1:03−md−01570−GBD −FM) RICO Statement filed by New York Marine and General Insurance Company, (2283 i 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Saudi Binladin Group, Inc., (2189 in 1:03−md−01570− −FM) Suggestion of Death filed by Khaled Bin Mahfouz, (1108 in 1:03−md−01570−GBD −FM) RICO Statement fil Estate of John P.O'Neill, Sr., (1413 in 1:03−md−01570−GBD −FM) MOTION to Dismiss Declaration of Ally Hack. Council on American−Islamic Relations (CAIR), (1776 in 1:03−md−01570−GBD −FM, 416 in 1:04−cv−01923−G Memorandum of Law in Support of Motion,, filed by Al Shamal Islamic Bank, (1199 in 1:03−md−01570−GBD −FM 1:04−cv−01923−GBD) Memorandum of Law in Support of Motion,, filed by Shahir Abdulraoof Batterjee, (938 in 1:03−md−01570−GBD −FM) Notice of Appearance filed by Asat Trust Reg., (514 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion, filed by Alfaisaliah Group, Faisal Group Holding Co., Abdullah Al Fais Abdulaziz AlSaud, (1112 in 1:03−md−01570−GBD −FM) Stipulation and Order,,, (2270 in 1:03−md−01570−GBD in 1:04−cv−01923−GBD) MOTION for Certificate of Appealability Pursuant to 28 U.S.C. Section 1292(b), certifyin immediate appeal from this Court's June 17, 2010 Order denying DIB's Motion to Dismiss. MOTION for Certificate Appealability Pursuant to 28 U.S.C. Section 1292(b), certifying immediate appeal from this Court's June 17, 2010 O denying DIB's Motion to Dismiss. filed by Dubai Islamic Bank, (664 in 1:03−md−01570−GBD −FM) RICO Stateme Estate of John P.O'Neill, Sr., (36 in 1:03−md−01570−GBD −FM) MOTION for More Definite Statement. filed by S Al−Hussayen, (2265 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Al Baraka Investment and Deve Corporation, (1434 in 1:03−md−01570−GBD −FM, 303 in 1:04−cv−01923−GBD) Memorandum of Law in Suppor Motion,,, filed by Safa Trust, Mar−Jac Investments, Inc., African Muslim Agency, Grove Corporate, Inc., Sterling M Group, Inc., Sterling Charitable Gift Fund, International Institute of Islamic Thought, Reston Investments, Inc., Men Corporation, York Foundation, Heritage Education Trust, (1747 in 1:03−md−01570−GBD −FM) Endorsed Letter,, 1:03−md−01570−GBD −FM) JOINT MOTION for Extension of Time Stipulation Extending Time For Saudi Americ File Reply Papers In Support Of Its Motion To Dismiss. filed by Federal Insurance Company et al., Plaintiffs, (834 i 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by Faisal Islamic Bank, (1639 in 1:03−md−01570−GBD −FM, 383 in 1:04−cv−01923−GBD) Memorandum of Law in Opposition to Motion,, filed b John P.O'Neill, Sr., (302 in 1:03−md−01570−GBD −FM) MOTION to Dismiss Burnett (DC). filed by Yousef Jamee 1:03−md−01570−GBD −FM) Stipulation and Order, (1555 in 1:03−md−01570−GBD −FM) RICO Statement filed*

*Insurance Company et al., Plaintiffs, (1680 in 1:03−md−01570−GBD −FM) Notice of Appeal, filed by Transportatio Insurance Company, Transcontinental Insurance Company, American Casualty Company of Reading, Pennsylvania, Forge Insurance Company, Continental Casualty Company, National Fire Insurance Company of Hartford, (1650 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed by DMI Administrative Servic (1173 in 1:03−md−01570−GBD −FM) RICO Statement filed by Continental Casualty Company, (395 in 1:04−cv−01923−GBD, 1690 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (2372 in 1:03−md−01570−C Answer to Complaint filed by Wamy International, Inc., World Assembly of Muslim Youth, (573 in 1:03−md−01570− −FM) Notice (Other) filed by Federal Insurance Company et al., Plaintiffs, (644 in 1:03−md−01570−GBD −FM) St and Order, (1657 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed by DMI Administrative Services S.A., (1960 in 1:03−md−01570−GBD −FM) Notice (Other) filed by New York Marine and C Insurance Company, (1042 in 1:03−md−01570−GBD −FM) Stipulation and Order, (347 in 1:03−md−01570−GBD MOTION to Dismiss. filed by Addullah Al Faisal Abdulaziz Al Saud, Alfaisaliah Group, Faisal Group Holding Co., M Bin Abdulrahman Al Ariefy, (2198 in 1:03−md−01570−GBD −FM) MOTION to Withdraw Darin J. McMullen, Mar Gottlieb and William H. Pillsbury As Attorneys of Record. filed by C. O'Neill, (242 in 1:03−md−01570−GBD −FM) for Max Huffman to Appear Pro Hac Vice. filed by Saudi High Commission, (191 in 1:03−md−01570−GBD −FM) C Admitting Attorney Pro Hac Vice, (1065 in 1:03−md−01570−GBD −FM) Affirmation in Opposition to Motion,, filed Plaintiffs Executive Committees, (425 in 1:03−md−01570−GBD −FM) MOTION to Strike (407) Memorandum of La Oppisition to Motion,, (408) Notice (Other), (275) Memorandum of Law in Oppisition to Motion, (277) Memorandun Oppisition to Motion,,, (281) Memorandum of Law in Oppisition to Motion,, (403) Memor MOTION to Strike (407) Memorandum of Law in Oppisition to Motion,, (408) Notice (Other), (275) Memorandum of Law in Oppisition to Mo Memorandum of Law in Oppisition to Motion,,, (281) Memorandum of Law in Oppisition to Motion,, (403) Memor M Strike (407) Memorandum of Law in Oppisition to Motion,, (408) Notice (Other), (275) Memorandum of Law in Opp Motion, (277) Memorandum of Law in Oppisition to Motion,,, (281) Memorandum of Law in Oppisition to Motion,, ( Memor MOTION to Strike (407) Memorandum of Law in Oppisition to Motion,, (408) Notice (Other), (275) Memora Law in Oppisition to Motion, (277) Memorandum of Law in Oppisition to Motion,,, (281) Memorandum of Law in Op Motion,, (403) Memor filed by Shahir Abdulraoof Batterjee, Saleh Al−Hussayen, Sheik Hamad Al−Husaini, Saudi Re Salman Al−Ouda, Safar Al−Hawali, (1703 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insura Company et al., Plaintiffs, (88 in 1:03−md−01570−GBD −FM) MOTION (FILED ON SERVICE DATE) for Matthew Kirtland to Appear Pro Hac Vice. filed by Nimir Petroleum LLC, (1395 in 1:03−md−01570−GBD −FM) Notice (Oth Soliman H.S. Al−Buthe, (400 in 1:04−cv−01923−GBD, 1715 in 1:03−md−01570−GBD −FM) Memorandum of Law Support of Motion,, filed by Estate of John P.O'Neill, Sr., (292 in 1:04−cv−01923−GBD, 1416 in 1:03−md−01570− Response in Support of Motion,, filed by Abdullah Muhsen Al Turki, (321 in 1:04−cv−01923−GBD, 1473 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by DMI Administrative Services S.A., 1:03−md−01570−GBD −FM) MOTION for Sanctions Pursuant to Rule 11. filed by Taha Jaber Al−Alwani, (527 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (2363 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Jam (1843 in 1:03−md−01570−GBD −FM) Notice of Change of Address,, filed by CO2e.com, LLC, Cantor Fitzgerald Se Port Authority of New York & New Jersey, Espeed, Inc., eSpeed Government Securities, Inc., Cantor Fitzgerald Asso Cantor Fitzgerald Europe, Cantor Fitzgerald Partners, Port Authority Trans−Hudson Corporation, Cantor Fitzgera Brokerage, L.P., Cantor Fitzgerald & Co., Cantor Index Limited, Cantor Fitzgerald, L.P., Cantor Fitzgerald Interna eSpeed Securities, Inc., (56 in 1:03−md−01570−GBD −FM) MOTION to Dismiss., (285 in 1:03−md−01570−GBD Notice (Other), Notice (Other) filed by Burnett Plaintiffs, (247 in 1:04−cv−01923−GBD) Notice (Other) filed by Esta P.O'Neill, Sr., (2009 in 1:03−md−01570−GBD −FM) Order, (1621 in 1:03−md−01570−GBD −FM) Stipulation an (100 in 1:04−cv−01923−GBD) Declaration in Support of Motion filed by Engelbert Schreiber, Jr, Schreiber & Zind Zindel, Engelbert Schreiber, (299 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Yousef Jameel, (81 1:03−md−01570−GBD −FM) RICO Statement, filed by Federal Insurance Company et al., Plaintiffs, (1679 in 1:03−md−01570−GBD −FM) Memorandum of Law, filed by Federal Insurance Company et al., Plaintiffs, (1851 in 1:03−md−01570−GBD −FM) Notice of Change of Address, filed by Cantor Fitzgerald & Co., (83 in 1:03−md−015 −FM) MOTION to Dismiss for Lack of Jurisdiction the Third Amended Complaint (Burnett). filed by Saleh Al−Husse in 1:03−md−01570−GBD −FM) Notice (Other) filed by Federal Insurance Company et al., Plaintiffs, (482 in 1:03−md−01570−GBD −FM) Notice of Appearance filed by Christine Irene O'Neill, Carol O'Neill, Dorothy A. O'Ne Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr., (2203 in 1:03−md−01570−GBD −FM) Declaration in Support of by Sanabel Al−Kheer, Inc., (374 in 1:03−md−01570−GBD −FM) MOTION to Dismiss and Memorandum of Law in Motion to Dismiss. filed by The Kingdom of Saudi Arabia, (1426 in 1:03−md−01570−GBD −FM) Notice (Other), No (Other) filed by Safa Trust, Mena Investments, Mar−Jac Investments, Inc., Mohammed Jaghlit, African Muslim Agen Corporate, Inc., Sterling Management Group, Inc., Sterling Charitable Gift Fund, International Institute of Islamic T Ahmed Totonji, Reston Investments, Inc., York Foundation, Heritage Education Trust, (1062 in 1:03−md−01570−GI Reply Memorandum of Law in Support of Motion,, filed by Faisal Islamic Bank, (901 in 1:03−md−01570−GBD −FM Stipulation and Order, (109 in 1:04−cv−01923−GBD) RICO Statement filed by Estate of John P.O'Neill, Sr., (599 in 1:03−md−01570−GBD −FM) Notice of Appearance filed by Naif Bin Abdulaziz Al Saud, (667 in 1:03−md−01570− RICO Statement filed by Estate of John P.O'Neill, Sr., (1659 in 1:03−md−01570−GBD −FM) Declaration in Suppor Motion,, filed by Yassin Abdullah Kadi, (695 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insu Company et al., Plaintiffs, (1597 in 1:03−md−01570−GBD −FM) Stipulation and Order, (367 in 1:03−md−01570− −FM) MOTION to Strike Portions of Federal Plaintiffs' Opposition Brief (Dkt. No. 315). MOTION to Strike Portions Plaintiffs' Opposition Brief (Dkt. No. 315). filed by Safa Trust, Mar−Jac Investments, Inc., African Muslim Agency, C*

*Corporate, Inc., Sterling Management Group, Inc., Sterling Charitable Gift Fund, International Institute of Islamic T Reston Investments, Inc., Mena Corporation, Sana−Bell, Inc., York Foundation, Heritage Education Trust, (1297 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plaintiffs, (552 in 1:03−md−01570−GBD −FM) Stipu Order of Dismissal, (1636 in 1:03−md−01570−GBD −FM) Notice of Appeal filed by All Plaintiffs, (167 in 1:03−md−01570−GBD −FM) Endorsed Letter, (351 in 1:04−cv−01923−GBD, 1542 in 1:03−md−01570−GBD −F Memorandum of Law in Support of Motion,, filed by Jamal Barzinji, (463 in 1:04−cv−01923−GBD, 2233 in 1:03−md−01570−GBD −FM) MOTION to Strike Document No. [MDL 2232]. filed by Plaintiffs Executive Committe in 1:03−md−01570−GBD −FM, 281 in 1:04−cv−01923−GBD) Declaration in Support,, filed by Ibrahim Bin Abdul Ibrahim Foundation, (1779 in 1:03−md−01570−GBD −FM) Response in Opposition to Motion,,, filed by Euro Brok al., Burnett Plaintiffs, Federal Insurance Company et al., Plaintiffs, World Trade Center Properties LLC, et al., Cont Casualty Company, New York Marine and General Insurance Company, (2223 in 1:03−md−01570−GBD −FM) MC Nancy Luque to Withdraw as Attorney. filed by Sana−Bell, Inc., Sanabel Al Kheer, Inc., (2253 in 1:03−md−01570−( Order, (1810 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Euro Brokers Inc., et al., World Trade Center LLC, et al., (2087 in 1:03−md−01570−GBD −FM) MOTION for Marc D. Powers to Withdraw as Attorney. filed by Republic of Iraq, Republic of Iraq, (1920 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of filed by Jamal Barzinji, (254 in 1:04−cv−01923−GBD) Notice (Other) filed by Estate of John P.O'Neill, Sr., (423 in 1:04−cv−01923−GBD, 1845 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,, filed Maal Al Islami Trust, DMI Administrative Services S.A., (1339 in 1:03−md−01570−GBD −FM) Notice (Other) filed of John P.O'Neill, Sr., (430 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Federal Insurance Company et Plaintiffs, (2254 in 1:03−md−01570−GBD −FM) Notice of Change of Address filed by Mar−Jac Poultry Inc, (970 in 1:03−md−01570−GBD −FM) RICO Statement filed by World Trade Center Properties LLC, et al., (2321 in 1:03−md−01570−GBD −FM) Answer to Amended Complaint,,, filed by Sana−Bell, Inc., (825 in 1:03−md−01570− Notice of Voluntary Dismissal − Signed, (1835 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed Abdulraoof Batterjee, Saleh Al−Hussayen, Talal Mohammed Badkook, Abdullah Omar Naseef, Sheik Hamad Al−Hu Red Crescent, Mushayt for Trading Company, Abdullah Muhsen Al Turki, Abdullah Bin Saleh Al Obaid, Adnan Bash Mohammed Ali Sayed Mushayt, M.M. Badkook Co. for Catering & Trading, Sheik Salman Al−Oawdah, Abdul Rahm Swailem, Safar Al−Hawali, (1537 in 1:03−md−01570−GBD −FM) Answer to Complaint filed by Wa'el Hamza Jala in 1:04−cv−01923−GBD) Notice (Other) filed by Estate of John P.O'Neill, Sr., (439 in 1:04−cv−01923−GBD, 1994 1:03−md−01570−GBD −FM) Order, (2433 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of M by Havlish Plaintiffs, (2037 in 1:03−md−01570−GBD −FM) Endorsed Letter,,, (1414 in 1:03−md−01570−GBD −F 1:04−cv−01923−GBD) Response in Support of Motion, filed by Sheik Hamad Al−Husaini, (1327 in 1:03−md−0157 −FM) Notice (Other) filed by Federal Insurance Company et al., Plaintiffs, (300 in 1:03−md−01570−GBD −FM) D in Support filed by Yousef Jameel, (1238 in 1:03−md−01570−GBD −FM) Affidavit of Service Complaints filed by K Ashton, (1633 in 1:03−md−01570−GBD −FM, 380 in 1:04−cv−01923−GBD) Reply Memorandum of Law in Suppo Motion,, filed by Council on American−Islamic Relations (CAIR), (268 in 1:03−md−01570−GBD −FM) Reply to Re Motion filed by Islamic Assembly of North America, (1468 in 1:03−md−01570−GBD −FM) MOTION to Dismiss No Motion. filed by Taha Jaber Al−Alwani, (500 in 1:04−cv−01923−GBD) Notice (Other) filed by Metalor, (1375 in 1:03−md−01570−GBD −FM) MOTION to Dismiss the Ashton action. filed by Daral Maal Al Islami Trust, (1967 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,, filed by Euro Brokers Inc., et al., Burn Plaintiffs, Federal Insurance Company et al., Plaintiffs, World Trade Center Properties LLC, et al., (1913 in 1:03−md−01570−GBD −FM, 434 in 1:04−cv−01923−GBD) Memorandum of Law in Opposition to Motion,, filed b Brokers Inc., et al., Burnett Plaintiffs, World Trade Center Properties LLC, et al., (2348 in 1:03−md−01570−GBD − Certificate of Service Other filed by Port Authority of New York & New Jersey, Port Authority Trans−Hudson Corpo in 1:03−md−01570−GBD −FM) Amended Complaint,,,, filed by Christine Irene O'Neill, Carol O'Neill, Dorothy A. ( John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr., (12 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (2303 1:03−md−01570−GBD −FM) Answer to Amended Complaint filed by Dubai Islamic Bank, (1162 in 1:03−md−0157 −FM) RICO Statement, filed by Estate of John P.O'Neill, Sr., (11 in 1:04−cv−01923−GBD) FIRST MOTION for Lea Appear counsel. filed by C. I. O'Neill, C. O'Neill, J. P. O'Neill, Jr., D. A. O'Neill, (2443 in 1:03−md−01570−GBD − in 1:03−md−01570−GBD −FM) Order, Set Hearings, (1694 in 1:03−md−01570−GBD −FM) Notice (Other) filed b Brokers Inc., et al., Burnett Plaintiffs, World Trade Center Properties LLC, et al., (1432 in 1:03−md−01570−GBD − MOTION to Dismiss Memorandum in Support to Dismiss Aradi, Inc. filed by Aradi, Inc., (1456 in 1:03−md−01570− −FM) MOTION to Dismiss Notice of Motion. filed by World Assembly of Muslim Youth, (1564 in 1:03−md−01570− Memorandum of Law in Opposition,, filed by Federal Insurance Company et al., Plaintiffs, (772 in 1:03−md−01570− −FM) Stipulation and Order,, (1987 in 1:03−md−01570−GBD −FM) Order,, (779 in 1:03−md−01570−GBD −FM, Statement, filed by Euro Brokers Inc., et al., (467 in 1:03−md−01570−GBD −FM) Stipulation and Order, (969 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (1793 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion,, filed by Yeslam M. Bin Laden, (94 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Plaintiffs Executive Committees, (341 in 1:04−cv−01923−GBD, 1513 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion,, filed by Al Faisal Al Saud, (262 in 1:04−cv−01923−GBD) Notice (Other) filed by Estate of John P.O'Neill, Sr., (562 in 1:03−md−01570−GBD −FM) Order of Dismissal,, (548 in 1:03−md−01570−GBD −FM) Clerk Certificate of Maili 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion,, filed by Safa Trust, Mar−Jac Inves Inc., African Muslim Agency, Jamal Barzinji, Muhammad Ashraf, Taha Jaber Al−Alwani, Grove Corporate, Inc., Ste Management Group, Inc., Sterling Charitable Gift Fund, International Institute of Islamic Thought, M. Yaqub Mirza,*

*Investments, Inc., M. Omar Ashraf, Mena Corporation, Sana−Bell, Inc., York Foundation, Heritage Education Trust, Unus (Yunus), (151 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Burnett (1768 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Tadamon Islamic Bank, (564 in 1:03−md−01570−G Order Admitting Attorney Pro Hac Vice, (93 in 1:04−cv−01923−GBD, 895 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion,,, filed by Al Haramain Islamic Foundation, Inc., Perouz Seda Ghaty, (12 1:03−md−01570−GBD −FM, 224 in 1:04−cv−01923−GBD) Memorandum of Law in Opposition to Motion,, filed b Executive Committees, (2413 in 1:03−md−01570−GBD −FM) Notice of Voluntary Dismissal, filed by Federal Insur Company, (980 in 1:03−md−01570−GBD −FM) MOTION for Leave to File Arabic language document. filed by Fed Insurance Company et al., Plaintiffs, (1622 in 1:03−md−01570−GBD −FM) Endorsed Letter, (669 in 1:03−md−01 −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (22 in 1:03−md−01570−GBD −FM) Notice of Volunta Dismissal − Signed, (379 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed by Bank, (261 in 1:03−md−01570−GBD −FM) Order on Motion to Withdraw as Attorney,, (764 in 1:03−md−01570− 58 in 1:04−cv−01923−GBD) Clerk Certificate of Mailing,,, (818 in 1:03−md−01570−GBD −FM) Memorandum of Opposition to Motion, filed by Continental Casualty Company, (1780 in 1:03−md−01570−GBD −FM) Stipulation a (1697 in 1:03−md−01570−GBD −FM, 397 in 1:04−cv−01923−GBD) MOTION to Dismiss. filed by Asat Trust Reg. 1:03−md−01570−GBD −FM) Endorsed Letter,, (435 in 1:04−cv−01923−GBD, 1931 in 1:03−md−01570−GBD − MOTION for SHERYL MUSGROVE to Withdraw as Attorney. filed by Sami Omar Al−Hussayen, (515 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Federal Insurance Company e Plaintiffs, (453 in 1:04−cv−01923−GBD, 2171 in 1:03−md−01570−GBD −FM) Memorandum of Law in Oppositio filed by All Plaintiffs, (3 in 1:03−md−01570−GBD −FM) MDL Transfer In, (320 in 1:03−md−01570−GBD −FM) Service Executed filed by Federal Insurance Company et al., Plaintiffs, (262 in 1:03−md−01570−GBD −FM) MOT Dismiss. filed by Saudi High Commission, (460 in 1:03−md−01570−GBD −FM) Memorandum of Law in Oppositio filed by Federal Insurance Company et al., Plaintiffs, (141 in 1:03−md−01570−GBD −FM) Memorandum of Law in Motion, filed by Salman Bin Abdulaziz Al Saud, (46 in 1:03−md−01570−GBD −FM) MOTION to Dismiss of the De National Commercial Bank. filed by National Commercial Bank, (1839 in 1:03−md−01570−GBD −FM) Notice (Oth Omar M. Bin Laden, Sheik Hamad Al−Husaini, Tarek M. Bin Laden, Bakr M Bin Laden, (264 in 1:03−md−01570− Reply Memorandum of Law in Support of Motion, filed by Adel Abdul Batterjee, (255 in 1:04−cv−01923−GBD) Not filed by Estate of John P.O'Neill, Sr., (2088 in 1:03−md−01570−GBD −FM) Affirmation in Support of Motion, filed Republic of Iraq, Republic of Iraq, (2033 in 1:03−md−01570−GBD −FM) Affidavit of Service Complaints, filed by Plaintiffs, (126 in 1:04−cv−01923−GBD) Marshal's Process Receipt and Return of Service Executed Complaints file O'Neill, (1439 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion,, filed by Saleh Abdullah Baraka Investment and Development Corporation, Dallah Al Baraka Group LLC, (491 in 1:03−md−01570−GBD − Memorandum of Law in Opposition to Motion, filed by Burnett Plaintiffs, (733 in 1:03−md−01570−GBD −FM) Me of Law in Support of Motion filed by Sami Omar Al−Hussayen, (489 in 1:04−cv−01923−GBD, 2330 in 1:03−md−0 −FM) Stipulation and Order, (313 in 1:04−cv−01923−GBD) MOTION to Dismiss Notice of Motion. filed by World Muslim Youth (Falls Church, Virginia, USA), World Assembly of Muslim Youth, (621 in 1:03−md−01570−GBD −F Stipulation and Order, (1326 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company Plaintiffs, (886 in 1:03−md−01570−GBD −FM) Notice of Voluntary Dismissal − Signed, (1600 in 1:03−md−01570 −FM) Memorandum of Law in Opposition to Motion, filed by Al Rajhi Bank, (259 in 1:03−md−01570−GBD −FM) Motion to Appear Pro Hac Vice, (925 in 1:03−md−01570−GBD −FM) RICO Statement filed by Euro Brokers Inc., in 1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John P.O'Neill, Sr., (830 in 1:03−md−01570−GB Notice (Other) filed by Federal Insurance Company et al., Plaintiffs, (2297 in 1:03−md−01570−GBD −FM) Affidav Support of Motion filed by Saudi Binladin Group, Inc., (871 in 1:03−md−01570−GBD −FM) RICO Statement filed Continental Casualty Company, (1018 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion, Khaled Bin Salim Bin Mahfouz, (456 in 1:04−cv−01923−GBD, 2184 in 1:03−md−01570−GBD −FM) Order,, (359 1:03−md−01570−GBD −FM) MOTION to Dismiss for Lack of Jurisdiction Lack of Personal Jurisdiction. filed by W Jalaidan, (1682 in 1:03−md−01570−GBD −FM) Notice of Appeal, filed by Euro Brokers Inc., et al., (18 in 1:04−cv−01923−GBD) Amended Complaint,,,,, filed by C. I. O'Neill, C. O'Neill, Estate of John P.O'Neill, Sr., J. P. D. A. O'Neill, (411 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed by Salm Abdulaziz Al Saud, (1094 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (1 1:03−md−01570−GBD −FM) Amended Complaint,,, filed by Jessica Murrow−Adams, Gibson A. Craig, Natalie Ma Janlyn Scauso, Edward P. Ciafardini, Gary Wendell, Mark J. Siskopoulos, Mei Jy Lee, Saad Bin Laden, Serina Gillis Wodensheck, Helen Friedlander, Emily Motroni, Milagros Diaz, Cathy A. Carilli, Elinore Hartz, American Alternati Insurance Corporation, Kara Hadfield, Euro Brokers Inc., et al., Dixie M. Hobbs, Josephine Acquaviva, Armando B Jane Bartels, Lillian Bini, Leonor Alvarez, Edward Walsh, Fidelity and Casualty Company of New York, American E Insurance Company, Maria Giordano, Rina Rabinowitz, Allstate Insurance Company, John F. Jermyn, Jacqueline C Benhardt R. Wainio, Transportation Insurance Company, Judith Reiss, Maryanne Farrell, Chubb Indemnity Insuran Company, Jeffrey Lovit, Sandy Amrita Mahabir, Richard B. Naiman, Joyce Leigh, Jean Adams, Faith Miller, Curtis Brewer, Carmen Garcia, James Alario,, Jodie Goldberg, Sheila Gail Harris, Yun Yu Zheng, Donald DiDomenico, C Huhn, Lisa Palazzo, Nina Barnes, David Ziminski, Kevin Mount, Claudia Flyzik, Owen McGovern, Kristin Galusha− Christine Irene O'Neill, Glens Falls Insurance Company, Philipson Azenabor, Marion Knox, Martin Rosenbaum, Jo Armand Reo, Kazmierz Jakubiak, Dennis Quinn, Burnett & Ashton Plaintiffs, Judi A. Ross, Richard I. Klein, Emma Carol Francolini, Havlish Plaintiffs, Madeleine A. Zuccala, Leonard Ardizzone, Suk Tan Chin, Bhola P. Bishundat, Rosenburg, Elizabeth Ann Moss, David M. Bernstein, Fiona Havlish, Donna Smith, Marie Twomey, Elizabeth Aldern*

*Yesenia Ielpi, James A. Reed, Chubb Custom Insurance Company, Lauren Rosenzweig, Edith Cruz, Judith Casoria, L
Ann Bogdan, Nancy Shea, Philip J. Zeiss, Daryl Joseph Meehan, Kim Barbaro, Angelica Allen, Merrilly E. Noeth, Lo
Theresa McGovern, Peter Ioveno, Sheryl J. Oliver, Tremsky Plaintiffs, Michael J. Lindy, Rebecca L. Marchand, Phil
Joanne Modafferi, American Zurich Insurance Company, Alexander Santoro, Robin Theurkauf, Kathleen M. Buckley
Kellett, JoAnne Bruehert, Jerline Lewis, Maria Teresa Boisseau, Suzanne J. Berger, Virginia Lorene Rossiter Valvo,
Kaufman, Thomas J. Meehan, III, Patricia Coughlin, David Brace, Cynthia F. McGinty, Plaintiffs Executive Commit
Jocelyne Ambroise, Rosemary Kempton, Joseph Beltrani, Helene S. Passaro, Thomas Conroy, Jr., Barbara Sohan, N
Insurance Company of New York, Dorothy Mauro, Donald Aris, Linda E. Thorpe, Dhanmatee Sam, Rachel W. Good
L. Saracini, Port Authority of New York & New Jersey, Anne MacFarlane, Dominic J. Puopolo, Sr., Timothy L. Froli
C. Lewis, Jeremiah Harney, Barbara Ardizzone, Kathleen M. Arancio, Dawn Brown, Ralph Maerz, Jr., Feliciana Un
Doreen Lutter, Denise Esposito, Kris A. Blood, Claudia Ruggiere, Arnold Lederman, Matthew T. Sellitto, John Lewis
Murphy, Kevin G. Murphy, Steven Feidelberg, Theresa A. Stack, Mathilda Geidel, John Does, Crum & Forster Inden
Company, Francine Raggio, Jennifer Ruth Jacobs, Christina Baksh, Donald Leistman, Miriam M. Biegeleisen, Comm
Insurance Company of Newark, N.J., Evelyn Aron, Thomas Donnelly, Murray Bernstein, Lucy Virgilio, Russell Vome
O'Connor, James Boyle, Andrew Braun, North River Insurance Company, Rosanna Thompson, Pamela Ann Maggitti
D. Allen, Stacey Fran Dolan, Yuko Clark, Valiant Insurance Company, Margaret Donoghue McGinley, Charles Dow
Maryland Casualty Company, Linda Panik, Andrija Tomasevic, Angela Gitto, Claudette Greene, Andrezej Cieslik, St
Alderman, Great Lakes Reinsurance (UK) PLC, Nicholas Barbaro, Elizabeth Rego, Alexander Paul Aranyos, Scott T
B. Bruno, Susan Berger, George Luis Torres, Radmila Tomasevic, Kevin W. Barry, John C. Buckley, Maureen Barry,
Walsh, Patricia Coppo, Phyllis Lederman, Domenick Damiano, Edlene C. LaFrance, Frederick Alger, Renne Bacotti
Andy Dinoo, Andrea Maffeo, Melissa Van Ness Fatha, Karium Ali, Madelyn Conroy Allen, Gina Cayne, William Coa
Healey, Kurt Foster, Andrew Aris, Judith M. Aiken, Burnett Plaintiffs, Linda Pascuma, Hashim A. Henderson, Barre
Plaintiffs, George Bonomo, Pacific Indemnity Company, CNA Casualty of California, Carol Gies, Paul Quinn, Kryst
Boryczewski, Narasimha Sattaluri, James Cizikie, Susan Rasweiler, Nancy Badagliacca, Sadiq Rasool, John J. Gill, C
Romero, Great Northern Insurance Company, Patricia Tarasiewicz, One Beacon Insurance Company, Mary Margar
Toni Ann Carroll, Janice O'Dell, Cella Woo−Yeun, Laurie Spampinato, David Edward Cushing, Co−Conspirators, J
Rosenblum, Dennis Euleau, Jamie Miller, Christine Sakoutis, Diane Miller, Irene Bilcher, Norma Bernstein, Federal
Company et al., Plaintiffs, Mary Haag, Kevin Rogers, Kathleen Ganci, Susan Brady, Maureen Santoro, Federal Insu
Company, Raj Thackurdeen, Joseph R. Downey, George Lantay, Dhanraj Singh, Ondina Bennett, Michael Deloughe
Underwriting, Ltd., Rubina Cox−Holloway, Amber Miller, Gordon G. Haberman, Jeanne M. Evans, Susan E. Buhse,
Lassman, Todd DeVito, Lori Shulman, Rosemarie Corvino, Tracy Ann Taback Catalano, Charles Schmidt, Siew−Son
William Martin, Meg Bloom Glasser, Barbara Minervino, Martina Lyne−Ann Panik, Joanne F. Betterly, Hiscox Dea
Corporate Member, Ltd., Boris Bililovsky, Peter Greenleaf, Joviana Mercado, Victoria Higley, Paul R. Martin, Tran
Insurance Company, Robert Bermingham, Gregory Stevens, Rostyslav Tisnovskiy, Continental Insurance Company,
Hayes, Ursula Broghammer, The Camden Fire Insurance Association, Michael Endrizzi, Jean Oslyn Powell, Clifford
Theresa Regan, Nancy Ann Foster, Sharon Booker, Deborah Grazioso, Loisanne Diehl, Ildefonso A. Cua, Jeff Lever,
Hayes, Elizabeth Gardner, Anthony Vincelli, Iliana McGinnis, Andrea Russin, Sharlene M. Beckwith, Karen Hinds, S
Jezycki, Evelyn Rodriguez, World Trade Center Properties LLC, et al., Perry S. Oretzky, Kemraj Singh, Carol O'Neil
J. Sweeney, Collette M. LaFuente, Dennis L. Hobbs, Lisa Friedman, Julia Collins, All Plaintiffs, Thomas Fletcher, M
Colin, James D. Hodges, Neil B. Blass, Meryl Mayo, Holli Silver, Erica Zucker, Gilbert Ruiz, Jr., Dana Noonan, Mar
Bernheimer, Olga Merino, Lorraine Arias Beliveau, Kevin Quinn, Yvonne V. Abdool, Helene Parisi−Gnazzo, Zurich
Insurance Company, Virginia Bauer, Beril Sofia DeFeo, Andrew Quinn, Miles Bilcher, Brian Barry, Chubb Insuranc
of New Jersey, American Casualty Company of Reading, Pennsylvania, Colleen Holohan, Chiemi York, Gila Barzvi,
Keeler Lozier, Daniel F. Barkow, Ann R. Haynes, Leonid Tisnovskiy, Dorothy A. O'Neill, Kelly Hayes, Tina Grazioso
Martineau, Steadfast Insurance Company, Michele Boryczewski, Harry Ong, Jr., Vincent LeVien, Joseph A. Tiesi, He
Roberta J. Levine, Valley Forge Insurance Company, Joann T. Howard, Mary Andrucki, Louisa D'Antonio, Vice Ros
Kevin McArdle, Robert V. Trivingo, Bridget Hunter, Deena Burnett, Richard Villa, Victor Ugolyn, Steven M. Gillespi
Moorthy, Fryderyk Milewski, Seneca Insurance Company, Inc., Scott Schrimpe, Edward Navarro, Rosalie Downey, T
King, John Benedetto, Armine Giorgetti, Frederick Irby, Anna M. Granville, Robert Keane, William D Robbins, Mich
Jezycki, Kathleen Ashton, Joseph Hands, Fiona Havlish, Hector Garcia, Ingrid M. Lenihan, Plaintiffs PI Executive C
Veronica Klares, Charlene Fiore, Aldo Addissi, Mary Gola Perez, James C. Cahill, Mia Gonzalez, Elizabeth H. Kell
Mojica, Continental Casualty Company, Philip Germain, Brian Flannery, Robert J. Bernstein, Albert T. Regenhard,
Francke, George Andrucki, Elaine Leinung, Delphine Saada, Regan Grice−Vega, Stephen L. Cartledge, Pedro Salen
Doyle, Josephine Alger, Diane M. Walsh, Beverly Burnett, John Hassett, Kathleen Box, Barbara Scaramuzzino, Mor
Lamonsoff, Maryann Rand, Basmattie Bishundat, Traci Bosco, William Doyle, Sr., Wendy Feinberg, Dorothy Tempe
Alderman, Patricia Han, Jerzy Mrozek, Laurie S. Lauterbach, Boston Old Colony Insurance Company, Michael J. A
Paolillo, Anne Gabriel, Stanley Eckna, Martin Panik, Lynn Allen, Amy Weaver, Fidelity And Deposit Company of M
Patricia J. Perry, Jay Charles Dunne, Tara Bane, James Wallace O'Grady, Linda Curia, Bradley Daly, Roberta Kell
Netta Issacof, Cantor Fitzgerald & Co., Lauren Arias Lucchini, Jin Liu, Nancy Picone, Diane Genco, Salvo Plaintiffs
Victoria, Maria DiPilato, James W. Cahill, Kimberly Kaipaka Beaven, Rose Booker, Howard Rice, John Patrick O'N
Lynn B. Pescherine, Sat Thackurdeen, H. Michael Keden, Timothy Parker, Donald Francis Kennedy, Walter Tremsky
Barbaro, Estate of John P.O'Neill, Sr., Mark Goldwasser, Eileen Simon, Pamela Hohlweck, Luke C. Allen, Jennifer E
Santa Catarelli, Sharon Cobb−Glenn, Joann Meehan, American Guarantee and Liability Insurance Company, Franc
Janet Calia, Kathleen Cahill, Thomas E. Burnett, Sr., Lisa DiLallo Clark, Patricia Quigley, Jennifer L. Harvey, Doro*

*Michelle Bedigan, William B. Novotny, Emmet P. Kelly, United States Fire Insurance Company, Benjamin Arroyo, W Doyle, Jane M. Smithwick, Prakash Bhatt, Javier Burgos, Ernesto Barrera, Rachel R. Harrell, Joanne Gross, Robert Maureen Kelly, Leila M. Joseph, Catherine T. Regenhard, Margaret Arce, Lena Whittaker, James McGetrick, Cynthi Mark Barbieri, Louis Schaefer, Sean Passananti, Kimberly Trimingham−Aiken, Phyllis Schreier, Delia Welty, Patric Michael Boryczewski, The Princeton Excess & Surplus Lines Insurance Company, Chubb Insurance Company of Ca Wall, Woodly Joseph, Madeline Bergin, Fran LaForte, William Ellis, Jr., Alfred Acquaviva, Karen Princiotta, Warre Thomas Burnett, Desiree A. Gerasimovich, Irene Frolich, Raymond Lachhman, Diane Ryan, Julia Boryczewski, Glad Lisanne MacKenzie, Grace M. Parkinson−Godshalk,, TheresaAnn Lostrangio, One Beacon America Insurance Com Margit Arias, Clara Chirchirillo, Benito Colon, John Martin, Jeannine P. Baron, Martha Burnett O'Brien, Andrea N Christine Bini, Joseph Donovan, Michael Puckett, Anna Milewski, Russa Steiner, Kathleen Holland, Edmund Barry, Insurance Company of New Jersey, Nancy Lynn Zuckerman, Virginia McKeon, Michael J. Novotny, Edward Arancio D'Auria, Thomas Arias, William Nelson, Hillary A. Briley, Lauren Murphy, Evelyn Tepedino, Assurance Company o Michael Girdano, Vincent J. Della Bella, Thomas Baez, Deborah Calderon, Colonial American Casualty and Surety Company, Catherine Jezycki, Winifred Aranyos, Elizabeth R. Burns, National Ben Franklin Insurance Company of Il Joanne Barbara, Eileen F. Colligan, Wen Shi, Jennifer Tarantino, Jurgiel Kazimierz, Kathryn J. Hussa, Vigilant Insu Company, Monica M. Gabrielle, Daniel Polatsch, Robert T. Folger, Eileen Tallon, Ron Harding, Lori Mascali, Cynt Tumulty, Amy Farnum, Sonia Bonomo, Linda Pickford, Patricia H. McDowell, John P. Baeszler, Robert Spadafora, Fire Insurance Company of Hartford, Houssain Lazaar, Shirley Henderson, Homeland Insurance Company of New Y in 1:03−md−01570−GBD −FM) Endorsed Letter, (914 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (7 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by Sami Omar Al−Hussayen, (128 in 1:04−cv−01923−GBD, 1021 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (781 in 1:03−md−01570−GBD − Statement filed by Estate of John P.O'Neill, Sr., (1209 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law of Motion,, filed by Engelbert Schreiber, Jr, Schreiber & Zindel, Frank Zindel, S.M. Tufail, Engelbert Schreiber, (20 1:03−md−01570−GBD −FM) Endorsed Letter,,, (1028 in 1:03−md−01570−GBD −FM) Reply Memorandum of La Support of Motion filed by Sami Omar Al−Hussayen, (1053 in 1:03−md−01570−GBD −FM, 134 in 1:04−cv−0192 Reply Memorandum of Law in Support of Motion,,, filed by Sulaiman Bin Abdul Aziz Al Rajhi, Suleiman Abdel Aziz A in 1:04−cv−01923−GBD) RICO Statement filed by Estate of John P.O'Neill, Sr., (1379 in 1:03−md−01570−GBD − (Other) filed by World Trade Center Properties LLC, et al., (125 in 1:04−cv−01923−GBD) Memorandum of Law in to Motion filed by Estate of John P.O'Neill, Sr., (812 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (275 in 1:04−cv−01923−GBD) Rule 7.1 Corporate Disclosure Statement filed by Banca Del Gottardo, (2197 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Faisal Islamic Bank, (193 in 1:03−md−01570−GBD −FM) N Appearance filed by Saudi Economic and Development Company, Mohammed Bin Mahfouz, Mohammed Salim Bin M International Development Foundation, (1141 in 1:03−md−01570−GBD −FM) RICO Statement filed by Continenta Company, (1649 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed by DMI Administrative Services S.A., (258 in 1:04−cv−01923−GBD) Notice (Other) filed by Estate of John P.O'Neill, Sr., (4 1:03−md−01570−GBD −FM) Notice of Appearance filed by Port Authority of New York & New Jersey, Cantor Fitz Co., (111 in 1:03−md−01570−GBD −FM) Amended Complaint,,, filed by American Alternative Insurance Corporat Fidelity and Casualty Company of New York, American Employers' Insurance Company, Allstate Insurance Compan Indemnity Insurance Company, Glens Falls Insurance Company, Chubb Custom Insurance Company, American Zur Insurance Company, Northern Insurance Company of New York, Crum & Forster Indemnity Company, Commercial Company of Newark, N.J., North River Insurance Company, Valiant Insurance Company, Maryland Casualty Comp Lakes Reinsurance (UK) PLC, Pacific Indemnity Company, CNA Casualty of California, Great Northern Insurance One Beacon Insurance Company, Federal Insurance Company, Amlin Underwriting, Ltd., Hiscox Dedicated Corpor Member, Ltd., Continental Insurance Company, The Camden Fire Insurance Association, Zurich American Insuranc Chubb Insurance Company of New Jersey, Steadfast Insurance Company, Seneca Insurance Company, Inc., Boston Insurance Company, Fidelity And Deposit Company of Maryland, American Guarantee and Liability Insurance Com United States Fire Insurance Company, The Princeton Excess & Surplus Lines Insurance Company, Chubb Insuranc of Canada, One Beacon America Insurance Company, Continental Insurance Company of New Jersey, Assurance C Amer, Colonial American Casualty and Surety Insurance Company, National Ben Franklin Insurance Company of Il Vigilant Insurance Company, Homeland Insurance Company of New York, (1455 in 1:03−md−01570−GBD −FM) L in Support of Motion,, filed by Yousef Jameel, (1457 in 1:03−md−01570−GBD −FM) Declaration in Support of Mo by Wamy International, Inc., World Assembly of Muslim Youth, (905 in 1:03−md−01570−GBD −FM) Reply Memor Law in Support of Motion, filed by Islamic Investment Company of the Gulf (Sharjah), (1630 in 1:03−md−01570−G Reply Memorandum of Law in Oppisition to Motion,,, filed by Federal Insurance Company et al., Plaintiffs, (409 in 1:03−md−01570−GBD −FM) Rule 7.1 Corporate Disclosure Statement filed by Saudi American Bank, (1435 in 1:03−md−01570−GBD −FM, 304 in 1:04−cv−01923−GBD) Reply Memorandum of Law in Support of Motion,,, fil Watcher, Sercor Treuhand Anstalt, Asat Trust Reg., Martin Watcher, (47 in 1:04−cv−01923−GBD, 747 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (2325 in 1:03−md−01570−GBD −FM) Rule 26 Disclosure fi International Islamic Relief Organization(IIRO), (607 in 1:03−md−01570−GBD −FM) Stipulation and Order, (159 1:03−md−01570−GBD −FM) Response filed by Wa'el Jalaidan, (1777 in 1:03−md−01570−GBD −FM) Endorsed (2154 in 1:03−md−01570−GBD −FM) Stipulation of Voluntary Dismissal,, filed by Crum & Forster Indemnity Com North River Insurance Company, Seneca Insurance Company, Inc., United States Fire Insurance Company, (2174 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other), Notice (Other) filed by Cantor Fitzgerald Securities, Authority of New York & New Jersey, Espeed, Inc., eSpeed Government Securities, Inc., Cantor Fitzgerald Associate*

*Cantor Fitzgerald Europe, Cantor Fitzgerald Partners, Port Authority Trans−Hudson Corporation, Cantor Fitzgera Brokerage, L.P., Cantor Fitzgerald & Co., Cantor Index Limited, Cantor Fitzgerald, L.P., Cantor Fitzgerald Interna eSpeed Securities, Inc., (1001 in 1:03−md−01570−GBD −FM) Order, (2136 in 1:03−md−01570−GBD −FM) Notic Appearance filed by Estate of John P.O'Neill, Sr., (593 in 1:03−md−01570−GBD −FM) RICO Statement filed by Fe Insurance Company et al., Plaintiffs, (986 in 1:03−md−01570−GBD −FM, 986 in 1:03−md−01570−GBD −FM) St and Order, Set Motion and R&R Deadlines/Hearings,, (306 in 1:03−md−01570−GBD −FM) RICO Statement filed b Insurance Company et al., Plaintiffs, (1718 in 1:03−md−01570−GBD −FM, 403 in 1:04−cv−01923−GBD) Reply A in Support of Motion,, filed by Jamal Barzinji, (13 in 1:04−cv−01923−GBD) MOTION for Joshua M. Ambush to Ap Hac Vice. filed by C. I. O'Neill, C. O'Neill, Estate of John P.O'Neill, Sr., J. P. O'Neill, Jr., D. A. O'Neill, (767 in 1:03−md−01570−GBD −FM) Endorsed Letter, (1345 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Esta P.O'Neill, Sr., (860 in 1:03−md−01570−GBD −FM) RICO Statement filed by Euro Brokers Inc., et al., (2212 in 1:03−md−01570−GBD −FM, 462 in 1:04−cv−01923−GBD) Order on Motion to Appear Pro Hac Vice,,, (1549 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (493 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed by Rabita Trust, (773 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (1742 in 1:03−md−01570−GBD −FM) Notice of Appearance The Republic of Iraq, (1035 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,,, filed b Executive Committees, (578 in 1:03−md−01570−GBD −FM) RICO Statement, filed by Christine Irene O'Neill, Caro Dorothy A. O'Neill, John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr., (2422 in 1:03−md−01570−GBD −FM) C in 1:03−md−01570−GBD −FM) MOTION to Dismiss Notice of Motion to Dismiss. filed by Islamic Investment Com Gulf (Sharjah), (2248 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (526 in 1:03−md−01570−GBD −FM) End Letter,, (2157 in 1:03−md−01570−GBD −FM) MOTION for Declaratory Judgment − Plaintiffs' Notice of Motion fo Declaratory Relief. filed by All Plaintiffs, (1876 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Sheikh Yusu Qardawi, (951 in 1:03−md−01570−GBD −FM) Stipulation and Order,,, (74 in 1:04−cv−01923−GBD, 832 in 1:03−md−01570−GBD −FM) Stipulation and Order, (613 in 1:03−md−01570−GBD −FM) Stipulation and Order,, 1:03−md−01570−GBD −FM, 1744 in 1:03−md−01570−GBD −FM) Order, Add and Terminate Attorneys, (331 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed by Sheik Hamad Al−Husaini, 1:03−md−01570−GBD −FM) MOTION for Donna Sheinbach to Withdraw as Attorney and Notice of Change of Fir and Address. filed by Safa Trust, Mar−Jac Investments, Inc., Mohammed Jaghlit, African Muslim Agency, Jamal Bar Muhammad Ashraf, Taha Jaber Al−Alwani, Grove Corporate, Inc., Sterling Management Group, Inc., Sterling Char Fund, International Institute of Islamic Thought, Ahmed Totonji, M. Yaqub Mirza, Reston Investments, Inc., M. Omar Mena Corporation, York Foundation, Heritage Education Trust, Iqbal Yunus, (119 in 1:04−cv−01923−GBD) SECO MOTION for Extension of Time to File First Responsive Pleading. filed by Erwin Wachter, Martin Wachter, Asat Tru Sercor Treuhand Anstalt, (7 in 1:03−md−01570−GBD −FM) Notice of Appearance, filed by Sanabel Al−Kheer, Inc. Trust, Mena Investments, Mar−Jac Investments, Inc., African Muslim Agency, Jamal Barzinji, Muhammad Ashraf, T Al−Alwani, Grove Corporate, Inc., Sterling Charitable Gift Fund, International Institute of Islamic Thought, M. Yaq Reston Investments, Inc., M. Omar Ashraf, Sana−Bell, Inc., York Foundation, Heritage Education Trust, Iqbal Unus (959 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (1847 in 1:03−md−015 −FM) Memorandum of Law in Support of Motion filed by Tadamon Islamic Bank, (368 in 1:03−md−01570−GBD − MOTION to Strike Portions of Federal Plaintiffs' Opposition Briefs (Dkt. Nos. 290, 291). MOTION to Strike Portions Plaintiffs' Opposition Briefs (Dkt. Nos. 290, 291). filed by Jamal Barzinji, Muhammad Ashraf, Taha Jaber Al−Alwan Mirza, M. Omar Ashraf, Iqbal Yunus, (1929 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Euro Brokers I World Trade Center Properties LLC, et al., (921 in 1:03−md−01570−GBD −FM) Memorandum of Law in Oppositio Motion,, filed by World Trade Center Properties LLC, et al., (390 in 1:04−cv−01923−GBD) MOTION to Dismiss / N Motion of Yassin Abdullah Kadi To Dismiss Complaints. filed by Yassin Abdullah Kadi, (410 in 1:03−md−01570−G MOTION to Dismiss the Federal Insurance First Amended Complaint. filed by Saudi American Bank, (116 in 1:04−cv−01923−GBD, 989 in 1:03−md−01570−GBD −FM) Stipulation and Order,,, (233 in 1:03−md−01570−GB Memorandum of Law in Opposition to Motion filed by Kathleen Ashton, (2421 in 1:03−md−01570−GBD −FM) Noti Appearance filed by Euro Brokers Inc., Burnett Plaintiffs, All Plaintiffs, (1972 in 1:03−md−01570−GBD −FM) Ord 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion, filed by Burnett Plaintiffs, (2150 in 1:03−md−01570−GBD −FM, 2150 in 1:03−md−01570−GBD −FM) Order, Set Deadlines/Hearings,,,, (432 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plaintiffs, (1170 in 1:03−md−01570−GBD −FM) RIC Statement filed by Federal Insurance Company et al., Plaintiffs, (692 in 1:03−md−01570−GBD −FM) Notice of Vol Dismissal − Signed, (1366 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plaintiffs, (249 in 1:04−cv−01923−GBD) Notice (Other) filed by Estate of John P.O'Neill, Sr., (6 in 1:03−md−01570−GBD −FM, 6 i 1:03−md−01570−GBD −FM) MOTION (FILED ON SERVICE DATE) for Conference. MOTION (FILED ON SERV for Extension of Time to File Answer. MOTION (FILED ON SERVICE DATE) for Conference. MOTION (FILED ON DATE) for Extension of Time to File Answer. filed by Abdulrahman Bin Mahfouz, (1223 in 1:03−md−01570−GBD − 1:04−cv−01923−GBD) Endorsed Letter, (47 in 1:03−md−01570−GBD −FM) MOTION to Dismiss Certain Consol Complaints. filed by Sultan Bin Abdulaziz Al Saud, (312 in 1:04−cv−01923−GBD, 1453 in 1:03−md−01570−GBD − MOTION to Dismiss Notice of Motion. filed by Mohammed Jaghlit, Muhammad Ashraf, Taha Al Alwani, Ahmed Toto Yaqub Mirza, M. Omar Ashraf, Iqbal Yunus, (2141 in 1:03−md−01570−GBD −FM) Notice (Other) filed by All Defe (873 in 1:03−md−01570−GBD −FM) Order, (1586 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Motion filed by Taha Jaber Al−Alwani, (2406 in 1:03−md−01570−GBD −FM, 2406 in 1:03−md−01570−GBD −F Endorsed Letter, Set Hearings,, (1665 in 1:03−md−01570−GBD −FM) Declaration in Opposition to Motion,,,,,,, file*

*Brokers Inc., et al., Burnett Plaintiffs, Federal Insurance Company et al., Plaintiffs, World Trade Center Properties L Continental Casualty Company, New York Marine and General Insurance Company, (727 in 1:03−md−01570−GBL MOTION to Dismiss. filed by Sami Omar Al−Hussayen, (1226 in 1:03−md−01570−GBD −FM) Notice (Other), Not filed by Port Authority of New York & New Jersey, Cantor Fitzgerald & Co., (113 in 1:03−md−01570−GBD −FM) Certificate of Mailing, (457 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Soliman H.S. Al−Buthe, (1528 1:03−md−01570−GBD −FM) Declaration in Support of Motion, filed by Taha Jaber Al−Alwani, (140 in 1:03−md−01570−GBD −FM) MOTION to Dismiss the Complaints. filed by Salman Bin Abdulaziz Al Saud, (1572 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,,, filed by Federal Insurance Company Plaintiffs, Kathleen Ashton, Continental Casualty Company, New York Marine and General Insurance Company, (23 1:03−md−01570−GBD −FM) Notice (Other) filed by Perouz Seda Ghaty, (192 in 1:03−md−01570−GBD −FM) Le Abdul Rahman Khaled Bin Mahfouz, (2072 in 1:03−md−01570−GBD −FM, 2072 in 1:03−md−01570−GBD −FM) Deadlines/Hearings,,, (212 in 1:04−cv−01923−GBD, 1216 in 1:03−md−01570−GBD −FM) Memorandum of Law filed by DMI Administrative Services S.A., (156 in 1:04−cv−01923−GBD) RICO Statement filed by Estate of John P. Sr., (311 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (26 1:04−cv−01923−GBD) Notice (Other) filed by Estate of John P.O'Neill, Sr., (2196 in 1:03−md−01570−GBD −FM, 1:04−cv−01923−GBD) MOTION to Substitute Party. Old Party: Khalid Bin Mahfouz, New Party: The Estate of Kha Mahfouz, Naylah Abd−al−Aziz Kaaki, Abdelrahman Khalid Bin Mahfouz, Sultan Khalid Bin Mahfouz, and Iman Kha Mahfouz. filed by Kathleen Ashton, (137 in 1:03−md−01570−GBD −FM) MOTION to Dismiss Complaint By Feder Insurance Plaintiffs and to Quash Service of Process of His Royal Highness Prince Turki Al−Faisal Bin Abdulaziz A filed by Turki Al Faisal Al Saud, (10 in 1:04−cv−01923−GBD) MOTION for Extension of Time Serve Summons − O by C. O'Neill, (2023 in 1:03−md−01570−GBD −FM) Order,,, (1460 in 1:03−md−01570−GBD −FM) Memorandum Support of Motion,,, filed by Wamy International, Inc., World Assembly of Muslim Youth, (580 in 1:03−md−01570− Reply Memorandum of Law in Support of Motion, filed by Saudi American Bank, (875 in 1:03−md−01570−GBD −F 1:04−cv−01923−GBD) Endorsed Letter, (1117 in 1:03−md−01570−GBD −FM, 166 in 1:04−cv−01923−GBD) End Letter, (1486 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Euro Brokers Inc., et al., Burn Plaintiffs, Federal Insurance Company et al., Plaintiffs, World Trade Center Properties LLC, et al., New York Marin General Insurance Company, (966 in 1:03−md−01570−GBD −FM, 966 in 1:03−md−01570−GBD −FM) Stipulatio Order, Set Motion and R&R Deadlines/Hearings,, (910 in 1:03−md−01570−GBD −FM, 910 in 1:03−md−01570−G Endorsed Letter, Set Motion and R&R Deadlines/Hearings,,,, (301 in 1:03−md−01570−GBD −FM) Memorandum o Support of Motion filed by Yousef Jameel, (1193 in 1:03−md−01570−GBD −FM, 196 in 1:04−cv−01923−GBD) Me of Law in Support of Motion,, filed by Talal Mohammed Badkook, (1838 in 1:03−md−01570−GBD −FM) MOTION Document No. (1789) DMI Defendants' Request for Judicial Notice in Further Support of Motions to Dismiss. MOTI Strike Document No. (1789) DMI Defendants' Request for Judicial Notice in Further Support of Motions to Dismiss. to Strike Document No. (1789) DMI Defendants' Request for Judicial Notice in Further Support of Motions to Dismis MOTION to Strike Document No. (1789) DMI Defendants' Request for Judicial Notice in Further Support of Motions Dismiss. filed by Euro Brokers Inc., et al., Burnett Plaintiffs, Federal Insurance Company et al., Plaintiffs, World Tra Properties LLC, et al., Kathleen Ashton, Continental Casualty Company, Cantor Fitzgerald & Co., Estate of John P. Thomas E. Burnett, Sr., New York Marine and General Insurance Company, (1928 in 1:03−md−01570−GBD −FM) Letter, (1852 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (146 in 1:03−md−01570−GBD −FM) Order Attorney Pro Hac Vice,, (53 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Wa'el Jalaidan, (1213 in 1:03−md−01570−GBD −FM) MOTION to Dismiss the Cantor Fitzgerald action. filed by DMI Administrative Servic (265 in 1:03−md−01570−GBD −FM) Reply to Response to Motion filed by Sulaiman Al−Ali, (754 in 1:03−md−015 −FM, 54 in 1:04−cv−01923−GBD) Clerk Certificate of Mailing,,, (560 in 1:03−md−01570−GBD −FM) Notice (Ot by Al Rajhi Bank, (329 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Sami Omar Al−Hussayen, (1 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (1964 in 1:03−md−01570−GB Order,, (1340 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John P.O'Neill, Sr., (2119 in 1:03−md−01570−GBD −FM) USCA Mandate Withdrawing Appeal,,, (124 in 1:03−md−01570−GBD −FM) Notice Appearance filed by Wamy International, Inc., World Assembly of Muslim Youth, (1134 in 1:03−md−01570−GBD − Certificate of Mailing, (1122 in 1:03−md−01570−GBD −FM) RICO Statement filed by Euro Brokers Inc., et al., (13 1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John P.O'Neill, Sr., (678 in 1:03−md−01570−GBD RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (1789 in 1:03−md−01570−GBD −FM) Notic Notice (Other), Notice (Other), Notice (Other) filed by Daral Maal Al Islami Trust, DMI Administrative Services S.A. 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (1176 in 1:03−md−01570−GB 179 in 1:04−cv−01923−GBD) Affidavit in Support of Motion,, filed by Saudi Red Crescent, (69 in 1:03−md−01570− −FM) Endorsed Letter, (1832 in 1:03−md−01570−GBD −FM) MOTION to Vacate Defaults and Dismiss the Claims Ahmed Zaki Yamani. filed by Ahmed Zaki Yamani, (1143 in 1:03−md−01570−GBD −FM) Endorsed Letter,,,, (277 i 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,, filed by Burnett Plaintiffs, (2055 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Euro Brokers Inc., et al., Burnett Plaintiffs, Wo Center Properties LLC, et al., (455 in 1:03−md−01570−GBD −FM) Affidavit in Opposition to Motion filed by Kath (1878 in 1:03−md−01570−GBD −FM) Declaration in Support of Motion,, filed by Sheikh Yusuf Al Qardawi, (1552 1:03−md−01570−GBD −FM) Stipulation and Order,, (874 in 1:03−md−01570−GBD −FM) Notice of Voluntary Di Signed, (398 in 1:04−cv−01923−GBD, 1698 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of M filed by Asat Trust Reg., (500 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by D Administrative Services S.A., (501 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motio*

*The Kingdom of Saudi Arabia, (1430 in 1:03−md−01570−GBD −FM) Notice of Appearance filed by Aradi, Inc., (11 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (1467 in 1:03−md−01570−GB MOTION for Dean Arnold and Marshall Mintz to Withdraw as Attorney. filed by Sami Omar Al−Hussayen, (471 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,, filed by Federal Insurance Company Plaintiffs, (2337 in 1:03−md−01570−GBD −FM) Amended Answer to Complaints filed by Dubai Islamic Bank, (676 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Federal Insurance Company et al., Plaintiffs, ( 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion,, filed by Ahmed Zaki Yamani, (2332 in 1:03−md−01570−GBD −FM) Amended Answer to Complaints, filed by Dubai Islamic Bank, (1481 in 1:03−md−01 −FM) CONSENT MOTION for Extension of Time to File Answer to Ashton Complaint. filed by Wa'el Jalaidan, (179 1:03−md−01570−GBD −FM) Default Judgment, (2049 in 1:03−md−01570−GBD −FM) Notice of Change of Addr Faisal Islamic Bank, (144 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (129 in 1:03−md−01570−GBD −FM) for Leave to File Memorandum of Law in Opposition to Motion to Intervene as Parties−Plaintiff in the Burnett Actio (03−CV−9849(RCC)). MOTION for Leave to File Memorandum of Law in Opposition to Motion to Intervene as Parties−Plaintiff in the Burnett Action (03−CV−9849(RCC)). filed by Omar M. Bin Laden, Tarek M. Bin Laden, Sau Group, Inc., Khaled Bin Salim Bin Mahfouz, Bakr M Bin Laden, (554 in 1:03−md−01570−GBD −FM) Endorsed Le in 1:04−cv−01923−GBD, 2238 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Estate of Jo P.O'Neill, Sr., (788 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (1059 in 1:03−md−01570−GBD −FM Declaration in Support of Motion,, filed by Yousef Jameel, (2042 in 1:03−md−01570−GBD −FM) Order,, (360 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed by Abdullah Muhsen Al Turki, 1:04−cv−01923−GBD, 1000 in 1:03−md−01570−GBD −FM) Order, (1738 in 1:03−md−01570−GBD −FM) MOT Dismiss and Memorandum of Points & Authorities in Support of Motion. filed by Tadamon Islamic Bank, (176 in 1:04−cv−01923−GBD) Notice (Other), Notice (Other) filed by Estate of John P.O'Neill, Sr., (79 in 1:04−cv−01923− RICO Statement filed by Estate of John P.O'Neill, Sr., (1147 in 1:03−md−01570−GBD −FM) Affirmation in Opposi Motion,,, filed by Euro Brokers Inc., et al., Burnett Plaintiffs, Federal Insurance Company et al., Plaintiffs, World Tr Properties LLC, et al., Kathleen Ashton, Continental Casualty Company, Cantor Fitzgerald & Co., Estate of John P. New York Marine and General Insurance Company, (736 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (1798 1:03−md−01570−GBD −FM) Endorsed Letter, (617 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law i of Motion filed by DMI Administrative Services S.A., (246 in 1:04−cv−01923−GBD) Notice (Other) filed by Estate o P.O'Neill, Sr., (1708 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (2039 in 1:03−md−01570−GBD −F Statement filed by Federal Insurance Company et al., Plaintiffs, (2199 in 1:03−md−01570−GBD −FM) Declaration of Motion filed by C. O'Neill, (1981 in 1:03−md−01570−GBD −FM) Notice of Change of Address, filed by Erwin W Sercor Treuhand Anstalt, Martin Wachter, Asat Trust Reg., (1719 in 1:03−md−01570−GBD −FM) Notice (Other) fi Burnett Plaintiffs, (412 in 1:03−md−01570−GBD −FM) Endorsed Letter,,, (2374 in 1:03−md−01570−GBD −FM) Complaint filed by Wamy International, Inc., World Assembly of Muslim Youth, (393 in 1:04−cv−01923−GBD) Rep Memorandum of Law in Support of Motion filed by Engelbert Schreiber, Jr, Schreiber & Zindel, Frank Zindel, Engel Schreiber, (396 in 1:03−md−01570−GBD −FM) Endorsed Letter, (722 in 1:03−md−01570−GBD −FM) Status Rep All Plaintiffs, (826 in 1:03−md−01570−GBD −FM) Order on Motion to Appear Pro Hac Vice, (1331 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John P.O'Neill, Sr., (2109 in 1:03−md−01570−GBD Scheduling Order, (1280 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plaintiffs, (75 in 1:03−md−01570−GBD −FM) Certificate of Service Other, filed by United States of America, (949 in 1:03−md−015 −FM) RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (734 in 1:03−md−01570−GBD −FM) Substitution of Attorney, filed by DMI Administrative Services S.A., (1814 in 1:03−md−01570−GBD −FM) Endorse (2010 in 1:03−md−01570−GBD −FM) Order on Motion to Dismiss, (131 in 1:03−md−01570−GBD −FM) MOTIO Extension of Time to File Response/Reply Stipulation and Order for Extension of Time of SNCB Corporate Finance SNCB Securities Ltd. (London) to Respond to the Complaint. MOTION for Extension of Time to File Response/Reply and Order for Extension of Time of SNCB Corporate Finance Ltd. and SNCB Securities Ltd. (London) to Respond to Complaint. filed by SNCB Corporate Finance Ltd., SNCB Securities Ltd. in London, (433 in 1:03−md−01570−GBD Notice (Other), Notice (Other) filed by Burnett Plaintiffs, (2092 in 1:03−md−01570−GBD −FM) MOTION for Reco re; (2090 in 1:03−md−01570−GBD−FM) Order, Plaintiffs' Objections to Order of Magistrate Judge Maas Dated M 2008. MOTION for Reconsideration re; (2090 in 1:03−md−01570−GBD−FM) Order, Plaintiffs' Objections to Orde Magistrate Judge Maas Dated May 21, 2008. filed by Burnett & Ashton Plaintiffs, (843 in 1:03−md−01570−GBD − Memorandum of Law in Support of Motion filed by Faisal Islamic Bank, (2434 in 1:03−md−01570−GBD −FM) MO Seal Document Plaintiffs' Motion to Seal Portions of the Evidence in Support of Their Motion for Entry of Default Ju Against Soveriegn Defendants. filed by Havlish Plaintiffs, (551 in 1:03−md−01570−GBD −FM) Stipulation and Ord Dismissal, (768 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (2441 in 1:03−md−01570−GBD −FM) Order o for Leave to File Excess Pages, (1275 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Euro Inc., et al., Burnett Plaintiffs, World Trade Center Properties LLC, et al., (2360 in 1:03−md−01570−GBD −FM) No filed by Al Haramain Islamic Foundation, Inc., (682 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (1353 1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John P.O'Neill, Sr., (707 in 1:03−md−01570−GBD Stipulation and Order, (1965 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion file Salah, (400 in 1:03−md−01570−GBD −FM) Notice of Change of Address filed by Jessica Murrow−Adams, Gibson Natalie Makshanov, Janlyn Scauso, Edward P. Ciafardini, Gary Wendell, Mark J. Siskopoulos, Mei Jy Lee, Serina G M. Wodensheck, Helen Friedlander, Emily Motroni, Milagros Diaz, Cathy A. Carilli, Elinore Hartz, American Alter Insurance Corporation, Kara Hadfield, Dixie M. Hobbs, Josephine Acquaviva, Armando Bardales, Jane Bartels, Lill*

*Leonor Alvarez, Edward Walsh, Fidelity and Casualty Company of New York, American Employers' Insurance Comp
Giordano, Rina Rabinowitz, Allstate Insurance Company, John F. Jermyn, Jacqueline Cannizzaro, Benhardt R. Wair
Reiss, Maryanne Farrell, Chubb Indemnity Insurance Company, Jeffrey Lovit, Sandy Amrita Mahabir, Richard B. No
Joyce Leigh, Jean Adams, Faith Miller, Curtis Fred Brewer, Carmen Garcia, James Alario,, Jodie Goldberg, Sheila
Harris, Yun Yu Zheng, Donald DiDomenico, Christine R. Huhn, Lisa Palazzo, Nina Barnes, David Ziminski, Kevin M
Claudia Flyzik, Owen McGovern, Kristin Galusha−Wild, Christine Irene O'Neill, Glens Falls Insurance Company, F
Azenabor, Marion Knox, Martin Rosenbaum, John Bonomo, Armand Reo, Kazmierz Jakubiak, Dennis Quinn, Burnet
Plaintiffs, Judi A. Ross, Richard I. Klein, Emma Tisnovskiy, Carol Francolini, Madeleine A. Zuccala, Leonard Ardizz
Tan Chin, Bhola P. Bishundat, Glenna M. Rosenburg, Elizabeth Ann Moss, David M. Bernstein, Fiona Havlish, Don
Marie Twomey, Elizabeth Alderman, Yesenia Ielpi, James A. Reed, Chubb Custom Insurance Company, Lauren Rose
Edith Cruz, Judith Casoria, Dorothy Ann Bogdan, Nancy Shea, Philip J. Zeiss, Daryl Joseph Meehan, Kim Barbaro,
Allen, Merrilly E. Noeth, Lori Fletcher, Theresa McGovern, Peter Ioveno, Sheryl J. Oliver, Tremsky Plaintiffs, Micha
Rebecca L. Marchand, Philip Lee, Joanne Modafferi, American Zurich Insurance Company, Alexander Santoro, Rob
Theurkauf, Kathleen M. Buckley, Patricia Kellett, JoAnne Bruehert, Jerline Lewis, Maria Teresa Boisseau, Suzanne J
Virginia Lorene Rossiter Valvo, Paul Kaufman, Thomas J. Meehan, III, Patricia Coughlin, David Brace, Cynthia F. 
Jocelyne Ambroise, Rosemary Kempton, Joseph Beltrani, Helene S. Passaro, Thomas Conroy, Jr., Barbara Sohan, N
Insurance Company of New York, Dorothy Mauro, Donald Aris, Linda E. Thorpe, Dhanmatee Sam, Rachel W. Good
L. Saracini, Anne MacFarlane, Dominic J. Puopolo, Sr., Timothy L. Frolich, Melvin C. Lewis, Jeremiah Harney, Bar
Ardizzone, Kathleen M. Arancio, Dawn Brown, Ralph Maerz, Jr., Feliciana Umanzor, Doreen Lutter, Denise Esposi
Blood, Claudia Ruggiere, Arnold Lederman, Matthew T. Sellitto, John Lewis, Elvira P. Murphy, Kevin G. Murphy, S
Feidelberg, Theresa A. Stack, Mathilda Geidel, John Does, Crum & Forster Indemnity Company, Francine Raggio, J
Ruth Jacobs, Christina Baksh, Donald Leistman, Miriam M. Biegeleisen, Commercial Insurance Company of Newar
Evelyn Aron, Thomas Donnelly, Murray Bernstein, Lucy Virgilio, Russell Vomero, William O'Connor, James Boyle, 
Braun, North River Insurance Company, Rosanna Thompson, Pamela Ann Maggitti, Richard D. Allen, Stacey Fran L
Clark, Valiant Insurance Company, Margaret Donoghue McGinley, Charles Downey, Maryland Casualty Company,
Panik, Andrija Tomasevic, Angela Gitto, Claudette Greene, Andrezej Cieslik, Stephen Alderman, Great Lakes Reinsu
PLC, Nicholas Barbaro, Elizabeth Rego, Alexander Paul Aranyos, Scott Ting, Juan B. Bruno, Susan Berger, George
Torres, Radmila Tomasevic, Kevin W. Barry, John C. Buckley, Maureen Barry, Nancy Walsh, Patricia Coppo, Phylli
Lederman, Domenick Damiano, Edlene C. LaFrance, Frederick Alger, Renne Bacotti Hannafin, Andy Dinoo, Andrea
Melissa Van Ness Fatha, Karium Ali, Madelyn Conroy Allen, Gina Cayne, William Coale, Theresa Healey, Kurt Fos
Aris, Judith M. Aiken, Burnett Plaintiffs, Linda Pascuma, Hashim A. Henderson, Barrera Plaintiffs, George Bonomo,
Indemnity Company, CNA Casualty of California, Carol Gies, Paul Quinn, Krystyna Boryczewski, Narasimha Sattal
Cizikie, Susan Rasweiler, Nancy Badagliacca, Sadiq Rasool, John J. Gill, Carmen Romero, Great Northern Insuranc
Company, Patricia Tarasiewicz, One Beacon Insurance Company, Mary Margaret Jurgens, Toni Ann Carroll, Janic
Cella Woo−Yeun, Laurie Spampinato, Margaret P. Iskyan, David Edward Cushing, Jill Rosenblum, Dennis Euleau, J
Miller, Christine Sakoutis, Diane Miller, Irene Bilcher, Norma Bernstein, Federal Insurance Company et al., Plainti
Haag, Kevin Rogers, Kathleen Ganci, Susan Brady, Maureen Santoro, Federal Insurance Company, Raj Thackurdee
R. Downey, George Lantay, Dhanraj Singh, Ondina Bennett, Michael Deloughery, Amlin Underwriting, Ltd., Rubina
Cox−Holloway, Amber Miller, Gordon G. Haberman, Jeanne M. Evans, Susan E. Buhse, Laura J. Lassman, Todd D
Shulman, Rosemarie Corvino, Tracy Ann Taback Catalano, Charles Schmidt, Siew−Som Yeow, William Martin, Meg
Glasser, Barbara Minervino, Martina Lyne−Ann Panik, Joanne F. Betterly, Hiscox Dedicated Corporate Member, L
Bililovsky, Peter Greenleaf, Joviana Mercado, Victoria Higley, Paul R. Martin, Robert Bermingham, Gregory Steven
Tisnovskiy, Continental Insurance Company, Virginia Hayes, Ursula Broghammer, The Camden Fire Insurance Asso
Michael Endrizzi, Jean Oslyn Powell, Clifford Tempesta, Theresa Regan, Nancy Ann Foster, Sharon Booker, Debora
Loisanne Diehl, Ildefonso A. Cua, Jeff Lever, Warren Hayes, Elizabeth Gardner, Anthony Vincelli, Iliana McGinnis,
Russin, Sharlene M. Beckwith, Karen Hinds, Stephen Jezycki, Evelyn Rodriguez, Perry S. Oretzky, Kemraj Singh, Ca
Edward J. Sweeney, Collette M. LaFuente, Dennis L. Hobbs, Lisa Friedman, Julia Collins, All Plaintiffs, Thomas Fle
Maryann Colin, James D. Hodges, Neil B. Blass, Meryl Mayo, Holli Silver, Erica Zucker, Gilbert Ruiz, Jr., Dana No
Bernheimer, Olga Merino, Lorraine Arias Beliveau, Kevin Quinn, Yvonne V. Abdool, Helene Parisi−Gnazzo, Zurich
Insurance Company, Beril Sofia DeFeo, Andrew Quinn, Miles Bilcher, Brian Barry, Chubb Insurance Company of N
Colleen Holohan, Chiemi York, Gila Barzvi, Kathleen Keeler Lozier, Daniel F. Barkow, Ann R. Haynes, Leonid Tisn
Dorothy A. O'Neill, Kelly Hayes, Tina Grazioso, Bettyann Martineau, Steadfast Insurance Company, Michele Borycz
Harry Ong, Jr., Vincent LeVien, Joseph A. Tiesi, Helen Pfeifer, Roberta J. Levine, Joann T. Howard, Mary Andrucki,
D'Antonio, Vice Rose Arestegui, Kevin McArdle, Robert V. Trivingo, Bridget Hunter, Deena Burnett, Richard Villa, V
Ugolyn, Steven M. Gillespie, Saradha Moorthy, Fryderyk Milewski, Seneca Insurance Company, Inc., Scott Schrimpe
Navarro, Rosalie Downey, Theresa King, John Benedetto, Armine Giorgetti, Frederick Irby, Anna M. Granville, Rob
William D Robbins, Michael Jezycki, Kathleen Ashton, Joseph Hands, Fiona Havlish, Hector Garcia, Ingrid M. Leni
Veronica Klares, Charlene Fiore, Aldo Addissi, Mary Gola Perez, James C. Cahill, Mia Gonzalez, Elizabeth H. Kell
Mojica, Philip Germain, Brian Flannery, Robert J. Bernstein, Albert T. Regenhard, Deborah Francke, George Andru
Leinung, Delphine Saada, Regan Grice−Vega, Stephen L. Cartledge, Pedro Saleme, Camille Doyle, Josephine Alger
Walsh, Beverly Burnett, John Hassett, Kathleen Box, Barbara Scaramuzzino, Morris D. Lamonsoff, Maryann Rand, 
Bishundat, Traci Bosco, William Doyle, Sr., Wendy Feinberg, Dorothy Tempesta, Jane Alderman, Patricia Han, Jerz
Laurie S. Lauterbach, Boston Old Colony Insurance Company, Michael J. Allen, Donna Paolillo, Anne Gabriel, Stan
Martin Panik, Lynn Allen, Amy Weaver, Fidelity And Deposit Company of Maryland, Patricia J. Perry, Jay Charles*

*Tara Bane, James Wallace O'Grady, Linda Curia, Bradley Daly, Roberta Kellerman, Netta Issacof, Lauren Arias Lu Liu, Nancy Picone, Diane Genco, Salvo Plaintiffs, Jasmine Victoria, Maria DiPilato, James W. Cahill, Kimberly Kai Beaven, Rose Booker, Howard Rice, John Patrick O'Neill, Jr., Lynn B. Pescherine, Sat Thackurdeen, H. Michael Kee Timothy Parker, Donald Francis Kennedy, Walter Tremsky, Carol Barbaro, Estate of John P.O'Neill, Sr., Mark Gold Eileen Simon, Pamela Hohlweck, Luke C. Allen, Jennifer E. Brady, Santa Catarelli, Sharon Cobb−Glenn, Joann Mee American Guarantee and Liability Insurance Company, Frances Berdan, Janet Calia, Kathleen Cahill, Thomas E. B Lisa DiLallo Clark, Patricia Quigley, Jennifer L. Harvey, Dorothy Garcia, Michelle Bedigan, William B. Novotny, E Kelly, United States Fire Insurance Company, Benjamin Arroyo, William Doyle, Jane M. Smithwick, Prakash Bhatt, Burgos, Ernesto Barrera, Rachel R. Harrell, Joanne Gross, Robert D'Elia, Maureen Kelly, Leila M. Joseph, Catheri Regenhard, Margaret Arce, Lena Whittaker, James McGetrick, Cynthia Arnold, Mark Barbieri, Louis Schaefer, Sean Passananti, Kimberly Trimingham−Aiken, Phyllis Schreier, Delia Welty, Patricia Wiswall, Michael Boryczewski, Th Excess & Surplus Lines Insurance Company, Chubb Insurance Company of Canada, Diane Wall, Woodly Joseph, M Bergin, Fran LaForte, William Ellis, Jr., Alfred Acquaviva, Karen Princiotta, Warren Monroe, Thomas Burnett, Des Gerasimovich, Irene Frolich, Raymond Lachhman, Diane Ryan, Julia Boryczewski, Gladys Salvo, Lisanne MacKenz M. Parkinson−Godshalk,, TheresaAnn Lostrangio, One Beacon America Insurance Company, Margit Arias, Clara C Benito Colon, John Martin, Jeannine P. Baron, Martha Burnett O'Brien, Andrea N. LeBlanc, Christine Bini, Joseph Michael Puckett, Anna Milewski, Russa Steiner, Kathleen Holland, Edmund Barry, Continental Insurance Company Jersey, Nancy Lynn Zuckerman, Virginia McKeon, Michael J. Novotny, Edward Arancio, Jennifer D'Auria, Thomas William Nelson, Hillary A. Briley, Lauren Murphy, Evelyn Tepedino, Assurance Company of Amer, Michael Girdano Della Bella, Thomas Baez, Deborah Calderon, Colonial American Casualty and Surety Insurance Company, Catheri Winifred Aranyos, Elizabeth R. Burns, National Ben Franklin Insurance Company of Illinois, Joanne Barbara, Eilee Colligan, Wen Shi, Jennifer Tarantino, Jurgiel Kazimierz, Kathryn J. Hussa, Vigilant Insurance Company, Monica M Gabrielle, Daniel Polatsch, Robert T. Folger, Eileen Tallon, Ron Harding, Lori Mascali, Cynthia Tumulty, Amy Farr Bonomo, Linda Pickford, Patricia H. McDowell, John P. Baeszler, Robert Spadafora, Houssain Lazaar, Shirley Hen Homeland Insurance Company of New York, (16 in 1:04−cv−01923−GBD) Notice of Appearance filed by C. I. O'Ne O'Neill, Estate of John P.O'Neill, Sr., J. P. O'Neill, Jr., D. A. O'Neill, (336 in 1:03−md−01570−GBD −FM) Reply to to Motion filed by Muhammad Ashraf, Taha Jaber Al−Alwani, M. Omar Ashraf, Iqbal Unus (Yunus), M. Yaqub Mirz 1:04−cv−01923−GBD, 866 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support,,, filed by Saleh Abdu Al−Rajhi, Saleh Abdul Aziz Al Rajhi, (2229 in 1:03−md−01570−GBD −FM) Brief, filed by Plaintiffs Executive Com (1478 in 1:03−md−01570−GBD −FM) CONSENT MOTION for Extension of Time to File Answer. filed by Internati Islamic Relief Organization(IIRO), (426 in 1:04−cv−01923−GBD, 1886 in 1:03−md−01570−GBD −FM) Stipulatio Order, (2219 in 1:03−md−01570−GBD −FM) Notice of Appearance filed by Sana−Bell, Inc., Sanabel Al Kheer, Inc 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (1559 in 1:03−md−01570−GB Memorandum of Law in Opposition,, filed by Federal Insurance Company et al., Plaintiffs, (2304 in 1:03−md−0157 −FM) Answer to Complaint filed by Dubai Islamic Bank, (252 in 1:04−cv−01923−GBD) Notice (Other), Notice (Ot (Other), Notice (Other) filed by Estate of John P.O'Neill, Sr., (142 in 1:03−md−01570−GBD −FM) MOTION to Dis First Amended Complaint. filed by Muhammad Ashraf, Taha Jaber Al−Alwani, M. Yaqub Mirza, M. Omar Ashraf, Iq (492 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed by Wael Jalaidan, (22 1:03−md−01570−GBD −FM) Response in Opposition to Motion filed by Kathleen Ashton, (65 in 1:04−cv−01923− Statement filed by Estate of John P.O'Neill, Sr., (1263 in 1:03−md−01570−GBD −FM) Memorandum of Law in Sup by DMI Administrative Services S.A., (198 in 1:04−cv−01923−GBD, 1195 in 1:03−md−01570−GBD −FM) MOTIC Dismiss. filed by Adnan Basha, (29 in 1:04−cv−01923−GBD) Amended Complaint,,,, filed by C. I. O'Neill, C. O'Nei John P.O'Neill, Sr., J. P. O'Neill, Jr., D. A. O'Neill, (2288 in 1:03−md−01570−GBD −FM) Affidavit in Support of M by Saudi Binladin Group, Inc., (858 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'N (1477 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Othe (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Other), Notice (Othe (Other), Notice (Other) filed by Euro Brokers Inc., et al., Burnett & Ashton Plaintiffs, Federal Insurance Company e Plaintiffs, World Trade Center Properties LLC, et al., Cantor Fitzgerald & Co., John Patrick O'Neill, Jr., Estate of J P.O'Neill, Sr., (462 in 1:03−md−01570−GBD −FM) Transcript, (2205 in 1:03−md−01570−GBD −FM) Endorsed (1748 in 1:03−md−01570−GBD −FM, 1748 in 1:03−md−01570−GBD −FM, 411 in 1:04−cv−01923−GBD, 411 i 1:04−cv−01923−GBD) Stipulation and Order, Set Motion and R&R Deadlines/Hearings,, (1355 in 1:03−md−0157 −FM) Notice (Other) filed by Estate of John P.O'Neill, Sr., (1078 in 1:03−md−01570−GBD −FM) RICO Statement Estate of John P.O'Neill, Sr., (630 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Nei (2432 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion,,, filed by Havlish Plaintiffs, (594 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (225 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Naif Bin Abdulaziz Al Saud, (1475 in 1:03−md−01570− −FM) Endorsed Letter, (1084 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, S 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed by Saudi American Bank, (197 1:03−md−01570−GBD −FM, 1979 in 1:03−md−01570−GBD −FM) Stipulation and Order, Set Deadlines/Hearing 1:04−cv−01923−GBD) Amended Complaint,,,, filed by C. I. O'Neill, C. O'Neill, Estate of John P.O'Neill, Sr., J. P. C D. A. O'Neill, (1438 in 1:03−md−01570−GBD −FM) MOTION to Dismiss for Failure to State a Claim and Lack of Matter Jurisdiction. filed by Saleh Abdullah Kamel, Al Baraka Investment and Development Corporation, Dallah Al Group LLC, (1937 in 1:03−md−01570−GBD −FM) Notice of Change of Address, filed by World Assembly of Musli (1617 in 1:03−md−01570−GBD −FM) Notice of Appeal filed by Federal Insurance Company et al., Plaintiffs, (157*

*1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion, filed by Burnett Plaintiffs, (1785 in 1:03−md−01570−GBD −FM) Certificate of Service Other filed by Sheikh Yusuf Al Qardawi, (195 in 1:03−md−015 −FM) Rule 7.1 Corporate Disclosure Statement filed by Alfaisaliah Group, (340 in 1:04−cv−01923−GBD, 1511 in 1:03−md−01570−GBD −FM) MOTION for Entry of Judgment under Rule 54(b) Notice of Motion of HRH Prince M Faisal Al Saud for Entry of Judgment Pursuant to Federal Rule of Civil Procedure 54(b). MOTION for Entry of Judg Rule 54(b) Notice of Motion of HRH Prince Mohamed Al Faisal Al Saud for Entry of Judgment Pursuant to Federal Civil Procedure 54(b). MOTION for Entry of Judgment under Rule 54(b) Notice of Motion of HRH Prince Mohamed Al Saud for Entry of Judgment Pursuant to Federal Rule of Civil Procedure 54(b). filed by Mohammed Al Faisal Al S in 1:03−md−01570−GBD −FM) Affirmation in Opposition to Motion,,, filed by Federal Insurance Company et al., I Kathleen Ashton, Continental Casualty Company, New York Marine and General Insurance Company, (404 in 1:04−cv−01923−GBD) RICO Statement filed by Estate of John P.O'Neill, Sr., (2260 in 1:03−md−01570−GBD −FM 1:03−md−01570−GBD −FM) Order, Set Deadlines/Hearings,,, (1116 in 1:03−md−01570−GBD −FM) Brief filed b Poultry Inc, (2031 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Samir Salah, (213 in 1:03−md−0 −FM) MOTION for William C. Edgar to Withdraw as Attorney for His Royal Highness Prince Naif Bin Abdulaziz Al by Naif Bin Abdulaziz Al Saud, (1244 in 1:03−md−01570−GBD −FM) Declaration in Opposition to Motion,,,,, filed Brokers Inc., et al., Burnett Plaintiffs, Federal Insurance Company et al., Plaintiffs, World Trade Center Properties L New York Marine and General Insurance Company, (424 in 1:03−md−01570−GBD −FM) MOTION for James Patr Appear Pro Hac Vice. filed by Al Baraka Investment and Development Corporation, (1551 in 1:03−md−01570−GBI Stipulation and Order,,,,, (1721 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion,,, filed Binladin, (859 in 1:03−md−01570−GBD −FM) RICO Statement filed by World Trade Center Properties LLC, et al., 1:03−md−01570−GBD −FM) Amended Complaint,,, filed by Christine Irene O'Neill, Carol O'Neill, Dorothy A. O'N Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr., (741 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Fais Bank, (13 in 1:03−md−01570−GBD −FM) MOTION (FILED ON SERVICE DATE) to Dismiss. MOTION (FILED C SERVICE DATE) to Dismiss. filed by Yeslam Binladin, (1126 in 1:03−md−01570−GBD −FM) RICO Statement filed Insurance Company et al., Plaintiffs, (1681 in 1:03−md−01570−GBD −FM) Notice of Appeal filed by New York Ma General Insurance Company, (943 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plaintiffs, (1604 1:03−md−01570−GBD −FM) Notice of Appeal, (592 in 1:03−md−01570−GBD −FM) Order Admitting Attorney P Vice, (480 in 1:03−md−01570−GBD −FM) Notice of Appearance filed by Port Authority of New York & New Jersey Fitzgerald & Co., (1462 in 1:03−md−01570−GBD −FM, 318 in 1:04−cv−01923−GBD) Memorandum of Law in Su Motion,, filed by Wamy International, Inc., World Assembly of Muslim Youth, (2320 in 1:03−md−01570−GBD −FM Amended Complaint,,, filed by Sana−Bell, Inc., (1472 in 1:03−md−01570−GBD −FM) Memorandum of Law in Sup Motion, filed by Daral Maal Al Islami Trust, DMI Administrative Services S.A., (2345 in 1:03−md−01570−GBD −F (Other) filed by Sanabel Al−Kheer, Inc., (446 in 1:04−cv−01923−GBD, 2101 in 1:03−md−01570−GBD −FM) Ord Motion to Withdraw as Attorney, (836 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion f Faisal Islamic Bank, (158 in 1:04−cv−01923−GBD) Notice of Appearance filed by Metalor, (15 in 1:04−cv−01923− Amended Complaint,,,, filed by C. I. O'Neill, C. O'Neill, Estate of John P.O'Neill, Sr., J. P. O'Neill, Jr., D. A. O'Neill, 1:03−md−01570−GBD −FM) Notice (Other) filed by Sana−Bell, Inc., Sanabel Al Kheer, Inc., (1012 in 1:03−md−0 −FM) Memorandum of Law in Opposition to Motion,, filed by Port Authority of New York & New Jersey, Cantor Fit Co., (205 in 1:03−md−01570−GBD −FM) Opposition Brief, filed by Saleh Abdullah Kamel, Al Baraka Investment a Development Corporation, Saleh Abdullah kamel, (1242 in 1:03−md−01570−GBD −FM) Memorandum of Law in S filed by DMI Administrative Services S.A., (103 in 1:04−cv−01923−GBD) Notice of Appearance filed by Asat Trust in 1:03−md−01570−GBD −FM) Declaration in Opposition to Motion,,, filed by Estate of John P.O'Neill, Sr., (1922 1:03−md−01570−GBD −FM) Stipulation and Order,,, (437 in 1:03−md−01570−GBD −FM) Rule 7.1 Corporate D Statement filed by Federal Insurance Company et al., Plaintiffs, (1686 in 1:03−md−01570−GBD −FM) Reply Memo Law in Support of Motion filed by Daral Maal Al Islami Trust, (1557 in 1:03−md−01570−GBD −FM) Memorandum Opposition to Motion,,,, filed by Plaintiffs Executive Committees, (1846 in 1:03−md−01570−GBD −FM) MOTION t Notice of Motion. filed by Tadamon Islamic Bank, (626 in 1:03−md−01570−GBD −FM) RICO Statement filed by Po Authority of New York & New Jersey, Cantor Fitzgerald & Co., (2124 in 1:03−md−01570−GBD −FM) MOTION fo Judgment as to Sovereign Defendants. filed by Havlish Plaintiffs, (2427 in 1:03−md−01570−GBD −FM) Order on M Appear Pro Hac Vice, (947 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company e Plaintiffs, (2385 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion filed by Plaintiffs E Committees, (2420 in 1:03−md−01570−GBD −FM) Endorsed Letter,,, (996 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion,, filed by Federal Insurance Company et al., Plaintiffs, (323 in 1:03−md−01570−GBD −FM) Order, (244 in 1:04−cv−01923−GBD) Notice (Other) filed by Estate of John P.O'Ne in 1:03−md−01570−GBD −FM) MOTION for Roy T. Englert, Jr. to Appear Pro Hac Vice. filed by Saudi High Com (428 in 1:04−cv−01923−GBD) MOTION for Gina M. MacNeill, Esquire to Withdraw as Attorney of Record. filed by John P.O'Neill, Sr., (2158 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion, filed by All (1924 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Soliman H.S. Al−Buthe, (35 in 1:04−cv−01923−GB Statement, filed by Estate of John P.O'Neill, Sr., (466 in 1:03−md−01570−GBD −FM) Endorsed Letter, (438 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Federal Insurance Company et al., Plaintiffs, (1571 in 1:03−md−01570−GBD −FM, 362 in 1:04−cv−01923−GBD) Memorandum of Law in Opposition to Motion,, filed b Brokers Inc., et al., Burnett & Ashton Plaintiffs, World Trade Center Properties LLC, et al., Continental Casualty Co New York Marine and General Insurance Company, (2044 in 1:03−md−01570−GBD −FM) Notice of Change of Ad by Safa Trust, Mar−Jac Investments, Inc., Mohammed Jaghlit, Samir Salah, African Muslim Agency, Jamal Barzinji,*

*Muhammad Ashraf, Taha Jaber Al−Alwani, Grove Corporate, Inc., Sterling Management Group, Inc., Sterling Char
Fund, International Institute of Islamic Thought, Ahmed Totonji, Reston Investments, Inc., M. Omar Ashraf, Mena Co
York Foundation, Abdul Hamid Abu Sulayman, Heritage Education Trust, Iqbal Yunus, M. Yaqub Mirza, (1329 in
1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John P.O'Neill, Sr., (1527 in 1:03−md−01570−GBD
Memorandum of Law in Support of Motion filed by Taha Jaber Al−Alwani, (161 in 1:03−md−01570−GBD −FM) M
Dismiss First Amended Complaint of Federal Insurance. filed by Arab Bank, (251 in 1:04−cv−01923−GBD) Notice
filed by Estate of John P.O'Neill, Sr., (659 in 1:03−md−01570−GBD −FM) Endorsed Letter,,,, (708 in 1:03−md−01
−FM) Notice of Voluntary Dismissal − Signed,, (837 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by
Islamic Bank, (872 in 1:03−md−01570−GBD −FM) Affidavit in Support filed by Yassin Abdullah Kadi, (1100 in
1:03−md−01570−GBD −FM) MOTION to Dismiss for Lack of Jurisdiction and Insufficient Service of Process. filed
Watcher, Asat Trust Reg., Martin Watcher, (1087 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate o
P.O'Neill, Sr., (140 in 1:04−cv−01923−GBD) RICO Statement filed by Estate of John P.O'Neill, Sr., (61 in
1:03−md−01570−GBD −FM) Memo Endorsement, (1133 in 1:03−md−01570−GBD −FM) Clerk Certificate of Mai
in 1:03−md−01570−GBD −FM) Rule 7.1 Corporate Disclosure Statement filed by Wamy International, Inc., World
of Muslim Youth, (2292 in 1:03−md−01570−GBD −FM) Affidavit in Support of Motion filed by Saudi Binladin Grou
(1140 in 1:03−md−01570−GBD −FM) RICO Statement filed by World Trade Center Properties LLC, et al., (2069 in
1:03−md−01570−GBD −FM) Response in Opposition to Motion, filed by Plaintiffs Executive Committees, (838 in
1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by Faisal Islamic Bank, (1048 in
1:03−md−01570−GBD −FM) Declaration in Opposition to Motion,,,, filed by Plaintiffs Executive Committees, (105
1:04−cv−01923−GBD) Notice of Appearance filed by Erwin Wachter, Martin Wachter, (903 in 1:03−md−01570−G
Memorandum of Law in Support of Motion filed by Mar−Jac Poultry Inc, (804 in 1:03−md−01570−GBD −FM) Me
of Law in Support of Motion, filed by Mohammed Hussein Al Amoudi, (387 in 1:04−cv−01923−GBD, 1643 in
1:03−md−01570−GBD −FM) Declaration in Opposition to Motion,,, filed by Estate of John P.O'Neill, Sr., (1828 in
1:03−md−01570−GBD −FM) Affidavit in Support of Motion, filed by Abdullah Bin Khalid Al−Thani, (738 in
1:03−md−01570−GBD −FM, 46 in 1:04−cv−01923−GBD) Stipulation and Order,, (1283 in 1:03−md−01570−GB
Notice (Other) filed by Burnett Plaintiffs, (2416 in 1:03−md−01570−GBD −FM, 497 in 1:04−cv−01923−GBD) Ord
Admitting Attorney Pro Hac Vice, (2224 in 1:03−md−01570−GBD −FM) Order Admitting Attorney Pro Hac Vice, (
1:03−md−01570−GBD −FM) Notice (Other) filed by Soliman J. Khudeira, (2022 in 1:03−md−01570−GBD −FM)
in 1:04−cv−01923−GBD) Notice (Other), Notice (Other) filed by C. I. O'Neill, C. O'Neill, Estate of John P.O'Neill,
O'Neill, Jr., D. A. O'Neill, (1821 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion, filed b
Avco Trans Arabia Co. LTD., (71 in 1:03−md−01570−GBD −FM) Reply to Response to Motion, filed by Burnett Pla
(1962 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,, filed by Euro Brokers Inc., e
Burnett Plaintiffs, Federal Insurance Company et al., Plaintiffs, World Trade Center Properties LLC, et al., (333 in
1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed by Shahir Abdulraoof Batterje
1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed by Sultan Bin Abdulaziz Al Sa
1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Council on American−Islamic Relations (CAIR), (288 i
1:04−cv−01923−GBD) MOTION to Dismiss Notice of Motion. filed by Council on American−Islamic Relations (CA
1:03−md−01570−GBD −FM) MOTION for Reconsideration re; (632) Memorandum & Opinion,,, Notice of Motion
Reconsideration. MOTION for Reconsideration re; (632) Memorandum & Opinion,, Notice of Motion for Reconsider
by National Commercial Bank, (1598 in 1:03−md−01570−GBD −FM) Response filed by International Islamic Relie
Organization(IIRO), (814 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Euro Brokers Inc., et al., Burnett
World Trade Center Properties LLC, et al., (394 in 1:03−md−01570−GBD −FM) Answer to Complaint filed by Soli
Al−Buthe, (955 in 1:03−md−01570−GBD −FM) MOTION to Dismiss Complaints. filed by Dubai Islamic Bank, (22
1:03−md−01570−GBD −FM) MOTION for Leave to File Amended Complaint. filed by Havlish Plaintiffs, (81 in
1:03−md−01570−GBD −FM) MOTION to Dismiss for Lack of Jurisdiction the Third Amended Complaint (Burnett)
Safar Al−Hawali, (1608 in 1:03−md−01570−GBD −FM) Notice of Appeal filed by Federal Insurance Company et a
Plaintiffs, (2043 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed by Ahmed
Yamani, (632 in 1:03−md−01570−GBD −FM) Memorandum & Opinion,,, (2271 in 1:03−md−01570−GBD −FM, 4
1:04−cv−01923−GBD) Memorandum of Law in Support of Motion,, filed by Dubai Islamic Bank, (850 in
1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Faisal Islamic Bank, (286 in 1:03−md−01570−GBD −
(Other) filed by Burnett Plaintiffs, (2393 in 1:03−md−01570−GBD −FM, 2393 in 1:03−md−01570−GBD −FM, 23
1:03−md−01570−GBD −FM) Order, Set Motion and R&R Deadlines/Hearings, Set Deadlines/Hearings,,, (801 in
1:03−md−01570−GBD −FM) Endorsed Letter,, (661 in 1:03−md−01570−GBD −FM) RICO Statement filed by Est
P.O'Neill, Sr., (2032 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by Samir Sal
1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,,, filed by Federal Insurance Company
Plaintiffs, (68 in 1:04−cv−01923−GBD) Notice (Other) filed by Estate of John P.O'Neill, Sr., (533 in 1:03−md−015
−FM) Stipulation and Order, (1398 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion file
Maal Al Islami Trust, (351 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Abdullah Al Faisal Bin A
Saud, Alfaisaliah Group, Faisal Group Holding Co., Mohammed Bin Abdulrahman Al Ariefy, (210 in 1:04−cv−0192
Reply Memorandum of Law in Support of Motion, filed by Engelbert Schreiber, Jr, Schreiber & Zindel, Frank Zindel
Schreiber, (646 in 1:03−md−01570−GBD −FM) Endorsed Letter, (1540 in 1:03−md−01570−GBD −FM) Memoran
Law in Support of Motion, filed by Mohammed Jaghlit, Muhammad Ashraf, Ahmed Totonji, M. Yaqub Mirza, M. Om
Iqbal Yunus, (2375 in 1:03−md−01570−GBD −FM) Answer to Complaint filed by Wamy International, Inc., World
Muslim Youth, (541 in 1:03−md−01570−GBD −FM) JOINT MOTION to Dismiss Faisal Group Holding. filed by K*

*Ashton, (2437 in 1:03−md−01570−GBD −FM) Notice of Voluntary Dismissal,,, filed by Plaintiffs Executive Commi in 1:03−md−01570−GBD −FM) Notice (Other) filed by Federal Insurance Company et al., Plaintiffs, (406 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed by Burnett Plaintiffs, (1570 in 1:03−md−01570−GBD −FM) 30/60 Days Amended Complaint,, filed by Christine Irene O'Neill, Carol O'Neill, Dor O'Neill, John Patrick O'Neill, Jr., (538 in 1:03−md−01570−GBD −FM) Stipulation and Order of Dismissal,, (2040 1:03−md−01570−GBD −FM) MOTION Reverse/Modify Maas Orders of 9/18/2007 re: (2037) Endorsed Letter,,,,, ( Endorsed Letter,,. MOTION Reverse/Modify Maas Orders of 9/18/2007 re: (2037) Endorsed Letter,,,,, (2038) Endor filed by Burnett & Ashton Plaintiffs, (155 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to M by Burnett & Ashton Plaintiffs, Tremsky Plaintiffs, Barrera Plaintiffs, Salvo Plaintiffs, (232 in 1:03−md−01570−GB Memorandum of Law in Opposition to Motion filed by Kathleen Ashton, (59 in 1:03−md−01570−GBD −FM) Rule 7 Corporate Disclosure Statement filed by Al Rajhi Banking and Investment, (2417 in 1:03−md−01570−GBD −FM) C (1867 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Sana−Bell, Inc., (1966 in 1:03−md−01570−G Reply Memorandum of Law in Support of Motion, filed by Abdul Hamid Abu Sulayman, (2096 in 1:03−md−01570− MOTION to Remand Plaintiffs' Motion for Suggestion of Remand. filed by Havlish Plaintiffs, (565 in 1:03−md−0157 −FM) Memorandum of Law in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs, (456 in 1:03−md−01570−GBD −FM) Affidavit in Opposition to Motion filed by Kathleen Ashton, (194 in 1:03−md−01570− −FM) Notice of Appearance filed by Addullah Al Faisal Abdulaziz Al Saud, Alfaisaliah Group, (530 in 1:03−md−01 −FM) Endorsed Letter, (152 in 1:04−cv−01923−GBD) RICO Statement filed by Estate of John P.O'Neill, Sr., (1017 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion, filed by Khaled Bin Salim Bin Mahfouz, ( 1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John P.O'Neill, Sr., (382 in 1:04−cv−01923−GBD) Appeal filed by All Plaintiffs, (84 in 1:04−cv−01923−GBD, 84 in 1:04−cv−01923−GBD) MOTION to Dismiss Sula Rajhi. MOTION to Dismiss for Lack of Jurisdiction Sulaiman Al Rajhi. filed by Sulaiman Bin Abdul Aziz Al Rajhi, Su Abdel Aziz Al Rajhi, (2086 in 1:03−md−01570−GBD −FM) Sealed Document, (1709 in 1:03−md−01570−GBD −F Statement filed by Federal Insurance Company et al., Plaintiffs, (2442 in 1:03−md−01570−GBD −FM, 2442 in 1:03−md−01570−GBD −FM) Set Deadlines/Hearings, Order,,,,, (1010 in 1:03−md−01570−GBD −FM) Affidavit i Opposition to Motion,,, filed by Euro Brokers Inc., et al., Burnett Plaintiffs, Federal Insurance Company, World Tra Properties LLC, et al., Kathleen Ashton, Continental Casualty Company, Cantor Fitzgerald & Co., John Patrick O'N New York Marine and General Insurance Company, (1871 in 1:03−md−01570−GBD −FM) Memorandum of Law i Motion filed by Sanabel Al−Kheer, Inc., (1784 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition filed by Sheikh Yusuf Al Qardawi, (445 in 1:04−cv−01923−GBD, 2100 in 1:03−md−01570−GBD −FM) Order, (26 1:04−cv−01923−GBD) Notice (Other) filed by Estate of John P.O'Neill, Sr., (2280 in 1:03−md−01570−GBD −FM, 1:04−cv−01923−GBD) Order,,, (2155 in 1:03−md−01570−GBD −FM) MOTION for Colin S. Stretch to Appear Pr filed by Saudi Joint Relief Committee, (1335 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John Sr., (1956 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Federal Insurance Company et al., Plaintiffs, (19 1:03−md−01570−GBD −FM) Rule 7.1 Corporate Disclosure Statement filed by Alfaisaliah Group, Faisal Group H (1850 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion,,, filed by Euro Brokers In Burnett Plaintiffs, Federal Insurance Company et al., Plaintiffs, World Trade Center Properties LLC, et al., Kathleen Continental Casualty Company, Cantor Fitzgerald & Co., Estate of John P.O'Neill, Sr., Thomas E. Burnett, Sr., New Marine and General Insurance Company, Thomas Burnett, (2045 in 1:03−md−01570−GBD −FM) Response to Mot National Commercial Bank, (1613 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motio Aradi, Inc., (1688 in 1:03−md−01570−GBD −FM) Response in Opposition to Motion, filed by Burnett Plaintiffs, (1 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (1265 in 1:03−md−01570−GB Memorandum of Law in Support, filed by Daral Maal Al Islami Trust, (1298 in 1:03−md−01570−GBD −FM) Notic Notice (Other) filed by Euro Brokers Inc., et al., Burnett Plaintiffs, World Trade Center Properties LLC, et al., (642 i 1:03−md−01570−GBD −FM) Order Admitting Attorney Pro Hac Vice, (260 in 1:03−md−01570−GBD −FM) Endo Letter,,, (2011 in 1:03−md−01570−GBD −FM) Order on Motion to Withdraw as Attorney, (2206 in 1:03−md−0157 −FM, 2206 in 1:03−md−01570−GBD −FM) Endorsed Letter, Set Deadlines/Hearings,,,, (1848 in 1:03−md−01570 −FM) Memorandum of Law in Opposition to Motion, filed by Federal Insurance Company et al., Plaintiffs, (760 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (341 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Haramain Islamic Foundation, Inc., (1757 in 1:03−md−01570−GBD −FM) MOTION for Donald J. Nolan to Withd Attorney. filed by Gladys Salvo, (2102 in 1:03−md−01570−GBD −FM) Order on Motion to Remand, (2066 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Yousef Jameel, (1106 in 1:03−md−01570−GBD −FM) MOTI Dismiss for Lack of Jurisdiction MEMORANDUM IN SUPPORT OF MOTION. filed by Erwin Watcher, Sercor Treu Anstalt, Asat Trust Reg., Martin Watcher, (833 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Faisa Bank, (2358 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Al Haramain Islamic Foundation, Inc., (575 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Federal Insurance Company Plaintiffs, (386 in 1:03−md−01570−GBD −FM) Affidavit of Service Complaints filed by Federal Insurance Compan Plaintiffs, (2172 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion, filed by Nationa Commercial Bank, (1163 in 1:03−md−01570−GBD −FM) Notice of Appearance filed by Banca Del Gottardo, (165 1:03−md−01570−GBD −FM) MOTION for Protective Order Notice of Motion and Memorandum in Support of Mot Limited Appearance and to Move for a Protective Order. filed by The Royal Embassy of Saudi Arabia, Abdul Rahma Al−Noah, Princess Haifa Al−Faisal, Ahmed A. Kattan, Prince Bandar bin Sultan bin Abdulaziz, (148 in 1:04−cv−0 RICO Statement filed by Estate of John P.O'Neill, Sr., (1677 in 1:03−md−01570−GBD −FM) Stipulation and Order 1:03−md−01570−GBD −FM) MOTION to Dismiss Notice of Motion. filed by Sanabel Al−Kheer, Inc., (916 in*

*1:03−md−01570−GBD −FM) RICO Statement filed by Port Authority of New York & New Jersey, Cantor Fitzgerald (365 in 1:03−md−01570−GBD −FM) Endorsed Letter, (2116 in 1:03−md−01570−GBD −FM) Affidavit in Support filed by National Commercial Bank, (2147 in 1:03−md−01570−GBD −FM) Brief filed by All Plaintiffs, (1990 in 1:03−md−01570−GBD −FM) Order, (1641 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Suppor Motion,,,, filed by Federal Insurance Company et al., Plaintiffs, (153 in 1:04−cv−01923−GBD) RICO Statement file of John P.O'Neill, Sr., (1827 in 1:03−md−01570−GBD −FM) MOTION to Vacate Default Judgment. filed by Abdul Khalid Al−Thani, (1772 in 1:03−md−01570−GBD −FM, 1772 in 1:03−md−01570−GBD −FM, 414 in 1:04−cv−0 414 in 1:04−cv−01923−GBD) Order, Set Deadlines/Hearings, (77 in 1:04−cv−01923−GBD, 852 in 1:03−md−015 −FM) Endorsed Letter,,, (1482 in 1:03−md−01570−GBD −FM) CONSENT MOTION for Extension of Time to File Burnett Complaint. filed by Wa'el Jalaidan, (243 in 1:03−md−01570−GBD −FM) Endorsed Letter,,, (2355 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Perouz Seda Ghaty, (227 in 1:03−md−01570−GBD −FM) Me of Law in Opposition to Motion filed by Kathleen Ashton, (1507 in 1:03−md−01570−GBD −FM, 1507 in 1:03−md−01570−GBD −FM, 339 in 1:04−cv−01923−GBD, 339 in 1:04−cv−01923−GBD) Set Deadlines/Hearing (1016 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by Khaled Bin Salim Bin Ma (1315 in 1:03−md−01570−GBD −FM) Affidavit of Service Complaints, filed by Federal Insurance Company et al., (234 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Kathleen Ashton, (238 1:03−md−01570−GBD −FM, 2381 in 1:03−md−01570−GBD −FM) Order, Set Deadlines/Hearings,,,, (654 in 1:03−md−01570−GBD −FM) MOTION to Dismiss the Consolidated Personal Injury Plaintiffs (Ashton, Burnett, O' and Tremsky). MOTION to Dismiss the Consolidated Personal Injury Plaintiffs (Ashton, Burnett, O'Neill, Salvo, and filed by Al Haramain Islamic Foundation, Inc., (201 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Motion filed by International Islamic Relief Organization(IIRO), (567 in 1:03−md−01570−GBD −FM) Notice (Othe Federal Insurance Company et al., Plaintiffs, (670 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate P.O'Neill, Sr., (9 in 1:03−md−01570−GBD −FM) MOTION (FILED ON SERVICE DATE) for Extension of Time to Answer. filed by Yeslam Binladin, (1464 in 1:03−md−01570−GBD −FM, 320 in 1:04−cv−01923−GBD) Memoran in Opposition to Motion,, filed by Estate of John P.O'Neill, Sr., (1842 in 1:03−md−01570−GBD −FM, 421 in 1:04−cv−01923−GBD) Reply Memorandum of Law in Support of Motion,, filed by Tadamon Islamic Bank, (106 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Saleh O. Badahdah, (2306 in 1:03−md−01570−GBD − Answer to Complaint filed by Dubai Islamic Bank, (2302 in 1:03−md−01570−GBD −FM) Answer to Amended Com by Dubai Islamic Bank, (929 in 1:03−md−01570−GBD −FM) Declaration in Support of Motion,, filed by Engelbert Jr, Schreiber & Zindel, Frank Zindel, Engelbert Schreiber, (928 in 1:03−md−01570−GBD −FM) Declaration in Su Motion,, filed by Engelbert Schreiber, Jr, Schreiber & Zindel, Frank Zindel, Engelbert Schreiber, (470 in 1:03−md−01570−GBD −FM) Order Admitting Attorney Pro Hac Vice,, (1177 in 1:03−md−01570−GBD −FM, 180 1:04−cv−01923−GBD) MOTION to Dismiss. filed by Saleh Al−Hussayen, (16 in 1:03−md−01570−GBD −FM, 16 i 1:03−md−01570−GBD −FM) Order, Set Deadlines,,, (172 in 1:04−cv−01923−GBD) RICO Statement, filed by Esta P.O'Neill, Sr., (1883 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion, filed by Sanabel A Inc., (2207 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed by Kathleen Ash 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,,, filed by Federal Insurance Company Plaintiffs, (1938 in 1:03−md−01570−GBD −FM) Notice of Change of Address, filed by Council on American−Islam Relations (CAIR), (1813 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Euro Brokers Inc., et al., World Tr Properties LLC, et al., (159 in 1:03−md−01570−GBD −FM) Order Admitting Attorney Pro Hac Vice, (1137 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (1741 in 1:03−md−01570−GBD −FM) MOTION to Dismiss Notice filed by Tadamon Islamic Bank, (2133 in 1:03−md−01570−GBD −FM, 2133 in 1:03−md−01570−GBD −FM) Orde Deadlines/Hearings,,,,,, (791 in 1:03−md−01570−GBD −FM) Order on Motion to Dismiss, (369 in 1:04−cv−01923 1592 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion, filed by Engelbert Schreiber, Jr, Zindel, Frank Zindel, Engelbert Schreiber, (796 in 1:03−md−01570−GBD −FM) Acknowledgment of Service Comp by Federal Insurance Company et al., Plaintiffs, (1447 in 1:03−md−01570−GBD −FM) MOTION to Dismiss Plaint Complaints in Ashton, Federal Insurance, Continental Casualty, and New York Marine With Prejudice. filed by Abd Bin Mahfouz, (1914 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion,, filed by Kh Mahfouz, (392 in 1:04−cv−01923−GBD) Memorandum of Law in Support of Motion filed by Yassin Abdullah Kadi, 1:03−md−01570−GBD −FM) Affidavit in Opposition to Motion, filed by Burnett Plaintiffs, (1673 in 1:03−md−0157 −FM) Stipulation and Order, (464 in 1:03−md−01570−GBD −FM) Amended Complaint,,,,,,,, filed by Christine Iren Carol O'Neill, Dorothy A. O'Neill, John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr., (2369 in 1:03−md−01570 −FM) Answer to Complaint filed by Wamy International, Inc., World Assembly of Muslim Youth, (795 in 1:03−md−01570−GBD −FM) Acknowledgment of Service Complaints, filed by Federal Insurance Company et al., (64 in 1:03−md−01570−GBD −FM) Memo Endorsement, (1932 in 1:03−md−01570−GBD −FM) Memorandum of Opposition to Motion filed by Saudi American Bank, (395 in 1:03−md−01570−GBD −FM) Answer to Complaint file Perouz Seda Ghaty, (361 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed by Mohammed Ali Sayed Mushayt, (1114 in 1:03−md−01570−GBD −FM, 165 in 1:04−cv−01923−GBD) Response in to Motion,, filed by Estate of John P.O'Neill, Sr., (273 in 1:03−md−01570−GBD −FM) Affirmation in Opposition to filed by Burnett Plaintiffs, (1771 in 1:03−md−01570−GBD −FM) Notice of Appearance filed by Sheikh Yusuf Al Qa (1930 in 1:03−md−01570−GBD −FM, 1930 in 1:03−md−01570−GBD −FM) Order on Motion to Dismiss, Order o Dismiss/Lack of Jurisdiction,, (528 in 1:03−md−01570−GBD −FM) Endorsed Letter, (2226 in 1:03−md−01570−G Opposition Brief, filed by National Commercial Bank, (1879 in 1:03−md−01570−GBD −FM) Declaration in Suppo Motion,, filed by Sheikh Yusuf Al Qardawi, (2074 in 1:03−md−01570−GBD −FM, 2074 in 1:03−md−01570−GBD*

*Order, Set Deadlines/Hearings,, (1350 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John P.O'N (862 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support,,, filed by Khalid Sulaiman Al−Rajhi, (1692 1:03−md−01570−GBD −FM) Endorsed Letter, (2008 in 1:03−md−01570−GBD −FM) Order, (606 in 1:03−md−0 −FM) Stipulation and Order,, (1295 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plaintiffs, (17 1:03−md−01570−GBD −FM) Stipulation and Order of Dismissal, (1783 in 1:03−md−01570−GBD −FM) Declarat Opposition to Motion, filed by Sheikh Yusuf Al Qardawi, (1419 in 1:03−md−01570−GBD −FM, 295 in 1:04−cv−01 Response in Support of Motion, filed by Talal Mohammed Badkook, (2020 in 1:03−md−01570−GBD −FM) Order o Vacate, (974 in 1:03−md−01570−GBD −FM, 974 in 1:03−md−01570−GBD −FM) Stipulation and Order, Set Moti R&R Deadlines/Hearings,, (1459 in 1:03−md−01570−GBD −FM) Certificate of Service Other,, filed by Wamy Inter Inc., World Assembly of Muslim Youth, (1458 in 1:03−md−01570−GBD −FM) MOTION to Dismiss Notice of Motio Wamy International, Inc., (357 in 1:04−cv−01923−GBD) RICO Statement filed by Estate of John P.O'Neill, Sr., (33 1:04−cv−01923−GBD, 1499 in 1:03−md−01570−GBD −FM) Declaration in Support of Motion,,, filed by Estate of P.O'Neill, Sr., (135 in 1:03−md−01570−GBD −FM) MOTION to Dismiss the Amended Complaint. filed by Sultan B Abdulaziz Al Saud, (317 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Yousef Jameel, (17 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (1702 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by Aqsa Islamic Bank, (229 in 1:03−md−01570−GBD −FM) Endorsed Letter, (269 in 1:04−cv−01923−GBD) Notice (Other) filed by Estate of Jo P.O'Neill, Sr., (1773 in 1:03−md−01570−GBD −FM) Response in Opposition to Motion,,, filed by Euro Brokers Inc Burnett & Ashton Plaintiffs, Burnett Plaintiffs, Federal Insurance Company et al., Plaintiffs, World Trade Center Pr LLC, et al., Kathleen Ashton, Continental Casualty Company, New York Marine and General Insurance Company, ( 1:03−md−01570−GBD −FM) Stipulation and Order of Dismissal, (143 in 1:04−cv−01923−GBD) RICO Statement Estate of John P.O'Neill, Sr., (756 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plaintiffs, (263 i 1:03−md−01570−GBD −FM) MOTION for Leave to File Motion for Leave to File Reply Out of Time Defendants' R filed by Al Haramain Foundation, Sulaiman Al−Ali, Aqeel Al−Aqeel, Islamic Assembly of North America, Mohamme Khalifa, Adel Abdul Batterjee, (1560 in 1:03−md−01570−GBD −FM) Declaration in Opposition to Motion,,,, filed l Executive Committees, (130 in 1:03−md−01570−GBD −FM) Response to Motion,, filed by Pacific Indemnity Comp Federal Insurance Company, Vigilant Insurance Company, (603 in 1:03−md−01570−GBD −FM) Stipulation and O in 1:03−md−01570−GBD −FM) Affidavit in Support,, filed by Federal Insurance Company et al., Plaintiffs, (2324 i 1:03−md−01570−GBD −FM) Notice (Other) filed by Sana−Bell, Inc., (289 in 1:03−md−01570−GBD −FM) Stipul Order,, (1030 in 1:03−md−01570−GBD −FM) Affidavit in Opposition to Motion,,,,, filed by Plaintiffs PI Executive (2038 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (475 in 1:03−md−01570−GBD −FM) Affirmation in Opp Motion, filed by Burnett Plaintiffs, (90 in 1:03−md−01570−GBD −FM) Order Admitting Attorney Pro Hac Vice, (6 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (1565 in 1:03−md−01570−GB 1565 in 1:03−md−01570−GBD −FM) Stipulation and Order, Set Deadlines,,,, (2200 in 1:03−md−01570−GBD −F Memorandum of Law in Opposition to Motion, filed by Khaled Bin Mahfouz, (771 in 1:03−md−01570−GBD −FM) and Order,, (634 in 1:03−md−01570−GBD −FM) RICO Statement filed by Port Authority of New York & New Jerse Fitzgerald & Co., (349 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Addullah Al Faisal Abdulaziz Alfaisaliah Group, Faisal Group Holding Co., Mohammed Bin Abdulrahman Al Ariefy, (2354 in 1:03−md−01570− Notice (Other) filed by Al Haramain Islamic Foundation, Inc., (904 in 1:03−md−01570−GBD −FM) RICO Stateme Federal Insurance Company et al., Plaintiffs, (292 in 1:03−md−01570−GBD −FM) Opposition Brief filed by Feder Company et al., Plaintiffs, (633 in 1:03−md−01570−GBD −FM) MOTION to Dismiss Voluntarily Dismiss Certain filed by Salvo Plaintiffs, (1817 in 1:03−md−01570−GBD −FM) Endorsed Letter, (1807 in 1:03−md−01570−GBD Memorandum of Law in Support of Motion filed by Sanabel Al−Kheer, Inc., (255 in 1:03−md−01570−GBD −FM) Reconsideration of Non−Final Ruling Dismissing Claims Against Defendants Sultan Bin Abdulaziz Al−Saud and Tu Al−Faisal Bin Abdulaziz Al−Saud. filed by Burnett Plaintiffs, (95 in 1:04−cv−01923−GBD) RICO Statement filed b John P.O'Neill, Sr., (313 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company et Plaintiffs, (120 in 1:03−md−01570−GBD −FM) MOTION (FILED ON SERVICE DATE) for Khurrum Wahid to Ap Hac Vice. filed by World Assembly of Muslim Youth, (1866 in 1:03−md−01570−GBD −FM) Reply Memorandum of Support of Motion filed by Aqsa Islamic Bank, (1014 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opp Motion,,, filed by Federal Insurance Company et al., Plaintiffs, (316 in 1:04−cv−01923−GBD) Memorandum of Law of Motion, filed by World Assembly of Muslim Youth (Falls Church, Virginia, USA), World Assembly of Muslim Yout 1:03−md−01570−GBD −FM) Stipulation and Order,, (1066 in 1:03−md−01570−GBD −FM) Stipulation and Orde 1:03−md−01570−GBD −FM) Rule 26 Disclosure filed by Plaintiffs Executive Committees, (55 in 1:03−md−01570− −FM) MOTION to Dismiss., (1870 in 1:03−md−01570−GBD −FM) MOTION to Dismiss Notice of Motion. filed by Al−Kheer, Inc., (572 in 1:03−md−01570−GBD −FM) CONSENT MOTION for Extension of Time to Answer Compl by Abdullah Muhsen Al Turki, Adnan Basha, (1727 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (698 in 1:03−md−01570−GBD −FM) RICO Statement, filed by Euro Brokers Inc., et al., (624 in 1:03−md−01570−GBD − Statement filed by Port Authority of New York & New Jersey, Cantor Fitzgerald & Co., (267 in 1:03−md−01570−G Reply to Response to Motion filed by Mohammed Jamal Khalifa, (1918 in 1:03−md−01570−GBD −FM) Order, (23 1:03−md−01570−GBD −FM) Rule 26 Disclosure filed by Perouz Seda Ghaty, (1699 in 1:03−md−01570−GBD −F Statement filed by Federal Insurance Company et al., Plaintiffs, (1403 in 1:03−md−01570−GBD −FM) Memorand Support of Motion filed by Daral Maal Al Islami Trust, (1123 in 1:03−md−01570−GBD −FM) RICO Statement file Brokers Inc., et al., (1637 in 1:03−md−01570−GBD −FM) Notice of Appeal filed by All Plaintiffs, (1963 in 1:03−md−01570−GBD −FM) Affidavit in Opposition to Motion,, filed by Euro Brokers Inc., et al., Burnett Plaintiffs*

*Insurance Company et al., Plaintiffs, World Trade Center Properties LLC, et al., (961 in 1:03−md−01570−GBD −F
Statement filed by Estate of John P.O'Neill, Sr., (1749 in 1:03−md−01570−GBD −FM) Order, (61 in 1:04−cv−0192
RICO Statement filed by Estate of John P.O'Neill, Sr., (968 in 1:03−md−01570−GBD −FM) Stipulation and Order,,
1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Kathleen Ashton, (405 in
1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Burnett Plaintiffs, (37 in
1:03−md−01570−GBD −FM) Declaration in Support of Motion filed by Sami Omar Al−Hussayen, (1955 in
1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company et al., Plaintiffs, (79 in
1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support,,,,, filed by American Alternative Insurance Co
American Employers' Insurance Company, Chubb Indemnity Insurance Company, Chubb Custom Insurance Compar
American Zurich Insurance Company, Northern Insurance Company of New York, Crum & Forster Indemnity Compa
River Insurance Company, Valiant Insurance Company, Maryland Casualty Company, Great Lakes Reinsurance (UK
Pacific Indemnity Company, Great Northern Insurance Company, One Beacon Insurance Company, Federal Insuran
Company, The Camden Fire Insurance Association, Zurich American Insurance Company, Chubb Insurance Compa
Jersey, Steadfast Insurance Company, Fidelity And Deposit Company of Maryland, American Guarantee and Liabili
Insurance Company, United States Fire Insurance Company, The Princeton Excess & Surplus Lines Insurance Comp
Insurance Company of Canada, One Beacon America Insurance Company, Assurance Company of Amer, Colonial A
Casualty and Surety Insurance Company, Vigilant Insurance Company, Homeland Insurance Company of New York,
1:03−md−01570−GBD −FM) Endorsed Letter,, (1561 in 1:03−md−01570−GBD −FM) MOTION to Strike Docume
(1426) NOTICE OF THE FEDERAL PLAINTIFFS' MOTION TO STRIKE RENEWED MOTION TO DISMISS SAAR
NETWORK DEFENDANTS. MOTION to Strike Document No. (1426) NOTICE OF THE FEDERAL PLAINTIFFS' M
STRIKE RENEWED MOTION TO DISMISS SAAR NETWORK DEFENDANTS. MOTION to Strike Document No. (1
NOTICE OF THE FEDERAL PLAINTIFFS' MOTION TO STRIKE RENEWED MOTION TO DISMISS SAAR NETW
DEFENDANTS. filed by Federal Insurance Company et al., Plaintiffs, (2097 in 1:03−md−01570−GBD −FM) MOT
Remand Plaintiffs' Unopposed Motion for Suggestion of Remand. filed by Havlish Plaintiffs, (24 in 1:04−cv−01923−
RICO Statement filed by C. I. O'Neill, C. O'Neill, Estate of John P.O'Neill, Sr., J. P. O'Neill, Jr., D. A. O'Neill, (2105
1:03−md−01570−GBD −FM) Stipulation and Order of Dismissal,,, (1314 in 1:03−md−01570−GBD −FM) Notice (
Notice (Other) filed by Port Authority of New York & New Jersey, Cantor Fitzgerald & Co., (48 in 1:03−md−01570−
−FM) MOTION to Dismiss Memorandum in Support of Motion to Dismiss Certain Consolidated Complaints. filed by
Abdulaziz Al Saud, (314 in 1:04−cv−01923−GBD) Declaration in Support of Motion filed by World Assembly of Mu
(Falls Church, Virginia, USA), World Assembly of Muslim Youth, (2080 in 1:03−md−01570−GBD −FM) Notice of C
Address, filed by Esate of John P. O'Neill, Sr., (1654 in 1:03−md−01570−GBD −FM) Order,,, (531 in 1:03−md−01
−FM) Reply Memorandum of Law in Support of Motion filed by Sami Omar Al−Hussayen, (675 in 1:03−md−01570−
−FM) RICO Statement filed by Port Authority of New York & New Jersey, Cantor Fitzgerald & Co., (198 in
1:03−md−01570−GBD −FM) Notice of Appearance filed by Alfaisaliah Group, Faisal Group Holding Co., Abdulla
Bin Abdulaziz AlSaud, Mohammed Bin Abdulrahman Al Ariefy, (1689 in 1:03−md−01570−GBD −FM) RICO Staten
Federal Insurance Company et al., Plaintiffs, (279 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposi
Motion, filed by Burnett Plaintiffs, (448 in 1:03−md−01570−GBD −FM) Affidavit in Opposition to Motion, filed by
Plaintiffs, (308 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company et al., Plainti
1:03−md−01570−GBD −FM) Response in Opposition to Motion, filed by Saudi Binladin Group, Inc., (1533 in
1:03−md−01570−GBD −FM) Answer to Amended Complaint,,,,,, filed by Wa'el Hamza Julaidan, (257 in
1:04−cv−01923−GBD) Notice (Other) filed by Estate of John P.O'Neill, Sr., (1980 in 1:03−md−01570−GBD −FM)
Appearance filed by Zahir H. Kazmi, (808 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to M
filed by Federal Insurance Company et al., Plaintiffs, (2016 in 1:03−md−01570−GBD −FM) Order on Motion for L
Document, (199 in 1:03−md−01570−GBD −FM) Rule 7.1 Corporate Disclosure Statement filed by Alfaisaliah Grou
Group Holding Co., (443 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Abdurahman Alamoudi, (6
1:03−md−01570−GBD −FM) Stipulation and Order,, (1005 in 1:03−md−01570−GBD −FM) Memorandum of Law
Opposition to Motion,,, filed by Euro Brokers Inc., et al., Burnett Plaintiffs, Federal Insurance Company, World Trad
Properties LLC, et al., Kathleen Ashton, Continental Casualty Company, Cantor Fitzgerald & Co., John Patrick O'N
New York Marine and General Insurance Company, (637 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (132 in
1:03−md−01570−GBD −FM) Affidavit of Service Complaints,,,,,,, filed by American Alternative Insurance Corpora
Fidelity and Casualty Company of New York, American Employers' Insurance Company, Allstate Insurance Compan
Indemnity Insurance Company, Chubb Custom Insurance Company, American Zurich Insurance Company, Northern
Company of New York, Crum & Forster Indemnity Company, Commercial Insurance Company of Newark, N.J., Nor
Insurance Company, Valiant Insurance Company, Great Lakes Reinsurance (UK) PLC, Pacific Indemnity Company,
Casualty of California, Great Northern Insurance Company, One Beacon Insurance Company, Federal Insurance Co
Amlin Underwriting, Ltd., Hiscox Dedicated Corporate Member, Ltd., Continental Insurance Company, Zurich Amer
Insurance Company, Chubb Insurance Company of New Jersey, Steadfast Insurance Company, Seneca Insurance Co
Inc., Boston Old Colony Insurance Company, Fidelity And Deposit Company of Maryland, American Guarantee and
Insurance Company, United States Fire Insurance Company, Chubb Insurance Company of Canada, One Beacon Am
Insurance Company, Continental Insurance Company of New Jersey, Assurance Company of Amer, Colonial Americ
and Surety Insurance Company, Vigilant Insurance Company, Homeland Insurance Company of New York, (2402 in
1:03−md−01570−GBD −FM, 2402 in 1:03−md−01570−GBD −FM) Endorsed Letter, Set Motion and R&R
Deadlines/Hearings,, (2400 in 1:03−md−01570−GBD −FM) Order, (276 in 1:03−md−01570−GBD −FM) Memora
Law in Opposition to Motion,, filed by Burnett Plaintiffs, (32 in 1:03−md−01570−GBD −FM) Memo Endorsement, (*

*1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,, filed by Federal Insurance Company et al., Plaintiffs, (1997 in 1:03−md−01570−GBD −FM, 1997 in 1:03−md−01570−GBD −FM) Stipulation and Order, Ter Motions,,,, (1346 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John P.O'Neill, Sr., (1683 in 1:03−md−01570−GBD −FM) Notice of Appeal, filed by World Trade Center Properties LLC, et al., (1402 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Daral Maal Al Islami Trust, Note to Attorney to Re−Fil − Event Type Error, (1575 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,,, filed by Executive Committees, (2162 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by All Defendant 1:03−md−01570−GBD −FM) Declaration in Opposition to Motion,,,,, filed by Euro Brokers Inc., et al., Federal Ins Company et al., Plaintiffs, World Trade Center Properties LLC, et al., Continental Casualty Company, Estate of John Sr., New York Marine and General Insurance Company, (23 in 1:04−cv−01923−GBD) RICO Statement, filed by C. C. O'Neill, Estate of John P.O'Neill, Sr., J. P. O'Neill, Jr., D. A. O'Neill, (2093 in 1:03−md−01570−GBD −FM) Obj (non−motion), Objection (non−motion) filed by Burnett & Ashton Plaintiffs, (2293 in 1:03−md−01570−GBD −FM) Support of Motion filed by Saudi Binladin Group, Inc., (2 in 1:04−cv−01923−GBD) Notice of Case Assignment/Rea (2067 in 1:03−md−01570−GBD −FM) Sealed Document, (1083 in 1:03−md−01570−GBD −FM) RICO Statement Estate of John P.O'Neill, Sr., (116 in 1:03−md−01570−GBD −FM) Certificate of Service Other, filed by United Stat America, (588 in 1:03−md−01570−GBD −FM) Declaration in Support of Motion,, filed by Yousef Jameel, (2310 in 1:03−md−01570−GBD −FM) Order, (566 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Federal Insurar Company et al., Plaintiffs, (655 in 1:03−md−01570−GBD −FM) MOTION to Dismiss the Consolidated Personal In Complaints (Ashton, Burnett, Salvo, and Tremsky). MOTION to Dismiss the Consolidated Personal Injury Complain Burnett, Salvo, and Tremsky). filed by Perouz Seda Ghaty, (179 in 1:03−md−01570−GBD −FM) Endorsed Letter, ( 1:03−md−01570−GBD −FM) RICO Statement filed by World Trade Center Properties LLC, et al., (699 in 1:03−md−01570−GBD −FM) RICO Statement, filed by Euro Brokers Inc., et al., (1369 in 1:03−md−01570−GBD − Notice (Other), Notice (Other), Notice (Other) filed by Euro Brokers Inc., et al., World Trade Center Properties LLC (1567 in 1:03−md−01570−GBD −FM) Declaration in Opposition to Motion,,,, filed by Estate of John P.O'Neill, Sr., 1:03−md−01570−GBD −FM) Endorsed Letter, (2371 in 1:03−md−01570−GBD −FM) Answer to Complaint filed b International, Inc., World Assembly of Muslim Youth, (803 in 1:03−md−01570−GBD −FM) MOTION (FILED ON S DATE) to Dismiss. MOTION (FILED ON SERVICE DATE) to Dismiss. filed by Mohammed Hussein Al Amoudi, (21 1:04−cv−01923−GBD, 1235 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,,, filed of John P.O'Neill, Sr., (930 in 1:03−md−01570−GBD −FM) Declaration in Support of Motion,, filed by Engelbert S Jr, Schreiber & Zindel, Frank Zindel, Engelbert Schreiber, (332 in 1:03−md−01570−GBD −FM) Reply Memorandu in Support of Motion, filed by Abdullah Omar Naseef, (150 in 1:04−cv−01923−GBD) RICO Statement filed by Estat P.O'Neill, Sr., (2438 in 1:03−md−01570−GBD −FM) Stipulation and Order of Dismissal,,, (691 in 1:03−md−0157 −FM) Notice of Voluntary Dismissal − Signed, (1040 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Schreiber, Jr, Schreiber & Zindel, Frank Zindel, Engelbert Schreiber, (297 in 1:03−md−01570−GBD −FM) Waiver Executed filed by Federal Insurance Company et al., Plaintiffs, (2170 in 1:03−md−01570−GBD −FM, 2170 in 1:03−md−01570−GBD −FM) Endorsed Letter, Set Deadlines/Hearings,,,,,, (1903 in 1:03−md−01570−GBD −FM) for Leave to File Witness Statement of Jean−Charles Brisard. filed by Khaled Bin Mahfouz, (45 in 1:03−md−01570− −FM) Reply Memorandum of Law in Support filed by National Commercial Bank, (1057 in 1:03−md−01570−GBD MOTION to Dismiss for Lack of Jurisdiction or Failure to State a Claim. filed by Yousef Jameel, (421 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed by Saudi High Commission, (2 1:03−md−01570−GBD −FM) Order, (82 in 1:03−md−01570−GBD −FM) MOTION to Dismiss for Lack of Jurisdic Third Amended Complaint (Burnett). filed by Sheik Hamad Al−Husaini, (1210 in 1:03−md−01570−GBD −FM) RIC Statement filed by New York Marine and General Insurance Company, (2019 in 1:03−md−01570−GBD −FM) Orde to Vacate, (2146 in 1:03−md−01570−GBD −FM) Brief, filed by All Defendants, (861 in 1:03−md−01570−GBD −F 1:03−md−01570−GBD −FM) MOTION to Dismiss Khalid Al Rajhi. MOTION to Dismiss for Lack of Jurisdiction K Rajhi. filed by Khalid Sulaiman Al−Rajhi, (1046 in 1:03−md−01570−GBD −FM) Memorandum of Law in Oppositi Motion,,,, filed by Plaintiffs Executive Committees, (280 in 1:03−md−01570−GBD −FM) Memorandum of Law in O Motion filed by Burnett Plaintiffs, (326 in 1:03−md−01570−GBD −FM) Stipulation and Order,,,, (1256 in 1:03−md−01570−GBD −FM) Memorandum & Opinion,,, (2218 in 1:03−md−01570−GBD −FM) Order,,, (1951 in 1:03−md−01570−GBD −FM, 1951 in 1:03−md−01570−GBD −FM) Stipulation and Order, Set Deadlines/Hearing in 1:03−md−01570−GBD −FM) RICO Statement filed by Continental Casualty Company, (358 in 1:03−md−01570 −FM) Memorandum of Law in Opposition to Motion filed by All Plaintiffs, (314 in 1:03−md−01570−GBD −FM) M of Law in Opposition to Motion,, filed by Burnett Plaintiffs, (1892 in 1:03−md−01570−GBD −FM) Reply Memoran in Support of Motion filed by Tadamon Islamic Bank, (979 in 1:03−md−01570−GBD −FM, 979 in 1:03−md−01570 −FM) MOTION to Dismiss. MOTION to Dismiss for Lack of Jurisdiction. filed by Dallah Al Baraka Group LLC, (88 1:03−md−01570−GBD −FM) Notice of Voluntary Dismissal − Signed, (261 in 1:04−cv−01923−GBD) Notice (Oth Estate of John P.O'Neill, Sr., (1029 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, Plaintiffs PI Executive Committee, (1587 in 1:03−md−01570−GBD −FM) Declaration in Support of Motion filed by Jaber Al−Alwani, (806 in 1:03−md−01570−GBD −FM) Stipulation and Order, (717 in 1:03−md−01570−GBD −F Statement filed by Euro Brokers Inc., et al., (352 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support filed by Abdullah Al Faisal Bin Abdulaziz Al Saud, Alfaisaliah Group, Faisal Group Holding Co., Mohammed Bin A Al Ariefy, (1158 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (309 in 1:04−cv−01923−GBD, 1445 in 1:03−md−01570−GBD −FM) Stipulation and Order,,,,,,, (108 in 1:03−md−01570− −FM) MOTION to Dismiss. filed by Abdullah M. Al−Mahdi, (2091 in 1:03−md−01570−GBD −FM) Sealed Docume*

*1:03−md−01570−GBD −FM) Notice (Other) filed by Euro Brokers Inc., et al., Burnett Plaintiffs, World Trade Cent Properties LLC, et al., (2191 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Bakr M Bin Laden, (1211 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Euro Brokers Inc., et al., World Trade Center Properties LLC, (1647 in 1:03−md−01570−GBD −FM) Rule 7.1 Corporate Disclosure Statement filed by Mohamed Bin Laden Orga (SBG), (2115 in 1:03−md−01570−GBD −FM) Affidavit in Support of Motion, filed by National Commercial Bank, ( 1:03−md−01570−GBD −FM) RICO Statement filed by Port Authority of New York & New Jersey, Cantor Fitzgerald (123 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (1992 in 1:03−md−01570−GBD −FM) Order, (811 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (451 in 1:03−md−01570−GBD −FM) Affidavit in Opposition Burnett Plaintiffs, (428 in 1:03−md−01570−GBD −FM) MOTION for More Definite Statement THE FEDERAL INS COMPANY PLAINTIFFS' MORE DEFINITE STATEMENT AND SUPPLEMENTAL PLEADING ADDING CERTAI DEFENDANTS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(e) AND 15(d) AND PARAGRAPH CASE MANA MOTION for More Definite Statement THE FEDERAL INSURANCE COMPANY PLAINTIFFS' MORE DEFINITE STATEMENT AND SUPPLEMENTAL PLEADING ADDING CERTAIN DEFENDANTS PURSUANT TO RULES OF CIVIL PROCEDURE 12(e) AND 15(d) AND PARAGRAPH 12 OF CASE MANA filed by Federal Insurar Company et al., Plaintiffs, (1532 in 1:03−md−01570−GBD −FM) Answer to Amended Complaint,, filed by Wa'el Ja (2052 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Soliman H.S. Al−Buthe, (414 in 1:03−md−01570−G Rule 7.1 Corporate Disclosure Statement filed by SNCB Corporate Finance Ltd., SNCB Securities Ltd. in London, (1 1:03−md−01570−GBD −FM) Affidavit, filed by Federal Insurance Company et al., Plaintiffs, (964 in 1:03−md−01 −FM) Endorsed Letter, (745 in 1:03−md−01570−GBD −FM) Affirmation in Opposition to Motion, filed by Federal Company et al., Plaintiffs, (17 in 1:03−md−01570−GBD −FM) Order on Motion to Appear Pro Hac Vice, (1959 in 1:03−md−01570−GBD −FM) RICO Statement filed by New York Marine and General Insurance Company, (1132 in 1:03−md−01570−GBD −FM) Clerk Certificate of Mailing, (1923 in 1:03−md−01570−GBD −FM, 1923 in 1:03−md−01570−GBD −FM) Endorsed Letter, Set Deadlines/Hearings,, (2180 in 1:03−md−01570−GBD −FM) O in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Neill, Sr., (2017 in 1:03−md−01570− Order on Motion to Vacate, (1638 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John P.O'Neill, in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Estate of John Patrick O'Neill Sr., Estate of P.O'Neill, Sr., (1577 in 1:03−md−01570−GBD −FM) MOTION for Reconsideration re; (1545) Endorsed Letter, Pla Notice of Motion for Reconsideration of the Court's Order that the Parties Submit a Proposed Order Certifying the D Dismissed on 12(b)(1) and 12(b)(2) Grounds but MOTION for Reconsideration re; (1545) Endorsed Letter, Plaintiffs Motion for Reconsideration of the Court's Order that the Parties Submit a Proposed Order Certifying the Defendants on 12(b)(1) and 12(b)(2) Grounds but filed by Burnett Plaintiffs, (147 in 1:03−md−01570−GBD −FM) Order on Mo Leave to File Document, (561 in 1:03−md−01570−GBD −FM) Endorsed Letter, (385 in 1:03−md−01570−GBD −F Affidavit of Service Complaints, filed by Federal Insurance Company et al., Plaintiffs, (931 in 1:03−md−01570−GB Memorandum of Law in Support of Motion,, filed by Engelbert Schreiber, Jr, Schreiber & Zindel, Frank Zindel, Enge Schreiber, (1836 in 1:03−md−01570−GBD −FM) Notice of Change of Address, filed by Al Haramain Islamic Found Perouz Seda Ghaty, Soliman H.S. Al−Buthe, (802 in 1:03−md−01570−GBD −FM) RICO Statement filed by Contine Casualty Company, (44 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by Saudi B Group, Inc., (383 in 1:03−md−01570−GBD −FM) Affidavit of Service Complaints filed by Federal Insurance Comp Plaintiffs, (1808 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion, filed by Sana−Bell, In 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Federal Insurance Company e Plaintiffs, (446 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal Insurance Company et al., Plainti 1:03−md−01570−GBD −FM) MOTION to Remand. filed by Havlish Plaintiffs, (25 in 1:03−md−01570−GBD −FM Letter,, (971 in 1:03−md−01570−GBD −FM) RICO Statement filed by Euro Brokers Inc., et al., (965 in 1:03−md−01570−GBD −FM) Stipulation and Order, (2213 in 1:03−md−01570−GBD −FM) Order, (1685 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion filed by Daral Maal Al Islami Trust, 1:03−md−01570−GBD −FM) Response in Opposition to Motion filed by National Commercial Bank, (1058 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion,, filed by Yousef Jameel, (178 in 1:03−md−01570−GBD −FM) Endorsed Letter, (1234 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Oth Omar M. Bin Laden, Tarek M. Bin Laden, Saudi Binladin International Company, Saudi Binladin Group, Inc., Moha Laden Organization (SBG), Abdullah Bin Laden, Yeslam M. Bin Laden, Bakr M Bin Laden, (1675 in 1:03−md−0157 −FM) Reply Memorandum of Law in Support of Motion,, filed by Engelbert Schreiber, Jr, Schreiber & Zindel, Frank Engelbert Schreiber, (1330 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Estate of John P.O'Neill, Sr., (2 1:03−md−01570−GBD −FM) MOTION for Martin F. McMahon to Withdraw as Attorney For Defendant Sanabel A Inc.. filed by Sanabel Al−Kheer, Inc., (1444 in 1:03−md−01570−GBD −FM) Declaration in Support of Motion,, file Council on American−Islamic Relations (CAIR), (1906 in 1:03−md−01570−GBD −FM) Reply Memorandum of Law of Motion filed by Sanabel Al−Kheer, Inc., (1056 in 1:03−md−01570−GBD −FM) Endorsed Letter, (2068 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plaintiffs, (1830 in 1:03−md−01570−GBD −FM) No Appearance filed by Ahmed Zaki Yamani, (370 in 1:04−cv−01923−GBD, 1594 in 1:03−md−01570−GBD −FM) Cle Judgment,,,, (2428 in 1:03−md−01570−GBD −FM) MOTION for Leave to File Excess Pages Unopposed. filed by H Plaintiffs, (4 in 1:03−md−01570−GBD −FM) MDL Transfer In, (720 in 1:03−md−01570−GBD −FM) RICO Staten Estate of John P.O'Neill, Sr., (1097 in 1:03−md−01570−GBD −FM) RICO Statement filed by Estate of John P.O'Ne (2250 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Havlish Plaintiffs, (687 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Burnett Plaintiffs, (2284 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by Saudi Binladin Group, Inc., (656 i*

*1:03−md−01570−GBD −FM) MOTION to Dismiss the Consolidated Property Damage and Insurance Complaints (
Fitzgerald, Continental Casualty, Euro Brokers, Federal Insurance, NY Marine, and World Trade Center Properties,
to Dismiss the Consolidated Property Damage and Insurance Complaints (Cantor Fitzgerald, Continental Casualty,
Brokers, Federal Insurance, NY Marine, and World Trade Center Properties). filed by Al Haramain Islamic Foundat
(319 in 1:03−md−01570−GBD −FM) MOTION (FILED ON SERVICE DATE) for Viet D. Dinh to Appear Pro Hac
by Yousef Jameel, (1262 in 1:03−md−01570−GBD −FM) MOTION to Dismiss the Federal Insurance action. filed b
Administrative Services S.A., (14 in 1:03−md−01570−GBD −FM) Order on Motion to Appear Pro Hac Vice, (635 in
1:03−md−01570−GBD −FM) MOTION for E. Michael Bradley to Withdraw as Attorney. filed by Omar M. Bin Lad
M. Bin Laden, Saudi Binladin Group, Inc., Khaled Bin Salim Bin Mahfouz, Bakr M Bin Laden, (1157 in 1:03−md−0
−FM) Notice (Other), Notice (Other) filed by Estate of John P.O'Neill, Sr., (2065 in 1:03−md−01570−GBD −FM) N
(Other), Notice (Other) filed by World Trade Center Properties LLC, et al., (157 in 1:03−md−01570−GBD −FM)
Memorandum of Law in Opposition filed by Burnett Plaintiffs, (91 in 1:03−md−01570−GBD −FM) Order,,, (1660 in
1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion,, filed by Yassin Abdullah Kadi, (398 in
1:03−md−01570−GBD −FM) Affirmation in Opposition to Motion filed by All Plaintiffs, (2225 in 1:03−md−01570−
−FM) Order, (1451 in 1:03−md−01570−GBD −FM) MOTION to Dismiss Plaintiffs' Complaints in Burnett, Federa
Continental Casualty, Euro Brokers, New York Marine, and World Trade Center. filed by Yeslam M. Bin Laden, (108
1:04−cv−01923−GBD) RICO Statement filed by Estate of John P.O'Neill, Sr., (2050 in 1:03−md−01570−GBD −FM
Change of Address filed by Yousef Jameel, (1666 in 1:03−md−01570−GBD −FM) RICO Statement filed by Federal
Company et al., Plaintiffs, (2151 in 1:03−md−01570−GBD −FM) Stipulation of Voluntary Dismissal, filed by Amlin
Underwriting, Ltd., (26 in 1:03−md−01570−GBD −FM) Amended Document filed by Burnett Plaintiffs, (1716 in
1:03−md−01570−GBD −FM) Declaration in Support of Motion,,, filed by Estate of John P.O'Neill, Sr., (601 in
1:03−md−01570−GBD −FM) Notice of Appearance filed by Naif Bin Abdulaziz Al Saud, (1101 in 1:03−md−01570−
−FM) MOTION to Dismiss for Lack of Jurisdiction and Insufficient Service of Process. filed by Sercor Treuhand Ans
in 1:03−md−01570−GBD −FM) Declaration in Support of Motion filed by Taha Jaber Al−Alwani, (2335 in
1:03−md−01570−GBD −FM) Amended Answer to Complaints filed by Dubai Islamic Bank, (822 in 1:03−md−0157
−FM) Notice (Other) filed by Estate of John P.O'Neill, Sr., (1367 in 1:03−md−01570−GBD −FM) Notice (Other) fi
Burnett Plaintiffs, (1704 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (1782 in 1:03−md−01570−GBD −
MOTION for Default Judgment as to certain defendants served by publication in Ashton case. filed by Kathleen Asht
1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Burnett Plaintiffs, (2346 in
1:03−md−01570−GBD −FM) Answer to Amended Complaint,,, filed by Sanabel Al Kheer, Inc., (757 in 1:03−md−0
−FM) Notice of Appearance filed by Mohammed Hussein Al Amoudi, (1653 in 1:03−md−01570−GBD −FM) Memo
Law in Opposition to Motion,, filed by Plaintiffs Executive Committees, (274 in 1:03−md−01570−GBD −FM) Memo
Law in Opposition to Motion filed by Burnett Plaintiffs, (2000 in 1:03−md−01570−GBD −FM) Order,, (153 in
1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion filed by Burnett Plaintiffs, (1337 in
1:03−md−01570−GBD −FM) Notice (Other), Notice (Other), Notice (Other), Notice (Other) filed by Estate of John
Sr., (196 in 1:03−md−01570−GBD −FM) Notice of Appearance filed by Alfaisaliah Group, Faisal Group Holding C
Abdullah Al Faisal Bin Abdulaziz AlSaud, Mohammed Bin Abdulrahman Al Ariefy, (235 in 1:03−md−01570−GBD −
Memorandum of Law in Opposition to Motion filed by Kathleen Ashton, (1237 in 1:03−md−01570−GBD −FM) Stip
Order, (1304 in 1:03−md−01570−GBD −FM) MOTION to Dismiss New York Marine. filed by Abdul Aziz Al−Ibrah
1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion, filed by Burnett Plaintiffs, (467 in
1:04−cv−01923−GBD, 2239 in 1:03−md−01570−GBD −FM) Affirmation in Opposition to Motion, filed by All Plai
(1701 in 1:03−md−01570−GBD −FM) MOTION to Dismiss Notice of Motion. filed by Aqsa Islamic Bank, (1801 in
1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion, filed by Sanabel Al−Kheer, Inc., Al Sham
Bank, Tadamon Islamic Bank, (1971 in 1:03−md−01570−GBD −FM) Endorsed Letter,,,, (622 in 1:03−md−01570−
Stipulation and Order of Dismissal, (273 in 1:04−cv−01923−GBD) Notice (Other) filed by Estate of John P.O'Neill,
in 1:03−md−01570−GBD −FM) MOTION to Dismiss Named Defendants in Exhibit A. filed by Kathleen Ashton, (17
1:03−md−01570−GBD −FM) Reply Memorandum of Law in Support of Motion,, filed by Sami Omar Al−Hussayen,
1:03−md−01570−GBD −FM) Notice of Voluntary Dismissal − Signed,, (154 in 1:03−md−01570−GBD −FM) Mem
Law in Support,, filed by Burnett & Ashton Plaintiffs, (2232 in 1:03−md−01570−GBD −FM) Opposition Brief, filed
National Commercial Bank, (2064 in 1:03−md−01570−GBD −FM) Notice (Other), Notice (Other) filed by Euro Bro
et al., (476 in 1:03−md−01570−GBD −FM) Memorandum of Law in Opposition to Motion,, filed by Federal Insura
Company et al., Plaintiffs, (2117 in 1:03−md−01570−GBD −FM) Affidavit in Support of Motion, filed by National C
Bank, (485 in 1:03−md−01570−GBD −FM) Endorsed Letter,, (1342 in 1:03−md−01570−GBD −FM) Notice (Othe
Estate of John P.O'Neill, Sr., (2005 in 1:03−md−01570−GBD −FM) Stipulation and Order, (453 in 1:03−md−0157
−FM) Statement of Relatedness filed by Kathleen Ashton, (2326 in 1:03−md−01570−GBD −FM) Rule 26 Disclosur
Muslim World League, (550 in 1:03−md−01570−GBD −FM) Stipulation and Order of Dismissal, (2334 in
1:03−md−01570−GBD −FM) Amended Answer to Complaints filed by Dubai Islamic Bank, (1948 in 1:03−md−015
−FM) MOTION to Vacate Default Judgments. filed by Abdul Hamid Abu Sulayman, (92 in 1:03−md−01570−GBD −
Memorandum of Law in Support of Motion filed by Al−Rajhi Banking & Investment Corp., (658 in 1:03−md−01570−
−FM) Notice of Voluntary Dismissal − Signed, (1391 in 1:03−md−01570−GBD −FM) Order on Motion to Dismiss,
1:04−cv−01923−GBD, 2390 in 1:03−md−01570−GBD −FM) Declaration in Opposition, filed by All Plaintiffs, (20
1:03−md−01570−GBD −FM) Notice of Change of Address, filed by Estate of John Patrick O'Neill Sr., Estate of Joh
Sr., (841 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Faisal Islamic Bank, (2135 in 1:03−md−01
−FM) USCA Mandate,,, (616 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (1574 in 1:03−md−01570−C*

| | | |
|---|---|---|
| | | *Affidavit in Opposition to Motion,,, filed by Federal Insurance Company et al., Plaintiffs, Kathleen Ashton, Continen Company, New York Marine and General Insurance Company, (1365 in 1:03−md−01570−GBD −FM) Notice (Othe Estate of John P.O'Neill, Sr., (2182 in 1:03−md−01570−GBD −FM) Order on Motion to Strike, (256 in 1:04−cv−01923−GBD) Notice (Other) filed by Estate of John P.O'Neill, Sr., (1907 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by Sana−Bell, Inc., (719 in 1:03−md−01570−GBD −FM) Order Ad Attorney Pro Hac Vice,,,,,,, (2166 in 1:03−md−01570−GBD −FM) MOTION to Strike Document No. (2163) or, Alte for Leave to Respond to New Arguments in Plaintiffs Reply in Support of Their Motion for Declaratory Relief. filed b Commercial Bank, (42 in 1:03−md−01570−GBD −FM) Rule 7.1 Corporate Disclosure Statement filed by Saudi Bin Group, Inc., (918 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (828 in 1:03−md−01570−GBD −FM) N (Other) filed by Continental Casualty Company, (483 in 1:03−md−01570−GBD −FM) Notice of Appearance filed b Irene O'Neill, Carol O'Neill, Dorothy A. O'Neill, John Patrick O'Neill, Jr., Estate of John P.O'Neill, Sr., (1240 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support filed by DMI Administrative Services S.A., (2440 in 1:03−md−01570−GBD −FM) Order, (2164 in 1:03−md−01570−GBD −FM) Declaration in Support of Motion, file Plaintiffs, (715 in 1:03−md−01570−GBD −FM) Stipulation and Order,, (2063 in 1:03−md−01570−GBD −FM) No (Other), Notice (Other) filed by Burnett Plaintiffs, (1105 in 1:03−md−01570−GBD −FM) RICO Statement filed by E John P.O'Neill, Sr., (1712 in 1:03−md−01570−GBD −FM) Memorandum of Law in Support of Motion filed by Dall Trans Arabia Co. LTD., (186 in 1:03−md−01570−GBD −FM) Notice (Other) filed by Burnett Plaintiffs, (2123 in 1:03−md−01570−GBD −FM) MOTION for Extension of Time to File Response/Reply LETTER APPLICATION TO MAAS FOR EXTENSION OF TIME TO REPSOND TO NATIONAL COMMERCIAL BANK'S MOTION TO DISMISS Continental Casualty Company, Cantor Fitzgerald & Co., John Patrick O'Neill, Jr., New York Marine and General I Company, (729 in 1:03−md−01570−GBD −FM) MOTION to Dismiss. filed by Sami Omar Al−Hussayen, (631 in 1:03−md−01570−GBD −FM) MOTION to Dismiss & Memorandum of Law in Support of Motion to Dismiss of the S Relief Committee. filed by Saudi Joint Relief Committee, (981 in 1:03−md−01570−GBD −FM) Notice (Other) filed b Brokers Inc., et al., Burnett Plaintiffs, World Trade Center Properties LLC, et al., (1705 in 1:03−md−01570−GBD − Memorandum of Law in Support of Motion,, filed by Abdullah Bin Laden, (486 in 1:03−md−01570−GBD −FM) Rep Memorandum of Law in Support of Motion,, filed by Shahir Abdulraoof Batterjee, Saleh Al−Hussayen, Sheik Hamad Al−Husaini, Saudi Red Crescent, Sheik Salman Al−Oawdah, Safar Al−Hawali, (2431 in 1:03−md−01570−GBD −F Memorandum of Law in Support of Motion,, filed by Havlish Plaintiffs, (468 in 1:03−md−01570−GBD −FM) Endor (1816 in 1:03−md−01570−GBD −FM) Notice of Substitution of Attorney, filed by Naif Bin Abdulaziz Al Saud were to the U.S. Court of Appeals. Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:04−cv−01923−GBD(kj) (E 08/15/2011)* |
| .7/2011 | 2472 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from J. Scott Tarbutton dated 8/16/11 re: counsel plaintiffs writes to respectfully request that the existing deadline for submitting Plaintiffs' Motion for Sanctions again defendants Muslim World League ("MWL") and International Islamic Relief Organization ("IIRO"), be extended by from August 19, 2011 to August 26, 2011. The proposed extension would push all deadlines in the current briefing sc one week as follows: a. By August 26, 2011, Plaintiffs shall serve and file their motion for sanctions against defendar and IIRO. b. By September 19, 2011, defendants MWL and IIRO shall serve and file their opposition papers. c. By O 2011, Plaintiffs shall serve and file their reply papers. ENDORSEMENT: APPLICATION GRANTED. SO ORDERI Motions due by 8/26/2011., Responses due by 9/19/2011, Replies due by 10/7/2011.) (Signed by Magistrate Judge Fr on 8/16/11) (pl) Modified on 8/17/2011 (pl). (Entered: 08/17/2011) |
| .9/2011 | 2473 | THIRD BRIEF re: (2124 in 1:03−md−01570−GBD −FM) MOTION for Default Judgment as to *Sovereign Defendan* 1:03−md−01570−GBD −FM) MOTION for Default Judgment as to *Non−Sovereign Defendants*. *Plaintiffs' Third Me of Law In Support of Motions for Judgment*. Document filed by Havlish Plaintiffs. (Attachments: # 1 Exhibit 38, # 2 # 3 Exhibit 40, # 4 Exhibit 41)Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:03−cv−09848−GBD(Corr, (Entered: 08/19/2011) |
| 26/2011 | 2474 | NOTICE OF CHANGE OF ADDRESS by Juan P. Morillo on behalf of Dubai Islamic Bank. New Address: Cleary G Steen & Hamilton LLP, 2000 Pennsylvania Ave., NW, Washington, DC, United States 20006, 202−974−1740. Filed Associated Cases: 1:03−md−01570−GBD −FM et al.(Morillo, Juan) (Entered: 08/26/2011) |
| )7/2011 | 2475 | ORDER CANCELING CONFERENCE: The scheduled Discovery Conference is canceled. The next discovery confe be held, as previously scheduled, on 10/19/2011 at 2:00 p.m. (Discovery Hearing set for 10/19/2011 at 02:00 PM befo Magistrate Judge Frank Maas.) (Signed by Magistrate Judge Frank Maas on 9/6/2011) (ft) (Main Document 2475 rep 9/7/2011) (ft). (Entered: 09/07/2011) |
| .6/2011 | 2476 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Martin F. McMahon dated 9/15/11 re: Couns defendants writes to request an extension of the deadline to respond to plaintiffs' letter for sanctions until 9/26/11. ENDORSEMENT: Approved. (Signed by Magistrate Judge Frank Maas on 9/16/2011) (mro) (Entered: 09/19/2011) |
| 27/2011 | 2477 | NOTICE of Tag Along Action. Document filed by Havlish Plaintiffs. (Attachments: # 1 Exhibit A)(Corr, Stephen) (E 09/27/2011) |
| 30/2011 | 2478 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Sean P. Carter dated 9/29/11 re: Counsel for plaintiffs write to request an extension of time to file a their reply to the 8/19/11 motion for sanctions for 10/14/11. |

| | | |
|---|---|---|
| | | ENDORSEMENT: Of Course! ( Replies due by 10/14/2011.) (Signed by Magistrate Judge Frank Maas on 9/30/2011 Modified on 10/4/2011 (mro). (Entered: 10/03/2011) |
| .4/2011 | 2479 | REPORT AND RECOMMENDATIONS: For the reasons set forth above, Plaintiffs should be awarded judgment on subrogation claims against al Qaeda under the ATA as follows: CARRIER AMOUNT: AXA $1,619,352,652.02; Chu 6,652,406,165.10; MRAm 321,691,504.77; OneBeacon 529,544,956.20; TIG 228,252,687.90; Total $9,351,247,965. Plaintiffs additional claims for their adjustment costs and legal fees should be denied without prejudice. Objections to by 10/31/2011. (Signed by Magistrate Judge Frank Maas on 10/13/2011) (js) Modified on 10/24/2011 (tro). (Entered: 10/14/2011) |
| .4/2011 | 2480 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Ronald L. Motley, Andrew J. Maloney III, E Feldman, and J. Scott Tarbutton dated 10/14/2011 re: Plaintiffs' Executive Committees request that the Court adjourn 10/19/2011 discovery conference to another date. ENDORSEMENT: The inability to hold the conference on 10/19, c with defense counsel's schedule and my own schedule, make it impossible to schedule anything before 11/16. I have, set aside two hours that day. (Signed by Magistrate Judge Frank Maas on 10/14/2011) (ft) (Entered: 10/17/2011) |
| .9/2011 | 2481 | ORDER: A hearing on Plaintiffs' Motion for Entry of Judgment By Default Against Sovereign Defendants is schedul December 15, 2011 at 10:30 a.m. ( Motion Hearing set for 12/15/2011 at 10:30 AM before Judge George B. Daniels. by Judge George B. Daniels on 10/19/2011) Filed In Associated Cases: 1:03−md−01570−GBD −FM, 1:03−cv−09848−GBD(mro) (Entered: 10/19/2011) |
| 24/2011 | 2482 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Omar Mohammedi, Steve Cottreau, Martin M and Alan Kabat dated 10/21/11 re: Counsel for the defendants requests that Your Honor postpone the noticed deposit require plaintiffs to provide sufficient advance notice to all defendants who are in discovery, and allow counsel for al defendants to participate in these and any other depositions in the case. ENDORSEMENT: 1) The notion that the PEC deponents could, by agreement, limit the defendants' right to attend the depositions and participate is, frankly, absurd deponents wish to adhere to the schedule they negotiated, they may. Any questioning that takes place later this week, will be without prejudice to a later application to continue the depositions so that the deponents may be cross−examin PEC is correct that this Court can rule on that application pursuant to 28 USC 1407(b), it is likely to be granted. If no hope that a Judge in the Eastern District of Virginia would view such an application equally charitably. 3) Deponents are strongly urged to agree to a 30−day extension, as the PEC suggests, so that the deponents need not be subjected to depositions each. So ordered. (Signed by Magistrate Judge Frank Maas on 10/24/2011) (mro) (Entered: 10/24/2011) |
| 25/2011 | 2483 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER IN ORDER FROM THE MDL PANEL... transf action from the United States District Court − that pursuant to 28 U.S.C. 1407, the actions listed on the attached sche pending in the District of Columbia, and the same hereby are, transferred to the Southern District of New York, with of that court, assigned to the Honorable Judge George B. Daniels, for coordinated or consolidated pretrial proceeding actions pending in that district and listed on Schedule A. (Signed by MDL Panel on 10/25/2011) (sjo) (Entered: 10/2 |
| .4/2011 | 2484 | TRANSCRIPT of Proceedings re: Conference held on 6/23/2011 before Magistrate Judge Frank Maas. Court Reporter/Transcriber: Toni Stanley, (212) 805−0300. Transcript may be viewed at the court public terminal or purcha through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 12/8/2011. Redacted Transcript Deadline set for 12/19/2011. Relea Transcript Restriction set for 2/15/2012.(McGuirk, Kelly) (Entered: 11/14/2011) |
| .4/2011 | 2485 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conferenc proceeding held on 6/23/11 has been filed by the court reporter/transcriber in the above−captioned matter. The parties seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...( Kelly) (Entered: 11/14/2011) |
| .6/2011 | | Minute Entry for proceedings held before Magistrate Judge Frank Maas: Discovery Hearing held on 11/16/2011. (rjm 11/18/2011) |
| 21/2011 | 2490 | ORDER: The parties shall comply with my discovery rulings made during the conference. The deadline for rolling do production shall be extended to January 30, 2012. Further discovery conferences shall be held at 2 p.m. in Courtroom dates that are set forth in this Order. ( Request for Production of Documents due by 1/30/2012.) (Signed by Magistrat Frank Maas on 11/16/11) Copies Sent By Chambers and all counsel via ECF. (pl) Modified on 11/21/2011 (pl). (Ente 11/21/2011) |
| 22/2011 | 2491 | MEMORANDUM DECISION AND ORDER denying (2403) Motion to Stay in case 1:03−md−01570−GBD−FM. F foregoing reasons, Sedaghaty's motion to stay discovery is denied, and the Plaintiffs' application to compel Sedaghaty to their Document Demands is granted. (Signed by Magistrate Judge Frank Maas on 11/21/2011) Filed In Associated 1:03−md−01570−GBD−FM et al. Copies Sent By Chambers and via ECF. (mro) (Entered: 11/22/2011) |
| 29/2011 | 2492 | ENDORSED LETTER addressed to Magistrate Judge Frank Mass from Frederick J. Goetz dated 11/28/2011 re: coun defendants World Assembly of Muslim Youth− Saudi Arabia and World Assembly of Muslim Youth International (h |

| | | |
|---|---|---|
| | | AMY") to respectfully request that this Court issue an order allowing counsel for W AMY to obtain copies of the tran the depositions of the following persons and copies of all exhibits introduced at said depositions: Yaqub Mirza, Jama Hisharn Altalib. Given the agreement that the exhibits and transcripts are confidential, Steven Barentzen, counsel for witnesses does not object to WAMY obtaining copies. ENDORSEMENT: Communications with the Court should be all counsel, not merely those most directly involved. In any event, since I understand that plaintiffs do not object, this approved. (Signed by Magistrate Judge Frank Maas on 11/29/2011) (pl) Modified on 11/29/2011 (pl). (Entered: 11/2 |
| )1/2011 | 2506 | MANDATE of USCA (Certified Copy) USCA Case Number 09−4958. It is hereby Ordered, Adjudged and Decreed order of the District Court is AFFIRMED in part, and the case is REMANDED to the Southern District of New York accordance with the opinion of this Court. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As 12/01/2011. (Attachments: # 1 Per Curiam Opinion)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:09−cv−07055−GBD(nd) (Entered: 12/21/2011) |
| )6/2011 | 2493 | TRANSCRIPT of Proceedings re: Conference held on 11/16/2011 before Magistrate Judge Frank Maas. Court Reporter/Transcriber: Thomas Murray, (212) 805−0300. Transcript may be viewed at the court public terminal or pur through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 12/30/2011. Redacted Transcript Deadline set for 1/9/2012. Releas Transcript Restriction set for 3/8/2012.(McGuirk, Kelly) (Entered: 12/06/2011) |
| )6/2011 | 2494 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conferenc proceeding held on 11/16/11 has been filed by the court reporter/transcriber in the above−captioned matter. The parti seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...( Kelly) (Entered: 12/06/2011) |
| )6/2011 | 2495 | Objection re: 2491 Order on Motion to Stay,. Document filed by Perouz Seda Ghaty. (Attachments: # 1 Affidavit and Exhibits)(Kabat, Alan) (Entered: 12/06/2011) |
| .2/2011 | 2496 | PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW. Document filed by Havlish Plaintiffs.Associa 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(Corr, Stephen) (Entered: 12/12/2011) |
| .2/2011 | 2497 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Robert T. Haefele, Alan R. Kabat dated 12/0 The Plaintiffs' Executive Committees and the Defendants' Executive Committee, on behalf of the defendants who are subject to discovery, respectfully submit their proposals concerning the agenda for the December 14, 2011 discovery ENDORSEMENT: At the conference 12/14/ conference. I intend to address: a) The 10/26 Motion to Compel; b) Pete c) The issue regarding reply papers.. (Signed by Magistrate Judge Frank Maas on 12/12/2011) (ama) (Entered: 12/12 |
| .3/2011 | 2498 | ENDORSED LETTER addressed to Magistrate Judge George B. Daniels from Stephen Corr dated 12/12/2011 re: Co requests an Order granting permission to bring a laptop computer and a LCD projector into the courtroom on Thursda December 15, 2011. ENDORSEMENT: IT IS SO ORDERED. (Signed by Judge George B. Daniels on 12/13/2011) I Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(djc) Modified on 12/27/2011 (djc). (Entered: 12/13/2011) |
| .4/2011 | 2499 | MOTION to Unseal Document (278 in 1:03−cv−09848−GBD, 2440 in 1:03−md−01570−GBD−FM) Order, (277 in 1:03−cv−09848−GBD, 2434 in 1:03−md−01570−GBD−FM) MOTION to Seal Document *Plaintiffs' Motion to Seal the Evidence in Support of Their Motion for Entry of Default Judgment Against Soveriegn Defendants*. filed by Havli Plaintiffs. Document filed by Havlish Plaintiffs. (Attachments: # 1 Text of Proposed Order)Filed In Associated Cases 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(Corr, Stephen) (Entered: 12/14/2011) |
| .4/2011 | | Minute Entry for proceedings held before Magistrate Judge Frank Maas: Discovery Hearing held on 12/14/2011. (lml 12/20/2011) |
| .5/2011 | 2500 | ORDER granting (289) Motion to Unseal Document in case 1:03−cv−09848−GBD; granting (2499) Motion to Unsea Document in case 1:03−md−01570−GBD−FM. Plaintiffs' unopposed Motion to Partially Unseal Previously Sealed E isGRANTED. (Signed by Judge George B. Daniels on 12/15/2011) Filed In Associated Cases: 1:03−md−01570−GB 1:03−cv−09848−GBD(ft) (Entered: 12/15/2011) |
| .5/2011 | 2501 | ORDER: Inasmuch as no stay has been granted, by 1/20/2012, defendant Perouz Sedaghaty shall produce the docume responsive to the Plaintiffs' First Set of Requests for Production of Documents. The next discovery conference shall b January 13, 2012, at 2 p.m., in Courtroom 20A. (Response to Request to Production of Documents due by 1/20/2012. Hearing set for 1/13/2012 at 02:00 PM in Courtroom 20A, 500 Pearl Street, New York, NY 10007 before Magistrate Frank Maas.) (Signed by Magistrate Judge Frank Maas on 12/15/2011) (ft) (Entered: 12/16/2011) |
| .6/2011 | 2502 | MEMORANDUM DECISION AND ORDER: This Court adopts the Report and Recommendation in its entirety. Pla should be awarded judgment on their subrogation claims against al Qaeda under the ATA as follows: AXA $1,619,352,652.02Chubb 6,652,406,165.10.MRAm 321,691,504.77OneBeacon 529,544,956.20TIG 228,252,687.90 $9,351,24 7,965.99. Plaintiffs' additional claims for their adjustment costs and legal fees should be denied without pr (also docketed in 03 cv 6978) (Signed by Judge George B. Daniels on 12/15/2011) (cd) (Entered: 12/16/2011) |

| | | |
|---|---|---|
| 20/2011 | 2503 | PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW. Document filed by Havlish Plaintiffs. (Attach Text of Proposed Order for Judgment)Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(Corr, S (Entered: 12/20/2011) |
| 20/2011 | 2504 | MEMORANDUM OF LAW in Opposition re: (2495 in 1:03−md−01570−GBD−FM) Objection (non−motion) − *Pla Memorandum of Law in Opposition to Defendant Perouz Sedaghaty's Rule 72 Objections to Magistrate Judge Maas' 22, 2011 Ruling*. Document filed by Plaintiffs Executive Committees. Filed In Associated Cases: 1:03−md−01570−G al.(Haefele, Robert) (Entered: 12/20/2011) |
| 21/2011 | 2505 | NOTICE OF APPEARANCE by Dorothy Jane Spenner on behalf of Federal Insurance Company et al., Plaintiffs Fil Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD(Spenner, Dorothy) (Entered: 12/21/2011) |
| 21/2011 | | Transmission of USCA Mandate/Order to the District Judge re: (29 in 1:09−cv−07055−GBD, 2506 in 1:03−md−01570−GBD−FM) USCA Mandate,. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:09−cv−07055−GBD(nd) (Entered: 12/21/2011) |
| 21/2011 | 2507 | MOTION to Vacate *Final Judgments Entered in favor of the Kingdom of Saudi Arabia and Saudi High Commission j Bosnia and Herzegovina*. Document filed by Federal Insurance Company.(Carter, Sean) (Entered: 12/21/2011) |
| 21/2011 | 2508 | FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU − MOTION to Vacate *Memorandum of La Support of their Motion for Relief of the Final Judgments entered in favor of the Kingdom of Saudi Arabia and Saudi Commission for Relief of Bosnia & Herzegovina*. Document filed by Federal Insurance Company. (Attachments: # 1 Exhibit)(Carter, Sean) Modified on 12/22/2011 (db). (Entered: 12/21/2011) |
| 21/2011 | | ***NOTE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Note to Attorney Sean P. Carter RE−FILE Document 2508 MOTION to Vacate *Memorandum of Law in Support of their Motion for Relief of the Fina Judgments entered in favor of the Kingdom of Saudi Arabia and Saudi High Commission for Relief of Bosnia & Herz* Use the event type Memorandum in Support of Motion found under the event list Replies, Opposition and Supporting Documents. (db) (Entered: 12/22/2011) |
| 22/2011 | 2509 | MEMORANDUM OF LAW in Support re: 2507 MOTION to Vacate *Final Judgments Entered in favor of the Kingd Arabia and Saudi High Commission for Relief of Bosnia and Herzegovina*.. Document filed by Federal Insurance Co (Attachments: # 1 Exhibit)(Carter, Sean) (Entered: 12/22/2011) |
| 22/2011 | 2510 | CLERK'S CERTIFICATE OF DEFAULT as to Islamic Republic of Iran. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD(ml) (Entered: 12/22/2011) |
| 22/2011 | 2511 | **Vacated as per Judge's Order dated 8/10/2023. Doc. # 9278** CLERK'S CERTIFICATE OF DEFAULT as to Repul Sudan. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD(ml) Modified on 8/10/2023 (a (Entered: 12/22/2011) |
| 22/2011 | 2512 | REQUEST TO ENTER DEFAULT against Sudan. Document filed by Kathleen Ashton.Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD(Maloney, Andrew) (Entered: 12/22/2011) |
| 22/2011 | 2513 | REQUEST TO ENTER DEFAULT against Islamic Republic of Iran. Document filed by Kathleen Ashton.Filed In A Cases: 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD(Maloney, Andrew) (Entered: 12/22/2011) |
| 22/2011 | 2514 | ORDER AND JUDGMENT #11,2468: For the reasons stated in the Court's Order dated December 16, 2011, judgme entered against defendant al Qaida and in favor of the plaintiffs as set forth in this Order and Judgment. Plaintiffs ma amend this judgment to include pre−judgment interest in accordance with Fed. R. Civ. P. 59( e).(Signed by Judge Ge Daniels on 12/22/2011) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD(djc) (Main D 2514 replaced on 12/22/2011) (ml). Modified on 12/22/2011 (ml). (Additional attachment(s) added on 12/22/2011: # right to appeal) (ml). (Entered: 12/22/2011) |
| 22/2011 | 2515 | FINDINGS OF FACT AND CONCLUSIONS OF LAW: In support of their motion, plaintiffs have submitted to the expert affidavits, factaffidavits, videotaped witness testimony and other exhibits. Such proofs were the subject of an e hearing on December 15, 2011. Based on the established record, plaintiffs propose the following findings of fact and of law as set forth herein. (Signed by Judge George B. Daniels on 12/22/2011) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(djc) (Entered: 12/22/2011) |
| 22/2011 | 2516 | ORDER AND JUDGMENT that Plaintiffs' Motion for Judgment by Default Against Sovereign Defendants, The Isla Republic oflran, Ayatollah Ali Hoseini−Khamenei, Ali Akbar Hashemi Rafsanjani, Iranian Ministry of Information a Security, The Islamic Revolutionary Guard Corps., Hezbollah, The Iranian Ministry of Petroleum, The National Irani Corporation, The National Iranian Gas Company, Iran Airlines, The National Iranian Petrochemical Company, Irania of Economic Affairs and Finance, Iranian Ministry of Commerce,Iranian Ministry of Defense and Armed Forces Log The Central Bank of the Islamic Republic of Iran (the "Sovereign Defendants") is GRANTED and final judgment on entered in favor of all Plaintiffs and against all Sovereign Defendants; that Plaintiffs' Motion for Judgment by Defaul Non−Sovereign Defendants, Sheikh Usamah Bin−Muhammad Bin−Laden, a/k/a Osama bin−Laden, The Taliban, a/k Islamic Emirate of Afghanistan, Muhammad Omar, and Al Qaeda/Islamic Army (the "Non−Sovereign Defendants") |

| | | |
|---|---|---|
| | | GRANTED and final judgment on liability is entered in favor of all Plaintiffs and against all Non−Sovereign Defend that the Plaintiffs are hereby referred to Magistrate Judge Frank Maas to resolve any remaining issues, including but to damages both compensatory and punitive. (Signed by Judge George B. Daniels on 12/22/11) (Attachments: # 1 no to appeal)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(ml) (Entered: 12/22/2011) |
| 23/2011 | 2517 | CONSENT MOTION for Extension of Time to File *Oppositions To Plaintiffs' Motion For Relief Of Final Judgments* filed by Saudi High Commission, The Kingdom of Saudi Arabia, Kingdom of Saudi Arabia, Saudi High Commissior High Commission, Saudi High Commission, Kingdom of Saudi Arabia.Filed In Associated Cases: 1:03−md−01570− et al.(Hansen, Mark) (Entered: 12/23/2011) |
| 28/2011 | 2519 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Omar Mohammedi and Frederick Goetz date 12/28/2011 re: Request for the postponement of the 1/13/2012 hearing. ENDORSEMENT: The 1/13th conference wa follow Judge Daniels' conference earlier the same day and obviously involves numerous parties. I therefore am unwil move it simply to address these discrete issues. We can address the issues at the 2/15 conference and make any neces adjustment in the discovery schedule following at that time. (Signed by Magistrate Judge Frank Maas on 12/28/2011 Associated Cases: 1:03−md−01570−GBD−FM et al.(cd) (Entered: 12/29/2011) |
| 29/2011 | 2518 | ORDER EXTENDING DEFENDANTS' TIME TO FILE OPPOSITIONS TO PLAINTIFFS' MOTION FOR RELIE FINAL JUDGMENTS: granting (602) Motion for Extension of Time to File in case 1:03−cv−09849−GBD; granting Motion for Extension of Time to File in case 1:03−md−01570−GBD−FM; granting (295) Motion for Extension of Ti in case 1:04−cv−01922−GBD; granting (415) Motion for Extension of Time to File in case 1:04−cv−05970−GBD; g (256) Motion for Extension of Time to File in case 1:04−cv−07216−GBD; granting (655) Motion for Extension of Ti in case 1:02−cv−06977−GBD; granting (806) Motion for Extension of Time to File in case 1:03−cv−06978−GBD; g (253) Motion for Extension of Time to File in case 1:03−cv−08591−GBD. IT IS HEREBY ORDERED that Defenda deadline to file their respective Oppositions to Plaintiffs' Motion for Relief of Final Judgments be extended to and in January 30, 2012. (Signed by Judge George B. Daniels on 12/29/2011) Filed In Associated Cases: 1:03−md−01570− et al.(lmb) (Entered: 12/29/2011) |
| 29/2011 | | Set/Reset Deadlines: Responses due by 1/30/2012. Associated Cases: 1:03−md−01570−GBD−FM et al.(lmb) (Entere 12/29/2011) |
| 29/2011 | 2520 | FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU − MOTION for Entry of Default as to The Sudan, The Ministry of the Interior of The Republic of Sudan, The Ministry of Defense of The Republic of Sudan *Aff Service and in Support of Request for Issuance of Clerk's Certificate of Default Against The Republic of Sudan, The M the Interior of The Republic of Sudan, and The Ministry of Defense of The Republic of Sudan*. Document filed by All (Attachments: # 1 Proposed Clerk's Certificate of Default)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09849−GBD(Flowers, Jodi) Modified on 12/30/2011 (db). (Entered: 12/29/2011) |
| 29/2011 | | ***NOTE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Note to Attorney Jodi Westbro to RE−FILE Document (2520 in 1:03−md−01570−GBD−FM, 605 in 1:03−cv−09849−GBD) MOTION for Entry of to The Republic of Sudan, The Ministry of the Interior of The Republic of Sudan, The Ministry of Defense of The Re Sudan *Affidavit of Service and in Support of Request for Issuance of Clerk's Certificate. Use the event type Affidavit i of Motion found under the event list Replies, Opposition and Supporting Documents. ***REMINDER*** − Motion FILED. First file Motion, then file and link any supporting documents. Filed In Associated Cases: 1:03−md−01570− 1:03−cv−09849−GBD(db) (Entered: 12/30/2011)* |
| 29/2011 | 2533 | MOTION for Richard Klingler to Appear Pro Hac Vice. Document filed by Federal Insurance Company, Federal Ins Company et al., Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD(bwa) (Ente 01/13/2012) |
| 29/2011 | 2535 | MOTION for Carter G. Phillips to Appear Pro Hac Vice. Document filed by Federal Insurance Company, Federal Ins Company et al., Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD(bwa) (Ente 01/13/2012) |
| 30/2011 | 2521 | REQUEST TO ENTER DEFAULT against The Republic of Sudan, The Ministry of the Interior of The Republic of S Ministry of Defense of The Republic of Sudan. Document filed by Burnett Plaintiffs. (Attachments: # 1 Proposed Cle Certificate of Default)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09849−GBD(Flowers, Jodi) 12/30/2011) |
| 30/2011 | 2522 | MOTION for ADAM CRAIG BONIN to Withdraw as Attorney. Document filed by Federal Insurance Company et a Plaintiffs.(Bonin, Adam) (Entered: 12/30/2011) |
| .0/2012 | 2523 | ORDER: It is hereby ordered, this 10th day of January, 2012 that the Court's entry of judgment, identified as Exhibit certified as final pursuant to Federal Rule of Civil Procedure 54(b). The Clerk of the Court is directed to prepare and judgment. (Signed by Judge George B. Daniels on 1/10/2012) (lmb) (Entered: 01/10/2012) |
| .0/2012 | 2524 | ORDER of USCA (Certified Copy) USCA Case Number 11−5371. IT IS HEREBY ORDERED that the motion by t to stay discovery pending resolution of the Petition for Writ of Mandamus is DENIED. Any further request for relief |

| | | |
|---|---|---|
| | | referred to the panel assigned to decided Petitioner's application for a Writ of Mandamus. Catherine O'Hagan Wolfe, USCA for the Second Circuit. Certified: 01/09/2012. (nd) (Entered: 01/10/2012) |
| .1/2012 | 2525 | TRANSCRIPT of Proceedings re: Conference held on 6/23/2011 before Magistrate Judge Frank Maas. Court Reporter/Transcriber: Toni Stanley, (212) 805−0300. Transcript may be viewed at the court public terminal or purcha through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 2/6/2012. Redacted Transcript Deadline set for 2/17/2012. Release Transcript Restriction set for 4/13/2012.(McGuirk, Kelly) (Entered: 01/11/2012) |
| .1/2012 | 2526 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conferenc proceeding held on 6/23/11 has been filed by the court reporter/transcriber in the above−captioned matter. The partie seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...( Kelly) (Entered: 01/11/2012) |
| .1/2012 | 2527 | MEMORANDUM DECISION AND ORDER: Defendant SBG's 12(b)(2) motion to dismiss for lack of personal juris GRANTED. (Signed by Judge George B. Daniels on 1/10/2012) Filed In Associated Cases: 1:03−md−01570−GBD− al.(lmb) (Entered: 01/11/2012) |
| .1/2012 | 2528 | ORDER: The conference in this matter scheduled for January 13, 2012 at 11:00 a.m. is adjourned to March 15, 2012 a.m. Oral argument on Plaintiffs' Motion to Vacate Judgment will be heard at that conference. ( Status Conference se 3/15/2012 at 11:00 AM before Judge George B. Daniels.) (Signed by Judge George B. Daniels on 1/11/2012) (lmb) ( 01/11/2012) |
| .1/2012 | 2529 | MEMORANDUM DECISION AND ORDER: Sedaghaty's objection is overrruled and rejected in its entirety. (Signe George B. Daniels on 1/11/2012) Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(lmb) (Entered: 01/11/ |
| .2/2012 | 2530 | MEMO ENDORSEMENT granting (2522) Motion to Withdraw as Attorney. ENDORSEMENT: So ordered. (Signec George B. Daniels on 1/12/2012) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD(mr on 1/12/2012 (mro). (Entered: 01/12/2012) |
| .2/2012 | 2531 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Robert T. Haefele and Alan R. Kabat dated 1 re: The Plaintiffs' Executive Committees and the Defendants' Executive Committee, on behalf of the defendants curre to discovery, respectfully and jointly propose that, under the circumstances, the conference scheduled for January 13, rescheduled until February 15, 2012. ENDORSEMENT: Application granted. So ordered. (Signed by Magistrate Jud Maas on 1/11/2012) (rjm) Modified on 1/19/2012 (rjm). (Entered: 01/12/2012) |
| .2/2012 | 2532 | ORDER of USCA (Certified Copy) USCA Case Number 11−5371. IT IS HEREBY ORDERED that the motion by tl to stay discovery pending resolution of the Petition for Writ of Mandamus is DENIED. Catherine O'Hagan Wolfe, Cl for the Second Circuit. Certified: 01/09/12. (nd) (Entered: 01/12/2012) |
| .3/2012 | 2534 | SCHEDULING ORDER: Accordingly, I direct that on or before February 14, 2012, plaintiff file an inquest memorar accompanied by supporting affidavits and exhibits, setting forth its proof of damages, including the costs of this actio applicable, its reasonable attorney's fees, together with proposed findings of fact and conclusions of law. I further dir or before February 28, 2012, any defendant wishing to file any opposing papers do so. Courtesy copies of all papers s filed in connection with the inquest shall be sent to my Chambers at the United States Courthouse, 500 Pearl Street, N New York 10007. Responses due by 2/28/2012 (Signed by Magistrate Judge Frank Maas on 1/13/2012) Copies Maile Chambers. (jfe) (Entered: 01/13/2012) |
| .7/2012 | 2536 | MEMORANDUM DECISION AND ORDER: AHF−USA has not raised any meritorious objections that would entit relief from Magistrate Judge Maas's order. AHF−USA's objection is overruled and rejected in its entirety. (Signed by George B. Daniels on 1/17/2012) Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(tro) (Entered: 01/17/2 |
| .8/2012 | 2537 | ORDER FOR ADMISSION PRO HAC VICE UPON WRITTEN MOTION granting (2535) Motion for Carter G. Ph Appear Pro Hac Vice in case 1:03−md−01570−GBD−FM; granting (814) Motion for Carter G. Phillips to Appear Pr in case 1:03−cv−06978−GBD as counsel for Federal Insurance Plaintiffs. (Signed by Judge George B. Daniels on 1/1 Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD (ab) (Entered: 01/18/2012) |
| 25/2012 | 2538 | CLERK'S RULE 54(B) JUDGMENT # 11,2468 That for the reasons stated in the Court's Order dated January 10, 20 no just reason delay; accordingly, the Courts entry of judgment, identified as Exhibit "A", is certified as final pursuan Civ. P. 54(b). (Signed by Clerk of Court Ruby Krajick on 1/25/12) (Attachments: # 1 notice of right to appeal)Filed I Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD(ml) (Entered: 01/25/2012) |
| 25/2012 | 2539 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Thomas E. Mellon, Jr. dated 1/25/12 re: Cou to request a telephone conference to discuss the issues listed herein. ENDORSEMENT: The Court will hold a telepho conference to discuss this issue on January 30 at 10 a.m. Any counsel or party wishing to participate in the conferenc notify Mr. Mellon by noon on January 27, and Mr. Mellon shall initiate the conference call and arrange for the partie all interested parties/counsel. ( Telephone Conference set for 1/30/2012 at 10:00 AM before Magistrate Judge Frank I |

| | | |
|---|---|---|
| | | (Signed by Magistrate Judge Frank Maas on 1/25/2012) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(mro) (Entered: 01/26/2012) |
| 26/2012 | 2540 | TRANSCRIPT of Proceedings re: Hearing held on 12/15/2011 before Judge George B. Daniels. Court Reporter/Tran Patricia Nilsen, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Cou Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained thro PACER. Redaction Request due 2/21/2012. Redacted Transcript Deadline set for 3/1/2012. Release of Transcript Res for 4/30/2012.(McGuirk, Kelly) (Entered: 01/26/2012) |
| 26/2012 | 2541 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Hearing pr held on 12/15/11 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seve calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(Mc Kelly) (Entered: 01/26/2012) |
| 30/2012 | 2542 | MEMORANDUM OF LAW in Opposition re: (2507 in 1:03−md−01570−GBD−FM) MOTION to Vacate *Final Judg Entered in favor of the Kingdom of Saudi Arabia and Saudi High Commission for Relief of Bosnia and Herzegovina*.. filed by Saudi High Commission, The Kingdom of Saudi Arabia, Kingdom of Saudi Arabia, Saudi High Commission High Commission, Saudi High Commission, Kingdom of Saudi Arabia. Filed In Associated Cases: 1:03−md−01570− et al.(Hansen, Mark) (Entered: 01/30/2012) |
| 30/2012 | | Minute Entry for proceedings held before Magistrate Judge Frank Maas: Telephone Conference held on 1/30/2012. ( (Entered: 02/01/2012) |
| 01/2012 | 2543 | NOTICE of Joinder in Motion re: (2509 in 1:03−md−01570−GBD−FM) Memorandum of Law in Support of Motion, 1:03−md−01570−GBD−FM) MOTION to Vacate *Final Judgments Entered in favor of the Kingdom of Saudi Arabia High Commission for Relief of Bosnia and Herzegovina*.. Document filed by C02e.com, LLC, Cantor Fitzgerald & C Fitzgerald Associates, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald Internati Fitzgerald Partners, Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P., Cantor Index Limited, Espeed, Inc., TradeS eSpeed Government Securities, Inc., eSpeed Securities, Inc., Euro Brokers (Switzerland) S.A., Euro Brokers Financi Limited, Euro Brokers Inc., Euro Brokers Inc., et al., Euro Brokers Ltd., Euro Brokers Mexico, S.A. DE C.V.. Filed I Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−07065−GBD, 1:04−cv−07279−GBD(Leonardo, Christophe 02/01/2012) |
| 01/2012 | 2544 | CERTIFICATE OF SERVICE of Joinder on 02/01/2012. Document filed by Cantor Fitzgerald & Co., Cantor Fitzger Associates, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald International, Canto Partners, Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P., Cantor Index Limited. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−07065−GBD, 1:04−cv−07279−GBD(Leonardo, Christopher) (Entered: 02/01/ |
| 02/2012 | 2545 | RESPONSE re: (417 in 1:04−cv−07279−GBD, 2543 in 1:03−md−01570−GBD−FM, 403 in 1:04−cv−07065−GBD) (Other), Notice (Other), Notice (Other), Notice (Other). Document filed by Kingdom of Saudi Arabia, Saudi High Co for Relief, Saudi High Commission, Saudi High Commission, The Kingdom of Saudi Arabia. Filed In Associated Ca 1:03−md−01570−GBD−FM, 1:04−cv−07065−GBD, 1:04−cv−07279−GBD(Hansen, Mark) (Entered: 02/02/2012) |
| 03/2012 | 2546 | ORDER; this 3rd day of February, 2012 that the Court's dismissal of defendant Saudi Binladin Group is certified as f pursuant to Federal Rule of Ciyil Procedure 54(b). The Clerk of the Court is directed to prepare and enter a final judg (Signed by Judge George B. Daniels on 2/3/12) Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(pl) Mo 2/3/2012 (pl). (Entered: 02/03/2012) |
| 03/2012 | | Transmission to Judgments and Orders Clerk. Transmitted re: (662 in 1:02−cv−06977−GBD, 819 in 1:03−cv−06978− 2546 in 1:03−md−01570−GBD−FM, 420 in 1:04−cv−07279−GBD, 473 in 1:04−cv−06105−GBD, 418 in 1:04−cv−07280−GBD, 422 in 1:04−cv−05970−GBD) Order,, to the Judgments and Orders Clerk. Filed In Associate 1:03−md−01570−GBD−FM et al.(pl) (Entered: 02/03/2012) |
| 07/2012 | 2547 | CLERK'S RULE 54(b) JUDGMENT That for the reasons stated in the Court's Order dated February 3, 2012, there is reason delay, the Court's dismissal of defendant Saudi Binladin Group is certified as final pursuant to Fed. R. Civ. P. (Signed by Clerk of Court Ruby Krajick on 2/7/12) (Attachments: # 1 notice of right to appeal)Filed In Associated C 1:03−md−01570−GBD−FM et al.(ml) (Entered: 02/07/2012) |
| 08/2012 | 2548 | ENDORSED LETTER addressed to Judge George B. Daniels from Sean P. Carter dated 2/6/2012 re: Counsel respec request an extension of time for the plaintiff's reply brief in support of plaintiff's motion to vacate the judgment until ENDORSEMENT: So Ordered. Set Deadlines/Hearing as to 2507 MOTION to Vacate *Final Judgments Entered in f Kingdom of Saudi Arabia and Saudi High Commission for Relief of Bosnia and Herzegovina*. :( Replies due by 2/24/ (Signed by Judge George B. Daniels on 2/8/2012) (jfe) (Entered: 02/08/2012) |
| 13/2012 | 2549 | SUGGESTION OF DEATH upon the record as to Plaintiff Michael Boryczewski on October 10, 2010. Document fil Havlish PlaintiffsFiled In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(Corr, Stephen) (Ent 02/13/2012) |

| | | |
|---|---|---|
| .3/2012 | 2550 | SUGGESTION OF DEATH upon the record as to Vincent Ognibene on April 25, 2008. Document filed by Havlish PlaintiffsFiled In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(Corr, Stephen) (Entered: 02 |
| .3/2012 | 2551 | SUGGESTION OF DEATH upon the record as to Plaintiff, Linda Panik on January 1, 2012. Document filed by Havl PlaintiffsFiled In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(Corr, Stephen) (Entered: 02 |
| .4/2012 | 2552 | BRIEF *Havlish Plaintiffs' Damages Inquest Memorandum*. Document filed by Havlish Plaintiffs. (Attachments: # 1 E 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 1 # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(Corr, Stephen) (Entered: 02/14/2012) |
| .4/2012 | 2553 | BRIEF re: (301 in 1:03−cv−09848−GBD) Brief, *Plaintiffs' Proposed Findings of Fact and Conclusions of Law Rega Damages*. Document filed by All Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848− Stephen) (Entered: 02/14/2012) |
| .5/2012 | 2554 | BRIEF *Havlish Plaintiffs' Amended Damages Inquest Memorandum*. Document filed by Havlish Plaintiffs. (Attachm Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(Corr, Stephen) (Entered: 02/15/2012) |
| .5/2012 | | Minute Entry for proceedings held before Magistrate Judge Frank Maas: Discovery Hearing held on 2/15/2012. (djc) 02/28/2012) |
| .6/2012 | | CASHIERS OFFICE REMARK on 2537 Order on Motion to Appear Pro Hac Vice, in the amount of $200.00, paid c 12/29/2011, Receipt Number 1025597. (jd) (Entered: 02/16/2012) |
| 21/2012 | 2555 | ORDER: Pursuant to the conference held on February 15, 2012, it is hereby ORDERED that: 1. By April 30, 2012, a production shall be completed. 2. By July 31, 2012, all discovery motion practice and follow−up paper discovery sha completed. 3. The parties shall comply with any other discovery rulings made during the conference. 4. The next disc conference shall be held on March 15, 2012, at 2 p.m., in Courtroom 20A. (Signed by Magistrate Judge Frank Maas c 2/15/2012) (ft) (Entered: 02/21/2012) |
| 21/2012 | 2556 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Thomas E. Mellon, Jr. dated 2/15/2012 re: C writes to request that the Court accept this letter as Plaintiffs request to seal Exhibit H to the Inquest Memorandum w DVD containing personal financial and economic data for each of the named Plaintiffs. ENDORSEMENT: SO ORD (Signed by Magistrate Judge Frank Maas on 2/15/2012) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(ft) (Entered: 02/21/2012) |
| 24/2012 | 2557 | REPLY MEMORANDUM OF LAW in Support re: 2507 MOTION to Vacate *Final Judgments Entered in favor of th of Saudi Arabia and Saudi High Commission for Relief of Bosnia and Herzegovina*.. Document filed by Federal Insur Company. (Attachments: # 1 Affidavit Affirmation of Sean P. Carter, Esquire, # 2 Exhibit Exhibit 1 to Affirmation, # Exhibit 2 to Affirmation, # 4 Exhibit Exhibit 3 to Affirmation, # 5 Exhibit Exhibit 4 to Affirmation, # 6 Exhibit Exhil Affirmation, # 7 Exhibit Exhibit 6 to Affirmation, # 8 Exhibit Exhibit 7 to Affirmation, # 9 Exhibit Exhibit 8 to Affir 10 Exhibit Exhibit 9 to Affirmation)(Carter, Sean) (Entered: 02/24/2012) |
| 24/2012 | 2558 | NOTICE of Filing of Corrected Exhibit 1 to Affirmation of Sean P. Carter. Document filed by Federal Insurance Cor (Carter, Sean) (Entered: 02/24/2012) |
| 27/2012 | 2559 | BRIEF re: (302 in 1:03−cv−09848−GBD) Brief, *ADDENDUM TO PLAINTIFFS' PROPOSED FINDINGS OF FACT CONCLUSIONS OF LAW WITH RESPECT TO DAMAGES*. Document filed by Havlish Plaintiffs.Filed In Associate 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(Corr, Stephen) (Entered: 02/27/2012) |
| 28/2012 | 2560 | MOTION to Strike Document No. (2557−1; 2557−2; 2557−3; 2557−3; 2557−4; 2557−5; 2557−6; 2557−7; 2557−8; 2 2557−10; 2558). Document filed by Saudi High Commission, The Kingdom of Saudi Arabia, Kingdom of Saudi Ara High Commission, Saudi High Commission, Saudi High Commission, Saudi High Commission for Relief, Kingdom Arabia. (Attachments: # 1 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Han Modified on 5/9/2012 (kw). Modified on 5/9/2012 (kw). (Entered: 02/28/2012) |
| 28/2012 | 2561 | MEMORANDUM OF LAW in Support *of Motion to Strike*. Document filed by Saudi High Commission, The Kingdo Arabia, Kingdom of Saudi Arabia, Saudi High Commission, Saudi High Commission, Saudi High Commission, Sauc Commission for Relief, Kingdom of Saudi Arabia. Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Han (Entered: 02/28/2012) |
| 29/2012 | 2562 | NOTICE of Withdrawal. Document filed by Faisal Islamic Bank. Filed In Associated Cases: 1:03−md−01570−GBD− al.(D'Alessio, Lisa) (Entered: 02/29/2012) |
| 06/2012 | 2563 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** NOTICE OF APPEAL. Form C and Form D are due withi the Court of Appeals, Second Circuit. Document filed by Federal Insurance Company. (Attachments: # 1 Exhibit, # 2 3 Exhibit)(Carter, Sean) Modified on 3/6/2012 (nd). (Entered: 03/06/2012) |

| | | |
|---|---|---|
| )6/2012 | | *****NOTE TO ATTORNEY REGARDING DEFICIENT APPEAL. Note to Attorney Sean Carter to RE−FILI Document No. 2563 Notice of Appeal,. The filing is deficient for the following reason: the Order being appeale selected. Re−file the document as a Corrected Notice of Appeal event and select the correct Order being appea** (Entered: 03/06/2012) |
| )6/2012 | 2564 | CORRECTED NOTICE OF APPEAL re: 2563 Notice of Appeal, 2527 Order. Document filed by Federal Insurance (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Carter, Sean) (Entered: 03/06/2012) |
| )6/2012 | | USCA Appeal Fees received $ 455.00 receipt number 0208−7258250 on 03/06/2012 re: 2564 Corrected Notice of Ap by Federal Insurance Company, 2563 Notice of Appeal, filed by Federal Insurance Company. (nd) (Entered: 03/06/2( |
| )6/2012 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 2564 Corrected No Appeal, 2563 Notice of Appeal,. (nd) (Entered: 03/06/2012) |
| )7/2012 | 2565 | NOTICE OF APPEAL from (2527 in 1:03−md−01570−GBD−FM) Order. Form C and Form D are due within 14 day Court of Appeals, Second Circuit. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # C)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD(Kreindler, James) (Entered: 03/07/ |
| )7/2012 | | Appeal Fee Paid electronically via Pay.gov: for (668 in 1:02−cv−06977−GBD, 2565 in 1:03−md−01570−GBD−FM) Appeal, (667 in 1:02−cv−06977−GBD) Notice of Appeal. Filing fee $ 455.00. Pay.gov receipt number 0208−726057 3/7/2012. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD.(tp) (Entered: 03/07/2012) |
| )7/2012 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (667 in 1:02−cv−06977−GBD) Notice of Appeal, (668 in 1:02−cv−06977−GBD, 2565 in 1:03−md−01570−GBD−FM) Notic Appeal. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD.(tp) (Entered: 03/07/2012) |
| )7/2012 | 2566 | NOTICE OF APPEAL from (421 in 1:04−cv−07279−GBD, 2547 in 1:03−md−01570−GBD−FM) Clerk's Judgment, 1:03−md−01570−GBD−FM) Memorandum & Opinion, (414 in 1:04−cv−07279−GBD, 2527 in 1:03−md−01570−GI Order. Document filed by All Plaintiffs in the Euro Brokers case. Filing fee $ 455.00, receipt number 465401031842. and Form D are due within 14 days to the Court of Appeals, Second Circuit. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−07279−GBD.(tp) (Entered: 03/08/2012) |
| )7/2012 | 2567 | NOTICE OF APPEAL from (632 in 1:03−md−01570−GBD−FM, 175 in 1:03−cv−09849−GBD) Memorandum & Op in 1:03−cv−09849−GBD, 2547 in 1:03−md−01570−GBD−FM) Clerk's Judgment, (607 in 1:03−cv−09849−GBD, 25 1:03−md−01570−GBD−FM) Order. Document filed by All Plaintiffs in the Burnett case. Filing fee $ 455.00, receipt 465401031841. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. Filed In Associa 1:03−md−01570−GBD−FM, 1:03−cv−09849−GBD.(tp) (Entered: 03/08/2012) |
| )8/2012 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (2566 in 1:03−md−01570−GBD−FM, 425 in 1:04−cv−07279−GBD) Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−07279−GBD.(tp) (Entered: 03/08/2012) |
| )8/2012 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (616 in 1:03−cv−09849−GBD, 2567 in 1:03−md−01570−GBD−FM) Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09849−GBD.(tp) (Entered: 03/08/2012) |
| )9/2012 | 2568 | ENDORSED LETTER: addressed to Magistrate Judge Frank Maas from Robert Haefele dated 3/9/2012 re: The Plair Executive Committees and the Defendants' Executive Committee, on behalf of the Defendants who are currently subj discovery, submit this joint letter regarding the discovery status conference scheduled for March 15, 2012. The partie agreement that there are no discovery issues ripe for review, and request that the March 15 status conference be adjou next scheduled status conferences are on Thursday, April l2, 2012 and Thursday, May 17, 2012. ENDORSEMENT: Granted. So Ordered. (Signed by Magistrate Judge Frank Maas on 3/9/2012) (js) (Entered: 03/12/2012) |
| )9/2012 | 2569 | ENDORSED LETTER: addressed to Magistrate Judge Frank Maas from T. Barry Kingham dated 3/8/2012 re: Couns that Your Honor direct the Court to remove Counsels name and e−mail address from the list of recipients of Notices Electronic Filings Counsel's firm represented. Alfaisaliah Group (a/k/a Faisal Group Holdings Co.) and Prince Abdul Faisal Bin Abdullah Al Saud. ENDORSEMENT: Application Granted. So Ordered. (Signed by Magistrate Judge Fra 3/9/2012) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−05738−GBD, 1:03−cv−09849−GBD(js) 03/12/2012) |
| .3/2012 | 2570 | TRANSCRIPT of Proceedings re: Conference held on 2/15/2012 before Magistrate Judge Frank Maas. Court Reporter/Transcriber: William Richards, (212) 805−0300. Transcript may be viewed at the court public terminal or p through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 4/6/2012. Redacted Transcript Deadline set for 4/16/2012. Release Transcript Restriction set for 6/14/2012.Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(McGuirk, Kelly 03/13/2012) |

| | | |
|---|---|---|
| .3/2012 | 2571 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conferenc proceeding held on 2/15/12 has been filed by the court reporter/transcriber in the above−captioned matter. The partie seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...F Associated Cases: 1:03−md−01570−GBD−FM et al.(McGuirk, Kelly) (Entered: 03/13/2012) |
| .3/2012 | 2572 | MEMORANDUM OF LAW in Opposition *to the Motion to Strike of Defendants Kingdom of Saudi Arabia and Saud Commission for Relief of Bosnia & Herzegovina*. Document filed by Federal Insurance Company. (Carter, Sean) (Ent 03/13/2012) |
| .4/2012 | 2573 | REPLY MEMORANDUM OF LAW in Support *of Motion To Strike*. Document filed by Saudi High Commission, Tl of Saudi Arabia, Kingdom of Saudi Arabia, Saudi High Commission, Saudi High Commission, Saudi High Commiss High Commission for Relief, Kingdom of Saudi Arabia. Filed In Associated Cases: 1:03−md−01570−GBD−FM et al Mark) (Entered: 03/14/2012) |
| .4/2012 | 2574 | NOTICE OF APPEARANCE by Rene Frances Hertzog on behalf of Estate of John P.O'Neill, Sr., J. P. O'Neill, Jr, Jo O'Neill, Jr Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−01076−GBD, 1:04−cv−01922−GBD, 1:04−cv−01923−GBD(Hertzog, Rene) (Entered: 03/14/2012) |
| .4/2012 | 2581 | MEMO ENDORSEMENT on 2562 WITHDRAWAL OF APPEARANCE of Lisa D'Alessio filed by Faisal Islamic E ORDERED. (Signed by Judge George B. Daniels on 3/14/2012) (ab) (Entered: 03/23/2012) |
| .5/2012 | 2575 | **Vacated as per Judge's Order dated 8/10/2023, Doc. # 9278** CLERK'S CERTIFICATE OF DEFAULT as to The F Sudan, The Ministry of the Interior of The Republic of Sudan, and The Ministry of Defense of the Republic of Sudan Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09849−GBD(ml) Modified on 8/10/2023 (ama). (Entered: ( |
| .5/2012 | | Minute Entry for proceedings held before Judge George B. Daniels: Status Conference held on 3/15/2012. (jfe) (Ente 04/10/2012) |
| .6/2012 | 2576 | ORDER denying (613) Motion to Strike in case 1:03−cv−09849−GBD; denying (2560) Motion to Strike in case 1:03−md−01570−GBD−FM; denying (299) Motion to Strike in case 1:04−cv−01922−GBD; denying (424) Motion to case 1:04−cv−05970−GBD; denying (406) Motion to Strike in case 1:04−cv−07065−GBD; denying (260) Motion to case 1:04−cv−07216−GBD; denying (422) Motion to Strike in case 1:04−cv−07279−GBD; denying (664) Motion to case 1:02−cv−06977−GBD; denying (257) Motion to Strike in case 1:03−cv−08591−GBD. Defendants Kingdom of S Arabia and the Saudi High Commission for Relief of Bosnia & Herzegovina's Motion to Strike is DENIED. (Signed l George B. Daniels on 3/15/2012) Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(mro) (Entered: 03/16/ |
| .6/2012 | 2577 | ORDER FOR ADMISSION PRO HAC VICE UPON WRITTEN MOTION granting (2533) Motion for Richard Klir Appear Pro Hac Vice in case 1:03−md−01570−GBD−FM; granting (813) Motion for Richard Klingler to Appear Pro in case 1:03−cv−06978−GBD. It is hereby Ordered that Richard Klingler is admitted to practice pro hac vice as coun Federal Insurance Plaintiffs. (Signed by Judge George B. Daniels on 3/16/2012) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD(mro) (Entered: 03/16/2012) |
| .6/2012 | 2578 | ORDER in case 1:03−cv−09849−GBD; denying (2507) Motion to Vacate in case 1:03−md−01570−GBD−FM. For th stated on the record at oral argument on March 15, 2012, Plaintiff's Motion pursuant to Fed. R. Civ. P. 60(b)(6) for R the Final Judgments Entered in Favor of the Kingdom of Saudi Arabia and Saudi High Commission for Relief of Bos Herzegovina is DENIED. (Signed by Judge George B. Daniels on 3/15/2012) Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(mro) (Entered: 03/16/2012) |
| .6/2012 | 2579 | NOTICE of Withdrawal of Attorney Hugh D. Higgins. Document filed by Faisal Islamic Bank. Filed In Associated C 1:03−md−01570−GBD−FM et al.(Lauro, John) (Entered: 03/16/2012) |
| .9/2012 | 2580 | NOTICE of Withdrawal of Appearance of Attorney Martin J. Schwartz. Document filed by Banca Del Gottardo. File Associated Cases: 1:03−md−01570−GBD−FM et al.(Schwartz, Martin) (Entered: 03/19/2012) |
| ?7/2012 | 2582 | MEMORANDUM DECISION AND ORDER: By letter application dated February 10, 2012, Plaintiffs requested tha extend its prior rulings on the Motion for Assessment of Damages against Al Qaeda to another defaulted defendant H and enter a final judgment in favor of Plaintiffs and against Hezbollah in accordance with those prior rulings, pursuar Civ. P. 54(b). For the reasons set forth in the Court's Memorandum Decision and Order dated December 16, 2011, ad Report and Recommendation made by Magistrate Judge Frank Maas recommending that Plaintiffs be awarded damag subrogation claims, partial final judgment pursuant to Fed. R. Civ. P. 54(b) is hereby entered against defendant Hezb favor of the plaintiffs in the manner that is set forth in this Order.Any judgment or award of damages made pursuant t Motion as to Hezbollah will neither be binding upon nor admissible to establish any damages amount related to any I other than Hezbollah.Plaintiffs agree that they will not seek to enforce any monetary judgment entered as to Hezbolla any Defendant who has received a final judgment of dismissal pursuant to Rule 54(b) or any of the Defendants listed including any assets owned or controlled by any of those Defendants. All Defendants who have received final judgm dismissal pursuant to Rule 54(b) and the Defendants listed in this Order agree that they will not file any objection or ( in relation to the Plaintiffs' request that the Court assess damages against Hezbollah. The Clerk of the Court is directe |

| | | |
|---|---|---|
| | | prepare and enter a final judgment. Additional relief as set forth in this Order. (Signed by Judge George B. Daniels or 3/27/2012) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD(pl) Modified on 3/27/201 (Entered: 03/27/2012) |
| :7/2012 | | Transmission to Judgments and Orders Clerk. Transmitted re: (830 in 1:03−cv−06978−GBD, 2582 in 1:03−md−01570−GBD−FM) Order, to the Judgments and Orders Clerk. Filed In Associated Cases: 1:03−md−01570- 1:03−cv−06978−GBD(pl) (Entered: 03/27/2012) |
| :9/2012 | 2583 | RULE 54(B) CLERK'S JUDGMENT # 12,0516 That judgment is hereby entered in favor of Plaintiffs and against de Hezbollah in accordance with the Court's Memorandum Decision and Order dated March 27, 2012. It is further ORD ADJUDGED and DECREED that, for the reasons stated in the Court's Memorandum Decision and Order dated Marc there is no just reason for delay, the Court's entry of judgment, identified in Exhibit "A", is certified as final pursuant Civ. P. 54(b). (Signed by Clerk of Court Ruby Krajick on 3/29/12) (Attachments: # 1 notice of right to appeal)Filed I Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD(ml) (Entered: 03/29/2012) |
| :0/2012 | 2584 | MOTION Lis Pendens − *Motion for Approval of Form and Procedure for Lis Pendens*. Document filed by Havlish P (Attachments: # 1 Exhibit A − Proposed Order, # 2 Exhibit B − Notice of Lis Pendens, # 3 Exhibit C − Third Amend Complaint)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(Corr, Stephen) (Entered: ( |
| )2/2012 | 2585 | TRANSCRIPT of Proceedings re: Argument held on 3/15/2012 before Judge George B. Daniels. Court Reporter/Trar Karen Gorlaski, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Cou Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained thro PACER. Redaction Request due 4/26/2012. Redacted Transcript Deadline set for 5/7/2012. Release of Transcript Res for 7/5/2012.(McGuirk, Kelly) (Entered: 04/02/2012) |
| )2/2012 | 2586 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Argument held on 3/15/12 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have sever calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(Mc Kelly) (Entered: 04/02/2012) |
| )2/2012 | 2587 | NOTICE OF APPEAL from 2578 Order on Motion to Vacate,. Document filed by Federal Insurance Company, Paci Indemnity Company, Vigilant Insurance Company. Form C and Form D are due within 14 days to the Court of Appea Circuit. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Carter, Sean) (Enter 04/02/2012) |
| )2/2012 | 2588 | **FILING ERROR − NO ORDER SELECTED FOR APPEAL −** NOTICE OF APPEAL. Document filed by J. P. ( Filing fee $ 455.00, receipt number 0208−7340903. Form C and Form D are due within 14 days to the Court of Appe Circuit. (Attachments: # 1 Exhibit 1., # 2 Exhibit 2., # 3 Exhibit 3., # 4 Exhibit 4., # 5 Exhibit 5.)Filed In Associated ( 1:03−md−01570−GBD−FM, 1:04−cv−01922−GBD(Goldman, Jerry) Modified on 4/2/2012 (nd). (Entered: 04/02/20 |
| )2/2012 | | Appeal Fee Paid electronically via Pay.gov: for 2587 Notice of Appeal,. Filing fee $ 455.00. Pay.gov receipt number 0208−7340397, paid on 04/02/2012. (nd) (Entered: 04/02/2012) |
| )2/2012 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 2587 Notice of Ap (Entered: 04/02/2012) |
| )2/2012 | | *****NOTE TO ATTORNEY REGARDING DEFICIENT APPEAL. Note to Attorney Jerry Stephen Goldman RE−FILE Document No. (309 in 1:04−cv−01922−GBD, 2588 in 1:03−md−01570−GBD−FM) Notice of Appeal,. is deficient for the following reason: the Order being appealed was NOT selected. Re−file the document as a C Notice of Appeal event and select the correct Order being appealed. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−01922−GBD(nd)** (Entered: 04/02/2012) |
| )3/2012 | 2589 | CORRECTED NOTICE OF APPEAL re: (2588 in 1:03−md−01570−GBD−FM, 309 in 1:04−cv−01922−GBD) Notic Appeal, (2578 in 1:03−md−01570−GBD−FM) Order on Motion to Vacate,. Document filed by Esate of John P. O'Ne O'Neill, C. I. O'Neill, D. A. O'Neill, J. P. O'Neill, Jr. (Attachments: # 1 Errata 1., # 2 Exhibit 2., # 3 Exhibit 3., # 4 Ex Exhibit 5.)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−01922−GBD(Goldman, Jerry) (Entered: 04/03/2012) |
| )3/2012 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (310 in 1:04−cv−01922−GBD, 2589 in 1:03−md−01570−GBD−FM) Corrected Notice of Appeal,. Filed In Associated Cases 1:03−md−01570−GBD−FM, 1:04−cv−01922−GBD(nd) (Entered: 04/03/2012) |
| )3/2012 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal ALL Electronic Files were transı the U.S. Court of Appeals. (nd) (Entered: 04/03/2012) |
| .0/2012 | 2590 | NOTICE OF APPEAL from (2578 in 1:03−md−01570−GBD−FM, 413 in 1:04−cv−07065−GBD) Order on Motion t Document filed by C02e.com, LLC, Cantor Fitzgerald & Co., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald E |

| | | |
|---|---|---|
| | | L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald International, Cantor Fitzgerald Partners, Cantor Fitzgerald Securit Fitzgerald, L.P., Cantor Index Limited, Espeed, Inc., Port Authority Trans − Hudson Corporation, Port Authority of N and New Jersey, TradeSpark, L.P., WTC Retail LLC, eSpeed Government Securities, Inc., eSpeed Securities, Inc.. Fo Form D are due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−07065−GBD(Leonardo, Christopher) (Entered: 04/10/2012) |
| .0/2012 | | Appeal Fee Paid electronically via Pay.gov: for (417 in 1:04−cv−07065−GBD, 2590 in 1:03−md−01570−GBD−FM) Appeal. Filing fee $ 455.00. Pay.gov receipt number 0208−7364045, paid on 04/10/2012. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−07065−GBD(nd) (Entered: 04/10/2012) |
| .0/2012 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (417 in 1:04−cv−07065−GBD, 2590 in 1:03−md−01570−GBD−FM) Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−07065−GBD(nd) (Entered: 04/10/2012) |
| .0/2012 | 2592 | NOTICE OF APPEAL from (398 in 1:03−cv−09849−GBD, 1594 in 1:03−md−01570−GBD−FM) Clerk's Judgment,. 1:03−cv−09849−GBD, 1554 in 1:03−md−01570−GBD−FM) Order,,, (622 in 1:03−cv−09849−GBD) Order on Motic Strike,,, (310 in 1:03−cv−09849−GBD, 1256 in 1:03−md−01570−GBD−FM) Memorandum & Opinion, (632 in 1:03−md−01570−GBD−FM, 175 in 1:03−cv−09849−GBD) Memorandum & Opinion, (1510 in 1:03−md−01570−GE Stipulation and Order,,, (883 in 1:03−md−01570−GBD−FM) Order of Dismissal,,,. Document filed by Yvonne V. Al Alfred Acquaviva, Josephine Acquaviva, Jean Adams, Judith M. Aiken, James Alario, Elizabeth Alderman, Jane Ald Stephen Alderman, Karium Ali, All Plaintiffs, Luke C. Allen, Lynn Allen, Madelyn Allen, Michael J. Allen, Richard Leonor Alvarez, Jocelyne Ambroise, Andrew Arias, Donald Arias, Thomas Arias, Cynthia Arnold, Benjamin Arroyo Azenabor, John P. Baeszler, Carol Barbaro, Kim Barbaro, Nicholas Barbaro, Mary Barbieri, Armando Bardales, Bria Edmund Barry, Kevin W. Barry, Kevin Barry, Maureen Barry, Gila Barzvi, Lorraine Arias Beliveau, John Benedetto Bennett, Frances Berdan, Suzanne J. Berger, David M. Bernstein, Murray Bernstein, Norma Bernstein, Robert J. Berr Joanne F. Betterly, Prakash Bhatt, Irene Bilcher, Miles Bilcher, Boris Bililovsky, Lillian Bini, Basmattie Bishundat, I Bishundat, George Bonomo, Sonia Bonomo, Rose Booker, Sharon Booker, Julia Boryczewski, Krystyna Boryczewsk Boryczewski, Michele Boryczewski, Susan Brady, John C. Buckley, Kathleen M Buckley, Javier Burgos, Beverly Bu Deena Burnett, Thomas Burnett, Rosemarie Corvino, Jennifer D'Auria, Camille Doyle, William Doyle, William Doy A. Gerasimovich, Maria Giordano, Michael Girdano, Anna M. Granville, Catherine Jezycki, Michael Jezycki, Stephe Jr, Mary Margaret Jurgens, Lauren Arias Lucchini, Doreen Lutter, Daryl Joseph Meehan, Joann Meehan, Thomas J. I Jessica Murrow−Adams, Martha Burnett O'Brien, Rina Rabinowitz, Emma Tisnovskiy, Leonid Tisnovskiy, Rostysla Tisnovskiy. Filing fee $ 455.00, receipt number 465401035024. Form C and Form D are due within 14 days to the Co Appeals, Second Circuit. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09849−GBD(nd) (Entere 04/11/2012) |
| .0/2012 | 2593 | NOTICE OF APPEAL from (2576 in 1:03−md−01570−GBD−FM, 429 in 1:04−cv−07279−GBD) Order on Motion t (1594 in 1:03−md−01570−GBD−FM, 242 in 1:04−cv−07279−GBD) Clerk's Judgment, (632 in 1:03−md−01570−GE Memorandum & Opinion, (1256 in 1:03−md−01570−GBD−FM) Memorandum & Opinion, (1510 in 1:03−md−01570−GBD−FM) Stipulation and Order,,, (1554 in 1:03−md−01570−GBD−FM, 234 in 1:04−cv−07279− Order,,, (883 in 1:03−md−01570−GBD−FM) Order of Dismissal,,,. Document filed by Euro Brokers (Switzerland) S Brokers Financial Services Limited, Euro Brokers Inc., Euro Brokers Inc., et al., Euro Brokers Ltd., Euro Brokers Me DE C.V., Maxcor Financial Asset Management Inc., Maxcor Financial Group Inc., Maxcor Financial Inc., Maxcor In Inc.. Filing fee $ 455.00, receipt number 465401035025. Form C and Form D are due within 14 days to the Court of A Second Circuit. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−07279−GBD(nd) (Entered: 04/11/2 |
| .1/2012 | 2591 | CORRECTED NOTICE OF APPEAL re: (2588 in 1:03−md−01570−GBD−FM, 309 in 1:04−cv−01922−GBD) Notic Appeal, (306 in 1:04−cv−01922−GBD) Order on Motion to Vacate,. Document filed by Estate of John P.O'Neill, Sr., C. I. O'Neill, D. A. O'Neill, J. P. O'Neill, Jr. (Attachments: # 1 Exhibit 1., # 2 Exhibit 2., # 3 Exhibit 3., # 4 Exhibit 4. Exhibit 5.)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−01922−GBD(Goldman, Jerry) (Entered: 04/11/2012) |
| .1/2012 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (311 in 1:04−cv−01922−GBD, 2591 in 1:03−md−01570−GBD−FM) Corrected Notice of Appeal,. Filed In Associated Cases 1:03−md−01570−GBD−FM, 1:04−cv−01922−GBD(nd) (Entered: 04/11/2012) |
| .1/2012 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (626 in 1:03−cv−09849−GBD, 2592 in 1:03−md−01570−GBD−FM) Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09849−GBD(nd) (Entered: 04/11/2012) |
| .1/2012 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (433 in 1:04−cv−07279−GBD, 2593 in 1:03−md−01570−GBD−FM) Notice of Appeal,,,. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−07279−GBD(nd) (Entered: 04/11/2012) |
| .2/2012 | | Minute Entry for proceedings held before Magistrate Judge Frank Maas: Discovery Hearing/Conference held on 4/12 (Entered: 04/13/2012) |

| | | |
|---|---|---|
| .3/2012 | 2594 | ORDER: Pursuant to the conference held on April 12, 2012, it is hereby ORDERED that: By June 29, 2012, all docu production shall be completed. The parties shall comply with any other discovery rulings made during the conference discovery conference shall be held on June 6, 2012, at 2 p.m., in Courtroom 20A. The conference scheduled for May canceled. ( Status Conference set for 6/6/2012 at 02:00 PM in Courtroom 20A, 500 Pearl Street, New York, NY 1000 Magistrate Judge Frank Maas.) (Signed by Magistrate Judge Frank Maas on 4/12/2012) Copies Sent by Chambers. (n (Entered: 04/13/2012) |
| .6/2012 | 2595 | NOTICE OF APPEAL from (431 in 1:04−cv−05970−GBD, 2578 in 1:03−md−01570−GBD−FM) Order on Motion t (271 in 1:04−cv−05970−GBD, 1594 in 1:03−md−01570−GBD−FM) Clerk's Judgment, (632 in 1:03−md−01570−GB Memorandum & Opinion, (1256 in 1:03−md−01570−GBD−FM) Memorandum & Opinion, (261 in 1:04−cv−05970− in 1:03−md−01570−GBD−FM) Order. Document filed by American Casualty Company of Reading, Pennsylvania, N Insurance Company of Hartford, Transcontinental Insurance Company, Transportation Insurance Company. Filing fe receipt number 465401035470. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit).Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−05970−GBD.(tp) (Entered: 04/17/2012) |
| .7/2012 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (2595 in 1:03−md−01570−GBD−FM, 434 in 1:04−cv−05970−GBD) Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−05970−GBD.(tp) (Entered: 04/17/2012) |
| 20/2012 | 2596 | MANDATE of USCA (Certified Copy) USCA Case Number 11−5371−op. Petitioner, through counsel, has filed a pe writ of mandamus. Upon due consideration, it is hereby ORDERED that the mandamus petition is DENIED because has not demonstrated that he has "no other adequate means to attain the relief he desires" or that "the writ is appropri the circumstances." Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 04/20/2012. (Entered: 04/20/2012) |
| 23/2012 | 2597 | TRANSCRIPT of Proceedings re: Conference held on 4/12/2012 before Magistrate Judge Frank Maas. Court Reporter/Transcriber: Ann Hairston, (212) 805−0300. Transcript may be viewed at the court public terminal or purch through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 5/17/2012. Redacted Transcript Deadline set for 5/29/2012. Releas Transcript Restriction set for 7/26/2012.(McGuirk, Kelly) (Entered: 04/23/2012) |
| 23/2012 | 2598 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conferenc proceeding held on 4/12/12 has been filed by the court reporter/transcriber in the above−captioned matter. The partie seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...( Kelly) (Entered: 04/23/2012) |
| 24/2012 | 2599 | AMENDED NOTICE OF APPEAL re: (2590 in 1:03−md−01570−GBD−FM, 417 in 1:04−cv−07065−GBD) Notice (2578 in 1:03−md−01570−GBD−FM, 413 in 1:04−cv−07065−GBD) Order on Motion to Vacate,. Document filed by LLC, Cantor Fitzgerald & Co., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzger Cantor Fitzgerald International, Cantor Fitzgerald Partners, Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P., Can Limited, DMI Administrative Services S.A., Espeed, Inc., Port Authority Trans − Hudson Corporation, Port Authorit York and New Jersey, TradeSpark, L.P., WTC Retail LLC, eSpeed Government Securities, Inc., eSpeed Securities, In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−07065−GBD(Leonardo, Christopher) (Entered: 04/24/2012 |
| 24/2012 | | Transmission of Amended Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (2599 in 1:03−md−01570−GBD−FM, 418 in 1:04−cv−07065−GBD) Amended Notice of Appeal,,,,. Filed In Associated Cases 1:03−md−01570−GBD−FM, 1:04−cv−07065−GBD(nd) (Entered: 04/24/2012) |
| 24/2012 | 2600 | AMENDED NOTICE OF APPEAL re: (626 in 1:03−cv−09849−GBD) Notice of Appeal,,,,,,,,, (2576 in 1:03−md−01570−GBD−FM, 622 in 1:03−cv−09849−GBD) Order on Motion to Strike,,,. Document filed by Burnett (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09849−GBD(Biersteir (Entered: 04/24/2012) |
| 24/2012 | 2601 | AMENDED NOTICE OF APPEAL re: (433 in 1:04−cv−07279−GBD) Notice of Appeal,,, (429 in 1:04−cv−07279−0 on Motion to Strike,,,. Document filed by Euro Brokers Inc., et al.. (Attachments: # 1 Exhibit A)Filed In Associated 0 1:03−md−01570−GBD−FM, 1:04−cv−07279−GBD(Bierstein, Andrea) (Entered: 04/24/2012) |
| 24/2012 | | Transmission of Amended Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (2601 in 1:03−md−01570−GBD−FM) Amended Notice of Appeal, (627 in 1:03−cv−09849−GBD) Amended Notice of Appea Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09849−GBD(nd) (Entered: 04/24/2012) |
| 24/2012 | | Transmission of Amended Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (434 in 1:04−cv−07279−GBD, 2601 in 1:03−md−01570−GBD−FM) Amended Notice of Appeal,. Filed In Associated Cases 1:03−md−01570−GBD−FM, 1:04−cv−07279−GBD(nd) (Entered: 04/24/2012) |

| | | |
|---|---|---|
| 24/2012 | 2602 | **FILING ERROR−WRONG FILER SELECTED −** CORRECTED NOTICE OF APPEAL re: (2588 in 1:03−md−01570−GBD−FM, 309 in 1:04−cv−01922−GBD) Notice of Appeal,. Document filed by Estate of John P.C Sandra Lang. (Attachments: # 1 Exhibit A.)Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Goldman, J Modified on 4/25/2012 (nd). (Entered: 04/24/2012) |
| 24/2012 | 2603 | **FILING ERROR − NO ORDER SELECTED FOR APPEAL −** SECOND AMENDED NOTICE OF APPEAL re 1:03−md−01570−GBD−FM, 417 in 1:04−cv−07065−GBD) Notice of Appeal,,,. Document filed by C02e.com, LLC, Fitzgerald & Co., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, C Fitzgerald International, Cantor Fitzgerald Partners, Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P., Cantor Inde Espeed, Inc., TradeSpark, L.P., eSpeed Government Securities, Inc., eSpeed Securities, Inc.. Filed In Associated Case 1:03−md−01570−GBD−FM, 1:04−cv−07065−GBD(Leonardo, Christopher) Modified on 4/25/2012 (nd). (Entered: 0 |
| 24/2012 | 2604 | **FILING ERROR − NO ORDER SELECTED FOR APPEAL −** AMENDED NOTICE OF APPEAL re: 2587 Not Appeal,. Document filed by Federal Insurance Company. (Carter, Sean) Modified on 4/25/2012 (nd). (Entered: 04/24 |
| 24/2012 | | *****NOTE TO ATTORNEY REGARDING DEFICIENT APPEAL. Note to Attorney Leonardo, Christopher t RE−FILE Document No. (2603 in 1:03−md−01570−GBD−FM, 420 in 1:04−cv−07065−GBD) Amended Notice c The filing is deficient for the following reason: the Order being appealed was NOT selected. Re−file the docum Third Amended Notice of Appeal event and select the correct Order being appealed. Filed In Associated Cases 1:03−md−01570−GBD−FM, 1:04−cv−07065−GBD(nd)** (Entered: 04/25/2012) |
| 24/2012 | | *****NOTE TO ATTORNEY REGARDING DEFICIENT APPEAL. Note to Attorney Carter, Sean to RE−FIL Document No. 2604 Amended Notice of Appeal. The filing is deficient for the following reason: the Order bein was NOT selected. Re−file the document as a Second Amended Notice of Appeal event and select the correct O appealed. (nd)** (Entered: 04/25/2012) |
| 24/2012 | | *****NOTE TO ATTORNEY REGARDING DEFICIENT APPEAL. Note to Attorney Goldman, Jerry to RE−F Document No. (2602 in 1:03−md−01570−GBD−FM, 312 in 1:04−cv−01922−GBD) Corrected Notice of Appeal,. is deficient for the following reason: the Wrong Filer was Selected. Re−file the document as a Corrected Notice event and select the correct Filer. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−01922−GBI** (Entered: 04/25/2012) |
| 25/2012 | 2605 | AMENDED NOTICE OF APPEAL re: (626 in 1:03−cv−09849−GBD) Notice of Appeal,,,,,,,,, (623 in 1:03−cv−0984 Order on Motion to Vacate,. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associated C 1:03−md−01570−GBD−FM, 1:03−cv−09849−GBD(Bierstein, Andrea) (Entered: 04/25/2012) |
| 25/2012 | 2606 | AMENDED NOTICE OF APPEAL re: (433 in 1:04−cv−07279−GBD) Notice of Appeal,,, (430 in 1:04−cv−07279−( on Motion to Vacate,. Document filed by Euro Brokers Inc., et al.. (Attachments: # 1 Exhibit A)Filed In Associated C 1:03−md−01570−GBD−FM, 1:04−cv−07279−GBD(Bierstein, Andrea) (Entered: 04/25/2012) |
| 25/2012 | | Transmission of Amended Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (2605 in 1:03−md−01570−GBD−FM, 629 in 1:03−cv−09849−GBD) Amended Notice of Appeal,. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09849−GBD(nd) (Entered: 04/25/2012) |
| 25/2012 | | Transmission of Amended Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (436 in 1:04−cv−07279−GBD, 2606 in 1:03−md−01570−GBD−FM) Amended Notice of Appeal,. Filed In Associated Cases 1:03−md−01570−GBD−FM, 1:04−cv−07279−GBD(nd) (Entered: 04/25/2012) |
| 25/2012 | 2607 | THIRD AMENDED NOTICE OF APPEAL re: (2590 in 1:03−md−01570−GBD−FM, 417 in 1:04−cv−07065−GBD) Appeal,,, (2578 in 1:03−md−01570−GBD−FM) Order on Motion to Vacate,. Document filed by C02e.com, LLC, Ca Fitzgerald & Co., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, C Fitzgerald International, Cantor Fitzgerald Partners, Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P., Cantor Inde Espeed, Inc., TradeSpark, L.P., eSpeed Government Securities, Inc., eSpeed Securities, Inc.. Filed In Associated Case 1:03−md−01570−GBD−FM, 1:04−cv−07065−GBD(Leonardo, Christopher) (Entered: 04/25/2012) |
| 25/2012 | | Transmission of Third Amended Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (2 1:03−md−01570−GBD−FM, 421 in 1:04−cv−07065−GBD) Amended Notice of Appeal,,. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−07065−GBD(nd) (Entered: 04/25/2012) |
| 25/2012 | 2608 | **FILING ERROR − WRONG PDF FILED ASSOCIATED WITH DOCKET ENTRY** CORRECTED NOTICE ( APPEAL re: (309 in 1:04−cv−01922−GBD) Notice of Appeal,. Document filed by Estate of John P.O'Neill, Sr., C. C Esate of John P. O'Neill, Sr., C. O'Neill, C. I. O'Neill, D. A. O'Neill, J. P. O'Neill, Jr. (Attachments: # 1 Exhibit A.)Fi Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−01922−GBD(Goldman, Jerry) Modified on 4/25/2012 (nd). 04/25/2012) |
| 25/2012 | | *****NOTE TO ATTORNEY REGARDING DEFICIENT APPEAL. Note to Attorney Goldman, Jerry to RE−F Document No. (313 in 1:04−cv−01922−GBD, 2608 in 1:03−md−01570−GBD−FM) Corrected Notice of Appeal,. is deficient for the following reason: PDF Error − Wrong PDF file associated with docket entry. Re−file the do** |

| | | |
|---|---|---|
| | | **and select the appropriate Appeal event. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−01922−GBD(nd)** (Entered: 04/25/2012) |
| :5/2012 | 2609 | CORRECTED NOTICE OF APPEAL re: (309 in 1:04−cv−01922−GBD) Notice of Appeal, (306 in 1:04−cv−01922− Order on Motion to Vacate,. Document filed by C. O'Neill, Esate of John P. O'Neill, Sr., C. O'Neill, C. I. O'Neill, D. J. P. O'Neill, Jr. (Attachments: # 1 Exhibit A.)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−01922−GBD(Goldman, Jerry) (Entered: 04/25/2012) |
| :5/2012 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (314 in 1:04−cv−01922−GBD, 2609 in 1:03−md−01570−GBD−FM) Corrected Notice of Appeal,. Filed In Associated Cases 1:03−md−01570−GBD−FM, 1:04−cv−01922−GBD(nd) (Entered: 04/25/2012) |
| :5/2012 | 2610 | **FILING ERROR − NO ORDER SELECTED FOR APPEAL −** AMENDED NOTICE OF APPEAL. Document f Continental Casualty Comapny. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−05970−GBD(Kaplan, Robert) Modified on 4/25/2012 (nd). 04/25/2012) |
| :5/2012 | | *****NOTE TO ATTORNEY REGARDING DEFICIENT APPEAL. Note to Attorney Robert Kaplan to RE−FI Document No. (436 in 1:04−cv−05970−GBD, 2610 in 1:03−md−01570−GBD−FM) Notice of Appeal,. The filing for the following reasons: the Notice of Appeal being amended was NOT selected; the Order being appealed w selected. Re−file the document and select the appropriate Appeal event. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−05970−GBD(nd)** (Entered: 04/25/2012) |
| :5/2012 | 2611 | SECOND AMENDED NOTICE OF APPEAL re: 2587 Notice of Appeal, 2578 Order on Motion to Vacate,. Docume Federal Insurance Company, Pacific Indemnity Company, Vigilant Insurance Company. (Carter, Sean) (Entered: 04/ |
| :6/2012 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 2611 Amended No Appeal. (tp) (Entered: 04/26/2012) |
| :7/2012 | 2612 | MEMO ENDORSEMENT re: FACSIMILE TRANSMISSION To: Judge George B. Daniels From: Jonathan Cooper 4/25/2012. Counsel for Defendant Zahir Kazmi respectfully ask that our firm be removed from the Court's docket so receive no further e−mails on this case. ENDORSEMENT: So Ordered. (Signed by Judge George B. Daniels on 4/27 (Entered: 04/27/2012) |
| )2/2012 | | *****DELETED DOCUMENT. Deleted document number 2613 Transcript. The document was incorrectly filed case. (tro)** (Entered: 05/09/2012) |
| )2/2012 | | *****DELETED DOCUMENT. Deleted document number 2614 Notice of Filing of Transcript. The document w incorrectly filed in this case. (tro)** (Entered: 05/09/2012) |
| )8/2012 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 2587 Notice filed by Vigilant Insurance Company, Federal Insurance Company, Pacific Indemnity Company USCA Case Number were transmitted to the U.S. Court of Appeals. (tp) (Entered: 05/08/2012) |
| :2/2012 | 2613 | NOTICE of Plaintiffs' Removal of Parties Pursuant to Case Management Order No. 2 and Federal Rule of Civil Proc Document filed by Burnett Plaintiffs. (Attachments: # 1 Attachment A)Filed In Associated Cases: 1:03−md−01570− 1:03−cv−09849−GBD(Flowers, Jodi) (Entered: 05/22/2012) |
| )1/2012 | 2614 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Robert T. Haefele and Alan R. Kabat dated 6 The parties jointly request that Your Honor set the next conference for July 17, 2012, either at 2:30 pm or following t conference that is presently scheduled in this matter before Judge Daniels. (At the conclusion of the March 13, 2012 Judge Daniels set the next conference for July 17, 2012 at 11 am. See Transcript of 3/15/12 Conference at page 58, li In addition, the defendants request that Your Honor extend the current document production deadline for all parties s discovery, presently set for June 29, 2012, to August 30, 2012. Plaintiffs have advised that they consent to this reques ENDORSEMENT: The conference is adjourned to 7/17 at 2:30 pm in Courtroom 20A. The document production dea adjourned (again) to 8/30/12, but counsel should not anticipate any further adjournments., ( Status Conference set for at 02:30 PM in Courtroom 20A, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Frank Maas.) (Sign Magistrate Judge Frank Maas on 6/1/2012) (lmb) (Entered: 06/01/2012) |
| )5/2012 | 2615 | STATEMENT OF DAMAGES. Document filed by Havlish Plaintiffs.Filed In Associated Cases: 1:03−md−01570−C 1:03−cv−09848−GBD(Corr, Stephen) (Entered: 06/05/2012) |
| .1/2012 | 2616 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Plaintiffs' and Defendants' Executive Comm July 10, 2012 re: The Plaintiffs' Executive Committees and the Defendants' Executive Committee, on behalf of the D who are currently subject to discovery, submit this joint letter regarding the discovery status conference scheduled fo 2012. The parties are in agreement that there are no discovery issues ripe for review, and request that the July 17 statu conference be adjourned. Because no other discovery conferences in 03 MDL 1570 are presently on the Court's calen parties recommend that Your Honor permit the parties to advise the Court by the week of August 6 whether the partie |

| | | |
|---|---|---|
| | | discovery conference in August or early September would be necessary. ENDORSEMENT: APPLICATION GRAN ORDERED. (Signed by Magistrate Judge Frank Maas on 7/10/2012) (djc) Modified on 7/11/2012 (djc). (Entered: 07 |
| 1/2012 | 2617 | ORDER: The conference in this matter scheduled for July 17, 2012 is adjourned to January 15, 2013 at 11 a.m. ( Stat Conference set for 1/15/2013 at 11:00 AM before Judge George B. Daniels.) (Signed by Judge George B. Daniels on (jfe) (Entered: 07/11/2012) |
| 30/2012 | 2618 | REPORT AND RECOMMENDATION TO THE HONORABLE GEORGE B. DANIELS: For the reasons set forth Plaintiffs should be awarded damages against the Sovereign and Non−Sovereign Defendants in the amount of $6,048 Additionally, the Plaintiffs are entitled to prejudgment interest on their non−economic compensatory damages at the percent per annum from September 11, 2001, through the date judgment is entered. Objections to R&R due by 8/16/2 (Signed by Magistrate Judge Frank Maas on 7/30/2012) Copies to Hon. George B. Daniels. All counsel via ECF. File Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(mro) (Entered: 07/30/2012) |
| 21/2012 | 2619 | NOTICE OF CHANGE OF ADDRESS by James Joseph McGuire on behalf of Daral Maal Al Islami Trust. New Ad Mishcon de Reya New York LLP, 750 Seventh Avenue, 26th Floor, New York, New York, US 10019, 212−612−327 (McGuire, James) (Entered: 08/21/2012) |
| 21/2012 | 2620 | NOTICE OF CHANGE OF ADDRESS by Timothy James McCarthy on behalf of Daral Maal Al Islami Trust. New Mishcon de Reya New York LLP, 750 Seventh Avenue, 26th Floor, New York, New York, US 10019, 212−612−327 (McCarthy, Timothy) (Entered: 08/21/2012) |
| 21/2012 | 2621 | NOTICE OF CHANGE OF ADDRESS by Aimee Rebecca Kahn on behalf of Daral Maal Al Islami Trust. New Addr Mishcon de Reya New York LLP, 750 Seventh Avenue, 26th Floor, New York, New York, US 10019, 212−612−327 Aimee) (Entered: 08/21/2012) |
| 07/2012 | 2622 | ORDER: Telephone Conference set for 10/22/2012 at 10:00 AM before Magistrate Judge Frank Maas. Plaintiffs shou the call. (Signed by Magistrate Judge Frank Maas on 9/7/2012) Filed In Associated Cases: 1:03−md−01570−GBD−F Copies Sent By Chambers(cd) (Entered: 09/07/2012) |
| 03/2012 | 2623 | MEMORANDUM DECISION AND ORDER. This Court adopts the Report and Recommendation in its entirety. Jud should be entered against the Sovereign Defendants for (1) economic damages totaling $394,277,884 as broken dowr Appendix 1 of this Opinion; (2) damages for pain and suffering of $2,000,000 per decedent totaling $94,000,000; (3) damages totaling $4,686,235,921; and (4) damages for solatium totaling $874,000,000. The Non−Sovereign Defenda and severally liable for these damages. Plaintiffs' additional claims for costs are denied without prejudice. (Signed by George B. Daniels on 10/3/2012) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(rjm on 10/3/2012 (laq). (Main Document 2623 replaced on 10/3/2012) (laq). (Entered: 10/03/2012) |
| 03/2012 | | Transmission to Judgments and Orders Clerk. Transmitted re: (316 in 1:03−cv−09848−GBD, 2623 in 1:03−md−01570−GBD−FM) Order Adopting Report and Recommendations to the Judgments and Orders Clerk. File Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(rjm) (Entered: 10/03/2012) |
| 6/2012 | 2624 | ORDER AND JUDGMENT # 12,1850 In favor of all Plaintiffs against all Sovereign Defendants and Non−Severeign Defendants in various amounts. (Signed by Judge George B. Daniels on 10/12/12) (Attachments: # 1 Notice of Right Appeal)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(dt) (Entered: 10/16/2012) |
| 22/2012 | 2625 | **FILING ERROR − ELECTRONIC FILING OF NON−ECF DOCUMENT −** NOTICE of Judgment to OFAC re 1:03−cv−09848−GBD) Order,. Document filed by Havlish Plaintiffs. Filed In Associated Cases: 1:03−md−01570−G 1:03−cv−09848−GBD(Mellon, Thomas) Modified on 10/23/2012 (ka). (Entered: 10/22/2012) |
| 22/2012 | | Minute Entry for proceedings held before Magistrate Judge Frank Maas: Telephone Conference held on 10/22/2012. (Entered: 11/13/2012) |
| 23/2012 | | *****NOTE TO ATTORNEY THAT THE ATTEMPTED FILING OF Document No. 2625 HAS BEEN REJEC to Attorney Mellon, Thomas : THE CLERK'S OFFICE DOES NOT ACCEPT LETTERS FOR FILING, eithe ECF or otherwise, except where the judge has ordered that a particular letter be docketed. Letters may be sen to a judge. (ka)** (Entered: 10/23/2012) |
| 23/2012 | 2626 | ORDER: Pursuant to the telephone conference held on October 22,2012, it is hereby ORDERED that: Any motions t shall be submitted on a rolling basis, with an absolute deadline of April 20, 2013. The deadline for opposition papers 2013. Any replies shall be filed by May 18, 2013. The next telephone conference shall be held on December 4,2012, Plaintiffs' counsel should initiate the call., ( Motions due by 4/20/2013., Responses due by 5/11/2013, Replies due by 5/18/2013.), ( Telephone Conference set for 12/4/2012 at 02:00 PM before Magistrate Judge Frank Maas.) (Signed by Judge Frank Maas on 10/23/2012) (ago) (Entered: 10/24/2012) |
| 25/2012 | 2627 | AMENDED ORDER. It is hereby ordered that any motions to compel shall be submitted on a rolling basis, with an a deadline of April 20, 2013. Opposition papers shall be filed three weeks after each such motion, with an absolute dea May 11, 2013. Any replies shall be filed within one week of opposition papers, with an absolute deadline of May 18, |

| | | |
|---|---|---|
| | | next telephone conference shall be held on December 5, 2012, at 12:15 p.m. Plaintiffs' counsel should initiate the call due by 4/20/2013. Responses due by 5/11/2013. Replies due by 5/18/2013.), (Telephone Conference set for 12/5/201 PM before Magistrate Judge Frank Maas.) (Signed by Magistrate Judge Frank Maas on 10/25/2012). Copies Sent By to Honorable George B. Daniels United States District Judge. All counsel via ECF.(rjm) (Entered: 10/26/2012) |
| .5/2012 | 2628 | CLERK CERTIFICATE OF MAILING of one copy of the ORDER OF JUDGEMENT ENTERED BY THE HONO GEORGE B. DANIELS ON DECEMBER 22, 2011 (CASE NO. 1:03−MD−01570−GBD−FM, DOCUMENT 2516, AND RECOMMENDATION TO THE HONORABLE GEORGE B. DANIELS ISSUED BY U.S. MAGISTRATE J FRANK MAAS ON JULY 30, 2012 (CASE NO. 1:03−CV−09848−GBD, DOCUMENT 314, MEMORANDUM AN ENTERED BY THE HONORABLE GEORGE B. DANIELS ON OCTOBER 3, 2012 (CASE NO. 1:03−CV−09848 DOCUMENT 316, ORDER AND JUDGMENT ENTERED BY THE HONORABLE GEORGE B. DANIELS ON C 12, 2012, AND DOCKETED ON OCTOBER 16, 2012) CASE NO. 1:03CV−09848−GBD, DOCUMENT 317, AFFI FROM THE TRANSLATOR FOR EACH DEFENDANT, A COVER LETTER, TRANSLATED INTO FARSI, WH REQUESTS THAT THE MINISTER OF FOREIGN AFFAIRS ACCEPT ONE PACKAGE OF LEGAL DOCUMEN HIMSELF, ON BEHALF OF THE ISLAMIC REPUBLIC OF IRAN, AND SERVE THE REMAINING 15 PACKA THE OTHER DEFENDANTS IN THE HAVLISH ACTION. mailed to ISLAMIC REPUBLIC OF IRAN AT MINIS FOREIGN AFAIRS OF THE ISLAMIC REPUBLIC OF IRAN, KHOMEINI STREETTEHRAN, IRAN at the follov address: H.E. DR. ALI AKBAR SALEHI MINISTER OF FOREIGN AFFAIRS, I/C/O ISLAMIC REPUBLIC OF IF IMAM KHOMEINI STREET, TEHRAN, IRAN on 11/15/2012 by DHL tracking # 99 6863 4045, to the head of the foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3). Filed In Asso Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(jvs) (Entered: 11/15/2012) |
| .5/2012 | 2629 | CLERK CERTIFICATE OF MAILING of one copy of the ORDER OF JUDGEMENT ENTERED BY THE HONO GEORGE B. DANIELS ON DECEMBER 22, 2011 (CASE NO. 1:03−MD−01570−GBD−FM, DOCUMENT 2516, AND RECOMMENDATION TO THE HONORABLE GEORGE B. DANIELS ISSUED BY U.S. MAGISTRATE J FRANK MAAS ON JULY 30, 2012 (CASE NO. 1:03−CV−09848−GBD, DOCUMENT 314, MEMORANDUM AN ENTERED BY THE HONORABLE GEORGE B. DANIELS ON OCTOBER 3, 2012 (CASE NO. 1:03−CV−09848 DOCUMENT 316, ORDER AND JUDGMENT ENTERED BY THE HONORABLE GEORGE B. DANIELS ON C 12, 2012, AND DOCKETED ON OCTOBER 16, 2012) CASE NO. 1:03CV−09848−GBD, DOCUMENT 317, AFFI FROM THE TRANSLATOR FOR EACH DEFENDANT, A COVER LETTER, TRANSLATED INTO FARSI, WH REQUESTS THAT THE MINISTER OF FOREIGN AFFAIRS ACCEPT ONE PACKAGE OF LEGAL DOCUMEN HIMSELF, ON BEHALF OF THE ISLAMIC REPUBLIC OF IRAN, AND SERVE THE REMAINING 15 PACKA THE OTHER DEFENDANTS IN THE HAVLISH ACTION mailed to AYATOLLAH ALI HOSEINI KHAMENEI, SUPREME LEADER OF IRAN AT MINISTER OF FOREIGN AFFAIRS OF THE ISLAMIC REPUBLIC OF IRA KHOMEINI STREET TEHRAN, IRAN at the following address: AYATOLLAH ALI HOSEINI KHAMENEI, SUP LEADER OF IRAN AT MINISTER OF OREIGN AFFAIRS OF THE ISLAMIC REPUBLIC OF IRAN. IMAM KH STREET TEHRAN, IRAN, on 11/15/2012 by DHL tracking # 99 6863 4045, to the head of the ministry of foreign a pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3). Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(jvs) (Entered: 11/15/2012) |
| .5/2012 | 2630 | CLERK CERTIFICATE OF MAILING of one copy of the ORDER OF JUDGEMENT ENTERED BY THE HONO GEORGE B. DANIELS ON DECEMBER 22, 2011 (CASE NO. 1:03−MD−01570−GBD−FM, DOCUMENT 2516, AND RECOMMENDATION TO THE HONORABLE GEORGE B. DANIELS ISSUED BY U.S. MAGISTRATE J FRANK MAAS ON JULY 30, 2012 (CASE NO. 1:03−CV−09848−GBD, DOCUMENT 314, MEMORANDUM AN ENTERED BY THE HONORABLE GEORGE B. DANIELS ON OCTOBER 3, 2012 (CASE NO. 1:03−CV−09848 DOCUMENT 316, ORDER AND JUDGMENT ENTERED BY THE HONORABLE GEORGE B. DANIELS ON C 12, 2012, AND DOCKETED ON OCTOBER 16, 2012) CASE NO. 1:03CV−09848−GBD, DOCUMENT 317, AFFI FROM THE TRANSLATOR FOR EACH DEFENDANT, A COVER LETTER, TRANSLATED INTO FARSI, WH REQUESTS THAT THE MINISTER OF FOREIGN AFFAIRS ACCEPT ONE PACKAGE OF LEGAL DOCUMEN HIMSELF, ON BEHALF OF THE ISLAMIC REPUBLIC OF IRAN, AND SERVE THE REMAINING 15 PACKA THE OTHER DEFENDANTS IN THE HAVLISH ACTION. mailed to ALI AKBAR HASHEMI RAFSANJANI AT MINISTER OF FOREIGN AFFAIRS OF THE ISLAMIC REPUBLIC OF IRAN, IMAM KHOMEINI STREET, TE IRAN at the following address: ALI AKBAR HASHEMI RAFSANJANI MINISTER OF FOREIGN AFFAIRS OF ISLAMIC REPUBLIC OF IRAN, KHOMEINI STREET,TEHRAN, IRAN, on 11/15/2012 by DHL tracking # 99 68 the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. 1608(a)(3). Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(jvs) (Entered: 11/15/201 |
| .5/2012 | 2631 | CLERK CERTIFICATE OF MAILING of one copy of the ORDER OF JUDGEMENT ENTERED BY THE HONO GEORGE B. DANIELS ON DECEMBER 22, 2011 (CASE NO. 1:03−MD−01570−GBD−FM, DOCUMENT 2516, AND RECOMMENDATION TO THE HONORABLE GEORGE B. DANIELS ISSUED BY U.S. MAGISTRATE J FRANK MAAS ON JULY 30, 2012 (CASE NO. 1:03−CV−09848−GBD, DOCUMENT 314, MEMORANDUM AN ENTERED BY THE HONORABLE GEORGE B. DANIELS ON OCTOBER 3, 2012 (CASE NO. 1:03−CV−09848 DOCUMENT 316, ORDER AND JUDGMENT ENTERED BY THE HONORABLE GEORGE B. DANIELS ON C 12, 2012, AND DOCKETED ON OCTOBER 16, 2012) CASE NO. 1:03CV−09848−GBD, DOCUMENT 317, AFFI FROM THE TRANSLATOR FOR EACH DEFENDANT, A COVER LETTER, TRANSLATED INTO FARSI, WH |

| | | |
|---|---|---|
| | | REQUESTS THAT THE MINISTER OF FOREIGN AFFAIRS ACCEPT ONE PACKAGE OF LEGAL DOCUMEN HIMSELF, ON BEHALF OF THE ISLAMIC REPUBLIC OF IRAN, AND SERVE THE REMAINING 15 PACKA THE OTHER DEFENDANTS IN THE HAVLISH ACTION. mailed to ALI AKBAR HASHEMI RAFSANJANI AT MINISTER OF FOREIGN AFFAIRS OF THE ISLAMIC REPUBLIC OF IRAN, IMAM KHOMEINI STREET, TE IRAN mailed to IRAINIAN MINISTRY OF INFORMATION AND SECURITY AT MINISTER OF FOREIGN AF THE ISLAMIC REPUBLIC OF IRAN, IMAM KHOMEINI STREET, TEHRAN, IRAN at the following address: IR MINISTRY OF INFORMATION AND SECURITY AT MINISTER OF FOREIGN AFFAIRS OF THE ISLAMIC F OF IRAN, KHOMEINI STREET,TEHRAN, IRAN,on 11/15/2012 by DHL tracking # 99 6863 4045, to the head of t of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3). Filed In As Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(jvs) (Entered: 11/15/2012) |
| .5/2012 | 2632 | CLERK CERTIFICATE OF MAILING of one copy of the ORDER OF JUDGEMENT ENTERED BY THE HONO GEORGE B. DANIELS ON DECEMBER 22, 2011 (CASE NO. 1:03−MD−01570−GBD−FM, DOCUMENT 2516, AND RECOMMENDATION TO THE HONORABLE GEORGE B. DANIELS ISSUED BY U.S. MAGISTRATE J FRANK MAAS ON JULY 30, 2012 (CASE NO. 1:03−CV−09848−GBD, DOCUMENT 314, MEMORANDUM AN ENTERED BY THE HONORABLE GEORGE B. DANIELS ON OCTOBER 3, 2012 (CASE NO. 1:03−CV−09848 DOCUMENT 316, ORDER AND JUDGMENT ENTERED BY THE HONORABLE GEORGE B. DANIELS ON C 12, 2012, AND DOCKETED ON OCTOBER 16, 2012) CASE NO. 1:03CV−09848−GBD, DOCUMENT 317, AFFI FROM THE TRANSLATOR FOR EACH DEFENDANT, A COVER LETTER, TRANSLATED INTO FARSI, WH REQUESTS THAT THE MINISTER OF FOREIGN AFFAIRS ACCEPT ONE PACKAGE OF LEGAL DOCUMEN HIMSELF, ON BEHALF OF THE ISLAMIC REPUBLIC OF IRAN, AND SERVE THE REMAINING 15 PACKA THE OTHER DEFENDANTS IN THE HAVLISH ACTION mailed to ISLAMIC REVOLUNTIONARY GUARD C at the following address: ISLAMIC REVOLUNTIONARY GUARD CORPS AT MINISTER FOREIGN AFFAIRS ( ISLAMIC REPUBLIC OF IRAN, KHOMEINI STREET,TEHRAN, IRAN,, on 11/15/2012 by DHL tracking # 99 68 the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3). Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(jvs) (Entered: 11/15/201 |
| .5/2012 | 2633 | CLERK CERTIFICATE OF MAILING of one copy of the ORDER OF JUDGEMENT ENTERED BY THE HONO GEORGE B. DANIELS ON DECEMBER 22, 2011 (CASE NO. 1:03−MD−01570−GBD−FM, DOCUMENT 2516, AND RECOMMENDATION TO THE HONORABLE GEORGE B. DANIELS ISSUED BY U.S. MAGISTRATE J FRANK MAAS ON JULY 30, 2012 (CASE NO. 1:03−CV−09848−GBD, DOCUMENT 314, MEMORANDUM AN ENTERED BY THE HONORABLE GEORGE B. DANIELS ON OCTOBER 3, 2012 (CASE NO. 1:03−CV−09848 DOCUMENT 316, ORDER AND JUDGMENT ENTERED BY THE HONORABLE GEORGE B. DANIELS ON C 12, 2012, AND DOCKETED ON OCTOBER 16, 2012) CASE NO. 1:03CV−09848−GBD, DOCUMENT 317, AFFI FROM THE TRANSLATOR FOR EACH DEFENDANT, A COVER LETTER, TRANSLATED INTO FARSI, WH REQUESTS THAT THE MINISTER OF FOREIGN AFFAIRS ACCEPT ONE PACKAGE OF LEGAL DOCUMEN HIMSELF, ON BEHALF OF THE ISLAMIC REPUBLIC OF IRAN, AND SERVE THE REMAINING 15 PACKA THE OTHER DEFENDANTS IN THE HAVLISH ACTION mailed to HEZBOLLAH, AN UNINCORPORATED ASSOCIATION,AT MINISTER OF FOREIGN AFFAIRS OF THE ISLAMIC REPUBLIC OF IRAN, KHOMEINI STREET,TEHRAN, IRAN, at the following address: HEZBOLLAH, AND UNINCORPORATED ASSOCIATION, MINISTER OF FOREIGN AFFAIRS OF THE ISLAMIC REPUBLIC OF IRAN, KHOMEINI STREET,TEHRAN, 11/15/2012 by DHL tracking # 99 6863 4045, to the head of the ministry of foreign affairs, pursuant to the provisions Services Immunities Act, 28 U.S.C. § 1608(a)(3). Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(jvs) (Entered: 11/15/2012) |
| .5/2012 | 2634 | CLERK CERTIFICATE OF MAILING of one copy of the ORDER OF JUDGEMENT ENTERED BY THE HONO GEORGE B. DANIELS ON DECEMBER 22, 2011 (CASE NO. 1:03−MD−01570−GBD−FM, DOCUMENT 2516, AND RECOMMENDATION TO THE HONORABLE GEORGE B. DANIELS ISSUED BY U.S. MAGISTRATE J FRANK MAAS ON JULY 30, 2012 (CASE NO. 1:03−CV−09848−GBD, DOCUMENT 314, MEMORANDUM AN ENTERED BY THE HONORABLE GEORGE B. DANIELS ON OCTOBER 3, 2012 (CASE NO. 1:03−CV−09848 DOCUMENT 316, ORDER AND JUDGMENT ENTERED BY THE HONORABLE GEORGE B. DANIELS ON C 12, 2012, AND DOCKETED ON OCTOBER 16, 2012) CASE NO. 1:03CV−09848−GBD, DOCUMENT 317, AFFI FROM THE TRANSLATOR FOR EACH DEFENDANT, A COVER LETTER, TRANSLATED INTO FARSI, WH REQUESTS THAT THE MINISTER OF FOREIGN AFFAIRS ACCEPT ONE PACKAGE OF LEGAL DOCUMEN HIMSELF, ON BEHALF OF THE ISLAMIC REPUBLIC OF IRAN, AND SERVE THE REMAINING 15 PACKA THE OTHER DEFENDANTS IN THE HAVLISH ACTION mailed to IRANIAN MINISTRY OF PETROLEUM A MINISTER OF FOREIGN AFFAIRS OF THE ISLAMIC REPUBLIC OF IRAN, KHOMEINI STREET,TEHRAN, the following address: IRANIAN MINISTRY OF PETROLEUM AT MINISTER OF FOREIGN AFFAIRS OF THE REPUBLIC OF IRAN, KHOMEINI STREET,TEHRAN, IRAN, on 11/15/2012 by DHL tracking # 99 6987 9360, to the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3) Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(jvs) (Entered: 11/15/2012) |
| .5/2012 | 2635 | CLERK CERTIFICATE OF MAILING of one copy of the ORDER OF JUDGEMENT ENTERED BY THE HONO GEORGE B. DANIELS ON DECEMBER 22, 2011 (CASE NO. 1:03−MD−01570−GBD−FM, DOCUMENT 2516, AND RECOMMENDATION TO THE HONORABLE GEORGE B. DANIELS ISSUED BY U.S. MAGISTRATE J |

| | | |
|---|---|---|
| | | FRANK MAAS ON JULY 30, 2012 (CASE NO. 1:03−CV−09848−GBD, DOCUMENT 314, MEMORANDUM AN ENTERED BY THE HONORABLE GEORGE B. DANIELS ON OCTOBER 3, 2012 (CASE NO. 1:03−CV−09848 DOCUMENT 316, ORDER AND JUDGMENT ENTERED BY THE HONORABLE GEORGE B. DANIELS ON C 12, 2012, AND DOCKETED ON OCTOBER 16, 2012) CASE NO. 1:03CV−09848−GBD, DOCUMENT 317, AFFI FROM THE TRANSLATOR FOR EACH DEFENDANT, A COVER LETTER, TRANSLATED INTO FARSI, WH REQUESTS THAT THE MINISTER OF FOREIGN AFFAIRS ACCEPT ONE PACKAGE OF LEGAL DOCUMEN HIMSELF, ON BEHALF OF THE ISLAMIC REPUBLIC OF IRAN, AND SERVE THE REMAINING 15 PACKA THE OTHER DEFENDANTS IN THE HAVLISH ACTION at the following address: NATIONAL IRANIAN TAN CORPORATIONAT MINISTER OF FOREIGN AFFAIRS OF THE ISLAMIC REPUBLIC OF IRAN, KHOMEINI STREET,TEHRAN, IRAN, on 11/15/2012 by DHL tracking # 99 6863 4045, to the head of the ministry of foreign a pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3). Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(jvs) (Entered: 11/15/2012) |
| .5/2012 | 2636 | CLERK CERTIFICATE OF MAILING of one copy of the ORDER OF JUDGEMENT ENTERED BY THE HONO GEORGE B. DANIELS ON DECEMBER 22, 2011 (CASE NO. 1:03−MD−01570−GBD−FM, DOCUMENT 2516, AND RECOMMENDATION TO THE HONORABLE GEORGE B. DANIELS ISSUED BY U.S. MAGISTRATE J FRANK MAAS ON JULY 30, 2012 (CASE NO. 1:03−CV−09848−GBD, DOCUMENT 314, MEMORANDUM AN ENTERED BY THE HONORABLE GEORGE B. DANIELS ON OCTOBER 3, 2012 (CASE NO. 1:03−CV−09848 DOCUMENT 316, ORDER AND JUDGMENT ENTERED BY THE HONORABLE GEORGE B. DANIELS ON C 12, 2012, AND DOCKETED ON OCTOBER 16, 2012) CASE NO. 1:03CV−09848−GBD, DOCUMENT 317, AFFI FROM THE TRANSLATOR FOR EACH DEFENDANT, A COVER LETTER, TRANSLATED INTO FARSI, WH REQUESTS THAT THE MINISTER OF FOREIGN AFFAIRS ACCEPT ONE PACKAGE OF LEGAL DOCUMEN HIMSELF, ON BEHALF OF THE ISLAMIC REPUBLIC OF IRAN, AND SERVE THE REMAINING 15 PACKA THE OTHER DEFENDANTS IN THE HAVLISH ACTION mailed to HEZBOLLAH, AN UNINCORPORATED ASSOCIATION,AT MINISTER OF FOREIGN AFFAIRS OF THE ISLAMIC REPUBLIC OF IRAN, KHOMEINI STREET,TEHRAN, IRAN at the following address: NATIONAL IRANIAN OIL CORPORATION AT MINISTER FOREIGN AFFAIRS OF THE ISLAMIC REPUBLIC OF IRAN, KHOMEINI STREET,TEHRAN, IRAN, on 11/15 DHL tracking # 99 6863 4045, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Se Immunities Act, 28 U.S.C. § 1608(a)(3). Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−G (Entered: 11/15/2012) |
| .5/2012 | 2637 | CLERK CERTIFICATE OF MAILING of one copy of the ORDER OF JUDGEMENT ENTERED BY THE HONO GEORGE B. DANIELS ON DECEMBER 22, 2011 (CASE NO. 1:03−MD−01570−GBD−FM, DOCUMENT 2516, AND RECOMMENDATION TO THE HONORABLE GEORGE B. DANIELS ISSUED BY U.S. MAGISTRATE J FRANK MAAS ON JULY 30, 2012 (CASE NO. 1:03−CV−09848−GBD, DOCUMENT 314, MEMORANDUM AN ENTERED BY THE HONORABLE GEORGE B. DANIELS ON OCTOBER 3, 2012 (CASE NO. 1:03−CV−09848 DOCUMENT 316, ORDER AND JUDGMENT ENTERED BY THE HONORABLE GEORGE B. DANIELS ON C 12, 2012, AND DOCKETED ON OCTOBER 16, 2012) CASE NO. 1:03CV−09848−GBD, DOCUMENT 317, AFFI FROM THE TRANSLATOR FOR EACH DEFENDANT, A COVER LETTER, TRANSLATED INTO FARSI, WH REQUESTS THAT THE MINISTER OF FOREIGN AFFAIRS ACCEPT ONE PACKAGE OF LEGAL DOCUMEN HIMSELF, ON BEHALF OF THE ISLAMIC REPUBLIC OF IRAN, AND SERVE THE REMAINING 15 PACKA THE OTHER DEFENDANTS IN THE HAVLISH ACTION at the following address: NATIONAL IRANIAN GAS COMPANY AT MINISTER OF FOREIGN AFFAIRS OF THE ISLAMIC REPUBLIC OF IRAN, KHOMEINI STREET,TEHRAN, IRAN, on 11/15/2012 by DHL tracking # 99 6863 4045, to the head of the ministry of foreign a pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3). Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(jvs) (Entered: 11/15/2012) |
| .5/2012 | 2638 | CLERK CERTIFICATE OF MAILING of one copy of the ORDER OF JUDGEMENT ENTERED BY THE HONO GEORGE B. DANIELS ON DECEMBER 22, 2011 (CASE NO. 1:03−MD−01570−GBD−FM, DOCUMENT 2516, AND RECOMMENDATION TO THE HONORABLE GEORGE B. DANIELS ISSUED BY U.S. MAGISTRATE J FRANK MAAS ON JULY 30, 2012 (CASE NO. 1:03−CV−09848−GBD, DOCUMENT 314, MEMORANDUM AN ENTERED BY THE HONORABLE GEORGE B. DANIELS ON OCTOBER 3, 2012 (CASE NO. 1:03−CV−09848 DOCUMENT 316, ORDER AND JUDGMENT ENTERED BY THE HONORABLE GEORGE B. DANIELS ON C 12, 2012, AND DOCKETED ON OCTOBER 16, 2012) CASE NO. 1:03CV−09848−GBD, DOCUMENT 317, AFFI FROM THE TRANSLATOR FOR EACH DEFENDANT, A COVER LETTER, TRANSLATED INTO FARSI, WH REQUESTS THAT THE MINISTER OF FOREIGN AFFAIRS ACCEPT ONE PACKAGE OF LEGAL DOCUMEN HIMSELF, ON BEHALF OF THE ISLAMIC REPUBLIC OF IRAN, AND SERVE THE REMAINING 15 PACKA THE OTHER DEFENDANTS IN THE HAVLISH ACTION mailed to HEZBOLLAH, AN UNINCORPORATED ASSOCIATION,AT MINISTER OF FOREIGN AFFAIRS OF THE ISLAMIC REPUBLIC OF IRAN, KHOMEINI STREET,TEHRAN, IRAN at the following address: IRAN AIRLINES AT MINISTER OF FOREIGN AFFAIRS OF ISLAMIC REPUBLIC OF IRAN, KHOMEINI STREET,TEHRAN, IRAN, on 11/15/2012 by DHL tracking # 99 68 the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3). Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(jvs) (Entered: 11/15/201 |

| | | |
|---|---|---|
| .5/2012 | 2639 | CLERK CERTIFICATE OF MAILING of one copy of the ORDER OF JUDGEMENT ENTERED BY THE HONOI GEORGE B. DANIELS ON DECEMBER 22, 2011 (CASE NO. 1:03−MD−01570−GBD−FM, DOCUMENT 2516, AND RECOMMENDATION TO THE HONORABLE GEORGE B. DANIELS ISSUED BY U.S. MAGISTRATE J FRANK MAAS ON JULY 30, 2012 (CASE NO. 1:03−CV−09848−GBD, DOCUMENT 314, MEMORANDUM AN ENTERED BY THE HONORABLE GEORGE B. DANIELS ON OCTOBER 3, 2012 (CASE NO. 1:03−CV−09848 DOCUMENT 316, ORDER AND JUDGMENT ENTERED BY THE HONORABLE GEORGE B. DANIELS ON C 12, 2012, AND DOCKETED ON OCTOBER 16, 2012) CASE NO. 1:03CV−09848−GBD, DOCUMENT 317, AFFI FROM THE TRANSLATOR FOR EACH DEFENDANT, A COVER LETTER, TRANSLATED INTO FARSI, WH REQUESTS THAT THE MINISTER OF FOREIGN AFFAIRS ACCEPT ONE PACKAGE OF LEGAL DOCUMEN HIMSELF, ON BEHALF OF THE ISLAMIC REPUBLIC OF IRAN, AND SERVE THE REMAINING 15 PACKA THE OTHER DEFENDANTS IN THE HAVLISH ACTION mailed to at the following address: NATIONAL IRANI PETROCHEMICAL COMPANY AT MINISTER OF FOREIGN AFFAIRS OF THE ISLAMIC REPUBLIC OF IRA KHOMEINI STREET,TEHRAN, IRAN, on 11/15/2012 by DHL tracking # 99 6863 4045, to the head of the ministry affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3). Filed In Associated C 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(jvs) (Additional attachment(s) added on 11/15/2012: # 1 Certific Mailing) (jvs). (jvs). (Entered: 11/15/2012) |
| .5/2012 | 2640 | CLERK CERTIFICATE OF MAILING of one copy of the ORDER OF JUDGEMENT ENTERED BY THE HONOI GEORGE B. DANIELS ON DECEMBER 22, 2011 (CASE NO. 1:03−MD−01570−GBD−FM, DOCUMENT 2516, AND RECOMMENDATION TO THE HONORABLE GEORGE B. DANIELS ISSUED BY U.S. MAGISTRATE J FRANK MAAS ON JULY 30, 2012 (CASE NO. 1:03−CV−09848−GBD, DOCUMENT 314, MEMORANDUM AN ENTERED BY THE HONORABLE GEORGE B. DANIELS ON OCTOBER 3, 2012 (CASE NO. 1:03−CV−09848 DOCUMENT 316, ORDER AND JUDGMENT ENTERED BY THE HONORABLE GEORGE B. DANIELS ON C 12, 2012, AND DOCKETED ON OCTOBER 16, 2012) CASE NO. 1:03CV−09848−GBD, DOCUMENT 317, AFFI FROM THE TRANSLATOR FOR EACH DEFENDANT, A COVER LETTER, TRANSLATED INTO FARSI, WH REQUESTS THAT THE MINISTER OF FOREIGN AFFAIRS ACCEPT ONE PACKAGE OF LEGAL DOCUMEN HIMSELF, ON BEHALF OF THE ISLAMIC REPUBLIC OF IRAN, AND SERVE THE REMAINING 15 PACKA THE OTHER DEFENDANTS IN THE HAVLISH ACTION at the following address: IRANIAN MINISTRY OF EC AFFAIRS AND FINANCE AT MINISTER OF FOREIGN AFFAIRS OF THE ISLAMIC REPUBLIC OF IRAN, KI STREET,TEHRAN, IRAN, on 11/15/2012 by DHL tracking # 99 6863 4045, to the head of the ministry of foreign a pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3). Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(jvs) (Main Document 2640 replaced on 11/15/2012) (jvs). (Ente 11/15/2012) |
| .5/2012 | 2641 | CLERK CERTIFICATE OF MAILING of one copy of the ORDER OF JUDGEMENT ENTERED BY THE HONOI GEORGE B. DANIELS ON DECEMBER 22, 2011 (CASE NO. 1:03−MD−01570−GBD−FM, DOCUMENT 2516, AND RECOMMENDATION TO THE HONORABLE GEORGE B. DANIELS ISSUED BY U.S. MAGISTRATE J FRANK MAAS ON JULY 30, 2012 (CASE NO. 1:03−CV−09848−GBD, DOCUMENT 314, MEMORANDUM AN ENTERED BY THE HONORABLE GEORGE B. DANIELS ON OCTOBER 3, 2012 (CASE NO. 1:03−CV−09848 DOCUMENT 316, ORDER AND JUDGMENT ENTERED BY THE HONORABLE GEORGE B. DANIELS ON C 12, 2012, AND DOCKETED ON OCTOBER 16, 2012) CASE NO. 1:03CV−09848−GBD, DOCUMENT 317, AFFI FROM THE TRANSLATOR FOR EACH DEFENDANT, A COVER LETTER, TRANSLATED INTO FARSI, WH REQUESTS THAT THE MINISTER OF FOREIGN AFFAIRS ACCEPT ONE PACKAGE OF LEGAL DOCUMEN HIMSELF, ON BEHALF OF THE ISLAMIC REPUBLIC OF IRAN, AND SERVE THE REMAINING 15 PACKA THE OTHER DEFENDANTS IN THE HAVLISH ACTION at the following address: IRANIAN MINISTRY OF CO AT MINISTER OF FOREIGN AFFAIRS OF THE ISLAMIC REPUBLIC OF IRAN, KHOMEINI STREET,TEHRA on 11/15/2012 by DHL tracking # 99 6863 4045, to the head of the ministry of foreign affairs, pursuant to the provisi Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3). Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(jvs) (Entered: 11/15/2012) |
| .5/2012 | 2642 | CLERK CERTIFICATE OF MAILING of one copy of the ORDER OF JUDGEMENT ENTERED BY THE HONOI GEORGE B. DANIELS ON DECEMBER 22, 2011 (CASE NO. 1:03−MD−01570−GBD−FM, DOCUMENT 2516, AND RECOMMENDATION TO THE HONORABLE GEORGE B. DANIELS ISSUED BY U.S. MAGISTRATE J FRANK MAAS ON JULY 30, 2012 (CASE NO. 1:03−CV−09848−GBD, DOCUMENT 314, MEMORANDUM AN ENTERED BY THE HONORABLE GEORGE B. DANIELS ON OCTOBER 3, 2012 (CASE NO. 1:03−CV−09848 DOCUMENT 316, ORDER AND JUDGMENT ENTERED BY THE HONORABLE GEORGE B. DANIELS ON C 12, 2012, AND DOCKETED ON OCTOBER 16, 2012) CASE NO. 1:03CV−09848−GBD, DOCUMENT 317, AFFI FROM THE TRANSLATOR FOR EACH DEFENDANT, A COVER LETTER, TRANSLATED INTO FARSI, WH REQUESTS THAT THE MINISTER OF FOREIGN AFFAIRS ACCEPT ONE PACKAGE OF LEGAL DOCUMEN HIMSELF, ON BEHALF OF THE ISLAMIC REPUBLIC OF IRAN, AND SERVE THE REMAINING 15 PACKA THE OTHER DEFENDANTS IN THE HAVLISH ACTION mailed to IRANIANMINISTRY OF DEFENSE AND A FORCES LOGISTICS AT MINISTER OF FOREIGN AFFAIOS OF THE ISLAMIC REPUBLIC OF IRAN, IMAM KHOMEINI STREET, TEHRAN, IRAN at the following address: IRANIAN MINISTRY OF DEFENSE AND ARM FORCES LOGISTICS AT MINISTER OF FOREIGN AFFAIRS OF THE ISLAMIC REPUBLIC OF IRAN, KHOM STREET,TEHRAN, IRAN, on 11/15/2012 by DHL tracking # 99 6863 4045, to the head of the ministry of foreign a |

| | | |
|---|---|---|
| | | pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3). Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(jvs) (Entered: 11/15/2012) |
| .5/2012 | 2643 | CLERK CERTIFICATE OF MAILING of one copy of the ORDER OF JUDGEMENT ENTERED BY THE HONOI GEORGE B. DANIELS ON DECEMBER 22, 2011 (CASE NO. 1:03−MD−01570−GBD−FM, DOCUMENT 2516, AND RECOMMENDATION TO THE HONORABLE GEORGE B. DANIELS ISSUED BY U.S. MAGISTRATE J FRANK MAAS ON JULY 30, 2012 (CASE NO. 1:03−CV−09848−GBD, DOCUMENT 314, MEMORANDUM AN ENTERED BY THE HONORABLE GEORGE B. DANIELS ON OCTOBER 3, 2012 (CASE NO. 1:03−CV−09848- DOCUMENT 316, ORDER AND JUDGMENT ENTERED BY THE HONORABLE GEORGE B. DANIELS ON C 12, 2012, AND DOCKETED ON OCTOBER 16, 2012) CASE NO. 1:03CV−09848−GBD, DOCUMENT 317, AFFI FROM THE TRANSLATOR FOR EACH DEFENDANT, A COVER LETTER, TRANSLATED INTO FARSI, WH REQUESTS THAT THE MINISTER OF FOREIGN AFFAIRS ACCEPT ONE PACKAGE OF LEGAL DOCUMEN HIMSELF, ON BEHALF OF THE ISLAMIC REPUBLIC OF IRAN, AND SERVE THE REMAINING 15 PACKA THE OTHER DEFENDANTS IN THE HAVLISH ACTION at the following address: THE CENTRAL BANK OF T ISLAMIC REPUBLIC OF IRAN AT MINISTER OF FOREIGN AFFAIRS OF THE ISLAMIC REPUBLIC OF IRA KHOMEINI STREET,TEHRAN, IRAN, on 11/15/2012 by DHL tracking # 99 6863 4045, to the head of the ministry affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3). Filed In Associated C 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(jvs) (Entered: 11/15/2012) |
| .9/2012 | 2644 | ORDER GOVERNING IDENTIFICATION OF PRIVILEGED DOCUMENTS...regarding procedures to be followe govern the handling of confidential material... (Signed by Magistrate Judge Frank Maas on 11/19/2012) Filed In Asso Cases: 1:03−md−01570−GBD−FM et al.(js) (Entered: 11/19/2012) |
| 28/2012 | 2645 | MOTION to Amend/Correct *Amended Complaint*. Document filed by Hoglan Plaintiffs. (Attachments: # 1 Exhibit A Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD(Mellon, Thomas) (Entered: 11/28/2012) |
| )3/2012 | 2646 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Alan R. Kabat dated 11/30/2012 re: The Plai Executive Committees and the Defendants' Executive Committee, on behalf of the Defendants who are currently subj discovery, submit this joint letter regarding the discovery status telephone conference scheduled for December 5, 201 parties propose that Your Honor schedule a discovery conference for that date as for January 15, 2013. ENDORSEM hold the conference immediately after the conference before Judge Daniels. (Signed by Magistrate Judge Frank Maas 12/3/2012) (ft) (Entered: 12/03/2012) |
| .9/2012 | 2647 | TRANSCRIPT of Proceedings re: CONFERENCE held on 10/22/2012 before Magistrate Judge Frank Maas. Court Reporter/Transcriber: Martha Drevis, (212) 805−0300. Transcript may be viewed at the court public terminal or purc through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 1/14/2013. Redacted Transcript Deadline set for 1/25/2013. Releas Transcript Restriction set for 3/22/2013.Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Rodriguez, Sor (Entered: 12/19/2012) |
| .9/2012 | 2648 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERI proceeding held on 10/22/12 has been filed by the court reporter/transcriber in the above−captioned matter. The parti seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...F Associated Cases: 1:03−md−01570−GBD−FM et al.(Rodriguez, Somari) (Entered: 12/19/2012) |
| )4/2013 | 2649 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Alan R. Kabat dated 1/03/2013 re: The Plain Executive Committees and the Defendants' Executive Committee, on behalf of the Defendants who are currently subj discovery, submit this joint letter regarding several discovery deadlines. ENDORSEMENT: The 1/15/2013 Conferen canceled. A conference will be held 2/21/2013 at 11:00 a.m. in Courtroom 20A., ( Motions due by 5/20/2013., Respo 6/10/2013, Replies due by 6/17/2013., Status Conference set for 2/21/2013 at 11:00 AM in Courtroom 20A, 500 Pear New York, NY 10007 before Magistrate Judge Frank Maas.) (Signed by Magistrate Judge Frank Maas on 1/04/2013) (Entered: 01/07/2013) |
| )8/2013 | 2650 | NOTICE OF APPEARANCE by Eric L. Lewis on behalf of International Islamic Relief Organization(IIRO), Muslim League Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Lewis, Eric) (Entered: 01/08/2013) |
| .0/2013 | 2651 | ENDORSED LETTER addressed to Judge George B. Daniels from Robert Haefele and Alan R. Kabat dated 1/9/13 r writes on behalf of the parties to propose that the 1/15/13 conference be adjourned. ENDORSEMENT: The conferen adjourned to April 16, 2013 at 11:00 a.m. ( Status Conference set for 4/16/2013 at 11:00 AM before Judge George B. (Signed by Judge George B. Daniels on 1/10/2013) (mro) (Entered: 01/10/2013) |
| .0/2013 | 2652 | ORDER: It is hereby ORDERED that: 1. At the request of the counsel for the Plaintiffs, the Court directs that the foll items be separately docketed as of record by the Clerk of the Court with the Court's ECF system: (1) the Letter Memo the Plaintiffs, dated January 9, 2013, seeking imposition of sanctions against defendant Al Haramain, and (2) the atto declaration of Robert T. Haefele, with accompanying Exhibits A−Y, in support of the Plaintiffs' request, and it is FUI ORDERED that 2. Defendant Al Haramain and the plaintiffs may file their respective opposition and reply papers co |

| | | |
|---|---|---|
| | | the above−referenced motion via the Court's ECF system, and a copy of this order shall accompany those filings. (Sig Magistrate Judge Frank Maas on 1/10/2013) Filed In Associated Cases: 1:03−md−01570−GBD−FM et al. Copies via (Entered: 01/11/2013) |
| 1/2013 | 2653 | NOTICE OF CHANGE OF ADDRESS by Stephen A. Corr on behalf of Havlish Plaintiffs. New Address: Stark & St Township Line Road, Yardley, PA, USA 19067−5559, 267−907−9600. Filed In Associated Cases: 1:03−md−01570− 1:03−cv−09848−GBD(Corr, Stephen) (Entered: 01/11/2013) |
| 4/2013 | 2654 | MOTION for Sanctions *against Al Haramain Islamic Foundation*. Document filed by All Plaintiffs.Filed In Associat 1:03−md−01570−GBD−FM et al.(Haefele, Robert) Modified on 1/15/2013 (db). Modified on 2/8/2013 (db). (Enterec 01/14/2013) |
| 4/2013 | 2655 | DECLARATION of Robert T. Haefele in Support re: (311 in 1:02−cv−07300−GBD−FM, 305 in 1:03−cv−05071−Gl 1:04−cv−07216−GBD, 320 in 1:04−cv−01922−GBD, 683 in 1:02−cv−06977−GBD, 638 in 1:03−cv−09849−GBD, 4 1:04−cv−06105−GBD, 2654 in 1:03−md−01570−GBD−FM, 443 in 1:04−cv−05970−GBD, 273 in 1:03−cv−08591−( in 1:04−cv−07279−GBD, 428 in 1:04−cv−07065−GBD, 374 in 1:04−cv−01076−GBD, 839 in 1:03−cv−06978−GBD 1:04−cv−01923−GBD, 301 in 1:03−cv−07036−GBD) MOTION for Sanctions *against Al Haramain Islamic Foundat* Document filed by All Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhib Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhib Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y)Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Haefele, Robert) Modified on 1/15/2013 (db). Modified on 2/8/2013 (db). (Entered: 01/14/2013) |
| 4/2013 | 2656 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment prepared in accordance witl 93.2, mailed to ATTN: DIRECTOR OF CONSULAR SERVICES, OFFICE OF POLICY REVIEW & INTER AGEN LIASON (CA/OCS/PRI), U.S. DEPARMENT OF STATE, SA−29, 2201 STREET NW, 4TH FLOOR, WASHINGT 20520 (*ISLAMIC REPUBLIC OF IRAN)on 1/14/2013 by Federal Express tracking # 8000 4543 6672, to the Secre State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. I of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Service Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−G (Entered: 01/14/2013) |
| 4/2013 | 2657 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment prepared in accordance witl 93.2,Order of Judgement entered by the Honorable George B. Daniels on December 22, 2011 (Case No. 1:03−md−01570−GBD−FM Document 2516, Report and recommendation to the Honorable George B. Daniels issue Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03−cv−09848−GBD, document 314, Memorandum and ( entered by the Honorable Honorable George B. Daniels on October 3, 2012 (Case No. 1:03−cv−09848−GBD, Docun Order and Judgment entered by the Honorable George B. Daniels on October 12, 2012 (Case No. 1:03−cv−09848−G Document 3172 copies of each document, in both English and Farsi for each Defendant, as well as and Affidavit fron translator for each Defendant which comports with the requirements with NY CVP. LAW § 2101 (b).Also enclosed i order in the amount of $2,275.00 mailed to ATTN: DIRECTOR OF CONSULAR SERVICES, OFFICE OF POLICY & INTER AGENCY LIASON (CA/OCS/PRI), U.S. DEPARMENT OF STATE, SA−29, 2201 STREET NW, 4TH F WASHINGTON DC 20520 (AYATOLLAH ALI KHAMENENI, SUPREME LEADER OF IRAN*) on 1/14/2013 by Express tracking # 8000 4543 6661, to the Secretary of State, Attn: Director of Consular Services, Office of Policy R Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(jvs) (Entered: 01/14/2013) |
| 4/2013 | 2658 | CLERK CERTIFICATE OF MAILING of two copies of the two copies of the Notice of Default Judgment prepared i accordance with 22 CFR § 93.2,Order of Judgement entered by the Honorable George B. Daniels on December 22, 2 No. 1:03−md−01570−GBD−FM Document 2516, Report and recommendation to the Honorable George B. Daniels i Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03−cv−09848−GBD, document 314, Memorandum and ( entered by the Honorable Honorable George B. Daniels on October 3, 2012 (Case No. 1:03−cv−09848−GBD, Docun Order and Judgment entered by the Honorable George B. Daniels on October 12, 2012 (Case No. 1:03−cv−09848−G Document 3172 copies of each document, in both English and Farsi for each Defendant, as well as and Affidavit fron translator for each Defendant which comports with the requirements with NY CVP. LAW § 2101 (b).Also enclosed i order in the amount of $2,275.00 mailed to ATTN: DIRECTOR OF CONSULAR SERVICES, OFFICE OF POLICY & INTER AGENCY LIASON (CA/OCS/PRI), U.S. DEPARMENT OF STATE, SA−29, 2201 STREET NW, 4TH F WASHINGTON DC 20520 (AKBAR HASHEMI RAFSANJANI, CHAIRMAN, EXPEDIENCY DISCERNMENT ( on 1/14/2013 by Federal Express tracking # 8000 4543 6640, to the Secretary of State, Attn: Director of Consular Ser Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 220 NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4) Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(jvs) (Entered: 01/14/2013) |
| 4/2013 | 2659 | CLERK CERTIFICATE OF MAILING of two copies of the two copies of the Notice of Default Judgment prepared i accordance with 22 CFR § 93.2,Order of Judgement entered by the Honorable George B. Daniels on December 22, 2 |

| | | |
|---|---|---|
| | | No. 1:03−md−01570−GBD−FM Document 2516, Report and recommendation to the Honorable George B. Daniels i Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03−cv−09848−GBD, document 314, Memorandum and C entered by the Honorable Honorable George B. Daniels on October 3, 2012 (Case No. 1:03−cv−09848−GBD, Docun Order and Judgment entered by the Honorable George B. Daniels on October 12, 2012 (Case No. 1:03−cv−09848−G Document 3172 copies of each document, in both English and Farsi for each Defendant, as well as and Affidavit fron translator for each Defendant which comports with the requirements with NY CVP. LAW § 2101 (b).Also enclosed i order in the amount of $2,275.00 mailed to ATTN: DIRECTOR OF CONSULAR SERVICES, OFFICE OF POLICY & INTER AGENCY LIASON (CA/OCS/PRI), U.S. DEPARMENT OF STATE, SA−29, 2201 STREET NW, 4TH F WASHINGTON DC 20520 (IRANIAN MINISTRY OF INFORMATION AND SECURITY) on 1/14/2013 by Feder tracking # 8000 4543 6639, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review ar Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(jvs) (Entered: 01/14/2013) |
| .4/2013 | 2660 | CLERK CERTIFICATE OF MAILING of two copies of the two copies of the Notice of Default Judgment prepared i accordance with 22 CFR § 93.2,Order of Judgement entered by the Honorable George B. Daniels on December 22, 2 No. 1:03−md−01570−GBD−FM Document 2516, Report and recommendation to the Honorable George B. Daniels i Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03−cv−09848−GBD, document 314, Memorandum and C entered by the Honorable Honorable George B. Daniels on October 3, 2012 (Case No. 1:03−cv−09848−GBD, Docun Order and Judgment entered by the Honorable George B. Daniels on October 12, 2012 (Case No. 1:03−cv−09848−G Document 3172 copies of each document, in both English and Farsi for each Defendant, as well as and Affidavit fron translator for each Defendant which comports with the requirements with NY CVP. LAW § 2101 (b).Also enclosed i order in the amount of $2,275.00 mailed to ATTN: DIRECTOR OF CONSULAR SERVICES, OFFICE OF POLICY & INTER AGENCY LIASON (CA/OCS/PRI), U.S. DEPARMENT OF STATE, SA−29, 2201 STREET NW, 4TH F WASHINGTON DC 20520 ( ISLAMIC REVOLUNTIONARY GUARD CORP) on 1/14/2013 by Federal Express tr 8000 4543 6628, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Ag Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pu the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(jvs) (Entered: 01/14/2013) |
| .4/2013 | 2661 | CLERK CERTIFICATE OF MAILING of two copies of the of two copies of the Notice of Default Judgment prepare accordance with 22 CFR § 93.2,Order of Judgement entered by the Honorable George B. Daniels on December 22, 2 No. 1:03−md−01570−GBD−FM Document 2516, Report and recommendation to the Honorable George B. Daniels i Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03−cv−09848−GBD, document 314, Memorandum and C entered by the Honorable Honorable George B. Daniels on October 3, 2012 (Case No. 1:03−cv−09848−GBD, Docun Order and Judgment entered by the Honorable George B. Daniels on October 12, 2012 (Case No. 1:03−cv−09848−G Document 3172 copies of each document, in both English and Farsi for each Defendant, as well as and Affidavit fron translator for each Defendant which comports with the requirements with NY CVP. LAW § 2101 (b).Also enclosed i order in the amount of $2,275.00 mailed to ATTN: DIRECTOR OF CONSULAR SERVICES, OFFICE OF POLICY & INTER AGENCY LIASON (CA/OCS/PRI), U.S. DEPARMENT OF STATE, SA−29, 2201 STREET NW, 4TH F WASHINGTON DC 20520 (HEZBOLLAH) on 1/14/2013 by Federal Express tracking # 800 4543 6606, to the Secr State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. I of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Service Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−G (Entered: 01/14/2013) |
| .4/2013 | 2662 | CLERK CERTIFICATE OF MAILING of two copies of the two copies of the Notice of Default Judgment prepared i accordance with 22 CFR § 93.2,Order of Judgement entered by the Honorable George B. Daniels on December 22, 2 No. 1:03−md−01570−GBD−FM Document 2516, Report and recommendation to the Honorable George B. Daniels i Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03−cv−09848−GBD, document 314, Memorandum and C entered by the Honorable Honorable George B. Daniels on October 3, 2012 (Case No. 1:03−cv−09848−GBD, Docun Order and Judgment entered by the Honorable George B. Daniels on October 12, 2012 (Case No. 1:03−cv−09848−G Document 3172 copies of each document, in both English and Farsi for each Defendant, as well as and Affidavit fron translator for each Defendant which comports with the requirements with NY CVP. LAW § 2101 (b).Also enclosed i order in the amount of $2,275.00 mailed to ATTN: DIRECTOR OF CONSULAR SERVICES, OFFICE OF POLICY & INTER AGENCY LIASON (CA/OCS/PRI), U.S. DEPARMENT OF STATE, SA−29, 2201 STREET NW, 4TH F WASHINGTON DC 20520 (IRANIAN MINISTRY OF PETROLEUM) on 1/14/13 by Federal Express tracking # 80 6580, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liais (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570− 1:03−cv−09848−GBD(jvs) Modified on 1/15/2013 (jvs). (Entered: 01/14/2013) |
| .4/2013 | 2663 | CLERK CERTIFICATE OF MAILING of two copies of the two copies of the Notice of Default Judgment prepared i accordance with 22 CFR § 93.2,Order of Judgement entered by the Honorable George B. Daniels on December 22, 2 No. 1:03−md−01570−GBD−FM Document 2516, Report and recommendation to the Honorable George B. Daniels i |

| | | |
|---|---|---|
| | | Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03−cv−09848−GBD, document 314, Memorandum and O entered by the Honorable Honorable George B. Daniels on October 3, 2012 (Case No. 1:03−cv−09848−GBD, Docum Order and Judgment entered by the Honorable George B. Daniels on October 12, 2012 (Case No. 1:03−cv−09848−G Document 3172 copies of each document, in both English and Farsi for each Defendant, as well as and Affidavit from translator for each Defendant which comports with the requirements with NY CVP. LAW § 2101 (b).Also enclosed i order in the amount of $2,275.00 mailed to ATTN: DIRECTOR OF CONSULAR SERVICES, OFFICE OF POLICY & INTER AGENCY LIASON (CA/OCS/PRI), U.S. DEPARMENT OF STATE, SA−29, 2201 STREET NW, 4TH F WASHINGTON DC 20520 (NATIONAL IRANIAN TANKER CORPORATION) on 1/14/13 by Federal Express tra 8000 4543 6569, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Ag Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pu the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(jvs) (Entered: 01/14/2013) |
| .4/2013 | 2664 | CLERK CERTIFICATE OF MAILING of two copies of the two copies of the Notice of Default Judgment prepared i accordance with 22 CFR § 93.2,Order of Judgement entered by the Honorable George B. Daniels on December 22, 2 No. 1:03−md−01570−GBD−FM Document 2516, Report and recommendation to the Honorable George B. Daniels i Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03−cv−09848−GBD, document 314, Memorandum and O entered by the Honorable Honorable George B. Daniels on October 3, 2012 (Case No. 1:03−cv−09848−GBD, Docum Order and Judgment entered by the Honorable George B. Daniels on October 12, 2012 (Case No. 1:03−cv−09848−G Document 3172 copies of each document, in both English and Farsi for each Defendant, as well as and Affidavit from translator for each Defendant which comports with the requirements with NY CVP. LAW § 2101 (b).Also enclosed i order in the amount of $2,275.00 mailed to ATTN: DIRECTOR OF CONSULAR SERVICES, OFFICE OF POLICY & INTER AGENCY LIASON (CA/OCS/PRI), U.S. DEPARMENT OF STATE, SA−29, 2201 STREET NW, 4TH F WASHINGTON DC 20520 (NATIONAL IRANIAN OIL CORPORATION) on 1/14/13 by Federal Express tracking 4543 6570, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570− 1:03−cv−09848−GBD(jvs) (Entered: 01/14/2013) |
| .5/2013 | 2665 | MEMORANDUM OF LAW *in Support of Motion for Sanctions against Al Haramain Islamic Foundation*. Documen All Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Haefele, Robert) Modified on 2/8/2013 ( Modified on 2/8/2013 (db). (Entered: 01/15/2013) |
| .5/2013 | 2666 | DECLARATION of Robert T. Haefele in Support re: (303 in 1:03−cv−07036−GBD, 277 in 1:04−cv−07216−GBD, 4 1:04−cv−06105−GBD, 523 in 1:04−cv−01923−GBD, 275 in 1:03−cv−08591−GBD, 430 in 1:04−cv−07065−GBD, 3 1:03−cv−05071−GBD, 445 in 1:04−cv−05970−GBD, 2665 in 1:03−md−01570−GBD−FM, 685 in 1:02−cv−06977−( in 1:03−cv−06978−GBD, 640 in 1:03−cv−09849−GBD, 376 in 1:04−cv−01076−GBD, 313 in 1:02−cv−07300−GBD in 1:04−cv−07279−GBD, 322 in 1:04−cv−01922−GBD) Memorandum of Law. Document filed by All Plaintiffs. (At # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Y)Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Haefele, Robert) Modified on 2/8/2013 (db). Modifie 2/8/2013 (db). (Entered: 01/15/2013) |
| .5/2013 | 2667 | CLERK CERTIFICATE OF MAILING of the two copies of the Notice of Default Judgment prepared in accordance CFR § 93.2,Order of Judgement entered by the Honorable George B. Daniels on December 22, 2011 (Case No. 1:03−md−01570−GBD−FM Document 2516, Report and recommendation to the Honorable George B. Daniels issue Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03−cv−09848−GBD, document 314, Memorandum and O entered by the Honorable Honorable George B. Daniels on October 3, 2012 (Case No. 1:03−cv−09848−GBD, Docum Order and Judgment entered by the Honorable George B. Daniels on October 12, 2012 (Case No. 1:03−cv−09848−G Document 3172 copies of each document, in both English and Farsi for each Defendant, as well as and Affidavit from translator for each Defendant which comports with the requirements with NY CVP. LAW § 2101 (b).Also enclosed i order in the amount of $2,275.00 mailed to ATTN: DIRECTOR OF CONSULAR SERVICES, OFFICE OF POLICY & INTER AGENCY LIASON (CA/OCS/PRI), U.S. DEPARMENT OF STATE, SA−29, 2201 STREET NW, 4TH F WASHINGTON DC 20520 (NATIONAL IRANIAN GAS COMPANY)on 1/14/2013 by Federal Express tracking # 6650, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liais (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570− 1:03−cv−09848−GBD(jvs) (Entered: 01/15/2013) |
| .5/2013 | 2668 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment prepared in accordance with 93.2,Order of Judgement entered by the Honorable George B. Daniels on December 22, 2011 (Case No. 1:03−md−01570−GBD−FM Document 2516, Report and recommendation to the Honorable George B. Daniels issue Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03−cv−09848−GBD, document 314, Memorandum and O entered by the Honorable Honorable George B. Daniels on October 3, 2012 (Case No. 1:03−cv−09848−GBD, Docum Order and Judgment entered by the Honorable George B. Daniels on October 12, 2012 (Case No. 1:03−cv−09848−G |

| | | |
|---|---|---|
| | | Document 3172 copies of each document, in both English and Farsi for each Defendant, as well as and Affidavit fron translator for each Defendant which comports with the requirements with NY CVP. LAW § 2101 (b).Also enclosed i order in the amount of $2,275.00 mailed to ATTN: DIRECTOR OF CONSULAR SERVICES, OFFICE OF POLICY & INTER AGENCY LIASON (CA/OCS/PRI), U.S. DEPARMENT OF STATE, SA−29, 2201 STREET NW, 4TH F WASHINGTON DC 20520 on 1/14/2013 by Federal Express tracking # 8000 4543 6683, to the Secretary of State, A Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immun 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(jvs) (Enterec 01/15/2013) |
| .5/2013 | 2669 | CLERK CERTIFICATE OF MAILING of the two copies of the Notice of Default Judgment prepared in accordance CFR § 93.2,Order of Judgement entered by the Honorable George B. Daniels on December 22, 2011 (Case No. 1:03−md−01570−GBD−FM Document 2516, Report and recommendation to the Honorable George B. Daniels issue Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03−cv−09848−GBD, document 314, Memorandum and ( entered by the Honorable Honorable George B. Daniels on October 3, 2012 (Case No. 1:03−cv−09848−GBD, Docun Order and Judgment entered by the Honorable George B. Daniels on October 12, 2012 (Case No. 1:03−cv−09848−G Document 3172 copies of each document, in both English and Farsi for each Defendant, as well as and Affidavit fron translator for each Defendant which comports with the requirements with NY CVP. LAW § 2101 (b).Also enclosed i order in the amount of $2,275.00 mailed to ATTN: DIRECTOR OF CONSULAR SERVICES, OFFICE OF POLICY & INTER AGENCY LIASON (CA/OCS/PRI), U.S. DEPARMENT OF STATE, SA−29, 2201 STREET NW, 4TH F WASHINGTON DC 20520 (NATIONAL IRANIAN PETROCHEMICAL COMPANY) on 1/14/2013 by Federal Ex tracking # 8000 4543 6710, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review ar Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(jvs) (Entered: 01/15/2013) |
| .5/2013 | 2670 | CLERK CERTIFICATE OF MAILING of the two copies of the Notice of Default Judgment prepared in accordance CFR § 93.2,Order of Judgement entered by the Honorable George B. Daniels on December 22, 2011 (Case No. 1:03−md−01570−GBD−FM Document 2516, Report and recommendation to the Honorable George B. Daniels issue Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03−cv−09848−GBD, document 314, Memorandum and ( entered by the Honorable Honorable George B. Daniels on October 3, 2012 (Case No. 1:03−cv−09848−GBD, Docun Order and Judgment entered by the Honorable George B. Daniels on October 12, 2012 (Case No. 1:03−cv−09848−G Document 3172 copies of each document, in both English and Farsi for each Defendant, as well as and Affidavit fron translator for each Defendant which comports with the requirements with NY CVP. LAW § 2101 (b).Also enclosed i order in the amount of $2,275.00 (IRANIAN MINISTRY OF ECONOMIC AFFAIRS AND FINANCE) mailed to A DIRECTOR OF CONSULAR SERVICES, OFFICE OF POLICY REVIEW & INTER AGENCY LIASON (CA/OC U.S. DEPARMENT OF STATE, SA−29, 2201 STREET NW, 4TH FLOOR, WASHINGTON DC 20520 ( IRANIAN MINISTRY OF ECONOMIC AFFAIRS AND FINANCE on 1/14/2013 by Federal Express tracking # 8000 4543 67 Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Fo Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(jvs) (Entered: 01/15/2013) |
| .5/2013 | 2671 | CLERK CERTIFICATE OF MAILING of the two copies of the Notice of Default Judgment prepared in accordance CFR § 93.2,Order of Judgement entered by the Honorable George B. Daniels on December 22, 2011 (Case No. 1:03−md−01570−GBD−FM Document 2516, Report and recommendation to the Honorable George B. Daniels issue Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03−cv−09848−GBD, document 314, Memorandum and ( entered by the Honorable Honorable George B. Daniels on October 3, 2012 (Case No. 1:03−cv−09848−GBD, Docun Order and Judgment entered by the Honorable George B. Daniels on October 12, 2012 (Case No. 1:03−cv−09848−G Document 3172 copies of each document, in both English and Farsi for each Defendant, as well as and Affidavit fron translator for each Defendant which comports with the requirements with NY CVP. LAW § 2101 (b).Also enclosed i order in the amount of $2,275.00 mailed to ATTN: DIRECTOR OF CONSULAR SERVICES, OFFICE OF POLICY & INTER AGENCY LIASON (CA/OCS/PRI), U.S. DEPARMENT OF STATE, SA−29, 2201 STREET NW, 4TH F WASHINGTON DC 20520 (IRANIAN MINISTRY OF COMMERCE) on 1/14/2013 by Federal Express tracking # 6617, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liais (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant tc provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570− 1:03−cv−09848−GBD(jvs) (Entered: 01/15/2013) |
| .5/2013 | 2672 | CLERK CERTIFICATE OF MAILING of the two copies of the Notice of Default Judgment prepared in accordance CFR § 93.2,Order of Judgement entered by the Honorable George B. Daniels on December 22, 2011 (Case No. 1:03−md−01570−GBD−FM Document 2516, Report and recommendation to the Honorable George B. Daniels issue Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03−cv−09848−GBD, document 314, Memorandum and ( entered by the Honorable Honorable George B. Daniels on October 3, 2012 (Case No. 1:03−cv−09848−GBD, Docun Order and Judgment entered by the Honorable George B. Daniels on October 12, 2012 (Case No. 1:03−cv−09848−G |

| | | |
|---|---|---|
| | | Document 3172 copies of each document, in both English and Farsi for each Defendant, as well as and Affidavit fron translator for each Defendant which comports with the requirements with NY CVP. LAW § 2101 (b).Also enclosed i order in the amount of $2,275.00 mailed to ATTN: DIRECTOR OF CONSULAR SERVICES, OFFICE OF POLICY & INTER AGENCY LIASON (CA/OCS/PRI), U.S. DEPARMENT OF STATE, SA−29, 2201 STREET NW, 4TH F WASHINGTON DC 20520 (IRANIAN MINISTRY OF DEFENSE & ARMED FORCES LOGISTICS) on 1/14/201 Federal Express tracking # 8000 4543 6694, to the Secretary of State, Attn: Director of Consular Services, Office of I Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filec Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD(jvs) (Entered: 01/15/2013) |
| .5/2013 | 2673 | CLERK CERTIFICATE OF MAILING two copies of the Notice of Default Judgment prepared in accordance with 2 93.2,Order of Judgement entered by the Honorable George B. Daniels on December 22, 2011 (Case No. 1:03−md−01570−GBD−FM Document 2516, Report and recommendation to the Honorable George B. Daniels issue Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03−cv−09848−GBD, document 314, Memorandum and ( entered by the Honorable Honorable George B. Daniels on October 3, 2012 (Case No. 1:03−cv−09848−GBD, Docun Order and Judgment entered by the Honorable George B. Daniels on October 12, 2012 (Case No. 1:03−cv−09848−G Document 3172 copies of each document, in both English and Farsi for each Defendant, as well as and Affidavit fron translator for each Defendant which comports with the requirements with NY CVP. LAW § 2101 (b).Also enclosed i order in the amount of $2,275.00 mailed to ATTN: DIRECTOR OF CONSULAR SERVICES, OFFICE OF POLICY & INTER AGENCY LIASON (CA/OCS/PRI), U.S. DEPARMENT OF STATE, SA−29, 2201 STREET NW, 4TH F WASHINGTON DC 20520 (THE CENTRAL BANK OF ISLAMIC REPUBLIC OF IRAN) on 1/14/2013 by Regist tracking # 8000 4543 6591, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review ar Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(jvs) (Entered: 01/15/2013) |
| .7/2013 | 2674 | NOTICE OF CHANGE OF ADDRESS by John A. Corr on behalf of Havlish Plaintiffs. New Address: Stark & Stark Township Line, Suite 120, Yardley, Pennsylvania, USA 19067−5559, 267−907−9600. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(Corr, John) (Entered: 01/17/2013) |
| 30/2013 | 2675 | MOTION for Thomas Edward Mellon, III to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208−819038 **and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Havlish Plaintiffs. (Attachments of Proposed Order Proposed Order, # 2 Exhibit Certificate of Good Standing)(Mellon, Thomas) (Entered: 01/30/2013 |
| 31/2013 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 2675 MOTION for Thoma Mellon, III to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208−8190387. Motion and supporting be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Ent 01/31/2013) |
| 31/2013 | 2676 | MEMORANDUM OF LAW in Opposition re: 2654 MOTION for Sanctions *against Al Haramain Islamic Foundatio* Document filed by Al Haramain Islamic Foundation, Inc.. (Attachments: # 1 Text of Proposed Order, # 2 Affidavit E 1−7)(Kabat, Alan) (Entered: 01/31/2013) |
| )5/2013 | 2677 | ORDER FOR ADMISSION PRO HAC VICE: in case 1:03−cv−09848−GBD; granting (2675) Motion for Thomas E Mellon, III to Appear Pro Hac Vice in case 1:03−md−01570−GBD−FM; granting [] Motion for Thomas Edward Mel Appear Pro Hac Vice in case 1:03−cv−09848−GBD; granting [] Motion for Thomas Edward Mellon, III to Appear Pr in case 1:11−cv−07550−GBD. The Motion of THOMAS EDWARD MELLON, III, ESQUIRE for admission to prac Vice in the above−captioned matter is hereby GRANTED.(Signed by Judge George B. Daniels on 2/05/2013) Filed I Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD, 1:11−cv−07550−GBD(ama) (Entered: 02/05/ |
| )7/2013 | 2678 | MOTION for Waleed Nassar to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208−8216536. **Motion a supporting papers to be reviewed by Clerk's Office staff.** Document filed by International Islamic Relief Organiza Muslim World League. (Attachments: # 1 Exhibit Certificate of Good Standing, # 2 Exhibit Certificate of Good Stan Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Nassar, Waleed) (Entered: 02/( |
| )7/2013 | 2679 | REPLY to Response to Motion re: (638 in 1:03−cv−09849−GBD, 485 in 1:04−cv−06105−GBD, 311 in 1:02−cv−07300−GBD−FM, 305 in 1:03−cv−05071−GBD, 2654 in 1:03−md−01570−GBD−FM, 443 in 1:04−cv−059 273 in 1:03−cv−08591−GBD, 443 in 1:04−cv−07279−GBD, 275 in 1:04−cv−07216−GBD, 428 in 1:04−cv−07065−( in 1:04−cv−01922−GBD, 683 in 1:02−cv−06977−GBD, 374 in 1:04−cv−01076−GBD, 839 in 1:03−cv−06978−GBD 1:04−cv−01923−GBD, 301 in 1:03−cv−07036−GBD) MOTION for Sanctions *against Al Haramain Islamic Foundai Plaintiffs' Reply to Defendant Al Haramain Islamic Foundation's Opposition to Plaintiffs' Motion for Sanctions*. Doc by All Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Haefele, Robert) Modified on 2/8/201 Modified on 2/8/2013 (db). (Entered: 02/07/2013) |
| )7/2013 | 2680 | DECLARATION of Robert T. Haefele in Support re: (311 in 1:02−cv−07300−GBD−FM, 305 in 1:03−cv−05071−Gl 1:04−cv−07216−GBD, 320 in 1:04−cv−01922−GBD, 683 in 1:02−cv−06977−GBD, 638 in 1:03−cv−09849−GBD, 4 1:04−cv−06105−GBD, 2654 in 1:03−md−01570−GBD−FM, 443 in 1:04−cv−05970−GBD, 273 in 1:03−cv−08591−( |

| | | |
|---|---|---|
| | | in 1:04−cv−07279−GBD, 428 in 1:04−cv−07065−GBD, 374 in 1:04−cv−01076−GBD, 839 in 1:03−cv−06978−GBD 1:04−cv−01923−GBD, 301 in 1:03−cv−07036−GBD) MOTION for Sanctions *against Al Haramain Islamic Foundat* Document filed by All Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhib Exhibit F)Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Haefele, Robert) Modified on 2/8/2013 (db). on 2/8/2013 (db). (Entered: 02/07/2013) |
| )8/2013 | 2681 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MOTION for Waleed Nassar to Appear Pro Hac Vice. Fili 200.00, receipt number 0208−8219436. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Do filed by International Islamic Relief Organization(IIRO), Muslim World League. (Attachments: # 1 Exhibit Certificat Standing, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order Proposed Order)Filed In Associated ( 1:03−md−01570−GBD−FM et al.(Nassar, Waleed) Modified on 2/8/2013 (bwa). (Entered: 02/08/2013) |
| )8/2013 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice regarding Docum (450 in 1:04−cv−07279−GBD) MOTION for Waleed Nassar to Appear Pro Hac Vice. Filing fee $ 200.00, receip 0208−8219436. Motion and supporting papers to be reviewed by Clerk's Office staff. When filing motion throu case you may spread text to one civil case number. All other Pro Hac Vice motions must be filed and paid for s in the indivdual case with the single, correct case number appearing on the motion and order. Filed In Associa 1:03−md−01570−GBD−FM et al.(bwa)** (Entered: 02/08/2013) |
| )8/2013 | 2682 | AMENDED MOTION for Waleed Nassar to Appear Pro Hac Vice. **Motion and supporting papers to be reviewed Office staff.** Document filed by International Islamic Relief Organization(IIRO), Muslim World League. (Attachmen Exhibit Certificate of Good Standing, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order Proposed Order)(Nassar, Waleed) (Entered: 02/08/2013) |
| .1/2013 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 2682 AMENDED MOTIC Waleed Nassar to Appear Pro Hac Vice. Motion and supporting papers to be reviewed by Clerk's Office staff.. document has been reviewed and there are no deficiencies. (bwa)** (Entered: 02/11/2013) |
| .4/2013 | 2683 | NOTICE of of Filing re: 2676 Memorandum of Law in Opposition to Motion,. Document filed by Al Haramain Islan Foundation, Inc.. (Attachments: # 1 Exhibit Oregon motion, # 2 Exhibit Al−Buthe delisting)(Bernabei, Lynne) (Enter 02/14/2013) |
| .5/2013 | 2684 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Martin F. McMahon, Esq. dated 2/14/2013 r Defendants have conferred with the Plaintiffs, and the Plaintiffs have agreed to allow both Defendants a short extensi days − Defendants' responses will now be due on March 1, 2013. ENDORSEMENT: APPLICATION GRANTED. S ORDERED. (Signed by Magistrate Judge Frank Maas on 2/14/2013) (ft) (Entered: 02/15/2013) |
| .5/2013 | 2685 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MOTION for Dennis George Pantazis to Appear Pro Hac *for Admission Pro Hac Vice*. Filing fee $ 200.00, receipt number 0208−8239814. **Motion and supporting papers to reviewed by Clerk's Office staff.** Document filed by Hoglan Plaintiffs. (Attachments: # 1 Exhibit Ex A − Certificate Standing, # 2 Text of Proposed Order Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD, 1:11−cv−07550−GBD(Pantazis, Dennis) Modified on 2/19/2013 (bcu). (Entered: 02/15/2013 |
| .5/2013 | 2686 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Robert T. Haefele and Alan R. Kabat dated 2 re: Plaintiffs believe it advisable for the parties and the Court to discuss the status of the appeals argued on December before the Second Circuit Court of Appeals and the possibility that the anticipated resulting decision may affect the p of discovery in this multidistrict litigation. ENDORSEMENT: I prefer to take the letter motions to a conference in M remaining agenda would not seem to justify an in−Court conference. Accordingly, I suggest we proceed via Telephor Conference on 2/21. In March, The conference will be on 3/19 at 11:30 am in Courtroom 9A. (Status Conference set 3/19/2013 at 11:30 AM in Courtroom 9A, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Frank Ma by Magistrate Judge Frank Maas on 2/14/2013) (ft) (Entered: 02/15/2013) |
| .9/2013 | 2687 | AMENDED MOTION for Dennis George Pantazis to Appear Pro Hac Vice. **Motion and supporting papers to be r Clerk's Office staff.** Document filed by Hoglan Plaintiffs. (Attachments: # 1 Exhibit Ex A Certificate of Good Stand Text of Proposed Order Proposed Order)(Pantazis, Dennis) (Entered: 02/19/2013) |
| 21/2013 | 2688 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MOTION for Issuance of Letters Rogatory as to Appropria Authority of the Islamic Republic of Iran in Switzerland *(U.S. Embassy, Bern)*. Document filed by Havlish Plaintiffs. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit Memorandum of Law, # 3 Exhibit Exhibit A − Order of Judgr Exhibit Exhibit B − Order and Judgment, # 5 Exhibit Exhibit C − Signatories to Hague Convention, # 6 Exhibit Exhi Clerk Cert of Mailing (DHL), # 7 Exhibit Exhibit E − Returns of Service, # 8 Exhibit Exhibit F − Email by DHL Exp Exhibit Exhibit G − Clerk Cert of Mailing (DoS), # 10 Exhibit Exhibit H − Letter by William Fritzlen, # 11 Exhibit E Proposed Letters Rogatory, # 12 Exhibit Exhibit J − Murphy v. Iran)Filed In Associated Cases: 1:03−md−01570−GB 1:03−cv−09848−GBD(Mellon, Thomas) Modified on 2/21/2013 (db). (Entered: 02/21/2013) |
| 21/2013 | | *****NOTE TO ATTORNEY TO RE−FILE DOCUMENT − DEFICIENT DOCKET ENTRY ERROR. Note to Thomas E. Mellon, III to RE−FILE Document (2688 in 1:03−md−01570−GBD−FM, 358 in 1:03−cv−09848−GI** |

| | | |
|---|---|---|
| | | **MOTION for Issuance of Letters Rogatory as to Appropriate Judicial Authority of the Islamic Republic of Ira Switzerland *(U.S. Embassy, Bern)*. MOTION for Issuance of Letters Rogatory as to Appropriate Judicial Auth Islamic Republic of Iran in Switzerland *(U.S. Embassy, Bern)*. MOTION for Issuance of Letters Rogatory as to Appropriate Judicial Authority of the Islamic Republic of Iran in Switzerland *(U.S. Embassy, Bern)*. MOTION Issuance of Letters Rogatory as to Appropriate Judicial Authority of the Islamic Republic of Iran in Switzerla *Embassy, Bern)*. ERROR(S): Supporting Documents (Memorandum in Support of Motion; use Event Type fou Replies, Opposition and Supporting Documents) are filed separately, each receivig their own document #. Firs Motion, then file and link any supporting documents. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(db)** (Entered: 02/21/2013) |
| 21/2013 | 2689 | MOTION for Issuance of Letters Rogatory as to Appropriate Judicial Authority of the Islamic Republic of Iran in Sw *(U.S. Embassy, Bern)*. Document filed by Havlish Plaintiffs. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A Judgment, # 3 Exhibit B − Order and Judgment, # 4 Exhibit C − Signatories to the Hague Convention, # 5 Exhibit D Cert of Mailing (DHL), # 6 Exhibit E − Returns of Service, # 7 Exhibit F − Email by DHL Express, # 8 Exhibit G − Certificate of Mailing (DoS), # 9 Exhibit H − Letter by William Fritzlen, # 10 Exhibit I − Proposed Letters Rogatory. Exhibit J − Murphy v. Iran)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(Mellon, T (Entered: 02/21/2013) |
| 21/2013 | 2690 | MEMORANDUM OF LAW in Support re: (359 in 1:03−cv−09848−GBD) MOTION for Issuance of Letters Rogator Appropriate Judicial Authority of the Islamic Republic of Iran in Switzerland *(U.S. Embassy, Bern)*. MOTION for Iss Letters Rogatory as to Appropriate Judicial Authority of the Islamic Republic of Iran in Switzerland *(U.S. Embassy, I* MOTION for Issuance of Letters Rogatory as to Appropriate Judicial Authority of the Islamic Republic of Iran in Sw *(U.S. Embassy, Bern)*. MOTION for Issuance of Letters Rogatory as to Appropriate Judicial Authority of the Islamic Iran in Switzerland *(U.S. Embassy, Bern)*.. Document filed by Havlish Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(Mellon, Thomas) (Entered: 02/21/2013) |
| 21/2013 | | Minute Entry for proceedings held before Magistrate Judge Frank Maas: Telephone Conference held on 2/21/2013. A Cases: 1:03−md−01570−GBD−FM et al.(cd) (Entered: 02/25/2013) |
| 22/2013 | 2691 | NOTICE of Filing of Oregon Order re: 2676 Memorandum of Law in Opposition to Motion,. Document filed by Al I Islamic Foundation, Inc.. (Bernabei, Lynne) (Entered: 02/22/2013) |
| 22/2013 | | *****DELETED DOCUMENT. Deleted document number 2692 ORDER. The document was incorrectly filed in (djc)** (Entered: 02/22/2013) |
| 22/2013 | 2692 | ORDER: Pursuant to the telephone conference held on February 21, 2013, it is hereby ORDERED that: 1. By Februa 2013, each defendant that has produced documents, but has not served a privilege log, shall submit a letter to the Plai confirming that no documents have been withheld pursuant to the attorney−client privilege or work/product doctrine. February 28, 2013, any defendant who has withheld all of its documents on the basis of privilege or work/product pro shall submit a letter to the Plaintiffs explaining their reason for not submitting a privilege log. (Signed by Magistrate Frank Maas on 2/21/2013) Filed In Associated Cases: 1:03−md−01570−GBD−FM et al. Copies Sent By Chambers to George B. Daniels. (djc) (Entered: 02/22/2013) |
| 25/2013 | 2693 | MOTION for James Patrick McCoy to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208−8265024. **Mo supporting papers to be reviewed by Clerk's Office staff.** Document filed by Hoglan Plaintiffs. (Attachments: # 1 Proposed Order, # 2 Exhibit A − Cert. of Good Standing (PA), # 3 Exhibit B − Cert. of Good Standing (NJ))Filed In Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD(McCoy, James) (Entered: 02/25/2013) |
| 27/2013 | 2694 | RESPONSE re: (2691 in 1:03−md−01570−GBD−FM) Notice (Other), (2683 in 1:03−md−01570−GBD−FM) Notice *Plaintiffs' Response to Al Haramain's Notice of Filing*. Document filed by All Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Haefele, Robert) (Entered: 02/27/2013) |
| 27/2013 | | Pro Hac Vice Fee Refunded: for 2681 MOTION for Waleed Nassar to Appear Pro Hac Vice. Filing fee $ 200.00, rece 0208−8219436. **Motion and supporting papers to be reviewed by Clerk's Office staff.**. Filing fee refunded for Re number 0208−8216536, for the following reason(s): DUPLICATE PAYMENT. (dig) (Entered: 02/27/2013) |
| 28/2013 | 2695 | MOTION for Melina Mizel−Goldfarb to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208−8277690. **M supporting papers to be reviewed by Clerk's Office staff.** Document filed by Hoglan Plaintiffs. (Attachments: # 1 Exhibit A Certificate of Good Standing, # 2 Text of Proposed Order Proposed Order)(Pantazis, Dennis) (Entered: 02/ |
| 28/2013 | 2696 | ORDER FOR ADMISSION PRO HAC VICE: granting (2695) Motion for Melina M. Goldfarb to Appear Pro Hac V 1:03−md−01570−GBD−FM; granting [] Motion for Melina M. Goldfarb to Appear Pro Hac Vice in case 1:11−cv−07 (Signed by Judge George B. Daniels on 2/28/2013) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD(ja) (Entered: 02/28/2013) |
| 28/2013 | 2697 | ORDER FOR ADMISSION PRO HAC VICE: granting (357) Motion for Dennis G. Pantazis to Appear Pro Hac Vice 1:03−cv−09848−GBD; granting [] Motion for Dennis G. Pantazis to Appear Pro Hac Vice in case 1:03−md−01570−C granting Motion for Dennis G. Pantazis to Appear Pro Hac Vice in case 1:11−cv−07550−GBD. (Signed by Judge Ge |

| | | |
|---|---|---|
| | | Daniels on 2/28/2013) Filed In Associated Cases: 1:03−cv−09848−GBD, 1:03−cv−09848−GBD, 1:11−cv−07550−G (Entered: 02/28/2013) |
| )1/2013 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 2695 MOTION for Melina Mizel−Goldfarb to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208−8277690. Motion and supp papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies.** (Entered: 03/01/2013) |
| )6/2013 | 2698 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from The MDL 1570 Plaintiffs' Executive Commi 3/6/2013 re: The Plaintiffs' Executive Committees write to request a brief extension of the deadline for submission of reply letter briefs seeking an Order compelling defendants Wa'el Hamza Jelaidan and Rabita Trust to produce certain of documents. Plaintiffs respectfully request that the deadline be extended just a few short days from Friday, March 8 Tuesday, March 12th. Plaintiffs have conferred with counsel for the defendants, and he does not object to the extensi ENDORSEMENT: Approved. (Signed by Magistrate Judge Frank Maas on 3/6/2013) (djc) (Entered: 03/07/2013) |
| .2/2013 | 2699 | ORDER: It is hereby ORDERED that: 1. At the request of counsel for the plaintiffs and defendants Wa'el Hamza Jela Rabita Trust, the Court directs that the following items be separately docketed as of record by the Clerk of the Court Court's ECF System: (a) Plaintiffs' January 30, 2013 opening letter brief as to defendant Wa'el Hamza Jelaidan, inclu Exhibits A−D; (b) Plaintiffs' January 30, 2013 opening letter brief as to defendant Rabita Trust, including Exhibits A Defendant Wa'el Hamza Jelaidan's March 1, 2013 opposition brief, including Exhibits 1−10; (d) Defendant Rabita Tr 1, 2013 opposition brief, including Exhibits 1−6; (e) Plaintiffs' March 12, 2013 reply letter brief as to defendant Wa'e Jelaidan, including Exhibit A; and (f) Plaintiffs' March 12, 2013 reply letter brief as to defendant Rabita Trust, includ Exhibits A−C. 2. A copy of this Order shall accompany those filings. (Signed by Magistrate Judge Frank Maas on 3/ Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(djc) Modified on 3/14/2013 (djc). (Entered: 03/14/2013 |
| .4/2013 | 2700 | Letter addressed to Magistrate Judge Frank Maas from The MDL 1570 Plaintiffs' Executive Committees dated 1/30/2 Plaintiffs' Executive Committees, on behalf of all plaintiffs, submit this letter and the accompanying exhibits and resp request that the Court enter an Order, pursuant to F.R.C.P. 37(a), compelling defendant Wa'el Hamza Jelaidan, a co− al Qaeda and Executive Order 13224 designee as set forth herein. Filed In Associated Cases: 1:03−md−01570−GBD− al.(djc) Modified on 3/15/2013 (djc). (Entered: 03/14/2013) |
| .4/2013 | 2701 | Opening Letter Brief (as to defendant Rabita Trust w. Exhibits A−N) addressed to Magistrate Judge Frank Maas from 1570 Plaintiffs' Executive Committees dated 1/30/2012 re: The Plaintiffs' Executive Committees, on behalf of all plai submit this letter and the accompanying exhibits and respectfully request that the Court enter an Order, pursuant to F. 37(a), compelling defendant Rabita Trust, an Executive Order 13224 designee as set forth herein. Filed In Associated 1:03−md−01570−GBD−FM et al.(djc) Modified on 3/15/2013 (djc). (Entered: 03/14/2013) |
| .4/2013 | 2702 | OPPOSITION Letter brief of Defendant Wa'el Hamza Jelaidan, including exhibits 1−10. Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(djc) Modified on 3/15/2013 (djc). (Entered: 03/14/2013) |
| .4/2013 | 2703 | OPPOSITION Letter Brief of Defendant Rabita Trust with Exhibits 1−6 Filed In Associated Cases: 1:03−md−01570− et al.(djc) Modified on 3/15/2013 (djc). (Entered: 03/14/2013) |
| .4/2013 | 2704 | Reply Letter Brief (as to defendant Wa'el Hamza Jelaidan, with Exhibit A) addressed to Magistrate Judge Frank Maa MDL 1570 Plaintiffs' Executive Committees dated 3/12/2013 re: The Plaintiffs' Executive Committees, on behalf of plaintiffs, submit this reply in further support of their January 30, 2013 motion to compel ("Motion to Compel") defe Hamza Jelaidan to produce: (1) all documentation and information verifying efforts the defendant and his counsel hav undertaken to request and secure documents responsive to plaintiffs' requests for production of documents, consistent Court's November 16, 2011 Order as set forth herein; Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(d Modified on 3/15/2013 (djc). (Entered: 03/14/2013) |
| .4/2013 | 2705 | Reply Letter Brief (as to defendant Rabita Trust, with Exhibits A−Ct)addressed to Magistrate Judge Frank Maas from 1570 Plaintiffs' Executive Committees dated 3/12/2013 re: The Plaintiffs' Executive Committees, on behalf of all plai submit this reply in further support of plaintiffs' January 30, 2013 motion to compel ("Motion to Compel") defendant Trust Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(djc) Modified on 3/15/2013 (djc). (Entered: 03/14 |
| .8/2013 | 2706 | NOTICE of Supplement to Opposition to Motion to Compel re: 2676 Memorandum of Law in Opposition to Motion, filed by Al Haramain Islamic Foundation, Inc.. (Kabat, Alan) (Entered: 03/18/2013) |
| .9/2013 | | Minute Entry for proceedings held before Magistrate Judge Frank Maas: Discovery Hearing held on 3/19/2013. (ja) ( 03/22/2013) |
| 20/2013 | 2707 | ORDER: Pursuant to the conference held on March 19, 2013, it is hereby ORDERED that: 1. By March 29, 2013, Al shall produce any paper documents received pursuant to Judge Aiken's order that are responsive to the plaintiffs' requ that date, Al−Haramain also shall produce a privilege log for any such documents as to which privilege is claimed. 2. 19, 2013, Al−Haramain shall produce any remaining documents or files received pursuant to Judge Aiken's order tha responsive to the plaintiffs' requests and, if applicable, a corresponding privilege log. 3. The Court will reserve decisi plaintiffs' motion for sanctions against Al−Haramain. 4. A further conference shall be held on April 16, 2013. (Signed |

| | | |
|---|---|---|
| | | Magistrate Judge Frank Maas on 3/19/2013) Copies Sent By Chambers to Honorable George B. Daniels Filed In Ass Cases: 1:03−md−01570−GBD−FM et al.(djc) (Entered: 03/20/2013) |
| 28/2013 | 2708 | SUPPLEMENTAL MOTION to Approve Form and Procedure for Lis Pendens *Pusuant to Section 1605A(g)(1) of the* Document filed by Havlish Plaintiffs. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A − Motion of 3/30/12, B − Order and Judgment, # 4 Exhibit C − Notice of Pending Action, # 5 Exhibit D − Letter by Swiss Confederation, E − Proposed Notice of Lis Pendens, # 7 Exhibit F − Heiser v. Iran (2009))Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(Mellon, Thomas) (Entered: 03/28/2013) |
| 28/2013 | 2709 | MEMORANDUM OF LAW in Support re: (372 in 1:03−cv−09848−GBD) SUPPLEMENTAL MOTION to Approve Procedure for Lis Pendens *Pusuant to Section 1605A(g)(1) of the FSIA*.SUPPLEMENTAL MOTION to Approve For Procedure for Lis Pendens *Pusuant to Section 1605A(g)(1) of the FSIA*.SUPPLEMENTAL MOTION to Approve For Procedure for Lis Pendens *Pusuant to Section 1605A(g)(1) of the FSIA*.. Document filed by Havlish Plaintiffs. Filed I Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(Mellon, Thomas) (Entered: 03/28/2013) |
| 02/2013 | 2710 | RETURN OF LETTERS ROGATORY/JUDICIAL ASSISTANCE as to The Islamic Republic of Iran, The Irainian M Information and Security, The Islamic Revolutionary Guard Corps, The Iranian Ministry of Petroleum, The Irainian M Economic Affairs and Finance, The Iranian Ministry of Commerce, The Irainian Ministry of Defense and Armed For Logistics, and The Central Bank of the Islamic Republic of Iran. The documents were transmitted to the Irainian Min Foreign Affairs together with its diplomatic notes on February 13, 2013 by the Embassy of Switzerland, in Switzerlar reception of the mentioned documents was refused the same day by the Irainian Ministry of Foreign Affairs.(ml) (Ent 04/03/2013) |
| 04/2013 | 2711 | TRANSCRIPT of Proceedings re: CONFERENCE held on 3/19/2013 before Magistrate Judge Frank Maas. Court Reporter/Transcriber: Rose Prater, (212) 805−0300. Transcript may be viewed at the court public terminal or purchas the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obt through PACER. Redaction Request due 4/29/2013. Redacted Transcript Deadline set for 5/9/2013. Release of Trans Restriction set for 7/8/2013.Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Rodriguez, Somari) (Entere 04/04/2013) |
| 04/2013 | 2712 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERI proceeding held on 3/19/13 has been filed by the court reporter/transcriber in the above−captioned matter. The partie seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...F Associated Cases: 1:03−md−01570−GBD−FM et al.(Rodriguez, Somari) (Entered: 04/04/2013) |
| 10/2013 | | CLERK CERTIFICATE OF MAILING RECEIVED for CLERK CERTIFICATE OF MAILING of two copies of the Default Judgment prepared in accordance with 22 CFR § 93.2,Order of Judgement entered by the Honorable George on December 22, 2011 (Case No. 1:03−md−01570−GBD−FM Document 2516, Report and recommendation to the H George B. Daniels issued by Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03−cv−09848−GBD, docun Memorandum and Order entered by the Honorable Honorable George B. Daniels on October 3, 2012 (Case No. 1:03−cv−09848−GBD, Document 316, Order and Judgment entered by the Honorable George B. Daniels on October (Case No. 1:03−cv−09848−GBD, Document 3172 copies of each document, in both English and Farsi for each Defer well as and Affidavit from the translator for each Defendant which comports with the requirements with NY CVP. L (b).Also enclosed is a money order in the amount of $2,275.00 mailed to ATTN: DIRECTOR OF CONSULAR SER OFFICE OF POLICY REVIEW & INTER AGENCY LIASON (CA/OCS/PRI), U.S. DEPARMENT OF STATE, SA STREET NW, 4TH FLOOR, WASHINGTON DC 20520 mailed to AYATOLLAH ALI KHAMENENI, SUPREME OF IRAN on 01/14/2013 by Federal Express tracking # FEDEX 8000 4583 6661, as per 2657 Clerk Certificate of Ma RECEIVED ON: 01/16/2013. (ca) (Entered: 04/10/2013) |
| 10/2013 | | CLERK CERTIFICATE OF MAILING RECEIVED for CLERK CERTIFICATE OF MAILING of two copies of the Default Judgment prepared in accordance with 22 CFR § 93.2 mailed to ATTN: DIRECTOR OF CONSULAR SERV OFFICE OF POLICY REVIEW & INTER AGENCY LIASON (CA/OCS/PRI), U.S. DEPARTMENT OF STATE, S 2201 STREET NW, 4TH FLOOR, WASHINGTON DC 20520 (*ISLAMIC REPUBLIC OF IRAN on 01/14/2013 by Express tracking # FEDEX 8000 4583 6672, as per 2656 Clerk Certificate of Mailing, RECEIVED ON: 01/16/2013. (Entered: 04/10/2013) |
| 10/2013 | | CLERK CERTIFICATE OF MAILING RECEIVED for CLERK CERTIFICATE OF MAILING of the two copies o of Default Judgment prepared in accordance with 22 CFR § 93.2,Order of Judgement entered by the Honorable Geor Daniels on December 22, 2011 (Case No. 1:03−md−01570−GBD−FM Document 2516, Report and recommendation Honorable George B. Daniels issued by Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03−cv−09848−G document 314, Memorandum and Order entered by the Honorable Honorable George B. Daniels on October 3, 2012 1:03−cv−09848−GBD, Document 316, Order and Judgment entered by the Honorable George B. Daniels on October (Case No. 1:03−cv−09848−GBD, Document 3172 copies of each document, in both English and Farsi for each Defer well as and Affidavit from the translator for each Defendant which comports with the requirements with NY CVP. L (b).Also enclosed is a money order in the amount of $2,275.00 mailed to ATTN: DIRECTOR OF CONSULAR SER OFFICE OF POLICY REVIEW & INTER AGENCY LIASON (CA/OCS/PRI), U.S. DEPARMENT OF STATE, SA |

| | | |
|---|---|---|
| | | STREET NW, 4TH FLOOR, WASHINGTON DC 20520 mailed to IRANIAN MINISTRY OF DEFENSE & ARME FORCES LOGISTICS on 01/14/2013 by Federal Express tracking # FEDEX 8000 4543 6694, as per 2672 Clerk Cer Mailing, RECEIVED ON: 01/16/2013. (ca) (Entered: 04/10/2013) |
| .0/2013 | | CLERK CERTIFICATE OF MAILING RECEIVED for CLERK CERTIFICATE OF MAILING of the two copies o of Default Judgment prepared in accordance with 22 CFR § 93.2,Order of Judgement entered by the Honorable Geor Daniels on December 22, 2011 (Case No. 1:03−md−01570−GBD−FM Document 2516, Report and recommendation Honorable George B. Daniels issued by Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03−cv−09848−G document 314, Memorandum and Order entered by the Honorable Honorable George B. Daniels on October 3, 2012 1:03−cv−09848−GBD, Document 316, Order and Judgment entered by the Honorable George B. Daniels on October (Case No. 1:03−cv−09848−GBD, Document 3172 copies of each document, in both English and Farsi for each Defer well as and Affidavit from the translator for each Defendant which comports with the requirements with NY CVP. L (b).Also enclosed is a money order in the amount of $2,275.00 mailed to ATTN: DIRECTOR OF CONSULAR SER OFFICE OF POLICY REVIEW & INTER AGENCY LIASON (CA/OCS/PRI), U.S. DEPARMENT OF STATE, SA STREET NW, 4TH FLOOR, WASHINGTON DC 20520 mailed to IRANIAN MINISTRY OF COMMERCE on 01/ Federal Express tracking # FEDEX 8000 4543 6617, as per 2671 Clerk Certificate of Mailing, RECEIVED ON: 01/1 (ca) (Entered: 04/10/2013) |
| .0/2013 | | CLERK CERTIFICATE OF MAILING RECEIVED for CLERK CERTIFICATE OF MAILING of the two copies o of Default Judgment prepared in accordance with 22 CFR § 93.2,Order of Judgement entered by the Honorable Geor Daniels on December 22, 2011 (Case No. 1:03−md−01570−GBD−FM Document 2516, Report and recommendation Honorable George B. Daniels issued by Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03−cv−09848−G document 314, Memorandum and Order entered by the Honorable Honorable George B. Daniels on October 3, 2012 1:03−cv−09848−GBD, Document 316, Order and Judgment entered by the Honorable George B. Daniels on October (Case No. 1:03−cv−09848−GBD, Document 3172 copies of each document, in both English and Farsi for each Defer well as and Affidavit from the translator for each Defendant which comports with the requirements with NY CVP. L (b).Also enclosed is a money order in the amount of $2,275.00 (IRANIAN MINISTRY OF ECONOMIC AFFAIRS FINANCE) mailed to ATTN: DIRECTOR OF CONSULAR SERVICES, OFFICE OF POLICY REVIEW & INTER LIASON (CA/OCS/PRI), U.S. DEPARMENT OF STATE, SA−29, 2201 STREET NW, 4TH FLOOR, WASHINGT 20520 mailed to IRANIAN MINISTRY OF ECONOMIC AFFAIRS AND FINANCE on 01/14/2013 by Federal Exp tracking # FEDEX 8000 4543 6709, as per 2670 Clerk Certificate of Mailing, RECEIVED ON: 01/16/2013. (ca) (En 04/10/2013) |
| .0/2013 | | CLERK CERTIFICATE OF MAILING RECEIVED for CLERK CERTIFICATE OF MAILING of the two copies o of Default Judgment prepared in accordance with 22 CFR § 93.2,Order of Judgement entered by the Honorable Geor Daniels on December 22, 2011 (Case No. 1:03−md−01570−GBD−FM Document 2516, Report and recommendation Honorable George B. Daniels issued by Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03−cv−09848−G document 314, Memorandum and Order entered by the Honorable Honorable George B. Daniels on October 3, 2012 1:03−cv−09848−GBD, Document 316, Order and Judgment entered by the Honorable George B. Daniels on October (Case No. 1:03−cv−09848−GBD, Document 3172 copies of each document, in both English and Farsi for each Defer well as and Affidavit from the translator for each Defendant which comports with the requirements with NY CVP. L (b).Also enclosed is a money order in the amount of $2,275.00 mailed to ATTN: DIRECTOR OF CONSULAR SER OFFICE OF POLICY REVIEW & INTER AGENCY LIASON (CA/OCS/PRI), U.S. DEPARTMENT OF STATE, S 2201 STREET NW, 4TH FLOOR, WASHINGTON DC 20520 mailed to NATIONAL IRANIAN PETROCHEMIC COMPANY on 01/14/2013 by Federal Express tracking # FEDEX 8000 4543 6710, as per 2669 Clerk Certificate of RECEIVED ON: 01/16/2013. (ca) (Entered: 04/10/2013) |
| .0/2013 | | CLERK CERTIFICATE OF MAILING RECEIVED for CLERK CERTIFICATE OF MAILING of the two copies o of Default Judgment prepared in accordance with 22 CFR § 93.2,Order of Judgement entered by the Honorable Geor Daniels on December 22, 2011 (Case No. 1:03−md−01570−GBD−FM Document 2516, Report and recommendation Honorable George B. Daniels issued by Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03−cv−09848−G document 314, Memorandum and Order entered by the Honorable Honorable George B. Daniels on October 3, 2012 1:03−cv−09848−GBD, Document 316, Order and Judgment entered by the Honorable George B. Daniels on October (Case No. 1:03−cv−09848−GBD, Document 3172 copies of each document, in both English and Farsi for each Defer well as and Affidavit from the translator for each Defendant which comports with the requirements with NY CVP. L (b).Also enclosed is a money order in the amount of $2,275.00 mailed to ATTN: DIRECTOR OF CONSULAR SER OFFICE OF POLICY REVIEW & INTER AGENCY LIASON (CA/OCS/PRI), U.S. DEPARTMENT OF STATE, S 2201 STREET NW, 4TH FLOOR, WASHINGTON DC 20520 mailed to NATIONAL IRANIAN GAS COMPANY 01/14/2013 by Federal Express tracking # FEDEX 8000 4543 6650, as per 2667 Clerk Certificate of Mailing, RECEI 01/16/2013. (ca) (Entered: 04/10/2013) |
| .0/2013 | | CLERK CERTIFICATE OF MAILING RECEIVED for CLERK CERTIFICATE OF MAILING of two copies of the of the Notice of Default Judgment prepared in accordance with 22 CFR § 93.2,Order of Judgement entered by the Ho George B. Daniels on December 22, 2011 (Case No. 1:03−md−01570−GBD−FM Document 2516, Report and recom to the Honorable George B. Daniels issued by Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03−cv−09 document 314, Memorandum and Order entered by the Honorable Honorable George B. Daniels on October 3, 2012 |

| | | |
|---|---|---|
| | | 1:03−cv−09848−GBD, Document 316, Order and Judgment entered by the Honorable George B. Daniels on October (Case No. 1:03−cv−09848−GBD, Document 3172 copies of each document, in both English and Farsi for each Defer well as and Affidavit from the translator for each Defendant which comports with the requirements with NY CVP. L (b).Also enclosed is a money order in the amount of $2,275.00 mailed to ATTN: DIRECTOR OF CONSULAR SER OFFICE OF POLICY REVIEW & INTER AGENCY LIASON (CA/OCS/PRI), U.S. DEPARTMENT OF STATE, S 2201 STREET NW, 4TH FLOOR, WASHINGTON DC 20520 mailed to (NATIONAL IRANIAN OIL CORPORAT 01/14/2013 by Federal Express tracking # FEDEX 8000 4543 6570, as per 2664 Clerk Certificate of Mailing,RECEI 01/16/2013. (ca) (Entered: 04/10/2013) |
| .0/2013 | | CLERK CERTIFICATE OF MAILING RECEIVED for CLERK CERTIFICATE OF MAILING of two copies of the of the Notice of Default Judgment prepared in accordance with 22 CFR § 93.2,Order of Judgement entered by the Ho George B. Daniels on December 22, 2011 (Case No. 1:03−md−01570−GBD−FM Document 2516, Report and recom to the Honorable George B. Daniels issued by Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03−cv−09 document 314, Memorandum and Order entered by the Honorable Honorable George B. Daniels on October 3, 2012 1:03−cv−09848−GBD, Document 316, Order and Judgment entered by the Honorable George B. Daniels on October (Case No. 1:03−cv−09848−GBD, Document 3172 copies of each document, in both English and Farsi for each Defer well as and Affidavit from the translator for each Defendant which comports with the requirements with NY CVP. L (b).Also enclosed is a money order in the amount of $2,275.00 mailed to ATTN: DIRECTOR OF CONSULAR SER OFFICE OF POLICY REVIEW & INTER AGENCY LIASON (CA/OCS/PRI), U.S. DEPARTMENT OF STATE, S 2201 STREET NW, 4TH FLOOR, WASHINGTON DC 20520 mailed to NATIONAL IRANIAN TANKER CORPC on 01/14/2013 by Federal Express tracking # FEDEX 8000 4543 6569, as per 2663 Clerk Certificate of Mailing,REC ON: 01/16/2013. (ca) (Entered: 04/10/2013) |
| .0/2013 | | CLERK CERTIFICATE OF MAILING RECEIVED for CLERK CERTIFICATE OF MAILING of two copies of the of the Notice of Default Judgment prepared in accordance with 22 CFR § 93.2,Order of Judgement entered by the Ho George B. Daniels on December 22, 2011 (Case No. 1:03−md−01570−GBD−FM Document 2516, Report and recom to the Honorable George B. Daniels issued by Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03−cv−09 document 314, Memorandum and Order entered by the Honorable Honorable George B. Daniels on October 3, 2012 1:03−cv−09848−GBD, Document 316, Order and Judgment entered by the Honorable George B. Daniels on October (Case No. 1:03−cv−09848−GBD, Document 3172 copies of each document, in both English and Farsi for each Defer well as and Affidavit from the translator for each Defendant which comports with the requirements with NY CVP. L (b).Also enclosed is a money order in the amount of $2,275.00 mailed to ATTN: DIRECTOR OF CONSULAR SER OFFICE OF POLICY REVIEW & INTER AGENCY LIASON (CA/OCS/PRI), U.S. DEPARTMENT OF STATE, S 2201 STREET NW, 4TH FLOOR, WASHINGTON DC 20520 mailed to IRANIAN MINISTRY OF PETROLEUM 01/14/2013 by Federal Express tracking # FEDEX 8000 4543 6580, as per 2662 Clerk Certificate of Mailing, RECEI 01/16/2013. (ca) (Entered: 04/10/2013) |
| .0/2013 | | CLERK CERTIFICATE OF MAILING RECEIVED for CLERK CERTIFICATE OF MAILING of two copies of the copies of the Notice of Default Judgment prepared in accordance with 22 CFR § 93.2,Order of Judgement entered by Honorable George B. Daniels on December 22, 2011 (Case No. 1:03−md−01570−GBD−FM Document 2516, Report recommendation to the Honorable George B. Daniels issued by Magistrate Judge Frank Maas on July 30, 2012 (Case 1:03−cv−09848−GBD, document 314, Memorandum and Order entered by the Honorable Honorable George B. Dan October 3, 2012 (Case No. 1:03−cv−09848−GBD, Document 316, Order and Judgment entered by the Honorable Ge Daniels on October 12, 2012 (Case No. 1:03−cv−09848−GBD, Document 3172 copies of each document, in both En Farsi for each Defendant, as well as and Affidavit from the translator for each Defendant which comports with the re with NY CVP. LAW § 2101 (b).Also enclosed is a money order in the amount of $2,275.00 mailed to ATTN: DIREC CONSULAR SERVICES, OFFICE OF POLICY REVIEW & INTER AGENCY LIASON (CA/OCS/PRI), U.S. DEPARTMENT OF STATE, SA−29, 2201 STREET NW, 4TH FLOOR, WASHINGTON DC 20520 mailed to HEZ on 01/14/2013 by Federal Express tracking # FEDEX 8000 4543 6606, as per 2661 Clerk Certificate of Mailing, REC ON: 01/16/2013. (ca) (Entered: 04/10/2013) |
| .0/2013 | | CLERK CERTIFICATE OF MAILING RECEIVED for CLERK CERTIFICATE OF MAILING of two copies of the of the Notice of Default Judgment prepared in accordance with 22 CFR § 93.2,Order of Judgement entered by the Ho George B. Daniels on December 22, 2011 (Case No. 1:03−md−01570−GBD−FM Document 2516, Report and recom to the Honorable George B. Daniels issued by Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03−cv−09 document 314, Memorandum and Order entered by the Honorable Honorable George B. Daniels on October 3, 2012 1:03−cv−09848−GBD, Document 316, Order and Judgment entered by the Honorable George B. Daniels on October (Case No. 1:03−cv−09848−GBD, Document 3172 copies of each document, in both English and Farsi for each Defer well as and Affidavit from the translator for each Defendant which comports with the requirements with NY CVP. L (b).Also enclosed is a money order in the amount of $2,275.00 mailed to ATTN: DIRECTOR OF CONSULAR SER OFFICE OF POLICY REVIEW & INTER AGENCY LIASON (CA/OCS/PRI), U.S. DEPARTMENT OF STATE, S 2201 STREET NW, 4TH FLOOR, WASHINGTON DC 20520 mailed to ISLAMIC REVOLUNTIONARY GUARD 01/14/2013 by Federal Express tracking # FEDEX 8000 4543 6628, as per 2660 Clerk Certificate of Mailing, RECEI 01/16/2013. (ca) (Entered: 04/10/2013) |

| | | |
|---|---|---|
| .0/2013 | | CLERK CERTIFICATE OF MAILING RECEIVED for CLERK CERTIFICATE OF MAILING of two copies of the of the Notice of Default Judgment prepared in accordance with 22 CFR § 93.2,Order of Judgement entered by the Ho George B. Daniels on December 22, 2011 (Case No. 1:03−md−01570−GBD−FM Document 2516, Report and recom to the Honorable George B. Daniels issued by Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03−cv−09 document 314, Memorandum and Order entered by the Honorable Honorable George B. Daniels on October 3, 2012 1:03−cv−09848−GBD, Document 316, Order and Judgment entered by the Honorable George B. Daniels on October (Case No. 1:03−cv−09848−GBD, Document 3172 copies of each document, in both English and Farsi for each Defen well as and Affidavit from the translator for each Defendant which comports with the requirements with NY CVP. L (b).Also enclosed is a money order in the amount of $2,275.00 mailed to ATTN: DIRECTOR OF CONSULAR SER OFFICE OF POLICY REVIEW & INTER AGENCY LIASON (CA/OCS/PRI), U.S. DEPARTMENT OF STATE, S 2201 STREET NW, 4TH FLOOR, WASHINGTON DC 20520 mailed to IRANIAN MINISTRY OF INFORMATIO SECURITY on 01/14/2013 by Federal Express tracking # FEDEX 8000 4543 6639, as per 2659 Clerk Certificate of RECEIVED ON: 01/16/2013. (ca) (Entered: 04/10/2013) |
| .0/2013 | | CLERK CERTIFICATE OF MAILING RECEIVED for CLERK CERTIFICATE OF MAILING of two copies of the of the Notice of Default Judgment prepared in accordance with 22 CFR § 93.2,Order of Judgement entered by the Ho George B. Daniels on December 22, 2011 (Case No. 1:03−md−01570−GBD−FM Document 2516, Report and recom to the Honorable George B. Daniels issued by Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03−cv−09 document 314, Memorandum and Order entered by the Honorable Honorable George B. Daniels on October 3, 2012 1:03−cv−09848−GBD, Document 316, Order and Judgment entered by the Honorable George B. Daniels on October (Case No. 1:03−cv−09848−GBD, Document 3172 copies of each document, in both English and Farsi for each Defen well as and Affidavit from the translator for each Defendant which comports with the requirements with NY CVP. L (b).Also enclosed is a money order in the amount of $2,275.00 mailed to ATTN: DIRECTOR OF CONSULAR SER OFFICE OF POLICY REVIEW & INTER AGENCY LIASON (CA/OCS/PRI), U.S. DEPARTMENT OF STATE, S 2201 STREET NW, 4TH FLOOR, WASHINGTON DC 20520 mailed to AKBAR HASHEMI RAFSANJANI, CHA EXPEDIENCY DISCERNMENT COUNCIL on 01/14/2013 by Federal Express tracking # FEDEX 8000 4543 6640, 2658 Clerk Certificate of Mailing, RECEIVED ON: 01/16/2013. (ca) (Entered: 04/10/2013) |
| .0/2013 | | CLERK CERTIFICATE OF MAILING RECEIVED for CLERK CERTIFICATE OF MAILING two copies of the N Default Judgment prepared in accordance with 22 CFR § 93.2,Order of Judgement entered by the Honorable George on December 22, 2011 (Case No. 1:03−md−01570−GBD−FM Document 2516, Report and recommendation to the H George B. Daniels issued by Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03−cv−09848−GBD, docum Memorandum and Order entered by the Honorable Honorable George B. Daniels on October 3, 2012 (Case No. 1:03−cv−09848−GBD, Document 316, Order and Judgment entered by the Honorable George B. Daniels on October (Case No. 1:03−cv−09848−GBD, Document 3172 copies of each document, in both English and Farsi for each Defen well as and Affidavit from the translator for each Defendant which comports with the requirements with NY CVP. L (b).Also enclosed is a money order in the amount of $2,275.00 mailed to ATTN: DIRECTOR OF CONSULAR SER OFFICE OF POLICY REVIEW & INTER AGENCY LIASON (CA/OCS/PRI), U.S. DEPARtMENT OF STATE, S. STREET NW, 4TH FLOOR, WASHINGTON DC 20520 mailed to THE CENTRAL BANK OF ISLAMIC REPUBI IRAN on 01/14/2013 by Federal Express tracking # fedex 8000 4543 6591, as per 2673 Clerk Certificate of Mailing, RECEIVED ON: 01/16/2013. (ca) (Entered: 04/10/2013) |
| .1/2013 | 2713 | ORDER: The conference in this matter scheduled for April 16, 2013 at 11:00 a.m. is adjourned to July 16, 2013 at 11 Status Conference set for 7/16/2013 at 11:00 AM before Judge George B. Daniels.) (Signed by Judge George B. Dan 4/10/2013) (ja) (Entered: 04/11/2013) |
| .1/2013 | 2714 | ORDER: granting (359) Motion for Issuance of Letters Rogatory in case 1:03−cv−09848−GBD; granting (2689) Mot Issuance of Letters Rogatory; granting Motion for Issuance of Letters Rogatory in case 1:03−md−01570−GBD−FM; Motion for Issuance of Letters Rogatory in case 1:03−cv−09848−GBD. it is hereby ORDERED and DECREED that Motion is GRANTED. This Court shall issue Letters Rogatory directed to the Islamic Republic of Iran, substantially form to that attached as Exhibit I to Plaintiffs' Motion, requesting assistance in serving the Order and Judgment issue Court, and the necessary accompanying documents, upon the following Defendants: (1) Ayatollah Ali Hoseini Kham Supreme Leader of Iran; (2) Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and forme of Iran; (3) National Iranian Tanker Corporation; (4) National Iranian Oil Corporation; (5) National Iranian Gas Corp National Iranian Petrochemical Company; (7) Iran Airlines; and (8) Hezbollah. The U.S. Department of State shall tr Letters Rogatory and the accompanying legal documents, including the translations, related to the Order and Judgme October 12, 2012, to the appropriate judicial authority of the Islamic Republic of Iran pursuant to §1608(b)(3)(A). (S Magistrate Judge Frank Maas on 4/9/2013) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848- Modified on 4/15/2013 (djc). (Entered: 04/12/2013) |
| .6/2013 | | Minute Entry for proceedings held before Magistrate Judge Frank Maas: Discovery Hearing held on 4/16/2013. (Cha Richalyn) (Entered: 04/17/2013) |
| 22/2013 | 2715 | ORDER: Pursuant to the conference held on April 16, 2013, it is hereby ORDERED that: 1. By April 30, 2013, Mr. I shall submit a letter setting forth any reasons that the parties should not be required to move jointly before Judge Ger modify the protective order in Linde v. Arab Bank, PLC, such that any documents protected by the order may be disc |

| | | |
|---|---|---|
| | | this litigation. 2. Also by April 30, 2013, Mr. Haefele shall submit any additional letter−briefing as to whether Plainti rely on the work−product doctrine to withhold certain documents related to their prior FOIA requests. 3. A further co shall be held on May 30, 2013, at 12 p.m., in Courtroom 20A of the Daniel Patrick Moynihan United States Courthou Pearl Street, New York, New York. ( Status Conference set for 5/30/2013 at 12:00 PM in Courtroom 20A, 500 Pearl York, NY 10007 before Magistrate Judge Frank Maas.) (Signed by Magistrate Judge Frank Maas on 4/22/2013) Cop Chambers to Honorable George B. Daniels. Filed In Associated Cases: 1:03−md−01570−GBD−FM et al. (djc) Modi 4/23/2013 (djc). (Entered: 04/23/2013) |
| .5/2013 | 2716 | TRANSCRIPT of Proceedings re: CONFERENCE held on 4/16/2013 before Magistrate Judge Frank Maas. Court Reporter/Transcriber: Linda Fisher, (212) 805−0300. Transcript may be viewed at the court public terminal or purcha through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 6/10/2013. Redacted Transcript Deadline set for 6/20/2013. Releas Transcript Restriction set for 8/16/2013.(Rodriguez, Somari) (Entered: 05/15/2013) |
| .5/2013 | 2717 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFER proceeding held on 4/16/13 has been filed by the court reporter/transcriber in the above−captioned matter. The partie seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...( Somari) (Entered: 05/15/2013) |
| 24/2013 | 2718 | ORDER: It is hereby ORDERED that the May 30, 2013 conference is adjourned to June 28, 2013, at 11 a.m. The co shall take place in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York. (Status Conference set for 6/28/2013 at 11:00 AM in Courtroom 20A, 500 Pearl Street, New York, NY 10007 Magistrate Judge Frank Maas.)(Signed by Magistrate Judge Frank Maas on 5/24/2013) Filed In Associated Cases: 1:03−md−01570−GBD−FM et al. Copies Sent By Chambers to Honorable George B. Daniels(djc) (Entered: 05/24/2 |
| 29/2013 | 2719 | STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL: that the law firm of Doar Rieck Kaley & Mac substituted for the law firm of Sheppard Mullin Richter & Hampton LLP as counsel of record for defendant Yassin A Kadi. (Signed by Judge George B. Daniels on 5/29/2013) Filed In Associated Cases: 1:03−md−01570−GBD−FM et (Entered: 05/29/2013) |
| 29/2013 | 2720 | MOTION for Aisha E.R. Henry to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208−8553348. **Motio supporting papers to be reviewed by Clerk's Office staff.** Document filed by International Islamic Relief Organiz Muslim World League. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit, # 3 Exhibit)(Henry, Aisha) (Entered: 05/29/2013) |
| 29/2013 | 2721 | MOTION for Mark J. Leimkuhler to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208−8553497. **Moti supporting papers to be reviewed by Clerk's Office staff.** Document filed by International Islamic Relief Organiz Muslim World League. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit)(Leimkuhler, Mark) (Entered: 05/29/2 |
| 29/2013 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 2720 MOTION for Aisha to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208−8553348. Motion and supporting papers to reviewed by Clerk's Office staff., 2721 MOTION for Mark J. Leimkuhler to Appear Pro Hac Vice. Filing fee receipt number 0208−8553497. Motion and supporting papers to be reviewed by Clerk's Office staff.. The doc been reviewed and there are no deficiencies. (wb)** (Entered: 05/29/2013) |
| )4/2013 | 2722 | SUGGESTION OF DEATH upon the record as to Saleh Al−Hussayen on 05/2013. Document filed by Saleh Al−Hussayen(Kabat, Alan) (Entered: 06/04/2013) |
| )5/2013 | | CLERK CERTIFICATE OF MAILING RECEIVED for two copies of the Notice of Default Judgment prepared in a with 22 CFR § 93.2,Order of Judgement entered by the Honorable George B. Daniels on December 22, 2011 (Case 1:03−md−01570−GBD−FM Document 2516, Report and recommendation to the Honorable George B. Daniels issue Magistrate Judge Frank Maas on July 30, 2012 (Case No. 1:03−cv−09848−GBD, document 314, Memorandum and entered by the Honorable Honorable George B. Daniels on October 3, 2012 (Case No. 1:03−cv−09848−GBD, Docu Order and Judgment entered by the Honorable George B. Daniels on October 12, 2012 (Case No. 1:03−cv−09848−G Document 3172 copies of each document, in both English and Farsi for each Defendant, as well as and Affidavit fro translator for each Defendant which comports with the requirements with NY CVP. LAW § 2101 (b).Also enclosed i order in the amount of $2,275.00 mailed to ATTN: DIRECTOR OF CONSULAR SERVICES, OFFICE OF POLICY & INTER AGENCY LIASON (CA/OCS/PRI), U.S. DEPARMENT OF STATE, SA−29, 2201 STREET NW, 4TH F WASHINGTON DC 20520 on 1/14/2013 by Federal Express tracking # 8000 4543 6683, to the Secretary of State, A Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520 on 01/14/2013 by Federal Express tracking # FEDEX 6683, as per 2668 Clerk Certificate of Mailing, RECEIVED ON: 01/16/2013 BY DUNCAN. (ca) (Entered: 06/05/20 |
| )5/2013 | | CLERK CERTIFICATE OF MAILING RECEIVED for one copy of the ORDER OF JUDGEMENT ENTERED BY HONORABLE GEORGE B. DANIELS ON DECEMBER 22, 2011 (CASE NO. 1:03−MD−01570−GBD−FM, DOC 2516, REPORT AND RECOMMENDATION TO THE HONORABLE GEORGE B. DANIELS ISSUED BY U.S. |

| | | |
|---|---|---|
| | | MAGISTRATE JUDGE FRANK MAAS ON JULY 30, 2012 (CASE NO. 1:03−CV−09848−GBD, DOCUMENT 31 MEMORANDUM AND ORDER ENTERED BY THE HONORABLE GEORGE B. DANIELS ON OCTOBER 3, 2 NO. 1:03−CV−09848−GBD, DOCUMENT 316, ORDER AND JUDGMENT ENTERED BY THE HONORABLE G B. DANIELS ON OCTOBER 12, 2012, AND DOCKETED ON OCTOBER 16, 2012) CASE NO. 1:03CV−09848−G DOCUMENT 317, AFFIDAVIT FROM THE TRANSLATOR FOR EACH DEFENDANT, A COVER LETTER, TRANSLATED INTO FARSI, WHICH REQUESTS THAT THE MINISTER OF FOREIGN AFFAIRS ACCEPT O PACKAGE OF LEGAL DOCUMENTS FOR HIMSELF, ON BEHALF OF THE ISLAMIC REPUBLIC OF IRAN, SERVE THE REMAINING 15 PACKAGES ON THE OTHER DEFENDANTS IN THE HAVLISH ACTION maile DR. ALI AKBAR SALEHI MINISTER OF FOREIGN AFFAIRS, I/C/O ISLAMIC REPUBLIC OF IRAN, IMAM K STREET, TEHRAN, IRAN on 11/15/2012 by DHL tracking # DHL 99−6863−4045, as per 2628 Clerk Certificate of RECEIVED ON: 05/17/2013 BYBOUSSANT. (ca) (Entered: 06/05/2013) |
| .2/2013 | 2723 | Letter addressed to Magistrate Judge Frank Maas from Steven T. Cottreau dated 4/10/2013 re: For the foregoing reas Moving Defendants respectfully request the Court to order Plaintiffs to produce all of the documents on Plaintiffs' Pri or in the alternative, to amend the Privilege Log to comply with S.D.N.Y. Local Rule 16.2 and the Court's November Order, including an adequate description of each document and a delineation as to which defendant each entry pertai (Attachments: # 1 Part 2)Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(js) (Entered: 06/12/2013) |
| .2/2013 | 2724 | Letter addressed to Magistrate Judge Frank Maas from Robert T. Haefele dated 3/29/2013 re: On behalf of plaintiffs, Plaintiffs' Executive Committees respond to the undated letter application of the Moving Defendants complaining abo privilege log that plaintiffs served on the Defendants on February 1, 2013. Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(js) (Entered: 06/12/2013) |
| .2/2013 | 2725 | Letter addressed to Magistrate Judge Frank Maas from Steven T. Cottreau dated 4/9/2013 re: Moving Defendants sub reply letter in response to Plaintiffs' March 29, 2013 letter ("Opposition") opposing Moving Defendants' Motion to C Production of (1) correspondence relating to Plaintiffs' FOIA requests ("FOIA Documents"); and (2) documents that a purportedly subject to a protective order in another litigation ("Arab Bank Documents'). (Attachments: # 1 Part 2, # 2 3)Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(js) (Entered: 06/12/2013) |
| .2/2013 | 2726 | Letter addressed to Magistrate Judge Frank Maas from Robert T.Haefele dated 4/30/2013 re: For the foregoing reason reasons discussed on the record during the April 16, 2013 hearing, and in Plaintiffs' March 29, 2013 letter, Plaintiffs r the Court find that the documents at issue contain core attorney work product and deny Defendants' application to req Plaintiffs to produce the documents. Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(js) (Entered: 06/12 |
| .2/2013 | 2727 | Letter addressed to Magistrate Judge Frank Maas from Steven J. Young dated 5/1/2013 re: In conclusion, Motley Ric plaintiff in the In re Terrorist Attacks Litigations and none of these documents is in the possession, custody or control re Terrorist Attacks plaintiff. The plaintiffs in these actions are unable to produce, or even identify, any of these docu Arab Bank respectfully urges that this Court direct plaintiffs' counsel, Motely Rice, to withdraw its improper provisio privilege log listing documents produced to unrelated plaintiffs represented by it in an unrelated action.Filed In Assoc Cases: 1:03−md−01570−GBD−FM et al.(js) Modified on 6/12/2013 (js). (Entered: 06/12/2013) |
| .2/2013 | 2728 | Letter addressed to Magistrate Judge Frank Maas from Robert T. Haefele dated 5/9/2013 re: Counsel writes In: short, the Bank's submission should change in any manner the Court's approach to resolving the discovery dispute among th Merely because the protective order prevented production of the documents in discovery, the order did nothing to cha that the documents' are nonetheless responsive to the Defendants' discovery requests; had there been no protective ord documents would have been produced as responsive. Inasmuch as no confidential information from the Arab Bank do has been disclosed (notwithstanding the terms of paragraph :12 of the Linde protective order), the Linde order has no violated. But, inasmuch as the Bank failed to object to production in a timely manner, its untimely objections ought to considered waived.Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(js) (Entered: 06/12/2013) |
| .2/2013 | 2729 | Letter addressed to Magistrate Judge Frank Maas from Steven T. Cottreau dated 5/23/2013 re: Moving Defendants su letter in response to Plaintiffs' April 30, 2013 supplement letter ("April 30 Letter") relating to Plaintiffs' corresponden federal government concerning FOIA requests ("Plaintiffs' Correspondence") and the government's responses thereto ("Government Correspondence") (collectively "FOIA Correspondence"). While Defendants recognize that the Court requested further briefing, Defendants seek this court's permission to quickly respond to a few contentions in Plaintif letter. For the foregoing reasons, the Moving Defendants respectfully request the Court to order Plaintiffs to produce FOIA documents on Plaintiffs' Privilege Log, or in the alternative,to amend the Privilege Log to include an adequate of each document and a delineation as to which defendant each entry pertains, in order to allow Defendants to challen individual entries on the Privilege Log.Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(js) (Entered: 06/ |
| .2/2013 | 2730 | MEMORANDUM DECISION AND ORDER: This litigation, now in its tenth year, consolidates personal injury and damage claims against various terrorist organizations, Islamic charities, and foreign banks, arising out of their alleged involvement in the terrorist attacks on September 11, 2001. The case has a complex and sprawling procedural history seen a number of dismissals, default judgments, and two trips to the Court of Appeals. There has been no shortage of regarding discovery, which continues to proceed at a deliberate pace. In February, the Plaintiffs submitted a privilege response to the document requests of a number of the defendants, including the Al Haramain Islamaic Foundation, In Dubai Islamic Bank, International Islamic Relief Organization, Muslim World League, Sana−Bell, Inc., Sanabel Al K |

| | | |
|---|---|---|
| | | World Assembly of Muslim Youth I World Assembly of Muslim Youth International,Wael Jelaidan, and Perouz Sed (collectively, "Defendants"). The Defendants have moved to compel production of two categories of documents ident log, which they contend have been improperly withheld from disclosure: (a) correspondence with government agenci to document requests the Plaintiffs made pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. 552 et. seq. documents deemed confidential that Plaintiffs' counsel obtained in connection with their representation of separate, u parties in Linde, et at v. Arab Bank, PLC, No. 04−CV−2799 (NG) (VVP), a case currently pending before Judge Ger Eastern District of New York. For reasons that are explained below, the motion is granted in part and denied in part. foregoing reasons, the Defendants' motion is granted in part and denied in part. The Plaintiffs shall have until June 24 produce the FOIA documents and correspondence and to delete any privilege log entries related to the Arab Bank doc Also by that date, Plaintiffs' counsel shall provide certification they have produced all Underlying Documents respon Defendants' requests. In anticipation of the Court's ruling, the Plaintiffs have asked that any order of production be re that the Defendants will be required to produce all FOIA correspondence of their own that has been withheld from di The Defendants have voiced no objection to that request. Accordingly, the Defendants are directed to produce any re FOIA communications that they previously have withheld on the basis that they are protected by the work product do such documents shall be produced by June 24, 2013. SO ORDERED. (Signed by Magistrate Judge Frank Maas on 6/ Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(rsh) (Entered: 06/12/2013) |
| 21/2013 | 2731 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Martin F. McMahon dated 6/20/2013 re: I ha serious conflict regarding next Friday's appearance with you on June 28th. Can I participate by phone instead? I woul call−in number of course. I do not think that the plaintiffs would oppose this request, and I have emailed them to con appreciate the courtesy. ENDORSEMENT: Approved. Mr. McMahon should telephone (212)805−4051 five minutes scheduled conference. (Signed by Magistrate Judge Frank Maas on 6/21/2013) Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(djc) (Entered: 06/21/2013) |
| 27/2013 | 2732 | MANDATE of USCA (Certified Copy) as to (396 in 1:04−cv−07065−GBD, 2455 in 1:03−md−01570−GBD−FM) N Appeal, filed by All Plaintiffs, (797 in 1:03−cv−06978−GBD, 2461 in 1:03−md−01570−GBD−FM) Notice of Appea by Federal Insurance Company, (616 in 1:03−cv−09849−GBD, 2567 in 1:03−md−01570−GBD−FM) Notice of Appe Burnett Plaintiffs, (2465 in 1:03−md−01570−GBD−FM, 595 in 1:03−cv−09849−GBD) Notice of Appeal, filed by A (2595 in 1:03−md−01570−GBD−FM, 434 in 1:04−cv−05970−GBD) Notice of Appeal,,, filed by American Casualty of Reading, Pennsylvania, National Fire Insurance Company of Hartford, Transportation Insurance Company, Transc Insurance Company, (594 in 1:03−cv−09849−GBD, 2464 in 1:03−md−01570−GBD−FM) Notice of Appeal, filed by Plaintiffs, (2458 in 1:03−md−01570−GBD−FM, 794 in 1:03−cv−06978−GBD) Notice of Appeal,,,,,,,,, filed by Fede Insurance Company, (2604 in 1:03−md−01570−GBD−FM) Amended Notice of Appeal filed by Federal Insurance C (2460 in 1:03−md−01570−GBD−FM, 796 in 1:03−cv−06978−GBD) Notice of Appeal,,,, filed by Federal Insurance (2453 in 1:03−md−01570−GBD−FM, 358 in 1:04−cv−01076−GBD) Notice of Appeal,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, by Jessica Murrow−Adams, Gibson A. Craig, Natalie Makshanov, Janlyn Scauso, Edward P. Ciafardini, Gary Wend Siskopoulos, Mei Jy Lee, Saad Bin Laden, Hui Chien Chen, Huichun Jian, Hui−Chian Jian, Hui−Zon Jian, Serina Gi M. Wodensheck, Helen Friedlander, Emily Motroni, CO2e.com, LLC, Milagros Diaz, Cathy A. Carilli, Elinore Hart Alternative Insurance Corporation, Kara Hadfield, Euro Brokers Inc., et al., Dixie M. Hobbs, Josephine Acquaviva, Bardales, Jane Bartels, Lillian Bini, Leonor Alvarez, Edward Walsh, Fidelity and Casualty Company of New York, Employers' Insurance Company, Maria Giordano, Rina Rabinowitz, Allstate Insurance Company, John F. Jermyn, Ja Cannizzaro, Benhardt R. Wainio, Transportation Insurance Company, Judith Reiss, Maryanne Farrell, Chubb Indem Insurance Company, Jeffrey Lovit, Sandy Amrita Mahabir, Richard B. Naiman, Joyce Leigh, Jean Adams, Christine Faith Miller, Curtis Fred Brewer, Carmen Garcia, Jodie Goldberg, Margaret Mauro, Sheila Gail Harris, Yun Yu Zhe DiDomenico, Christine R. Huhn, Pamela Schiele, Lisa Palazzo, Nina Barnes, David Ziminski, Kevin Mount, Claudia Owen McGovern, Kristin Galusha−Wild, Christine Irene O'Neill, Glens Falls Insurance Company, Philipson Azenab Knox, Martin Rosenbaum, Helen Rosenthal, Dwayne Collman, John Bonomo, Armand Reo, Kazmierz Jakubiak, De Burnett & Ashton Plaintiffs, Judi A. Ross, Richard I. Klein, Emma Tisnovskiy, Carol Francolini, Havlish Plaintiffs, A. Zuccala, Leonard Ardizzone, Suk Tan Chin, Bhola P. Bishundat, Glenna M. Rosenburg, Cantor Fitzgerald Securit Elizabeth Ann Moss, David M. Bernstein, Fiona Havlish, Donna Smith, Marie Twomey, Elizabeth Alderman, Yesen James A. Reed, Chubb Custom Insurance Company, Lauren Rosenzweig, Edith Cruz, Dorothy Ann Bogdan, Judith Nancy Shea, Philip J. Zeiss, Daryl Joseph Meehan, Kim Barbaro, Angelica Allen, Merrilly E. Noeth, Lori Fletcher, T McGovern, Peter Ioveno, Sheryl J. Oliver, Tremsky Plaintiffs, Michael J. Lindy, Rebecca L. Marchand, Philip Lee, J Modafferi, American Zurich Insurance Company, Alexander Santoro, Robin Theurkauf, Kathleen M. Buckley, Geral Bingham, Patricia Kellett, JoAnne Bruehert, Jerline Lewis, Maria Teresa Boisseau, Suzanne J. Berger, Virginia Lore Valvo, Paul Kaufman, Thomas J. Meehan, III, Patricia Coughlin, David Brace, Cynthia F. McGinty, Joanne M. Renz Ambroise, Rodney Ratchford, Rosemary Kempton, Joseph Beltrani, Helene S. Passaro, Thomas Conroy, Jr., Barbara Northern Insurance Company of New York, Dorothy Mauro, Donald Aris, Linda E. Thorpe, Dhanmatee Sam, Rache Goodrich, Ellen L. Saracini, Port Authority of New York & New Jersey, Corazon Fernandez, Anne MacFarlane, Wil Havlish, Dominic J. Puopolo, Sr., Timothy L. Frolich, Melvin C. Lewis, Jeremiah Harney, Barbara Ardizzone, Kathl Arancio, Dawn Brown, Ralph Maerz, Jr., Feliciana Umanzor, Doreen Lutter, Denise Esposito, Kris A. Blood, Claudi Arnold Lederman, Matthew T. Sellitto, John Lewis, Elvira P. Murphy, Frances M. Coffey, Kevin G. Murphy, Steven Alex Rowe, Theresa A. Stack, Mathilda Geidel, John Does, Crum & Forster Indemnity Company, Francine Raggio, J Ruth Jacobs, Joanne Lovett, Christina Baksh, Donald Leistman, Miriam M. Biegeleisen, Commercial Insurance Com Newark, N.J., Evelyn Aron, Thomas Donnelly, Murray Bernstein, Lucy Virgilio, Russell Vomero, William O'Conno |

Boyle, Andrew Braun, North River Insurance Company, Rosanna Thompson, Pamela Ann Maggitti, Richard D. Alle
Fran Dolan, Yuko Clark, Valiant Insurance Company, Margaret Donoghue McGinley, Charles Downey, Maryland C
Company, Linda Panik, Andrija Tomasevic, Angela Gitto, Claudette Greene, Espeed, Inc., Andrezej Cieslik, eSpeed
Government Securities, Inc., Stephen Alderman, Great Lakes Reinsurance (UK) PLC, Diane Romero, Nicholas Barb
Elizabeth Rego, Haomin Jian, Alexander Paul Aranyos, Cantor Fitzgerald Associates, L.P., Scott Ting, Susan Berger
Bruno, Marie Ann Paprocki, Ivy Moreno, George Luis Torres, Radmila Tomasevic, Kevin W. Barry, John C. Buckle
Barry, Patricia Coppo, Nancy Walsh, Expedito C. Santillan, Phyllis Lederman, Domenick Damiano, Edlene C. LaFra
Frederick Alger, Renne Bacotti Hannafin, Christina Bane−Hayes, Andy Dinoo, Melissa Van Ness Fatha, Andrea Ma
Karium Ali, Madelyn Conroy Allen, Ramon Melendez, Gina Cayne, William Coale, Theresa Healey, Kurt Foster, An
Loren Rosenthal, Judith M. Aiken, Burnett Plaintiffs, Linda Pascuma, Estate of John Patrick O'Neill Sr., Hashim A. I
Barrera Plaintiffs, George Bonomo, Pacific Indemnity Company, CNA Casualty of California, Carol Gies, Paul Quin
Fitzgerald Europe, Krystyna Boryczewski, Narasimha Sattaluri, James Cizikie, Susan Rasweiler, Nancy Badagliacca
Rasool, John J. Gill, Carmen Romero, Great Northern Insurance Company, Patricia Tarasiewicz, One Beacon Insura
Company, Mary Margaret Jurgens, Chrislan Fuller Manuel, Toni Ann Carroll, Janice O'Dell, Ronald S. Sloan, Cella
Laurie Spampinato, David Edward Cushing, Jill Rosenblum, Dennis Euleau, Jamie Miller, Christine Sakoutis, Diane
Irene Bilcher, Norma Bernstein, Federal Insurance Company et al., Plaintiffs, Mary Haag, Kevin Rogers, Susan Brad
Ganci, Maureen Santoro, Federal Insurance Company, Raj Thackurdeen, Joseph R. Downey, George Lantay, Dhanra
Ondina Bennett, Doyle Raymond Ward, Michael Deloughery, Barry Russin, Amlin Underwriting, Ltd., Rubina Cox−
Amber Miller, Gordon G. Haberman, Jeanne M. Evans, Roni Levine, Susan E. Buhse, Cantor Fitzgerald Partners, La
Lassman, Todd DeVito, Lori Shulman, Rosemarie Corvino, Tracy Ann Taback Catalano, Charles Schmidt, Siew−So
William Martin, Meg Bloom Glasser, Keith A. Bradkowski, Barbara Minervino, Martina Lyne−Ann Panik, Joanne F
Hiscox Dedicated Corporate Member, Ltd., Boris Bililovsky, Peter Greenleaf, Joviana Mercado, Victoria Higley, Pa
Martin, Transcontinental Insurance Company, Robert Bermingham, Gregory Stevens, TradeSpark, L.P., Michelle Do
Marie Dorf, Robert Dorf, Joseph Dorf, and Linda Sammut, Rostyslav Tisnovskiy, Michelle Wright, Continental Insu
Company, Ursula Broghammer, Virginia Hayes, The Camden Fire Insurance Association, Michael Endrizzi, Jean Os
Clifford Tempesta, Theresa Regan, Nancy Ann Foster, Sharon Booker, Deborah Grazioso, Loisanne Diehl, Ildefonso
Jeff Lever, Warren Hayes, Elizabeth Gardner, Anthony Vincelli, Iliana McGinnis, Andrea Russin, Richard A. Capro
Carpeneto, Sharlene M. Beckwith, Karen Hinds, Stephen Jezycki, Evelyn Rodriguez, World Trade Center Properties
Perry S. Oretzky, Kemraj Singh, Carol O'Neill, Edward J. Sweeney, Joyce Ann Rodak, Sandra Straub, Dennis L. Ho
Collette M. LaFuente, Julia Collins, Lisa Friedman, Christine Papasso, All Plaintiffs, Thomas Fletcher, Maryann Co
Blass, James D. Hodges, Meryl Mayo, Holli Silver, Erica Zucker, Maureen R. Halvorson, Gilbert Ruiz, Jr., Dana No
Merino, Mark Bernheimer, Lorraine Arias Beliveau, Kevin Quinn, Yvonne V. Abdool, Helene Parisi−Gnazzo, Zuric
Insurance Company, Virginia Bauer, Morris Dorf, Beril Sofia DeFeo, Andrew Quinn, Miles Bilcher, Brian Barry, Ch
Insurance Company of New Jersey, Ed and Gloria Russin, American Casualty Company of Reading, Pennsylvania, F
Chien Huang, Colleen Holohan, Gila Barzvi, Chiemi York, Daniel F. Barkow, Kathleen Keeler Lozier, Ann R. Hayn
Tisnovskiy, Dorothy A. O'Neill, Kelly Hayes, Joanne Rodak Gori, Tina Grazioso, Steadfast Insurance Company, Bet
Martineau, Harry Ong, Jr., Michele Boryczewski, Vincent LeVien, Dolores Caproni, Joseph A. Tiesi, Helen Pfeifer,
Levine, Valley Forge Insurance Company, Mary Andrucki, Joann T. Howard, Louisa D'Antonio, Vice Rose Arestegu
Regina Rodak, Robert V. Trivingo, Maria Regina Merwin, Catherine Deblieck, Bridget Hunter, Deena Burnett, Vict
Richard Villa, Steven M. Gillespie, Seneca Insurance Company, Inc., Fryderyk Milewski, Saradha Moorthy, Scott Sc
Livia Chirchirillo, Edward Navarro, Rosalie Downey, Grace Kneski, Michael Loguidice, Theresa King, John Bened
Giorgetti, Frederick Irby, Anna M. Granville, Robert Keane, William D Robbins, Michael Jezycki, Kathleen Ashton,
Hands, Fiona Havlish, Hector Garcia, Esther Santillan, Ingrid M. Lenihan, Plaintiffs PI Executive Committee, Charle
Veronica Klares, Mary Gola Perez, Aldo Addissi, Joslin Zeplin, James C. Cahill, Mia Gonzalez, Leonard and Leona
Elizabeth H. Keller, Anna Mojica, Continental Casualty Company, Brian Flannery, Philip Germain, Albert T. Regen
J. Bernstein, Deborah Francke, George Andrucki, Port Authority Trans−Hudson Corporation, Elaine Leinung, Delph
Regan Grice−Vega, Stephen L. Cartledge, Pedro Saleme, Joan E. Tino, Josephine Alger, Camille Doyle, Diane M. W
Beverly Burnett, Donald Bane, Kathleen Box, John Hassett, Morris D. Lamonsoff, Basmattie Bishundat, Maryann R
Bosco, William Doyle, Sr., Wendy Feinberg, Cantor Fitzgerald Brokerage, L.P., Dorothy Tempesta, Jane Alderman,
Han, Jerzy Mrozek, Laurie S. Lauterbach, Boston Old Colony Insurance Company, Michael J. Allen, Kevin M. Coff
Paolillo, Stanley Eckna, Anne Gabriel, Martin Panik, Lynn Allen, Amy Weaver, Fidelity And Deposit Company of M
Patricia J. Perry, Jay Charles Dunne, Tara Bane, Linda Curia, James Wallace O'Grady, Bradley Daly, Netta Issacof, F
Kellerman, Cantor Fitzgerald & Co., Lauren Arias Lucchini, Vincent A. Ognibene, Jin Liu, Diane Genco, Nancy Pic
Plaintiffs, Maria DiPilato, James W. Cahill, Kimberly Kaipaka Beaven, Jasmine Victoria, Rose Booker, Howard Ric
Patrick O'Neill, Jr., Lynn B. Pescherine, Sat Thackurdeen, Timothy Parker, H. Michael Keden, Donald Francis Kenn
Tremsky, Raymond Anthony Smith, Anne C. Saracini, Carol Barbaro, WTC Retail LLC, Estate of John P.O'Neill, Sr
Simon, Mark Goldwasser, Pamela Hohlweck, Luke C. Allen, Santa Catarelli, Jennifer E. Brady, Sharon Cobb−Glenn
Meehan, American Guarantee and Liability Insurance Company, Frances Berdan, Janet Calia, Kathleen Cahill, Thom
Burnett, Sr., Lisa DiLallo Clark, Cantor Index Limited, Jennifer L. Harvey, Dorothy Garcia, Patricia Quigley, Miche
William B. Novotny, Emmet P. Kelly, United States Fire Insurance Company, Benjamin Arroyo, William Doyle, Jan
Smithwick, Prakash Bhatt, Javier Burgos, Rachel R. Harrell, Ernesto Barrera, Joanne Gross, Robert D'Elia, Maureen
M. Joseph, Catherine T. Regenhard, Margaret Arce, Lena Whittaker, James McGetrick, Cynthia Arnold, Mark Barbi
O'Neill, Louis Schaefer, Kimberly Trimingham−Aiken, Sean Passananti, Phyllis Schreier, Delia Welty, Patricia Wisv
Michael Boryczewski, The Princeton Excess & Surplus Lines Insurance Company, Chubb Insurance Company of Ca

Woodly Joseph, Diane Wall, Madeline Bergin, Fran LaForte, Daniel D. Coffey, M.D., William Ellis, Jr., Alfred Acqu
Cantor Fitzgerald, L.P., Karen Princiotta, Warren Monroe, Thomas Burnett, Irene Frolich, Desiree A. Gerasimovich,
Ryan, Raymond Lachhman, Julia Boryczewski, Lisanne MacKenzie, Gladys Salvo, Grace M. Parkinson−Godshalk,,
TheresaAnn Lostrangio, One Beacon America Insurance Company, Margit Arias, Clara Chirchirillo, Benito Colon, J
George N. and Angela Stergiopoulos, Jeannine P. Baron, Patricia Milano, Andrea N. LeBlanc, Martha Burnett O'Brie
Christine Bini, Christopher Caproni, Michael Caproni and Lisa Caproni, Joseph Donovan, Michael Puckett, Cantor F
International, eSpeed Securities, Inc., Anna Milewski, Russa Steiner, Kathleen Holland, Edmund Barry, Continental
Company of New Jersey, Nancy Lynn Zuckerman, Virginia McKeon, Michael J. Novotny, Edward Arancio, Jennifer
William Nelson, Thomas Arias, Hillary A. Briley, Lauren Murphy, Paul Schertzer, Assurance Company of Amer, Ev
Tepedino, Michael Girdano, Vincent J. Della Bella, Deborah Calderon, Thomas Baez, Colonial American Casualty a
Insurance Company, Catherine Jezycki, Winifred Aranyos, Elizabeth R. Burns, National Ben Franklin Insurance Con
Illinois, Joanne Barbara, Eileen F. Colligan, Susan Conklin, Jennifer Tarantino, Wen Shi, Kathryn J. Hussa, Jurgiel K
Vigilant Insurance Company, Monica M. Gabrielle, Robert T. Folger, Daniel Polatsch, Eileen Tallon, Lori Mascali, F
Harding, Donald G. Havlish, Sr., Cynthia Tumulty, Amy Farnum, Sonia Bonomo, Patricia H. McDowell, Linda Pick
P. Baeszler, Robert Spadafora, National Fire Insurance Company of Hartford, Shirley Henderson, Houssain Lazaar, K
Soulas, Homeland Insurance Company of New York, (2606 in 1:03−md−01570−GBD−FM) Amended Notice of App
by Euro Brokers Inc., et al., (2565 in 1:03−md−01570−GBD−FM, 668 in 1:02−cv−06977−GBD) Notice of Appeal, f
Kathleen Ashton, (629 in 1:03−cv−09849−GBD, 2605 in 1:03−md−01570−GBD−FM) Amended Notice of Appeal, f
Burnett Plaintiffs, (368 in 1:04−cv−01076−GBD, 435 in 1:04−cv−05970−GBD, 514 in 1:04−cv−01923−GBD, 2602
1:03−md−01570−GBD−FM, 832 in 1:03−cv−06978−GBD, 676 in 1:02−cv−06977−GBD, 419 in 1:04−cv−07065−G
1:03−cv−09849−GBD) Corrected Notice of Appeal, filed by Sandra Lang, Estate of John P.O'Neill, Sr., (667 in
1:02−cv−06977−GBD) Notice of Appeal, filed by Kathleen Ashton, (626 in 1:03−cv−09849−GBD, 2592 in
1:03−md−01570−GBD−FM) Notice of Appeal,,,,,,,,, filed by Jessica Murrow−Adams, Stephen Jezycki, Jr., Josephin
Acquaviva, Armando Bardales, Lillian Bini, Leonor Alvarez, Maria Giordano, Rina Rabinowitz, Jean Adams, Philips
Azenabor, Emma Tisnovskiy, Bhola P. Bishundat, David M. Bernstein, Elizabeth Alderman, Daryl Joseph Meehan, F
Barbaro, Suzanne J. Berger, Thomas J. Meehan, III, Jocelyne Ambroise, Doreen Lutter, Murray Bernstein, Richard D
Stephen Alderman, Nicholas Barbaro, Kevin W. Barry, John C. Buckley, Maureen Barry, Karium Ali, Judith M. Aik
Krystyna Boryczewski, Mary Barbieri, Mary Margaret Jurgens, Irene Bilcher, Norma Bernstein, Andrew Arias, Kevi
Susan Brady, Kathleen M Buckley, Ondina Bennett, Rosemarie Corvino, Joanne F. Betterly, Boris Bililovsky, Rosty
Tisnovskiy, Sharon Booker, All Plaintiffs, Lorraine Arias Beliveau, Yvonne V. Abdool, Miles Bilcher, Brian Barry, C
Leonid Tisnovskiy, Michele Boryczewski, Deena Burnett, John Benedetto, Anna M. Granville, Michael Jezycki, Rob
Bernstein, George Bonomo, Camille Doyle, Beverly Burnett, Basmattie Bishundat, Jane Alderman, Michael J. Allen,
Allen, Lauren Arias Lucchini, Rose Booker, Carol Barbaro, Luke C. Allen, Donald Arias, Joann Meehan, Frances Be
Benjamin Arroyo, William Doyle, Prakash Bhatt, Javier Burgos, Madelyn Allen, Cynthia Arnold, Michael Boryczew
Alario, Alfred Acquaviva, Thomas Burnett, Desiree A. Gerasimovich, Julia Boryczewski, Martha Burnett O'Brien, E
Barry, Jennifer D'Auria, Thomas Arias, Michael Girdano, Catherine Jezycki, Sonia Bonomo, John P. Baeszler, (597 i
1:03−cv−09849−GBD, 2467 in 1:03−md−01570−GBD−FM) Notice of Appeal, filed by All Plaintiffs, (795 in
1:03−cv−06978−GBD, 2459 in 1:03−md−01570−GBD−FM) Notice of Appeal,,,,,,,,, filed by Federal Insurance Com
in 1:04−cv−05970−GBD, 2457 in 1:03−md−01570−GBD−FM) Notice of Appeal, filed by All Plaintiffs, (596 in
1:03−cv−09849−GBD, 2466 in 1:03−md−01570−GBD−FM) Notice of Appeal, filed by All Plaintiffs, (2611 in
1:03−md−01570−GBD−FM) Amended Notice of Appeal filed by Pacific Indemnity Company, Federal Insurance Co
Vigilant Insurance Company, (2469 in 1:03−md−01570−GBD−FM) Notice of Appeal, filed by All Plaintiffs, (2456 i
1:03−md−01570−GBD−FM, 646 in 1:02−cv−06977−GBD) Notice of Appeal, filed by All Plaintiffs, ALL PLAINTI
in 1:03−md−01570−GBD−FM, 627 in 1:03−cv−09849−GBD) Amended Notice of Appeal, filed by Burnett Plaintiffs
1:03−md−01570−GBD−FM) Notice of Appeal,,, filed by Maxcor Financial Inc., Maxcor Financial Asset Manageme
Euro Brokers Inc., et al., Maxcor Information Inc., Euro Brokers Ltd., Euro Brokers Inc., Euro Brokers (Switzerland)
Maxcor Financial Group Inc., Euro Brokers Financial Services Limited, Euro Brokers Mexico, S.A. DE C.V., (2566
1:03−md−01570−GBD−FM) Notice of Appeal, filed by Euro Brokers Inc., et al., Euro Brokers Ltd., Euro Brokers In
Brokers (Switzerland) S.A., Euro Brokers Financial Services Limited, Euro Brokers Mexico, S.A. DE C.V., (2590 in
1:03−md−01570−GBD−FM, 417 in 1:04−cv−07065−GBD) Notice of Appeal,,, filed by C02e.com, LLC, Cantor Fitz
Securities, Espeed, Inc., eSpeed Government Securities, Inc., Cantor Fitzgerald Associates, L.P., Port Authority of N
and New Jersey, Cantor Fitzgerald Europe, Port Authority Trans − Hudson Corporation, Cantor Fitzgerald Partners, T
L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald & Co., WTC Retail LLC, Cantor Index Limited, Cantor Fi
L.P., Cantor Fitzgerald International, eSpeed Securities, Inc., (2564 in 1:03−md−01570−GBD−FM) Corrected Notice
filed by Federal Insurance Company, (2601 in 1:03−md−01570−GBD−FM) Amended Notice of Appeal, filed by Eur
Inc., et al., (2454 in 1:03−md−01570−GBD−FM, 501 in 1:04−cv−01923−GBD) Notice of Appeal, filed by All Plaint
in 1:03−md−01570−GBD−FM, 421 in 1:04−cv−07065−GBD) Amended Notice of Appeal,, filed by C02e.com, LLC
Fitzgerald Securities, Espeed, Inc., eSpeed Government Securities, Inc., Cantor Fitzgerald Associates, L.P., Cantor F
Europe, Cantor Fitzgerald Partners, TradeSpark, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald & Co., C
Limited, Cantor Fitzgerald, L.P., Cantor Fitzgerald International, eSpeed Securities, Inc., (418 in 1:04−cv−07065−G
1:03−md−01570−GBD−FM) Amended Notice of Appeal,,, filed by C02e.com, LLC, Cantor Fitzgerald Securities, Es
eSpeed Government Securities, Inc., Cantor Fitzgerald Associates, L.P., Port Authority of New York and New Jersey
Fitzgerald Europe, Port Authority Trans − Hudson Corporation, Cantor Fitzgerald Partners, TradeSpark, L.P., DMI
Administrative Services S.A., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald & Co., WTC Retail LLC, Cantor

| | | |
|---|---|---|
| | | Limited, Cantor Fitzgerald, L.P., Cantor Fitzgerald International, eSpeed Securities, Inc., (2471 in 1:03−md−01570−( Notice of Appeal, filed by All Plaintiffs, (420 in 1:04−cv−07065−GBD, 2603 in 1:03−md−01570−GBD−FM) Amend of Appeal,, filed by C02e.com, LLC, Cantor Fitzgerald Securities, Espeed, Inc., eSpeed Government Securities, Inc., Fitzgerald Associates, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald Partners, TradeSpark, L.P., Cantor Fitzgeral Brokerage, L.P., Cantor Fitzgerald & Co., Cantor Index Limited, Cantor Fitzgerald, L.P., Cantor Fitzgerald Internatic Securities, Inc., (2468 in 1:03−md−01570−GBD−FM) Notice of Appeal, filed by All Plaintiffs, (2563 in 1:03−md−01570−GBD−FM) Notice of Appeal, filed by Federal Insurance Company, (2470 in 1:03−md−01570−GBI Notice of Appeal, filed by All Plaintiffs USCA Case Number 11−3294(L). The appeal in the above captioned case fr judgment of the United States District Court for the Southern District of New York was argued on the district court's the parties' briefs. Upon consideration thereof,**IT IS HEREBY ORDERED, ADJUDGED** and **DECREED** that the of the district court is **AFFIRMED in part, VACATED in part and REMANDED** in accordance with the opinion court.Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 6/27/2013. (Attachments: # Opinion, # 2 USCA Opinion, # 3 USCA Opinion)Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(nd) M 6/28/2013 (nd). (Entered: 06/28/2013) |
| 28/2013 | 2733 | DISCOVERY ORDER: Pursuant to the conference held on June 28, 2013, it is hereby ORDERED that: Document di shall be completed by January 15, 2014. By September 20, 2013, Mr. Carter and Mr. Lewis shall submit a joint progr to the Court. The parties shall confer and submit a proposed briefing schedule regarding any motions to dismiss on co sovereign immunity grounds. Discovery as to any such movants will proceed while any such motion are pending. SO ORDERED. (Discovery due by 1/15/2014.) (Signed by Magistrate Judge Frank Maas on 6/28/2013) (rsh) (Entered: 0 |
| 28/2013 | | Minute Entry for proceedings held before Magistrate Judge Frank Maas: Discovery Hearing held on 6/28/2013. (Cha Richalyn) (Entered: 07/01/2013) |
| )2/2013 | 2734 | ORDER. It is hereby ORDERED and DECREED that: (1) Plaintiffs' Motion for Leave to File Second Amended Com GRANTED. Plaintiffs' Second Amended Complaint shall relate back to the filing of the Complaint on September 9, 2 be deemed as filed on that date; and, (2) Plaintiffs' Motion to Amend Exhibit A to Plaintiffs' Motion for Leave to File Amended Complaint is GRANTED. Paragraph 26 on Page 28 of the Second Amended Complaint is hereby amended follows: Joseph Carpeneto, named in his own right and as Personal Representative of the Estate of Joyce Ann Carpen surviving Brother of Joyce Ann Carpeneto, one of the Decedents murdered as a result of the terrorist attacks of Septe 2001, that were carried out by Defendants al−Qaeda and Osama bin Laden, Deceased, and to which Iran and the Iran Defendants provided material support and assistance in furtherance of the attacks. (3) The Clerk of the Court shall ma No. 2645 closed. Plaintiffs shall file a copy of the Second Amended Complaint, with the above correction included, v Clerk of Court upon the entry of this Order by the Court. Granting (2645) Motion to Amend/Correct in case 1:03−md−01570−GBD−FM; Granting (19) Motion to Amend/Correct in case 1:11−cv−07550−GBD. (Signed by Ma Judge Frank Maas on 7/2/2013) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD(rjm) 07/03/2013) |
| )2/2013 | 2735 | ORDER FOR ADMISSION PRO HAC VICE granting (2693) Motion for James Patrick McCoy to Appear Pro Hac V 1:03−md−01570−GBD−FM; Granting (27) Motion for James Patrick McCoy to Appear Pro Hac Vice in case 1:11−cv−07550−GBD. (Signed by Magistrate Judge Frank Maas on 7/2/2013) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD, 1:11−cv−07550−GBD (rjm) (Entered: 07/03/2013) |
| .1/2013 | 2736 | ORDER in case 1:03−md−01570−GBD−FM; denying (821) Motion to Strike in case 1:03−cv−06978−GBD; denying Strike in case 1:03−md−01570−GBD−FM. Defendants Kingdom of Saudi Arabia and the Saudi High Commission fo Bosnia & Herzegovina's Motion to Strike is DENIED. (Signed by Judge George B. Daniels on 7/10/2013) Filed In A Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD(ja) (Entered: 07/11/2013) |
| .1/2013 | 2737 | MOTION to Authorize Attachment and Execution Pursuant to 28 U.S.C. Section 1610(c). Document filed by Havlish (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A − Order of Judgment, # 3 Exhibit B − Order & Judgment, # − Certificate of Mailing, # 5 Exhibit D − DHL Returns of Service, # 6 Exhibit E − DHL Email, # 7 Exhibit F − Certif Mailing, # 8 Exhibit G − U.S. State Department Letter, # 9 Exhibit H − Confirmation of Service, # 10 Exhibit I − Cer Mailing, # 11 Exhibit J − Confirmation of Service, # 12 Exhibit K − Article)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(Mellon, Thomas) (Entered: 07/11/2013) |
| .1/2013 | 2738 | MEMORANDUM OF LAW in Support re: (389 in 1:03−cv−09848−GBD) MOTION to Authorize Attachment and E Pursuant to 28 U.S.C. Section 1610(c). MOTION to Authorize Attachment and Execution Pursuant to 28 U.S.C. Sect 1610(c). MOTION to Authorize Attachment and Execution Pursuant to 28 U.S.C. Section 1610(c).. Document filed b Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(Mellon, Thomas) (Entered 07/11/2013) |
| .1/2013 | 2744 | RETURN OF LETTERS ROGATORY (diplomatic note 1051−IE) as unexecuted as to Ayatollah Ali Khamenei Supr of Iran from Confederation of Switzerland.(tro) (Entered: 07/17/2013) |
| .1/2013 | 2745 | RETURN OF LETTERS ROGATORY (diplomatic note 1052−IE) as unexecuted as to Akbar Hashemi Rafsanjani Cl Expediency Discenment Council from Confederation of Switzerland.(tro) (Entered: 07/17/2013) |

| | | |
|---|---|---|
| .1/2013 | 2746 | RETURN OF LETTERS ROGATORY (diplomatic note 1053−IE) as unexecuted as to Hezbollah, an unincorporated from Confederation of Switzerland.(tro) (Entered: 07/17/2013) |
| .1/2013 | 2747 | RETURN OF LETTERS ROGATORY (diplomatic note 1054−IE) as unexecuted as to National Iranian Tanker Corp from Confederation of Switzerland.(tro) (Entered: 07/17/2013) |
| .1/2013 | 2748 | RETURN OF LETTERS ROGATORY (diplomatic note 1055−IE) as unexecuted as to National Iranian Oil Corporat Confederation of Switzerland. (tro) (Entered: 07/17/2013) |
| .1/2013 | 2749 | RETURN OF LETTERS ROGATORY (diplomatic note 1056−IE) as unexecuted as to National Iranian Gas Corpora Confederation of Switzerland.(tro) (Entered: 07/17/2013) |
| .1/2013 | 2750 | RETURN OF LETTERS ROGATORY (diplomatic note 1057−IE) as unexecuted as to Iran Airlines from Confederat Switzerland.(tro) (Entered: 07/17/2013) |
| .1/2013 | 2751 | RETURN OF LETTERS ROGATORY (diplomatic note 1058−IE) as unexecuted as to National Iranian Petrochemica from Confederation of Switzerland.(tro) (Entered: 07/17/2013) |
| .2/2013 | 2739 | ORDER: The conference initially scheduled for Tuesday, July 16, 2013, at 11:00 a.m. is adjourned until Thursday, Ja 2014, at 9:30 a.m. ( Status Conference set for 1/16/2014 at 09:30 AM before Judge George B. Daniels.) (Signed by Ju George B. Daniels on 7/11/2013) (ja) (Entered: 07/12/2013) |
| .2/2013 | 2740 | TRANSCRIPT of Proceedings re: CONFERENCE held on 6/28/2013 before Magistrate Judge Frank Maas. Court Reporter/Transcriber: Michael McDaniel, (212) 805−0300. Transcript may be viewed at the court public terminal or p through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 8/5/2013. Redacted Transcript Deadline set for 8/15/2013. Release Transcript Restriction set for 10/15/2013.(Rodriguez, Somari) (Entered: 07/12/2013) |
| .2/2013 | 2741 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERI proceeding held on 6/28/13 has been filed by the court reporter/transcriber in the above−captioned matter. The parties seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...( Somari) (Entered: 07/12/2013) |
| .5/2013 | 2742 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Alan R. Kabat dated 7/12/2013 re: The Plain Executive Committees and the Defendants' Executive Committee, on behalf of the Defendants who are currently befo Court ("Defendants"), respectfully submit their proposals for scheduling the next discovery conference: Monday, Aug 2013; and Tuesday, August 6, 2013. ENDORSEMENT: The discovery conference will be held 8/5 at noon, although sure what issues, if any, will be ripe since we held a conference on 6/28. (Status Conference set for 8/5/2013 at 12:00 Magistrate Judge Frank Maas.) (Signed by Magistrate Judge Frank Maas on 7/15/2013) (rsh) (Entered: 07/15/2013) |
| .7/2013 | 2743 | ORDER: The briefing schedule for the filing of any motions to dismiss asserting sovereign immunity defenses, inclu renewed motion to dismiss on common−law sovereign immunity grounds by Defendant Dr. Al−Swailem, shall be as Motion to Dismiss: Thursday, September 5, 2013; Opposition: Monday, October 7, 2013; Reply: Tuesday, October 2 (Motions due by 9/5/2013, Responses due by 10/7/2013, Replies due by 10/22/2013.) (Signed by Judge George B. Da 7/15/2013) (ja) (Entered: 07/17/2013) |
| 29/2013 | 2752 | CLERK CERTIFICATE OF MAILING of one copy of the Second Amended Complaint Summons Notice of Suit Pu CFR § 93.2; Copy of the Foreign Sovereign Immunities Act mailed to Ministry of Petroleum c/o H.E. Dr. Ali Akbar Minister of Foreign Affairs of the Islamic Republic of Iran Imam Khomeini Street Tehran, Iran on 07/29/2013 by DH #94−9375−3754, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immun U.S.C. § 1608(a)(3). (ca) (Entered: 07/29/2013) |
| 30/2013 | 2753 | ORDER: terminating (390) Motion to Dismiss in case 1:04−cv−05970−GBD; terminating [] Motion to Dismiss in ca 1:03−md−01570− GBD−FM. Plaintiffs having voluntarily dismissed Defendant Cherif Sedky with prejudice (ECF 4 Clerk of the Court is directed to close Defendant Cherif Sedky's Motion to Dismiss for Failure to State a Claim (ECF document relates to: Federal Insurance Co., et al. v. Al Qaida, et al., Case No. 04−cv−05970. SO ORDERED. (Signe George B. Daniels on 7/29/2013) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−05970−GBD(rsh 07/30/2013) |
| 30/2013 | 2754 | CLERK CERTIFICATE OF MAILING of one copy of the Second Amended Complaint Summons Notice of Suit Pu CFR § 93.2; Copy of the Foreign Sovereign Immunities Act mailed to Iran Airlines c/o H.E. Dr. Ali Akbar Salehi Mi Foreign Affairs of the Islamic Republic of Iran Imam Khomeini Street Tehran, Iran on JULY 30, 2013 by DHL track 94 9374 7476, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunitie U.S.C. § 1608(a)(3). (ca) (Entered: 07/30/2013) |
| 30/2013 | 2755 | CLERK CERTIFICATE OF MAILING of one copy of the Second Amended Complaint Summons Notice of Suit Pu CFR § 93.2; Copy of the Foreign Sovereign Immunities Act mailed to NATIONAL IRANIAN PETROCHEMICAL COMPANY c/o H.E. Dr. Ali Akbar Salehi Minister of Foreign Affairs of the Islamic Republic of Iran Imam Khomei |

| | | |
|---|---|---|
| | | Tehran, Iran on 7/30/2013 by DHL tracking # 94 9374 6533, to the head of the ministry of foreign affairs, pursuant to provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3). Filed In Associated Cases: 1:03−md−01570− 1:11−cv−07550−GBD(jvs) (Entered: 07/30/2013) |
| 30/2013 | 2756 | CLERK CERTIFICATE OF MAILING of one copy of the Second Amended Complaint Summons Notice of Suit Pu CFR § 93.2; Copy of the Foreign Sovereign Immunities Act mailed to National Iranian Tanker Corporation c/o H.E. Akbar Salehi Minister of Foreign Affairs of the Islamic Republic of Iran Imam Khomeini Street Tehran, Iran on JUL by DHL tracking # DHL 94 9374 5166, to the head of the ministry of foreign affairs, pursuant to the provisions of Fo Services Immunities Act, 28 U.S.C. § 1608(a)(3). (ca) (Entered: 07/30/2013) |
| 30/2013 | 2757 | CLERK CERTIFICATE OF MAILING of one copy of the Second Amended Complaint Summons Notice of Suit Pu CFR § 93.2; Copy of the Foreign Sovereign Immunities Act mailed to Central Bank Of Iran c/o H.E. Dr. Ali Akbar S Minister of Foreign Affairs of the Islamic Republic of Iran Imam Khomeini Street Tehran, Iran on JULY 30, 2013 by tracking # DHL 94 9376 0415, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Se Immunities Act, 28 U.S.C. § 1608(a)(3). (ca) (Entered: 07/30/2013) |
| 30/2013 | 2758 | CLERK CERTIFICATE OF MAILING of one copy of the Second Amended Complaint Summons Notice of Suit Pu CFR § 93.2; Copy of the Foreign Sovereign Immunities Act mailed to Iranian Ministry Of Commerce c/o H.E. Dr. A Salehi Minister of Foreign Affairs of the Islamic Republic of Iran Imam Khomeini Street Tehran, Iran on JULY 30, 2 DHL tracking # DHL 94 9375 4944, to the head of the ministry of foreign affairs, pursuant to the provisions of Forei Immunities Act, 28 U.S.C. § 1608(a)(3). (ca) (Entered: 07/30/2013) |
| 30/2013 | 2759 | CLERK CERTIFICATE OF MAILING of one copy of the Second Amended Complaint Summons Notice of Suit Pu CFR § 93.2; Copy of the Foreign Sovereign Immunities Act mailed to Iranian Ministry Of Economic Affairs and Fin H.E. Dr. Ali Akbar Salehi Minister of Foreign Affairs of the Islamic Republic of Iran Imam Khomeini Street Tehran, JULY 30, 2013 by DHL tracking # DHL 94 9375 2656, to the head of the ministry of foreign affairs, pursuant to the of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3). (ca) (Entered: 07/30/2013) |
| 30/2013 | 2760 | CLERK CERTIFICATE OF MAILING of one copy of the Second Amended Complaint Summons Notice of Suit Pu CFR § 93.2; Copy of the Foreign Sovereign Immunities Act mailed to Iranian Ministry Of Defense & Armed Forces c/o H.E. Dr. Ali Akbar Salehi Minister of Foreign Affairs of the Islamic Republic of Iran Imam Khomeini Street Teh JULY 30, 2013 by DHL tracking # DHL 94 9375 9155, to the head of the ministry of foreign affairs, pursuant to the of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3). (ca) (Entered: 07/30/2013) |
| 30/2013 | 2764 | CLERK CERTIFICATE OF MAILING of one copy of the SECOND AMENDED COMPLAINT, SUMMON, NOT SUIT PURSUANT TO 22 § 93.2, FOREIGN SOVEREIGN IMMUNITES ACT, ENGLISH AND FARSI TRANSL AFFIDAVIT mailed to HEZBOLLAH C/O H.E. Dr. Ali Akbar Salehi Minister of Foreign Affairs of the Islamic Rep Iran Imam Khomeini Street Tehran, Iran on 7/30/2013 by DHL tracking # 94 9376 1480, to the head of the ministry affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3). Filed In Associated C 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD(jvs) (Entered: 08/01/2013) |
| 30/2013 | 2765 | CLERK CERTIFICATE OF MAILING of one copy of the SECOND AMENDED COMPLAINT, SUMMON, NOT SUIT PURSUANT TO 22 § 93.2, FOREIGN SOVEREIGN IMMUNITES ACT, ENGLISH AND FARSI TRANSL AFFIDAVIT mailed to NATIONAL IARANIAN OIL COMPANY C/O H.E. ALI AKBAR SALEHI P.H. D, MINIS FOREIGN AFFAIRS, IMAM KHOMENINI STREET, TEHRAN, IRAN on 7/30/2013 by DHL tracking # 94 9373 head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 16 Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD(jvs) (Entered: 08/01/2013) |
| 30/2013 | 2766 | CLERK CERTIFICATE OF MAILING of one copy of the SECOND AMENDED COMPLAINT, SUMMON, NOT SUIT PURSUANT TO 22 § 93.2, FOREIGN SOVEREIGN IMMUNITES ACT, ENGLISH AND FARSI TRANSL AFFIDAVIT mailed to NATIONAL IRANIAN GAS COMPANY C/O H.E. ALI AKBAR SALEHI P.H. D, MINIST FOREIGN AFFAIRS, IMAM KHOMENINI STREET, TEHRAN, IRAN on 7/30/2013 by DHL tracking # 94 9374 head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 16 Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD(jvs) (Entered: 08/01/2013) |
| 30/2013 | 2767 | CLERK CERTIFICATE OF MAILING of one copy of the SECOND AMENDED COMPLAINT, SUMMON, NOT SUIT PURSUANT TO 22 § 93.2, FOREIGN SOVEREIGN IMMUNITES ACT, ENGLISH AND FARSI TRANSL AFFIDAVIT mailed to AYATOLLAH ALI HOSENEI KHAMENEI C/O H.E. ALI AKBAR SALEHI P.H. D, MINI FOREIGN AFFAIRS, IMAM KHOMENINI STREET, TEHRAN, IRAN on 7/30/2013 by DHL tracking # 94 9373 head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 16 Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD(jvs) (Entered: 08/01/2013) |
| 30/2013 | 2768 | CLERK CERTIFICATE OF MAILING of one copy of the SECOND AMENDED COMPLAINT, SUMMON, NOT SUIT PURSUANT TO 22 § 93.2, FOREIGN SOVEREIGN IMMUNITES ACT, ENGLISH AND FARSI TRANSL AFFIDAVIT mailed to ALI AKBAR HASHEMI RAFSANJANI C/O H.E. ALI AKBAR SALEHI P.H. D, MINIST FOREIGN AFFAIRS, IMAM KHOMENINI STREET, TEHRAN, IRAN on 7/30/2013 by DHL tracking # 94 9373 head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 16 |

| | | |
|---|---|---|
| | | Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD(jvs) (Entered: 08/01/2013) |
| 31/2013 | 2761 | CLERK CERTIFICATE OF MAILING of one copy of the SECOND AMENDED COMPLAINT, SUMMON, NOTI SUIT PURSUANT TO 22 § 93.2, FOREIGN SOVEREIGN IMMUNITES ACT, ENGLISH AND FARSI TRANSLA AFFIDAVIT mailed to ISLAMIC REVOLUTIONARY GUARD CORPS C/O H.E. ALI AKBAR SALEHI P.H. D, M OF FOREIGN AFFAIRS, IMAM KHOMENINI STREET, TEHRAN, IRAN on 7/30/2013 by DHL tracking # 94 93 the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3). Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD(jvs) (Entered: 07/31/2013 |
| 31/2013 | 2762 | CLERK CERTIFICATE OF MAILING of one copy of the SECOND AMENDED COMPLAINT, SUMMONS, NOT SUIT PURSUANT TO 22 § 93.2, FOREIGN SOVEREIGN IMMUNITES ACT, ENGLISH AND FARSI TRANSLA AFFIDAVIT mailed to ISLAMIC REPUBLIC OF IRAN C/O H.E. ALI AKBAR SALEHI PH D, MINISTRY OF FO AFFAIRS, IMAM KHOMENINI STREET, TEHRAN, IRAN on 7/31/2013 by DHL tracking # 94 9372 8602, to the ministry of foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3). Fi Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD(jvs) (Entered: 07/31/2013) |
| 31/2013 | 2763 | ORDER: The discovery conference originally scheduled for August 5, 2013, is adjourned to September 10, 2013, at 2 conference shall take place in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl S York, New York. SO ORDERED. (Status Conference set for 9/10/2013 at 02:00 PM in Courtroom 20A, 500 Pearl St York, NY 10007 before Magistrate Judge Frank Maas.) (Signed by Magistrate Judge Frank Maas on 7/30/2013) Cop Chambers. (rsh) (Entered: 07/31/2013) |
| 08/2013 | 2769 | Costs Taxed as to (394 in 1:04−cv−01076−GBD, 2732 in 1:03−md−01570−GBD−FM) USCA Mandate, USCA Case 11−3294(L). in the amount of $64.68. Docketed as Judgment #13, 1548 on 8/9/2013 in favor of Appellee Al Rajhi Ba Appellant Estate of John P. O'Neill, Sr., Carol O'Neill, Christine Irene O'Neill, Dorothy A. O'Neill and John Patrick O Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−01076−GBD.(tp) (Entered: 08/12/2013) |
| 15/2013 | 2770 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Martin McMahon dated 8/15/2013 re: Couns defendants who are in personal jurisdiction discovery, and counsel for Plaintiffs, have agreed to a joint request for a c extension of the deadline for serving jurisdictional discovery requests, from Thursday, August 15, 2013 to Thursday, 2013, with the deadline for defendant Yassin Kadi' s jurisdictional discovery requests to plaintiffs similarly extended week (from September 16, 2013 to September 23, 2013). ENDORSEMENT: APPLICATION GRANTED SO ORDE (Signed by Magistrate Judge Frank Maas on 8/15/2013) (rsh) (Entered: 08/15/2013) |
| 23/2013 | 2771 | ORDER in case 1:03−md−01570−GBD−FM; terminating (385) Motion to Dismiss in case 1:04−cv−07279−GBD; te Motion to Dismiss in case 1:03−md−01570−GBD−FM. Plaintiffs having voluntarily dismissed Defendant Cherif Sed prejudice (03 MDL 1570, ECF 402), the Clerk of the Court is directed to close Defendant Cherif Sedky's Motion to D Failure to State a Claim (ECF 385). (Signed by Judge George B. Daniels on 8/23/2013) Filed In Associated Cases: 1:04−cv−07279−GBD, 1:04−cv−07279−GBD(ja) (Entered: 08/23/2013) |
| 23/2013 | 2772 | ORDER denying 2270 Motion for Certificate of Appealability in case 1:03−md−01570−GBD−FM; denying 375 Mot Certificate of Appealability in case 1:04−cv−07279−GBD. Defendant Dubai Islamic Bank's ("DIB") motion for an or certifying an immediate appeal from this Court's June 17, 2010 order denying DIB's motion to dismiss pursuant to 28 1292(b) (ECF 766) is DENIED. (Signed by Judge George B. Daniels on 8/23/2013) Filed In Associated Cases: 1:04−cv−07279−GBD(tn) Modified on 8/23/2013 (tn). (Entered: 08/23/2013) |
| 29/2013 | 2773 | MOTION to Dismiss for Lack of Jurisdiction. Document filed by Abdul Rahman Al Swailem. Responses due by 10/ (Attachments: # 1 Text of Proposed Order)(Bernabei, Lynne) (Entered: 08/29/2013) |
| 29/2013 | 2774 | MEMORANDUM OF LAW in Support re: 2773 MOTION to Dismiss for Lack of Jurisdiction.. Document filed by A Rahman Al Swailem. (Bernabei, Lynne) (Entered: 08/29/2013) |
| 29/2013 | 2775 | DECLARATION of Alan R. Kabat in Support re: 2773 MOTION to Dismiss for Lack of Jurisdiction.. Document file Rahman Al Swailem. (Attachments: # 1 Exhibit 1−3, # 2 Exhibit 4−5)(Bernabei, Lynne) (Entered: 08/29/2013) |
| 04/2013 | 2776 | ORDER: The discovery conference scheduled for September 10, 2013 is adjourned. By September 13, 2013, the part submit a joint letter to my Chambers providing their availability for a further conference during the week of October (Signed by Magistrate Judge Frank Maas on 9/4/2013) Filed In Associated Cases: 1:03−md−01570−GBD−FM et al. By Chambers. (cd) (Entered: 09/05/2013) |
| 12/2013 | 2777 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Alan R. Kabat dated 9/12/2013 re: The Plain Executive Committees and the Defendants' Executive Committee respectfully submit this request pursuant to Your H Order dated September 4, 2013 (ECF No. 2776), directing the parties to submit a joint letter providing availability for conference during the week of October 28, 2013. Having conferred among counsel on both sides, the parties jointly r Your Honor schedule a conference for October 29, 2013. Given various counsels' travel arrangements, the parties fur that the conference begin at 11:00 am or later. ENDORSEMENT: Unfortunately, while counsel were consulting, my has been filling up. I am only available until 11:45 on 10/29, Alternatively, I could meet with counsel at 5 p.m. Pleas (Signed by Magistrate Judge Frank Maas on 9/12/2013) (djc) Modified on 9/12/2013 (djc). (Entered: 09/12/2013) |

| | | |
|---|---|---|
| .2/2013 | 2778 | ORDER: ORDERED and DECREED that: (1) A reasonable period of time has elapsed following the entry of the Orc Judgment as to liability against the Iranian Defendants on December 22, 2011, the entry of the final Order and Judgm damages on October 12, 2012, and the giving of notice of suchjudgments to the Iranian Defendants by the Havlish Pl diplomatic means on February 13, 2013, and May 22, 2013; (2) The requirements of 28 U.S.C. 1610(c) have been sat (3) The Havlish Plaintiffs, now judgment creditors, are authorized to pursue attachment in aid of execution of the Orc Judgment issued on October 12, 2012, against the Iranian Defendants by any means permitted by law. SO ORDEREI by Judge George B. Daniels on 9/12/2013) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848− (Entered: 09/12/2013) |
| .3/2013 | 2779 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Robert T. Haefele and Alan R. Kabat dated 9 re: The parties jointly request that Your Honor schedule a conference on October 29, 2013. ENDORSEMENT: So orc Status Conference set for 10/29/2013 at 10:00 AM before Magistrate Judge Frank Maas.) (Signed by Magistrate Judg Maas on 9/13/2013) (lmb) (Entered: 09/13/2013) |
| .9/2013 | | *****DELETED DOCUMENT. Deleted document number 2780 ENDORSED LETTER. The document was "in filed in this case. Document will be amended. (djc)** (Entered: 09/19/2013) |
| .9/2013 | 2780 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Robert T. Haefele and Alan R. Kabat dated 9 re: The Plaintiffs' Executive Committees and the Defendants' Executive Committee (on behalf of the Defendants curr discovery in this Court and those defendants remanded by the Court of Appeals for judicially−supervised jurisdiction discovery) respectfully submit this letter application with respect to the upcoming discovery deadlines.First, on Augu the parties served their jurisdictional discovery requests. The objections and responses are currently due on Septembe Due to the scope of these discovery requests, several of the remanded defendants request Your Honor's extending the submit the objections and responses by four weeks, up to and including October 21, 2013. Second, Your Honor previ granted the request of Yassin Kadi that he be allowed additional time to propound his jurisdictional discovery request plaintiffs. In light of the foregoing request for extension of time, counsel for Mr. Kadi requests an extension of time c additional week to propound his discovery requests, from September 23, 2013 to September 30, 2013. Counsel for pl consent to this request. Third, the parties have discussed whether a further extension of the January 15, 2014 deadline completing written discovery is necessary. ENDORSEMENT: All requests contained in this letter are granted. (Signe Magistrate Judge Frank Maas on 9/19/2013) (djc) Modified on 9/19/2013 (djc). (Entered: 09/19/2013) |
| 26/2013 | 2781 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Martin McMahon dated 9/26/2013 re: Throu oversight on my part, the entity Dallah Avco was not included in the recent application for an extension on jurisdictic discovery matters. Mr. Carter has agreed that we can be incorporated in the group seeking and securing that extension not have a problem with that, this letter of agreement will serve as evidence of your approval in including Dallah Avc order, ENDORSEMENT: Application Granted. (Signed by Magistrate Judge Frank Maas on 9/26/2013) (cd) (Enterec 09/27/2013) |
| 30/2013 | 2782 | ORDER in case 1:03−cv−09849−GBD; denying (566) Motion for Certificate of Appealability in case 1:03−cv−0697 Defendant Dubai Islamic Bank's motion for an order pursuant to 28 U.S.C. § 1292(b) authorizing an appeal from this Order (ECF 2252) denying DIB's motion to dismiss (ECF 955) is DENIED. The Clerk of the Court is ordered to clos motion (ECF 766). SO ORDERED.(Signed by Judge George B. Daniels on 9/30/2013) Filed In Associated Cases: 1:04−cv−01923−GBD et al.(ama) Modified on 9/30/2013 (ama). (Main Document 2782 replaced on 9/30/2013) (ama 09/30/2013) |
| 03/2013 | 2783 | STIPULATION AS TO EXTENSION OF TIME TO SUBMIT BRIEFING CONCERNING DR. ABDUL RAHMAN SWAILEM'S RENEWED MOTION TO DISMISS: IT IS HEREBY STIPULATED AND AGREED, by and betweer Federal insurance Plaintiffs and Defendant Dr. Al Swailem, by and through their undersigned counsel, that the time f Federal Insurance Plaintiffs to file their opposition to Dr. Al Swailem's renewed motion to dismiss shall be or before 2013. IT IS FURTHER HEREBY STIPULATED AND AGREED, that the time for Dr. Al Swailem to file his reply l likewise be extended and due on or before October 24, 2013. ( Responses due by 10/9/2013, Replies due by 10/24/20 (Signed by Magistrate Judge Frank Maas on 9/30/2013) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD(djc) (Entered: 10/03/2013) |
| 09/2013 | 2784 | MEMORANDUM OF LAW in Opposition re: 2773 MOTION to Dismiss for Lack of Jurisdiction.. Document filed b Insurance Company. (Attachments: # 1 Affidavit, # 2 Exhibit Exhibit 1, # 3 Exhibit Exhibit 2, # 4 Exhibit Exhibit 3, # Exhibit 4, # 6 Exhibit Exhibit 5, # 7 Exhibit Exhibit 6, # 8 Exhibit Exhibit 7, # 9 Exhibit Exhibit 8, # 10 Exhibit Exhi Exhibit Exhibit 10, # 12 Exhibit Exhibit 11, # 13 Exhibit Exhibit 12, # 14 Exhibit Exhibit 13, # 15 Exhibit Exhibit 14 Exhibit Exhibit 15)(Carter, Sean) (Entered: 10/09/2013) |
| 21/2013 | 2785 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Alan R. Kabat dated 10/17/2013 re: On beha defendants who are currently in jurisdictional discovery, I write to request Your Honor's endorsement of an extension deadline for the document production from Monday, October 21, 2013 to Monday, November 11, 2013. ENDORSEM APPLICATION GRANTED. (Signed by Magistrate Judge Frank Maas on 10/19/2013) (djc) (Entered: 10/21/2013) |
| 22/2013 | 2786 | ENDORSED LETTER addressed to Judge George B. Daniels, from Jerry S. Goldman, dated 10/17/2013, re: I repres plaintiffs in the O'Neill litigations and serve on the Plaintiffs' Executive Committee for Personal Injury and Death Cla |

| | | |
|---|---|---|
| | | November 2, 2004, my former colleague Gina M. MacNeill delivered a letter to Clerk of the Court J. Michael McMa concerning service of the Complaint in this action on the Syrian Arab Republic ("Syria") and the Republic of Sudan ( The Clerk served the Complaint and accompanying documents on Syria and Sudan in accordance with subsection (a) November 10, 2004. However, in the Certificate of Mailing filed by the Clerk the same day, the wrong subsection nu FSIA was listed. The Certificate listed subsection (a)(4), which concerns service via the U.S. Secretary of State, rathe subsection (a)(3). A copy of the inaccurate Certificate of Mailing, entry number 548 on the 03−MD−1570 docket, is herewith as Exhibit B. We request that the Court issue an order correcting the error in the original Certificate of Mail ENDORSEMENT: SO ORDERED. (Signed by Judge George B. Daniels on 10/22/2013) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−01922−GBD(ja) (Entered: 10/22/2013) |
| 23/2013 | 2787 | REPLY MEMORANDUM OF LAW in Support re: 2773 MOTION to Dismiss for Lack of Jurisdiction.. Document f Abdul Rahman Al Swailem. (Attachments: # 1 Exhibit 1−3)(Bernabei, Lynne) (Entered: 10/23/2013) |
| 24/2013 | 2788 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Alan R. Kabat dated 10/23/2013 re: The Plai Executive Committees and the Defendants' Executive Committee, on behalf of the defendants who are currently subj discovery, respectfully submit their proposals concerning the agenda for the October 29, 2013 discovery conference. ENDORSEMENT: We will discuss Sanabel, but not the other two issues on 10/29. (Signed by Magistrate Judge Fran 10/24/2013) (djc) (Entered: 10/24/2013) |
| 28/2013 | 2789 | Memorandum Decision and Report and Recommendation: For the foregoing reasons, the Plaintiffs' motions (ECF No 2700, 2701) are granted in part and denied in part. To summarize, my rulings and recommendations are as follows: 1. respect to Jelaidan, adverse inference sanctions are warranted, and the Plaintiffs are entitled to recover the reasonable costs they incurred in bringing the motion. 2.With respect to Rabita Trust, a default judgment should be entered. 3.W to Al Haramain (USA), sanctions are not warranted at this time, but the Plaintiffs may recover the expenses they reas incurred in bringing their motion. 4.With respect to Al Haramain (SA), a default judgment should be entered. (Signed Magistrate Judge Frank Maas on 10/28/2013)(Berman, Jennifer) (Main Document 2789 replaced on 10/29/2013) (rw 10/28/2013) |
| 28/2013 | 2869 | INTERNET CITATION NOTE: Material from decision with Internet citation re: 2789 Order. (fk) (Entered: 06/10/20 |
| 28/2013 | 2870 | INTERNET CITATION NOTE: Material from decision with Internet citation re: 2789 Order. (fk) (Entered: 06/10/20 |
| 28/2013 | 2871 | INTERNET CITATION NOTE: Material from decision with Internet citation re: 2789 Order. (fk) (Entered: 06/10/20 |
| 28/2013 | 2872 | INTERNET CITATION NOTE: Material from decision with Internet citation re: 2789 Order. (fk) (Entered: 06/10/20 |
| 29/2013 | | Minute Entry for proceedings held before Magistrate Judge Frank Maas: Discovery Hearing held on 10/29/2013. (Ch Richalyn) (Entered: 10/29/2013) |
| 29/2013 | 2790 | ORDER granting 2721 Motion for Mark J. Leimkuhler to Appear Pro Hac Vice (Maas, Frank) (Entered: 10/29/2013) |
| 30/2013 | 2791 | MEMO ENDORSEMENT ON MOTION FOR ADMISSION PRO HAC VICE: granting 2682 Motion for Waleed N Appear Pro Hac Vice. ENDORSEMENT: APPLICATION GRANTED.(Signed by Magistrate Judge Frank Maas on 10/29/2013) (djc) (Entered: 10/30/2013) |
| 30/2013 | 2792 | ORDER: Pursuant to the conference held on October 29, 2013, it is hereby ORDERED that: 1. The Court reserves de Plaintiffs' motion for sanctions against defendants Sana−Bell, Inc., and Sanabel Al Kheer, Inc. 2. By November 26, 2 Sana−Bell, Inc. and Sanabel Al Kheer, Inc. shall produce any additional documents in their possession, custody or co are responsive to the Plaintiffs' discovery requests. 3. A further conference shall be held on December 13, 2013, at 11 Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York. ( Conference set for 12/13/2013 at 11:00 AM in Courtroom 20A, 500 Pearl Street, New York, NY 10007 before Magis Frank Maas.) (Signed by Magistrate Judge Frank Maas on 10/30/2013) Copies Sent By Chambers to Honorable Geor Daniels. (djc) Modified on 10/31/2013 (djc). (Entered: 10/30/2013) |
| 01/2013 | 2793 | CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to Farouk Al−Shara at the following addre Al−Shara Foreign Minister of the Syrian Arab Republic, Muhareen Shora Ave, Damascus, Syria, on 11/10/04 by Reg Mail # RB 632 887 098. CLERK CERTIFICATE OF MAILING of Summons & Complaint mailed to Dr. Mustafa O Ismail at the following address: Dr. Mustafa Osman Ismail, Minister of External Relations, PO Box 873, Gamma St., Sudan on 11/10/04 by Registered Mail # RB 632 887 107. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−01922−GBD(jvs) (Entered: 11/01/2013) |
| 11/2013 | 2794 | MOTION for Reconsideration re; 2789 Order,,, *(Rule 72)*. Document filed by Wa'el Hamza Jalaidan.(McMahon, Ma (Entered: 11/11/2013) |
| 11/2013 | 2795 | MOTION for Reconsideration re; 2789 Order,,, *(Rule 72)*. Document filed by Rabita Trust.(McMahon, Martin) (Ente 11/11/2013) |

| | | |
|---|---|---|
| .2/2013 | 2796 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Christopher C.S. Manning dated 11/6/2013 r Sana−Bell, Inc. and Sanabel Al Kheer, Inc. ("Defendants"), with the consent of the Plaintiffs' Executive Committee, request an extension of time within which to produce their additional documents ordered to be produced by the Court 20, 2013 Order (Docket Entry Number 2792) until December 6, 2013. ENDORSEMENT: Approved. (Signed by Ma Judge Frank Maas on 11/12/2013) (djc) (Entered: 11/12/2013) |
| .2/2013 | 2797 | TRANSCRIPT of Proceedings re: CONFERENCE held on 10/29/2013 before Magistrate Judge Frank Maas. Court Reporter/Transcriber: Melissa Mormile, (212) 805−0300. Transcript may be viewed at the court public terminal or pu through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 12/6/2013. Redacted Transcript Deadline set for 12/16/2013. Relea Transcript Restriction set for 2/13/2014.(Rodriguez, Somari) (Entered: 11/12/2013) |
| .2/2013 | 2798 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERI proceeding held on 10/29/13 has been filed by the court reporter/transcriber in the above−captioned matter. The parti seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...( Somari) (Entered: 11/12/2013) |
| .2/2013 | 2799 | Objection re: 2789 Order,,, *(Report and Recommendatoin)*. Document filed by Al Haramain Islamic Foundation, Inc. (Attachments: # 1 Affidavit)(Bernabei, Lynne) (Entered: 11/12/2013) |
| .5/2013 | 2800 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Robert Haefele and Alan R. Kabat dated 11/ The Defendants' Executive Committee, on behalf of the defendants currently in discovery, and the Plaintiffs' Executiv Committees, write regarding two scheduling matters. First, at the October 29, 2013 conference, Your Honor requeste parties confer regarding the briefing schedule for letter applications. We have conferred and are in agreement that the briefing schedule should apply: (l) Letter applications will be served on both the Court and the opponent; (2) Opposit served on both the movant and the Court 3 weeks after service of the letter application; and (3) Replies will be servec the opponent and the Court 1 week after service of the opposition. Second, this Court set the next status conference fo December 13, 2013. However, counsel for several defendants who were unable to be present at the October 29 confer unavailable on that December date, and they request the favor of being able to raise pending discovery issues in Dece counsel are available On Friday, December 20, 2013, for a rescheduled discovery conference, assuming that Your Ho available on that date. We request your consideration of this alternative date. ENDORSEMENT: The conference is ad 12/20/13 at 11 a.m. ( Status Conference set for 12/20/2013 at 11:00 AM before Magistrate Judge Frank Maas.) (Signe Magistrate Judge Frank Maas on 11/15/2013) (djc) Modified on 11/18/2013 (djc). Modified on 11/19/2013 (djc). Mo 11/19/2013 (djc). (Entered: 11/18/2013) |
| :6/2013 | 2801 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Sean P. Carter dated 11/25/2013 re: Plaintiff respectfully request that the briefing schedule for the fee and cost applications be amended. ENDORSEMENT: The s forth below is adopted., ( Motions due by 1/10/2014., Responses due by 2/14/2014., Replies due by 2/24/2014.) (Sign Magistrate Judge Frank Maas on 11/26/2013) (lmb) (Entered: 11/26/2013) |
| :7/2013 | 2802 | ORDER in case 1:03−md−01570−GBD−FM; granting (63) Motion for Issuance of Letters Rogatory in case 1:11−cv−07550−GBD. It is hereby ORDERED and DECREED that Plaintiffs' Motion is GRANTED. This Court sha Letters Rogatory directed to the Islamic Republic of Iran, substantially similar in form to that attached as EXHIBIT A Plaintiffs' Motion, requesting assistance in serving the Order and Judgment issued by this Court, and the necessary accompanying documents, upon the following Defendants as further set forth in this order. The U.S. Department of S transmit the Letters Rogatory and the accompanying legal documents, including the translations, related to the Secon Complaint to the appropriate judicial authority of the Islamic Republic of Iran pursuant to § 1608(b)(3)(A). (Signed b Magistrate Judge Frank Maas on 11/26/2013) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−0755 (lmb) (Entered: 11/27/2013) |
| )2/2013 | 2803 | MEMORANDUM OF LAW in Opposition re: 2794 MOTION for Reconsideration re; 2789 Order,,, *(Rule 72)*. *Plain Response to Defendant Wa'el Jelaidan's Objection to Memorandum Decision and Report and Recommendation of Mo Judge Maas Dated October 28, 2013*. Document filed by All Plaintiffs. (Haefele, Robert) (Entered: 12/02/2013) |
| )2/2013 | 2804 | MEMORANDUM OF LAW in Opposition re: 2795 MOTION for Reconsideration re; 2789 Order,,, *(Rule 72)*. *Plain Response to Defendant Rabita Trusts Objection to Memorandum Decision and Report and Recommentation of Magis Maas Dated October 28, 2013*. Document filed by All Plaintiffs. (Haefele, Robert) (Entered: 12/02/2013) |
| )2/2013 | 2805 | OPPOSITION BRIEF re: 2799 Objection (non−motion) *Plaintiffs Response to Defendant Al Haramain Islamic Foun (USA)S Objection to Memorandum Decision and Report and Recommentation of Magistrate Judge Maas Dated Octo 2013*. Document filed by All Plaintiffs.(Haefele, Robert) (Entered: 12/02/2013) |
| .2/2013 | 2806 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Robert T. Haefele and Alan R. Kabat dated 1 re: The parties are in agreement that the following two motions are ripe for review at the December 20, 2013 discove conference: Defendants' motion to compel with respect to Plaintiffs' FOIA production; and 2. Defendant WAMY's m compel with respect to Plaintiffs' discovery responses ENDORSEMENT: Counsel who wish to attend the 12/20 conf telephone may do so. In advance of the conference, the PEC should suggest (at least to the DEC) possible revisions to |

| | | |
|---|---|---|
| | | discovery schedule and the DEC should respond. (Signed by Magistrate Judge Frank Maas on 12/12/2013) (djc) Moc 12/16/2013 (djc). (Entered: 12/13/2013) |
| .3/2013 | 2807 | CLERK CERTIFICATE OF MAILING of two copies of the NOTICE OF SUIT PREPARED IN ACCORDANCE W CFR § 93.2, SECOND AMENDED COMPLAINT, DEEMED FILED ON SEPTEMBER 9, 2011, COURT ORDER, DOCUMENT 2734, DATED JULY 2, 2013, SUMMONSES, LETTERS ROGATORY, AND APPLICABLE FSIA DOCUMENTS IN BOTH ENGLISH AND FARSI FOR EACH EIGHT DEFENDANTS AS WELL AS AN AFFID FROM THE TRANSLATOR. mailed to POLICY REVIEW & INTER−AGENCY LIASON, SEC. OF STATE DIR. CONSULAR SERV. (CAOCSPRI), U.S. DEPT. OF STATE SA−29, 4TH FLOOR, 2201 C ST. NW, WASHINGTO 20520 (AYATOLLAH ALI HOSEINI KHAMENEI) on 12/13/2013 by Federal Express tracking # 7973 8128 8144, Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of For Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD(jvs) (Entered: 12/13/2013) |
| .3/2013 | 2808 | CLERK CERTIFICATE OF MAILING of two copies of the NOTICE OF SUIT PREPARED IN ACCORDANCE W CFR § 93.2, SECOND AMENDED COMPLAINT, DEEMED FILED ON SEPTEMBER 9, 2011, COURT ORDER, DOCUMENT 2734, DATED JULY 2, 2013, SUMMONSES, LETTERS ROGATORY, AND APPLICABLE FSIA DOCUMENTS IN BOTH ENGLISH AND FARSI FOR EACH EIGHT DEFENDANTS AS WELL AS AN AFFID FROM THE TRANSLATOR. mailed to POLICY REVIEW & INTER−AGENCY LIASON, SEC. OF STATE DIR. CONSULAR SERV. (CAOCSPRI), U.S. DEPT. OF STATE SA−29, 4TH FLOOR, 2201 C ST. NW, WASHINGTO 20520 ALI AKBAR HASHEMI RAFSANJANI on 12/13/2013 by Federal Express tracking # 7973 8128 5075, to the of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of For Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD(jvs) (Entered: 12/13/2013) |
| .3/2013 | 2809 | CLERK CERTIFICATE OF MAILING of two copies of the NOTICE OF SUIT PREPARED IN ACCORDANCE W CFR § 93.2, SECOND AMENDED COMPLAINT, DEEMED FILED ON SEPTEMBER 9, 2011, COURT ORDER, DOCUMENT 2734, DATED JULY 2, 2013, SUMMONSES, LETTERS ROGATORY, AND APPLICABLE FSIA DOCUMENTS IN BOTH ENGLISH AND FARSI FOR EACH EIGHT DEFENDANTS AS WELL AS AN AFFID FROM THE TRANSLATOR mailed to POLICY REVIEW & INTER−AGENCY LIASON, SEC. OF STATE DIR. CONSULAR SERV. (CAOCSPRI), U.S. DEPT. OF STATE SA−29, 4TH FLOOR, 2201 C ST. NW, WASHINGTO 20520 (NATIONAL IRANIAN TANKER CORPORATION) on 12/13/2013 by Federal Express tracking # 7973 812 the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/ U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD(jvs) (Entered: 12/13/2013) |
| .3/2013 | 2810 | CLERK CERTIFICATE OF MAILING of two copies of the NOTICE OF SUIT PREPARED IN ACCORDANCE W CFR § 93.2, SECOND AMENDED COMPLAINT, DEEMED FILED ON SEPTEMBER 9, 2011, COURT ORDER, DOCUMENT 2734, DATED JULY 2, 2013, SUMMONSES, LETTERS ROGATORY, AND APPLICABLE FSIA DOCUMENTS IN BOTH ENGLISH AND FARSI FOR EACH EIGHT DEFENDANTS AS WELL AS AN AFFID FROM THE TRANSLATOR. mailed to POLICY REVIEW & INTER−AGENCY LIASON, SEC. OF STATE DIR. CONSULAR SERV. (CAOCSPRI), U.S. DEPT. OF STATE SA−29, 4TH FLOOR, 2201 C ST. NW, WASHINGTO 20520 mailed to POLICY REVIEW & INTER−AGENCY LIASON, SEC. OF STATE DIR. CONSULAR SERV. (CAOCSPRI), U.S. DEPT. OF STATE SA−29, 4TH FLOOR, 2201 C ST. NW, WASHINGTON, DC. 20520 (NATI IRANIAN OIL CORPORATION) on 12/13/2013 by Federal Express tracking # 7973 8123 5699, to the Secretary of Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immun 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD(jvs) (Entered 12/13/2013) |
| .3/2013 | 2811 | CLERK CERTIFICATE OF MAILING of two copies of the NOTICE OF SUIT PREPARED IN ACCORDANCE W CFR § 93.2, SECOND AMENDED COMPLAINT, DEEMED FILED ON SEPTEMBER 9, 2011, COURT ORDER, DOCUMENT 2734, DATED JULY 2, 2013, SUMMONSES, LETTERS ROGATORY, AND APPLICABLE FSIA DOCUMENTS IN BOTH ENGLISH AND FARSI FOR EACH EIGHT DEFENDANTS AS WELL AS AN AFFID FROM THE TRANSLATOR. mailed to POLICY REVIEW & INTER−AGENCY LIASON, SEC. OF STATE DIR. CONSULAR SERV. (CAOCSPRI), U.S. DEPT. OF STATE SA−29, 4TH FLOOR, 2201 C ST. NW, WASHINGTO 20520 ( NATIONAL IRANIAN GAS CORPORATION) on 12/13/2013 by Federal Express tracking # 7973 8126 69 Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of For Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD(jvs) (Entered: 12/13/2013) |

| | | |
|---|---|---|
| .3/2013 | 2812 | CLERK CERTIFICATE OF MAILING of two copies of the NOTICE OF SUIT PREPARED IN ACCORDANCE W CFR § 93.2, SECOND AMENDED COMPLAINT, DEEMED FILED ON SEPTEMBER 9, 2011, COURT ORDER, DOCUMENT 2734, DATED JULY 2, 2013, SUMMONSES, LETTERS ROGATORY, AND APPLICABLE FSIA DOCUMENTS IN BOTH ENGLISH AND FARSI FOR EACH EIGHT DEFENDANTS AS WELL AS AN AFFIDA FROM THE TRANSLATOR. mailed to Secretary of State, Attn: Director of Consular Services, Office of Policy Rev Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, ( NATIONAL IRANIAN PETROCHEMICAL COMPANY)on 12/13/2013 by Federal Express tracking # 7973 8127 the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/C U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions c Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD(jvs) (Entered: 12/13/2013) |
| .3/2013 | 2813 | CLERK CERTIFICATE OF MAILING of two copies of the NOTICE OF SUIT PREPARED IN ACCORDANCE W CFR § 93.2, SECOND AMENDED COMPLAINT, DEEMED FILED ON SEPTEMBER 9, 2011, COURT ORDER, DOCUMENT 2734, DATED JULY 2, 2013, SUMMONSES, LETTERS ROGATORY, AND APPLICABLE FSIA DOCUMENTS IN BOTH ENGLISH AND FARSI FOR EACH EIGHT DEFENDANTS AS WELL AS AN AFFIDA FROM THE TRANSLATOR mailed to POLICY REVIEW & INTER−AGENCY LIASON, SEC. OF STATE DIR. CONSULAR SERV. (CAOCSPRI), U.S. DEPT. OF STATE SA−29, 4TH FLOOR, 2201 C ST. NW, WASHINGTO 20520 mailed to Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency L (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520 (Iranian Ai 12/13/2013 by Federal Express tracking # 7973 8128 0213, to the Secretary of State, Attn: Director of Consular Serv of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Str Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filec Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD(jvs) (Entered: 12/13/2013) |
| .3/2013 | | CLERK CERTIFICATE OF MAILING RECEIVED for NOTICE OF SUIT PREPARED IN ACCORDANCE WITH 93.2; SECOND AMENDED COMPLAINT, DEEMED FILED ON 9/9/2011 (DOCKET NO. 42); COURT ORDER, DOCUMENT 2734, DATED 7/2/2013; SUMMONSES; LETTERS ROGATORY; APPLICABLE FSIA TEXT maile POLICY REVIEW & INTER−AGENCY LIASON, SEC. OF STATE DIR. CONSULAR SER. (CAOCSPRI), U.S. I STATE SA−29, 4TH FL., 2201 C ST. NW, WASHINGTON, DC 20520 (IRANIAN AIRLINES) on 12/13/2013 by F Express tracking # 7973 8128 0213, as per (2813 in 1:03−md−01570−GBD−FM) Clerk Certificate of Mailing, RECE 12/16/2013. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD(Kaliakina, Tatiana) (Ent 06/13/2014) |
| .3/2013 | | CLERK CERTIFICATE OF MAILING RECEIVED for NOTICE OF SUIT PREPARED IN ACCORDANCE WITH 93.2; SECOND AMENDED COMPLAINT, DEEMED FILED ON 9/9/2011 (DOCKET NO. 42); COURT ORDER, DOCUMENT 2734, DATED 7/2/2013; SUMMONSES; LETTERS ROGATORY; APPLICABLE FSIA TEXT maile POLICY REVIEW & INTER−AGENCY LIASON, SEC. OF STATE DIR. CONSULAR SER. (CAOCSPRI), U.S. I STATE SA−29, 4TH FL., 2201 C ST. NW, WASHINGTON, DC 20520 (NATIONAL IRANIAN OIL CORPORAT 12/13/2013 by Federal Express tracking # 7973 8123 5699, as per (2810 in 1:03−md−01570−GBD−FM) Clerk Certif Mailing, RECEIVED ON: 12/16/2013. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD(Kaliakina, Tatiana) (Entered: 06/13/2014) |
| .3/2013 | | CLERK CERTIFICATE OF MAILING RECEIVED for NOTICE OF SUIT PREPARED IN ACCORDANCE WITH 93.2; SECOND AMENDED COPLAINT, DEEMED FILED ON 9/9/2011 (DOCKET NO. 42); COURT ORDER, DOCUMENT 2734, DATED 7/2/2013; SUMMONSES; LETTERS ROGATORY; APPLICABLE FSIA TEXT maile POLICY REVIEW & INTER−AGENCY LIASON, SEC. OF STATE DIR. CONSULAR SERV. (CAOCSPRI), U.S STATE SA−29, 4TH FL., 2201 C ST. NW, WASHINGTON, DC 20520 (AYATOLLAH ALI HOSAINI KHAMEN 12/13/2013 by Federal Express tracking # 7973 8128 8144, as per (2807 in 1:03−md−01570−GBD−FM) Clerk Certif Mailing, RECEIVED ON: 12/16/2014. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD(Kaliakina, Tatiana) (Entered: 06/13/2014) |
| .3/2013 | | CLERK CERTIFICATE OF MAILING RECEIVED for NOTICE OF SUIT PREPARED IN ACCORDANCE WITH 93.2; SECOND AMENDED COPLAINT, DEEMED FILED ON 9/9/2011 (DOCKET NO. 42); COURT ORDER, DOCUMENT 2734, DATED 7/2/2013; SUMMONSES; LETTERS ROGATORY; APPLICABLE FSIA TEXT maile POLICY REVIEW & INTER−AGENCY LIASON, SEC. OF STATE DIR. CONSULAR SERV. (CAOCSPRI), U.S STATE SA−29, 4TH FL., 2201 C ST. NW, WASHINGTON, DC 20520 (NATIONAL IRANIAN GAS CORPORAT 12/13/2013 by Federal Express tracking # 7973 8126 6996, as per (2811 in 1:03−md−01570−GBD−FM) Clerk Certif Mailing, RECEIVED ON: 12/16/2013. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD(Kaliakina, Tatiana) (Entered: 06/13/2014) |
| .3/2013 | | CLERK CERTIFICATE OF MAILING RECEIVED for NOTICE OF SUIT PREPARED IN ACCORDANCE WITH 93.2; SECOND AMENDED COPLAINT, DEEMED FILED ON 9/9/2011 (DOCKET NO. 42); COURT ORDER, DOCUMENT 2734, DATED 7/2/2013; SUMMONSES; LETTERS ROGATORY; APPLICABLE FSIA TEXT maile POLICY REVIEW & INTER−AGENCY LIASON, SEC. OF STATE DIR. CONSULAR SERV. (CAOCSPRI), U.S STATE SA−29, 4TH FL., 2201 C ST. NW, WASHINGTON, DC 20520 (NATIONAL IRANIAN PETROCHEMICA |

| | | |
|---|---|---|
| | | COMPANY) on 12/13/2013 by Federal Express tracking # 7973 8127 6276, as per (2812 in 1:03−md−01570−GBD− Certificate of Mailing, RECEIVED ON: 12/16/2013. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD(Kaliakina, Tatiana) (Entered: 06/13/2014) |
| .3/2013 | | CLERK CERTIFICATE OF MAILING RECEIVED for NOTICE OF SUIT PREPARED IN ACCORDANCE WITH 93.2; SECOND AMENDED COPLAINT, DEEMED FILED ON 9/9/2011 (DOCKET NO. 42); COURT ORDER, DOCUMENT 2734, DATED 7/2/2013; SUMMONSES; LETTERS ROGATORY; APPLICABLE FSIA TEXT mail POLICY REVIEW & INTER−AGENCY LIASON, SEC. OF STATE DIR. CONSULAR SERV. (CACSPRI), U.S. I STATE SA−29, 4TH FL. NW, WASHINGTON, DC 20520 (ALI AKBAR HASHEMI RAFSANJANI) on 12/13/201 Federal Express tracking # 7973 8128 5075, as per (2808 in 1:03−md−01570−GBD−FM) Clerk Certificate of Mailin RECEIVED ON: 12/16/2013. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD(Kaliak Tatiana) (Entered: 06/13/2014) |
| .3/2013 | | CLERK CERTIFICATE OF MAILING RECEIVED for NOTICE OF SUIT PREPARED IN ACCORDANCE WITH 93.2; SECOND AMENDED COPLAINT, DEEMED FILED ON 9/9/2011 (DOCKET NO. 42); COURT ORDER, DOCUMENT 2734, DATED JULY 2, 2013; SUMMONSES; LETTERS ROGATORY; APPLICABLE FSIA TEXT POLICY REVIEW & INTER−AGENCY LIASON, SEC. OF STATE DIR. CONSULAR SERV. (CAOCSPRI), U.S STATE SA−29, 4TH FL., 2201 C ST. NW, WASHINGTON, DC 20520 (NATIONAL IRANIAN TANKER CORPC on 12/13/2013 by Federal Express tracking # 7973 8127 2535, as per (2809 in 1:03−md−01570−GBD−FM) Clerk Ce Mailing, RECEIVED ON: 12/16/2013. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD(Kaliakina, Tatiana) (Entered: 06/18/2014) |
| .9/2013 | 2814 | OPINION of USCA as to (2587 in 1:03−md−01570−GBD−FM) Notice of Appeal, filed by Vigilant Insurance Comp Federal Insurance Company, Pacific Indemnity Company USCA Case Number 12−1318−cv(L). Appeal from an orde United States District Court for the Southern District of New York denying the plaintiff's Rule 60(b) motion to reope District Court's judgment dismissing sovereign defendants pursuant to the Foreign Sovereign Immunities Act. We ho District Court's decision rested on an error of law and the motion should have been granted. Accordingly, we REVER order denying the Rule 60(b) motion and REMAND to the District Court for further proceedings consistent with this Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 12/19/2013. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD, 1:03−cv−08591−GBD, 1:04−cv−07216−GBD(nd) (Entered: 12 |
| 20/2013 | | Minute Entry for proceedings held before Magistrate Judge Frank Maas: Discovery Hearing held on 12/20/2013. (Ch Richalyn) (Entered: 12/30/2013) |
| 26/2013 | 2815 | ORDER: Pursuant to the conference held on December 20, 2013, it is hereby ORDERED that: 1. Plaintiffs shall, to tl possible, re−produce all FOIA correspondence and agency responses in a manner that indicates which agency produc documents, when they were produced, and the FOIA requests to which they respond. 2. Plaintiffs shall update their w responses to WAMY's document requests by stating whether any responsive documents have been withheld on the ba objections to the requests. 3. The deadline by which all document discovery is to be completed is extended to March A further conference shall be held on February 19, 2014, at 11 a.m., in Courtroom 20A of the Daniel Patrick Moyniha States Courthouse, 500 Pearl Street, New York, New York. (Status Conference set for 2/19/2014 at 11:00 AM in Cou 20A before Magistrate Judge Frank Maas.) (Discovery due by 3/11/2014.) (Signed by Magistrate Judge Frank Maas c 12/26/2013) Copies Sent By Chambers to Honorable George B. Daniels. (djc) Modified on 12/26/2013 (djc). Modifie 12/26/2013 (djc). (Entered: 12/26/2013) |
| 31/2013 | 2816 | NOTICE OF APPEARANCE by Peter Charles Salerno on behalf of Yassin Abdullah Al Kadi, Yassin Abdullah Al−I In Associated Cases: 1:03−md−01570−GBD−FM et al.(Salerno, Peter) (Entered: 12/31/2013) |
| 02/2014 | 2817 | ORDER granting 2263 Motion to Withdraw as Attorney. Attorney Jamie Steven Kilberg terminated (HEREBY ORD Magistrate Judge Frank Maas)(Text Only Order) (Maas, Frank) (Entered: 01/02/2014) |
| 02/2014 | 2818 | ORDER granting 2685 Motion for Dennis George Pantazis to Appear Pro Hac Vice (HEREBY ORDERED by Magis Frank Maas)(Text Only Order) (Maas, Frank) (Entered: 01/02/2014) |
| 02/2014 | 2819 | ORDER granting 2687 Motion for Dennis George Pantazis to Appear Pro Hac Vice (HEREBY ORDERED by Magis Frank Maas)(Text Only Order) (Maas, Frank) (Entered: 01/02/2014) |
| 02/2014 | 2820 | NOTICE OF CHANGE OF ADDRESS by Amy Rothstein on behalf of Yassin Abdullah Al Kadi, Yassin Abdullah A Yassin Abdullah Kadi. New Address: Salerno & Rothstein, 221 Schultz Hill Road, Pine Plains, NY, USA 12567, 518−771−3050. (Rothstein, Amy) (Entered: 01/02/2014) |
| 02/2014 | 2821 | NOTICE OF CHANGE OF ADDRESS by Peter Charles Salerno on behalf of Yassin Abdullah Al Kadi, Yassin Abdu Al−Kadi, Yassin Abdullah Kadi. New Address: Salerno & Rothstein, 221 Schultz Hill Road, Pine Plains, NY, USA 1 518−771−3050. Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Salerno, Peter) (Entered: 01/02/2014) |
| 09/2014 | 2822 | TRANSCRIPT of Proceedings re: CONFERENCE held on 12/20/2013 before Magistrate Judge Frank Maas. Court Reporter/Transcriber: Linda Fisher, (212) 805−0300. Transcript may be viewed at the court public terminal or purcha through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma |

| | | |
|---|---|---|
| | | obtained through PACER. Redaction Request due 2/3/2014. Redacted Transcript Deadline set for 2/13/2014. Release Transcript Restriction set for 4/14/2014.(Rodriguez, Somari) (Entered: 01/09/2014) |
| )9/2014 | 2823 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERI proceeding held on 12/20/13 has been filed by the court reporter/transcriber in the above−captioned matter. The parti seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...( Somari) (Entered: 01/09/2014) |
| )9/2014 | 2824 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from 1/9/2014 dated 1/9/2014 re: Under the curre the PEC's fee petitions related to Your Honor's order imposing sanctions (ECF No. 2789) is due on 1/10/2014. Plaint that the deadline be adjourned two weeks to 1/24/2014. ENDORSEMENT: Approved. (Signed by Magistrate Judge F on 1/9/2014) (tro) (Entered: 01/10/2014) |
| )9/2014 | | Set/Reset Deadlines: Motions due by 1/24/2014. (tro) (Entered: 01/10/2014) |
| .0/2014 | 2825 | MOTION for Mark A. Hiller to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208−9246838. **Motion a supporting papers to be reviewed by Clerk's Office staff.** Document filed by Saudi High Commission. (Attachme Exhibit Order for Admission Pro Hac Vice, # 2 Exhibit Certificates of Good Standing)(Robbins, Lawrence) (Entered 01/10/2014) |
| .0/2014 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 2825 MOTION for Mark Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208−9246838. Motion and supporting papers to be by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 01/10/20 |
| .4/2014 | 2826 | MANDATE of USCA (Certified Copy) as to (433 in 1:04−cv−07279−GBD) Notice of Appeal,,, filed by Maxcor Fin Group Inc., Maxcor Financial Inc., Maxcor Information Inc., Euro Brokers (Switzerland) S.A., Euro Brokers Inc., et a Brokers Financial Services Limited, Maxcor Financial Asset Management Inc., Euro Brokers Inc., Euro Brokers Mex DE C.V., Euro Brokers Ltd., (2590 in 1:03−md−01570−GBD−FM, 417 in 1:04−cv−07065−GBD) Notice of Appeal,, WTC Retail LLC, Cantor Fitzgerald Partners, Cantor Fitzgerald Securities, Espeed, Inc., Cantor Index Limited, eSpe Government Securities, Inc., Cantor Fitzgerald, L.P., TradeSpark, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald A L.P., Cantor Fitzgerald International, eSpeed Securities, Inc., Port Authority Trans − Hudson Corporation, Cantor Fit Brokerage, L.P., C02e.com, LLC, Port Authority of New York and New Jersey, Cantor Fitzgerald & Co., (2587 in 1:03−md−01570−GBD−FM) Notice of Appeal, filed by Vigilant Insurance Company, Pacific Indemnity Company, F Insurance Company, (310 in 1:04−cv−01922−GBD, 2589 in 1:03−md−01570−GBD−FM) Corrected Notice of Appe C. O'Neill, D. A. O'Neill, C. I. O'Neill, J. P. O'Neill, Jr., Esate of John P. O'Neill, Sr., (434 in 1:04−cv−05970−GBD) Appeal,,, filed by Transcontinental Insurance Company, American Casualty Company of Reading, Pennsylvania, Nat Insurance Company of Hartford, Transportation Insurance Company USCA Case Number 12−1318(L); 12−1350 (co 12−1441 (con); 12−1476 (con); 12−1477 (con); 12−1519 (con). Ordered, Adjudged and Decreed that the order of the Court denying the Rule 60(b) motion is REVERSED and REMANDED in accordance with the opinion of this court. O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 01/14/2014. (Attachments: # 1 Opinion)Fil Associated Cases: 1:03−md−01570−GBD−FM et al.(nd) (Entered: 01/15/2014) |
| .5/2014 | 2827 | ORDER FOR ADMISSION PRO HAC VICE granting (2825) Motion for Mark A. Hiller to Appear Pro Hac Vice in 1:03−md−01570−GBD−FM. (Signed by Judge George B. Daniels on 1/15/2014) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD (ja) (Entered: 01/15/2014) |
| .7/2014 | 2828 | ORDER: The conference initially scheduled for Thursday, January 16, 2014 is adjourned until Thursday, April 24, 2( 11:00 a.m. (Status Conference set for 4/24/2014 at 11:00 AM before Judge George B. Daniels.) (Signed by Judge Ge Daniels on 1/17/2014) Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(ja) (Entered: 01/17/2014) |
| 24/2014 | 2829 | MOTION for Attorney Fees *Notice of Plaintiff's Application for Attorneys' Fees and Expenses Pursuant to Report an Recommendation of October 28, 2013*. Document filed by All Plaintiffs(on behalfof themselves and all others similal situated).Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Haefele, Robert) (Entered: 01/24/2014) |
| 24/2014 | 2830 | MEMORANDUM OF LAW in Support re: (75 in 1:11−cv−07550−GBD) MOTION for Attorney Fees *Notice of Plai Application for Attorneys' Fees and Expenses Pursuant to Report and Recommendation of October 28, 2013*.. Docum ALL PLAINTIFFS. Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Haefele, Robert) (Entered: 01/24/2 |
| 24/2014 | 2831 | DECLARATION of Robert T. Haefele in Support re: (75 in 1:11−cv−07550−GBD) MOTION for Attorney Fees *Not Plaintiff's Application for Attorneys' Fees and Expenses Pursuant to Report and Recommendation of October 28, 201* Document filed by ALL PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit B1, # 3 Exhibit B2, # 4 Exhibit B3, B4, # 6 Exhibit C1, # 7 Exhibit C2, # 8 Exhibit C3, # 9 Exhibit D, # 10 Exhibit E, # 11 Exhibit F, # 12 Exhibit G, # 1 H, # 14 Exhibit I, # 15 Exhibit J, # 16 Exhibit K, # 17 Exhibit L, # 18 Exhibit M, # 19 Exhibit N, # 20 Exhibit O, # 2 P)Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Haefele, Robert) (Entered: 01/24/2014) |
| 31/2014 | 2832 | NOTICE OF APPEARANCE by Timothy James McCarthy on behalf of Dar−al−maal Al Islami, DMI Administrativ S.A., Dar Al Maal Al Islami, Daral Maal Al Islami Trust, Daral Maal Al Islami Trust, Dar Al Maal Al Islami, Dar−A |

| | | |
|---|---|---|
| | | Islami, DMI Administrative Services, S.A., Dar Al Maal Islami Trust, Dar Al Maal Islami, DMI Trust, Dar Al Maal Trust. Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(McCarthy, Timothy) (Entered: 01/31/2014) |
| 31/2014 | 2833 | NOTICE OF APPEARANCE by Aimee Rebecca Kahn on behalf of Dar−al−maal Al Islami, DMI Administrative Se Dar Al Maal Al Islami, Daral Maal Al Islami Trust, Daral Maal Al Islami Trust, Dar Al Maal Al Islami, Dar−Al−Ma Islami, DMI Administrative Services, S.A., Dar Al Maal Islami Trust, Dar Al Maal Islami, DMI Trust, Dar Al Maal Trust. Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Kahn, Aimee) (Entered: 01/31/2014) |
| 14/2014 | 2834 | MEMORANDUM OF LAW in Opposition re: 2829 MOTION for Attorney Fees *Notice of Plaintiff's Application for Fees and Expenses Pursuant to Report and Recommendation of October 28, 2013.*. Document filed by Wael Jalaidan (McMahon, Martin) (Entered: 02/14/2014) |
| 14/2014 | 2835 | MEMORANDUM OF LAW in Opposition re: 2829 MOTION for Attorney Fees *Notice of Plaintiff's Application for Fees and Expenses Pursuant to Report and Recommendation of October 28, 2013.*. Document filed by Al Haramain Foundation, Inc.. (Bernabei, Lynne) (Entered: 02/14/2014) |
| 14/2014 | 2836 | DECLARATION of Alan R. Kabat in Opposition re: 2829 MOTION for Attorney Fees *Notice of Plaintiff's Applicati Attorneys' Fees and Expenses Pursuant to Report and Recommendation of October 28, 2013.*. Document filed by Al Islamic Foundation, Inc.. (Bernabei, Lynne) (Entered: 02/14/2014) |
| 19/2014 | | Minute Entry for proceedings held before Magistrate Judge Frank Maas: Discovery Hearing held on 2/19/2014. (Cha Richalyn) (Entered: 02/19/2014) |
| 19/2014 | 2837 | ORDER: Pursuant to the conference held on February 18, 2014, it is hereby ORDERED that: 1. The deadline by whi document discovery is to be completed is extended to June 30, 2014. This deadline shall apply uniformly to all partie ruling in Paragraph 2 of my December 26, 2013 order shall apply reciprocally to both plaintiffs and defendants. Spec both parties shall update their written responses to their adversaries' FOIA requests by stating whether they have with responsive documents on the basis of their objections to the requests. 3. A further conference shall be held in Courtro the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, immediately followi Daniels' conference on April 24, 2014, at 11 a.m. ( Discovery due by 6/30/2014., Status Conference set for 4/24/2014 AM in Courtroom 20A, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Frank Maas.) (Signed by M Judge Frank Maas on 2/19/2014) Copies Sent By Chambers. (mro) (Entered: 02/20/2014) |
| 24/2014 | 2838 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Robert T. Haefele dated 2/24/2014 re: The P Executive Committees request a two week extension, to March 10, 2014, to file the plaintiffs' reply to the oppositions Jelaidan and Al Haramain concerning plaintiffs' fee application. ENDORSEMENT: Application granted., ( Replies d 3/10/2014.) (Signed by Magistrate Judge Frank Maas on 2/24/2014) (lmb) (Entered: 02/25/2014) |
| 07/2014 | 2839 | TRANSCRIPT of Proceedings re: CONFERENCE held on 2/19/2014 before Magistrate Judge Frank Maas. Court Reporter/Transcriber: Samuel Mauro, (212) 805−0300. Transcript may be viewed at the court public terminal or purc through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 3/31/2014. Redacted Transcript Deadline set for 4/10/2014. Releas Transcript Restriction set for 6/9/2014.(Rodriguez, Somari) (Entered: 03/07/2014) |
| 07/2014 | 2840 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFER proceeding held on 2/19/14 has been filed by the court reporter/transcriber in the above−captioned matter. The partie seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...( Somari) (Entered: 03/07/2014) |
| 10/2014 | 2841 | REPLY MEMORANDUM OF LAW in Support re: (327 in 1:03−cv−05071−GBD, 560 in 1:04−cv−01923−GBD, 32 1:03−cv−07036−GBD, 333 in 1:02−cv−07300−GBD−FM, 345 in 1:04−cv−01922−GBD, 2829 in 1:03−md−01570− 485 in 1:04−cv−07279−GBD, 484 in 1:04−cv−05970−GBD, 509 in 1:04−cv−06105−GBD, 299 in 1:04−cv−07216− in 1:02−cv−06977−GBD, 884 in 1:03−cv−06978−GBD, 398 in 1:04−cv−01076−GBD, 297 in 1:03−cv−08591−GBD 1:03−cv−09849−GBD) MOTION for Attorney Fees *Notice of Plaintiff's Application for Attorneys' Fees and Expense to Report and Recommendation of October 28, 2013. Reply Memorandum of Law in Further Support of Plaintiffs' Ap for Attorneys' Fees and Expenses Pursuant to Report and Recommendation of October 28, 2013*. Document filed by Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Haefele, Robert) (Entered: 03/10/2014) |
| 10/2014 | 2842 | DECLARATION of Robert T. Haefele in Support re: (323 in 1:03−cv−07036−GBD, 333 in 1:02−cv−07300−GBD− 1:04−cv−07279−GBD, 299 in 1:04−cv−07216−GBD, 398 in 1:04−cv−01076−GBD, 327 in 1:03−cv−05071−GBD, 5 1:04−cv−01923−GBD, 345 in 1:04−cv−01922−GBD, 2829 in 1:03−md−01570−GBD−FM, 484 in 1:04−cv−05970− in 1:04−cv−06105−GBD, 721 in 1:02−cv−06977−GBD, 449 in 1:04−cv−07280−GBD, 884 in 1:03−cv−06978−GBD 1:03−cv−08591−GBD, 678 in 1:03−cv−09849−GBD) MOTION for Attorney Fees *Notice of Plaintiff's Application f Attorneys' Fees and Expenses Pursuant to Report and Recommendation of October 28, 2013.*. Document filed by All (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 |

| | | |
|---|---|---|
| | | # 17 Exhibit Q, # 18 Exhibit R)Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Haefele, Robert) (Entere 03/10/2014) |
| .0/2014 | 2843 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Robert T. Haefele dated 3/7/2014 re: In lieu two briefs with 10−page limits in response to each of the two defendants, plaintiffs request Your Honor's permission single brief with a 14 page limit. ENDORSEMENT: Application granted. So ordered. (Signed by Magistrate Judge F on 3/10/2014) (rjm) (Entered: 03/11/2014) |
| .8/2014 | 2844 | CONSENT MOTION for Leave to File Sur−Reply Brief *(Plaintiffs' Fee Petition)*. Document filed by Al Haramain Is Foundation, Inc..(Bernabei, Lynne) (Entered: 03/18/2014) |
| .8/2014 | 2845 | MEMORANDUM OF LAW in Support re: 2844 CONSENT MOTION for Leave to File Sur−Reply Brief *(Plaintiffs Petition)*.. Document filed by Al Haramain Islamic Foundation, Inc.. (Attachments: # 1 Exhibit)(Bernabei, Lynne) (E 03/18/2014) |
| 25/2014 | 2846 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Omar T. Mohammedi dated 3/18/2014 re: W requests that this court strike Plaintiffs' motion to compel as not ripe for judicial intervention and direct Plaintiffs to r W AMY and other Defendants to address the specific issues addressed in their motion first. ENDORSEMENT: The i in the motion have previously been raised with me and can scarcely come as a surprise to WAMY. The request to stri motion is therefore DENIED. (Signed by Magistrate Judge Frank Maas on 3/24/2014) (lmb) (Entered: 03/25/2014) |
| 25/2014 | 2847 | MEMORANDUM OF LAW in Opposition re: 2844 CONSENT MOTION for Leave to File Sur−Reply Brief *(Plaint Petition)*. *Memorandum of Law in Opposition to Al Haramain's "Unopposed" Motion for Leave to File Sur−Reply Br Concerning Plaintiffs' Fee Petition*. Document filed by All Plaintiffs. (Haefele, Robert) (Entered: 03/25/2014) |
| 25/2014 | 2848 | REPLY MEMORANDUM OF LAW in Support re: 2844 CONSENT MOTION for Leave to File Sur−Reply Brief *(I Fee Petition)*.. Document filed by Al Haramain Islamic Foundation, Inc.. (Bernabei, Lynne) (Entered: 03/25/2014) |
| )7/2014 | | RETURN OF LETTERS ROGATORY Embassy note number 22956 dated 2/5/2014 transmitted to Swiss Ministry o Affairs on 2/6/2014 for further transmission to the American Interests Section of the Swiss Embassy in Tehran, Iran; Ayatollah Ali Khameni, Supreme Leader of Iran (Note No. 1018−IE, Ali Akbar Hashemi Rafsanjani, Chairman, Exp Discernment Counsel and former President of Iran (Note No. 1019−E),National Iranian Tanker Corporation (Note No 1020−IE), National Iranian Oil Corporation (Note No. 1021−IE), National Iranian Gas Corporation (Note No. 1022− National Iranian Petrochemical Company (Note No.1023−IE) Iran Airlines aka Iran Air (Note No. 1024−IE), Hezbol 2/14/2014, and proof of service, dated 2/16/2014, as well as the certification by the Swiss Federal Chancellery dated The section has received the above mentioned documents on 2/10/2014. It has transmitted these to the Iranian Minist Foreign Affairs together with its diplomatic notes on 2/16/2014. The reception of the mentioned documents was refus same day by the Iranian Ministry of Foreign Affairs.(tro) (Entered: 04/29/2014) |
| .0/2014 | 2849 | TRANSCRIPT of Proceedings re: CONFERENCE CORRECTED held on 2/19/2014 before Magistrate Judge Frank Court Reporter/Transcriber: Samuel Mauro, (212) 805−0300. Transcript may be viewed at the court public terminal c purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After tha may be obtained through PACER. Redaction Request due 5/5/2014. Redacted Transcript Deadline set for 5/15/2014. Transcript Restriction set for 7/14/2014.(Rodriguez, Somari) (Entered: 04/10/2014) |
| .0/2014 | 2850 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFER CORRECTED proceeding held on 2/19/14 has been filed by the court reporter/transcriber in the above−captioned ma parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 c days...(Rodriguez, Somari) (Entered: 04/10/2014) |
| 23/2014 | 2851 | ORDER adopting 2789 Memorandum Decision and Report and Recommendation: Defendants Wa'el Hamza Jaleidan Trust and Al Haramain Isalamic Foundation have filed objections to discovery rulings and recommendations in Magi Maas's combined Memorandum Decision and Report and Recommendation dated October 28, 2013. This Court adop Report in its entirety. Defendants have not demonstrated that any of Magistrate Judge Maas's rulings is clearly errone contrary to law. Furthermore, Defendants do not raise any valid objections to Magistrate Judge Maas's recommendati Magistrate Judge Maas correctly determined that an adverse inference sanction and the award of fees and costs are ap given Defendant Weleidan's deficient efforts in responding to discovery requests and failure to comply with the court Second, Magistrate Judge Maas properly found that default judgment against Rabita Trust is warranted given its dorn its failure to respond to any discovery requests since 2006 or defend itself in this litigation. Finally, there is no clear e in Magistrate Judge Maas's finding that Plaintiffs are entitled to their expenses in bringing their motion for sanctions Defendant Al Haramain. Magistrate Judge Maas specifically considered and rejected Defendant's argument that the u delay in its production of documents was justifiably due to an inability to obtain certain documents seized by the Uni government without written modification to the Oregon Protective Order. Defendants' Rule 72 objections are OVERI DENIED. Magistrate Judge Maas's Report is adopted in its entirety. (Signed by Judge George B. Daniels on 4/23/201 (Entered: 04/23/2014) |

| | | |
|---|---|---|
| 23/2014 | | Transmission to Judgments and Orders Clerk. Transmitted re: 2851 Order Adopting Report and Recommendations, to Judgments and Orders Clerk. (mro) (Entered: 04/23/2014) |
| 24/2014 | | Minute Entry for proceedings held before Judge George B. Daniels: Oral Argument held on 4/24/2014 re: (2773 in 1:03−md−01570−GBD−FM) MOTION to Dismiss for Lack of Jurisdiction. filed by Abdul Rahman Al Swailem. Pla Counsel: Sean Carter, Robert Turner Haefele, James P. Kreindler, Jerry Stephen Goldman, J. Scott Tarbutton; Defens Alan Robert Kabat,, Omar T. Mohammedi, Roni Bargoffen, Aisha Henry, Peter C. Salerno, Amy Rothstein, Frederic Thomas E. Mellon, Martin F. McMahon (telephonic) and Court Reporter present. The next conference is scheduled f 2014 at 11:00 a.m. Associated Cases: 1:03−md−01570−GBD−FM et al.(Vega, Elizabeth) (Entered: 04/24/2014) |
| 24/2014 | | Minute Entry for proceedings held before Magistrate Judge Frank Maas: Discovery Hearing held on 4/24/2014. (Cha Richalyn) (Entered: 04/24/2014) |
| 24/2014 | | Minute Entry for proceedings held before Judge George B. Daniels: Interim Pretrial Conference held on 4/24/2014. P Counsel: Sean Carter, Robert Turner Haefele, James P. Kreindler, Jerry Stephen Goldman, J. Scott Tarbutton Defens Alan Robert Kabat, Omar T. Mohammedi, Roni Bargoffen, Aisha Henry, Peter C. Salerno, Amy Rothstein, Frederick Thomas E. Mellon, Martin F. McMahon (telephonic)and Court Reporter present. Oral argument on ECF 2773. The n conference on July 10, 2014 at 11:00 a.m. (Vega, Elizabeth) (Entered: 05/09/2014) |
| 25/2014 | 2852 | ORDER: Pursuant to the conference held on April 24, 2014, it is hereby ORDERED that: 1. The WAMY defendants produce the documents that are responsive to the Plaintiffs' discovery requests, either by making the originals availab inspection and copying in this District, or by producing electronic copies as TIFF images (with load files), The WAM defendants shall also produce forthwith any responsive electronically−stored information that has yet to be produced. Court reserves decision as to whether the 2004 discovery cut−off date set during the hearing on April 12, 2011 shall a WAMY defendants. In the interim, the WAMY defendants must produce all responsive documents from 1992 throug 2002. 3. By May 8, 2014, each firm that seeks fees and expenses pursuant to my Report and Recommendation dated 2013, shall submit an affidavit by a knowledgeable person in support of its application. 4. By May 1, 2014, counsel f Haramain and Wael Jelaidan may request that the Plaintiffs' law firms produce their contemporaneous time records f randomly−selected months during the period for which reimbursement is sought. The Plaintiffs shall provide the requ records (appropriately redacted) by May 15, 2014. By May 22, 2014, counsel for Al Haramain and Wael Jelaidan sha letters to my Chambers indicating whether they contest the accuracy of the Plaintiffs' time summaries or the authentic contemporaneous time entries. 5. A further conference shall be held on July 10, 2014, at 2 p.m., in Courtroom 20A o Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York., ( Pretrial Conference set for 7/ 02:00 PM in Courtroom 20A, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Frank Maas.) (Signed Magistrate Judge Frank Maas on 4/25/2014) Copies Sent By Chambers. (lmb) (Entered: 04/25/2014) |
| 25/2014 | 2853 | CLERK'S JUDGMENT: It is: ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's dated April 23, 2014, Defendants' Rule 72 objections are OVERRULED and DENIED, and Magistrate Judge Maas's adopted in its entirety; in accordance with Memorandum Decision and Report and Recommendation dated October 2 Plaintiffs'motions (ECF Nos. 2654, 2700, 2701) are granted in part and denied in part; with respect to Jelaidan, adver sanctions are warranted, and the Plaintiffs are awarded reasonable fees and costs they incurred in bringing the motion respect to Rabita Trust, default judgment is entered; with respect to Al Haramain (USA), sanctions are not warranted but the Plaintiffs are awarded the expenses they reasonably incurred in bringing their motion; and with respect to Al (SA), default judgment is entered. (Signed by Clerk of Court Ruby Krajick on 4/25/2014) (Attachments: # 1 Right to (tn) (Entered: 04/25/2014) |
| 05/2014 | 2854 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Alan R. Kabat dated 5/1/2014 re: I write on defendant Al Haramain Islamic Foundation, Inc. and with the authorization of counsel for defendant Wael Jelaidan, to this Court's order (Apr. 25, 2014) (ECF No. 2852). First, we respectfully request a one−week extension for all thre in that Order, to accommodate the schedule of one attorney who had outside commitments that precluded sufficient r plaintiffs' spreadsheets in order to identify the relevant months. Plaintiffs consent to this request for an across−the−bo extension. Second, it was our understanding from the April 24 conference that each defendant would be able to desig separately the months for each of the plaintiffs' law firms that were of greatest concern to that defendant. ENDORSE only issue raised with respect to the authenticity of underlying time records related to Motley Rice. My instruction w clear that it was a total of two months' worth of records that could be demanded. If that requires some negotiation am defendants, so be it. (Signed by Magistrate Judge Frank Maas on 5/5/2014) (lmb) Modified on 5/7/2014 (lmb). (Ente 05/05/2014) |
| .5/2014 | 2855 | DECLARATION of Jerry S. Goldman, Esq. re: 2852 Order, Set Hearings,,,,,,,,,,,,, 2854 Endorsed Letter,,,,, . Docum C. O'Neill, Carol O'Neill, Christine Irene O'Neill, Dorothy A. O'Neill, John Patrick O'Neill, Jr. (Attachments: # 1 Exh Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Goldman, Jerry) (Entered: 05/15/2014) |
| .5/2014 | 2856 | AFFIDAVIT of James P. Kreindler in Support re: (2829 in 1:03−md−01570−GBD−FM) MOTION for Attorney Fees *Plaintiff's Application for Attorneys' Fees and Expenses Pursuant to Report and Recommendation of October 28, 201* Document filed by Kathleen Ashton. Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Kreindler, James) 05/15/2014) |

| | | |
|---|---|---|
| .5/2014 | 2857 | DECLARATION of Stephen A. Cozen in Support re: 2829 MOTION for Attorney Fees *Notice of Plaintiff's Applicat Attorneys' Fees and Expenses Pursuant to Report and Recommendation of October 28, 2013*.. Document filed by Fec Insurance Company. (Carter, Sean) (Entered: 05/15/2014) |
| .5/2014 | 2858 | DECLARATION of Elaine Rinaldi in Support re: 2829 MOTION for Attorney Fees *Notice of Plaintiff's Application Attorneys' Fees and Expenses Pursuant to Report and Recommendation of October 28, 2013*.. Document filed by Fec Insurance Company. (Carter, Sean) (Entered: 05/15/2014) |
| .5/2014 | 2859 | DECLARATION of J. Scott Tarbutton in Support re: 2829 MOTION for Attorney Fees *Notice of Plaintiff's Applicat Attorneys' Fees and Expenses Pursuant to Report and Recommendation of October 28, 2013*.. Document filed by Fec Insurance Company. (Carter, Sean) (Entered: 05/15/2014) |
| 22/2014 | 2860 | TRANSCRIPT of Proceedings re: MOTION held on 4/24/2014 before Magistrate Judge Frank Maas. Court Reporter/Transcriber: Rose Prater, (212) 805−0300. Transcript may be viewed at the court public terminal or purchas the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obt through PACER. Redaction Request due 6/16/2014. Redacted Transcript Deadline set for 6/26/2014. Release of Tran Restriction set for 8/25/2014.(Rodriguez, Somari) (Entered: 05/22/2014) |
| 22/2014 | 2861 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a MOTION held on 4/24/14 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have sever calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filec transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(Roc Somari) (Entered: 05/22/2014) |
| 22/2014 | 2862 | TRANSCRIPT of Proceedings re: ARGUMENT held on 4/24/2014 before Judge George B. Daniels. Court Reporter/Transcriber: Rose Prater, (212) 805−0300. Transcript may be viewed at the court public terminal or purchas the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obt through PACER. Redaction Request due 6/16/2014. Redacted Transcript Deadline set for 6/26/2014. Release of Tran Restriction set for 8/25/2014.(Rodriguez, Somari) (Entered: 05/22/2014) |
| 22/2014 | 2863 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a ARGUME proceeding held on 4/24/14 has been filed by the court reporter/transcriber in the above−captioned matter. The partie: seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...( Somari) (Entered: 05/22/2014) |
| 29/2014 | 2864 | MEMORANDUM OF LAW in Opposition re: 2829 MOTION for Attorney Fees *Notice of Plaintiff's Application for Fees and Expenses Pursuant to Report and Recommendation of October 28, 2013*. . Document filed by Al Haramain Foundation, Inc.. (Attachments: # 1 Affidavit, # 2 Exhibit)(Bernabei, Lynne) (Entered: 05/29/2014) |
| )6/2014 | 2865 | REPLY MEMORANDUM OF LAW in Support re: (395 in 1:03−cv−09848−GBD, 323 in 1:03−cv−07036−GBD, 33 1:02−cv−07300−GBD−FM, 485 in 1:04−cv−07279−GBD, 59 in 1:09−cv−07055−GBD−FM, 299 in 1:04−cv−07216 in 1:04−cv−07281−GBD−FM, 398 in 1:04−cv−01076−GBD, 327 in 1:03−cv−05071−GBD, 560 in 1:04−cv−01923− in 1:04−cv−07065−GBD, 345 in 1:04−cv−01922−GBD, 2829 in 1:03−md−01570−GBD−FM, 484 in 1:04−cv−0597( 412 in 1:03−cv−05738−GBD, 75 in 1:11−cv−07550−GBD, 509 in 1:04−cv−06105−GBD, 721 in 1:02−cv−06977−G 449 in 1:04−cv−07280−GBD, 884 in 1:03−cv−06978−GBD, 297 in 1:03−cv−08591−GBD, 678 in 1:03−cv−09849−( MOTION for Attorney Fees *Notice of Plaintiff's Application for Attorneys' Fees and Expenses Pursuant to Report an Recommendation of October 28, 2013. Plaintiffs' Reply Memorandum of Law in Response to Al Haramain Filing at I 2864 and in Further Support of Plaintiffs' Application for Attorney's Fees and Expenses Pursuant to Report and Recommendation of October 28, 2013*.. Document filed by All Plaintiffs. Filed In Associated Cases: 1:03−md−0157( et al.(Haefele, Robert) (Entered: 06/06/2014) |
| )6/2014 | 2866 | DECLARATION of Jerry S. Goldman in Support re: (395 in 1:03−cv−09848−GBD, 323 in 1:03−cv−07036−GBD, 3 1:02−cv−07300−GBD−FM, 485 in 1:04−cv−07279−GBD, 59 in 1:09−cv−07055−GBD−FM, 299 in 1:04−cv−07216 in 1:04−cv−07281−GBD−FM, 398 in 1:04−cv−01076−GBD, 327 in 1:03−cv−05071−GBD, 560 in 1:04−cv−01923− in 1:04−cv−07065−GBD, 345 in 1:04−cv−01922−GBD, 2829 in 1:03−md−01570−GBD−FM, 484 in 1:04−cv−0597( 412 in 1:03−cv−05738−GBD, 75 in 1:11−cv−07550−GBD, 509 in 1:04−cv−06105−GBD, 721 in 1:02−cv−06977−G 449 in 1:04−cv−07280−GBD, 884 in 1:03−cv−06978−GBD, 297 in 1:03−cv−08591−GBD, 678 in 1:03−cv−09849−( MOTION for Attorney Fees *Notice of Plaintiff's Application for Attorneys' Fees and Expenses Pursuant to Report an Recommendation of October 28, 2013*.. Document filed by All Plaintiffs. Filed In Associated Cases: 1:03−md−0157( et al.(Haefele, Robert) (Entered: 06/06/2014) |
| )9/2014 | 2867 | NOTICE of Supplemental Authority re: 2773 MOTION to Dismiss for Lack of Jurisdiction.. Document filed by Abd Al Swailem. (Attachments: # 1 Exhibit)(Bernabei, Lynne) (Entered: 06/09/2014) |
| )9/2014 | 2868 | NOTICE of Supplemental Authority re: 2864 Memorandum of Law in Opposition to Motion,. Document filed by Al Islamic Foundation, Inc.. (Attachments: # 1 Exhibit (Second Circuit decision))(Bernabei, Lynne) (Entered: 06/09/201 |

| | | |
|---|---|---|
| .6/2014 | 2873 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Alan R. Kabat dated 6/16/2014 re: I write on those Defendants who have not yet completed document production) (the "Requesting Defendants"), to ask that the C the current document production deadline from June 30, 2014 to September 30, 2014. ENDORSEMENT: Applicatio (Signed by Magistrate Judge Frank Maas on 6/16/2014) (lmb) (Entered: 06/16/2014) |
| .8/2014 | 2874 | RESPONSE re: 2867 Notice (Other) *of Supplemental Authority filed by Abdul Rahman Al Swailem's Notice of Supple Authority in support of his renewed Motion to Dismiss*. Document filed by Federal Insurance Company et al., Plaintif Sean) (Entered: 06/18/2014) |
| .8/2014 | 2875 | RESPONSE re: (2868 in 1:03−md−01570−GBD−FM) Notice (Other) *Plaintiffs' Response to Notice of Supplemental Filed by Al Haramain as ECF Document No. 2868*. Document filed by All Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Haefele, Robert) (Entered: 06/18/2014) |
| 20/2014 | 2876 | REPLY MEMORANDUM OF LAW in Opposition re: 2829 MOTION for Attorney Fees *Notice of Plaintiff's Applic Attorneys' Fees and Expenses Pursuant to Report and Recommendation of October 28, 2013. (Reply to Plaintiffs' Res Notice of Supplemental Authority)*. Document filed by Al Haramain Islamic Foundation, Inc.. (Bernabei, Lynne) (Ent 06/20/2014) |
| 30/2014 | 2877 | REPLY MEMORANDUM OF LAW in Opposition re: 2829 MOTION for Attorney Fees *Notice of Plaintiff's Applic Attorneys' Fees and Expenses Pursuant to Report and Recommendation of October 28, 2013. (Reply to Plaintiffs' Res Notice of Supplemental Authority)*. Document filed by Wa'el Hamza Jalaidan. (McMahon, Martin) (Entered: 06/30/2 |
| )3/2014 | 2878 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Robert T. Haefele and Alan R. Kabat dated 7 The Plaintiffs' Executive Committees and the Defendants' Executive Committee respectfully submit this joint propos concerning the agenda for the discovery conference scheduled for 2:00 p.m. on Thursday, July 10, 2014. ENDORSE this exhaustively−briefed application is the only matter ripe for consideration, I see no need for a conference before n Accordingly, the follow−on discovery conference is canceled. I will rule on the application in due course. (Signed by Judge Frank Maas on 7/3/2014) (lmb) (Entered: 07/03/2014) |
| )7/2014 | 2879 | ORDER: The conference scheduled for July 10, 2014 is adjourned to October 23, 2014 at 10:00 am. The parties may relevant issues to this Court's attention by letter before that time. ( Status Conference set for 10/23/2014 at 10:00 AM Judge George B. Daniels.) (Signed by Judge George B. Daniels on 7/7/2014) (mro) (Entered: 07/07/2014) |
| .8/2014 | 2880 | NOTICE of Plaintiffs' Removal of Parties Pursuant to Federal Rule of Civil Procedure 15(d). Document filed by All (Attachments: # 1 Attachment A)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09849−GBD(Flo (Entered: 07/18/2014) |
| .4/2014 | 2881 | ORDER granting (395) Motion for Attorney Fees in case 1:03−cv−09848−GBD; granting (678) Motion for Attorney case 1:03−cv−09849−GBD; granting (2829) Motion for Attorney Fees in case 1:03−md−01570−GBD−FM; granting Motion for Attorney Fees in case 1:04−cv−01076−GBD; granting (345) Motion for Attorney Fees in case 1:04−cv−01922−GBD; granting (560) Motion for Attorney Fees in case 1:04−cv−01923−GBD; granting (509) Motic Attorney Fees in case 1:04−cv−06105−GBD; granting (484) Motion for Attorney Fees in case 1:04−cv−05970−GBD (464) Motion for Attorney Fees in case 1:04−cv−07065−GBD; granting (299) Motion for Attorney Fees in case 1:04−cv−07216−GBD; granting (449) Motion for Attorney Fees in case 1:04−cv−07280−GBD; granting (295) Motic Attorney Fees in case 1:04−cv−07281−GBD−FM; granting (485) Motion for Attorney Fees in case 1:04−cv−07279− granting (59) Motion for Attorney Fees in case 1:09−cv−07055−GBD−FM; granting (75) Motion for Attorney Fees i 1:11−cv−07550−GBD; granting (721) Motion for Attorney Fees in case 1:02−cv−06977−GBD−FM; granting (333) M Attorney Fees in case 1:02−cv−07300−GBD−FM; granting (327) Motion for Attorney Fees in case 1:03−cv−05071− granting (412) Motion for Attorney Fees in case 1:03−cv−05738−GBD; granting (884) Motion for Attorney Fees in c 1:03−cv−06978−GBD; granting (323) Motion for Attorney Fees in case 1:03−cv−07036−GBD; granting (297) Motic Attorney Fees in case 1:03−cv−08591−GBD. In this Court's April 23, 2014 Order, this Court adopted Magistrate Jud report and recommendation that Plaintiffs' motion for an award of attorneys' fees, due to Plaintiffs' efforts to compel t Haramain Defendants and Defendant Jelaidan to comply with their discovery obligations, be granted. See 03−MDL− No. 2851. The Clerk of the Court is therefore instructed to close the motion in In re Terrorist Attacks on September 1 03−MDL−1570 (GBD)(FM), at ECF No. 2829, and the motion in Ashton et al. v. Al Qaeda Islamic, et al., 02−CV−6 (GBD)(FM), at ECF No. 721. (Signed by Judge George B. Daniels on 8/14/2014) Filed In Associated Cases: 1:03−md−01570−GBD−FM et al. ***Docketed in all member cases pursuant to instructions from Chambers. (mro) ( 08/15/2014) |
| 21/2014 | 2882 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Sean P. Carter dated 8/21/2014 re: Plaintiffs respectfully request a three−page extension on the limit of letter briefs, for purposes of filing a Motion to Compel as t defendant Dallah Avco. ENDORSEMENT: Application granted. (Signed by Magistrate Judge Frank Maas on 8/21/2 (Entered: 08/22/2014) |
| 25/2014 | 2883 | LETTER addressed to Magistrate Judge Frank Maas from Sean P. Carter dated 08/25/2014 re: requesting an order pu FRCP 37(a). Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Ex. A, # 2 Ex. B, # 3 Ex. C, # 4 Ex. E, # 6 Ex. F, # 7 Ex. G)(Carter, Sean) (Entered: 08/25/2014) |

| | | |
|---|---|---|
| 26/2014 | 2884 | ENDORSED LETTER addressed to Judge George B. Daniels from Sean P. Carter dated 8/15/14 re: Counsel writes t the following: September 15, 2014: Deadline for Plaintiffs' Motion to Amend as to the Kingdom and SHC and for De Motion(s) to Dismiss. October 30, 2014: Deadline for Plaintiffs' Opposition(s) to Defendants' Motion(s) to Dismiss a Defendants' Opposition(s) to Plaintiffs' Motion to Amend. November 17, 2014: Deadline for Plaintiffs' Reply in Supp Their Motion to Amend and Defendants' Reply (or Replies) in Support of Their Motion(s) to Dismiss. ENDORSEMI ORDERED. (Signed by Judge George B. Daniels on 8/26/2014) (mro) (Entered: 08/26/2014) |
| 26/2014 | | Set/Reset Deadlines: Motions due by 9/15/2014. Responses due by 10/30/2014 Replies due by 11/17/2014. (mro) (En 08/26/2014) |
| 26/2014 | 2885 | NOTICE OF APPEARANCE by Robert Kelsey Kry on behalf of Dallah Avco Trans Arabia Co. LTD.. (Kry, Robert) 08/26/2014) |
| 29/2014 | 2886 | LETTER addressed to Magistrate Judge Frank Maas from Sean P. Carter, Esquire dated August 29, 2014 re: Request Court order Defendant Dallah Avco to disclose scope of its searches in response to Plaintiffs' First Set of Jurisdiction for Production of Documents. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A, # 2 B)(Carter, Sean) (Entered: 08/29/2014) |
| 29/2014 | 2887 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Robert K. Kry dated 8/28/2014 re: Dallah Av respectfully requests that the Court extend its time to respond to plaintiffs' letter−motion until Thursday, October 2, 2 ENDORSEMENT: Approved., ( Responses due by 10/2/2014.) (Signed by Magistrate Judge Frank Maas on 8/29/201 (Entered: 08/29/2014) |
| 02/2014 | 2888 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Sean P. Carter dated 8/29/2014 re: Plaintiffs response to defendant Dallah Avco's August 28, 2014 letter to the Court requesting an extension to respond to plainti 25, 2014 motion to compel, and to address an apparent miscommunication between the parties relative to the defenda requestand the existing discovery briefing schedule. Based on the circumstances clarified by defendant's moving pape plaintiffs do not oppose Dallah Avco's request to extend the due date for its response papers to October 2, 2014.ENDORSEMENT: Responsive papers shall be due 10/02/2014., ( Responses due by 10/2/2014) (Signed by Ma Judge Frank Maas on 9/02/2014) (ama) (Entered: 09/02/2014) |
| 08/2014 | 2889 | LETTER addressed to Magistrate Judge Frank Maas from Robert K. Kry dated September 8, 2014 re: material devel regarding plaintiffs' motion to compel (Dkt. 2883). Document filed by Dallah Avco Trans Arabia Co. LTD.. (Attachn Exhibit A)(Kry, Robert) (Entered: 09/08/2014) |
| 15/2014 | 2890 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MOTION for Leave to File a Consolidated Amended Plea Facts and Evidence as to the Kingdom of Saudi Arabia and the Saudi High Commission for Relief of Bosnia and Her Document filed by Kathleen Ashton, Burnett Plaintiffs, Cantor Fitzgerald & Co., Continental Casualty Company, Eu Inc., et al., Federal Insurance Company et al., Plaintiffs, John Patrick O'Neill, Jr. (Attachments: # 1 Memorandum of Exhibit A − Plaintiffs' Consolidated Amended Pleading, # 3 Exhibit B − Proposed Order)(Carter, Sean) Modified on (db). (Entered: 09/15/2014) |
| 15/2014 | 2891 | MOTION for Leave to File A Consolidated Amended Pleading of Facts and Evidence as to The Kingdom of Saudi A The Saudi High Commission for Relief of Bosnia and Herzegovina . Document filed by Kathleen Ashton, Burnett Pl Cantor Fitzgerald & Co., Continental Casualty Company, Euro Brokers Inc., et al., Federal Insurance Company, John O'Neill, Jr.(Carter, Sean) (Entered: 09/15/2014) |
| 15/2014 | 2892 | MEMORANDUM OF LAW in Support re: 2891 MOTION for Leave to File A Consolidated Amended Pleading of F Evidence as to The Kingdom of Saudi Arabia and The Saudi High Commission for Relief of Bosnia and Herzegovina Document filed by Kathleen Ashton, Burnett Plaintiffs, Cantor Fitzgerald & Co., Continental Casualty Company, Eu Inc., et al., Federal Insurance Company et al., Plaintiffs, John Patrick O'Neill, Jr. (Attachments: # 1 Exhibit A − Cons Amended Pleading, # 2 Exhibit B − Proposed Order)(Carter, Sean) (Entered: 09/15/2014) |
| 15/2014 | 2893 | MOTION to Dismiss . Document filed by Saudi High Commission, The Kingdom of Saudi Arabia. Responses due by 10/30/2014(Kellogg, Michael) (Entered: 09/15/2014) |
| 15/2014 | 2894 | MEMORANDUM OF LAW in Support re: 2893 MOTION to Dismiss . . Document filed by Saudi High Commission Kingdom of Saudi Arabia. (Kellogg, Michael) (Entered: 09/15/2014) |
| 17/2014 | 2895 | FIRST LETTER addressed to Magistrate Judge Frank Maas from Omar T. Mohammedi dated September 17, 2014 re for Extension of Discovery. Document filed by World Assembly of Muslim Youth.(Mohammedi, Omar) (Entered: 09 |
| 19/2014 | 2896 | LETTER addressed to Magistrate Judge Frank Maas from Robert K. Kry dated Sept. 19, 2014 re: Response to Plainti Motion to Compel (Dkt. 2886). Document filed by Dallah Avco Trans Arabia Co. LTD..(Kry, Robert) (Entered: 09/1 |
| 23/2014 | 2897 | MEMO ENDORSEMENT on re: 2895 Letter filed by World Assembly of Muslim Youth. ENDORSEMENT: The de document production is extended to 12/15/2014 on consent. (Signed by Magistrate Judge Frank Maas on 9/22/2014) (Entered: 09/23/2014) |

| | | |
|---|---|---|
| 26/2014 | 2898 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from J. Scott Tarbutton, dated 9/25/2014 re: reque extension of the deadline for submission of plaintiffs' reply letter brief seeking an Order compelling defendant Dallah disclose the scope of its searches... request that the deadline be extended from Friday, September 26 to Friday, Octob ENDORSEMENT: APPLICATION GRANTED. SO ORDERED. (Signed by Magistrate Judge Frank Maas on 9/26/ (Entered: 09/26/2014) |
| )3/2014 | 2899 | LETTER addressed to Magistrate Judge Frank Maas from Sean P. Carter dated October 3, 2014 re: the September 19 letter brief of Defendant Dallah Avco Trans Arabia. Document filed by Plaintiffs Executive Committees.(Carter, Sea 10/03/2014) |
| .5/2014 | 2900 | ORDER FOR ADMISSION PRO HAC VICE: granting 2720 Motion for Aisha E.R. Henry to Appear Pro Hac Vice. Judge George B. Daniels on 10/15/2014) (djc) (Entered: 10/15/2014) |
| .5/2014 | 2901 | ENDORSED LETTER addressed to Judge George B. Daniels from Sean P. Carter dated 10/10/2014 re: Counsel for t Kingdom of Saudi Arabia and SHC have consented to the proposed revisions to the schedule, as set forth below. Nov 2014: Revised deadline for Plaintiffs' Opposition to Defendants' Motionto Dismiss and for Defendants' Opposition(s) Plaintiffs' Motion to Amend (previously October 30, 2014); December 8, 2014: Revised deadline for Plaintiffs' Reply of their Motion to Amend and Defendants' Reply in Support of their Motion to Dismiss (previously November 17, 20 ENDORSEMENT: SO ORDERED. (Responses due by 11/14/2014, Replies due by 12/8/2014.) (Signed by Judge Ge Daniels on 10/15/2014) (djc) (Entered: 10/15/2014) |
| 20/2014 | 2902 | ORDER: The conference scheduled for October 23, 2014 is adjourned to January 15, 2015 at 9:30 AM. (Status Confe for 1/15/2015 at 09:30 AM before Judge George B. Daniels.) (Signed by Judge George B. Daniels on 10/20/2014) (tr 10/20/2014) |
| 22/2014 | 2903 | NOTICE OF APPEARANCE by Nicholas Robert Maxwell on behalf of Estate of John P.O'Neill, Sr., Estate of John O'Neill Sr., C. O'Neill, Estate of John P.O'Neill, Sr., J. P. O'Neill, Jr. Filed In Associated Cases: 1:03−md−01570−GI 1:04−cv−01076−GBD, 1:04−cv−01922−GBD, 1:04−cv−01923−GBD(Maxwell, Nicholas) (Entered: 10/22/2014) |
| 24/2014 | 2904 | NOTICE OF APPEARANCE by Robert Michael Horkovich on behalf of Estate of John P.O'Neill, Sr., Estate of John O'Neill Sr., Esate of John P. O'Neill, Sr.. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−01076−G 1:04−cv−01922−GBD, 1:04−cv−01923−GBD(Horkovich, Robert) (Entered: 10/24/2014) |
| 31/2014 | 2905 | AFFIDAVIT OF SERVICE. Service was made by Registered Mail. Document filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)Filed In Associ 1:03−md−01570−GBD−FM, 1:04−cv−01922−GBD(Goldman, Jerry) (Entered: 10/31/2014) |
| 31/2014 | 2906 | AFFIDAVIT OF SERVICE. Iranian Ministry of Intelligence and Security ("MOIS") served on 6/13/2005, answer du 8/12/2005. Service was made by Registered Mail. Document filed by John Patrick O'Neill, Jr. (Attachments: # 1 Exh Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−01076−GBD(Goldman, J (Entered: 10/31/2014) |
| 31/2014 | 2907 | AFFIDAVIT OF SERVICE. Service was accepted by Enaam M. Arnaout. Document filed by Estate of John P.O'Nei (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N)Filed In Associated C 1:03−md−01570−GBD−FM, 1:04−cv−01923−GBD(Goldman, Jerry) (Entered: 10/31/2014) |
| 31/2014 | 2908 | AFFIDAVIT OF SERVICE. Document filed by Estate of John P.O'Neill, Sr.., SERVICE BY PUBLICATION. A Th Plaintiff's Summons, Complaint and Notice of Suit, and translations of each. was published in the International Heral USA Today and at least one Arabic language newspaper, as well as by posting on the website www.sept11terrorlitiga on january10, 2005, January 13, 2005. Document filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit A, B, # 3 Exhibit C)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−01076−GBD, 1:04−cv−01923−GBD(Goldman, Jerry) (Entered: 10/31/2014) |
| )6/2014 | 2909 | LETTER addressed to Judge George B. Daniels from Sean P. Carter, Esquire dated November 6, 2014 re: an extensio deadline for Plaintiffs' Opposition to the Renewed Motion to Dismiss of the KSA and SHC. Document filed by Plain Executive Committees.(Carter, Sean) (Entered: 11/06/2014) |
| )6/2014 | 2910 | ORDER: Any opposition to the Renewed Motion to Dismiss of the Kingdom and SBC is due on or before December Any reply is due on or before January 30, 2015. Any opposition to Plaintiffs' Motion to Amend is due on or before D 30, 2014. Any reply is due on or before January 30, 2015. (Responses due by 12/30/2014, Replies due by 1/30/2015.) Judge George B. Daniels on 11/6/2014) (ajs) (Entered: 11/06/2014) |
| 20/2014 | 2911 | NOTICE OF APPEARANCE by Bruce Elliot Strong on behalf of John Patrick O'Neill, Jr, Esate of John P. O'Neill, S Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−01076−GBD, 1:04−cv−01922−GBD, 1:04−cv−01923−GB Bruce) (Entered: 11/20/2014) |

| | | |
|---|---|---|
| 25/2014 | 2912 | REQUEST TO ENTER DEFAULT against Please See Exhibit A . Document filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Affidavit of Jerry S Goldman, Esq. In Support Of Request To Clerk Of Court For Entry Of Default Exhibit A, # 3 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−01923−GBD(Goldman, J (Entered: 11/25/2014) |
| 25/2014 | 2913 | REQUEST TO ENTER DEFAULT against Please See Exhibit A . Document filed by John Patrick O'Neill, Jr. (Attac Affidavit Jerry S. Goldman, Esq. In Support Of Request To The Clerk Of Court For Entry Of Default., # 2 Exhibit A B)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−01076−GBD(Goldman, Jerry) (Entered: 11/25/2 |
| 25/2014 | 2914 | REQUEST TO ENTER DEFAULT against Enaam M. Arnaout, Hamed Al Barakati, Tatex Trading Company GmbH Tatex Trading Company GmbH, Triple B Trading Company GmbH, Nasco Business Residence Center SAS Di Nasr Ahmed Idris EC a/k/a/ Nasco Business Residence SAS, and Nasco Service S.R.L. (" Collectively, the Defendants") . filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Affidavit of Jerry S. Goldman, Esq. In Support Of Request T Court For Entry Of Default, # 2 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−01923−GBD(Goldman, Jerry) (Entered: 11/25/2014) |
| 15/2014 | 2915 | LETTER addressed to Judge George B. Daniels from Sean P. Carter dated December 15, 2014 re: The Plaintiffs' Exe Committees request a brief further extension of the deadline for their opposition to the Renewed Motion to Dismiss f KSA and SHC from December 30, 2014 to January 9, 2015. Document filed by Plaintiffs Executive Committees.(Ca (Entered: 12/15/2014) |
| 16/2014 | 2916 | ORDER re: 2915 Letter, filed by Plaintiffs Executive Committees. Any opposition to the Renewed Motion to Dismis Kingdom of Saudi Arabia and Saudi High Commission for Bosnia & Herzegovina (SHC) is due on or before January Any opposition to Plaintiffs' Motion to Amend is due on or before January 9, 2015. The parties' request for an extens page limitation is GRANTED. Any opposition is not to exceed 30 pages in length. ( Responses due by 1/9/2015) (Sig Judge George B. Daniels on 12/16/2014) (djc) Modified on 12/18/2014 (djc). (Entered: 12/16/2014) |
| 23/2014 | 2917 | TRANSCRIPT of Proceedings re: Scheduling Conference held on 12/4/2009 before Magistrate Judge Frank Maas. C Reporter/Transcriber: Mary Greco, (518) 581−8973. Transcript may be viewed at the court public terminal or purcha the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obt through PACER. Redaction Request due 1/16/2015. Redacted Transcript Deadline set for 1/26/2015. Release of Tran Restriction set for 3/26/2015.(ca) (Main Document 2917 replaced on 2/11/2015) (ca). (Entered: 12/23/2014) |
| 23/2014 | 2918 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Schedulin Conference proceeding held on 12/04/2009 has been filed by the court reporter/transcriber in the above−captioned m parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 c days...(ca) (Entered: 12/23/2014) |
| 29/2014 | 2919 | LETTER addressed to Judge George B. Daniels from Sean P. Carter, Esquire dated 12/29/2014 re: A modification of deadline for Plaintiffs' opposition to the renewed motion to dismiss the KSA and SHC. Document filed by Plaintiffs I Committees.(Carter, Sean) (Entered: 12/29/2014) |
| 30/2014 | 2920 | LETTER addressed to Judge George B. Daniels from Michael K. Kellogg dated 12/30/2014 re: Opposition to Reques Extension of Time. Document filed by The Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit A)(Kellogg, Michae 12/30/2014) |
| 30/2014 | 2921 | LETTER addressed to Judge George B. Daniels from Sean P. Carter dated December 30, 2014 re: Reply to Letter Op the Kingdom of Saudi Arabia. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A − St Facts)(Carter, Sean) (Entered: 12/30/2014) |
| 06/2015 | 2922 | ORDER: Any opposition to the Renewed Motion to Dismiss of the Kingdom of Saudi Arabia and Saudi High Comm Bosnia & Herzegovina (SHC) is due on or before January 30, 2015. Any opposition to Plaintiffs' Motion to Amend is before January 30, 2015. (Signed by Judge George B. Daniels on 1/6/2015) (djc) (Entered: 01/06/2015) |
| 06/2015 | | Set/Reset Deadlines: Responses due by 1/30/2015 (djc) (Entered: 01/06/2015) |
| 13/2015 | 2923 | ORDER: The conference currently scheduled for January 15, 2015, is rescheduled to April 9, 2015, at 9:45 AM. (Sta Conference set for 4/9/2015 at 09:45 AM before Judge George B. Daniels.) (Signed by Judge George B. Daniels on 1 (tn) (Entered: 01/13/2015) |
| 28/2015 | 2924 | MOTION for Extension of Time to File *Briefs*. Document filed by ALL PLAINTIFFS.Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Kreindler, James) (Entered: 01/28/2015) |
| 28/2015 | 2925 | ORDER granting (402) Letter Motion for Extension of Time to File in case 1:03−cv−09848−GBD; granting (695) Le for Extension of Time to File in case 1:03−cv−09849−GBD; granting (2924) Letter Motion for Extension of Time to 1:03−md−01570−GBD−FM; granting (413) Letter Motion for Extension of Time to File in case 1:04−cv−01076−GB (362) Letter Motion for Extension of Time to File in case 1:04−cv−01922−GBD; granting (580) Letter Motion for Ex Time to File in case 1:04−cv−01923−GBD; granting (519) Letter Motion for Extension of Time to File in case |

| | | |
|---|---|---|
| | | 1:04−cv−06105−GBD; granting (498) Letter Motion for Extension of Time to File in case 1:04−cv−05970−GBD; gra Letter Motion for Extension of Time to File in case 1:04−cv−07065−GBD; granting (311) Letter Motion for Extensic to File in case 1:04−cv−07216−GBD; granting (457) Letter Motion for Extension of Time to File in case 1:04−cv−07 granting (302) Letter Motion for Extension of Time to File in case 1:04−cv−07281−GBD−FM; granting (498) Letter Extension of Time to File in case 1:04−cv−07279−GBD; granting (66) Letter Motion for Extension of Time to File ir 1:09−cv−07055−GBD−FM; granting (84) Letter Motion for Extension of Time to File in case 1:11−cv−07550−GBD (736) Letter Motion for Extension of Time to File in case 1:02−cv−06977−GBD−FM; granting (342) Letter Motion f Extension of Time to File in case 1:02−cv−07300−GBD−FM; granting (336) Letter Motion for Extension of Time to 1:03−cv−05071−GBD; granting (420) Letter Motion for Extension of Time to File in case 1:03−cv−05738−GBD; gra Letter Motion for Extension of Time to File in case 1:03−cv−06978−GBD; granting (332) Letter Motion for Extensic to File in case 1:03−cv−07036−GBD; granting (309) Letter Motion for Extension of Time to File in case 1:03−cv−08 Any opposition to the Renewed Motion to Dismiss of the Kingdom of Saudi Arabia and Saudi High Commission for Herzegovina (SHC) is due on or before February 3, 2015. Any opposition to Plaintiffs' Motion to Amend is due on or February 3, 2015. SO ORDERED. (Signed by Judge George B. Daniels on 1/28/2015) Filed In Associated Cases: 1:03−md−01570−GBD−FM et al. (ajs) (Entered: 01/28/2015) |
| 28/2015 | | Set/Reset Deadlines: Responses due by 2/3/2015 Associated Cases: 1:03−md−01570−GBD−FM et al.(ajs) (Entered: 01/28/2015) |
| )3/2015 | 2926 | MEMORANDUM OF LAW in Opposition re: 2893 MOTION to Dismiss . . Document filed by Plaintiffs Executive Committees. (Carter, Sean) (Entered: 02/03/2015) |
| )3/2015 | 2927 | AFFIRMATION of Sean P. Carter in Opposition re: 2893 MOTION to Dismiss .. Document filed by Plaintiffs Execu Committees. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Ex 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23, # 24 Exhibit 24)(Carter, Sean) (Entered: 02/03/2015) |
| )3/2015 | 2928 | MEMORANDUM OF LAW in Opposition re: 2891 MOTION for Leave to File A Consolidated Amended Pleading c Evidence as to The Kingdom of Saudi Arabia and The Saudi High Commission for Relief of Bosnia and Herzegovina Document filed by Saudi High Commission, The Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit A)(Kellogg, M (Entered: 02/03/2015) |
| )4/2015 | 2929 | ENDORSED LETTER addressed to Judge George B. Daniels from Andrew J. Maloney, III dated 2/03/2015 re: Acco plaintiffs respectfully request the Court order the clerk's office to accept a CD Rom of the 4,000 pages to ensure that t part of the publically filed record that both the Court and defense counsel now have. ENDORSEMENT: SO ORDER (Signed by Judge George B. Daniels on 2/04/2015) Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(ama 02/04/2015) |
| )4/2015 | 2930 | EVIDENCE SUPPORTING PLAINTIFF'S AVERMENT OF FACTS in Support of Their Claims Against the Kingdo Arabia and the Saudi High Commission for Relief of Bosnia & Herzegovina (in hard−copy CD format). ***Acceptec by Judge Daniels on 2/4/2015, See dkt. no. 2929 . (tn) (Entered: 02/05/2015) |
| .1/2015 | 2932 | ORDER EXTENDING TIME AND LENGTH LIMITS FOR REPLIES IN SUPPORT OF MOTIONS TO DISMISS LEAVE TO AMEND: IT IS HEREBY ORDERED that the replies in support of the above motions each shall be filec than March 27, 2015, and shall not exceed twenty pages in length. ( Replies due by 3/27/2015.) (Signed by Judge Ge Daniels on 2/11/2015) Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(ama) (Entered: 02/13/2015) |
| .3/2015 | 2931 | LETTER addressed to Magistrate Judge Frank Maas from Amy Rothstein dated 02/12/2015 re: Motion to compel. Do filed by Yassin Abdullah Kadi. (Attachments: # 1 Exhibit 2013−12−12 Letter, # 2 Exhibit 2014−01−17 Letter, # 3 Ex 2014−05−07 Letter, # 4 Exhibit 2014−09−09 Letter, # 5 Exhibit 2014−12−15 Letter, # 6 Exhibit 2014−12−19 Letter, 2015−01−23 Email, # 8 Exhibit Pls Rog Response)Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Rotl Amy) (Entered: 02/13/2015) |
| )4/2015 | 2933 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from J. Scott Tarbutton dated 3/3/2015 re: Plaintif respectfully request that the deadline be extended to March 19 to allow the parties to engage in the meet and confer p which plaintiffs believe will lead to the resolution of some and/or all of the issues described in the defendant's motior ENDORSEMENT: Application granted., ( Responses due by 3/19/2015.) (Signed by Magistrate Judge Frank Maas o (lmb) (Entered: 03/04/2015) |
| )6/2015 | 2934 | SEALED DOCUMENT placed in vault.(mps) (Entered: 03/06/2015) |
| .6/2015 | 2935 | LETTER MOTION for Conference *and Order setting discovery deadlines* addressed to Magistrate Judge Frank Maas Kabat dated 03/16/2015. Document filed by Defendants Executive Committee. (Attachments: # 1 Exhibit 1−6)(Kaba (Entered: 03/16/2015) |
| .7/2015 | 2936 | CLERK'S CERTIFICATE OF DEFAULT as to Islamic Republic of Iran; Ayatollah Ali Hosenei Khamenei, Supreme Iran; Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; Min |

| | | |
|---|---|---|
| | | Information and Security; Islamic Revolutionary Guard Corps; Ministry of Petroleum; National Iranian Tanker Corp National Iranian Oil Corporation; National Iranian Gas Company; National Iranian Petrochemical Company; Iran Ai Ministry of Economic Affairs and Finance; Ministry of Commerce; Ministry of Defense and Armed Forces Logistics Bank of the Islamic Republic of Iran; and Hezbollah. (km) (Entered: 03/17/2015) |
| .8/2015 | 2937 | SEALED DOCUMENT placed in vault.(rz) (Entered: 03/18/2015) |
| .8/2015 | 2938 | LETTER addressed to Judge George B. Daniels from Sean P. Carter, Esquire dated March 18, 2015 re: Requesting th endorsement of a two–week extension of the common deadline for Plaintiffs' Reply Brief in support of their pending dismiss the KSA and SHC to April 10, 2015. Document filed by Plaintiffs Executive Committees.(Carter, Sean) (Ent 03/18/2015) |
| .9/2015 | 2939 | ORDER: Any reply in support of the Renewed Motion to Dismiss of the Kingdom of Saudi Arabia and Saudi High C for Bosnia & Herzegovina (SHC) is due on or before April 10, 2015. Any reply in support or Plaintiffs' Motion to An on or before April 10, 2015. Set Deadlines/Hearing as to 2893 MOTION to Dismiss, 2891 MOTION for Leave to Fil Consolidated Amended Pleading of Facts and Evidence as to The Kingdom of Saudi Arabia and The Saudi High Con for Relief of Bosnia and Herzegovina: Replies due by 4/10/2015. (Signed by Judge George B. Daniels on 3/19/2015) (Entered: 03/19/2015) |
| 23/2015 | 2940 | NOTICE of Supplemental Authority in Support of Defendant's Response to Plaintiffs' Affidavits and Time Records r Memorandum of Law in Opposition to Motion, 2864 Memorandum of Law in Opposition to Motion,. Document filed Haramain Islamic Foundation, Inc.. (Kabat, Alan) (Entered: 03/23/2015) |
| 26/2015 | 2941 | LETTER addressed to Magistrate Judge Frank Maas from Peter C. Salerno dated 03/26/2015 re: Kadi Letter–Motion Document filed by Yassin Abdullah Kadi, Yassin Abdullah Kadi, Yassin Abdullah Al Kadi, Yassin Abdullah Al–Ka Abdullah Al Kadi.Filed In Associated Cases: 1:03–md–01570–GBD–FM et al.(Salerno, Peter) (Entered: 03/26/2015 |
| 26/2015 | 2942 | MEMO ENDORSEMENT on re: 2941 Letter, filed by Yassin Abdullah Al Kadi, Yassin Abdullah Kadi, Yassin Abd Kadi, Yassin Abdullah Al–Kadi, Yassin Abdullah Kadi. ENDORSEMENT: Approved. (Signed by Magistrate Judge Maas on 3/26/2015) (lmb) (Entered: 03/26/2015) |
| 03/2015 | 2943 | LETTER addressed to Judge George B. Daniels from J. Scott Tarbutton dated April 3, 2015 re: Respectfully proposin case management conference set for April 9, 2015, be adjourned. Document filed by Plaintiffs Executive Committees Sean) (Entered: 04/03/2015) |
| 06/2015 | 2944 | ORDER: The conference currently scheduled for April 9, 2015 is adjourned to July 30, 2015 at 11:00 AM. SO ORDI Status Conference set for 7/30/2015 at 11:00 AM before Judge George B. Daniels.) (Signed by Judge George B. Dan 4/06/2015) Filed In Associated Cases: 1:03–md–01570–GBD–FM et al.(ama) (Entered: 04/06/2015) |
| 06/2015 | 2945 | LETTER MOTION for Conference re: 2935 LETTER MOTION for Conference *and Order setting discovery deadlin* addressed to Magistrate Judge Frank Maas from Alan Kabat dated 03/16/2015. addressed to Magistrate Judge Frank Sean P. Carter dated April 6, 2015. Document filed by Plaintiffs PI Executive Committee. (Attachments: # 1 Exhibit Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Carter, Sean) (Ent 04/06/2015) |
| 09/2015 | 2946 | ORDER granting 2935 Letter Motion for Conference ; granting 2945 Letter Motion for Conference. I have received l representatives of both the Plaintiffs' Executive Committees and the Defendants' Executive Committee concerning fa discovery. In brief, the plaintiffs say that they want to be assured that each defendant in discovery has completed its p of documents; the defendants say that the defendants in discovery by and large have completed their productions and schedule for the filing of any motions to compel that the plaintiffs may wish to make based on alleged inadequacies i defendants' productions. (See ECF Nos. 2935, 2945). The Court will hold a discovery conference in Courtroom 20A Wednesday, May 13, 2015, at 10 a.m., to discuss the issues raised by the letters and, hopefully, to set the schedule tha seek. In advance of that conference, by April 22, 2015, any defendant that has yet to complete its production of docu responsive to the plaintiffs' requests must send the Plaintiffs' Executive Committees a letter no more than one page in describing what remains to be produced, when it will be produced, and why there has been a delay. In particular, if th complete a production is due to government intervention, the letter should explain the circumstances. A copy of each must be sent to me. Any defendant in discovery that fails to send such a letter will be deemed to have completed its d production and to be committed to participating further in the discovery process. Accordingly, defendants that are un any documents remaining to be produced and which intend to participate in discovery should not send either plaintiff or the court a letter in response to this Order. Finally, I would recommend that both sides review their confidentiality designations in advance of the conference. If I conclude that documents have been designated as confidential without justification, it is likely that I will impose sanctions not only on the party that acted improperly, but on its counsel as Discovery Hearing set for 5/13/2015 at 10:00 AM in Courtroom 20A, 500 Pearl Street, New York, NY 10007 before Judge Frank Maas. (Signed by Magistrate Judge Frank Maas on 4/9/2015) Copies Sent By Chambers. (lmb) Modifie 4/9/2015 (lmb). (Entered: 04/09/2015) |

| | | |
|---|---|---|
| .0/2015 | 2947 | REPLY MEMORANDUM OF LAW in Support re: 2891 MOTION for Leave to File A Consolidated Amended Plea Facts and Evidence as to The Kingdom of Saudi Arabia and The Saudi High Commission for Relief of Bosnia and H . Document filed by Plaintiffs PI Executive Committee. (Attachments: # 1 Exhibit A)(Carter, Sean) (Entered: 04/10/2 |
| .0/2015 | 2948 | REPLY MEMORANDUM OF LAW in Support re: 2893 MOTION to Dismiss . . Document filed by Saudi High Co The Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit A)(Kellogg, Michael) (Entered: 04/10/2015) |
| 22/2015 | 2949 | LETTER addressed to Magistrate Judge Frank Maas from Robert Kry dated April 22, 2015 re: Response to April 9 C 2946) Copying Judge Maas. Document filed by Dallah Avco Trans Arabia Co. LTD..(Kry, Robert) (Entered: 04/22/2 |
| )5/2015 | 2950 | LETTER addressed to Magistrate Judge Frank Maas from Peter C. Salerno dated 5/5/2015 re: Motion to compel. Do by Yasin Abdullah Al Qadi, Yassin Abdullah Kadi, Yassin Abdullah Kadi, Yassin Abdullah Al Kadi, Yasin Al−Qadi Associated Cases: 1:03−md−01570−GBD−FM et al.(Salerno, Peter) (Entered: 05/05/2015) |
| .2/2015 | 2951 | LETTER addressed to Magistrate Judge Frank Maas from Robert K. Kry dated May 12, 2015 re: discovery status. Do filed by Dallah Avco Trans Arabia Co. LTD..(Kry, Robert) (Entered: 05/12/2015) |
| .2/2015 | 2952 | AMENDED LETTER addressed to Magistrate Judge Frank Maas from Robert K. Kry dated May 12, 2015 re: discov (CORRECTED VERSION). Document filed by Dallah Avco Trans Arabia Co. LTD..(Kry, Robert) (Entered: 05/12/2 |
| .3/2015 | | Minute Entry for proceedings held before Magistrate Judge Frank Maas: Discovery Hearing held on 5/13/2015. (Cha Richalyn) (Entered: 05/13/2015) |
| .4/2015 | 2953 | ORDER: Pursuant to the conference held on May 13, 2015, it is hereby ORDERED that: 1. Plaintiffs' motion to com Avco to disclose the scope of its searches in response to Plaintiffs' first set of jurisdictional requests for production of documents, (ECF No. 2886), is denied without prejudice. 2. By May 27, 2015, Plaintiffs shall submit a proposed sche filing motions to compel which shall ensure that all such motions are filed by September 30, 2015. 3. By July 30, 201 shall submit amended Initial Disclosures, pursuant to Rule 26(a)(1). 4. A subsequent conference shall be held, if nece July 30, 2015 following the conference before Judge Daniels. The conference shall take place in Courtroom 20A of t Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York. Requests for adjournment must the Court, in writing, at least two business day prior to the conference., ( Motions due by 9/30/2015.) (Signed by Mag Judge Frank Maas on 5/13/2015) Copies Sent By Chambers. (lmb) (Entered: 05/14/2015) |
| .5/2015 | 2954 | LETTER addressed to Magistrate Judge Frank Maas from Sean P. Carter dated May 15, 2015 re: an estimate of the c of AHIF USA's blocked assets. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit 1, # 2 # 3 Exhibit 3)(Carter, Sean) (Entered: 05/15/2015) |
| 21/2015 | 2955 | AFFIDAVIT of J. Scott Tarbutton, Esquire *In Support of Request for Clerk's Certificate of Default Against The Islan of Iran*. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B)( Sean) (Entered: 05/21/2015) |
| 21/2015 | 2956 | LETTER addressed to Magistrate Judge Frank Maas from Sean P. Carter, Esquire dated May 21, 2015 re: requesting Court issue an order requiring that the merits discovery defendants be required to submit Amended Initial Disclosure to Rule 26(a)(1), by July 30, 2015. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Text of Pr Order)(Carter, Sean) (Entered: 05/21/2015) |
| 22/2015 | 2957 | CORRECTED ORDER: Pursuant to the conference held on May 13,2015, it is hereby ORDERED that: 1. Plaintiffs' compel Dallah Avco to disclose the scope of its searches in response to Plaintiffs' first set of jurisdictional requests f production of documents, (ECF No. 2886), is denied without prejudice. 2. By May 27, 2015, Plaintiffs shall submit a schedule for filing motions to compel which shall ensure that all such motions are filed by September 30, 2015. 3. By 2015, Plaintiffs and all Defendants engaged in merits discovery shall, if necessary, submit amended Initial Disclosure to Rule 26(a)(1). 4. A subsequent conference shall be held, if necessary, on July 30, 2015 following the conference b Daniels. The conference shall take place in Courtroom 20A of the Daniel Patrick Moynihan United States Courthous Street, New York, New York. Requests for adjournment must be made to the Court, in writing, at least two business the conference., ( Motions due by 9/30/2015.) (Signed by Magistrate Judge Frank Maas on 5/22/2015) Copies Sent B Chambers. (lmb) (Entered: 05/22/2015) |
| 22/2015 | 2958 | NOTICE of of Supplemental Authority in Support of Defendant's Response to Plaintiffs' Affidavits and Time Record Memorandum of Law in Opposition to Motion,. Document filed by Al Haramain Islamic Foundation, Inc.. (Attachm Exhibit A)(Bernabei, Lynne) (Entered: 05/22/2015) |
| 22/2015 | 2959 | LETTER addressed to Magistrate Judge Frank Maas from Alan Kabat dated 05/22/2015 re: Plaintiffs' Letter (ECF 29 15, 2015). Document filed by Al Haramain Islamic Foundation, Inc..(Kabat, Alan) (Entered: 05/22/2015) |
| 27/2015 | 2960 | LETTER addressed to Magistrate Judge Frank Maas from Sean P. Carter, Esquire dated May 27, 2015 re: in accorda Court's Order of May 22, 2015, the PEC proposes a schedule for the filing of motions to compel as to the discovery d Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Text of Proposed Order)(Carter, Sean) (Enter 05/27/2015) |

| | | |
|---|---|---|
| ')28/2015 | 2961 | TRANSCRIPT of Proceedings re: CONFERENCE held on 5/13/2015 before Magistrate Judge Frank Maas. Court Reporter/Transcriber: Martha Drevis, (212) 805−0300. Transcript may be viewed at the court public terminal or purc through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 6/22/2015. Redacted Transcript Deadline set for 7/2/2015. Release Transcript Restriction set for 8/31/2015.(Grant, Patricia) (Entered: 05/28/2015) |
| ')28/2015 | 2962 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERI proceeding held on 5/13/2015 has been filed by the court reporter/transcriber in the above−captioned matter. The part seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...( Patricia) (Entered: 05/28/2015) |
| .6/2015 | 2963 | ORDER: It is hereby ORDERED that the following discovery deadlines shall apply: June 30, 2015: Deadline for mot compel as to defendant Dubai Islamic Bank. July 30, 2015: Deadline for motions to compel as to defendants Wa'el Je Soliman H.S. al Buthe, and Perouz Sedaghaty. August 15, 2015: Deadline for motions to compel as to defendants Ad Abdullah Omar Naseef, Abdullah al Turki, Abdullah al Obaid, and Abdul Rahman al Swailem. August 30, 2015: Dea motions to compel as to defendants Sana−Bell, Inc., Sanabel al Kheer, Inc., and AI Haramain Islamic Foundation, Inc September 30, 2015: Deadline for motions to compel as to defendants Muslim World League, International Islamic R Organization, World Assembly of Muslim Youth−Saudi Arabia, World Assembly of Muslim Youth−International, D and Yassin Abdullah Kadi. SO ORDERED. (Signed by Magistrate Judge Frank Maas on 6/16/2015) (ajs) (Entered: 0 |
| 30/2015 | 2964 | LETTER MOTION for Extension of Time *respectfully requesting a revised deadline for Plaintiffs and all Defendant in merits discovery to provide supplemental witness list information by September 15, 2015* addressed to Magistrate J Maas from Roni Bergoffen dated June 30, 2015. Document filed by Dubai Islamic Bank.(Cottreau, Steven) (Entered: 06/30/2015) |
| )1/2015 | 2965 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from J. Scott Tarbutton, Esq. dated 6/30/2015 re: I extension of motions deadline. ENDORSEMENT: Approved. The time to respond is also extended 14 days. (Motions 7/14/2015.) (Signed by Magistrate Judge Frank Maas on 7/1/2015) (spo) (Entered: 07/02/2015) |
| )8/2015 | 2966 | ORDER granting 2964 Letter Motion for Extension of Time. Approved. (Signed by Magistrate Judge Frank Maas on (lmb) (Entered: 07/08/2015) |
| )9/2015 | 2967 | MOTION to Amend/Correct *Complaint solely against The Islamic Republic of Iran*. Document filed by Kathleen Ash Federal Insurance Company et al., Plaintiffs.(Carter, Sean) (Entered: 07/09/2015) |
| )9/2015 | 2968 | MEMORANDUM OF LAW in Support re: 2967 MOTION to Amend/Correct *Complaint solely against The Islamic Iran*. . Document filed by Kathleen Ashton, Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit A Exhibit B)(Carter, Sean) (Entered: 07/09/2015) |
| )9/2015 | 2969 | MOTION for Entry of Default as to The Islamic Republic of Iran . Document filed by Kathleen Ashton, Federal Insu Company et al., Plaintiffs.(Carter, Sean) (Entered: 07/09/2015) |
| )9/2015 | 2970 | MEMORANDUM OF LAW in Support re: 2969 MOTION for Entry of Default as to The Islamic Republic of Iran . . filed by Kathleen Ashton, Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # C, # 4 Exhibit D, # 5 Exhibit E)(Carter, Sean) (Entered: 07/09/2015) |
| .0/2015 | 2971 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MOTION for Eric Richard Nitz to Appear Pro Hac Vice . I 200.00, receipt number 0208−11139232. **Motion and supporting papers to be reviewed by Clerk's Office staff.** D filed by Dallah Avco Trans Arabia Co. LTD.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Text of Proposed Order Modified on 7/10/2015 (sdi). (Entered: 07/10/2015) |
| .0/2015 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE−FILE Doc 2971 MOTION for Eric Richard Nitz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−1113 Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following r missing Certificate of Good Standing from Supreme Court of Virginia;. Re−file the motion as a Corrected Mo Appear Pro Hac Vice − attach the correct signed PDF − select the correct named filer/filers − attach valid Cer Good Standing issued within the past 30 days − attach Proposed Order.. (sdi)** (Entered: 07/10/2015) |
| .4/2015 | 2972 | LETTER addressed to Judge George B. Daniels from Sean P. Carter, Esquire and Michael K. Kellogg, Esquire dated 2015 re: the status conference currently scheduled for July 30, 2015 at 11:00 a.m.. Document filed by Plaintiffs Execu Committees, Saudi High Commission.(Carter, Sean) (Entered: 07/14/2015) |
| .4/2015 | 2973 | LETTER addressed to Magistrate Judge Frank Maas from Sean P. Carter, Esquire dated July 14, 2015 re: Request fo compelling defendant Dubai Islamic Bank to produce documents and information responsive to plaintiffs' documents ("Letter Brief No. 1"). Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A, part 1 of 2, A, part 2 of 2, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, part 1 of 2, # 15 Exhibit M, part 2 of 2, # 16 |

| | | |
|---|---|---|
| | | # 17 Exhibit O, # 18 Exhibit P, # 19 Exhibit Q)(Carter, Sean) (Entered: 07/14/2015) |
| .4/2015 | 2974 | LETTER addressed to Magistrate Judge Frank Maas from J. Scott Tarbutton, Esquire dated July 14, 2015 re: requesti Order pursuant to Rule 37(a) compelling defendant Dubai Islamic Bank to produce documents and information respo Plaintiffs' document requests ("Letter Brief 2").. Document filed by Plaintiffs Executive Committees.(Carter, Sean) (l 07/14/2015) |
| 21/2015 | 2975 | MOTION for Eric Richard Nitz to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk' staff.** Document filed by Dallah Avco Trans Arabia Co. LTD.. (Attachments: # 1 Exhibit Virginia Certificate of Goo # 2 Exhibit DC Certificate of Good Standing, # 3 Text of Proposed Order)(Nitz, Eric) (Entered: 07/21/2015) |
| 21/2015 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 2975 MOTION for Eric R Nitz to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The docu been reviewed and there are no deficiencies. (sdi)** (Entered: 07/21/2015) |
| 23/2015 | 2976 | ORDER FOR ADMISSION PRO HAC VICE: granting 2975 Motion for Eric R. Nitz to Appear Pro Hac Vice. (Sign George B. Daniels on 7/23/2015) (ama) (Entered: 07/23/2015) |
| 27/2015 | 2977 | CLERK'S CERTIFICATE OF DEFAULT as to the Islamic Republic of Iran. (km) (Entered: 07/27/2015) |
| 28/2015 | 2978 | ORDER: ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or t Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or tr action captioned: In re Terrorist Attacks on September 11, 2001, No. 03−md−1570. SO ORDERED. (Signed by Judg B. Daniels on 7/28/2015) Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(ama) (Entered: 07/28/2015) |
| 28/2015 | 2979 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Robert T. Haefele dated 7/28/2015 re: The P Executive Committee write to request brief extension of the deadline to submit plaintiffs' motions to compel as to def Soliman al−Buthe, Pirouz Sedaghaty, and Wa'el Jelaidan, currently set for July 30, 2015. We request an extension un August 10, 2015. ENDORSEMENT: Approved., ( Motions due by 8/10/2015.) (Signed by Magistrate Judge Frank M 7/28/2015) (lmb) (Entered: 07/28/2015) |
| 29/2015 | 2980 | REQUEST TO ENTER DEFAULT against Islamic Republic of Iran, Iran Ministry of Intelligence and Security, Iran Intelligence and Security Ali Fallahian, Iran Revolutionary Guard Corps, Iran Revolutionary Guard Corps−QODS Fo Ayatollah Ali Hoseini−Khamenei, and Deputy Commander Brigadier General of the Iran Revolutionary Guard Corp.Mohammed Baqr Zalqadr ( collectively, the Iran Defendants") . Document filed by Estate of John Patrick O'Ne In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−01076−GBD(Goldman, Jerry) (Entered: 07/29/2015) |
| 29/2015 | 2981 | AFFIDAVIT of Jerry S. Goldman, Esq. ., AFFIDAVIT of Jerry S. Goldman, Esq. in Support. Document filed by Esta Patrick O'Neill Sr.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−F 1:04−cv−01076−GBD(Goldman, Jerry) (Entered: 07/29/2015) |
| 29/2015 | 2982 | CLERK'S CERTIFICATE OF DEFAULT as to Islamic Republic of Iran, Iranian Ministry of Intelligence and Securit Minster of Intelligence and Security Ali Fallahian, Iranian Revolutionary Guard Corps, Iranian Revolutionary Guard Corps_QODS Force, Ayatollah Ali−Hoseini−Khamenei and Deputy Commander Brigadier General of the Iranian Re Guard Corp and Mohammed Barq Zalqadr. (km) (Entered: 07/29/2015) |
| 29/2015 | 2983 | ORDER: It is hereby ORDERED that the following attorney(s) herein are authorized to bring the following Personal Device(s) and/or herein into the Courthouse for use in a proceeding or trial in the action captioned 03−MD−1570. Th which such authorization is provided is (are) July 30, 2015. The attorney(s) identified in this Order must present a co Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitut certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth In Order M10−468, as Revised. (As further set forth in this Order.) (Signed by Judge George B. Daniels on 7/29/2015) ( (Entered: 07/29/2015) |
| 30/2015 | | Minute Entry for proceedings held before Judge George B. Daniels: Oral Argument held on 7/30/2015 re: (2891 in 1:03−md−01570−GBD−FM) MOTION for Leave to File A Consolidated Amended Pleading of Facts and Evidence a Kingdom of Saudi Arabia and The Saudi High Commission for Relief of Bosnia and Herzegovina . filed by Burnett F Kathleen Ashton, Federal Insurance Company, Euro Brokers Inc., et al., John Patrick O'Neill, Jr., Continental Casual Company, Cantor Fitzgerald & Co., (2893 in 1:03−md−01570−GBD−FM) MOTION to Dismiss . filed by Saudi Hig Commission, The Kingdom of Saudi Arabia. Plaintiff Counsel: Sean P. Carter, Scott Tarbutton, Robert Haefele, Jame Kreindler, Jerry Goldman, Barbara Tirado, David C. Lee, Michel F. Baumeister; Defense Counsel: Michael K. Kello G. Rapawy, Roy Englert, Steve Cottreau and court reporter present. The subsequent conference is scheduled for Aug at 10:30a.m. Associated Cases: 1:03−md−01570−GBD−FM et al.(Vega, Elizabeth) (Entered: 07/31/2015) |
| 07/2015 | 2984 | LETTER MOTION for Extension of Time to File Response/Reply *to Plaintiffs' Motions to Compel filed on July 14, 2* addressed to Magistrate Judge Frank Maas from Steven T. Cottreau dated August 7, 2015. Document filed by Dubai Bank.(Cottreau, Steven) (Entered: 08/07/2015) |

| | | |
|---|---|---|
| .0/2015 | 2985 | ORDER granting 2984 Letter Motion for Extension of Time to File Response/Reply. So ordered. Responses due by 9 (Signed by Magistrate Judge Frank Maas on 8/7/2015) (lmb) (Entered: 08/10/2015) |
| .0/2015 | 2986 | TRANSCRIPT of Proceedings re: conference held on 7/30/2015 before Judge George B. Daniels. Court Reporter/Tra Carol Ganley, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Cour Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained thro PACER. Redaction Request due 9/3/2015. Redacted Transcript Deadline set for 9/14/2015. Release of Transcript Res for 11/12/2015.(McGuirk, Kelly) (Entered: 08/10/2015) |
| .0/2015 | 2987 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conferenc proceeding held on 7/30/2015 has been filed by the court reporter/transcriber in the above−captioned matter. The part seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...( Kelly) (Entered: 08/10/2015) |
| .0/2015 | 2988 | LETTER addressed to Magistrate Judge Frank Maas from J. Scott Tarbutton, Esquire dated August 10, 2015 re: Requ Court enter an order pursuant to Rule 37(a) compelling defendant Wa'el Hamza Jelaidan to immediately produce all d and information responsive to Plaintiffs' document requests ("Letter Brief No. 1"). Document filed by Plaintiffs Exec Committees. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E Part 1 of 2, # 6 E Part 2 of 2, # 7 Exhibit F Part 1 of 2, # 8 Exhibit F Part 2 of 2, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I Part 1 of Exhibit I Part 2 of 2, # 13 Exhibit J, # 14 Exhibit K Part 1 of 2, # 15 Exhibit K Part 2 of 2, # 16 Exhibit L, # 17 Exhib Exhibit N, # 19 Exhibit O, # 20 Exhibit P, # 21 Exhibit Q, # 22 Exhibit R)(Carter, Sean) (Entered: 08/10/2015) |
| .0/2015 | 2989 | LETTER addressed to Magistrate Judge Frank Maas from Jerry S. Goldman, Esq. dated 08/10/2015 re: Letter Brief N Request That The Court Enter An Order Pursuant To Rule 37(a) Compelling Defendant Wa'el Hamza Jelaidan To Im Produce All Documents And Information Responsive To Plaintiffs' Document Requests. Document filed by Plaintiffs Committees. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 E 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Ex 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z, # 27 Exhibit AA, # 28 Exhibit BB, # 29 Exhibit CC, # 30 Exhibit DD, # EE, # 32 Exhibit FF, # 33 Exhibit GG, # 34 Exhibit HH, # 35 Exhibit II, # 36 Exhibit JJ, # 37 Exhibit KK, # 38 Exhil Exhibit MM, # 40 Exhibit NN, # 41 Supplement OO, # 42 Exhibit PP, # 43 Exhibit QQ, # 44 Exhibit RR, # 45 Exhib In Associated Cases: 1:03−md−01570−GBD−FM et al.(Goldman, Jerry) (Entered: 08/10/2015) |
| .0/2015 | 2990 | LETTER addressed to Magistrate Judge Frank Maas from Robert T. Haefele dated August 10, 2015 re: Request that t enter an order pursuant to Rule 37(a) compelling defendant Soliman H.S. Al−Buthe to immediately produce all docu information responsive to Plaintiffs' document requests. Document filed by Plaintiffs Executive Committees. (Attach Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)File Associated Cases: 1:03−md−01570−GBD−FM et al.(Haefele, Robert) (Entered: 08/10/2015) |
| .0/2015 | 2991 | LETTER addressed to Magistrate Judge Frank Maas from Robert T. Haefele dated August 10, 2015 re: Request that t enter an order pursuant to Rule 37(a) and (b) compelling defendant Perouz Sedaghaty to immediately produce all doc information responsive to Plaintiffs' document requests. Document filed by Plaintiffs Executive Committees. (Attach Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)Filed In Associated Cases: 1:03−md−01570−GE al.(Haefele, Robert) (Entered: 08/10/2015) |
| .1/2015 | 2992 | MOTION to Amend/Correct *Complaint Solely Against The Iran Defendants*. Document filed by Estate of John Patric Sr..Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Goldman, Jerry) Modified on 10/14/2015 (tro). (Ent 08/11/2015) |
| .1/2015 | 2993 | AFFIDAVIT of Jerry S. Goldman, Esq. In Support in Support re: (97 in 1:11−cv−07550−GBD) MOTION to Amend *Complaint Solely Against The Iran Defendants*.. Document filed by Estate of John Patrick O'Neill Sr.. (Attachments: A, # 2 Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Goldman, Jerry) (Enter 08/11/2015) |
| .1/2015 | 2994 | MOTION for Entry of Default as to Islamic Republic of Iran, The Iranian Ministry of Intelligence and Security, The Minister of Intelligence and Security Ali Fallahian, The Iranian Revolutionary Guard Corps, The Iranian Revolutiona Corps −− Qods Force, Ayatollah Ali Hoseini−Khamenei, and Deputy Commander Brigadier General of the Iranian Revolutionary Guard Corp. Mohammed Baqr Zalqadr . Document filed by Estate of John Patrick O'Neill Sr..Filed In Cases: 1:03−md−01570−GBD−FM et al.(Goldman, Jerry) Modified on 10/14/2015 (tro). (Entered: 08/11/2015) |
| .1/2015 | 2995 | AFFIDAVIT of Jerry S. Goldman, Esq. in Support re: (99 in 1:11−cv−07550−GBD) MOTION for Entry of Default a Republic of Iran, The Iranian Ministry of Intelligence and Security, The Iranian Minister of Intelligence and Security Fallahian, The Iranian Revolutionary Guard Corps, The Iranian Revolutionary Guard Co. Document filed by Estate o Patrick O'Neill Sr.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)Filed In A Cases: 1:03−md−01570−GBD−FM et al.(Goldman, Jerry) (Entered: 08/11/2015) |

| | | |
|---|---|---|
| .3/2015 | 2996 | LETTER addressed to Magistrate Judge Frank Maas from J. Scott Tarbutton, Esquire dated August 13, 2015 re: Requ remaining deadlines for filing motions to compel, set forth in the June 16, 2015 Order (ECF No. 2963) be extended. I filed by Plaintiffs Executive Committees.(Carter, Sean) (Entered: 08/13/2015) |
| .3/2015 | 2997 | MEMO ENDORSEMENT on re: 2996 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The revi schedule on pages 2−3 is adopted., ( Motions due by 10/30/2015., Responses due by 12/18/2015., Replies due by 1/8, (Signed by Magistrate Judge Frank Maas on 8/13/2015) (lmb) (Entered: 08/13/2015) |
| .4/2015 | 2998 | OPINION #105769 re: (2773 in 1:03−md−01570−GBD−FM) MOTION to Dismiss for Lack of Jurisdiction filed by Rahman Al Swailem. Dr. Abdul Rahman Al−Swailem is entitled to common law sovereign immunity for his official President of the SJRC and the SRC. Therefore, this Court lacks subject matter jurisdiction over Plaintiffs' claims agai and Al−Swailem's motion to dismiss is GRANTED pursuant to Federal Rule of Civil Procedure 12(h)(3). The Clerk directed to close the motion at ECF No. 2773. SO ORDERED. (Signed by Judge George B. Daniels on 8/14/2015) Fi Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD(ama) Modified on 8/18/2015 (soh). (Entered: 08/14/2015) |
| .4/2015 | | *****DELETED ENTRY. Deleted entry. Transmission to Order and Judgment Clerk. The document was incorr in this case. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD(ama)** (Entered: 08/14 |
| .4/2015 | 2999 | LETTER addressed to Judge George B. Daniels from Robert Kry dated August 14, 2015 re: transcript correction. Do filed by Dallah Avco Trans Arabia Co. LTD..(Kry, Robert) (Entered: 08/14/2015) |
| .7/2015 | 3000 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman dated August 17, 2015 re: Requesting Extens Default Judgment as to Liability Only, Obtained in this MDL against the Iran Defendants, Pursuant to 28 U.S.C. 160 O'Neill Plaintiffs in the Case Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al., 04−CV−1076 (GBD) filed by Estate of John Patrick O'Neill Sr..Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Goldman, Jer (Entered: 08/17/2015) |
| .7/2015 | | Minute Entry for proceedings held before Judge George B. Daniels: Oral Argument held on 8/17/2015 re: 91 Order,,, Counsel: Stephen A. Corr, Thomas E. Mellon, Jerry S. Goldman, Robert Foote, Timothy Fleming, Richard Hailey, B Strong; Defense Counsel: N/A and court reporter present. The next conference is scheduled for January 14, 2016 at 1 (Vega, Elizabeth) (Entered: 08/18/2015) |
| .8/2015 | 3001 | MOTION for Gregory G. Rapawy to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−11291177. **Mo supporting papers to be reviewed by Clerk's Office staff.** Document filed by The Kingdom of Saudi Arabia. (Atta 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order)(Rapawy, Gregory) (Entered: 08/18/2015) |
| 21/2015 | 3002 | CONSENT LETTER MOTION for Extension of Time to File Response/Reply as to 2991 Letter,, 2990 Letter,, addre Magistrate Judge Frank Maas from Alan Kabat dated 08/21/2015. Document filed by Soliman H.S. Al−Buthe, Perou Ghaty.(Kabat, Alan) (Entered: 08/21/2015) |
| 25/2015 | 3003 | LETTER addressed to Magistrate Judge Frank Maas from J. Scott Tarbutton, Esquire dated August 25, 2015 re: the r brief extension of the August 31, 2015, deadline for submission of Plaintiffs' motion to compel as to defendants Abdu Naseef, Abdullah bin Saleh al Obaid, Abdullah Muhsen al Turki and Adnan Basha. Document filed by Plaintiffs Exe Committees.(Carter, Sean) (Entered: 08/25/2015) |
| 25/2015 | 3004 | ORDER: The Hoglan, O'Neill, Federal Insurance Co., and Ashton Plaintiffs that have submitted proposed orders for judgment shall submit revised proposed orders on or before August 28, 2015, which track the language and format of of Judgment issued in Havlish, et al. v. bin Laden, et al.,1 :03−cv−09848 (GBD), such that all proposed orders are un for any substantive differences (e.g., the individual defendants at issue). (See Havlish Order of Judgment, 03 MDL 1 No. 2516 (Dec. 22, 2011). SO ORDERED. (Signed by Judge George B. Daniels on 8/25/2015) Filed In Associated C 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD−FM, 1:03−cv−06978−GBD, 1:04−cv−01076−GBD, 1:11−cv−07550−GBD(ama) (Entered: 08/25/2015) |
| 25/2015 | 3005 | ORDER granting 3002 Letter Motion for Extension of Time to File Response/Reply. APPLICATION GRANTED. R due by 9/30/2015. (Signed by Magistrate Judge Frank Maas on 8/25/2015) (spo) (Entered: 08/26/2015) |
| 26/2015 | 3006 | LETTER addressed to Judge George B. Daniels from Sean P. Carter, Esquire dated August 26, 2015 re: Response to Order of August 25, 2015, enclosing a revised proposed form of order for entry of default judgment against Iran. Doc by Federal Insurance Company.(Carter, Sean) (Entered: 08/26/2015) |
| 26/2015 | 3007 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman dated August 26, 2015 re: Revised Proposed Order For Entry Of Default Judgment Solely As To Liability Against The Iran Defendants. Document filed by Estate Patrick O'Neill Sr.. (Attachments: # 1 Exhibit Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−FM al.(Goldman, Jerry) (Entered: 08/26/2015) |
| 26/2015 | 3008 | LETTER addressed to Judge George B. Daniels from Andrew Maloney dated August 26, 2015 re: Response to the C of August 25, 2015, enclosing a revised proposed form of order for entry of default judgment against Iran.. Documen Kathleen Ashton.Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD−FM(Kreindler, Jam |

| | | |
|---|---|---|
| | | (Entered: 08/26/2015) |
| 26/2015 | 3009 | NOTICE of Filing Exhibit 13A in Support of Judgment by Default re: (91 in 1:11−cv−07550−GBD) MOTION for Ju Document filed by Hoglan Plaintiffs. (Attachments: # 1 Exhibit 13A)Filed In Associated Cases: 1:03−md−01570−GI 1:11−cv−07550−GBD(Corr, Stephen) (Entered: 08/26/2015) |
| 26/2015 | 3010 | MEMO ENDORSEMENT on re: 3003 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: APPLIC GRANTED. SO ORDERED. ( Responses due by 10/7/2015, Replies due by 10/28/2015.) (Signed by Magistrate Judg Maas on 8/26/2015) (mro) (Entered: 08/27/2015) |
| 27/2015 | 3011 | LETTER addressed to Judge George B. Daniels from Stephen A. Corr dated August 27, 2015 re: Respones to Court's dated August 25, 2015 with revised Order of Judgment. Document filed by Hoglan Plaintiffs.Filed In Associated Cas 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD(Corr, Stephen) (Entered: 08/27/2015) |
| 27/2015 | 3012 | ORDER: Upon consideration of the evidence submitted by the Plaintiffs in filings with this Court and the evidence pr the August 17, 2015 hearing on liability, together with the entire record in this case, it is hereby; ORDERED that Plai motion to file evidence under seal is GRANTED; Plaintiffs may file their sealed evidence exclusively in CD−ROM fo the volume of materials; and, Plaintiffs will manually file the sealed evidence with the Clerk. SO ORDERED. (Signe George B. Daniels on 8/27/2015) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD(am 08/27/2015) |
| 31/2015 | 3015 | ORDER: granting (2891) Motion for Leave to File Document; granting (2967) Motion to Amend/Correct ; granting ( Motion to Amend/Correct in case 1:03−md−01570−GBD−FM; granting (749) Motion to Amend/Correct in case 1:02−cv−06977−GBD−FM; granting (913) Motion to Amend/Correct in case 1:03−cv−06978−GBD. The motion of t Insurance and Ashton Plaintiffs to file their Amended Consolidated Pleading, solely as to Defendant Islamic Republic ("Iran"), to proceed with claims against Iran pursuant to 28 U.S.C. § 1605A, is GRANTED. Service of the Consolidat Amended Complaint upon Defendant Iran is not required under 28 U.S.C. § 1608, as the Federal Insurance and Ashto properly served their initial complaints upon Defendant Iran, and the Consolidated Amended Complaint merely clarif converts the claims asserted in the original complaints under 26 U.S.C. § 1605(a)(7) to claims under 28 U.S.C. § 160 ORDERED.(Signed by Judge George B. Daniels on 8/31/2015) Filed In Associated Cases: 1:03−md−01570−GBD−F 1:02−cv−06977−GBD−FM, 1:03−cv−06978−GBD (ama) (Entered: 08/31/2015) |
| 31/2015 | 3018 | ORDER in case 1:03−md−01570−GBD−FM; granting (425) Motion to Amend/Correct in case 1:04−cv−01076−GBI motion of the O'Neill Plaintiffs to file their Amended Pleading solely as to the Islamic Republic of Iran, the Iranian M Intelligence and Security, the Iranian Minister of Intelligence and Security Ali Fallahian, the Iranian Revolutionary G the Iranian Revolutionary Guard Corps − Qods Force, Ayatollah Ali Hoseini−Khamenei, and Deputy Commander Br General of the Iranian Revolutionary Guard Corp. Mohammed Baqr Zalqadr (collectively the "Iran Defendants"), to p with claims against the Iran Defendants pursuant to 28 U.S.C. § 1605A, is GRANTED.Service of the Amended Pleac the Iran Defendants is not required under 28 U.S.C. § 1608, as the O'Neill Plaintiffs properly served their initialcomp the Iran Defendants, and the Amended Pleading merely clarifies and converts the claims asserted in the original comp 28 U.S.C. § 1605(a)(7) to claims under 28 U.S.C. § 1605A. SO ORDERED. (Signed by Judge George B. Daniels on Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−01076−GBD (ama) (Entered: 08/31/2015) |
| 31/2015 | 3019 | PLAINTIFFS' FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF MOTION FOR ENTRY C DEFAULT JUDGMENT: The above Findings of Fact and Conclusions of Law are hereby entered as further set forth order. (Signed by Judge George B. Daniels on 8/31/2015) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD(lmb) (Entered: 09/01/2015) |
| 31/2015 | | *****DELETED DOCUMENT. Deleted document number (3013) Order of Judgment. The document was incorr in this case. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD(ama)** (Entered: 09/01 |
| 31/2015 | 3020 | ORDER OF JUDGMENT: ORDERED that Plaintiffs' Motion for Judgment by Default Against the Islamic Republic GRANTED and final judgment on liability is entered in favor of all Plaintiffs in Federal Insurance Co. v. al Qaida, et 03−CV−06978 (GBD) and against The Islamic Republic of Iran; ORDERED that the Federal Insurance Plaintiffs are referred to Magistrate Judge Frank Maas to resolve any remaining issues, including but not limited to damages both compensatory and punitive. SO ORDERED. (Signed by Judge George B. Daniels on 8/31/2015) Filed In Associated 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD(ama) (ama). (Entered: 09/01/2015) |
| 31/2015 | | *****DELETED DOCUMENT. Deleted document number 3014 Order of Judgment. The document was incorre this case. (ama)** (Entered: 09/01/2015) |
| 31/2015 | 3021 | ORDER OF JUDGMENT: ORDERED that the Ashton Plaintiffs' Motion for Judgment by Default Against the Islam of Iran is GRANTED and final judgment on liability is entered in favor of the Ashton Plaintiffs in Ashton et al. v. Al Islamic Army et al., 02−CV−6977 (GBD)(FM) and against the Islamic Republic of Iran; ORDERED that the Ashton are hereby referred to Magistrate Judge Frank Maas to resolve any remaining issues, including but not limited to dam compensatory and punitive. SO ORDERED. (Signed by Judge George B. Daniels on 8/31/2015) Filed In Associated 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD−FM(ama) (Entered: 09/01/2015) |

| | | |
|---|---|---|
| 31/2015 | | *****DELETED DOCUMENT. Deleted document number 3016 Order of Judgment. The document was incorre this case. (ama)** (Entered: 09/01/2015) |
| 31/2015 | 3022 | ORDER OF JUDGMENT: in case 1:03−md−01570−GBD−FM; granting (427) Motion for Entry of Default in case 1:04−cv−01076−GBD. ORDERED that the O'Neill Plaintiffs' Motion for Judgment by Default Against the Islamic R Iran, the Iranian Ministry of intelligence and Security, the Iranian Minister of Intelligence and Security Ali Fallahian, Revolutionary Guard Corps, the Iranian Revolutionary Guard Corps − Qods Force, Ayatollah AliHoseini−Khamenei, Deputy Commander Brigadier General of the Iranian Revolutionary Guard Corp. Mohammed Baqr Zalqadr (the "Irar Defendants") is GRANTED and final judgment on liability is entered in favor of the O'Neill Plaintiffs In Estate of Jol O'Neill, Sr.,et al. v. The Republic of Iraq et al., 04−CV−1076 (GBD) and against all the Iran Defendants; ORDERED O'Neill Plaintiffs are hereby referred to Magistrate Judge Frank Maas to resolve any remaining issues, including but r to damages both compensatory and punitive. SO ORDERED. (Signed by Judge George B. Daniels on 8/31/2015) File Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−01076−GBD(ama) (ama). (Entered: 09/01/2015) |
| 31/2015 | | *****DELETED DOCUMENT. Deleted document number 3017 Order of Judgment. The document was incorre this case. (ama)** (Entered: 09/02/2015) |
| 31/2015 | 3023 | ORDER OF JUDGMENT: ORDERED that Plaintiff's Motion for Entry of Default Judgment by the Court against So Defendants, The Islamic Republic of Iran, Ayatolla Ali Hoseini−Khamenei, Ali Akbar Hashemi Rafsanjani, Iranian M Information and Security, The Islamic Revolutionary Guards Corps, Hezbollah, The Iranian Ministry of Petroleum, T Iranian Tanker Corporation, The National Iranian Oil Corporation, The National Iranian Gas Company, Iran Airlines National Iranian Petrochemical Company, Iranian Ministry of Economic Affairs and Finance, Iranian Ministry of Co Iranian Ministry of Defense and Armed Forces Logics, and The Central Bank of the Islamic Republic of Iran (collect "Iranian Defendants") is GRANTED and final judgment on liability in entered in favor of Plaintiffs and against all Ira Defendants; ORDERED that the Plaintiffs are hereby referred to Magistrate Judge Frank Maas to resolve any remain including but not lmited to damages both compensatory and punitive. SO ORDERED. (Signed by Judge George B. D 8/31/2015) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD(ama) (Entered: 09/02/201 |
| 02/2015 | 3024 | LETTER addressed to Magistrate Judge Frank Maas from J. Scott Tarbutton, Esquire dated September 2, 2015 re: re the Court enter an order pursuant to Rule 37(a), compelling defendants Abdullah Omar Naseef, Abdullah bin Saleh a Abdullah Muhsen al Turki, and Adnan Basha ("Charity Official Defendants") to immediately produce all documents information responsive to Plaintiffs' jurisdictional document requests. Document filed by Plaintiffs Executive Commi (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, Exhibit G, Part 2, # 9 Exhibit H, Part 1, # 10 Exhibit H, Part 2, # 11 Exhibit I, Part 1, # 12 Exhibit I, Part 2, # 13 Exhi 1, # 14 Exhibit J, Part 2, # 15 Exhibit K, Part 1, # 16 Exhibit K, Part 2, # 17 Exhibit L, Part 1, # 18 Exhibit L, Part 2, Exhibit M, Part 1, # 20 Exhibit M, Part 2, # 21 Exhibit N, Part 1, # 22 Exhibit N, Part 2, # 23 Exhibit O, # 24 Exhibit 25 Exhibit P, Part 2, # 26 Exhibit Q, # 27 Exhibit R, # 28 Exhibit S, # 29 Exhibit T, # 30 Exhibit U)(Carter, Sean) (E 09/02/2015) |
| 03/2015 | 3029 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assig Magistrate Judge for Inquest After Default/Damages Hearing. Referred to Magistrate Judge Frank Maas. (Signed by George B. Daniels on 9/3/2015) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD−FM 1:03−cv−06978−GBD, 1:04−cv−01076−GBD, 1:11−cv−07550−GBD(lmb) (Entered: 09/09/2015) |
| 08/2015 | 3026 | ORDER granting 3025 Letter Motion for Extension of Time to File Response/Reply. Approved. Responses due by 9/ (Signed by Magistrate Judge Frank Maas on 9/8/2015) (kl) (Entered: 09/09/2015) |
| 09/2015 | 3025 | LETTER MOTION for Extension of Time to File Response/Reply as to 2988 Letter,,, addressed to Magistrate Judge Maas from Martin McMahon dated 9.8.2015. Document filed by Wa'el Jalaidan.(McMahon, Martin) (Entered: 09/09/ |
| 09/2015 | 3027 | TRANSCRIPT of Proceedings re: MOTION held on 8/17/2015 before Judge George B. Daniels. Court Reporter/Tran Patricia Kaneshiro−Miller, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased throu Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtaine PACER. Redaction Request due 10/5/2015. Redacted Transcript Deadline set for 10/16/2015. Release of Transcript R set for 12/11/2015.(McGuirk, Kelly) (Entered: 09/09/2015) |
| 09/2015 | 3028 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a MOTION held on 8/17/2015 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have sev calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(Mc Kelly) (Entered: 09/09/2015) |
| 1/2015 | 3030 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Robert T. Haefele dated 9/4/2015 re: We wri request an extension of the deadline to submit Plaintiffs' motions to compel as to the Sanabel Defendants, currently se September 14, 2015. Under the circumstances explained below, the Sanabel Defendants have proposed that the deadl filing the motion be extended 60 days, to November 13, 2015. ENDORSEMENT: So ordered., ( Motions due by 11/1 (Signed by Magistrate Judge Frank Maas on 9/10/2015) (lmb) (Entered: 09/11/2015) |

| | | |
|---|---|---|
| .1/2015 | 3031 | ORDER FOR ADMISSION PRO HAC VICE granting (3001) Motion for Gregory G. Rapawy to Appear Pro Hac Vi 1:03−md−01570−GBD−FM. (Signed by Judge George B. Daniels on 9/11/2015) Filed In Associated Cases: 1:03−md−01570−GBD−FM et al. (spo) (Entered: 09/11/2015) |
| .1/2015 | 3032 | ORDER ON NOTICE OF MOTION TO WITHDRAW MARK HILLER AS ATTORNEY OF RECORD: SO ORDE (Signed by Judge George B. Daniels on 9/11/2015) (spo) (Entered: 09/11/2015) |
| .4/2015 | 3033 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** MOTION for Sanctions *against Al H Islamic Foundation, Inc.*. Document filed by All Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Haefele, Robert) Modified on 9/15/2015 (db 09/14/2015) |
| .5/2015 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Rol Turner Haefele to RE−FILE Document (357 in 1:02−cv−07300−GBD−FM, 3033 in 1:03−md−01570−GBD−FM 1:04−cv−07065−GBD, 351 in 1:03−cv−05071−GBD, 714 in 1:03−cv−09849−GBD, 81 in 1:09−cv−07055−GBD−I 1:04−cv−07280−GBD, 761 in 1:02−cv−06977−GBD−FM, 435 in 1:03−cv−05738−GBD, 380 in 1:04−cv−01922−C in 1:03−cv−06978−GBD−FM, 419 in 1:03−cv−09848−GBD, 437 in 1:04−cv−01076−GBD−FM, 329 in 1:04−cv−07216−GBD, 517 in 1:04−cv−05970−GBD, 317 in 1:04−cv−07281−GBD−FM, 114 in 1:11−cv−07550−C 600 in 1:04−cv−01923−GBD, 534 in 1:04−cv−06105−GBD, 347 in 1:03−cv−07036−GBD, 327 in 1:03−cv−08591− in 1:04−cv−07279−GBD) MOTION for Sanctions *against Al Haramain Islamic Foundation, Inc.*.. Use the event Letter found under the event list Other Documents. Filed In Associated Cases: 1:03−md−01570−GBD−FM et a** (Entered: 09/15/2015) |
| .5/2015 | 3034 | LETTER addressed to Magistrate Judge Frank Maas from J. Scott Tarbutton, Esquire, dated September 15, 2015 re: r two week extension of the current September 15, 2015, deadline for plaintiffs and all defendants engaged in merits di submit their amended Initial Disclosures pursuant to Rule 26(a)(1) to September 30, 2015. Document filed by Plainti Executive Committees.(Carter, Sean) (Entered: 09/15/2015) |
| .5/2015 | 3035 | LETTER addressed to Magistrate Judge Frank Maas from Robert T. Haefele, Esq. dated September 14, 2015 re: Mot Sanctions against Al Haramain Islamic Foundation, Inc.. Document filed by Plaintiffs Executive Committees. (Attacl Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Haefele, Robert) (Entered: 09/15/2015) |
| .6/2015 | 3036 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman, Esq. dated 09−16−2015 re: Rene Hertog be from case.. Document filed by Estate of John P.O'Neill, Sr., John Patrick O'Neill, Jr.(Goldman, Jerry) (Entered: 09/16 |
| .6/2015 | 3037 | MEMO ENDORSEMENT on re: 3036 Letter filed by Estate of John P. O'Neill, Sr., John Patrick O'Neill, Jr. We are, accordingly, requesting, with her consent (Rene F. Hertzog), that her appearance in these litigations be withdrawn. ENDORSEMENT: SO ORDERED. (Signed by Judge George B. Daniels on 9/16/2015) Rene F. Hertzog terminated. Modified on 9/16/2015 (ama). (Entered: 09/16/2015) |
| .7/2015 | 3038 | NOTICE of of Suppemental Authority in Support of Defendant's Response to Plaintiffs' Affidavits and Time Records Notice (Other), 2868 Notice (Other), 2958 Notice (Other), 2864 Memorandum of Law in Opposition to Motion,. Doc by Al Haramain Islamic Foundation, Inc.. (Attachments: # 1 Exhibit A (Kottwitz v. Colvin), # 2 Exhibit B (Stroud v. Commissioner 1), # 3 Exhibit C (Stroud v. Commissioner 2), # 4 Exhibit D (6D Global Technologies))(Bernabei, Lyr (Entered: 09/17/2015) |
| .8/2015 | 3039 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MOTION for Stephen A. Corr to Appear Pro Hac Vice . **M supporting papers to be reviewed by Clerk's Office staff.** Document filed by Hoglan Plaintiffs. (Attachments: # 1 # 2 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD−FM(Cor Modified on 9/18/2015 (bcu). (Entered: 09/18/2015) |
| .8/2015 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE−FILE Doc (115 in 1:11−cv−07550−GBD−FM, 3039 in 1:03−md−01570−GBD−FM) MOTION for Stephen A. Corr to App Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the reason(s): expired Certificate of Good Standing from Pennsylvania;. Re−file the motion as a Corrected Motior Pro Hac Vice − attach the correct signed PDF − select the correct named filer/filers − attach valid Certificates Standing issued within the past 30 days − attach Proposed Order.. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD−FM(bcu)** (Entered: 09/18/2015) |
| .8/2015 | 3040 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MOTION for Default Judgment as to . Document filed by John Patrick O'Neill Sr.. (Attachments: # 1 Affidavit, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Ex 5)Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Goldman, Jerry) Modified on 9/21/2015 (db). (Entere 09/18/2015) |
| 21/2015 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − DEFICIENT DOCKET ENTRY ERROR. Notic Attorney Jerry Stephen Goldman to RE−FILE Document (473 in 1:04−cv−07280−GBD, 762 in 1:02−cv−06977−GBD−FM, 328 in 1:03−cv−08591−GBD, 930 in 1:03−cv−06978−GBD−FM, 494 in 1:04−cv−07( 715 in 1:03−cv−09849−GBD, 3040 in 1:03−md−01570−GBD−FM, 348 in 1:03−cv−07036−GBD, 318 in** |

| | | |
|---|---|---|
| | | **1:04−cv−07281−GBD−FM, 82 in 1:09−cv−07055−GBD−FM, 381 in 1:04−cv−01922−GBD, 518 in 1:04−cv−0727 352 in 1:03−cv−05071−GBD, 436 in 1:03−cv−05738−GBD, 438 in 1:04−cv−01076−GBD−FM, 518 in 1:04−cv−05970−GBD, 601 in 1:04−cv−01923−GBD, 116 in 1:11−cv−07550−GBD−FM, 330 in 1:04−cv−07216−G in 1:03−cv−09848−GBD, 535 in 1:04−cv−06105−GBD, 358 in 1:02−cv−07300−GBD−FM) MOTION for Defaul as to .. ERROR(S): Supporting Documents are filed separately, each receiving their own document #. Filed In Cases: 1:03−md−01570−GBD−FM et al.(db)** (Entered: 09/21/2015) |
| 21/2015 | 3041 | MEMO ENDORSEMENT on re: 3034 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: Applicat granted. (Signed by Magistrate Judge Frank Maas on 9/21/2015) (lmb) (Entered: 09/21/2015) |
| 21/2015 | 3042 | MOTION for Default Judgment as to . Document filed by Estate of John P.O'Neill, Sr..Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Goldman, Jerry) (Entered: 09/21/2015) |
| 21/2015 | 3043 | AFFIDAVIT in Support re: (3042 in 1:03−md−01570−GBD−FM, 117 in 1:11−cv−07550−GBD−FM) MOTION for Judgment as to .. Document filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exh Exhibit 4, # 5 Exhibit 5)Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Goldman, Jerry) (Entered: 09/2 |
| 23/2015 | 3044 | SECOND LETTER MOTION for Extension of Time to File Response/Reply as to 2988 Letter,,, addressed to Magist Frank Maas from Martin F. McMahon dated 9/23/2015. Document filed by Wa'el Hamza Jalaidan.(McMahon, Marti 09/23/2015) |
| 24/2015 | 3045 | ORDER granting 3044 Letter Motion for Extension of Time to File Response/Reply. APPLICATION GRANTED. (I due by 10/2/2015) (As further set forth in this Order.) (Signed by Magistrate Judge Frank Maas on 9/24/2015) (tro) (I 09/24/2015) |
| 29/2015 | 3046 | OPINION #105901: re: (2893 in 1:03−md−01570−GBD−FM) MOTION to Dismiss filed by Saudi High Commissio Kingdom of Saudi Arabia. Defendants' motion to dismiss the claims against Saudi Arabia and the SHC is GRANTED defendants are DISMISSED from this case because Saudi Arabia is a foreign sovereign, and the SHC is an instrumen that foreign sovereign. Both are immune from suit under the FSIA. Plaintiff's motion to file the Averment of Facts is futile. The Clerk of the Court is instructed to close the motions at ECF Nos. 2891 and 2893. SO ORDERED. (Signed George B. Daniels on 9/29/2015) Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(ama) Modified on 9/3 (ca). (Entered: 09/29/2015) |
| 30/2015 | 3047 | RULE 26 DISCLOSURE.Document filed by Wa'el Hamza Jalaidan.(McMahon, Martin) (Entered: 09/30/2015) |
| 30/2015 | 3048 | RULE 26 DISCLOSURE.Document filed by Wamy International, Inc., World Assembly of Muslim Youth.(Mohamm (Entered: 09/30/2015) |
| 30/2015 | 3049 | RULE 26 DISCLOSURE.Document filed by International Islamic Relief Organization(IIRO).(Lewis, Eric) (Entered: 09/30/2015) |
| 30/2015 | 3050 | RULE 26 DISCLOSURE.Document filed by Muslim World League.(Lewis, Eric) (Entered: 09/30/2015) |
| 30/2015 | 3051 | RULE 26 DISCLOSURE.Document filed by Plaintiffs Executive Committees.(Carter, Sean) (Entered: 09/30/2015) |
| 30/2015 | 3052 | RULE 26 DISCLOSURE.Document filed by Al Haramain Islamic Foundation, Inc..(Kabat, Alan) (Entered: 09/30/20 |
| 30/2015 | 3053 | LETTER addressed to Magistrate Judge Frank Maas from Alan Kabat dated 09/30/2015 re: Plaintiffs' Letter Applicat 2990). Document filed by Soliman H.S. Al−Buthe. (Attachments: # 1 Affidavit)(Kabat, Alan) (Entered: 09/30/2015) |
| 30/2015 | 3054 | LETTER addressed to Magistrate Judge Frank Maas from Alan Kabat dated 09/30/2015 re: Plaintiffs' Letter Applicat 2991). Document filed by Perouz Seda Ghaty. (Attachments: # 1 Affidavit)(Kabat, Alan) (Entered: 09/30/2015) |
| 30/2015 | 3055 | RULE 26 DISCLOSURE.Document filed by Perouz Seda Ghaty.(Kabat, Alan) (Entered: 09/30/2015) |
| 30/2015 | 3056 | RULE 26 DISCLOSURE.Document filed by Dubai Islamic Bank.(Cottreau, Steven) (Entered: 09/30/2015) |
| 30/2015 | 3057 | LETTER addressed to Magistrate Judge Frank Maas from Steven T. Cottreau dated 9/30/2015 re: Plaintiffs' Motion t Defendant Dubai Islamic Bank to Produce Documents. Document filed by Dubai Islamic Bank. (Attachments: # 1 A Declaration of Katie L. Barlow in Support of Brief, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhi Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11)(Cottreau, Steven) (Entered: 0 |
| 02/2015 | 3058 | LETTER addressed to Magistrate Judge Frank Maas from Robert Haefel for Plaintiffs' Executive Comittees dated 10 re: Al Haramain. Document filed by Plaintiffs Executive Committees.(Haefele, Robert) (Entered: 10/02/2015) |
| 02/2015 | 3059 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** LETTER MOTION for Discovery *O to Plaintiffs' motion to compel* addressed to Magistrate Judge Frank Maas from Martin McMahon & Associates re W dated 10/02/2012. Document filed by Wa'el Hamza Jalaidan. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Mc Martin) Modified on 10/6/2015 (db). (Entered: 10/02/2015) |

| | | |
|---|---|---|
| )2/2015 | 3060 | LETTER addressed to Magistrate Judge Frank Maas from Lynne Bernabei dated 10/02/2015 re: Response to Plaintif (ECF 3058). Document filed by Al Haramain Islamic Foundation, Inc..(Bernabei, Lynne) (Entered: 10/02/2015) |
| )5/2015 | 3061 | MEMO ENDORSEMENT on re: 3060 Letter filed by Al Haramain Islamic Foundation, Inc.. ENDORSEMENT: I ex issue a decision relatively soon concerning the fee issues. Whether Al Haramain USA is or is not affiliated with the te an issue wholly removed from its obligation –– once sued –– to provide discovery. Accordingly, the merits of the un claims will have no effect on my decision regarding fees. (Signed by Magistrate Judge Frank Maas on 10/5/2015) (kg (Entered: 10/05/2015) |
| )6/2015 | | *****NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR. Notice to Attorney Ma Francis McMahon to RE–FILE Document 3059 LETTER MOTION for Discovery *Opposition to Plaintiffs' mo compel* addressed to Magistrate Judge Frank Maas from Martin McMahon & Associates re Wael Jelaidan dat 10/02/2012. Use the event type Response in Opposition to Motion found under the event list Replies, Oppositio Supporting Documents. (db)** (Entered: 10/06/2015) |
| )6/2015 | 3062 | RESPONSE re: 2988 Letter,,, *Opposition to Motion to Compel*. Document filed by Wa'el Hamza Jalaidan. (Attachme Exhibit Bank Documents, # 2 Exhibit Letter, # 3 Exhibit Affidavit)(McMahon, Martin) (Entered: 10/06/2015) |
| )7/2015 | 3063 | LETTER addressed to Magistrate Judge Frank Maas from Alan Kabat dated 10/07/2015 re: Plaintiffs' Letter Applicat No. 3024). Document filed by Abdullah Bin Saleh Al Obaid, Abdullah Muhsen Al Turki, Adnan Basha, Abdullah Or (Attachments: # 1 Affidavit (Kabat), # 2 Exhibit 1 (Spreadsheet), # 3 Exhibit 2 (Al–Turki Doc Reqs), # 4 Exhibit 3 (A Doc Reqs), # 5 Exhibit 4 (Basha Doc Reqs), # 6 Exhibit 5 (Naseef Doc Reqs), # 7 Exhibit 6 (MWL Doc Reqs), # 8 E (IIRO Doc Reqs), # 9 Exhibit 8 (MWL Supp Doc Reqs), # 10 Exhibit 9 (IIRO Supp Doc Reqs), # 11 Exhibit 10 (IIR Doc Reqs))(Kabat, Alan) (Entered: 10/07/2015) |
| )7/2015 | 3064 | AMENDED LETTER addressed to Magistrate Judge Frank Maas from Alan Kabat dated 10/07/2015 re: Plaintiffs' L Application (ECF No. 3024). Document filed by Abdullah Bin Saleh Al Obaid, Abdullah Muhsen Al Turki, Adnan B Abdullah Omar Naseef. (Attachments: # 1 Affidavit Kabat, # 2 Exhibit 1 (Spreadsheet), # 3 Exhibit 2 (Al–Turki Doc Exhibit 3 (Al–Obaid Doc Reqs), # 5 Exhibit 4 (Basha Doc Reqs), # 6 Exhibit 5 (Naseef Doc Reqs), # 7 Exhibit 6 (M Reqs), # 8 Exhibit 7 (IIRO Doc Reqs), # 9 Exhibit 8 (MWL 1st Supp Doc Reqs), # 10 Exhibit 9 (IIRO 1st Supp Doc Exhibit 10 (IIRO 2nd Supp Doc Reqs))(Kabat, Alan) (Entered: 10/07/2015) |
| )8/2015 | 3065 | ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE: The Motion for Admission Pro Hac Vice file Stephen A. Corr, Esquire in the above–captioned matter is hereby GRANTED. (Signed by Judge George B. Daniels 10/8/2015) (spo) (Entered: 10/08/2015) |
| .3/2015 | 3066 | LETTER addressed to Magistrate Judge Frank Maas from Jerry S. Goldman, Esq. dated 10/13/2015 re: Extension of Document filed by Plaintiffs Executive Committees.Filed In Associated Cases: 1:03–md–01570–GBD–FM et al.(Go Jerry) (Entered: 10/13/2015) |
| .3/2015 | 3067 | DEFAULT JUDGMENT: It is ORDERED, ADJUDGED AND DECREED: That Plaintiffs in the above–referenced seeking unliquidated damages for losses, have Judgment against the Defendants listed in Exhibit 1 solely as to liabilit be entitled to a hearing before Judge Frank Maas to establish the aggregate value of the Plaintiffs' unliquidated dama further set forth within this Judgement.) (Signed by Judge George B. Daniels on 10/13/2015) (ajs) (Entered: 10/13/20 |
| .3/2015 | 3068 | MEMO ENDORSEMENT on re: (85 in 1:09–cv–07055–GBD–FM, 321 in 1:04–cv–07281–GBD–FM, 934 in 1:03–cv–06978–GBD–FM, 522 in 1:04–cv–07279–GBD, 439 in 1:03–cv–05738–GBD, 719 in 1:03–cv–09849–GI 1:03–cv–09848–GBD, 3066 in 1:03–md–01570–GBD–FM, 361 in 1:02–cv–07300–GBD–FM, 604 in 1:04–cv–01 476 in 1:04–cv–07280–GBD, 522 in 1:04–cv–05970–GBD, 332 in 1:03–cv–08591–GBD, 121 in 1:11–cv–07550– 441 in 1:04–cv–01076–GBD–FM, 538 in 1:04–cv–06105–GBD, 351 in 1:03–cv–07036–GBD, 334 in 1:04–cv–072 498 in 1:04–cv–07065–GBD, 385 in 1:04–cv–01922–GBD, 355 in 1:03–cv–05071–GBD, 766 in 1:02–cv–06977– Letter filed by Plaintiffs Executive Committees. ENDORSEMENT: Application granted., ( Motions due by 2/26/201 due by 12/4/2015.) (Signed by Magistrate Judge Frank Maas on 10/13/2015) Filed In Associated Cases: 1:03–md–01570–GBD–FM et al.(lmb) (Entered: 10/13/2015) |
| .4/2015 | 3069 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assig Magistrate Judge for Inquest After Default/Damages Hearing: 04–cv–1076 ECF No. 3067. Referred to Magistrate Ju Maas. (Signed by Judge George B. Daniels on 10/14/2015) (kgo) (Entered: 10/14/2015) |
| .4/2015 | 3070 | ORDER: Parties to this multi–district litigation ("MDL") shall file all documents under this MDL docket only. The p not file any documents under the electronic dockets for the individual civil matters. The parties shall indicate clearly civil actions their filings submitted under this MDL are related. (Signed by Judge George B. Daniels on 10/14/2015) (Entered: 10/14/2015) |
| .9/2015 | 3071 | LETTER addressed to Magistrate Judge Frank Maas from Alan Kabat dated 10/19/2015 re: Plaintiffs' Letter (ECF 30 15, 2015). Document filed by Al Haramain Islamic Foundation, Inc.. (Attachments: # 1 Affidavit Kabat, # 2 Exhibit Court letter), # 3 Exhibit B (OFAC letter), # 4 Exhibit C (letter to Ninth Circuit), # 5 Exhibit D (motion to dismiss), # E (order of dismissal))(Kabat, Alan) (Entered: 10/19/2015) |

| | | |
|---|---|---|
| 22/2015 | 3072 | LETTER addressed to Judge George B. Daniels from Sean P. Carter, Esquire dated October 22, 2015 re: Joint reques Court enter final judgment under Rule 54(b) with respect to defendants, The Kingdom of Saudi Arabia and the Saudi Commission for Relief of Bosnia & Herzegovina. Document filed by Plaintiffs Executive Committees. (Attachments of Proposed Order)(Carter, Sean) (Entered: 10/22/2015) |
| 23/2015 | 3073 | MEMORANDUM DECISION AND ORDER: For the reasons set forth above, the Plaintiffs are awarded attorneys fe expenses against defendant Wa'el Jelaidan in the amount of $134,620.47, and against defendant Al Haramain Islamic in the amount of $177,466.22. (As further set forth in this Order) (Signed by Magistrate Judge Frank Maas on 10/23/2 (Entered: 10/23/2015) |
| 26/2015 | 3074 | LETTER addressed to Magistrate Judge Frank Maas from Martin McMahon dated 10/26/2015 re: Corrected Docket Document filed by Wa'el Hamza Jalaidan. (Attachments: # 1 Corrected document)(McMahon, Martin) (Entered: 10/2 |
| 27/2015 | 3075 | NOTICE OF APPEAL from (3046 in 1:03−md−01570−GBD−FM) Memorandum & Opinion,,. Document filed by A Esate of John P. O'Neill, Sr., C. O'Neill, C. I. O'Neill, D. A. O'Neill, J. P. O'Neill, Jr. Filing fee $ 505.00, receipt num 0208−11554854. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Attachments: A)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−01922−GBD(Goldman, Jerry) (Entered: 10/27/2 |
| 27/2015 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (387 in 1:04−cv−01922−GBD) Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−01922−( (Entered: 10/27/2015) |
| 27/2015 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for (3075 in 1:03−md−01570−GBD−FM, 387 in 1:04−cv−01922−GBD) Notice of Appeal, filed by D. A. O'Neill, C. I. O'Neill, C All Plaintiffs, Esate of John P. O'Neill, Sr., J. P. O'Neill, Jr. were transmitted to the U.S. Court of Appeals. Filed In A Cases: 1:03−md−01570−GBD−FM, 1:04−cv−01922−GBD. (tp) (Entered: 10/27/2015) |
| 27/2015 | 3076 | **FILING ERROR − DEFICIENT DOCKET ENTRY − FILER ERROR −** NOTICE OF APPEAL from 3046 Me & Opinion. Document filed by Federal Insurance Company. Form C and Form D are due within 14 days to the Court Second Circuit. (Attachments: # 1 Exhibit A)(Carter, Sean) Modified on 10/27/2015 (tp). (Entered: 10/27/2015) |
| 27/2015 | 3077 | **FILING ERROR − DEFICIENT DOCKET ENTRY − FILER ERROR −** NOTICE OF APPEAL from 3046 Me & Opinion. Document filed by Pacific Indemnity Company, Vigilant Insurance Company. Form C and Form D are d 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Exhibit A)(Carter, Sean) Modified on 10/27/2015 (Entered: 10/27/2015) |
| 27/2015 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Carter, Sean to RE−I Document No. 3076 Notice of Appeal. The filing is deficient for the following reason(s): Appeal not spread to c appealed. Re−file the appeal using the event type Corrected Notice of Appeal found under the event list Appea Documents − attach the correct signed PDF − select the correct named filer/filers − select the correct order/juc being appealed − spread the text to all appropriate cases. (tp)** (Entered: 10/27/2015) |
| 27/2015 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Carter, Sean to RE−I Document No. 3077 Notice of Appeal. The filing is deficient for the following reason(s): Appeal not spread to c appealed. Re−file the appeal using the event type Corrected Notice of Appeal found under the event list Appea Documents − attach the correct signed PDF − select the correct named filer/filers − select the correct order/juc being appealed − spread the text to all appropriate cases. (tp)** (Entered: 10/27/2015) |
| 27/2015 | 3078 | NOTICE OF APPEAL from (3046 in 1:03−md−01570−GBD−FM) Memorandum & Opinion,,. Document filed by Fe Insurance Company. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Attachme Exhibit A − Judge Daniels September 29, 2015 Opinion)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD−FM(Carter, Sean) (Entered: 10/27/2015) |
| 27/2015 | 3079 | NOTICE OF APPEAL. Document filed by Vigilant Insurance Company. Form C and Form D are due within 14 days Court of Appeals, Second Circuit. (Attachments: # 1 Exhibit A, Judge Daniels September 29, 2015 Opinion)Filed In Cases: 1:03−md−01570−GBD−FM, 1:03−cv−08591−GBD, 1:04−cv−07216−GBD(Carter, Sean) (Entered: 10/27/20 |
| 27/2015 | | Appeal Fee Due: for (936 in 1:03−cv−06978−GBD−FM, 3078 in 1:03−md−01570−GBD−FM) Notice of Appeal. Ap due by 11/10/2015. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD−FM. (tp) (Entere 10/27/2015) |
| 27/2015 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (936 in 1:03−cv−06978−GBD−FM, 3078 in 1:03−md−01570−GBD−FM) Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD−FM. (tp) (Entered: 10/27/2015) |
| 27/2015 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for (936 in 1:03−cv−06978−GBD−FM, 3078 in 1:03−md−01570−GBD−FM) Notice of Appeal, filed by Federal Insurance Com transmitted to the U.S. Court of Appeals. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−G (tp) (Entered: 10/27/2015) |

| | | |
|---|---|---|
| 27/2015 | | Appeal Fee Due: for (334 in 1:03−cv−08591−GBD, 336 in 1:04−cv−07216−GBD, 3079 in 1:03−md−01570−GBD−F of Appeal,.$505.00 Appeal fee due by 11/10/2015. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−08591−GBD, 1:04−cv−07216−GBD(nd) (Entered: 10/27/2015) |
| 27/2015 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (334 in 1:03−cv−08591−GBD, 336 in 1:04−cv−07216−GBD, 3079 in 1:03−md−01570−GBD−FM) Notice of Appeal,. Filed Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−08591−GBD, 1:04−cv−07216−GBD(nd) (Entered: 10/27/2 |
| 27/2015 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for (336 in 1:04−cv−07216−GBD, 3079 in 1:03−md−01570−GBD−FM, 334 in 1:03−cv−08591−GBD) Notice of Appeal, filed b Insurance Company were transmitted to the U.S. Court of Appeals. Filed In Associated Cases: 1:03−md−01570−GBI 1:03−cv−08591−GBD, 1:04−cv−07216−GBD(nd) (Entered: 10/27/2015) |
| 27/2015 | 3080 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman, Esq. dated 10−27−2015 re: In re: Terrorist A Document filed by All Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−01922−GBD(Gol Jerry) (Entered: 10/27/2015) |
| 27/2015 | 3081 | **FILING ERROR − NO ORDER SELECTED FOR APPEAL −** NOTICE OF APPEAL. Document filed by All Pl Filing fee $ 505.00, receipt number 0208−11558038. Form C and Form D are due within 14 days to the Court of App Second Circuit. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09849−GBD(Haefele, Robert) Modified on 10/28/2015 (tp). (Entered: 10/27/2015) |
| 27/2015 | 3082 | NOTICE OF APPEAL from (3046 in 1:03−md−01570−GBD−FM, 521 in 1:04−cv−07279−GBD) Memorandum & C Document filed by Euro Brokers Inc., et al.. Form C and Form D are due within 14 days to the Court of Appeals, Sec Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−07279−GBD(Bierstein, Andrea) (Entered: 10/27/2 |
| 27/2015 | 3083 | NOTICE OF APPEAL from (497 in 1:04−cv−07065−GBD, 3046 in 1:03−md−01570−GBD−FM) Memorandum & C Document filed by C02e.com, LLC, Cantor Fitzgerald & Co., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald B L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald International, Cantor Fitzgerald Partners, Cantor Fitzgerald Securit Fitzgerald, L.P., Cantor Index Limited, Espeed, Inc., TradeSpark, L.P., eSpeed Government Securities, Inc., eSpeed S Inc.. Filing fee $ 505.00, receipt number 0208−11558576. Form C and Form D are due within 14 days to the Court o Second Circuit. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−07065−GBD(Leonardo, Christoph (Entered: 10/27/2015) |
| 28/2015 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Haefele, Robert to R Document No. (721 in 1:03−cv−09849−GBD, 3081 in 1:03−md−01570−GBD−FM) Notice of Appeal. The filing for the following reason(s): the order/judgment being appealed was not selected. Re−file the appeal using the e *Corrected Notice of Appeal* found under the event list Appeal Documents − attach the correct signed PDF − sel correct named filer/filers − select the correct order/judgment being appealed. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09849−GBD(tp)** (Entered: 10/28/2015) |
| 28/2015 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (3082 in 1:03−md−01570−GBD−FM, 524 in 1:04−cv−07279−GBD) Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−07279−GBD. (tp) (Entered: 10/28/2015) |
| 28/2015 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for (3082 in 1:03−md−01570−GBD−FM, 524 in 1:04−cv−07279−GBD) Notice of Appeal, filed by Euro Brokers Inc., et al. were to the U.S. Court of Appeals. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−07279−GBD. (tp) (E 10/28/2015) |
| 28/2015 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (3083 in 1:03−md−01570−GBD−FM, 500 in 1:04−cv−07065−GBD) Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−07065−GBD. (tp) (Entered: 10/28/2015) |
| 28/2015 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for (3083 in 1:03−md−01570−GBD−FM, 500 in 1:04−cv−07065−GBD) Notice of Appeal, filed by Cantor Fitzgerald Europe, Ca Fitzgerald Partners, Cantor Fitzgerald Securities, Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald International, Inc., Cantor Index Limited, eSpeed Securities, Inc., eSpeed Government Securities, Inc., C02e.com, LLC, Cantor Fit L.P., Cantor Fitzgerald Brokerage, L.P., TradeSpark, L.P., Cantor Fitzgerald & Co. were transmitted to the U.S. Cour Appeals. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−07065−GBD(tp) (Entered: 10/28/2015) |
| 28/2015 | 3084 | CORRECTED NOTICE OF APPEAL re: (721 in 1:03−cv−09849−GBD, 3081 in 1:03−md−01570−GBD−FM) Notic Appeal, (3046 in 1:03−md−01570−GBD−FM) Memorandum & Opinion,,. Document filed by All Plaintiffs. (Attachn Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09849−GBD(Haefele, Robert) (Entered: 10/28/2015) |
| 28/2015 | | Appeal Fee Paid electronically via Pay.gov: for (722 in 1:03−cv−09849−GBD, 3084 in 1:03−md−01570−GBD−FM) Notice of Appeal. Filing fee $ 505.00. Pay.gov receipt number 0208−11558038, paid on 10/27/2015. Filed In Associa |

| | | |
|---|---|---|
| | | 1:03−md−01570−GBD−FM, 1:03−cv−09849−GBD. (tp) (Entered: 10/28/2015) |
| :8/2015 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (722 in 1:03−cv−09849−GBD, 3084 in 1:03−md−01570−GBD−FM) Corrected Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09849−GBD. (tp) (Entered: 10/28/2015) |
| :8/2015 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for (722 in 1:03−cv−09849−GBD, 3084 in 1:03−md−01570−GBD−FM) Corrected Notice of Appeal, filed by All Plaintiffs were transmitted to the U.S. Court of Appeals. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09849−C (Entered: 10/28/2015) |
| :8/2015 | 3085 | **FILING ERROR − NO ORDER SELECTED FOR APPEAL −** NOTICE OF INTERLOCUTORY APPEAL. Doc filed by Kathleen Ashton. Filing fee $ 505.00, receipt number 0208−11563200. Form C and Form D are due within 1 the Court of Appeals, Second Circuit. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBI 1:02−cv−06977−GBD−FM(Kreindler, James) Modified on 10/29/2015 (nd). (Entered: 10/28/2015) |
| :8/2015 | 3086 | LETTER addressed to Magistrate Judge Frank Maas from Eric L. Lewis dated October 28, 2015 re: Request for an In Conference. Document filed by International Islamic Relief Organization(IIRO), Muslim World League. (Attachmen Exhibit Eleven Arabic Documents, # 2 Exhibit Three Arabic Documents with Translations Provided by Plaintiffs, # 3 June 26, 2015 MWL/IIRO Counsel Letter to Plaintiffs' Counsel, # 4 Exhibit Email String to/from Plaintiffs' Counsel, October 16, 2015 MWL/IIRO Counsel Letter to Plaintiffs' Counsel, # 6 Exhibit September 25, 2015 Plaintiffs' Letter IIRO/MWL Counsel)(Lewis, Eric) (Entered: 10/28/2015) |
| :8/2015 | 3087 | CORRECTED MEMORANDUM DECISION AND ORDER: For the reasons set forth above, the Plaintiffs are awar attorneys fees and expenses against defendant Wa'el Jelaidan in the amount of $134,620.48, and against defendant Al Islamic Foundation in the amount of $176,812.22. (As further set forth in this Order) (Signed by Magistrate Judge Fra on 10/28/2015) (lmb) (Entered: 10/28/2015) |
| :8/2015 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Kreindler, James to Document No. (768 in 1:02−cv−06977−GBD−FM, 3085 in 1:03−md−01570−GBD−FM) Notice of Interlocutory The filing is deficient for the following reason(s): the order/judgment being appealed was not selected;. Re−file using the event type Corrected Notice of Appeal found under the event list Appeal Documents − attach the cor PDF − select the correct named filer/filers − select the correct order/judgment being appealed. Filed In Associa 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD−FM(nd)** (Entered: 10/29/2015) |
| :8/2015 | 3177 | INTERNET CITATION NOTE: Material from decision with Internet citation re: 3087 CORRECTED MEMORAND DECISION AND ORDER. (Part 1 of 3) (lnl) (Entered: 12/29/2015) |
| :8/2015 | 3178 | INTERNET CITATION NOTE: Material from decision with Internet citation re: 3087 CORRECTED MEMORAND DECISION AND ORDER. (Part 2 of 3) (lnl) (Entered: 12/29/2015) |
| :8/2015 | 3179 | INTERNET CITATION NOTE: Material from decision with Internet citation re: 3087 CORRECTED MEMORAND DECISION AND ORDER. (Part 3 of 3) (lnl) (Entered: 12/29/2015) |
| :8/2015 | 3180 | INTERNET CITATION NOTE: Material from decision with Internet citation re: 3087 CORRECTED MEMORAND DECISION AND ORDER. (lnl) (Entered: 12/29/2015) |
| :8/2015 | 3181 | INTERNET CITATION NOTE: Material from decision with Internet citation re: 3087 CORRECTED MEMORAND DECISION AND ORDER. (lnl) (Entered: 12/29/2015) |
| :8/2015 | 3182 | INTERNET CITATION NOTE: Material from decision with Internet citation re: 3087 CORRECTED MEMORAND DECISION AND ORDER. (lnl) (Entered: 12/29/2015) |
| :8/2015 | 3183 | INTERNET CITATION NOTE: Material from decision with Internet citation re: 3087 CORRECTED MEMORAND DECISION AND ORDER. (lnl) (Entered: 12/29/2015) |
| :8/2015 | 3184 | INTERNET CITATION NOTE: Material from decision with Internet citation re: 3087 CORRECTED MEMORAND DECISION AND ORDER. (lnl) (Entered: 12/29/2015) |
| :8/2015 | 3185 | INTERNET CITATION NOTE: Material from decision with Internet citation re: 3087 CORRECTED MEMORAND DECISION AND ORDER. (Part 1 of 2) (lnl) (Entered: 12/29/2015) |
| :8/2015 | 3186 | INTERNET CITATION NOTE: Material from decision with Internet citation re: 3087 CORRECTED MEMORAND DECISION AND ORDER. (Part 2 of 2) (lnl) (Entered: 12/29/2015) |
| :8/2015 | 3187 | INTERNET CITATION NOTE: Material from decision with Internet citation re: 3087 CORRECTED MEMORAND DECISION AND ORDER. (lnl) (Entered: 12/29/2015) |

| | | |
|---|---|---|
| 29/2015 | 3088 | **FILING ERROR − FILED IN WRONG CASES −** NOTICE OF APPEAL from (3046 in 1:03−md−01570−GBD− Memorandum & Opinion,,. Document filed by Kathleen Ashton. Form C and Form D are due within 14 days to the C Appeals, Second Circuit. (Attachments: # 1 Exhibit)Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Kr James) Modified on 10/29/2015 (nd). (Entered: 10/29/2015) |
| 29/2015 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Kreindler, James to Document No. (769 in 1:02−cv−06977−GBD−FM, 3088 in 1:03−md−01570−GBD−FM) Notice of Appeal,,. The deficient for the following reason(s): the wrong event type was used to file the appeal;. Re−file the appeal using type Corrected Notice of Appeal found under the event list Appeal Documents − attach the correct signed PDF the correct named filer/filers − select the correct order/judgment being appealed. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD−FM(nd)** (Entered: 10/29/2015) |
| 29/2015 | 3089 | **FILING ERROR − FILERS NOT SELECTED −** NOTICE OF INTERLOCUTORY APPEAL from (3046 in 1:03−md−01570−GBD−FM) Memorandum & Opinion,,. Document filed by Valley Forge Insurance Company. Filin 505.00, receipt number 0208−11566276. Form C and Form D are due within 14 days to the Court of Appeals, Second Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−05970−GBD(Kaplan, Robert) Modified on 10/29/2 (Entered: 10/29/2015) |
| 29/2015 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Kaplan, Robert to R Document No. (3089 in 1:03−md−01570−GBD−FM, 525 in 1:04−cv−05970−GBD) Notice of Interlocutory App filing is deficient for the following reason(s): the filers were NOT selected for the appeal;. Re−file the appeal us event type Corrected Notice of Appeal found under the event list Appeal Documents − attach the correct signe select all the correct named filers − select the correct order/judgment being appealed. Filed In Associated Case 1:03−md−01570−GBD−FM, 1:04−cv−05970−GBD(nd)** (Entered: 10/29/2015) |
| 29/2015 | 3090 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MOTION for Reconsideration *of Award of Attorneys' Fees 3087*. Document filed by Wa'el Hamza Jalaidan. (Attachments: # 1 Exhibit Translated Document, # 2 Memorandum and Authorities, # 3 Text of Proposed Order)(McMahon, Martin) Modified on 10/30/2015 (db). (Entered: 10/29/2015 |
| 29/2015 | 3091 | CORRECTED NOTICE OF APPEAL re: (768 in 1:02−cv−06977−GBD−FM, 3085 in 1:03−md−01570−GBD−FM) Interlocutory Appeal, (3046 in 1:03−md−01570−GBD−FM) Memorandum & Opinion,,. Document filed by Kathleen (Attachments: # 1 Exhibit)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD−FM(Krein James) (Entered: 10/29/2015) |
| 29/2015 | | Appeal Fee Paid electronically via Pay.gov: for (3091 in 1:03−md−01570−GBD−FM, 770 in 1:02−cv−06977−GBD− Corrected Notice of Appeal,. Filing fee $ 505.00. Pay.gov receipt number 0208−11563200, paid on 10/28/2015. Filed Associated Cases: 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD−FM(nd) (Entered: 10/29/2015) |
| 29/2015 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (770 in 1:02−cv−06977−GBD−FM, 3091 in 1:03−md−01570−GBD−FM) Corrected Notice of Appeal,. Filed In Associated C 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD−FM(nd) (Entered: 10/29/2015) |
| 29/2015 | 3092 | CORRECTED NOTICE OF APPEAL re: (525 in 1:04−cv−05970−GBD) Notice of Interlocutory Appeal, (3046 in 1:03−md−01570−GBD−FM) Memorandum & Opinion,,. Document filed by American Casualty Company of Readin Pennsylvania, Continental Casualty Company, National Fire Insurance Company of Hartford, Transcontinental Insur Company, Transportation Insurance Company, Valley Forge Insurance Company. (Attachments: # 1 Exhibit order)Fi Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−05970−GBD(Kaplan, Robert) (Entered: 10/29/2015) |
| 29/2015 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for (3091 in 1:03−md−01570−GBD−FM, 770 in 1:02−cv−06977−GBD−FM) Corrected Notice of Appeal, filed by Kathleen Asht transmitted to the U.S. Court of Appeals. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD−FM(nd) (Entered: 10/29/2015) |
| 29/2015 | | Appeal Fee Paid electronically via Pay.gov: for (526 in 1:04−cv−05970−GBD, 3092 in 1:03−md−01570−GBD−FM) Notice of Appeal. Filing fee $ 505.00. Pay.gov receipt number 0208−11566276, paid on 10/29/2015. Filed In Associa 1:03−md−01570−GBD−FM, 1:04−cv−05970−GBD(nd) (Entered: 10/29/2015) |
| 29/2015 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (526 in 1:04−cv−05970−GBD, 3092 in 1:03−md−01570−GBD−FM) Corrected Notice of Appeal,,. Filed In Associated Case 1:03−md−01570−GBD−FM, 1:04−cv−05970−GBD(nd) (Entered: 10/29/2015) |
| 29/2015 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for (526 in 1:04−cv−05970−GBD, 3092 in 1:03−md−01570−GBD−FM) Corrected Notice of Appeal,, filed by Valley Forge Insu Company, American Casualty Company of Reading, Pennsylvania, National Fire Insurance Company of Hartford, C Casualty Company, Transportation Insurance Company, Transcontinental Insurance Company were transmitted to th Court of Appeals. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−05970−GBD(nd) (Entered: 10/2 |

| | | |
|---|---|---|
| 30/2015 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − DEFICIENT DOCKET ENTRY ERROR. Notic Attorney Martin Francis McMahon to RE−FILE Document 3090 MOTION for Reconsideration *of Award of A Fees docket no. 3087*. ERROR(S): Supporting Documents are filed separately, each receiving their own docum** (Entered: 10/30/2015) |
| 30/2015 | 3093 | MOTION for Reconsideration re; 3087 Order, . Document filed by Wa'el Hamza Jalaidan. (Attachments: # 1 Exhibit Document)(McMahon, Martin) (Entered: 10/30/2015) |
| 30/2015 | 3094 | MEMORANDUM OF LAW in Support re: 3093 MOTION for Reconsideration re; 3087 Order, . . Document filed by Hamza Jalaidan. (McMahon, Martin) (Entered: 10/30/2015) |
| 30/2015 | 3095 | LETTER addressed to Magistrate Judge Frank Maas from J. Scott Tarbutton, Esquire dated October 30, 2015 re: Rep further support of all plaintiffs letter briefs filed on August 10, 2015, seeking an order from this Court compelling De Wa'el Hamza Jelaidan to immediately produce all documentation and information response to plaintiffs' discovery re Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 E 5 Exhibit E, # 6 Exhibit F)(Carter, Sean) (Entered: 10/30/2015) |
| 30/2015 | 3096 | ORDER: After careful consideration of the joint request for entry of final judgment, this Court finds that there is no j to delay the entry of a final judgment pursuant to Federal Rule of Civil Procedure 54(b) dismissing defendants Kingd Saudi Arabia and Saudi High Commission for Relief of Bosnia & Herzegovina ("SHC"). A partial judgment under R with respect to defendants Saudi Arabia and SHC is appropriate because both are immune from suit under the Foreig Immunities Act, 28 U.S.C. § 1602, et seq. The Court has dismissed all claims asserted by any plaintiff against defend Arabia as a foreign sovereign and SHC as an instrumentality of that foreign sovereign and has decided finally their ri liabilities, constituting a final decision within the meaning of 28 U.S.C. § 1291 as to those defendants. See ECF No. 3 ACCORDINGLY, IT IS HEREBY ORDERED that the Court's dismissals of defendants Saudi Arabia and SHC are c final pursuant to Federal Rule of Civil Procedure 54(b). The Clerk of the Court is directed to prepare and enter a final (Signed by Judge George B. Daniels on 10/30/2015) Filed In Associated Cases: 1:03−md−01570−GBD−FM et al, as Chambers.(mro) (Entered: 10/30/2015) |
| 30/2015 | | Transmission to Judgments and Orders Clerk. Transmitted re: (336 in 1:03−cv−08591−GBD, 446 in 1:04−cv−01076- 124 in 1:11−cv−07550−GBD−FM, 338 in 1:04−cv−07216−GBD, 324 in 1:04−cv−07281−GBD−FM, 442 in 1:03−cv−05738−GBD, 607 in 1:04−cv−01923−GBD, 527 in 1:04−cv−05970−GBD, 3096 in 1:03−md−01570−GBD- in 1:02−cv−06977−GBD−FM, 358 in 1:03−cv−05071−GBD, 938 in 1:03−cv−06978−GBD−FM, 430 in 1:03−cv−09 364 in 1:02−cv−07300−GBD−FM, 479 in 1:04−cv−07280−GBD, 390 in 1:04−cv−01922−GBD, 354 in 1:03−cv−070 541 in 1:04−cv−06105−GBD, 502 in 1:04−cv−07065−GBD, 526 in 1:04−cv−07279−GBD, 724 in 1:03−cv−09849−( 1:09−cv−07055−GBD−FM) Order, to the Judgments and Orders Clerk. Filed In Associated Cases: 1:03−md−01570− et al.(mro) (Entered: 10/30/2015) |
| 30/2015 | 3097 | CLERK'S RULE 54(b)JUDGMENT: That for the reasons stated in the Court's Order dated October 30, 2015, there is reason for delay pursuant to Fed. R. Civ. P. 54(b), dismissing defendants Kingdom of Saudi Arabia and Saudi High C for Relief of Bosnia & Herzegovina (SHC); the dismissals of defendants Saudi Arabia and SHC are certified as final Fed. R. Civ. P. 54(b). (Signed by Clerk of Court Ruby Krajick on 10/30/2015) (Attachments: # 1 Notice of Right to A Notice of Right to Appeal)Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(dt) (Entered: 10/30/2015) |
| 02/2015 | 3098 | RESPONSE re: 3086 Letter,, . Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Attachment A) Robert) (Entered: 11/02/2015) |
| 02/2015 | 3099 | AMENDED NOTICE OF APPEAL re: (3075 in 1:03−md−01570−GBD−FM, 387 in 1:04−cv−01922−GBD) Notice ( (3097 in 1:03−md−01570−GBD−FM) Clerk's Judgment,, (3046 in 1:03−md−01570−GBD−FM) Memorandum & Op (3096 in 1:03−md−01570−GBD−FM) Order,,,,,. Document filed by All Plaintiffs, Esate of John P. O'Neill, Sr., C. O' O'Neill, D. A. O'Neill, J. P. O'Neill, Jr. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Filed In Associated 1:03−md−01570−GBD−FM, 1:04−cv−01922−GBD(Goldman, Jerry) (Entered: 11/02/2015) |
| 03/2015 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (392 in 1:04−cv−01922−GBD, 3099 in 1:03−md−01570−GBD−FM) Amended Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−01922−GBD. (tp) (Entered: 11/03/2015) |
| 03/2015 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for (392 in 1:04−cv−01922−GBD, 3099 in 1:03−md−01570−GBD−FM) Amended Notice of Appeal, filed by D. A. O'Neill, C. I C. O'Neill, All Plaintiffs, Esate of John P. O'Neill, Sr., J. P. O'Neill, Jr. were transmitted to the U.S. Court of Appeals Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−01922−GBD. (tp) (Entered: 11/03/2015) |
| 03/2015 | 3100 | AMENDED NOTICE OF APPEAL re: (3091 in 1:03−md−01570−GBD−FM, 770 in 1:02−cv−06977−GBD−FM) Co Notice of Appeal, (3097 in 1:03−md−01570−GBD−FM, 772 in 1:02−cv−06977−GBD−FM) Clerk's Judgment,, (765 1:02−cv−06977−GBD−FM, 3046 in 1:03−md−01570−GBD−FM) Memorandum & Opinion,, (3096 in 1:03−md−01570−GBD−FM, 771 in 1:02−cv−06977−GBD−FM) Order,,,,,. Document filed by Kathleen Ashton. (Att # 1 Exhibit Ex 1, # 2 Exhibit Ex 2, # 3 Exhibit Ex 3)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD−FM(Kreindler, James) (Entered: 11/03/2015) |

| | | |
|---|---|---|
| )3/2015 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (3100 in 1:03−md−01570−GBD−FM, 773 in 1:02−cv−06977−GBD−FM) Amended Notice of Appeal. Filed In Associated Ca 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD−FM. (tp) (Entered: 11/03/2015) |
| )3/2015 | | Supplemental ROA Sent to USCA (Electronic File). Certified Supplemental Indexed record on Appeal Electronic Fil in 1:03−md−01570−GBD−FM, 773 in 1:02−cv−06977−GBD−FM) Amended Notice of Appeal, filed by Kathleen As transmitted to the U.S. Court of Appeals. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:02−cv−06977−C (tp) (Entered: 11/03/2015) |
| )3/2015 | 3101 | AMENDED NOTICE OF APPEAL re: (936 in 1:03−cv−06978−GBD−FM, 3078 in 1:03−md−01570−GBD−FM) No Appeal, (939 in 1:03−cv−06978−GBD−FM) Clerk's Judgment,, (938 in 1:03−cv−06978−GBD−FM) Order,,,,, (933 in 1:03−cv−06978−GBD−FM) Memorandum & Opinion,,. Document filed by Federal Insurance Company. (Attachmen Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD−FM(Carter, Sean) (Entered: 11/03/2015) |
| )3/2015 | 3102 | AMENDED NOTICE OF APPEAL re: (336 in 1:04−cv−07216−GBD, 3079 in 1:03−md−01570−GBD−FM, 334 in 1:03−cv−08591−GBD) Notice of Appeal, (3097 in 1:03−md−01570−GBD−FM, 339 in 1:04−cv−07216−GBD, 337 i 1:03−cv−08591−GBD) Clerk's Judgment,, (338 in 1:04−cv−07216−GBD, 336 in 1:03−cv−08591−GBD, 3096 in 1:03−md−01570−GBD−FM) Order,,,,, (3046 in 1:03−md−01570−GBD−FM, 331 in 1:03−cv−08591−GBD, 333 in 1:04−cv−07216−GBD) Memorandum & Opinion,,. Document filed by Pacific Indemnity Company, Vigilant Insuran Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 1:03−md−01570−GI 1:03−cv−08591−GBD, 1:04−cv−07216−GBD(Carter, Sean) (Entered: 11/03/2015) |
| )3/2015 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (3101 in 1:03−md−01570−GBD−FM, 940 in 1:03−cv−06978−GBD−FM) Amended Notice of Appeal. Filed In Associated Ca 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD−FM. (tp) (Entered: 11/03/2015) |
| )3/2015 | | Supplemental ROA Sent to USCA (Electronic File). Certified Supplemental Indexed record on Appeal Electronic Fil in 1:03−cv−06978−GBD−FM, 3101 in 1:03−md−01570−GBD−FM) Amended Notice of Appeal, filed by Federal Ins Company were transmitted to the U.S. Court of Appeals. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD−FM. (tp) (Entered: 11/03/2015) |
| )3/2015 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (3102 in 1:03−md−01570−GBD−FM, 340 in 1:04−cv−07216−GBD, 338 in 1:03−cv−08591−GBD) Amended Notice of Appe Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−08591−GBD, 1:04−cv−07216−GBD. (tp) (Entered: 11/03/2 |
| )3/2015 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for (3102 in 1:03−md−01570−GBD−FM, 340 in 1:04−cv−07216−GBD, 338 in 1:03−cv−08591−GBD) Amended Notice of Appe Vigilant Insurance Company, Pacific Indemnity Company were transmitted to the U.S. Court of Appeals. Filed In As Cases: 1:03−md−01570−GBD−FM, 1:03−cv−08591−GBD, 1:04−cv−07216−GBD. (tp) (Entered: 11/03/2015) |
| )3/2015 | 3103 | **FILING ERROR − DEFICIENT DOCKET ENTRY − FILER ERROR −** AMENDED NOTICE OF APPEAL re 1:04−cv−05970−GBD) Corrected Notice of Appeal, (3097 in 1:03−md−01570−GBD−FM) Clerk's Judgment, (3096 i 1:03−md−01570−GBD−FM) Order. Document filed by American Casualty Company of Reading, Pennsylvania, Cor Casualty Company, National Fire Insurance Company of Hartford, Transcontinental Insurance Company, Transporta Insurance Company, Valley Forge Insurance Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Fi Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−05970−GBD(Kaplan, Robert) Modified on 11/4/2015 (tp). 11/03/2015) |
| )3/2015 | 3104 | ORDER: I have reviewed a letter dated October 28, 2015, from Eric L. Lewis, Esq., of Lewis Baach PLLC, counsel f Muslim World League and the International Islamic Relief Organization ("MWL/IIRO"), (ECF No. 3086), as well as Plaintiffs' counsels' responsive letter dated November 2, 2015, (ECF No. 3098). In his letter, Mr. Lewis alleges that tl have produced in discovery certain documents allegedly authored by MWL/IIRO that are forgeries. MWL/IIRO seek of the sources of the suspected forgeries, an opportunity to inspect the originals, and an evidentiary hearing on all issu thereto. Mr. Lewis also seeks a conference with the Court. The Plaintiffs do not deny that some of the documents ma but say that they need full disclosure of the alleged irregularities relied upon by MWL/IRO so that they can fully exp issue. According to the Plaintiffs, MWL/IIRO take the position that they are willing to provide all that information−p that it is limited to "counsels' eyes only." I do not believe that an evidentiary hearing is warranted at this juncture. Alt is cause for concern, it is by no means certain that the contested documents are forged. Accordingly, this issue is best through discovery. As part of that process, if MWL/IIRO contend that certain documents must have been forged beca purported authors were not employed on the alleged creation date, or the offices in question had been closed, they cle need to produce evidence establishing that this is so. Similarly, the Plaintiffs will be obliged to disclose information i possession concerning the provenance of the documents. MWL/IIRO's request to view the originals of the documents strikes me as reasonable. As discovery moves forward, MWL/IIRO undoubtedly will be required to explain all of the why they contest the authenticity of the documents. In that regard, it does not seem workable to limit the use of all of MWL/IIRO's disclosures to the Plaintiffs' counsel alone because counsel obviously will need to discuss at least some indicia of fraud with their clients. If MWL/IIRO nevertheless wishes to limit the disclosure of some of those reasons |

| | | |
|---|---|---|
| | | instance to opposing counsel, in order to limit the risk of further alleged spoliation, that is a subject about which the t need to confer. I do not intend to rule with respect to that issue until those discussions have taken place. Finally, havi of the issues raised by the letters in this manner, I do not believe that there is a need for a pre−motion conference at tl (Signed by Magistrate Judge Frank Maas on 11/3/2015) (mro) (Entered: 11/04/2015) |
| )4/2015 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Kaplan, Robert to R Document No. (3103 in 1:03−md−01570−GBD−FM, 529 in 1:04−cv−05970−GBD) Amended Notice of Appeal. is deficient for the following reason(s): Cases Spread Incorrectly. Re−file the appeal using the event type Amer of Appeal found under the event list Appeal Documents − attach the correct signed PDF − select the correct na filer/filers − select the correct order/judgment being appealed − Spread the entries correctly for appropriate c In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−05970−GBD(tp)** (Entered: 11/04/2015) |
| )4/2015 | 3105 | AMENDED NOTICE OF APPEAL re: (3082 in 1:03−md−01570−GBD−FM, 524 in 1:04−cv−07279−GBD) Notice (3097 in 1:03−md−01570−GBD−FM, 527 in 1:04−cv−07279−GBD) Clerk's Judgment,, (3046 in 1:03−md−01570−C 521 in 1:04−cv−07279−GBD) Memorandum & Opinion,, (3096 in 1:03−md−01570−GBD−FM, 526 in 1:04−cv−072 Order,,,,,. Document filed by Euro Brokers Inc., et al.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)File Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−07279−GBD(Bierstein, Andrea) (Entered: 11/04/2015) |
| )4/2015 | 3106 | **FILING ERROR − DEFICIENT DOCKET ENTRY − FILER ERROR −** AMENDED NOTICE OF APPEAL re 1:03−cv−09849−GBD) Notice of Appeal, (722 in 1:03−cv−09849−GBD) Corrected Notice of Appeal, (3097 in 1:03−md−01570−GBD−FM) Clerk's Judgment, (3046 in 1:03−md−01570−GBD−FM) Memorandum & Opinion,, (3 1:03−md−01570−GBD−FM) Order. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit E Exhibit C)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09849−GBD(Haefele, Robert) Modified 11/4/2015 (tp). (Entered: 11/04/2015) |
| )4/2015 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (3105 in 1:03−md−01570−GBD−FM, 528 in 1:04−cv−07279−GBD) Amended Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−07279−GBD. (tp) (Entered: 11/04/2015) |
| )4/2015 | | Supplemental ROA Sent to USCA (Electronic File). Certified Supplemental Indexed record on Appeal Electronic Fil in 1:04−cv−07279−GBD, 3105 in 1:03−md−01570−GBD−FM) Amended Notice of Appeal, filed by Euro Brokers In were transmitted to the U.S. Court of Appeals. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−072 (tp) (Entered: 11/04/2015) |
| )4/2015 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Haefele, Robert to R Document No. (3106 in 1:03−md−01570−GBD−FM, 726 in 1:03−cv−09849−GBD) Amended Notice of Appeal. is deficient for the following reason(s): Cases Spread Incorrectly. Re−file the appeal using the event type Amer of Appeal found under the event list Appeal Documents − attach the correct signed PDF − select the correct na filer/filers − select the correct order/judgment being appealed − Spread the entries correctly for appropriate c In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09849−GBD(tp)** (Entered: 11/04/2015) |
| )4/2015 | 3107 | AMENDED NOTICE OF APPEAL re: (721 in 1:03−cv−09849−GBD, 3081 in 1:03−md−01570−GBD−FM) Notice (722 in 1:03−cv−09849−GBD, 3084 in 1:03−md−01570−GBD−FM) Corrected Notice of Appeal, (3097 in 1:03−md−01570−GBD−FM) Clerk's Judgment,, (3046 in 1:03−md−01570−GBD−FM) Memorandum & Opinion,, (3 1:03−md−01570−GBD−FM) Order,,,,,. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhib Exhibit C)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09849−GBD(Haefele, Robert) (Entered: 11/04/2015) |
| )4/2015 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (727 in 1:03−cv−09849−GBD, 3107 in 1:03−md−01570−GBD−FM) Amended Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09849−GBD. (tp) (Entered: 11/04/2015) |
| )4/2015 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for (727 in 1:03−cv−09849−GBD, 3107 in 1:03−md−01570−GBD−FM) Amended Notice of Appeal, filed by Burnett Plaintiffs transmitted to the U.S. Court of Appeals. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09849−C (Entered: 11/04/2015) |
| )4/2015 | 3108 | AMENDED NOTICE OF APPEAL re: (3083 in 1:03−md−01570−GBD−FM, 500 in 1:04−cv−07065−GBD) Notice (3097 in 1:03−md−01570−GBD−FM, 503 in 1:04−cv−07065−GBD) Clerk's Judgment,, (497 in 1:04−cv−07065−GB 1:03−md−01570−GBD−FM) Memorandum & Opinion,, (502 in 1:04−cv−07065−GBD, 3096 in 1:03−md−01570−G Order,,,,,. Document filed by C02e.com, LLC, Cantor Fitzgerald & Co., Cantor Fitzgerald Associates, L.P., Cantor F Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald International, Cantor Fitzgerald Partners, Cantor Fitzge Securities, Cantor Fitzgerald, L.P., Cantor Index Limited, Espeed, Inc., TradeSpark, L.P., eSpeed Government Securi eSpeed Securities, Inc.. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−07065−GBD(Leonardo, Cl (Entered: 11/04/2015) |

| | | |
|---|---|---|
| )4/2015 | | Supplemental ROA Sent to USCA (Electronic File). Certified Supplemental Indexed record on Appeal Electronic Fil in 1:03−md−01570−GBD−FM, 504 in 1:04−cv−07065−GBD) Amended Notice of Appeal, filed by Cantor Fitzgeral Cantor Fitzgerald Partners, Cantor Fitzgerald Securities, Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Interna Espeed, Inc., Cantor Index Limited, eSpeed Securities, Inc., eSpeed Government Securities, Inc., C02e.com, LLC, Ca Fitzgerald, L.P., Cantor Fitzgerald Brokerage, L.P., TradeSpark, L.P., Cantor Fitzgerald & Co. were transmitted to th Court of Appeals. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−07065−GBD. (tp) (Entered: 11/( |
| )4/2015 | | USCA Appeal Fees received $ 505.00 receipt number 465401138378 on 11/04/2015 re: (936 in 1:03−cv−06978−GB 3078 in 1:03−md−01570−GBD−FM) Notice of Appeal, filed by Federal Insurance Company. Filed In Associated Ca 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD−FM(nd) (Entered: 11/04/2015) |
| )4/2015 | | USCA Appeal Fees received $ 505.00 receipt number 465401138379 on 11/04/2015 re: (336 in 1:04−cv−07216−GB 1:03−md−01570−GBD−FM, 334 in 1:03−cv−08591−GBD) Notice of Appeal, filed by Vigilant Insurance Company. Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−08591−GBD, 1:04−cv−07216−GBD(nd) (Entered: 11/04/2 |
| )6/2015 | 3109 | **FILING ERROR − DEFICIENT DOCKET ENTRY − FILER ERROR −** AMENDED NOTICE OF APPEAL re 1:04−cv−05970−GBD) Corrected Notice of Appeal, (3046 in 1:03−md−01570−GBD−FM) Memorandum & Opinion 1:03−md−01570−GBD−FM) Order. Document filed by American Casualty Company of Reading, Pennsylvania, Cor Casualty Company, National Fire Insurance Company of Hartford, Transcontinental Insurance Company, Transporta Insurance Company, Valley Forge Insurance Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Fi Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−05970−GBD(Kaplan, Robert) Modified on 11/9/2015 (tp). 11/06/2015) |
| )6/2015 | 3110 | LETTER addressed to Magistrate Judge Frank Maas from Robert T. Haefele dated November 6, 2015 re: Reply in Su Plaintiffs' Letter Application (ECF 2991) and in Opposition to Defendant's Response (ECF 3054). Document filed by Executive Committees. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Haefele, Robert) (E 11/06/2015) |
| )6/2015 | 3111 | LETTER addressed to Magistrate Judge Frank Maas from Robert T. Haefele dated November 6, 2015 re: Reply in Su Plaintiffs' Letter Application (ECF 2990) and in Opposition to Defendant's Response (ECF 3053). Document filed by Executive Committees. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Haef (Entered: 11/06/2015) |
| )9/2015 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Kaplan, Robert to RI Document No. (3109 in 1:03−md−01570−GBD−FM, 530 in 1:04−cv−05970−GBD) Amended Notice of Appeal. is deficient for the following reason(s): Cases Spread Incorrectly. Re−file the appeal using the event type Amer of Appeal found under the event list Appeal Documents − attach the correct signed PDF − select the correct na filer/filers − select the correct order/judgment being appealed − − Spread the entries correctly for appropriate Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−05970−GBD(tp)** (Entered: 11/09/2015) |
| )9/2015 | 3112 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Thomas P. Steindler dated 11/4/2015 re: I re request that I be removed from the docket list for the above matter, as my firm no longer represents Mr. Yassin Kadi. ENDORSEMENT: Application granted. (Signed by Magistrate Judge Frank Maas on 11/6/2015) (lmb) (Entered: 11/( |
| )9/2015 | 3113 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Timothy B. Fleming dated 11/6/2015 re: We Your Honor accept this letter as Plaintiffs' request to seal Exhibit H to the Inquest Memorandum which is a CD−RON containing personal financial and economic data for each of the named Plaintiffs. ENDORSEMENT: So ordered. (Sig Magistrate Judge Frank Maas on 11/9/2015) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD−FM(lmb) (Entered: 11/10/2015) |
| .0/2015 | 3114 | AMENDED NOTICE OF APPEAL re: (526 in 1:04−cv−05970−GBD, 3092 in 1:03−md−01570−GBD−FM) Correct of Appeal,, (3097 in 1:03−md−01570−GBD−FM, 528 in 1:04−cv−05970−GBD) Clerk's Judgment,, (527 in 1:04−cv−05970−GBD, 3096 in 1:03−md−01570−GBD−FM) Order,,,,, (3046 in 1:03−md−01570−GBD−FM, 521 in 1:04−cv−05970−GBD) Memorandum & Opinion,,. Document filed by American Casualty Company of Reading, Per Continental Casualty Company, National Fire Insurance Company of Hartford, Transcontinental Insurance Company Transportation Insurance Company, Valley Forge Insurance Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # C)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−05970−GBD(Kaplan, Robert) (Entered: 11/10/2 |
| .0/2015 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (531 in 1:04−cv−05970−GBD, 3114 in 1:03−md−01570−GBD−FM) Amended Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−05970−GBD. (tp) (Entered: 11/10/2015) |
| .0/2015 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for (531 in 1:04−cv−05970−GBD, 3114 in 1:03−md−01570−GBD−FM) Amended Notice of Appeal, filed by Valley Forge Insu Company, American Casualty Company of Reading, Pennsylvania, National Fire Insurance Company of Hartford, Co Casualty Company, Transportation Insurance Company, Transcontinental Insurance Company were transmitted to the Court of Appeals. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−05970−GBD. (tp) (Entered: 11/1 |

| | | |
|---|---|---|
| .0/2015 | | Appeal Fee Payment: for (434 in 1:04−cv−07279−GBD) Amended Notice of Appeal, (3082 in 1:03−md−01570−GB in 1:04−cv−07279−GBD) Notice of Appeal, (528 in 1:04−cv−07279−GBD, 3105 in 1:03−md−01570−GBD−FM) Ar Notice of Appeal,,. Filing fee $ 505.00, receipt number 0208−11612009. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−07279−GBD(Bierstein, Andrea) (Entered: 11/10/2015) |
| .1/2015 | 3115 | Objection re: 3087 Order, . Document filed by Al Haramain Islamic Foundation, Inc.. (Attachments: # 1 Affidavit, # 1−3)(Kabat, Alan) (Entered: 11/11/2015) |
| .1/2015 | 3116 | Objection re: 3087 Order, *(corrected version)*. Document filed by Al Haramain Islamic Foundation, Inc.. (Attachmen Affidavit, # 2 Exhibit 1−3)(Bernabei, Lynne) (Entered: 11/11/2015) |
| .2/2015 | 3117 | LETTER addressed to Magistrate Judge Frank Maas from J. Scott Tarbutton dated November 12, 2015 re: Request fo extension of the deadline for the submission of Plaintiffs' reply letter brief. Document filed by Plaintiffs Executive Committees.(Carter, Sean) (Entered: 11/12/2015) |
| .2/2015 | 3118 | NOTICE OF CHANGE OF ADDRESS by Timothy James McCarthy on behalf of Dar Al Maal Al Islami, Daral Maa Trust, Islamic Investment Company of the Gulf (Sharjah). New Address: Mishcon de Reya New York LLP, 2 Park A Floor, New York, NY, United States 10016, 2126123270. (McCarthy, Timothy) (Entered: 11/12/2015) |
| .2/2015 | 3119 | RESPONSE in Opposition to Motion re: 3093 MOTION for Reconsideration re; 3087 Order, . . Document filed by P Executive Committees. (Carter, Sean) (Entered: 11/12/2015) |
| .2/2015 | 3120 | DECLARATION of J. Scott Tarbutton in Opposition re: 3093 MOTION for Reconsideration re; 3087 Order, .. Docu by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Carter, Sean) (Entere 11/12/2015) |
| .2/2015 | 3121 | MEMO ENDORSEMENT on re: 3117 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: APPLIC GRANTED. SO ORDERED. ( Replies due by 11/18/2015.) (Signed by Magistrate Judge Frank Maas on 11/12/2015) (Entered: 11/13/2015) |
| .3/2015 | 3122 | NOTICE of of Motion of AXA, Chubb, Munich Re America and OneBeacon Insurance Group to assess damages aga for claims arising under 28 USC 1605A(d). Document filed by Federal Insurance Company et al., Plaintiffs. (Carter, (Entered: 11/13/2015) |
| .3/2015 | 3123 | MOTION for Default Judgment as to . Document filed by Kathleen Ashton. (Attachments: # 1 Text of Proposed Order)(Kreindler, James) (Entered: 11/13/2015) |
| .3/2015 | 3124 | MOTION for Judgment *Motion of AXA, Chubb, Munich Re America and Onebeacon Insurance Group Plaintiffs to a damages against Iran for Claims arising under 28 USC 1605A(d)*. Document filed by Federal Insurance Company et Plaintiffs.(Carter, Sean) (Entered: 11/13/2015) |
| .3/2015 | 3125 | MEMORANDUM OF LAW in Support re: 3124 MOTION for Judgment *Motion of AXA, Chubb, Munich Re Americ Onebeacon Insurance Group Plaintiffs to assess damages against Iran for Claims arising under 28 USC 1605A(d)*. . filed by Federal Insurance Company et al., Plaintiffs. (Carter, Sean) (Entered: 11/13/2015) |
| .3/2015 | 3126 | AFFIRMATION of Sean P. Carter, Esquire in Support re: 3124 MOTION for Judgment *Motion of AXA, Chubb, Mur America and Onebeacon Insurance Group Plaintiffs to assess damages against Iran for Claims arising under 28 USC 1605A(d)*.. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit 1, # 2 Exhibit Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Carter, Sean) (Entered: 11/13/2015) |
| .3/2015 | 3127 | LETTER addressed to Magistrate Judge Frank Maas from Robert T. Haefele dated 11/13/2015 re: In Re: Terrorist At September 11, 2001, 03 MDL 1570 (GBD) (FM). Document filed by Plaintiffs Executive Committees. (Attachments Exhibit Declaration of Robert T. Haefele, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exh 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35, # 37 Exhibit 36, # 38 # 39 Exhibit 38, # 40 Exhibit 39, # 41 Exhibit 40, # 42 Exhibit 41, # 43 Exhibit 42, # 44 Exhibit 43, # 45 Exhibit 44, Exhibit 45, # 47 Exhibit 46, # 48 Exhibit 47, # 49 Exhibit 48, # 50 Exhibit 49, # 51 Exhibit 50, # 52 Exhibit 51, # 53 # 54 Exhibit 53, # 55 Exhibit 54, # 56 Exhibit 55, # 57 Exhibit 56, # 58 Exhibit 57, # 59 Exhibit 58, # 60 Exhibit 59, Exhibit 60, # 62 Exhibit 61, # 63 Exhibit 62, # 64 Exhibit 63, # 65 Exhibit 64, # 66 Exhibit 65, # 67 Exhibit 66, # 68 # 69 Exhibit 68, # 70 Exhibit 69, # 71 Exhibit 70, # 72 Exhibit 71, # 73 Exhibit 72)(Haefele, Robert) (Entered: 11/13 |
| .6/2015 | 3128 | LETTER addressed to Magistrate Judge Frank Maas from James P. Kreindler dated November 16, 2015 re: In re Terr Attacks on September 11, 2001. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit Annex)Filed In Asso Cases: 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD−FM(Kreindler, James) (Entered: 11/16/2015) |
| .8/2015 | 3129 | LETTER addressed to Magistrate Judge Frank Maas from J. Scott Tarbutton, Esquire dated November 18, 2015 re: R further support of their letter brief filed on September 2, 2015, (ECF No. 3024) seeking an order from this court com |

| | | |
|---|---|---|
| | | discovery responses. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A, # 2 Exhibit B Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Errata H, # 9 Exhibit I, # 10 Exhibit J, # 11 K)(Carter, Sean) (Entered: 11/18/2015) |
| 23/2015 | 3130 | LETTER MOTION for Extension of Time to File Response/Reply as to 3127 Letter,,,,,, addressed to Magistrate Judg Maas from Christopher C. S. Manning, Esquire dated 11/23/2015. Document filed by Sana−Bell, Inc., Sanabel Al Kh Sanabel Al−Kheer, Inc..(Manning, Christopher) (Entered: 11/23/2015) |
| 25/2015 | 3131 | ORDER granting 3130 Letter Motion for Extension of Time to File Response/Reply. Application granted. (Signed by Judge Frank Maas on 11/24/2015) (lmb) (Entered: 11/25/2015) |
| 25/2015 | 3132 | RESPONSE re: 3116 Objection (non−motion) . Document filed by All Plaintiffs. (Attachments: # 1 Exhibit Declarati Robert T. Haefele, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C)(Haefele, Robert) (Entered: 11/25/2015) |
| 25/2015 | 3133 | LETTER addressed to Magistrate Judge Frank Maas from Robert T. Haefele dated 11/25/2015 re: Plaintiffs' Reply to Haramain's Opposition to Plaintiffs' Renewed Motion for Santions. Document filed by All Plaintiffs. (Attachments: # Declaration of Robert T. Haefele, # 2 Exhibit A, # 3 Exhibit B)(Haefele, Robert) (Entered: 11/25/2015) |
| 01/2015 | 3134 | LETTER addressed to Magistrate Judge Frank Maas from J. Scott Tarbutton, Esquire dated December 1, 2015 re: see extension of the deadline for submission of plaintiffs' reply letter brief seeking an order compelling Dubai Islamic Ba produce documents and information responsive to plaintiffs' discovery requests. Document filed by Plaintiffs Executi Committees.(Carter, Sean) (Entered: 12/01/2015) |
| 01/2015 | 3135 | **FILING ERROR − DEFICIENT DOCKET ENTRY − (See #3136)** LETTER addressed to Magistrate Judge Frank from Andrew J. Maloney dated December 1, 2015 re: Ashton et al v. Al Qaeda. Document filed by ALL PLAINTIFF (Attachments: # 1 Exhibit A−Decedents)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD−FM(Maloney, Andrew) Modified on 12/2/2015 (kj). (Entered: 12/01/2015) |
| 01/2015 | 3136 | LETTER addressed to Magistrate Judge Frank Maas from Andrew J. Maloney dated December 1, 2015 re: Ashton et Qaeda. Document filed by ALL PLAINTIFFS. (Attachments: # 1 Exhibit A − Decedents in Ashton)Filed In Associat 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD−FM(Maloney, Andrew) (Entered: 12/01/2015) |
| 01/2015 | 3137 | NOTICE OF VOLUNTARY DISMISSAL: Plaintiff Amlin Underwriting, Ltd. seeks to withdraw from this litigation entirety. To that end, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Amlin Underwriting, Ltd hereby dismisses, from the captioned Federal Insurance Co. v. Al Qaida, No. 03−cv−6978 (GBD), all claims against all defendants who have yet either an answer or a motion for summary judgment. SO ORDERED. (As further set forth in this Order) Amlin Unde Ltd. terminated. (Signed by Judge George B. Daniels on 12/1/2015) Filed In Associated Cases: 1:03−md−01570−GB 1:03−cv−06978−GBD−FM(kl) (Entered: 12/01/2015) |
| 01/2015 | 3138 | NOTICE OF VOLUNTARY DISMISSAL: Plaintiffs Crum & Forster Indemnity Company, North River Insurance C United States Fire Insurance Company, and Seneca Insurance Company (collectively, "Crum & Forster Plaintiffs") se withdraw from this litigation in its entirety. To that end, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Crum & Forste hereby dismiss, from the action captioned Federal Insurance Co. v. Al Qaida, No. 03−cv−6978 (GBD), all claims aga defendants who have yet to file either an answer or a motion for summary judgment. SO ORDERED. (As further set Order) Seneca Insurance Company, Inc., United States Fire Insurance Company, Crum & Forster Indemnity Compan River Insurance Company terminated. (Signed by Judge George B. Daniels on 12/1/2015) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD−FM(kl) (Entered: 12/01/2015) |
| 02/2015 | 3139 | MEMORANDUM DECISION AND ORDER denying 3093 Motion for Reconsideration. For the foregoing reasons, motion for reconsideration, (ECF No. 3093), is denied. (As further set forth in this Order) (Signed by Magistrate Judg Maas on 12/2/2015) (lmb) (Entered: 12/02/2015) |
| 03/2015 | 3140 | MEMO ENDORSEMENT on re: 3134 Letter re: request for extension of time until 12/11/2015 regarding responsive filed by Plaintiffs Executive Committees. ENDORSEMENT: Application Granted. So Ordered. (Signed by Magistrat Frank Maas on 12/2/2015) (cf) Modified on 12/4/2015 (cf). (Entered: 12/03/2015) |
| 07/2015 | 3141 | MOTION to Substitute Party. Old Party: Herbert Hoglan, New Party: Alice A. Hoagland, Executrix of the Estate of H Hoglan, deceased *With Suggestion of Death*. Document filed by Herbert Hoglan.Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD−FM(Corr, Stephen) (Entered: 12/07/2015) |
| 07/2015 | 3142 | MOTION to Substitute Party. Old Party: Evelyn Halvorson, New Party: Kathryn Halvorson, Executrix of the Estate o Halvorson, deceased *With Suggestion of Death*. Document filed by all plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD−FM(Corr, Stephen) (Entered: 12/07/2015) |
| 07/2015 | 3143 | MOTION to Substitute Party. Old Party: Emily Lavelle, New Party: Patricia Caloia, Executor of the Estate of Emily deceased *With Suggestion of Death*. Document filed by Hoglan Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD−FM(Corr, Stephen) (Entered: 12/07/2015) |

| | | |
|---|---|---|
| )7/2015 | 3144 | MOTION to Substitute Party. Old Party: James Lostrangio, New Party: Diane Lostrangio, Executrix of the Estate of . Lostrangio, deceased *With Suggestion of Death*. Document filed by Hoglan Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD−FM(Corr, Stephen) (Entered: 12/07/2015) |
| )7/2015 | 3145 | MOTION to Substitute Party. Old Party: Ida Reiss, New Party: Gary Reiss, Executor of the Estate of Ida Reiss, decea *Suggestion of Death*. Document filed by Hoglan Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD−FM(Corr, Stephen) (Entered: 12/07/2015) |
| )7/2015 | 3146 | MOTION to Substitute Party. Old Party: Leonard Rosenthal, New Party: Audrey Model, Executrix of the Estate of L Rosenthal, deceased *With Suggestion of Death*. Document filed by Hoglan Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD−FM(Corr, Stephen) (Entered: 12/07/2015) |
| )7/2015 | 3147 | MOTION to Substitute Party. Old Party: Florence Rosenthal, New Party: Audrey Model, Next−of−Kin and Successo Estate of Florence Rosenthal, deceased *With Suggestion of Death*. Document filed by Hoglan Plaintiffs.Filed In Asso Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD−FM(Corr, Stephen) (Entered: 12/07/2015) |
| )7/2015 | 3148 | MOTION to Substitute Party. Old Party: Louise Borzumato, New Party: Anthony Borzumato, Executor of the Estate Borzumato, deceased *With Suggestion of Death*. Document filed by Hoglan Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD−FM(Corr, Stephen) (Entered: 12/07/2015) |
| )7/2015 | 3149 | MOTION to Substitute Party. Old Party: Susanne Ward−Baker, New Party: Michael Edward Paige, Personal Represe the Estate of Susanne Ward−Baker, deceased *With Suggestion of Death*. Document filed by Hoglan Plaintiffs.Filed Ir Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD−FM(Corr, Stephen) (Entered: 12/07/2015) |
| )7/2015 | 3150 | SUGGESTION OF DEATH upon the record as to Gail Smith on August 28, 2013 . Document filed by Hoglan Plaint Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD−FM(Corr, Stephen) (Entered: 12/07/2015) |
| )8/2015 | 3151 | MOTION to Substitute Party. Old Party: James Bond Godshalk, New Party: John Haller, Executor of the Estate of Ja Godshalk, deceased *With Suggestion of Death*. Document filed by Hoglan Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD−FM(Corr, Stephen) (Entered: 12/08/2015) |
| )9/2015 | 3152 | MEMO ENDORSEMENT granting 3141 Motion to Substitute Party. ENDORSEMENT: SO ORDERED. Herbert Hı surviving Grandfather of Mark Kendall Bingham) terminated. (Signed by Magistrate Judge Frank Maas on 12/9/2015 (Entered: 12/09/2015) |
| )9/2015 | 3153 | MEMO ENDORSEMENT granting 3142 Motion to Substitute Party. ENDORSEMENT: SO ORDERED. Kathryn H added. (Signed by Magistrate Judge Frank Maas on 12/9/2015) (spo) Modified on 12/9/2015 (spo). (Entered: 12/09/2 |
| )9/2015 | 3154 | MEMO ENDORSEMENT granting 3143 Motion to Substitute Party. ENDORSEMENT: SO ORDERED. Patricia Ca (Signed by Magistrate Judge Frank Maas on 12/9/2015) (spo) Modified on 12/9/2015 (spo). (Entered: 12/09/2015) |
| )9/2015 | 3155 | MEMO ENDORSEMENT granting 3145 Motion to Substitute Party. ENDORSEMENT: SO ORDERED. Gary Reiss (Signed by Magistrate Judge Frank Maas on 12/9/2015) (spo) (Entered: 12/09/2015) |
| )9/2015 | 3156 | MEMO ENDORSEMENT granting 3146 Motion to Substitute Party. ENDORSEMENT: SO ORDERED. Audrey M (Signed by Magistrate Judge Frank Maas on 12/9/2015) (spo) (Entered: 12/09/2015) |
| )9/2015 | 3157 | MEMO ENDORSEMENT granting 3147 Motion to Substitute Party. ENDORSEMENT: SO ORDERED. Audrey M (Signed by Magistrate Judge Frank Maas on 12/9/2015) (spo) (Entered: 12/09/2015) |
| )9/2015 | 3158 | MEMO ENDORSEMENT granting 3151 Motion to Substitute Party. ENDORSEMENT: SO ORDERED. John Halle (Signed by Magistrate Judge Frank Maas on 12/9/2015) (spo) (Entered: 12/09/2015) |
| )9/2015 | 3159 | MEMO ENDORSEMENT granting 3149 Motion to Substitute Party. ENDORSEMENT: SO ORDERED. Michael E Paige added. (Signed by Magistrate Judge Frank Maas on 12/9/2015) (spo) (Entered: 12/09/2015) |
| )9/2015 | 3160 | MEMO ENDORSEMENT granting 3148 Motion to Substitute Party. ENDORSEMENT: SO ORDERED. Anthony E added. (Signed by Magistrate Judge Frank Maas on 12/9/2015) (spo) (Entered: 12/09/2015) |
| .0/2015 | 3161 | ORDER: The subsequent conference scheduled for January 14, 2016 is rescheduled for January 28, 2016 at 10:30 AM Conference set for 1/28/2016 at 10:30 AM before Judge George B. Daniels.) (Signed by Judge George B. Daniels on 12/10/2015) Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(kl) (Entered: 12/10/2015) |
| .1/2015 | 3162 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman, Esq. dated 12−11−2015 re: Default Judgmer Liability. Document filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Goldman, Jerr (Entered: 12/11/2015) |
| .1/2015 | 3163 | ORDER: Plaintiffs in Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al., 04−cv−01076 (GBD) (FM) h requested that this Court issue a modified judgment, (see Case No. 03−md−01570, ECF No. 3067; Case No. 04−cv−( No. 442), so that "Exhibit 1" referenced in the judgment can be attached. (Case No. 03−md−01570, ECF No. 3162; C |

| | | |
|---|---|---|
| | | 04−cv−01076, ECF No. 449.) Because the referenced exhibit, which is attached to Plaintiffs' motion for default, is al included in the record, (see Case No. 03−md−O 1570, ECF No. 3043−1; Case No. 04−cv−01076, ECF No. 440−1), P request for a modified judgment is DENIED. (Signed by Judge George B. Daniels on 12/11/2015) Filed In Associate 1:03−md−01570−GBD−FM, 1:04−cv−01076−GBD−FM(mro) (Entered: 12/11/2015) |
| .1/2015 | 3164 | LETTER addressed to Magistrate Judge Frank Maas from J. Scott Tarbutton, Esquire dated December 11, 2015, re: F further support of letter briefs filed on July 14, 2015, (ECF Nos. 2973 and 2974) seeking an order compelling Dubai Bank to produce documents and information responsive to Plaintiffs' discovery requests. Document filed by Plaintiffs Committees. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(Carter, Sean) (Entered: 12/11/2015) |
| .4/2015 | 3165 | MOTION for Stephen A. Corr on behalf of all Plaintiffs' Counsel to Withdraw as Attorney *for Plaintiff Angela LeGr* Document filed by Hoglan Plaintiffs. (Attachments: # 1 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD−FM(Corr, Stephen) (Entered: 12/14/2015) |
| .4/2015 | 3166 | SUGGESTION OF DEATH upon the record as to Pedro Gerardino on August 18, 2014 . Document filed by Hoglan PlaintiffsFiled In Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD−FM(Corr, Stephen) (Entere 12/14/2015) |
| .4/2015 | 3167 | MEMO ENDORSEMENT granting (3144) Suggestion of Death and Motion to Substitute Plaintiff in case 1:03−md−01570−GBD−FM. ENDORSEMENT: SO ORDERED. (Signed by Magistrate Judge Frank Maas on 12/14 Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD−FM (cdo) (Entered: 12/14/2015) |
| .5/2015 | 3168 | LETTER addressed to Magistrate Judge Frank Maas from J. Scott Tarbutton, Esquire dated December 15, 2015 re: re extend the existing deadline for the submission of Plaintiffs' Motion to Compel as to Defendant Dallah Avco. Docum Plaintiffs Executive Committees.(Carter, Sean) (Entered: 12/15/2015) |
| .6/2015 | 3169 | MEMO ENDORSEMENT on re: 3168 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: Applicat granted., ( Motions due by 1/22/2016.) (Signed by Magistrate Judge Frank Maas on 12/16/2015) (lmb) (Entered: 12/1 |
| .8/2015 | 3170 | MEMORANDUM OPINION AND ORDER #106072: Al Haramain's Rule 72 objections to Magistrate Judge Maas's 28, 2015 Corrected Decision and Order determining the amount of expenses and attorneys' fees are OVERRULED a DENIED. Magistrate Judge Maas's Order is adopted in its entirety. (As further set forth in this Order) (Signed by Jud B. Daniels on 12/18/2015) (kl) Modified on 12/21/2015 (ca). (Entered: 12/18/2015) |
| .8/2015 | 3171 | LETTER addressed to Magistrate Judge Frank Maas from Steven T. Cottreau dated December 18, 2015 re: Plaintiffs' Compel (Doc. Nrs. 2973 and 2974). Document filed by Dubai Islamic Bank. (Attachments: # 1 Appendix A)(Cottrea (Entered: 12/18/2015) |
| 21/2015 | 3172 | RESPONSE re: 3127 Letter,,,,,, . Document filed by Sana−Bell, Inc., Sanabel Al Kheer, Inc., Sanabel Al−Kheer, Inc. Christopher) (Entered: 12/21/2015) |
| 21/2015 | 3173 | RESPONSE re: 3127 Letter,,,,,, *(Executed by Counsel)*. Document filed by Sana−Bell, Inc., Sanabel Al Kheer, Inc., S Al−Kheer, Inc.. (Manning, Christopher) (Entered: 12/21/2015) |
| 22/2015 | 3174 | LETTER addressed to Magistrate Judge Frank Maas from Robert T. Haefele dated 12/22/2015 re: In Re: Terrorist At September 11, 2001. Document filed by Plaintiffs Executive Committees.(Haefele, Robert) (Entered: 12/22/2015) |
| 28/2015 | 3175 | REPORT AND RECOMMENDATION TO THE HONORABLE GEORGE B. DANIELS: For the reasons set forth Ashton Plaintiffs should be awarded a default judgment against Iran in the amount of $7,556,880,000, and the Federa Plaintiffs should be awarded a default judgment against Iran in the amount of $3,040,998,426.03. To the extent that t Plaintiffs' claims arise out of injuries in New York State, they should be awarded prejudgment interest at the statutory interest rate of nine percent per annum from September 1, 2001, through the date judgment is entered. To the extent t claims arise out of injuries occurring elsewhere, they should be awarded interest for the same period at the rate of 4.9 per annum, compounded annually should Your Honor deem that appropriate. (As further set forth in this Order) Obje R&R due by 1/14/2016. (Signed by Magistrate Judge Frank Maas on 12/28/2015) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD−FM, 1:03−cv−06978−GBD−FM(lmb) (Entered: 12/28/2015) |
| 29/2015 | 3176 | ORDER: re: 3173 Response filed by Sanabel Al−Kheer, Inc., Sana−Bell, Inc., Sanabel Al Kheer, Inc. My rulings wit the the request set forth in Sanabel's December 21 letter are as follows: 1. Sanabel's application for an additional sixty supplement its response is denied. 2. By February 5, 2016, Sanabel shall respond to the Plaintiffs' letters. (See ECF N 3174). In particular, Mr. Manning shall set forth whether any Sanabel representative currently is authorized to direct legal representation in these proceedings. See In re Terrorist Attacks on Sept. 11. 2001, No. 03 MDL 1570 (GBD) (F WL 5788307, at *12 (S.D.N.Y. Oct. 28, 2013) ("[T]he lack of an authorized representative spells an end to the [Defe ability to proceed here"). (As further set forth in this Order.) (Signed by Magistrate Judge Frank Maas on 12/29/2015 (Entered: 12/29/2015) |

| | | |
|---|---|---|
| 30/2015 | 3188 | RULE 26 DISCLOSURE.Document filed by Dubai Islamic Bank.(Cottreau, Steven) (Entered: 12/30/2015) |
| 31/2015 | 3189 | RULE 26 DISCLOSURE.Document filed by Wamy International, Inc., World Assembly of Muslim Youth.(Mohamm (Entered: 12/31/2015) |
| 31/2015 | 3190 | MOTION Admit Certain Evidence From A Related Case re: (112 in 1:11−cv−07550−GBD−FM, 3023 in 1:03−md−01570−GBD−FM) Judgment,,,, *Hoglan, et al. v. Islamic Republic of Iran, et al.*. Document filed by Hoglar (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Fleming, Timothy) (Entered: 12/31/2015) |
| 07/2016 | 3191 | MOTION for Partial Summary Judgment . Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A, # 2 Exl 3 Exhibit A2, # 4 Exhibit A3)(Kreindler, James) (Entered: 01/07/2016) |
| 11/2016 | 3192 | OBJECTION to (3175 in 1:03−md−01570−GBD−FM) Report and Recommendations *regarding awards to certain A. plaintiffs* Document filed by Havlish Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibi Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(Fleming, Timothy) (Entered: 01/11/2016) |
| 11/2016 | 3193 | OBJECTION to (3175 in 1:03−md−01570−GBD−FM) Report and Recommendations *regarding awards to certain A. plaintiffs* Document filed by Hoglan Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD−FM(Fleming, Timothy) (Entered: 01/11/2016 |
| 11/2016 | 3194 | STATEMENT OF DAMAGES. Document filed by Hoglan Plaintiffs. (Attachments: # 1 Exhibit A, PART ONE, # 2 PART TWO, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, PART ONE, # 6 Exhibit D, PART TWO, # 7 Exhibit E, # 8 # 9 Exhibit G, PART ONE, # 10 Exhibit G, PART TWO, # 11 Exhibit H, # 12 Exhibit I, # 13 Exhibit J, # 14 Exhibit ONE, # 15 Exhibit K, PART TWO)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD−FM(Fleming, Timothy) (Entered: 01/11/2016) |
| 13/2016 | 3195 | ORDER granting (3165) Motion to Withdraw as Attorney in case 1:03−md−01570−GBD−FM. AND NOW, this 13th January, 2016, upon consideration of the Motion to Withdraw as Counsel for Angela LeGrand, it is hereby ORDERE follows: 1. Counsel's Motion is GRANTED and all counsel for Plaintiff Angela LeGrand are hereby granted leave to their appearance as counsel for Angela LeGrand; on condition that counsel serve copies of this Order upon Ms. LeGr regular and certified U.S Mail by January 18, 2016, and file proof of service by January 25, 2016. 2. Within thirty (30 the date of said mailing, Angela LeGrand shall file a status report with the court indicating whether she has retained r or whether she intends to proceed pro se. 3. If Angela LeGrand fails to file a status report within thirty (30) days of th this Order, the Court may enter an Order dismissing her claim with prejudice. (Signed by Magistrate Judge Frank Ma 1/13/2016) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD−FM (cf) (Entered: 01/13/ |
| 15/2016 | 3196 | LETTER addressed to Judge George B. Daniels from J. Scott Tarbutton, Esquire and Alan R. Kabat, Esquire dated Ja 2016 re: the submission of a statement concerning the Case Management Conference scheduled for January 28, 2016 filed by Plaintiffs Executive Committees.(Carter, Sean) (Entered: 01/15/2016) |
| 15/2016 | 3197 | LETTER addressed to Magistrate Judge Frank Maas from.Andrew J. Maloney dated January 15,2016 re: deadline ex Document filed by Kathleen Ashton.(Kreindler, James) (Entered: 01/15/2016) |
| 15/2016 | 3198 | LETTER addressed to Magistrate Judge Frank Maas from Robert T. Haefele, Esquire and Alan R. Kabat, Esquire dat 15, 2016 re: The submission of a statement concerning the Case Management Conference scheduled for January 28, 2 Document filed by Defendants Executive Committee, Plaintiffs Executive Committees.(Haefele, Robert) (Entered: 0 |
| 19/2016 | 3199 | MEMO ENDORSEMENT on re: 3197 LETTER addressed to Magistrate Judge Frank Maas from Andrew J. Maloney January 15, 2016 re: deadline extension. ENDORSEMENT: Approved. (Motions due by 6/30/2016.) (Signed by Mag Judge Frank Maas on 1/18/2016) (adc) (Entered: 01/19/2016) |
| 21/2016 | 3200 | LETTER addressed to Magistrate Judge Frank Maas from J. Scott Tarbutton, Esquire dated January 21, 2016 re: resp requesting that the existing deadline for submission of plaintiffs' motion to compel as to defendant Dallah Avco be ex from January 22, 2016 to February 5, 2016. Document filed by Plaintiffs Executive Committees.(Carter, Sean) (Enter 01/21/2016) |
| 21/2016 | 3201 | MOTION for Katie L. Barlow to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's staff.** Document filed by Dubai Islamic Bank. (Attachments: # 1 Exhibit Certificate of Good Standing of Katie L. Ba Text of Proposed Order)(Cottreau, Steven) (Entered: 01/21/2016) |
| 21/2016 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 3201 MOTION for Katie to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document reviewed and there are no deficiencies. (bcu)** (Entered: 01/21/2016) |
| 21/2016 | 3202 | CERTIFICATE OF SERVICE of Order Dated January 13, 2016 served on Angela LeGrand on 1/13/2016. Service w Mail (First Class and Certified). Document filed by Hoglan Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Fil Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD−FM(Corr, Stephen) (Entered: 01/21/2016) |

| | | |
|---|---|---|
| 21/2016 | 3203 | LETTER addressed to Magistrate Judge Frank Maas from Eric L. Lewis dated January 21, 2016 re: Request for an In Conference. Document filed by International Islamic Relief Organization(IIRO), Muslim World League. (Attachmen Exhibit A−Lewis Oct. 28, 2015 Letter, # 2 Exhibit B−Nov. 3, 2015 Order, # 3 Exhibit C−MWL and IIRO's Suppleme Interrogatories, # 4 Exhibit D−Bembry Dec. 10, 2015 E−mail, # 5 Exhibit E−Haefele Dec. 14, 2015 E−mail, # 6 Exh F−Plaintiffs' Responses to Supplemental Interrogatories)(Lewis, Eric) (Entered: 01/21/2016) |
| 22/2016 | 3204 | ORDER FOR ADMISSION PRO HAC VICE in case 1:03−cv−09849−GBD; granting (3201) Motion for Katie L. Ba Appear Pro Hac Vice in case 1:03−md−01570−GBD−FM. (As further set forth in this Order.) (Signed by Judge Geor Daniels on 1/22/2016) Filed In Associated Cases: 1:03−md−01570−GBD−FM et al. (adc) (Entered: 01/22/2016) |
| 25/2016 | 3205 | ORDER. The conference scheduled for January 28, 2016 is adjourned until July 14, 2016 at 10:30 AM. (Status Confe for 7/14/2016 at 10:30 AM before Judge George B. Daniels.) (Signed by Judge George B. Daniels on 1/25/2016) File Associated Cases: 1:03−md−01570−GBD−FM et al. (adc) (Entered: 01/25/2016) |
| 28/2016 | 3206 | LETTER addressed to Magistrate Judge Frank Maas from Robert T. Haefele, The MDL 1570 Plaintiffs' Executive Co dated January 28, 2016 re: In re: Terrorist Attacks on September 11, 2001, 03 MDL 1570 (GBD) (FM) − Request for Informal Conference, ECF No. 3203. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit Exhibit B)(Haefele, Robert) (Entered: 01/28/2016) |
| 28/2016 | 3207 | AMENDED LETTER addressed to Magistrate Judge Frank Maas from Robert T. Haefele, The MDL 1570 Plaintiffs' Committees dated January 28, 2016 re: In re: Terrorist Attacks on September 11, 2001, 03 MDL 1570 (GBD) (FM) − for an Informal Conference, ECF No. 3203. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 E 2 Exhibit B)(Haefele, Robert) (Entered: 01/28/2016) |
| 29/2016 | | CASHIERS OFFICE REMARK on 3204 Order on Motion to Appear Pro Hac Vice, in the amount of $200.00, paid c 1/29/2015, Receipt Number 465401144700. (cla) (Entered: 01/29/2016) |
| 05/2016 | 3208 | LETTER addressed to Magistrate Judge Frank Maas from James P. Kreindler dated February 5, 2016 re: Revised Orc Judgment Omitting 7 Cases. Document filed by Kathleen Ashton. (Attachments: # 1 Text of Proposed Order Part 1, # Proposed Order Part 2)(Kreindler, James) (Entered: 02/05/2016) |
| 05/2016 | 3209 | LETTER addressed to Magistrate Judge Frank Maas from Christopher C. S. Manning, Esquire dated February 5, 201 Supplemental Response to Plaintiff's Motion to Compel. Document filed by Sanabel Al Kheer, Inc..Filed In Associat 1:03−md−01570−GBD−FM et al.(Manning, Christopher) (Entered: 02/05/2016) |
| 08/2016 | 3210 | MEMO ENDORSEMENT on re: 3209 Letter, filed by Sanabel Al Kheer, Inc. ENDORSEMENT: Denied. There is n believe that an additional sixty days −− or five years for that matter −− would enable Mr. Manning to communicate client. (Signed by Magistrate Judge Frank Maas on 2/8/2016) (cf) (Entered: 02/08/2016) |
| 08/2016 | 3211 | LETTER addressed to Magistrate Judge Frank Maas from J. Scott Tarbutton, Esquire dated February 8, 2016, re: req Order pursuant to Fed. R. Civ. P. 37(a) compelling defendant Dallah Avco to immediately produce documents and in Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 E 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhib Exhibit U)(Carter, Sean) (Entered: 02/08/2016) |
| 09/2016 | 3212 | LETTER addressed to Magistrate Judge Frank Maas from J. Scott Tarbutton, Esquire dated February 9, 2016 re: with of No. 3211 on the docket on February 8, 2016, certain documents were referenced by Bates number but not filed as with this filing, those omissions are being corrected. Document filed by Plaintiffs Executive Committees. (Attachmen Exhibit V, # 2 Exhibit W, # 3 Exhibit X, # 4 Exhibit Y, # 5 Exhibit Z, # 6 Exhibit AA, # 7 Exhibit BB, # 8 Exhibit C Exhibit DD)(Carter, Sean) (Entered: 02/09/2016) |
| 10/2016 | 3213 | LETTER addressed to Magistrate Judge Frank Maas from Robert Kry dated February 10, 2016 re: requesting an exte time to respond to motion to compel (Dkt. 3211). Document filed by Dallah Avco Trans Arabia Co. LTD..(Kry, Robe (Entered: 02/10/2016) |
| 10/2016 | 3214 | MEMO ENDORSEMENT on re: 3213 Letter filed by Dallah Avco Trans Arabia Co. LTD. ENDORSEMENT: APPl GRANTED. (Responses due by 4/29/2016) (Signed by Magistrate Judge Frank Maas on 2/10/2016) (cf) (Entered: 02 |
| 11/2016 | 3215 | ORDER granting 3190 Motion to receive in evidence in Hoglan, 11cv7550 (GBD) (FM), materials regarding non−ec damages previously received in evidence in Havlish v. Bin Laden. (Maas, Frank) (Entered: 02/11/2016) |
| 11/2016 | 3216 | LETTER addressed to Magistrate Judge Frank Maas from J. Scott Tarbutton, Esquire dated February 11, 2016 re: joi for an extension of the existing deadline for submission of Plaintiffs' motion to compel as to WAMY. Document filed Plaintiffs Executive Committees.(Carter, Sean) (Entered: 02/11/2016) |
| 11/2016 | 3217 | MEMO ENDORSEMENT on re: 3200 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: APPLIC GRANTED. (Motions due by 2/5/2016.) (Signed by Magistrate Judge Frank Maas on 2/11/2016) (cf) (Entered: 02/11 |

| | | |
|---|---|---|
| .1/2016 | 3218 | MEMO ENDORSEMENT on re: 3216 Letter request for extension of time, filed by Plaintiffs Executive Committees ENDORSEMENT: APPLICATION GRANTED. ( Motions due by 8/31/2016.) (Signed by Magistrate Judge Frank M 2/11/2016) (tro) (Entered: 02/16/2016) |
| 22/2016 | 3219 | ORDER: Over the past several months, the Plaintiffs have filed several letter−motions seeking orders compelling cer defendants to produce documents sought in discovery and sanctions against certain of the defendants for alleged disc infractions. The Court will oral argument on the following letter−motions on March 22, 2016, at 10 a.m.: ECF Nos. 2 (defendant Dubai Islamic Bank) ECF Nos. 2988, 2989 (defendant Wa'el Jelaidan); ECF No. 2990 (defendant Solimar Al−Buthe); and ECF No. 3024 (defendants Abdullah Omar Naseef, Abdullah bin Saleh al Obaid, Abdullah Muhsen a and Adnan Basha). Mr. McMahon, counsel for Mr. Jelaidan, may participate in the conference via telephone. The ora shall take place in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, new Y York. (Oral Argument set for 3/22/2016 at 10:00 AM in Courtroom 20A, 500 Pearl Street, New York, NY 10007 bef Magistrate Judge Frank Maas.) (Signed by Magistrate Judge Frank Maas on 2/22/2016) (cf) (Entered: 02/23/2016) |
| 22/2016 | 3220 | REPORT AND RECOMMENDATION TO THE HONORABLE GEORGE B. DANIELS: (Re: Dkt. 3127 LETTER to Magistrate Judge Frank Maas from Robert T. Haefele dated 11/13/2015 re: In Re: Terrorist Attacks on September 03 MDL 1570 (GBD) (FM). Document filed by Plaintiffs Executive Committees.) For the foregoing reasons, the Plai Letter−Motion should be granted in part and denied in part, and a default judgment should be entered against Sanabel further set forth in this Order.) Objections to R&R due by 3/10/2016 (Signed by Magistrate Judge Frank Maas on 2/2 (Entered: 02/23/2016) |
| 23/2016 | 3221 | MOTION for Dickstein Shapiro LLP and Howard N. Feldman to Withdraw as Attorney . Document filed by C02e.co Cantor Fitzgerald & Co., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Eu Cantor Fitzgerald International, Cantor Fitzgerald Partners, Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P., Can Limited, Espeed, Inc., TradeSpark, L.P., eSpeed Government Securities, Inc., eSpeed Securities, Inc..Filed In Associa 1:03−md−01570−GBD−FM, 1:04−cv−07065−GBD(Feldman, Howard) (Entered: 02/23/2016) |
| 23/2016 | 3222 | DECLARATION of Howard N. Feldman in Support re: (511 in 1:04−cv−07065−GBD) MOTION for Dickstein Shap and Howard N. Feldman to Withdraw as Attorney .. Document filed by C02e.com, LLC, Cantor Fitzgerald & Co., Ca Fitzgerald Associates, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald Internatio Fitzgerald Partners, Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P., Cantor Index Limited, Espeed, Inc., TradeS eSpeed Government Securities, Inc., eSpeed Securities, Inc.. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−07065−GBD(Feldman, Howard) (Entered: 02/23/2016) |
| 23/2016 | 3223 | MEMORANDUM OF LAW in Support re: (511 in 1:04−cv−07065−GBD) MOTION for Dickstein Shapiro LLP and Feldman to Withdraw as Attorney . . Document filed by C02e.com, LLC, Cantor Fitzgerald & Co., Cantor Fitzgerald L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald International, Cantor Fitzgerald Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P., Cantor Index Limited, Espeed, Inc., TradeSpark, L.P., eSpeed G Securities, Inc., eSpeed Securities, Inc.. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−07065−GBD(Feldman, Howard) (Entered: 02/23/2016) |
| 24/2016 | 3224 | LETTER addressed to Magistrate Judge Frank Maas from J. Scott Tarbutton, Esquire dated 24 February 2016 re: a re the existing deadline for submission of Plaintiffs' motions to compel as to defendants the MWL and the IIRO be exte 26 February 2016 to 29 April 2016. Document filed by Plaintiffs Executive Committees.(Carter, Sean) (Entered: 02/2 |
| 25/2016 | 3225 | MEMO ENDORSEMENT on re: 3224 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: APPLIC GRANTED. (Signed by Magistrate Judge Frank Maas on 2/24/2016) (cf) (Entered: 02/25/2016) |
| )8/2016 | 3226 | AMENDED ORDER OF JUDGMENT amending (3021 in 1:03−md−01570−GBD−FM, 759 in 1:02−cv−06977−GB Judgment. It is hereby; ORDERED that judgment is entered on behalf of all Ashton wrongful death Plaintiffs in Asht Al Qaeda Islamic Army et al., 02−CV−6977 (GBD) (FM) for the estates of the decedents identified in the attached E against the Islamic Republic of Iran; and it is ORDERED that the 844 Ashton wrongful death estates of the decedents in the attached Exhibit A are awarded: (1) compensatory damages for conscious pain and suffering in the amount of $ each for a total of $1,688,000,000; (2) punitive damages for conscious pain and suffering in the amount of $6,880,00 total of $5,806,720,000; and (3) prejudgment interest on the compensatory damages awards for conscious pain and su each decedent to be calculated at the rate of 9% per annum from September 11, 2001 until today. (Signed by Judge G Daniels on 3/8/2016) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD−FM(lmb) (Ente 03/08/2016) |
| )9/2016 | 3227 | MEMORANDUM OPINION AND ORDER #106268. On August 31, 2015, this Court authorized the plaintiffs in the specifically identified above−captioned actions to amend their pleadings solely as to Iran, and confirmed that service amended complaint was not required. (See ECF Nos. 3015 and 3018.) Because the Orders authorizing the filing of th complaints and granting the plaintiffs' motions for judgment by default issued on the same day, the plaintiffs in each actions did not have an opportunity to formally file their amended complaints as to Iran as stand−alone documents pr entry of the orders granting judgment in their favor. The plaintiffs in any of these actions may file the amended plead referenced herein as stand−alone documents. These filings shall be deemed docketed as of August 31, 2015, the date the Court formally granted the plaintiffs' motions to amend. SO ORDERED. (Signed by Judge George B. Daniels on |

| | | |
|---|---|---|
| | | Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD−FM, 1:03−cv−06978−GBD−FM, 1:04−cv−01076−GBD−FM (adc) Modified on 3/10/2016 (ca). (Entered: 03/09/2016) |
| )9/2016 | 3228 | ORDER. On October 23, 2015, Magistrate Judge Maas issued a Memorandum Decision and Order ("Fee Decision"), 3073), setting the value of the monetary penalties that defendants Wa'el Jelaidan and al Haramain Islamic Foundatior ("AHIF") should be required to pay plaintiffs in relation to the sanctions imposed upon those defendants, (ECF No. 2 December 2, 2015, Magistrate Judge Maas issued a Memorandum Decision and Order denying defendant Jelaidan's r reconsideration of the Fee Decision. (ECF No. 3139.) On December 18, 2015, this Court denied defendant AHIF's ob the Fee Decision, and adopted the Fee Decision in its entirety. (ECF No. 3170.) Accordingly, the monetary awards is favor of plaintiffs and against defendants Jelaidan and AHIF are final. Because both defendants are Specially Design Terrorists under U.S. federal law, plaintiffs cannot accept payment without the U.S. Treasury Department Office of F Assets Control ("OFAC") granting a license for the transactions. The defendants shall inform this Court of the action taken to comply with this Court's order awarding monetary relief to plaintiffs, including but not limited to applying fo license, within thirty (30) days of the entry of this order. SO ORDERED. (Signed by Judge George B. Daniels on 3/8 (adc) (Entered: 03/09/2016) |
| )9/2016 | 3229 | MEMORANDUM OPINION AND ORDER #106269 for (779 in 1:02−cv−06977−GBD−FM, 945 in 1:03−cv−06978−GBD−FM, 3175 in 1:03−md−01570−GBD−FM) Report and Recommendations. This Court adopts and recommendation set forth in the Report in their entirety, as amended. (See Amended Order of Judgment, (ECF N The Ashton plaintiffs are awarded a default judgment against Iran in the amount of$7,494,720,000. The Federal Insur plaintiffs are awarded a default judgment against Iran in the amount of $3,040,998,426.03. (As further set forth in thi (Signed by Judge George B. Daniels on 3/9/2016) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD−FM, 1:03−cv−06978−GBD−FM (adc) Modified on 3/10/2016 (ca). (Entered: 03/09/2016) |
| .0/2016 | 3230 | OBJECTION to 3220 Report and Recommendations Document filed by Sana−Bell, Inc., Sanabel Al Kheer, Inc., San Al−Kheer, Inc.. (Manning, Christopher) (Entered: 03/10/2016) |
| .0/2016 | | Transmission to Judgments and Orders Clerk. Transmitted re: (951 in 1:03−cv−06978−GBD−FM, 785 in 1:02−cv−06977−GBD−FM, 3229 in 1:03−md−01570−GBD−FM) Order Adopting Report and Recommendations to Judgments and Orders Clerk. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD−FM, 1:03−cv−06978−GBD−FM (adc) (Entered: 03/10/2016) |
| .1/2016 | 3231 | LETTER addressed to Magistrate Judge Frank Maas from Eric L. Lewis dated March 11, 2016 re: Addition to March Agenda. Document filed by International Islamic Relief Organization(IIRO), Muslim World League.(Lewis, Eric) (E 03/11/2016) |
| .4/2016 | 3232 | MEMO ENDORSEMENT on re: 3231 LETTER addressed to Magistrate Judge Frank Maas from Eric L. Lewis date 2016 re: Addition to March 22 Hearing Agenda. Document filed by International Islamic Relief Organization (IIRO), World League. ENDORSEMENT: Approved. (Signed by Magistrate Judge Frank Maas on 3/14/2016) (rjm) (Entered 03/15/2016) |
| .6/2016 | 3233 | CLERK'S JUDGMENT: That for the reasons stated in the Court's Memorandum Opinion and Order dated March 9, 2 Federal Insurance plaintiffs are awarded a default judgment against Iran in the amount of $3,040,998,426.03; to the e the plaintiffs' claims arise out of injuries in New York State, they are awarded prejudgment interest at the statutory si interest rate of nine percent per annum from September 11, 2001, through the date of the Amended Order of Judgmen 3226, (March 8, 2016); and to the extent that the claims arise out of injuries occurring elsewhere, they are awarded in the same period at the rate of 4.96 percent per annum, compounded annually. (Signed by Clerk of Court Ruby Krajicl 3/16/2016) (Attachments: # 1 Notice of Right to Appeal, # 2 Notice of Right to Appeal)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−06978−GBD−FM(dt) (Entered: 03/16/2016) |
| .7/2016 | 3234 | ORDER: It is hereby ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Devic the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proc trial in the action captioned in re Terrorist Attacks September 11, 2001, No. 03MDL1570. The date(s) for which such authorization is provided is (are) March 22, 2016. (As further set forth in this Order) (Signed by Magistrate Judge Fra on 3/17/2016) (kl) (Entered: 03/17/2016) |
| .9/2016 | 3235 | MOTION Creation of Common Benefit Fund to Compensate Havlish Attorneys . Document filed by Havlish Plaintif (Attachments: # 1 Text of Proposed Order)(Fleming, Timothy) (Entered: 03/19/2016) |
| .9/2016 | 3236 | MEMORANDUM OF LAW in Support re: 3235 MOTION Creation of Common Benefit Fund to Compensate Havli Attorneys . . Document filed by Havlish Plaintiffs. (Attachments: # 1 Exhibit A. 4.15.2010 Hearing Tr., # 2 Exhibit E Hearing Tr.)(Fleming, Timothy) (Entered: 03/19/2016) |
| 21/2016 | 3237 | AMENDED COMPLAINT amending 1463 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, against Islamic Republic of Iran.Document filed by Plaintiffs Executive Comm Related document: 1463 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Jessica Murrow−Adams, Gibson A. Craig, Natalie Makshanov, Janlyn Scauso, Edward P. Ciafardini, Gary W |

Mark J. Siskopoulos, Mei Jy Lee, Saad Bin Laden, Serina Gillis, Anne M. Wodensheck, Helen Friedlander, Emily M
Milagros Diaz, Cathy A. Carilli, Elinore Hartz, American Alternative Insurance Corporation, Kara Hadfield, Euro Br
et al., Dixie M. Hobbs, Josephine Acquaviva, Armando Bardales, Jane Bartels, Lillian Bini, Leonor Alvarez, Edward
Fidelity and Casualty Company of New York, American Employers' Insurance Company, Maria Giordano, Rina Rab
Allstate Insurance Company, John F. Jermyn, Jacqueline Cannizzaro, Benhardt R. Wainio, Transportation Insurance
Judith Reiss, Maryanne Farrell, Chubb Indemnity Insurance Company, Jeffrey Lovit, Sandy Amrita Mahabir, Richard
Naiman, Joyce Leigh, Jean Adams, Faith Miller, Curtis Fred Brewer, Carmen Garcia, James Alario,, Jodie Goldberg,
Harris, Yun Yu Zheng, Donald DiDomenico, Christine R. Huhn, Lisa Palazzo, Nina Barnes, David Ziminski, Kevin
Claudia Flyzik, Owen McGovern, Kristin Galusha−Wild, Christine Irene O'Neill, Glens Falls Insurance Company, Pl
Azenabor, Marion Knox, Martin Rosenbaum, John Bonomo, Armand Reo, Kazmierz Jakubiak, Dennis Quinn, Burne
Plaintiffs, Judi A. Ross, Richard I. Klein, Emma Tisnovskiy, Carol Francolini, Havlish Plaintiffs, Madeleine A. Zucc
Leonard Ardizzone, Suk Tan Chin, Bhola P. Bishundat, Glenna M. Rosenburg, Elizabeth Ann Moss, David M. Berns
Havlish, Donna Smith, Marie Twomey, Elizabeth Alderman, Yesenia Ielpi, James A. Reed, Chubb Custom Insurance
Lauren Rosenzweig, Dorothy Ann Bogdan, Judith Casoria, Edith Cruz, Nancy Shea, Philip J. Zeiss, Daryl Joseph Me
Barbaro, Angelica Allen, Merrilly E. Noeth, Lori Fletcher, Theresa McGovern, Peter Ioveno, Sheryl J. Oliver, Trems
Plaintiffs, Michael J. Lindy, Rebecca L. Marchand, Philip Lee, Joanne Modafferi, American Zurich Insurance Compa
Alexander Santoro, Robin Theurkauf, Kathleen M. Buckley, Patricia Kellett, JoAnne Bruehert, Jerline Lewis, Maria
Boisseau, Suzanne J. Berger, Virginia Lorene Rossiter Valvo, Paul Kaufman, Thomas J. Meehan, III, Patricia Cough
Brace, Cynthia F. McGinty, Plaintiffs Executive Committees, Jocelyne Ambroise, Rosemary Kempton, Joseph Beltra
S. Passaro, Thomas Conroy, Jr., Barbara Sohan, Northern Insurance Company of New York, Dorothy Mauro, Donald
Linda E. Thorpe, Dhanmatee Sam, Rachel W. Goodrich, Ellen L. Saracini, Port Authority of New York & New Jerse
MacFarlane, Dominic J. Puopolo, Sr., Timothy L. Frolich, Melvin C. Lewis, Jeremiah Harney, Barbara Ardizzone, K
Arancio, Dawn Brown, Ralph Maerz, Jr., Feliciana Umanzor, Doreen Lutter, Denise Esposito, Kris A. Blood, Claudi
Arnold Lederman, Matthew T. Sellitto, John Lewis, Elvira P. Murphy, Kevin G. Murphy, Steven Feidelberg, Theresa
Mathilda Geidel, John Does, Crum & Forster Indemnity Company, Francine Raggio, Jennifer Ruth Jacobs, Christina
Donald Leistman, Miriam M. Biegeleisen, Commercial Insurance Company of Newark, N.J., Evelyn Aron, Thomas
Murray Bernstein, Lucy Virgilio, Russell Vomero, William O'Connor, James Boyle, Andrew Braun, North River Insu
Company, Rosanna Thompson, Pamela Ann Maggitti, Richard D. Allen, Stacey Fran Dolan, Yuko Clark, Valiant Ins
Company, Margaret Donoghue McGinley, Charles Downey, Maryland Casualty Company, Linda Panik, Andrija Tor
Angela Gitto, Claudette Greene, Andrezej Cieslik, Stephen Alderman, Great Lakes Reinsurance (UK) PLC, Nicholas
Elizabeth Rego, Alexander Paul Aranyos, Scott Ting, Susan Berger, Juan B. Bruno, George Luis Torres, Radmila To
Kevin W. Barry, John C. Buckley, Maureen Barry, Patricia Coppo, Nancy Walsh, Phyllis Lederman, Domenick Dam
Edlene C. LaFrance, Frederick Alger, Renne Bacotti Hannafin, Andy Dinoo, Melissa Van Ness Fatha, Andrea Maffe
Ali, Madelyn Conroy Allen, Gina Cayne, William Coale, Theresa Healey, Kurt Foster, Andrew Aris, Judith M. Aiken
Plaintiffs, Linda Pascuma, Hashim A. Henderson, Barrera Plaintiffs, George Bonomo, Pacific Indemnity Company, C
Casualty of California, Carol Gies, Paul Quinn, Krystyna Boryczewski, Narasimha Sattaluri, James Cizikie, Susan Ra
Nancy Badagliacca, Sadiq Rasool, John J. Gill, Carmen Romero, Great Northern Insurance Company, Patricia Tarasi
Beacon Insurance Company, Mary Margaret Jurgens, Toni Ann Carroll, Janice O'Dell, Cella Woo−Yeun, Laurie Spa
David Edward Cushing, Co−Conspirators, Jill Rosenblum, Dennis Euleau, Jamie Miller, Christine Sakoutis, Diane M
Bilcher, Norma Bernstein, Federal Insurance Company et al., Plaintiffs, Mary Haag, Kevin Rogers, Susan Brady, Kat
Ganci, Maureen Santoro, Federal Insurance Company, Raj Thackurdeen, Joseph R. Downey, George Lantay, Dhanra
Ondina Bennett, Michael Deloughery, Amlin Underwriting, Ltd., Rubina Cox−Holloway, Amber Miller, Gordon G.
Jeanne M. Evans, Susan E. Buhse, Laura J. Lassman, Todd DeVito, Lori Shulman, Rosemarie Corvino, Tracy Ann T
Catalano, Charles Schmidt, Siew−Som Yeow, William Martin, Meg Bloom Glasser, Barbara Minervino, Martina Lyn
Panik, Joanne F. Betterly, Hiscox Dedicated Corporate Member, Ltd., Boris Bililovsky, Peter Greenleaf, Joviana Me
Victoria Higley, Paul R. Martin, Transcontinental Insurance Company, Robert Bermingham, Gregory Stevens, Rosty
Tisnovskiy, Continental Insurance Company, Ursula Broghammer, Virginia Hayes, The Camden Fire Insurance Asso
Michael Endrizzi, Jean Oslyn Powell, Clifford Tempesta, Theresa Regan, Nancy Ann Foster, Sharon Booker, Debora
Loisanne Diehl, Ildefonso A. Cua, Jeff Lever, Warren Hayes, Elizabeth Gardner, Anthony Vincelli, Iliana McGinnis,
Russin, Sharlene M. Beckwith, Karen Hinds, Evelyn Rodriguez, Stephen Jezycki, World Trade Center Properties LL
Perry S. Oretzky, Kemraj Singh, Carol O'Neill, Edward J. Sweeney, Dennis L. Hobbs, Collette M. LaFuente, Julia C
Friedman, All Plaintiffs, Thomas Fletcher, Maryann Colin, Neil B. Blass, James D. Hodges, Meryl Mayo, Holli Silve
Zucker, Gilbert Ruiz, Jr., Dana Noonan, Olga Merino, Mark Bernheimer, Lorraine Arias Beliveau, Kevin Quinn, Yvo
Abdool, Helene Parisi−Gnazzo, Zurich American Insurance Company, Virginia Bauer, Beril Sofia DeFeo, Andrew Q
Bilcher, Brian Barry, Chubb Insurance Company of New Jersey, American Casualty Company of Reading, Pennsylva
Colleen Holohan, Gila Barzvi, Chiemi York, Daniel F. Barkow, Kathleen Keeler Lozier, Ann R. Haynes, Leonid Tisn
Dorothy A. O'Neill, Kelly Hayes, Tina Grazioso, Steadfast Insurance Company, Bettyann Martineau, Harry Ong, Jr.,
Boryczewski, Vincent LeVien, Joseph A. Tiesi, Helen Pfeifer, Roberta J. Levine, Valley Forge Insurance Company,
Andrucki, Joann T. Howard, Louisa D'Antonio, Vice Rose Arestegui, Kevin McArdle, Robert V. Trivingo, Bridget H
Deena Burnett, Victor Ugolyn, Richard Villa, Steven M. Gillespie, Seneca Insurance Company, Inc., Fryderyk Milew
Saradha Moorthy, Scott Schrimpe, Edward Navarro, Rosalie Downey, Theresa King, John Benedetto, Armine Giorge
Frederick Irby, Anna M. Granville, Robert Keane, William D Robbins, Michael Jezycki, Kathleen Ashton, Joseph Ha
Havlish, Hector Garcia, Ingrid M. Lenihan, Plaintiffs PI Executive Committee, Charlene Fiore, Veronica Klares, Mar
Perez, Aldo Addissi, James C. Cahill, Mia Gonzalez, Elizabeth H. Keller, Anna Mojica, Continental Casualty Compa

| | | |
|---|---|---|
| | | Flannery, Philip Germain, Albert T. Regenhard, Robert J. Bernstein, Deborah Francke, George Andrucki, Elaine Lei Delphine Saada, Regan Grice−Vega, Stephen L. Cartledge, Pedro Saleme, Josephine Alger, Camille Doyle, Diane M Beverly Burnett, Kathleen Box, John Hassett, Barbara Scaramuzzino, Morris D. Lamonsoff, Basmattie Bishundat, M Rand, Traci Bosco, William Doyle, Sr., Wendy Feinberg, Dorothy Tempesta, Patricia Han, Jane Alderman, Jerzy Mr Laurie S. Lauterbach, Boston Old Colony Insurance Company, Michael J. Allen, Donna Paolillo, Stanley Eckna, Ann Martin Panik, Lynn Allen, Amy Weaver, Fidelity And Deposit Company of Maryland, Patricia J. Perry, Jay Charles Tara Bane, Linda Curia, James Wallace O'Grady, Bradley Daly, Netta Issacof, Roberta Kellerman, Cantor Fitzgerald Lauren Arias Lucchini, Jin Liu, Diane Genco, Nancy Picone, Salvo Plaintiffs, Maria DiPilato, James W. Cahill, Kiml Kaipaka Beaven, Jasmine Victoria, Rose Booker, Howard Rice, John Patrick O'Neill, Jr., Lynn B. Pescherine, Sat Th Timothy Parker, H. Michael Keden, Donald Francis Kennedy, Walter Tremsky, Carol Barbaro, Estate of John P.O'N Eileen Simon, Mark Goldwasser, Pamela Hohlweck, Luke C. Allen, Santa Catarelli, Jennifer E. Brady, Sharon Cobb Joann Meehan, American Guarantee and Liability Insurance Company, Frances Berdan, Janet Calia, Kathleen Cahill, Burnett, Sr., Lisa DiLallo Clark, Jennifer L. Harvey, Dorothy Garcia, Patricia Quigley, Michelle Bedigan, William B Emmet P. Kelly, United States Fire Insurance Company, Benjamin Arroyo, William Doyle, Jane M. Smithwick, Prak Javier Burgos, Rachel R. Harrell, Ernesto Barrera, Joanne Gross, Robert D'Elia, Maureen Kelly, Leila M. Joseph, Ca Regenhard, Margaret Arce, Lena Whittaker, James McGetrick, Cynthia Arnold, Mark Barbieri, Louis Schaefer, Kiml Trimingham−Aiken, Sean Passananti, Phyllis Schreier, Delia Welty, Patricia Wiswall, Michael Boryczewski, Chubb Company of Canada, The Princeton Excess & Surplus Lines Insurance Company, Woodly Joseph, Diane Wall, Made Bergin, Fran LaForte, William Ellis, Jr., Alfred Acquaviva, Karen Princiotta, Warren Monroe, Thomas Burnett, Irene Desiree A. Gerasimovich, Diane Ryan, Raymond Lachhman, Julia Boryczewski, Lisanne MacKenzie, Gladys Salvo, Parkinson−Godshalk,, TheresaAnn Lostrangio, One Beacon America Insurance Company, Margit Arias, Clara Chirc Benito Colon, John Martin, Jeannine P. Baron, Andrea N. LeBlanc, Martha Burnett O'Brien, Christine Bini, Joseph D Michael Puckett, Anna Milewski, Russa Steiner, Kathleen Holland, Edmund Barry, Continental Insurance Company Jersey, Nancy Lynn Zuckerman, Virginia McKeon, Michael J. Novotny, Edward Arancio, Jennifer D'Auria, William Thomas Arias, Hillary A. Briley, Lauren Murphy, Assurance Company of Amer, Evelyn Tepedino, Michael Girdano Della Bella, Deborah Calderon, Thomas Baez, Colonial American Casualty and Surety Insurance Company, Winifre Catherine Jezycki, Elizabeth R. Burns, National Ben Franklin Insurance Company of Illinois, Joanne Barbara, Eileen Colligan, Jennifer Tarantino, Wen Shi, Kathryn J. Hussa, Jurgiel Kazimierz, Vigilant Insurance Company, Monica M Robert T. Folger, Daniel Polatsch, Eileen Tallon, Lori Mascali, Ron Harding, Cynthia Tumulty, Amy Farnum, Sonia Linda Pickford, Patricia H. McDowell, John P. Baeszler, Robert Spadafora, National Fire Insurance Company of Har Shirley Henderson, Houssain Lazaar, Homeland Insurance Company of New York. (Attachments: # 1 Exhibit A)(Ca (Entered: 03/21/2016) |
| 21/2016 | 3238 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assi Magistrate Judge for Specific Non−Dispositive Motion/Dispute: ECF No. 3235. Referred to Magistrate Judge Frank (Signed by Judge George B. Daniels on 3/21/2016) (kgo) (Entered: 03/22/2016) |
| 21/2016 | 3239 | ENDORSED LETTER addressed to Magistrate Judge Frank Maas from Timothy B. Fleming dated 3/21/2016 re: Pla request to file a CD−ROM and supporting documents for "Exhibit C" under seal. ENDORSEMENT: SO ORDERED by Magistrate Judge Frank Maas on 3/21/2016) (cf) (Entered: 03/22/2016) |
| 22/2016 | | Minute Entry for proceedings held before Magistrate Judge Frank Maas: Oral Argument held on 3/22/2016 re: (94 in 1:11−cv−07550−GBD−FM) Letter,,,,, filed by Plaintiffs Executive Committees, (95 in 1:11−cv−07550−GBD−FM) I by Plaintiffs Executive Committees. (Court Reporter Pamela Utter) Associated Cases: 1:03−md−01570−GBD−FM e (Entered: 03/23/2016) |
| 24/2016 | 3240 | LETTER addressed to Magistrate Judge Frank Maas from Jerry S. Goldman, Esq. dated March 24, 2016 re: Request Extension of Time to Respond to Havlish Counsel's Motion for Creation of a Common Benefit Fund. Document filed Plaintiffs Executive Committees.(Goldman, Jerry) (Entered: 03/24/2016) |
| 25/2016 | 3241 | MEMO ENDORSEMENT on re: 3240 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: APPLIC GRANTED. (Responses due by 4/22/2016) (Signed by Magistrate Judge Frank Maas on 3/25/2016) (cf) (Entered: 03 |
| 25/2016 | 3242 | OPPOSITION BRIEF re: 3220 Report and Recommendations,, 3230 Objection to Report and Recommendations *of F 2016*. Document filed by All Plaintiffs.(Haefele, Robert) (Entered: 03/25/2016) |
| 25/2016 | 3243 | NOTICE OF CHANGE OF ADDRESS by Robert Manuel Kaplan on behalf of American Casualty Company of Rea Pennsylvania, Continental Casualty Company, National Fire Insurance Company of Hartford, Transcontinental Insur Company, Transportation Insurance Company, Valley Forge Insurance Company. New Address: Ferber Chan Essner LLP, One Grand Central Place, 60 East 42nd Street, Suite 2050, New York, New York, US 10165, 212 944 2200. Fil Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−05970−GBD(Kaplan, Robert) (Entered: 03/25/2016) |
| 28/2016 | 3244 | LETTER addressed to Magistrate Judge Frank Maas from Robert T. Haefele dated 03/28/2016 re: In Re: Terrorist At September 11, 2001, 03 MDL 1570. Document filed by Plaintiffs Executive Committees.(Haefele, Robert) (Entered: 03/28/2016) |

| | | |
|---|---|---|
| 28/2016 | 3245 | LETTER addressed to Magistrate Judge Frank Maas from Eric L. Lewis dated March 28, 2016 re: Request to Deny F Request for an Extension of the Courts Order Regarding the Particularized Showing of Risk of Harm to the Original S Document filed by International Islamic Relief Organization(IIRO), Muslim World League. (Attachments: # 1 Exhib Exhibit 2)(Lewis, Eric) (Entered: 03/28/2016) |
| 29/2016 | 3246 | AMENDED COMPLAINT amending 1568 30/60 Days Amended Complaint,, against Ayatollah Ali Hoseini−Khame Falahyan, Iranian Ministry of Intelligence and Security ("MOIS"), Iranian Revolutionary Guard Corps (IRGC), Irania Revolutionary Guard Corps − QODS Force, Islamic Republic of Iran, Mohammad Baqer Zolqadr with JURY DEMAND.Document filed by Christine Irene O'Neill, Carol O'Neill, John Patrick O'Neill, Jr, Dorothy A. O'Neill, Es P.O'Neill, Sr., C. O'Neill. Related document: 1568 30/60 Days Amended Complaint,, filed by Carol O'Neill, Dorothy Christine Irene O'Neill, John Patrick O'Neill, Jr..(Goldman, Jerry) (Entered: 03/29/2016) |
| 29/2016 | 3247 | MEMO ENDORSEMENT granting (3221) Motion for Dickstein Shapiro LLP and Howard N. Feldman to Withdraw Attorney; granting (511) Motion for Dickstein Shapiro LLP and Howard N. Feldman to Withdraw as Attorney. ENDORSEMENT: SO ORDERED. Attorney Stacey Ann Saiontz; Howard N. Feldman and Jonathan Mark Goodman terminated in case 1:03−md−01570−GBD−FM; Attorney Stacey Ann Saiontz; Howard N. Feldman and Jonathan Ma Goodman terminated in case 1:04−cv−07065−GBD. (Signed by Judge George B. Daniels on 3/29/2016) Filed In Ass Cases: 1:03−md−01570−GBD−FM, 1:04−cv−07065−GBD (kko) (Entered: 03/29/2016) |
| 30/2016 | 3248 | MEMO ENDORSEMENT on re: 3244 Letter filed by Plaintiffs Executive Committees. ENDORSEMENT: The dead extended to 4/22/16. (Signed by Magistrate Judge Frank Maas on 3/30/2016) (cf) (Entered: 03/30/2016) |
| 01/2016 | 3249 | LETTER addressed to Magistrate Judge Frank Maas from Timothy B. Fleming dated 03/31/2016 re: Supplemental E Argument Pertaining to Hoglan Plaintiffs Hagay Shefi, Sigal Shefi, Nicholas Rowe, and Relatives of Same. Documen Hoglan Plaintiffs.(Fleming, Timothy) (Entered: 04/01/2016) |
| 06/2016 | 3250 | MEMORANDUM OPINION AND ORDER #106367. In light of the developments since Magistrate Judge Maas ma recommendation, the matter is returned to Magistrate Judge Maas for further proceedings to determine whether the en default judgment is still the most appropriate adjudication of Plaintiffs' original letter motion. The Clerk of Court is d close the motion docketed as ECF No. 3127 in the above−captioned action. (Signed by Judge George B. Daniels on 4 (rjm) Modified on 4/7/2016 (ca). (Entered: 04/06/2016) |
| 06/2016 | 3251 | RESPONSE re: 3228 Order,,,,, . Document filed by Al Haramain Islamic Foundation, Inc.. (Kabat, Alan) (Entered: 0 |
| 06/2016 | 3252 | MEMO ENDORSEMENT on re: (3190 in 1:03−md−01570−GBD−FM, 153 in 1:11−cv−07550−GBD−FM) MOTIO Certain Evidence From A Related Case re: (112 in 1:11−cv−07550−GBD−FM, 3023 in 1:03−md−01570−GBD−FM) *Hoglan, et al. v. Islamic Republic of Iran, et al.*. filed by Hoglan Plaintiffs. AND NOW, upon consideration of Plainti to Admit into Evidence Certain Materials Supporting Damages from Havlish, et al. v. bin Laden, et al., which is unop hereby ORDERED and DECREED that Plaintiffs' Motion is GRANTED. The expert report and curriculum vitae of A Diaz, Jr., M.D., RADM MC US N(Ret.), as well as the Declarations as listed in 10 of Plaintiffs' Motion, are hereby e evidence for the damages portion of Hoglan, et al. v. Islamic Republic of Iran, et al. (Signed by Magistrate Judge Fra 4/6/2016) (cf) (Entered: 04/06/2016) |
| 18/2016 | 3253 | TRANSCRIPT of Proceedings re: argument held on 3/22/2016 before Magistrate Judge Frank Maas. Court Reporter/Transcriber: Pamela Utter, (212) 805−0300. Transcript may be viewed at the court public terminal or purcha through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 5/12/2016. Redacted Transcript Deadline set for 5/23/2016. Releas Transcript Restriction set for 7/21/2016.(McGuirk, Kelly) (Entered: 04/18/2016) |
| 18/2016 | 3254 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a argument held on 3/22/16 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have sever calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(Mc Kelly) (Entered: 04/18/2016) |
| 19/2016 | 3255 | LETTER addressed to Magistrate Judge Frank Maas from J. Scott Tarbutton, Esquire dated April 19, 2016 re: a requ adjourn the existing deadline for submission of Plaintiffs' motions to compel as to defendants the MWL and IIRO cur for April 29, 2016. Document filed by Plaintiffs Executive Committees.(Carter, Sean) (Entered: 04/19/2016) |
| 19/2016 | 3256 | LETTER addressed to Magistrate Judge Frank Maas from John Lauro dated April 19, 2016 re: Request to Be Remov Electronic Service List. Document filed by Faisal Islamic Bank.(Lauro, John) (Entered: 04/19/2016) |
| 19/2016 | 3257 | MOTION for Extension of Time to File Response/Reply . Document filed by C. O'Neill, Estate of John P.O'Neill, Sr. Jerry) (Entered: 04/19/2016) |
| 19/2016 | 3258 | MEMO ENDORSEMENT on re: 3256 Letter filed by Faisal Islamic Bank. ENDORSEMENT: APPLICATION GRA Attorney John F. Lauro terminated. (Signed by Magistrate Judge Frank Maas on 4/19/2016) (cf) (Entered: 04/19/201 |

| | | |
|---|---|---|
| .9/2016 | 3259 | MEMO ENDORSEMENT on re: 3255 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: APPLIC GRANTED. (Motions due by 9/30/2016.) (Signed by Magistrate Judge Frank Maas on 4/19/2016) (cf) (Entered: 04/1 |
| 21/2016 | 3260 | ORDER granting 3257 Letter Motion for Extension of Time to File Response/Reply. APPLICATION GRANTED. R due by 5/2/2016 (Signed by Magistrate Judge Frank Maas on 4/21/2016) (cf) (Entered: 04/21/2016) |
| 22/2016 | 3261 | LETTER addressed to Magistrate Judge Frank Maas from Robert T. Haefele dated 04/22/2016 re: In Re: Terrorist At September 11, 2001, 03 MDL 1570 (GBD) (FM). Document filed by Plaintiffs Executive Committees.(Haefele, Robe (Entered: 04/22/2016) |
| 26/2016 | 3262 | LETTER addressed to Magistrate Judge Frank Maas from Eric L. Lewis dated April 26, 2015 re: Request for a May ( to Exchange the Information Mandated in the March 22 Hearing. Document filed by International Islamic Relief Organization(IIRO), Muslim World League. (Attachments: # 1 Exhibit A−March 28, 2016 Email, # 2 Exhibit B−Apr Email, # 3 Exhibit C−April 6, 2016 Email, # 4 Exhibit D−April 6, 2016 Email, # 5 Exhibit E−April 18, 2016 Email, # F−April 18, 2016 Email, # 7 Exhibit G−April 19, 2016 Email)(Lewis, Eric) (Entered: 04/26/2016) |
| 26/2016 | 3263 | LETTER addressed to Magistrate Judge Frank Maas from Robert K. Kry dated April 26, 2016 re: Extension of Time to Motion to Compel (Dkt. 3211). Document filed by Dallah Avco Trans Arabia Co. LTD..(Kry, Robert) (Entered: 04 |
| 27/2016 | 3264 | LETTER addressed to Magistrate Judge Frank Maas from Robert K. Kry dated April 26, 2016 re: Extension of Time to Motion to Compel (Dkt. 3211) (Corrected Version). Document filed by Dallah Avco Trans Arabia Co. LTD..(Kry, (Entered: 04/27/2016) |
| 27/2016 | 3265 | MEMO ENDORSEMENT on re: 3261 Letter filed by Plaintiffs Executive Committees. ENDORSEMENT: So ordere by Magistrate Judge Frank Maas on 4/26/2016) (cf) (Entered: 04/27/2016) |
| 27/2016 | | Transmission to Sealed Records Clerk. Transmitted re: 3265 Memo Endorsement to the Sealed Records Clerk for the unsealing of document or case. (cf) (Entered: 04/27/2016) |
| 27/2016 | 3266 | MEMO ENDORSEMENT on re: 3263 Letter filed by Dallah Avco Trans Arabia Co. LTD. ENDORSEMENT: APPI GRANTED. (Responses due by 5/30/2016) (Signed by Magistrate Judge Frank Maas on 4/26/2016) (cf) (Entered: 04 |
| 27/2016 | 3267 | REPLY re: 3262 Letter,, *PEC Letter in response to ECF 3262*. Document filed by Plaintiffs Executive Committees. ( Robert) (Entered: 04/27/2016) |
| 29/2016 | 3268 | LETTER addressed to Magistrate Judge Frank Maas from Jerry S. Goldman, Esq. dated April 29, 2016 re: Deadline t to Motion for Creation of a Common Benefit Fund. Document filed by C. O'Neill.(Goldman, Jerry) (Entered: 04/29/2 |
| )2/2016 | 3269 | MEMO ENDORSEMENT on re: 3268 Letter filed by C. O'Neill re: Deadline to Respond to Motion for Creation of a Benefit Fund. ENDORSEMENT: APPLICATION GRANTED. SO ORDERED. Set Deadlines/Hearing as to 3235 M Creation of Common Benefit Fund to Compensate Havlish Attorneys: (Responses due by 5/5/2016) (Signed by Magi Frank Maas on 5/2/2016) (kko) (Entered: 05/02/2016) |
| )3/2016 | 3270 | LETTER addressed to Magistrate Judge Frank Maas from James P. Kreindler dated May 3, 2016 re: In re Terrorist A Sept 11, 2001; Relates to: Ashton v al Qaeda. Document filed by Kathleen Ashton.(Kreindler, James) (Entered: 05/03 |
| )4/2016 | 3271 | MEMO ENDORSEMENT on re: (3270 in 1:03−md−01570−GBD−FM) Letter filed by Kathleen Ashton, ENDORSE APPLICATION GRANTED. Motions terminated: (3191 in 1:03−md−01570−GBD−FM) MOTION for Partial Summ Judgment . filed by Kathleen Ashton. (Signed by Magistrate Judge Frank Maas on 5/4/2016) Filed In Associated Cas 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD−FM(cf) (Entered: 05/04/2016) |
| )5/2016 | 3272 | MEMORANDUM OF LAW in Opposition re: 3235 MOTION Creation of Common Benefit Fund to Compensate Ha Attorneys . . Document filed by C. O'Neill, Kathleen Ashton, Estate of John P.O'Neill, Sr., Federal Insurance Compa Plaintiffs, Carol O'Neill, Christine Irene O'Neill, John Patrick O'Neill, Jr. (Goldman, Jerry) (Entered: 05/05/2016) |
| )5/2016 | 3273 | AFFIRMATION of Jerry S. Goldman in Opposition re: 3235 MOTION Creation of Common Benefit Fund to Compe Havlish Attorneys .. Document filed by C. O'Neill, Kathleen Ashton, Estate of John P.O'Neill, Sr., Federal Insurance et al., Plaintiffs, Carol O'Neill, Christine Irene O'Neill, Dorothy A. O'Neill, John Patrick O'Neill, Jr. (Attachments: # A, # 2 Exhibit B, # 3 Exhibit C)(Goldman, Jerry) (Entered: 05/05/2016) |
| )5/2016 | 3274 | AFFIRMATION of Sean P. Carter in Opposition re: 3235 MOTION Creation of Common Benefit Fund to Compens Attorneys .. Document filed by C. O'Neill, Kathleen Ashton, Estate of John P.O'Neill, Sr., Federal Insurance Compan Plaintiffs, Carol O'Neill, Christine Irene O'Neill, Dorothy A. O'Neill, John Patrick O'Neill, Jr. (Goldman, Jerry) (Ente 05/05/2016) |
| )5/2016 | 3275 | AFFIRMATION of Andrew J. Maloney in Opposition re: 3235 MOTION Creation of Common Benefit Fund to Com Havlish Attorneys .. Document filed by C. O'Neill, Kathleen Ashton, Estate of John P.O'Neill, Sr., Federal Insurance et al., Plaintiffs, Carol O'Neill, Christine Irene O'Neill, Dorothy A. O'Neill, John Patrick O'Neill, Jr. (Goldman, Jerry) 05/05/2016) |

| | | |
|---|---|---|
| )9/2016 | 3276 | AFFIRMATION of Sean P. Carter, Esquire in Opposition re: 3235 MOTION Creation of Common Benefit Fund to C Havlish Attorneys .. Document filed by Kathleen Ashton, Estate of John P.O'Neill, Sr., Federal Insurance Company e Plaintiffs, Carol O'Neill, Christine Irene O'Neill, Dorothy A. O'Neill, John Patrick O'Neill, Jr. (Carter, Sean) (Enterec 05/09/2016) |
| )9/2016 | 3277 | NOTICE of Filing of Corrected Affirmation of Sean P. Carter, Esq., in support of Plaintiffs' Consolidated Opposition Havlish Motion for an Order Creating a Common Benefit Fund to Compensate Havlish Attorneys regarding Default J against The Islamic Republic of Iran re: 3235 MOTION Creation of Common Benefit Fund to Compensate Havlish A Document filed by C. O'Neill, Kathleen Ashton, Estate of John P.O'Neill, Sr., Federal Insurance Company et al., Plai O'Neill, Christine Irene O'Neill, Dorothy A. O'Neill, John Patrick O'Neill, Jr. (Carter, Sean) (Entered: 05/09/2016) |
| .0/2016 | 3278 | SEALED DOCUMENT placed in vault.(mps) (Entered: 05/10/2016) |
| .0/2016 | 3279 | MOTION to Substitute Party. Old Party: Doyle Raymond Ward, in his own right and as Administrator of the Estate c Raymond Ward, New Party: Brianna L. Gomes, Administrator of the Estate of Doyle Raymond Ward, deceased, and Paige, Special Administrator of the Estate of Timothy Raymond Ward, deceased *With Suggestion of Death of Doyle I Ward*. Document filed by Doyle Raymond Ward. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cas 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD(Corr, Stephen) (Entered: 05/10/2016) |
| .2/2016 | 3280 | SEALED DOCUMENT placed in vault.(rz) (Entered: 05/12/2016) |
| .2/2016 | 3281 | CONSENT LETTER MOTION for Extension of Time to File Response/Reply as to 3235 MOTION Creation of Com Benefit Fund to Compensate Havlish Attorneys ., 3272 Memorandum of Law in Opposition to Motion, *and Affirmati Counsel* addressed to Magistrate Judge Frank Maas from Timothy B. Fleming dated May 12, 2016. Document filed b Plaintiffs.(Fleming, Timothy) (Entered: 05/12/2016) |
| .2/2016 | 3282 | CONSENT LETTER addressed to Magistrate Judge Frank Maas from Timothy B. Fleming dated May 12, 2016 re: E Time for Reply. Document filed by Havlish Plaintiffs.(Fleming, Timothy) (Entered: 05/12/2016) |
| .2/2016 | 3283 | MEMO ENDORSEMENT on re: 3282 Letter filed by Havlish Plaintiffs. ENDORSEMENT: APPLICATION GRAN ORDERED. ( Replies due by 6/3/2016.) (Signed by Magistrate Judge Frank Maas on 5/12/2016) (mro) (Entered: 05/ |
| !7/2016 | 3284 | RESPONSE re: 3211 Letter,, *Opposition to Motion to Compel*. Document filed by Dallah Avco Trans Arabia Co. LT Robert) (Entered: 05/27/2016) |
| !7/2016 | 3285 | DECLARATION of Abdullah Yamani in Opposition re: 3211 Letter,,. Document filed by Dallah Avco Trans Arabia (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11−17 omitted)(Kry, Robert) (Entered: 05/27/2016) |
| !7/2016 | 3286 | DECLARATION of Robert K. Kry in Opposition re: 3211 Letter,,. Document filed by Dallah Avco Trans Arabia Co (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 # 9 Exhibit 9, # 10 Exhibit 10)(Kry, Robert) (Entered: 05/27/2016) |
| !7/2016 | 3287 | LETTER addressed to Magistrate Judge Frank Maas from Robert Kry dated May 27, 2016 re: Request to Submit Unc Exhibits 11−17 of Yamani Declaration (Dkt. 3285). Document filed by Dallah Avco Trans Arabia Co. LTD..(Kry, Ro (Entered: 05/27/2016) |
| 31/2016 | 3288 | MEMO ENDORSEMENT on re: 3287 Letter filed by Dallah Avco Trans Arabia Co. LTD. ENDORSEMENT: APPI GRANTED without prejudice to any ruling the Court subsequently may make regarding the need for sealing. (Signec Magistrate Judge Frank Maas on 5/31/2016) (cf) (Entered: 05/31/2016) |
| 31/2016 | | Transmission to Sealed Records Clerk. Transmitted re: 3288 Memo Endorsement to the Sealed Records Clerk for the unsealing of document or case. (cf) (Entered: 05/31/2016) |
| 31/2016 | 3289 | ORDER in case 1:03−cv−09848−GBD; granting SUGGESTION OF DEATH AND MOTION TO SUBSTITUTE PI (3279) Motion to Substitute Party. AND NOW, this 10th day of May, 2016, it is suggested of record that Plaintiff Do Raymond Ward, in his own right and as Administrator of the Estate of Timothy Raymond Ward, deceased, died on Ja 2012 in the state of California leaving his granddaughter, Brianna L. Gomes as Administrator of his estate, see Exhib leaving Michael E. Paige as Special Administrator of the Estate of Timothy Raymond Ward, see Exhibit B. (As furth in this Order.) SO ORDERED. Michael Edward Paige, Michael Edward Paige, Brianna L. Gomes and Brianna L. Go Doyle Raymond Ward (In his own right and as Executrix of the Estate of Timothy Raymond Ward, Deceased) termir case 1:03−md−01570−GBD−FM (Signed by Magistrate Judge Frank Maas on 5/31/2016) Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09848−GBD (cf) (Entered: 06/01/2016) |
| )1/2016 | 3290 | ORDER: On November 13, 2015, the Plaintiffs filed a letter−motion seeking sanctions against defendants Sana−Bell Sanabel al Kheer, Inc. (together, "Sanabel"). (See ECF No. 3127 ("Plaintiffs' Letter−Motion")). (As further set forth i Order.) Accordingly, by June 9, 2016, Sanabel shall file its response to the Plaintiffs' Letter−Motion. By June 17, 201 Plaintiffs may file a reply. (Responses due by 6/9/2016, Replies due by 6/17/2016.) (Signed by Magistrate Judge Frar 5/31/2016) (cf) (Entered: 06/01/2016) |

| | | |
|---|---|---|
| )1/2016 | 3291 | SEALED DOCUMENT placed in vault.(mps) (Entered: 06/01/2016) |
| )3/2016 | 3292 | REPLY MEMORANDUM OF LAW in Support re: 3235 MOTION Creation of Common Benefit Fund to Compensa Attorneys . . Document filed by Havlish Plaintiffs. (Attachments: # 1 Exhibit C)(Fleming, Timothy) (Entered: 06/03/. |
| )7/2016 | 3293 | RESPONSE re: 3127 Letter,,,,,, . Document filed by Sana−Bell, Inc., Sanabel Al Kheer, Inc., Sanabel Al−Kheer, Inc. Christopher) (Entered: 06/07/2016) |
| )8/2016 | 3294 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU (SEE 3296 Declaration) −** FINAL M( Summary Judgment . Document filed by Kathleen Ashton.(Kreindler, James) Modified on 6/10/2016 (db). (Entered: 06/08/2016) |
| )8/2016 | 3295 | FINAL MOTION for Judgment . Document filed by Kathleen Ashton.(Kreindler, James) (Entered: 06/08/2016) |
| )8/2016 | 3296 | DECLARATION of James P. Kreindler in Support re: 3295 FINAL MOTION for Judgment .. Document filed by Ka Ashton. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit B−1, # 4 Exhibit C)(Kreindler, James) (Entered: 06/( |
| )9/2016 | 3297 | LETTER addressed to Magistrate Judge Frank Maas from J. Scott Tarbutton, Esquire dated June 9, 2016 re: Seeking approval of a July 15, 2016 deadline for plaintiffs to file their reply letter brief regarding Dallah Avco. Document file Plaintiffs Executive Committees.(Carter, Sean) (Entered: 06/09/2016) |
| .0/2016 | 3298 | SEALED DOCUMENT placed in vault.(mps) (Entered: 06/10/2016) |
| .3/2016 | 3299 | MEMO ENDORSEMENT on re: 3297 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: APPLIC GRANTED. (Replies due by 7/15/2016.) (Signed by Magistrate Judge Frank Maas on 6/10/2016) (cf) (Entered: 06/1. |
| .6/2016 | 3300 | ORDER OF FURTHER PARTIAL JUDGMENT. It is hereby; ORDERED that further partial judgment is entered on those Plaintiffs in Ashton et al. v. Al Qaeda Islamic Army et al., 02−CV−6977 (GBD) (FM) identified in the attached against the Islamic Republic of Iran; and it is ORDERED that the Ashton wrongful death Plaintiffs identified in the a Exhibit A are awarded solatium damages as set forth in Exhibit A with prejudgment interest on those awards, to the e Plaintiffs' claims arise out of injuries in New York State, to be calculated at the statutory simple interest rate of nine p annum from September 11, 2001 until today; and with prejudgment interest on awards arising out of injuries occurrin elsewhere, to be calculated at a rate of 4.96 percent per annum, compounded annually, over the same period; ORDER Ashton wrongful death Plaintiffs identified in the attached Exhibit A are awarded economic damages as set forth in E and as supported by the expert reports and analyses submitted as Exhibits Band C; and ORDERED that the Ashton w death Plaintiffs not appearing on Exhibit A may submit in later stages applications for solatium and economic damag that will be approved on the same basis as currently approved for those Plaintiffs appearing on Exhibit A. So ordered Judge George B. Daniels on 6/16/2016) (Attachments: #(1) Right to Appeal Form #1, #(2) Right to Appeal Form #2) Associated Cases: 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD−FM (rjm) (Entered: 06/17/2016) |
| 21/2016 | 3301 | LETTER addressed to Magistrate Judge Frank Maas from Robert T. Haefele dated 06/21/2016 re: Conference in July 2 p.m.. Document filed by All Plaintiffs.(Haefele, Robert) (Entered: 06/21/2016) |
| 21/2016 | 3302 | LETTER addressed to Magistrate Judge Frank Maas from Eric L. Lewis dated June 21, 2016 re: Addition to July 8 H Agenda. Document filed by International Islamic Relief Organization(IIRO), Muslim World League.(Lewis, Eric) (E 06/21/2016) |
| 22/2016 | 3303 | LETTER addressed to Magistrate Judge Frank Maas from Sean P. Carter, Esquire dated June 22, 2016 re: Respondin June 21, 2016 letter from counsel for the Muslim World League and the International Islamic Relief Organization recommending an additional agenda item for the conference proposed for July 8, 2016. Document filed by Plaintiffs I Committees.(Carter, Sean) (Entered: 06/22/2016) |
| 27/2016 | 3304 | MEMO ENDORSEMENT on re: 3301 Letter filed by All Plaintiffs. ENDORSEMENT: Approved. Also approved!(S Conference set for 7/8/2016 at 02:00 PM before Magistrate Judge Frank Maas.) (Signed by Magistrate Judge Frank M 6/27/2016) (cf) (Entered: 06/27/2016) |
| 27/2016 | 3306 | MEMO ENDORSEMENT on re: 3302 Letter filed by Muslim World League, International Islamic Relief Organizati ENDORSEMENT: Application denied. (Signed by Magistrate Judge Frank Maas on 6/27/2016) (cf) (Entered: 06/28/ |
| 28/2016 | 3305 | ORDER: The conference scheduled for July 14, 2016 is adjourned until October 20, 2016, at 10:30 A.M. Status Conf for 10/20/2016 at 10:30 AM before Judge George B. Daniels. (Signed by Judge George B. Daniels on 6/28/2016) (kg (Entered: 06/28/2016) |
| 28/2016 | 3307 | LETTER addressed to Magistrate Judge Frank Maas from Andrew J. Maloney dated June 28, 2016 re: Extension re Y Document filed by Kathleen Ashton.(Maloney, Andrew) (Entered: 06/28/2016) |
| )7/2016 | 3308 | ELECTRONIC ORDER: Upon submission of written application to this Court, it is hereby ORDERED that the follo attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned In re Attacks on September 11, 2001, No. 03MDL1570. The date(s) for which such authorization is provided is (are) July 8 |

| | | |
|---|---|---|
| | | Attorney: Robert T. Haefele − Device(s): IPad, IPhone 6, and Lenova laptop. (As further set forth in this Order.) (Sig Magistrate Judge Frank Maas on 7/6/2016) (cf) (Entered: 07/07/2016) |
| )8/2016 | | Minute Entry for proceedings held before Magistrate Judge Frank Maas: Discovery Conference held on 7/8/2016. As Cases: 1:03−md−01570−GBD−FM et al.(mo) (Entered: 07/08/2016) |
| .2/2016 | 3309 | REPORT AND RECOMMENDATION TO THE HONORABLE GEORGE B. DANIELS. For the foregoing reasons Havlish Plaintiffs' motion to establish a common benefit fund, (ECF No. 3235), should be denied without prejudice to renewal. re: (3235 in 1:03−md−01570−GBD−FM) MOTION Creation of Common Benefit Fund to Compensate Hav Attorneys filed by Havlish Plaintiffs. Objections to R&R due by 7/29/2016. (Signed by Magistrate Judge Frank Maas 7/12/2016). Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD−FM, 1:03−cv−06978−G 1:03−cv−09848−GBD, 1:04−cv−01076−GBD−FM. Copies to All Counsel via ECF. (rjm) (Entered: 07/12/2016) |
| .2/2016 | 3310 | REPORT AND RECOMMENDATION TO THE HONORABLE GEORGE B. DANIELS. For the foregoing reasons Plaintiffs' letter−motion, (ECF No. 3035), should be granted to the extent it requests a default judgment, and a judgm be entered against Al Haramain (USA). Objections to R&R due by 7/29/2016. (Signed by Magistrate Judge Frank Ma 7/12/2016). Copies to all counsel via ECF. (rjm). (Entered: 07/12/2016) |
| .3/2016 | 3311 | MEMORANDUM OPINION AND ORDER #106556: Accordingly, the Clerk of Court is directed to enter default ju against Sanabel. Plaintiffs' requests for attorneys' fees and costs are denied. Magistrate Judge Maas's recommendation Plaintiffs' request to strike Sanablel's confidentiality designations is also adopted. SO ORDERED. (Signed by Judge Daniels on 7/13/2016) (ama) Modified on 7/15/2016 (ca). (Entered: 07/13/2016) |
| .3/2016 | | Transmission to Judgments and Orders Clerk. Transmitted re: 3311 Memorandum & Opinion,, to the Judgments and Clerk. (ama) (Entered: 07/13/2016) |
| .4/2016 | 3312 | ENDORSED LETTER addressed to Judge George B. Daniels from Timothy B. Fleming dated 7/13/2016 re: We requ Honor accept this letter as Plaintiffs' request to seal one additional document in the above−captioned matter. ENDOR SO ORDERED. (Signed by Judge George B. Daniels on 7/14/2016) Filed In Associated Cases: 1:03−md−01570−GB 1:11−cv−07550−GBD−FM(ama) (Entered: 07/14/2016) |
| .5/2016 | 3313 | CLERK'S JUDGMENT: That for the reasons stated in the Court's Memorandum Opinion and Order dated July 13, 20 Court adopts the findings and recommendation set forth in the Report in their entirety; default judgment is hereby ent against Sanabel; Plaintiffs' request for attorneys' fees and costs are denied and Magistrate Judge Maas's recommendat Plaintiffs' request to strike Sanabel's confidentiality designation is also adopted. (Signed by Clerk of Court Ruby Kraj 7/15/2016) (Attachments: # 1 Notice of Right to Appeal, # 2 Notice of Right to Appeal)(dt) (Entered: 07/15/2016) |
| .5/2016 | 3314 | LETTER addressed to Magistrate Judge Frank Maas from Sean P. Carter, Esquire dated July 15, 2016 re: the Plaintif Executive Committees, on behalf of all plaintiffs, submission of its reply in further support of their letter brief filed o 8, 2016, seeking an order compelling Dallah Avco to produce documents and information responsive to plaintiffs' jur discovery requests. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A, # 2 Exhibit B, C)(Carter, Sean) (Entered: 07/15/2016) |
| .5/2016 | 3315 | MEMO ENDORSEMENT on re: 3307 Letter filed by Kathleen Ashton. ENDORSMENT: APPLICATION GRANTI PRO TUNC. (Motions due by 11/30/2016.) (Signed by Magistrate Judge Frank Maas on 7/15/2016) (cf) (Entered: 07 |
| .5/2016 | 3316 | LETTER addressed to Magistrate Judge Frank Maas from Jerry S. Goldman dated July, 15 2016 re: Reply to Request Under Seal Exhibits 11−17 of Yamani Declaration (Dkt. 3285). Document filed by Plaintiffs Executive Committees.( Jerry) (Entered: 07/15/2016) |
| .5/2016 | 3317 | LETTER addressed to Magistrate Judge Frank Maas from Alan Kabat dated 07/15/2016 re: Potential adverse inferen Document filed by Perouz Seda Ghaty.(Kabat, Alan) (Entered: 07/15/2016) |
| .9/2016 | 3318 | OBJECTION to 3310 Report and Recommendations Document filed by Al Haramain Islamic Foundation, Inc.. (Bern Lynne) (Entered: 07/19/2016) |
| 20/2016 | 3319 | NOTICE of Dissolution. Document filed by Al Haramain Islamic Foundation, Inc.. (Bernabei, Lynne) (Entered: 07/2 |
| 25/2016 | 3320 | TRANSCRIPT of Proceedings re: Discovery Conference held on 7/8/2016 before Magistrate Judge Frank Maas. Cou Reporter/Transcriber: Carole Ludwig, (212) 420−0771. Transcript may be viewed at the court public terminal or purc through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 8/18/2016. Redacted Transcript Deadline set for 8/29/2016. Releas Transcript Restriction set for 10/27/2016.(ca) (Entered: 07/25/2016) |
| 25/2016 | 3321 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Discovery Conference proceeding held on 07/08/2016 has been filed by the court reporter/transcriber in the above−captioned ma parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 c days...(ca) (Entered: 07/25/2016) |

| | | |
|---|---|---|
| )2/2016 | 3322 | MEMORANDUM OPINION AND ORDER. This Court adopts the findings and recommendation set forth in the Rep entirety. (See Report.) The Havlish Plaintiffs' motion requiring Respondents to deposit eight percent of any damages from Iran into a common benefit fund is denied without prejudice to its later renewal. The Clerk of Court is directed t motion docketed as ECF No. 3235. So ordered. re: (3235 in 1:03−md−01570−GBD−FM) MOTION Creation of Com Benefit Fund to Compensate Havlish Attorneys filed by Havlish Plaintiffs. (Signed by Judge George B. Daniels on 8/ Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD−FM, 1:03−cv−06978−GBD−FM, 1:03−cv−09848−GBD, 1:04−cv−01076−GBD−FM (rjm) (Entered: 08/02/2016) |
| )2/2016 | 3323 | MEMORANDUM OPINION AND ORDER. Al Haramain (USA)'s objection is overruled. Having found Al Harama specific objection to be without merit, this Court has reviewed the Report in its entirety for clear error, and finds none Therefore, this Court adopts the Report in its entirety. The Clerk of Court is directed to enter default judgment agains Haramain (USA). So ordered. Re: 3310 REPORT AND RECOMMENDATION. (Signed by Judge George B. Daniel 8/2/2016) (rjm) (Entered: 08/02/2016) |
| )2/2016 | | Transmission to Judgments and Orders Clerk. Transmitted re: 3323 Memorandum & Opinion to the Judgments and C Clerk. (rjm) (Entered: 08/02/2016) |
| )3/2016 | 3324 | NOTICE of Plaintiffs' Removal of Parties Pursuant to Federal Rule of Civil Procedure 15(d). Document filed by All I (Attachments: # 1 Attachment A)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09849−GBD(Flo (Entered: 08/03/2016) |
| )4/2016 | 3325 | DEFAULT JUDGMENT: That for the reasons stated in the Court's Memorandum Opinion and Order dated August 1 Haramain (USA)'s objection is overruled, and the Report is adopted in its entirety; accordingly, default judgment is h entered against Al Haramain (USA). (Signed by Clerk of Court Ruby Krajick on 8/4/2016) (Attachments: # 1 Notice Appeal, # 2 Notice of Right to Appeal)(dt) (Entered: 08/04/2016) |
| .2/2016 | 3326 | LETTER addressed to Magistrate Judge Frank Maas from Robert T. Haefele dated 08/12/2016 re: In Re: Terrorist At September 11, 2001, Al Haramain checks. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Ex Exhibit B, # 3 Exhibit C)(Haefele, Robert) (Entered: 08/12/2016) |
| .5/2016 | 3327 | NOTICE of Notice of Tag−Along Action. Document filed by Plaintiffs Executive Committees. (Haefele, Robert) (En 08/15/2016) |
| .5/2016 | 3328 | LETTER addressed to Magistrate Judge Frank Maas from Alan Kabat dated 08/15/2016 re: Response to Plaintiffs' Le 3326). Document filed by Al Haramain Islamic Foundation, Inc..(Kabat, Alan) (Entered: 08/15/2016) |
| .5/2016 | 3329 | MEMO ENDORSEMENT on re: 3317 Letter filed by Perouz Seda Ghaty. ENDORSEMENT: Having reviewed this I believe that it would be beneficial to hear further from the Plaintiffs, who are requested to submit a response by Augu 2016. (Signed by Magistrate Judge Frank Maas on 8/15/2016) (cf) (Entered: 08/15/2016) |
| .6/2016 | 3330 | MEMO ENDORSEMENT on re: 3326 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: I see no conference. As Mr. Kabat's letter of August 15, 2016, concedes, the checks sent to Plaintiff's counsel reflect payment the sanctions award − nothing more. Accordingly, cashing the checks does not compromise the Plaintiffs' claims agai Haramain, although that distinction maybe largely academic since it appears that the al Haramain well has run dry. (S Magistrate Judge Frank Maas on 8/16/2016) (cf) (Entered: 08/16/2016) |
| .8/2016 | 3331 | NOTICE of Plaintiffs' Removal of Parties Pursuant to Federal Rule of Civil Procedure 15(d). Document filed by All I (Attachments: # 1 Attachment A)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:03−cv−09849−GBD(Flo (Entered: 08/18/2016) |
| 24/2016 | 3332 | LETTER addressed to Magistrate Judge Frank Maas from Robert Haefele dated 08/24/2016 re: Request for Extension Respond to ECF 3317. Document filed by Plaintiffs Executive Committees.(Haefele, Robert) (Entered: 08/24/2016) |
| 25/2016 | 3333 | MEMO ENDORSEMENT on re: 3332 Letter filed by Plaintiffs Executive Committees. ENDORSEMENT: APPLICA GRANTED. (Signed by Magistrate Judge Frank Maas on 5/24/2016) (cf) (Entered: 08/25/2016) |
| 29/2016 | 3334 | FINAL MOTION for Judgment . Document filed by Virginia Bauer.Filed In Associated Cases: 1:03−md−01570−GB 1:02−cv−06977−GBD−FM(Capone, Dorothea) (Entered: 08/29/2016) |
| 29/2016 | 3335 | DECLARATION of Dorothea M. Capone in Support re: (790 in 1:02−cv−06977−GBD−FM) FINAL MOTION for J Document filed by Virginia Bauer. (Attachments: # 1 Exhibit A to Attorney Declaration in Support, # 2 Exhibit B to Declaration in Support, # 3 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:02−cv−06977−GBD−FM(Capone, Dorothea) (Entered: 08/29/2016) |
| 30/2016 | 3336 | LETTER addressed to Magistrate Judge Frank Maas from J. Scott Tarbutton, Esquire dated August 30, 2016 re: Plair Executive Committee and Defendant, WAMY, write to jointly request and extension of the existing deadline for subr Plaintiffs' Motion to compel as to WAMY. Document filed by Plaintiffs Executive Committees.(Carter, Sean) (Entere 08/30/2016) |

| | | |
|---|---|---|
| 30/2016 | 3337 | MEMO ENDORSEMENT on re: 3336 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: APPLIC GRANTED. SO ORDERED. (Signed by Magistrate Judge Frank Maas on 8/30/2016) (mro) (Entered: 08/31/2016) |
| 30/2016 | | Set/Reset Deadlines: Motions due by 2/28/2017. (mro) (Entered: 09/21/2016) |
| 31/2016 | 3338 | ORDER: Accordingly, I will withdraw my prior directive requiring disclosure of the source's name. I also am convin however, that there is reason to question the authenticity of the documents. As a consequence, if MWL/IIRO cannot e provenance of the documents at this time, fairness dictates that the Plaintiffs not be permitted to rely further on the do for any purpose related to this multi−district litigation. (As further set forth in this Order.) The Court also will not stri the questioned documents from any court filings that may previously have been made. (Signed by Magistrate Judge F on 8/31/2016) (cf) (Entered: 08/31/2016) |
| 06/2016 | 3339 | LETTER addressed to Magistrate Judge Frank Maas from Robert T. Haefele dated 09/06/2016 re: Reply to Sedaghat 3317. Document filed by Plaintiffs Executive Committees.(Haefele, Robert) (Entered: 09/06/2016) |
| 07/2016 | 3340 | STATUS CONFERENCE ORDER: A status conference is scheduled for Thursday, October 20, 2016, at 11:30 a.m. i Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. If this date is unavailable f party, they must contact Courtroom Deputy Joseph Mendieta immediately at (212) 805−0286. (Status Conference set 10/20/2016 at 11:30 AM in Courtroom 219, 40 Centre Street, New York, NY 10007 before Magistrate Judge Sarah N (Signed by Magistrate Judge Sarah Netburn on 9/7/2016) (kko) (Entered: 09/07/2016) |
| 12/2016 | 3341 | ORDER OF FURTHER PARTIAL JUDGMENT. It is ORDERED that the Bauer Plaintiffs identified in the attached are awarded solatium damages as set forth in Exhibit A with prejudgment interest on those awards, to the extent that claims arise out of injuries in New York State, to be calculated at the statutory simple interest rate of nine percent per from September 11, 2001 until today; and with prejudgment interest on awards arising out of injuries occurring elsew calculated at a rate of 4.96 percent per annum, compounded annually, over the same period; ORDERED that the Bau identified in the attached Exhibit A are awarded economic damages as set forth in Exhibit A and as supported by the reports and analyses submitted in Exhibit B; and ORDERED that the Bauer Plaintiffs not appearing on Exhibit A ma later stages applications for solatium and economic damages awards that will be approved on the same basis as curre approved for those Plaintiffs appearing on Exhibit A. So ordered. Motion(s) terminated: 3334 FINAL MOTION for J filed by Virginia Bauer. (Signed by Judge George B. Daniels on 9/12/2016) (rjm) (Additional attachment(s) added or # 1 Right to Appeal Form #1, # 2 Right to Appeal #2) (rjm). Modified on 9/13/2016 (rjm). Modified on 10/12/2016 ( (Entered: 09/13/2016) |
| 27/2016 | 3342 | LETTER addressed to Magistrate Judge Sarah Netburn from J. Scott Tarbutton, Esquire dated September 27, 2016 re request for an extension of the existing deadline for submission of plaintiffs' motions to compel as to the MWL and I is currently September 30, 2016. Document filed by Plaintiffs Executive Committees.(Carter, Sean) (Entered: 09/27/2 |
| 27/2016 | | NOTICE OF REDESIGNATION TO ANOTHER MAGISTRATE JUDGE. The above entitled action has been redes Magistrate Judge Sarah Netburn. Please note that this is a reassignment of the designation only. (sjo) (Entered: 09/27 |
| 27/2016 | 3343 | ORDER: Pursuant to the joint request of the Plaintiffs' Executive Committee and defendants Muslim World League ( and International Islamic Relief Organization ("IIRO"), the deadline for the submission of Plaintiffs' motions to comp regards to MWL and IIRO is EXTENDED to Friday, March 31, 2017. (Motions due by 3/31/2017.) (Signed by Magi Sarah Netburn on 9/27/2016) (kko) (Entered: 09/28/2016) |
| 28/2016 | 3344 | REQUEST TO ENTER DEFAULT against Islamic Republic of Iran . Document filed by American Casualty Compa Reading, Pennsylvania, Continental Casualty Company, National Fire Insurance Company of Hartford, Transcontine Insurance Company, Transportation Insurance Company, Valley Forge Insurance Company. (Attachments: # 1 Affid Supporting declaration, # 2 Exhibit Declaration of service, # 3 Exhibit Clerk's certificate)Filed In Associated Cases: 1:03−md−01570−GBD−FM et al.(Kaplan, Robert) (Entered: 09/28/2016) |
| 30/2016 | 3345 | MEMO ENDORSEMENT on re: (169 in 1:11−cv−07550−GBD−FM) Letter filed by Hoglan Plaintiffs re: Report and Recommendation on Damages. ENDORSEMENT: The Court is aware of the time constraints on this matter in light o Victims of State−Sponsored Terrorism Fund's deadlines and is acting expeditiously to resolve the damages inquest. A the Court does not believe that a status conference is necessary. (Signed by Magistrate Judge Sarah Netburn on 9/30/ In Associated Cases: 1:03−md−01570−GBD−FM, 1:11−cv−07550−GBD−FM(kko) (Entered: 09/30/2016) |
| 30/2016 | 3346 | MOTION for Default Judgment as to . Document filed by American Casualty Company of Reading, Pennsylvania, C Casualty Company, National Fire Insurance Company of Hartford, Transcontinental Insurance Company, Transporta Insurance Company, Valley Forge Insurance Company. Return Date set for 10/7/2016 at 10:00 AM.(Kaplan, Robert) 09/30/2016) |
| 30/2016 | 3347 | MEMORANDUM OF LAW in Support re: 3346 MOTION for Default Judgment as to . . Document filed by Americ Company of Reading, Pennsylvania, Continental Casualty Company, National Fire Insurance Company of Hartford, Transcontinental Insurance Company, Transportation Insurance Company, Valley Forge Insurance Company. (Attac Exhibit findings of fact, # 2 Exhibit memo of law, # 3 Exhibit declaration of service, # 4 Exhibit certificate of default Robert) (Entered: 09/30/2016) |

| | | |
|---|---|---|
| 30/2016 | 3348 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MOTION to Amend/Correct (1406 in 1:03−md−01570−G Amended Complaint . Document filed by American Casualty Company of Reading, Pennsylvania, Continental Casua Company, National Fire Insurance Company of Hartford, Transcontinental Insurance Company, Transportation Insur Company, Valley Forge Insurance Company. Return Date set for 10/7/2016 at 10:00 AM.Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−05970−GBD(Kaplan, Robert) Modified on 10/3/2016 (db). (Entered: 09/30/2 |
| 30/2016 | 3349 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MEMORANDUM OF LAW in Support re: (543 in 1:04−cv−05970−GBD) MOTION to Amend/Correct (1406 in 1:03−md−01570−GBD−FM) Amended Complaint . . I filed by American Casualty Company of Reading, Pennsylvania, Continental Casualty Company, National Fire Insur Company of Hartford, Transcontinental Insurance Company, Transportation Insurance Company, Valley Forge Insur Company. (Attachments: # 1 Exhibit amended complaint, # 2 Exhibit declaration of service)Filed In Associated Case 1:03−md−01570−GBD−FM, 1:04−cv−05970−GBD(Kaplan, Robert) Modified on 10/3/2016 (db). (Entered: 09/30/2 |
| 30/2016 | 3350 | MOTION to Amend/Correct (1406 in 1:03−md−01570−GBD−FM) Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, . Document filed by A Casualty Company of Reading, Pennsylvania, Continental Casualty Company, National Fire Insurance Company of I Transcontinental Insurance Company, Transportation Insurance Company, Valley Forge Insurance Company. Return for 10/7/2016 at 10:00 AM.Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−05970−GBD(Kaplan, I (Entered: 09/30/2016) |
| 03/2016 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − DEFICIENT DOCKET ENTRY ERROR. Noti Attorney Robert Kaplan to RE−FILE Document (544 in 1:04−cv−05970−GBD, 3349 in 1:03−md−01570−GBD Memorandum of Law in Support of Motion. ERROR(S): Document(s) linked to filing error(s). Refile and link Motion; and 545 Motion. Filed In Associated Cases: 1:03−md−01570−GBD−FM, 1:04−cv−05970−GBD(db)** (E 10/03/2016) |
| 04/2016 | | NOTICE OF REASSIGNMENT OF A REFERRAL TO ANOTHER MAGISTRATE JUDGE. The referral in the ab action has been reassigned to Magistrate Judge Sarah Netburn, for Dispositive Motion (i.e., motion requiring a Repo Recommendation). Magistrate Judge Frank Maas no longer referred to the case. (wb) (Entered: 10/04/2016) |
| 06/2016 | 3351 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER IN ORDER FROM THE MDL PANEL... transf action from the United States District Court − that pursuant to 28 U.S.C. 1407, the actions listed on the attached sche pending in the District of Pennsylvania, and the same hereby are, transferred to the Southern District of New York, w consent of that court, assigned to the Honorable Judge George B. Daniels, for coordinated or consolidated pretrial pro with the actions pending in that district and listed on Schedule A. (Signed by MDL Panel on 10/03/2016) (sjo) (Ente 10/06/2016) |
| 07/2016 | 3352 | FINAL MOTION for Judgment . Document filed by Virginia Bauer, Nancy Ann Foster, H. Michael Keden, Jennifer Chiemi York.(Capone, Dorothea) (Entered: 10/07/2016) |
| 07/2016 | 3353 | DECLARATION of Dorothea M. Capone in Support re: 3352 FINAL MOTION for Judgment .. Document filed by Bauer, Nancy Ann Foster, H. Michael Keden, Jennifer Tarantino, Chiemi York. (Attachments: # 1 Exhibit A to Attor Declaration in Support, # 2 Exhibit B to Attorney Declaration in Support, # 3 Text of Proposed Order)(Capone, Doro (Entered: 10/07/2016) |
| 07/2016 | 3354 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** FINAL MOTION for Judgment *For the Ashton Wrongful Plaintiffs*. Document filed by Kathleen Ashton. (Attachments: # 1 Declaration, # 2 Exhibit A, # 3 Exhibit B1, # 4 Ex Text of Proposed Order, # 6 Certificate of Service)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, James) Modified on 10/11/2016 (db). (Entered: 10/07/2016) |
| .0/2016 | 3355 | MEMORANDUM OF LAW in Support re: 3350 MOTION to Amend/Correct (1406 in 1:03−md−01570−GBD−FM) Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, . . Document filed by A Casualty Company of Reading, Pennsylvania, Continental Casualty Company, National Fire Insurance Company of I Transcontinental Insurance Company, Transportation Insurance Company, Valley Forge Insurance Company. (Attac Exhibit amended complaint, # 2 Exhibit affirmation of service)(Kaplan, Robert) (Entered: 10/10/2016) |
| .1/2016 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − DEFICIENT DOCKET ENTRY ERROR. Noti Attorney James P. Kreindler to RE−FILE Document (3354 in 1:03−md−01570−GBD−SN, 795 in 1:02−cv−06977−GBD−SN) FINAL MOTION for Judgment *For the Ashton Wrongful Death Plaintiffs*. ERROR Supporting Documents are filed separately, each receiving their own document #. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(db)** (Entered: 10/11/2016) |
| .1/2016 | 3356 | FINAL MOTION for Judgment *for the Ashton Wrongful Death Plaintiffs*. Document filed by Kathleen Ashton. (Atta 1 Text of Proposed Order, # 2 Certificate of Service)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, James) (Entered: 10/11/2016) |
| .1/2016 | 3357 | DECLARATION of James P. Kreindler in Support re: (796 in 1:02−cv−06977−GBD−SN, 3356 in 1:03−md−01570− FINAL MOTION for Judgment *for the Ashton Wrongful Death Plaintiffs*.. Document filed by Kathleen Ashton. (Atta |

| | | |
|---|---|---|
| | | 1 Exhibit A to Declaration of James P. Kreindler, # 2 Exhibit B(part 1) to Declaration of James P. Kreindler, # 3 Exh 2) to Declaration of James P. Kreindler)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, James) (Entered: 10/11/2016) |
| .2/2016 | 3358 | REPORT AND RECOMMENDATION: For the reasons set forth above, I recommend that the Hoglan Plaintiffs desc this Report be awarded a default judgment against Iran in the amount of $1,759,715,035. The portions of the compen damages which are awarded for pain and suffering and solatium are also subject to interest at the rate of 4.96 per annu compounded annually, through the date that judgment is entered. I further recommend that plaintiffs' claims for punit damages be denied without prejudice to a future application. The solatium claims of 79 Individual Plaintiffs who are non−immediate family members of 9/11 decedents, the economic damages and pain and suffering claims of the two E Plaintiffs representing decedents who were not U.S. nationals at the time of their deaths, and the solatium claims of n national immediate family members of non−U.S. national decedents shall all be addressed in a forthcoming Report ar Recommendation. In order to expedite the issuance of partial final judgment in this case, plaintiffs are instructed to su Judge Daniels an exhibit containing information regarding every Estate and Individual Plaintiff to whom I recommen be awarded. This exhibit should have the name of each plaintiff, compensatory damages broken down between econo damages, pain and suffering, and solatium, and total damage award per plaintiff. The exhibit should omit any referen Individual Plaintiffs and the two Estate Plaintiffs who are not covered by this Report and Recommendation. (As furth in this Report and Recommendation.) Objections to R&R due by 10/31/2016 (Signed by Magistrate Judge Sarah Netb 10/12/2016) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(kko) (Main Docume replaced on 10/12/2016) (kko). Modified on 10/12/2016 (kko). (Entered: 10/12/2016) |
| .4/2016 | 3359 | JOINT LETTER addressed to Magistrate Judge Sarah Netburn from Alan Kabat and Sean Carter dated 10/14/2016 re Conference on October 20, 2016. Document filed by Defendants Executive Committee, Plaintiffs Executive Commit Alan) (Entered: 10/14/2016) |
| .4/2016 | 3360 | LETTER addressed to Judge George B. Daniels from Sean P. Carter and Alan R. Kabat dated October 14, 2016 re: T Plaintiffs' Executive Committees on behalf of all plaintiffs and the Defendants' Executive Committee, on behalf of de currently in discovery, submit a statement concerning the conference scheduled for October 20, 2016. Document filed Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A)(Carter, Sean) (Entered: 10/14/2016) |
| .4/2016 | 3361 | NOTICE of Plaintiffs' Notice of Correction to Lloyd's Syndicate Complaint. Document filed by AMERICAN FIRE A CASUALTY COMPANY, American Economy Insurance Company, American Safety Casualty Insurance Company, Safety Indemnity Company, COPENHAGEN REINSURANCE COMPANY (U.K.) LIMITED, General Insurance Co America, General Security Indemnity Company Of Arizona, General Security National Insurance Company, Indiana Company, LIBERTY LLOYDS OF TEXAS INSURANCE COMPANY, LIBERTY MANAGING AGENCY LIMIT PROPERTY AND CASUALTY INSURANCE COMPANY, Liberty Insurance Corporation, Liberty Insurance Unde Inc., Liberty Life Assurance Company of Boston, Liberty Mutual Fire Insurance Company, Liberty Mutual Insurance Liberty Mutual Insurance Europe Limited, Marlon Insurance Company Limited, Odyssey Reinsurance Company, Pe Insurance Company, QBE INSURANCE (INTERNATIONAL) LTD., SCOR CANADA REINSURANCE COMPAN REINSURANCE ASIA−PACIFIC PTE LIMITED, SCOR REINSURANCE COMPANY (ASIA) LIMITED, SCOR Reinsurance Company, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1003, UNDERWRITING MEM LLOYD'S SYNDICATE 1121, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1209, UNDERWRITIN MEMBERS OF LLOYD'S SYNDICATE 1236, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1243, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1308, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2003, UNDERWRITING MEMBERS LLOYD'S SYNDICATE 2020, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 205, UNDERWRITIN MEMBERS OF LLOYD'S SYNDICATE 228, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 271, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 376, UNDERWRITING MEMBERS OF LLOYD'S SY 510, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 529, UNDERWRITING MEMBERS OF LLOYD SYNDICATE 53, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 535, UNDERWRITING MEMBERS LLOYD'S SYNDICATE 55, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 557, UNDERWRITING OF LLOYD'S SYNDICATE 588, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 672, UNDERWRIT MEMBERS OF LLOYD'S SYNDICATE 807, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 861, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 991, WEST AMERICAN INSURANCE COMPANY, Business Insurance Company, Wausau Underwriters Insurance Company. (Carter, Sean) (Entered: 10/14/2016) |
| .4/2016 | 3362 | ORDER: In order to expedite the issuance of final judgments in these cases, the plaintiffs in Ashton and Bauer are dir revise and refile their proposed orders, as well as the exhibits attached to the declarations in support of the motions fo judgment to reflect the recommended terms in the Hoglan Report and Recommendation, ECF No. 3358. These revise orders and exhibits are to make no reference to the award of punitive damages and state the rate of pre−judgment inte applied as 4.96 percent per annum, compounded annually. The orders may, however, specify that Plaintiffs shall be p submit applications for punitive damages at a later date. In all other respects, the orders and exhibits shall remain the they are currently. The Court will discuss a briefing schedule for a punitive damages award at the status conference c scheduled for 11:30 a.m. on Thursday, October 20, 2016, in Courtroom 219, Thurgood Marshall U.S. Courthouse, 40 Square, New York, New York 10007. (As further set forth in this Order.) (Status Conference set for 10/20/2016 at 11 Courtroom 219, 40 Centre Street, New York, NY 10007 before Magistrate Judge Sarah Netburn.) (Signed by Magistr |

| | | |
|---|---|---|
| | | Sarah Netburn on 10/14/2016) (kko) (Entered: 10/14/2016) |
| .4/2016 | 3363 | REPORT AND RECOMMENDATION: For the foregoing reasons, I recommend that solatium damages be GRANT plaintiffs Lea Bitterman, Sean Bitterman, the Estate of Marion Thomas, Keith Bradkowski, Kathryn Collman, Charle Susan Bohan, Steven Gengler, Arlene Peabody−Bane, Brian Major, Brenda E. Jobe, Colleen McDonald, and Aleese Hartmann in the amounts set forth above. I recommend that all other non−immediate−family member plaintiffs' clain DENIED because they have not proven that they were functional equivalents of immediate family members. The por compensatory damages which are awarded for solatium should be subject to interest at the rate of 4.96 per annum, co annually, through the date that judgment is entered. I further recommend that plaintiffs' claims for punitive damages WITHOUT PREJUDICE to a future application. In order to expedite the issuance of partial final judgment in this cas are instructed to submit to Judge Daniels an exhibit containing information regarding every plaintiff to whom I recon damages be awarded. This exhibit should omit any reference to the plaintiffs whose claims I recommend be denied. ( set forth in this Order.) Objections to R&R due by 10/31/2016. (Signed by Magistrate Judge Sarah Netburn on 10/14/ In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(kko) (Entered: 10/14/2016) |
| .7/2016 | 3364 | DECLARATION of Dorothea M. Capone in Support re: 3352 FINAL MOTION for Judgment .. Document filed by Bauer, Nancy Ann Foster, H. Michael Keden, Jennifer Tarantino, Chiemi York. (Attachments: # 1 Exhibit A to Attor Declaration in Support, # 2 Exhibit B to Attorney Declaration in Support, # 3 Text of Proposed Order)(Capone, Doro (Entered: 10/17/2016) |
| .7/2016 | 3365 | ORDER: The conference scheduled for October 20, 2016 is adjourned until January 18, 2017 at 10:30 a.m. SO ORD Status Conference set for 1/18/2017 at 10:30 AM before Judge George B. Daniels.) (Signed by Judge George B. Dan 10/17/2016) (ama) (Entered: 10/17/2016) |
| .7/2016 | 3366 | LETTER addressed to Judge George B. Daniels from Timothy B Fleming dated October 17, 2016 re: Partial Final Ju Document filed by Hoglan Plaintiffs. (Attachments: # 1 Exhibit Awards in Reports and Recommendations of Magist # 2 Text of Proposed Order Partial Final Judgment)(Fleming, Timothy) (Entered: 10/17/2016) |
| .8/2016 | 3367 | DECLARATION of James P. Kreindler in Support re: (796 in 1:02−cv−06977−GBD−SN) FINAL MOTION for Jud *the Ashton Wrongful Death Plaintiffs*.. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A, # 2 Text of Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, James) (Entere 10/18/2016) |
| 20/2016 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Status Conference held on 10/20/2016. (j (Entered: 10/20/2016) |
| 20/2016 | 3368 | ORDER: In reaching its conclusions regarding the eligibility of non−immediate family members for solatium damag October 14, 2016 Report and Recommendation, the Court analyzed each claim individually, and relied on personal d submitted on behalf of each claimant. The Ashton and Bauer plaintiffs have not submitted such evidence on behalf o non−immediate family members who seek recovery in this case. Accordingly, plaintiffs may submit such declaration of such family members at their earliest convenience for the Court's consideration. (As further set forth in this Order) Magistrate Judge Sarah Netburn on 10/20/2016) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(lmb) (Entered: 10/20/2016) |
| 20/2016 | 3369 | SCHEDULING ORDER: The parties appeared before the Court on Thursday, October 20, 2016 for a status conferen forth at this conference, the following schedule shall govern further proceedings in this case. Motions due by 1/13/20 Responses due by 2/13/2017. As per the Court's Individual Rules of Practice, memoranda of law are not to exceed 25 length. Status Conference set for 1/18/2017 at 10:30 AM before Magistrate Judge Sarah Netburn. A further Status Co set for 1/18/2017 at 11:30 AM before Magistrate Judge Sarah Netburn. Discovery due by 3/31/2017. The Plaintiffs' E Committee and Defendants' Executive Committee are directed to submit a status letter to the Court no later than Frid 21, 2017. Such letter should describe whether any motions to compel are being contemplated following the close of d discovery, put forth a reasonable briefing schedule for any such motions, and propose a reasonable schedule for depo completed. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 10/20/2016) (ama) (Entered: 10/21/2016) |
| 21/2016 | 3370 | DECLARATION of James P. Kreindler in Support re: (796 in 1:02−cv−06977−GBD−SN) FINAL MOTION for Jud *the Ashton Wrongful Death Plaintiffs*.. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit, # 2 Text of P Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, James) (Entere 10/21/2016) |
| 21/2016 | 3371 | DECLARATION of Dorothea M. Capone in Support re: 3352 FINAL MOTION for Judgment .. Document filed by Bauer, Nancy Ann Foster, H. Michael Keden, Jennifer Tarantino. (Attachments: # 1 Exhibit A to Attorney Declaratic Support, # 2 Exhibit B to Attorney Declaration in Support, # 3 Text of Proposed Order)(Capone, Dorothea) (Entered: 10/21/2016) |
| 21/2016 | 3372 | ORDER: defendant Wa'el Jelaidan has neither apprised the Court of his attempts to attain the requisite OFAC license provided any other update as to his compliance with the March 9, 2016 Order. Accordingly, Wa'el Jelaidan is ORDE provide an update to the Court about the status of any application for an OFAC license and a timeline for payment to |

| | | |
|---|---|---|
| | | by Friday, November 4, 2016. (Signed by Magistrate Judge Sarah Netburn on 10/21/2016) (tn) (Entered: 10/21/2016) |
| 21/2016 | 3373 | STATUS CONFERENCE ORDER: Status Conference set for 1/18/2017 at 11:30 AM in Courtroom 219, 40 Centre S York, NY 10007 before Magistrate Judge Sarah Netburn. At this conference, the Plaintiffs' Executive Committee and Defendants' Executive Committee shall give oral argument on the fully briefed motion to compel pertaining to defend Avco filed on February 8, 2016. ECF No. 3211. Parties should also be prepared to discuss the status of discovery and motions to compel that they seek to present at that time. (Signed by Magistrate Judge Sarah Netburn on 10/21/2016) ( (Entered: 10/21/2016) |
| 24/2016 | 3374 | REPORT AND RECOMMENDATION: For the foregoing reasons, I recommend that the claims associated with the Hagay Shefi and Nicholas Rowe that are the subject of this Report and Recommendation be DENIED. Objections to by 11/10/2016 (Signed by Magistrate Judge Sarah Netburn on 10/24/2016) (tro) (Entered: 10/25/2016) |
| 26/2016 | 3375 | LETTER addressed to Judge George B. Daniels from Timothy B. Fleming dated October 26, 2016 re: Awards recom Magistrate Judge Netburn. Document filed by Hoglan Plaintiffs. (Attachments: # 1 Exhibit Awards per Reports and Recommendations of Magistrate Judge, # 2 Text of Proposed Order Proposed Partial Final Order and Judgment)Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Fleming, Timothy) (Entered: 10/26/2016) |
| 27/2016 | 3376 | MOTION to Serve *Directly By Diplomatic Service*. Document filed by Hoglan Plaintiffs. (Attachments: # 1 Exhibit F # 2 Exhibit Continental Casualty service exhibit, # 3 Text of Proposed Order Proposed Order)Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Fleming, Timothy) (Entered: 10/27/2016) |
| 27/2016 | 3377 | MEMORANDUM OF LAW in Support re: (174 in 1:11−cv−07550−GBD−SN) MOTION to Serve *Directly By Diplo Service*. . Document filed by Hoglan Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Fleming, Timothy) (Entered: 10/27/2016) |
| 28/2016 | 3378 | STATUS REPORT. Document filed by Wael Jalaidan.(McMahon, Martin) (Entered: 10/28/2016) |
| 28/2016 | 3379 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** APPEAL OF MAGISTRATE JUDG DECISION to District Court from (172 in 1:11−cv−07550−GBD−SN, 3363 in 1:03−md−01570−GBD−SN) Report a Recommendations,,,,,. Document filed by Hoglan Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Fleming, Timothy) Modified on 10/31/2016 (nd). (Entered: 10/28/2016) |
| 28/2016 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Flen Timothy to RE−FILE Document (3379 in 1:03−md−01570−GBD−SN, 176 in 1:11−cv−07550−GBD−SN) Appea Magistrate Judge Decision to District Court,. Use the event type Objection to Report and Recommendations fo the event list Other Answers. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN** (Entered: 10/31/2016) |
| 31/2016 | 3380 | ORDER: In accordance with the Court's October 21, 2016 Order, defendant Wael Jelaidan filed a status report regard efforts to secure a license from the Office of Foreign Assets Control (OFAC) in order to satisfy the monetary penaltie upon him by order of the Honorable George B. Daniels on March 9, 2016. Defendant Wa'el Jelaidan is ordered to con diligent efforts to secure the necessary OFAC license to comply with the orders of this Court. Defendant Jelaidan is f ordered to file a status letter with the Court on Tuesday, December 27, 2016, and every sixty days thereafter describin of the OFAC license application and defendants efforts to transfer the necessary funds to plaintiffs. (Signed by Magis Sarah Netburn on 10/31/2016) (cf) (Entered: 10/31/2016) |
| 31/2016 | 3381 | OBJECTION to (172 in 1:11−cv−07550−GBD−SN, 3363 in 1:03−md−01570−GBD−SN) Report and Recommendati Document filed by Hoglan Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Fleming, Timothy) (Entered: 10/31/2016) |
| 31/2016 | 3382 | PARTIAL ORDER AND JUDGMENT. ORDERED that Defendants are jointly and severally liable for the entire aw ORDERED that Plaintiffs' request for punitive damages is DENIED WITHOUT PREJUDICE, and as further specifie forth in this Partial Order and Judgment. ORDERED that Plaintiff shall forthwith serve a copy of this Partial Order an Judgment to Defendants. This is a final, appealable order. See Fed. R. App. P. (4)(a). Motions terminated: (174 in 1:11−cv−07550−GBD−SN, 3376 in 1:03−md−01570−GBD−SN) MOTION to Serve *Directly By Diplomatic Service* Hoglan Plaintiffs. (Signed by Judge George B. Daniels on 10/31/2016) Filed In Associated Cases: 1:03−md−01570−( 1:11−cv−07550−GBD−SN (rjm) (Additional attachment(s) added on 11/1/2016: # 1 Right to Appeal Form #1, # 2 Ri Appeal #2) (rjm). Modified on 11/28/2016 (rjm). (Entered: 11/01/2016) |
| 31/2016 | 3383 | MEMORANDUM DECISION AND ORDER. For the reasons stated in Magistrate Judge Netburn's October 12, 2016 and Recommendation at ECF No. 3358, judgment is therefore entered against Defendants in the amount of $1,759,71 Plaintiffs receiving solatium damages and the Estates receiving pain and suffering damages shall be awarded prejudg interest on those damages from September 11, 2001 to the date of judgment at the rate of 4.96 percent per annum, con annually. Plaintiffs' claims for punitive damages are denied without prejudice. The parties are ordered to submit any f briefing regarding punitive damages to Magistrate Judge Netburn. So ordered. Re 3358 Report and Recommendation by Judge George B. Daniels on 10/31/2016) (rjm) (Entered: 11/01/2016) |

| | | |
|---|---|---|
| 31/2016 | 3384 | MEMORANDUM DECISION AND ORDER. This Court adopts the Report in its entirety as it pertains to the thirtee recommended solatium judgments by Magistrate Judge Netburn, and defers decision as to the non−immediate family plaintiffs whom Magistrate Judge Netburn recommended be denied damages. Judgment is therefore entered ordered a Defendants for a total of $82,125,000 as the sum of the following amounts: 1. Lea Michaela Bitterman ($8,500,000), Bitterman ($8,500,000), 3. Estate of Marion Thomas ($8,500,000), 4. Keith A. Bradkowski ($12,500,000), 5. Kathryn ($4,250,000), 6. Charles Gengler ($2, 125,000), 7. Susan Bohan ($2,125,000), 8. Steven Gengler ($2,125,000), 9. Arl Peabody−Bane ($4,250,000), 10. Brian Major ($2,125,000), 11. Brenda E. Jobe ($2,125,000), 12. Colleen McDonald ($12,500,000), 13. Aleese M. Hartmann ($12,500,000). Plaintiffs receiving solatium awards shall be awarded prejud interest on those damages from September 11, 2001 to the date of judgment at the rate of 4.96 percent per annum, co annually. Plaintiffs' claims for punitive damages are denied without prejudice. The parties are ordered to submit any f briefing regarding damages to Magistrate Judge Netburn. So ordered. Re 3363 Report and Recommendation. (Signed George B. Daniels on 10/31/2016) (rjm) (Entered: 11/01/2016) |
| 31/2016 | 3385 | ORDER. AND NOW, having considered Plaintiffs' Motion to Proceed Directly to Diplomatic Service Pursuant to 28 1608(a)(4), which is unopposed, and the accompanying Memorandum of Law and Exhibits, and all the record in this Plaintiffs" Motion is hereby GRANTED. Plaintiffs may proceed directly to diplomatic service. under 28 U.S.C. 1608 the partial final judgment in this case upon the Islamic Republic of Iran and any and all of the Iranian Defendants. So (Signed by Judge George B. Daniels on 10/31/2016) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN (rjm) (Entered: 11/01/2016) |
| 31/2016 | 3386 | **Vacated as to Antoinette Tammome and Anthony Porrazzi only as per Judge's Order dated 1/31/2017, Doc. #3** ORDER OF JUDGMENT. It is hereby; ORDERED that final judgment is entered on behalf of those individuals in A v. Al Qaeda Islamic Army et al., 02−CV−6977 (GBD) (FM) identified in Exhibit A to the Oct. 21, 2016 Declaration Kreindler ("10/21/2016 Kreindler Decl."), attached hereto, against the Islamic Republic of Iran; and it is ORDERED Ashton claimants identified in the attached Exhibit A are awarded solatium damages as set forth in Exhibit A with pr interest awarded on all claims to be calculated at the rate of 4.96% per annum from September 11, 2001 until today, a compounded annually over the same period; and it is ORDERED that the Ashton claimants identified in Exhibit A to 10/21/2016 Kreindler Decl. are awarded economic damages as set forth in Exhibit A and as supported by the expert r analyses submitted as Exhibit B to the October 11 Declaration of James P. Kreindler (ECF Nos. 3357−1 and 3357−2) ORDERED that the Ashton claimants not appearing on Exhibit A to the 10/21/2016 Kreindler Decl. may submit in la applications for solatium and economic damages awards that will be approved on the same basis as currently approve individuals appearing on Exhibit A. So ordered. Motions terminated: (3356 in 1:03−md−01570−GBD−SN, 796 in 1:02−cv−06977−GBD−SN) FINAL MOTION for Judgment *for the Ashton Wrongful Death Plaintiffs* filed by Kathle (Signed by Judge George B. Daniels on 10/31/2016) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN (rjm) Modified on 11/28/2016 (rjm). Modified on 2/1/2017 (cla). (Entered: 11/01/2016) |
| 31/2016 | 3387 | ORDER OF FURTHER PARTIAL JUDGMENT. It is hereby; ORDERED that further partial judgment is entered on the forty (40) Bauer II and four (4) Ashton Plaintiffs identified in Exhibits A and B against the Islamic Republic of Ir ORDERED that the forty (40) Bauer II and four (4) Ashton Plaintiffs identified in the attached Exhibits A and Bare a solatium damages; ORDERED that the forty (40) Bauer II and four (4) Ashton Plaintiffs appearing on Exhibits A and submit at a later date (1) an application for punitive damages; (2) an application for economic damages awards that w approved on the same basis as previously awarded to the Havlish, certain of the Ashton, and the Bauer I Plaintiffs; an Declarations in support of those family members of the decedents in the forty (40) Bauer II and four (4) Ashton Plain are functionally equivalent to immediate family members. So ordered. Motions terminated: (3352 in 1:03−md−01570−GBD−SN) FINAL MOTION for Judgment filed by Nancy Ann Foster, Chiemi York, H. Michael K Virginia Bauer, Jennifer Tarantino, (793 in 1:02−cv−06977−GBD−SN) FINAL MOTION for Judgment filed by Chie H. Michael Keden, Jennifer Tarantino, Nancy Foster. (Signed by Judge George B. Daniels on 10/31/2016) Filed In A Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN (rjm) Modified on 11/28/2016 (rjm). (Entered: 11/01/ |
| 03/2016 | 3388 | FINAL MOTION for Judgment *Finalfor the Ashton Wrongful Death Plaintiffs*. Document filed by Kathleen Ashton.I Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, James) (Entered: 11/03/2016) |
| 03/2016 | 3389 | DECLARATION of James P. Kreindler in Support re: (806 in 1:02−cv−06977−GBD−SN) FINAL MOTION for Jud *Finalfor the Ashton Wrongful Death Plaintiffs*.. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A, # # 3 Text of Proposed Order C)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(K James) (Entered: 11/03/2016) |
| 03/2016 | 3390 | LETTER MOTION for Extension of Time to File *Objections to Magistrate Judge's Report and Recommendation reg Claims of Shefi and Rowe Families* addressed to Judge George B. Daniels from Timothy B. Fleming dated 11/03/201 Document filed by Hoglan Plaintiffs. (Attachments: # 1 Text of Proposed Order Proposed Order)Filed In Associated 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Fleming, Timothy) (Entered: 11/03/2016) |
| 07/2016 | 3391 | TRANSCRIPT of Proceedings re: CONFERENCE held on 10/20/2016 before Magistrate Judge Sarah Netburn. Cour Reporter/Transcriber: Michael McDaniel, (212) 805−0300. Transcript may be viewed at the court public terminal or through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 12/1/2016. Redacted Transcript Deadline set for 12/12/2016. Relea Transcript Restriction set for 2/8/2017.(McGuirk, Kelly) (Entered: 11/07/2016) |

| | | |
|---|---|---|
| )7/2016 | 3392 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFER proceeding held on 10/20/16 has been filed by the court reporter/transcriber in the above−captioned matter. The parti seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...( Kelly) (Entered: 11/07/2016) |
| )9/2016 | 3393 | ORDER granting (3390) Letter Motion for Extension of Time to File Objections to Magistrate Judge's Report and Recommendation regarding Claims of Shefi and Rowe Families in case 1:03−md−01570−GBD−SN; granting (181) I Motion for Extension of Time to File Objections to Magistrate Judge's Report and Recommendation regarding Claim and Rowe Families in case 1:11−cv−07550−GBD−SN. The Court has received Plaintiffs' motion requesting an exten to file objections to the Magistrate Judge's denial of the claims of the Estates of Hagay Shefi and Nicholas Rowe, and solatium damages claims made by non−citizen immediate family members derived from Shefi and Rowe's deaths on 11, 2001, until December 16, 2016 or such other time as the Court deems appropriate. The Plaintiffs having stated ad grounds for this request, IT IS HEREBY ORDERED that said Plaintiffs shall file their Objections by December 16, 2 (Signed by Judge George B. Daniels on 11/9/2016) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN (cf) (Entered: 11/09/2016) |
| )9/2016 | | Set/Reset Deadlines: Objections to R&R due by 12/16/2016 Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(cf) (Entered: 11/09/2016) |
| .6/2016 | 3394 | FINAL ORDER OF SUMMARY JUDGMENT. It is hereby; ORDERED that final judgment is entered on behalf of t parties in Ashton et al. v. Al Qaeda Islamic Army et al., 02−CV−6977 (GBD) (FM) identified in the attached Exhibit the Islamic Republic of Iran; and it is ORDERED that the Ashton claimants identified in the attached Exhibit A are a solatium damages as set forth in Exhibit A with prejudgment interest awarded on those claims arising out of injuries i York State to be calculated at the rate of 4.96% per annum from September 11, 2001 until today; all interest compour annually over the same period; and it is ORDERED that the Ashton claimants identified in the attached Exhibit A are economic damages as set forth in Exhibit A and as supported by the expert report and analysis submitted as Exhibit E ORDERED that the Ashton claimants not appearing on Exhibit A may submit in later stages applications for solatiun economic damages awards that will be approved on the same basis as currently approved for those parties appearing A. So ordered. Granting (3388) Motion for Judgment in case 1:03−md−01570−GBD−SN; Granting (806) Motion for in case 1:02−cv−06977−GBD−SN. (Signed by Judge George B. Daniels on 11/16/2016) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN (rjm) (Entered: 11/16/2016) |
| .7/2016 | | Terminate Transcript Deadlines (anc) (Entered: 11/17/2016) |
| 28/2016 | 3395 | FINAL MOTION for Judgment . Document filed by Mary Smith.(Capone, Dorothea) (Entered: 11/28/2016) |
| 28/2016 | 3396 | DECLARATION of Dorothea M. Capone in Support re: 3395 FINAL MOTION for Judgment .. Document filed by M (Attachments: # 1 Exhibit A to Attorney Declaration in Support, # 2 Exhibit B to Attorney Declaration in Support, # Proposed Order)(Capone, Dorothea) (Entered: 11/28/2016) |
| 29/2016 | 3397 | FINAL MOTION for Judgment . Document filed by Brian Rooney.(Capone, Dorothea) (Entered: 11/29/2016) |
| 29/2016 | 3398 | DECLARATION of Dorothea M. Capone in Support re: 3397 FINAL MOTION for Judgment .. Document filed by I Rooney. (Attachments: # 1 Exhibit A to Attorney Declaration in Support, # 2 Exhibit B to Attorney Declaration in Su Text of Proposed Order with Exhibit)(Capone, Dorothea) (Entered: 11/29/2016) |
| 29/2016 | 3399 | ORDER OF FURTHER PARTIAL JUDGMENT granting 3395 Motion for Judgment. It is hereby; ORDERED that f partial judgment is entered on behalf of the siblings of Daniel Laurence Smith identified in Exhibit A against the Islar Republic of Iran; and it is ORDERED that the siblings of Daniel Laurence Smith identified in the attached Exhibit A awarded solatium damages together with prejudgment interest of 4.96% per annum, compounded annually running fr September 11, 2001 until the date of judgment; and it is ORDERED that the siblings of Daniel Laurence Smith identi Exhibit A may submit an application for punitive damages at a later consistent with any future rulings made by this C issue. (Signed by Judge George B. Daniels on 11/29/2016) (lmb) (Entered: 11/29/2016) |
| 30/2016 | 3400 | FINAL MOTION for Judgment . Document filed by Estate of Jeanne Maher.(Capone, Dorothea) (Entered: 11/30/201 |
| 30/2016 | 3401 | DECLARATION of Dorothea M. Capone in Support re: 3400 FINAL MOTION for Judgment .. Document filed by I Jeanne Maher. (Attachments: # 1 Exhibit A to Attorney Declaration in Support, # 2 Exhibit B to Attorney Declaratio Support, # 3 Text of Proposed Order with Exhibit)(Capone, Dorothea) (Entered: 11/30/2016) |
| 30/2016 | 3402 | ORDER OF FURTHER PARTIAL JUDGMENT. It is hereby; ORDERED that further partial judgment is entered on the sibling of Sean Rooney identified in Exhibit A against the Islamic Republic of Iran; and it is ORDERED that the Sean Rooney identified in the attached Exhibit A is awarded solatium damages together with prejudgment interest of annum, compounded annually; and it is ORDERED that the sibling of Sean Rooney identified on Exhibit A may subr application for punitive damages at a later consistent with any future rulings made by this Court on this issue. So ord Motions terminated: 3397 FINAL MOTION for Judgment filed by Brian Rooney. (Signed by Judge George B. Danie 11/30/2016) (rjm) (Additional attachment(s) added on 11/30/2016: # 1 Right to Appeal Form #1, # 2 Right to Appeal |

| | | |
|---|---|---|
| | | (Entered: 11/30/2016) |
| )1/2016 | 3403 | ORDER OF FURTHER PARTIAL JUDGMENT: granting 3400 Motion for Judgment. ORDERED that further partia is entered on behalf of the estate of the mother of Daniel L. Maher identified in Exhibit A against the Islamic Republi and it is ORDERED that the estate of the mother of Daniel L. Maher identified in Exhibit A is awarded solatium dam together with prejudgment interest of 4.96% per annum, compounded annually; and it is ORDERED that the estate o of Daniel L. Maher identified in Exhibit A may submit an application for punitive damages at a later consistent with a rulings made by this Court on this issue. SO ORDERED. (Signed by Judge George B. Daniels on 12/01/2016) (ama) 12/01/2016) |
| )2/2016 | 3404 | FINAL MOTION for Judgment . Document filed by Estate of Stacey L. Sanders.(Capone, Dorothea) (Entered: 12/02 |
| )2/2016 | 3405 | DECLARATION of Dorothea M. Capone in Support re: 3404 FINAL MOTION for Judgment .. Document filed by I Stacey L. Sanders. (Attachments: # 1 Exhibit A to Attorney Declaration in Support, # 2 Text of Proposed Order with Exhibit)(Capone, Dorothea) (Entered: 12/02/2016) |
| )5/2016 | 3408 | ORDER OF FURTHER PARTIAL JUDGMENT granting 3404 Motion for Judgment. It is hereby ORDERED that fu partial judgment is entered on behalf of the parents and siblings of Stacey L. Sanders identified in Exhibit A against t Republic of Iran; and it is ORDERED that the parents and siblings of Stacey L. Sanders identified in the attached Exl awarded solatium damages together with prejudgment interest of 4.96% per annum, compounded annually running fr September 11, 2001 until the date of judgment; and it is ORDERED that the parents and siblings of Stacey L. Sander on Exhibit A may submit an application for punitive damages at a later consistent with any future rulings made by thi this issue. (Signed by Judge George B. Daniels on 12/5/2016) (kl) (Entered: 12/08/2016) |
| )6/2016 | 3406 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman dated December 6, 2016 re: Related Case. Do filed by Plaintiffs Executive Committees.(Strong, Bruce) (Entered: 12/06/2016) |
| )7/2016 | 3407 | LETTER addressed to Jerry S. Goldman from John F. Keenan, U.S. District Judge dated 12/7/2016 re: If you believe Bowrosen et al. v. The Kingdom of Saudi Arabia, 16 CV 8070 (JFK) (AP), should become part of In re Terrorist Atta September 11, 2001, 03 MDL 1570(GBD) (SN), please make an application to the MDL panel and Judge Daniels. I v the January 5, 2017 conference until I hear from you further on this matter. Please advise me by February 1, 2017, as status of Bowrosen, 16 CV 8070. (Signed by Judge John F. Keenan on 12/7/2016) Copies Sent By Chambers. (lmb) M 1/10/2017 (lmb). (Entered: 12/07/2016) |
| .9/2016 | 3409 | ORDER GRANTING SECOND EXTENSION OF TIME TO FILE OBJECTIONS. The Court has received Plaintiffs requesting a second extension of time to file objections to the Magistrate Judge's denial of the claims of the Estates of Shefi and Nicholas Rowe, and the nine solatium damages claims made by non−citizen immediate family members de Shefi and Rowe's deaths on September 11, 2001, until January 6, 2017, or such other time as the Court deems approp Plaintiffs having stated adequate grounds for this request, IT IS HEREBY ORDERED that said Plaintiffs shall file th Objections by January 6, 2017. So ordered. Filed in case 1:03−md−01570−GBD−SN; Granting (184) SECOND LET MOTION for Extension of Time to File Objections for Shefi and Rowe Estates and Families addressed to Judge Geor Daniels from Timothy B. Fleming dated December 15, 2016. Document filed by all plaintiffs in case 1:11−cv−07550 (Signed by Judge George B. Daniels on 12/19/2016) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN (rjm) (Entered: 12/19/2016) |
| 20/2016 | 3410 | LETTER addressed to Judge George B. Daniels from Sean P. Carter, Esquire dated December 20, 2016 re: the desigr three actions as related to the cases comprising MDL 1570. Document filed by Plaintiffs Executive Committees.(Cart (Entered: 12/20/2016) |
| 21/2016 | 3411 | LETTER addressed to Judge George B. Daniels from Sean P. Carter, Esquire dated December 21, 2016 re: a brief ad of the case management conference currently scheduled for January 18, 2017, and associated deadlines, in light of the status of the proceeding before the Second Circuit. Document filed by Plaintiffs Executive Committees.(Carter, Sean) 12/21/2016) |
| 23/2016 | 3412 | MEMO ENDORSEMENT on re: 3411 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The disc conference concerning plaintiffs' motion to compel Dallah Avco scheduled for January 18, 2017 shall proceed as sche parties' request to extend the deadline to provide their proposed amended pleading to the Kingdom of Saudi Arabia to 20, 2017 is GRANTED. As the multi−district litigation is referred to me for general pretrial matters, all such scheduli are to be directed to me. (Signed by Magistrate Judge Sarah Netburn on 12/23/2016) (mro) (Entered: 12/23/2016) |
| 27/2016 | 3413 | NOTICE OF APPEARANCE by Ethan Wilson Middlebrooks on behalf of Estate of John P.O'Neill, Sr., C. O'Neill, C D. A. O'Neill, J. P. O'Neill, Jr, Estate of John Patrick O'Neill Sr., Carol O'Neill, Christine Irene O'Neill, Dorothy A. C John Patrick O'Neill, Jr, Estate of of John P. O'Neill, Sr.. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:04−cv−01922−GBD, 1:04−cv−01923−GBD(Middlebrooks, Ethan) (Entered: 12/27/20 |
| )3/2017 | 3414 | MEMO ENDORSEMENT on re: 3411 LETTER addressed to Judge George B. Daniels from Sean P. Carter, Esquire December 21, 2016 re: A brief adjournment of the case management conference currently scheduled for January 18, 2 associated deadlines, in light of the current status of the proceeding before the Second Circuit. Document filed by Pla |

| | | |
|---|---|---|
| | | Executive Committees. ENDORSEMENT: So ordered. The conference is adjourned to February 8, 2017 at 11:30 a.m (Conference set for 2/8/2017 at 11:30 AM before Judge George B. Daniels.) (Signed by Judge George B. Daniels on (rjm) (Entered: 01/03/2017) |
| )6/2017 | 3415 | ORDER. Plaintiffs' Motion for Judgment by Default Against the Islamic Republic of Iran is GRANTED and final juc liability is entered in favor of all Plaintiffs in Continental Casualty Co. et al. v. Al Qaeda Islamic Army et al., 04−cv− (GBD) (SN) and against The Islamic Republic of Iran. Plaintiffs' Motion to Amend their Complaint solely as to Defe Islamic Republic of Iran ("Iran"), to proceed with claims against Iran pursuant to 28 U.S.C. § 1605A, is GRANTED. the Amended Complaint upon Defendant Iran is not required under 28 U.S.C. § 1608. Plaintiffs are hereby referred to Judge Sarah Netburn to resolve any remaining issues, including but not limited to damages both compensatory and pu Clerk of Court is directed to close the motion at ECF No. 545 (04−cv−5970) and ECF No. 3346 (03−md−1570). So c Granting (3346) Motion for Default Judgment in case 1:03−md−01570−GBD−SN; Granting (545) Motion to Amend case 1:04−cv−05970−GBD−SN. (Signed by Judge George B. Daniels on 1/6/2017) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−05970−GBD−SN (rjm) (Entered: 01/06/2017) |
| )6/2017 | 3416 | OBJECTION to (3374 in 1:03−md−01570−GBD−SN) Report and Recommendations *as to Shefi and Rowe families* I filed by Hoglan Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Flemi Timothy) (Entered: 01/06/2017) |
| )6/2017 | 3418 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assig Magistrate Judge for General Pretrial (includes scheduling, discovery, non−dispositive pretrial motions, and settleme Dispositive Motion (i.e., motion requiring a Report and Recommendation). Referred to Magistrate Judge Sarah Netbu by Judge George B. Daniels on 1/6/2017) (rjm) (Entered: 01/09/2017) |
| )7/2017 | 3417 | OBJECTION to (3374 in 1:03−md−01570−GBD−SN) Report and Recommendations *(Supplement)* Document filed b Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Fleming, Timothy) (E 01/07/2017) |
| .0/2017 | 3419 | LETTER MOTION for Leave to File addressed to Magistrate Judge Sarah Netburn from James P. Kreindler dated Ja 2017. Document filed by Kathleen Ashton.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, James) (Entered: 01/10/2017) |
| .0/2017 | 3420 | ORDER granting 3419 Letter Motion to Adjourn Briefing Schedule. The schedule to file a motion for punitive dama adjourned sine die. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) ( 01/10/2017) |
| .1/2017 | 3421 | LETTER addressed to Magistrate Judge Sarah Netburn from Dorothea M. Capone dated January 6, 2017 re: Duplicat Judgment Requests.. Document filed by Virginia Bauer.(Capone, Dorothea) (Entered: 01/11/2017) |
| .1/2017 | 3422 | ORDER: The Court has reviewed the January 6, 2017 letter alerting it to the presence of claimants in a motion for de judgment in Burnett v. Islamic Republic of Iran, 15−CV−9903, who have already received judgments pursuant to Oc 2016 orders of further partial judgment from Judge Daniels in the In re Terrorist Attacks on September 11, 2001 mult litigation. ECF No. 3421. Given the alleged inconsistencies raised in the January 6, 2017 letter, the Court cannot reco the motions for final judgment at ECF No. 70, 72, and 74 in Burnett v. Islamic Republic of Iran, 15−CV−9903 be sig time. As a preliminary matter, the Court would like clarification as to why Burnett, a related case to Ashton v. Al Qa Army, 02−CV−6977, and whose currently pending motion for a default judgment on liability depends on the findings conclusions of law of MDL case Havlish v. Bin Laden, 03−CV−9848, has not been incorporated into the In re Terror on September 11, 2001, 03−MDL−1570, multidistrict litigation proceedings. It appears that the failure of the Burnett join the MDL proceedings may have accounted for some of the delay in bringing this important issue affecting the in the Court's orders to its attention. Accordingly, the Court orders the following: 1) The Burnett Plaintiffs are to withdr motions currently pending at ECF No. 70, 72, and 74; 2) The Burnett Plaintiffs are to submit a status letter to the Cou than Wednesday, January 18, 2017, explaining why they have not sought to join the multidistrict litigation and respo January 6, 2017 letter; 3) The Burnett Plaintiffs are to resubmit the motions for damages as one consolidated motion. motion is to be accompanied by a sworn statement by an attorney who affirms under penalty of perjury that no relief previously been awarded to any particular plaintiff (or, if relief has been awarded, the nature of that relief). This state be required for all future motions for damages by all groups of plaintiffs in the multidistrict litigation; 4) The Plainti Executive Committee is to review all prior orders granting partial default judgments against the Islamic Republic of I ensure that no duplicate relief has been issued. The Plaintiffs' Executive Committee is to submit a status letter no late Wednesday, January 18, 2017, which (1) verifies that no individual or estate plaintiff has received duplicate judgmen the Court's past orders or, if duplicate relief has been issued, naming such plaintiffs and such relief; (2) details the nat coordination between the different groups of plaintiffs applying for default judgments to ensure that duplicate judgm entered; (3) explains the due diligence measures conducted by plaintiffs' counsel to verify the family relationship bet decedents and immediate family member plaintiffs claiming solatium damages; and (4) identifies safeguards that will implemented to prevent the issuance of duplicate relief in the future. 5) Parties should be prepared to discuss these iss next general case management conference scheduled for February 8, 2017. (Signed by Magistrate Judge Sarah Netbu 1/11/2017) (mro) (Entered: 01/11/2017) |

| | | |
|---|---|---|
| .1/2017 | 3423 | MOTION for J.C. Rozendaal to Withdraw as Attorney *Declaration of J.C. Rozendaal Requesting Leave To Withdraw Counsel*. Document filed by Prince Turki Al Faisal Al Saud.(Rozendaal, John) (Entered: 01/11/2017) |
| .2/2017 | 3424 | ORDER granting 3423 Motion to Withdraw as Attorney. SO ORDERED. Attorney John Christopher Rozendaal term (Signed by Judge George B. Daniels on 1/12/2017) (cf) (Entered: 01/12/2017) |
| .3/2017 | | CERTIFICATION OF JUDGMENT issued on January 13, 2017, regarding document #2624, in favor of all Plaintiffs Sovereign Defendants and Non−Severeign Defendants in various amounts. (km) Modified on 1/13/2017 (km). (Enter 01/13/2017) |
| .3/2017 | 3425 | CERTIFIED TRUE COPY OF MDL ORDER FROM THE MDL PANEL LIFTING STAY OF CONDITIONAL TR ORDER... that the stay of the Panel's conditional transfer order designated as CTO−5, filed on 12/20/2016, is LIFTEI action is transferred to the United States District Court − District of District of Columbia for the coordinated or conso pretrial proceedings under 28 U.S.C. 1407 being conducted by the Honorable George B. Daniels. (Signed by MDL Pa 1/11/2017) (sjo) (Entered: 01/13/2017) |
| .3/2017 | 3426 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter, Esquire dated January 13, 2017 re: the a scheduled for January 18, 2017, on the motion to compel as to defendant, Dallah Avco to provide the court with a co recently declassified 2012 FBI Summary Report. Document filed by Plaintiffs Executive Committees.(Carter, Sean) ( 01/13/2017) |
| .3/2017 | 3427 | NOTICE of Withdrawal. Document filed by Kathleen Ashton. Filed In Associated Cases: 1:03−md−01570−GBD−SN 1:02−cv−06977−GBD−SN(Kreindler, James) (Entered: 01/13/2017) |
| .7/2017 | 3428 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter, Esquire dated January 17, 2017 re: an up Court concerning the revised projection for the anticipated timing of a decision from the Second Circuit on the partie motion for remand of the pending appeal as to the Kingdom and SHC. Document filed by Plaintiffs Executive Committees.(Carter, Sean) (Entered: 01/17/2017) |
| .7/2017 | 3429 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele dated 01/17/2017 re: Iran Status Upd Extension Request. Document filed by Plaintiffs Executive Committees.(Haefele, Robert) (Entered: 01/17/2017) |
| .7/2017 | 3430 | MEMO ENDORSEMENT on re: (3429 in 1:03−md−01570−GBD−SN) Letter filed by Plaintiffs Executive Committe ENDORSEMENT: The plaintiffs' request for an extension of time to submit the status letters described in the Court's 11, 2017 Order is GRANTED. Plaintiffs in Burnett v. Islamic Republic of Iran, 15−CV−9903, and the Plaintiffs' Exe Committee in In re Terrorist Attacks on September 11, 2001, 03−MDL−1570 shall submit their status letters by Mon January 23, 2017. (Signed by Magistrate Judge Sarah Netburn on 1/17/2017) (mro) (Entered: 01/17/2017) |
| .7/2017 | 3431 | MEMO ENDORSEMENT on re: 3428 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The part request to adjust the deadline for the filing of the amended complaint against the Kingdom of Saudi Arabia and the S Commission for Relief of Bosnia and Herzegovina is GRANTED. Plaintiffs shall serve their amended complaint with from the date the Court of Appeals for the Second Circuit issues its decision on the joint motion for vacatur and rema parties shall file a joint letter by January 20, 2017, addressing whether the February 8, 2017 Joint Conference before Judge Daniels should proceed and, if so, what the parties seek to address at that time. Upon review of that letter, the C advise whether the Joint Conference, or a conference solely before myself, will proceed. (Signed by Magistrate Judge Netburn on 1/17/2017) (mro) (Entered: 01/18/2017) |
| .8/2017 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Discovery Hearing held on 1/18/2017. (jr (Entered: 01/18/2017) |
| .9/2017 | 3432 | JOINT LETTER addressed to Judge George B. Daniels from Michael K. Kellogg dated January 19, 2017 re: Joint Co scheduled for February 8, 2017. Document filed by Kingdom of Saudi Arabia, Saudi High Commission.(Kellogg, Mi (Entered: 01/19/2017) |
| 23/2017 | 3433 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele, PEC dated 01/23/2017 re: ECF 3430 filed by Plaintiffs Executive Committees. (Attachments: # 1 Appendix A, # 2 Appendix B)(Haefele, Robert) (Entered 01/23/2017) |
| 24/2017 | 3434 | NOTICE of Withdrawal. Document filed by All Plaintiffs. (Haefele, Robert) (Entered: 01/24/2017) |
| 25/2017 | 3435 | ORDER: The Court has reviewed the January 23, 2017 letter from the Plaintiffs' Executive Committee regarding the potential duplicate judgments (ECF No. 3433) and finds that the safeguards proposed by the Plaintiffs are sufficient t the integrity of the judgment issuance process. Accordingly, all plaintiffs are ordered to comply with the due diligenc safeguards identified in Section II.D of said letter. All further motions for final judgment against any defaulting defe be accompanied by a sworn declaration attesting that the attorney has (1) complied with the due diligence safeguards personally verified that no relief has previously been awarded to any plaintiff included in the judgment (or, if relief h awarded, the nature of that relief). In light of the Court's acceptance of the proposed safeguards and the parties' Janua letter (ECF No. 3432) stating that a conference was unnecessary at this time, the February 8, 2017 status conference b Judge Daniels and myself is ADJOURNED sine die. The parties are directed to file a letter with the Court within 10 c |

| | | |
|---|---|---|
| | | date the Court of Appeals for the Second Circuit issues its decision on the pending joint motion for vacatur and remar plaintiffs and defendants Kingdom of Saudi Arabia and Saudi High Commission for Relief of Bosnia and Herzegovir letter should set forth several dates which would be mutually convenient for the parties to appear for a joint status cor The Court further accepts the Burnett plaintiffs' withdrawal of their prior motions (ECF No. 3434) in accordance witl 11, 2017 order. ECF No. 3422. The Court, however, requests further information regarding the Ashton plaintiffs' noti purporting to withdraw claims for the parents, Antoinette Tammome and Anthony Porrazzi, and step−children, Eamo and Liam Radburn, of decedent Bettina Browne−Radburn. ECF No. 3427. The notice states that the plaintiffs are wit their "pending motion." See ECF No. 3357−1 (spreadsheet attachment reflecting solatium claims of these four family After my October 14, 2016 Report and Recommendation in Hoglan v. Islamic Republic of Iran regarding the eligibili non−immediate family members for solatium damages (ECF No. 3363), the Ashton plaintiffs resubmitted their motic October 18, 2016 (ECF No. 3367) and then, after I found that they had not submitted individual affidavits justifying s damages for non−immediate family members, resubmitted them again on October 21, 2016. ECF No. 3370. The clair Antionette Tammome and Anthony Porrazzi, who were immediate family members of the decedent, were included ir submission. ECF No. 3370−1. Accordingly, on October 31, 2016, Judge Daniels granted final judgment to Antionette and Anthony Porrazi, in the sum of $8,500,000 each. ECF No. 3386 (entering final judgment "on behalf of those indi Ashton et al. v. Al Qaeda Islamic Army et al., 02−CV−6977 (GBD) (FM) identified in Exhibit A to the Oct. 21, 2016 Declaration of James P. Kreindler"). As such, there is no "pending motion" as pertains to Antionette Tammome and A Porrazirather, these two claimants have been awarded final judgments against Iran. Furthermore, the Court seeks furt clarification as to what the statement "these immediate...family members do not meet the Court's criteria for awarding requested damages" means. ECF No. 3422. As all plaintiffs are aware, the Court has not, to date, required any docum evidence describing the family relationship between immediate family member solatium claimants and has only done non−immediate family members. Therefore, the Ashton plaintiffs are ORDERED to submit a letter no more than thre length by Monday, January 30, 2017, explaining (1) why they seek to withdraw claims for two individuals for whom judgments have already been granted; and (2) explaining, in detail, in what way Antionette Tammome and Anthony I "immediate...family members [who] do not meet the Court's criteria for awarding the requested damages. (Signed by Judge Sarah Netburn on 1/25/2017) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−S (Entered: 01/25/2017) |
| 27/2017 | 3436 | TRANSCRIPT of Proceedings re: ARGUMENT held on 1/18/2017 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Khristine Sellin, (212) 805−0300. Transcript may be viewed at the court public terminal or pur through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 2/17/2017. Redacted Transcript Deadline set for 2/27/2017. Releas Transcript Restriction set for 4/27/2017.(McGuirk, Kelly) (Entered: 01/27/2017) |
| 27/2017 | 3437 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a ARGUME proceeding held on 1/18/17 has been filed by the court reporter/transcriber in the above−captioned matter. The parties seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...( Kelly) (Entered: 01/27/2017) |
| 30/2017 | 3438 | LETTER addressed to Magistrate Judge Sarah Netburn from Andrew J. Maloney, III dated 01/30/2017 re: in respons dated 01/15/2017. Document filed by Kathleen Ashton.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Maloney, Andrew) (Entered: 01/30/2017) |
| 30/2017 | 3439 | MOTION to Vacate *Default Judgments*. Document filed by Kathleen Ashton.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Maloney, Andrew) (Entered: 01/30/2017) |
| 30/2017 | 3440 | DECLARATION of Andrew J. Maloney in Support re: (814 in 1:02−cv−06977−GBD−SN, 3439 in 1:03−md−01570− MOTION to Vacate *Default Judgments*.. Document filed by Kathleen Ashton. (Attachments: # 1 Text of Proposed O Exhibit Revised Exh A to Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN( Andrew) (Entered: 01/30/2017) |
| 31/2017 | 3442 | ORDER granting (3439) Motion to Vacate in case 1:03−md−01570−GBD−SN; granting (814) Motion to Vacate in c 1:02−cv−06977−GBD−SN. Upon consideration of the Notice of Motion to Vacate Default Judgments and declaratio Andrew J. Maloney, attorney for the Ashton wrongful death Plaintiffs in the above−captioned action, it is hereby; OF that final judgment for solatium damages entered on behalf of Antionette Tammome and Anthony Porrazzi in the Cou October 31, 2016 Final Order of Judgment (see ECF No. 3386) against the Islamic Republic of Iran is vacated; and it ORDERED that Exhibit A attached to the Court's October 31, 2016 Final Order of Judgment is revised to reflect that for Antionette Tammo me and Anthony Porrazzi are vacated. The revised Exhibit A to the Court's October 31, 2016 I of Judgment is attached hereto; and it is ORDERED that all other final judgments awarded to the Ashton Plaintiffs id the attached Exhibit A remain in effect. (Signed by Judge George B. Daniels on 1/31/2017) Filed In Associated Case: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN (cla) (Entered: 02/01/2017) |
| 31/2017 | | *****DELETED DOCUMENT. Deleted document number Transmission to Judgments & Orders Clerk. The do was incorrectly filed in this case. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−** (Entered: 02/01/2017) |

| | | |
|---|---|---|
| 31/2017 | | *****DELETED DOCUMENT. Deleted document number 3441 ORDER OF JUDGMENT. The document was i filed in this case. (ama)** (Entered: 02/02/2017) |
| 31/2017 | 3443 | ORDER OF JUDGMENT: granting 68 (in 15cv9903) Motion for Default Judgment. ORDERED that Plaintiffs' [Ame Motion for Judgment by Default Against the Sovereign Defendants, The Islamic Republic of Iran, The Islamic Revol Guard, and the Central Bank of the Islamic Republic of Iran (the "Sovereign Defendants") is GRANTED and final ju liability is entered in favor of all Plaintiffs and against all Sovereign Defendants; ORDERED that Plaintiffs are hereb to Magistrate Judge Netburn to resolve any remaining issues, including but not limited to damages both compensator punitive. SO ORDERED. (Signed by Judge George B. Daniels on 1/31/2017) (ama) Modified on 2/2/2017 (ama). (En 02/02/2017) |
| 02/2017 | 3444 | ORDER: On January 30, 2017, the Ashton plaintiffs submitted a letter concerning solatium claimants Antoinette Tam Anthony Porrazzi, which explained that they had pre−deceased 9/11 decedent Bettina Browne−Radburn, and were th ineligible for solatium damages. ECF No. 3438. On counsel's motion, Judge Daniels vacated the default judgments pr granted to these claimants on January 31, 2017. ECF No. 3442. Because these plaintiffs died before September 11, 20 can have no claims in this multidistrict litigation against any defendant. Accordingly, the Ashton plaintiffs are directe a proposed order for the Court's signature dismissing with prejudice all claims for Antoinette Tammome and Anthony in this litigation. SO ORDERED.SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 2/02/2017) Filed In Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(ama) Modified on 2/2/2017 (ama). (Entered: 02/02/2 |
| 06/2017 | 3445 | ORDER: It is hereby;ORDERED that all claims in this litigation for Antionette Tammome and Anthony Porrazzi, the 9/11 decedent Bettina Browne−Radburn, are dismissed with prejudice. (As further set forth in this Order.) (Signed by George B. Daniels on 2/6/2017) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN( (Entered: 02/06/2017) |
| 07/2017 | 3446 | TRUE COPY ORDER of USCA as to (3082 in 1:03−md−01570−GBD−SN) Notice of Appeal, filed by Euro Brokers (3079 in 1:03−md−01570−GBD−SN) Notice of Appeal, filed by Vigilant Insurance Company, (3078 in 1:03−md−01570−GBD−SN) Notice of Appeal, filed by Federal Insurance Company, (3075 in 1:03−md−01570−GBD in 1:04−cv−01922−GBD) Notice of Appeal, filed by D. A. O'Neill, C. I. O'Neill, C. O'Neill, All Plaintiffs, Estate of O'Neill, Sr., J. P. O'Neill, Jr., (3083 in 1:03−md−01570−GBD−SN) Notice of Appeal,, filed by Cantor Fitzgerald Eur Fitzgerald Partners, Cantor Fitzgerald Securities, Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald International, Inc., Cantor Index Limited, eSpeed Securities, Inc., eSpeed Government Securities, Inc., C02e.com, LLC, Cantor Fitz L.P., Cantor Fitzgerald Brokerage, L.P., TradeSpark, L.P., Cantor Fitzgerald & Co. USCA Case Number 15−3426(L) parties jointly move to vacate the district court's September 29, 2015 order, dismissing the claims against the Kingdo Arabia and the Saudi High Commission for Relief of Bosnia & Herzegovina, and to remand this action. Upon due co it is hereby ORDERED the motion is GRANTED and case is REMANDED to the district court for further proceedin of Congress's enactment of the Justice Against Sponsors of Terrorism Act. Pub. L. No. 114−222, 130 Stat. 852 (Sept. See Schonfeld v. Hilliard, 218 F.3d 164, 184 (2d Cir. 2000) (noting this Court's "preferred practice to remand [unadd issues for consideration by the district court in the first instance").. Catherine O'Hagan Wolfe, Clerk USCA for the Se Circuit. Certified: 02/07/2017. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01922−GBD(nd) (E 02/07/2017) |
| 15/2017 | 3447 | OPINION & ORDER: Plaintiffs' motion for sanctions is GRANTED in part. Plaintiffs' request for an order precludin Sedaghaty from introducing any documents or evidence arguably responsive to Plaintiffs' document requests that he l produced in discovery is GRANTED. Plaintiffs' application for reasonable costs and fees is GRANTED, and Plaintiff instructed to submit a fee application by March 15, 2017. Plaintiffs' request for a conditional default is DENIED and request for an adverse inference instruction is DENIED WITHOUT PREJUDICE. (Signed by Magistrate Judge Sarah on 2/15/2017) (cla) (Entered: 02/16/2017) |
| 16/2017 | 3448 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter, Esquire, dated February 16, 2017, re: the jointly write to request the Court's endorsement of deadline changes for service of plaintiffs' proposed amended comp deadline for any motions to dismiss. Document filed by Plaintiffs Executive Committees.(Carter, Sean) (Entered: 02/ |
| 16/2017 | 3449 | MEMO ENDORSEMENT on re: 3448 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The Cou the schedule proposed by the parties. Plaintiffs shall serve their proposed amended complaint on the Kingdom of Sau and the Saudi High Commission for the Relief of Bosnia & Herzegovina ("SHC") by Wednesday, March 1, 2017. Sa and SHC shall file any motion to dismiss by Thursday, June 1, 2017. In the event that Saudi Arabia and SHC shall op plaintiffs' proposed amendment of the complaint, the parties shall confer and advise the Court of their proposed briefi schedule. To the extent that Saudi Arabia and SHC are subject to any deadlines pursuant to any newly filed complain deadlines are extended in accordance with the schedule ordered above. A status conference before Judge Daniels and Netburn is scheduled for 3:00 P.M. on Thursday, March 23, 2017, in Courtroom 11A, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York, 10007. The parties shall submit a joint letter no later than Thurs 16, 2017 indicating whether they deem this conference to be necessary, and providing a proposed agenda for the conf is so. SO ORDERED. (Motions due by 6/1/2017. Status Conference set for 3/23/2017 at 03:00 PM in Courtroom 11A Street, New York, NY 10007 before Magistrate Judge Sarah Netburn.) (Signed by Magistrate Judge Sarah Netburn o 2/16/2017) (anc) (Entered: 02/16/2017) |

| | | |
|---|---|---|
| 23/2017 | 3450 | CONSENT ORDER: The substitution of attorney of Allan C. Samuel in place of Shendell A. Pollack, is hereby appro ORDERED. (Signed by Judge George B. Daniels on 2/23/2017) Filed In Associated Cases: 1:03−md−01570−GBD− 1:16−cv−08884−GBD−SN(ama) (Entered: 02/23/2017) |
| )3/2017 | 3451 | ORDER: On October 14, 2016, I issued a Report and Recommendation in Hoglan v. Islamic Republic of Iran, 11−CV (GBD)(SN), recommending that final judgments for solatium damages be entered for 13 non−immediate family mem 9/11 decedents and denied for all other claimants. ECF No. 3363. On October 31, 2016, the Hoglan plaintiffs submitt objections to my findings that the claimants not awarded damages did not meet the legal standard to be considered "f equivalents" of immediate family members. ECF No. 3381. In light of other plaintiffs' representations at an October 2 status conference that they were interested in briefing the issues of non−immediate family members' entitlement to so damages, the Hoglan plaintiffs asked that the issue be recommitted to me for further briefing. Id. On the same day, Ju Daniels adopted the Report in its entirety as to the 13 plaintiffs awarded damages, and deferred judgment as to all oth "all parties subject to the Scheduling Order have presented their motions and fully briefed the issue of non−immediat members' entitlement to solatium damage awards, and Magistrate Judge Netbum has presented any further Report an Recommendations which such motions require." ECF No. 3384. Pursuant to my October 20, 2016 Scheduling Order, briefing was to occur by January 13, 2017. ECF No. 3369 ("By [January 13, 2017], the Ashton and Bauer plaintiffs m motion for compensatory damages of non−immediate family members and may address the question of the appropria prejudgment interest.") On January 10, 2017, however, the Plaintiffs' Executive Committee requested an adjournmen scheduled briefing on punitive damages, given that the Victims of State−Sponsored Terrorism ("VSST") Fund was no such damages. ECF No. 3419. On that same day, the Court granted the request, and adjourned the briefing sine die. E 3420. Neither the plaintiffs' letter nor the Court's Order, however, addressed the briefing on the non−immediate famil issue. the Court orders the Plaintiffs' Executive Committee to submit a status letter by Friday, March 10, 2017. This l state: (a) whether the Plaintiffs are interested in making a submission on this issue; (b) whether any such submission joint submission and if separate submissions are to be made, the necessity for such submissions; and (c) a proposed d submission, which is to be no later than May 5, 2017. The Hoglan plaintiffs will be permitted, though not required, to additional submission in support of the non−immediate family member plaintiffs not recommended damages by the s The Court will also fully consider their October 31, 2016 Objections in its analysis. SO ORDERED. (Signed by Mag Judge Sarah Netburn on 3/3/2017) (anc) (Main Document 3451 replaced on 3/3/2017) (anc). (Entered: 03/03/2017) |
| )6/2017 | 3452 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter, Esquire dated March 6, 2017 re: enclosi courtesy copy of the Consolidated Amended Complaint with Appendices. Document filed by Plaintiffs Executive Co (Attachments: # 1 Consolidated Amended Complaint, # 2 Appendix 1 to Consolidated Amended Complaint, # 3 App Part A to Consolidated Amended Complaint, # 4 Appendix 2 Part B to Consolidated Amended Complaint, # 5 Apper Consolidated Amended Complaint, # 6 Appendix 4 to Consolidated Amended Complaint)(Carter, Sean) (Entered: 03 |
| )7/2017 | 3453 | MOTION to Amend/Correct − *Plaintiffs' Notice of Motion for Leave to Amend Complaint Under Rule 15*. Document All Plaintiffs. (Attachments: # 1 Exhibit A − Plaintiffs' Amended Complaint Adding Defendant Kingdom of Saudi A Exhibit A − Appendix 1, # 3 Exhibit A − Appendix 2A, # 4 Exhibit A − Appendix 2B, # 5 Exhibit A − Appendix 3, # A − Appendix 4A, # 7 Exhibit A − Appendix 4B, # 8 Exhibit A − Appendix 5)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD(Flowers, Jodi) (Entered: 03/07/2017) |
| )7/2017 | 3454 | MEMORANDUM OF LAW in Support re: (737 in 1:03−cv−09849−GBD, 3453 in 1:03−md−01570−GBD−SN) MO Amend/Correct − *Plaintiffs' Notice of Motion for Leave to Amend Complaint Under Rule 15*. . Document filed by Al (Attachments: # 1 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD(Flowers, Jodi) (Entered: 03/07/2017) |
| )8/2017 | 3455 | LETTER addressed to Magistrate Judge Sarah Netburn from Dorothea M. Capone dated March 8, 2017 re: Solatium for functionally equivalent relatives. Document filed by Virginia Bauer.(Capone, Dorothea) (Entered: 03/08/2017) |
| )9/2017 | 3456 | LETTER addressed to Magistrate Judge Sarah Netburn from James P. Kreindler dated March 9, 2017 re: In Re Terro on September 11, 2001 03 MDL 1570(GBD)(SN). Document filed by Kathleen Ashton.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, James) (Entered: 03/09/2017) |
| )9/2017 | 3457 | MANDATE of USCA (Certified Copy) as to (3082 in 1:03−md−01570−GBD−SN, 524 in 1:04−cv−07279−GBD) No Appeal, filed by Euro Brokers Inc., et al., (3102 in 1:03−md−01570−GBD−SN, 338 in 1:03−cv−08591−GBD) Amen of Appeal,, filed by Vigilant Insurance Company, Pacific Indemnity Company, (392 in 1:04−cv−01922−GBD, 3099 1:03−md−01570−GBD−SN) Amended Notice of Appeal,, filed by D. A. O'Neill, C. I. O'Neill, C. O'Neill, All Plainti of of John P. O'Neill, Sr., J. P. O'Neill, Jr., (940 in 1:03−cv−06978−GBD−SN, 3101 in 1:03−md−01570−GBD−SN) Notice of Appeal, filed by Federal Insurance Company, (528 in 1:04−cv−07279−GBD, 3105 in 1:03−md−01570−GE Amended Notice of Appeal,, filed by Euro Brokers Inc., et al., (3079 in 1:03−md−01570−GBD−SN, 334 in 1:03−cv−08591−GBD) Notice of Appeal, filed by Vigilant Insurance Company, (3108 in 1:03−md−01570−GBD−SN 1:04−cv−07065−GBD) Amended Notice of Appeal,,, filed by Cantor Fitzgerald Europe, Cantor Fitzgerald Partners, Fitzgerald Securities, Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald International, Espeed, Inc., Cantor Index eSpeed Securities, Inc., eSpeed Government Securities, Inc., C02e.com, LLC, Cantor Fitzgerald, L.P., Cantor Fitzger Brokerage, L.P., TradeSpark, L.P., Cantor Fitzgerald & Co., (3100 in 1:03−md−01570−GBD−SN, 773 in 1:02−cv−06977−GBD−SN) Amended Notice of Appeal,, filed by Kathleen Ashton, (936 in 1:03−cv−06978−GBD−S 1:03−md−01570−GBD−SN) Notice of Appeal, filed by Federal Insurance Company, (727 in 1:03−cv−09849−GBD, |

| | | |
|---|---|---|
| | | 1:03−md−01570−GBD−SN) Amended Notice of Appeal,, filed by Burnett Plaintiffs, (3075 in 1:03−md−01570−GBI in 1:04−cv−01922−GBD) Notice of Appeal, filed by D. A. O'Neill, C. I. O'Neill, C. O'Neill, J. P. O'Neill, Jr., All Pla Estate of of John P. O'Neill, Sr., (3083 in 1:03−md−01570−GBD−SN, 500 in 1:04−cv−07065−GBD) Notice of Appe Cantor Fitzgerald Europe, Cantor Fitzgerald Partners, Cantor Fitzgerald Securities, Cantor Fitzgerald Associates, L.P Fitzgerald International, Espeed, Inc., Cantor Index Limited, eSpeed Securities, Inc., eSpeed Government Securities, C02e.com, LLC, Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald, L.P., TradeSpark, L.P., Cantor Fitzgerald & C 1:03−cv−09849−GBD) Notice of Appeal, filed by Kathleen Ashton, (531 in 1:04−cv−05970−GBD−SN, 3114 in 1:03−md−01570−GBD−SN) Amended Notice of Appeal,, filed by Continental Casualty Company, Transcontinental Company, Valley Forge Insurance Company, American Casualty Company of Reading, Pennsylvania, National Fire Company of Hartford, Transportation Insurance Company USCA Case Number 15−3426 (L); 15−3442 (con), 15−35 15−3509 (con), 15−3524 (con), 15−3542 (con), 15−3583 (con), 15−3605 (con). **The parties jointly move to vacate court's September 29, 2015 order, dismissing the claims against the Kingdom of Saudi Arabia and the Saudi H Commission for Relief of Bosnia & Herzegovina, and to remand this action. Upon due consideration, it is herel ORDERED the motion is GRANTED and case is REMANDED to the district court for further proceedings in Congress's enactment of the Justice Against Sponsors of Terrorism Act. Pub. L. No. 114−222, 130 Stat. 852 (Se 2016). See Schonfeld v. Hilliard, 218 F.3d 164, 184 (2d Cir. 2000) (noting this Court's "preferred practice to re [unaddressed] issues for consideration by the district court in the first instance").** . Catherine O'Hagan Wolfe, C for the Second Circuit. Issued As Mandate: 03/09/2017. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (Entered: 03/09/2017) |
| )9/2017 | 3458 | MEMO ENDORSEMENT on re: 3456 Letter, filed by Kathleen Ashton. ENDORSEMENT: Plaintiffs may submit ar additional briefing and supporting affidavits on behalf of non−immediate family member claimants by May 5, 2017. are encouraged to focus their their memoranda of law on identifying neutral factors of general application that can be objectively to determine entitlement to solatium damages in such cases, and should consider the adequacy of the fran adopted in my October 14, 2016 Report and Recommendation, ECF No. 3363. No memorandum of law shall exceed SO ORDERED. (Brief due by 5/5/2017.) (Signed by Magistrate Judge Sarah Netburn on 3/9/2017) (anc) (Entered: 03 |
| .4/2017 | 3459 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele dated March 14, 2017 re: request for extension of the deadline for plaintiffs to file their fee application for sanctions imposed on Perouz Sedaghaty. Docur by All Plaintiffs.(Haefele, Robert) (Entered: 03/14/2017) |
| .5/2017 | 3460 | MEMO ENDORSEMENT on re: 3459 Letter, filed by All Plaintiffs. ENDORSEMENT: The parties' request to exten deadline for the plaintiffs to file their fee application for sanctions imposed on Perouz Sedaghaty is GRANTED. Plai meet and confer with defendant's counsel and file their application by March 28, 2017. SO ORDERED. (Motions due 3/28/2017.) (Signed by Magistrate Judge Sarah Netburn on 3/15/2017) (anc) (Entered: 03/15/2017) |
| .6/2017 | 3461 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated March 16, 2017 re: Status Co Scheduled for March 23, 2017. Document filed by Kingdom of Saudi Arabia.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD, 1:04−cv−05970−GBD−SN, 1:04−cv−07279−GBD(Kellogg, Mi (Entered: 03/16/2017) |
| .7/2017 | 3462 | LETTER addressed to Magistrate Judge Sarah Netburn from Alan Kabat dated 03/17/2017 re: Plaintiffs' Motion for S Publication. Document filed by Defendants Executive Committee.Filed In Associated Cases: 1:03−md−01570−GBD− al.(Kabat, Alan) (Entered: 03/17/2017) |
| .7/2017 | 3463 | CONSOLIDATED AMENDED COMPLAINT against Kingdom of Saudi Arabia, Saudi High Commission.Documer Plaintiffs Executive Committees. (Attachments: # 1 Appendix 1, # 2 Appendix 2, Part A, # 3 Appendix 2, Part B, # 4 3, # 5 Appendix 4)(Carter, Sean) Modified on 3/20/2017 (sjo). (Entered: 03/17/2017) |
| .7/2017 | 3464 | ORDER granting 3453 Motion to Amend/Correct. IT IS FURTHER ORDERED that the Burnett Plaintiffs' Amended Adding Defendant Kingdom of Saudi Arabia attached as Exhibit A to Plaintiffs' Memorandum of Law will be treated accepted as a further amendment to each of the Plaintiffs' previously filed and operative Amended Complaints and pl and that the operative Amended Complaints and pleadings so identified in the Burnett Plaintiffs' Amended Complain Defendant Kingdom of Saudi Arabia shall remain in force. The Clerk of Court is respectfully requested to close ECF in In re: Terrorist Attacks On September 11, 2001, 03−MDL−1570 (GBD)(SN), and ECF No. 737 in Burnett v. Al Ba Investment and Development Corp., 03−CV−9849 (GBD)(SN). SO ORDERED. (Signed by Magistrate Judge Sarah 3/17/2017) (anc) (Entered: 03/17/2017) |
| .7/2017 | 3465 | ORDER: It is counsel's responsibility to check not only the ECF docket for their cases, but also the 03−MDL−1570 d because orders docketed therein apply to all cases consolidated with the MDL. As relevant to these cases, counsel sho aware that my February 16, 2017 Order (ECF No. 3449), extended the deadline for the Kingdom of Saudi Arabia to f to dismiss to June 1, 2017, as to all complaints filed against it. To the extent that the phrasing "newly filed complaints Order is ambiguous, the Court clarifies that the Order applies to all cases against Saudi Arabia within the MDL. Cour also be aware that their presence is required at a status conference scheduled for 3:00 p.m. on Thursday, March 23, 20 Courtroom 219, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York, 10007. Furthermore, a any related case must also be filed on the 03−MDL−1570 docket. This ensures that all parties in the MDL are apprise matter that may affect them, and permits the Court to engage in sound docket management. Any documents that have |

| | | |
|---|---|---|
| | | so filed, including the recent motions for service by publication filed in certain cases, are to be refiled on the 03−MD docket. (Status Conference set for 3/23/2017 at 03:00 PM in Courtroom 219, 40 Centre Street, New York, NY 10007 Magistrate Judge Sarah Netburn.) (Signed by Magistrate Judge Sarah Netburn on 3/17/2017) Filed In Associated Cas 1:03−md−01570−GBD−SN et al.(anc) (Entered: 03/17/2017) |
| .7/2017 | 3466 | MEMO ENDORSEMENT on re: (549 in 1:04−cv−05970−GBD−SN, 740 in 1:03−cv−09849−GBD, 3461 in 1:03−md−01570−GBD−SN, 537 in 1:04−cv−07279−GBD) Letter re: March 23, 2017 Status Conference, filed by Ki Saudi Arabia. ENDORSEMENT: All plaintiffs who shall be amending their complaint to include the Kingdom of Sa shall file their amended complaints by Wednesday, March 23, 2017. The Kingdom of Saudi Arabia and the SHC shal dismiss these complaints no later than June 1, 2017. A separate order shall be issued concerning the March 23, 2017 conference. (Amended Pleadings due by 3/23/2017., Motions due by 6/1/2017.) (Signed by Magistrate Judge Sarah N 3/17/2017) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD, 1:04−cv−05970−GBD−S 1:04−cv−07279−GBD(cla) (Entered: 03/17/2017) |
| .7/2017 | 3467 | STATUS CONFERENCE ORDER: The Court has received the parties' joint March 16, 2017 letter stating that their the conference scheduled before myself and the Honorable George B. Daniels at 3:00 P.M. on Thursday, March 23, 2 Courtroom 11A, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York, 10007 is unnece Accordingly, this conference is CANCELLED. However, in light of the filing of numerous tag−along actions against Kingdom of Saudi Arabia, the Court has case management concerns that it needs to address with the parties as part o responsibility to manage the pretrial process. Therefore, the Court schedules a limited status conference for 3:00 P.M Thursday, March 23, 2017, in Courtroom 219, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, Ne 10007. The following parties are ordered to attend this conference. (1) Counsel for plaintiffs in all newly−filed cases Saudi Arabia, including: Bowrosen v. Kingdom of Saudi Arabia, 16cv8070 (GBD)(SN); McCarthy v. Kingdom of Sa 16cv8884 (GBD)(SN); Addesso v. Kingdom of Saudi Arabia, 16cv9937 (GBD)(SN); Aguilar v. Kingdom of Saudi A 16cv9963 (GBD)(SN); Hodges v. Kingdom of Saudi Arabia, 17cv117 (GBD)(SN); Desimone v. Kingdom of Saudi A 17cv348 (GBD)(SN); Aiken v. Kingdom of Saudi Arabia, 17cv450 (GBD)(SN); and as further set forth herein. SO O (Signed by Magistrate Judge Sarah Netburn on 3/17/2017) Filed In Associated Cases: 1:03−md−01570−GBD−SN et (Entered: 03/17/2017) |
| 20/2017 | 3468 | MOTION for Service by Publication . Document filed by Luis Aguilar.(LoPalo, Christopher) (Entered: 03/20/2017) |
| 20/2017 | 3469 | MEMORANDUM OF LAW in Support re: 3468 MOTION for Service by Publication . . Document filed by Luis Ag (LoPalo, Christopher) (Entered: 03/20/2017) |
| 20/2017 | 3470 | AMENDED COMPLAINT amending 1406 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, against Kingdom of Saudi Arabia with JURY DEMAND.Document filed by Transportation Insurance Company, National Fire Insurance Company of Hartford, Valley Forge Insurance Company Transcontinental Insurance Company, Continental Casualty Company, American Casualty Company of Reading, Per Related document: 1406 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, filed by Jessica Murrow−Adams, Gibson A. Craig, Natalie Makshanov, Janlyn Scauso, Edward P. Ciafardini, Gary W Mark J. Siskopoulos, Mei Jy Lee, Saad Bin Laden, Serina Gillis, Anne M. Wodensheck, Helen Friedlander, Emily M Milagros Diaz, Cathy A. Carilli, Elinore Hartz, American Alternative Insurance Corporation, Kara Hadfield, Euro Br et al., Dixie M. Hobbs, Josephine Acquaviva, Armando Bardales, Jane Bartels, Lillian Bini, Leonor Alvarez, Edward Fidelity and Casualty Company of New York, American Employers' Insurance Company, Maria Giordano, Rina Rab Allstate Insurance Company, John F. Jermyn, Jacqueline Cannizzaro, Benhardt R. Wainio, Transportation Insurance Judith Reiss, Maryanne Farrell, Chubb Indemnity Insurance Company, Jeffrey Lovit, Sandy Amrita Mahabir, Richard Naiman, Joyce Leigh, Jean Adams, Faith Miller, Curtis Fred Brewer, Carmen Garcia, James Alario,, Jodie Goldberg, Harris, Yun Yu Zheng, Donald DiDomenico, Christine R. Huhn, Lisa Palazzo, Nina Barnes, David Ziminski, Kevin Claudia Flyzik, Owen McGovern, Kristin Galusha−Wild, Christine Irene O'Neill, Glens Falls Insurance Company, Pl Azenabor, Marion Knox, Martin Rosenbaum, John Bonomo, Armand Reo, Kazmierz Jakubiak, Dennis Quinn, Burne Plaintiffs, Judi A. Ross, Richard I. Klein, Emma Tisnovskiy, Carol Francolini, Havlish Plaintiffs, Madeleine A. Zucc Leonard Ardizzone, Suk Tan Chin, Bhola P. Bishundat, Glenna M. Rosenburg, Elizabeth Ann Moss, David M. Berns Havlish, Donna Smith, Marie Twomey, Elizabeth Alderman, Yesenia Ielpi, James A. Reed, Chubb Custom Insurance Lauren Rosenzweig, Dorothy Ann Bogdan, Judith Casoria, Edith Cruz, Nancy Shea, Philip J. Zeiss, Daryl Joseph Me Barbaro, Angelica Allen, Merrilly E. Noeth, Lori Fletcher, Theresa McGovern, Peter Ioveno, Sheryl J. Oliver, Trems Plaintiffs, Michael J. Lindy, Rebecca L. Marchand, Philip Lee, Joanne Modafferi, American Zurich Insurance Compa Alexander Santoro, Robin Theurkauf, Kathleen M. Buckley, Patricia Kellett, JoAnne Bruehert, Jerline Lewis, Maria Boisseau, Suzanne J. Berger, Virginia Lorene Rossiter Valvo, Paul Kaufman, Thomas J. Meehan, III, Patricia Cough Brace, Cynthia F. McGinty, Plaintiffs Executive Committees, Jocelyne Ambroise, Rosemary Kempton, Joseph Beltra S. Passaro, Thomas Conroy, Jr., Barbara Sohan, Northern Insurance Company of New York, Dorothy Mauro, Donald Linda E. Thorpe, Dhanmatee Sam, Rachel W. Goodrich, Ellen L. Saracini, Port Authority of New York & New Jerse MacFarlane, Dominic J. Puopolo, Sr., Timothy L. Frolich, Melvin C. Lewis, Jeremiah Harney, Barbara Ardizzone, K Arancio, Dawn Brown, Ralph Maerz, Jr., Feliciana Umanzor, Doreen Lutter, Denise Esposito, Kris A. Blood, Claudi Arnold Lederman, Matthew T. Sellitto, John Lewis, Elvira P. Murphy, Kevin G. Murphy, Steven Feidelberg, Theresa Mathilda Geidel, John Does, Crum & Forster Indemnity Company, Francine Raggio, Jennifer Ruth Jacobs, Christina Donald Leistman, Miriam M. Biegeleisen, Commercial Insurance Company of Newark, N.J., Evelyn Aron, Thomas I |

Murray Bernstein, Lucy Virgilio, Russell Vomero, William O'Connor, James Boyle, Andrew Braun, North River Insu
Company, Rosanna Thompson, Pamela Ann Maggitti, Richard D. Allen, Stacey Fran Dolan, Yuko Clark, Valiant Ins
Company, Margaret Donoghue McGinley, Charles Downey, Maryland Casualty Company, Linda Panik, Andrija Tor
Angela Gitto, Claudette Greene, Andrezej Cieslik, Stephen Alderman, Great Lakes Reinsurance (UK) PLC, Nicholas
Elizabeth Rego, Alexander Paul Aranyos, Scott Ting, Susan Berger, Juan B. Bruno, George Luis Torres, Radmila To
Kevin W. Barry, John C. Buckley, Maureen Barry, Patricia Coppo, Nancy Walsh, Phyllis Lederman, Domenick Dam
Edlene C. LaFrance, Frederick Alger, Renne Bacotti Hannafin, Andy Dinoo, Melissa Van Ness Fatha, Andrea Maffe
Ali, Madelyn Conroy Allen, Gina Cayne, William Coale, Theresa Healey, Kurt Foster, Andrew Aris, Judith M. Aiken
Plaintiffs, Linda Pascuma, Hashim A. Henderson, Barrera Plaintiffs, George Bonomo, Pacific Indemnity Company, C
Casualty of California, Carol Gies, Paul Quinn, Krystyna Boryczewski, Narasimha Sattaluri, James Cizikie, Susan Ra
Nancy Badagliacca, Sadiq Rasool, John J. Gill, Carmen Romero, Great Northern Insurance Company, Patricia Tarasi
Beacon Insurance Company, Mary Margaret Jurgens, Toni Ann Carroll, Janice O'Dell, Cella Woo−Yeun, Laurie Spa
Margaret P. Iskyan, David Edward Cushing, Jill Rosenblum, Dennis Euleau, Jamie Miller, Christine Sakoutis, Diane
Irene Bilcher, Norma Bernstein, Federal Insurance Company et al., Plaintiffs, Mary Haag, Kevin Rogers, Susan Brad
Ganci, Maureen Santoro, Federal Insurance Company, Raj Thackurdeen, Joseph R. Downey, George Lantay, Dhanra
Ondina Bennett, Michael Deloughery, Amlin Underwriting, Ltd., Rubina Cox−Holloway, Amber Miller, Gordon G.
Jeanne M. Evans, Susan E. Buhse, Laura J. Lassman, Todd DeVito, Lori Shulman, Rosemarie Corvino, Tracy Ann T
Catalano, Charles Schmidt, Siew−Som Yeow, William Martin, Meg Bloom Glasser, Barbara Minervino, Martina Lyn
Panik, Joanne F. Betterly, Hiscox Dedicated Corporate Member, Ltd., Boris Bililovsky, Peter Greenleaf, Joviana Mer
Victoria Higley, Paul R. Martin, Transcontinental Insurance Company, Robert Bermingham, Gregory Stevens, Rosty
Tisnovskiy, Continental Insurance Company, Ursula Broghammer, Virginia Hayes, The Camden Fire Insurance Asso
Michael Endrizzi, Jean Oslyn Powell, Clifford Tempesta, Theresa Regan, Nancy Ann Foster, Sharon Booker, Debora
Loisanne Diehl, Ildefonso A. Cua, Jeff Lever, Warren Hayes, Elizabeth Gardner, Anthony Vincelli, Iliana McGinnis,
Russin, Sharlene M. Beckwith, Karen Hinds, Evelyn Rodriguez, Stephen Jezycki, World Trade Center Properties LL
Perry S. Oretzky, Kemraj Singh, Carol O'Neill, Edward J. Sweeney, Dennis L. Hobbs, Collette M. LaFuente, Julia Co
Friedman, All Plaintiffs, Thomas Fletcher, Maryann Colin, Neil B. Blass, James D. Hodges, Meryl Mayo, Holli Silve
Zucker, Gilbert Ruiz, Jr., Dana Noonan, Olga Merino, Mark Bernheimer, Lorraine Arias Beliveau, Kevin Quinn, Yvo
Abdool, Helene Parisi−Gnazzo, Zurich American Insurance Company, Virginia Bauer, Beril Sofia DeFeo, Andrew Q
Bilcher, Brian Barry, Chubb Insurance Company of New Jersey, American Casualty Company of Reading, Pennsylva
Colleen Holohan, Gila Barzvi, Chiemi York, Daniel F. Barkow, Kathleen Keeler Lozier, Ann R. Haynes, Leonid Tisn
Dorothy A. O'Neill, Kelly Hayes, Tina Grazioso, Steadfast Insurance Company, Bettyann Martineau, Harry Ong, Jr.,
Boryczewski, Vincent LeVien, Joseph A. Tiesi, Helen Pfeifer, Roberta J. Levine, Valley Forge Insurance Company,
Andrucki, Joann T. Howard, Louisa D'Antonio, Vice Rose Arestegui, Kevin McArdle, Robert V. Trivingo, Bridget H
Deena Burnett, Victor Ugolyn, Richard Villa, Steven M. Gillespie, Seneca Insurance Company, Inc., Fryderyk Milew
Saradha Moorthy, Scott Schrimpe, Edward Navarro, Rosalie Downey, Theresa King, John Benedetto, Armine Giorge
Frederick Irby, Anna M. Granville, Robert Keane, William D Robbins, Michael Jezycki, Kathleen Ashton, Joseph Ha
Havlish, Hector Garcia, Ingrid M. Lenihan, Plaintiffs PI Executive Committee, Charlene Fiore, Veronica Klares, Mar
Perez, Aldo Addissi, James C. Cahill, Mia Gonzalez, Elizabeth H. Keller, Anna Mojica, Continental Casualty Compa
Flannery, Philip Germain, Albert T. Regenhard, Robert J. Bernstein, Deborah Francke, George Andrucki, Elaine Lein
Delphine Saada, Regan Grice−Vega, Stephen L. Cartledge, Pedro Saleme, Josephine Alger, Camille Doyle, Diane M
Beverly Burnett, Kathleen Box, John Hassett, Barbara Scaramuzzino, Morris D. Lamonsoff, Basmattie Bishundat, M
Rand, Traci Bosco, William Doyle, Sr., Wendy Feinberg, Dorothy Tempesta, Patricia Han, Jane Alderman, Jerzy Mr
Laurie S. Lauterbach, Boston Old Colony Insurance Company, Michael J. Allen, Donna Paolillo, Stanley Eckna, Ann
Martin Panik, Lynn Allen, Amy Weaver, Fidelity And Deposit Company of Maryland, Patricia J. Perry, Jay Charles
Tara Bane, Linda Curia, James Wallace O'Grady, Bradley Daly, Netta Issacof, Roberta Kellerman, Cantor Fitzgerald
Lauren Arias Lucchini, Jin Liu, Diane Genco, Nancy Picone, Salvo Plaintiffs, Maria DiPilato, James W. Cahill, Kiml
Kaipaka Beaven, Jasmine Victoria, Rose Booker, Howard Rice, John Patrick O'Neill, Jr., Lynn B. Pescherine, Sat Th
Timothy Parker, H. Michael Keden, Donald Francis Kennedy, Walter Tremsky, Carol Barbaro, Estate of John P.O'N
Eileen Simon, Mark Goldwasser, Pamela Hohlweck, Luke C. Allen, Santa Catarelli, Jennifer E. Brady, Sharon Cobb
Joann Meehan, American Guarantee and Liability Insurance Company, Frances Berdan, Janet Calia, Kathleen Cahill,
Burnett, Sr., Lisa DiLallo Clark, Jennifer L. Harvey, Dorothy Garcia, Patricia Quigley, Michelle Bedigan, William B
Emmet P. Kelly, United States Fire Insurance Company, Benjamin Arroyo, William Doyle, Jane M. Smithwick, Prak
Javier Burgos, Rachel R. Harrell, Ernesto Barrera, Joanne Gross, Robert D'Elia, Maureen Kelly, Leila M. Joseph, Ca
Regenhard, Margaret Arce, Lena Whittaker, James McGetrick, Cynthia Arnold, Mark Barbieri, Louis Schaefer, Kiml
Trimingham−Aiken, Sean Passananti, Phyllis Schreier, Delia Welty, Patricia Wiswall, Michael Boryczewski, Chubb
Company of Canada, The Princeton Excess & Surplus Lines Insurance Company, Woodly Joseph, Diane Wall, Made
Bergin, Fran LaForte, William Ellis, Jr., Alfred Acquaviva, Karen Princiotta, Warren Monroe, Thomas Burnett, Irene
Desiree A. Gerasimovich, Diane Ryan, Raymond Lachhman, Julia Boryczewski, Lisanne MacKenzie, Gladys Salvo,
Parkinson−Godshalk,, TheresaAnn Lostrangio, One Beacon America Insurance Company, Margit Arias, Clara Chircl
Benito Colon, John Martin, Jeannine P. Baron, Andrea N. LeBlanc, Martha Burnett O'Brien, Christine Bini, Joseph D
Michael Puckett, Anna Milewski, Russa Steiner, Kathleen Holland, Edmund Barry, Continental Insurance Company
Jersey, Nancy Lynn Zuckerman, Virginia McKeon, Michael J. Novotny, Edward Arancio, Jennifer D'Auria, William
Thomas Arias, Hillary A. Briley, Lauren Murphy, Assurance Company of Amer, Evelyn Tepedino, Michael Girdano
Della Bella, Deborah Calderon, Thomas Baez, Colonial American Casualty and Surety Insurance Company, Winifre

| | | |
|---|---|---|
| | | Catherine Jezycki, Elizabeth R. Burns, National Ben Franklin Insurance Company of Illinois, Joanne Barbara, Eileen Colligan, Jennifer Tarantino, Wen Shi, Kathryn J. Hussa, Jurgiel Kazimierz, Vigilant Insurance Company, Monica M Robert T. Folger, Daniel Polatsch, Eileen Tallon, Lori Mascali, Ron Harding, Cynthia Tumulty, Amy Farnum, Sonia Linda Pickford, Patricia H. McDowell, John P. Baeszler, Robert Spadafora, National Fire Insurance Company of Har Shirley Henderson, Houssain Lazaar, Homeland Insurance Company of New York.(Kaplan, Robert) (Entered: 03/20/ |
| 20/2017 | 3471 | WAIVER OF SERVICE RETURNED EXECUTED. Kingdom of Saudi Arabia waiver sent on 3/6/2017, answer due Document filed by Transportation Insurance Company; National Fire Insurance Company of Hartford; Valley Forge Company; Transcontinental Insurance Company; Continental Casualty Company; American Casualty Company of R Pennsylvania. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−05970−GBD−SN(Kaplan, Robert) (I 03/20/2017) |
| 21/2017 | 3472 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated March 21, 2017 re: Agenda fo Conference. Document filed by Kingdom of Saudi Arabia.Filed In Associated Cases: 1:03−md−01570−GBD−SN et a Michael) (Entered: 03/21/2017) |
| 21/2017 | 3473 | MEMO ENDORSEMENT on re: 3472 Letter filed by Kingdom of Saudi Arabia. ENDORSEMENT: The Kingdom o Arabia's request is GRANTED. The filing of a new complaint in Ashton v. Kingdom of Saudi Arabia, 17cv2003, sha to the agenda for the status conference on Thursday, March 23, 2017. It is further ORDERED that counsel for the As plaintiffs attend the Court's March 23, 2017 status conference. (Signed by Magistrate Judge Sarah Netburn on 3/21/20 (Entered: 03/22/2017) |
| 22/2017 | 3474 | LETTER addressed to Magistrate Judge Sarah Netburn from James P. Kreindler dated March 22, 2017 re: In re Terro on Septembe 11, 2001, 03 MDL 1570. Document filed by Kathleen Ashton.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, James) (Entered: 03/22/2017) |
| 23/2017 | 3475 | NOTICE OF APPEARANCE by Ethan Wilson Middlebrooks on behalf of C. O'Neill, Estate of John P.O'Neill, Sr., C O'Neill, Christine Irene O'Neill, Dorothy A. O'Neill, John Patrick O'Neill, Jr. (Middlebrooks, Ethan) (Entered: 03/23/ |
| 23/2017 | 3476 | **FILING ERROR − DEFICIENT PLEADING − FRCP RULE 15 NON−COMPLIANCE** − COMPLAINT agains of Saudi Arabia. (Filing Fee $ 400.00, Receipt Number 0208−13457436)Document filed by Melodie Homer. (Attach Appendix)(Pantazis, Dennis) Modified on 3/24/2017 (laq). (Entered: 03/23/2017) |
| 23/2017 | 3477 | AMENDED COMPLAINT against Kingdom of Saudi Arabia with JURY DEMAND.Document filed by Burnett Plai (Attachments: # 1 Appendix 1, # 2 Appendix 2A, # 3 Appendix 2B, # 4 Appendix 3, # 5 Appendix 4A, # 6 Appendix Appendix 5)(Flowers, Jodi) (Entered: 03/23/2017) |
| 23/2017 | 3478 | AMENDED COMPLAINT against Kingdom of Saudi Arabia with JURY DEMAND.Document filed by Euro Broke al.. (Attachments: # 1 Appendix 1, # 2 Appendix 2A, # 3 Appendix 2B, # 4 Appendix 3, # 5 Appendix 4A, # 6 Appen 4B)(Flowers, Jodi) Modified on 3/24/2017 (pc). Modified on 3/27/2017 (laq). (Entered: 03/23/2017) |
| 23/2017 | 3479 | WAIVER OF SERVICE RETURNED EXECUTED. Kingdom of Saudi Arabia waiver sent on 3/21/2017, answer du 5/22/2017. Document filed by Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD(Flowers, Jodi) (Entered: 03/23/2017) |
| 23/2017 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Status Conference held on 3/23/2017. Ass Cases: 1:03−md−01570−GBD−SN et al.(jnm) (Entered: 03/23/2017) |
| 23/2017 | 3480 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P.Carter, Esquire dated March 23, 2017 re: enclosi new action filed today on behalf of commercial plaintiffs. Document filed by Plaintiffs Executive Committees. (Attac 1 Complaint, # 2 Appendix 1, # 3 Appendix 2, Part A, # 4 Appendix 2, Part B, # 5 Appendix 3, # 6 Appendix 4)(Cart (Entered: 03/23/2017) |
| 24/2017 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Dennis Pantazis t RE−FILE Document No. 3476 Complaint. The filing is deficient for the following reason(s): FILING A NEW COMPLAINT IN THIS ACTION MUST BE COURT ORDERED. IF YOU WISH TO PROCEED WITH FIL COMPLAINT TO RECEIVE A NEW CIVIL CASE NUMBER, PLEASE FOLLOW STEPS OUTLINED ON TRAINING WEBSITE ON HOW TO OPEN UP A NEW ACTION. (laq)** (Entered: 03/24/2017) |
| 24/2017 | 3481 | ORDER denying without prejudice (3468) Motion for Service by Publication in case 1:03−md−01570−GBD−SN; de without prejudice (6) Motion for Service by Publication in case 1:16−cv−09663−GBD−SN; denying without prejudic Motion for Service by Publication in case 1:16−cv−09937−GBD−SN; denying without prejudice (5) Motion for Serv Publication in case 1:17−cv−00117−GBD−SN; denying without prejudice (5) Motion for Service by Publication in ca 1:17−cv−00450−GBD−SN. For the reasons stated on the record at the March 23, 2017 status conference, plaintiffs' m serve the non−sovereign defendants by publication pursuant to Federal Rule of Civil Procedure 4(f)(3) are DENIED w prejudice. Plaintiffs are directed to confer with counsel for those non−sovereign defendants represented in the litigati regarding service or waiver of service and shall be required to otherwise show good cause for each defendant they se by publication in the event that they refile their motions. The Clerk of Court is respectfully requested to close Dkt. No |

| | | |
|---|---|---|
| | | Aiken v. Kingdom of Saudi Arabia, 17cv450 (GBD)(SN), Hodges v. Kingdom of Saudi Arabia, 17cv117 (GBD)(SN) Kingdom of Saudi Arabia, 16cv9663 (GBD)(SN), and Addesso v. Kingdom of SaudiArabia, 16cv9937 (GBD)(SN), a Dkt. No. 3468 in In re Terrorist Attacks on September 11, 2011, 03md1570 (GBD)(SN). SO ORDERED. (Signed by Judge Sarah Netburn on 3/24/2017) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:16−cv−09663−GBD−S 1:16−cv−09937−GBD−SN, 1:17−cv−00117−GBD−SN, 1:17−cv−00450−GBD−SN (anc) (Entered: 03/24/2017) |
| 24/2017 | 3482 | SCHEDULING ORDER: The parties appeared before the Court on Thursday, March 23, 2017, for a status conferenc forth at this conference, the Court requests status letters on the following issue: Tag−Along Actions and the Consolid Amended Complaint. The Plaintiffs' Executive Committee is directed to file a letter no later than Friday, March 31, 2 detailing its proposal for the most effective way for parties who are filing new complaints against the Kingdom of Sa to join or adopt the Consolidated Amended Complaint ("CAC"), consonant with the Federal Rules of Civil Procedure Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation. Ashton Plaintiffs' Filing of Separat Complaint. Plaintiffs in Ashton v. Kingdom of Saudi Arabia, 17cv2003, and the Kingdom of Saudi Arabia are directe and file separate letters no later than Friday, March 31, 2017, detailing their positions regarding the propriety of the A plaintiffs' filing of a separate complaint rather than joining in the CAC. New Cases Filed Against Non−Sovereign De The Plaintiffs who have filed new or amended complaints against non−sovereign defendants and the Defendants' Exe Committee are to file a status letter by Friday April 7, 2017. Discovery Deadlines. The deadline for document produc defendants is extended from Friday, March 31, 2017, to Friday, June 16, 2017. The Plaintiffs' Executive Committee i status letter by Monday, July 31, 2017 informing the Court of the results of its preliminary review of the documents a it anticipates filing any motions to compel. The deadline for document production for defendant World Assembly of Youth is extended to Friday, September 29, 2017. Deposition Testimony. To the extent they have not done so after th 20, 2016 status conference, the parties are directed to meet and confer on the scheduling of potential depositions so a preserve testimony before the close of document discovery. Status Letters as to Jurisdictional and Merits Discovery. fulfill the Court's obligation to conduct "judicially−supervised jurisdictional discovery" as ordered by the Court of Ap the Second Circuit in In re Terrorist Attacks on Sept. 11, 2001, 714 F.3d 659 (2d Cir. 2013), the Court requests a join letter from the Plaintiffs' and Defendants' Executive Committees regarding the progress of jurisdictional discovery as defendant whose dismissal was remanded for this purpose; and as further set forth herein. SO ORDERED. (Signed by Judge Sarah Netburn on 3/24/2017) (anc) (Entered: 03/24/2017) |
| 28/2017 | 3483 | MOTION for Leave to Appear in Consolidated MDL Cases . Document filed by Kingdom of Saudi Arabia. (Attachm Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(Kellogg, Michael) (Entered: 03 |
| 28/2017 | 3484 | NOTICE OF APPEARANCE by Paul Joseph Napoli on behalf of Caron Addesso. (Napoli, Paul) (Entered: 03/28/201 |
| 28/2017 | 3485 | ORDER EXTENDING PRO HAC VICE ADMISSION TO ALL CONSOLIDATED MDL CASES granting (3483) Leave to Appear in case 1:03−md−01570−GBD−SN; granting (15) Motion for Leave to Appear in case 1:16−cv−08070−GBD−SN; granting (20) Motion for Leave to Appear in case 1:16−cv−08884−GBD−SN; granting ( for Leave to Appear in case 1:16−cv−09663−GBD−SN; granting (14) Motion for Leave to Appear in case 1:16−cv−09937−GBD−SN; granting (14) Motion for Leave to Appear in case 1:17−cv−00117−GBD−SN; granting ( for Leave to Appear in case 1:17−cv−00348−GBD−SN; granting (14) Motion for Leave to Appear in case 1:17−cv−00450−GBD−SN. ORDERED THAT the pro hac vice admissions of Michael K. Kellogg and Gregory G. R the law firm Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., are extended to all cases consolidated into the abov multi−district litigation ("MDL") before this Court. Michael K. Kellogg and Gregory G. Rapawy may appear on beha Kingdom of Saudi Arabia in the above captioned cases, or any other consolidated MDL cases, now or in the future, b notices of appearance. Additional applications for pro hac vice admission will not be required. (Signed by Magistrate Sarah Netburn on 3/28/2017) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (anc) (Entered: 03/28/201 |
| 28/2017 | 3486 | MOTION for Attorney Fees *Plaintiffs' Application for Attorneys' Fees and Expenses Pursuant to Opinion and Order February 15, 2017*. Document filed by All Plaintiffs(on behalf of themselves and all others similarly situated).(Haefe (Entered: 03/28/2017) |
| 28/2017 | 3487 | MEMORANDUM OF LAW in Support re: 3486 MOTION for Attorney Fees *Plaintiffs' Application for Attorneys' F Expenses Pursuant to Opinion and Order of February 15, 2017*. . Document filed by All Plaintiffs(on behalf of them all others similarly situated). (Haefele, Robert) (Entered: 03/28/2017) |
| 28/2017 | 3488 | DECLARATION of Robert T. Haefele in Support re: 3486 MOTION for Attorney Fees *Plaintiffs' Application for At Fees and Expenses Pursuant to Opinion and Order of February 15, 2017*.. Document filed by All Plaintiffs(on behal themselves and all others similarly situated). (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C1, # 4 Exhibit Exhibit C3, # 6 Exhibit C4, # 7 Exhibit C5, # 8 Exhibit C6, # 9 Exhibit D, # 10 Exhibit E, # 11 Exhibit F, # 12 Exhib Exhibit H, # 14 Exhibit I, # 15 Exhibit J, # 16 Exhibit K, # 17 Exhibit L, # 18 Exhibit M, # 19 Exhibit N, # 20 Exhibi Exhibit P, # 22 Exhibit Q)(Haefele, Robert) (Entered: 03/29/2017) |
| 29/2017 | 3489 | DECLARATION of Jerry S. Goldman in Support re: 3486 MOTION for Attorney Fees *Plaintiffs' Application for Att Fees and Expenses Pursuant to Opinion and Order of February 15, 2017*.. Document filed by All Plaintiffs(on behal themselves and all others similarly situated). (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)( Robert) (Entered: 03/29/2017) |

| | | |
|---|---|---|
| 29/2017 | 3490 | DECLARATION of J. Scott Tarbutton in Support re: 3486 MOTION for Attorney Fees *Plaintiffs' Application for Att Fees and Expenses Pursuant to Opinion and Order of February 15, 2017*.. Document filed by All Plaintiffs(on behal themselves and all others similarly situated). (Haefele, Robert) (Entered: 03/29/2017) |
| 29/2017 | 3491 | WAIVER OF SERVICE RETURNED EXECUTED. Kingdom of Saudi Arabia waiver sent on 3/28/2017, answer du 5/30/2017. Document filed by Euro Brokers Inc., et al.. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−07279−GBD(Flowers, Jodi) (Entered: 03/29/2017) |
| 29/2017 | 3492 | ORDER: On March 28, 2017, the Plaintiffs' Executive Committee filed their motion for attorney's fees and expenses defendant Perouz Sedaghaty. Sedaghaty shall file an opposition to this motion by Friday, April 28, 2017. Plaintiffs m reply, if any, by Friday, May 12, 2017. ( Responses due by 4/28/2017, Replies due by 5/12/2017.) (Signed by Magist Sarah Netburn on 3/29/2017) (mro) (Entered: 03/29/2017) |
| 30/2017 | 3493 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter, Esquire, dated March 30, 2017, re: requ brief extension of the deadline for submitting letters pursuant to Judge Netburn's March 24, 2017 scheduling order co the Ashton plaintiffs separate complaint. Document filed by Plaintiffs Executive Committees.(Carter, Sean) (Entered 03/30/2017) |
| 30/2017 | 3494 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter, Esquire, dated March 30, 2017 re: a requ clarification that the revised deadline for completing document productions will apply to both the discovery defendar plaintiffs. Document filed by Plaintiffs Executive Committees.(Carter, Sean) (Entered: 03/30/2017) |
| 30/2017 | 3495 | MEMO ENDORSEMENT on re: 3493 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The part for an extension of the letters concerning the separate Ashton complaint and the Plaintiffs' Executive Committees' pro procedures for new cases wishing to adopt the Consolidated Amended Complaint is GRANTED. The Ashton plaintif Kingdom of Saudi Arabia shall submit their separate letters concerning the Ashton complaint by Wednesday, April 5 Plaintiffs' Executive Committees shall also file their letter concerning procedures for new cases wishing to adopt the Consolidated Amended Complaint by the same date. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on (anc) (Entered: 03/30/2017) |
| 30/2017 | 3496 | MEMO ENDORSEMENT on re: 3494 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The dea discovery production set in the Court's March 24, 2017 Scheduling Order shall apply to both plaintiffs and defendants parties shall continue to be on a rolling production schedule. SO ORDERED. (Signed by Magistrate Judge Sarah Net 3/30/2017) (anc) (Entered: 03/30/2017) |
| 30/2017 | 3497 | CONSENT LETTER MOTION for Extension of Time to File *Status Report by Non−Sovereign Defendants* addresse Magistrate Judge Sarah Netburn from Alan Kabat dated 3/30/2017. Document filed by Defendants Executive Commi Alan) (Entered: 03/30/2017) |
| 31/2017 | 3498 | ORDER granting 3497 Letter Motion for Extension of Time to File. The request for an extension of time for the non- defendants and plaintiffs who have newly−filed complaints against non−sovereign defendants to file the joint letter re the Court's March 24, 2017 Scheduling Order (ECF No. 3482) is GRANTED. The letter shall be filed by Friday, Apr SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 3/31/2017) (anc) (Entered: 03/31/2017) |
| 05/2017 | 3499 | LETTER addressed to Magistrate Judge Sarah Netburn from James P. Kreindler dated April 5, 2017 re: In Re Terrori on September 11, 2001, 03 MDL 1570(GBD)(SN). Document filed by Kathleen Ashton(as Administrator of the Esta Thomas Ashton, deceased and on behalf of all survivors of Thomas Ashton), Kathleen Ashton(Personal Representati Estate of Thomas Ashton), Kathleen Ashton(as s Surviving Spouse), Kathleen Ashton(Individually).Filed In Associa 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:17−cv−02003−GBD−SN(Kreindler, James) (Entered: 04/ |
| 05/2017 | 3500 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated April 5, 2017 re: Scheduling 3482). Document filed by Kingdom of Saudi Arabia.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(Ke Michael) (Entered: 04/05/2017) |
| 05/2017 | 3501 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter, Esquire, dated April 5, 2017 re: request all Consolidated Amended Complaint ("CAC") plaintiffs that the KSA and the SHC should proceed to file their moti dismiss the CAC on June 1, 2017. Document filed by Plaintiffs Executive Committees.(Carter, Sean) (Entered: 04/05 |
| 05/2017 | 3502 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter, Jodi Westbrook Flowers, James P. Krei April 5, 2017 re: PEC, in response to the Court's March 24, 2017 Order, submits its proposal for the most effective w parties filing new complaints against the KSA and SHC to join or adopt the Consolidated Amended Complaint. Docu by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A − Notice to Conform, # 2 Exhibit B − Short Form C 3 Exhibit C − Proposed Order)(Carter, Sean) (Entered: 04/05/2017) |
| 06/2017 | 3503 | TRANSCRIPT of Proceedings re: Conference held on 3/23/2017 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Steven Greenblum, (212) 805−0300. Transcript may be viewed at the court public terminal or through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 4/27/2017. Redacted Transcript Deadline set for 5/8/2017. Release |

| | | |
|---|---|---|
| | | Transcript Restriction set for 7/5/2017.(Siwik, Christine) (Entered: 04/06/2017) |
| )6/2017 | 3504 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conferenc proceeding held on 3/23/17 has been filed by the court reporter/transcriber in the above−captioned matter. The partie seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...( Christine) (Entered: 04/06/2017) |
| )7/2017 | 3505 | LETTER addressed to Magistrate Judge Sarah Netburn from Christopher LoPalo dated 04/07/2017 re: Response to M 2017 Scheduling Order. Document filed by Caron Addesso.(LoPalo, Christopher) (Entered: 04/07/2017) |
| )7/2017 | 3506 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated April 7, 2017 re: Request tha reaffirm the May 25, 2004 order by Judge Casey regarding contact with the news media. Document filed by Kingdon Arabia. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(Kellogg, Michael) 04/07/2017) |
| )7/2017 | 3507 | NOTICE of Name Change of Counsel. Document filed by International Islamic Relief Organization(IIRO), Muslim V League. (Bembry, Aisha) (Entered: 04/07/2017) |
| )7/2017 | 3508 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele dated April 7, 2017 re: response to M letter of today's date to Your Honor. Document filed by Plaintiffs Executive Committees.(Haefele, Robert) (Entered: 04/07/2017) |
| )7/2017 | 3509 | LETTER addressed to Magistrate Judge Sarah Netburn from James P. Kreindler dated April 7, 2017 re: In Re Terrori on September 11, 2001, 03 MDL 1570(GBD)(SN). Document filed by Kathleen Ashton(as Administrator of the Estat Thomas Ashton, deceased and on behalf of all survivors of Thomas Ashton), Kathleen Ashton(Individually), Kathlee s Surviving Spouse), Kathleen Ashton(Personal Representative of the Estate of Thomas Ashton).Filed In Associated 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:17−cv−02003−GBD−SN(Kreindler, James) (Entered: 04/ |
| )7/2017 | 3510 | MEMO ENDORSEMENT on re: 3508 Letter filed by Plaintiffs Executive Committees. ENDORSEMENT: The Plai Executive Committee's request is GRANTED. Both counsel for Ashton plaintiffs and the PEC may respond to couns Kingdom of Saudi Arabia's letter by Friday, April 14, 2017. SO ORDERED. (Signed by Magistrate Judge Sarah Netb 4/7/2017) (anc) (Entered: 04/07/2017) |
| .0/2017 | 3511 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated April 10, 2017 re: response to 2017 letter from James P. Kreindler (MDL Dkt. No. 3509). Document filed by Kingdom of Saudi Arabia.Filed In As Cases: 1:03−md−01570−GBD−SN et al.(Kellogg, Michael) (Entered: 04/10/2017) |
| .1/2017 | 3512 | LETTER addressed to Magistrate Judge Sarah Netburn from MDL 1570 Plaintiffs' Executive Committees dated 4/11 Request to file amended proposals of short form complaints. Document filed by All Plaintiffs(on behalf of themselve others similarly situated).Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(Haefele, Robert) (Entered: 04/ |
| .2/2017 | 3513 | MEMO ENDORSEMENT on re: 3512 Letter, filed by All Plaintiffs. ENDORSEMENT: The request is granted. The Executive Committees shall submit an amended proposal of their Notice to Conform and Short Form Complaint by F 14, 2017. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 4/12/2017) (anc) (Entered: 04/12/2017) |
| .3/2017 | 3514 | ORDER: In order to ensure that all claims in this extraordinarily important litigation receive a fair hearing, the Court regrettably constrained to revise its February 16, 2017 Order and adjust the deadline for Saudi Arabia and the SHCs r dismiss both complaints to Tuesday, August 1, 2017. The PEC and Ashton will file separate oppositions by Monday, 2017. Saudi Arabia and the SHC will file replies by Wednesday, November 1, 2017. The parties are instructed to con briefing to the Individual Rules of Practice of the Honorable George B. Daniels; any requests to modify this schedule practices should be directed to him by letter. SO ORDERED. (Motions due by 8/1/2017. Responses due by 10/2/201 due by 11/1/2017.) (Signed by Magistrate Judge Sarah Netburn on 4/13/2017) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:17−cv−02003−GBD−SN(anc) (Entered: 04/13/2017) |
| .4/2017 | 3515 | LETTER addressed to Magistrate Judge Sarah Netburn from J. Scott Tarbutton, Esquire, dated April 14, 2017 re: pur Court's request, the PEC provides the Court with a status report as to the progress of jurisdictional discovery. Docum Plaintiffs Executive Committees. (Attachments: # 1 Exhibit Attachment A − Jurisdictional Discovery Progress Repor Sean) (Entered: 04/14/2017) |
| .4/2017 | 3516 | LETTER addressed to Magistrate Judge Sarah Netburn from J. Scott Tarbutton, Esquire, dated April 14, 2017 re: pur Court's request, the PEC provides a status report as to the progress of merits discovery. Document filed by Plaintiffs l Committees. (Attachments: # 1 Exhibit Attachment A − Merits Discovery Progress Report)(Carter, Sean) (Entered: 0 |
| .4/2017 | 3517 | LETTER addressed to Magistrate Judge Sarah Netburn from James P. Kreindler and Alan R. Kabat dated April 14, 2 ECF No. 3482 Joint Status Report as to the new cases filed against the non−sovereign defendants. Document filed by Ashton(as Administrator of the Estate of Thomas Ashton, deceased and on behalf of all survivors of Thomas Ashton) (Attachments: # 1 Proposed Order)(Kreindler, James) (Entered: 04/14/2017) |

| | | |
|---|---|---|
| .4/2017 | 3518 | LETTER addressed to Magistrate Judge Sarah Netburn from Alan Kabat dated April 14, 2017 re: Defendants' Discov Report. Document filed by Defendants Executive Committee.(Kabat, Alan) (Entered: 04/14/2017) |
| .4/2017 | 3519 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele dated April 14, 2017 re: the filing of complaints against the Kingdom of Saudi Arabia. Document filed by Plaintiffs Executive Committees. (Attachments: A − Notice to Conform, # 2 Exhibit B − Short Form Complaint, # 3 Exhibit C − Proposed Order)(Haefele, Robert) (E 04/14/2017) |
| .4/2017 | 3520 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele dated April 14, 2017 re: Plaintiffs' res the April 7, 2017 letter from the Kingdom of Saudi Arabia concerning media contact. Document filed by Plaintiffs E Committees. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Haefele, Robert) (Entered: 04 |
| .7/2017 | 3521 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated April 17, 2017 re: response to 2017 letter from the Plaintiffs Executive Committees regarding contact with the news media. Document filed by King Saudi Arabia.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(Kellogg, Michael) (Entered: 04/17/2017) |
| .7/2017 | 3522 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated April 17, 2017 re: Short Forn proposed by Plaintiffs Executive Committees. Document filed by Kingdom of Saudi Arabia.Filed In Associated Case 1:03−md−01570−GBD−SN et al.(Kellogg, Michael) (Entered: 04/17/2017) |
| 20/2017 | 3523 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** LETTER MOTION to Compel Plair Permit Deposition *of Dr. Hussein* addressed to Magistrate Judge Sarah Netburn from Steven T. Cottreau dated April Document filed by Dubai Islamic Bank. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Co Steven) Modified on 4/20/2017 (db). (Entered: 04/20/2017) |
| 20/2017 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Ste Thomas Cottreau to RE−FILE Document 3523 LETTER MOTION to Compel Plaintiffs to Permit Deposition *Hussein* addressed to Magistrate Judge Sarah Netburn from Steven T. Cottreau dated April 20, 2017. Use the Conference found under the event list Motion (Letter). (db)** (Entered: 04/20/2017) |
| 20/2017 | 3524 | LETTER MOTION for Conference addressed to Magistrate Judge Sarah Netburn from Steven T. Cottreau dated Apr Document filed by Dubai Islamic Bank. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Co Steven) (Entered: 04/20/2017) |
| 20/2017 | 3525 | TELEPHONE CONFERENCE ORDER: granting 3524 Letter Motion for Conference. Counsel for the Plaintiffs' Exe Committees and Dubai Islamic Bank are instructed to call Chambers at (212) 805−0286 at 12:00 p.m. on Friday, Apr with all relevant parties on the line for a telephone conference in order to discuss the relief requested in Dubai Islami April 20, 2017 letter. The Plaintiffs' Executive Committees may respond to the letter by 9:00 a.m. on April 21, 2017. Conference set for 4/21/2017 at 12:00 PM before Magistrate Judge Sarah Netburn. (Signed by Magistrate Judge Sara on 4/20/2017) (ap) (Entered: 04/20/2017) |
| 20/2017 | 3526 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated April 20, 2017 r to Michael K. Kellogg's April 17, 2017 Letter on the PECs' Proposed Short Form Complaint. Document filed by All Plaintiffs(on behalf of themselves and all others similarly situated).Filed In Associated Cases: 1:03−md−01570−GBD al.(Haefele, Robert) (Entered: 04/20/2017) |
| 21/2017 | 3527 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executi Committees dated April 21, 2017 re: (3524 in 1:03−md−01570−GBD−SN) LETTER MOTION for Conference addre Magistrate Judge Sarah Netburn from Steven T. Cottreau dated April 20, 2017. . Document filed by All Plaintiffs(on themselves and all others similarly situated). (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Filed In Asso Cases: 1:03−md−01570−GBD−SN et al.(Haefele, Robert) (Entered: 04/21/2017) |
| 21/2017 | 3528 | TELEPHONE CONFERENCE ORDER: The Court has examined the parties' submissions concerning the Plaintiffs' Committees' proposed Notices to Conform and Short Form Complaints. ECF No. 3519, 3522, 3526. The Court has se points of clarification that it believes could be expeditiously resolved in a telephone conference. Accordingly, counse Plaintiffs''Executive Committees and the Kingdom of Saudi Arabia are instructed to call Chambers at (212) 805−028 a.m. on Monday, April 24, 2017. If this date and time is unavailable for any party, they are instructed to contact Chan immediately. Telephone Conference set for 4/24/2017 at 10:30 AM before Magistrate Judge Sarah Netburn. (Signed Magistrate Judge Sarah Netburn on 4/21/2017) (ap) (Entered: 04/21/2017) |
| 24/2017 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Telephone Conference held on 4/24/2017 (Entered: 04/24/2017) |
| 24/2017 | 3529 | LETTER MOTION for Conference *Requesting Sanctions Against Plaintiffs' Counsel James Kriendler* addressed to M Judge Sarah Netburn from Omar T. Mohammedi dated April 24, 2017. Document filed by World Assembly of Musli (Attachments: # 1 Exhibit 1)(Mohammedi, Omar) (Entered: 04/24/2017) |

| | | |
|---|---|---|
| 24/2017 | 3530 | ORDER: In an April 7, 2017 letter, the Kingdom of Saudi Arabia requests that the Court reaffirm Judge Casey's May "order" directing counsel not to "try their cases in the press." ECFNo. 3506. This request is DENIED. Of course, as th progresses, additional regulation of attorneys conduct above and beyond the relevant standards of professional respor may be warranted. But now is not that time. Absent truly egregious or misleading conduct, the Court shall not police statements to the press at this time. At the same time, the Court directs all parties to utilize their discretion in complyi relevant professional standards governing extrajudicial statements, and as further set forth in this order. (Signed by M Judge Sarah Netburn on 4/24/2017) (ap) (Entered: 04/24/2017) |
| 24/2017 | | *****DELETED DOCUMENT. Deleted document number 3531 ORDER. The document was incorrectly filed in Duplicate Order, as per Chambers. (ap)** (Entered: 04/25/2017) |
| 26/2017 | 3531 | SUGGESTION OF BANKRUPTCY upon the record as to Perouz Sedaghaty . Document filed by Perouz Seda Ghaty Alan) (Entered: 04/26/2017) |
| 27/2017 | 3532 | LETTER addressed to Magistrate Judge Sarah Netburn from James P. Kreindler dated April 27, 2017 re: In Re: Terro Attacks on September 11, 2001. Document filed by Kathleen Ashton(as Administrator of the Estate of Thomas Ashto and on behalf of all survivors of Thomas Ashton), Kathleen Ashton(Personal Representative of the Estate of Thomas Kathleen Ashton(as s Surviving Spouse), Kathleen Ashton(Individually). (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, 3)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, James) (Entered: 04 |
| 28/2017 | 3533 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated April 28, 2017 r Notice to Conform and Short Form Complaint. Document filed by All Plaintiffs(on behalf of themselves and all other situated). (Attachments: # 1 Exhibit A − Notice to Conform, # 2 Exhibit B − Revised Proposed Short Form Complair Exhibit C − Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(Haefele, Robert) (Entered: 04/28/2017) |
| 28/2017 | 3534 | CONSENT MOTION for Lynne Bernabei and Alan R. Kabat to Withdraw as Attorney . Document filed by Perouz S (Attachments: # 1 Text of Proposed Order)(Bernabei, Lynne) (Entered: 04/28/2017) |
| 28/2017 | 3535 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Sarah Netburn from Omar T. Mohammedi da 28, 2017 re: 3529 LETTER MOTION for Conference *Requesting Sanctions Against Plaintiffs' Counsel James Kriend* addressed to Magistrate Judge Sarah Netburn from Omar T. Mohammedi dated April 24, 2017. . Document filed by W International, Inc., World Assembly of Muslim Youth. (Mohammedi, Omar) (Entered: 04/28/2017) |
| 28/2017 | 3536 | LETTER addressed to Magistrate Judge Sarah Netburn from J. Scott Tarbutton, Esquire, dated April 28, 2017 re: def Perouz Sedghaty's Suggestion of Bankruptcy and his counsels' Motion to Withdraw as Counsel of Record. Document Plaintiffs Executive Committees.(Carter, Sean) (Entered: 04/28/2017) |
| 28/2017 | 3537 | TELEPHONE CONFERENCE ORDER: The Court has examined the parties' April 14, 2017 joint submission concer new cases filed against non−sovereign defendants. ECF No. 3517. The Court has several points of clarification that it could be expeditiously resolved in a telephone conference. Accordingly, counsel for the Plaintiffs' Executive Commit Defendants Executive Committee, and any interested plaintiffs' attorneys who have filed the new complaints in quest instructed to jointly call Chambers at (212) 805− 0286 (or provide a call−in number for the Court to dial into) at 01:3 Monday, May 1, 2017. To the extent there are any cases that have named non−sovereign defendants that have not yet related to the MDL, the Plaintiffs' Executive Committees are ordered to serve a copy of this Order on plaintiffs' couns cases and invite them to participate in the call. (Telephone Conference set for 5/1/2017 at 01:30 PM before Magistrat Sarah Netburn.) (Signed by Magistrate Judge Sarah Netburn on 4/28/2017) (ap) Modified on 5/1/2017 (ap). Modified 5/11/2017 (ap). (Entered: 04/28/2017) |
| 28/2017 | 3538 | ORDER granting 3529 Letter Motion for Conference. Counsel for the World Assembly of Muslim Youth (WAMY) a Kreindler are ordered to call Chambers jointly at (212) 805−0286 on Monday, May 8, 2017, at 12:00 p.m. to be heard WAMY's request for sanctions. (In the alternative, the parties may provide the Court with a conference call−in numbe extent any member of the PEC or DEC wish to appear, the parties should make appropriate arrangements. WAMY is deliver a copy of WAMY SA3821−3822, together with a certified English translation, to Chambers for in camera rev Wednesday, May 3, 2017. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, S (Entered: 04/28/2017) |
| 28/2017 | 3539 | MEMO ENDORSEMENT: on re: 3536 Letter, filed by Plaintiffs Executive Committees. The Plaintiffs' Executive Co request is GRANTED, and they may respond to Perouz Sedaghaty's Suggestion of Bankruptcy and his counsels' moti withdraw by Friday, May 5, 2017. (Responses due by 5/5/2017) (Signed by Magistrate Judge Sarah Netburn on 4/28/ (Entered: 04/28/2017) |
| 01/2017 | 3540 | LETTER addressed to Magistrate Judge Sarah Netburn from Steven T. Cottreau dated May 1, 2017 re: Deposition Pr Document filed by Dubai Islamic Bank.(Cottreau, Steven) (Entered: 05/01/2017) |
| 01/2017 | 3541 | MEMO ENDORSEMENT: on re: 3540 Letter filed by Dubai Islamic Bank. ENDORSEMENT: The Court appreciate parties' willingness to work collaboratively to craft a comprehensive deposition protocol before proceedings with Dr. deposition. Accordingly, the Plaintiffs' Executive Committees ("PEC") and Defendants' Executive Committee ("DEC |

| | | |
|---|---|---|
| | | ordered to meet and confer and submit a proposed deposition protocol by Monday, May 29, 2017, accompanied by se letters identifying any areas of dispute that they would like to bring to the Court's attention. Because Dr. Hussein's de will be the first to be subjected to this prospective protocol, if Dubai Islamic Bank has any comments or objections to protocol that are particular to this deposition, it may file a separate letter on this date as well. (Signed by Magistrate J Netburn on 5/1/2017) (ap) Modified on 5/2/2017 (ap). (Entered: 05/01/2017) |
| )3/2017 | 3542 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** MOTION for Sanctions − *Request fo Additional Sanctions under Rule 37(b)(2) against Wa'el Jelaidan*. Document filed by Plaintiffs Executive Committee Robert) Modified on 5/4/2017 (db). (Entered: 05/03/2017) |
| )3/2017 | 3543 | **Superseded by Judge's Order dated 7/10/2018, Doc. #4045 in case 1:03−md−1570.** ORDER APPROVING NOTI CONFORM AND SHORT FORM COMPLAINTS: On April 24, 2017, the Court held a telephone conferences with and counsel for Saudi Arabia to address the Court's several points of clarification regarding the PECs' proposed Notic Conform and Short Form complaints. ECF No. 3528. On April 28, 2017, the PECs submitted a revised proposed Sho Complaint and revised proposed order for the courts consideration. ECF No. 3533. The Court hereby approves the No Conform submitted for consideration on April 5, 2017 and Short Form Complaint submitted by the Plaintiffs' Executi Committees on April 28, 2017, and as further set forth in this order. (Signed by Magistrate Judge Sarah Netburn on 5 (ap) Modified on 8/28/2018 (ras). (Entered: 05/03/2017) |
| )3/2017 | 3544 | EXHIBIT A−Linked to Order on Short Form Complaints. (ap) (Entered: 05/03/2017) |
| )3/2017 | 3545 | EXHIBIT B−Linked to Order on Short Form Complaints. (ap) (Entered: 05/03/2017) |
| )3/2017 | 3546 | ORDER: with respect to 3542 Motion for Sanctions. Defendant Wael Jelaidan shall respond to this letter by Wednesd 10, 2017. Such response should not only address the Plaintiffs' Executive Committees' current motion for additional s but also apprise the Court of any additional actions that Jelaidan has taken to secure the necessary OFAC license to co the Court's prior orders since the October 28, 2016 letter. (Signed by Magistrate Judge Sarah Netburn on 5/3/2017) (a Modified on 5/4/2017 (ap). (Entered: 05/03/2017) |
| )4/2017 | 3547 | AMENDED COMPLAINT amending 3463 Amended Complaint, against Kingdom of Saudi Arabia with JURY DEMAND.Document filed by Beazley Furlonge Ltd., Managing Agency Partners Ltd. Related document: 3463 Ame Complaint, filed by Plaintiffs Executive Committees.(Katz, Scott) (Entered: 05/04/2017) |
| )5/2017 | 3548 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** LETTER RESPONSE to Motion add Magistrate Judge Sarah Netburn from Martin F. McMahon dated 05/05/2017 re: 3542 MOTION for Sanctions − *Req Additional Sanctions under Rule 37(b)(2) against Wa'el Jelaidan*. . Document filed by Wael Jalaidan. (Attachments: Follow−up Letter to OFAC)(McMahon, Martin) Modified on 5/8/2017 (db). (Entered: 05/05/2017) |
| )5/2017 | 3549 | BRIEF re: 3458 Memo Endorsement, Set Deadlines,,,, − *Burnett Plaintiffs' Memorandum Addressing "Functional Eq Solatium Claims*. Document filed by Burnett Plaintiffs.(Flowers, Jodi) (Entered: 05/05/2017) |
| )5/2017 | 3550 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman dated May 5, 2017 re: Opposition to t to Withdraw as Attorney of Record (ECF No. 3534). Document filed by Plaintiffs Executive Committees. (Attachme Exhibit A − Bankruptcy Petition)(Goldman, Jerry) (Entered: 05/05/2017) |
| )5/2017 | 3551 | MEMORANDUM OF LAW in Support re: (91 in 1:11−cv−07550−GBD−SN) MOTION for Judgment . *Reconsidera Claims of Functional Equivalents of Immediate Family Members*. Document filed by Hoglan Plaintiffs. Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Fleming, Timothy) (Entered: 05/05/2017) |
| )5/2017 | 3552 | DECLARATION of Anthony Dorf in Support re: (91 in 1:11−cv−07550−GBD−SN) MOTION for Judgment .. Docu by Hoglan Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Fleming, T (Entered: 05/05/2017) |
| )5/2017 | 3553 | DECLARATION of Jennie Mandelino in Support re: (91 in 1:11−cv−07550−GBD−SN) MOTION for Judgment .. D filed by Hoglan Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Flemi Timothy) (Entered: 05/05/2017) |
| )5/2017 | 3554 | DECLARATION of James Mandelino in Support re: (91 in 1:11−cv−07550−GBD−SN) MOTION for Judgment .. Do filed by Hoglan Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Flemi Timothy) (Entered: 05/05/2017) |
| )5/2017 | 3555 | DECLARATION of Mary Ann Pino in Support re: (91 in 1:11−cv−07550−GBD−SN) MOTION for Judgment .. Doc by Hoglan Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD− 1:11−cv−07550−GBD−SN(Fleming, Timothy) (Entered: 05/05/2017) |
| )5/2017 | 3556 | DECLARATION of Angela Mistrulli in Support re: (91 in 1:11−cv−07550−GBD−SN) MOTION for Judgment .. Do filed by Hoglan Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Fleming, Timothy) (Entered: 05/05/2017) |

| | | |
|---|---|---|
| )5/2017 | 3557 | DECLARATION of Philomena Mistrulli in Support re: (91 in 1:11−cv−07550−GBD−SN) MOTION for Judgment .. filed by Hoglan Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Flemi Timothy) (Entered: 05/05/2017) |
| )5/2017 | 3558 | DECLARATION of Maryann Mistrulli Rosser in Support re: (91 in 1:11−cv−07550−GBD−SN) MOTION for Judgn Document filed by Hoglan Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Fleming, Timothy) (Entered: 05/05/2017) |
| )5/2017 | 3559 | DECLARATION of Jennie Mandelino in Support re: (91 in 1:11−cv−07550−GBD−SN) MOTION for Judgment .. D filed by Hoglan Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Flemi Timothy) (Entered: 05/05/2017) |
| )5/2017 | 3560 | DECLARATION of Alice Hoagland in Support re: (91 in 1:11−cv−07550−GBD−SN) MOTION for Judgment .. Doc by Hoglan Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Fleming, T (Entered: 05/05/2017) |
| )5/2017 | 3561 | DECLARATION of Estate of Herbert Hoglan in Support re: (91 in 1:11−cv−07550−GBD−SN) MOTION for Judgm Document filed by Hoglan Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Fleming, Timothy) (Entered: 05/05/2017) |
| )5/2017 | 3562 | DECLARATION of Linden Hoglan in Support re: (91 in 1:11−cv−07550−GBD−SN) MOTION for Judgment .. Docu by Hoglan Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Fleming, T (Entered: 05/06/2017) |
| )6/2017 | 3563 | DECLARATION of Vaughn Hoglan in Support re: (91 in 1:11−cv−07550−GBD−SN) MOTION for Judgment .. Doc by Hoglan Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Fleming, T (Entered: 05/06/2017) |
| )6/2017 | 3564 | DECLARATION of Kathleen B. Hoglan in Support re: (91 in 1:11−cv−07550−GBD−SN) MOTION for Judgment .. filed by Hoglan Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Flemi Timothy) (Entered: 05/06/2017) |
| )6/2017 | 3565 | DECLARATION of Candyce Hoglan in Support re: (91 in 1:11−cv−07550−GBD−SN) MOTION for Judgment .. Do filed by Hoglan Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Flemi Timothy) (Entered: 05/06/2017) |
| )6/2017 | 3567 | DECLARATION of Lee N. Hoglan in Support re: (91 in 1:11−cv−07550−GBD−SN) MOTION for Judgment .. Docu by Hoglan Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Fleming, T (Entered: 05/06/2017) |
| )6/2017 | 3568 | DECLARATION of Gary Reiss for Estate of Ida Reiss in Support re: (91 in 1:11−cv−07550−GBD−SN) MOTION fo .. Document filed by Hoglan Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Fleming, Timothy) (Entered: 05/06/2017) |
| )6/2017 | 3569 | DECLARATION of Judith Reiss for Estate of Lenore Jackson in Support re: (91 in 1:11−cv−07550−GBD−SN) MO Judgment .. Document filed by Hoglan Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Fleming, Timothy) (Entered: 05/06/2017) |
| )6/2017 | 3570 | DECLARATION of Judith Reiss for Estate of Ken Jackson in Support re: (91 in 1:11−cv−07550−GBD−SN) MOTIC Judgment .. Document filed by Hoglan Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Fleming, Timothy) (Entered: 05/06/2017) |
| )6/2017 | 3571 | DECLARATION of Norma Ward in Support re: (91 in 1:11−cv−07550−GBD−SN) MOTION for Judgment .. Docun by Hoglan Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Fleming, T (Entered: 05/06/2017) |
| )6/2017 | | *****STRICKEN DOCUMENT. Deleted document number [DECLARATION of Carole Grazioso in Support re 1:11−cv−07550−GBD−SN) MOTION for Judgment] from the case record. The document was stricken from th pursuant to 3617 Order on Motion to Withdraw. (tn)** (Entered: 05/30/2017) |
| )8/2017 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Ma Francis McMahon to RE−FILE Document 3548 Response to Motion. Use the event type Status Report found u event list Other Documents. (db)** (Entered: 05/08/2017) |
| )8/2017 | 3572 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter, Esquire, dated May 8, 2017, re: the Plai Executive Committees write to submit their revised proposal for coordination of proceedings as to non−sovereign de newly filed actions. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A_Chart, # 2 Exh B_Proposed Stip, # 3 Exhibit C_Proposed Order)(Carter, Sean) (Entered: 05/08/2017) |

| | | |
|---|---|---|
| )8/2017 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Telephone Conference held on 5/8/2017. (Entered: 05/16/2017) |
| )9/2017 | 3573 | REPLY MEMORANDUM OF LAW in Support re: 3534 CONSENT MOTION for Lynne Bernabei and Alan R. Kal Withdraw as Attorney . . Document filed by Perouz Seda Ghaty. (Kabat, Alan) (Entered: 05/09/2017) |
| )9/2017 | 3574 | STATUS REPORT. Document filed by Wael Jalaidan. (Attachments: # 1 Exhibit Ex. 1 Letter to OFAC)(McMahon, (Entered: 05/09/2017) |
| )9/2017 | 3575 | DECLARATION of Candyce Hoglan in Support re: (91 in 1:11−cv−07550−GBD−SN) MOTION for Judgment .. Do filed by Hoglan Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Flemi Timothy) (Entered: 05/09/2017) |
| )9/2017 | 3576 | DECLARATION of Norma Ward in Support re: (91 in 1:11−cv−07550−GBD−SN) MOTION for Judgment .. Docun by Hoglan Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Fleming, T (Entered: 05/09/2017) |
| .0/2017 | 3577 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert M. Kaplan dated May 10, 2017 re: sealing order filed by American Casualty Company of Reading, Pennsylvania, Continental Insurance Company, National Fire Insu Company of Hartford, Transcontinental Insurance Company, Transportation Insurance Company, Valley Forge Insur Company.(Kaplan, Robert) (Entered: 05/10/2017) |
| .1/2017 | 3578 | TRANSCRIPT of Proceedings re: Conference held on 4/21/2017 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Steven Greenblum, (212) 805−0300. Transcript may be viewed at the court public terminal or p through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 6/1/2017. Redacted Transcript Deadline set for 6/12/2017. Release Transcript Restriction set for 8/9/2017.(Siwik, Christine) (Entered: 05/11/2017) |
| .1/2017 | 3579 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conferenc proceeding held on 4/21/17 has been filed by the court reporter/transcriber in the above−captioned matter. The partie: seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...( Christine) (Entered: 05/11/2017) |
| .1/2017 | 3580 | TRANSCRIPT of Proceedings re: Conference held on 4/24/2017 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Andrew Walker, (212) 805−0300. Transcript may be viewed at the court public terminal or pur through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 6/1/2017. Redacted Transcript Deadline set for 6/12/2017. Release Transcript Restriction set for 8/9/2017.(Siwik, Christine) (Entered: 05/11/2017) |
| .1/2017 | 3581 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conferenc proceeding held on 4/24/17 has been filed by the court reporter/transcriber in the above−captioned matter. The partie: seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...( Christine) (Entered: 05/11/2017) |
| .2/2017 | 3582 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter, Esquire, dated May 12, 2017 re: respons report" filed by Martin McMahon, ECF No. 3574. Document filed by Plaintiffs Executive Committees. (Attachments Exhibit A_Letter to Judge Maas, # 2 Exhibit B_McMahon to OFAC, # 3 Exhibit C_OFAC to McMahon, # 4 Exhibit D_McMahon to OFAC, # 5 Exhibit E_DOJ to McMahon, # 6 Exhibit F_Memo to Al Radhi, # 7 Exhibit G_Letter to 8 Exhibit H_Declaration)(Carter, Sean) (Entered: 05/12/2017) |
| .2/2017 | 3583 | STATUS REPORT. Document filed by Wael Jalaidan. (Attachments: # 1 Exhibit Ex. 1, Nov. 1st 2016 Letter to OFAC)(McMahon, Martin) (Entered: 05/12/2017) |
| .6/2017 | 3584 | ORDER: Plaintiffs in Underwriting Members of Lloyd's Syndicate 2 v. Al Rajhi Bank, 17cv2129 (GBD)(SN) ("Lloy file an amended complaint as to National Commercial Bank, Al Rajhi Bank, and Saudi Binladin Group, who are the non−sovereign defendants named in that case, by Friday, May 19, 2017. On the same date, plaintiffs in Addesso, Agu and Hodges shall file (1) a stipulation adopting the jurisdictional, liability, and factual allegations presented in Lloyd' notices pursuant to Federal Rule of Civil Procedure 41(a) dismissing without prejudice the claims against the remaini non−sovereign defendants named in their complaints. The plaintiffs in Charter Oak Fire Ins. Co. v. Al Rajhi Bank, 17 (GBD)(SN), shall file the above−referenced stipulation on Friday May 19, 2017, and a status letter by Friday, May 26 advising the Court whether they intend to proceed on their claims as to the other non−sovereign defendants named in complaint, or whether they intend to dismiss those claims. National Commercial Bank, Al Rajhi Bank, and Saudi Bin Group shall each file a consolidated motion to dismiss all of the referenced complaints, as well as any newly−filed co that incorporate the jurisdictional, liability, and factual allegations presented in Lloyd's I, by Monday, August 21, 201 defendant's memorandum of law in support of its consolidated motion shall not exceed 35 pages. Plaintiffs shall file a consolidated opposition to each motion not to exceed 35 pages by Friday, October 20, 2017. Each defendant shall sul |

| | | |
|---|---|---|
| | | consolidated reply not to exceed 15 pages by Monday, November 20, 2017. Furthermore, as stated on the record at th 23, 2017 status conference and requested by the parties, the Court ORDERS that acceptance of service by a defendan of service by a defendant shall not waive any jurisdictional or merits defenses to the claims in those actions, other tha sufficiency of service. For avoidance of doubt, a defendant's acceptance of service or waiver of service will have no i the defendant's right to argue that the Court lacks personal jurisdiction over it. Filed in Associated Case: 16−cv−9937 by Magistrate Judge Sarah Netburn on 5/16/2017) (ap) Modified on 6/6/2017 (ap). (Entered: 05/16/2017) |
| .7/2017 | 3585 | ORDER: with respect to 3534 Motion to Withdraw as Attorney. The Court has reviewed Lynne Bernabei and Alan K 28, 2017 motion to withdraw as counsel for defendant Perouz Sedaghaty, submitted several days after Sedaghaty peti relief under Title 7 of the United States Bankruptcy Code in Bankruptcy Court in Oregon, as well as the Plaintiffs' Ex Committee's objections to such withdrawal, and Sedaghaty's counsel's reply memorandum. Based on the submissions concludes that it needs additional information to evaluate the motion to withdraw as counsel. Accordingly, the Court that Bernabei and Kabat provide it with a declaration and any necessary supporting documents explaining (1) the natu professional considerations that require their withdrawal; (2) why the withdrawal coincided exactly with Sedaghaty's filing; and (3) any other information that would be helpful to the Court in evaluating the application. These document filed UNDER SEAL and reviewed in camera by the Court. Counsel may submit these supplemental disclosures by er Netburn_NYSDChambers@nysd.uscourts.gov or hand−delivered to Chambers. (Signed by Magistrate Judge Sarah N 5/17/2017) (ap) (Entered: 05/17/2017) |
| .8/2017 | 3586 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MOTION for Sean P. Carter, Stephen A. Cozen, Elliott R. and J. Scott Tarbutton to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−13678853. **Motion and su papers to be reviewed by Clerk's Office staff.** Document filed by Federal Insurance Company et al., Plaintiffs. (Att # 1 Text of Proposed Order Proposed Order)(Carter, Sean) Modified on 5/18/2017 (bcu). (Entered: 05/18/2017) |
| .8/2017 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE−FILE Doc 3586 MOTION for Sean P. Carter, Stephen A. Cozen, Elliott R. Feldman and J. Scott Tarbutton to Appear Pr . Filing fee $ 200.00, receipt number 0208−13678853. Motion and supporting papers to be reviewed by Clerk& filing is deficient for the following reason(s): the wrong event type was used to file the motion;. Re−file the mot the event type Miscellaneous Relief found under Motions − attach the correct signed PDF − select the correct r filer/filers − attach valid Certificates of Good Standing issued within the past 30 days − attach Proposed Order Modified on 5/18/2017 (bcu). (Entered: 05/18/2017)** |
| .8/2017 | 3587 | TRANSCRIPT of Proceedings re: Conference held on 5/1/2017 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Samuel Mauro, (212) 805−0300. Transcript may be viewed at the court public terminal or purc through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 6/8/2017. Redacted Transcript Deadline set for 6/19/2017. Release Transcript Restriction set for 8/16/2017.(Siwik, Christine) (Entered: 05/18/2017) |
| .8/2017 | 3588 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conferenc proceeding held on 5/1/17 has been filed by the court reporter/transcriber in the above−captioned matter. The parties (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(Siw Christine) (Entered: 05/18/2017) |
| .8/2017 | 3589 | MOTION to Extend Pro Hac Vice Admissions of Sean P. Carter, Stephen A. Cozen, Elliott R. Feldman and J. Scott T cases consolidated into 03MDL1570 . Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: Proposed Order Proposed Order)(Carter, Sean) (Entered: 05/18/2017) |
| .8/2017 | 3591 | ORDER EXTENDING PRO HAC VICE: granting 3589 Motion for Extending Pro Hac Vice Admissions. The existi vice admissions of Cozen O'Connor attorneys Sean P. Carter, Stephen A. Cozen, Elliott R. Feldman, and J. Scott Tarl extended to The Underwriting Members of Lloyd's Syndicate 2, et al. v. Al Rajhi Bank, et al., Case No. 16−cv−0785 Underwriting Members of Lloyd's Syndicate 53, et al. v. Kingdom of Saudi Arabia, et al., Case No. 17−cv−02129. Se Carter, Stephen A. Cozen, Elliott R. Feldman, and J. Scott Tarbutton may appear in the above captioned cases, or any consolidated MDL cases if necessary, now or in the future, by filing notices of appearance. Additional applications fo vice admission will not be required. (Signed by Magistrate Judge Sarah Netburn on 5/18/2017) (ap) (Entered: 05/19/2 |
| .9/2017 | 3590 | NOTICE OF VOLUNTARY DISMISSAL Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, t plaintiff(s) and or their counsel(s), hereby give notice that the above−captioned action is voluntarily dismissed, witho against the defendant(s) Al Haramain Islamic Foundation, Dallah Avco Trans Arabia, Dubai Islamic Bank, Internatio Relief Organization, Mohamed Binladin Company, Mohamed Binladin Organization, Muslim World League, Prince Al−Faisal Al−Saud, World Assembly of Islamic Youth, Yasin Kadi. Document filed by Luis Aguilar. (LoPalo, Chris (Entered: 05/19/2017) |
| .9/2017 | 3592 | NOTICE OF APPEARANCE by Sean P. Carter on behalf of AMERICAN FIRE AND CASUALTY COMPANY, A Economy Insurance Company, COPENHAGEN REINSURANCE COMPANY (U.K.) LIMITED, Employers Insura Company of Wausau, Excelsior Insurance Company, General Insurance Company Of America, General Security Ind Company Of Arizona, General Security National Insurance Company, Indiana Insurance Company, Liberty Insuranc |

| | | |
|---|---|---|
| | | Corporation, Liberty Insurance Underwriters Inc., Liberty Life Assurance Company of Boston, Liberty Mutual Fire I Company, Liberty Mutual Insurance Company, Liberty Mutual Insurance Europe Limited, Midwestern Indemnity Co Netherlands Insurance Company, Odyssey Reinsurance Company, Ohio Casualty Insurance Company, Peerless Insur Company, QBE INSURANCE (INTERNATIONAL) LTD., Safeco Insurance Company of America, Scor Global P& UK Company Limited, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1003, UNDERWRITING MEM LLOYD'S SYNDICATE 1121, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1209, UNDERWRITIN MEMBERS OF LLOYD'S SYNDICATE 1236, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1243, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1308, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2003, UNDERWRITING MEMBERS LLOYD'S SYNDICATE 2020, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 205, UNDERWRITIN MEMBERS OF LLOYD'S SYNDICATE 228, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 271, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 376, UNDERWRITING MEMBERS OF LLOYD'S SY 510, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 529, UNDERWRITING MEMBERS OF LLOYD SYNDICATE 53, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 535, UNDERWRITING MEMBERS LLOYD'S SYNDICATE 55, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 557, UNDERWRITING OF LLOYD'S SYNDICATE 588, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 672, UNDERWRIT MEMBERS OF LLOYD'S SYNDICATE 807, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 861, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 991, Unionamerica Insurance Company Limited, Waus Business Insurance Company, Wausau Underwriters Insurance Company. (Attachments: # 1 Appendix Order Extend Vice Admissions)(Carter, Sean) (Entered: 05/19/2017) |
| .9/2017 | 3593 | NOTICE of Notice to Conform to Consolidated Amended Complaint. Document filed by The Charter Oak Fire Insur Company. (Sheps, Robert) (Entered: 05/19/2017) |
| .9/2017 | 3594 | STATUS REPORT. Document filed by Wael Jalaidan. (Attachments: # 1 Exhibit Ex. 1 OFAC Email)(McMahon, Ma (Entered: 05/19/2017) |
| .9/2017 | 3595 | LETTER addressed to Judge George B. Daniels from Robert A. O'Hare Jr. dated 5/19/2017 re: Commencement of Ro Action by Short Form Complaint Per May 3, 2017 Order. Document filed by General Reinsurance Corporation, Gene Reinsurance AG, Faraday Underwriting Limited on behalf of the underwriting members of Lloyds Syndicate 435, Th Underwriting Members of Lloyds Syndicate 1861, National Indemnity Company, Columbia Insurance Company.(O'H Robert) (Entered: 05/19/2017) |
| 21/2017 | 3596 | NOTICE of STIPULATION ADOPTING ALLEGATIONS AS TO NATIONAL COMMERCIAL BANK, AL RAJH AND SAUDI BINLADIN GROUP. Document filed by Luis Aguilar. (LoPalo, Christopher) (Entered: 05/21/2017) |
| 22/2017 | 3597 | TELEPHONE CONFERENCE ORDER: terminating 3542 Motion for Sanctions. Counsel for Wael Jelaidan and the ordered to jointly call Chambers at (212) 805−0286 at 11:00 a.m. on Thursday, May 25, 2017 to discuss the adequacy effort of Jelaidan's counsel to secure the necessary Office of Foreign Assets Control ("OFAC") license to satisfy the s award due to the PEC and the appropriateness of any additional sanctions. The Clerk of Court is respectfully requeste Dkt. No. 3542, and as further set forth in this order. (Signed by Magistrate Judge Sarah Netburn on 5/22/2017) (ap) M 6/8/2017 (ap). (Entered: 05/22/2017) |
| 22/2017 | | Set/Reset Hearings: Telephone Conference set for 5/25/2017 at 11:00 AM before Magistrate Judge Sarah Netburn. (a (Entered: 05/22/2017) |
| 22/2017 | 3598 | MEMO ENDORSEMENT on re: (3577 in 1:03−md−01570−GBD−SN) Letter, filed by Valley Forge Insurance Com American Casualty Company of Reading, Pennsylvania, Continental Insurance Company, National Fire Insurance Co Hartford, Transportation Insurance Company, Transcontinental Insurance Company. ENDORSEMENT: Plaintiffs' re schedules identifying their insureds and the amounts paid thereto under seal is GRANTED in part and DENIED in pa Plaintiffs have not made a showing under Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006), to over presumption of public access to judicial documents. Indeed, it is quite likely that the information to be redacted will b the Court's assessment of damages. Not withstanding the inadequate showing, Plaintiffs may redact the names of thei on any schedules that they may file, but may not redact the amounts paid or the property the amounts were paid for. ( Magistrate Judge Sarah Netburn on 5/22/2017) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−05970−GBD−SN(jwh) (Entered: 05/22/2017) |
| 23/2017 | 3599 | LETTER addressed to Judge George B. Daniels from James L. Bernard dated May 23, 2017 re: Requesting that the A Action be made part of In Re: Terrorist Attacks on September 11, 2001, 03−MDL−1570 (GBD)(SN). Document filec Arrowood Indemnity Company, Arrowood Surplus Lines Insurance Company.(Bernard, James) (Entered: 05/23/2017 |
| 24/2017 | 3600 | NOTICE of Short Form Complaint − Addesso v. Kingdom of Saudi Arabia, 16−cv−9937 (GBD)(SN. Document filec Addesso. (LoPalo, Christopher) (Entered: 05/24/2017) |
| 24/2017 | 3601 | NOTICE of Short Form Complaint − Abarca v. Kingdom of Saudi Arabia, 17−cv−3887 (GBD)(SN). Document filed Shkolnik PLLC. (LoPalo, Christopher) (Entered: 05/24/2017) |

| | | |
|---|---|---|
| 24/2017 | 3602 | NOTICE of Stipulation Adopting Allegations As To National Commercial Ban, Al Rajhi Bank, and Saudi Binladin G Abarca, 17−cv−3887. Document filed by Napoli Shkolnik PLLC. (LoPalo, Christopher) (Entered: 05/24/2017) |
| 24/2017 | 3603 | NOTICE of Short Form Complaint − Aguilar v. Kingdom of Saudi Arabia, 16−cv−9663 (GBD)(SN). Document filed Aguilar. (LoPalo, Christopher) (Entered: 05/24/2017) |
| 24/2017 | 3604 | NOTICE of Short Form Complaint − Aiken v. Kingdom of Saudi Arabia, 17−cv−450 (GBD)(SN). Document filed by Aiken. (LoPalo, Christopher) (Entered: 05/24/2017) |
| 24/2017 | 3605 | NOTICE of Short Form Complaint − Hodges v. Kingdom of Saudi Arabia, 17−cv−117 (GDB)(SN). Document filed Hodges. (LoPalo, Christopher) (Entered: 05/24/2017) |
| 24/2017 | 3606 | LETTER addressed to Magistrate Judge Sarah Netburn from Christopher LoPalo dated May 24, 2017 re: Commence new action and recent Short Form Complaint and Stipulation Filings. Document filed by Napoli Shkolnik PLLC.(LoI Christopher) (Entered: 05/24/2017) |
| 25/2017 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Telephone Conference held on 5/25/2017 (Entered: 05/25/2017) |
| 25/2017 | 3607 | NOTICE OF APPEARANCE by Patrick Nicholas Petrocelli on behalf of Arrowood Indemnity Company, Arrowood Lines Insurance Company. (Petrocelli, Patrick) (Entered: 05/25/2017) |
| 25/2017 | 3608 | NOTICE OF APPEARANCE by James Lawrence Bernard on behalf of Arrowood Indemnity Company, Arrowood S Lines Insurance Company. (Bernard, James) (Entered: 05/25/2017) |
| 25/2017 | 3609 | MOTION to Withdraw 3566 in 1:03−md−01570−GBD−SN Declaration in Support of Motion . Document filed by C Grazioso. (Attachments: # 1 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Fleming, Timothy) Modified on 5/30/2017 (tn). (Entered: 05/25/2017) |
| 25/2017 | 3610 | ORDER: Accordingly, the Court ORDERS Jelaidan's counsel to submit status reports every thirty days, starting Mon 26, 2017, and every 30 days thereafter, which describe in detail his continuing efforts to secure the requisite OFAC li status reports should describe the date and nature of contacts with specific individuals at OFAC with sufficient detail Court to evaluate the adequacy of counsel's efforts. If counsel fails to submit such reports or submits reports that do n document that he is making adequate efforts to secure the license, the Court will sanction counsel by imposing a fine hundred dollars ($100) a day payable to the Clerk of Court until counsel enters into compliance, pursuant to Rule 16 the Court's inherent power, and as further set forth in this order. (Signed by Magistrate Judge Sarah Netburn on 5/25/ (Entered: 05/25/2017) |
| 25/2017 | 3611 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter, Esquire, dated May 25, 2017, re: an exte the deadline for the submission of proposed comprehensive deposition protocol. Document filed by Plaintiffs Executi Committees.(Carter, Sean) (Entered: 05/25/2017) |
| 25/2017 | 3612 | TRANSCRIPT of Proceedings re: CONFERENCE held on 4/24/2017 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Andrew Walker, (212) 805−0300. Transcript may be viewed at the court public terminal or pur through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 6/15/2017. Redacted Transcript Deadline set for 6/26/2017. Releas Transcript Restriction set for 8/23/2017.(McGuirk, Kelly) (Entered: 05/25/2017) |
| 25/2017 | 3613 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERI proceeding held on 4/24/17 has been filed by the court reporter/transcriber in the above−captioned matter. The parties seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...( Kelly) (Entered: 05/25/2017) |
| 25/2017 | 3614 | TRANSCRIPT of Proceedings re: CONFERENCE held on 4/21/2017 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Steven Greenblum, (212) 805−0300. Transcript may be viewed at the court public terminal or p through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 6/15/2017. Redacted Transcript Deadline set for 6/26/2017. Releas Transcript Restriction set for 8/23/2017.(McGuirk, Kelly) (Entered: 05/25/2017) |
| 25/2017 | 3615 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERI proceeding held on 4/21/17 has been filed by the court reporter/transcriber in the above−captioned matter. The parties seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...( Kelly) (Entered: 05/25/2017) |
| 26/2017 | 3616 | MEMO ENDORSEMENT: on re: 3611 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The par for an extension of the deadline for the submission of a proposed deposition protocol and letters explaining their posi respect to areas of disagreement concerning the protocol is GRANTED. The parties shall submit a proposed protocol |

| | | |
|---|---|---|
| | | accompanying letters by Monday, June 19, 2017. (Signed by Magistrate Judge Sarah Netburn on 5/26/2017) (ap) (En 05/26/2017) |
| 26/2017 | 3617 | ORDER granting 3609 Motion to Withdraw. Plaintiff Carole Garzioso's request to withdraw the declaration filed on 2017 is GRANTED. The Clerk of Court is respectfully requested to strike Dkt. No. 3566 from the record. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 05/26/2017) |
| 26/2017 | 3618 | STATUS REPORT. Document filed by The Charter Oak Fire Insurance Company.(Sheps, Robert) (Entered: 05/26/2 |
| 30/2017 | 3619 | TRANSCRIPT of Proceedings re: CONFERENCE held on 5/8/2017 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Carol Ganley, (212) 805−0300. Transcript may be viewed at the court public terminal or purch through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 6/20/2017. Redacted Transcript Deadline set for 6/30/2017. Releas Transcript Restriction set for 8/28/2017.(McGuirk, Kelly) (Entered: 05/30/2017) |
| 30/2017 | 3620 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFER proceeding held on 5/8/17 has been filed by the court reporter/transcriber in the above−captioned matter. The parties (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(Mc Kelly) (Entered: 05/30/2017) |
| 02/2017 | 3621 | MEMO ENDORSEMENT: on re: (3618 in 1:03−md−01570−GBD−SN) Status Report filed by The Charter Oak Fire Company. ENDORSEMENT: The Charter Oak Plaintiffs' proposal is approved, and their claims against the Muslim League, International Islamic Relief Organization, World Assembly of Muslim Youth, and Dallah Avco Trans Arabi STAYED until December 1, 2017. On that date, the Plaintiffs are to file a letter reporting to the Court their intentions claims. In the event that Plaintiffs choose to dismiss these claims before December 1, 2017, they shall file appropriat stipulations of dismissal. (Docketed in case 3md1570 and 17cv2651.) (Signed by Magistrate Judge Sarah Netburn on (ap) (Entered: 06/02/2017) |
| 09/2017 | 3622 | LETTER addressed to Magistrate Judge Sarah Netburn from Steven T. Cottreau dated June 9, 2017 re: Discovery De Document filed by Dubai Islamic Bank.(Cottreau, Steven) (Entered: 06/09/2017) |
| 12/2017 | 3623 | MEMO ENDORSEMENT: on re: 3622 Letter filed by Dubai Islamic Bank. ENDORSEMENT: Dubai Islamic Bank's an extension of time to complete document discovery is GRANTED. Document discovery as to Dubai Islamic Bank conclude on Monday, July 31, 2017. (Discovery due by 7/31/2017.) (Signed by Magistrate Judge Sarah Netburn on 6 (ap) (Entered: 06/12/2017) |
| 13/2017 | 3624 | LETTER addressed to Magistrate Judge Sarah Netburn from Steven T. Cottreau dated June 13, 2017 re: Deposition F Document filed by Dubai Islamic Bank.(Cottreau, Steven) (Entered: 06/13/2017) |
| 14/2017 | 3625 | MEMO ENDORSEMENT: on re: 3624 Letter filed by Dubai Islamic Bank. ENDORSEMENT: The parties' request i GRANTED. The PEC and DEC may submit a joint proposed deposition protocol and/or letters describing any points disagreement to the Court by Friday, July 7, 2017. (Signed by Magistrate Judge Sarah Netburn on 6/14/2017) (ap) (E 06/14/2017) |
| 16/2017 | 3626 | LETTER MOTION for Extension of Time *re: Document Production* addressed to Magistrate Judge Sarah Netburn fr E. Bembry dated June 16, 2017. Document filed by International Islamic Relief Organization(IIRO), Muslim World League.(Bembry, Aisha) (Entered: 06/16/2017) |
| 19/2017 | 3627 | ORDER: granting 3626 Letter Motion for Extension of Time. The Muslim World League and International Islamic R Organization's request for an extension of time to complete document production is GRANTED. The Muslim World International Islamic Relief Organization shall produce all documents no later than Tuesday, August 15, 2017, and sh the rolling production schedule agreed upon with the Plaintiffs' Executive Committees. (Signed by Magistrate Judge Netburn on 6/19/2017) (ap) (Entered: 06/19/2017) |
| 19/2017 | 3628 | MOTION for Default Judgment as to *Islamic Republic of Iran*. Document filed by American Casualty Company of R Pennsylvania, Continental Casualty Company, National Fire Insurance Company of Hartford, Transcontinental Insur Company, Transportation Insurance Company, Valley Forge Insurance Company. Responses due by 6/26/2017 Retur for 6/26/2017 at 10:00 AM.(Kaplan, Robert) (Entered: 06/19/2017) |
| 19/2017 | 3629 | AFFIDAVIT of Lawrence Boysen in Support re: 3628 MOTION for Default Judgment as to *Islamic Republic of Iran* Document filed by American Casualty Company of Reading, Pennsylvania, Continental Casualty Company, Nationa Insurance Company of Hartford, Transcontinental Insurance Company, Transportation Insurance Company, Valley F Insurance Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Kaplan, Robert) (Ente 06/19/2017) |
| 19/2017 | 3630 | DECLARATION of Robert M. Kaplan in Support re: 3628 MOTION for Default Judgment as to *Islamic Republic o* Document filed by American Casualty Company of Reading, Pennsylvania, Continental Casualty Company, Nationa |

| | | |
|---|---|---|
| | | Insurance Company of Hartford, Transcontinental Insurance Company, Transportation Insurance Company, Valley F Insurance Company. (Attachments: # 1 Exhibit A)(Kaplan, Robert) (Entered: 06/19/2017) |
| .9/2017 | 3631 | MEMORANDUM OF LAW in Support re: 3628 MOTION for Default Judgment as to *Islamic Republic of Iran*. . Do filed by American Casualty Company of Reading, Pennsylvania, Continental Casualty Company, National Fire Insur Company of Hartford, Transcontinental Insurance Company, Transportation Insurance Company, Valley Forge Insur Company. (Kaplan, Robert) (Entered: 06/19/2017) |
| 20/2017 | 3632 | ORDER granting 3534 Motion to Withdraw as Attorney. The Court has considered the Motion to Withdraw as Attorn Record filed by Lynne Bernabei and Alan R. Kabat and supporting declaration submitted under seal. Pursuant to Loc Rule 1.4, the Court grants Bernabei and Kabat's motion and grants them leave to withdraw as counsel for defendant P Sedaghaty. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 06/20/2017) |
| 21/2017 | 3633 | MEMORANDUM DECISION AND ORDER for (3374 in 1:03−md−01570−GBD−SN) Report and Recommendatio Report, Magistrate Judge Netburn advised the parties that failure to file timely objections to the Report would constit of those objections on appeal. (Id. at 15); see also 28 U.S.C. § 636(b)(l); Fed. R. Civ. P. 72(b). Plaintiffs filed timely to the Report (Pl. Obj. to Report ("Pl. Obj."), ECF Nos. 3416, 3417) and Defendants did not respond. Having reviewe Magistrate Judge Netburn's Report and Recommendation, this Court overrules Plaintiffs' objection and adopts the Re (Signed by Judge George B. Daniels on 6/20/2017) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(jwh) (Entered: 06/21/2017) |
| 22/2017 | 3634 | SEALED DOCUMENT placed in vault.(rz) (Entered: 06/22/2017) |
| 26/2017 | 3635 | STATUS REPORT. *30 Day June 26, 2017* Document filed by Wael Jalaidan. (Attachments: # 1 Exhibit Ex. 1)(McM Martin) (Entered: 06/26/2017) |
| 27/2017 | 3636 | MEMO ENDORSEMENT: on re: 3635 Status Report filed by Wael Jalaidan. ENDORSEMENT: The Court deems th report to be sufficient. Counsel is directed to continue his efforts to communicate directly and proactively with OFAC the approval of the necessary license. The next status report shall be due on Wednesday, July 26, 2017. (Signed by M Judge Sarah Netburn on 6/27/2017) (ap) (Entered: 06/27/2017) |
| 29/2017 | 3637 | **FILING ERROR − PDF ERROR** AMENDED COMPLAINT amending 111 Amended Complaint against Kingdom Arabia, Saudi High Commission for Relief of Bosnia & Herzegovina with JURY DEMAND.Document filed by Anto McCarthy, Jennifer Castelano. Related document: 111 Amended Complaint filed by Continental Insurance Company Jersey, The Princeton Excess & Surplus Lines Insurance Company, Chubb Indemnity Insurance Company, Chubb In Company of Canada, Northern Insurance Company of New York, Commercial Insurance Company of Newark, N.J., Insurance Company, United States Fire Insurance Company, Assurance Company of Amer, Chubb Custom Insurance Colonial American Casualty and Surety Insurance Company, North River Insurance Company, Hiscox Dedicated Co Member, Ltd., One Beacon America Insurance Company, National Ben Franklin Insurance Company of Illinois, Am Alternative Insurance Corporation, Valiant Insurance Company, Vigilant Insurance Company, Maryland Casualty Co American Zurich Insurance Company, Boston Old Colony Insurance Company, Pacific Indemnity Company, CNA C California, Zurich American Insurance Company, Federal Insurance Company, Glens Falls Insurance Company, Sen Insurance Company, Inc., Great Lakes Reinsurance (UK) PLC, Fidelity and Casualty Company of New York, Ameri Employers' Insurance Company, Continental Insurance Company, Fidelity And Deposit Company of Maryland, The Fire Insurance Association, Allstate Insurance Company, American Guarantee and Liability Insurance Company, Cru Forster Indemnity Company, Amlin Underwriting, Ltd., Chubb Insurance Company of New Jersey, Great Northern In Company, One Beacon Insurance Company, Homeland Insurance Company of New York.(Samuels, Allan) Modified 6/30/2017 (pc). (Entered: 06/29/2017) |
| 30/2017 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Allan C. Samuels RE−FILE Document No. 3637 Amended Complaint. The filing is deficient for the following reason(s): the PDF to the docket entry for the pleading is not correct. Re−file the pleading using the event type Amended Complai under the event list Complaints and Other Initiating Documents − attach the correct signed PDF − select the in named filer/filers − select the individually named party/parties the pleading is against. (pc)** (Entered: 06/30/201 |
| 05/2017 | 3638 | **FILING ERROR PDF ERROR** − FIRST AMENDED COMPLAINT amending 111 Amended Complaint,,,,,,, agai Kingdom of Saudi Arabia, Saudi High Commission for Relief of Bosnia & Herzegovina with JURY DEMAND.Docu by Antoinette McCarthy, Jennifer Castelano. Related document: 111 Amended Complaint,,,,,,, filed by Continental In Company of New Jersey, The Princeton Excess & Surplus Lines Insurance Company, Chubb Indemnity Insurance Co Chubb Insurance Company of Canada, Northern Insurance Company of New York, Commercial Insurance Company N.J., Steadfast Insurance Company, United States Fire Insurance Company, Assurance Company of Amer, Chubb Cu Insurance Company, Colonial American Casualty and Surety Insurance Company, North River Insurance Company, Dedicated Corporate Member, Ltd., One Beacon America Insurance Company, National Ben Franklin Insurance Com Illinois, American Alternative Insurance Corporation, Valiant Insurance Company, Vigilant Insurance Company, Ma Casualty Company, American Zurich Insurance Company, Boston Old Colony Insurance Company, Pacific Indemnit Company, CNA Casualty of California, Zurich American Insurance Company, Federal Insurance Company, Glens Fa |

| | | |
|---|---|---|
| | | Insurance Company, Seneca Insurance Company, Inc., Great Lakes Reinsurance (UK) PLC, Fidelity and Casualty Co New York, American Employers' Insurance Company, Continental Insurance Company, Fidelity And Deposit Compa Maryland, The Camden Fire Insurance Association, Allstate Insurance Company, American Guarantee and Liability Company, Crum & Forster Indemnity Company, Amlin Underwriting, Ltd., Chubb Insurance Company of New Jerse Northern Insurance Company, One Beacon Insurance Company, Homeland Insurance Company of New York.(Samu Modified on 7/6/2017 (laq). (Entered: 07/05/2017) |
| )6/2017 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Allan Samuels to Document No. 3638 Amended Complaint. The filing is deficient for the following reason(s): the PDF attached t docket entry for the pleading is not correct; THE PDF ATTACHED TO THE DOCKET ENTRY IS NOT CO Re−file the pleading using the event type Amended Complaint found under the event list Complaints and Othe Initiating Documents − attach the correct signed PDF − select the individually named filer/filers − select the in named party/parties the pleading is against. (laq)** (Entered: 07/06/2017) |
| )6/2017 | 3639 | LETTER MOTION for Extension of Time *concerning deposition protocols* addressed to Magistrate Judge Sarah Net Robert T. Haefele dated 07/06/2017. Document filed by Plaintiffs Executive Committees.(Haefele, Robert) (Entered: 07/06/2017) |
| )7/2017 | 3640 | ORDER: granting 3639 Letter Motion for Extension of Time. The parties' request for an extension of time to submit deposition protocol and bring any disputes to the Court's attention is GRANTED. The parties may submit such a prop Tuesday, July 18, 2017. No further extensions shall be granted. (Signed by Magistrate Judge Sarah Netburn on 7/7/20 (Entered: 07/07/2017) |
| )7/2017 | 3641 | **FILING ERROR − PDF ERROR** AMENDED COMPLAINT amending 111 Amended Complaint,,,,,, against King Saudi Arabia, Saudi High Commission for Relief of Bosnia & Herzegovina with JURY DEMAND.Document filed b Antoinette McCarthy, Jennifer Castelano. Related document: 111 Amended Complaint,,,,,, filed by Continental Insu Company of New Jersey, The Princeton Excess & Surplus Lines Insurance Company, Chubb Indemnity Insurance Co Chubb Insurance Company of Canada, Northern Insurance Company of New York, Commercial Insurance Company N.J., Steadfast Insurance Company, United States Fire Insurance Company, Assurance Company of Amer, Chubb Cu Insurance Company, Colonial American Casualty and Surety Insurance Company, North River Insurance Company, Dedicated Corporate Member, Ltd., One Beacon America Insurance Company, National Ben Franklin Insurance Con Illinois, American Alternative Insurance Corporation, Valiant Insurance Company, Vigilant Insurance Company, Ma Casualty Company, American Zurich Insurance Company, Boston Old Colony Insurance Company, Pacific Indemnit Company, CNA Casualty of California, Zurich American Insurance Company, Federal Insurance Company, Glens Fa Insurance Company, Seneca Insurance Company, Inc., Great Lakes Reinsurance (UK) PLC, Fidelity and Casualty Co New York, American Employers' Insurance Company, Continental Insurance Company, Fidelity And Deposit Compa Maryland, The Camden Fire Insurance Association, Allstate Insurance Company, American Guarantee and Liability Company, Crum & Forster Indemnity Company, Amlin Underwriting, Ltd., Chubb Insurance Company of New Jerse Northern Insurance Company, One Beacon Insurance Company, Homeland Insurance Company of New York.(Samu Modified on 7/10/2017 (pc). (Entered: 07/07/2017) |
| .0/2017 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Allan C. Samuels RE−FILE Document No. 3641 Amended Complaint. The filing is deficient for the following reason(s): the wro type was used to file the pleading. If you are trying to file a notice, please use the corresponding event. If you a file the Amended Complaint, file the corresponding PDF. (pc)** (Entered: 07/10/2017) |
| .0/2017 | 3642 | NOTICE of to Confirm to Consolidated Amended Complaint. Document filed by Jennifer Castelano, Antoinette McC (Samuels, Allan) (Entered: 07/10/2017) |
| .0/2017 | 3643 | NOTICE OF CHANGE OF ADDRESS by Steven Thomas Cottreau on behalf of Dubai Islamic Bank. New Address: DAY, 51 Louisiana Avenue NW, Washington, District of Columbia, United States 20001, 202−879−3939. Filed In A Cases: 1:03−md−01570−GBD−SN et al.(Cottreau, Steven) (Entered: 07/10/2017) |
| .3/2017 | 3644 | ORDER: The Court has received the correspondence attached to this Order. In the event that any party deems it neces respond to this communication, they may do so at their convenience. (Docketed in 3md1570 and 3cv9848 as per Cha (Signed by Magistrate Judge Sarah Netburn on 7/13/2017) (Attachments: # 1 Attachment)(ap) (Entered: 07/13/2017) |
| .8/2017 | 3645 | LETTER addressed to Judge George B. Daniels from Michael K. Kellogg dated July 18, 2017 re: Request for Additio for Motion to Dismiss. Document filed by Kingdom of Saudi Arabia.Filed In Associated Cases: 1:03−md−01570−GI al.(Kellogg, Michael) (Entered: 07/18/2017) |
| .8/2017 | 3646 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele dated July 18, 2017 re: Proposed Dep Protocol Order. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Proposed Deposition Protoco Order)(Haefele, Robert) (Entered: 07/18/2017) |
| 25/2017 | 3647 | STATUS CONFERENCE ORDER: The Court has received the parties' July 18, 2017 letter submitting their draft dep protocol order and requesting a conference to discuss the outstanding issues of disagreement. Accordingly, all parties |

| | | |
|---|---|---|
| | | to be heard on the proposed protocol shall appear at a conference at 3:00 P.M. on Thursday, September 7, 2017, in Co 110, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York. The parties may submit letters de any points of authority in support of their positions relative to the areas of disagreement by Monday, August 28, 2017 Conference set for 9/7/2017 at 03:00 PM in Courtroom 110, 40 Centre Street, New York, NY 10007 before Magistra Sarah Netburn.) (Signed by Magistrate Judge Sarah Netburn on 7/25/2017) (mro) (Entered: 07/25/2017) |
| 26/2017 | 3648 | WAIVER OF SERVICE RETURNED EXECUTED. Kingdom of Saudi Arabia waiver sent on 7/20/2017, answer du 9/18/2017. Document filed by Travelers Personal Insurance Company; St. Paul Protective Insurance Company; Trave Casualty And Surety Company; Fidelity And Guaranty Insurance Underwriters, Inc.; The Standard Fire Insurance Co United States Fidelity & Guaranty Company; St. Paul Mercury Insurance Company; The Phoenix Insurance Compan Insurance Company; Fidelity And Guaranty Insurance Company; Travelers Personal Security Insurance Company; T Travelers Indemnity Company of America; Constitution State Services L.L.C.; Travelers Lloyds of Texas Insurance Travelers Property Casualty Company of America; St. Paul Guardian Insurance Company; The Premier Insurance Co Massachusetts; The Charter Oak Fire Insurance Company; Travelers Property Casualty Insurance Company; The Tra Indemnity Company; First Floridian Auto and Home Insurance Company; Farmington Casualty Company; Travelers and Surety Company of America; The Automobile Insurance Company of Hartford Connecticut; Travelers Casualty of Connecticut; The Travelers Indemnity Company of Connecticut. (Waldren, Rebecca) (Entered: 07/26/2017) |
| 26/2017 | 3649 | WAIVER OF SERVICE RETURNED EXECUTED. National Commercial Bank waiver sent on 7/20/2017, answer d 9/18/2017. Document filed by Travelers Personal Insurance Company; St. Paul Protective Insurance Company; Trave Casualty And Surety Company; Fidelity And Guaranty Insurance Underwriters, Inc.; The Standard Fire Insurance Co United States Fidelity & Guaranty Company; St. Paul Mercury Insurance Company; ST. Paul Fire and Marine Insura Company; The Phoenix Insurance Company; Travco Insurance Company; Fidelity And Guaranty Insurance Compan Personal Security Insurance Company; The Travelers Indemnity Company of America; Constitution State Services L Travelers Lloyds of Texas Insurance Company; Travelers Property Casualty Company of America; St. Paul Guardiar Company; The Premier Insurance Company of Massachusetts; The Charter Oak Fire Insurance Company; Travelers Casualty Insurance Company; The Travelers Indemnity Company; First Floridian Auto and Home Insurance Compar Farmington Casualty Company; Travelers Casualty and Surety Company of America; The Automobile Insurance Co Hartford Connecticut; Travelers Casualty Company of Connecticut; The Travelers Indemnity Company of Connectic (Waldren, Rebecca) (Entered: 07/26/2017) |
| 26/2017 | 3650 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter dated July 26, 2017 re: a request of the C clarification of the June 19, 2017 Order extending the document production deadline to August 15, 2017. Document Plaintiffs Executive Committees.(Carter, Sean) (Entered: 07/26/2017) |
| 26/2017 | 3651 | STATUS REPORT. *July 26, 2017 30 Day Status Report* Document filed by Wael Jalaidan. (Attachments: # 1 Exhibi OFAC)(McMahon, Martin) (Entered: 07/26/2017) |
| 26/2017 | 3652 | MEMO ENDORSEMENT on re: 3645 Letter, filed by Kingdom of Saudi Arabia. ENDORSEMENT: SO ORDERED by Judge George B. Daniels on 7/26/2017) (jwh) (Entered: 07/26/2017) |
| 26/2017 | 3653 | NOTICE of Motion for Entry of Partial Final Default Judgments. Document filed by All Plaintiffs(on behalf of thems all others similarly situated). (Haefele, Robert) (Entered: 07/26/2017) |
| 26/2017 | 3654 | TRANSCRIPT of Proceedings re: CONFERENCE held on 5/25/2017 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Eve Giniger, (212) 805−0300. Transcript may be viewed at the court public terminal or purcha the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obt through PACER. Redaction Request due 8/16/2017. Redacted Transcript Deadline set for 8/28/2017. Release of Tran Restriction set for 10/24/2017.(McGuirk, Kelly) (Entered: 07/26/2017) |
| 26/2017 | 3655 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFER proceeding held on 5/25/17 has been filed by the court reporter/transcriber in the above−captioned matter. The partie seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...( Kelly) (Entered: 07/26/2017) |
| 26/2017 | 3656 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** MOTION for Default Judgment as t *Defendants (for Plaintiffs on Exhibit A to Declaration in Support of Partial Final Judgment)*. Document filed by All Plaintiffs(on behalf of themselves and all others similarly situated).(Haefele, Robert) Modified on 9/13/2017 (ldi). (E 07/26/2017) |
| 26/2017 | 3657 | DECLARATION of Robert T. Haefele in Support re: 3656 MOTION for Default Judgment as to *Iran Defendants (fo on Exhibit A to Declaration in Support of Partial Final Judgment)*.. Document filed by All Plaintiffs(on behalf of the and all others similarly situated). (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Haefele, Robert) (Entered: 07/26/2017) |
| 26/2017 | 3660 | MEMO ENDORSEMENT: on re: 3651 Status Report filed by Wael Jalaidan. ENDORSEMENT: The Court deems th report to be sufficient. Counsel is directed to continue his efforts to communicate directly and proactively with OFAC |

| | | |
|---|---|---|
| | | the approval of the necessary license. To the extent counsel has not already, he shall provide OFAC with the Court's I 2017 Order (ECF No. 3610). Counsel must remind OFAC of the burden on the Court that further delay imposes. The report shall be due on Monday, August 28, 2017. (Signed by Magistrate Judge Sarah Netburn on 7/27/2017) (ap) (En 07/27/2017) |
| 27/2017 | 3658 | ORDER FOR ADMISSION PRO HAC VICE: granting (8 in 1:17−cv−03810−GBD−SN) Motion for Scott S. Katz, F Appear Pro Hac Vice. Attorney Scott S. Katz for Columbia Insurance Company, Scott S. Katz for Columbia Insuranc Company, Scott S. Katz for Faraday Underwriting Limited on behalf of the underwriting members of Lloyds Syndica Scott S. Katz for Faraday Underwriting Limited on behalf of the underwriting members of Lloyds Syndicate 435, Sco for General Reinsurance AG, Scott S. Katz for General Reinsurance AG, Scott S. Katz for General Reinsurance Corp Scott S. Katz for General Reinsurance Corporation, Scott S. Katz for National Indemnity Company, Scott S. Katz for Indemnity Company, Scott S. Katz for The Underwriting Members of Lloyds Syndicate 1861, Scott S. Katz for The Underwriting Members of Lloyds Syndicate 1861 admitted Pro Hac Vice. (Signed by Judge George B. Daniels on 7/ (ap) Modified on 7/28/2017 (ap). Modified on 8/8/2017 (ap). (Entered: 07/27/2017) |
| 27/2017 | 3659 | ORDER FOR ADMISSION PRO HAC VICE granting 9 Motion for Jessica M. Skarin to Appear Pro Hac Vice in 17 (Signed by Judge George B. Daniels on 7/27/2017) (jwh) Modified on 8/8/2017 (jwh). (Entered: 07/27/2017) |
| 27/2017 | 3661 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** MOTION for Leave to Appear in Co MDL Cases . Document filed by Kingdom of Saudi Arabia.(Kellogg, Michael) Modified on 9/14/2017 (ldi). (Entered 07/27/2017) |
| 28/2017 | 3662 | ORDER: Nevertheless, the Court understands that the PEC cannot submit a status letter concerning any anticipated m compel if they were under the (erroneous) impression that all discovery deadlines had been extended two months. Ac the Court grants the PEC a one−month extension on filing such a status letter as to the jurisdictional discovery defend whom document production was not extended to Thursday, August 31, 2017. The status letter as to the MWL, Dubai Bank, and the IIRO defendants may be submitted on Friday, September 29, 2017, as proposed. A status letter as to th defendants may be submitted by Friday, November 17, 2017. The Court shall not grant any extensions of these deadl extraordinary circumstances, and as further set forth in this order. (Signed by Magistrate Judge Sarah Netburn on 7/2 (Entered: 07/28/2017) |
| 28/2017 | 3663 | MEMO ENDORSEMENT granting 3661 in 03−MD−1570 MOTION TO EXTEND PRO HAC VICE ADMISSION CONSOLIDATED MDL CASES, AND NOTICES OF APPEARANCE. ENDORSEMENT: The Kingdom of Saudi motion to extend the pro hac vice admission of Mark C. Hansen and to enter Notices of Appearance for Mark C. Han Michael K. Kellogg, and Gregory G. Rapawy in all cases comprising this MDL is GRANTED. The Clerk of Court is enter Notice of Appearances for the three attorneys referenced in this motion in all of the cases listed in the caption fo motion and terminate the corresponding motions. (Signed by Magistrate Judge Sarah Netburn on 7/28/2017) (ap) File Associated Cases: 1:03−md−01570−GBD−SN et al. Modified on 7/28/2017 (ap). Modified on 7/31/2017 (ap). Modif 7/31/2017 (ap). Modified on 8/1/2017 (mro). (Entered: 07/28/2017) |
| 28/2017 | 3664 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** MOTION for Leave to Appear in Co MDL Cases . Document filed by Saudi High Commission for Relief of Bosnia & Herzegovina. (Attachments: # 1 Tex Proposed Order Extending Pro Hac Vice Admission To All Consolidated MDL Cases)(Robbins, Lawrence) Modified 9/14/2017 (ldi). (Entered: 07/28/2017) |
| 31/2017 | 3665 | ORDER EXTENDING PRO HAC VICE ADMISSION TO ALL CONSOLIDATED MDL CASES granting (758) M Leave to Appear Extension of Pro Hac Vice in case 1:03−cv−09849−GBD; granting (3664) Motion for Leave to App Extension of Pro Hac Vice in case 1:03−md−01570−GBD−SN; granting (566) Motion for Leave to Appear Extension Hac Vice in case 1:04−cv−05970−GBD−SN; granting (531) Motion for Leave to Appear Extension of Pro Hac Vice 1:04−cv−07065−GBD; granting (555) Motion for Leave to Appear Extension of Pro Hac Vice in case 1:04−cv−0727 granting (835) Motion for Leave to Appear Extension of Pro Hac Vice in case 1:02−cv−06977−GBD−SN; granting ( for Leave to Appear Extension of Pro Hac Vice in case 1:16−cv−09663−GBD−SN; granting (32) Motion for Leave to Extension of Pro Hac Vice in case 1:16−cv−09937−GBD−SN; granting (32) Motion for Leave to Appear Extension o Vice in case 1:17−cv−00117−GBD−SN; granting (32) Motion for Leave to Appear Extension of Pro Hac Vice in cas 1:17−cv−00450−GBD−SN; granting (20) Motion for Leave to Appear Extension of Pro Hac Vice in case 1:17−cv−02129−GBD−SN; granting (9) Motion for Leave to Appear Extension of Pro Hac Vice in case 1:17−cv−03887−GBD−SN; granting (25) Motion for Leave to Appear Extension of Pro Hac Vice in case 1:17−cv−03908−GBD−SN; granting (17) Motion for Leave to Appear Extension of Pro Hac Vice in case 1:17−cv−04201−GBD−SN; granting (10) Motion for Leave to Appear Extension of Pro Hac Vice in case 1:17−cv−0 granting (971) Motion for Leave to Appear Extension of Pro Hac Vice in case 1:03−cv−06978−GBD−SN. The pro ha admissions of Roy T. Englert, Jr., of the law firm Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, are e all cases consolidated into the above captioned multi−district litigation ("MDL") before this Court. Roy T. Englert, Jr appear on behalf of Saudi High Commission in the above captioned cases, or any other consolidated MDL cases, now future, by filing notices of appearance. Additional applications for pro hac vice admission will not be required. (Signe Magistrate Judge Sarah Netburn on 7/31/2017) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (ap) Mo 8/1/2017 (mro). (Entered: 07/31/2017) |

| | | |
|---|---|---|
| 31/2017 | 3666 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF BURNETT/IRAN PLAINTIFFS IDEN EXHIBIT A: ORDERED that partial final judgment is entered against the Iran Defendants and on behalf of the Plaint Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al., 15−cv−9903, as identified in the attached Exhibit A each a spouse, parent, child, or sibling of individuals killed in the terrorist attacks on September 11, 2001, or an estate decedent killed in the attacks, as indicated in Exhibit A and it is ORDERED that the Plaintiffs identified in Exhibit A awarded: solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 as indicated in Exhibit A and it is ORDERED that the Plaintiffs identified in Exhibit A are awarded: compensatory da conscious pain and suffering in an amount of $2,000,000 per estate, as indicated in Exhibit A; and it is ORDERED th Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4. 96 percent per annum, compounded annually from September 11, 2001 until the date of judgment; and it is ORDERED that that the Plaintiffs identified in Exhibit submit an application for punitive damages at a later date consistent with any future rulings made by this Court on thi it is ORDERED that the these plaintiffs and the remaining Burnett Plaintiffs not appearing on Exhibit A may submit stages applications for damages awards, and to the extent they are for solatium or by estates for compensatory damag conscious pain and suffering of decedents from the September 11 attacks, they will be approved consistent with those herein for the Plaintiffs appearing on Exhibit A. (Signed by Judge George B. Daniels on 7/31/2017) (Attachments: # A)(jwh) Modified on 8/17/2017 (jwh). (Entered: 07/31/2017) |
| 01/2017 | 3667 | MOTION to Dismiss . Document filed by Kingdom of Saudi Arabia.(Kellogg, Michael) (Entered: 08/01/2017) |
| 01/2017 | 3668 | MEMORANDUM OF LAW in Support re: 3667 MOTION to Dismiss . . Document filed by Kingdom of Saudi Arab (Kellogg, Michael) (Entered: 08/01/2017) |
| 01/2017 | 3669 | DECLARATION of Gregory G. Rapawy in Support re: 3667 MOTION to Dismiss .. Document filed by Kingdom of Arabia. (Attachments: # 1 Exhibit 1 9/11 Commission Report (Part 1 of 3), # 2 Exhibit 1 9/11 Commission Report (P # 3 Exhibit 1 9/11 Commission Report (Part 3 of 3), # 4 Exhibit 2 Terrorist Financing Monograph, # 5 Exhibit 3 Staf No. 16, # 6 Exhibit 4 2005 FBI−CIA Summary, # 7 Exhibit 5 9/11 Review Report, # 8 Exhibit 6 Statement by the OI Exhibit 7 Plaintiffs First Set of Jurisdictional Requests for Production of Documents)(Kellogg, Michael) (Entered: 08 |
| 01/2017 | 3670 | MOTION to Dismiss . Document filed by Saudi High Commission for Relief of Bosnia & Herzegovina.(Robbins, La (Entered: 08/01/2017) |
| 01/2017 | 3671 | MEMORANDUM OF LAW in Support re: 3670 MOTION to Dismiss . . Document filed by Saudi High Commission of Bosnia & Herzegovina. (Robbins, Lawrence) (Entered: 08/01/2017) |
| 01/2017 | 3672 | DECLARATION of Roy T. Englert, Jr. in Support re: 3670 MOTION to Dismiss .. Document filed by Saudi High C for Relief of Bosnia & Herzegovina. (Attachments: # 1 Exhibit A (Al−Roshood Declaration), # 2 Exhibit 1−13 (Al−R Declaration), # 3 Exhibit B (Declaration of Abdulaziz H. Al Fahad), # 4 Exhibit C (6.24.03 Hearing Transcript in Bu Baraka) (Part 1 of 2)), # 5 Exhibit C (6.24.03 Hearing Transcript in Burnet v. Al Baraka) (Part 2 of 2)))(Robbins, Lav (Entered: 08/01/2017) |
| 01/2017 | 3673 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated August 1, 2017 re: Motion To Filings. Document filed by Kingdom of Saudi Arabia.(Kellogg, Michael) (Entered: 08/01/2017) |
| 04/2017 | 3674 | LETTER addressed to Magistrate Judge Sarah Netburn from John F. Lauro dated August 4, 2017 re: Request to Be R from Electronic Service List. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(Lauro, John) (Entered: 08 |
| 07/2017 | 3675 | MEMO ENDORSEMENT: on re: (366 in 1:03−cv−07036−GBD, 554 in 1:04−cv−06105−GBD, 539 in 1:04−cv−070 840 in 1:02−cv−06977−GBD−SN, 492 in 1:04−cv−07280−GBD, 574 in 1:04−cv−05970−GBD−SN, 766 in 1:03−cv−09849−GBD, 370 in 1:03−cv−05071−GBD, 622 in 1:04−cv−01923−GBD, 376 in 1:02−cv−07300−GBD−S 1:03−md−01570−GBD−SN, 979 in 1:03−cv−06978−GBD−SN, 563 in 1:04−cv−07279−GBD) Letter filed by Faisal Bank, Faisal Islamic Bank (Sudan), Faisal Islamic Bank−Sudan. ENDORSEMENT: Application GRANTED. The Cl Court is respectfully directed to remove John Lauro, Michael Califano, and Hugh Higgins from the electronic service cases included in this multidistrict litigation. Attorney Hugh D Higgins and John F. Lauro terminated. (Signed by Ma Judge Sarah Netburn on 8/7/2017) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(ap) (Entered: 08/07/2 |
| 08/2017 | 3676 | REPORT AND RECOMMENDATION: re: (62 in 1:11−cv−07550−GBD−SN) Amended Complaint, filed by Jason I Emma Fernandez Regan, Carolyn Sutton, Michelle Clendenney, Cirilo Fernandez, Leslie Coale Brown, Anthony Do Collman, Richard Fernandez, Karen Ventre, Geraldine Deborah Spaeter, Tina Grazioso, Steve Gengler, Joseph Carpe Sandra Grazioso, D. Linden Hoglan, Candyce Sue Hoglan, Herbert Hoglan, Jeannette Coffey, Arline Peabody, all pla Brenda Jobe, Susan Bohan, Jeannette Diehl, Loretta Haines, Lee N. Hoglan, Carole Grazioso, Vaughn V. Hoglan, Al Hartmann, Rachel G. Malubay, Stephen Bradish, Joanann Coale, Jane G. Haller, Hoglan Plaintiffs, Renee L. Gamboa Lynn Michel, Kathleen Brady knudsen Hoglan, Maria Joule, Julie Bertelsen Hoglan, Krysty Grazioso, Colleen Mcdo Major, Karen Bingham, Dian Dembinski, Alice Hoglan, Keith Bradkowski, Grace Parkinson−godshalk, Carolee Azz Heather Strickland, Michael Chirchirillo, Nicholas Chirchirillo, Jack Bradish, Kelly Arthurs, Charles Edward Gengle 1:03−md−01570−GBD−SN) Amended Complaint, filed by Managing Agency Partners Ltd, Beazley Furlonge Ltd. F reasons stated above, the Court reaffirms the standards established in its October 14, 2016 Report and Recommendati further set forth herein, and recommends that the claims referenced in the current Report and Recommendation be DI as further set forth in this order. Objections to R&R due by 8/22/2017 (Signed by Magistrate Judge Sarah Netburn on |

| | | |
|---|---|---|
| | | Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(ap) (Entered: 08/08/2017) |
| .0/2017 | 3677 | NOTICE OF CHANGE OF ADDRESS by Lynne A. Bernabei on behalf of Abdullah Omar Naseef, Addullah Bin Ab Muhsen Al Turki, Abdulla Al Obaid. New Address: Bernabei & Kabat, PLLC, 1400 − 16th Street NW, Suite 500, W DC, USA 20036−2223, 202−745−1942. (Bernabei, Lynne) (Entered: 08/10/2017) |
| .0/2017 | 3678 | NOTICE OF CHANGE OF ADDRESS by Alan Robert Kabat on behalf of Soliman H.S. Al−Buthe, Addullah Bin Al Muhsen Al Turki. New Address: Bernabei & Kabat, PLLC, 1400 − 16th Street NW, Suite 500, Washington, DC, US. 20036−2223, 202−745−1942. (Kabat, Alan) (Entered: 08/10/2017) |
| .4/2017 | 3679 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MOTION for Fahad Anwar Habib to Appear Pro Hac Vice $ 200.00, receipt number 0208−14014066. **Motion and supporting papers to be reviewed by Clerk's Office staff.** filed by Saudi Binladin Group. (Attachments: # 1 Affidavit of Fahad A. Habib, # 2 Exhibit Certificates of Good Stan Text of Proposed Order)(Habib, Fahad) Modified on 8/15/2017 (ma). (Entered: 08/14/2017) |
| .5/2017 | 3680 | NOTICE of Filing of Short−Form Complaint − Abedhajajreh 17−cv−06123. (LoPalo, Christopher) (Entered: 08/15/2 |
| .5/2017 | 3681 | NOTICE of Filing of Stipulation Adopting Allegations as to National Commercial Bank,,A Rajhi Bank and Saudi Bi Group. (LoPalo, Christopher) (Entered: 08/15/2017) |
| .5/2017 | 3682 | LETTER addressed to Judge George B. Daniels from Christopher LoPalo dated 08/15/2017 re: 03 MDL 1570. (LoPa Christopher) (Entered: 08/15/2017) |
| .5/2017 | 3683 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** MOTION for Leave to Appear (Alan Dickey) in Consolidated MDL Cases . Document filed by National Commercial Bank. (Attachments: # 1 Text of Pro Order)(Berger, Mitchell) Modified on 10/17/2017 (ldi). (Entered: 08/15/2017) |
| .5/2017 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE−FILE Doc 3679 MOTION for Fahad Anwar Habib to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−14 Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following missing Certificate of Good Standing from THE SUPREME COURT OF CALIFORNIA.;. Re−file the motion Corrected Motion to Appear Pro Hac Vice − attach the correct signed PDF − select the correct named filer/file valid Certificates of Good Standing issued within the past 30 days − attach Proposed Order.. (ma)** (Entered: 08 |
| .5/2017 | 3684 | LETTER addressed to Judge George B. Daniels from Sean P. Carter, Esquire, dated August 15, 2017, re: a modest ex the deadline for Plaintiffs' brief in opposition to the motions to dismiss of the Kingdom of Saudi Arabia and the Saud Comission for Relief of Bosnia & Herzegovina from October 2, 2017 to November 2, 2017. (Carter, Sean) (Entered: 08/15/2017) |
| .5/2017 | 3685 | MOTION for Fahad Anwar Habib to Appear Pro Hac Vice *(Corrected Version)*. **Motion and supporting papers to reviewed by Clerk's Office staff.** Document filed by Saudi Binladin Group. (Attachments: # 1 Affidavit of Fahad A Exhibit Certificates of Good Standing, # 3 Text of Proposed Order)(Habib, Fahad) (Entered: 08/15/2017) |
| .6/2017 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 3685 MOTION for Fahad Habib to Appear Pro Hac Vice *(Corrected Version)*. Motion and supporting papers to be reviewed by Clerk's C The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 08/16/2017) |
| .6/2017 | 3686 | MOTION for Default Judgment as to *the Ashton Wrongful Death Plaintiffs*. Document filed by Kathleen Ashton.File Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, James) (Entered: 08/16/2017) |
| .6/2017 | 3687 | DECLARATION of James P. Kreindler in Support re: (842 in 1:02−cv−06977−GBD−SN) MOTION for Default Jud *the Ashton Wrongful Death Plaintiffs*.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, James) (Entered: 08/16/2017) |
| .6/2017 | 3688 | ORDER: Plaintiffs' request that the deadline for the Consolidated Amended Complaint Plaintiffs' and Ashton Plaintif oppositions to the motions to dismiss of the Kingdom of Saudi Arabia and Saudi High Commission for Relief of Bos Herzegovina be extended to November 2, 2017 is GRANTED. (Set Deadlines/Hearing as to 3667 MOTION to Dism MOTION to Dismiss: Responses due by 11/2/2017) (Signed by Judge George B. Daniels on 8/16/2017) (jwh) (Entere 08/16/2017) |
| .7/2017 | 3706 | **Only as to claimant Elisabeth Scott, Vacated as per Judge's Order dated 7/16/2018, Doc. # 4052** FINAL ORDE SUMMARY JUDGMENT: Upon consideration of the evidence and arguments submitted by the Ashton wrongful de Plaintiffs in the above−captioned action and the Judgment by Default Against the Islamic Republic of Iran entered or 08/26/2015, together with the entire record in this case, it is hereby; ORDERED that final judgment is entered on beh Plaintiffs in Ashton et al. v, Al Qaeda Islamic Army et al., 02−CV−6977 (GBD)(FM) identified in the attached Exhib the Islamic Republic of Iran (the "Ashton III Plaintiffs"); and it is ORDERED that the Ashton III Plaintiffs identified attached Exhibit A are awarded solatium damages as set forth in Exhibit A; ORDERED that prejudgment interest is a be calculated at a rate of 4.96% per annum; all interest compounded annually over the same period; and ORDERED t Ashton Plaintiffs not appearing on Exhibit A and who were not previously awarded damages may submit in later stag |

| | | |
|---|---|---|
| | | applications for solatium and/or economic damages awards that will be approved on the same basis as currently appro those Plaintiffs appearing on Exhibit A. (Signed by Judge George B. Daniels on 8/17/2017) Filed In Associated Case 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(jwh) Modified on 7/16/2018 (mro). (Entered: 08/22/2017) |
| .8/2017 | 3689 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** MOTION for Leave to Appear to Ap Consolidated MDL Cases . Document filed by Saudi Binladin Group. (Attachments: # 1 Text of Proposed Order)(Ga Modified on 10/25/2017 (ldi). (Entered: 08/18/2017) |
| .8/2017 | 3690 | LETTER addressed to Judge George B. Daniels from Timothy B. Fleming dated August 18, 2017 re: Extension of tir Objections to Mag. J. Report and Recommendations in Hoglan IV. (Attachments: # 1 Text of Proposed Order)Filed I Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Fleming, Timothy) (Entered: 08/18/2017 |
| 21/2017 | 3691 | MOTION to Dismiss for Lack of Jurisdiction . Document filed by National Commercial Bank. Responses due by 8/21/2017(Berger, Mitchell) (Entered: 08/21/2017) |
| 21/2017 | 3692 | MEMORANDUM OF LAW in Support re: 3691 MOTION to Dismiss for Lack of Jurisdiction . *for The National Co Bank*. (Attachments: # 1 Exhibit Complaint Comparison Chart)(Berger, Mitchell) (Entered: 08/21/2017) |
| 21/2017 | 3693 | ORDER EXTENDING PRO HAC VICE ADMISSION: granting (3683) Motion for Leave to Appear Extension of P in case 1:03−md−01570−GBD−SN.It is, this 21st day of August 2017, ORDERED that: The pro hac vice admission Dickey, of the law firm Squire Patton Boggs (US) LLP, is extended to the above−captioned cases consolidated into t district litigation ("MDL") before this Court. Alan T. Dickey may appear on behalf of The National Commercial Ban above−captioned cases, or any other consolidated MDL cases, now or in the future, by filing notices of appearance. A applications for pro hac vice admission will not be required. The Clerk of Court is directed to enter Notices of Appea Alan T. Dickey on behalf of The National Commercial Bank in the above−captioned cases. (Signed by Magistrate Ju Netburn on 8/21/2017) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (ap) (Entered: 08/21/2017) |
| 21/2017 | 3694 | ORDER FOR ADMISSION PRO HAC VICE: granting (3685) Motion for Fahad A. Habib to Appear Pro Hac Vice i 1:03−md−01570−GBD−SN. (Signed by Magistrate Judge Sarah Netburn on 8/21/2017) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (ap) (Entered: 08/21/2017) |
| 21/2017 | 3695 | ORDER EXTENDING PRO HAC VICE ADMISSIONS TO ALL CONSOLIDATED MDL CASES, AND NOTICE APPEARANCE: granting (3689) Motion for Leave to Appear Extension of Pro Hac Vice in case 1:03−md−01570−G IT IS ORDERED THAT The pro hac vice admissions of James E. Gauch and Mary Ellen Powers, of the law firm Jor extended to all cases consolidated into the above captioned multi−district litigation ("MDL") before this Court, now future. The Clerk of Court is directed to enter Notices of Appearance for James E. Gauch and Mary Ellen Powers on Saudi Binladin Group ("SBG") in all of the cases listed in the caption for this motion. Once Fahad A. Habib's pending for Admission Pro Hac Vice (Dkt. 3685) is granted, his pro hac vice admission is extended to all cases consolidated i above captioned MDL before this Court, now or in the future, and the Clerk of Court is directed to enter Notices of A for Fahad A. Habib of Jones Day on behalf of SBG in all of the cases listed in the caption for this motion. James E. G Ellen Powers, and Fahad A. Habib, when his pending pro hac vice motion is granted, may appear on behalf of SBG i consolidated MDL cases, now or in the future, by filing notices of appearance. Additional applications for pro hac vi admission will not be required. (Signed by Magistrate Judge Sarah Netburn on 8/21/2017) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (ap) Modified on 8/22/2017 (ap). (Entered: 08/21/2017) |
| 21/2017 | 3696 | NOTICE OF APPEARANCE by Christopher Mark Curran on behalf of Al Rajhi Bank. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(Curran, Christopher) (Entered: 08/21/2017) |
| 21/2017 | 3697 | NOTICE OF APPEARANCE by Nicole Erb on behalf of Al Rajhi Bank. Filed In Associated Cases: 1:03−md−0157 et al.(Erb, Nicole) (Entered: 08/21/2017) |
| 21/2017 | 3698 | MOTION for Matthew S. Leddicotte to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−14038631. **and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Al Rajhi Bank. (Attachments: # in Support of Motion, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(Curran, Christopher) (Entered: 08/21/2017) |
| 21/2017 | 3699 | MOTION for Reuben J. Sequeira to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−14039333. **Mo supporting papers to be reviewed by Clerk's Office staff.** Document filed by Al Rajhi Bank. (Attachments: # 1 Af Support of Motion, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(Curran, Christopher) (Entered: 08/21/2017) |
| 21/2017 | 3700 | MOTION to Dismiss . Document filed by Saudi Binladin Group.(Gauch, James) (Entered: 08/21/2017) |
| 21/2017 | 3701 | MEMORANDUM OF LAW in Support re: 3700 MOTION to Dismiss . *filed by Saudi Binladin Group*. (Attachments Exhibit Comparison Chart)(Gauch, James) (Entered: 08/21/2017) |
| 21/2017 | 3702 | MOTION to Dismiss */Al Rajhi Bank's Notice of Motion to Dismiss Plaintiffs' Amended Complaint for Failure to Stat and Lack of Personal Jurisdiction*. Document filed by Al Rajhi Bank.(Curran, Christopher) (Entered: 08/21/2017) |

| | | |
|---|---|---|
| 21/2017 | 3703 | MEMORANDUM OF LAW in Support re: 3702 MOTION to Dismiss */Al Rajhi Bank's Notice of Motion to Dismiss Amended Complaint for Failure to State a Claim and Lack of Personal Jurisdiction*. . (Attachments: # 1 Exhibit 1− C Chart of Allegations)(Curran, Christopher) (Entered: 08/21/2017) |
| 22/2017 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (368 in 1:03−cv−07036−G 1:16−cv−08070−GBD−SN, 101 in 1:09−cv−07055−GBD−SN, 47 in 1:16−cv−09663−GBD−SN, 19 in 1:17−cv−03810−GBD−SN, 494 in 1:04−cv−07280−GBD, 466 in 1:04−cv−01076−GBD−SN, 15 in 1:17−cv−0517 in 1:17−cv−00450−GBD−SN, 418 in 1:04−cv−01922−GBD, 29 in 1:17−cv−02129−GBD−SN, 221 in 1:11−cv−07550−GBD−SN, 768 in 1:03−cv−09849−GBD, 449 in 1:03−cv−09848−GBD, 556 in 1:04−cv−06105−G 1:04−cv−07279−GBD, 39 in 1:16−cv−08884−GBD−SN, 981 in 1:03−cv−06978−GBD−SN, 9 in 1:17−cv−06123− in 1:03−cv−05071−GBD, 29 in 1:17−cv−02003−GBD−SN, 576 in 1:04−cv−05970−GBD−SN, 39 in 1:17−cv−03908−GBD−SN, 844 in 1:02−cv−06977−GBD−SN, 455 in 1:03−cv−05738−GBD, 338 in 1:04−cv−07281−GBD−FM, 541 in 1:04−cv−07065−GBD, 46 in 1:17−cv−00117−GBD−SN, 362 in 1:03−cv−0859 in 1:17−cv−03887−GBD−SN, 624 in 1:04−cv−01923−GBD, 378 in 1:02−cv−07300−GBD−SN, 66 in 1:16−cv−07 26 in 1:17−cv−04201−GBD−SN, 36 in 1:17−cv−02651−GBD−SN, 3698 in 1:03−md−01570−GBD−SN, 46 in 1:16−cv−09937−GBD−SN, 363 in 1:04−cv−07216−GBD, 21 in 1:17−cv−05471−GBD, 39 in 1:17−cv−00348−GB MOTION for Matthew S. Leddicotte to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−1403 Motion and supporting papers to be reviewed by Clerk's Office staff., (47 in 1:17−cv−00117−GBD−SN, 47 in 1:16−cv−09937−GBD−SN, 67 in 1:16−cv−07853−GBD, 47 in 1:17−cv−00450−GBD−SN, 48 in 1:16−cv−09663− 37 in 1:17−cv−02651−GBD−SN, 24 in 1:17−cv−03887−GBD−SN, 40 in 1:17−cv−03908−GBD−SN, 3699 in 1:03−md−01570−GBD−SN, 10 in 1:17−cv−06123−GBD) MOTION for Reuben J. Sequeira to Appear Pro Hac Filing fee $ 200.00, receipt number 0208−14039333. Motion and supporting papers to be reviewed by Clerk's staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(wb)** (Entered: 08/22/2017) |
| 22/2017 | 3704 | ORDER GRANTING PRO HAC VICE ADMISSION: (3699) Motion for Reuben J. Sequeira to Appear Pro Hac Vic 1:03−md−01570−GBD−SN (67 in case 16cv7853; 48 in case 16cv9663; 47 in case 16cv9937; 47 in case 17cv117; 4 17cv450; 37 in case 17cv2651; 24 in case 17cv3887; 40 in case 17cv3908; 10 in case 17cv6123) (Signed by Magistra Sarah Netburn on 8/22/2017) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (ap) Modified on 9/26/20 Modified on 9/26/2017 (ap). Modified on 9/26/2017 (ap). (Entered: 08/22/2017) |
| 22/2017 | 3705 | ORDER GRANTING PRO HAC VICE ADMISSION: (3698) Motion for Matthew S. Leddicotte to Appear Pro Hac case 1:03−md−01570−GBD−SN. (Signed by Magistrate Judge Sarah Netburn on 8/22/2017) Filed In Associated Cas 1:03−md−01570−GBD−SN et al. (ap) Modified on 9/26/2017 (ap). Modified on 9/26/2017 (ap). (Entered: 08/22/201 |
| 22/2017 | 3707 | MEMO ENDORSEMENT: on re: (3690 in 1:03−md−01570−GBD−SN, (220 in 1:11−cv−07550−GBD−SN; 30 in ca 16cv7853; 47 in case 16cv9663; 46 in case 16cv9937; 46 in 17cv117; 46 in case 17cv450; 36 in case 17cv2651; 9 in 17cv6123; 23 in case 17cv3887; 39 in case 17cv3908) Letter filed by Hoglan Plaintiffs. ENDORSEMENT: SO ORD Deadlines/Hearing as to (3690 in 1:03−md−01570−GBD−SN, 220 in 1:11−cv−07550−GBD−SN) Letter. (Objections due by 9/29/2017) (Signed by Judge George B. Daniels on 8/22/2017) Filed In Associated Cases: 1:03−md−01570− 1:11−cv−07550−GBD−SN(ama) Modified on 9/26/2017 (ap). (Entered: 08/22/2017) |
| 26/2017 | 3708 | LETTER addressed to Judge George B. Daniels from Douglas A. Latto dated August 26, 2017 re: Related Action Nu 1:17−CV−6519. Document filed by Allianz Versicherungs−Aktiengesellschaft, Assurances Generales De France IA Assurances Generales De France, Allianz Global Risks US Insurance Company f/k/a Allianz Insurance Company, Al Insurance Company of Canada, Allianz Suisse Versicherungs−Gesellschaft, Allianz Global Corporate and Specialty Re, Fireman's Fund Insurance Company.(Latto, Douglas) (Entered: 08/26/2017) |
| 28/2017 | 3709 | STATUS REPORT. Document filed by Wael Jalaidan. (Attachments: # 1 Exhibit Ex. 1)(McMahon, Martin) (Entere 08/28/2017) |
| 28/2017 | 3710 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele on behalf of the PECs dated August Disputes regarding proposed deposition protocol for the MDL. Filed In Associated Cases: 1:03−md−01570−GBD−S al.(Haefele, Robert) (Entered: 08/28/2017) |
| 28/2017 | 3711 | LETTER MOTION for Discovery *Deposition Protocol* addressed to Magistrate Judge Sarah Netburn from Steven T. dated 08/28/2017. Document filed by Dubai Islamic Bank.(Cottreau, Steven) (Entered: 08/28/2017) |
| 29/2017 | 3712 | NOTICE OF VOLUNTARY DISMISSAL: PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(1) of the Feder Civil Procedure, Plaintiffs here dismiss their claims against Defendants Mohamed Binladin Company, Mohamed Bin Organization, Prince Mohamed Bin Faisal Al Saud, Yasin Kadi, Muslim World League, International Islamic Relief Organization, World Assembly of Muslim Youth, Al Haramain Islamic Foundation, Dubai Islamic Bank and Dallah Arabia, only, without prejudice and costs. (Signed by Judge George B. Daniels on 8/29/2017) Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:16−cv−09663−GBD−SN, 1:16−cv−09937−GBD−SN, 1:17−cv−00117−GBD−SN, 1:17−cv−00450−GBD−SN(jwh) Modified on 10/2/2017 (jwh). (Entered: 08/29/2017) |

| | | |
|---|---|---|
| 31/2017 | 3713 | STATUS REPORT. *Plaintiffs' Executive Committees' Status Report in accordance with the Court's July 28, 2017 Or* Document filed by All Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(Haefele, Robert) (Ente 08/31/2017) |
| 31/2017 | 3714 | STATUS REPORT. Document filed by Yassin Al Kadi, Yasin Abdullah Al Qadi, Yassin Kadi.Filed In Associated C 1:03−md−01570−GBD−SN et al.(Salerno, Peter) (Entered: 08/31/2017) |
| )1/2017 | 3715 | ORDER: The status conference currently scheduled for Thursday, September 7, 2017, at 3:00 P.M. in Courtroom 110 Marshall U.S. Courthouse, 40 Foley Square, New York, New York is RESCHEDULED to 3:30 P.M. on the same dat same courtroom. The Court has received and reviewed the Plaintiffs' Executive Committees' and defendant Yassin Ka letters concerning anticipated motions to compel documents as to defendants who were subject to the June 16, 2017 p deadline. In addition to discussing the proposed deposition protocol, the parties should be prepared to discuss a briefi for the anticipated motions. (Status Conference set for 9/7/2017 at 3:30 PM in Courtroom 110, 40 Centre Street, New 10007 before Magistrate Judge Sarah Netburn.) (Signed by Magistrate Judge Sarah Netburn on 9/1/2017) (ap) Modif 9/20/2017 (ap). (Entered: 09/01/2017) |
| )1/2017 | | Set/Reset Hearings: Status Conference set for 9/7/2017 at 3:30 PM in Courtroom 110, 40 Centre Street, New York, N before Magistrate Judge Sarah Netburn. (ap) Modified on 9/20/2017 (ap). (Entered: 09/20/2017) |
| )7/2017 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Discovery Hearing held on 9/7/2017. (jnr 09/07/2017) |
| )8/2017 | 3716 | ORDER: As discussed at the status conference held on Thursday, September 7, 2017, the Plaintiffs' Executive Comm ("PECs") shall file any requests for sanctions against Defendants Abdullah Omar Naseef, Abdullah bin Saleh Al−Oba Abdullah Mohsen Al−Turki, Adnan Basha, and Soliman H.S. Al−Buthe no later than Friday, October 6, 2017, by mo exceed 20 double−spaced pages. Defendants shall file their oppositions to such sanctions motion(s) no later than Frid 20, 2017, by memorandum of law not to exceed 20 double−spaced pages. The PECs shall file any reply brief no later Friday, October 27, 2017, by memorandum of law not to exceed 10 double−spaced pages. In addition, any discovery the PECs against Defendant Yassin Abdullah Al Kadi and any discovery motion by Defendant Al Kadi against the PE filed no later than Friday, October 13, 2017, by motion not to exceed 20 double−spaced pages. Oppositions to any dis motions with respect to Defendant Al Kadi shall be filed no later than Friday, October 27, 2017, by memoranda of lav exceed 20 double−spaced pages. Reply briefs shall be filed no later than Friday, November 3, 2017, by memoranda o exceed 10 double−spaced pages. Finally, the PECs and Defendants' Executive Committee ("DEC") are ORDERED to confer and file a revised draft of the proposed deposition protocol order no later than Wednesday, November 15, 201 proposed deposition protocol order shall incorporate the Court's rulings made on the record at the September 7 confer shall include proposals for the number of depositions that will be taken, the date depositions will commence, and the depositions will conclude. To the extent the parties disagree on any outstanding issues in the proposed deposition pro party shall also file by letter brief not to exceed five pages a summary of its respective positions. (Motions due by 10/ Responses due by 10/27/2017. Replies due by 11/3/2017.) (Signed by Magistrate Judge Sarah Netburn on 9/8/2017) ( (Entered: 09/08/2017) |
| .4/2017 | 3717 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter, Esquire, dated September 14, 2017 re: R an extension of the common deadline for Plaintiffs to file their consolidated oppositions to the Motions to Dismiss fil Rajhi Bank, National Commercial Bank and Saudi Binladin Group. Document filed by Plaintiffs Executive Committe Sean) (Entered: 09/14/2017) |
| .9/2017 | 3718 | ORDER: Plaintiffs shall submit their consolidated opposition to the motions to dismiss of National Commercial Bank Bank, and Saudi Binladin Group by December 5, 2017. Defendants National Commercial Bank, Al Rajhi Bank, and S Binladin Group shall submit their reply briefs by January 11, 2018. Oral argument on the motions to dismiss of Natio Commercial Bank, Al Rajhi Bank, and Saudi Binladin Group is scheduled for January 18, 2018 at 2:00 PM. Oral argu the motions to dismiss of the Kingdom of Saudi Arabia and Saudi High Commission for Relief of Bosnia & Herzego scheduled for January 18, 2018 at 10:00 AM. (Responses due by 12/5/2017, Replies due by 1/11/2018. Oral Argumen 1/18/2018 at 02:00 PM before Judge George B. Daniels. Oral Argument set for 1/18/2018 at 10:00 AM before Judge Daniels.) (Signed by Judge George B. Daniels on 9/19/2017) (mml) (Entered: 09/19/2017) |
| .9/2017 | 3719 | FIRST LETTER addressed to Magistrate Judge Sarah Netburn from Katie L. Barlow dated 09/19/2017 re: Withdraw Representation. Document filed by Dubai Islamic Bank.(Barlow, Katie) (Entered: 09/19/2017) |
| .9/2017 | 3720 | MEMO ENDORSED on re: (3719 in 1:03−md−01570−GBD−SN) Letter filed by Dubai Islamic Bank. ENDORSEM Attorney Katie L. Barlow's request for leave to withdraw as counsel for Dubai Islamic Bank is GRANTED. So Order by Magistrate Judge Sarah Netburn on 9/19/2017) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(js) (E 09/20/2017) |
| 25/2017 | 3721 | NOTICE OF APPEARANCE by Robert Allen Grochow on behalf of Howard Abrams. (Grochow, Robert) (Entered: 09/25/2017) |
| 27/2017 | 3722 | TRANSCRIPT of Proceedings re: Conference held on 9/7/2017 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Lisa Picciano Fellis, (212) 805−0300. Transcript may be viewed at the court public terminal or |

| | | |
|---|---|---|
| | | through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 10/18/2017. Redacted Transcript Deadline set for 10/30/2017. Rel Transcript Restriction set for 12/26/2017.(Siwik, Christine) (Entered: 09/27/2017) |
| 27/2017 | 3723 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conferenc proceeding held on 9/7/17 has been filed by the court reporter/transcriber in the above−captioned matter. The parties (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(Siw Christine) (Entered: 09/27/2017) |
| 27/2017 | 3724 | STATUS REPORT. Document filed by Wael Jalaidan.(McMahon, Martin) (Entered: 09/27/2017) |
| 27/2017 | 3725 | TRANSCRIPT of Proceedings re: CORRECTED TRANSCRIPT held on 9/7/2017 before Magistrate Judge Sarah Ne Court Reporter/Transcriber: Lisa Picciano Fellis, (212) 805−0300. Transcript may be viewed at the court public term purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After tha may be obtained through PACER. Redaction Request due 10/18/2017. Redacted Transcript Deadline set for 10/30/20 of Transcript Restriction set for 12/26/2017.(McGuirk, Kelly) (Entered: 09/27/2017) |
| 27/2017 | 3726 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFER proceeding held on 9/7/17 has been filed by the court reporter/transcriber in the above−captioned matter. The parties (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(Mc Kelly) (Entered: 09/27/2017) |
| 28/2017 | 3727 | LETTER MOTION for Conference addressed to Magistrate Judge Sarah Netburn from Omar T. Mohammedi dated S 28, 2017. Document filed by World Assembly of Muslim Youth. (Attachments: # 1 Exhibit 1)(Mohammedi, Omar) ( 09/28/2017) |
| 28/2017 | 3728 | MEMO ENDORSEMENT: on re: 3724 Status Report filed by Wael Jalaidan. ENDORSEMENT: The Court deems th report to be sufficient. Counsel is directed to continue his efforts to communicate directly and proactively with OFAC the approval of the necessary license. To the extent counsel has not already, he shall provide OFAC with the Court's 2017 Order (ECF No. 3610). Counsel must remind OFAC of the burden on the Court that further delay imposes. The report shall be due on October 27, 2017. (Signed by Magistrate Judge Sarah Netburn on 9/28/2017) (ap) Modified on (ap). (Entered: 09/28/2017) |
| 29/2017 | 3729 | ORDER: with respect to 3727 Letter Motion for Conference. A telephone conference is scheduled for 4:00 p.m. on C 2017, to discuss an extension to the deadline for Defendant World Assembly of Muslim Youth's document productio time, the parties should jointly call Chambers, at (212) 805−0286, with all relevant individuals on the line. If this date unavailable for any party, they must contact Courtroom Deputy Joseph Mendieta immediately at (212) 805−0286. Th Executive Committees may file a response to this letter by October 3, 2017. Telephone conference set for 10/5/2017, P.M. (Signed by Magistrate Judge Sarah Netburn on 9/28/2017) (ap) (Entered: 09/29/2017) |
| 29/2017 | | Set/Reset Hearings: Telephone Conference set for 10/5/2017 at 4:00 PM before Magistrate Judge Sarah Netburn. (ap) 09/29/2017) |
| 29/2017 | 3730 | LETTER MOTION for Extension of Time *to file any Motion to Compel against Yassin Kadi* addressed to Magistrate Sarah Netburn from Andrew J. Maloney III dated 09/29/2017. Document filed by Kathleen Ashton(as Administrator Estate of Thomas Ashton, deceased and on behalf of all survivors of Thomas Ashton).(Maloney, Andrew) (Entered: ( |
| 29/2017 | 3731 | ORDER granting 3730 Letter Motion for Conference. The Court previously scheduled a telephone conference to add document production from defendant World Assembly of Muslim Youth. That telephone conference is scheduled for on October 5, 2017. At this conference, the Court will also address the application to extend the deadline to move to discovery against defendant Yassin Kadi (or by Kadi as against the plaintiffs). The Plaintiffs' Executive Committee is circulate a call−in number to all interested parties, and to provide that to the Court in advance of the 4:00 call. (HERE ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 09/29/2017) |
| 29/2017 | 3732 | LETTER RESPONSE to Motion addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele dated Septem 2017 re: 3727 LETTER MOTION for Conference addressed to Magistrate Judge Sarah Netburn from Omar T. Moha dated September 28, 2017. . Document filed by Plaintiffs Executive Committees. (Haefele, Robert) (Entered: 09/29/2 |
| 29/2017 | 3733 | LETTER addressed to Magistrate Judge Sarah Netburn from J. Scott Tarbutton, Esquire, dated September 29, 2017, update concerning the status of merits discovery, ongoing translation, and analysis of recent document productions. D filed by Plaintiffs Executive Committees.(Carter, Sean) (Entered: 09/29/2017) |
| 29/2017 | 3734 | RULE 26 DISCLOSURE.Document filed by Wamy International, Inc..(Mohammedi, Omar) (Entered: 09/29/2017) |
| 29/2017 | 3735 | CERTIFICATE OF SERVICE of Supplemental Initial Disclosures served on All Counsel on 9−29−2107. Document Wamy International, Inc., World Assembly of Muslim Youth. (Mohammedi, Omar) (Entered: 09/29/2017) |

| | | |
|---|---|---|
| 29/2017 | 3736 | OBJECTION to (219 in 1:11−cv−07550−GBD−SN, 3676 in 1:03−md−01570−GBD−SN) Report and Recommendati *"Hoglan IV"* Document filed by Hoglan Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Fleming, Timothy) (Entered: 09/29/2017) |
| 30/2017 | 3737 | LETTER addressed to Magistrate Judge Sarah Netburn from J. Scott Tarbutton, Esquire, dated September 30, 2017, r Executive Committees Revised Discovery Status Letter as to Defendants Muslim World League (MWL), Internationa Relief Organization (IIRO), and Dubai Islamic Bank (DIB). Document filed by Plaintiffs Executive Committees.(Car (Entered: 09/30/2017) |
| 30/2017 | 3738 | LETTER addressed to Magistrate Judge Sarah Netburn from J. Scott Tarbutton, Esquire, dated September 30, 2017, r Plaintiffs Executive Committees revised discovery status letter. Document filed by Plaintiffs Executive Committees.( Sean) (Entered: 09/30/2017) |
| 03/2017 | 3739 | LETTER addressed to Magistrate Judge Sarah Netburn from Waleed Nassar dated October 3, 2017 re: Response to P Executive Committees September 30 Proposal (ECF No. 3737). Document filed by International Islamic Relief Organization(IIRO), Muslim World League.(Nassar, Waleed) (Entered: 10/03/2017) |
| 03/2017 | 3740 | ORDER: On October 2, 2017, the Honorable George B. Daniels referred this case to my docket for general pretrial su Plaintiff Susanne Fraser is directed to review the Courts May 3, 2017 Order in the Multi−District Litigation, ECF No which describes the procedures by which plaintiffs may conform their pleadings to the Consolidated Amended Comp the Kingdom of Saudi Arabia and the Saudi High Commission for Relief of Bosnia & Herzegovina, ECF No. 3463. P also directed to meet and confer with the Plaintiffs' Executive Committees to determine whether she should file a Not Conform. Plaintiff shall file a letter by October 13, 2017, advising the Court how it intends to proceed. (Signed by M Judge Sarah Netburn on 10/3/2017) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:17−cv−07317−GBD−S (Entered: 10/04/2017) |
| 03/2017 | 3741 | ORDER: The Court previously scheduled a telephone conference for 4:00 p.m. on October 5, 2017, to address certain During the conference, the Court will also address the Plaintiffs' Executive Committees' request to extend the deadlin submit motions to compel or motions for sanctions against Defendants Muslim World League and the International Is Relief Organization. ECF No. 3737. The Plaintiffs' Executive Committees are directed to circulate a call−in number t interested parties and to provide that number to the Court in advance of the telephone conference. (Signed by Magistr Sarah Netburn on 10/3/2017) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(rj) (Entered: 10/04/2017) |
| 06/2017 | 3742 | MOTION for Sanctions *Against Defendant Wa'el Hamza Jelaidan*. Document filed by Plaintiffs Executive Committe Sean) (Entered: 10/06/2017) |
| 06/2017 | 3743 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU (SEE 3744 Memorandum) −** MOTIO Sanctions *Memorandum of Law in support of Plaintiff's Motion for Sanctions against Defendant Wa'el Hamza Jelaid* Document filed by Plaintiffs Executive Committees.(Carter, Sean) Modified on 10/10/2017 (db). (Entered: 10/06/201 |
| 06/2017 | 3744 | MEMORANDUM OF LAW in Support re: 3742 MOTION for Sanctions *Against Defendant Wa'el Hamza Jelaidan*. filed by Plaintiffs Executive Committees. (Carter, Sean) (Entered: 10/06/2017) |
| 06/2017 | 3745 | **FILING ERROR − DEFICIENT DOCKET ENTRY (SEE 3746 Declaration) −** DECLARATION of J. Scott Tarb Esquire in Support re: 3742 MOTION for Sanctions *Against Defendant Wa'el Hamza Jelaidan*.. Document filed by P Executive Committees. (Carter, Sean) Modified on 10/10/2017 (db). (Entered: 10/06/2017) |
| 06/2017 | 3746 | DECLARATION of J. Scott Tarbutton, Esquire in Support re: 3742 MOTION for Sanctions *Against Defendant Wa'e Jelaidan*.. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhib Exhibit D Part 1, # 5 Exhibit D Part 2, # 6 Exhibit D Part 3, # 7 Exhibit D Part 4, # 8 Exhibit D Part 5, # 9 Exhibit E, Exhibit F, # 11 Exhibit G, # 12 Exhibit H, # 13 Exhibit I, # 14 Exhibit J, # 15 Exhibit K)(Carter, Sean) (Entered: 10/0 |
| 06/2017 | 3747 | CERTIFICATE OF SERVICE of Motion for Santions, Memo of Law and Declaration served on Wa'el Hamza Jelaid 10/6/17. Document filed by Plaintiffs Executive Committees. (Carter, Sean) (Entered: 10/06/2017) |
| 06/2017 | 3748 | MOTION for Sanctions − *Plaintiffs' Notice of Motion for Sanctions as to Charity Official Defendants Abdullah Oma Abdullah Bin Saleh Al Obaid, Abdullah Mahsen Al Turki, Adnan Basha, and Soliman Al−Buthe*. Document filed by P Executive Committees.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(Haefele, Robert) (Entered: 10/06 |
| 06/2017 | 3749 | MEMORANDUM OF LAW in Support re: (546 in 1:04−cv−07065−GBD, 987 in 1:03−cv−06978−GBD−SN, 3748 i 1:03−md−01570−GBD−SN, 774 in 1:03−cv−09849−GBD, 571 in 1:04−cv−07279−GBD, 850 in 1:02−cv−06977−GB 630 in 1:04−cv−01923−GBD, 582 in 1:04−cv−05970−GBD−SN) MOTION for Sanctions − *Plaintiffs' Notice of Mot Sanctions as to Charity Official Defendants Abdullah Omar Naseef, Abdullah Bin Saleh Al Obaid, Abdullah Mahsen Adnan Basha, and Soliman Al−Buthe*. . (Attachments: # 1 Consolidated Certificate of Service)Filed In Associated Ca 1:03−md−01570−GBD−SN et al.(Haefele, Robert) (Entered: 10/06/2017) |
| 06/2017 | 3750 | DECLARATION of Robert T. Haefele in Support re: (987 in 1:03−cv−06978−GBD−SN, 3748 in 1:03−md−01570−G 850 in 1:02−cv−06977−GBD−SN, 582 in 1:04−cv−05970−GBD−SN, 546 in 1:04−cv−07065−GBD, 774 in 1:03−cv−09849−GBD, 571 in 1:04−cv−07279−GBD, 630 in 1:04−cv−01923−GBD) MOTION for Sanctions − *Plain* |

| | | |
|---|---|---|
| | | *of Motion for Sanctions as to Charity Official Defendants Abdullah Omar Naseef, Abdullah Bin Saleh Al Obaid, Abd Mahsen Al Turki, Adnan Basha, and Soliman Al−Buthe..* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhib Exhibit M, # 14 Exhibit N)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(Haefele, Robert) (Entered: 1 |
| .0/2017 | 3751 | LETTER addressed to Magistrate Judge Sarah Netburn from Peter C. Salerno dated 10/10/2017 re: Motion to compel Associated Cases: 1:03−md−01570−GBD−SN et al.(Salerno, Peter) (Entered: 10/10/2017) |
| .1/2017 | 3752 | SECOND LETTER MOTION for Extension of Time *of the deadlines for plaintiffs' opposition to the motions to dism* addressed to Judge George B. Daniels from James P. Kreindler dated 10/11/2017. Document filed by Kathleen Ashto Administrator of the Estate of Thomas Ashton, deceased and on behalf of all survivors of Thomas Ashton).(Kreindle (Entered: 10/11/2017) |
| .2/2017 | 3753 | ORDER granting 3752 Letter Motion for Extension of Time: SO ORDERED. (Signed by Judge George B. Daniels o 10/12/2017) (jwh) (Main Document 3753 replaced on 10/12/2017) (jwh). (Entered: 10/12/2017) |
| .2/2017 | | Set/Reset Deadlines as to 3667 MOTION to Dismiss, 3670 MOTION to Dismiss: Responses due by 11/9/2017 (jwh) 10/12/2017) |
| .2/2017 | | Set/Reset Deadlines: Motions due by 12/1/2017. Responses due by 1/5/2018. Replies due by 1/26/2018. (ap) (Entered 10/12/2017) |
| .2/2017 | | *****DELETED DOCUMENT. Deleted document number 3754 ORDER. The document was incorrectly filed in (ap)** (Entered: 10/19/2017) |
| .2/2017 | 3762 | ORDER: terminating 3486 (in case 3md1570) Motion for Attorney Fees; terminating 3727 (in case 3md1570) Letter Conference. As discussed at the conference held on October 5, 2017, the following deadlines have been modified. De World Assembly of Muslim Youth's ("WAMY's") document production shall be completed by November 30, 2017. I WAMY has been given substantial time to produce documents, no further extensions of this deadline will be granted. Plaintiffs' Executive Committees ("PECs") shall file a status letter discussing WAMY's document production and wh intends to file any discovery motions by January 5, 2018. The PECs shall file any discovery motion against Defendar Abdullah Al Kadi no later than December 1, 2017, by motion not to exceed 20 double−spaced pages. Defendant Kad oppose such motion no later than January 5, 2018, by memorandum of law not to exceed 20 double−spaced pages. Th may file a reply no later than January 26, 2018, by memorandum of law not to exceed 10 double−spaced pages. The I file any discovery motion against Defendants Muslim World League ("MWL") and International Islamic Relief Orga ("IIRO") no later than December 1, 2017, by motion not to exceed 20 double−spaced pages. Defendants MWL and II oppose such discovery motion no later than January 5, 2018, by memorandum of law not to exceed 20 double−space The PECs may file a reply no later than January 26, 2018, by memorandum of law not to exceed 10 double−spaced p other deadlines remain in effect. In addition, in light of Defendant Perouz Sedaghaty's ongoing bankruptcy proceedin Plaintiffs' application for attorney fees and expenses, ECF No. 3486, is DENIED without prejudice. The Clerk of Cou directed to terminate the motions at ECF Nos. 3486 and 3727. (Signed by Magistrate Judge Sarah Netburn on 10/12/2 (Entered: 10/12/2017)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (ap) (Entered: 10/19/2017) |
| .3/2017 | 3755 | NOTICE of Short Form Complaint, Muenchener Rueckversicherungs−Gesellschaft Aktiengesellschaft in Muenchen, Kingdom of Saudi Arabia, et al., 17−cv−7914. Document filed by Plaintiffs Executive Committees. (Carter, Sean) (E 10/13/2017) |
| .6/2017 | 3756 | NOTICE OF APPEARANCE by Frank H. Granito, III on behalf of Rudy Abad, Cynthia Barkway, Maureen Basnick Bishundat, Bhola Bishundat, Thomas Bocchino, Irene Boehm, Francisco Bourdier, Magdalena Bourdier, Manuel Bou Caroline Breitweiser, Kristen Breitweiser, Erica Brennan, Kathleen Brunton, Michael Brunton, Ernst Buck, Josephin Sheri Burlingame, Elaine Chevalier, Kenneth Chu, Melinda Cooper, Theresa Cove, James Cudmore, Stephen Davids Delapenha, Samantha Delapenha, Lorraine Delapenha Fichera, Kathryn Dennis, Irene Dickey, Rosemary Dillard, Gr Dimmling, Leslie Dimmling, Nicholas Dimmling, Rudy Dimmling, Marguerita Domanico, Maureen Dominguez, Ch Dowling, Cynthia Droz, Jacqueline Eaton, Charles Evans, Corrine Evans, Catherine Faughnan, Joan Faughnan, Juliet Liam Faughnan, Lynne Faughnan, Siena Faughnan, Thomas Faughnan, Nancy Kimbell, Christina Kurinzi, Debra La Deborah Razzano, Amy Waters. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:17−cv−02003−GBD−SN(Granito, Frank) (Entered: 10/16/2017) |
| .6/2017 | 3757 | NOTICE OF APPEARANCE by Frank H. Granito, III on behalf of Diane Barnes, Marco Calle, Anne Earthman, Dar Earthman, Frank Fetchet, Mary Fetchet, Bridget Finnegan, Erin Finnegan, Michael Finnegan, Patricia Fitzsimons, Ca Gamboa, Cathy Geyer, Michele Geyer, Joseph Gilly, Phyllis Gilly, Gerald Golkin, Janet Golkin, Susan Golkin, Blan Teresa Gomez, Anna Granitto, Cosimo Granitto, Filippa Granitto, Mario Granitto, Raymond Habib, Thomas Heiden Mary Heller, Alice Henry, Edward Henry, Tennyson Huie, Sheri Iskenderian, Jennifer Jardim, Christine Jean−Pierre, Jordan, Geoffrey Judge, Dohee Kang, Frederick Kelley, Janet Kelley, Joanne Kelly, Alison Kinney, Paul Kolpak, Th Kolpak, Vivian Kolpak, Alexis Kolpak Lerner, Elizabeth Kovalcin, Anna Kren, Sandra Munro, Sandra Pangborn, Ar Sassone, Maureen Stines, Janine Wentworth. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:17−cv−02003−GBD−SN(Granito, Frank) (Entered: 10/16/2017) |

| | | |
|---|---|---|
| .6/2017 | 3758 | NOTICE OF APPEARANCE by Frank H. Granito, III on behalf of Donna Caballero, Elizabeth Davila−Lopez, Mary Duff−Ortale, Catherine Grimes, William Lang, Carolann Larsen, Carole Leavey, Dennis Levi, Jennifer Levi−Longye Litto, Catherine Litto−Petras, Christina Lynch, Eileen Lynch, Grace Lynch, Lorraine Lynch, Sean Lynch, Jr., Valerie Mary Malitas, Brinley Maloney, Mairead Manning, Megan Manning, Nicholas Maounis, Sheila Martello, Kimberly M Margaret Mathers, Lynn Mcguinn, Taryn Mchale, Elizabeth Mclaughlin, Elizabeth Mcnally, Joseph Mickley, Marie Arjan Mirpurj, Susanne Mladenik, Mark Morabito, Catherine Moran, Madeline Moy, Patrick Mullan, Amy Nacke, H Amy Newton, Susan Newton−Carter, Christine O'berg Connolly, Lisa O'brien, Dennis Oberg, Dorothy Oberg, Antoi Ognibene, Gilbert Ortale, Julie Ortale, Joseph Reitano, Kimberly Rex, Mary Rose Lynch, Kristen Serra. Filed In Ass Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:17−cv−02003−GBD−SN(Granito, Frank) (Entered 10/16/2017) |
| .6/2017 | 3759 | NOTICE OF APPEARANCE by Frank H. Granito, III on behalf of Danielle Behan, Valda Binns, Eugenia Bogado, S Jacqueline Galleron, Wanda Garcia−Ortiz, Nancy Holzhauer, Michael Jammen, Christina Kminek, Corrine Krachtus Miller, Daniel Orth, Elizabeth Orth, Michelle Orth, Alexandra Ortiz, Jean Palombo, Carolyn Panatier, Navila Patterso Pelino, Lynne Phillip, Celeste Pollicino, Steven Pollicino, Janice Punches, Joseph Quinn, Michael Quinn, Noreen Qu Marilyn Reich, Daniel Riches, James Riches, Rita Riches, Thomas Riches, Timothy Riches, Jean−Marc Ropiteau, Ba Ropiteau−Galloway, Brendan Ryan, Bernard Salamone, Christian Salvaterra, Luis Samaniego, Carrie San Phillip, Ab Scott, Dara Seaman, Maria Silverstein, Laurie Simowitz, James Slattery, Susan Sliwak, Frank Song, Hyungshin Song Song, Yongjin Song, Christine Spencer, Lorraine Szocik, Marc Taddonio, Jane Terrenzi, Mark Thompson, Neal Tho Norman Thompson, Patricia Thompson, Basil Thorpe, Vicki Tureski. Filed In Associated Cases: 1:03−md−01570−G 1:02−cv−06977−GBD−SN, 1:17−cv−02003−GBD−SN(Granito, Frank) (Entered: 10/16/2017) |
| .6/2017 | 3760 | NOTICE OF APPEARANCE by Frank H. Granito, III on behalf of Elizabeth Ann Payne, Kathy Cordero, Patricia Cubas−Bielfeld, Lisa Debarbrie, Virginia Dichiara, Carmela Eichele, Robert Eichele, Chong Farrell, Kevin Farrell, M Gartner, Patricia Greene−Wotton, Dorry Groh−Tompsett, Michael Henry, Rebecca Henry, Carrie Leach, James Leac Levine, Agnes Mccaffrey, James Mccaffrey, Edward Nicholls, Stacie Nicholls, Valencial Parker, Andrew Petisce, An Todisco, Gregory Todisco, Tanja Tomasevic, Mary Tucker, Jennifer Vauk, Dennis Vianna, Marilynda Vianna, Nayda Voskerijian, Carol Waldie, Allison Wallice, Kevin Ward, Marcia Weiss, Patrick Welsh, Benjamin Wong, Pamela Wo Christopher Wren, Patricia Wren, William Wren, Donald Young, Ling Young. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:17−cv−02003−GBD−SN(Granito, Frank) (Entered: 10/16 |
| .9/2017 | 3761 | LETTER addressed to Judge George B. Daniels from J. Scott Tarbutton, Esquire, dated October 19, 2017 re: Request Muenchener Rueckversicherungs−Gesellschaft Aktiengesellschaft in Muenchen, et al. (17−cv−7914) be made part of Terrorist Attacks on September 11, 2001, 03 MDL 1570. Document filed by Muenchener Rueckversicherungs Gesell Aktiengesellschaft In Muenchen.(Carter, Sean) (Entered: 10/19/2017) |
| 20/2017 | 3763 | MEMORANDUM OF LAW in Opposition re: 3748 MOTION for Sanctions − *Plaintiffs' Notice of Motion for Sancti Charity Official Defendants Abdullah Omar Naseef, Abdullah Bin Saleh Al Obaid, Abdullah Mahsen Al Turki, Adnan and Soliman Al−Buthe*. . Document filed by Abdullah Omar Naseef, Addullah Bin Abdul Muhsen Al Turki, Soliman Al−Buthe, Abdullah Bin Saleh Al−Obaid, Adnan Basha. (Kabat, Alan) (Entered: 10/20/2017) |
| 20/2017 | 3764 | DECLARATION of Alan Kabat in Opposition re: 3748 MOTION for Sanctions − *Plaintiffs' Notice of Motion for Sa to Charity Official Defendants Abdullah Omar Naseef, Abdullah Bin Saleh Al Obaid, Abdullah Mahsen Al Turki, Adr and Soliman Al−Buthe*.. Document filed by Abdullah Omar Naseef, Abdullah Muhsen Al Turki, Soliman H.S. Al−Bu Abdullah Bin Saleh Al−Obaid, Adnan Basha. (Kabat, Alan) (Entered: 10/20/2017) |
| 23/2017 | 3765 | ORDER: This document relates to: Susanne Fraser, et al. v. Al Qaeda Islamic Army, et al., 17−CV−7317 (GBD)(SN) dated October 3, 2017, the Court directed Plaintiff Susanne Fraser to file a letter no later than October 13, 2017, advis Court of whether she intends to conform her pleadings to the Consolidated Amended Complaint as to the Kingdom o Arabia and the Saudi High Commission for Relief of Bosnia & Herzegovina. Plaintiff did not file a letter as directed. Accordingly, Plaintiff is ORDERED to file a letter by October 25, 2017. To the extent the Plaintiffs Executive Comm been in contact with counsel for Plaintiff, the PEC may also file a letter if it has information regarding the Plaintiff's i (Signed by Magistrate Judge Sarah Netburn on 10/23/2017) (ap) (Entered: 10/24/2017) |
| 25/2017 | 3766 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman, Esq dated 10/25/2017 re: In response Courts Order. Document filed by Plaintiffs Executive Committees, Plaintiffs PI Executive Committee.(Goldman, Jerr (Entered: 10/25/2017) |
| 27/2017 | 3767 | LETTER addressed to Judge George B. Daniels from Sean P. Carter, Esquire, dated October 27, 2017 re: PEC, on be CAC Plaintiffs and the Ashton Plaintiffs, write to respectfully request the Court's endorsement of proposals concernir limits for further briefing as to the Motions to Dismiss of the Kingdom of Saudi Arabia and the Saudi High Commiss Relief of Bosnia & Herzegovina. The Kingdom and the SHC join in this request. Plaintiffs also seek the Court's appro administrative proposal relating to their oppositions. Document filed by Plaintiffs Executive Committees.(Carter, Sea (Entered: 10/27/2017) |
| 27/2017 | 3768 | NOTICE OF APPEARANCE by Kanishka Agarwala on behalf of Estate of John P.O'Neill, Sr., Carol O'Neill, Christ O'Neill, Dorothy A. O'Neill, Holly O'Neill(Individually), Holly O'Neill(Personal Representative of the Estate of SEA |

| | | |
|---|---|---|
| | | O'NEILL, Deceased), Holly O'Neill(As surviving Spouse of SEAN G. C. O'NEILL, Deceased), John Patrick O'Neill, (Agarwala, Kanishka) (Entered: 10/27/2017) |
| 27/2017 | 3769 | STATUS REPORT. *30−day Status Report 10/27* Document filed by Wael Jalaidan.(McMahon, Martin) (Entered: 10 |
| 27/2017 | 3770 | REPLY MEMORANDUM OF LAW in Support re: (546 in 1:04−cv−07065−GBD, 987 in 1:03−cv−06978−GBD−SN 1:03−md−01570−GBD−SN, 774 in 1:03−cv−09849−GBD, 571 in 1:04−cv−07279−GBD, 850 in 1:02−cv−06977−G 630 in 1:04−cv−01923−GBD, 582 in 1:04−cv−05970−GBD−SN) MOTION for Sanctions − *Plaintiffs' Notice of Mot Sanctions as to Charity Official Defendants Abdullah Omar Naseef, Abdullah Bin Saleh Al Obaid, Abdullah Mahsen Adnan Basha, and Soliman Al−Buthe*. . Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(Haefele, Robert 10/27/2017) |
| 27/2017 | 3771 | REPLY AFFIRMATION of Robert T. Haefele in Support re: (546 in 1:04−cv−07065−GBD, 987 in 1:03−cv−06978− 3748 in 1:03−md−01570−GBD−SN, 774 in 1:03−cv−09849−GBD, 571 in 1:04−cv−07279−GBD, 850 in 1:02−cv−06977−GBD−SN, 630 in 1:04−cv−01923−GBD, 582 in 1:04−cv−05970−GBD−SN) MOTION for Sanction *Plaintiffs' Notice of Motion for Sanctions as to Charity Official Defendants Abdullah Omar Naseef, Abdullah Bin Sal Obaid, Abdullah Mahsen Al Turki, Adnan Basha, and Soliman Al−Buthe*.. (Attachments: # 1 Exhibit O − Hearing Tr Excerpts)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(Haefele, Robert) (Entered: 10/27/2017) |
| 30/2017 | 3772 | MEMO ENDORSEMENT: on re: 3769 Status Report filed by Wael Jalaidan. ENDORSEMENT: The Court deems t report to be sufficient. Counsel is directed to continue his efforts to communicate directly and proactively with OFAC the approval of the necessary license. To the extent counsel has not already, he shall provide OFAC with the Court's 2017 Order. ECF No. 3610. Counsel must remind OFAC of the burden on the Court that further delay imposes. The report shall be due on November 27, 2017. (Signed by Magistrate Judge Sarah Netburn on 10/30/2017) (ap) (Entered 10/30/2017) |
| 30/2017 | 3773 | MEMO ENDORSEMENT on re: 3767 Letter filed by Plaintiffs Executive Committees. ENDORSEMENT: SO ORD (Signed by Judge George B. Daniels on 10/30/2017) (mro) (Entered: 10/30/2017) |
| 30/2017 | 3774 | MOTION to Compel Defendant, Dubai Islamic Bank to comply with the Court's March 22, 2016 Order . Document f Plaintiffs Executive Committees.(Carter, Sean) (Entered: 10/30/2017) |
| 30/2017 | 3775 | MEMORANDUM OF LAW in Support re: 3774 MOTION to Compel Defendant, Dubai Islamic Bank to comply wi Court's March 22, 2016 Order . . Document filed by Plaintiffs Executive Committees. (Carter, Sean) (Entered: 10/30/ |
| 30/2017 | 3776 | DECLARATION of J. Scott Tarbutton, Esquire, in Support re: 3774 MOTION to Compel Defendant, Dubai Islamic comply with the Court's March 22, 2016 Order .. Document filed by Plaintiffs Executive Committees. (Attachments: A Plaintiffs' First Set of Requests for Production of Documents, # 2 Exhibit B Supplemental Requests, # 3 Exhibit C Second Supplemental Requests, # 4 Exhibit D Motion to Compel, # 5 Exhibit E Motion to Compel, # 6 Exhibit F Re # 7 Exhibit G Part 1 Transcript, # 8 Exhibit G Part 2 Transcript, # 9 Exhibit G Part 3 Transcript, # 10 Exhibit G Part Transcript, # 11 Exhibit H October 10_2016 List of 500, # 12 Exhibit I DIB January 4_2017 Letter, # 13 Exhibit J M Letter, # 14 Exhibit K September 29_2016 Letter, # 15 Exhibit L March 8_2017 email correspondence, # 16 Exhibit 21_2017 Letter, # 17 Exhibit N June 2_2017 Letter, # 18 Exhibit O June 8_2017 Letter, # 19 Exhibit P August 3_201 20 Exhibit Q September 22_2017 Letter, # 21 Exhibit R DIB's October 11_2017 Letter, # 22 Exhibit S Excerpt of Au 3_2017 Deposition of Dr. Hussein Hamid Hassan, # 23 Exhibit T DIB's August 14_2017 Letter, # 24 Exhibit U DIB' 11_2016 Letter)(Carter, Sean) (Entered: 10/30/2017) |
| 31/2017 | 3777 | ORDER: with respect to 3774 Letter Motion to Compel. On Monday, October 30, 2017, the Plaintiffs' Executive Co ("PECs") filed a motion to compel Defendant Dubai Islamic Bank to comply with the Court's March 22, 2016 Order. shall file its opposition to the motion to compel no later than Monday, November 13, 2017, by memorandum of law exceed 20 double−spaced pages. The PECs may file a reply no later than Monday, November 20, 2017, by memoran not to exceed 10 double−spaced pages. Response due by 11/13/2017. Reply due by 11/20/2017. (Signed by Magistra Sarah Netburn on 10/31/2017) (ap) (Entered: 10/31/2017) |
| 31/2017 | | Set/Reset Deadlines: Responses due by 11/13/2017. Replies due by 11/20/2017. (ap) (Entered: 10/31/2017) |
| 06/2017 | 3778 | ORDER: On January 6, 2017, the Honorable George B. Daniels entered a default on behalf of Continental Casualty Transcontinental Insurance Company, Transportation Insurance Company, Valley Forge Insurance Company, Nation Insurance Company of Hartford, and American Casualty Company of Reading, Pennsylvania (collectively, "Plaintiff the Islamic Republic of Iran on claims arising under 28 U.S.C. § 1605A, and referred the calculation of damages to ECF No. 3415. On June 19, 2017, Plaintiffs moved for an award of damages. ECF No. 3628. The Court requires addi information from the Plaintiffs with respect to two issues. First, it is not readily apparent how Claims RM00625111 ( IA00114611 (alleged negligence), and IA00117211 (alleged negligence) listed in Exhibit A to the Affidavit of Lawre relate to the terrorist attacks on September 11, 2001. ECF No. 3629−1. Plaintiffs shall file a sworn affidavit by Nove 2017, explaining how these three claims are connected to the terrorist attacks. Second, Plaintiffs are directed to file a not to exceed five pages by November 16, 2017, addressing the appropriate date from which prejudgment interest sh computed pursuant to Section 5001(b) of the New York Civil Practice Law and Rules and any other applicable law. S |

| | | |
|---|---|---|
| | | the Court seeks authority for awarding interest from the date the cause of action existed (presumably September 11, 2 compared to the date the damages to the Plaintiffs were incurred (which might be a later date based on when the insu carrier paid out claims). (Signed by Magistrate Judge Sarah Netburn on 11/6/2017) (ap) (Entered: 11/06/2017) |
| )7/2017 | 3779 | LETTER addressed to Judge George B. Daniels from Christopher R. LoPalo dated November 7, 2017 re: Commence new action and recent Short Form Complaint and Stipulation Filings. Document filed by Napoli Shkolnik PLLC.(LoI Christopher) (Entered: 11/07/2017) |
| )9/2017 | 3780 | AFFIDAVIT of James P. Kreindler and Steven R. Pounian in Opposition re: (3667 in 1:03−md−01570−GBD−SN) M Dismiss ., (3670 in 1:03−md−01570−GBD−SN) MOTION to Dismiss .. (Attachments: # 1 Appendix 1, # 2 Appendix Exhibit List, # 4 Exhibit 1)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:17−cv−02003−GBD−SN(Kreindler, James) (Entered: 11/09/2017) |
| )9/2017 | 3781 | MEMORANDUM OF LAW in Opposition re: (3667 in 1:03−md−01570−GBD−SN) MOTION to Dismiss ., (3670 in 1:03−md−01570−GBD−SN) MOTION to Dismiss . . Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:17−cv−02003−GBD−SN(Kreindler, James) (Entered: 11/09/2017) |
| )9/2017 | 3782 | MEMORANDUM OF LAW in Opposition re: 3667 MOTION to Dismiss ., 3670 MOTION to Dismiss . . Document Plaintiffs Executive Committees. (Carter, Sean) (Entered: 11/09/2017) |
| )9/2017 | 3783 | AFFIRMATION of J. Scott Tarbutton, Esquire in Opposition re: 3667 MOTION to Dismiss ., 3670 MOTION to Dis Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Ex Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12A Exhibit 12B, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 2( 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22)(Carter, Sean) (Entered: 11/09/2017) |
| )9/2017 | 3784 | AFFIRMATION of Robert T. Haefele, Esquire in Opposition re: 3667 MOTION to Dismiss ., 3670 MOTION to Dis Document filed by Plaintiffs Executive Committees. (Carter, Sean) (Entered: 11/09/2017) |
| )9/2017 | 3785 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman dated November 9, 2017 re: Exhibits to Affir J. Scott Tarbutton and Robert Haefele. Document filed by Plaintiffs Executive Committees.(Goldman, Jerry) (Entere 11/09/2017) |
| .0/2017 | 3786 | **FILING ERROR − DEFICIENT DOCKET ENTRY (SEE 3787 Letter) −** LETTER addressed to Judge George E from Sean P. Carter, Esquire dated November 10, 2017 re: courtesy copies of Brief and Affirmations and advice that filings have been made in compliance with the Court's Order, ECF No. 3070. Document filed by Plaintiffs Executive Committees.(Carter, Sean) Modified on 11/13/2017 (db). (Entered: 11/10/2017) |
| .3/2017 | 3787 | LETTER addressed to Judge George B. Daniels from Sean P. Carter, Esquire dated November 10, 2017 re: cover lett courtesy copies of CAC Plaintiffs' Memo of Law in opposition to the KSA and SHC Motions to Dismiss. Document Plaintiffs Executive Committees.(Carter, Sean) (Entered: 11/13/2017) |
| .3/2017 | 3788 | MEMORANDUM OF LAW in Opposition re: (3774 in 1:03−md−01570−GBD−SN) MOTION to Compel Defendan Islamic Bank to comply with the Court's March 22, 2016 Order . . Filed In Associated Cases: 1:03−md−01570−GBD al.(Cottreau, Steven) (Entered: 11/13/2017) |
| .3/2017 | 3789 | **FILING ERROR − DEFICIENT DOCKET ENTRY (SEE 3791 Declaration) −** DECLARATION of Steven T. C Opposition re: (3774 in 1:03−md−01570−GBD−SN) MOTION to Compel Defendant, Dubai Islamic Bank to comply Court's March 22, 2016 Order .. (Attachments: # 1 Exhibit 1. Oct 28_2010 Discovery Order, # 2 Exhibit 2. DIB Resp Plaintiffs' First RFPs, # 3 Exhibit 3. July 7 _2011 Letter, # 4 Exhibit 4. July 15_2011 Letter, # 5 Exhibit 5. Septembe Letter, # 6 Exhibit 6. September 22_2011 Letter, # 7 Exhibit 7. August 30_2012 Letter, # 8 Exhibit 8. DIB Resp. & C Plaintiffs' Supplemental RFPs, # 9 Exhibit 9. August 22_2012 Letter, # 10 Exhibit 10. DIB's Opposition to Plaintiffs' Compel, # 11 Exhibit 11. April 13_2016 Letter, # 12 Exhibit 12. March 22_2017 Letter, # 13 Exhibit 13. June 28_20 Transcript, # 14 Exhibit 14. June 17_2010 Court Order, # 15 Exhibit 15. United States v. Usama bin Laden Trial Tra Exhibit 16. SBG MTD Memorandum)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(Cottreau, Steven) on 11/17/2017 (db). (Entered: 11/13/2017) |
| .5/2017 | 3790 | LETTER addressed to Magistrate Judge Sarah Netburn from Steven T. Cottreau dated November 15, 2017 re: Propos Deposition Protocol Order. Document filed by Defendants Executive Committee. (Attachments: # 1 Proposed Depos Protocol Order)(Cottreau, Steven) (Entered: 11/15/2017) |
| .7/2017 | 3791 | DECLARATION of Steven T. Cottreau in Opposition re: 3774 MOTION to Compel Defendant, Dubai Islamic Bank with the Court's March 22, 2016 Order .. Document filed by Dubai Islamic Bank. (Attachments: # 1 Exhibit 1. Oct 28 Discovery Order, # 2 Exhibit 2. DIB Resp. & Obj. to Plaintiffs' First RFPs, # 3 Exhibit 3. July 7 _2011 Letter, # 4 Ex 15_2011 Letter, # 5 Exhibit 5. September 8_2011 Letter, # 6 Exhibit 6. September 22_2011 Letter, # 7 Exhibit 7. Au 30_2012 Letter, # 8 Exhibit 8. DIB Resp. & Obj. to Plaintiffs' Supplemental RFPs, # 9 Exhibit 9. August 22_2012 Le Exhibit 10. DIB's Opposition to Plaintiffs' Motion to Compel, # 11 Exhibit 11. April 13_2016 Letter, # 12 Exhibit 12 22_2017 Letter, # 13 Exhibit 13. June 28_2013 Hearing Transcript, # 14 Exhibit 14. June 17_2010 Court Order, # 15 |

| | | |
|---|---|---|
| | | (CORRECTED) United States v. Usama bin Laden Trial Transcript Excerpts, # 16 Exhibit 16. SBG MTD Memorandum)(Cottreau, Steven) (Entered: 11/17/2017) |
| .7/2017 | 3792 | EXHIBITS re: AFFIDAVIT of James P. Kreindler and Steven R. Pounian in Opposition; MEMORANDUM OF LAV Opposition. Document filed by John Ashton, Kathleen Ashton.(***Documents accepted for Hard Copy Filing by Orc 10/30/2017.***)Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:17−cv−02003−GBD− (Entered: 11/17/2017) |
| .7/2017 | 3793 | ORDER: Over the past several months, Short Form Complaints have been filed in the above−listed actions, adding th new plaintiffs to this already large multidistrict litigation. See ECF Nos. 360001, 360306, 3779. Most of these new pl allege that they sustained personal injuries in connection with the terrorist attacks on September 11, 2001, and few of plaintiffs raise wrongful death claims. The parties are ORDERED to file three−page letter submissions by November addressing the propriety of litigating these direct personal injury claims (i.e., non−wrongful death claims) in this mult litigation. Specially, the parties should address whether or not the claims are "related" according to the Court's Rules Division of Business Among District Judges. In addition, the parties should discuss whether these claims require any the U.S. Judicial Panel on Multidistrict Litigation (the "Panel") under Rules 6.2, 7.1, and 7.2 of the Panel's Rules of P or under any other Rule or provision. For purposes of these submissions, the Court requests one letter from the Plaint Executive Committee, one joint letter from those lawyers representing plaintiffs pursuing these non−wrongful death c one letter from the Defendants' Executive Committee. (Signed by Magistrate Judge Sarah Netburn on 11/17/2017) (a Document 3793 replaced on 11/20/2017) (ap). (Entered: 11/17/2017) |
| .7/2017 | 3794 | LETTER addressed to Judge George B. Daniels from Michael K. Kellogg dated November 17, 2017 re: Request for l of Time To Submit Replies in Support of Motions To Dismiss. Filed In Associated Cases: 1:03−md−01570−GBD−S al.(Kellogg, Michael) (Entered: 11/17/2017) |
| .7/2017 | 3795 | MEMORANDUM DECISION AND ORDER adopting (219 in 1:11−cv−07550−GBD−SN, 3676 in 1:03−md−01570−GBD−SN) Report and Recommendations re: (91 in 1:11−cv−07550−GBD−SN) Motion for Judgm all plaintiffs: For the reasons set forth below, this Court overrules Plaintiffs' objections and adopts Magistrate Judge N Report and Recommendation. The non−immediate family member Plaintiffs' solatium damages claims are DENIED. Judge George B. Daniels on 11/17/2017) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(jwh) (Entered: 11/20/2017) |
| 20/2017 | 3796 | MEMO ENDORSEMENT on re: (3794 in 1:03−md−01570−GBD−SN, et al.) ENDORSEMENT: SO ORDERED (S Deadlines/Hearing as to 3667 in 1:03−md−01570−GBD−SN: MOTION to Dismiss; 3670 in 1:03−md−01570−GBD− MOTION to Dismiss; et al. : Replies due by 1/4/2018.) (Signed by Judge George B. Daniels on 11/20/2017) Filed In Cases: 1:03−md−01570−GBD−SN et al.(jwh) (Entered: 11/20/2017) |
| 20/2017 | 3797 | REPLY MEMORANDUM OF LAW in Support re: 3774 MOTION to Compel Defendant, Dubai Islamic Bank to co the Court's March 22, 2016 Order . . Document filed by Plaintiffs Executive Committees. (Carter, Sean) (Entered: 11 |
| 20/2017 | 3798 | AFFIRMATION of J. Scott Tarbutton, Esquire in Support re: 3774 MOTION to Compel Defendant, Dubai Islamic B comply with the Court's March 22, 2016 Order .. Document filed by Plaintiffs Executive Committees. (Attachments: 1_Kohlmann Affirmation Part 1, # 2 Exhibit 1_Kohlmann Affirmation Part 2, # 3 Exhibit 2_Transcript, # 4 Exhibit 3_Transcript, # 5 Exhibit 4_Transcript, # 6 Exhibit 5_FBI Memorandum, # 7 Exhibit 6_Indictment, # 8 Exhibit 7_Sta Diplomatic Cable, # 9 Exhibit 8_Transcript, # 10 Exhibit 9_Transcript)(Carter, Sean) (Entered: 11/20/2017) |
| 21/2017 | 3799 | LETTER addressed to Judge George B. Daniels from Sean P. Carter, Esquire, dated November 21, 2017 re: seeking t approval to file a single consolidated brief in opposition to the motions to dismiss of Al Rajhi Bank, Saudi Binladin C National Commercial Bank. Document filed by Plaintiffs Executive Committees.(Carter, Sean) (Entered: 11/21/2017 |
| 21/2017 | 3800 | BRIEF *Letter brief re prejudgment interest*. Document filed by American Casualty Company of Reading, Pennsylvar Continental Casualty Company, National Fire Insurance Company of Hartford, Transcontinental Insurance Company Transportation Insurance Company, Valley Forge Insurance Company.Filed In Associated Cases: 1:03−md−01570−C 1:04−cv−05970−GBD−SN(Kaplan, Robert) (Entered: 11/21/2017) |
| 21/2017 | 3801 | DECLARATION of Lawrence Boysen in Support re: (3628 in 1:03−md−01570−GBD−SN) MOTION for Default Ju to *Islamic Republic of Iran*.. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(Kaplan, Robert) (Entered: |
| 21/2017 | 3802 | MEMO ENDORSEMENT on re: 3799 Letter regarding seeking the Court's approval to file a single consolidated brie opposition to the motions to dismiss of Al Rajhi Bank, Saudi Binladin Group and National Commercial Bank, filed b Executive Committees. ENDORSEMENT: SO ORDERED. (Signed by Judge George B. Daniels on 11/21/2017) (rj) 11/22/2017) |
| 22/2017 | 3803 | NOTICE of Filing of Short−Form Complaint − Abbate 17−cv−8617. Document filed by Napoli Shkolnik PLLC. (Lo Christopher) (Entered: 11/22/2017) |
| 22/2017 | 3804 | NOTICE of Filing of Stipulation Adopting Allegations as to National Commercial Bank,,A Rajhi Bank and Saudi Bi Group. Document filed by Napoli Shkolnik PLLC. (LoPalo, Christopher) (Entered: 11/22/2017) |

| | | |
|---|---|---|
| 22/2017 | 3805 | LETTER addressed to Judge George B. Daniels from Plaintiffs' Executive Committees dated 11/22/2017 re: Adjourn Argument as to Saudi Binladin Group, Al Rajhi Bank, and National Commercial Bank. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(Haefele, Robert) (Entered: 11/22/2017) |
| 24/2017 | 3806 | LETTER addressed to Judge George B. Daniels from Counsel for Al Rajhi Bank dated 11/24/2017 re: Objecting to P Request to Adjourn January 18, 2018 Oral Argument. Document filed by Al Rajhi Bank.(Curran, Christopher) (Enter 11/24/2017) |
| 27/2017 | 3807 | STATUS REPORT. *Monthly* Document filed by Wael Jalaidan.(McMahon, Martin) (Entered: 11/27/2017) |
| 27/2017 | 3808 | REPORT AND RECOMMENDATION: re: (3628 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment a *Republic of Iran,* filed by Valley Forge Insurance Company, American Casualty Company of Reading, Pennsylvania, Fire Insurance Company of Hartford, Continental Casualty Company, Transportation Insurance Company, Transcont Insurance Company. I recommend granting Plaintiffs' motion to assess damages against Iran. ECF No. 3628. Specifi recommend that Plaintiffs be awarded damages in the sum of $221,505,968.40, as well as prejudgment interest from payment to the date of judgment at the rates of (1) nine percent simple interest for all claims arising from losses in Ne State; and (2) 4.96 percent per annum, compounded annually, for all claims arising from losses outside of New York Plaintiffs have not provided the Court with dates of payment for the claims for which they have subrogation rights. A I recommend that, following Judge Daniels's action on my recommendation, he order that the Plaintiffs submit propo judgments in line with his rulings. Finally, I recommend that Plaintiffs' claims stemming from their reinsurance contr adjustment costs, and attorneys' fees be denied, and that their claims arising from their participation in the Associated Underwriters program be denied without prejudice to a further, more particularized application, and as further set fort order. Objections to R&R due by 12/11/2017 (Signed by Magistrate Judge Sarah Netburn on 11/27/2017) Filed In As Cases: 1:03−md−01570−GBD−SN, 1:04−cv−05970−GBD−SN (ap) (Entered: 11/27/2017) |
| 28/2017 | 3809 | MEMO ENDORSEMENT: on re: 3807 Status Report filed by Wael Jalaidan. ENDORSEMENT: The Court deems th report to be sufficient. Counsel is directed to continue his efforts to communicate directly and proactively with OFAC the approval of the necessary license. In light of the holiday schedule, the next status report shall be due on January 5 (Signed by Magistrate Judge Sarah Netburn on 11/28/2017) (ap) (Entered: 11/28/2017) |
| 28/2017 | 3810 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele dated November 28, 2017 re: Respon 3793. Document filed by Plaintiffs Executive Committees.(Haefele, Robert) (Entered: 11/28/2017) |
| 28/2017 | 3811 | LETTER addressed to Magistrate Judge Sarah Netburn from Alan R. Kabat dated 11/28/2017 re: Order of November Document filed by Defendants Executive Committee.(Kabat, Alan) (Entered: 11/28/2017) |
| 28/2017 | 3812 | LETTER addressed to Judge George B. Daniels from Paul J. Napoli dated November 28, 2017 re: In Re Terrorist Att September 11, 2001. Document filed by Napoli Shkolnik PLLC.(Napoli, Paul) (Entered: 11/28/2017) |
| 28/2017 | 3813 | LETTER addressed to Magistrate Judge Sarah Netburn from Gregory Cannata and Robert Grochow dated November re: Response to ECF # 3793. Document filed by Gregory J. Cannata.(Hendele, Alison) (Entered: 11/28/2017) |
| 28/2017 | 3814 | ORDER: Plaintiffs' opposed request to adjourn oral argument on the motions to dismiss brought by Defendants Al Ra Saudia Binladin Group, and National Commercial Bank is DENIED. Oral argument will proceed as previously sched January 18, 2018, at 10:00 a.m. ( Oral Argument set for 1/18/2018 at 10:00 AM before Judge George B. Daniels.) (Si Judge George B. Daniels on 11/28/2017) (mro) (Entered: 11/29/2017) |
| 29/2017 | 3815 | MEMO ENDORSEMENT: on re: (9 in 1:17−cv−07317−GBD−SN) Letter filed by Susanne Fraser. ENDORSEMEN Susanne Fraser is ORDERED to conform her pleadings to the Consolidated Amended Complaint no later than Friday 8, 2017. Plaintiff's counsel is reminded that he must carefully monitor the docket and meet all deadlines set by the Co applications for extensions of time must be filed as soon as possible and in advance of the relevant deadlines. (Amend Pleadings due by 12/8/2017.) (Signed by Magistrate Judge Sarah Netburn on 11/29/2017) (ap) (Entered: 11/29/2017) |
| 29/2017 | 3816 | LETTER addressed to Judge George B. Daniels from Sean P. Carter, Esquire, dated November 29, 2017 re: an extens for the PECC to file a brief objecting to aspects of Judge Netburn's November 27, 2017 Report and Recommendation the motion to assess damages against Iran of the Plaintiffs in Continental Casualty, et al., v. Al Qaeda, 04−cv−5970. I filed by Plaintiffs Executive Committees.(Carter, Sean) (Entered: 11/29/2017) |
| 30/2017 | 3817 | LETTER addressed to Ruby J. Krajick from Jared N. Hess dated 10/25/2017 re: the Court's request for transmittal of to the Islamic Republic of Iran. Document filed by United States of America. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(jwh) Modified on 12/11/2017 (jwh). (Entered: 11/30/2017) |
| 30/2017 | 3818 | LETTER addressed to Ruby J. Krajick from Jared N. Hess dated 11/2/2017 re: the Court's request for transmittal of d to the Islamic Republic of Iran. Document filed by United States of America. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(jwh) Modified on 12/11/2017 (jwh). (Entered: 11/30/2017) |
| 30/2017 | 3819 | LETTER addressed to Ruby J. Krajick from Jared N. Hess dated 11/2/2017 re: the Court's request for transmittal of d to the Islamic Republic of Iran. Document filed by United States of America. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(jwh) (Entered: 11/30/2017) |

| | | |
|---|---|---|
| 30/2017 | 3820 | MEMO ENDORSEMENT on re: 3816 Letter, filed by Plaintiffs Executive Committees as to 3816 Letter. ENDORSI SO ORDERED. (Objections to R&R due by 1/11/2018) (Signed by Judge George B. Daniels on 11/30/2017) (jwh) (I 11/30/2017) |
| )1/2017 | 3821 | STATUS REPORT. Document filed by The Charter Oak Fire Insurance Company.(Sheps, Robert) (Entered: 12/01/2( |
| )1/2017 | 3822 | MOTION for Sanctions . Document filed by Plaintiffs Executive Committees, Plaintiffs PI Executive Committee.(Go Jerry) (Entered: 12/01/2017) |
| )1/2017 | 3823 | MOTION to Compel Yasin Kadi to to produce documents . Document filed by Kathleen Ashton(as Administrator of of Thomas Ashton, deceased and on behalf of all survivors of Thomas Ashton). Return Date set for 1/5/2018 at 12:0C In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Maloney, Andrew) (Entered: 12/01/20 |
| )1/2017 | 3824 | MEMORANDUM OF LAW in Support re: (872 in 1:02−cv−06977−GBD−SN) MOTION to Compel Yasin Kadi to t documents . . Document filed by Kathleen Ashton(as Administrator of the Estate of Thomas Ashton, deceased and or all survivors of Thomas Ashton). (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exl Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # . # 17 Exhibit, # 18 Exhibit, # 19 Supplement)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Maloney, Andrew) (Entered: 12/01/2017) |
| )1/2017 | 3825 | MEMORANDUM OF LAW in Support re: 3822 MOTION for Sanctions . . Document filed by Plaintiffs Executive ( Plaintiffs PI Executive Committee. (Goldman, Jerry) (Entered: 12/01/2017) |
| )1/2017 | 3826 | DECLARATION of Jerry S. Goldman in Support re: 3822 MOTION for Sanctions .. Document filed by Plaintiffs Ex Committees, Plaintiffs PI Executive Committee. (Attachments: # 1 Exhibit EX1, # 2 Exhibit EX1JT1, # 3 Exhibit EX Exhibit EX1JT3, # 5 Exhibit EX1JT4A, # 6 Exhibit EX1JT4B1, # 7 Exhibit EX1JT4B2, # 8 Exhibit EX1JT4C, # 9 E EX1JT5, # 10 Exhibit EX1JT6, # 11 Exhibit EX1JT7, # 12 Exhibit EX1JT8, # 13 Exhibit EX1JT9, # 14 Exhibit EX1 Exhibit EX1JT11A, # 16 Exhibit EX1JT11B, # 17 Exhibit EX1JT11C, # 18 Exhibit EX1JT11D, # 19 Exhibit EX1JT Exhibit EX1JT11F, # 21 Exhibit EX1JT12, # 22 Exhibit EX1JT13, # 23 Exhibit EX1JT14, # 24 Exhibit EX1JT15, # EX1JT16, # 26 Exhibit EX1JT17, # 27 Exhibit EX1JT18A, # 28 Exhibit EX1JT18B, # 29 Exhibit EX1JT19, # 30 Ex EX1JT20, # 31 Exhibit EX1JT21, # 32 Exhibit EX1JT22, # 33 Exhibit EX1JT23, # 34 Exhibit EX1JT24A, # 35 Exhi EX1JT24B, # 36 Exhibit EX1JT24C1, # 37 Exhibit EX1JT24C2, # 38 Exhibit EX1JT24D, # 39 Exhibit EX1JT25, # EX1JT26, # 41 Exhibit EX1JT27, # 42 Exhibit EX1JT28, # 43 Exhibit EX1JT29, # 44 Exhibit EX1JT30, # 45 Exhib EX1JT31, # 46 Exhibit EX1JT32, # 47 Exhibit EX1JT33, # 48 Exhibit EX1JT34, # 49 Exhibit EX1JT35, # 50 Exhib EX1JT36, # 51 Exhibit EX1JT37, # 52 Exhibit EX1JT38, # 53 Exhibit EX1JT39, # 54 Exhibit EX1JT40, # 55 Exhib EX1JT41, # 56 Exhibit EX1JT42, # 57 Exhibit EX1JT43, # 58 Exhibit EX1JT44, # 59 Exhibit EX1JT45, # 60 Exhib EX1JT46, # 61 Exhibit EX1JT47A, # 62 Exhibit EX1JT47B, # 63 Exhibit EX1JT48A, # 64 Exhibit EX1JT48B, # 65 EX1JT49A, # 66 Exhibit EX1JT49B, # 67 Exhibit EX1JT50, # 68 Exhibit EX1JT51, # 69 Exhibit EX1JT52, # 70 Ex EX1JT53, # 71 Exhibit EX1JT54, # 72 Exhibit EX1JT55, # 73 Exhibit EX1JT56, # 74 Exhibit EX1JT57, # 75 Exhib EX1JT58A, # 76 Exhibit EX1JT58B, # 77 Exhibit EX2, # 78 Exhibit EX3, # 79 Exhibit EX4, # 80 Exhibit EX5, # 81 EX6, # 82 Exhibit EX7, # 83 Exhibit EX8, # 84 Exhibit EX9, # 85 Exhibit EX10, # 86 Exhibit EX11, # 87 Exhibit E Exhibit EX13, # 89 Exhibit EX14, # 90 Exhibit EX15, # 91 Exhibit EX16, # 92 Exhibit EX17, # 93 Exhibit EX18A, Exhibit EX18B, # 95 Exhibit EX20A, # 96 Exhibit EX20B, # 97 Exhibit EX20C, # 98 Exhibit EX20D, # 99 Exhibit 100 Exhibit EX21, # 101 Exhibit EX22A, # 102 Exhibit EX22B, # 103 Exhibit EX22C, # 104 Exhibit EX22D, # 105 EX22E, # 106 Exhibit EX22F, # 107 Exhibit EX22G, # 108 Exhibit EX22H, # 109 Exhibit EX22I, # 110 Exhibit EX Exhibit EX22K, # 112 Exhibit EX23A, # 113 Exhibit EX23B, # 114 Exhibit EX23C, # 115 Exhibit EX23D, # 116 E EX23E, # 117 Exhibit EX23F, # 118 Exhibit EX23G, # 119 Exhibit EX24, # 120 Exhibit EX25, # 121 Exhibit EX26 Exhibit EX27, # 123 Exhibit EX28, # 124 Exhibit EX29, # 125 Exhibit EX30, # 126 Exhibit EX31A, # 127 Exhibit I 128 Exhibit EX32, # 129 Exhibit EX33A, # 130 Exhibit EX33B, # 131 Exhibit EX33C, # 132 Exhibit EX33D, # 133 EX34)(Goldman, Jerry) (Entered: 12/01/2017) |
| )1/2017 | 3827 | MOTION to Compel Muslim World League and International Islamic Relief Organization to Produce Responsive Do Document filed by Plaintiffs Executive Committees.(Carter, Sean) (Entered: 12/01/2017) |
| )1/2017 | 3828 | MEMORANDUM OF LAW in Support re: 3827 MOTION to Compel Muslim World League and International Islan Organization to Produce Responsive Documents . . Document filed by Plaintiffs Executive Committees. (Carter, Sear 12/01/2017) |
| )1/2017 | 3829 | DECLARATION of J. Scott Tarbutton, Esquire in Support re: 3827 MOTION to Compel Muslim World League and International Islamic Relief Organization to Produce Responsive Documents .. Document filed by Plaintiffs Executiv Committees. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 E 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26)(Carter, Sean) (Entered: 12/01/2017) |
| )4/2017 | 3830 | MOTION to Compel Yasin Kadi to Document Production . Document filed by Plaintiffs Executive Committees. Retu for 1/5/2018 at 12:00 PM.(Maloney, Andrew) (Entered: 12/04/2017) |

| | | |
|---|---|---|
| )4/2017 | 3831 | MEMORANDUM OF LAW in Support re: 3830 MOTION to Compel Yasin Kadi to Document Production . . Docur by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit, # 13 Exhibit, # 14 Exhibit, # 15 Exhibit, # # 17 Exhibit, # 18 Exhibit, # 19 Exhibit)(Maloney, Andrew) (Entered: 12/04/2017) |
| )4/2017 | 3832 | LETTER addressed to Magistrate Judge Sarah Netburn from Andrew J. Maloney III dated 12−04−2017 re: Motion to against Yassin Kadi. Document filed by Plaintiffs Executive Committees.(Maloney, Andrew) (Entered: 12/04/2017) |
| )4/2017 | 3833 | MEMO ENDORSEMENT: on re: (3821 in 1:03−md−01570−GBD−SN) Status Report filed by The Charter Oak Fire Company. ENDORSEMENT: The Charter Oak Plaintiffs' proposal is approved, and their claims against the Muslim League, International Islamic Relief Organization, World Assembly of Muslim Youth, Al Haramain Islamic Foundat Avco Trans Arabia, and Mohamed Binladin Company/Mohamed Binladin Organization are STAYED until May 1, 2 that date, the Plaintiffs are to file a letter reporting to the Court their intentions as to these claims. In the event that the decides the motion to dismiss filed by the other non−sovereign defendants before that date, the Charter Oak Plaintiffs their letter with the Court within three business days of the Court's decision. In the event that Plaintiffs choose to disn claims before May 1, 2018, they shall file appropriate stipulations of dismissal. (Signed by Magistrate Judge Sarah N 12/4/2017) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:17−cv−02651−GBD−SN(ap) Modified on 1/19 (Entered: 12/04/2017) |
| )5/2017 | 3834 | LETTER MOTION for Extension of Time to File *Objections* addressed to Judge George B. Daniels from Robert M. dated December 5, 2017. Document filed by American Casualty Company of Reading, Pennsylvania, Continental Ca Company, National Fire Insurance Company of Hartford, Transcontinental Insurance Company, Transportation Insur Company, Valley Forge Insurance Company.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−05970−GBD−SN(Kaplan, Robert) (Entered: 12/05/2017) |
| )5/2017 | 3835 | MEMORANDUM OF LAW in Opposition re: 3702 MOTION to Dismiss */Al Rajhi Bank's Notice of Motion to Dism Plaintiffs' Amended Complaint for Failure to State a Claim and Lack of Personal Jurisdiction*., 3691 MOTION to Di Lack of Jurisdiction ., 3700 MOTION to Dismiss . . Document filed by Plaintiffs Executive Committees. (Carter, Sea (Entered: 12/05/2017) |
| )5/2017 | 3836 | AFFIRMATION of J. Scott Tarbutton, Esquire in Opposition re: 3691 MOTION to Dismiss for Lack of Jurisdiction MOTION to Dismiss */Al Rajhi Bank's Notice of Motion to Dismiss Plaintiffs' Amended Complaint for Failure to Stat and Lack of Personal Jurisdiction*., 3700 MOTION to Dismiss .. Document filed by Plaintiffs Executive Committees (Attachments: # 1 Exhibit 1_Amicus Brief, # 2 Exhibit 2_Amicus Brief, # 3 Exhibit 3_Amicus Brief, # 4 Exhibit 4_A Brief, # 5 Exhibit 5_More Definite Statement, # 6 Exhibit 6_Hearing Transcript)(Carter, Sean) (Entered: 12/05/2017) |
| )6/2017 | 3837 | ORDER: granting (3834) Letter Motion for Extension of Time to File objections to Magistrate Judge Netburn's Repo Recommendation in case 1:03−md−01570−GBD−SN; granting (600) Letter Motion for Extension of Time to File ext file objections to Magistrate Judge Netburn's Report and Recommendation in case 1:04−cv−05970−GBD−S. SO ORI (Signed by Judge George B. Daniels on 12/06/2017) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−05970−GBD−SN (ama) (Entered: 12/06/2017) |
| )6/2017 | | Set/Reset Deadlines: Objections to R&R due by 1/11/2018 Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−05970−GBD−SN(ama) (Entered: 12/06/2017) |
| .5/2017 | 3838 | NOTICE OF APPEAL from (217 in 1:11−cv−07550−GBD−SN, 3633 in 1:03−md−01570−GBD−SN) Order Adoptir and Recommendations,,, (228 in 1:11−cv−07550−GBD−SN) Order Adopting Report and Recommendations,,. Docur by Hoglan Plaintiffs. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. Filed In A Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Fleming, Timothy) (Entered: 12/15/2017) |
| .5/2017 | | Appeal Fee Due: for (3838 in 1:03−md−01570−GBD−SN, 231 in 1:11−cv−07550−GBD−SN) Notice of Appeal,. $5( Appeal fee due by 12/29/2017. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(n 12/18/2017) |
| .7/2017 | 3839 | FIRST LETTER MOTION for Extension of Time addressed to Magistrate Judge Sarah Netburn from Peter C. Salern 12/17/2017., FIRST LETTER MOTION for Extension of Time to File Response/Reply addressed to Magistrate Judg Netburn from Peter C. Salerno dated 12/17/2017. Document filed by Yasin Kadi, Yassin Abdullah Kadi.(Salerno, Pe (Entered: 12/17/2017) |
| .8/2017 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (3838 in 1:03−md−01570−GBD−SN, 231 in 1:11−cv−07550−GBD−SN) Notice of Appeal,. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(nd) (Entered: 12/18/2017) |
| .8/2017 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for (231 in 1:11−cv−07550−GBD−SN, 3838 in 1:03−md−01570−GBD−SN) Notice of Appeal, filed by Hoglan Plaintiffs were t to the U.S. Court of Appeals. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(nd) 12/18/2017) |

| | | |
|---|---|---|
| .8/2017 | 3840 | ORDER granting 3839 Letter Motion for Extension of Time; granting 3839 Letter Motion for Extension of Time to F Response/Reply. Defendant Yassin Abdullah Kadi's motion for an extension of the deadline for his response to the pl motion to compel is GRANTED. The defendant shall respond to the motion to compel by January 19, 2018. The plai file a reply by February 9, 2018. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netb (Entered: 12/18/2017) |
| .8/2017 | 3841 | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY: Notice is hereby given that, subject to approv Court; Irene Dickey, Individually, as Spouse and as Personal Representative of the Estate of Joseph Dickey, Decease substitutes John F. Schutty of the Law Office of John F. Schutty, P.C., 1919471, as counsel of record in place of Spei PC, as further set forth in this order. (Signed by Judge George B. Daniels on 12/18/2017) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(jwh) (Entered: 12/18/2017) |
| .8/2017 | 3842 | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY: Notice is hereby given that, subject to approv Court, Allison Wallice, Individually, as Spouse and as Personal Representative of the Estate of John Wallice, Jr., Dec substitutes John F. Schutty of the Law Office of John F. Schutty, P.C., 1919471, as counsel of record in place of Spei PC, as further set forth in this order. (Signed by Judge George B. Daniels on 12/18/2017) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:17−cv−02003−GBD−SN(jwh) (Entered: 12/18/2017) |
| .8/2017 | 3843 | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY: Notice is hereby given that, subject to approv Court, Jacqueline Eaton, Individually, as Spouse and as Personal Representative of the Estate of Robert Eaton, Decea substitutes John F. Schutty of the Law Office of John F. Schutty, P.C., 1919471, as counsel of record in place of Spei PC, as further set forth in this order. (Signed by Judge George B. Daniels on 12/18/2017) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:17−cv−02003−GBD−SN(jwh) (Entered: 12/18/2017) |
| .8/2017 | 3844 | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY: Notice is hereby given that, subject to approv Court, Dara Seaman, Individually, as Spouse and as Personal Representative of the Estate of Michael Seaman, Decea substitutes John F. Schutty of the Law Office of John F. Schutty, P.C., 1919471, as counsel of record in place of Spei PC, as further set forth in this order. (Signed by Judge George B. Daniels on 12/18/2017) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:17−cv−02003−GBD−SN(jwh) (Entered: 12/18/2017) |
| 26/2017 | 3845 | STATUS REPORT. Document filed by Wael Jalaidan.(McMahon, Martin) (Entered: 12/26/2017) |
| 28/2017 | 3846 | MEMO ENDORSEMENT: on re: (3845 in 1:03−md−01570−GBD−SN) Status Report filed by Wael Jalaidan. ENDORSEMENT: The Court deems this status report to be sufficient. Counsel is directed to continue his efforts to communicate directly and proactively with OFAC to pursue the approval of the necessary license. In light of the holi schedule, the next status report shall be due on February 4, 2018. (Signed by Magistrate Judge Sarah Netburn on 12/2 Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(ap) (Entered: 12/28/2017) |
| 29/2017 | | Appeal Fee Payment: for (231 in 1:11−cv−07550−GBD−SN) Notice of Appeal,. Filing fee $ 505.00, receipt number 0208−14526809. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Fleming, Timo (Entered: 12/29/2017) |
| 02/2018 | | USCA Case Number 17−4035 from the U.S. Court of Appeals, Second Circuit assigned to (231 in 1:11−cv−07550−C 3838 in 1:03−md−01570−GBD−SN) Notice of Appeal, filed by Hoglan Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(nd) (Entered: 01/02/2018) |
| 02/2018 | 3847 | ORDER: A telephone conference is scheduled for Wednesday, January 24, 2018, at 2:00 p.m. The parties are directe a call−in for the Court and all parties. The Plaintiffs' Executive Committees and the Defendants' Executive Committe each select one representative to speak on their behalf. The parties should be prepared to discuss several issues regar proposed deposition protocol. First, paragraph 7 of the proposed deposition protocol contemplates that merits and jur discovery will be completed within the same timeframe. The parties should be prepared to discuss whether depositio to jurisdictional discovery should conclude sooner than depositions relating to merits discovery. The parties should al prepared to discuss a plan for taking depositions relating to the merits of the claims against the defendants who are cu jurisdictional discovery in the event that those claims are not dismissed on jurisdictional grounds. Second, the parties prepared to discuss the number of fact depositions per side and whether the two sides should be allowed to take the sa of depositions (Paragraph 35). Furthermore, the parties should be prepared to discuss the reasoning behind the numbe have proposed, including the specific witnesses they wish to depose and why they believe depositions of those witnes critical. At this time, the Court is inclined to permit 75 depositions for the plaintiffs; it is unclear whether a similar nu the defendants is necessary. Third, the parties should be prepared to discuss which depositions should be counted tow imposed limit (Paragraph 38). At this time, the Court is inclined not to count de bene esse depositions but to count an deposition of a witness whose testimony is subsequently taken for trial preservation. In addition, the defendants' prop respect to this paragraph refers to a party noticing "the deposition of its own witness." The defendants should be prep explain what this phrase means and how it is distinguishable from depositions to perpetuate testimony for trial. (Tele Conference set for 1/24/2018 at 2:00 PM before Magistrate Judge Sarah Netburn.) (Signed by Magistrate Judge Sara on 1/2/2018) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (ap) (Entered: 01/02/2018) |

| | | |
|---|---|---|
| )2/2018 | 3848 | LETTER addressed to Judge George B. Daniels from Sean P. Carter, Esquire, dated January 2, 2018, re: Request for extension for filing the Plaintiffs' Executive Committee for Commercial Claims brief concerning Judge Netburn's No 2017 Report and Recommendation addressing the Continental Casualty Plaintiffs' Motion to assess damages against I Document filed by Plaintiffs Executive Committees.(Carter, Sean) (Entered: 01/02/2018) |
| )3/2018 | 3849 | MEMO ENDORSEMENT on re: 3848 Letter, filed by Plaintiffs' Executive Committees. ENDORSEMENT: SO ORI (Objections to R&R due by 1/25/2018.) (Signed by Judge George B. Daniels on 1/3/2018) (ras) Modified on 1/5/201 (Entered: 01/03/2018) |
| )3/2018 | 3850 | LETTER addressed to Judge George B. Daniels from Andrew J. Maloney III dated 01/03/2018 re: Oral argument, dis Document filed by Plaintiffs PI Executive Committee.(Maloney, Andrew) (Entered: 01/03/2018) |
| )4/2018 | 3851 | REPLY MEMORANDUM OF LAW in Support re: (3667 in 1:03−md−01570−GBD−SN) MOTION to Dismiss ., (2 1:17−cv−02129−GBD−SN) MOTION to Dismiss ., (533 in 1:04−cv−07065−GBD) MOTION to Dismiss ., (22 in 1:17−cv−04201−GBD−SN) MOTION to Dismiss ., (35 in 1:16−cv−08884−GBD−SN) MOTION to Dismiss ., (11 in 1:17−cv−03887−GBD−SN) MOTION to Dismiss ., (359 in 1:04−cv−07216−GBD) MOTION to Dismiss ., (760 in 1:03−cv−09849−GBD) MOTION to Dismiss ., (34 in 1:17−cv−00450−GBD−SN) MOTION to Dismiss ., (25 in 1:17−cv−02651−GBD−SN) MOTION to Dismiss ., (358 in 1:03−cv−08591−GBD) MOTION to Dismiss ., (10 in 1:17−cv−05174−GBD) MOTION to Dismiss ., (571 in 1:04−cv−05970−GBD−SN) MOTION to Dismiss ., (30 in 1:17−cv−03908−GBD−SN) MOTION to Dismiss ., (25 in 1:17−cv−02003−GBD−SN) MOTION to Dismiss ., (35 in 1:16−cv−09663−GBD−SN) MOTION to Dismiss ., (973 in 1:03−cv−06978−GBD−SN) MOTION to Dismiss ., (414 1:04−cv−01922−GBD) MOTION to Dismiss ., (15 in 1:17−cv−03810−GBD−SN) MOTION to Dismiss ., (34 in 1:16−cv−09937−GBD−SN) MOTION to Dismiss ., (29 in 1:16−cv−08070−GBD−SN) MOTION to Dismiss ., (557 i 1:04−cv−07279−GBD) MOTION to Dismiss ., (34 in 1:17−cv−00117−GBD−SN) MOTION to Dismiss ., (35 in 1:17−cv−00348−GBD−SN) MOTION to Dismiss ., (16 in 1:17−cv−05471−GBD) MOTION to Dismiss . . (Attachme Appendix A, # 2 Appendix B, # 3 Appendix C, # 4 Appendix D, # 5 Appendix E, # 6 Appendix F, # 7 Appendix G)F Associated Cases: 1:03−md−01570−GBD−SN et al.(Kellogg, Michael) (Entered: 01/04/2018) |
| )4/2018 | 3852 | REPLY MEMORANDUM OF LAW in Support re: (14 in 1:17−cv−05471−GBD) MOTION to Dismiss ., (763 in 1:03−cv−09849−GBD) MOTION to Dismiss ., (25 in 1:17−cv−02129−GBD−SN) MOTION to Dismiss ., (27 in 1:17−cv−03908−GBD−SN) MOTION to Dismiss ., (37 in 1:17−cv−00117−GBD−SN) MOTION to Dismiss ., (37 in 1:16−cv−09937−GBD−SN) MOTION to Dismiss ., (560 in 1:04−cv−07279−GBD) MOTION to Dismiss ., (976 in 1:03−cv−06978−GBD−SN) MOTION to Dismiss ., (3670 in 1:03−md−01570−GBD−SN) MOTION to Dismiss ., (1 1:17−cv−04201−GBD−SN) MOTION to Dismiss ., (8 in 1:17−cv−05174−GBD) MOTION to Dismiss ., (837 in 1:02−cv−06977−GBD−SN) MOTION to Dismiss ., (536 in 1:04−cv−07065−GBD) MOTION to Dismiss ., (14 in 1:17−cv−03887−GBD−SN) MOTION to Dismiss ., (568 in 1:04−cv−05970−GBD−SN) MOTION to Dismiss ., (38 i 1:16−cv−09663−GBD−SN) MOTION to Dismiss ., (37 in 1:17−cv−00450−GBD−SN) MOTION to Dismiss ., (22 in 1:17−cv−02651−GBD−SN) MOTION to Dismiss . . Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(Ro Lawrence) (Entered: 01/04/2018) |
| )4/2018 | 3853 | LETTER addressed to Judge George B. Daniels from Michael K. Kellogg dated January 4, 2018 re: Reply Brief Filir Initiated After Motions to Dismiss. Document filed by Kingdom of Saudi Arabia.(Kellogg, Michael) (Entered: 01/04 |
| )4/2018 | 3854 | LETTER MOTION for Extension of Time *to file Objections* addressed to Judge George B. Daniels from Robert M. K dated January 4, 2018. Document filed by American Casualty Company of Reading, Pennsylvania, Continental Casu Comapny, Continental Casualty Company, National Fire Insurance Company of Hartford, National Fire Insurance Co Hartford, Transcontinental Insurance Company, Transportation Insurance Company, Valley Forge Insurance Compar Associated Cases: 1:03−md−01570−GBD−SN et al.(Kaplan, Robert) (Entered: 01/04/2018) |
| )5/2018 | 3855 | ORDER: granting (3854) Letter Motion for Extension of Time in case 1:03−md−01570−GBD−SN; granting (606) Le for Extension of Time in case 1:04−cv−05970−GBD−SN. SO ORDERED. (Signed by Judge George B. Daniels on 1 Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−05970−GBD−SN (ama) (Entered: 01/05/2018) |
| )5/2018 | | Set/Reset Deadlines: Objections to R&R due by 1/25/2018 Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−05970−GBD−SN(ama) (Entered: 01/05/2018) |
| )5/2018 | 3856 | LETTER addressed to Magistrate Judge Sarah Netburn from J. Scott Tarbutton, Esquire, dated January 5, 2018, re: a concerning the status of merits discovery with WAMY and WAMY Int'l, the ongoing translation and analysis of docu productions and plaintiff's intention to submit a motion to compel detailing deficiencies in defendants' productions. D filed by Plaintiffs Executive Committees.(Carter, Sean) (Entered: 01/05/2018) |
| )5/2018 | 3857 | MEMORANDUM OF LAW in Opposition re: 3827 MOTION to Compel Muslim World League and International Is Relief Organization to Produce Responsive Documents . . Document filed by International Islamic Relief Organizatio Muslim World League. (Attachments: # 1 Affidavit IIRO Document Custodian Declaration, # 2 Affidavit MWL Doc Custodian Declaration, # 3 Affidavit Declaration of Waleed Nassar, # 4 Exhibit 1 to W. Nassar Declaration, # 5 Exhi Nassar Declaration, # 6 Exhibit 3 to W. Nassar Declaration, # 7 Exhibit 4 to W. Nassar Declaration, # 8 Exhibit 5 to Declaration, # 9 Exhibit 6 to W. Nassar Declaration, # 10 Exhibit 7 to W. Nassar Declaration, # 11 Exhibit 8 to W. N Declaration, # 12 Exhibit 9 to W. Nassar Declaration, # 13 Exhibit 10 to W. Nassar Declaration, # 14 Exhibit 11 to W |

| | | |
|---|---|---|
| | | Declaration, # 15 Exhibit 12 to W. Nassar Declaration, # 16 Exhibit 13 to W. Nassar Declaration, # 17 Exhibit 14 to Declaration, # 18 Exhibit 15 to W. Nassar Declaration, # 19 Exhibit 16 to W. Nassar Declaration, # 20 Exhibit 17 to Declaration, # 21 Exhibit 18 to W. Nassar Declaration, # 22 Exhibit 19 to W. Nassar Declaration, # 23 Exhibit 20 to Declaration, # 24 Exhibit 21 to W. Nassar Declaration, # 25 Exhibit 22 to W. Nassar Declaration, # 26 Exhibit 23 to Declaration, # 27 Exhibit 24 to W. Nassar Declaration, # 28 Exhibit 25 to W. Nassar Declaration, # 29 Exhibit 26 to Declaration, # 30 Exhibit 27 to W. Nassar Declaration, # 31 Exhibit 28 to W. Nassar Declaration, # 32 Exhibit 29 to Declaration, # 33 Exhibit 30 to W. Nassar Declaration, # 34 Exhibit 31 to W. Nassar Declaration, # 35 Exhibit 32 to Declaration, # 36 Exhibit 33 to W. Nassar Declaration, # 37 Exhibit 34 to W. Nassar Declaration)(Lewis, Eric) (Ente 01/05/2018) |
| )5/2018 | 3858 | MEMORANDUM OF LAW in Opposition re: 3822 MOTION for Sanctions . . Document filed by International Islan Organization(IIRO), Muslim World League. (Attachments: # 1 Affidavit IIRO Document Custodian Declaration, # 2 MWL Document Custodian Declaration, # 3 Affidavit of Aisha E. R. Bembry, # 4 Exhibit 1 to Bembry Declaration, 2 to Bembry Declaration, # 6 Exhibit 3 to Bembry Declaration, # 7 Exhibit 4 to Bembry Declaration, # 8 Exhibit 5 to Declaration, # 9 Exhibit 6 to Bembry Declaration, # 10 Exhibit 7 to Bembry Declaration, # 11 Exhibit 8 to Bembry D # 12 Exhibit 9 to Bembry Declaration, # 13 Exhibit 10 to Bembry Declaration)(Lewis, Eric) (Entered: 01/05/2018) |
| )5/2018 | 3859 | MEMO ENDORSEMENT: on re: 3856 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The Pla Executive Committees ("PECs") may file a motion to compel with respect to Defendants World Assembly of Muslim Youth−Saudi Arabia and World Assembly of Muslim Youth−International (collectively, "WAMY") no later than Feb 2018, by motion not to exceed 20 double−spaced pages. WAMY may file a response to the motion to compel no later March 14, 2018, by memorandum of law not to exceed 20 double−spaced pages. The PECs may file a reply no later t 21, 2018, by memorandum of law not to exceed 10 double−spaced pages. (Motions due by 2/28/2018. Responses due 3/14/2018. Replies due by 3/21/2018.) (Signed by Magistrate Judge Sarah Netburn on 1/5/2018) (ap) (Entered: 01/08 |
| .0/2018 | 3860 | NOTICE OF APPEARANCE by Benjamin David Margo on behalf of Kingdom of Saudi Arabia. Filed In Associated 1:03−md−01570−GBD−SN et al.(Margo, Benjamin) (Entered: 01/10/2018) |
| .0/2018 | 3861 | LETTER addressed to Judge George B. Daniels from Andrew J. Maloney III dated 01/10/2018 re: scheduled phone c Document filed by Plaintiffs PI Executive Committee.(Maloney, Andrew) (Entered: 01/10/2018) |
| .0/2018 | 3862 | LETTER addressed to Magistrate Judge Sarah Netburn from Omar T. Mohammedi, Esq. dated 1/10/2018 re: Clarific statements in Plaintiffs' 1−05−2018 Correspondence on WAMY and WAMY Int'l document production. Document f Wamy International, Inc., World Assembly of Muslim Youth.(Mohammedi, Omar) (Entered: 01/10/2018) |
| .0/2018 | 3863 | LETTER addressed to Judge George B. Daniels from Michael K. Kellogg dated January 10, 2018 re: Permission to B Personal Electronic Devices and Laptop Computers to Hearing on January 18, 2018. Document filed by Kingdom of Arabia. (Attachments: # 1 Application to Bring Personal Electronic Devices)(Kellogg, Michael) (Entered: 01/10/201 |
| .0/2018 | 3864 | LETTER addressed to Judge George B. Daniels from Roy T. Englert, Jr. dated January 10, 2018 re: Permission to Br Personal Electronic Device and Laptop Computer to Hearing on January 18, 2018. Document filed by Saudi High Co for Relief of Bosnia & Herzegovina. (Attachments: # 1 Application to Bring Personal Electronic Device and Laptop Computer)(Englert, Roy) (Entered: 01/10/2018) |
| .1/2018 | 3865 | LETTER addressed to Judge George B. Daniels from Robert T. Haefele dated January 11, 2018 re: Permission to Bri Electronic Devices and Laptop Computers to Hearing on January 18, 2018. Document filed by Plaintiffs Executive C (Attachments: # 1 Application to Bring Personal Electronic Devices and Laptop Computers)(Haefele, Robert) (Enter 01/11/2018) |
| .1/2018 | 3866 | LETTER addressed to Judge George B. Daniels from Mitchell R. Berger dated January 11, 2018 re: Permission to Br Personal Electronic Devices and Laptop Computers to Hearing on January 18, 2018. Document filed by National Co Bank. (Attachments: # 1 Application to Bring Personal Electronic Devices)(Berger, Mitchell) (Entered: 01/11/2018) |
| .1/2018 | 3867 | REPLY MEMORANDUM OF LAW in Support re: 3691 MOTION to Dismiss for Lack of Jurisdiction . . Document National Commercial Bank. (Berger, Mitchell) (Entered: 01/11/2018) |
| .1/2018 | 3868 | REPLY MEMORANDUM OF LAW in Support re: 3700 MOTION to Dismiss . *for Lack of Personal Jurisdiction ar Failure to State a Claim*. Document filed by Saudi Binladin Group. (Gauch, James) (Entered: 01/11/2018) |
| .1/2018 | 3869 | REPLY MEMORANDUM OF LAW in Support re: (3702 in 1:03−md−01570−GBD−SN) MOTION to Dismiss */Al Notice of Motion to Dismiss Plaintiffs' Amended Complaint for Failure to State a Claim and Lack of Personal Jurisd* Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(Curran, Christopher) (Entered: 01/11/2018) |
| .2/2018 | 3870 | LETTER addressed to Judge George B. Daniels from Robert T. Haefele dated 01/12/2018 re: Response to Inquiries a Potentially Open Docket Entries. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Response to Open Docket Items)(Haefele, Robert) (Entered: 01/12/2018) |

| | | |
|---|---|---|
| .2/2018 | 3871 | LETTER MOTION for Leave to File Exhibit *265* addressed to Judge George B. Daniels from James P. Kreindler dat 12, 2018. Document filed by Kathleen Ashton(as Administrator of the Estate of Thomas Ashton, deceased and on bel survivors of Thomas Ashton). (Attachments: # 1 Exhibit 265)(Maloney, Andrew) (Entered: 01/12/2018) |
| .2/2018 | 3872 | LETTER addressed to Judge George B. Daniels from Christopher M. Curran dated January 12, 2018 re: Request to B Personal Electronic Devices and General Computing Devices to Hearing on January 18, 2018. Document filed by Al Bank. (Attachments: # 1 Application to Bring Personal Electronic Devices and Laptop Computers)(Curran, Christoph (Entered: 01/12/2018) |
| .6/2018 | 3873 | MEMO ENDORSEMENT on re: 3870 LETTER addressed to Judge George B. Daniels from Robert T. Haefele datec 01/12/2018 re: Response to Inquiries about Potentially Open Docket Entries. Document filed by Plaintiffs Executive Committees. ENDORSEMENT: So ordered. (Signed by Judge George B. Daniels on 1/16/2018) (rjm) (Entered: 01/1 |
| .6/2018 | 3875 | ORDER granting (3871) Letter Motion for Leave to File Document in case 1:03−md−01570−GBD−SN: SO ORDER (Signed by Judge George B. Daniels on 1/16/2018) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:17−cv−02003−GBD−SN (jwh) (Entered: 01/19/2018) |
| .8/2018 | 3874 | NOTICE of Withdrawal as Counsel. Document filed by International Islamic Relief Organization, Muslim World Lea (McMahon, Martin) (Entered: 01/18/2018) |
| .8/2018 | | Minute Entry for proceedings held before Judge George B. Daniels: Oral Argument held on 1/18/2018 re: (3667 in 1:03−md−01570−GBD−SN) MOTION to Dismiss . filed by Kingdom of Saudi Arabia, (3702 in 1:03−md−01570−G MOTION to Dismiss */Al Rajhi Bank's Notice of Motion to Dismiss Plaintiffs' Amended Complaint for Failure to Stat and Lack of Personal Jurisdiction*. filed by Al Rajhi Bank, (3670 in 1:03−md−01570−GBD−SN) MOTION to Dismi Saudi High Commission for Relief of Bosnia & Herzegovina, (3691 in 1:03−md−01570−GBD−SN) MOTION to Dis Lack of Jurisdiction . filed by National Commercial Bank, (3700 in 1:03−md−01570−GBD−SN) MOTION to Dismis Saudi Binladin Group. Plaintiff Counsel: Stephen A. Cozen, Sean P. Carter, J. Scott Tarbutton, Jodi W. Flowers, Rob Haefele, Jerry S. Goldman, Bruce E. Strong, Kanishka Agarwala, Robert Horkovich, John M. Quinn, James P. Kreind Andrew Joseph Maloney, III, Steven R. Pounian, Justin T. Green, Megan W. BenettDefense Counsel: Michael K. Ke Benjamin D. Margo, Gregory G. Rapawy, Lawrence S. Robbins, Roy T. Englert, Jr., Lukman Aleez, Christopher M. Nicole Erb, Reuben J. Sequeira, Nicolle Kownacki, Mitchell R. Berger, Alan T. Dickey, Alexandra E. Chopin, James Mark Kubisch, Esha Mankodi and Court Reporter present. Associated Cases: 1:03−md−01570−GBD−SN et al.(Vega (Entered: 01/19/2018) |
| .9/2018 | 3876 | MEMORANDUM OF LAW in Opposition re: 3823 MOTION to Compel Yasin Kadi to to produce documents . . Do filed by Yassin Abdullah Al Kadi, Yassin Abdullah Al−Kadi, Yasin Kadi, Yassin Abdullah Kadi. (Salerno, Peter) (E 01/19/2018) |
| .9/2018 | 3877 | DECLARATION of Peter C. Salerno in Opposition re: 3823 MOTION to Compel Yasin Kadi to to produce documer Document filed by Yassin Abdullah Al Kadi, Yassin Abdullah Al−Kadi, Yasin Al−Qadi, Yasin Kadi, Yassin Abdulla (Attachments: # 1 Exhibit Ex A, # 2 Exhibit Ex B, # 3 Exhibit Ex C, # 4 Exhibit Ex D, # 5 Exhibit Ex E, # 6 Exhibit Exhibit Ex G, # 8 Exhibit Ex H, # 9 Exhibit Ex I, # 10 Exhibit Ex J, # 11 Exhibit Ex K, # 12 Exhibit Ex L, # 13 Exhil 14 Exhibit Ex N, # 15 Exhibit Ex O, # 16 Exhibit Ex P, # 17 Exhibit Ex Q, # 18 Exhibit Ex R, # 19 Exhibit Ex S, # 2 Ex T, # 21 Exhibit Ex U, # 22 Exhibit Ex V)(Salerno, Peter) (Entered: 01/19/2018) |
| .9/2018 | 3878 | DECLARATION of Yassin Abdullah Kadi in Opposition re: 3823 MOTION to Compel Yasin Kadi to to produce do Document filed by Yassin Abdullah Al Kadi, Yassin Abdullah Al−Kadi, Yasin Al−Qadi, Yasin Kadi, Yassin Abdull (Salerno, Peter) (Entered: 01/19/2018) |
| .9/2018 | 3879 | DECLARATION of Guy Frederick Noel Martin in Opposition re: 3823 MOTION to Compel Yasin Kadi to to produ documents .. Document filed by Yassin Abdullah Al Kadi, Yassin Abdullah Al−Kadi, Yasin Al−Qadi, Yasin Kadi, Y Abdullah Kadi. (Attachments: # 1 Exhibit Ex W, # 2 Exhibit Ex X, # 3 Exhibit Ex Y, # 4 Exhibit Ex Z)(Salerno, Pete 01/19/2018) |
| 21/2018 | 3880 | LETTER addressed to Magistrate Judge Sarah Netburn from Peter C. Salerno dated 1/21/2018 re: World Trade Cente Properties, L.L.C.. Document filed by Yassin Abdullah Al Kadi, Yassin Abdullah Al−Kadi, Yasin Al−Qadi, Yasin K Abdullah Kadi.(Salerno, Peter) (Entered: 01/21/2018) |
| 23/2018 | 3881 | LETTER addressed to Judge George B. Daniels from Robert A. O'Hare Jr. dated 01/23/2018 re: Commencement of r action 18−cv−00538 by Short Form Complaint pursuant to May 3, 2017 Order. Document filed by Anthony Behette, DiNardo, Ester DiNardo, Pio DiNardo, Andrew Economos, Leon Economos, Olga Valinotti, Constance Finnicum, G Gabrielle, Mary Ellen Murach, Richard J. Murach, Katharine Tynion.(O'Hare, Robert) (Entered: 01/23/2018) |
| 24/2018 | 3882 | LETTER addressed to Judge George B. Daniels from J. Scott Tarbutton, Esquire dated January 24, 2018, re: respond January 8, 2018 inquiry concerning several MDL 1570 docket entries that appear to be unresolved. Document filed Plaintiffs Executive Committees. (Attachments: # 1 Exhibit 1_Memo of Law, # 2 Exhibit 2_Report and Recommenda Exhibit 3_Order of Judge Daniels, # 4 Exhibit 4_Judgment, # 5 Exhibit 5_Amended Judgment)(Carter, Sean) (Entere 01/24/2018) |

| | | |
|---|---|---|
| 24/2018 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Telephone Conference held on 1/24/2018 (Entered: 01/24/2018) |
| 24/2018 | 3883 | ORDER: The provisions of this Order shall govern: (1) actions transferred to this Court by the Judicial Panel on Mult Litigation pursuant to its December 10, 2003 Order; (2) all related actions against the defendants alleging injuries in c with the September 11, 2001 attacks; and (3) any actions later filed in, removed to, or transferred to the Court ("Tag− Actions") in connection with this multidistrict litigation ("MDL"). The Plaintiffs' Executive Committee or the Defenc Executive Committee shall, respectively, send a copy of this Order to counsel for any plaintiffs or newly named defe any Tag−Along Action newly filed in or transferred to this Court. Consolidation. Any Tag−Along Action will automa consolidated with this MDL without the necessity of future motions or orders. This consolidation, however, does not determination that the actions should be consolidated for trial, nor does it have the effect of making any entity a party action in which he, she, or it has not been named, served, or added in accordance with the Federal Rules of Civil Proc Notices to Conform and Short Form Complaints. The plaintiffs in all Tag−Along Actions are directed to review the C 3, 2017 Order in this MDL, ECF No. 3543, which describes the procedures by which plaintiffs may conform their ple the Consolidated Amended Complaint as to the Kingdom of Saudi Arabia and the Saudi High Commission for Relief & Herzegovina, ECF No. 3463. The plaintiffs are also directed to meet and confer with the Plaintiffs' Executive Com determine whether they should file a Notice to Conform or Short Form Complaint. Previous Orders. Any order entere decision rendered, in this MDL that relates to all actions shall apply to all Tag−Along Actions without the need for se motions and orders, unless counsel in a Tag−Along Action show good cause why the order should not apply to that T Action. Discovery. Discovery already taken in the MDL shall be available and usable in all Tag−Along Actions. (Sig Magistrate Judge Sarah Netburn on 1/24/2018) (ap) (Entered: 01/24/2018) |
| 25/2018 | 3884 | STATUS REPORT. *Other* Document filed by Wael Jalaidan.(McMahon, Martin) (Entered: 01/25/2018) |
| 25/2018 | 3885 | OBJECTION to (599 in 1:04−cv−05970−GBD−SN, 3808 in 1:03−md−01570−GBD−SN) Report and Recommendati In Associated Cases: 1:03−md−01570−GBD−SN et al.(Kaplan, Robert) (Entered: 01/25/2018) |
| 25/2018 | 3886 | ORDER granting (3124) Motion for Judgment in case 1:03−md−01570−GBD−SN: The Clerk of Court is directed to judgment previously entered in Case No. 03−CV−6978, (ECF No. 952), in the form attached hereto as Exhibit A. Th further directed to terminate the motion at ECF No. 3124 in Case No. 03−md−1570 accordingly. (Signed by Judge G Daniels on 1/25/2018) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−06978−GBD−SN (jwh) (Ent 01/25/2018) |
| 25/2018 | | Transmission to Judgments and Orders Clerk. Transmitted re: (1007 in 1:03−cv−06978−GBD−SN, 3886 in 1:03−md−01570−GBD−SN) Order on Motion for Judgment, to the Judgments and Orders Clerk. Filed In Associated 1:03−md−01570−GBD−SN, 1:03−cv−06978−GBD−SN(jwh) (Entered: 01/25/2018) |
| 25/2018 | 3887 | BRIEF re: 3808 Report and Recommendations,,,,,, *Plaintiffs' Executive Committee for Commercial Claims' Memorar Law in support of the Continental Plaintiffs' Objections to Magistrate Judge Netburn's November 27, 2017 Report an Recommendation*. Document filed by Plaintiffs Executive Committees.(Carter, Sean) (Entered: 01/25/2018) |
| 26/2018 | 3888 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele dated January 26, 2018 re: Response Jelaidan's status report filed 1−25−18. Document filed by Plaintiffs Executive Committees.(Haefele, Robert) (Enterec 01/26/2018) |
| 26/2018 | 3889 | MEMO ENDORSEMENT: on re: 3884 Status Report filed by Wael Jalaidan. ENDORSEMENT: The Court deems th report to be sufficient. Counsel is directed to continue his efforts to communicate directly and proactively with OFAC the approval of the necessary license. Counsel is specifically directed to advise OFAC of his reporting obligations to and remind the agency of the burden its non−responsiveness has imposed. (Signed by Magistrate Judge Sarah Netbur 1/26/2018) (ap) (Entered: 01/26/2018) |
| 26/2018 | 3890 | CLERK'S AMENDED JUDGMENT: It is, IT IS FURTHER ORDERED, ADJUDGED and DECREED: That to the the plaintiffs' claims under 28 U.S.C. § 1605A(d) arise out of injuries in New York State, they are awarded prejudgm at the statutory simply interest rate of nine percent per annum from September 11, 2001, through the date of the Ame of Judgment, ECF No. 3226 (March 8, 2016); and to the extent that the claims arise out of injuries occurring elsewhe awarded interest for the same period at the rate of 4.96 percent per annum, compounding annually. (Signed by Clerk Ruby Krajick on 01/26/2018) (Attachments: # 1 Right to Appeal)(km) (Entered: 01/26/2018) |
| 26/2018 | 3891 | REPLY MEMORANDUM OF LAW in Support re: 3822 MOTION for Sanctions . . Document filed by Estate of Joh Sr., John Patrick O'Neill, Jr. (Goldman, Jerry) (Entered: 01/26/2018) |
| 26/2018 | 3892 | REPLY MEMORANDUM OF LAW in Support re: 3827 MOTION to Compel Muslim World League and Internatio Relief Organization to Produce Responsive Documents . . Document filed by Plaintiffs Executive Committees. (Carte (Entered: 01/26/2018) |
| 26/2018 | 3893 | DECLARATION of J. Scott Tarbutton, Esquire in Support re: 3827 MOTION to Compel Muslim World League and International Islamic Relief Organization to Produce Responsive Documents .. Document filed by Plaintiffs Executiv Committees. (Attachments: # 1 Exhibit 1_June 2004 Dip Cable, # 2 Exhibit 2_Feb 2007 Dip Cable, # 3 Exhibit 3_En |

| | | |
|---|---|---|
| | | Chart, # 4 Exhibit 4_Audits Chart, # 5 Exhibit 5_Banks Chart, # 6 Exhibit 6_Rabita Trust Chart, # 7 Exhibit 7_Haran # 8 Exhibit 8_TWRA Chart, # 9 Exhibit 9_Interview Excerpt)(Carter, Sean) (Entered: 01/26/2018) |
| 31/2018 | 3894 | DEPOSITION PROTOCOL ORDER: The United States Judicial Panel on Multidistrict Litigation ("JPML") establisl Terrorist Attacks on September 11, 2001, 03 MDL 1570, and began transferring cases related to the 9/11 terrorist atta various judicial districts to this Court ("the MDL Court") for coordinated or consolidated pretrial proceedings. In add cases transferred into the MDL by the JPML, other cases related to the 9/11 terrorist attacks have been consolidated v multidistrict proceeding (collectively, "MDL Proceeding"). A fundamental purpose of multidistrict litigation under 28 1407 is to facilitate the conduct of efficient and non−duplicative discovery relating to questions of fact common to tra and coordinated actions. The Parties have expressed an intention to conduct deposition discovery in the MDL Procee Although several prior orders (see, e.g., ECF Nos. 247, 248, 1547, and 1900) contain provisions relating to depositior MDL Proceeding, the Court directed the Parties to meet and confer (see ECF No. 3541) to develop more specific pro as further set forth in this order. (Deposition due by 1/31/2019.) (Signed by Magistrate Judge Sarah Netburn on 1/31/ In Associated Cases: 1:03−md−01570−GBD−SN et al. (ap) (Entered: 01/31/2018) |
| 31/2018 | 3895 | ORDER: On Wednesday, January 24, 2018, the Court held a telephone conference with the parties to discuss the rem disputes regarding the deposition protocol. The Court has decided the disputed matters and has separately issued a De Protocol Order. For the sake of clarity, the Court will briefly explain its decisions regarding the disputed matters. Firs determined that each side will be permitted to take 75 depositions. The plaintiffs proposed 100 depositions as a fair n number was based, in part, on the plaintiffs' Rule 26(a) Witness List and their deposition protocol proposal, which ide dozens of individuals from each of the five organizational defendants and six individual defendants that they intendec In addition, plaintiffs reference a 2015 multidistrict litigation (involving products liability) that authorized 100 deposi each side and included damages depositions (which this protocol does not). The plaintiffs state that they intend to dep and former employees of the defendant organizations, former government officials and incarcerated al Qaeda membe Defendants, for their part, argue first for 50 depositions, but in the main argue for parity, and as further set forth in th (Signed by Magistrate Judge Sarah Netburn on 1/31/2018) Filed In Associated Cases: 1:03−md−01570−GBD−SN et Modified on 2/1/2018 (ap). Modified on 2/2/2018 (ap). (Entered: 01/31/2018) |
| 02/2018 | 3896 | BEAZLEY FURLONGE LTD.'S NOTICE OF ITS VOLUNTARY DISMISSAL ONLY PURSUANT TO F.R.C.P. 41(a)(1)(A)(i). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Beazley Furlonge Ltd. on behalf underwriting members of Lloyd's Syndicates 623 & 2623, hereby gives notice that its claims against Defendant, King Saudi Arabia, in the above−captioned action are voluntarily dismissed without prejudice. This voluntary dismissal wi prejudice as to Beazley has no application to the remaining claims of Managing Agency Partners Ltd., which are still being pursued. So ordered. (Signed by Judge George B. Daniels on 2/2/2018) (rjm) (Entered: 02/02/2018) |
| 09/2018 | 3897 | REPLY MEMORANDUM OF LAW in Support re: 3830 MOTION to Compel Yasin Kadi to Document Production Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit)(Maloney, Andrew) (Entered: 02/09/2 |
| 13/2018 | 3898 | TRANSCRIPT of Proceedings re: HEARING held on 1/18/2018 before Judge George B. Daniels. Court Reporter/Tra Lisa Picciano Fellis, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained thro PACER. Redaction Request due 3/6/2018. Redacted Transcript Deadline set for 3/16/2018. Release of Transcript Res for 5/14/2018.(McGuirk, Kelly) (Entered: 02/13/2018) |
| 13/2018 | 3899 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a HEARING proceeding held on 1/18/18 has been filed by the court reporter/transcriber in the above−captioned matter. The parties seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...( Kelly) (Entered: 02/13/2018) |
| 14/2018 | 3900 | ORDER: terminating as Moot 2844 Letter Motion for Leave to File Document; granting 3123 Motion for Default Jud granting 3295 Motion for Judgment; granting 3350 Motion to Amend/Correct. On January 8, 2018, this Court directe Plaintiffs' Executive Committee ("PEC") to review the docket sheet in 03−MDL−1570 and provide a status report on outstanding motions. By letter dated January 12, 2018, the PEC responded by identifying a number of motions that ha resolved but which still remain "open" on the docket sheet. The Clerk of Court is directed to close the following moti follows: Consent motion for leave to file a sur−reply brief (ECF No. 2844) is terminated as MOOT; Motion for defau (ECF No. 3123) is GRANTED to the extent indicated in this Court's Memorandum Opinion and Order dated March 9 (ECF No. 3229); Final motion for judgment (ECF No. 3295) is GRANTED to the extent indicated in this Court's Ord Further Partial Judgment dated June 16, 2016 (ECF No. 3300); and Motion to amend/correct (ECF No. 3350) is GRA the extent indicated in this Court's Order dated January 5, 2017 (ECF No. 3415). SO ORDERED. (Signed by Judge C Daniels on 2/14/2018) (ama) (Entered: 02/14/2018) |
| 21/2018 | 3901 | TRANSCRIPT of Proceedings re: CONFERNECE held on 1/24/2018 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Eve Giniger, (212) 805−0300. Transcript may be viewed at the court public terminal or purcha the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obt through PACER. Redaction Request due 3/14/2018. Redacted Transcript Deadline set for 3/26/2018. Release of Tran Restriction set for 5/22/2018.(McGuirk, Kelly) (Entered: 02/21/2018) |

| | | |
|---|---|---|
| 21/2018 | 3902 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERE proceeding held on 1/24/18 has been filed by the court reporter/transcriber in the above−captioned matter. The parties seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...( Kelly) (Entered: 02/21/2018) |
| 23/2018 | 3903 | NOTICE of Motion to Dismiss Plaintiffs Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2). Document filed by J Weisenburger, Jr. et al.. (Attachments: # 1 Memorandum, # 2 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD(Haefele, Robert) (Entered: 02/23/2018) |
| 23/2018 | 3904 | LETTER addressed to Judge George B. Daniels from Christopher M. Curran dated February 23, 2018 re: Supplemen Authorities. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(Curran, Christopher) (Entered: 02/23/2018) |
| 26/2018 | 3905 | FINAL ORDER AND JUDGEMENT ON COMPENSATORY DAMAGES: It is HEREBY ORDERED that the fina compensatory damages judgment is entered in favor of Plaintiffs, comprised of the thirteen (13) Decedent's Estate Pla the two hundred, three (203) Individual Family Members Plaintiffs listed in this Order and Judgment, and against all Defendants listed above; and, it is FURTHER ORDERED that such Plaintiffs are awarded: (1) economic compensato to the thirteen (13) Decedent's Estate Plaintiffs in the aggregate amount of $469,465,035, as more specifically set fort (2) compensatory damages for pain and suffering of $2,000,000 per Decedent's Estate Plaintiff for a total of $26,000, more specifically set forth below; (3) compensatory damages for solatium to the Individual Family Members Plaintif $1,346,375,000, as more specifically set forth herein below; and, (4) prejudgment interest on the amount of $1,372,3 awarded herein for compensatory pain and suffering and solatium damages from September 11, 2001, to the date of j the rate of 4.96 percent per annum, compounded annually; and, it is FURTHER ORDERED that each and every one Defendants is jointly and severally liable for the entire JUDGMENT on compensatory damages; and, it is FURTHER ORDERED that Plaintiffs' request for punitive damages is DENIED WITHOUT PREJUDICE to being considered in conjunction with the same issue in other cases in the multi−district litigation captioned In Re: Terrorist Attacks on Se 11, 2001, 1:03 MDL 1570 (GBD)(SN); and as further set forth in this order. (Signed by Judge George B. Daniels on Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(jwh) (Entered: 02/26/2018) |
| 26/2018 | 3906 | STIPULATION OF DISMISSAL PURSUANT TO RULE 41 WITHOUT PREJUDICE: NOW COME the Hoglan Pl and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i)−(ii) governing the voluntary dismissal of parties by a plaintiff, hereby Stipulation to dismiss al−Qaeda and the Estate of Osama bin Laden from the above−captioned action. Neither al−Qae Estate of Osama bin Laden have entered an appearance, or filed an Answer to the Hoglan Plaintiffs' Second Amende Complaint, or any other pleading. Further, no Defendant in this action has entered an appearance or answered any file The undersigned counsel files this unopposed Stipulation to dismiss only these two above−referenced defendants fron action, in conformance with the above−cited Rule. This Stipulation of Dismissal is WITHOUT PREJUDICE pursuan Civ. P. 41(a)(1)(B). (Signed by Judge George B. Daniels on 2/23/2018) Filed In Associated Cases: 1:03−md−01570− 1:11−cv−07550−GBD−SN(jwh) (Entered: 02/26/2018) |
| 26/2018 | 3907 | STATUS REPORT. *OFAC* Document filed by Wael Jelaidan.(McMahon, Martin) (Entered: 02/26/2018) |
| 27/2018 | 3908 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter, Esquire dated 27 February 2018 re: a on extension of the deadline for plaintiffs and the merits discovery defendants to serve any amended witness disclosures March 2 to March 9, 2018. Document filed by Plaintiffs Executive Committees.(Carter, Sean) (Entered: 02/27/2018) |
| 27/2018 | 3909 | MEMO ENDORSEMENT: on re: 3908 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The Pla Executive Committees' request to extend the deadline for the plaintiffs and merits discovery defendants to serve any a witness disclosures is GRANTED. The parties in merits discovery may amend their witness disclosures no later than 2018. (Signed by Magistrate Judge Sarah Netburn on 2/27/2018) (ap) (Entered: 02/27/2018) |
| 28/2018 | 3910 | MOTION to Compel Defendants, World Assembly of Muslim Youth−Saudi Arabia and World Assembly of Muslim Youth−International to to produce responsive documents pursuant to Federal Rule of Civil Procedure 37(a) . Docume Plaintiffs Executive Committees.(Carter, Sean) (Entered: 02/28/2018) |
| 28/2018 | 3911 | MEMORANDUM OF LAW in Support re: 3910 MOTION to Compel Defendants, World Assembly of Muslim You Arabia and World Assembly of Muslim Youth−International to to produce responsive documents pursuant to Federal Civil Procedure 37(a) . . Document filed by Plaintiffs Executive Committees. (Carter, Sean) (Entered: 02/28/2018) |
| 28/2018 | 3912 | DECLARATION of J. Scott Tarbutton, Esquire in Support re: 3910 MOTION to Compel Defendants, World Assemb Muslim Youth−Saudi Arabia and World Assembly of Muslim Youth−International to to produce responsive docume to Federal Rule of Civil Procedure 37(a) .. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Ex Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Ex 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54)(Carter, Sean) (E |

| | | |
|---|---|---|
| | | 02/28/2018) |
| )1/2018 | 3913 | **FILING ERROR − DEFICIENT DOCKET ENTRY (SEE 3914 Letter) −** LETTER addressed to Judge George E from Robert T. Haefele dated March 1, 2018 re: Response to Al Rajhi Bank's notice of supplemental authorities datec 23, 2018. Document filed by Plaintiffs Executive Committees.(Haefele, Robert) Modified on 3/8/2018 (db). (Entered 03/01/2018) |
| )2/2018 | 3914 | LETTER addressed to Judge George B. Daniels from Robert T. Haefele dated March 1, 2018 re: Response to Al Rajl notice of supplemental authorities dated February 23, 2018 − CORRECTED. Document filed by Plaintiffs Executive Committees.(Haefele, Robert) (Entered: 03/02/2018) |
| )2/2018 | 3915 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele dated March 2, 2018 re: Jelaidan statu Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 E 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q)(Haefele, Robert) (Entered: 03/02/2018) |
| )5/2018 | 3916 | LETTER addressed to Judge George B. Daniels from Michael K. Kellogg dated March 5, 2018 re: Response to Plain of March 1. Document filed by Kingdom of Saudi Arabia.Filed In Associated Cases: 1:03−md−01570−GBD−SN et a Michael) (Entered: 03/05/2018) |
| )5/2018 | 3917 | LETTER addressed to Judge George B. Daniels from Christopher M. Curran dated March 5, 2018 re: Reply in Suppo dated February 23, 2018 re Supplemental Authorities. Document filed by Al Rajhi Bank.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(Curran, Christopher) (Entered: 03/05/2018) |
| )6/2018 | 3918 | LETTER addressed to Judge George B. Daniels from James P. Kreindler dated 03/06/2018 re: Response to the Marcl letter of Michael Kellogg for Kingdom of Saudi Arabia and Saudi High Commission. Document filed by Kathleen Ashton(Personal Representative of the Estate of Thomas Ashton).(Kreindler, James) (Entered: 03/06/2018) |
| )7/2018 | 3919 | LETTER addressed to Judge George B. Daniels from Robert T. Haefele dated March 7, 2018 re: Response to the Ma letter of Michael Kellogg for Kingdom of Saudi Arabia and Saudi High Commission. Document filed by Plaintiffs E: Committees.(Haefele, Robert) (Entered: 03/07/2018) |
| )7/2018 | 3920 | FIRST LETTER addressed to Magistrate Judge Sarah Netburn from Martin F. McMahon dated 03/07/18 re: Recent I PECs Concerning Contempt for Defendant Jelaidan. Document filed by Wael Jelaidan. (Attachments: # 1 Exhibit Em Haefele from McMahon)(McMahon, Martin) (Entered: 03/07/2018) |
| )8/2018 | 3922 | MEMO ENDORSEMENT: on re: 3915 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: A confe scheduled for March 21, 2018, at 3:30 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, Nev New York. The parties should be prepared to discuss the OFAC license and the sanctions previously imposed on Def Wa'el Jelaidan. (Status Conference set for 3/21/2018 at 3:30 PM in Courtroom 219, 40 Centre Street, New York, NY before Magistrate Judge Sarah Netburn.) (Signed by Magistrate Judge Sarah Netburn on 3/8/2018) (ap) Modified on (ap). (Entered: 03/09/2018) |
| )9/2018 | 3921 | FIRST MOTION for Extension of Time *To Respond to Plaintiffs' Motion to Compel*. Document filed by Wamy Inter Inc., World Assembly of Muslim Youth.(Mohammedi, Omar) (Entered: 03/09/2018) |
| )9/2018 | 3923 | RULE 26 DISCLOSURE.Document filed by Wamy International, Inc., World Assembly of Muslim Youth.(Mohamr (Entered: 03/09/2018) |
| )9/2018 | 3924 | CERTIFICATE OF SERVICE of Supplemental Initial Disclosures served on All Counsel on 3−9−2018. Document f Wamy International, Inc., World Assembly of Muslim Youth. (Mohammedi, Omar) (Entered: 03/09/2018) |
| )9/2018 | 3925 | RULE 26 DISCLOSURE.Document filed by Plaintiffs Executive Committees.(Carter, Sean) (Entered: 03/09/2018) |
| )9/2018 | 3926 | MOTION for Leave to File Ashton Plaintiffs' Motion to Supplement the Record in Opposition to the Motion to Dism the Kingdom of Saudi Arabia . Document filed by Kathleen Ashton(as Administrator of the Estate of Thomas Ashtor and on behalf of all survivors of Thomas Ashton).(Pounian, Steven) (Entered: 03/09/2018) |
| )9/2018 | 3927 | RULE 26 DISCLOSURE.Document filed by International Islamic Relief Organization.(Bembry, Aisha) (Entered: 03 |
| )9/2018 | 3928 | MEMORANDUM OF LAW in Support re: 3926 MOTION for Leave to File Ashton Plaintiffs' Motion to Supplemen Record in Opposition to the Motion to Dismiss Filed by the Kingdom of Saudi Arabia . . Document filed by Kathleer Administrator of the Estate of Thomas Ashton, deceased and on behalf of all survivors of Thomas Ashton). (Pounian (Entered: 03/09/2018) |
| )9/2018 | 3929 | RULE 26 DISCLOSURE.Document filed by Muslim World League.(Bembry, Aisha) (Entered: 03/09/2018) |
| )9/2018 | 3930 | DECLARATION of Steven R. Pounian in Support re: 3926 MOTION for Leave to File Ashton Plaintiffs' Motion to : the Record in Opposition to the Motion to Dismiss Filed by the Kingdom of Saudi Arabia .. Document filed by Kathl |

| | | |
|---|---|---|
| | | Ashton(as Administrator of the Estate of Thomas Ashton, deceased and on behalf of all survivors of Thomas Ashton) (Attachments: # 1 Exhibit Supplemental Exh. 1, # 2 Exhibit Supplemental Exh. 2)(Pounian, Steven) (Entered: 03/09/ |
| )9/2018 | 3931 | RULE 26 DISCLOSURE.Document filed by Dubai Islamic Bank.(Cottreau, Steven) (Entered: 03/09/2018) |
| .3/2018 | 3932 | LETTER addressed to Judge George B. Daniels from Robert T. Haefele, Esq., Sean P. Carter, Esq., and Jerry S. Golc dated March 13, 2018 re: CAC plaintiffs consent to and join in the Ashton plaintiffs' motion to include documents fil 3930. Document filed by Plaintiffs Executive Committees.(Carter, Sean) (Entered: 03/13/2018) |
| .3/2018 | 3933 | ORDER granting 3921 Letter Motion for Extension of Time. The request for an extension to the deadline for respond motion to compel filed against Defendants World Assembly of Muslim Youth Saudi Arabia and World Assembly of Youth International (collectively "WAMY") is GRANTED. WAMY shall respond to the motion to compel by March The Plaintiffs' Executive Committees shall file any reply by April 6, 2018. In addition, by March 19, 2018, the partie directed to meet and confer and make good faith efforts to resolve the discovery disputes. (HEREBY ORDERED by Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 03/13/2018) |
| .3/2018 | 3934 | RESPONSE in Opposition to Motion re: (3926 in 1:03−md−01570−GBD−SN) MOTION for Leave to File Ashton P Motion to Supplement the Record in Opposition to the Motion to Dismiss Filed by the Kingdom of Saudi Arabia . . D filed by Kingdom of Saudi Arabia. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−S 1:17−cv−02003−GBD−SN(Kellogg, Michael) (Entered: 03/13/2018) |
| .3/2018 | 3935 | FIRST LETTER MOTION to Adjourn Conference *re: Defendant Jelaidan status report* addressed to Magistrate Judg Netburn from Martin F. McMahon dated 3−13−2018. Document filed by Wael Jelaidan.(McMahon, Martin) (Enterec 03/13/2018) |
| .5/2018 | 3936 | ORDER granting 3935 Letter Motion to Adjourn Conference. The conference set for March 21, 2018, at 3:30 p.m. is ADJOURNED and RESCHEDULED for April 10, 2018, at 12:30 p.m. The conference will be held by telephone. Th shall circulate a call−in number to all interested parties and the Court by no later than April 9, 2018. (HEREBY ORD Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 03/15/2018) |
| 20/2018 | 3937 | ORDER: The Court hereby finds that Defendants in this action will suffer no prejudice from the relief sought, and Pl Motion to Dismiss Plaintiffs Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(2) is GRANTED. ACCORDINGLY ORDERED that Plaintiffs listed above are DISMISSED without prejudice and each of the parties are responsible for attorneys' fees and costs associated with this Motion. (Party Rosanne Helen Costanza, Teresa Veling Czark, Neil C. F Arnold Lederman, Jane M. O'Dea, Vincent A. Ognibene (in his own right as the father of Philip Paul Ognibene, Dece as the Co−Executor of the Estate of Philip Paul Ognibene, Deceased), Dawn Peterson, Timothy Provenzano, Deborah Schumann, David Sozio, James W. Berghorn and Scott Blaney terminated.) (Signed by Judge George B. Daniels on 3 Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD(jwh) Modified on 3/20/2018 (jwh). (E 03/20/2018) |
| 21/2018 | 3938 | NOTICE of Filing of Notice of Potential Tag−Along Action with Judicial Panel on Multidistrict Litigation. Documen Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit 1 − Part A, # 2 Exhibit 1 − Part B)(Kellogg, Michael) (Entered: 03/21/2018) |
| 21/2018 | 3939 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert G. Houck dated March 21, 2018 re: withdrawal c Document filed by Dubai Islamic Bank.(Houck, Robert) (Entered: 03/21/2018) |
| 22/2018 | 3940 | MEMO ENDORSEMENT: on re: (3939 in 1:03−md−01570−GBD−SN) Letter filed by Dubai Islamic Bank. ENDOF Attorney Robert G. Houck's motion to withdraw as counsel for Dubai Islamic Bank is GRANTED. The Clerk of Cou respectfully directed to terminate Attorney Houck as counsel. Attorney Robert G. Houck terminated. (Signed by Mag Judge Sarah Netburn on 3/22/2018) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(ap) (Entered: 03/23 |
| 26/2018 | 3941 | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY: Notice is hereby given that, subject; to appro Court, Susan Sliwak, Individually as Spouse and as Personal Representative of the Estate of Robert F. Sliwak Deceas substitutes John F. Schutty of the Law Office of John F. Schutty, P.C. (Atty # 1919471), as counsel of record in place Krause, PC. (Attorney Jeanne Marie O'Grady; Frank H. Granito, III and Kenneth Paul Nolan, James P. Kreindler terr Attorney John Francis Schutty , III added.) (Signed by Judge George B. Daniels on 3/26/2018) Filed In Associated C 1:03−md−01570−GBD−SN, 1:17−cv−02003−GBD−SN(jwh) Modified on 5/22/2018 (jwh). (Entered: 03/26/2018) |
| 26/2018 | 3942 | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY: Notice is hereby given that, subject; to appro Court, Joanne Kelly, Individually as Spouse and as Personal Representative of the Estate of James Kelly, Deceased, s John F. Schutty of the Law Office of John F. Schutty, P.C. (Atty # 1919471), as counsel of record in place of Speiser PC. (Attorney Jeanne Marie O'Grady; Frank H. Granito, III and Kenneth Paul Nolan, James P. Kreindler terminated. John Francis Schutty , III added.) (Signed by Judge George B. Daniels on 3/26/2018) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:17−cv−02003−GBD−SN(jwh) Modified on 5/22/2018 (jwh). (Entered: 03/26/2018) |
| 27/2018 | 3943 | MOTION to Amend/Correct *to allow amended complaints to add additional plaintiffs to the consolidated actions*. Do filed by Plaintiffs Executive Committees. (Attachments: # 1 Text of Proposed Order)(Maloney, Andrew) (Entered: 0 |

| | | |
|---|---|---|
| 27/2018 | 3944 | MEMORANDUM OF LAW in Support re: 3943 MOTION to Amend/Correct *to allow amended complaints to add a plaintiffs to the consolidated actions*. . Document filed by Plaintiffs Executive Committees. (Maloney, Andrew) (Ente 03/27/2018) |
| 27/2018 | 3945 | DECLARATION of Andrew J. Maloney, III, Esq in Support re: 3943 MOTION to Amend/Correct *to allow amended to add additional plaintiffs to the consolidated actions*.. Document filed by Plaintiffs Executive Committees. (Malone (Entered: 03/27/2018) |
| 28/2018 | 3946 | MEMORANDUM DECISION AND ORDER denying (760) Motion to Dismiss; granting (763) Motion to Dismiss in 1:03−cv−09849−GBD; denying (3667) Motion to Dismiss; granting (3670) Motion to Dismiss in case 1:03−md−01570−GBD−SN; denying (414) Motion to Dismiss in case 1:04−cv−01922−GBD; granting (568) Motion denying (571) Motion to Dismiss in case 1:04−cv−05970−GBD−SN; denying (533) Motion to Dismiss; granting (53 to Dismiss in case 1:04−cv−07065−GBD; denying (359) Motion to Dismiss in case 1:04−cv−07216−GBD; denying ( Motion to Dismiss; granting (560) Motion to Dismiss in case 1:04−cv−07279−GBD; granting (837) Motion to Dismi 1:02−cv−06977−GBD−SN; denying (29) Motion to Dismiss in case 1:16−cv−08070−GBD−SN; denying (35) Motion in case 1:16−cv−08884−GBD−SN; denying (35) Motion to Dismiss; granting (38) Motion to Dismiss in case 1:16−cv−09663−GBD−SN; denying (34) Motion to Dismiss; granting (37) Motion to Dismiss in case 1:16−cv−09937−GBD−SN; denying (34) Motion to Dismiss; granting (37) Motion to Dismiss in case 1:17−cv−00117−GBD−SN; denying (35) Motion to Dismiss in case 1:17−cv−00348−GBD−SN; denying (25) Motion in case 1:17−cv−02003−GBD−SN; denying (22) Motion to Dismiss; granting (25) Motion to Dismiss in case 1:17−cv−02129−GBD−SN; granting (22) Motion to Dismiss; denying (25) Motion to Dismiss in case 1:17−cv−02651−GBD−SN; denying (15) Motion to Dismiss in case 1:17−cv−03810−GBD−SN; denying (11) Motion Dismiss; granting (14) Motion to Dismiss in case 1:17−cv−03887−GBD−SN; granting (27) Motion to Dismiss; deny Motion to Dismiss in case 1:17−cv−03908−GBD−SN; granting (19) Motion to Dismiss; denying (22) Motion to Dism 1:17−cv−04201−GBD−SN; granting (8) Motion to Dismiss; denying (10) Motion to Dismiss in case 1:17−cv−05174 granting (14) Motion to Dismiss; denying (16) Motion to Dismiss in case 1:17−cv−05471−GBD; denying (973) Moti Dismiss; granting (976) Motion to Dismiss in case 1:03−cv−06978−GBD−SN; denying (358) Motion to Dismiss in c 1:03−cv−08591−GBD. Defendant SHC's motion to dismiss for lack of subject matter jurisdiction, (ECF No. 3670), is GRANTED. Defendant Saudi Arabia's motion to dismiss, (ECF No. 3667), is DENIED. Limited jurisdictional discov specific factual allegations critical to the immunity determination shall proceed promptly and expeditiously in the ma described above as to the alleged tortious acts by alleged Saudi agents Fahad al Thurnairy and Omar al Bayourni. The Court is directed to close the motions at ECF Nos. 3667 and 3670 accordingly. (Signed by Judge George B. Daniels o 3/28/2018) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (mro) (Main Document 3946 replaced on 3/ (anc). (Entered: 03/28/2018) |
| 28/2018 | 3947 | MEMORANDUM DECISION AND ORDER granting (3691) Motion to Dismiss for Lack of Jurisdiction; granting ( Motion to Dismiss; granting (3702) Motion to Dismiss in case 1:03−md−01570−GBD−SN. The Moving Defendants' dismiss under Rule 12(b)(2) of the Federal Rules of Civil Procedure for lack of personal jurisdiction are GRANTED. of the Court is directed to close the motions at ECF Nos. 3691, 3700, and 3702, accordingly. (Signed by Judge Georg Daniels on 3/28/2018) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (mro) (Entered: 03/28/2018) |
| 30/2018 | 3948 | ORDER: On Wednesday, March 28, 2018, the Honorable George B. Daniels denied Defendant Saudi Arabia's motion and ordered limited jurisdictional discovery on specific factual allegations critical to the immunity determination as t alleged tortious acts by alleged Saudi agents Fahad al Thurnairy and Omar al Bayourni. ECF No. 3946. Accordingly, conference is scheduled for Thursday, April 12, 2018, at 4:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse Square, New York, New York. By April 6, 2018, the parties should notify the Court if more than 20 counsel intend to this conference. If so, the Court will move the conference to the ceremonial courtroom. The parties are further ORDE meet and confer in advance of this conference, and they should be prepared to propose and set a reasonable schedule jurisdictional discovery. The Court will also address the March 27, 2018 Letter from the Plaintiffs' Executive Commi "PECs") proposing a change to the procedures for adding and removing plaintiffs in this action. ECF No. 3943. The I Executive Committee may file a response to the PECs' letter by Friday, April 6, 2018. (Status Conference set for 4/12 4:00 PM in Courtroom 219, 40 Centre Street, New York, NY 10007 before Magistrate Judge Sarah Netburn.) (Signed Magistrate Judge Sarah Netburn on 3/30/2018) (ap) (Entered: 03/30/2018) |
| 30/2018 | 3949 | MEMORANDUM OF LAW in Opposition re: 3910 MOTION to Compel Defendants, World Assembly of Muslim Youth−Saudi Arabia and World Assembly of Muslim Youth−International to to produce responsive documents pursu Federal Rule of Civil Procedure 37(a) . . Document filed by Wamy International, Inc., World Assembly of Muslim Y (Attachments: # 1 Affidavit Declaration of Omar T. Mohammedi, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B, # 4 E Exhibit C, # 5 Exhibit Exhibit D, # 6 Exhibit Exhibit E, # 7 Exhibit Exhibit F, # 8 Exhibit Exhibit G, # 9 Exhibit Exh Exhibit Exhibit I, # 11 Exhibit Exhibit J, # 12 Exhibit Exhibit K, # 13 Exhibit Exhibit L, # 14 Exhibit Exhibit M, # 1 Exhibit N, # 16 Exhibit Exhibit O, # 17 Exhibit Exhibit P, # 18 Exhibit Exhibit Q, # 19 Exhibit Exhibit R, # 20 Exhib S, # 21 Exhibit Exhibit T, # 22 Exhibit Exhibit U, # 23 Exhibit Exhibit V, # 24 Exhibit Exhibit W, # 25 Exhibit Exhil Exhibit Exhibit Y, # 27 Exhibit Exhibit Z, # 28 Exhibit Exhibit AA, # 29 Exhibit Exhibit AB, # 30 Exhibit Exhibit A Exhibit Exhibit AD, # 32 Exhibit Exhibit AE, # 33 Exhibit Exhibit AF, # 34 Exhibit Exhibit AG)(Mohammedi, Omai 03/30/2018) |

| | | |
|---|---|---|
| )0/2018 | 3950 | STATUS REPORT. Document filed by The Charter Oak Fire Insurance Company.(Sheps, Robert) (Entered: 03/30/2( |
| )2/2018 | 3951 | DECLARATION of Omar T. Mohammedi in Opposition re: 3910 MOTION to Compel Defendants, World Assembl Youth−Saudi Arabia and World Assembly of Muslim Youth−International to to produce responsive documents pursu Federal Rule of Civil Procedure 37(a) .. Document filed by Wamy International, Inc., World Assembly of Muslim Yo (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C, # 4 Exhibit Exhibit D, # 5 Exhibit # 6 Exhibit Exhibit F, # 7 Exhibit Exhibit G, # 8 Exhibit Exhibit H, # 9 Exhibit Exhibit I, # 10 Exhibit Exhibit J, # 11 Exhibit K, # 12 Exhibit Exhibit L, # 13 Exhibit Exhibit M, # 14 Exhibit Exhibit N, # 15 Exhibit Exhibit O, # 16 Exhi P, # 17 Exhibit Exhibit Q, # 18 Exhibit Exhibit R, # 19 Exhibit Exhibit S, # 20 Exhibit Exhibit T, # 21 Exhibit Exhib Exhibit Exhibit V, # 23 Exhibit Exhibit W, # 24 Exhibit Exhibit X, # 25 Exhibit Exhibit Y, # 26 Exhibit Exhibit Z, # Exhibit AA, # 28 Exhibit Exhibit AB, # 29 Exhibit Exhibit AC, # 30 Exhibit Exhibit AD, # 31 Exhibit Exhibit AE, # Exhibit AF, # 33 Exhibit Exhibit AG)(Mohammedi, Omar) (Entered: 04/02/2018) |
| )2/2018 | 3952 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER IN ORDER FROM THE MDL PANEL (CTO−6)transferring this action from the United States District Court − that pursuant to 28 U.S.C. 1407, the actions l attached schedule A and pending in the District of District of Columbia, and the same hereby are, transferred to the S District of New York, with the consent of that court, assigned to the Honorable Judge George B. Daniels, for coordin consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A. (Signed by MDL 3/30/2018) (sjo) (Entered: 04/02/2018) |
| )2/2018 | 3953 | LETTER addressed to Magistrate Judge Sarah Netburn from J. Scott Tarbutton, Esquire dated April 2, 2018 re: reque brief extension of one week to respond to WAMY's opposition to Plaintiffs' Motion to Compel. Document filed by Pl Executive Committees.(Carter, Sean) (Entered: 04/02/2018) |
| )3/2018 | 3954 | MEMO ENDORSEMENT: on re: 3953 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The req extension is GRANTED. The Plaintiffs' Executive Committees shall file their reply brief by April 13, 2018. (Replies 4/13/2018.) (Signed by Magistrate Judge Sarah Netburn on 4/3/2018) (ap) (Entered: 04/03/2018) |
| )6/2018 | 3955 | ORDER: The conference scheduled for Thursday, April 12, 2018, at 4:00 p.m. is hereby moved to Courtroom 506, T Marshall Courthouse, 40 Foley Square, New York, New York. ( Status Conference set for 4/12/2018 at 04:00 PM in 506, 40 Centre Street, New York, NY 10007 before Magistrate Judge Sarah Netburn.) (Signed by Magistrate Judge S Netburn on 4/6/2018) (js) (Entered: 04/06/2018) |
| )6/2018 | 3956 | MEMO ENDORSEMENT re: (3950 in 1:03−md−01570−GBD−SN) Status Report filed by The Charter Oak Fire Ins Company. ENDORSEMENT: The Charter Oaks Plaintiffs may submit a stipulation in accordance with Section 18.2 Court's ECF Rules. (Signed by Magistrate Judge Sarah Netburn on 4/6/2018) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:17−cv−02651−GBD−SN(js) Modified on 5/31/2018 (js). (Entered: 04/06/2018) |
| )6/2018 | 3957 | RESPONSE to Motion re: 3943 MOTION to Amend/Correct *to allow amended complaints to add additional plainti consolidated actions*. . Document filed by Defendants Executive Committee. (Kabat, Alan) (Entered: 04/06/2018) |
| .0/2018 | 3958 | ORDER: On Tuesday, April 10, 2018, the Court held a telephone conference to discuss the sanctions that the Court p imposed on Defendant Wael Jelaidan. Martin F. McMahon, counsel for Defendant Jelaidan, apparently had difficulty into the conference call−in number provided by the Plaintiffs' Executive Committees. Accordingly, the telephone con RESCHEDULED for Wednesday, April 11, 2018, at 11:00 a.m. The parties are directed to dial into the conference at If any party has difficulty dialing in or connecting with the other participants, they must contact Attorney Robert Hae 10:55 a.m. (Telephone Conference set for 4/11/2018 at 11:00 AM before Magistrate Judge Sarah Netburn.) (Signed b Magistrate Judge Sarah Netburn on 4/10/2018) (ap) (Entered: 04/10/2018) |
| .0/2018 | 3959 | NOTICE OF APPEARANCE by Samidh Jalem Guha on behalf of Dubai Islamic Bank. (Guha, Samidh) (Entered: 04 |
| .1/2018 | 3960 | ORDER: As discussed during the telephone conference on April 11, 2018, Defendant Wael Jelaidan is ORDERED to sanctions previously imposed by the Court and listed on the Global Terrorism Sanctions Regulations License, No. SDGT−2016−330016−1, issued by the U.S. Office of Foreign Assets Control no later than May 11, 2018. By April 1 Defendant Jelaidan shall file a status letter of no more than five pages indicating whether he intends to pay the sanctio 11, 2018. If Defendant Jelaidan does not intend to pay the sanctions by the deadline, the Plaintiffs Executive Commit file a letter of no more than five pages explaining what actions the Court should take in response to Defendant Jelaida to pay the sanctions in a timely manner. Defendant may file a response letter of no more than five pages by May 2, 2( (Signed by Magistrate Judge Sarah Netburn on 4/11/2018) (js) (Entered: 04/11/2018) |
| .1/2018 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Telephone Conference held on 4/11/2018 (Entered: 04/12/2018) |
| .2/2018 | 3961 | NOTICE OF APPEARANCE by Andrew Chun−Yang Shen on behalf of The Kingdom of Saudi Arabia. Filed In Ass Cases: 1:03−md−01570−GBD−SN et al.(Shen, Andrew) (Entered: 04/12/2018) |
| .3/2018 | 3962 | REPLY MEMORANDUM OF LAW in Support re: 3910 MOTION to Compel Defendants, World Assembly of Mus Youth−Saudi Arabia and World Assembly of Muslim Youth−International to to produce responsive documents pursu |

| | | |
|---|---|---|
| | | Federal Rule of Civil Procedure 37(a) . . Document filed by Plaintiffs Executive Committees. (Carter, Sean) (Entered 04/13/2018) |
| .3/2018 | 3963 | DECLARATION of J. Scott Tarbutton, Esquire in Support re: 3910 MOTION to Compel Defendants, World Assemb Muslim Youth−Saudi Arabia and World Assembly of Muslim Youth−International to to produce responsive docume to Federal Rule of Civil Procedure 37(a) .. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Ex 1_October Letters, # 2 Exhibit 2_April 7, 2012 letter, # 3 Exhibit 3_May 5, 2012 letter, # 4 Exhibit 4_Relevant ruling Exhibit 5_Chart, # 6 Exhibit 6_Saudi Government Records, # 7 Exhibit 7_Committee, # 8 Exhibit 8_Eastern Europe, 9_Austria, # 10 Exhibit 10_General Assembly, # 11 Exhibit 11_Hizbul, # 12 Exhibit 12_Laskhar e Tayyiba, # 13 Exh 13_Taibah International, # 14 Exhibit 14_April 24, 2014 Transcript)(Carter, Sean) (Entered: 04/13/2018) |
| .8/2018 | 3964 | TRANSCRIPT of Proceedings re: conference held on 4/12/2018 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Thomas Murray, (212) 805−0300. Transcript may be viewed at the court public terminal or pu through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 5/9/2018. Redacted Transcript Deadline set for 5/21/2018. Release Transcript Restriction set for 7/17/2018.(McGuirk, Kelly) (Entered: 04/18/2018) |
| .8/2018 | 3965 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a conferenc proceeding held on 4/12/18 has been filed by the court reporter/transcriber in the above−captioned matter. The partie seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such No the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...( Kelly) (Entered: 04/18/2018) |
| .8/2018 | 3966 | FIRST LETTER addressed to Magistrate Judge Sarah Netburn from Martin F. McMahon dated April 18, 2018 re: Ap Teleconference and 2013 Sanctions Order Re Jelaidan. Document filed by Wael Jelaidan.(McMahon, Martin) (Enter 04/18/2018) |
| .9/2018 | 3967 | LETTER addressed to Magistrate Judge Sarah Netburn from The Charter Oak Plaintiffs dated 4/19/2018 re: ECF No. Document filed by The Charter Oak Fire Insurance Company.(Waldren, Rebecca) (Entered: 04/19/2018) |
| 20/2018 | 3968 | ORDER. The plaintiffs shall serve discovery demands by Thursday, April 26, 2018. The Kingdom of Saudi Arabia s to the discovery demands by Friday, May 11, 2018. The parties are directed to meet and confer to discuss any objecti discovery demands. By Monday, May 21, 2018, each side shall file a letter of no more than ten pages discussing the positions with respect to the number of depositions that should be taken and any outstanding disputes relating to the s discovery, depositions, third−party discovery, and other objections. A conference is scheduled for May 24, 2018, at 1 in Courtroom 506, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The parties should be pr discuss the status of discovery, any discovery disputes, and a reasonable deadline to complete jurisdictional discover ORDERED. (Status Conference set for 5/24/2018 at 10:00 AM in Courtroom 506, 40 Centre Street, New York, NY before Magistrate Judge Sarah Netburn.) (Signed by Magistrate Judge Sarah Netburn on 4/20/2018) (rjm) (Entered: 0 |
| 23/2018 | 3969 | **FILING ERROR − NO ORDER/JUDGMENT SELECTED FOR APPEAL −** NOTICE OF APPEAL. Documen AIG Assurance Company, AIG Insurance Company − Puerto Rico, AIG Insurance Company of Canada, AIG Proper Company, AIG Specialty Insurance Company, AIU Insurance Company, American Home Assurance Company, Cha Limited, Commerce and Industry Insurance Company, Granite State Insurance Company, Illinois National Insurance Muenchener Rueckversicherungs Gesellschaft Aktiengesellschaft In Muenchen, National Union Fire Company of Pit PA., New Hampshire Insurance Company, New Reinsurance Company, Ltd., The Insurance Company of The State o Pennsylvania. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 A_Memorandum Decision and Order)(Carter, Sean) Modified on 4/23/2018 (nd). (Entered: 04/23/2018) |
| 23/2018 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney SEAN CARTER to F Document No. 3969 Notice of Appeal,,,,. The filing is deficient for the following reason(s): the order/judgment appealed was not selected;. Re−file the appeal using the event type Corrected Notice of Appeal found under th Appeal Documents − attach the correct signed PDF − select the correct named filer/filers − select the correct order/judgment being appealed. (nd)** (Entered: 04/23/2018) |
| 23/2018 | 3970 | **FILING ERROR − NO ORDER/JUDGMENT SELECTED FOR APPEAL −** NOTICE OF APPEAL. Documen American Economy Insurance Company, American Fire and Casualty Company, American Safety Casualty Insuranc American Safety Indemnity Company, Employers Insurance Company of Wausau, Excelsior Insurance Company, Ge Insurance Company Of America, General Security Indemnity Company Of Arizona, Indiana Insurance Company, Li Insurance Corporation, Liberty Insurance Underwriters Inc., Liberty Life Assurance Company of Boston, Liberty Llo Texas Insurance Company, Liberty Managing Agency Limited(For and on behalf of the Lloyd's Underwriting Memb time to time of Lloyd's Syndicates 4472, 190 and 282 ), Liberty Mutual Fire Insurance Company, Liberty Mutual Ins Company, Liberty Mutual Insurance Europe Limited, Marlon Insurance Company, LTD., Odyssey Reinsurance Com Peerless Insurance Company, QBE INSURANCE (INTERNATIONAL) LTD., SCOR CANADA REINSURANCE COMPANY, SCOR REINSURANCE ASIA−PACIFIC PTE LIMITED, SCOR REINSURANCE COMPANY (ASIA LIMITED, SCOR Reinsurance Company, Safeco Insurance Company of America, Scor Global P&C Se, Scor UK Co Limited, The First Liberty Insurance Corporation, The Midwestern Indemnity Company, The Netherlands Insurance |

| | | |
|---|---|---|
| | | The Ohio Casualty Insurance Company, The Underwriting Members of Lloyd's Syndicate 1121, The Underwriting M Lloyd's Syndicate 1236, The Underwriting Members of Lloyd's Syndicate 1243, The Underwriting Members of Lloy Syndicate 1308, The Underwriting Members of Lloyd's Syndicate 205, The Underwriting Members of Lloyd's Syndi The Underwriting Members of Lloyd's Syndicate 510, The Underwriting Members of Lloyd's Syndicate 529, The Un Members of Lloyd's Syndicate 53, The Underwriting Members of Lloyd's Syndicate 55, The Underwriting Members Syndicate 991, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1003, UNDERWRITING MEMBERS LLOYD'S SYNDICATE 1121, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1209, UNDERWRITIN MEMBERS OF LLOYD'S SYNDICATE 1236, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1243, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1308, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2003, UNDERWRITING MEMBER LLOYD'S SYNDICATE 2020, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 205, UNDERWRITIN MEMBERS OF LLOYD'S SYNDICATE 228, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 271, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 376, UNDERWRITING MEMBERS OF LLOYD'S S 510, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 529, UNDERWRITING MEMBERS OF LLOYD SYNDICATE 53, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 535, UNDERWRITING MEMBER LLOYD'S SYNDICATE 55, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 557, UNDERWRITING OF LLOYD'S SYNDICATE 588, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 672, UNDERWRIT MEMBERS OF LLOYD'S SYNDICATE 807, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 861, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 991, Unionamerica Insurance Company Limited, Wau Business Insurance Company, Wausau Underwriters Insurance Company, West American Insurance Company. Form Form D are due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Exhibit A_Memorandum and Order)(Carter, Sean) Modified on 4/23/2018 (nd). (Entered: 04/23/2018) |
| 23/2018 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney SEAN CARTER to R Document No. 3970 Notice of Appeal. The filing is deficient for the following reason(s): the order/judgment be appealed was not selected;. Re−file the appeal using the event type Corrected Notice of Appeal found under th Appeal Documents − attach the correct signed PDF − select the correct named filer/filers − select the correct order/judgment being appealed. (nd)** (Entered: 04/23/2018) |
| 24/2018 | 3971 | CORRECTED NOTICE OF APPEAL re: 3970 Notice of Appeal,,,,,,,,,,,,, 3947 Order on Motion to Dismiss/Lack of Jurisdiction,,,,,,,,. Document filed by American Economy Insurance Company, American Fire and Casualty Company Safety Casualty Insurance Company, American Safety Indemnity Company, Copenhagen Reinsurance Company (UK Employers Insurance Company of Wausau, Excelsior Insurance Company, First Liberty Insurance Corporation, Gene Insurance Company Of America, General Security Indemnity Company Of Arizona, General Security National Insur Company, Indiana Insurance Company, Liberty Insurance Corporation, Liberty Insurance Underwriters Inc., Liberty Assurance Company of Boston, Liberty Lloyds of Texas Insurance Company, Liberty Managing Agency Limited(Fo behalf of the Lloyd's Underwriting Members from time to time of Lloyd's Syndicates 4472, 190 and 282 ), Liberty M Insurance Company, Liberty Mutual Insurance Company, Liberty Mutual Insurance Europe Limited, Marlon Insuran Company Limited, Odyssey Reinsurance Company, Peerless Insurance Company, QBE INSURANCE (INTERNATI LTD., SCOR CANADA REINSURANCE COMPANY, SCOR REINSURANCE ASIA−PACIFIC PTE LIMITED, S REINSURANCE COMPANY (ASIA) LIMITED, SCOR Reinsurance Company, Safeco Insurance Company of Ame Global P&C Se, Scor UK Company Limited, The Midwestern Indemnity Company, The Netherlands Insurance Com Ohio Casualty Insurance Company, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1003, UNDERWR MEMBERS OF LLOYD'S SYNDICATE 1121, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1209, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1236, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1243, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1308, UNDERWRITING MEMB LLOYD'S SYNDICATE 2, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2003, UNDERWRITING OF LLOYD'S SYNDICATE 2020, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 205, UNDERWRI MEMBERS OF LLOYD'S SYNDICATE 228, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 271, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 376, UNDERWRITING MEMBERS OF LLOYD'S S 510, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 529, UNDERWRITING MEMBERS OF LLOYD SYNDICATE 53, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 535, UNDERWRITING MEMBER LLOYD'S SYNDICATE 55, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 557, UNDERWRITING OF LLOYD'S SYNDICATE 588, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 672, UNDERWRIT MEMBERS OF LLOYD'S SYNDICATE 807, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 861, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 991, UnionAmerica Insurance Company Ltd., WEST AMERICAN INSURANCE COMPANY, Wausau Business Insurance Company, Wausau Underwriters Insurance Co (Attachments: # 1 Errata A_Memorandum Decision and Order)(Carter, Sean) (Entered: 04/24/2018) |
| 24/2018 | 3972 | CORRECTED NOTICE OF APPEAL re: 3969 Notice of Appeal,,, 3947 Order on Motion to Dismiss/Lack of Jurisdi Document filed by AIG Assurance Company, AIG Insurance Company − Puerto Rico, AIG Insurance Company of C Property Casualty Company, AIG Specialty Insurance Company, AIU Insurance Company, American Home Assura Company, Chartis Excess Limited, Commerce and Industry Insurance Company, Granite State Insurance Company, National Insurance CO, Muenchener Rueckversicherungs Gesellschaft Aktiengesellschaft In Muenchen, National Un Company of Pittsburgh, PA., New Hampshire Insurance Company, New Reinsurance Company, Ltd., The Insurance |

| | | |
|---|---|---|
| | | of The State of Pennsylvania. (Attachments: # 1 Exhibit A_Memorandum Decision and Order)(Carter, Sean) (Entere 04/24/2018) |
| 24/2018 | | Appeal Fee Due: for 3972 Corrected Notice of Appeal,,,. $505.00 Appeal fee due by 5/8/2018. (nd) (Entered: 04/24/2 |
| 24/2018 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 3972 Corrected No Appeal. (nd) (Entered: 04/24/2018) |
| 24/2018 | 3973 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele dated 04/24/2018 re: Request for exte time to respond to 4/18/18 Jelaidan letter. Document filed by Plaintiffs Executive Committees.(Haefele, Robert) (Ent 04/24/2018) |
| 24/2018 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 3972 Correct of Appeal,,, filed by Illinois National Insurance CO, AIG Specialty Insurance Company, AIG Assurance Company, A Insurance Company of Canada, Commerce and Industry Insurance Company, The Insurance Company of The State o Pennsylvania, Muenchener Rueckversicherungs Gesellschaft Aktiengesellschaft In Muenchen, New Reinsurance Con Ltd., National Union Fire Company of Pittsburgh, PA., AIU Insurance Company, AIG Insurance Company − Puerto Property Casualty Company, American Home Assurance Company, Granite State Insurance Company, New Hampsh Insurance Company, Chartis Excess Limited were transmitted to the U.S. Court of Appeals. (nd) (Entered: 04/24/201 |
| 24/2018 | | Appeal Fee Due: for 3971 Corrected Notice of Appeal.$505.00 Appeal fee due by 5/8/2018. (nd) (Entered: 04/24/201 |
| 24/2018 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 3971 Corrected No Appeal. (nd) (Entered: 04/24/2018) |
| 24/2018 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 3971 Correct of Appeal,,,,,,,,,, filed by General Security Indemnity Company Of Arizona, American Safety Casualty Insurance Co Wausau Business Insurance Company, Liberty Mutual Insurance Europe Limited, Marlon Insurance Company Limit UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2020, General Insurance Company Of America, Emplo Insurance Company of Wausau, Safeco Insurance Company of America, QBE INSURANCE (INTERNATIONAL) I UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 807, UNDERWRITING MEMBERS OF LLOYD'S SY 205, UnionAmerica Insurance Company Ltd., Wausau Underwriters Insurance Company, SCOR Reinsurance Compa Insurance Corporation, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1308, UNDERWRITING MEM LLOYD'S SYNDICATE 271, General Security National Insurance Company, SCOR CANADA REINSURANCE C Excelsior Insurance Company, LIBERTY MANAGING AGENCY LIMITED, UNDERWRITING MEMBERS OF I SYNDICATE 1121, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 672, SCOR REINSURANCE CO (ASIA) LIMITED, American Fire and Casualty Company, Copenhagen Reinsurance Company (UK) LTD, UNDERV MEMBERS OF LLOYD'S SYNDICATE 2, Peerless Insurance Company, AMERICAN FIRE AND CASUALTY CO First Liberty Insurance Corporation, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 535, UNDERWR MEMBERS OF LLOYD'S SYNDICATE 1209, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1243, Mutual Fire Insurance Company, The Ohio Casualty Insurance Company, Odyssey Reinsurance Company, UNDERV MEMBERS OF LLOYD'S SYNDICATE 55, Indiana Insurance Company, The Midwestern Indemnity Company, Lil Managing Agency Limited, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 228, UNDERWRITING M OF LLOYD'S SYNDICATE 1236, American Economy Insurance Company, UNDERWRITING MEMBERS OF LL SYNDICATE 53, SCOR REINSURANCE ASIA−PACIFIC PTE LIMITED, American Safety Indemnity Company, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2003, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 557, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 376, UNDERWRITING MEMBEI LLOYD'S SYNDICATE 861, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1003, UNDERWRITIN MEMBERS OF LLOYD'S SYNDICATE 991, Liberty Life Assurance Company of Boston, Scor UK Company Limi UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 529, Liberty Insurance Underwriters Inc., LIBERTY L OF TEXAS INSURANCE COMPANY, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 510, Liberty I Texas Insurance Company, Scor Global P&C Se, The Netherlands Insurance Company, Liberty Mutual Insurance Co UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 588, WEST AMERICAN INSURANCE COMPANY transmitted to the U.S. Court of Appeals. (nd) (Entered: 04/24/2018) |
| 24/2018 | 3974 | MEMO ENDORSEMENT: on re: 3973 Letter filed by Plaintiffs Executive Committees. ENDORSEMENT: The requ extension is GRANTED. The Plaintiffs' Executive Committees may file a letter in response to Defendant Wael Jelaid 18, 2018 letter no later than May 1, 2018. Defendant Jelaidan may file his reply by May 8, 2018. The parties are remi pursuant to the Court's Individual Practices, an extension request must be filed at least 48 hours before the deadline u moving party can demonstrate good cause for the delay. A request for an extension made within 48 hours of the dead specifically explain why good cause exists. (Signed by Magistrate Judge Sarah Netburn on 4/24/2018) (ap) (Entered: 04/24/2018) |
| 24/2018 | 3975 | TRANSCRIPT of Proceedings re: CONFERENCE held on 4/12/2018 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Thomas Murray, (212) 805−0300. Transcript may be viewed at the court public terminal or pur through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 5/15/2018. Redacted Transcript Deadline set for 5/25/2018. Releas |

| | | |
|---|---|---|
| | | Transcript Restriction set for 7/23/2018.(McGuirk, Kelly) (Entered: 04/24/2018) |
| 24/2018 | 3976 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERI proceeding held on 4/12/18 has been filed by the court reporter/transcriber in the above−captioned matter. The partie: seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...( Kelly) (Entered: 04/24/2018) |
| 24/2018 | 3977 | MOTION for Default Judgment as to *the Ashton Wrongful Death Plaintiffs*. Document filed by Kathleen Ashton(as Administrator of the Estate of Thomas Ashton, deceased and on behalf of all survivors of Thomas Ashton). (Attachm Affidavit of service)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, Ja (Entered: 04/24/2018) |
| 24/2018 | 3978 | DECLARATION of James P. Kreindler in Support re: (3977 in 1:03−md−01570−GBD−SN, 894 in 1:02−cv−06977− MOTION for Default Judgment as to *the Ashton Wrongful Death Plaintiffs*.. Document filed by Kathleen Ashton(as Administrator of the Estate of Thomas Ashton, deceased and on behalf of all survivors of Thomas Ashton). (Attachm Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindl (Entered: 04/24/2018) |
| 25/2018 | 3979 | FINAL ORDER OF SUMMARY JUDGMENT: ORDERED that final judgment is entered on behalf of those Plaintif Ashton et al. v. Al Qaeda Islamic Army et al., 02−CV−6977 (GBD) (FM) identified in the attached Exhibit A against Republic of Iran (the "Ashton IV Plaintiffs"); and it is ORDERED that the Ashton IV Plaintiffs identified in the attac A are awarded solatium damages as set forth in Exhibit A; and it is ORDERED that prejudgment interest is awarded calculated at a rate of 4.96% per annum; all interest compounded annually over the same period; and it is ORDERED Ashton Plaintiffs not appearing on Exhibit A and who were not previously awarded damages may submit in later stag applications for solatium and/or economic damages awards that will be approved on the same basis as currently appro those Plaintiffs appearing on Exhibit A. (Signed by Judge George B. Daniels on 4/25/2018) Filed In Associated Case 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(ap) (Entered: 04/25/2018) |
| 26/2018 | 3980 | **FILING ERROR − NO ORDER SELECTED FOR APPEAL −** NOTICE OF APPEAL from (3947 in 1:03−md−01570−GBD−SN, 3947 in 1:03−md−01570−GBD−SN, 3947 in 1:03−md−01570−GBD−SN) Order on Mo Dismiss/Lack of Jurisdiction,. Document filed by Arrowood Indemnity Company, Arrowood Surplus Lines Insurance Filing fee $ 505.00, receipt number 0208−14995008. Form C and Form D are due within 14 days to the Court of App Second Circuit. (Attachments: # 1 Exhibit A − Memorandum Decision and Order Entererd 3/28/18.)Filed In Associat 1:03−md−01570−GBD−SN, 1:17−cv−03908−GBD−SN(Bernard, James) Modified on 4/27/2018 (tp). (Entered: 04/2 |
| 27/2018 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Bernard, James to R Document No. (70 in 1:17−cv−03908−GBD−SN, 3980 in 1:03−md−01570−GBD−SN) Notice of Appeal. The filir deficient for the following reason(s): Event though the docket entry was spread across the cases, the order/judg being appealed was not selected in the MEMBER case. Re−file the appeal using the event type *Corrected Notic* found under the event list Appeal Documents − attach the correct signed PDF − select the correct named filer/ select the correct order/judgment being appealed *in both cases*. Filed In Associated Cases: 1:03−md−01570−Gl 1:17−cv−03908−GBD−SN(tp)** (Entered: 04/27/2018) |
| 27/2018 | 3981 | CORRECTED NOTICE OF APPEAL re: (70 in 1:17−cv−03908−GBD−SN, 3980 in 1:03−md−01570−GBD−SN) N Appeal,, (3947 in 1:03−md−01570−GBD−SN, 3947 in 1:03−md−01570−GBD−SN, 3947 in 1:03−md−01570−GBD− 1:17−cv−03908−GBD−SN, 68 in 1:17−cv−03908−GBD−SN, 68 in 1:17−cv−03908−GBD−SN) Order on Motion to Dismiss/Lack of Jurisdiction,,,,,,,,. Document filed by Arrowood Indemnity Company, Arrowood Surplus Lines Insur Company. (Attachments: # 1 Exhibit A − Memorandum Decision and Order entered 3/28/18)Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:17−cv−03908−GBD−SN(Bernard, James) (Entered: 04/27/2018) |
| 27/2018 | | Appeal Fee Paid electronically via Pay.gov: for (3981 in 1:03−md−01570−GBD−SN, 71 in 1:17−cv−03908−GBD−S Corrected Notice of Appeal. Filing fee $ 505.00. Pay.gov receipt number 0208−14995008, paid on 4/26/2018. Filed I Associated Cases: 1:03−md−01570−GBD−SN, 1:17−cv−03908−GBD−SN. (tp) (Entered: 04/27/2018) |
| 27/2018 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (3981 in 1:03−md−01570−GBD−SN, 71 in 1:17−cv−03908−GBD−SN) Corrected Notice of Appeal. Filed In Associated Case 1:03−md−01570−GBD−SN, 1:17−cv−03908−GBD−SN. (tp) (Entered: 04/27/2018) |
| 27/2018 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for (3981 in 1:03−md−01570−GBD−SN, 71 in 1:17−cv−03908−GBD−SN) Corrected Notice of Appeal, filed by Arrowood Inden Company, Arrowood Indemnity Company, Arrowood Surplus Lines Insurance Company were transmitted to the U.S Appeals. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:17−cv−03908−GBD−SN. (tp) (Entered: 04/27/20 |
| 27/2018 | 3982 | **Superseded by Judge's Order dated 7/10/2018, Doc. #4045 in case 1:03−md−1570.** ORDER granting in part and part 3943 Motion to Amend/Correct 3943 MOTION to Amend/Correct *to allow amended complaints to add addition to the consolidated actions*. The Plaintiffs' Executive Committees' motion to modify the procedures for adding or rem |

| | | |
|---|---|---|
| | | plaintiffs to or from existing cases without seeking further leave from the Court is GRANTED in part and DENIED i set forth in this Order. All other new plaintiffs must follow the procedures established in the Court's May 3, 2017 and 24, 2018 Orders. ECF Nos. 3543, 3883. Any plaintiff wishing to withdraw from the case must seek leave from the Co dismiss his or her claims in accordance with the Federal Rules of Civil Procedure and the Courts Local Civil Rules. T Court is respectfully directed to terminate the motion at ECF No. 3943. So Ordered. (Signed by Magistrate Judge Sar on 4/27/2018) (js) Modified on 4/27/2018 (js). Modified on 8/28/2018 (ras). (Entered: 04/27/2018) |
| 27/2018 | 3983 | MOTION for Default Judgment as to *Burnett/Iran Wrongful Death Plaintiffs*. Document filed by Thomas E. Burnett, Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Haefele, Robert) (Entered: 04/27/2018) |
| 27/2018 | 3984 | MEMORANDUM OF LAW in Support re: (95 in 1:15−cv−09903−GBD−SN, 3983 in 1:03−md−01570−GBD−SN) I for Default Judgment as to *Burnett/Iran Wrongful Death Plaintiffs*. . Document filed by Thomas E. Burnett, Sr. Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Haefele, Robert) (Entered: 04/27/2018) |
| 27/2018 | 3985 | DECLARATION of Robert T. Haefele in Support re: (95 in 1:15−cv−09903−GBD−SN, 3983 in 1:03−md−01570−G MOTION for Default Judgment as to *Burnett/Iran Wrongful Death Plaintiffs*.. Document filed by Thomas E. Burnett (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Haefele, Robert) (Entered: 04/27/2018) |
| 27/2018 | | *****DELETED DOCUMENT. Deleted document number 4010 Order. The document was a duplicate of entry number 3982 filed in this case. (rjm)** (Entered: 05/25/2018) |
| 30/2018 | 3986 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENT JUDGMENTS ON BEHALF OF BURNETT/IRAN PLAIN IDENTIFIED AT EXHIBIT A: ORDERED that partial final judgment is entered against the Iran Defendants and on the Plaintiffs in Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al., 15−cv−9903, as identified in the att Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of indiv killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A, and it is ORDERED that the Plaintiffs in Exhibit A are awarded: solarium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, $4,250,000 per sibling, as indicated in Exhibit A; and it is ORDERED that the Plaintiffs identified in Exhibit A are av prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the da judgment, and as further set forth in this judgment. (Signed by Judge George B. Daniels on 4/30/2018) (jwh) (Entered 04/30/2018) |
| 30/2018 | 3987 | FINAL ORDER OF SUMMARY JUDGMENT: ORDERED that final judgment is entered on behalf of the Burlingar Plaintiffs identified in Exhibits A and B against the Islamic Republic of Iran; it is ORDERED that the Burlingame Pla identified in the attached Exhibits A and B are awarded solatium damages as set forth in Exhibits A and B with preju interest on those awards to be calculated at a rate of 4.96 percent per annum, compounded annually, over the same pe further set forth in this judgment. (Signed by Judge George B. Daniels on 4/30/2018) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD(jwh) (Entered: 04/30/2018) |
| 01/2018 | 3988 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele dated May 1, 2018 re: Response to 4- Wael Jelaidan letter. Document filed by Plaintiffs Executive Committees.(Haefele, Robert) (Entered: 05/01/2018) |
| 02/2018 | | USCA Appeal Fees received $ 505.00 receipt number 465401208201 on 5/1/2018 re: 3971 Corrected Notice of Appe General Security Indemnity Company Of Arizona, American Safety Casualty Insurance Company, Wausau Business Company, Liberty Mutual Insurance Europe Limited, Marlon Insurance Company Limited, UNDERWRITING MEM LLOYD'S SYNDICATE 2020, General Insurance Company Of America, Employers Insurance Company of Wausau Insurance Company of America, QBE INSURANCE (INTERNATIONAL) LTD., UNDERWRITING MEMBERS C LLOYD'S SYNDICATE 807, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 205, UnionAmerica Insu Company Ltd., Wausau Underwriters Insurance Company, SCOR Reinsurance Company, Liberty Insurance Corpora UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1308, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 271, General Security National Insurance Company, SCOR CANADA REINSURANCE COMPANY, Insurance Company, LIBERTY MANAGING AGENCY LIMITED, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1121, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 672, SCOR REINSURANCE CO (ASIA) LIMITED, American Fire and Casualty Company, Copenhagen Reinsurance Company (UK) LTD, UNDERV MEMBERS OF LLOYD'S SYNDICATE 2, Peerless Insurance Company, AMERICAN FIRE AND CASUALTY CO First Liberty Insurance Corporation, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 535, UNDERWRI MEMBERS OF LLOYD'S SYNDICATE 1209, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1243, Mutual Fire Insurance Company, The Ohio Casualty Insurance Company, Odyssey Reinsurance Company, UNDERV MEMBERS OF LLOYD'S SYNDICATE 55, Indiana Insurance Company, The Midwestern Indemnity Company, Lil Managing Agency Limited, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 228, UNDERWRITING M OF LLOYD'S SYNDICATE 1236, American Economy Insurance Company, UNDERWRITING MEMBERS OF LL SYNDICATE 53, SCOR REINSURANCE ASIA−PACIFIC PTE LIMITED, American Safety Indemnity Company, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2003, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 557, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 376, UNDERWRITING MEMBEI LLOYD'S SYNDICATE 861, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1003, UNDERWRITIN MEMBERS OF LLOYD'S SYNDICATE 991, Liberty Life Assurance Company of Boston, Scor UK Company Limi |

| | | |
|---|---|---|
| | | UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 529, Liberty Insurance Underwriters Inc., LIBERTY L OF TEXAS INSURANCE COMPANY, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 510, Liberty I Texas Insurance Company, Scor Global P&C Se, The Netherlands Insurance Company, Liberty Mutual Insurance Co UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 588, WEST AMERICAN INSURANCE COMPANY. (Entered: 05/02/2018) |
| )2/2018 | | USCA Appeal Fees received $ 505.00 receipt number 465401208202 on 5/1/2018 re: 3972 Corrected Notice of Appe Illinois National Insurance CO, AIG Specialty Insurance Company, AIG Assurance Company, AIG Insurance Compa Canada, Commerce and Industry Insurance Company, The Insurance Company of The State of Pennsylvania, Muenc Rueckversicherungs Gesellschaft Aktiengesellschaft In Muenchen, New Reinsurance Company, Ltd., National Unior Company of Pittsburgh, PA., AIU Insurance Company, AIG Insurance Company − Puerto Rico, AIG Property Casua Company, American Home Assurance Company, Granite State Insurance Company, New Hampshire Insurance Com Chartis Excess Limited. (tp) (Entered: 05/02/2018) |
| )2/2018 | 3989 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** FIRST MOTION for Martin F. McMahon to Withdraw as *for Defendant Wael Jelaidan*. Document filed by Wael Jelaidan.(McMahon, Martin) Modified on 5/3/2018 (db). (Ent 05/02/2018) |
| )3/2018 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − DEFICIENT DOCKET ENTRY ERROR. Notic Attorney Martin Francis McMahon to RE−FILE Document 3989 FIRST MOTION for Martin F. McMahon t Withdraw as Attorney *for Defendant Wael Jelaidan*. ERROR(S): Supporting Documents are filed separately, e receiving their own document #'s. (db)** (Entered: 05/03/2018) |
| )3/2018 | 3990 | FIRST MOTION for Martin F. McMahon to Withdraw as Attorney *for Defendant Wael Jelaidan*. Document filed by Jelaidan.(McMahon, Martin) (Entered: 05/03/2018) |
| )3/2018 | 3991 | FIRST MEMORANDUM OF LAW in Support re: 3990 FIRST MOTION for Martin F. McMahon to Withdraw as A *Defendant Wael Jelaidan*. . Document filed by Wael Jelaidan. (McMahon, Martin) (Entered: 05/03/2018) |
| )3/2018 | 3992 | AFFIDAVIT of Martin F. McMahon in Support re: 3990 FIRST MOTION for Martin F. McMahon to Withdraw as A *Defendant Wael Jelaidan*.. Document filed by Wael Jelaidan. (McMahon, Martin) (Entered: 05/03/2018) |
| )3/2018 | 3993 | MEMO ENDORSEMENT on re: (3967 in 1:03−md−01570−GBD−SN) Letter filed by The Charter Oak Fire Insuran Company. ENDORSEMENT: The Charter Oak Plaintiffs are directed to file their stipulation of dismissal by May 11, (Signed by Magistrate Judge Sarah Netburn on 5/3/2018) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:17−cv−02651−GBD−SN(cf) (Entered: 05/03/2018) |
| )4/2018 | 3994 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele dated May 4, 2018 re: Request for tin respond to Martin McMahon's application to withdraw. Document filed by Plaintiffs Executive Committees.(Haefele (Entered: 05/04/2018) |
| )4/2018 | 3995 | MEMO ENDORSEMENT: on re: 3994 Letter filed by Plaintiffs Executive Committees. ENDORSEMENT: The requ GRANTED. The Plaintiffs' Executive Committees may respond to Attorney Martin McMahon's application to withdr representing Defendant Wael Jelaidan by May 11, 2018. (Signed by Magistrate Judge Sarah Netburn on 5/4/2018) (a 05/04/2018) |
| )9/2018 | 3996 | FIRST MOTION for Extension of Time to File Response/Reply as to 3988 Letter *in Response to PEC's Letter*. Docu by Wael Jelaidan.(McMahon, Martin) (Entered: 05/09/2018) |
| )9/2018 | 3997 | FIRST LETTER addressed to Magistrate Judge Sarah Netburn from Martin F. McMahon dated May 9, 2018 re: PEC Sanctions for McMahon and Jelaidan (ECF No. 3988). Document filed by Wael Jelaidan. (Attachments: # 1 Exhibit I Response to ECF No. 3988 from Wilson Elser LLP, # 2 Exhibit 2/15/18 Email from McMahon to Haefele, # 3 Exhib Email from McMahon to Haefele)(McMahon, Martin) (Entered: 05/09/2018) |
| .0/2018 | 3998 | ORDER granting 3996 Letter Motion for Extension of Time to File Response/Reply. (HEREBY ORDERED by Mag Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 05/10/2018) |
| .1/2018 | 3999 | RESPONSE in Opposition to Motion re: 3990 FIRST MOTION for Martin F. McMahon to Withdraw as Attorney *fo Wael Jelaidan*. . Document filed by Plaintiffs Executive Committees. (Haefele, Robert) (Entered: 05/11/2018) |
| .1/2018 | 4000 | DECLARATION of Robert T. Haefele in Opposition re: 3990 FIRST MOTION for Martin F. McMahon to Withdrav Attorney *for Defendant Wael Jelaidan*.. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhil Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Haefele, Robert) (Entered: 05/11/2018) |
| .4/2018 | 4001 | CHARTER OAK PLAINTIFFS' NOTICE OF THEIR PARTIAL VOLUNTARY DISMISSAL PURSUANT TO F.R 41(a)(1)(A)(i): Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all Plaintiffs in the above−captioned actior give notice that their claims against Defendants Mohamed Binladin Company, Mohamed Binladin Organization, The World League, International Islamic Relief Organization, World Assembly of Muslim Youth, Al Haramain Islamic F and Dallah Avco Trans Arabia only, are voluntarily dismissed without prejudice. Plaintiffs claims against all other De |

| | | |
|---|---|---|
| | | remain active herein. (International Islamic Relief Organization, Mohamed Binladin Company, Mohamed Binladin Organization, The Muslim World League, World Assembly of Muslim Youth, Al Haramain Islamic Foundation and Avco Trans Arabia terminated.) (Signed by Judge George B. Daniels on 5/14/2018) (jwh) (Entered: 05/14/2018) |
| 8/2018 | 4002 | REPLY to Response to Motion re: 3990 FIRST MOTION for Martin F. McMahon to Withdraw as Attorney *for Defe Jelaidan*. . Document filed by Wael Jelaidan. (McMahon, Martin) (Entered: 05/18/2018) |
| 21/2018 | 4003 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter, Esquire dated May 21, 2018 re: addressi current status of discovery and outlining the various discovery disputes that the Court may have to decide upon. Docu by Plaintiffs Executive Committees.(Carter, Sean) (Entered: 05/21/2018) |
| 21/2018 | 4004 | JOINT LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg and Sean P. Carter dated M re: outstanding discovery disputes. Document filed by Kingdom of Saudi Arabia, Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A − Plaintiffs First Set of Consolidated Jurisdictional Requests for Production of Documer to the Kingdom of Saudi Arabia, # 2 Exhibit B − Plaintiffs First Set of Interrogatories Regarding Jurisdictional Disco Directed to the Kingdom of Saudi Arabia, # 3 Exhibit C − Defendant Kingdom of Saudi Arabias First Set of Request Production of Documents, # 4 Exhibit D − Defendant Kingdom of Saudi Arabias First Set of Interrogatories, # 5 Exh Defendant Kingdom of Saudi Arabias Responses and Objections to Plaintiffs First Set of Consolidated Jurisdictional for Production of Documents Directed to the Kingdom of Saudi Arabia, # 6 Exhibit F − Defendant Kingdom of Saud Objections to Plaintiffs First Set of Interrogatories Regarding Jurisdictional Discovery Directed to the Kingdom of Sa # 7 Exhibit G − Letter from Plaintiffs Executive Committees dated May 11, 2018)(Kellogg, Michael) (Entered: 05/21 |
| 21/2018 | 4005 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated May 21, 2018 re: outstanding disputes. Document filed by Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit H − Plaintiffs Subpoena To FBI, # − Plaintiffs Subpoena To State Department, # 3 Exhibit J − May 21, 2018 Emails Regarding Discovery)(Kellogg, Mi (Entered: 05/21/2018) |
| 22/2018 | 4006 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated May 22, 2018 re: Permission Personal Electronic Devices and Laptop Computers to Hearing on May 24, 2018. Document filed by Kingdom of Sau (Attachments: # 1 Application to Bring Personal Electronic Devices)(Kellogg, Michael) (Entered: 05/22/2018) |
| 23/2018 | 4007 | LETTER MOTION for Leave to File Complaints addressed to Magistrate Judge Sarah Netburn from Andrew J. Malo dated 05/23/2018. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(M Andrew) (Entered: 05/23/2018) |
| 24/2018 | 4008 | ORDER with respect to 4007 Letter Motion for Leave to File Document: The Defendants' Executive Committee may response to this request by 12:00 p.m. on Friday, May 25, 2018. (Signed by Magistrate Judge Sarah Netburn on 5/24/ (Entered: 05/24/2018) |
| 24/2018 | | Set/Reset Deadlines as to 4007 LETTER MOTION for Leave to File Complaints addressed to Magistrate Judge Saral from Andrew J. Maloney III dated 05/23/2018: Responses due by 5/25/2018 (jwh) (Entered: 05/24/2018) |
| 24/2018 | 4009 | ORDER: As discussed during the conference on May 24, 2018, the Kingdom of Saudi Arabia (the "Kingdom") shall initial round of documents and interrogatory responses on a rolling basis and shall complete that production by July 3 this stage, the Kingdom shall search for documents and information held by the Los Angeles Consulate, the Saudi En Washington, D.C., the Presidency of Civil Aviation, the Ministry of Islamic Affairs, and the Cultural Mission in Fair Virginia, and shall search for documents that the Presidency of State Security obtained and compiled from these and agencies. Unless otherwise agreed to by the parties, the Kingdom shall search for relevant documents through Decem 2002. The Kingdom shall produce a privilege log for any documents that are withheld. The parties are then ORDERE and confer and make good faith efforts to resolve any disputes with respect to any documents that have been withheld disputes with respect to the appropriate scope of any further jurisdictional discovery. If the parties are unable to resol disputes themselves, the Plaintiffs' Executive Committees may file a motion to compel, with a memorandum of law t exceed 25 double−spaced pages in 12−point font, no later than September 21, 2018. The Kingdom may file a respons opposition to the motion, with a memorandum of law that does not exceed 25 double−spaced pages in 12−point font, than October 12, 2018. No reply brief is requested. (Signed by Magistrate Judge Sarah Netburn on 5/24/2018) (ap) (E 05/24/2018) |
| 25/2018 | 4010 | **Superseded by Judge's Order dated 7/10/2018, Doc. #4045 in case 1:03−md−1570.** ORDER in case 1:03−cv−098 terminating (4007) Letter Motion for Leave to File Document in case 1:03−md−01570−GBD−SN. The Court hereby the Iran Short Form Complaint, ECF No. 4007−1, and Ashton Short Form Saudi Arabia Complaint, ECF No. 4007−2 further orders as follows: Iran Short Form Complaint. Any plaintiff who has not yet filed a claim against Iran, but int so, may initiate an action against Iran through the filing of an Iran Short Form Complaint, substantially in the form at Exhibit A to the PECs' May 23, 2018 Letter, ECF No. 4007−1...As new complaints are being filed against Saudi Ara Court would like to put all plaintiffs on notice that, in the event that liability is ultimately established against Saudi A solatium claimants shall be required to present documentary evidence of their family relationship to a 9/11 decedent Court's review. Such evidence would consist of birth or marriage certificates or, in their absence, sworn affidavits att family relationship eligible for recovery. For deceased solatium claimants, a death certificate or sworn affidavit shall |

| | | |
|---|---|---|
| | | requested to ensure that the claimant did not predecease the 9/11 victim. Cf. ECF No. 3442, 3445 (orders vacating ju against Islamic Republic of Iran and dismissing claims of solatium claimants who had pre−deceased victims). Althou and damages are bifurcated in this case, the Court strongly encourages all plaintiffs to gather the necessary document or shortly after the filing or amendment of their complaints because such documentation may be more difficult to obt passage of time. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 4007, and as further s herein. (Signed by Magistrate Judge Sarah Netburn on 5/25/2018) Filed In Associated Cases: 1:03−md−01570−GBD (ras) Modified on 8/28/2018 (ras). (Entered: 05/25/2018) |
| 29/2018 | 4011 | FINAL ORDER OF SUMMARY JUDGMENT in case 1:03−md−01570−GBD−SN; granting (900) Motion for Defau Judgment in case 1:02−cv−06977−GBD−SN; granting (18) Motion for Default Judgment in case 1:02−cv−07230−G hereby ORDERED that final judgment is entered on behalf of the Burlingame Plaintiffs identified in Exhibit A again Islamic Republic of Iran; and it is ORDERED that the Burlingame Plaintiffs identified in the attached Exhibit A are a economic damages as set forth in Exhibit A; and it is ORDERED that the Burlingame Plaintiffs identified in the attac A are awarded solatium damages as set forth in Exhibit A; and it is ORDERED that prejudgment interest on those aw calculated at the rate of 4.96 percent per annum, compounded annually for the period from September 11, 2001 until the judgment; and it is ORDERED that the Burlingame Plaintiffs identified in the attached Exhibit A may submit a fu application for punitive damages consistent with any future rulings of this Court; and it is ORDERED that the Burlin Plaintiffs not appearing on Exhibit A and who were not previously awarded solatium and/or economic damages may applications in later stages and they will be approved on the same basis as currently approved for those Plaintiffs app Exhibit A. SO ORDERED. (Signed by Judge George B. Daniels on 5/29/2018)*** Party Kristen Breitweiser termina In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD (anc). Modifie 5/31/2018 (anc). (Entered: 05/30/2018) |
| )1/2018 | 4012 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment, August 31, 2015 default ju certified copy of the April 30, 2018 Final Order and Judgment and moving papers for the Plaintiff's Motion and Forei Sovereign Immunities Act and translations. Also a money order in the amount of $2,275.00 mailed to Islamic Republ on June 1, 2018 by Federal Express tracking # FedEx Express 772367350135, to the Secretary of State, Attn: Directo Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 1608(a)(4). (jca) (Entered: 06/01/2018) |
| )1/2018 | 4013 | MOTION for Daniel V. Dorris to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−15144016. **Motio supporting papers to be reviewed by Clerk's Office staff.** Document filed by Kingdom of Saudi Arabia. (Attachm Affidavit, # 2 Certificates of Good Standing, # 3 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570 et al.(Dorris, Daniel) (Entered: 06/01/2018) |
| )4/2018 | 4014 | STIPULATION FOR THE FRASER PLAINTIFFS' ADOPTION OF THE LLOYD'S PLAINTIFFS' ALLEGATION THE NATIONAL COMMERCIAL BANK: IT IS HEREBY STIPULATED AND AGREED, by and between unders counsel for all Plaintiffs in the case styled as Fraser, et al. v. Al Qaeda Islamic Army, et al., Civil Action 17−cv−0731 (S.D.N.Y.) (collectively, the "Fraser Plaintiffs") and the undersigned counsel for Defendant The National Commercia ("NCB") as follows: The Fraser Plaintiffs, as permitted and approved by the Court's Order of May 16, 2017, ECF No adopt the factual, liability, and jurisdictional allegations as to NCB presented in the First Amended Complaint in the captioned Underwriting Members of Lloyd's Syndicate 2, et al. v. Al Rajhi Bank, et al., 16−cv−07853, ECF No. 55; further set forth herein. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 6/4/2018) Filed In Associate 1:03−md−01570−GBD−SN, 1:17−cv−07317−GBD−SN(anc) Modified on 6/6/2018 (anc). (Entered: 06/04/2018) |
| )5/2018 | 4015 | TRANSCRIPT of Proceedings re: conference held on 5/24/2018 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Kristen Carannante, (212) 805−0300. Transcript may be viewed at the court public terminal or through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 6/26/2018. Redacted Transcript Deadline set for 7/6/2018. Release Transcript Restriction set for 9/4/2018.(McGuirk, Kelly) (Entered: 06/05/2018) |
| )5/2018 | 4016 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a conferenc proceeding held on 5/24/18 has been filed by the court reporter/transcriber in the above−captioned matter. The partie seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...( Kelly) (Entered: 06/05/2018) |
| )6/2018 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (4013 in 1:03−md−01570− 73 in 1:17−cv−02651−GBD−SN, 27 in 1:17−cv−06519−GBD, 70 in 1:17−cv−02003−GBD−SN, 617 in 1:04−cv−05970−GBD−SN, 599 in 1:04−cv−07279−GBD, 29 in 1:17−cv−07317−GBD−SN, 16 in 1:18−cv−00538− in 1:16−cv−08070−GBD−SN, 442 in 1:04−cv−01922−GBD, 41 in 1:17−cv−06123−GBD, 385 in 1:03−cv−08591− 1:17−cv−05471−GBD, 25 in 1:17−cv−08617−GBD, 56 in 1:17−cv−03887−GBD−SN, 81 in 1:16−cv−09663−GBD in 1:04−cv−07216−GBD, 64 in 1:17−cv−00348−GBD−SN, 74 in 1:17−cv−03908−GBD−SN, 80 in 1:17−cv−00117−GBD−SN, 44 in 1:17−cv−03810−GBD−SN, 64 in 1:16−cv−08884−GBD−SN, 17 in 1:18−cv−031 1017 in 1:03−cv−06978−GBD−SN, 13 in 1:18−cv−03353−GBD, 804 in 1:03−cv−09849−GBD, 80 in** |

| | | |
|---|---|---|
| | | **1:17−cv−00450−GBD−SN, 573 in 1:04−cv−07065−GBD, 47 in 1:17−cv−05174−GBD, 42 in 1:16−cv−07456−GB in 1:17−cv−04201−GBD−SN, 19 in 1:18−cv−00947−GBD, 54 in 1:17−cv−02129−GBD−SN, 80 in 1:16−cv−09937−GBD−SN, 34 in 1:17−cv−07914−GBD) MOTION for Daniel V. Dorris to Appear Pro Hac Vic fee $ 200.00, receipt number 0208−15144016. Motion and supporting papers to be reviewed by Clerk's Office s document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:03−md−01570−GBD− al.(wb)** (Entered: 06/06/2018) |
| )6/2018 | 4017 | ORDER GRANTING PRO HAC VICE ADMISSION: granting (804) Motion for Daniel V. Dorris to Appear Pro Ha case 1:03−cv−09849−GBD; granting (4013) Motion for Daniel V. Dorris to Appear Pro Hac Vice in case 1:03−md−01570−GBD−SN; granting (442) Motion for Daniel V. Dorris to Appear Pro Hac Vice in case 1:04−cv−01 granting (617) Motion for Daniel V. Dorris to Appear Pro Hac Vice in case 1:04−cv−05970−GBD−SN; granting (57 for Daniel V. Dorris to Appear Pro Hac Vice in case 1:04−cv−07065−GBD; granting (386) Motion for Daniel V. Do Appear Pro Hac Vice in case 1:04−cv−07216−GBD; granting (599) Motion for Daniel V. Dorris to Appear Pro Hac 1:04−cv−07279−GBD; granting (42) Motion for Daniel V. Dorris to Appear Pro Hac Vice in case 1:16−cv−07456−C granting (57) Motion for Daniel V. Dorris to Appear Pro Hac Vice in case 1:16−cv−08070−GBD−SN; granting (64) Daniel V. Dorris to Appear Pro Hac Vice in case 1:16−cv−08884−GBD−SN; granting (81) Motion for Daniel V. Do Appear Pro Hac Vice in case 1:16−cv−09663−GBD−SN; granting (80) Motion for Daniel V. Dorris to Appear Pro H case 1:16−cv−09937−GBD−SN; granting (80) Motion for Daniel V. Dorris to Appear Pro Hac Vice in case 1:17−cv−00117−GBD−SN; granting (64) Motion for Daniel V. Dorris to Appear Pro Hac Vice in case 1:17−cv−00348−GBD−SN; granting (80) Motion for Daniel V. Dorris to Appear Pro Hac Vice in case 1:17−cv−00450−GBD−SN; granting (70) Motion for Daniel V. Dorris to Appear Pro Hac Vice in case 1:17−cv−02003−GBD−SN; granting (54) Motion for Daniel V. Dorris to Appear Pro Hac Vice in case 1:17−cv−02129−GBD−SN; granting (73) Motion for Daniel V. Dorris to Appear Pro Hac Vice in case 1:17−cv−02651−GBD−SN; granting (44) Motion for Daniel V. Dorris to Appear Pro Hac Vice in case 1:17−cv−03810−GBD−SN; granting (56) Motion for Daniel V. Dorris to Appear Pro Hac Vice in case 1:17−cv−03887−GBD−SN; granting (74) Motion for Daniel V. Dorris to Appear Pro Hac Vice in case 1:17−cv−03908−GBD−SN; granting (51) Motion for Daniel V. Dorris to Appear Pro Hac Vice in case 1:17−cv−04201−GBD−SN; granting (47) Motion for Daniel V. Dorris to Appear Pro Hac Vice in case 1:17−cv−051 granting (48) Motion for Daniel V. Dorris to Appear Pro Hac Vice in case 1:17−cv−05471−GBD; granting (41) Moti Daniel V. Dorris to Appear Pro Hac Vice in case 1:17−cv−06123−GBD; granting (27) Motion for Daniel V. Dorris t Pro Hac Vice in case 1:17−cv−06519−GBD; granting (29) Motion for Daniel V. Dorris to Appear Pro Hac Vice in ca 1:17−cv−07317−GBD−SN; granting (34) Motion for Daniel V. Dorris to Appear Pro Hac Vice in case 1:17−cv−079 granting (25) Motion for Daniel V. Dorris to Appear Pro Hac Vice in case 1:17−cv−08617−GBD; granting (16) Moti Daniel V. Dorris to Appear Pro Hac Vice in case 1:18−cv−00538−GBD; granting (19) Motion for Daniel V. Dorris t Pro Hac Vice in case 1:18−cv−00947−GBD; granting (17) Motion for Daniel V. Dorris to Appear Pro Hac Vice in ca 1:18−cv−03162−GBD; granting (13) Motion for Daniel V. Dorris to Appear Pro Hac Vice in case 1:18−cv−03353−C granting (1017) Motion for Daniel V. Dorris to Appear Pro Hac Vice in case 1:03−cv−06978−GBD−SN; granting (3 for Daniel V. Dorris to Appear Pro Hac Vice in case 1:03−cv−08591−GBD. The Clerk of Court is respectfully direct terminate the motion at ECF No. 4013 and the related motions in the consolidated cases. SO ORDERED. (Signed by Judge Sarah Netburn on 6/06/2018) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (ama) (Entered: 06/ |
| )6/2018 | 4018 | AMENDED ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of C assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non−dispositive pretrial motio settlement) and Dispositive Motion (i.e., motion requiring a Report and Recommendation): All such motions. Referr Magistrate Judge Sarah Netburn. Motions referred to Sarah Netburn. (Signed by Judge George B. Daniels on 6/6/201 (Entered: 06/07/2018) |
| )8/2018 | 4019 | **FILING ERROR − DEFICIENT DOCKET ENTRY (SEE 4021 Motion) −** MOTION to Correct Judgment re: (3 1:03−md−01570−GBD−SN) Default Judgment . Document filed by Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN(Haefele, Robert) Modified on 6/11/2018 (db). (Entered: 06/ |
| )8/2018 | 4020 | **FILING ERROR − DEFICIENT DOCKET ENTRY (SEE 4022 Memorandum) −** MEMORANDUM OF LAW re: (807 in 1:03−cv−09849−GBD−SN, 4019 in 1:03−md−01570−GBD−SN) MOTION to Correct Judgment re: (398 1:03−md−01570−GBD−SN) Default Judgment, . . Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A of Proposed Order Corrected)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN(Ha Robert) Modified on 6/11/2018 (db). (Entered: 06/08/2018) |
| )8/2018 | 4021 | MOTION to Correct Judgment re: (3986 in 1:03−md−01570−GBD−SN) Default Judgment,,,, . Document filed by Bu Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN(Haefele, Robert) (Ente 06/08/2018) |
| )8/2018 | 4022 | MEMORANDUM OF LAW in Support re: (809 in 1:03−cv−09849−GBD−SN, 4021 in 1:03−md−01570−GBD−SN) to Correct Judgment re: (3986 in 1:03−md−01570−GBD−SN) Default Judgment,,,, . . Document filed by Burnett Pla (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order Corrected)Filed In Associated Cases: 1:03−md−01570−GB 1:03−cv−09849−GBD−SN(Haefele, Robert) (Entered: 06/08/2018) |

| | | |
|---|---|---|
| )8/2018 | 4023 | CORRECTED ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF BURNETT/IRAN PLA IDENTIFIED AT EXHIBIT A amending (3986 in 1:03−md−01570−GBD−SN) Default Judgment: ORDERED that p judgment is entered against the Iran Defendants and on behalf of the Plaintiffs in Thomas Burnett, Sr., et al. v. The Is Republic of Iran, et al, 15−cv−9903, as identified in the attached Exhibit A, who are each a spouse, parent, child, or s the estate of a spouse, parent, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as Exhibit A,, and it is ORDERED that the Plaintiffs identified in Exhibit A are awarded: solarium damages of $12,500, spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as indicated in Exhibit A; and it is C that the Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded a running from September 11, 2001 until the date of judgment; and as further set forth in this judgment. (Signed by Jud B. Daniels on 6/8/2018) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN(jwh) (En 06/11/2018) |
| .3/2018 | 4024 | NOTICE of Dillaber Plaintiffs to Conform to Consolidated Amended Complaint. Document filed by Katherine Marie (Perry, Amanda) (Entered: 06/13/2018) |
| .4/2018 | 4025 | LETTER addressed to Judge George B. Daniels from Joseph N. Froehlich regarding newly filed related case with doc 18−cv−5373 dated 06/14/2018 re: newl filed related action with docket no. 18−cv−5373. (Froehlich, Joseph) (Entered 06/14/2018) |
| .4/2018 | 4026 | LETTER addressed to Judge George B. Daniels from Joseph N. Froehlich dated 06/14/2018 re: newly filed related ac docket no. 18−cv−5383. (Froehlich, Joseph) (Entered: 06/14/2018) |
| .5/2018 | 4027 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman dated 06/15/2018 re: Commencement of Act Document filed by Estate of John P.O'Neill, Sr., John Patrick O'Neill, Jr. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3, # 4 Exhibit 4, # 5 Exhibit 5)(Goldman, Jerry) (Entered: 06/15/2018) |
| 20/2018 | 4028 | JOINT MOTION for Judgment */Joint Motion for Entry of Judgments Under Rule 58(d) and for Entry of Partial Fina Under Rule 54(b)*. Document filed by Al Rajhi Bank. (Attachments: # 1 Text of Proposed Order)Filed In Associated 1:03−md−01570−GBD−SN et al.(Curran, Christopher) (Entered: 06/20/2018) |
| 20/2018 | 4029 | MEMORANDUM OF LAW in Support re: (37 in 1:17−cv−07914−GBD−SN, 28 in 1:17−cv−08617−GBD−SN, 93 in 1:16−cv−07853−GBD−SN, 44 in 1:17−cv−06123−GBD−SN, 76 in 1:17−cv−03908−GBD−SN, 44 in 1:16−cv−07456−GBD−SN, 82 in 1:16−cv−09937−GBD−SN, 75 in 1:17−cv−02651−GBD−SN, 4028 in 1:03−md−01570−GBD−SN, 82 in 1:17−cv−00450−GBD−SN, 83 in 1:16−cv−09663−GBD−SN, 82 in 1:17−cv−00117−GBD−SN, 58 in 1:17−cv−03887−GBD−SN, 32 in 1:17−cv−07317−GBD−SN) JOINT MOTION fo */Joint Motion for Entry of Judgments Under Rule 58(d) and for Entry of Partial Final Judgments Under Rule 54(b)*. . filed by Al Rajhi Bank. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(Curran, Christopher) (Entered: ( |
| 21/2018 | 4030 | ORDER granting (4028) Motion for Judgment in case 1:03−md−01570−GBD−SN; granting (44) Motion for Judgme 1:16−cv−07456−GBD−SN; granting (93) Motion for Judgment in case 1:16−cv−07853−GBD−SN; granting (83) Mo Judgment in case 1:16−cv−09663−GBD−SN; granting (82) Motion for Judgment in case 1:16−cv−09937−GBD−SN; (82) Motion for Judgment in case 1:17−cv−00117−GBD−SN; granting (82) Motion for Judgment in case 1:17−cv−00450−GBD−SN; granting (75) Motion for Judgment in case 1:17−cv−02651−GBD−SN; granting (58) Mo Judgment in case 1:17−cv−03887−GBD−SN; granting (76) Motion for Judgment in case 1:17−cv−03908−GBD−SN; (44) Motion for Judgment in case 1:17−cv−06123−GBD−SN; granting (37) Motion for Judgment in case 1:17−cv−07914−GBD−SN; granting (28) Motion for Judgment in case 1:17−cv−08617−GBD−SN: IT IS HEREBY ( that the parties' Joint Motion for Entry of Judgments under Rule 58(d) and for Entry of Partial Final Judgments under is GRANTED; IT IS FURTHER ORDERED that the Clerk of Court shall enter judgment, pursuant to Rule 58(d) of t Rules of Civil Procedure, in favor of Defendants Al Rajhi Bank, National Commercial Bank, and Saudi Binladin Gro Underwriting Members of Lloyd's Syndicate 2, et al. v. Al Rajhi Bank, et al., No. 16−cv−7853; IT IS FURTHER OR that Plaintiffs in Abbate, et al. v. Kingdom of Saudi Arabia, et al., No. 17−cv−8617, by virtue of their November 7, 2 Stipulation, are bound by this Court's Memorandum Decision and Order dated March 28, 2018, dismissing all claims Defendants Al Rajhi Bank, National Commercial Bank, and Saudi Binladin Group, and the Clerk of Court shall note docket that the case is "Terminated" as to these Defendants as of March 28, 2018; IT IS FURTHER ORDERED that March 28, 2018 Memorandum Decision and Order is final, and the Clerk of Court shall enter partial final judgments, Rule 54(b) of the Federal Rules of Civil Procedure, in favor of Defendants Al Rajhi Bank, National Commercial Ban Saudi Binladin Group in each of the following actions: Aguilar, et al. v. Kingdom of Saudi Arabia, et al., No. 16−cv− Addesso, et al. v. Kingdom of Saudi Arabia, et al., No. 16−cv−09937; Hodges, et al. v. Kingdom of Saudi Arabia, et 17−cv−00117; Aiken, et al. v. Kingdom of Saudi Arabia, et al., No. 17−cv−00450; Charter Oak Fire Insurance Co., e Rajhi Bank, et al., No. 17−cv−02651; Abarca, et al., v. Kingdom of Saudi Arabia, et al., No. 17−cv−03887; Arrowoo Indemnity Co., et al. v. Kingdom of Saudi Arabia, et al., No. 17−cv−03908; Abedhajajreh v. Kingdom of Saudi Arab No. 17−cv−06123; Muenchener Rueckversicherungs−Gesellschaft Aktiengesellschaft in Muenchen, et al. v. Kingdor Arabia, et al., No. 17−cv− 07914; and Abbate, et al. v. Kingdom of Saudi Arabia, et al., No. 17−cv−08617, and the C Court shall note in each of these dockets that the case is "Terminated" as to these defendants as of March 28, 2018; IT FURTHER ORDERED that this Court's March 28, 2018 Memorandum Decision and Order is final, and the Clerk sha partial final judgment, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, in favor of Defendant National Commercial Bank in Fraser, et al. v. Al Qaeda Islamic Army, et al., No. 17−cv−07317, and the Clerk of Court shall n |

| | | |
|---|---|---|
| | | docket that the case is "Terminated" as to this defendant as of March 28, 2018; and IT IS FURTHER ORDERED tha Plaintiffs in Beazley Furlonge Ltd, et al. v. Kingdom of Saudi Arabia, No. 16−cv−07456, by virtue of their May 4, 20 Amended Complaint, voluntarily dismissed their claims against Defendants Al Rajhi Bank, National Commercial Ba Saudi Binladin Group, the Clerk of Court shall note in that docket that the case is "Terminated" as to these Defendant 4, 2017. (Signed by Judge George B. Daniels on 6/21/2018) Filed In Associated Cases: 1:03−md−01570−GBD−SN e Modified on 6/21/2018 (jwh). (Main Document 4030 replaced on 6/27/2018) (jwh). (Entered: 06/21/2018) |
| 21/2018 | | Transmission to Judgments and Orders Clerk. Transmitted re: (46 in 1:16−cv−07456−GBD−SN, 60 in 1:17−cv−03887−GBD−SN, 39 in 1:17−cv−07914−GBD−SN, 84 in 1:16−cv−09937−GBD−SN, 77 in 1:17−cv−02651−GBD−SN, 4030 in 1:03−md−01570−GBD−SN, 85 in 1:16−cv−09663−GBD−SN, 30 in 1:17−cv−08617−GBD−SN, 46 in 1:17−cv−06123−GBD−SN, 78 in 1:17−cv−03908−GBD−SN, 84 in 1:17−cv−00450−GBD−SN, 95 in 1:16−cv−07853−GBD−SN, 84 in 1:17−cv−00117−GBD−SN) Order on Motion for to the Judgments and Orders Clerk. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(jwh) (Entered: 06/2 |
| 25/2018 | 4031 | SUPPLEMENTAL MEMORANDUM OF LAW in Support re: 3990 FIRST MOTION for Martin F. McMahon to W Attorney *for Defendant Wael Jelaidan*. . Document filed by Wael Jelaidan. (McMahon, Martin) (Entered: 06/25/201 |
| 25/2018 | 4032 | MEMORANDUM DECISION AND ORDER granting (3628) Motion for Default Judgment in case 1:03−md−01570−GBD−SN. Plaintiffs' motion for damages, (ECF No. 3628), is GRANTED. Plaintiffs are awarded d $527,598,884.69, in addition to prejudgment interest accruing from September 11, 2001 to the date judgment is enter extent Plaintiffs' claims are for damages arising from losses in New York State, Plaintiffs are awarded simple interest nine percent per annum. To the extent Plaintiffs' claims are for damages arising from losses sustained outside of New State, Plaintiffs are awarded interest at a rate of 4.96 percent, compounded annually. (Signed by Judge George B. Da 6/25/2018) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−05970−GBD−SN (rro) Modified on 9/1 (rro). (Entered: 06/25/2018) |
| 25/2018 | | Transmission to Judgments and Orders Clerk. Transmitted re: (4032 in 1:03−md−01570−GBD−SN, 619 in 1:04−cv−05970−GBD−SN) Order on Motion for Default Judgment to the Judgments and Orders Clerk. Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:04−cv−05970−GBD−SN(rro) (Entered: 06/25/2018) |
| 27/2018 | 4033 | CLERK'S JUDGMENT: re: (4030 in 1:03−md−01570−GBD−SN, 95 in 1:16−cv−07853−GBD−SN) Order on Motio Judgment. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Order d 21, 2018, the parties' Joint Motion for Entry of Judgment under Rule 58(d) is granted; accordingly, judgment is enter to Rule 58(d) of the Fed. R. Civ. P, in favor of Defendants Al Rajhi Bank, National Commercial Bank, and Saudi Bi Group in the Underwriting Members of Lloyds Syndicate 2, et al. v. Al Rajhi Bank, et al., No. 16−cv−7853. (Signed Court Ruby Krajick on 06/27/2018) (Attachments: # 1 Notice of Right to Appeal)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:16−cv−07853−GBD−SN(dt) (Main Document 4033 replaced on 6/28/2018) (dt). (Ent 06/28/2018) |
| 27/2018 | 4034 | CLERK'S RULE 54(b) JUDGMENT: re: (60 in 1:17−cv−03887−GBD−SN, 39 in 1:17−cv−07914−GBD−SN, 84 in 1:16−cv−09937−GBD−SN, 77 in 1:17−cv−02651−GBD−SN, 4030 in 1:03−md−01570−GBD−SN, 85 in 1:16−cv−09663−GBD−SN, 30 in 1:17−cv−08617−GBD−SN, 46 in 1:17−cv−06123−GBD−SN, 78 in 1:17−cv−03908−GBD−SN, 84 in 1:17−cv−00450−GBD−SN, 84 in 1:17−cv−00117−GBD−SN) Order on Motion for It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Order dated June 2 the parties' Joint Motion for Entry of Partial Final Judgments under Rule 54(b) is granted; this Court's March 28, 201 Memorandum Decision and Order is final, and partial final judgments, pursuant to Rule 54(b) of the Fed. R. Civ. P., no just reason for delay, are entered in favor of Defendants Al Rajhi Bank, National Commercial Bank, and Saudi Bi Group in each of the following actions: Aguilar, et al. v. Kingdom of Saudi Arabia, et al., No. 16−cv−09663; Addess Kingdom of Saudi Arabia, et al., No. 16−cv−09937; Hodges, et al. v. Kingdom of Saudi Arabia, et al., No. 17−cv−00 et al. v. Kingdom of Saudi Arabia, et al., No. 17−cv−00450; Charter Oak Fire Insurance Co., et al. v. Rajhi Bank, et a 17−cv−02651; Abarca, et al., v. Kingdom of Saudi Arabia, et al., No. 17−cv−03887; Arrowood Indemnity Co., et al. of Saudi Arabia, et al., No. 17−cv−3908; Abedhajajreh v. Kingdom of Saudi Arabia, et al., No. 17−cv−06123; Muen Rueckversicherungs−Gasellschaft Aktiengesellschaft in Muenchen, et al., v. Kingdom of Saudi Arabia, et al., No. 17 and Abbate, et al. v. Kingdom of Saudi Arabia, et al., No. 17−cv−08617. (Signed by Clerk of Court Ruby Krajick on 06/27/2018) (Attachments: # 1 Notice of Right to Appeal)Filed In Associated Cases: 1:03−md−01570−GBD−SN et a (Entered: 06/28/2018) |
| 27/2018 | 4037 | CLERK'S RULE 54(b) JUDGMENT: re: (34 in 1:17−cv−07317−GBD−SN) Order on Motion for Judgment. It is her ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Order dated June 21, 2018, the Joint Motion for Entry of Partial Final Judgments under Rule 54(b) is granted; this Court's March 28, 2018, Memora Decision and Order is final, and pursuant to Rule 54(b) of the Fed. R. Civ. P. there being no just reason for delay, pa judgment is entered, in favor of Defendant National Commercial Bank in Fraser, et al. v. Al Qaeda Islamic Army, et 17−cv−07317. (Signed by Clerk of Court Ruby Krajick on 06/27/2018) (Attachments: # 1 Notice of Right to Appeal) Associated Cases: 1:03−md−01570−GBD−SN, 1:17−cv−07317−GBD−SN(dt) Modified on 9/18/2018 (dt). (Entered: 06/29/2018) |

| | | |
|---|---|---|
| 28/2018 | 4035 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman dated 06/28/2018 re: Additional Notices of Amendments. (Attachments: # 1 First Notice of Amendment, # 2 Second Notice of Amendment, # 3 Third Notice of Amendment, # 4 Fourth Notice of Amendment, # 5 First Notice of Amendment, # 6 Second Notice of Amendment, # Notice of Amendment, # 8 Fourth Notice of Amendment, # 9 First Notice of Amendment, # 10 Second Notice of Am 11 Third Notice of Amendment, # 12 Fourth Notice of Amendment, # 13 Fifth Notice of Amendment, # 14 First Noti Amendment, # 15 Second Notice of Amendment, # 16 Third Notice of Amendment, # 17 First Notice of Amendment Second Notice of Amendment, # 19 Third Notice of Amendment)(Goldman, Jerry) (Entered: 06/28/2018) |
| 28/2018 | 4036 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman dated 06/28/2018 re: Additional Notic Amendments. (Attachments: # 1 First Notice of Amendment, # 2 Second Notice of Amendment, # 3 Third Notice of Amendment, # 4 Fourth Notice of Amendment, # 5 First Notice of Amendment, # 6 Second Notice of Amendment, # Notice of Amendment, # 8 Fourth Notice of Amendment, # 9 First Notice of Amendment, # 10 Second Notice of Am 11 Third Notice of Amendment, # 12 Forth Notice of Amendment, # 13 Fifth Notice of Amendment, # 14 First Notic Amendment, # 15 Second Notice of Amendment, # 16 Third Notice of Amendment, # 17 First Notice of Amendment Second Notice of Amendment, # 19 Third Notice of Amendment)(Goldman, Jerry) (Entered: 06/28/2018) |
| 29/2018 | 4038 | **FILING ERROR − DEFICIENT DOCKET ENTRY − FILER ERROR −** AMENDED NOTICE OF APPEAL re Corrected Notice of Appeal,, 4033 Clerk's Judgment,,,. Document filed by UNDERWRITING MEMBERS OF LLO SYNDICATE 1003, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1121, UNDERWRITING MEMB LLOYD'S SYNDICATE 1209, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1236, UNDERWRITI MEMBERS OF LLOYD'S SYNDICATE 1243, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1308, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2, UNDERWRITING MEMBERS OF LLOYD'S SYN 2003, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2020, UNDERWRITING MEMBERS OF LLO SYNDICATE 205, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 228, UNDERWRITING MEMBE LLOYD'S SYNDICATE 271, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 376, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 510, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 529, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 53, UNDERWRITING MEMBERS OF LLOYD'S SY 535, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 55, UNDERWRITING MEMBERS OF LLOYD' SYNDICATE 557, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 588, UNDERWRITING MEMBE LLOYD'S SYNDICATE 672, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 807, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 861, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 991, UnionAmerica Insurance Company Ltd., Wausau Business Insurance Company, Wausau Underwriters Insurance Co West American Insurance Company. (Attachments: # 1 Exhibit A_Rule 58(d) Judgment, # 2 Exhibit B_Judge Daniel 58(d) Order, # 3 Exhibit C_March 28, 2018 Memorandum Decision and Order)(Carter, Sean) Modified on 6/29/2018 (Entered: 06/29/2018) |
| 29/2018 | 4039 | SECOND AMENDED NOTICE OF APPEAL re: 3981 Corrected Notice of Appeal,, 4033 Clerk's Judgment,,,. Docu by American Economy Insurance Company, American Fire and Casualty Company, American Safety Casualty Insur Company, American Safety Indemnity Company, Copenhagen Reinsurance Company (UK) LTD, Employers Insura Company of Wausau, Excelsior Insurance Company, First Liberty Insurance Corporation, General Insurance Compa America, General Security Indemnity Company Of Arizona, Indiana Insurance Company, LM Insurance Corporation Property and Casualty Insurance Company, Liberty Insurance Corporation, Liberty Insurance Underwriters Inc., Libe Assurance Company of Boston, Liberty Lloyds of Texas Insurance Company, Liberty Managing Agency Limited(Fo behalf of the Lloyd's Underwriting Members from time to time of Lloyd's Syndicates 4472, 190 and 282 ), Liberty M Insurance Company, Liberty Mutual Insurance Company, Liberty Mutual Insurance Europe Limited, Marlon Insuran Company Limited, Midwestern Indemnity Company, Netherlands Insurance Company, Odyssey Reinsurance Compa Casualty Insurance Company, Peerless Insurance Company, QBE INSURANCE (INTERNATIONAL) LTD., SCOR REINSURANCE COMPANY, SCOR REINSURANCE ASIA−PACIFIC PTE LIMITED, SCOR REINSURANCE (ASIA) LIMITED, SCOR Reinsurance Company, Safeco Insurance Company of America, The Underwriting Membe Lloyd's Syndicate 1121, The Underwriting Members of Lloyd's Syndicate 1236, The Underwriting Members of Lloy Syndicate 1243, The Underwriting Members of Lloyd's Syndicate 1308, The Underwriting Members of Lloyd's Synd The Underwriting Members of Lloyd's Syndicate 228, The Underwriting Members of Lloyd's Syndicate 510, The Un Members of Lloyd's Syndicate 529, The Underwriting Members of Lloyd's Syndicate 53, The Underwriting Member Syndicate 55, The Underwriting Members of Lloyd's Syndicate 991, The Underwriting Members of Lloyds Syndicat Unionamerica Insurance Company Limited, Wausau Business Insurance Company, Wausau Underwriters Insurance West American Insurance Company. (Attachments: # 1 Exhibit A − Rule 58(d) Judgment, # 2 Exhibit B − June 21, 2 # 3 Exhibit C − March 28, 2018 Decision)(Carter, Sean) (Entered: 06/29/2018) |
| 29/2018 | 4040 | AMENDED NOTICE OF APPEAL re: 3981 Corrected Notice of Appeal,, 4034 Clerk's Judgment,,,,,,,. Document fil Assurance Company, AIG Insurance Company − Puerto Rico, AIG Insurance Company of Canada, AIG Property Ca Company, AIG Specialty Insurance Company, AIU Insurance Company, American Home Assurance Company, Cha Limited, Commerce and Industry Insurance Company, Granite State Insurance Company, Illinois National Insurance Muenchener Rueckversicherungs Gesellschaft Aktiengesellschaft In Muenchen, National Union Fire Company of Pit PA., New Hampshire Insurance Company, New Reinsurance Company, Ltd., The Insurance Company of The State o Pennsylvania. (Attachments: # 1 Exhibit A−Rule 54(b) final judgment, # 2 Exhibit B−June 21, 2018 Order, # 3 Exhi C−March 28, 2018 Decision)(Carter, Sean) (Entered: 06/29/2018) |

| | | |
|---|---|---|
| )2/2018 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 4039 Amended No Appeal. (tp) (Entered: 07/02/2018) |
| )2/2018 | | Second Supplemental ROA Sent to USCA (Electronic File). Certified Supplemental Indexed record on Appeal Electr for 4039 Amended Notice of Appeal, filed by The Underwriting Members of Lloyd's Syndicate 1121, General Securi Indemnity Company Of Arizona, American Safety Casualty Insurance Company, First Liberty Insurance Corporatior Business Insurance Company, LM Property and Casualty Insurance Company, Liberty Mutual Insurance Europe Lim Underwriting Members of Lloyd's Syndicate 53, Marlon Insurance Company Limited, General Insurance Company C The Underwriting Members of Lloyd's Syndicate 529, The Underwriting Members of Lloyd's Syndicate 55, Odyssey Reinsurance Company, Liberty Mutual Fire Insurance Company, Employers Insurance Company of Wausau, Safeco Company of America, The Underwriting Members of Lloyds Syndicate 1861, The Underwriting Members of Lloyd's 1243, QBE INSURANCE (INTERNATIONAL) LTD., Indiana Insurance Company, Liberty Managing Agency Limi Underwriting Members of Lloyd's Syndicate 991, Netherlands Insurance Company, Wausau Underwriters Insurance American Economy Insurance Company, SCOR Reinsurance Company, The Underwriting Members of Lloyd's Sync Liberty Insurance Corporation, West American Insurance Company, SCOR REINSURANCE ASIA−PACIFIC PTE American Safety Indemnity Company, LM PROPERTY AND CASUALTY INSURANCE COMPANY, Unionamer Insurance Company Limited, SCOR CANADA REINSURANCE COMPANY, Excelsior Insurance Company, The Underwriting Members of Lloyd's Syndicate 1308, Liberty Life Assurance Company of Boston, LIBERTY MANAG AGENCY LIMITED, SCOR REINSURANCE COMPANY (ASIA) LIMITED, American Fire and Casualty Compar Casualty Insurance Company, LM Insurance Corporation, The Underwriting Members of Lloyd's Syndicate 1236, Li Insurance Underwriters Inc., LIBERTY LLOYDS OF TEXAS INSURANCE COMPANY, Copenhagen Reinsurance (UK) LTD, Liberty Lloyds of Texas Insurance Company, Peerless Insurance Company, AMERICAN FIRE AND CA COMPANY, Liberty Mutual Insurance Company, The Underwriting Members of Lloyd's Syndicate 510, The Underv Members of Lloyd's Syndicate 228, Midwestern Indemnity Company were transmitted to the U.S. Court of Appeals. (Entered: 07/02/2018) |
| )2/2018 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 4040 Amended No Appeal. (tp) (Entered: 07/02/2018) |
| )2/2018 | | Supplemental ROA Sent to USCA (Electronic File). Certified Supplemental Indexed record on Appeal Electronic Fil Amended Notice of Appeal,,, filed by Illinois National Insurance CO, AIG Specialty Insurance Company, AIG Assu Company, AIG Insurance Company of Canada, Commerce and Industry Insurance Company, The Insurance Compar State of Pennsylvania, Muenchener Rueckversicherungs Gesellschaft Aktiengesellschaft In Muenchen, New Reinsur Company, Ltd., National Union Fire Company of Pittsburgh, PA., AIU Insurance Company, AIG Insurance Compan Rico, AIG Property Casualty Company, American Home Assurance Company, Granite State Insurance Company, Ne Hampshire Insurance Company, Chartis Excess Limited were transmitted to the U.S. Court of Appeals. (tp) (Entered: 07/02/2018) |
| )2/2018 | 4041 | LETTER addressed to Magistrate Judge Sarah Netburn from Peter C. Salerno dated 7/2/2018 re: Kadi Deposition. Do filed by Yassin Abdullah Al Kadi, Yassin Abdullah Kadi.Filed In Associated Cases: 1:03−md−01570−GBD−SN et a Peter) (Entered: 07/02/2018) |
| )6/2018 | 4042 | MEMO ENDORSEMENT on re: (4041 in 1:03−md−01570−GBD−SN) Letter filed by Yassin Abdullah Kadi, Yassir Al Kadi. ENDORSEMENT: The Court will be handling various criminal matters on July 10 and 11, 2018. The partie ORDERED to make good faith efforts to resolve any disputes on their own. If any deposition disputes cannot be reso without the Court's intervention, the parties may contact Chambers at (212) 805−0286 and leave their contact informa my staff. I will endeavor to contact the parties as soon as practicable to resolve any such disputes. In the interim, the should make every effort to continue with the deposition and move on to other topics that fall outside the areas of dis ORDERED. (Signed by Magistrate Judge Sarah Netburn on 7/6/2018) Filed In Associated Cases: 1:03−md−01570−C al.(ne) (Entered: 07/06/2018) |
| )6/2018 | | *****DELETED DOCUMENT. Deleted document number 4043 Opinion and Order. The document was incorre in this case. (ne)** (Entered: 07/06/2018) |
| )6/2018 | 4043 | OPINION AND ORDER re: (546 in 1:04−cv−07065−GBD−SN, 987 in 1:03−cv−06978−GBD−SN, 3748 in 1:03−md−01570−GBD−SN, 774 in 1:03−cv−09849−GBD−SN, 571 in 1:04−cv−07279−GBD−SN, 850 in 1:02−cv−06977−GBD−SN, 630 in 1:04−cv−01923−GBD−SN, 582 in 1:04−cv−05970−GBD−SN) MOTION for San *Plaintiffs' Notice of Motion for Sanctions as to Charity Official Defendants Abdullah Omar Naseef, Abdullah Bin Sal Obaid, Abdullah Mahsen Al Turki, Adnan Basha, and Soliman Al−Buthe*. filed by Plaintiffs Executive Committees. F foregoing reasons, the PECs' motion for sanctions is GRANTED in part and DENIED in part. Defendants Al−Obaid, Basha, and Naseef are precluded from offering any testimony or further evidence, other than such evidence that has b produced as of the date of this Opinion and Order, to rebut admissible evidence offered by a party to establish these d whereabouts on a particular date. In addition, Defendants Al−Buthe, Al−Turki, Basha, and Naseef are ORDERED to certifications that fully comply with the Courts orders within 30 days of the date of this Opinion and Order. The certi from Al−Turki, Basha, and Naseef must describe the specific medical issues that have prevented them from fulfilling discovery obligations in a timely manner, and the certifications from Al−Turki and Naseef must indicate whether the continuing to participate in this litigation. In the alternative, if Al−Turki, Basha, or Naseef is incapacitated, that defe |

| | | |
|---|---|---|
| | | produce a competent sworn or affirmed certification from a qualified treating physician identifying the specific medic that have prevented the defendant from fulfilling his discovery obligations. If defense counsel is unable to contact Al- Naseef, counsel must file a letter with the Court within 30 days of the date of this Opinion and Order describing his e contact his clients and indicating when he last had contact with them. The Court will then consider whether a default entered against them. If the Charity Officials remain noncompliant with the Court's orders, the Court may impose add sanctions and may order them to show cause why they should not be held in contempt. Finally, the Court will require Officials to pay the reasonable attorneys' fees and costs that the PECs incurred in bringing their motion for sanctions. are ORDERED to meet and confer and make good faith efforts to reach agreement on the reasonable attorneys' fees a Within 60 days of the date of this Opinion and Order, the parties shall file a joint status letter indicating whether they agreed upon the attorneys' fees and costs that should be imposed. If the parties have not reached agreement, the status should propose a reasonable schedule for briefing on the amount of the attorneys' fees and costs. The Clerk of Court i respectfully directed to terminate the motion at ECF No. 3748. SO ORDERED. (Signed by Magistrate Judge Sarah N 7/6/2018) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (ne) (Entered: 07/06/2018) |
| .0/2018 | 4044 | MOTION for Arthur R. Armstrong to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−15302274. **M supporting papers to be reviewed by Clerk's Office staff.** Document filed by Estate of John P.O'Neill, Sr.. (Attach Affidavit, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Armstrong, Arthur) (Entered: 07/10/2018) |
| .0/2018 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 4044 MOTION for Arthur Armstrong to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−15302274. Motion and supporti to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (jc)** (En 07/10/2018) |
| .0/2018 | 4045 | **Superseded by Judge's Order dated 10/28/2019, Doc. #5234 in case 1:03−md−1570.** AMENDED ORDER APPR NOTICES TO CONFORM, SHORT FORM COMPLAINTS, AND NOTICES OF AMENDMENT: The Court has p issued several orders approving forms and setting procedures for the filing of new claims against the Kingdom of Sau ("Saudi Arabia") and the Islamic Republic of Iran ("Iran"). ECF Nos. 3543, 3982, 4010. Because of the piecemeal ma which the various types of new claims have been addressed, the applicable forms and procedures have become convo inconsistent. In addition, the plaintiffs have sought to find ways of adding more plaintiffs to a single case than the Co by utilizing a combination of short form complaints and notices of amendment. The Court is attempting to manage th new cases and claims in the most efficient and organized manner possible. To that end, the Court will now establish r procedures governing all newly filed claims against Iran and Saudi Arabia. This Amended Order supersedes ECF No 3982, and 4010 in their entirety. The parties are directed to adhere to both the letter and spirit of these procedures. In any plaintiff wishing to withdraw from the case must seek leave from the Court to dismiss his or her claims in accord the Federal Rules of Civil Procedure and the Court's Local Civil Rules, and as further set forth in this order. (Signed b Magistrate Judge Sarah Netburn on 7/10/2018) (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit Exhibit E)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(jwh) (Main Document 4045 replaced on 12/1 (ras). Modified on 11/4/2019 (ras). (Entered: 07/10/2018) |
| .1/2018 | 4046 | OPINION AND ORDER: re: 3774 MOTION to Compel Defendant, Dubai Islamic Bank to comply with the Court's l 2016 Order . filed by Plaintiffs Executive Committees. The PECs' motion to compel discovery is GRANTED in part DENIED in part. DIB is ORDERED to search for the 629 terms previously agreed upon by the parties and produce o closing statements, periodic statements, and other electronic information for any accounts that are located using those DIB must produce these documents within 60 days of the date of this Opinion and Order. DIB is not required to searc of the 37 terms that the parties dispute. In addition, DIB must search for and produce any documents relating to any i investigations DIB may have conducted to determine whether any accounts were used in connection with the 1998 U Embassy bombings. DIB must produce any such documents and must produce a sworn declaration stating that it has and produced any such documents within 60 days of the date of this Opinion and Order. The Clerk of Court is respec directed to terminate the motion at ECF No. 3774. So Ordered. (Signed by Magistrate Judge Sarah Netburn on 7/11/2 (Entered: 07/11/2018) |
| .1/2018 | 4047 | ORDER FOR ADMISSION FOR PRO HAC VICE ON WRITTEN MOTION: granting 4044 Motion for Arthur R. A to Appear Pro Hac Vice. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 4044. SO OF (Signed by Magistrate Judge Sarah Netburn on 7/11/2018) (ama) Modified on 9/26/2018 (ama). (Entered: 07/11/2018 |
| .2/2018 | 4048 | CERTIFICATE OF SERVICE of DHL packages with Final Judgment and Notice of Appeal Rights served on Mohan Zarif on June 2, 2018. Document filed by Hoglan Plaintiffs. (Attachments: # 1 Receipts Part 1 of 3, # 2 Receipts Part Receipts Part 3 of 3)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Fleming, Tin (Entered: 07/12/2018) |
| .2/2018 | 4049 | MOTION to Correct Judgment . Document filed by Kathleen Ashton(as Administrator of the Estate of Thomas Ashto deceased and on behalf of all survivors of Thomas Ashton).(Kreindler, James) (Entered: 07/12/2018) |
| .2/2018 | 4050 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** MOTION to Correct Judgment . Doc filed by Kathleen Ashton(as Administrator of the Estate of Thomas Ashton, deceased and on behalf of all survivors o Ashton). (Attachments: # 1 Exhibit A)(Kreindler, James) Modified on 7/16/2018 (db). (Entered: 07/12/2018) |

| | | |
|---|---|---|
| .6/2018 | 4051 | **FILING ERROR − DEFICIENT DOCKET ENTRY − FILER ERROR −** NOTICE OF APPEAL from 4034 Cler Judgment. Document filed by Napoli Shkolnik PLLC. Filing fee $ 505.00, receipt number 0208−15325995. Form C a are due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(LoPalo, Christopher) Modified on 7/16/2018 (tp). (Entered: 07/16/2018) |
| .6/2018 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney LoPalo, Christopher RE−FILE Document No. 4051 Notice of Appeal. The filing is deficient for the following reason(s): not all of the mentioned documents being appealed were selected; Notice of Appeal was not spread accordingly to listed case the appeal using the event type *Corrected Notice of Appeal* found under the event list Appeal Documents − atta correct signed PDF − select the correct named filer/filers − select the correct documents being appealed − mak spread the document to all member cases listed on the appeal. (tp)** (Entered: 07/16/2018) |
| .6/2018 | 4052 | ORDER: Upon consideration of the Ashton Plaintiffs' Motion to Vacate and Enter New Final Order of Summary Jud Solatium Damages as to claimant Elisabeth Scott, it is hereby; ORDERED that the August 17, 2017 Order of Summa Judgment for Solatium Damages as to claimant Elisabeth Scott is VACATED; ORDERED that based on the reasons the Ashton Plaintiffs' August 16, 2016 Default Motion for Solatium Damages on behalf of the Ashton III plaintiffs ar Declaration of James P. Kreindler, together with the entire record in this case, Elisabeth Scott is awarded a final judg solatium damages as the parent of September 11, 2001 decedent, Scott McGovern, in the amount of $8.5 million plus prejudgment interest to be calculated at a rate of 4.96% per annum; all interest compounded annually. (Signed by Jud B. Daniels on 7/16/2018) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(mro) (I 07/16/2018) |
| .7/2018 | 4053 | CORRECTED NOTICE OF APPEAL re: (4051 in 1:03−md−01570−GBD−SN) Notice of Appeal, (3947 in 1:03−md−01570−GBD−SN, 3947 in 1:03−md−01570−GBD−SN, 3947 in 1:03−md−01570−GBD−SN) Order on Mo Dismiss/Lack of Jurisdiction,,,,,,,, (4034 in 1:03−md−01570−GBD−SN) Clerk's Judgment,,,,,,, (4030 in 1:03−md−01570−GBD−SN) Order on Motion for Judgment,,,,,,,,,,,,,,,. Document filed by Napoli Shkolnik PLLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 1:03−md−01570−GBD−SN et a Christopher) (Entered: 07/17/2018) |
| .7/2018 | | Appeal Fee Paid electronically via Pay.gov: for (34 in 1:17−cv−08617−GBD−SN, 64 in 1:17−cv−03887−GBD−SN, 1:17−cv−00450−GBD−SN, 4053 in 1:03−md−01570−GBD−SN, 50 in 1:17−cv−06123−GBD−SN, 88 in 1:16−cv−09937−GBD−SN, 88 in 1:17−cv−00117−GBD−SN, 89 in 1:16−cv−09663−GBD−SN) Corrected Notice of Filing fee $ 505.00. Pay.gov receipt number 0208−15325995, paid on 7/16/2018. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (tp) (Entered: 07/17/2018) |
| .7/2018 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (34 in 1:17−cv−08617−GBD−SN, 64 in 1:17−cv−03887−GBD−SN, 88 in 1:17−cv−00450−GBD−SN, 4053 in 1:03−md−01570−GBD−SN, 50 in 1:17−cv−06123−GBD−SN, 88 in 1:16−cv−09937−GBD−SN, 89 in 1:16−cv−09663−GBD−SN, 88 in 1:17−cv−00117−GBD−SN) Corrected Notice of Appeal. Filed In Associated Cases 1:03−md−01570−GBD−SN et al. (tp) (Entered: 07/17/2018) |
| .7/2018 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for (34 in 1:17−cv−08617−GBD−SN, 64 in 1:17−cv−03887−GBD−SN, 88 in 1:17−cv−00450−GBD−SN, 4053 in 1:03−md−01570−GBD−SN, 50 in 1:17−cv−06123−GBD−SN, 88 in 1:16−cv−09937−GBD−SN, 88 in 1:17−cv−00117−GBD−SN, 89 in 1:16−cv−09663−GBD−SN) Corrected Notice of Appeal, filed by Napoli Shkolnik transmitted to the U.S. Court of Appeals. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (tp) (Entered: 07/17/2018) |
| .7/2018 | 4054 | NOTICE OF APPEARANCE by Waleed El Sayed Nassar on behalf of Abdullah Omar Naseef, Abdullah Bin Saleh A Abdullah Muhsen Al Turki, Adnan Basha. (Nassar, Waleed) (Entered: 07/17/2018) |
| .7/2018 | 4055 | NOTICE OF APPEARANCE by Eric L. Lewis on behalf of Abdullah Omar Naseef, Abdullah Bin Saleh Al Obaid, A Muhsen Al Turki, Adnan Basha. (Lewis, Eric) (Entered: 07/17/2018) |
| .7/2018 | 4056 | AMENDED NOTICE OF APPEAL re: (71 in 1:17−cv−03908−GBD−SN, 3981 in 1:03−md−01570−GBD−SN) Corr Notice of Appeal,, (4034 in 1:03−md−01570−GBD−SN, 79 in 1:17−cv−03908−GBD−SN) Clerk's Judgment,,,,,,, (40 1:03−md−01570−GBD−SN, 78 in 1:17−cv−03908−GBD−SN) Order on Motion for Judgment,,,,,,,,,,,,,,,. Document f Arrowood Indemnity Company, Arrowood Surplus Lines Insurance Company. (Attachments: # 1 Exhibit A − Judgm June 27, 2018 (ECF 4034), # 2 Exhibit B − Order entered on June 21, 2018 (ECF 4030), # 3 Exhibit C − Memorandu and Order entered on March 28, 2018 (ECF No. 3947))Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:17−cv−03908−GBD−SN(Bernard, James) (Entered: 07/17/2018) |
| .7/2018 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (4056 in 1:03−md−01570−GBD−SN, 82 in 1:17−cv−03908−GBD−SN) Amended Notice of Appeal. Filed In Associated Case 1:03−md−01570−GBD−SN, 1:17−cv−03908−GBD−SN. (tp) (Entered: 07/17/2018) |
| .7/2018 | | First Supplemental ROA Sent to USCA (Electronic File). Certified Supplemental Indexed record on Appeal Electron (4056 in 1:03−md−01570−GBD−SN, 82 in 1:17−cv−03908−GBD−SN) Amended Notice of Appeal, filed by Arrowo |

| | | |
|---|---|---|
| | | Indemnity Company, Arrowood Indemnity Company, Arrowood Surplus Lines Insurance Company were transmitted Court of Appeals. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:17−cv−03908−GBD−SN. (tp) (Entered: 07/17/2018) |
| .8/2018 | 4057 | NOTICE OF APPEAL from (4034 in 1:03−md−01570−GBD−SN) Clerk's Judgment,,,,,,,. Document filed by Constit Services L.L.C., Farmington Casualty Company, Fidelity And Guaranty Insurance Company, Fidelity And Guaranty Underwriters, Inc., First Floridian Auto and Home Insurance Company, ST. Paul Fire and Marine Insurance Compan Guardian Insurance Company, St. Paul Mercury Insurance Company, St. Paul Protective Insurance Company, The A Insurance Company of Hartford Connecticut, The Charter Oak Fire Insurance Company, The Phoenix Insurance Con Premier Insurance Company of Massachusetts, The Standard Fire Insurance Company, The Travelers Indemnity Con Travelers Indemnity Company of America, The Travelers Indemnity Company of Connecticut, Travco Insurance Co Travelers Casualty And Surety Company, Travelers Casualty Company of Connecticut, Travelers Casualty and Suret of America, Travelers Lloyds of Texas Insurance Company, Travelers Personal Insurance Company, Travelers Perso Insurance Company, Travelers Property Casualty Company of America, Travelers Property Casualty Insurance Comp United States Fidelity & Guaranty Company. Filing fee $ 505.00, receipt number 0208−15339470. Form C and Form within 14 days to the Court of Appeals, Second Circuit. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:17−cv−02651−GBD−SN(Sheps, Robert) (Entered: 07/18/2018) |
| .9/2018 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (4057 in 1:03−md−01570−GBD−SN, 81 in 1:17−cv−02651−GBD−SN) Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:17−cv−02651−GBD−SN(nd) (Entered: 07/19/2018) |
| .9/2018 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for (4057 in 1:03−md−01570−GBD−SN, 81 in 1:17−cv−02651−GBD−SN) Notice of Appeal,,,,, filed by Travelers Casualty And Company, Travelers Personal Insurance Company, Travco Insurance Company, The Travelers Indemnity Company c Connecticut, ST. Paul Fire and Marine Insurance Company, The Automobile Insurance Company of Hartford Conne Travelers Property Casualty Company of America, The Travelers Indemnity Company, The Charter Oak Fire Insurar Company, St. Paul Mercury Insurance Company, The Phoenix Insurance Company, Travelers Casualty and Surety C America, Travelers Property Casualty Insurance Company, St. Paul Guardian Insurance Company, St. Paul Protectiv Company, United States Fidelity & Guaranty Company, Fidelity And Guaranty Insurance Company, The Travelers I Company of America, First Floridian Auto and Home Insurance Company, The Standard Fire Insurance Company, F Guaranty Insurance Underwriters, Inc., Travelers Casualty Company of Connecticut, Travelers Lloyds of Texas Insu Company, The Premier Insurance Company of Massachusetts, Constitution State Services L.L.C., Farmington Casua Company, Travelers Personal Security Insurance Company were transmitted to the U.S. Court of Appeals. Filed In A Cases: 1:03−md−01570−GBD−SN, 1:17−cv−02651−GBD−SN(nd) (Entered: 07/19/2018) |
| .9/2018 | 4058 | MOTION for Default Judgment as to *solatium damages for certain non−immediate family members*.. Document filec Kathleen Ashton(as Administrator of the Estate of Thomas Ashton, deceased and on behalf of all survivors of Thoma Ashton).(Kreindler, James) (Entered: 07/19/2018) |
| .9/2018 | 4059 | MEMORANDUM OF LAW in Support re: 4058 MOTION for Default Judgment as to *solatium damages for certain non−immediate family members*.. . Document filed by Kathleen Ashton(as Administrator of the Estate of Thomas As deceased and on behalf of all survivors of Thomas Ashton). (Kreindler, James) (Entered: 07/19/2018) |
| .9/2018 | 4060 | DECLARATION of James P Kreindler, Esq in Support re: 4058 MOTION for Default Judgment as to *solatium dama certain non−immediate family members*... Document filed by Kathleen Ashton(as Administrator of the Estate of Thor Ashton, deceased and on behalf of all survivors of Thomas Ashton). (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Continued, # 4 Exhibit C)(Kreindler, James) (Entered: 07/19/2018) |
| .9/2018 | 4062 | JUDGMENT: ORDERED, ADJUDGED AND DECREED, that for the reasons stated in the Court's Memorandum O Order dated June 25, 2018, judgment is hereby entered in favor of the Continental Plaintiffs and against Iran in the ar $527,598,884.69, as set forth in the accompanying Schedule A, together with prejudgment interest as follows: to the the Continental Plaintiffs' damages are based upon claims arising from injuries in New York State, interest at the statu simple interest rate of nine percent per annum from September 11, 2001, through the date of the judgment; and to the the Continental Plaintiffs' damages are based upon claims arising from injuries outside New York State, interest at th 4.96 percent per annum from September 11, 2001, through the date of the judgment, compounded annually. (Signed George B. Daniels on 7/19/2018) (jwh) (Entered: 07/20/2018) |
| 20/2018 | 4061 | LETTER addressed to Judge George B. Daniels from Andrew J. Maloney, III, Esq dated 07/20/2018 re: In re: Terror on September 11, 2001, 03MDL1570. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibi A)(Maloney, Andrew) (Entered: 07/20/2018) |
| 20/2018 | 4063 | NOTICE of of Filing of Declarations of Dr. Al−Turki and Dr. Basha re: 4043 Memorandum & Opinion,,,,,,,,,,,. Docu by Abdullah Muhsen Al Turki, Adnan Basha. (Kabat, Alan) (Entered: 07/20/2018) |
| 20/2018 | 4064 | MOTION for Reconsideration re; 4043 Memorandum & Opinion,,,,,,,,,,, . Document filed by Abdullah Muhsen Al T Abdullah Bin Saleh Al−Obaid, Adnan Basha, Abdullah Omar Naseef. (Attachments: # 1 Text of Proposed Order)(Ka |

| | | |
|---|---|---|
| | | (Entered: 07/20/2018) |
| 20/2018 | 4065 | DECLARATION of Alan R. Kabat in Support re: 4064 MOTION for Reconsideration re; 4043 Memorandum & Opi .. Document filed by Abdullah Muhsen Al Turki, Abdullah Bin Saleh Al−Obaid, Adnan Basha, Abdullah Omar Nase Alan) (Entered: 07/20/2018) |
| 20/2018 | 4066 | NOTICE of of Filing of Declaration of Soliman Al−Buthe re: 4043 Memorandum & Opinion,,,,,,,,,,,. Document filed Soliman H.S. Al−Buthe. (Kabat, Alan) (Entered: 07/20/2018) |
| 23/2018 | 4067 | ORDER: On July 20, 2018, Defendants Abdullah Bin Saleh Al−Obaid, Abdullah Mahsen Al−Turki, Adnan Basha, ar Omar Naseef moved the Court to reconsider a portion of its July 6, 2018 Opinion and Order. The Plaintiffs' Executive Committees may file a response to the motion by August 3, 2018. The defendants may file a reply by August 10, 201 by Magistrate Judge Sarah Netburn on 7/23/2018) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (ras) 07/23/2018) |
| 23/2018 | | Set/Reset Deadlines: Responses due by 8/3/2018. Replies due by 8/10/2018. Associated Cases: 1:03−md−01570−GB (ras) (Entered: 07/23/2018) |
| 23/2018 | 4068 | ORDER: The Clerk of Court is hereby directed to close the above−referenced case pursuant to Plaintiffs' so−ordered voluntary dismissal dated March 4, 2011. (See Notice of Voluntary Dismissal, In re Terrorist Attacks on September 1 No. 03−md−1570, ECF No. 2410.) (Signed by Judge George B. Daniels on 7/23/2018) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−07280−GBD−SN(mro) (Entered: 07/23/2018) |
| 23/2018 | 4069 | ORDER: The Plaintiffs' Executive Committee (the "PEC") advises that, despite multiple attempts, it has not been abl Plaintiffs' counsel in the above−referenced case since 2002. (See Letter to this Court from the PEC dated July 20, 201 4061.) The PEC further advises that Plaintiffs' counsel has not filed any documentation with this Court since that time Accordingly, the Clerk of Court is hereby ORDERED to close the above−captioned action, without prejudice to resto action to this Court's docket if an application to restore is made within thirty (30) days. (Signed by Judge George B. I 7/23/2018) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−07300−GBD−SN(mro) (Entered: 07/23 |
| 26/2018 | 4070 | LETTER MOTION to Seal Document 4043 Memorandum & Opinion,,,,,,,,,,,, addressed to Magistrate Judge Sarah N Alan R. Kabat dated 07/26/2018. Document filed by Abdullah Omar Naseef.(Kabat, Alan) (Entered: 07/26/2018) |
| 26/2018 | 4071 | NOTICE of of Filing of Physicians' Declaration re: 4043 Memorandum & Opinion,,,,,,,,,,,. Document filed by Abdul Naseef. (Kabat, Alan) (Entered: 07/26/2018) |
| 26/2018 | 4072 | ORDER granting 4070 Motion to Seal Document. Defendant Abdullah Omar Naseef's request to file his physician's c under seal is GRANTED. Defendant may file the declaration under seal in accordance with Section 6 of the Court's E In addition, Defendant is directed to send a copy of the declaration to Netburn_NYSDChambers@nysd.uscourts.gov, the relevant members of the Plaintiffs' Executive Committee. (HEREBY ORDERED by Magistrate Judge Sarah Netb Only Order) (Netburn, Sarah) (Entered: 07/26/2018) |
| 27/2018 | 4073 | LETTER MOTION for Discovery *Protective Order Regarding Location of Depositions* addressed to Magistrate Judg Netburn from Alan Kabat and Eric Lewis dated 07/27/2018. Document filed by Abdullah Muhsen Al Turki. (Attachn Exhibit 1−4)(Kabat, Alan) (Entered: 07/27/2018) |
| 30/2018 | 4074 | LETTER MOTION for Discovery *Protective Order regarding deposition* addressed to Magistrate Judge Sarah Netbu Alan R. Kabat dated 07/30/2018. Document filed by Soliman H.S. Al−Buthe. (Attachments: # 1 Exhibit A−C)(Kabat (Entered: 07/30/2018) |
| 31/2018 | 4075 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele dated July 31, 2018 re: Request for ex time for PECs' responses to Charity Officials' motion for reconsideration and applications for protective orders. Docu by Plaintiffs Executive Committees.(Haefele, Robert) (Entered: 07/31/2018) |
| 31/2018 | 4076 | MEMO ENDORSEMENT on re: 4075 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The requ GRANTED. By August 8, 2018, the Plaintiffs' Executive Committees shall file a single letter of no more than five pa responding to the motions for protective orders filed by the Charity Officials and Defendant Al−Buthe. No reply is re addition, by August 8, 2018, the Plaintiffs' Executive Committees may file a response to the July 20, 2018 motion for reconsideration. The defendants may file a reply with respect to the motion for reconsideration by August 15, 2018. S ORDERED. (Signed by Magistrate Judge Sarah Netburn on 7/31/2018) (ras) (Entered: 07/31/2018) |
| 31/2018 | | Set/Reset Deadlines: Responses due by 8/8/2018. Replies due by 8/15/2018. (ras) (Entered: 07/31/2018) |
| 31/2018 | 4077 | LETTER MOTION for Discovery *re Confidentiality Order* addressed to Magistrate Judge Sarah Netburn from Micha Kellogg dated July 31, 2018. Document filed by Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit A − Confident Proposal, # 2 Exhibit B − Confidentiality Response)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(Kel Michael) (Entered: 07/31/2018) |

| | | |
|---|---|---|
| 31/2018 | 4078 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated July 31, 2018 re: Document I Status. Document filed by Kingdom of Saudi Arabia.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(Ke Michael) (Entered: 07/31/2018) |
| 01/2018 | 4079 | **Vacated as per Judge's Order dated 8/27/2018, Doc. #4125 in case 1:03−md−1570.** ORDER: No party shall publi document on the docket designated as Confidential by the Kingdom of Saudi Arabia ("KSA") while the Court consid letter motion dated July 31, 2018. The Plaintiffs' Executive Committees may respond to KSA's letter motion by Augu (Signed by Magistrate Judge Sarah Netburn on 8/1/2018) Filed In Associated Cases: 1:03−md−01570−GBD−SN et a Modified on 8/28/2018 (ras). (Entered: 08/01/2018) |
| 01/2018 | 4080 | CONSENT LETTER MOTION for Extension of Time to File Response/Reply as to 4077 LETTER MOTION for Di *Confidentiality Order* addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated July 31, 2018., 4 *PECs Letter Motion for Extension of Time to File Response to Kingdom of Saudi Arabia's July 31, 2018 Letter Motio* to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated August 1, 2018. Document filed by A Plaintiffs(on behalf of themselves and all others similarly situated).(Haefele, Robert) (Entered: 08/01/2018) |
| 02/2018 | 4081 | NOTICE OF APPEARANCE by Ann Caroline Taylor on behalf of AXA Corporate Solutions Assurance SA, AXA C (UK) Limited, American Home Assurance Company, Global Aerospace Underwriting Managers Limited, Global Ae Inc., La Reunion Aerienne, Members of Lloyds Syndicate 1084, Members of Lloyds Syndicate 800, Members of Llo Syndicate 839, New Hampshire Insurance Company, Prosight Specialty Management Company, Inc., United States A Underwriters, Inc., Wurttenbergische Versicherung AG. (Taylor, Ann) (Entered: 08/02/2018) |
| 02/2018 | 4082 | ORDER granting 4080 Letter Motion for Extension of Time to File Response/Reply. The Plaintiffs' Executive Comn file their response to the Kingdom of Saudi Arabia's July 31, 2018 letter motion to modify the protective order by Au 2018. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 08/0 |
| 02/2018 | 4083 | NOTICE OF APPEARANCE by Ann Caroline Taylor on behalf of IF P&C Insurance Limited (Publ). (Taylor, Ann) 08/02/2018) |
| 02/2018 | 4084 | NOTICE OF APPEARANCE by T. Patrick Byrnes on behalf of AXA Corporate Solutions Assurance SA, AXA Glol (UK) Limited, American Home Assurance Company, Global Aerospace Underwriting Managers Limited, Global Ae Inc., La Reunion Aerienne, Members of Lloyds Syndicate 1084, Members of Lloyds Syndicate 800, Members of Llo Syndicate 839, New Hampshire Insurance Company, Prosight Specialty Management Company, Inc., United States A Underwriters, Inc., Wurttenbergische Versicherung AG. (Byrnes, T. Patrick) (Entered: 08/02/2018) |
| 02/2018 | 4085 | NOTICE OF APPEARANCE by T. Patrick Byrnes on behalf of IF P&C Insurance Limited (Publ). (Byrnes, T. Patric 08/02/2018) |
| 03/2018 | 4086 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 08/03/2018) |
| 07/2018 | 4087 | FINAL ORDER OF SUMMARY JUDGMENT: ORDERED that final judgment is entered on behalf of the Burlingar Plaintiffs identified in Exhibit A against the Islamic Republic of Iran; it is ORDERED that the Burlingame Plaintiffs the attached Exhibit A are awarded solatium damages as set forth in Exhibit A with prejudgment interest on those aw calculated at a rate of 4.96 percent per annum, compounded annually, over the same period, and as further set forth ir judgment. (Signed by Judge George B. Daniels on 8/7/2018) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN(jwh) (Entered: 08/07/2018) |
| 08/2018 | 4088 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele August 8, 2018 re: 4074 LETTER MOTION for Discovery *Protective Order regarding deposition* addressed to Magi Judge Sarah Netburn from Alan R. Kabat dated 07/30/2018., 4073 LETTER MOTION for Discovery *Protective Ord Regarding Location of Depositions* addressed to Magistrate Judge Sarah Netburn from Alan Kabat and Eric Lewis da 07/27/2018. . Document filed by Plaintiffs Executive Committees. (Haefele, Robert) (Entered: 08/08/2018) |
| 08/2018 | 4089 | DECLARATION of Robert T. Haefele in Opposition re: 4074 LETTER MOTION for Discovery *Protective Order re deposition* addressed to Magistrate Judge Sarah Netburn from Alan R. Kabat dated 07/30/2018., 4073 LETTER MOT Discovery *Protective Order Regarding Location of Depositions* addressed to Magistrate Judge Sarah Netburn from A and Eric Lewis dated 07/27/2018.. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A, B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit Exhibit K)(Haefele, Robert) (Entered: 08/08/2018) |
| 08/2018 | 4090 | **FILING ERROR − DEFICIENT DOCKET ENTRY (SEE [4091 Memorandum) −** MEMORANDUM OF LAW Opposition re: 4064 MOTION for Reconsideration re; 4043 Memorandum & Opinion . . Document filed by Plaintiffs Committees. (Haefele, Robert) Modified on 8/10/2018 (db). (Entered: 08/08/2018) |
| 09/2018 | 4091 | MEMORANDUM OF LAW in Opposition re: 4064 MOTION for Reconsideration re; 4043 Memorandum & Opinio *CORRECTED*. Document filed by Plaintiffs Executive Committees. (Haefele, Robert) (Entered: 08/09/2018) |

| | | |
|---|---|---|
| )9/2018 | 4092 | ORDER: Plaintiffs are ORDERED to carefully review the Court's July 10, 2018 Amended Order in its entirety. By A 2018, the plaintiffs are ORDERED to terminate 40 plaintiffs from this action and file an Amended Saudi Arabia Shor Complaint substantially in the form attached as Exhibit B to the Court's July 10, 2018 Amended Order. The Amendec Arabia Short Form Complaint may not include more than 100 plaintiffs. The plaintiffs are free to file claims on behal terminated plaintiffs in a separate action in accordance with the Court's July 10, 2018 Amended Order. If they do so, plaintiffs must also submit a letter to the Honorable George B. Daniels and the Honorable Sarah Netburn, docketed ir requesting that the new action be made part of the MDL. (Signed by Magistrate Judge Sarah Netburn on 8/9/2018) Fi Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−06922−GBD−SN. (ras) Modified on 8/9/2018 (ras). (Entere 08/09/2018) |
| .0/2018 | 4093 | NOTICE of of Filing of Medical Report of Dr. Al−Turki's Physician re: 4073 LETTER MOTION for Discovery *Pro Order Regarding Location of Depositions* addressed to Magistrate Judge Sarah Netburn from Alan Kabat and Eric Le 07/27/2018.. Document filed by Abdullah Muhsen Al Turki. (Kabat, Alan) (Entered: 08/10/2018) |
| .0/2018 | 4094 | LETTER MOTION to Seal Document 4093 Notice (Other), addressed to Magistrate Judge Sarah Netburn from Alan dated 08/10/2018. Document filed by Abdullah Muhsen Al Turki.(Kabat, Alan) (Entered: 08/10/2018) |
| .0/2018 | 4095 | RESPONSE re: 4094 LETTER MOTION to Seal Document 4093 Notice (Other), addressed to Magistrate Judge Sara from Alan R. Kabat dated 08/10/2018., 4093 Notice (Other), *Plaintiffs' Opposition to "Notice of Filing of Medical Re Defendant Dr. Abdullah Al−Turki's Physician" [ECF No. 4093] and to Defendant Al−Turki's Application to File His Physician's Medical Report Under Seal [ECF No. 4094]*. Document filed by Plaintiffs Executive Committees. (Haefe (Entered: 08/10/2018) |
| .3/2018 | 4096 | NOTICE OF CHANGE OF ADDRESS by Waleed El Sayed Nassar on behalf of International Islamic Relief Organiz Muslim World League. New Address: Lewis Baach Kaufmann Middlemiss PLLC, 1101 New York Avenue, N.W., S Washingon, DC, USA 20005, 202−833−8900. (Nassar, Waleed) (Entered: 08/13/2018) |
| .3/2018 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − PDF ERROR. Notice to Attorney Nassar, Walee RE−FILE Document 4096 Notice of Change of Address, please use the appropriate form found on the website. http://www.nysd.uscourts.gov/atty_changeaddress.php (ma)** (Entered: 08/13/2018) |
| .3/2018 | 4097 | REPLY MEMORANDUM OF LAW in Support re: 4064 MOTION for Reconsideration re; 4043 Memorandum & Opinion,,,,,,,,,,, . . Document filed by Abdullah Bin Saleh Al Obaid, Abdullah Muhsen Al Turki, Adnan Basha, Abdu Naseef. (Kabat, Alan) (Entered: 08/13/2018) |
| .3/2018 | 4098 | NOTICE OF CHANGE OF ADDRESS by Waleed El Sayed Nassar on behalf of Abdullah Omar Naseef, Abdulla Al International Islamic Relief Organization, Muslim World League, Adnan Basha, Abdullah bin Abdelmohsen Al−Turk Address: Lewis Baach Kaufmann Middlemiss PLLC, 1101 New York Avenue, Suite 1000, Washington, DC, United S 20005, 2028338900. (Nassar, Waleed) (Entered: 08/13/2018) |
| .3/2018 | 4099 | NOTICE OF CHANGE OF ADDRESS by Eric L. Lewis on behalf of Abdullah Omar Naseef, Addullah Bin Abdul M Turki, Abdullah Bin Saleh Al−Obaid, Adnan Basha, International Islamic Relief Organization(IIRO), Muslim World New Address: Lewis Baach Kaufmann Middlemiss PLLC, 1101 New York Avenue, Suite 1000, Washingon, DC, Un 20005, 2028338900. (Lewis, Eric) (Entered: 08/13/2018) |
| .4/2018 | 4100 | MOTION for Default Judgment as to *the Ashton Wrongful Death Plaintiffs*. Document filed by Kathleen Ashton(Pers Representative of the Estate of Thomas Ashton). (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, James) (Entered: 08/14/2018) |
| .4/2018 | 4101 | DECLARATION of James P. Kreindler in Support re: (920 in 1:02−cv−06977−GBD−SN, 4100 in 1:03−md−01570− MOTION for Default Judgment as to *the Ashton Wrongful Death Plaintiffs*.. Document filed by Kathleen Ashton(Per Representative of the Estate of Thomas Ashton). (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order Exhibit B) Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, James) (Entered: 08/14/2018) |
| .4/2018 | 4102 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated August 14, 2018 re: Documen Production Status. Document filed by Kingdom of Saudi Arabia.Filed In Associated Cases: 1:03−md−01570−GBD−S al.(Kellogg, Michael) (Entered: 08/14/2018) |
| .5/2018 | 4103 | ORDER granting 4094 Motion to Seal Document. Defendant Abdullah Al−Turki's request to file his physician's repo seal is GRANTED. Defendant may file the declaration under seal in accordance with Section 6 of the Court's ECF Ru addition, Defendant is directed to send a copy of the declaration to Netburn_NYSDChambers@nysd.uscourts.gov, cc relevant members of the Plaintiffs' Executive Committee. The Clerk of Court is respectfully directed to terminate the ECF No. 4094. (Signed by Magistrate Judge Sarah Netburn on 8/15/2018) (ras) (Entered: 08/15/2018) |
| .5/2018 | 4104 | LETTER addressed to Judge George B. Daniels from James P. Kreindler dated 08/15/2018 re: corrected Exhibit A to Final Judgments. Document filed by Kathleen Ashton(Personal Representative of the Estate of Thomas Ashton). (Att # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, James) 08/15/2018) |

| | | |
|---|---|---|
| .6/2018 | 4105 | ORDER in case 1:03−cv−09848−GBD−SN; denying (4073) Letter Motion for Discovery; denying (4074) Letter Mot Discovery in case 1:03−md−01570−GBD−SN. The motions for protective orders filed by Al−Buthe, Al−Obaid, Al− Basha are DENIED, and Naseef's motion for a protective order is DENIED as moot. In addition, Naseef is ORDERE letter within 60 days of the date of this Order and every 60 days thereafter updating the Court on the status of his mec conditions and ability to participate in this action. The Clerk of Court is respectfully directed to terminate the motions Nos. 4073 and 4074. (Signed by Magistrate Judge Sarah Netburn on 8/16/2018) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (ras) (Entered: 08/16/2018) |
| .6/2018 | 4106 | FINAL ORDER OF SUMMARY JUDGMENT: ORDERED that final judgment is entered on behalf of those Plaintif Ashton et al. v. Al Qaeda Islamic Army et al., 02−CV−6977 (GBD) (SN) identified in the attached Exhibit A against Republic of Iran (the "Ashton VI Plaintiffs"); and it is ORDERED that the Ashton VI Plaintiffs identified in the attac A arc awarded solatium damages as set forth in Exhibit A; and it is ORDERED that prejudgment interest is awarded calculated at a rate of 4.96% per annum; all interest compounded annually over the same period; and it is ORDERED Ashton Plaintiffs not appearing on Exhibit A and who were not previously awarded damages may submit in later stag applications for solatium and/or economic damages awards that will be approved on the same basis as currently appro those Plaintiffs appearing on Exhibit A. (Signed by Judge George B. Daniels on 8/16/2018) Filed In Associated Case 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(jwh) (Entered: 08/16/2018) |
| .6/2018 | 4107 | CLERK CERTIFICATE OF MAILING of two copies of the (1) Notice of default judgment (2) A true and certified c August 31, 2015 Default Judgment on liability (3) A true and certified copy of the March 8, 2016 Default Judgment c (4) A true and certified copy of the May 29, 2018 Final Order of Judgment and the moving paper for Plaintiffs motio copy of the Foreign Sovereign Immunities Act (6) Certified Farsi translations of all the above documents mailed to Is Republic of Iran H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomei Imam Khomeini Square Tehran, Islamic Republic of Iran on 8/16/2018 by Federal Express tracking # 772978950889 Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Fo Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN(smc) (Entered: 08/16/2018) |
| .6/2018 | 4108 | MOTION for Default Judgment as to *Burnett/Iran wrongful death plaintiffs*. Document filed by Thomas E. Burnett, S Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Haefele, Robert) (Entered: 08/16/2018) |
| .6/2018 | 4109 | MEMORANDUM OF LAW in Support re: (107 in 1:15−cv−09903−GBD−SN) MOTION for Default Judgment as to *Burnett/Iran wrongful death plaintiffs*. . Document filed by Thomas E. Burnett, Sr. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Haefele, Robert) (Entered: 08/16/2018) |
| .6/2018 | 4110 | DECLARATION of Robert T. Haefele in Support re: (4108 in 1:03−md−01570−GBD−SN, 107 in 1:15−cv−09903−( MOTION for Default Judgment as to *Burnett/Iran wrongful death plaintiffs*.. Document filed by Thomas E. Burnett, (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Haefele, Robert) (Entered: 08/16/2018) |
| .7/2018 | 4111 | LETTER addressed to Judge George B. Daniels from Robert A. Grochow dated August 17, 2018 re: Request for New be included in the Master Docket. Document filed by Paige Ascher etal.(Grochow, Robert) (Entered: 08/17/2018) |
| .7/2018 | 4112 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert A. Grochow dated August 17, 2018 re: Request Action to be included in the Master Docket.. Document filed by Paige Ascher etal.(Grochow, Robert) (Entered: 08/1 |
| 20/2018 | 4113 | SEALED DOCUMENT placed in vault.(rz) (Entered: 08/20/2018) |
| 20/2018 | 4114 | LETTER MOTION for Extension of Time *to file a motion to compel as to Saudi Arabia* addressed to Magistrate Judg Netburn from James P. Kreindler dated 08/20/2018. Document filed by Plaintiffs Executive Committees.(Kreindler, (Entered: 08/20/2018) |
| 21/2018 | 4115 | ORDER granting 4114 Letter Motion for Extension of Time. The request for an extension is GRANTED. The Plainti Executive Committees may file any motion to compel by October 30, 2018. The Kingdom of Saudi Arabia may file a by November 20, 2018. No reply is requested. The parties are directed to use the additional time to meet and confer a good faith efforts to resolve any discovery issues themselves. Any motion to compel must indicate that the parties ha conferred in good faith. In addition, a discovery conference is scheduled for October 12, 2018, at 11:00 a.m. in Court Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Clerk of Court is respectfully directed the motion at ECF No. 4114. (Motions due by 10/30/2018.) (Signed by Magistrate Judge Sarah Netburn on 8/21/201 (Entered: 08/21/2018) |
| 21/2018 | | Set/Reset Deadlines: (Responses due by 11/20/2018.) Set/Reset Hearings: (Discovery Hearing set for 10/12/2018 at 1 in Courtroom 110, 40 Centre Street, New York, NY 10007 before Magistrate Judge Sarah Netburn.) (ras) (Entered: 0 |
| 21/2018 | 4116 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Sarah Netburn from James P. Kreindle 08/21/2018 re: 4077 LETTER MOTION for Discovery *re Confidentiality Order* addressed to Magistrate Judge Sarah from Michael K. Kellogg dated July 31, 2018. . Document filed by Plaintiffs Executive Committees. (Attachments: # |

| | | |
|---|---|---|
| | | 1, # 2 Exhibit 2)(Kreindler, James) (Entered: 08/21/2018) |
| 22/2018 | 4117 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg date 22, 2018 re: (29 in 1:18−cv−05373−GBD−SN, 54 in 1:17−cv−05471−GBD−SN, 39 in 1:17−cv−07317−GBD−SN, 8 1:17−cv−02651−GBD−SN, 69 in 1:17−cv−00348−GBD−SN, 22 in 1:18−cv−00538−GBD−SN, 50 in 1:16−cv−07456−GBD−SN, 24 in 1:18−cv−05383−GBD−SN, 53 in 1:17−cv−05174−GBD−SN, 46 in 1:17−cv−07914−GBD−SN, 59 in 1:17−cv−02129−GBD−SN, 626 in 1:04−cv−05970−GBD−SN, 69 in 1:16−cv−08884−GBD−SN, 391 in 1:03−cv−08591−GBD−SN, 62 in 1:16−cv−08070−GBD−SN, 76 in 1:17−cv−02003−GBD−SN, 579 in 1:04−cv−07065−GBD−SN, 30 in 1:18−cv−03162−GBD−SN, 36 in 1:17−cv−08617−GBD−SN, 19 in 1:18−cv−03353−GBD−SN, 1024 in 1:03−cv−06978−GBD−SN, 84 in 1:17−cv−03908−GBD−SN, 817 in 1:03−cv−09849−GBD−SN, 90 in 1:17−cv−00450−GBD−SN, 91 in 1:16−cv−09663−GBD−SN, 607 in 1:04−cv−07279−GBD−SN, 90 in 1:17−cv−00117−GBD−SN, 4077 in 1:03−md−01570−GBD−SN, 450 in 1:04−cv−01922−GBD−SN, 392 in 1:04−cv−07216−GBD−SN, 52 in 1:17−cv−06123−GBD−SN, 49 in 1:17−cv−03810−GBD−SN, 33 in 1:17−cv−06519−GBD−SN, 25 in 1:18−cv−00947−GBD−SN, 90 in 1:16−cv−09937−GBD−SN, 56 in 1:17−cv−04201−GBD−SN, 66 in 1:17−cv−03887−GBD−SN) LETTER MOTION for Discovery *re Confidentiality Order* addressed to Magistrate Judg Netburn from Michael K. Kellogg dated July 31, 2018. . Document filed by Kingdom of Saudi Arabia. Filed In Asso Cases: 1:03−md−01570−GBD−SN et al.(Kellogg, Michael) (Entered: 08/22/2018) |
| 22/2018 | 4118 | TRANSCRIPT of Proceedings re: CONFERENCE held on 4/11/2018 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Thomas Murray, (212) 805−0300. Transcript may be viewed at the court public terminal or pu through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 9/12/2018. Redacted Transcript Deadline set for 9/24/2018. Releas Transcript Restriction set for 11/20/2018.(McGuirk, Kelly) (Entered: 08/22/2018) |
| 22/2018 | 4119 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFER proceeding held on 4/11/18 has been filed by the court reporter/transcriber in the above−captioned matter. The partie seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such No the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...( Kelly) (Entered: 08/22/2018) |
| 23/2018 | 4120 | MOTION for Default Judgment as to *the Ashton Wrongful Death Plaintiffs*. Document filed by Kathleen Ashton(Pers Representative of the Estate of Thomas Ashton). (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, James) (Entered: 08/23/2018) |
| 23/2018 | 4121 | DECLARATION of James P. Kreindler in Support re: (4120 in 1:03−md−01570−GBD−SN, 926 in 1:02−cv−06977− MOTION for Default Judgment as to *the Ashton Wrongful Death Plaintiffs*.. Document filed by Kathleen Ashton(Pe Representative of the Estate of Thomas Ashton). (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order Exhibit B) Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, James) (Entered: 08/23/2018) |
| 24/2018 | 4122 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of default judgment, A true and certified copy of 31, 2015 Default Judgment on liability, A true and certified copy of the August 7, 2018 Final Order of Judgement an moving papers for Plaintiffs Motion, A copy of the Foreign Sovereign Immunities Act, Certified Farsi translations of above documents mailed to Islamic Republic of Iran H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Minis Foreign Affairs Imam Khomeini Street, Imam Khomeini Square Tehran, Islamic Republic of Iran on 08/24/2018 by Express tracking # 773045479829, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Re Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN(smc) (Entered: 08/24/2018) |
| 27/2018 | 4123 | OPINION AND ORDER re: (872 in 1:02−cv−06977−GBD−SN, 3823 in 1:03−md−01570−GBD−SN) MOTION to Yasin Kadi to to produce documents, filed by Kathleen Ashton, (3830 in 1:03−md−01570−GBD−SN) MOTION to Yasin Kadi to Document Production, filed by Plaintiffs Executive Committees. The PECs' motion to compel is GRA part and DENIED in part. Within 30 days of the date of this Opinion and Order, Kadi is ORDERED to search for and the two reports discussed above that were prepared in anticipation of Rowad's liquidation and the 11 documents discu regarding Saudi Arabia's investigations of Kadi. If he is unable to locate or obtain all of these reports and documents, ORDERED to produce a sworn declaration within 30 days of the date of this Opinion and Order that describes in det efforts to locate the reports and documents. Kadi is not required to produce any other documents at this time. In addit 30 days of this Opinion and Order, the parties are directed to meet and confer and make good faith efforts to resolve t regarding Kadi's privilege log. Finally, the PECs' request for attorneys' fees is treated as withdrawn, and Kadi's reque attorneys' fees is DENIED. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 3823, 38 MDL and ECF No. 872 in 02−CV−6977. (Signed by Magistrate Judge Sarah Netburn on 8/27/2018) Filed In Associa 1:03−md−01570−GBD−SN et al. (ras) (Entered: 08/27/2018) |
| 27/2018 | 4124 | OPINION AND ORDER re: (3822 in 1:03−md−01570−GBD−SN) MOTION for Sanctions, filed by Plaintiffs PI Ex Committee, Plaintiffs Executive Committees, (3827 in 1:03−md−01570−GBD−SN) MOTION to Compel Muslim W and International Islamic Relief Organization to Produce Responsive Documents, filed by Plaintiffs Executive Comm |

| | | |
|---|---|---|
| | | PECs' motion for sanctions (ECF No. 3822) is DENIED as untimely. In addition, the PECs' motion to compel (ECF N GRANTED in part and DENIED in part. Within 60 days of the date of this Opinion and Order, MWL and IIRO are C to search all of the branch offices that they have not already searched and produce any banking records from those of any documents falling within the categories identified in the Court's April 12, 2011 Order. MWL and IIRO are not re search for any other documents at this time. The Clerk of Court is respectfully directed to terminate the motions at EC 3822 and 3827. (Signed by Magistrate Judge Sarah Netburn on 8/27/2018) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (ras) (Entered: 08/27/2018) |
| 27/2018 | 4125 | ORDER denying (817) Letter Motion for Discovery in case 1:03−cv−09849−GBD−SN; denying (4077) Letter Motio Discovery in case 1:03−md−01570−GBD−SN; denying (450) Letter Motion for Discovery in case 1:04−cv−01922−C denying (626) Letter Motion for Discovery in case 1:04−cv−05970−GBD−SN; denying (579) Letter Motion for Disc case 1:04−cv−07065−GBD−SN; denying (392) Letter Motion for Discovery in case 1:04−cv−07216−GBD−SN; deny Letter Motion for Discovery in case 1:04−cv−07279−GBD−SN; denying (50) Letter Motion for Discovery in case 1:16−cv−07456−GBD−SN; denying (62) Letter Motion for Discovery in case 1:16−cv−08070−GBD−SN; denying (6 Motion for Discovery in case 1:16−cv−08884−GBD−SN; denying (91) Letter Motion for Discovery in case 1:16−cv−09663−GBD−SN; denying (90) Letter Motion for Discovery in case 1:16−cv−09937−GBD−SN; denying (9 Motion for Discovery in case 1:17−cv−00117−GBD−SN; denying (69) Letter Motion for Discovery in case 1:17−cv−00348−GBD−SN; denying (90) Letter Motion for Discovery in case 1:17−cv−00450−GBD−SN; denying (7 Motion for Discovery in case 1:17−cv−02003−GBD−SN; denying (59) Letter Motion for Discovery in case 1:17−cv−02129−GBD−SN; denying (84) Letter Motion for Discovery in case 1:17−cv−02651−GBD−SN; denying (4 Motion for Discovery in case 1:17−cv−03810−GBD−SN; denying (66) Letter Motion for Discovery in case 1:17−cv−03887−GBD−SN; denying (84) Letter Motion for Discovery in case 1:17−cv−03908−GBD−SN; denying (5 Motion for Discovery in case 1:17−cv−04201−GBD−SN; denying (53) Letter Motion for Discovery in case 1:17−cv−05174−GBD−SN; denying (54) Letter Motion for Discovery in case 1:17−cv−05471−GBD−SN; denying (5 Motion for Discovery in case 1:17−cv−06123−GBD−SN; denying (33) Letter Motion for Discovery in case 1:17−cv−06519−GBD−SN; denying (39) Letter Motion for Discovery in case 1:17−cv−07317−GBD−SN; denying (4 Motion for Discovery in case 1:17−cv−07914−GBD−SN; denying (36) Letter Motion for Discovery in case 1:17−cv−08617−GBD−SN; denying (22) Letter Motion for Discovery in case 1:18−cv−00538−GBD−SN; denying (2 Motion for Discovery in case 1:18−cv−00947−GBD−SN; denying (30) Letter Motion for Discovery in case 1:18−cv−03162−GBD−SN; denying (19) Letter Motion for Discovery in case 1:18−cv−03353−GBD−SN; denying (2 Motion for Discovery in case 1:18−cv−05373−GBD−SN; denying (24) Letter Motion for Discovery in case 1:18−cv−05383−GBD−SN; denying (1024) Letter Motion for Discovery in case 1:03−cv−06978−GBD−SN; denying Letter Motion for Discovery in case 1:03−cv−08591−GBD−SN. The Kingdom's motion to supplement the protective DENIED. The Court will not adopt the procedures the Kingdom has proposed. Instead, the parties are directed to con the existing protective order, ECF No. 1900, and the Court's Individual Practices when they wish to file any informat Court that has been designated as confidential. The Court's temporary order prohibiting parties from filing any docum docket that have been designated as confidential by the Kingdom (ECF No. 4079) is VACATED. The Clerk of Court respectfully directed to terminate the motion at ECF No. 4077. (Signed by Magistrate Judge Sarah Netburn on 8/27/2 In Associated Cases: 1:03−md−01570−GBD−SN et al. (ras) (Entered: 08/28/2018) |
| 28/2018 | 4126 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF BURNETT/IRAN PLAINTIFFS IDEN EXHIBIT A: (BURNETT/IRAN III) Upon consideration of the evidence and arguments submitted by Plaintiffs ident Exhibit A to this Order, plaintiffs in Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al., 15−cv−9903 ("Burnett/Iran"), who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of killed in the terrorist attacks on September 11, 2001, and the Judgment by Default for liability only against the Islami of Iran, the Islamic Revolutionary Guard Corps, and The Central Bank of the Islamic Republic of Iran (collectively, t Defendants") entered on January 31, 2017 (15−cv−9903 ECF No. 85), together with the entire record in this case, it is ORDERED that partial final judgment is entered against the Iran Defendants and on behalf of the Plaintiffs in Thoma Sr., et al. v. The Islamic Republic of Iran, et al., 15−cv−9903, as identified in the attached Exhibit A, who are each a s parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of individuals killed in the terrorist attacks September 11, 2001, as indicated in Exhibit A, and it is ORDERED that Plaintiffs identified in Exhibit A are awarded damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set f Exhibit A; and it is ORDERED that Plaintiffs identified in Exhibit A are awarded: compensatory damages for decede and suffering in an amount of $2,000,000 per estate, as set forth in Exhibit A; and it is ORDERED that Plaintiffs ider expert reports attached as Exhibits B − D to the Haefele Declaration, dated August 16, 2018 (and identified in Exhibi awarded economic damages as set forth in Exhibit A and as supported by the expert reports and analyses submitted a B, C, and D of the Haefele Declaration, and it is ORDERED that Plaintiffs identified in Exhibit A are awarded prejud interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgme ORDERED that Plaintiffs identified in Exhibit A may submit an application for punitive damages, economic damage damages (to the extent such awards have not previously been ordered) at a later date consistent with any future ruling this Court on this issue, and it is ORDERED that the remaining Burnett/Iran Plaintiffs not appearing on Exhibit A, ma in later stages applications for damages awards, and to the extent they are for solatium or by estates for compensatory for decedents pain and suffering from the September 11 attacks, they will be approved consistent with those approved the Plaintiffs appearing on Exhibit A. (Signed by Judge George B. Daniels on 8/28/2018) (ne) Modified on 8/29/2018 (Entered: 08/28/2018) |

| | | |
|---|---|---|
| :8/2018 | 4127 | FINAL ORDER OF SUMMARY JUDGMENT: Upon consideration of the evidence and arguments by the Ashton w death Plaintiffs in the above−captioned action and the Judgments by Default Against the Islamic Republic of Iran pre entered by this Court, together with the entire record in this case, it is hereby; ORDERED that final judgment is enter behalf of those Plaintiffs in Ashton et al. v. Al Qaeda Islamic Army et al., 02−CV−6977 (GBD) (SN) identified in the Exhibit A against the Islamic Republic of Iran (the "Ashton VII Plaintiffs"); and it is ORDERED that the Ashton VII identified in the attached Exhibit A arc awarded solatium damages as set forth in Exhibit A; and it is ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96% per annum; all interest compounded annually over period; and it is ORDERED that the Ashton Plaintiffs not appearing on Exhibit A and who were not previously awarc damages may submit in later stages applications for solatium and/or economic damages awards that will be approved same basis as currently approved for those Plaintiffs appearing on Exhibit A. (Signed by Judge George B. Daniels on (ne) Modified on 8/29/2018 (ne). (Entered: 08/28/2018) |
| :9/2018 | 4128 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele dated August 29, 2018 re: Request fo of time to file joint letter on fee application schedule. Document filed by Plaintiffs Executive Committees.(Haefele, F (Entered: 08/29/2018) |
| :9/2018 | 4129 | MEMO ENDORSEMENT on re: 4128 Letter filed by Plaintiffs Executive Committees. ENDORSEMENT: The exte GRANTED. The parties shall submit their joint status letter regarding the attorneys' fees and costs that should be imp Charity Official Defendants by October 4, 2018. (Signed by Magistrate Judge Sarah Netburn on 8/29/2018) (ras) (En 08/29/2018) |
| :9/2018 | 4130 | OPINION AND ORDER re: (3910 in 1:03−md−01570−GBD−SN) MOTION to Compel Defendants, World Assemb Muslim Youth−Saudi Arabia and World Assembly of Muslim Youth−International to to produce responsive docume to Federal Rule of Civil Procedure 37(a), filed by Plaintiffs Executive Committees. The PECs' motion to compel is G in part and DENIED in part. Within 7 days of the date of this Opinion and Order, WAMY is ORDERED to provide t with a complete list of all of its branch offices from 1992 until 2002. Within 14 days of this Opinion and Order, the P directed to provide WAMY with a list of no more than 20 branch offices that the PECs believe are most relevant to t Within 60 days of the date of this Opinion and Order, WAMY is ORDERED to conduct a more thorough search for c located in the 20 branch offices that the PECs identify and to produce any additional relevant documents. In addition, days of the date of this Opinion and Order, WAMY is ORDERED to search for and produce the following: all docur responsive to the PECs' fourth set of document requests; all reports, meeting minutes, and other documents from WA governing bodies, boards, and committees; WAMY's annual reports for 1992, 1993, and 1995; all documents relating WAMY's relationship with the Saudi government, Saudi ministries, and Saudi embassies; all documents relating to t Benevolence International Foundation; all records regarding WAMY's relationship with or financial support for Ham and the Palestinian Islamic Jihad; and unredacted versions of all documents that WAMY has previously produced in form (with the exception of any documents listed on a privilege log). Finally, within 60 days of the date of this Opini Order, WAMY is ORDERED to produce a sworn declaration describing in detail its efforts to locate: additional docu branch offices; all reports, meeting minutes, and other documents from WAMY's governing bodies, boards, and com documents relating to WAMY's relationship with the Saudi government; documents relating to the Benevolence Inte Foundation; and documents regarding WAMY's relationship with or financial support for Hamas, Fatah, and the Pale Islamic Jihad The Clerk of Court is respectfully directed to terminate the motion at ECF No. 3910. (Signed by Magis Sarah Netburn on 8/29/2018) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (ras) (Entered: 08/29/2018 |
| :0/2018 | 4131 | MOTION for Default Judgment as to *Burnett/Iran wrongful death plaintiffs*. Document filed by Thomas E. Burnett, S Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Haefele, Robert) (Entered: 08/30/2018) |
| :0/2018 | 4132 | MEMORANDUM OF LAW in Support re: (4131 in 1:03−md−01570−GBD−SN, 115 in 1:15−cv−09903−GBD−SN) for Default Judgment as to *Burnett/Iran wrongful death plaintiffs*. *(Burnett/Iran IV)*. Document filed by Thomas E. B Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Haefele, Robert) (Entered: 08/30 |
| :0/2018 | 4133 | NOTICE OF APPEARANCE by Gabrielle Ellisa Pritsker on behalf of Dubai Islamic Bank. Filed In Associated Case 1:03−md−01570−GBD−SN et al.(Pritsker, Gabrielle) (Entered: 08/30/2018) |
| :0/2018 | 4134 | DECLARATION of Robert T. Haefele in Support re: (115 in 1:15−cv−09903−GBD−SN, 4131 in 1:03−md−01570−( MOTION for Default Judgment as to *Burnett/Iran wrongful death plaintiffs*.. Document filed by Thomas E. Burnett, (Attachments: # 1 Exhibit A, # 2 Exhibit B_Declaration of Elba I Cedeno, # 3 Exhibit C_Declaration of Christina J K Exhibit D_Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Haef (Entered: 08/30/2018) |
| :0/2018 | 4135 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Thomas E. Burnett, Sr. (Haefe **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 08/30/2018) |
| :0/2018 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. 4135 Propose Judgment was reviewed and approved as to form. (km)** (Entered: 08/30/2018) |
| :0/2018 | 4136 | OPINION AND ORDER re: (4064 in 1:03−md−01570−GBD−SN) MOTION for Reconsideration re; (4043) Memor Opinion, filed by Abdullah Omar Naseef, Abdullah Muhsen Al Turki, Adnan Basha, Abdullah Bin Saleh Al−Obaid. Officials' motion for reconsideration is DENIED. In addition, Mr. Alan Kabat, the Charity Officials' attorneys from L |

| | | |
|---|---|---|
| | | Kaufmann Middlemiss PLLC, and the appropriate representatives from the PECs are ORDERED to appear in person discovery conference scheduled for October 12, 2018, at 11:00 a.m. in Courtroom 110, Thurgood Marshall Courthou Square, New York, New York. The Court intends to discuss why Mr. Kabat made representations on behalf of Al−Tu Naseef during periods of time when he was not in communication with those clients. The Clerk of Court is respectful to terminate the motion at ECF No. 4064. (Signed by Magistrate Judge Sarah Netburn on 8/30/2018) Filed In Associa 1:03−md−01570−GBD−SN et al. (ras) (Main Document 4136 replaced on 8/30/2018) (ras). (Entered: 08/30/2018) |
| 30/2018 | 4137 | LETTER MOTION for Leave to File Declarations addressed to Magistrate Judge Sarah Netburn from Omar T. Moha Esq. dated 8/30/2018. Document filed by Wamy International, Inc., World Assembly of Muslim Youth.(Mohammedi (Entered: 08/30/2018) |
| 30/2018 | 4138 | OPINION AND ORDER re: (3742 in 1:03−md−01570−GBD−SN) MOTION for Sanctions *Against Defendant Wa'el Jelaidan*, filed by Plaintiffs Executive Committees. The PECs' October 2017 motion for sanctions (ECF No. 3742) is By September 28, 2018, Jelaidan is ORDERED to file a sworn declaration with the Court providing detailed response questions listed above. In addition, a conference is scheduled for October 12, 2018, at 10:00 a.m. in Courtroom 110, Marshall Courthouse, 40 Foley Square, New York, New York. McMahon and the relevant members of the PECs are to appear at the conference in person. The parties should be prepared to discuss the PECs' May 2018 motion for sanct McMahon's motion to withdraw. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 3742 by Magistrate Judge Sarah Netburn on 8/30/2018) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (ras) 08/31/2018) |
| 31/2018 | 4139 | LETTER MOTION to Expedite *decision on final judgements application filed on July 19, 2018 for non−immediate f members* addressed to Magistrate Judge Sarah Netburn from Andrew J Maloney, III, Esq dated 08/31/2018. Documer Kathleen Ashton(as Administrator of the Estate of Thomas Ashton, deceased and on behalf of all survivors of Thoma Ashton).Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Maloney, Andrew) (Ent 08/31/2018) |
| 31/2018 | 4140 | ORDER regarding 4139 Letter Motion to Expedite. The Court is in receipt of this letter and understands the parties' c (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 08/31/2018 |
| 31/2018 | 4141 | MOTION for Default Judgment as to *Burnett/Iran V*. Document filed by Thomas E. Burnett, Sr.Filed In Associated C 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Haefele, Robert) (Entered: 08/31/2018) |
| 31/2018 | 4142 | ORDER granting 4137 Letter Motion for Leave to File Document. WAMY's request to file declarations from counse of its motion requesting that the Court reconsider Section IV of the July 29, 2018 Opinion and Order is GRANTED. I accordance with Local Civil Rule 6.3, the motion and declarations must be filed by September 12, 2018. The PECs sl response by September 26, 2018. WAMY may file a reply by October 3, 2018. The Clerk of Court is respectfully dire terminate the motion at ECF No. 4137. (Signed by Magistrate Judge Sarah Netburn on 8/31/2018) (ras) (Entered: 08/ |
| 31/2018 | | Set/Reset Deadlines: Motions due by 9/12/2018. Responses due by 9/26/2018. Replies due by 10/3/2018. (ras) (Enter 08/31/2018) |
| 31/2018 | 4143 | MEMORANDUM OF LAW in Support re: (4141 in 1:03−md−01570−GBD−SN, 121 in 1:15−cv−09903−GBD−SN) for Default Judgment as to *Burnett/Iran V*. . Document filed by Thomas E. Burnett, Sr. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Haefele, Robert) (Entered: 08/31/2018) |
| 31/2018 | 4144 | DECLARATION of Robert T. Haefele in Support re: (4141 in 1:03−md−01570−GBD−SN, 121 in 1:15−cv−09903−G MOTION for Default Judgment as to *Burnett/Iran V*.. Document filed by Thomas E. Burnett, Sr. (Attachments: # 1 E 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Haefele, Robert) (En 08/31/2018) |
| 31/2018 | 4145 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Thomas E. Burnett, Sr. (Haefe **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 08/31/2018) |
| 04/2018 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (4145 in 1:03−md−01570−GBD−SN, 124 in 1:15−cv−09903−GBD−SN) Proposed Default Judgment was reviewed and a to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(dt)** (Entered: 09/04/2 |
| 04/2018 | 4146 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF BURNETT/IRAN PLAINTIFFS IDEN EXHIBIT A: It is hereby ORDERED that partial final judgment is entered against the Iran Defendants and on behalf Burnett/Iran V Plaintiffs, and it is ORDERED that the Burnett/Iran V Plaintiffs are awarded: solarium damages of $8 per parent (or estate of a parent) and $4,250,000 per sibling, as set forth in Exhibit A; and it is ORDERED that the Bu V Plaintiffs are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from Septer 2001 until the date of judgment; and it is ORDERED that the Burnett/Iran V Plaintiffs may submit an application for damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a late consistent with any future rulings made by this Court on this issue, and it is ORDERED that the remaining Burnett/Ir not appearing on Exhibit A, may submit in later stages applications for damages awards, and to the extent they are fo or by estates for compensatory damages' for decedents pain and suffering from the September 11 attacks, they will be |

| | | |
|---|---|---|
| | | consistent with those approved herein for the Plaintiffs appearing on Exhibit A. (Signed by Judge George B. Daniels 9/4/2018) (mro) (Entered: 09/04/2018) |
| )5/2018 | 4147 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** MOTION Request for clarification r Order on Motion for Leave to File Document,, . Document filed by Wamy International, Inc., World Assembly of Mu Youth.(Mohammedi, Omar) Modified on 9/5/2018 (db). (Entered: 09/05/2018) |
| )5/2018 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Om Mohammedi to RE−FILE Document 4147 MOTION Request for clarification re: 4142 Order on Motion for L Document, . Use the event type Letter found under the event list Other Documents. (db)** (Entered: 09/05/2018) |
| )5/2018 | 4148 | LETTER addressed to Magistrate Judge Sarah Netburn from Omar T. Mohammedi, Esq., dated 09/05/2018 re: Reque clarification deadlines set in Document 4142 and Document 4130 [. Document filed by Wamy International, Inc., Wo Assembly of Muslim Youth.(Mohammedi, Omar) (Entered: 09/05/2018) |
| )6/2018 | 4149 | MOTION for Default Judgment as to *the Ashton Wrongful Death Plaintiffs*. Document filed by Kathleen Ashton(Pers Representative of the Estate of Thomas Ashton). (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, James) (Entered: 09/06/2018) |
| )6/2018 | 4150 | DECLARATION of James P. Kreindler in Support re: (938 in 1:02−cv−06977−GBD−SN, 4149 in 1:03−md−01570− MOTION for Default Judgment as to *the Ashton Wrongful Death Plaintiffs*.. Document filed by Kathleen Ashton(Per Representative of the Estate of Thomas Ashton). (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order Exhibit B) Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, James) (Entered: 09/06/2018) |
| )6/2018 | 4151 | MEMO ENDORSEMENT on re: 4148 Letter, filed by World Assembly of Muslim Youth, Wamy International, Inc. ENDORSEMENT: The deadlines in Section IV of the August 29, 2018, Opinion and Order are suspended pending th determination of WAMY's motion for reconsideration. The other deadlines in the August 29 Opinion and Order rema As stated in the August 31, 2018, Endorsed Order, WAMY's motion for reconsideration and accompanying declaratio filed by September 12, 2018. The PECs shall file a response by September 26, 2018. WAMY may file a reply by Oct 2018. (Signed by Magistrate Judge Sarah Netburn on 9/6/2018) (ras) (Entered: 09/07/2018) |
| )7/2018 | 4152 | FINAL ORDER OF SUMMARY JUDGMENT: Upon consideration of the evidence and arguments submitted by the wrongful death Plaintiffs in the above−captioned action and the Judgment by Default Against the Islamic Republic of entered on 08/26/2015, together with the entire record in this case, it is hereby; ORDERED that final judgment is ent behalf of those Plaintiffs in Ashton et al. v. Al Qaeda Islamic Army et al., 02−CV−6977 (GBD) (SN) identified in the Exhibit A against the Islamic Republic of Iran (the "Ashton VIII Plaintiffs"); and it is ORDERED that the Ashton VI identified in the attached Exhibit A are awarded solatium damages as set forth in Exhibit A; and it is ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96% per annum; all interest compounded annually over period; and it is ORDERED that the Ashton Plaintiffs not appearing on Exhibit A and who were not previously award damages may submit in later stages applications for solatium and/or economic damages awards that will be approved same basis as currently approved for those Plaintiffs appearing on Exhibit A. (Signed by Judge George B. Daniels on (Attachments: # 1 Appeal Package)(mro) (Entered: 09/07/2018) |
| .0/2018 | 4153 | LETTER MOTION for Discovery addressed to Magistrate Judge Sarah Netburn from James P Kreindler, Esq dated 0 Document filed by Plaintiffs Executive Committees.(Kreindler, James) (Entered: 09/10/2018) |
| .0/2018 | 4154 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** MOTION for Reconsideration re; 41 Memorandum & Opinion, 4130 Memorandum & Opinion . Document filed by Plaintiffs Executive Committees.(Hae Robert) Modified on 9/11/2018 (db). (Entered: 09/10/2018) |
| .1/2018 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Rol Turner Haefele to RE−FILE Document 4154 MOTION for Reconsideration re; 4124 Memorandum & Opinio Memorandum & Opinion . Use the event type Letter found under the event list Other Documents. (db)** (Entere 09/11/2018) |
| .1/2018 | 4155 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele dated September 10, 2018 re: Reques reconsider and/or clarify portions of ECF Nos. 4124 and 4130. Document filed by Plaintiffs Executive Committees.(I Robert) (Entered: 09/11/2018) |
| .2/2018 | 4156 | FINAL ORDER OF SUMMARY JUDGMENT: Upon consideration of the evidence and arguments submitted by the Burlingame wrongful death Plaintiffs in the above−captioned actions and the Judgment by Default Against the Islami of Iran entered on August 26, 2015, together with the entire record in this case, and in addition to the default judgmer compensatory damages for the pre−death conscious pain and suffering of each decedent, (see ECF Nos. 3226, 3229), hereby; ORDERED that final judgment is entered on behalf of the Burlingame Plaintiffs identified in Exhibit A agair Islamic Republic of Iran; it is ORDERED that the Burlingame Plaintiffs identified in the attached Exhibit A are awar solatium damages as set forth in Exhibit A with prejudgment interest on those awards to be calculated at a rate of 4.9 per annum, compounded annually, over the same period; ORDERED that the Burlingame Plaintiffs identified in the a Exhibits A may submit a future application for punitive damages consistent with any future rulings of this Court; OR |

| | | |
|---|---|---|
| | | that the Burlingame Plaintiffs not appearing on Exhibits A and who were not previously awarded solatium and/or eco damages may submit applications in later stages and they will be approved on the same basis as currently approved fo Plaintiffs appearing on Exhibits A. (Signed by Judge George B. Daniels on 9/12/2018) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN(mro) (Entered: 09/12/2018) |
| .2/2018 | 4157 | LETTER addressed to Judge George B. Daniels from James P. Kreindler dated 09/12/2018 re: Request for new actio made part of the MDL pursuant to the Court's 7/10/2018 Order. Document filed by Sirak Betru(Personal Representat Estate of YENENEH BETRU, Deceased ).(Kreindler, James) (Entered: 09/12/2018) |
| .2/2018 | 4158 | MOTION for Default Judgment as to *the Betru (Ashton IX) Wrongful Death Plaintiffs*. Document filed by Sirak Betr Representative of the Estate of YENENEH BETRU, Deceased ). (Attachments: # 1 Certificate of Service)Filed In As Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, James) (Entered: 09/12/2018) |
| .2/2018 | 4159 | DECLARATION of James P. Kreindler in Support re: (942 in 1:02−cv−06977−GBD−SN, 4158 in 1:03−md−01570− MOTION for Default Judgment as to *the Betru (Ashton IX) Wrongful Death Plaintiffs*.. Document filed by Sirak Betr Representative of the Estate of YENENEH BETRU, Deceased ). (Attachments: # 1 Exhibit A, # 2 Text of Proposed Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, James) (En 09/12/2018) |
| .2/2018 | 4160 | LETTER MOTION for Leave to File Corrected Exhibit A addressed to Judge George B. Daniels from James P. Krei September 12, 2018. Document filed by Sirak Betru(Personal Representative of the Estate of YENENEH BETRU, D (Attachments: # 1 Exhibit September 12 Corrected Exhibit A to Plaintiffs' Motion for Final Judgments (ECF No. 415 Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, James) (Entered: 09/12/2018) |
| .2/2018 | 4161 | MOTION for Default Judgment as to *Plaintiff Jaroslawa Skala*. Document filed by Jaroslawa Skala. (Attachments: # A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Haefele, Robert) (Entered: 09/ |
| .2/2018 | 4162 | MEMORANDUM OF LAW in Support re: (126 in 1:15−cv−09903−GBD−SN, 4161 in 1:03−md−01570−GBD−SN) for Default Judgment as to *Plaintiff Jaroslawa Skala*. . Document filed by Jaroslawa Skala. Filed In Associated Case 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Haefele, Robert) (Entered: 09/12/2018) |
| .2/2018 | 4163 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Jaroslawa Skala. (Attachment Exhibit A) (Haefele, Robert) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 09/12/ |
| .2/2018 | 4164 | MOTION for Reconsideration *of August 29, 2018 Order*. Document filed by Wamy International, Inc., World Assem Muslim Youth.(Mohammedi, Omar) (Entered: 09/12/2018) |
| .2/2018 | 4165 | MEMORANDUM OF LAW in Support re: 4164 MOTION for Reconsideration *of August 29, 2018 Order*. . Docume Wamy International, Inc., World Assembly of Muslim Youth. (Mohammedi, Omar) (Entered: 09/12/2018) |
| .2/2018 | 4166 | DECLARATION of Omar T. Mohammedi, Esq. in Support re: 4164 MOTION for Reconsideration *of August 29, 20* Document filed by Wamy International, Inc., World Assembly of Muslim Youth. (Attachments: # 1 Exhibit 1)(Moha Omar) (Entered: 09/12/2018) |
| .2/2018 | 4167 | DECLARATION of Frederick J. Goetz, Esq. in Support re: 4164 MOTION for Reconsideration *of August 29, 2018 C* Document filed by Wamy International, Inc., World Assembly of Muslim Youth. (Mohammedi, Omar) (Entered: 09/ |
| .2/2018 | 4168 | DECLARATION of Elizabeth K. Kimundi, Esq. in Support re: 4164 MOTION for Reconsideration *of August 29, 20* Document filed by Wamy International, Inc., World Assembly of Muslim Youth. (Mohammedi, Omar) (Entered: 09/ |
| .2/2018 | 4169 | LETTER addressed to Magistrate Judge Sarah Netburn from Omar T. Mohammedi, Esq. dated 9/12/2018 re: Respon 9/10/18 Reconsideration/Clarification Letter. Document filed by Wamy International, Inc., World Assembly of Musl Youth.(Mohammedi, Omar) (Entered: 09/12/2018) |
| .3/2018 | 4170 | FINAL ORDER OF SUMMARY JUDGMENT: ORDERED that final judgment is entered on behalf of those Plainti case Betru, et al. v. Islamic Republic of Iran, 18−cv−8297 identified in the attached Exhibit A against the Islamic Rep Iran (the "Betru (Ashton IX) Plaintiffs"); and it is ORDERED that the Betru (Ashton IX) Plaintiffs identified in the a Exhibit A are awarded solatium damages as set forth in Exhibit A; and it is ORDERED that prejudgment interest is a be calculated at a rate of 4.96% per annum; all interest compounded annually over the same period; and it is ORDER Plaintiffs not appearing on Exhibit A and who were not previously awarded damages may submit in later stages appli solatium and/or economic damages awards that will be approved on the same basis as currently approved for those P appearing on Exhibit A. (Signed by Judge George B. Daniels on 9/13/2018) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(jwh) (Entered: 09/13/2018) |
| .3/2018 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (128 in 1:15−cv−09903−GBD−SN, 4163 in 1:03−md−01570−GBD−SN) Proposed Default Judgment was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(dt)** (Entered: 09/1 |

| | | |
|---|---|---|
| .3/2018 | 4171 | CORRECTED ORDER OF PARTIAL FINAL DEFAULT JUDGMENT ON BEHALF OF PLAINTIFF JAROSLAV SKALA: ORDERED that partial final judgment is entered against the Iran Defendants and on behalf of Plaintiff Jaros in Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al., 15−cv−9903, as identified in the attached Exhibi the parent of John P. Skala, who was killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A, a ORDERED that Plaintiff Jaroslawa Skala is awarded solatium damages of $8,500,000 as the parent of John P. Skala a in Exhibit A; and it is ORDERED that Plaintiff Jaroslawa Skala is awarded prejudgment interest of 4.96 percent per a compounded annually, running from September 11, 2001 until the date of judgment; and it is ORDERED that that Pla Jaroslawa Skala may submit an application for punitive damages at a later date consistent with any future rulings mad Court on this issue, and it is ORDERED that the this plaintiff and the remaining Burnett Plaintiffs not appearing on E the extent such awards have not previously been addressed, may submit in later stages applications for damages awar the extent they are for solatium or by estates for compensatory damages for conscious pain and suffering of decedents September 11 attacks, they will be approved consistent with those approved herein for the Plaintiffs appearing on Exl (Signed by Judge George B. Daniels on 9/13/2018) (jwh) (Entered: 09/13/2018) |
| .3/2018 | 4172 | MOTION for Raymond D. Jackson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−15567057. **M supporting papers to be reviewed by Clerk's Office staff.** Document filed by Dubai Islamic Bank. (Attachments: # of Raymond D. Jackson, # 2 Certificate of good standing VA, # 3 Certificate of good standing DC, # 4 Text of Propo Order)(Jackson, Raymond) (Entered: 09/13/2018) |
| .3/2018 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 4172 MOTION for Raymo Jackson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−15567057. Motion and supporting be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (jc)** (Entere 09/13/2018) |
| .3/2018 | 4173 | MEMORANDUM DECISION AND ORDER granting in part and denying in part (4058) Motion for Default Judgme 1:03−md−01570−GBD−SN: Plaintiffs' motion is GRANTED IN PART and DENIED IN PART. For the foregoing re Court enters judgment against the Islamic Republic of Iran for a total of $127,500,000 as the sum of the following am further set forth in this order. Plaintiffs' counsel shall provide this Court with a signed declaration from Nissa Youngr two weeks of the judgment. If this Court does not receive Nissa Youngren's declaration, her judgment will be vacated who receive solatium awards shall be awarded prejudgment interest on those damages from September 11, 2001, to th judgment at the rate of 4. 96 percent per annum, compounded annually. The solatium claims for Crystal Barkow, Kay and Anthony (DeNiro) Graffino are DENIED under the principles established in Hoglan IV. Finally, Plaintiffs not ap this motion and who were not previously awarded damages may still submit applications for solatium and/or econom awards. (Signed by Judge George B. Daniels on 9/13/2018) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN (jwh) Transmission to Orders and Judgments Clerk for processing. (Entered: 09/13/2018) |
| .3/2018 | 4174 | ORDER granting 4172 Motion for Raymond D. Jackson to Appear Pro Hac Vice (HEREBY ORDERED by Magistra Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 09/13/2018) |
| .3/2018 | 4175 | MEMORANDUM DECISION AND ORDER granting (4131) Motion for Default Judgment in case 1:03−md−01570−GBD−SN; granting in part and denying in part (918) Motion for Default Judgment in case 1:02−cv−06977−GBD−SN; granting in part and denying in part (31) Motion for Default Judgment in case 1:02−cv−07230−GBD−SN; granting (115) Motion for Default Judgment in case 1:15−cv−09903−GBD−SN: For the reasons, this Court enters judgment against the Islamic Republic of Iran for a total of $42,250,000 as the sum of the fo amounts, as further set forth in this order. This Court denies the Burlingame Plaintiffs' claim on behalf of Kerby Laur the principles established in Hoglan IV. Both the Burnett and Burlingame Plaintiffs who receive solatium awards sha awarded prejudgment interest on those damages from September 11, 2001, to the date of judgment at the rate of 4.96 annum, compounded annually. Both the Burnett and Burlingame Plaintiffs may submit an application for punitive da economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date con any future rulings made by this Court on this issue. Finally, the remaining Burnett and Burlingame Plaintiffs not appe these motions and who were not previously awarded damages may still submit applications for solatium and/or econo damages awards. (Signed by Judge George B. Daniels on 9/13/2018) Filed In Associated Cases: 1:03−md−01570−Gl 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN, 1:15−cv−09903−GBD−SN (jwh) Transmission to Orders an Judgments Clerk for processing. (Entered: 09/13/2018) |
| .3/2018 | 4176 | LETTER addressed to Magistrate Judge Sarah Netburn from AUSA Sarah S. Normand dated 09/13/2018 re: PECs' R Leave to File a Motion to Compel Production in Response to Subpoena to Federal Bureau of Investigation. Documen FBI.(Normand, Sarah) (Entered: 09/13/2018) |
| .4/2018 | 4177 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Sarah Netburn from James P. Kreindler date 09/14/2018 re: 4153 LETTER MOTION for Discovery addressed to Magistrate Judge Sarah Netburn from James P K Esq dated 09/10/2018. . Document filed by Plaintiffs Executive Committees. (Kreindler, James) (Entered: 09/14/2018 |
| .4/2018 | 4178 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of default judgment, A true and certified copy of 31, 2015 Default Judgment on liability, A true and certified copy of the September 12, 2018 Final Order of Judgemer moving papers for Plaintiffs Motion, A copy of the Foreign Sovereign Immunities Act, Certified Farsi translations of above documents mailed to Islamic Republic of Iran H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Minist |

| | | |
|---|---|---|
| | | Foreign Affairs Imam Khomeini Street, Imam Khomeini Square Tehran, Islamic Republic of Iran on 09/14/2018 by F Express tracking # 7732 1159 1337, to the Secretary of State, Attn: Director of Consular Services, Office of Policy R Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). (smc) (Entered: 09/14/2018) |
| .4/2018 | 4179 | LETTER MOTION for Leave to File Declaration of Nissa Youngren addressed to Judge George B. Daniels from Jan Kreindler dated 09/14/2018. Document filed by Kathleen Ashton(Personal Representative of the Estate of Thomas A (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kre James) (Entered: 09/14/2018) |
| .7/2018 | 4180 | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY: Notice is hereby given that, subject to approv Court, Lisa O'Brien, Individually as Spouse, and as Personal Representative of the Estate of Timothy O'Brien, Decea substitutes John F. Schutty of the Law Office of John F. Schutty, P.C., 1919471, as counsel of record in place of Spei PC. The substitution of attorney is hereby approved and so ORDERED. (Attorney Jeanne Marie O'Grady; Frank H. C and Kenneth Paul Nolan terminated.) (Signed by Judge George B. Daniels on 9/17/2018) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN, 1:17−cv−02003−GBD−SN(jwh on 2/7/2019 (jwh). (Entered: 09/17/2018) |
| .7/2018 | 4181 | ORDER granting (4179) Letter Motion for Leave to File Document in case 1:03−md−01570−GBD−SN; granting (94 Motion for Leave to File Document in case 1:02−cv−06977−GBD−SN: SO ORDERED. (Signed by Judge George B. 9/17/2018) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN (jwh) (Entered: 09/17 |
| .7/2018 | 4182 | CLERK'S JUDGMENT re: 4175 Order on Motion for Default Judgment in favor of Frank Kminek Sr against Islamic of Iran; in favor of Frank Kminek Sr against Islamic Republic of Iran; in favor of Christopher Kminek against Islami of Iran; in favor of Christina L. Kminek against Islamic Republic of Iran; in favor of Andrew Petisce against Islamic Iran; in favor of Elba Iris Cedeno against Islamic Republic of Iran in the amount of $96,290,987.88. It is hereby ORD ADJUDGED AND DECREED: That for the reasons stated in the Court's Memorandum Decision and Order dated Se 13, 2018, judgment is entered against the Islamic Republic of Iran for a total of $42,500,000 as the sum of the follow amounts: (I) Frank Kminek, Sr. for Mari−Rae Sapper in the amount of $8,500,000, plus prejudgment interest at 4.96% annum, compounded annually in the amount of $10,872.151.41, for a total sum of $19,372,l51.41 (2) Frank Kminek, Mari−Rae Sopper in the amount of $4,250,000, plus prejudgment interest at 4.96% per annum, compounded annually amount of $5.436,075.70, for a total sum of $9,686,075.70 (3) Christopher Kminek for Mari−Rae Sopper in the amou $4,250,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $5,436,075.70, fo sum of $9,686,075.70 (4) Christina L. Kminek for Mari−Rae Sopper in the amount of $4,250,000, plus prejudgment 4.96% per annum, compounded annually in the amount of $5,436,075.70, for a total sum of $9,686,075.70 (5) Andre for Kenneth Waldie in the amount of $8,500,000, plus prejudgment interest at 4.96% per annum, compounded annua amount of $10,872, 151.41, for a total sum of $19,372,151.41 (6) Elba Iris Cedeno for Catherine Smith in the amoun $12,500,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $15,988,457.96, sum of $28.488,457.96 This Court denies the Burlingame Plaintiffs' claim on behalf of Kerby Laurent under the princ established in Hoglan IV. Both the Burnett and Burlingame Plaintiffs may submit an application for punitive damage damages. or other damages (to the extent such awards have not previously been ordered) at a later date consistent wit rulings made by this Court on this issue. Finally, the remaining Burnett and Burlingame Plaintiffs not appearing in th and who were not previously awarded damages may still submit applications for solatium and/or economic damages (Signed by Clerk of Court Ruby Krajick on 9/17/2018) (Attachments: # 1 Right to Appeal)(km) (Entered: 09/17/2018 |
| .7/2018 | 4183 | CLERK'S JUDGMENT re: 4173 Order on Motion for Default Judgment in favor of John Leinung against Islamic Re Iran; in favor of Dana Ann DeNiro against Islamic Republic of Iran; in favor of Joseph Walsh against Islamic Republ in favor of Kevin Walsh against Islamic Republic of Iran; in favor of Kristin Walsh against Islamic Republic of Iran; Robert Callanan against Islamic Republic of Iran; in favor of J. Linzee Whittaker against Islamic Republic of Iran; in LaKimmie Smith against Islamic Republic of Iran; in favor of Marshall Lashon Ross against Islamic Republic of Iran of Gregory Rakovsky against Islamic Republic of Iran; in favor of Kjell Youngren against Islamic Republic of Iran; i Nissa Youngren against Islamic Republic of Iran; in favor of Lisa Sloan against Islamic Republic of Iran; in favor of Bailey−Scauso against Islamic Republic of Iran; in favor of Nichole Scochemaro against Islamic Republic of Iran; in Anthony J. Viola against Islamic Republic of Iran; in favor of Vincent Viola against Islamic Republic of Iran; in favo Murphy (Schoenholtz) against Islamic Republic of Iran; in favor of Linda Steinman against Islamic Republic of Iran; Fern Rosenbaum against Islamic Republic of Iran; in favor of Esther E. Heymann against Islamic Republic of Iran; in Jason Tucker against Islamic Republic of Iran in the amount of $290,582,271.09. It is hereby ORDERED, ADJUDGI DECREED: That for the reasons stated in the Court's Memorandum Decision and Order dated September 13, 2018, P motion is GRANTED IN PART and DENIED IN PART. Judgment is entered against the Islamic Republic of Iran fo $127,500,000 as the sum of the following amounts: (I) John Leinung for Paul Battaglia in the amount of $8,500,000, prejudgment interest at 4.96% per annum, compounded annually in the amount of $10,872,151.41,for a total sum of $19,372,151.41 (2) Dana Ann DeNiro for Peter Carroll in the amount of $4.250,000, plus prejudgment interest at 4.96 annum, compounded annually in the amount of $5,436,075.70, for a total sum of $9,686,075.70 (3) Joseph Walsh for Flyzik in the amount of $8,500,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amo $10,872, 151.41, for a total sum of $19,372, 151.41 (4) Kevin Walsh for Carol Flyzik in the amount of $4,250,000, p prejudgment interest at 4.96% per annum, compounded annually in the amount of $5,436,075.70, for a total sum of |

| | | |
|---|---|---|
| | | $9,686,075.70 (5) Kristin Walsh for Carol Flyzik in the amount of $4,250,000, plus prejudgment interest at 4.96% pe compounded annually in the amount of $5,436,075.70,for a total sum of $9,686,075.70 ( 6) Robert Callanan for Rich in the amount of $8,500,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $10,872,151.41, for a total sum of $19,372,151.41 (7) J. Linzee Whittaker for Karen Hagerty in the amount of $4,25( prejudgment interest at 4.96% per annum, compounded annually in the amount of $5,436,075.70, for a total sum of $9,686,075.70 (8) LaKimmie Smith for Ronnie Lee Henderson in the amount of $8,500,000, plus prejudgment intere per annum, compounded annually in the amount of $10,872, 15 1.41, for a total sum of $19,372,151.41 (9) Marshall Ross for Ronnie Henderson in the amount of $8,500,000, plus prejudgment interest at 4.96% per annum, compounde in the amount of $10,872, 151.41, for a total sum of $19,372,151.41 ( 10) Gregory Rakovsky for Euguenu Kniazev ir amount of $4,250,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $5,436 a total sum of $9,686,075.70 ( 11 )Kjell Youngren for Robert Le Blanc in the amount of $8,500,000, plus prejudgmer 4.96% per annum, compounded annually in the amount of $10,872,151.41, for a total sum of $19,372,151.41 ( 12) N Youngren for Robert Le Blanc in the amount of $8,500,000, plus prejudgment interest at 4.96% per annum, compour annually in the amount of $10,872,151.41, fora total sum of $19,372,151.41 ( 13) Lisa Sloan for Jeffery Palazzo in th $4,250,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $5,436,075.70, fo sum of $9,686,075.70 ( 14) Darice Bailey−Scauso for Dennis Scauso in the amount of $8,500,000, plus prejudgment 4. 96% per annum, compounded annually in the amount of $10,872,151.41, for a total sum of $19,372,151.41 ( 15) N Scochemaro for Kevin Smith in the amount of $4,250,000, plus prejudgment interest at 4.96% per annum, compound in the amount of $5,436,075.70, for a total sum of $9,686,075.70 ( 16) Anthony J. Viola for Kevin Smith in the amou $4,250,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $5,436,075.70, fo sum of $9,686,075.70 ( 17) Vincent Viola for Kevin Smith in the amount of $4,250,000, plus prejudgment interest at annum, compounded annually in the amount of $5,436,075.70, for a total sum of $9,686,075.70 ( 18) Jessica (Schoer Murphy for Alexander Steinman in the amount of $2, 125,000, plus prejudgment interest at 4.96% per annum, compo annually in the amount of $2,718,037.85, for a total sum of $4,843,037.85 ( 19) Linda Steinman for Alexander Steinr amount of $4,250,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $5,436 a total sum of $9,686,075.70 (20) Fern Rosenbaum for Brooke D. Rosenbaum in the amount of $4,250,000, plus prej interest at 4.96% per annum, compounded annually in the amount of $5,436,075.70, for a total sum of $9,686,075.70 E. Heymann for Honor Elizabeth Wainio in the amount of $8,500,000, plus prejudgment interest at 4.96% per annum compounded annually in the amount of $10,872, 151.41, for a total sum of $19,372,151.41 (22) Jason Tucker for Bri in the amount of $2,125,000, plus prejudgment interest at 4. 96% per annum, compounded annually in the amount of $2,718,037.85, for a total sum of $4,843,037.85 Plaintiffs' counsel shall provide this Court with a signed declaration Youngren within two weeks of the judgment. If this Court does not receive Nissa Youngren's declaration, her judgme vacated. The solatium claims for Crystal Barkow, Kayla Barkow, and Anthony (DeNiro) Graffino are DENIED unde principles established in Hoglan IV. Finally, Plaintiffs not appearing in this motion and who were not previously awa damages may still submit applications for solatium and/or economic damages awards. (Signed by Clerk of Court Rut on 9/17/2018) (Attachments: # 1 Right to Appeal)(km) (Entered: 09/17/2018) |
| .7/2018 | 4186 | CLERK'S CORRECTED JUDGMENT re: (4173 in 1:03−md−01570−GBD−SN, 946 in 1:02− cv−06977−GBD−SN) Motion for Default Judgment in favor of Elaine Leinung, John Leinung against Islamic African Relief Agency, The I Republic of Iran; in favor of Dana Ann DeNiro against The Islamic Republic of Iran; in favor of Charles Walsh, Jose against The Advice and Reformation Committee(ARC), The Islamic Republic of Iran; in favor of Charles Walsh, Ke against The Islamic Republic of Iran; in favor of WEST AMERICAN INSURANCE COMPANY, Kristin Walsh aga Islamic Republic of Iran; in favor of Robert Callanan, Ryszard Cala against The Islamic Republic of Iran; in favor of Whittaker against The Islamic Republic of Iran; in favor of LaKimmie Smith against The Islamic Republic of Iran; ir Marshall Lashon Ross against The Islamic Republic of Iran; in favor of Gregory Rakovsky against The Islamic Repu in favor of Kjell Youngren against The Islamic Republic of Iran; in favor of Nissa Youngren against The Islamic Rep Iran; in favor of Lisa Sloan against The Islamic Republic of Iran; in favor of Darcie Bailey−Scauso against The Islam of Iran; in favor of Nichole Scochemaro against The Islamic Republic of Iran; in favor of Anthony J. Viola against Tl Republic of Iran; in favor of Vincent Viola against The Islamic Republic of Iran; in favor of Jessica Murphy (Schoen against The Islamic Republic of Iran; in favor of Linda Steinman against The Islamic Republic of Iran; in favor of Fe Rosenbaum against The Islamic Republic of Iran; in favor of Esther E. Heymann against The Islamic Republic of Ira of Jason Tucker against The Islamic Republic of Iran. This document relates to: Ashton et al. v. al Qaeda Islamic Arr 02 Civ. 6977 (GBD)(SN) It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Memorandum Decision and Order dated September 13, 2018, Plaintiffs' motion is GRANTED IN PART and DENIE PART. Judgment is entered against the Islamic Republic of Iran for a total of $127,500,000 as the sum of the followi (I) John Leinung for Paul Battaglia in the amount of $8,500,000, plus prejudgment interest at 4.96% per annum, com annually in the amount of $10,872,151.41, for a total sum of $19,372,151.41 (2) Dana Ann DeNiro for Peter Carroll i amount of $4,250,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $5,436 a total sum of $9,686,075.70 (3) Joseph Walsh for Carol Flyzik in the amount of $8,500,000, plus prejudgment intere per annum, compounded annually in the amount of $10,872,151.41, for a total sum of $19,372,151.41 (4) Kevin Wal Flyzik in the amount of $4,250,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amo $5,436,075.70, for a total sum of $9,686,075.70 (5) Kristin Walsh for Carol Flyzik in the amount of $4,250,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $5,436,075.70, for a total sum of $9,686,075.70 (6) Robert Callanan for Richard Gabriel in the amount of $8,500,000, plus prejudgment interest at 4.9 annum, compounded annually in the amount of $10,872,151.41, fora total sum of $19,372,151.41 (7) J. Linzee Whitt |

| | | |
|---|---|---|
| | | Karen Hagerty in the amount of $4,250,000, plus prejudgment interest at 4.96% per annum, compounded annually in of $5,436,075.70 for a total sum of $9,686,075.70 (8) LaKimmie Smith for Ronnie Lee Henderson in the amount of $ plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $10.872,151.41, for a total sur $19,372,151.41 (9) Marshall Lashon Ross for Ronnie Henderson in the amount of $8,500,000, plus prejudgment inte 4.96% per annum, compounded annually in the amount of $10,872,151.41, for a total sum of $19,372,151.41 (l0) Gre Rakovsky for Euguenu Kniazev in the amount of $4.250,000, plus prejudgment interest at 4.96% per annum, compou annually in the amount of $5,436,075.70, for a total sum of $9,686,075.70 (11) Kjel I Youngren for Robert Le Blanc amount of $8,500,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $10,87 for a total sum of $19,372,151.41 (12) Nissa Youngren for Robert Le Blanc in the amount of $8,500,000, plus prejud interest at 4.96% per annum, compounded annually in the amount of $10,872,151.41, for a total sum of $19,372,151. Sloan for Jeffery Palazzo in the amount of $4,250,000, plus prejudgment interest at 4.96% per annum, compounded a the amount of $5,436,075.70, for a total sum of $9,686,075.70 (14) Darice Bailey−Scauso for Dennis Scauso in the a $8,500,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $10,872,151.41, f sum of $19,372,151.41 (15) Nichole Scochemaro for Kevin Smith in the amount of $4,250,000, plus prejudgment int 4.96% per annum, compounded annually in the amount of $5,436,075.70, for a total sum of $9,686,075.70 (16) Anth for Kevin Smith in the amount of $4,250,000, plus prejudgment interest at 4.96% per annum, compounded annually i amount of $5,436,075.70, for a total sum of $9,686,075.70 (17) Vincent Viola for Kevin Smith in the amount of $4,2 plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $5,436,075.70, for a total sum $9,686,075.70 (18) Jessica (Schoenholtz) Murphy for Alexander Steinman in the amount of $2,125,000, plus prejudg interest at 4.96% per annum, compounded annually in the amount of $2,718,037.85, for a total sum of $4,843,037.85 Steinman for Alexander Steinman in the amount of $4,250,000, plus prejudgment interest at 4.96% per annum, comp annually in the amount of $5,436,075.70, for a total sum of $9,686,075.70 (20) Fern Rosenbaum for Brooke D. Rose the amount of $4,250,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $5. for a total sum of $9,686,075.70 (21) Esther E. Heymann for Honor Elizabeth Wainio in the amount of $8,500,000, p prejudgment interest at 4.96% per annum, compounded annually in the amount of $10,872,151.41, for a total sum of $19,372,151.41 (22) Jason Tucker for Brian Warner in the amount of $2,125,000, plus prejudgment interest at 4.96% compounded annually in the amount of $2,718,037.85, for a total sum of $4,843,037.85 Plaintiffs' counsel shall provi Court with a signed declaration from Nissa Youngren within two weeks of the judgment. If this Court does not receiv Youngren's declaration, her judgment will be vacated. The solatium claims for Crystal Barkow, Kayla Barkow, and A (DeNiro) Graffino are DENIED under the principles established in Hoglan IV. Finally, Plaintiffs not appearing in thi and who were not previously awarded damages may still submit applications for solatium and/or economic damages (Signed by Clerk of Court Ruby Krajick on 9/17/2018) (Attachments: # 1 Right to Appeal)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(km) (Entered: 09/19/2018) |
| .7/2018 | 4188 | CLERK'S CORRECTED JUDGMENT re: (947 in 1:02−cv−06977−GBD−SN, 947 in 1:02−cv−06977−GBD−SN, 13 1:15−cv−09903−GBD−SN, 130 in 1:15−cv−09903−GBD−SN, 43 in 1:02−cv−07230− GBD−SN, 43 in 1:02−cv−07230−GBD−SN, 4175 in 1:03−md−01570−GBD−SN, 4175 in 1:03− md−01570−GBD−SN) Order on Mo Default Judgment in favor of Frank Kminek, Frank Kminek Sr, Frank Kminek, Sr, Robert Kmak against The Advice Reformation Committee(ARC), The Islamic Republic of Iran; in favor of Christina Kminek, Frank Kminek, Frank K Frank Kminek, Sr against The Advice and Reformation Committee(ARC), The Islamic Republic of Iran; in favor of ( Kminek, Christopher Kminek against The Advice and Reformation Committee(ARC), The Islamic Republic of Iran; Christina L. Kminek against The Islamic Republic of Iran; in favor of Andrew Petisce, Andrew Petisee, Andrew Pets Ann Peters against The Advice and Reformation Committee(ARC), The Islamic Republic of Iran; in favor of Elba Iri against The Advice and Reformation Committee(ARC), The Islamic Republic of Iran. This document relates to: Ash al Qaeda Islamic Army, et al., 02 Civ. 6977 (GED) (SN) Burlingame v. Bin Laden, et al., 02 Civ. 7230 (GED) (SN) T Burnett, Sr. et al. v. The Islamic Republic or Iran, et al., 15 Civ. 9903 (GED) (SN) It is hereby ORDERED, ADJUDC DECREED: That for the reasons stated in the Court's Memorandum Decision and Order dated September 13, 2018, j entered against the Islamic Republic of Iran for a total of $42,500,000 as the sum of the following amounts: (1) Frank Sr. for Mari−Rae Sopper in the amount of $8,500,000, plus prejudgment interest at 4.96% per annum, compounded a the amount of $10,872,151.41, for a total sum of $19,372,151.41 (2) Frank Kminck, Sr. for Mari−Rae Soppcr in the a $4,250,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $5,436,075.70, fo sum of $9,686,075.70 (3) Christopher Kminek for Mari−Rae Sopper in the amount of $4,250,000, plus prejudgment i 4.96% per annum, compounded annually in the amount of $5,436,075.70, for a total sum of $9,686,075.70 (4) Christ Kminek for Mari−Rae Sopper in the amount of $4,250,000, plus prejudgment interest at 4.96% per annum, compoun annually in the amount of $5.436,075.70, for a total sum of $9,686,075.70 (5) Andrew Petisce for Kenneth Waldie in of $8,500,000, plus prejudgment interest at 4.96% per annum, compounded annually in the amount of $10,872,151.4 sum of $19,372, 151.41 (6) Elba Iris Cedeno for Catherine Smith in the amount of $12,500,000, plus prejudgment int 4.96% per annum, compounded annually in the amount of $15,988,457.96, for a total sum of $28,488,457.96 This Co the Burlingame Plaintiffs' claim on behalf of Kerby Laurent under the principles established in Hoglan IV. Both the I Burlingame Plaintiffs may submit an application for punitive damages, economic damages, or other damages (to the awards have not previously been ordered) at a later date consistent with any future rulings made by this Court on this Finally, the remaining Burnett and Burlingame Plaintiffs not appearing in these motions and who were not previously damages may still submit applications for solatium and/or economic damages awards. (Signed by Clerk of Court Rub on 9/17/2018) (Attachments: # 1 Right to Appeal)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN, 1:15−cv−09903−GBD−SN(km) Modified on 9/19/2018 (km |

| | | |
|---|---|---|
| | | 09/19/2018) |
| .8/2018 | 4184 | MOTION for Issuance of Letters Rogatory as to (1) Ayatollah Ali Khamenei, Supreme Leader of Iran; (2) Akbar Has Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran; (3) National Iranian Tanker C (4) National Iranian Oil Corporation; (5) National Iranian Gas Corporation; (6) National Iranian Petrochemical Comp Iran Airlines; and, (8) Hezbollah in Switzerland *(via diplomatic channel) for service upon Islamic Republic of Iran*. D filed by Hoglan Plaintiffs. (Attachments: # 1 Exhibit proposed Letters Rogatory, # 2 Exhibit State Dept letter to Clerl # 3 Text of Proposed Order proposed order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Fleming, Timothy) (Entered: 09/18/2018) |
| .8/2018 | 4185 | MEMORANDUM OF LAW in Support re: (282 in 1:11−cv−07550−GBD−SN) MOTION for Issuance of Letters Ro (1) Ayatollah Ali Khamenei, Supreme Leader of Iran; (2) Akbar Hashemi Rafsanjani, Chairman, Expediency Discern Counsel and former President of Iran; (3) National Iranian Tanker Corporation; (4) N *ational Iranian Oil Corporatio National Iranian Gas Corporation; (6) National Iranian Petrochemical Company; (7) Iran Airlines; and (8) Hezboll* Document filed by Hoglan Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Fleming, Timothy) (Entered: 09/18/2018) |
| .9/2018 | 4187 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of default judgment, A true and certified copy of 31, 2015 Default Judgment on liability, A true and certified copy of the September 13, 2018 Memorandum Decision and the moving papers for Plaintiffs Motion, A copy of the Foreign Sovereign Immunities Act, Certified Farsi transla the above documents mailed to Islamic Republic of Iran, H.E. Dr. Mohammad Javad Zarif, Foreign Minister of the M Foreign Affairs at Imam Khomeini Street, Imam Khomeini Square, Tehran, Islamic Republic of Iran on 09/19/2018 b Express tracking # 773260566816, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Re Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). (smc) (Entered: 09/19/2018) |
| 21/2018 | 4189 | ORDER granting in part and denying in part 4153 Letter Motion for Discovery. The Court does not believe a motion filed before the Court's October 12 conference would be a productive use of counsel's or the Court's time. Accordingl government is ORDERED to provide an oral report regarding the status of its declassification and privilege review at discovery conference on October 12, 2018. The Court will establish a briefing schedule for plaintiffs' motion to comp needed, following the October 12 discovery conference. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)( Order) (Netburn, Sarah) (Entered: 09/21/2018) |
| 21/2018 | 4190 | FIRST LETTER MOTION for Extension of Time *to comply with 8/27/2018 order* addressed to Magistrate Judge Sar from Peter C. Salerno dated 09/21/2018. Document filed by Yassin Abdullah Al Kadi, Yassin Abdullah Al−Kadi, Ya Al−Qadi, Yasin Kadi, Yassin Abdullah Kadi, Yasin Kadi.(Salerno, Peter) (Entered: 09/21/2018) |
| 24/2018 | 4191 | ORDER granting 4190 Letter Motion for Extension of Time. The defendant's request is GRANTED. By October 26, defendant shall comply with the Court's August 27, 2018, Opinion and Order (ECF No. 4123). (HEREBY ORDEREI Magistrate Judge Sarah Netburn) (Text Only Order) (Netburn, Sarah) (Entered: 09/24/2018) |
| 24/2018 | 4192 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Sarah Netburn from Eric L. Lewis date September 24, 2018 re: 4154 MOTION for Reconsideration re; 4124 Memorandum & Opinion,,,, 4130 Memorandun Opinion,,,,,,,,,, . . Document filed by International Islamic Relief Organization(IIRO), Muslim World League. (Lewis (Entered: 09/24/2018) |
| 24/2018 | 4193 | LETTER addressed to Magistrate Judge Sarah Netburn from J. Scott Tarbutton, Esquire dated September 24, 2018 re request of a two−week extension of the deadline to submit plaintiffs' response to WAMY−SA and WAMY−Int'l Mot Reconsideration of Section IV of the Court's Motion to Compel Ruling at ECF Nos. 4164−4169. Document filed by I Executive Committees.(Carter, Sean) (Entered: 09/24/2018) |
| 24/2018 | 4194 | MEMO ENDORSEMENT on re: 4193 Letter, filed by Plaintiffs' Executive Committees. ENDORSEMENT: The plai request is GRANTED. Plaintiffs shall file their response to WAMY's motion for reconsideration by October 10, 2018 may file a reply by October 17, 2018. The Court will not address WAMY's motion for reconsideration at the discover conference scheduled for October 12, 2018. (Responses due by 10/10/2018. Replies due by 10/17/2018.) (Signed by Judge Sarah Netburn on 9/24/2018) (ras) (Entered: 09/25/2018) |
| 26/2018 | 4195 | LETTER addressed to Magistrate Judge Sarah Netburn from Omar T. Mohammedi, Esq., dated 9−26−2018 re: Reque Amendment to Briefing Schedule (DKT # 4194). Document filed by Wamy International, Inc., World Assembly of M Youth.(Mohammedi, Omar) (Entered: 09/26/2018) |
| 28/2018 | 4196 | MEMO ENDORSEMENT on re: 4195 Letter, filed by World Assembly of Muslim Youth, Wamy International, Inc. ENDORSEMENT: The defendants' request is GRANTED. Pursuant to the Court's Endorsed Order on September 24, No. 4194), plaintiffs shall file their response to WAMY's motion for reconsideration by October 10, 2018. WAMY m reply by October 31, 2018. (Signed by Magistrate Judge Sarah Netburn on 9/28/2018) (ras) (Entered: 09/28/2018) |
| 28/2018 | 4197 | FIRST LETTER addressed to Magistrate Judge Sarah Netburn from Martin F. McMahon dated September 28, 2018 r Netburn's 8/30 Order. Document filed by Wael Jelaidan. (Attachments: # 1 Affidavit Answers to Questions, # 2 Supp |

| | | |
|---|---|---|
| | | Attachments to Answers)(McMahon, Martin) (Entered: 09/28/2018) |
| )1/2018 | 4198 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MOTION for Elizabeth Barry Sandza to Appear Pro Hac V *counsel Martin McMahon, Esq.*. Filing fee $ 200.00, receipt number 0208−15640322. **Motion and supporting pape reviewed by Clerk's Office staff.**. Return Date set for 10/12/2018 at 10:00 AM. (Attachments: # 1 Supplement DE C of Good Standing, # 2 Supplement CA Certificate of Standing, # 3 Supplement MD Certificate of Good Standing, # 4 Supplement DC Certificate of Good Standing, # 5 Text of Proposed Order)(Sandza, Elizabeth) Modified on 10/1/201 (Entered: 10/01/2018) |
| )1/2018 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE−FILE Doc 4198 MOTION for Elizabeth Barry Sandza to Appear Pro Hac Vice *for counsel Martin McMahon, Esq.*. Filing 200.00, receipt number 0208−15640322. Motion and supporting papers to be reviewed by Clerk's Office staff.< filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Cal (our court does not accept state bar certificates for California). Re−file the motion as a Motion to Appear Pro attach the correct signed PDF − select the correct named filer/filers − attach valid Certificates of Good Standir within the past 30 days − attach Attorney Affidavit − attach Proposed Order. (jc) (Entered: 10/01/2018)** |
| )3/2018 | 4199 | MOTION for Elizabeth Barry Sandza to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−15651987. **and supporting papers to be reviewed by Clerk's Office staff.**. Return Date set for 10/12/2018 at 10:00 AM. (Atta 1 Affidavit Elizabet B Sandza, # 2 Supplement DE Certificate Good Standing, # 3 Supplement CA Certificate Good S 4 Supplement MD Certificate Good Standing, # 5 Supplement DC Certificate Good Standing, # 6 Text of Proposed Order)(Sandza, Elizabeth) (Entered: 10/03/2018) |
| )3/2018 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 4199 MOTION for Elizab Sandza to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208−15651987. Motion and supporting p be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Ente 10/03/2018) |
| )4/2018 | 4200 | ORDER granting 4199 Motion for Elizabeth Barry Sandza to Appear Pro Hac Vice. (HEREBY ORDERED by Magis Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 10/04/2018) |
| )4/2018 | 4201 | JOINT LETTER addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele, Alan R. Kabat and Waleed N October 4, 2018 re: Joint status letter regarding attorneys' fees/costs that should be imposed. Document filed by Plain Executive Committees.(Haefele, Robert) (Entered: 10/04/2018) |
| )4/2018 | 4202 | MEMO ENDORSEMENT on re: (462 in 1:04−cv−01922−GBD−SN) Letter; (35 in 1:18−cv−05321−GBD−SN) Lette 1:18−cv−05331−GBD−SN) Letter; (497 in 1:04−cv−01076−GBD−SN) Letter; (34 in 1:18−cv−05306−GBD−SN) Le 1:18−cv−07306−GBD−SN) Letter; (35 in 1:18−cv−05320−GBD−SN) Letter; (670 in 1:04−cv−01923−GBD−SN) Le 1:18−cv−05339−GBD−SN) Letter. ENDORSEMENT: SO ORDERED. (Signed by Judge George B. Daniels on 10/4 Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(jwh) (Entered: 10/04/2018) |
| )5/2018 | 4203 | MEMO ENDORSEMENT on re: 4201 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The part is GRANTED. The PECs shall file their fee application by Monday, November 12, 2018. The Charity Official Defen file an opposition to the PECs' fee application by Friday, December 7, 2018. The PECs may file a reply by Wednesda December 19, 2018. Given the extended briefing schedule, the Court does not anticipate granting any additional exter (Signed by Magistrate Judge Sarah Netburn on 10/5/2018) (ras) (Entered: 10/05/2018) |
| )9/2018 | 4204 | PROPOSED ORDER. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Proposed Order to Brin into Courthouse) (Haefele, Robert) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 10/09/2018) |
| )9/2018 | 4205 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated October 9, 2018 re: Permissio Electronic Devices at Hearing on October 12. Document filed by Kingdom of Saudi Arabia. (Attachments: # 1 Text o Order)(Kellogg, Michael) (Entered: 10/09/2018) |
| .0/2018 | | *****NOTICE TO ATTORNEY REGARDING REJECTION OF PROPOSED ORDER TO BRING PERSONA ELECTRONIC DEVICE(S) OR GENERAL PURPOSE COMPUTING DEVICE(S) INTO THE COURTHOU THE SDNY FOR USE IN A PROCEEDING OR TRIAL. Notice to Attorney Robert Haefele re: Document 42( Proposed Order was rejected by the Clerk's Office for the following reason, the Order to Bring Personal Elect Device(s) or General Purpose Computing Device(s) Into the Courthouses of the SDNY for Use in a Proceeding should not be electronically filed. Please download and review the Local Rules, Judge's Individual Rules of Pra ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (km)** (Entered: 10/10/2018) |
| .0/2018 | 4206 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele dated October 10, 2018 re: Permissio Personal Electronic Devices and Laptop Computers to Hearing on October 12, 2018. Document filed by Plaintiffs Ex Committees. (Attachments: # 1 Application to Bring Personal Electronic Devices and Laptop Computers)(Haefele, R (Entered: 10/10/2018) |

| | | |
|---|---|---|
| .0/2018 | 4207 | NOTICE OF APPEARANCE by Gabrielle Ellisa Pritsker on behalf of Dubai Islamic Bank. Filed In Associated Case 1:03−md−01570−GBD−SN et al.(Pritsker, Gabrielle) (Entered: 10/10/2018) |
| .0/2018 | 4208 | LETTER addressed to Magistrate Judge Sarah Netburn from Waleed Nassar dated October 10, 2018 re: Status Updat Abdullah Naseef's Medical Condition. Document filed by Abdullah Omar Naseef.(Nassar, Waleed) (Entered: 10/10/2 |
| .0/2018 | 4209 | MEMORANDUM OF LAW in Opposition re: 4164 MOTION for Reconsideration *of August 29, 2018 Order*. . Docu by Plaintiffs Executive Committees, Plaintiffs PI Executive Committee. (Goldman, Jerry) (Entered: 10/10/2018) |
| .0/2018 | 4210 | DECLARATION of Jerry S. Goldman in Support re: 4209 Memorandum of Law in Opposition to Motion, 4164 MO Reconsideration *of August 29, 2018 Order*.. Document filed by Plaintiffs Executive Committees, Plaintiffs PI Execut Committee. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Goldman, Jerry) (Entered: 10/10/2018) |
| .1/2018 | 4211 | MEMO ENDORSEMENT on re: 4208 Letter filed by Abdullah Omar Naseef. ENDORSEMENT: The Court has rece Defendant's status letter. Pursuant to the Court's August 16, 2018 Order, the Defendant is directed to file another statu sixty (60) days. The letter should update the Court on the status of Defendant's medication conditions and ability to p this action. (Signed by Magistrate Judge Sarah Netburn on 10/11/2018) (ras) (Entered: 10/11/2018) |
| .1/2018 | 4212 | NOTICE OF APPEARANCE by Samidh Jalem Guha on behalf of Dubai Islamic Bank. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(Guha, Samidh) (Entered: 10/11/2018) |
| .2/2018 | 4213 | ORDER: For the reasons stated on the record during the October 12, 2018 conference, the Court issues the following The Plaintiffs' Executive Committees (PECs) and the government shall jointly file a proposed protective order by No 2018. If the parties disagree about the terms of the proposed order, they should each file a proposed protective order, a short letter brief explaining their position. In addition, the parties shall file a joint status letter by November 20, 201 letter should update the Court regarding the status of the government's declassification and privilege review. Further, and the Kingdom of Saudi Arabia are directed to meet and confer regarding the PECs' requests for additional docume production. The PECs shall file a letter brief, no longer than five pages, by October 26, 2018, to address any disputes these requests. The Kingdom of Saudi Arabia shall file its opposition papers, not to exceed five pages, by November The PECs may file a reply, no longer than three pages, by November 7, 2018. In addition, the PECs may file any mot compel by November 30, 2018. The Kingdom of Saudi Arabia may file a response by December 21, 2018. The PECs reply by January 4, 2019. (Motions due by 11/30/2018. Responses due by 12/21/2018. Replies due by 1/4/2019.) (Sig Magistrate Judge Sarah Netburn on 10/12/2018) (ras) (Entered: 10/12/2018) |
| .2/2018 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Status Conference held on 10/12/2018. (r (Entered: 10/17/2018) |
| .2/2018 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Discovery Hearing held on 10/12/2018. (1 (Entered: 10/17/2018) |
| .8/2018 | 4214 | MEMO ENDORSEMENT on re: 4155 Letter filed by Plaintiffs Executive Committees. ENDORSEMENT: Under Lo Rule 6.3, the Court will deny a motion for reconsideration unless the moving party demonstrates an intervening chang controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice. In r Facebook, Inc., IPO Sec. & Derivative Litig., 43 F. Supp. 3d 369, 373 (S.D.N.Y. 2014). The PECs have not made thi Accordingly, the PECs' request for reconsideration and/or clarification is DENIED. The PECs may seek to compel th production of additional discovery only if new deposition testimony or evidence establishes the existence of relevant that have not been produced. (Signed by Magistrate Judge Sarah Netburn on 10/18/2018) (ras) (Entered: 10/18/2018) |
| 24/2018 | 4215 | ORDER: For the reasons stated on the record in the October 12, 2018 conference, Martin McMahon is ORDERED to the Court, ex parte and for in camera review, (1) any retainer agreement between Jelaidan (or his agents) and McMah copies of any invoices submitted to Jelaidan, and any proof of payment; and (3) any evidence that tends to prove the a breakdown in relationship between Jelaidan and McMahon. McMahon shall submit these documents to the Court by November 23, 2018. In addition, McMahon is directed to send the Court's Order to Bassim Alim, Jelaidan's counsel i Arabia, and to instruct Alim to give the Court's Order to Jelaidan. By November, 23, 2018, Jelaidan may submit evid regarding the above facts, or any other relevant evidence, in opposition to McMahon's motion to withdraw. (Signed b Magistrate Judge Sarah Netburn on 10/24/2018) (ras) (Entered: 10/24/2018) |
| 24/2018 | 4216 | LETTER MOTION for Extension of Time *to Produce Documents* addressed to Magistrate Judge Sarah Netburn from Bembry dated October 24, 2018. Document filed by International Islamic Relief Organization(IIRO), Muslim World League.(Bembry, Aisha) (Entered: 10/24/2018) |
| 25/2018 | 4217 | LETTER MOTION for Leave to File Iran Short Form Complaint addressed to Magistrate Judge Sarah Netburn from O'Hare Jr. dated 10/25/2018. Document filed by Anthony Behette, Ester DiNardo, Harley DiNardo, Pio DiNardo, An Economos, Leon Economos, Constance Finnicum, George Gabrielle, Mary Ellen Murach, Richard Murach, Katharin Olga Valinotti.(O'Hare, Robert) (Entered: 10/25/2018) |
| 25/2018 | 4218 | LETTER MOTION for Leave to File Amended Short Form Complaint addressed to Magistrate Judge Sarah Netburn Robert A. O'Hare Jr. dated 10/25/2018. Document filed by Anthony Behette, Ester DiNardo, Harley DiNardo, Pio Di |

| | | |
|---|---|---|
| | | Andrew Economos, Leon Economos, Constance Finnicum, George Gabrielle, Mary Ellen Murach, Richard Murach, Tynion, Olga Valinotti.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−00538−GBD−SN(O'Hare, (Entered: 10/25/2018) |
| 25/2018 | 4219 | LETTER addressed to Magistrate Judge Sarah Netburn from Omar T. Mohammedi, Esq., dated 10/25/2018 re: Reque Extension of Time. Document filed by Wamy International, Inc., World Assembly of Muslim Youth.(Mohammedi, (Entered: 10/25/2018) |
| 26/2018 | 4220 | TRANSCRIPT of Proceedings re: conference held on 10/12/2018 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Jennifer Thun, (212) 805−0300. Transcript may be viewed at the court public terminal or purch through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 11/16/2018. Redacted Transcript Deadline set for 11/26/2018. Rel Transcript Restriction set for 1/24/2019.(McGuirk, Kelly) (Entered: 10/26/2018) |
| 26/2018 | 4221 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a conferenc proceeding held on 10/12/18 has been filed by the court reporter/transcriber in the above−captioned matter. The parti seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...( Kelly) (Entered: 10/26/2018) |
| 26/2018 | 4222 | TRANSCRIPT of Proceedings re: corrected confernce held on 10/12/2018 before Magistrate Judge Sarah Netburn. C Reporter/Transcriber: Jennifer Thun, (212) 805−0300. Transcript may be viewed at the court public terminal or purch through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 11/16/2018. Redacted Transcript Deadline set for 11/26/2018. Rel Transcript Restriction set for 1/24/2019.(McGuirk, Kelly) (Entered: 10/26/2018) |
| 26/2018 | 4223 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a conferenc proceeding held on 10/12/18 has been filed by the court reporter/transcriber in the above−captioned matter. The parti seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...( Kelly) (Entered: 10/26/2018) |
| 26/2018 | 4224 | ORDER granting 4217 Letter Motion for Leave to File Document. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 10/26/2018) |
| 26/2018 | 4225 | ORDER granting 4218 Letter Motion for Leave to File Document. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 10/26/2018) |
| 26/2018 | 4226 | DECLARATION of Yassin Abdullah Kadi *In Response To August 27, 2018 Order*. Document filed by Yassin Al Ka Kadi, Yassin Kadi, Yasin Kadi. (Salerno, Peter) (Entered: 10/26/2018) |
| 26/2018 | 4227 | DECLARATION of Muaz Kadi *In Response To August 27, 2018 Order*. Document filed by Yassin Al Kadi, Yasin K Kadi, Yasin Kadi. (Salerno, Peter) (Entered: 10/26/2018) |
| 26/2018 | 4228 | DECLARATION of Guy Frederick Noel Martin *In Response To August 27, 2018 Order*. Document filed by Yassin A Yasin Kadi, Yassin Kadi, Yasin Kadi. (Salerno, Peter) (Entered: 10/26/2018) |
| 26/2018 | 4229 | DECLARATION of Essam Al Khatib *In Response To August 27, 2018 Order*. Document filed by Yassin Al Kadi, Y Yassin Kadi, Yasin Kadi. (Salerno, Peter) (Entered: 10/26/2018) |
| 26/2018 | 4230 | ORDER granting 4216 Letter Motion for Extension of Time. On October 24, 2018, Defendants Muslim World Leagu and the International Islamic Relief Organization ("IIRO") requested an extension of the discovery deadlines in the C August 27, 2018 Order. (ECF No. 4124) Further, on October 25, 2018, Defendants World Assembly Muslim Youth S Arabia and World Assembly of Muslim Youth International (collectively, "WAMY") requested a similar extension o discovery deadlines. Both requests are GRANTED. Accordingly, MWL and IIRO must comply with the Court's Aug 2018 Order by December 26, 2018. WAMY must submit all declarations ordered by the Court and any responsive ne documents not previously produced by November 12, 2018. In addition, WAMY must reproduce documents initially for donor names by November 26, 2018. Pursuant to the Court's September 6, 2018 Endorsed Order, the deadlines in of the August 29 Order (ECF No. 4130) remain suspended pending the Court's determination of WAMY's motion fo reconsideration. For all defendants for whom the deadline is applicable, the January 31, 2019 fact deposition deadline EXTENDED until April 1, 2019. Absent further order, the fact deposition deadline for Dallah Avco remains January The Court does not anticipate granting any further extensions to these deadlines. Finally, the Plaintiffs Executive Co ("PECs") are ORDERED to create a chart regarding all outstanding discovery deadlines in this case. This chart will a Court manage the balance of discovery in this complex litigation. The chart should identify for each defendant, or co similarly situated defendants, (1) whether they are in jurisdictional or merits discovery; (2) any interim discovery dea including for individual document productions or motions to compel; (3) the deadline for the close of discovery; and remaining discovery that needs to be conducted, including depositions. The chart should reflect the deadlines in this should be filed on the docket no later than November 9, 2018. The Clerk of Court is respectfully requested to termina |

| | | |
|---|---|---|
| | | motion at ECF No. 4216. (Signed by Magistrate Judge Sarah Netburn on 10/26/2018) (ras) (Entered: 10/26/2018) |
| 26/2018 | 4231 | ORDER: The Court has been advised that the PECs intend to file today, October 26, 2018, an exhibit to a letter that t Kingdom of Saudi Arabia has marked Confidential. The PECs are granted leave to file UNDER SEAL any such exhi conditional basis. As part of the substantive briefing, the parties may address the propriety of continuing to hold such under seal, and the Court will revisit this conditional grant when it addresses the PECs' underlying application. (Sign Magistrate Judge Sarah Netburn on 10/26/2018) (ras) (Entered: 10/26/2018) |
| 26/2018 | 4232 | DECLARATION of Yousef Abu Ali *In Response To August 27, 2018 Order*. Document filed by Yassin Al Kadi, Ya Al−Qadi, Yasin Kadi, Yassin Kadi, Yasin Kadi. (Salerno, Peter) (Entered: 10/26/2018) |
| 26/2018 | 4233 | DECLARATION of Siraj El Din Abdul Bari *In Response To August 27, 2018 Order*. Document filed by Yassin Al K Al−Kadi, Yasin Al−Qadi, Yasin Kadi, Yassin Kadi, Yasin Kadi. (Salerno, Peter) (Entered: 10/26/2018) |
| 26/2018 | 4234 | LETTER addressed to Magistrate Judge Sarah Netburn from Peter C. Salerno dated 10/26/2018 re: August 27, 2018 Document filed by Yassin Al Kadi, Yassin Al−Kadi, Yasin Al−Qadi, Yasin Kadi, Yassin Kadi, Yasin Kadi.(Salerno, (Entered: 10/26/2018) |
| 26/2018 | 4235 | LETTER MOTION for Leave to File documents designated as "confidential" *and share "confidential" materials in c with nonparty discovery* addressed to Magistrate Judge Sarah Netburn from James P. Kreindler dated 10/26/2018. Do filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(K James) (Entered: 10/26/2018) |
| 29/2018 | 4236 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 10/29/2018) |
| 29/2018 | 4237 | TRANSCRIPT of Proceedings re: CONFERENCE held on 10/12/2018 before Magistrate Judge Sarah Netburn. Cour Reporter/Transcriber: Jennifer Thun, (212) 805−0300. Transcript may be viewed at the court public terminal or purch through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 11/19/2018. Redacted Transcript Deadline set for 11/29/2018. Rel Transcript Restriction set for 1/27/2019.(McGuirk, Kelly) (Entered: 10/29/2018) |
| 29/2018 | 4238 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFER proceeding held on 10/12/18 has been filed by the court reporter/transcriber in the above−captioned matter. The parti seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...( Kelly) (Entered: 10/29/2018) |
| 31/2018 | 4239 | REPLY MEMORANDUM OF LAW in Support re: 4164 MOTION for Reconsideration *of August 29, 2018 Order*. . filed by Wamy International, Inc., World Assembly of Muslim Youth. (Mohammedi, Omar) (Entered: 10/31/2018) |
| 31/2018 | 4240 | AFFIRMATION of Omar T. Mohammedi, Esq., in Support re: 4164 MOTION for Reconsideration *of August 29, 20* Document filed by Wamy International, Inc., World Assembly of Muslim Youth. (Attachments: # 1 Exhibit 1)(Moha Omar) (Entered: 10/31/2018) |
| 01/2018 | 4241 | NOTICE OF CHANGE OF ADDRESS by Andrew C. Levitt on behalf of Anthony Behette, Columbia Insurance Co Ester DiNardo, Harley DiNardo, Pio DiNardo, Andrew Economos, Leon Economos, Faraday Underwriting Limited the underwriting members of Lloyds Syndicate 435, Constance Finnicum, George Gabrielle, General Reinsurance A Reinsurance Corporation, Mary Ellen Murach, Richard Murach, National Indemnity Company, The Underwriting M Lloyds Syndicate 1861, Katharine Tynion, Olga Valinotti. New Address: O'Hare Parnagian LLP, 20 Vesey Street, Su New York, New York, United States 10007, 212−425−1401. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:17−cv−03810−GBD−SN, 1:18−cv−00538−GBD−SN(Levitt, Andrew) (Entered: 11/01/2018) |
| 02/2018 | 4242 | PROPOSED PROTECTIVE ORDER. Document filed by FBI. (Attachments: # 1 Text of Proposed Order) (Normand (Entered: 11/02/2018) |
| 02/2018 | 4243 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Sarah Netburn from Michael K. Kello 11/02/2018 re: 4235 LETTER MOTION for Leave to File documents designated as "confidential" *and share "confide materials in connection with nonparty discovery* addressed to Magistrate Judge Sarah Netburn from James P. Kreindl *26/2018*. Document filed by Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit A)(Kellogg, Michael) (Entered: 11 |
| 02/2018 | 4244 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert K. Kry dated November 2, 2018 re: Objections t Protective Order (Dkt. 4242). Document filed by Dallah Avco Trans Arabia. (Attachments: # 1 Exhibit A)(Kry, Robe (Entered: 11/02/2018) |
| 07/2018 | 4245 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated 11/07/2018 re: sur−reply con supplemental requests for discovery. Document filed by Kingdom of Saudi Arabia.(Kellogg, Michael) (Entered: 11/0 |
| 07/2018 | | CLERK CERTIFICATE OF MAILING UNEXECUTED for two copies of the (1) Notice of default judgment (2) A t certified copy of the August 31, 2015 Default Judgment on liability (3) A true and certified copy of the March 8, 201 |

| | | |
|---|---|---|
| | | Judgment on damages (4) A t rue and certified copy of the May 29, 2018 Final Order of Judgment and the moving pa Plaintiffs motion (5) A copy of the Foreign Sovereign Immunities Act (6) Certified Farsi translations of all the above mailed to Islamic Republic of Iran H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affa Khomeini Street, Imam Khomeini Square Tehran, Islamic Republic of Iran c/o the Secretary of State, Attn: Director ( Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th I C Street NW, Washington, DC 20520 on 08/16/2018 by Federal Express tracking # 772978950889, as per (4107 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. Confirmation that delivery was executed was not received Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN(smc) (Entered: 11/07/2018) |
| )7/2018 | 4246 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter, Robert T. Haefele and Andrew J. Malon November 7, 2018 re: Response to Dallah Avco's November 2, 2018 objection to the proposed protective order subm by the United States and the PECs for the forthcoming production by the FBI. Document filed by Plaintiffs Executive Committees.(Carter, Sean) (Entered: 11/07/2018) |
| )7/2018 | 4247 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Sarah Netburn from James P. Kreindler date re: 4235 LETTER MOTION for Leave to File documents designated as "confidential" *and share "confidential" mate connection with nonparty discovery* addressed to Magistrate Judge Sarah Netburn from James P. Kreindler dated 10/ Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit E)(Kreindler, James) (Entered: 11/07 |
| )7/2018 | 4248 | LETTER addressed to Magistrate Judge Sarah Netburn from Jeannette A. Vargas dated 11/7/2018 re: Response to Da November 2 objection to the proposed FBI protective order. Document filed by United States of America.(Vargas, Je (Entered: 11/07/2018) |
| )9/2018 | 4249 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter, Robert T. Haefele and James P. Kreindl November 9, 2018 re: Fees on sanctions against Charity Official Defendants. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Stipulated Order)(Haefele, Robert) (Entered: 11/09/2018) |
| )9/2018 | 4250 | ORDER: On October 26, 2018, the Court directed the Plaintiffs Executive Committees ("PECs") to create a chart reg outstanding discovery deadlines in this case. The chart will assist the Court manage the balance of discovery in this c litigation. The PECs shall file the chart no later than Tuesday, November 13, 2018. (Signed by Magistrate Judge Sara on 11/09/2018) (ras) (Entered: 11/09/2018) |
| .2/2018 | 4251 | DECLARATION of Omar T. Mohammedi, Esq., *In response to August 29, 2018 Order (DKT # 4130)*. Document fil Wamy International, Inc., World Assembly of Muslim Youth. (Attachments: # 1 Exhibit 1)(Mohammedi, Omar) (Ent 11/12/2018) |
| .2/2018 | 4252 | STIPULATION AND ORDER DIRECTING PAYMENT OF FEES AND COSTS AS PAYMENT OF SANCTIONS IMPOSED IN ORDER DATED JULY 6, 2018 (ECF NO. 4043): The Charity Defendants are ORDERED to pay the upon flat rate value of $25,000.00, jointly and severally, in satisfaction of the financial sanction imposed in the Court 2018 sanctions order (ECF No. 4043). (Signed by Magistrate Judge Sarah Netburn on 11/12/2018) (ras) (Entered: 11/ |
| .3/2018 | 4253 | LETTER addressed to Magistrate Judge Sarah Netburn from J. Scott Tarbutton, Esquire dated November 13, 2018 re the Court with a chart regarding all outstanding jurisdictional and merits discovery deadlines. Document filed by Plai Executive Committees. (Attachments: # 1 Discovery Chart)(Carter, Sean) (Entered: 11/13/2018) |
| .4/2018 | 4254 | ORDER: On November 2, 2018, the Plaintiffs Executive Committees' ("PECs") and the Federal Bureau of Investigat submitted a proposed Protective Order to the Court. ECF No. 4242. Defendant Dallah Avco filed objections on the sa and both the PECs and the FBI filed a response on November 7, 2018. ECF Nos. 4244, 4246, 4248. The Court has re parties' submissions and issues the following Order. The Court grants the proposed Protective Order adopted by the F PECs, and the Kingdom of Saudi Arabia, and overrules without prejudice the objections of Dallah Avco. Dallah Avc counsel may avail itself of the process set forth in Paragraph 7 of the Protective Order. To the extent this procedure b unworkable, or if disputes are unable to be resolved efficiently through this process, Dallah Avco may renew its obje seek further relief from the Court. (Signed by Magistrate Judge Sarah Netburn on 11/14/2018) (ras) (Entered: 11/14/2 |
| .4/2018 | 4255 | PRIVACY ACT ORDER AND PROTECTIVE ORDER FOR FBI DOCUMENTS...regarding procedures to be follo shall govern the handling of confidential material...(See document.) (Signed by Magistrate Judge Sarah Netburn on 1 (ras) (Entered: 11/14/2018) |
| 20/2018 | 4256 | LETTER addressed to Magistrate Judge Sarah Netburn from AUSA Sarah S. Normand and Jeannette A. Vargas date November 20, 2018 re: Status Report on Touhy Requests and Subpoenas to FBI and Other US Government Agencies filed by FBI.(Normand, Sarah) (Entered: 11/20/2018) |
| 26/2018 | 4257 | LETTER MOTION for Leave to File Complaint *in long form or in altered short form* addressed to Magistrate Judge Netburn from Timothy B. Fleming dated 11/26/2018. Document filed by Havlish Plaintiffs.Filed In Associated Cases 1:03−md−01570−GBD−SN et al.(Fleming, Timothy) Modified on 12/10/2018 (ras). (Entered: 11/26/2018) |

| | | |
|---|---|---|
| 26/2018 | 4258 | LETTER MOTION for Extension of Time *to complete re−production of previously redacted documents* addressed to Judge Sarah Netburn from Omar T. Mohammedi, Esq., dated November 26, 2018. Document filed by Wamy Internat World Assembly of Muslim Youth. (Attachments: # 1 Exhibit 1)(Mohammedi, Omar) (Entered: 11/26/2018) |
| 26/2018 | 4259 | MEMO ENDORSEMENT on re: 4256 Letter, filed by FBI. ENDORSEMENT: The Plaintiffs' Executive Committees and the government shall file a joint status letter by Friday, December 28, 2018. The letter should update the Court re status of the government's declassification and privilege review. (Signed by Magistrate Judge Sarah Netburn on 11/26 (ras) (Entered: 11/27/2018) |
| 29/2018 | 4260 | MOTION for George R. Salem to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−15978831. **supporting papers to be reviewed by Clerk's Office staff.** Document filed by Dallah Avco Trans Arabia. (Attachm Affidavit of George Salem, # 2 Exhibit DC Certificate, # 3 Exhibit Florida Certificate, # 4 Exhibit Georgia Certificate of Proposed Order)(Kry, Robert) (Entered: 11/29/2018) |
| 29/2018 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 4260 MOTION for Georg to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−15978831. Motion and supporting pap reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entere 11/29/2018) |
| 29/2018 | 4261 | ORDER: For the purposes of non−party discovery, the PECs may share discovery documents that Saudi Arabia has d as confidential with outside counsel of non−parties for counsels eyes only, so long as those counsel agree in writing t by the Protective Order issued in this litigation. Should this compromise position−which Saudi Arabia has consented unwieldy because, for example, the relevant non−party is not represented, the PECs may renew their application. (Sig Magistrate Judge Sarah Netburn on 11/29/2018) (ras) (Main Document 4261 replaced on 12/12/2018) (ras). (Entered 11/29/2018) |
| 30/2018 | 4262 | ORDER granting 4260 Motion for George R. Salem to Appear Pro Hac Vice. (HEREBY ORDERED by Magistrate J Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 11/30/2018) |
| 30/2018 | 4263 | ORDER granting 4258 Letter Motion for Extension of Time. WAMY may produce the remaining documents by Dec 2018. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 11/3 |
| 30/2018 | 4264 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU (SEE 4266 Motion) −** NOTICE of Pla Motion to Compel the Production of Documents and Answers to Interrogatories from the Kingdom of Saudi Arabia. filed by Kathleen Ashton. (Attachments: # 1 Certificate of Service)(Kreindler, James) Modified on 12/3/2018 (db). (E 11/30/2018) |
| 30/2018 | 4265 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU (SEE 4266 Motion) −** NOTICE of Pla Motion to Compel the Production of Documents and Answers to Interrogatories from the Kingdom of Saudi Arabia. filed by Plaintiffs Executive Committees. (Attachments: # 1 Certificate of Service)(Kreindler, James) Modified on 12 (db). (Entered: 11/30/2018) |
| 30/2018 | 4267 | SEALED DOCUMENT placed in vault.(rz) (Entered: 12/03/2018) |
| 03/2018 | 4266 | MOTION to Compel Kingdom of Saudi Arabia to produce documents and answer interrogatories . Document filed by Executive Committees.(Pounian, Steven) (Entered: 12/03/2018) |
| 05/2018 | 4268 | ORDER granting 4257 Motion for Leave to File Document. The Court seeks an opportunity to discuss this applicatio counsel. Accordingly, a brief conference call is scheduled for Friday, December 7, 2018, at 4:00 p.m. Counsel shall c call−in number to the Court and all counsel of record by 12:00 p.m. on the day of the conference. (HEREBY ORDEF Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) Modified on 12/10/2018 (ras). Modified on 12/ (ras). (Entered: 12/05/2018) |
| 06/2018 | 4269 | NOTICE OF APPEARANCE by George Salem on behalf of Dallah Avco Trans Arabia. (Salem, George) (Entered: 1 |
| 06/2018 | 4270 | LETTER addressed to Judge George B. Daniels from Dorothea M. Capone dated 12/06/2018 re: Request for new act made part of the MDL pursuant to the Court's 7/10/2018 Order.. Document filed by Joan Parker, Stephanie Parker, L Bennison, as Personal Representative of Estate of George L Parker, dec., Leslie Parker Bennison, Carol A Suarez and Suarez, as Co−Administrators of Estate of David S. Suarez, Carol A. and Manuel T. Suarez, as Co−Administrators of of David S. Suarez, Carol A Suarez, Manuel T Suarez, Bryan A Suarez, Kristen M Carpenter.(Capone, Dorothea) (E 12/06/2018) |
| 07/2018 | 4271 | LETTER addressed to Magistrate Judge Sarah Netburn from Waleed Nassar dated December 7, 2018 re: Update on S Abdullah Naseef's Medical Condition. Document filed by Abdullah Naseef.(Nassar, Waleed) (Entered: 12/07/2018) |
| 07/2018 | 4272 | LETTER MOTION for Leave to File Amended Short Form Complaint *to substitute estate representative of deceased* addressed to Magistrate Judge Sarah Netburn from Robert A.O'Hare Jr. dated 12/7/2018. Document filed by Anthony Ester DiNardo, Harley DiNardo, Pio DiNardo, Andrew Economos, Leon Economos, Constance Finnicum, George Ga Mary Ellen Murach, Richard Murach, Katharine Tynion, Olga Valinotti.Filed In Associated Cases: 1:03−md−01570− |

| | | |
|---|---|---|
| | | 1:18−cv−00538−GBD−SN(O'Hare, Robert) (Entered: 12/07/2018) |
| )7/2018 | 4273 | MEMO ENDORSEMENT on re: 4257 LETTER MOTION for Leave to File Complaint *in long form or in altered sh* addressed to Magistrate Judge Sarah Netburn from Timothy B. Fleming dated 11/26/2018, filed by Havlish Plaintiffs ENDORSEMENT: Plaintiffs' request is GRANTED. The Ray Plaintiffs may file a traditional long−form complaint b their pleadings in the Havlish and Hoglan cases. (Signed by Magistrate Judge Sarah Netburn on 12/7/2018) (ras) (Ent 12/07/2018) |
| )7/2018 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Telephone Conference held on 12/7/2018 (Entered: 12/12/2018) |
| .0/2018 | 4274 | MEMO ENDORSEMENT on re: (4270 in 1:03−md−01570−GBD−SN) Letter. ENDORSEMENT: SO ORDERED. ( Judge George B. Daniels on 12/10/2018) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11416−GBD−SN(jwh) (Entered: 12/10/2018) |
| .0/2018 | 4275 | ORDER granting 4272 Letter Motion for Leave to File Document. Plaintiffs may (1) substitute the personal represen Mr. Economos's estate as plaintiff(s) in the Behette action; and (2) include Mr. Economos's estate representative(s) as in the Iran Short Form Complaint to be filed by the Behette Plaintiffs at a future date. (HEREBY ORDERED by Mag Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 12/10/2018) |
| .0/2018 | 4276 | MEMO ENDORSEMENT on re: (5 in 1:18−cv−11417−UA) Letter. ENDORSEMENT: SO ORDERED. (Signed by George B. Daniels on 12/10/2018) (jwh) (Entered: 12/10/2018) |
| .1/2018 | 4277 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele, J. Scott Tarbutton and Andrew J. Ma dated December 11, 2018 re: Proposed briefing schedule. Document filed by Plaintiffs Executive Committees.(Haefe (Entered: 12/11/2018) |
| .2/2018 | 4278 | MEMO ENDORSEMENT on re: 4277 Letter filed by Plaintiffs Executive Committees. ENDORSEMENT: The parti are GRANTED. As stated in the Court's November 29 Order, Saudi Arabia's application to modify the scope of the P supplemental document demands must be filed by December 14, 2018. The PECs' response shall be filed by Decemb Saudi Arabia may file a reply by January 8, 2019. In addition, as stated in the Court's October 12 Order, Saudi Arabia response to the PECs' motion to compel by December 21, 2018. The PECs may file a reply by January 8, 2019. (Moti 12/14/2018. Responses due by 12/21/2018. Replies due by 1/8/2019.) (Signed by Magistrate Judge Sarah Netburn on 12/12/2018) (ras) (Entered: 12/12/2018) |
| .2/2018 | 4279 | LETTER addressed to Judge George B. Daniels from Robert T. Haefele dated December 12, 2018 re: Request for ne be made part of the MDL pursuant to the Court's 7/10/2018 Order. Document filed by Thomas Adams, John Actisdar Anderson, Robert Abraham, Wayne Abrahams.(Haefele, Robert) (Entered: 12/12/2018) |
| .3/2018 | 4280 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 12/13/2018) |
| .3/2018 | 4281 | MEMO ENDORSEMENT on re: (4279 in 1:03−md−01570−GBD−SN) Letter. ENDORSEMENT: SO ORDERED. ( Judge George B. Daniels on 12/13/2018) (jwh) Transmission to Attorney Services/Help Desk. (Entered: 12/13/2018) |
| .4/2018 | 4282 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated 12/14/2018 re: Request for br schedule on sealing of documents. Document filed by Kingdom of Saudi Arabia.(Kellogg, Michael) (Entered: 12/14/ |
| .4/2018 | 4283 | LETTER MOTION for Discovery *re Scope of Supplemental Discovery* addressed to Magistrate Judge Sarah Netburn Michael K. Kellogg dated December 14, 2018. Document filed by Kingdom of Saudi Arabia. (Attachments: # 1 Exhi Supplemental Document Requests, # 2 Exhibit B − Objections to Supplemental Document Requests)(Kellogg, Micha (Entered: 12/14/2018) |
| .4/2018 | 4284 | PROPOSED ORDER. Document filed by Kingdom of Saudi Arabia. Related Document Number: 4283 . (Kellogg, M **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 12/14/2018) |
| .4/2018 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 4284 Proposed Order was revi approved as to form. (km)** (Entered: 12/14/2018) |
| .7/2018 | 4285 | MEMO ENDORSEMENT on re: (5 in 1:18−cv−11685−GBD−SN) Letter. ENDORSEMENT: SO ORDERED. (Sign Judge George B. Daniels on 12/17/2018) (jwh) (Entered: 12/17/2018) |
| .7/2018 | 4286 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated 12/17/2018 re: i opposition to the briefing schedule in Kingdom of Saudi Arabia's letter of 12/14/2018 and request for expedited brief schedule. Document filed by Plaintiffs Executive Committees.(Pounian, Steven) (Entered: 12/17/2018) |
| .8/2018 | 4287 | LETTER MOTION for Discovery *as filed under seal Docket No. 4280 on December 13, 2018* addressed to Magistrat Sarah Netburn from Andrew J Maloney, III dated 12−18−2018. Document filed by Plaintiffs Executive Committees.I Associated Cases: 1:03−md−01570−GBD−SN et al.(Maloney, Andrew) (Entered: 12/18/2018) |

| | | |
|---|---|---|
| .8/2018 | 4288 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated 12/18/2018 re: sealed filing a proposed redactions. Document filed by Kingdom of Saudi Arabia.(Kellogg, Michael) (Entered: 12/18/2018) |
| .9/2018 | 4289 | MOTION for Compensation *through Creation of Common Benefit Fund and Authorizing Certain Disbursements The* Document filed by Fiona Havlish. Return Date set for 1/2/2019 at 11:59 PM. (Attachments: # 1 Exhibit prior Order, # Mag. J. Report and Recommendation 7/12/16, # 3 Exhibit List of Iran Judgments (not exhaustive), # 4 Exhibit Court 4/15/10, # 5 Exhibit Court Transcript 7/13/11, # 6 Exhibit USVSST Claims Statistics, # 7 Exhibit USVSST Congress Report 1/9/17, # 8 Exhibit Kephart excerpt, # 9 Exhibit Shenon excerpt, # 10 Text of Proposed Order Proposed Order Associated Cases: 1:03−md−01570−GBD−SN et al.(Fleming, Timothy) (Entered: 12/19/2018) |
| 20/2018 | 4290 | MEMORANDUM OF LAW in Support re: (12 in 1:18−cv−11874−GBD−SN) MOTION for Compensation *through Common Benefit Fund and Authorizing Certain Disbursements Therefrom*. . Document filed by Fiona Havlish. Filed Associated Cases: 1:03−md−01570−GBD−SN et al.(Fleming, Timothy) (Entered: 12/20/2018) |
| 20/2018 | 4291 | MOTION for Compensation *through Creation of Common Benefit Fund and Authorizing Certain Disbursements The* Document filed by Havlish Plaintiffs. Return Date set for 1/3/2019 at 11:59 PM. (Attachments: # 1 Exhibit prior Ord Exhibit Report and Recommendation, # 3 Exhibit List of Judgments, # 4 Exhibit Court Transcript 4/15/10, # 5 Exhib Transcript 7/13/11, # 6 Exhibit USVSST Claims Statistics 2018, # 7 Exhibit USVSST Congressional Report 1/9/17, # Kephart excerpt, # 9 Exhibit Shenon excerpt, # 10 Text of Proposed Order Proposed Order)Filed In Associated Cases 1:03−md−01570−GBD−SN et al.(Fleming, Timothy) (Entered: 12/20/2018) |
| 20/2018 | 4292 | MEMORANDUM OF LAW in Support re: (14 in 1:18−cv−11874−GBD−SN) MOTION for Compensation *through Common Benefit Fund and Authorizing Certain Disbursements Therefrom*. . Document filed by Havlish Plaintiffs. Fi Associated Cases: 1:03−md−01570−GBD−SN et al.(Fleming, Timothy) (Entered: 12/20/2018) |
| 20/2018 | 4293 | ORDER: The Court adopts the briefing scheduled proposed by the Kingdom of Saudi Arabia. Accordingly, Saudi Ar file a letter brief in support of its position by January 15, 2019. The PECs shall file an opposition by January 22, 2019 Kingdom may file a reply by January 25. The Court's briefing schedule will allow Saudi Arabia to address any docun are filed with the PECs' reply to their motion to compel, currently due on January 8, 2019. At this time, the Court doe merit in the PECs' contention that KSA "has engaged in delay and obfuscation." See ECF No. 4286, at 2. (Signed by Judge Sarah Netburn on 12/20/2018) (ras) (Entered: 12/20/2018) |
| 20/2018 | 4294 | ORDER denying (479) Letter Motion for Discovery in case 1:03−cv−09848−GBD−SN; denying (833) Letter Motion Discovery in case 1:03−cv−09849−GBD−SN; denying (4287) Letter Motion for Discovery in case 1:03−md−01570− denying (500) Letter Motion for Discovery in case 1:04−cv−01076−GBD−SN; denying (465) Letter Motion for Disc case 1:04−cv−01922−GBD−SN; denying (675) Letter Motion for Discovery in case 1:04−cv−01923−GBD−SN; deny Letter Motion for Discovery in case 1:04−cv−06105−GBD−SN; denying (641) Letter Motion for Discovery in case 1:04−cv−05970−GBD−SN; denying (595) Letter Motion for Discovery in case 1:04−cv−07065−GBD−SN; denying ( Motion for Discovery in case 1:04−cv−07216−GBD−SN; denying (527) Letter Motion for Discovery in case 1:04−cv−07280−GBD−SN; denying (367) Letter Motion for Discovery in case 1:04−cv−07281−GBD−FM; denying Letter Motion for Discovery in case 1:04−cv−07279−GBD−SN; denying (130) Letter Motion for Discovery in case 1:09−cv−07055−GBD−SN; denying (285) Letter Motion for Discovery in case 1:11−cv−07550−GBD−SN; denying ( Letter Motion for Discovery in case 1:02−cv−06977−GBD−SN; denying (24) Letter Motion for Discovery in case 1:02−cv−06978−GBD−SN; denying (25) Letter Motion for Discovery in case 1:02−cv−07209−GBD−SN; denying (2 Motion for Discovery in case 1:02−cv−07214−GBD−SN; denying (48) Letter Motion for Discovery in case 1:02−cv−07230−GBD−SN; denying (408) Letter Motion for Discovery in case 1:02−cv−07300−GBD−SN; denying ( Motion for Discovery in case 1:15−cv−09903−GBD−SN; denying (63) Letter Motion for Discovery in case 1:16−cv−07456−GBD−SN; denying (111) Letter Motion for Discovery in case 1:16−cv−07853−GBD−SN; denying ( Motion for Discovery in case 1:16−cv−08070−GBD−SN; denying (82) Letter Motion for Discovery in case 1:16−cv−08884−GBD−SN; denying (104) Letter Motion for Discovery in case 1:16−cv−09663−GBD−SN; denying ( Motion for Discovery in case 1:16−cv−09937−GBD−SN; denying (103) Letter Motion for Discovery in case 1:17−cv−00117−GBD−SN; denying (82) Letter Motion for Discovery in case 1:17−cv−00348−GBD−SN; denying (1 Motion for Discovery in case 1:17−cv−00450−GBD−SN; denying (114) Letter Motion for Discovery in case 1:17−cv−02003−GBD−SN; denying (72) Letter Motion for Discovery in case 1:17−cv−02129−GBD−SN; denying (9 Motion for Discovery in case 1:17−cv−02651−GBD−SN; denying (63) Letter Motion for Discovery in case 1:17−cv−03810−GBD−SN; denying (79) Letter Motion for Discovery in case 1:17−cv−03887−GBD−SN; denying (9 Motion for Discovery in case 1:17−cv−03908−GBD−SN; denying (69) Letter Motion for Discovery in case 1:17−cv−04201−GBD−SN; denying (66) Letter Motion for Discovery in case 1:17−cv−05174−GBD−SN; denying (6 Motion for Discovery in case 1:17−cv−05471−GBD−SN; denying (65) Letter Motion for Discovery in case 1:17−cv−06123−GBD−SN; denying (47) Letter Motion for Discovery in case 1:17−cv−06519−GBD−SN; denying (5 Motion for Discovery in case 1:17−cv−07317−GBD−SN; denying (59) Letter Motion for Discovery in case 1:17−cv−07914−GBD−SN; denying (49) Letter Motion for Discovery in case 1:17−cv−08617−GBD−SN; denying (3 Motion for Discovery in case 1:18−cv−00538−GBD−SN; denying (38) Letter Motion for Discovery in case 1:18−cv−00947−GBD−SN; denying (52) Letter Motion for Discovery in case 1:18−cv−03162−GBD−SN; denying (3 Motion for Discovery in case 1:18−cv−03353−GBD−SN; denying (39) Letter Motion for Discovery in case 1:18−cv−05306−GBD−SN; denying (40) Letter Motion for Discovery in case 1:18−cv−05320−GBD−SN; denying (4 |

| | | |
|---|---|---|
| | | Motion for Discovery in case 1:18−cv−05321−GBD−SN; denying (38) Letter Motion for Discovery in case 1:18−cv−05331−GBD−SN; denying (39) Letter Motion for Discovery in case 1:18−cv−05339−GBD−SN; denying (4 Motion for Discovery in case 1:18−cv−05373−GBD−SN; denying (40) Letter Motion for Discovery in case 1:18−cv−05383−GBD−SN; denying (22) Letter Motion for Discovery in case 1:18−cv−06922−GBD−SN; denying (1 Motion for Discovery in case 1:18−cv−07030−GBD−SN; denying (24) Letter Motion for Discovery in case 1:18−cv−07306−GBD−SN; denying (19) Letter Motion for Discovery in case 1:18−cv−07509−GBD−SN; denying (8 Motion for Discovery in case 1:18−cv−08297−GBD−SN; denying (11) Letter Motion for Discovery in case 1:18−cv−10779−GBD−SN; denying (7) Letter Motion for Discovery in case 1:18−cv−11033−GBD−SN; denying (10 Motion for Discovery in case 1:18−cv−11051−GBD−SN; denying (7) Letter Motion for Discovery in case 1:18−cv−11140−GBD−SN; denying (12) Letter Motion for Discovery in case 1:18−cv−11144−GBD−SN; denying (8 Motion for Discovery in case 1:18−cv−11157−GBD−SN; denying (12) Letter Motion for Discovery in case 1:18−cv−11191−GBD−SN; denying (9) Letter Motion for Discovery in case 1:18−cv−11212−GBD−SN; denying (9) Motion for Discovery in case 1:18−cv−11250−GBD−SN; denying (7) Letter Motion for Discovery in case 1:18−cv−11251−GBD−SN; denying (7) Letter Motion for Discovery in case 1:18−cv−11253−GBD−SN; denying (9) Motion for Discovery in case 1:18−cv−11257−GBD−SN; denying (7) Letter Motion for Discovery in case 1:18−cv−11259−GBD−SN; denying (8) Letter Motion for Discovery in case 1:18−cv−11274−GBD−SN; denying (8) Motion for Discovery in case 1:18−cv−11289−GBD−SN; denying (9) Letter Motion for Discovery in case 1:18−cv−11293−GBD−SN; denying (8) Letter Motion for Discovery in case 1:18−cv−11305−GBD−SN; denying (6) Motion for Discovery in case 1:18−cv−11308−GBD−SN; denying (6) Letter Motion for Discovery in case 1:18−cv−11311−GBD−SN; denying (9) Letter Motion for Discovery in case 1:18−cv−11314−GBD−SN; denying (7) Motion for Discovery in case 1:18−cv−11340−GBD−SN; denying (8) Letter Motion for Discovery in case 1:18−cv−11345−GBD−SN; denying (7) Letter Motion for Discovery in case 1:18−cv−11375−GBD−SN; denying (8) Motion for Discovery in case 1:18−cv−11382−GBD−SN; denying (6) Letter Motion for Discovery in case 1:18−cv−11392−GBD−SN; denying (10) Letter Motion for Discovery in case 1:18−cv−11416−GBD−SN; denying (9 Motion for Discovery in case 1:18−cv−11417−GBD−SN; denying (6) Letter Motion for Discovery in case 1:18−cv−11426−GBD−SN; denying (6) Letter Motion for Discovery in case 1:18−cv−11429−GBD−SN; denying (6) Motion for Discovery in case 1:18−cv−11464−GBD−SN; denying (8) Letter Motion for Discovery in case 1:18−cv−11483−GBD−SN; denying (6) Letter Motion for Discovery in case 1:18−cv−11485−GBD−SN; denying (5) Motion for Discovery in case 1:18−cv−11486−GBD−SN; denying (5) Letter Motion for Discovery in case 1:18−cv−11488−GBD−SN; denying (5) Letter Motion for Discovery in case 1:18−cv−11489−GBD−SN; denying (8) Motion for Discovery in case 1:18−cv−11493−GBD−SN; denying (6) Letter Motion for Discovery in case 1:18−cv−11500−GBD−SN; denying (7) Letter Motion for Discovery in case 1:18−cv−11504−GBD−SN; denying (7) Motion for Discovery in case 1:18−cv−11509−GBD−SN; denying (7) Letter Motion for Discovery in case 1:18−cv−11515−GBD−SN; denying (6) Letter Motion for Discovery in case 1:18−cv−11516−GBD−SN; denying (7) Motion for Discovery in case 1:18−cv−11519−GBD−SN; denying (6) Letter Motion for Discovery in case 1:18−cv−11525−GBD−SN; denying (5) Letter Motion for Discovery in case 1:18−cv−11527−GBD−SN; denying (5) Motion for Discovery in case 1:18−cv−11573−GBD−SN; denying (5) Letter Motion for Discovery in case 1:18−cv−11575−GBD−SN; denying (6) Letter Motion for Discovery in case 1:18−cv−11578−GBD−SN; denying (6) Motion for Discovery in case 1:18−cv−11582−GBD−SN; denying (8) Letter Motion for Discovery in case 1:18−cv−11583−GBD−SN; denying (5) Letter Motion for Discovery in case 1:18−cv−11584−GBD−SN; denying (5) Motion for Discovery in case 1:18−cv−11619−GBD−SN; denying (5) Letter Motion for Discovery in case 1:18−cv−11624−GBD−SN; denying (5) Letter Motion for Discovery in case 1:18−cv−11664−GBD−SN; denying (10 Motion for Discovery in case 1:18−cv−11685−GBD−SN; denying (6) Letter Motion for Discovery in case 1:18−cv−11695−GBD−SN; denying (402) Letter Motion for Discovery in case 1:03−cv−05071−GBD−SN; denying ( Motion for Discovery in case 1:03−cv−05738−GBD−SN; denying (1040) Letter Motion for Discovery in case 1:03−cv−06978−GBD−SN; denying (398) Letter Motion for Discovery in case 1:03−cv−07036−GBD−SN; denying ( Motion for Discovery in case 1:03−cv−08591−GBD−SN. Application DENIED. A request to defer the Court's writte is not the proper way to bring additional relevant information to the Court's attention. Saudi Arabia's request to file a version of its December 18, 2018 letter is GRANTED. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (' Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (ras) (Entered: 12/20/2018) |
| 20/2018 | 4295 | ORDER: Recently, the Court has been informed by the Clerk of the Court that the parties are filing complaints witho following the proper administrative procedures. To manage the influx of new cases, the parties are directed to work a with the Clerk of the Court and to follow their instructions. The Court highlights the following guidelines for the part (See document.) (Signed by Magistrate Judge Sarah Netburn on 12/20/2018) (ras) Modified on 12/20/2018 (ras). (En 12/20/2018) |
| 21/2018 | 4296 | LETTER addressed to Judge George B. Daniels from Thomas G. Rohback dated 12/21/2018 re: Hartford Fire Insura Company et al. v. Kingdom of Saudi Arabia, 18−cv−12085.. Document filed by HartFord Fire Insurance Company.(I Thomas) (Entered: 12/21/2018) |
| 21/2018 | 4297 | LETTER MOTION for Extension of Time *to File Joint Status Report* addressed to Magistrate Judge Sarah Netburn f Andrew J Maloney, III dated 12−21−2018. Document filed by Plaintiffs Executive Committees.(Maloney, Andrew) ( 12/21/2018) |

| | | |
|---|---|---|
| 21/2018 | 4298 | ORDER granting 4297 Letter Motion for Extension of Time. The parties may file their joint status letter on January 4 (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 12/21/2018 |
| 21/2018 | 4299 | LETTER addressed to Judge George B. Daniels from Thorn Rosenthal dated December 21, 2018 re: New Saudi Arab Form Complaint. Document filed by Swiss Reinsurance America Corporation, Swiss Re International S.E., Westport Corporation, Swiss Re Europe S.A., Swiss Reinsurance Company Ltd..(Rosenthal, Thorn) (Entered: 12/21/2018) |
| 21/2018 | 4300 | LETTER addressed to Magistrate Judge Sarah Netburn from Thorn Rosenthal dated December 21, 2018 re: New Sau Short Form Complaint. Document filed by Robert Rzasa, Swiss Re Europe S.A., Swiss Re International S.E., Swiss R America Corporation, Swiss Reinsurance Company Ltd., Westport Insurance Corporation.(Rosenthal, Thorn) (Entere 12/21/2018) |
| 21/2018 | 4301 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman, Esq dated 12/21/2018 Document file Plaintiffs Executive Committees.(Goldman, Jerry) (Entered: 12/21/2018) |
| 21/2018 | 4302 | ORDER: On December 19, 2018, Anderson Kill P.C. called the Clerk of Court and requested permission to commen with over 1,000 plaintiffs. The Court has spoken with attorney Jerry Goldman from Anderson Kill and with the Clerk Court. Plaintiffs' request is DENIED. No more than 100 plaintiffs, including estate plaintiffs, may be included in a sin complaint, even if that complaint is filed against defendants other than the Islamic Republic of Iran or the Kingdom o Arabia. Despite any burden on the plaintiffs, this rule is necessary to manage the Court's docket in this complex Mult Litigation. (Signed by Magistrate Judge Sarah Netburn on 12/21/2018) (ras) (Entered: 12/21/2018) |
| 21/2018 | 4303 | ORDER: On December 20, 2018, counsel for the plaintiffs in Havlish, et al., v. bin Laden, et al., 03−cv−9848 (S.D.N motion for compensation through the creation of a common benefit fund. Those parties affected by the motion are OR meet and confer and propose a briefing schedule by January 4, 2019. To the extent feasible, any opposition should be consolidated into one brief. (Signed by Magistrate Judge Sarah Netburn on 12/21/2018) (ras) (Entered: 12/21/2018) |
| 21/2018 | 4304 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated 12/21/2018 re: sealed filing a proposed redactions. Document filed by Kingdom of Saudi Arabia.(Kellogg, Michael) (Entered: 12/21/2018) |
| 21/2018 | 4305 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated 12/18/2018 re: Response to P Letter of December 12. Document filed by Kingdom of Saudi Arabia.(Kellogg, Michael) (Entered: 12/21/2018) |
| 26/2018 | 4306 | LETTER addressed to Judge George B. Daniels from Jeremy S. Spiegel, Esq. dated December 26, 2018 re: Filing of Arabia Short Form Complaint. Document filed by Robert Crossfield, Michael White.(Spiegel, Jeremy) (Entered: 12/2 |
| 26/2018 | 4307 | LETTER addressed to Magistrate Judge Sarah Netburn from Jeremy S. Spiegel, Esq. dated December 26, 2018 re: Fi Saudi Arabia Short Form Complaint. Document filed by Robert Crossfield, Michael White.(Spiegel, Jeremy) (Entere 12/26/2018) |
| 28/2018 | 4308 | LETTER addressed to Judge George B. Daniels from J. Scott Tarbutton, Esquire dated December 28, 2018 re: Wurttembergische Versicherung AG v. Kingdom of Saudi Arabia, Case No. 1:18−cv−12257, be made part of In Re T Attacks on September 11, 2001, 03 MDL 1570. Document filed by Wurttenbergische Versicherung AG.(Carter, Sean 12/28/2018) |
| 28/2018 | 4309 | LETTER addressed to Magistrate Judge Sarah Netburn from J. Scott Tarbutton, Esquire dated December 28, 2018 re Wurttembergische Versicherung AG v. Kingdom of Saudi Arabia, Case No. 1:18−cv−12257, be made part of In Re T Attacks on September 11, 2001, 03 MDL 1570. Document filed by Wurttenbergische Versicherung AG.(Carter, Sean 12/28/2018) |
| 28/2018 | 4310 | SEALED DOCUMENT placed in vault.(rz) (Entered: 12/28/2018) |
| 31/2018 | 4311 | MOTION to Substitute Party. Old Party: New Party: *As set forth on Exhibit A*. Document filed by All Plaintiffs. (Atta 1 Exhibit Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN(Haefele, Rol (Entered: 12/31/2018) |
| 31/2018 | 4312 | PROPOSED ORDER. Document filed by All Plaintiffs. Related Document Number: 4311 . (Haefele, Robert) **Propo to be reviewed by Clerk's Office staff.** (Entered: 12/31/2018) |
| 31/2018 | 4313 | LETTER addressed to Judge George B. Daniels from James P. Kreindler dated 12−31−2018 re: Request for new acti made part of the MDL pursuant to the Court's 7/10/2018 Order. Document filed by Anne Angelini (Parent of 9/11 De Joseph J. Angelini).. Document filed by Anne Angelini.(Kreindler, James) (Entered: 12/31/2018) |
| 02/2019 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (4312 in 1:03−md−01570−GBD in 1:03−cv−09849−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN(dt)** (Entered: 01/02/2019) |
| 02/2019 | 4314 | LETTER addressed to Judge George B. Daniels from James P. Bonner, Esq. dated January 2, 2019 re: Filing of relate 1:18−cv−12339 and 1:18−cv−12367 against Kingdom of Saudi Arabia. Document filed by Anaya Marie Laure.(Bonn (Entered: 01/02/2019) |

| | | |
|---|---|---|
| )2/2019 | 4315 | LETTER addressed to Magistrate Judge Sarah Netburn from James P. Bonner, Esq. dated January 2, 2019 re: Filing o cases 1:18−cv−12339 and 1:18−cv−12367 against Kingdom of Saudi Arabia.. Document filed by Marie Laure Anaya James) (Entered: 01/02/2019) |
| )2/2019 | 4316 | LETTER addressed to Judge George B. Daniels from James P. Bonner, Esq. dated January 2, 2019 re: Filing of relate 1:18−cv−12341 and 1:18−cv−12370 against Islamic Republic of Iran. Document filed by Marie Laure Anaya.(Bonne (Entered: 01/02/2019) |
| )2/2019 | 4317 | LETTER addressed to Magistrate Judge Sarah Netburn from James P. Bonner, Esq. dated January 2, 2019 re: Filing o cases 1:18−cv−12341 and 1:18−cv−12370 against Islamic Republic of Iran. Document filed by Marie Laure Anaya(F Anaya v. Islamic Republic of Iran, 18−12341).(Bonner, James) (Entered: 01/02/2019) |
| )2/2019 | 4318 | ORDER granting (846) Motion to Substitute Party in case 1:03−cv−09849−GBD−SN; granting (4311) Motion to Sub Party in case 1:03−md−01570−GBD−SN. It is hereby ORDERED that the Burnett Plaintiffs' motion is granted, and t individuals included on Exhibit A to that motion are to be substituted into the Burnett case. It is further ORDERED th Burnett Plaintiffs comply with the Clerk of Court's instructions as set forth in ECF No. 4295 regarding the addition o plaintiffs to the Burnett action in the Court's ECF and docketing system. The Clerk of Court is respectfully directed to the motions at ECF Nos. 4311 (03−MDL−01570) and 846 (03−CV−9849). (Signed by Magistrate Judge Sarah Netbu 1/2/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN. (ras) (Entered: 01/02/2 |
| )2/2019 | 4319 | LETTER addressed to Judge George B. Daniels from Edward J. Maggio dated January 2, 2019 re: Filing of related cases1:18−cv−12337, 1:18−cv−12344, 1:18−cv−12347 and 1:18−cv−12398 against Islamic Republic of Iran. Docum Beatrice Gaston.(Maggio, Edward) (Entered: 01/02/2019) |
| )2/2019 | 4320 | LETTER addressed to Judge George B. Daniels from Edward J. Maggio dated January 2, 2019 re: Filing of related cases1:18−cv−12338, 1:18−cv−12346, 1:18−cv−12348 and 1:18−cv−12399 against Kingdom of Saudi Arabia. Docu by Beatrice Gaston.(Maggio, Edward) (Entered: 01/02/2019) |
| )2/2019 | 4321 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman, Esq dated 01/02/2019 Document filed by Pla Executive Committees.(Goldman, Jerry) (Entered: 01/02/2019) |
| )2/2019 | 4322 | MOTION to Substitute Party. Old Party: New Party: As set forth on Exhibit A . Document filed by Burnett Plaintiffs (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN(Hae Robert) (Entered: 01/02/2019) |
| )2/2019 | 4323 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. Related Document Number: 4322 . (Haefele, Robert) **Pr Order to be reviewed by Clerk's Office staff.** (Entered: 01/02/2019) |
| )2/2019 | 4324 | LETTER addressed to Judge George B. Daniels from Timothy B. Fleming dated January 2, 2019 re: Adding Ray case MDL. Document filed by Fiona Havlish.(Fleming, Timothy) (Entered: 01/02/2019) |
| )2/2019 | 4325 | LETTER addressed to Judge George B. Daniels from Timothy B. Fleming dated January 2, 2019 re: Adding Rosenth Homer, and McGuire cases to the MDL. Document filed by Fiona Havlish.(Fleming, Timothy) (Entered: 01/02/2019) |
| )2/2019 | 4326 | LETTER addressed to Judge George B. Daniels from Timothy B. Fleming dated January 2, 2019 re: Adding Ray case MDL. Document filed by Fiona Havlish.(Fleming, Timothy) (Entered: 01/02/2019) |
| )3/2019 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 4323 Proposed Order was revi approved as to form. (km)** (Entered: 01/03/2019) |
| )3/2019 | 4327 | ORDER granting (850) Motion to Substitute Party in case 1:03−cv−09849−GBD−SN; granting (4322) Motion to Sub Party in case 1:03−md−01570−GBD−SN. It is hereby ORDERED that the Burnett Plaintiffs' motion is granted, and t individuals included on Exhibit A to that motion are to be substituted into the Burnett case. It is further ORDERED th Burnett Plaintiffs comply with the Clerk of Court's instructions as set forth in ECF No. 4295 regarding the addition o plaintiffs to the Burnett action in the Court's ECF and docketing system. The Clerk of Court is respectfully directed to the motion the motions at ECF Nos. 4322 (03−MDL−01570) and 850 (03−CV−9849). (Signed by Magistrate Judge S Netburn on 1/3/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN. (ras) (Ente 01/03/2019) |
| )3/2019 | 4328 | LETTER addressed to Judge George B. Daniels from Robert T. Haefele dated January 3, 2019 re: Request for new ac made part of the MDL pursuant to the Court's 7/10/2018 Order. Document filed by Thomas S. Arias, Joseph Agri, Cl Barrera, Eric Ando, Karl Aepelbacher, Cynthia Adam, James Abreu, Elizabeth Parks, John Odland.(Haefele, Robert) 01/03/2019) |
| )3/2019 | 4329 | LETTER addressed to Judge George B. Daniels from Robert T. Haefele dated January 3, 2019 re: Request for new ac made part of the MDL pursuant to the Court's 7/10/2018 Order. Document filed by Thomas S. Arias, Gerard John Prior.(Haefele, Robert) (Entered: 01/03/2019) |

| | | |
|---|---|---|
| )3/2019 | 4330 | TRANSCRIPT of Proceedings re: CONFERENCE held on 12/7/2018 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Pamela Utter, (212) 805−0300. Transcript may be viewed at the court public terminal or purcha through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 1/24/2019. Redacted Transcript Deadline set for 2/4/2019. Release Transcript Restriction set for 4/3/2019.(McGuirk, Kelly) (Entered: 01/03/2019) |
| )3/2019 | 4331 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERI proceeding held on 12/7/18 has been filed by the court reporter/transcriber in the above−captioned matter. The parties seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...( Kelly) (Entered: 01/03/2019) |
| )3/2019 | 4332 | LETTER addressed to Judge George B. Daniels from James P. Kreindler dated 01−03−2019 re: Request for new acti made part of the MDL pursuant to the Court's 7/10/2018 Order. Document filed by Manuel Abad. (Attachments: # 1 1)(Kreindler, James) (Entered: 01/03/2019) |
| )4/2019 | 4333 | LETTER addressed to Judge George B. Daniels from Christopher LoPalo dated January 4, 2019 re: Request for new be made part of MDL. Document filed by Napoli Shkolnik PLLC.(LoPalo, Christopher) (Entered: 01/04/2019) |
| )4/2019 | 4334 | LETTER addressed to Magistrate Judge Sarah Netburn from AUSAs Sarah S. Normand and Jeannette Vargas dated J 2019 re: Standing Order Regarding Lapse in Appropriations. Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Standing Order dated December 27, 2018)(Normand, Sarah) (Entered: 01/04/2019) |
| )4/2019 | 4335 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated January 4, 2019 Standing Order M10−468. Document filed by Plaintiffs Executive Committees.(Carter, Sean) (Entered: 01/04/2019) |
| )4/2019 | 4336 | LETTER addressed to Judge George B. Daniels from Plaintiffs' Executive Committees dated January 4, 2019 re: Star M10−468. Document filed by Plaintiffs Executive Committees.(Carter, Sean) (Entered: 01/04/2019) |
| )4/2019 | 4337 | JOINT LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated 1/4/2019 Briefing Schedule on Havlish−Hoglan Motion for Common Benefit Fund. Document filed by All Plaintiffs. (Attachn Exhibit A − Havlish−Hoglan Letter to Judge Netburn, # 2 Exhibit B − PECs Letter to Judge Netburn)Filed In Associa 1:03−md−01570−GBD−SN et al.(Haefele, Robert) (Entered: 01/04/2019) |
| )7/2019 | 4338 | ORDER granting (4184) Motion for Issuance of Letters Rogatory in case 1:03−md−01570−GBD−SN; granting (282) Issuance of Letters Rogatory in case 1:11−cv−07550−GBD−SN. Upon consideration of the Plaintiffs' Motion, and the accompanying Memorandum of Law and exhibits, it is hereby ORDERED and DECREED that Plaintiffs' Motion is GRANTED...The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 4184 (03−MDL−0157 (11−CV−07550). (Signed by Magistrate Judge Sarah Netburn on 1/7/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN. (ras) (Entered: 01/07/2019) |
| )7/2019 | 4339 | ORDER: On Thursday, December 27, 2018, Chief Judge McMahon stayed all civil cases (other than forfeiture cases) the United States Attorney's Office for the Southern District of New York has appeared as counsel of record for the U States, its agencies, or its employees. Standing Order M10468 (the "Standing Order"). The stay will remain in effect u business day after the President signs into law a budget appropriation that restores Department of Justice funding. Id. January 4, 2019, the Plaintiffs' Executive Committees ("PECs") filed a letter regarding the Standing Order. To identif this multidistrict litigation that are impacted by the shutdown, the PECs request that the Court direct the PECs, DOJ, Executive Committee, counsel for the Kingdom of Saudi Arabia, and counsel for Dallah Avco, to meet and confer reg these issues. The PECs' request is GRANTED. Accordingly, the relevant parties are directed to meet and confer abou of the Standing Order on this litigation by Wednesday, January 9, 2019. The parties shall file a status letter with the C Friday, January 11, 2019. (Signed by Magistrate Judge Sarah Netburn on 01/07/2019) (ras) (Entered: 01/07/2019) |
| )8/2019 | 4340 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated 1/8/2019 re: Sealed filing and redactions. Document filed by Kingdom of Saudi Arabia.(Kellogg, Michael) (Entered: 01/08/2019) |
| )8/2019 | 4341 | LETTER MOTION for Oral Argument addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Com dated 01/08/2019. Document filed by Plaintiffs Executive Committees.(Pounian, Steven) (Entered: 01/08/2019) |
| )8/2019 | 4342 | SEALED DOCUMENT placed in vault.(rz) (Entered: 01/09/2019) |
| .1/2019 | | CLERK CERTIFICATE OF MAILING UNEXECUTED for the Notice of default judgment, A true and certified cop August 31, 2015 Default Judgment on liability, A true and certified copy of the September 12, 2018 Final Order of Ju and the moving papers for Plaintiffs Motion, A copy of the Foreign Sovereign Immunities Act, Certified Farsi transla the above documents mailed to Islamic Republic of Iran H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Mi Foreign Affair s Imam Khomeini Street, Imam Khomeini Square Tehran, Islamic Republic of Iran, to the c/o Secretar Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Depart State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520 on 09/14/2018 by Federal Express tracking # 77 1337, as per (4178 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. Confirmation that delivery was exec |

| | | |
|---|---|---|
| | | not received by the Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN(smc) (Entered: 01/11/2019) |
| 1/2019 | 4343 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MOTION for Thomas Peter Donahue to Appear Pro Hac V fee $ 200.00, receipt number NYSDC−16179856. **Motion and supporting papers to be reviewed by Clerk's Offic** Document filed by Marie Anaya, Hugh Chairnoff. (Attachments: # 1 Declaration of Thomas Peter Donahue, # 2 Cert Good Standing, # 3 Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12339−GBD− 1:18−cv−12341−GBD−SN, 1:18−cv−12367−GBD−SN, 1:18−cv−12370−GBD−SN(Donahue, Thomas) Modified on (bcu). (Entered: 01/11/2019) |
| 1/2019 | 4344 | NOTICE OF APPEARANCE by James Patrick Bonner on behalf of Marie Anaya. (Bonner, James) (Entered: 01/11/2 |
| 1/2019 | 4345 | NOTICE OF APPEARANCE by Susan M. Davies on behalf of Marie Anaya. (Davies, Susan) (Entered: 01/11/2019) |
| 1/2019 | 4346 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter, Robert T. Haefele and Andrew J. Malon January 11, 2019 re: Joint status letter regarding the meet and confer about the impact of Standing Order M10468. Do filed by Plaintiffs Executive Committees.(Haefele, Robert) (Entered: 01/11/2019) |
| 4/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (7 in 1:18−cv−12339−GBD 1:18−cv−12370−GBD−SN, 4343 in 1:03−md−01570−GBD−SN, 7 in 1:18−cv−12367−GBD−SN, 10 in 1:18−cv−12341−GBD−SN) MOTION for Thomas Peter Donahue to Appear Pro Hac Vice . Filing fee $ 200.00, number NYSDC−16179856. Motion and supporting papers to be reviewed by Clerk's Office staff.. The docum been reviewed and there are no deficiencies. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12339−GBD−SN, 1:18−cv−12341−GBD−SN, 1:18−cv−12367−GBD−SN, 1:18−cv−12370−GBD−SN(wb** 01/14/2019) |
| 4/2019 | 4347 | MOTION for Patrick Joseph Donahue to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−16183 **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Marie Anaya, Hugh Cha (Attachments: # 1 Declaration of Patrick J. Donahue, # 2 Certificate of Good Standing (Maryland), # 3 Certificate of Standing (D.C.), # 4 Proposed Order for Admission pro hac vice of Patrick J. Donahue)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(Donahue, Patrick) (Entered: 01/14/2019) |
| 4/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (11 in 1:18−cv−12341−GB 1:18−cv−12367−GBD−SN, 4347 in 1:03−md−01570−GBD−SN, 10 in 1:18−cv−12370−GBD−SN, 8 in 1:18−cv−12339−GBD−SN, 31 in 1:02−cv−06978−GBD−SN) MOTION for Patrick Joseph Donahue to Appear Vice . Filing fee $ 200.00, receipt number NYSDC−16183817. Motion and supporting papers to be reviewed by Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(wb)** (Entered: 01/14/2019) |
| 4/2019 | 4348 | MOTION for Patrick Michael Donahue to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Office staff.** Document filed by Marie Anaya, Hugh Chairnoff. (Attachments: # 1 Declaration of Patrick Michael Do Certificate of Good Standing (Maryland), # 3 Certificate of Good Standing (D.C.), # 4 Proposed Order for Admissio vice of Patrick Michael Donahue)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12339−GBD−SN 1:18−cv−12341−GBD−SN, 1:18−cv−12367−GBD−SN, 1:18−cv−12370−GBD−SN(Donahue, Patrick) (Entered: 01/ |
| 4/2019 | | Pro Hac Vice Fee Payment: for (12 in 1:18−cv−12341−GBD−SN, 9 in 1:18−cv−12339−GBD−SN, 4348 in 1:03−md−01570−GBD−SN, 11 in 1:18−cv−12370−GBD−SN, 9 in 1:18−cv−12367−GBD−SN) MOTION for Patrick Donahue to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.**. Filing 200.00, receipt number NYSDC−16185071.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12339 1:18−cv−12341−GBD−SN, 1:18−cv−12367−GBD−SN, 1:18−cv−12370−GBD−SN(Donahue, Patrick) (Entered: 01/ |
| 4/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (12 in 1:18−cv−12341−GB 4348 in 1:03−md−01570−GBD−SN, 11 in 1:18−cv−12370−GBD−SN, 9 in 1:18−cv−12339−GBD−SN, 9 in 1:18−cv−12367−GBD−SN) MOTION for Patrick Michael Donahue to Appear Pro Hac Vice . Motion and supp papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12339−GBD−SN, 1:18−cv−12341−GBD−SN, 1:18−cv−12367−GBD−SN, 1:18−cv−12370−GBD−SN(bcu)** (Entered: 01/14/2019) |
| 5/2019 | 4349 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MOTION for Patrick York McLane to Appear Pro Hac Vi fee $ 200.00, receipt number NYSDC−16190810. **Motion and supporting papers to be reviewed by Clerk's Offic** Document filed by Marie Anaya, Hugh Chairnoff. (Attachments: # 1 Declaration of P. York McLane, # 2 Certificate Standing (Texas), # 3 Proposed Order for Pro Hac Vice Admission of P. York McLane)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(McLane, Patrick) Modified on 1/15/2019 (wb). (Entered: 01/15/2019) |
| 5/2019 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE−FILE Doc (10 in 1:18−cv−12339−GBD−SN, 13 in 1:18−cv−12341−GBD−SN, 4349 in 1:03−md−01570−GBD−SN, 10 in 1:18−cv−12367−GBD−SN, 12 in 1:18−cv−12370−GBD−SN) MOTION for Patrick York McLane to Appear Pr . Filing fee $ 200.00, receipt number NYSDC−16190810. Motion and supporting papers to be reviewed by Cler** |

| | | |
|---|---|---|
| | | **staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme C Texas;. Re−file the motion as A Motion to Appear Pro Hac Vice − attach the correct signed PDF − select the co named filer/filers − attach valid Certificates of Good Standing issued within the past 30 days − attach Propose Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12339−GBD−SN, 1:18−cv−12341−GBD−SN, 1:18−cv−12367−GBD−SN, 1:18−cv−12370−GBD−SN(wb)** (Entered: 01/15/2019) |
| .5/2019 | 4350 | OPINION & ORDER re: 4164 MOTION for Reconsideration *of August 29, 2018 Order*, filed by World Assembly of Youth, Wamy International, Inc. WAMY's motion for reconsideration is GRANTED in part and DENIED in part. Th the Court is directed to terminate the motion at ECF No. 4164. The PECs' request to depose WAMY's declarants is D (Signed by Magistrate Judge Sarah Netburn on 01/15/2019) (ras) (Entered: 01/15/2019) |
| .5/2019 | 4351 | ORDER granting (4343) Motion for Thomas Peter Donahue to Appear Pro Hac Vice in case 1:03−md−01570−GBD− granting (7) Motion for Thomas Peter Donahue to Appear Pro Hac Vice in case 1:18−cv−12339−GBD−SN; granting Motion for Thomas Peter Donahue to Appear Pro Hac Vice in case 1:18−cv−12341−GBD−SN;granting (7) Motion fo Peter Donahue to Appear Pro Hac Vice in case 1:18−cv−12367−GBD−SN; granting (9) Motion for Thomas Peter Do Appear Pro Hac Vice in case 1:18−cv−12370−GBD−SN. (HEREBY ORDERED by Magistrate Judge Sarah Netburn Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12339−GBD−SN, 1:18−cv−12341−G 1:18−cv−12367−GBD−SN, 1:18−cv−12370−GBD−SN. (ras) (Entered: 01/15/2019) |
| .5/2019 | 4352 | ORDER granting (4347) Motion for Patrick Joseph Donahue to Appear Pro Hac Vice in case 1:03−md−01570−GBD granting (8) Motion for Patrick Joseph Donahue to Appear Pro Hac Vice in case 1:18−cv−12339−GBD−SN; granting Motion for Patrick Joseph Donahue to Appear Pro Hac Vice in case 1:18−cv−12341−GBD−SN; granting (8) Motion Joseph Donahue to Appear Pro Hac Vice in case 1:18−cv−12367−GBD−SN; granting (10) Motion for Patrick Joseph to Appear Pro Hac Vice in case 1:18−cv−12370−GBD−SN. (HEREBY ORDERED by Magistrate Judge Sarah Netbu Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12339−GBD−SN, 1:18−cv−12341−G 1:18−cv−12367−GBD−SN, 1:18−cv−12370−GBD−SN. (ras) (Entered: 01/15/2019) |
| .5/2019 | 4353 | ORDER granting (4348) Motion for Patrick Michael Donahue to Appear Pro Hac Vice in case 1:03−md−01570−GB granting (9) Motion for Patrick Michael Donahue to Appear Pro Hac Vice in case 1:18−cv−12339−GBD−SN; grantin Motion for Patrick Michael Donahue to Appear Pro Hac Vice in case 1:18−cv−12341−GBD−SN; granting (9) Motio Patrick Michael Donahue to Appear Pro Hac Vice in case 1:18−cv−12367−GBD−SN; granting (11) Motion for Patri Donahue to Appear Pro Hac Vice in case 1:18−cv−12370−GBD−SN. (HEREBY ORDERED by Magistrate Judge Sa Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12339−GBD−SN, 1:18−cv−12341−GBD−SN, 1:18−cv−12367−GBD−SN, 1:18−cv−12370−GBD−SN. (ras) (Entered: 01/15/2019) |
| .5/2019 | 4354 | MOTION for John Michael Eubanks to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−161945 **and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Robert Abraham, Wayne Abrah Abreu, John Actisdano, Cynthia Adam, Thomas Adams, Karl Aepelbacher, Joseph Agri, Vicki Anderson, Eric Ando Arias, Claudio Barrera, Burnett Plaintiffs, Euro Brokers Inc., et al., John Odland, Elizabeth Parks, Gerard Prior. (Atta 1 Declaration of John Michael Eubanks, # 2 Proposed Order for Admission pro hac vice of John Michael Eubanks)Fi Associated Cases: 1:03−md−01570−GBD−SN et al.(Haefele, Robert) (Entered: 01/15/2019) |
| .5/2019 | 4355 | NOTICE OF APPEARANCE by Patrick Donahue on behalf of Marie Anaya, Hugh Chairnoff. Filed In Associated C 1:03−md−01570−GBD−SN et al.(Donahue, Patrick) (Entered: 01/15/2019) |
| .5/2019 | 4356 | NOTICE OF APPEARANCE by Patrick Michael Donahue on behalf of Marie Anaya, Hugh Chairnoff. Filed In Asso Cases: 1:03−md−01570−GBD−SN et al.(Donahue, Patrick) (Entered: 01/15/2019) |
| .5/2019 | 4357 | NOTICE OF APPEARANCE by Thomas Peter Donahue on behalf of Marie Anaya, Hugh Chairnoff. Filed In Associ 1:03−md−01570−GBD−SN et al.(Donahue, Thomas) (Entered: 01/15/2019) |
| .5/2019 | 4358 | NOTICE OF APPEARANCE by Patrick Louis Rocco on behalf of Marie Anaya, Hugh Chairnoff. Filed In Associate 1:03−md−01570−GBD−SN et al.(Rocco, Patrick) (Entered: 01/15/2019) |
| .5/2019 | 4359 | NOTICE OF CHANGE OF ADDRESS by James Patrick Bonner on behalf of Marie Anaya, Hugh Chairnoff. New A Fleischman Bonner & Rocco LLP, 565 Fifth Avenue, 7th Floor, New York, NY, USA 10017, 9085162066. Filed In Cases: 1:03−md−01570−GBD−SN et al.(Bonner, James) (Entered: 01/15/2019) |
| .5/2019 | 4360 | NOTICE OF CHANGE OF ADDRESS by Susan M. Davies on behalf of Marie Anaya, Hugh Chairnoff. New Addre Fleischman Bonner & Rocco LLP, 565 Fifth Avenue, 7th Floor, New York, NY, USA 10017, 212−239−4460. Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12339−GBD−SN, 1:18−cv−12341−GBD−SN, 1:18−cv−12367−GBD−SN, 1:18−cv−12370−GBD−SN(Davies, Susan) (Entered: 01/15/2019) |
| .5/2019 | 4361 | LETTER MOTION to Seal Document *and Propose Redactions* addressed to Magistrate Judge Sarah Netburn from M Kellogg dated January 15, 2019. Document filed by Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit A, # 2 Exh B)(Kellogg, Michael) (Entered: 01/15/2019) |

| | | |
|---|---|---|
| .6/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (14 in 1:18−cv−11519−GB in 1:04−cv−07279−GBD−SN, 160 in 1:15−cv−09903−GBD−SN, 5 in 1:18−cv−12118−GBD−SN, 14 in 1:18−cv−11509−GBD−SN, 14 in 1:18−cv−11504−GBD−SN, 13 in 1:18−cv−11582−GBD−SN, 5 in 1:18−cv−12030−GBD−SN, 5 in 1:18−cv−12322−GBD−SN, 12 in 1:18−cv−11624−GBD−SN, 14 in 1:18−cv−11515−GBD−SN, 12 in 1:18−cv−11664−GBD−SN, 7 in 1:19−cv−00044−GBD−SN, 854 in 1:03−cv−09849−GBD−SN, 4354 in 1:03−md−01570−GBD−SN, 5 in 1:18−cv−12318−GBD−SN, 12 in 1:18−cv−11619−GBD−SN, 11 in 1:19−cv−00041−GBD−SN, 5 in 1:19−cv−00026−GBD−SN, 15 in 1:18−cv−11493−GBD−SN) MOTION for John Michael Eubanks to Appear Pro Hac Vice . Filing fee $ 200.00, number NYSDC−16194547. Motion and supporting papers to be reviewed by Clerk's Office staff.. The docum been reviewed and there are no deficiencies. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(wb)** (I 01/16/2019) |
| .6/2019 | | CLERK CERTIFICATE OF MAILING UNEXECUTED for the Notice of Default Judgment, August 31, 2015 defau certified copy of the April 30, 2018 Final Order and Judgment and moving papers for the Plaintiff's Motion and Forei Sovereign Immunities Act and translations mailed to Islamic Republic of Iran, to c/o the Secretary of State, Attn: Dir Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA Floor, 2201 C Street NW, Washington, DC 20520 on 06/01/2018 by Federal Express tracking # 772367350135, as pe 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. Confirmation that delivery was executed was not received Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN(smc) (Entered: 01/16/2019) |
| .6/2019 | | CLERK CERTIFICATE OF MAILING UNEXECUTED for the Notice of default judgment, A true and certified cop August 31, 2015 Default Judgment on liability, A true and certified copy of the August 7, 2018 Final Order of Judger the moving papers for Plaintiffs Motion, A copy of the Foreign Sovereign Immunities Act, Certified Farsi translation above documents mailed to to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review an Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, Islamic Republic of Iran H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Street, Imam Khomeini Square Tehran, Islamic Republic of Iran c/o on 08/24/2018 by Federal Express tracking # 773045479829, as per (4122 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. Confirmation that delivery executed was not received by the Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN(smc) (Entered: 01/16/2019) |
| .6/2019 | 4362 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MOTION for Sumayya Khatib to Appear Pro Hac Vice *on Muslim World League and International Islamic Relief Organization*. Filing fee $ 200.00, receipt number ANYSDC− **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by International Islamic Re Organization(IIRO), Muslim World League. (Attachments: # 1 DC Bar Certificate of Good Standing, # 2 Texas Bar ( of Good Standing, # 3 Text of Proposed Order)(Khatib, Sumayya) Modified on 1/16/2019 (wb). (Entered: 01/16/201 |
| .6/2019 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE−FILE Doc 4362 MOTION for Sumayya Khatib to Appear Pro Hac Vice *on behalf of Muslim World League and Internatio Relief Organization*. Filing fee $ 200.00, receipt number ANYSDC−16198496. Motion and supporting papers to filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Tex Pursuant to Rule 1.3. the Attorney Affidavit missing the language of disciplinary.;. Re−file the motion as a Mo Appear Pro Hac Vice − attach the correct signed PDF − select the correct named filer/filers − attach valid Cert Good Standing issued within the past 30 days − attach Proposed Order.. (wb) (Entered: 01/16/2019)** |
| .6/2019 | 4363 | MOTION for Sumayya Khatib to Appear Pro Hac Vice *on behalf of Muslim World League and International Islamic Organization*. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Internatic Relief Organization, Muslim World League. (Attachments: # 1 Declaration of Sumayya Khatib, # 2 DC−Certificate c Standing, # 3 Texas−Certificate of Good Standing, # 4 Text of Proposed Order Proposed Order)(Khatib, Sumayya) (I 01/16/2019) |
| .6/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 4363 MOTION for Sumay to Appear Pro Hac Vice *on behalf of Muslim World League and International Islamic Relief Organization*. Motio supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no d (jc)** (Entered: 01/16/2019) |
| .7/2019 | 4364 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MOTION to Withdraw *Mark J. Leimkuhler as counsel on Muslim World League and International Islamic Relief Organization*. Document filed by International Islamic Relief Organization, Muslim World League. (Attachments: # 1 Declaration of Mark J. Leimkuhler in Support of Motion for Withdrawal, # 2 Text of Proposed Order)(Nassar, Waleed) Modified on 2/5/2019 (ldi). (Entered: 01/17/2019) |
| .7/2019 | 4365 | ORDER granting 4363 Motion for Sumayya Khatib to Appear Pro Hac Vice. (HEREBY ORDERED by Magistrate J Netburn) (Text Only Order) (ras) (Entered: 01/17/2019) |
| .7/2019 | 4366 | ORDER granting (854) Motion for John Michael Eubanks to Appear Pro Hac Vice in case 1:03−cv−09849−GBD−SI (4354) Motion for John Michael Eubanks to Appear Pro Hac Vice in case 1:03−md−01570−GBD−SN; granting (630 |

| | | |
|---|---|---|
| | | for John Michael Eubanks to Appear Pro Hac Vice in case 1:04−cv−07279−GBD−SN; granting (160) Motion for Joh Eubanks to Appear Pro Hac Vice in case 1:15−cv−09903−GBD−SN; granting (15) Motion for John Michael Eubanks Pro Hac Vice in case 1:18−cv−11493−GBD−SN; granting (14) Motion for John Michael Eubanks to Appear Pro Hac case 1:18−cv−11504−GBD−SN; granting (14) Motion for John Michael Eubanks to Appear Pro Hac Vice in case 1:18−cv−11509−GBD−SN; granting (14) Motion for John Michael Eubanks to Appear Pro Hac Vice in case 1:18−cv−11515−GBD−SN; granting (14) Motion for John Michael Eubanks to Appear Pro Hac Vice in case 1:18−cv−11519−GBD−SN; granting (13) Motion for John Michael Eubanks to Appear Pro Hac Vice in case 1:18−cv−11582−GBD−SN; granting (12) Motion for John Michael Eubanks to Appear Pro Hac Vice in case 1:18−cv−11619−GBD−SN; granting (12) Motion for John Michael Eubanks to Appear Pro Hac Vice in case 1:18−cv−11624−GBD−SN; granting (12) Motion for John Michael Eubanks to Appear Pro Hac Vice in case 1:18−cv−11664−GBD−SN; granting (5) Motion for John Michael Eubanks to Appear Pro Hac Vice in case 1:18−cv−12030−GBD−SN; granting (5) Motion for John Michael Eubanks to Appear Pro Hac Vice in case 1:18−cv−12118−GBD−SN; granting (5) Motion for John Michael Eubanks to Appear Pro Hac Vice in case 1:18−cv−12318−GBD−SN; granting (5) Motion for John Michael Eubanks to Appear Pro Hac Vice in case 1:18−cv−12322−GBD−SN; granting (5) Motion for John Michael Eubanks to Appear Pro Hac Vice in case 1:19−cv−00026−GBD−SN; granting (11) Motion for John Michael Eubanks to Appear Pro Hac Vice in case 1:19−cv−00041−GBD−SN; granting (7) Motion for John Michael Eubanks to Appear Pro Hac Vice in case 1:19−cv−00044−GBD−SN. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In A Cases: 1:03−md−01570−GBD−SN et al. (ras) (Entered: 01/17/2019) |
| .7/2019 | 4367 | ORDER: Following a meet and confer with the Department of Justice, the Defendants' Executive Committee, counse Kingdom of Saudi Arabia, and counsel for Dallah Avco, the Plaintiffs' Executive Committees ("PECs") filed a letter the impact of the Standing Order on this litigation. ECF No. 4346. The Court adopts the parties' proposal. Id. at 4. Ac any aspects of the litigation that require a response from a federal agency, including the Department of Justice, are sta the government shutdown. This includes, among other things, depositions that invoke the Touhy process or otherwise protected FBI materials. In contrast, those aspects of the litigation that do not involve a federal agency shall move for unaffected by the Standing Order. This includes, but is not limited to, the PECs' third−party subpoenas related to the Saudi Arabia; the PECs' depositions of the merits and personal jurisdiction Defendants; and proceedings regarding th Republic of Iran. The parties are directed to meet and confer and submit further proposals regarding the impact on thi of the government shutdown (whether the shutdown is ongoing or over) by Thursday, January 31, 2019. (Signed by M Judge Sarah Netburn on 01/17/2019) (ras) (Entered: 01/17/2019) |
| .8/2019 | 4368 | NOTICE OF APPEARANCE by Sumayya Khatib on behalf of International Islamic Relief Organization, Muslim W League. (Khatib, Sumayya) (Entered: 01/18/2019) |
| .8/2019 | 4369 | NOTICE OF APPEARANCE by John Michael Eubanks on behalf of Robert Abraham, Wayne Abrahams, James Abr Actisdano, Cynthia Adam, Thomas Adams, Karl Aepelbacher, Joseph Agri, Vicki Anderson, Eric Ando, Thomas Ari Barrera, Burnett Plaintiffs, Euro Brokers Inc., et al., John Odland, Elizabeth Parks, Gerard Prior. Filed In Associated 1:03−md−01570−GBD−SN et al.(Eubanks, John) (Entered: 01/18/2019) |
| .8/2019 | 4370 | NOTICE OF APPEARANCE by Nassim Ameli on behalf of Dubai Islamic Bank. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(Ameli, Nassim) (Entered: 01/18/2019) |
| .8/2019 | 4371 | ORDER: On December 20, 2018, counsel for the Plaintiffs in Havlish, et al. v. bin Laden, et al., 03−CV−9848 (S.D.N a motion for compensation through the creation of a common benefit fund. The Havlish Plaintiffs and the Plaintiffs' E Committees ("PECs") could not agree on a proposed briefing schedule. See ECF No. 4337. After reviewing the partie respective arguments, the Court enters the following Order: The PECs shall file an opposition to the motion for a com benefit fund by Friday, February 15, 2019. The Havlish Plaintiffs may file a reply by Friday, March 1, 2019. Additio Havlish Plaintiffs request that the PECs (and all other plaintiffs' counsel in this litigation) be required to "retain the re percentage common benefit in their trust accounts until the matter is resolved." ECF No. 4337, at Exhibit A. This req DENIED. The Havlish Plaintiffs have not established good cause for such a restraint. (Responses due by 2/15/2019. I by 3/1/2019.) (Signed by Magistrate Judge Sarah Netburn on 01/18/2019) (ras) (Entered: 01/18/2019) |
| 22/2019 | 4372 | MOTION for Patrick York McLane to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Cl Office staff.** Document filed by Marie Anaya, Hugh Chairnoff. (Attachments: # 1 Declaration of Patrick York McLa Certificate of Good Standing (Texas Supreme Court), # 3 Proposed Order for Pro Hac Vice Admission of P. York M In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12339−GBD−SN, 1:18−cv−12341−GBD−SN, 1:18−cv−12367−GBD−SN, 1:18−cv−12370−GBD−SN(McLane, Patrick) (Entered: 01/22/2019) |
| 22/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (4372 in 1:03−md−01570− 20 in 1:18−cv−12367−GBD−SN, 23 in 1:18−cv−12341−GBD−SN, 22 in 1:18−cv−12370−GBD−SN, 20 in 1:18−cv−12339−GBD−SN) MOTION for Patrick York McLane to Appear Pro Hac Vice . Motion and support to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12339−GBD−SN, 1:18−cv−12341−GBD−SN, 1:18−cv−12367−GBD−SN, 1:18−cv−12370−GBD−SN(wb)** (Entered: 01/22/2019) |

| | | |
|---|---|---|
| 22/2019 | 4373 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executi Committees dated 01/22/2019 re: 4361 LETTER MOTION to Seal Document *and Propose Redactions* addressed to Judge Sarah Netburn from Michael K. Kellogg dated January 15, 2019. . Document filed by Plaintiffs Executive Con (Pounian, Steven) (Entered: 01/22/2019) |
| 22/2019 | 4374 | SEALED DOCUMENT placed in vault.(rz) (Entered: 01/23/2019) |
| 23/2019 | 4375 | ORDER granting (4372) Motion for Patrick York McLane to Appear Pro Hac Vice in case 1:03−md−01570−GBD−S (20) Motion for Patrick York McLane to Appear Pro Hac Vice in case 1:18−cv−12339−GBD−SN; granting (23) Mot Patrick York McLane to Appear Pro Hac Vice in case 1:18−cv−12341−GBD−SN; granting (20) Motion for Patrick Y McLane to Appear Pro Hac Vice in case 1:18−cv−12367−GBD−SN; granting (22) Motion for Patrick York McLane Pro Hac Vice in case 1:18−cv−12370−GBD−SN. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text O Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12339−GBD−SN, 1:18−cv−12341−GBD−SN, 1:18−cv−12367−GBD−SN, 1:18−cv−12370−GBD−SN (ras) (Entered: 01/23/2019) |
| 23/2019 | 4376 | ORDER granting 4364 Motion to Withdraw Mark J. Leimkuhler. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 01/23/2019) |
| 24/2019 | 4377 | CLERK CERTIFICATE OF MAILING of two copies of the Cover Letter to Mohammad Javad Zarif, Foreign Minist Islamic Republic of Iran; U.S. District Court for the Southern District of New York Clerk's Certificate of Default, dat 17, 2015(Hoglan Docket No. 89); Notice of Default Judgment prepared in accordance with 22 CFR § 93.2; Order of Regarding Liability entered by U.S. District Judge George B. Daniels on August 31, 2015 (MDL Docket No. 3027); Fact and Conclusions of Law entered by U.S. District Judge George B. Daniels on August 31, 2015 (Hoglan Docket Report and Recommendation #1 by U.S. Magistrate Judge Sarah Netburn, dated October 12, 2016 (Hoglan Docket N Report and Recommendation #2 by U.S. Magistrate Judge Sarah Netburn, dated October 14, 2016 (Hoglan Docket N Report and Recommendation #3 by U.S. Magistrate Judge Sarah Netburn, dated October 24, 2016 (MDL Docket No. Partial Order and Judgment entered by U.S. District Judge George B. Daniels on October 31, 2016 (Hoglan Docket N Memorandum Decision and Order entered by U.S. District Judge George B. Daniels on October 31, 2016 (MDL Doc 3383); Memorandum Decision and Order entered by U.S. District Judge George B. Daniels on October 31, 2016 (MD No. 3384); Memorandum Decision and Order entered by U.S. District Judge George B. Daniels on June 21, 2017 (M No. 3633); Report and Recommendation #4 by U.S. Magistrate Judge Sarah Netburn, dated August 8, 2017 (Hoglan 219); Memorandum Decision and Order entered by U.S. District Judge George B. Daniels on November 17, 2017 (M No. 3795); Final Order and Judgment on Compensatory Damages entered by U.S. District Judge George B. Daniels o 26, 2018 (MDL Docket No. 3905); Text of the Foreign Sovereign Immunities Act, 28 U.S.C. §1602, et seq.; Right to Notice; and Right to Appeal Form, Certified Farsi Translations of all the above documents along with affidavits of tr and Letters of Rogatory mailed to Ayatollah ali hoseini−Khamenei c/o H.E. Mohammad Javad Zarif, Foreign Minist Islamic Republic of Iran, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehra 1/24/2019 by Federal Express tracking # 7742 0789 2460, to the Secretary of State, Attn: Director of Consular Servic of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Str Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). (smc 01/24/2019) |
| 24/2019 | 4378 | CLERK CERTIFICATE OF MAILING of two copies of the Cover Letter to Mohammad Javad Zarif, Foreign Minist Islamic Republic of Iran; U.S. District Court for the Southern District of New York Clerks Certificate of Default, dat 17, 2015 (Hoglan Docket No. 89); Notice of Default Judgment prepared in accordance with 22 CFR § 93.2; Order of Regarding Liability entered by U.S. District Judge George B. Daniels on August 31, 2015 (MDL Docket No. 3027); Fact and Conclusions of Law entered by U.S. District Judge George B. Daniels on August 31, 2015 (Hoglan Docket Report and Recommendation #1 by U.S. Magistrate Judge Sarah Netburn, dated October 12, 2016 (Hoglan Docket N Report and Recommendation #2 by U.S. Magistrate Judge Sarah Netburn, dated October 14, 2016 (Hoglan Docket N Report and Recommendation #3 by U.S. Magistrate Judge Sarah Netburn, dated October 24, 2016 (MDL Docket No. Partial Order and Judgment entered by U.S. District Judge George B. Daniels on October 31, 2016 (Hoglan Docket N Memorandum Decision and Order entered by U.S. District Judge George B. Daniels on October 31, 2016 (MDL Doc 3383);Memorandum Decision and Order entered by U.S. District Judge George B. Daniels on October 31, 2016 (MD No. 3384);Memorandum Decision and Order entered by U.S. District Judge George B. Daniels on June 21, 2017 (MI No. 3633);Report and Recommendation #4 by U.S. Magistrate Judge Sarah Netburn, dated August 8, 2017 (Hoglan I 219); Memorandum Decision and Order entered by U.S. District Judge George B. Daniels on November 17, 2017 (M No. 3795); Final Order and Judgment on Compensatory Damages entered by U.S. District Judge George B. Daniels o 26, 2018 (MDL Docket No. 3905);Text of the Foreign Sovereign Immunities Act, 28 U.S.C. §1602, et seq.;Right to Notice; Right to Appeal Form; the certified Farsi translation of all the above documents and an affidavit of the transla to National Iranian Oil Corporation, c/o H.E Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Ira of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue Tehran, Iran on 1/24/0219 by Federal Ex tracking #774207893011, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. §1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Kamal, Edressa) (Main Document 295 replaced on 1/25/201 Edressa). Modified on 1/25/2019 (Kamal, Edressa). (Entered: 01/24/2019) |

| | | |
|---|---|---|
| 24/2019 | 4379 | CLERK CERTIFICATE OF MAILING of two copies of the Cover Letter to Mohammad Javad Zarif, Foreign Minist Islamic Republic of Iran; U.S. District Court for the Southern District of New York Clerks Certificate of Default, dat 17, 2015 (Hoglan Docket No. 89);Notice of Default Judgment prepared in accordance with 22 CFR § 93.2; Order of Regarding Liability entered by U.S. District Judge George B. Daniels on August 31, 2015 (MDL Docket No. 3027); Fact and Conclusions of Law entered by U.S. District Judge George B. Daniels on August 31, 2015 (Hoglan Docket Report and Recommendation #1 by U.S. Magistrate Judge Sarah Netburn, dated October 12, 2016 (Hoglan Docket N 171);Report and Recommendation #2 by U.S. Magistrate Judge Sarah Netburn, dated October 14, 2016 (Hoglan Doc 172); Report and Recommendation #3 by U.S. Magistrate Judge Sarah Netburn, dated October 24, 2016 (MDL Dock 3374); Partial Order and Judgment entered by U.S. District Judge George B. Daniels on October 31, 2016 (Hoglan D 178); Memorandum Decision and Order entered by U.S. District Judge George B. Daniels on October 31, 2016 (MD No. 3383);Memorandum Decision and Order entered by U.S. District Judge George B. Daniels on October 31, 2016 Docket No. 3384); Memorandum Decision and Order entered by U.S. District Judge George B. Daniels on June 21, 2 Docket No. 3633); Report and Recommendation #4 by U.S. Magistrate Judge Sarah Netburn, dated August 8, 2017 ( Docket No. 219);Memorandum Decision and Order entered by U.S. District Judge George B. Daniels on November (MDL Docket No. 3795);Final Order and Judgment on Compensatory Damages entered by U.S. District Judge Geor Daniels on February 26, 2018 (MDL Docket No. 3905);Text of the Foreign Sovereign Immunities Act, 28 U.S.C. §16 seq.;Right to Appeal Notice; Right to Appeal Form,Certified Farsi Translation of all above documents along with aff the translators,Letters Rogatory. mailed to National Iranian Gas Company, c/o H.E. Mohammad Javad Zarif, Foreign the Islamic Republic of Iran, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, T on 1/24/2019 by Federal Express tracking # 774207892953, to the Secretary of State, Attn: Director of Consular Serv of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Str Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). File Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Roberts, Melina) (Entered: 01/24/2019) |
| 24/2019 | 4380 | CLERK CERTIFICATE OF MAILING of two copies of the Cover Letter to Mohammad Javad Zarif, Foreign Minist Islamic Republic of Iran; U.S. District Court for the Southern District of New York Clerks Certificate of Default, dat 17, 2015 (Hoglan Docket No. 89); Notice of Default Judgment prepared in accordance with 22 CFR § 93.2; Order of Regarding Liability entered by U.S. District Judge George B. Daniels on August 31, 2015 (MDL Docket No. 3027); Fact and Conclusions of Law entered by U.S. District Judge George B. Daniels on August 31, 2015 (Hoglan Docket Report and Recommendation #1 by U.S. Magistrate Judge Sarah Netburn, dated October 12, 2016 (Hoglan Docket N Report and Recommendation #2 by U.S. Magistrate Judge Sarah Netburn, dated October 14, 2016 (Hoglan Docket N Report and Recommendation #3 by U.S. Magistrate Judge Sarah Netburn, dated October 24, 2016 (MDL Docket No. Partial Order and Judgment entered by U.S. District Judge George B. Daniels on October 31, 2016 (Hoglan Docket N Memorandum Decision and Order entered by U.S. District Judge George B. Daniels on October 31, 2016 (MDL Doc 3383);Memorandum Decision and Order entered by U.S. District Judge George B. Daniels on October 31, 2016 (MD No. 3384);Memorandum Decision and Order entered by U.S. District Judge George B. Daniels on June 21, 2017 (MI No. 3633);Report and Recommendation #4 by U.S. Magistrate Judge Sarah Netburn, dated August 8, 2017 (Hoglan I 219); Memorandum Decision and Order entered by U.S. District Judge George B. Daniels on November 17, 2017 (M No. 3795); Final Order and Judgment on Compensatory Damages entered by U.S. District Judge George B. Daniels 26, 2018 (MDL Docket No. 3905);Text of the Foreign Sovereign Immunities Act, 28 U.S.C. §1602, et seq.;Right to Notice; Right to Appeal Form; the certified Farsi translation of all the above documents and an affidavit of the transla to Iran Airlines, c/o H.E Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran, Ministry of Forei of the Islamic Republic of Iran, Imam Khomeini Avenue Tehran, Iran on 1/24/2019 by Federal Express tracking # 774207893802, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Ag Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pu the provisions of Foreign Services Immunities Act, 28 U.S.C. §1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Kamal, Edressa) Modified on 1/25/2019 (Kamal, Edressa). 01/24/2019) |
| 25/2019 | 4381 | CLERK CERTIFICATE OF MAILING of two copies of the Cover Letter to Mohammad Javad Zarif, Foreign Minist Islamic Republic of Iran; U.S. District Court for the Southern District of New York Clerks Certificate of Default, dat 17, 2015 (Hoglan Docket No. 89); Notice of Default Judgment prepared in accordance with 22 CFR § 93.2; Order of Regarding Liability entered by U.S. District Judge George B. Daniels on August 31, 2015 (MDL Docket No. 3027); Fact and Conclusions of Law entered by U.S. District Judge George B. Daniels on August 31, 2015 (Hoglan Docket Report and Recommendation #1 by U.S. Magistrate Judge Sarah Netburn, dated October 12, 2016 (Hoglan Docket N Report and Recommendation #2 by U.S. Magistrate Judge Sarah Netburn, dated October 14, 2016 (Hoglan Docket N Report and Recommendation #3 by U.S. Magistrate Judge Sarah Netburn, dated October 24, 2016 (MDL Docket No. Partial Order and Judgment entered by U.S. District Judge George B. Daniels on October 31, 2016 (Hoglan Docket N Memorandum Decision and Order entered by U.S. District Judge George B. Daniels on October 31, 2016 (MDL Doc 3383);Memorandum Decision and Order entered by U.S. District Judge George B. Daniels on October 31, 2016 (MD No. 3384);Memorandum Decision and Order entered by U.S. District Judge George B. Daniels on June 21, 2017 (MI No. 3633);Report and Recommendation #4 by U.S. Magistrate Judge Sarah Netburn, dated August 8, 2017 (Hoglan I 219); Memorandum Decision and Order entered by U.S. District Judge George B. Daniels on November 17, 2017 (M No. 3795); Final Order and Judgment on Compensatory Damages entered by U.S. District Judge George B. Daniels 26, 2018 (MDL Docket No. 3905);Text of the Foreign Sovereign Immunities Act, 28 U.S.C. §1602, et seq.;Right to |

| | | |
|---|---|---|
| | | Notice; Right to Appeal Form; the certified Farsi translation of all the above documents and an affidavit of the transla to Hezbollah c/o H.E Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran, Ministry of Foreign the Islamic Republic of Iran, Imam Khomeini Avenue Tehran, Iran on 1/25/0219 by Federal Express tracking # 7742 to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570− 1:11−cv−07550−GBD−SN(Kamal, Edressa) Modified on 1/25/2019 (Kamal, Edressa). (Entered: 01/25/2019) |
| 25/2019 | 4382 | CLERK CERTIFICATE OF MAILING of two copies of the the Cover Letter to Mohammad Javad Zarif, Foreign Mi Islamic Republic of Iran; U.S. District Court for the Southern District of New York Clerk's Certificate of Default, dat 17, 2015(Hoglan Docket No. 89); Notice of Default Judgment prepared in accordance with 22 CFR § 93.2; Order of Regarding Liability entered by U.S. District Judge George B. Daniels on August 31, 2015 (MDL Docket No. 3027); Fact and Conclusions of Law entered by U.S. District Judge George B. Daniels on August 31, 2015 (Hoglan Docket Report and Recommendation #1 by U.S. Magistrate Judge Sarah Netburn, dated October 12, 2016 (Hoglan Docket N Report and Recommendation #2 by U.S. Magistrate Judge Sarah Netburn, dated October 14, 2016 (Hoglan Docket N Report and Recommendation #3 by U.S. Magistrate Judge Sarah Netburn, dated October 24, 2016 (MDL Docket No. Partial Order and Judgment entered by U.S. District Judge George B. Daniels on October 31, 2016 (Hoglan Docket N Memorandum Decision and Order entered by U.S. District Judge George B. Daniels on October 31, 2016 (MDL Doc 3383); Memorandum Decision and Order entered by U.S. District Judge George B. Daniels on October 31, 2016 (MI No. 3384); Memorandum Decision and Order entered by U.S. District Judge George B. Daniels on June 21, 2017 (M No. 3633); Report and Recommendation #4 by U.S. Magistrate Judge Sarah Netburn, dated August 8, 2017 (Hoglan 219); Memorandum Decision and Order entered by U.S. District Judge George B. Daniels on November 17, 2017 (M No. 3795); Final Order and Judgment on Compensatory Damages entered by U.S. District Judge George B. Daniels c 26, 2018 (MDL Docket No. 3905); Text of the Foreign Sovereign Immunities Act, 28 U.S.C. §1602, et seq.; Right to Notice; and Right to Appeal Form, Certified Farsi Translations of all the above documents along with affidavits of tra and Letters Rogatory mailed to National Iranian Tanker Corporation c/o H.E. Mohammad Javad Zarif, Foreign Minis Islamic Republic of Iran, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehra 1/25/2019 by Federal Express tracking # 7742 0789 2931, to the Secretary of State, Attn: Director of Consular Servic of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Str Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. §1608(a)(4). Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(smc) (Entered: 01/25/2019) |
| 25/2019 | 4383 | CLERK CERTIFICATE OF MAILING of two copies of the Cover Letter to Mohammad Javad Zarif, Foreign Minist Islamic Republic of Iran; U.S. District Court for the Southern District of New York Clerks Certificate of Default, dat 17, 2015 (Hoglan Docket No. 89); Notice of Default Judgment prepared in accordance with 22 CFR § 93.2; Order of Regarding Liability entered by U.S. District Judge George B. Daniels on August 31, 2015 (MDL Docket No. 3027); Fact and Conclusions of Law entered by U.S. District Judge George B. Daniels on August 31, 2015 (Hoglan Docket Report and Recommendation #1 by U.S. Magistrate Judge Sarah Netburn, dated October 12, 2016 (Hoglan Docket N Report and Recommendation #2 by U.S. Magistrate Judge Sarah Netburn, dated October 14, 2016 (Hoglan Docket N Report and Recommendation #3 by U.S. Magistrate Judge Sarah Netburn, dated October 24, 2016 (MDL Docket No. Partial Order and Judgment entered by U.S. District Judge George B. Daniels on October 31, 2016 (Hoglan Docket N Memorandum Decision and Order entered by U.S. District Judge George B. Daniels on October 31, 2016 (MDL Doc 3383); Memorandum Decision and Order entered by U.S. District Judge George B. Daniels on October 31, 2016 (MI No. 3384); Memorandum Decision and Order entered by U.S. District Judge George B. Daniels on June 21, 2017 (M No. 3633); Report and Recommendation #4 by U.S. Magistrate Judge Sarah Netburn, dated August 8, 2017 (Hoglan 219); Memorandum Decision and Order entered by U.S. District Judge George B. Daniels on November 17, 2017 (M No. 3795); Final Order and Judgment on Compensatory Damages entered by U.S. District Judge George B. Daniels c 26, 2018 (MDL Docket No. 3905); Text of the Foreign Sovereign Immunities Act, 28 U.S.C. §1602, et seq.; Right to Notice; Right to Appeal Form; Certified Farsi Translation of all above documents along with affidavits of the translat Letters Rogatory mailed to National Iranian Petrochemical Company c/o H.E. Mohammad Javad Zarif, Foreign Mini Islamic Republic of Iran, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehra 1/25/2019 by Federal Express tracking # 774207893412, to the Secretary of State, Attn: Director of Consular Service Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Stree Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Roberts, Melina) (Entered: 01/25/2019) |
| 25/2019 | 4384 | CLERK CERTIFICATE OF MAILING of two copies of the the Cover Letter to Mohammad Javad Zarif, Foreign Mi Islamic Republic of Iran; U.S. District Court for the Southern District of New York Clerk's Certificate of Default, dat 17, 2015(Hoglan Docket No. 89); Notice of Default Judgment prepared in accordance with 22 CFR § 93.2; Order of Regarding Liability entered by U.S. District Judge George B. Daniels on August 31, 2015 (MDL Docket No. 3027); Fact and Conclusions of Law entered by U.S. District Judge George B. Daniels on August 31, 2015 (Hoglan Docket Report and Recommendation #1 by U.S. Magistrate Judge Sarah Netburn, dated October 12, 2016 (Hoglan Docket N Report and Recommendation #2 by U.S. Magistrate Judge Sarah Netburn, dated October 14, 2016 (Hoglan Docket N Report and Recommendation #3 by U.S. Magistrate Judge Sarah Netburn, dated October 24, 2016 (MDL Docket No. Partial Order and Judgment entered by U.S. District Judge George B. Daniels on October 31, 2016 (Hoglan Docket N |

| | | |
|---|---|---|
| | | Memorandum Decision and Order entered by U.S. District Judge George B. Daniels on October 31, 2016 (MDL Doc 3383); Memorandum Decision and Order entered by U.S. District Judge George B. Daniels on October 31, 2016 (MI No. 3384); Memorandum Decision and Order entered by U.S. District Judge George B. Daniels on June 21, 2017 (M No. 3633); Report and Recommendation #4 by U.S. Magistrate Judge Sarah Netburn, dated August 8, 2017 (Hoglan 219); Memorandum Decision and Order entered by U.S. District Judge George B. Daniels on November 17, 2017 (M No. 3795); Final Order and Judgment on Compensatory Damages entered by U.S. District Judge George B. Daniels c 26, 2018 (MDL Docket No. 3905); Text of the Foreign Sovereign Immunities Act, 28 U.S.C. §1602, et seq.; Right to Notice; and Right to Appeal Form, Certified Farsi Translations of all the above documents along with affidavits of tra and Letters Rogatory mailed to Akbar Hashemi Rafsanjani c/o H.E. Mohammad Javad Zarif, Foreign Minister of the Republic of Iran, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehran, Iran c 1/25/2019 by Federal Express tracking # 7742 0789 3114, to the Secretary of State, Attn: Director of Consular Servic of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Str Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. §1608(a)(4). Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(smc) (Entered: 01/25/2019) |
| 25/2019 | 4385 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated 1/25/2019 re: sealed filing an redactions. Document filed by Kingdom of Saudi Arabia.(Kellogg, Michael) (Entered: 01/25/2019) |
| 28/2019 | 4386 | NOTICE OF APPEARANCE by Patrick Y McLane on behalf of Marie Anaya, Hugh Chairnoff. Filed In Associated 1:03−md−01570−GBD−SN, 1:18−cv−12339−GBD−SN, 1:18−cv−12341−GBD−SN, 1:18−cv−12367−GBD−SN, 1:18−cv−12370−GBD−SN(McLane, Patrick) (Entered: 01/28/2019) |
| 28/2019 | 4387 | LETTER MOTION for Oral Argument addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Com dated 01−28−2019. Document filed by Plaintiffs Executive Committees.(Pounian, Steven) (Entered: 01/28/2019) |
| 30/2019 | 4388 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter, Esquire dated January 30, 2019 re: Plain Executive Committees, with consent from Dallah Avco, jointly request that fact discovery deadline as to Dallah Avco modified to coincide with the jurisdictional discovery deadline set for the Kingdom of Saudi Arabia. Document filed Plaintiffs Executive Committees.(Carter, Sean) (Entered: 01/30/2019) |
| 31/2019 | 4389 | MEMO ENDORSEMENT on re: 4388 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The part is GRANTED. The fact discovery deadline for Dallah Avco shall coincide with the jurisdictional fact discovery dead Kingdom of Saudi Arabia. (Signed by Magistrate Judge Sarah Netburn on 01/31/2019) (ras) (Entered: 01/31/2019) |
| 31/2019 | 4390 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated 1/31/2019 re: request for sche order. Document filed by Kingdom of Saudi Arabia.(Kellogg, Michael) (Entered: 01/31/2019) |
| 31/2019 | 4391 | STATUS REPORT. *Joint Status Report in accordance with the Court's January 17, 2019 Order* Document filed by I Executive Committees.(Eubanks, John) (Entered: 01/31/2019) |
| 01/2019 | 4392 | MANDATE of USCA (Certified Copy) as to (231 in 1:11−cv−07550−GBD−SN, 3838 in 1:03−md−01570−GBD−SN Appeal, filed by Hoglan Plaintiffs. USCA Case Number 17−4035−cv. UPON DUE CONSIDERATION, IT IS HERE ORDERED, ADJUDGED, AND DECREED that the June 20, 2017 and November 17, 2017 orders are AFFIRMED. O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 2/1/2019. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(nd) (Entered: 02/01/2019) |
| 04/2019 | 4393 | LETTER addressed to Judge George B. Daniels from John M. Eubanks dated February 4, 2019 re: informing that wi judge is a plaintiff. Document filed by Carol Robles−Roman.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12318−GBD−SN(Eubanks, John) (Entered: 02/04/2019) |
| 04/2019 | 4394 | LETTER addressed to Judge George B. Daniels from John M. Eubanks dated February 4, 2019 re: informing that fed is plaintiff. Document filed by Analisa Torres.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11624−GBD−SN(Eubanks, John) (Entered: 02/04/2019) |
| 04/2019 | 4395 | MOTION for Joseph Peter Drennan to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−1629188 **and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Marie Anaya, Hugh Chairnoff. (Attachments: # 1 Declaration of Joseph Peter Drennan, # 2 Certificate of Good Standing (Virginia), # 3 Certificate o Standing (D.C.), # 4 Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12339−GBD− 1:18−cv−12341−GBD−SN, 1:18−cv−12367−GBD−SN, 1:18−cv−12370−GBD−SN(Drennan, Joseph) (Entered: 02/0 |
| 05/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (26 in 1:18−cv−12341−GB in 1:18−cv−12367−GBD−SN, 4395 in 1:03−md−01570−GBD−SN, 23 in 1:18−cv−12339−GBD−SN, 25 in 1:18−cv−12370−GBD−SN) MOTION for Joseph Peter Drennan to Appear Pro Hac Vice . Filing fee $ 200.00, r number NYSDC−16291886. Motion and supporting papers to be reviewed by Clerk's Office staff.. The docume been reviewed and there are no deficiencies. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12339−GBD−SN, 1:18−cv−12341−GBD−SN, 1:18−cv−12367−GBD−SN, 1:18−cv−12370−GBD−SN(wh** 02/05/2019) |

| | | |
|---|---|---|
| )5/2019 | 4396 | NOTICE OF APPEARANCE by Joseph Peter Drennan on behalf of Marie Anaya, Hugh Chairnoff. Filed In Associat 1:03−md−01570−GBD−SN, 1:18−cv−12339−GBD−SN, 1:18−cv−12341−GBD−SN, 1:18−cv−12367−GBD−SN, 1:18−cv−12370−GBD−SN(Drennan, Joseph) (Entered: 02/05/2019) |
| )5/2019 | 4397 | ORDER granting (4395) Motion for Joseph Peter Drennan to Appear Pro Hac Vice in case 1:03−md−01570−GBD−S (23) Motion for Joseph Peter Drennan to Appear Pro Hac Vice in case 1:18−cv−12339−GBD−SN; granting (26) Mot Joseph Peter Drennan to Appear Pro Hac Vice in case 1:18−cv−12341−GBD−SN; granting (23) Motion for Joseph P Drennan to Appear Pro Hac Vice in case 1:18−cv−12367−GBD−SN; granting (25) Motion for Joseph Peter Drennan Pro Hac Vice in case 1:18−cv−12370−GBD−SN. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text ( Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12339−GBD−SN, 1:18−cv−12341−GBD−SN, 1:18−cv−12367−GBD−SN, 1:18−cv−12370−GBD−SN. (ras) (Entered: 02/05/2019) |
| )5/2019 | 4398 | ORDER granting 4341 Letter Motion for Oral Argument; granting 4387 Letter Motion for Oral Argument. The Plain Executive Committees ("PECs") request that the Court schedule oral argument for three issues pending before the Co Nos. 4341, 4387. The Kingdom of Saudi Arabia ("Saudi Arabia") has no objection to the PECs' request. Id. Accordin Court will hold oral argument on Tuesday, February 26, 2019, at 3:00 p.m., in Courtroom 23B of the Daniel Patrick M United States Courthouse, 500 Pearl Street, New York, New York. The Court will hear argument on the following mo the PECs' motion to compel Saudi Arabia to produce documents and answer interrogatories, at ECF No. 4266; (2) Sa motion for discovery regarding the scope of the PECs' supplemental document requests, at ECF No. 4283; and (3) Sa motion to seal and redact certain documents that were filed in connection with the PECs' motion to compel and Saudi motion for discovery, at ECF No. 4361. The Clerk of the Court is respectfully directed to terminate the motions at EC 4341 and 4387. (Signed by Magistrate Judge Sarah Netburn on 02/05/2019) (ras) (Entered: 02/05/2019) |
| )5/2019 | | Set/Reset Hearings: Oral Argument set for 2/26/2019 at 03:00 PM in Courtroom 23B, 500 Pearl Street, New York, N before Magistrate Judge Sarah Netburn. (ras) (Entered: 02/05/2019) |
| )5/2019 | 4399 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated 02/05/2019 re: F ECF 4390. Document filed by Plaintiffs Executive Committees.(Pounian, Steven) (Entered: 02/05/2019) |
| )5/2019 | 4400 | LETTER addressed to Magistrate Judge Sarah Netburn from Waleed Nassar dated February 5, 2019 re: Status Updat Abdullah Naseef's Medical Condition. Document filed by Abdullah Naseef.(Nassar, Waleed) (Entered: 02/05/2019) |
| )6/2019 | 4401 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated February 6, 2019 re: Reply in support of ECF No. 4390. Document filed by Kingdom of Saudi Arabia.(Kellogg, Michael) (Entered: 02/06/2019) |
| )7/2019 | 4402 | MEMO ENDORSEMENT on re: 4391 Status Report filed by Plaintiffs Executive Committees. ENDORSEMENT: C 17, 2019, the Court stayed any aspects of the litigation that require a response from a federal agency, including the D of Justice, during the government shutdown. ECF No. 4367. Because appropriations have been restored, the stay in th lifted. See H.J. Res. No. 28, Further Additional Continuing Appropriations Act, 2019 WL 336894 (White House, Jan To the extent appropriations to the Department of Justice lapse, the parties may make a request for appropriate relief (Signed by Magistrate Judge Sarah Netburn on 02/07/2019) (ras) (Entered: 02/07/2019) |
| )8/2019 | 4403 | LETTER MOTION for Extension of Time *to Produce Banking Records Pursuant to Jan 15 2019 Court Order (DKT* addressed to Magistrate Judge Sarah Netburn from Omar T. Mohammedi, Esq. dated 2/8/2019. Document filed by W International, Inc., World Assembly of Muslim Youth.(Mohammedi, Omar) (Entered: 02/08/2019) |
| .2/2019 | 4404 | ORDER: The oral argument currently scheduled for Tuesday, February 26, 2019, at 3:00 p.m., will take place in Cou of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York. The Court will he argument on the following motions: (1) the PECs' motion to compel Saudi Arabia to produce documents and answer interrogatories, at ECF No. 4266; (2) Saudi Arabia's motion for discovery regarding the scope of the PECs' suppleme document requests, at ECF No. 4283; and (3) Saudi Arabia's motion to seal and redact certain documents that were fi connection with the PECs' motion to compel and Saudi Arabia's motion for discovery, at ECF No. 4361. (Oral Argun 2/26/2019 at 03:00 PM in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Sarah Ne (Signed by Magistrate Judge Sarah Netburn on 02/12/2019) (ras) (Entered: 02/12/2019) |
| .5/2019 | 4405 | ORDER: On January 31, 2019, the Kingdom of Saudi Arabia ("Saudi Arabia") requested that the Court set a schedul parties to meet and confer regarding the number and identities of deponents relating to jurisdictional discovery. ECF The Plaintiffs' Executive Committees ("PECs") opposed this request, see ECF No. 4399, and Saudi Arabia subsequer reply in further support of its motion. ECF No. 4401. Given the outstanding issues related to the parties' document dis Court defers consideration of Saudi Arabia's request until after the parties' oral argument Tuesday, February 26, 2019 opposition, the PECs stated that they had offered to provide Saudi Arabia with a preliminary list of witnesses who the expected to depose. ECF No. 4399, at 2. The PECs are directed to provide Saudi Arabia with a copy of this list by no February 20, 2019, to facilitate the meet−and−confer process. (Signed by Magistrate Judge Sarah Netburn on 02/15/2 (Entered: 02/15/2019) |
| .5/2019 | 4406 | ORDER granting 4403 Letter Motion for Extension of Time. On February 8, 2019, Defendants World Assembly of M Youth Saudi Arabia and World Assembly of Muslim Youth International (collectively, "WAMY"), requested a 30−d extension of the deadline to produce banking records as originally set forth in the Court's January 15 Opinion and Ord |

| | | |
|---|---|---|
| | | No. 4403. Under the Court's Individual Rules, the Plaintiffs' Executive Committees ("PECs") had until Wednesday, F to file a response. The PECs have not done so. Accordingly, WAMYs request is GRANTED. By April 1, 2019, WAM search for and produce all banking records in the ten branch offices previously identified by the PECs. By the same d WAMY must produce a sworn declaration in accordance with 28 U.S.C. § 1746 describing in detail its efforts to loca documents in its branch offices. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (ras) ( 02/15/2019) |
| .5/2019 | 4407 | MEMORANDUM OF LAW in Opposition re: 4291 MOTION for Compensation *through Creation of Common Bene and Authorizing Certain Disbursements Therefrom*. . Document filed by Plaintiffs Executive Committees. (Haefele, I (Entered: 02/15/2019) |
| .5/2019 | 4408 | MOTION for Stephen M. DeGenaro to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−1636181 **and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Dubai Islamic Bank. (Attachmen Affidavit, # 2 Certificate of good standing OH, # 3 Certificate of good standing DC, # 4 Text of Proposed Order)File Associated Cases: 1:03−md−01570−GBD−SN et al.(DeGenaro, Stephen) (Entered: 02/15/2019) |
| .9/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (634 in 1:04−cv−07279−G 1048 in 1:03−cv−06978−GBD−SN, 603 in 1:04−cv−07065−GBD−SN, 4408 in 1:03−md−01570−GBD−SN, 683 in 1:04−cv−01923−GBD−SN, 858 in 1:03−cv−09849−GBD−SN, 649 in 1:04−cv−05970−GBD−SN) MOTION for S DeGenaro to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−16361817. Motion and supp papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Associated Cases: 1:03−md−01570−GBD−SN et al.(wb)** (Entered: 02/19/2019) |
| 20/2019 | 4409 | ORDER granting (858) Motion for Stephen M. DeGenaro to Appear Pro Hac Vice in case 1:03−cv−09849−GBD−SN (4408) Motion for Stephen M. DeGenaro to Appear Pro Hac Vice in case 1:03−md−01570−GBD−SN; granting (683) Stephen M. DeGenaro to Appear Pro Hac Vice in case 1:04−cv−01923−GBD−SN; granting (649) Motion for Stephe DeGenaro to Appear Pro Hac Vice in case 1:04−cv−05970−GBD−SN; granting (603) Motion for Stephen M. DeGen Appear Pro Hac Vice in case 1:04−cv−07065−GBD−SN; granting (634) Motion for Stephen M. DeGenaro to Appear Vice in case 1:04−cv−07279−GBD−SN; granting (1048) Motion for Stephen M. DeGenaro to Appear Pro Hac Vice i 1:03−cv−06978−GBD−SN. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In A Cases: 1:03−md−01570−GBD−SN, et al. (ras) (Entered: 02/20/2019) |
| 20/2019 | 4410 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** LETTER MOTION for Discovery a Magistrate Judge Sarah Netburn from Steven R Pounian, Esq dated 02−20−2019. Document filed by Plaintiffs Execu Committees.(Pounian, Steven) Modified on 3/11/2019 (db). (Entered: 02/20/2019) |
| 21/2019 | 4411 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated February 21, 2019 re: Permis Electronic Devices at Hearing on February 26, 2019. Document filed by Kingdom of Saudi Arabia. (Attachments: # 1 Proposed Order)(Kellogg, Michael) (Entered: 02/21/2019) |
| 22/2019 | 4412 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele dated February 22, 2019 re: Permissi Personal Electronic Devices and Laptop Computers to Hearing on February 26, 2019. Document filed by Plaintiffs E Committees. (Attachments: # 1 Application to Bring Personal Electronic Devices and Laptop Computers)(Haefele, R (Entered: 02/22/2019) |
| 22/2019 | 4413 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Sarah Netburn from Steven R. Pounian datec 02/22/2019 re: 4410 LETTER MOTION for Discovery addressed to Magistrate Judge Sarah Netburn from Steven R Esq dated 02−20−2019. . Document filed by Plaintiffs Executive Committees. (Pounian, Steven) (Entered: 02/22/201 |
| 22/2019 | 4414 | ORDER: The Plaintiffs' Executive Committees ("PECs") filed a letter motion for discovery on February 20, 2019. EC 4410. The Kingdom of Saudi Arabia ("Saudi Arabia") requests that the PECs' letter motion be withdrawn from the pu because it quotes from a document that Saudi Arabia has designated as confidential and moved to maintain under sea Arabia's request is GRANTED. The Clerk of Court is directed to withdraw the PECs' motion from the public docket p resolution of Saudi Arabia's motion to seal. See ECF No. 4361. (Signed by Magistrate Judge Sarah Netburn on 02/22 (Entered: 02/22/2019) |
| 25/2019 | 4415 | ORDER: The oral argument currently scheduled for Tuesday, February 26, 2019, at 3:00 p.m., will take place in Cou of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York. The Court will he argument on the following motions: (1) the PECs' motion to compel Saudi Arabia to produce documents and answer interrogatories, at ECF No. 4266; (2) Saudi Arabia's motion regarding the scope of the PECs' supplemental document at ECF No. 4283; and (3) Saudi Arabia's motion to seal and redact certain documents that were filed in connection wi PECs' motion to compel and Saudi Arabia's motion for discovery, at ECF No. 4361. (Oral Argument set for 2/26/201 PM in Courtroom 9C, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Sarah Netburn.) (Signed by M Judge Sarah Netburn on 02/25/2019) (ras) (Entered: 02/25/2019) |
| 25/2019 | 4416 | MOTION for Matthew R. Huppert to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−1639864 **and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Kingdom of Saudi Arabia. (Atta |

| | | |
|---|---|---|
| | | 1 Affidavit, # 2 Certificates of Good Standing, # 3 Text of Proposed Order)(Huppert, Matthew) (Entered: 02/25/2019 |
| 25/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 4416 MOTION for Matth Huppert to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−16398641. Motion and suppo papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies.** (Entered: 02/25/2019) |
| 26/2019 | 4417 | ORDER granting 4416 Motion for Matthew R. Huppert to Appear Pro Hac Vice. (HEREBY ORDERED by Magistra Sarah Netburn) (Text Only Order) (ras) (Entered: 02/26/2019) |
| 26/2019 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Oral Argument held on 2/26/2019. (ras) ( 03/04/2019) |
| 27/2019 | 4418 | **FILING ERROR − DEFICIENT DOCKET ENTRY (SEE 4421 Motion) −** MOTION for Martin Francis McMah Withdraw as Attorney *for Dallah Avco Trans Arabia*. Document filed by Dallah Avco Trans Arabia. (Attachments: # Proposed Order Proposed Order, # 2 Certificate of Service)(McMahon, Martin) Modified on 2/28/2019 (db). (Entere 02/27/2019) |
| 27/2019 | 4419 | **FILING ERROR − DEFICIENT DOCKET ENTRY (SEE 4422 Memorandum) −** MEMORANDUM OF LAW re: 4418 MOTION for Martin Francis McMahon to Withdraw as Attorney *for Dallah Avco Trans Arabia*. . Documen Dallah Avco Trans Arabia. (McMahon, Martin) Modified on 2/28/2019 (db). (Entered: 02/27/2019) |
| 27/2019 | 4420 | **FILING ERROR − DEFICIENT DOCKET ENTRY (SEE 4423 Affidavit) −** AFFIDAVIT of Martin Francis McI Support re: 4418 MOTION for Martin Francis McMahon to Withdraw as Attorney *for Dallah Avco Trans Arabia*. Do filed by Dallah Avco Trans Arabia. (Attachments: # 1 Certificate of Service)(McMahon, Martin) Modified on 2/28/2 (Entered: 02/27/2019) |
| 27/2019 | 4421 | MOTION for Martin Francis McMahon to Withdraw as Attorney *for Dallah Avco Trans Arabia*. Document filed by I Avco Trans Arabia. (Attachments: # 1 Text of Proposed Order Proposed Order, # 2 Certificate of Service)(McMahon (Entered: 02/27/2019) |
| 27/2019 | 4422 | MEMORANDUM OF LAW in Support re: 4421 MOTION for Martin Francis McMahon to Withdraw as Attorney *fo Avco Trans Arabia*. . Document filed by Dallah Avco Trans Arabia. (Attachments: # 1 Certificate of Service)(McMal Martin) (Entered: 02/27/2019) |
| 27/2019 | 4423 | AFFIDAVIT of Martin Francis McMahon in Support re: 4421 MOTION for Martin Francis McMahon to Withdraw a *for Dallah Avco Trans Arabia*.. Document filed by Dallah Avco Trans Arabia. (Attachments: # 1 Certificate of Service)(McMahon, Martin) (Entered: 02/27/2019) |
| 27/2019 | 4424 | ORDER: IT IS HEREBY ORDERED that this Court certifies, pursuant to 8 U.S.C. § 1202(f)(1), that the information in the records subpoenaed by the Plaintiffs from the Department of State is needed by the Court in the interest of the justice in a case pending before the Court. (Signed by Magistrate Judge Sarah Netburn on 02/27/2019) (ras) (Entered 02/27/2019) |
| 27/2019 | 4425 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele dated February 27, 2019 re: Applicat Martin F. McMahon to withdraw as counsel for defendant Dallah Avco. Document filed by Plaintiffs Executive Committees.(Haefele, Robert) (Entered: 02/27/2019) |
| 28/2019 | 4426 | ORDER granting 4418 Motion to Withdraw as Attorney. (Attorney Martin Francis McMahon terminated.) (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) (ras) (Entered: 02/28/2019) |
| 28/2019 | 4427 | ORDER granting 4421 Motion to Withdraw as Attorney. (HEREBY ORDERED by Magistrate Judge Sarah Netburn Only Order) (ras) (Entered: 02/28/2019) |
| 28/2019 | 4428 | LETTER addressed to Magistrate Judge Sarah Netburn from Aisha E. Bembry dated February 28, 2019 re: Status of McMahon & Associates as Counsel of Record for MWL and IIRO. Document filed by International Islamic Relief Organization(IIRO), Muslim World League.(Bembry, Aisha) (Entered: 02/28/2019) |
| 01/2019 | 4429 | MEMO ENDORSEMENT on re: 4428 Letter, filed by Muslim World League, International Islamic Relief Organizat ENDORSEMENT: Mr. McMahon's request to withdraw as counsel of record for the Muslim World League and the I Islamic Relief Organization, see ECF No. 3874, is GRANTED. The Clerk of Court is respectfully directed to remove McMahon as counsel of record for these Defendants. (Attorney Martin Francis McMahon terminated.) (Signed by M Judge Sarah Netburn on 03/01/2019) (ras) (Entered: 03/01/2019) |
| 01/2019 | 4430 | REPLY MEMORANDUM OF LAW in Support re: (6 in 1:18−cv−11834−GBD−SN) MOTION for Compensation *th Creation of Common Benefit Fund and Authorizing Certain Disbursements Therefrom*., (14 in 1:18−cv−11874−GBD MOTION for Compensation *through Creation of Common Benefit Fund and Authorizing Certain Disbursements The* Document filed by Havlish Plaintiffs. (Attachments: # 1 Exhibit Declaration of Timothy B. Fleming, # 2 Exhibit Hav Comments on USVSST Fund interpretations 6.29.16)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(Fl |

| | | |
|---|---|---|
| | | Timothy) (Entered: 03/01/2019) |
| )4/2019 | 4431 | CLERK CERTIFICATE OF MAILING of one copy of the Notice of Suit with a copy of the Foreign Sovereign Immu attached as an Exhibit, Summons, Complaint and Certification by the Translator (along with the translation of the abo documents in Farsi) mailed to H.E. Dr. Mohammad Javad Zarif, Foreign Minister, The Ministry of Foreign Affairs fo Islamic Republic of Iran, Imam Khomeini Street, Imam Khomeini Square, Tehran, Iran, 1136914811 on 02/27/2019 Express tracking # 8134 5693 1180, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreig Immunities Act, 28 U.S.C. § 1608(a)(3). (Roberts, Melina) (Entered: 03/04/2019) |
| )5/2019 | 4432 | NOTICE OF APPEARANCE by Patrick Donahue on behalf of Hugh A. Chairnoff, Marie Anaya. (Donahue, Patrick) 03/05/2019) |
| )5/2019 | 4433 | NOTICE OF APPEARANCE by Patrick Michael Donahue on behalf of Hugh A. Chairnoff, Marie Anaya. (Donahue (Entered: 03/05/2019) |
| )5/2019 | 4434 | NOTICE OF APPEARANCE by Patrick Y McLane on behalf of Hugh A. Chairnoff, Marie Anaya. (McLane, Patrick 03/05/2019) |
| )5/2019 | 4435 | NOTICE OF APPEARANCE by Joseph Peter Drennan on behalf of Hugh A. Chairnoff, Marie Anaya. (Drennan, Jos (Entered: 03/05/2019) |
| )5/2019 | 4436 | NOTICE OF APPEARANCE by Patrick Louis Rocco on behalf of Hugh A. Chairnoff, Marie Anaya. (Rocco, Patrick 03/05/2019) |
| )5/2019 | 4437 | JOINT LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated March 5, 2019 re: Pro Redactions. Document filed by Kingdom of Saudi Arabia.(Kellogg, Michael) (Entered: 03/05/2019) |
| )7/2019 | 4438 | MEMO ENDORSEMENT on re: 4437 Letter filed by Kingdom of Saudi Arabia. ENDORSEMENT: The Court will parties' dispute regarding exhibits DX42 and DX43 as part of its order addressing Saudi Arabia's motion to seal. See 4361. The Court adopts the parties' agreement with respect to redactions for the nine exhibits discussed herein. (Signe Magistrate Judge Sarah Netburn on 03/07/2019) (ras) (Entered: 03/07/2019) |
| .3/2019 | 4439 | MOTION for Benjamin D. Margo to Withdraw as Attorney . Document filed by Kingdom of Saudi Arabia. (Attachm Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(Kellogg, Michael) (Entered: 03 |
| .4/2019 | 4440 | ORDER granting 4439 Motion to Withdraw as Attorney. (Attorney Benjamin David Margo terminated.) (HEREBY by Magistrate Judge Sarah Netburn) (Text Only Order) (ras) (Entered: 03/14/2019) |
| .5/2019 | 4441 | MOTION to Amend/Correct . Document filed by Audrey Ades, Carolyn Belford, Melissa Bernstein, Stuart Bernstein Bernstein Donati, David Cannella, Jairo Castro, Rose Costello, Jane Cristiano, George Cueller, Charlene Cumberbatc Catherine Curley, Zamani Davis, Anthony Derubbio, Dominick Derubbio, Jessica Derubbio, Anthony Desperito, Dav Desperito, Laura Desperito−Filberto, Casey Devlin, Dennis Devlin, John Devlin, Kathleen Devlin, Kathleen Devlin, Dixon, Sherard Dixon, Camille Doany, Ibrahim Doany, Samia Doany, Dina Doany−Azzam, Raymond Durant, John Itauma Ette, Daniel Farino, Frank Farino, James Farino, Mary Farino, Patrick Farino, Caitlin Feely, Lori Feely, Patric Stephanie Feely, Peter Fegan, Peter Fegan, Angela Fields, Demetrius Fields, George Fields, Samuel Fields, Sharaia F Sharif Fields, Stefan Fields, Brittany Fogel, David Fogel, Joseph Fogel, Dorna Forde, Dorolyne Forde, John Forde, R Forde, David Foreman, Marcus Foreman, Shirley Foreman, Peter Francis, Troy Francis, Allen Freeman, Carla Freem Freeman, Bonnie Freiman, Herbert Freiman, Michael Freiman, Pamela Freiman−Rentzer, Joseph Gallagher, Michael Geraghty, Colleen Geraghty, Connor Geraghty, James Geraghty, Mary Geraghty, Norma Geraghty, Stephen Geraght Geraghty−Perez, Debra Giordano, Tatiana Gomez, Tatiana Gomez, Carly Gordenstein, David Gordenstein, Samantha Gordenstein, Kathleen Granados, Maureen Granados, Teresa Granados, Lawrence Gray, Joe Green, Matthew Green, Griffin, Jenna Griffin, John Griffin, Julie Griffin, June Griffin, Dorothy Grodberg, Lisa Grouzalis, Myrta Gschaar, G Gyulavary, Jane Gyulavary, Sharon Hafiz, Alisha Halmon, Herman Halmon, Standish Halmon, Mohammed Hamdan Hamdani, Zeshan Hamdani, Beverly Harrington, Robert Harrington, Kevin Haskell, Dawn Haskell−Carbone, Robert Jr., Robert Hofmiller, Francis Houston, Joan Houston, Linda Houston, Brian Howley, Gerald Hrycak, Joanne Hrycak Hulse, Charles Hyland, Cheryl Hyland, Stephen Hyland, Susan Hyland, Ingrid Jaffe, Sandra Jamerson, Rachel James Jenkins, Veronica John, Gary Jones, Leander Jones, Patricia Jones, June Jurgens, Lindsay Jurgens, Maria Jurgens, Pa Jeanne Keating, Delroy Llewellyn, Rebecca Loethen, Lauren Ludvigson, Erika Lutzner, Teri Marshall, Corina Murill Murillo, Laurie Pater, Jatair Persol−Hodges, Kerry Sharkey, Harold Singleton, Tommy Smith, Andrea Stauter, Carol Laurie Vigeant, Xavier White. (Attachments: # 1 Text of Proposed Order)(Goldman, Jerry) (Entered: 03/15/2019) |
| .5/2019 | 4442 | MEMORANDUM OF LAW in Support re: 4441 MOTION to Amend/Correct . . Document filed by Jessica Derubbio (Goldman, Jerry) (Entered: 03/15/2019) |
| .5/2019 | 4443 | PROPOSED ORDER. Document filed by Jessica Derubbio. Related Document Number: 4441 . (Goldman, Jerry) **Pro Order to be reviewed by Clerk's Office staff.** (Entered: 03/15/2019) |

| | | |
|---|---|---|
| .5/2019 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 4443 Proposed Order was revi approved as to form. (km)** (Entered: 03/15/2019) |
| .9/2019 | 4444 | ORDER FOR ADMISSION PRO HAC VICE: The motion of PATRICK JOSEPH DONAHUE for admission to prac Hae Vice in the above−captioned actions is granted. Applicant has declared that he is a member in good standing of t the State of Maryland and the District of Columbia; and that his contact information is as follows: Patrick J. Donahue Donahue, PLC 18 West Street Annapolis, MD 21401 Telephone: ( 410) 280−2023 Email: pjd@wisedonahue.com. A having requested admission Pro Hac Vice to appear for all purposes as counsel for the plaintiffs in the above−caption individual actions 18−cv12341−GBD−SN, 18− cv−12339−GBDSN, 18−cv,12370−GBD−SN and 18−cv−12367−GB IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned actions in the U District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Loc this Court, including the Rules governing discipline of attorneys. (Signed by Judge George B. Daniels on 3/19/2019) Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12339−GBD−SN, 1:18−cv−12341−GBD−SN, 1:18−cv−12367−GBD−SN, 1:18−cv−12370−GBD−SN(ks) (Entered: 03/19/2019) |
| .9/2019 | 4445 | MOTION for William N. Clark, Jr. to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−165221 **and supporting papers to be reviewed by Clerk's Office staff.** Document filed by AIG Assurance Company, AIG Company − Puerto Rico, AIG Insurance Company of Canada, AIG Property Casualty Company, AIG Specialty Insu Company, AIU Insurance Company, AMERICAN FIRE AND CASUALTY COMPANY, American Alternative Insu Corporation, American Economy Insurance Company, American Employers' Insurance Company, American Home A Company, American Safety Casualty Insurance Company, American Safety Indemnity Company, Chartis Excess Lin Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of Canada, C Insurance Company of New Jersey, Commerce and Industry Insurance Company, Copenhagen Reinsurance Compan LTD, Employers Insurance Company of Wausau, Excelsior Insurance Company, Federal Insurance Company, First I Insurance Corporation, General Insurance Company Of America, General Security Indemnity Company Of Arizona, Security National Insurance Company, Granite State Insurance Company, Great Lakes Reinsurance (UK) PLC, Grea Insurance Company, Homeland Insurance Company of New York, Illinois National Insurance CO, Indiana Insurance Lexington Insurance Company, Liberty Insurance Corporation, Liberty Insurance Underwriters Inc., Liberty Life Ass Company of Boston, Liberty Lloyds of Texas Insurance Company, Liberty Managing Agency Limited, Liberty Mutu Insurance Company, Liberty Mutual Insurance Company, Liberty Mutual Insurance Europe Limited, Marlon Insuran Company Limited, Midwestern Indemnity Company, Muenchener Rueckversicherungs Gesellschaft Aktiengesellsch Muenchen, National Union Fire Company of Pittsburgh, PA., Netherlands Insurance Company, New Hampshire Insu Company, New Reinsurance Company, Ltd., Odyssey Reinsurance Company, Ohio Casualty Insurance Company, O America Insurance Company, One Beacon Insurance Company, Pacific Indemnity Company, Peerless Insurance Cor QBE INSURANCE (INTERNATIONAL) LTD., Safeco Insurance Company of America, Scor Global P&C Se, Scor Company Limited, The Camden Fire Insurance Association, The First Liberty Insurance Corporation, The Insurance of The State of Pennsylvania, The Midwestern Indemnity Company, The Netherlands Insurance Company, The Ohio Insurance Company, The Princeton Excess & Surplus Lines Insurance Company, The Underwriting Members of Llo Syndicate 1121, The Underwriting Members of Lloyd's Syndicate 1236, The Underwriting Members of Lloyd's Synd The Underwriting Members of Lloyd's Syndicate 1308, The Underwriting Members of Lloyd's Syndicate 205, The U Members of Lloyd's Syndicate 228, The Underwriting Members of Lloyd's Syndicate 510, The Underwriting Membe Lloyd's Syndicate 529, The Underwriting Members of Lloyd's Syndicate 53, The Underwriting Members of Lloyd's S 55, The Underwriting Members of Lloyd's Syndicate 991, The Underwriting Members of Lloyds Syndicate 1861, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1003, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1121, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1209, UNDERWRITING MEMB LLOYD'S SYNDICATE 1236, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1243, UNDERWRITI MEMBERS OF LLOYD'S SYNDICATE 1308, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2003, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2020, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 205, UNDERWRITING MEMBE LLOYD'S SYNDICATE 228, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 271, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 376, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 510, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 529, UNDERWRITING MEMBERS OF LLOYD'S S 53, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 535, UNDERWRITING MEMBERS OF LLOYD' SYNDICATE 55, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 557, UNDERWRITING MEMBER LLOYD'S SYNDICATE 588, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 672, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 807, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 861, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 991, UnionAmerica Insurance Company Ltd., Unionar Insurance Company Limited, Vigilant Insurance Company, Wausau Business Insurance Company, Wausau Underwr Insurance Company, West American Insurance Company. (Attachments: # 1 Affidavit, # 2 Certificate of Good Stand Certificate of Good Standing, # 4 Text of Proposed Order)(Clark, William) (Entered: 03/19/2019) |
| .9/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 4445 MOTION for Willia Clark, Jr. to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−16522188. Motion and supp papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies.** (Entered: 03/19/2019) |

| | | |
|---|---|---|
| 20/2019 | 4446 | ORDER granting 4445 Motion for William N. Clark to Appear Pro Hac Vice. (HEREBY ORDERED by Magistrate . Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 03/20/2019) |
| 20/2019 | 4447 | NOTICE OF APPEARANCE by William N. Clark, Jr on behalf of Employers Insurance Company of Wausau, Excel Insurance Company, Federal Insurance Company, First Liberty Insurance Corporation, General Insurance Company ( America, General Security Indemnity Company Of Arizona, General Security National Insurance Company, Granite Insurance Company, Great Lakes Reinsurance (UK) PLC, Great Northern Insurance Company, Homeland Insurance of New York, Illinois National Insurance CO, Indiana Insurance Company, Liberty Insurance Corporation, Liberty Ir Underwriters Inc., Liberty Life Assurance Company of Boston, Liberty Lloyds of Texas Insurance Company, Liberty Agency Limited, Liberty Mutual Fire Insurance Company, Liberty Mutual Insurance Company, Liberty Mutual Insur Europe Limited, Marlon Insurance Company Limited, Midwestern Indemnity Company, Muenchener Rueckversiche Gesellschaft Aktiengesellschaft In Muenchen, National Union Fire Company of Pittsburgh, PA., Netherlands Insuran Company, New Hampshire Insurance Company, New Reinsurance Company, Ltd., Odyssey Reinsurance Company, Casualty Insurance Company, One Beacon America Insurance Company, One Beacon Insurance Company, Peerless Company, QBE INSURANCE (INTERNATIONAL) LTD., Safeco Insurance Company of America, Scor Global P& UK Company Limited, The Camden Fire Insurance Association, The First Liberty Insurance Corporation, The Insura Company of The State of Pennsylvania, The Midwestern Indemnity Company, The Netherlands Insurance Company, Casualty Insurance Company, The Princeton Excess & Surplus Lines Insurance Company, The Underwriting Membe Lloyd's Syndicate 1121, The Underwriting Members of Lloyd's Syndicate 1236, The Underwriting Members of Lloy Syndicate 1243, The Underwriting Members of Lloyd's Syndicate 1308, The Underwriting Members of Lloyd's Synd The Underwriting Members of Lloyd's Syndicate 228, The Underwriting Members of Lloyd's Syndicate 510, The Un Members of Lloyd's Syndicate 529, The Underwriting Members of Lloyd's Syndicate 53, The Underwriting Member Syndicate 55, The Underwriting Members of Lloyd's Syndicate 991, The Underwriting Members of Lloyds Syndicat UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1003, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1121, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1209, UNDERWRITING MEMB LLOYD'S SYNDICATE 1236, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1243, UNDERWRITIN MEMBERS OF LLOYD'S SYNDICATE 1308, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2003, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2020, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 205, UNDERWRITING MEMBE LLOYD'S SYNDICATE 228, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 271, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 376, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 510, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 529, UNDERWRITING MEMBERS OF LLOYD'S SY 53, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 535, UNDERWRITING MEMBERS OF LLOYD' SYNDICATE 55, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 557, UNDERWRITING MEMBER LLOYD'S SYNDICATE 588, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 672, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 807, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 861, UnionAmerica Insurance Company Ltd., Vigilant Insurance Company, John Wallice III, Wausau Business Insurance Wausau Underwriters Insurance Company, West American Insurance Company. (Clark, William) (Entered: 03/20/20 |
| 21/2019 | 4448 | MOTION to Amend/Correct . Document filed by Roberta Agyeman. (Attachments: # 1 Text of Proposed Order)(Gol Jerry) (Entered: 03/21/2019) |
| 21/2019 | 4449 | MEMORANDUM OF LAW in Support re: 4448 MOTION to Amend/Correct . . Document filed by Roberta Agyema (Goldman, Jerry) (Entered: 03/21/2019) |
| 21/2019 | 4450 | PROPOSED ORDER. Document filed by Roberta Agyeman. Related Document Number: 4448 . (Goldman, Jerry) **P Order to be reviewed by Clerk's Office staff.** (Entered: 03/21/2019) |
| 21/2019 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 4450 Proposed Order was revi approved as to form. (km)** (Entered: 03/21/2019) |
| 22/2019 | 4451 | MOTION to Amend/Correct . Document filed by Horace Morris. (Attachments: # 1 Text of Proposed Order)(Goldma (Entered: 03/22/2019) |
| 22/2019 | 4452 | MEMORANDUM OF LAW in Support re: 4451 MOTION to Amend/Correct . . Document filed by Horace Morris. ( Jerry) (Entered: 03/22/2019) |
| 22/2019 | 4453 | PROPOSED ORDER. Document filed by Horace Morris. Related Document Number: [4451, 4452]. (Goldman, Jerry **Order to be reviewed by Clerk's Office staff.** (Entered: 03/22/2019) |
| 22/2019 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 4453 Proposed Order was revi approved as to form. (dt)** (Entered: 03/22/2019) |
| 22/2019 | 4454 | SEALED DOCUMENT placed in vault.(rz) (Entered: 03/22/2019) |
| 22/2019 | 4455 | MOTION for Matthew M. Duffy to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−16548911 **and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Kingdom of Saudi Arabia. (Atta 1 Affidavit, # 2 Certificates of Good Standing, # 3 Text of Proposed Order)(Duffy, Matthew) (Entered: 03/22/2019) |

| | | |
|---|---|---|
| 22/2019 | 4456 | TRANSCRIPT of Proceedings re: ARGUMENT held on 2/26/2019 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Michael McDaniel, (212) 805−0300. Transcript may be viewed at the court public terminal or p through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 4/12/2019. Redacted Transcript Deadline set for 4/22/2019. Releas Transcript Restriction set for 6/20/2019.(McGuirk, Kelly) (Entered: 03/22/2019) |
| 22/2019 | 4457 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a ARGUME proceeding held on 2/26/19 has been filed by the court reporter/transcriber in the above−captioned matter. The partie seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...( Kelly) (Entered: 03/22/2019) |
| 25/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 4455 MOTION for Matth Duffy to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−16548911. Motion and supporti to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (E 03/25/2019) |
| 25/2019 | 4458 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated March 25, 2019 re: Sealed fil proposed redactions. Document filed by Kingdom of Saudi Arabia.(Kellogg, Michael) (Entered: 03/25/2019) |
| 26/2019 | 4459 | SEALED DOCUMENT placed in vault.(rz) (Entered: 03/26/2019) |
| 27/2019 | 4460 | MOTION to Amend/Correct . Document filed by Laurence Schlissel. (Attachments: # 1 Text of Proposed Order)(Go Jerry) (Entered: 03/27/2019) |
| 27/2019 | 4461 | MEMORANDUM OF LAW in Support re: 4460 MOTION to Amend/Correct . . Document filed by Laurence Schliss (Goldman, Jerry) (Entered: 03/27/2019) |
| 27/2019 | 4462 | PROPOSED ORDER. Document filed by Laurence Schlissel. Related Document Number: [4460, 4461]. (Goldman, . **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 03/27/2019) |
| 27/2019 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 4462 Proposed Order was revi approved as to form. (km)** (Entered: 03/27/2019) |
| 28/2019 | 4463 | NOTICE OF APPEARANCE by Nassim Ameli on behalf of Dubai Islamic Bank. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(Ameli, Nassim) (Entered: 03/28/2019) |
| 31/2019 | 4464 | OPINION & ORDER denying without prejudice 3990 the motion of Martin F. McMahon to withdraw as counsel for Wa'el Hamza Jelaidan. In addition, the Court denies Plaintiffs' request to impose sanctions jointly and severely on M (Signed by Magistrate Judge Sarah Netburn on 03/31/2019) (Netburn, Sarah) (Entered: 03/31/2019) |
| 01/2019 | 4465 | RESPONSE to Discovery Request from WAMY.Document filed by World Assembly of Muslim Youth, World Asse Muslim Youth (Falls Church, Virginia, USA), World Assembly of Muslim Youth of Saudi Arabia. (Attachments: # 1 # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 1 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, Exhibit 33)Associated Cases: 1:03−md−01570−GBD−SN et al.(Mohammedi, Omar) (Entered: 04/01/2019) |
| 01/2019 | 4466 | RESPONSE to Discovery Request from WAMY SA and WAMY INT'L.Document filed by World Assembly of Mus World Assembly of Muslim Youth (Falls Church, Virginia, USA), World Assembly of Muslim Youth of Saudi Arabi (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 1 16, # 17 Exhibit 17)Associated Cases: 1:03−md−01570−GBD−SN et al.(Mohammedi, Omar) (Entered: 04/01/2019) |
| 02/2019 | 4467 | MOTION for Abby Sher to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−16604711. **Motion supporting papers to be reviewed by Clerk's Office staff.** Document filed by AIG Assurance Company, AIG Insur Company − Puerto Rico, AIG Insurance Company of Canada, AIG Property Casualty Company, AIG Specialty Insur Company, AIU Insurance Company, American Alternative Insurance Corporation, American Economy Insurance Co American Employers' Insurance Company, American Fire and Casualty Company, American Home Assurance Comp American Safety Casualty Insurance Company, American Safety Indemnity Company, Chartis Excess Limited, Chub Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of Canada, Chubb Insurance of New Jersey, Commerce and Industry Insurance Company, Copenhagen Reinsurance Company (UK) LTD, Employ Insurance Company of Wausau, Excelsior Insurance Company, Federal Insurance Company, First Liberty Insurance Corporation, General Insurance Company Of America, General Security Indemnity Company Of Arizona, General S National Insurance Company, Granite State Insurance Company, Great Lakes Reinsurance (UK) PLC, Great Norther Company, Homeland Insurance Company of New York, Illinois National Insurance CO, Indiana Insurance Company Insurance Corporation, Liberty Insurance Underwriters Inc., Liberty Life Assurance Company of Boston, Liberty Llo |

| | | |
|---|---|---|
| | | Texas Insurance Company, Liberty Managing Agency Limited, Liberty Mutual Fire Insurance Company, Liberty Mu Insurance Company, Liberty Mutual Insurance Europe Limited, Marlon Insurance Company Limited, Midwestern In Company, Muenchener Rueckversicherungs Gesellschaft Aktiengesellschaft In Muenchen, National Union Fire Com Pittsburgh, PA., Netherlands Insurance Company, New Hampshire Insurance Company, New Reinsurance Company, Odyssey Reinsurance Company, Ohio Casualty Insurance Company, One Beacon America Insurance Company, One Insurance Company, Pacific Indemnity Company, Peerless Insurance Company, QBE INSURANCE (INTERNATIO LTD., SCOR CANADA REINSURANCE COMPANY, SCOR REINSURANCE ASIA−PACIFIC PTE LIMITED, S REINSURANCE COMPANY (ASIA) LIMITED, SCOR Reinsurance Company, Safeco Insurance Company of Ame Global P&C Se, Scor UK Company Limited, The Camden Fire Insurance Association, The First Liberty Insurance C The Insurance Company of The State of Pennsylvania, The Midwestern Indemnity Company, The Netherlands Insura Company, The Ohio Casualty Insurance Company, The Princeton Excess & Surplus Lines Insurance Company, The Underwriting Members of Lloyd's Syndicate 1121, The Underwriting Members of Lloyd's Syndicate 1236, The Unde Members of Lloyd's Syndicate 1243, The Underwriting Members of Lloyd's Syndicate 1308, The Underwriting Mem Lloyd's Syndicate 205, The Underwriting Members of Lloyd's Syndicate 228, The Underwriting Members of Lloyd's 510, The Underwriting Members of Lloyd's Syndicate 529, The Underwriting Members of Lloyd's Syndicate 53, The Underwriting Members of Lloyd's Syndicate 55, The Underwriting Members of Lloyd's Syndicate 991, The Underwr Members of Lloyds Syndicate 1861, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1003, UNDERWI MEMBERS OF LLOYD'S SYNDICATE 1121, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1209, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1236, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1243, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1308, UNDERWRITING MEMB LLOYD'S SYNDICATE 2, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2003, UNDERWRITING OF LLOYD'S SYNDICATE 2020, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 205, UNDERWRI MEMBERS OF LLOYD'S SYNDICATE 228, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 271, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 376, UNDERWRITING MEMBERS OF LLOYD'S SY 510, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 529, UNDERWRITING MEMBERS OF LLOYD SYNDICATE 53, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 535, UNDERWRITING MEMBERS LLOYD'S SYNDICATE 55, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 557, UNDERWRITING OF LLOYD'S SYNDICATE 588, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 672, UNDERWRIT MEMBERS OF LLOYD'S SYNDICATE 807, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 861, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 991, Unionamerica Insurance Company Limited, Vigil Insurance Company, Wausau Business Insurance Company, Wausau Underwriters Insurance Company, West Americ Insurance Company. (Attachments: # 1 Certificate of Good Standing, # 2 Certificate of Good Standing, # 3 Affidavit 4 Text of Proposed Order Proposed Order)(Sher, Abby) (Entered: 04/02/2019) |
| )2/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 4467 MOTION for Abby S Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−16604711. Motion and supporting paper reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entere 04/02/2019) |
| )3/2019 | 4468 | MOTION for James D. Schultz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−16611818. **and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Midwestern Indemnity Compan Muenchener Rueckversicherungs Gesellschaft Aktiengesellschaft In Muenchen, National Union Fire Company of Pit PA., Netherlands Insurance Company, New Hampshire Insurance Company, New Reinsurance Company, Ltd., Odys Reinsurance Company, Ohio Casualty Insurance Company, One Beacon America Insurance Company, One Beacon I Company, Pacific Indemnity Company, Peerless Insurance Company, QBE INSURANCE (INTERNATIONAL) LT CANADA REINSURANCE COMPANY, SCOR REINSURANCE ASIA−PACIFIC PTE LIMITED, SCOR REINS COMPANY (ASIA) LIMITED, Safeco Insurance Company of America, Scor Global P&C Se, Scor UK Company Li Camden Fire Insurance Association, The First Liberty Insurance Corporation, The Insurance Company of The State o Pennsylvania, The Midwestern Indemnity Company, The Netherlands Insurance Company, The Ohio Casualty Insura Company, The Princeton Excess & Surplus Lines Insurance Company, The Underwriting Members of Lloyd's Syndi The Underwriting Members of Lloyd's Syndicate 1236, The Underwriting Members of Lloyd's Syndicate 1243, The Underwriting Members of Lloyd's Syndicate 1308, The Underwriting Members of Lloyd's Syndicate 205, The Under Members of Lloyd's Syndicate 228, The Underwriting Members of Lloyd's Syndicate 510, The Underwriting Membe Lloyd's Syndicate 529, The Underwriting Members of Lloyd's Syndicate 53, The Underwriting Members of Lloyd's S 55, The Underwriting Members of Lloyd's Syndicate 991, The Underwriting Members of Lloyds Syndicate 1861, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1003, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1121, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1209, UNDERWRITING MEMB LLOYD'S SYNDICATE 1236, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1243, UNDERWRITIN MEMBERS OF LLOYD'S SYNDICATE 1308, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2003, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2020, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 205, UNDERWRITING MEMBE LLOYD'S SYNDICATE 228, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 271, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 376, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 510, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 529, UNDERWRITING MEMBERS OF LLOYD'S SY 53, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 535, UNDERWRITING MEMBERS OF LLOYD'S |

| | | |
|---|---|---|
| | | SYNDICATE 55, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 557, UNDERWRITING MEMBERS LLOYD'S SYNDICATE 588, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 672, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 807, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 861, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 991, UnionAmerica Insurance Company Ltd., Vigilant Company, WEST AMERICAN INSURANCE COMPANY, Wausau Business Insurance Company, Wausau Underw Insurance Company. (Attachments: # 1 Affidavit Affidavit, # 2 Certificate of Good Standing, # 3 Certificate of Good 4 Text of Proposed Order Proposed Order)(Schultz, James) (Entered: 04/03/2019) |
| )3/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 4468 MOTION for James to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−16611818. Motion and supporting pap reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered 04/03/2019) |
| )3/2019 | 4469 | ORDER FOR ADMISSION PRO HAC VICE: That Patrick J. Donahue is admitted to practice Pro Hac Vice in this c (Signed by Judge George B. Daniels on 4/3/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12339−GBD−SN, 1:18− cv−12341−GBD−SN, 1:18−cv−12367−GBD−SN, 1:18−cv−12370−GBD−SN (ks) 04/03/2019) |
| )3/2019 | 4470 | ORDER granting 4455 Motion for Matthew M. Duffy to Appear Pro Hac Vice (HEREBY ORDERED by Magistrate Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 04/03/2019) |
| )3/2019 | 4471 | ORDER granting 4468 Motion for James D. Schultz to Appear Pro Hac Vice (HEREBY ORDERED by Magistrate J Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 04/03/2019) |
| )4/2019 | 4472 | ORDER granting 4467 Motion for Abby Sher to Appear Pro Hac Vice (HEREBY ORDERED by Magistrate Judge S Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 04/04/2019) |
| )4/2019 | 4473 | ORDER granting (4441) Motion to Amend/Correct in case 1:03−md−01570−GBD−SN; granting (57) Motion to Am in case 1:18−cv−05306−GBD−SN. On March 15, 2019, Plaintiffs filed a motion for leave to amend. Plaintiffs' motio GRANTED. The corrections identified below are deemed made to Plaintiff's Complaint and Notice of Amendments. the alterations are insubstantial − and because Plaintiffs have properly served Defendant in accordance with the Forei Sovereign Immunities Act and obtained a Certificate of Default − Plaintiffs are not required to serve the amended ple Shoham v. Islamic Republic of Iran, 922 F. Supp. 2d 44, 47 (D.D.C. 2013) (citations omitted). The Clerk of the Cour to terminate the motions at ECF No. 4441 (03−MDL−01570) and ECF No. 57 (18−CV−05306). (See document.) (Si Magistrate Judge Sarah Netburn on 04/04/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05306−GBD−SN. (ras) (Entered: 04/04/2019) |
| )4/2019 | 4474 | ORDER granting (4448) Motion to Amend/Correct in case 1:03−md−01570−GBD−SN; granting (57) Motion to Am in case 1:18−cv−05320−GBD−SN. On March 21, 2019, Plaintiffs filed a motion for leave to amend. Plaintiffs' motio GRANTED. The corrections identified below are deemed made to Plaintiff's Complaint and Notice of Amendments. the alterations are insubstantial − and because Plaintiffs have properly served Defendant in accordance with the Forei Sovereign Immunities Act and obtained a Certification of Default − Plaintiffs are not required to serve the amended p See Shoham v. Islamic Republic of Iran, 922 F. Supp. 2d 44, 47 (D.D.C. 2013) (citations omitted). The Clerk of the C directed to terminate the motions at ECF No. 4448 (03−MDL−01570) and ECF No. 57 (18−CV−05320). (See docum (Signed by Magistrate Judge Sarah Netburn on 04/04/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05320−GBD−SN. (ras) (Entered: 04/04/2019) |
| )4/2019 | 4475 | ORDER granting (4451) Motion to Amend/Correct in case 1:03−md−01570−GBD−SN; granting (58) Motion to Am in case 1:18−cv−05321−GBD−SN. On March 22, 2019, Plaintiffs filed a motion for leave to amend. Plaintiffs' motio GRANTED. The corrections identified below are deemed made to Plaintiff's Complaint and Notice of Amendments. the alterations are insubstantial − and because Plaintiffs have properly served Defendant in accordance with the Forei Sovereign Immunities Act and obtained a Certificate of Default − Plaintiffs are not required to serve the amended ple Shoham v. Islamic Republic of Iran, 922 F. Supp. 2d 44, 47 (D.D.C. 2013) (citations omitted). The Clerk of the Cour to terminate the motions at ECF No. 4451 (03−MDL−01570) and ECF No. 58 (18−CV−05321). (See document.) (Si Magistrate Judge Sarah Netburn on 04/04/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN (ras) (Entered: 04/04/2019) |
| )4/2019 | 4476 | ORDER granting (4460) Motion to Amend/Correct in case 1:03−md−01570−GBD−SN; granting (55) Motion to Am in case 1:18−cv−05331−GBD−SN. On March 27, 2019, Plaintiffs filed a motion for leave to amend. Plaintiffs' motio GRANTED. The corrections identified below are deemed made to Plaintiff's Complaint and Notice of Amendments. the alterations are insubstantial − and because Plaintiffs have properly served Defendant in accordance with the Forei Sovereign Immunities Act and obtained a Certification of Default − Plaintiffs are not required to serve the amended p See Shoham v. Islamic Republic of Iran, 922 F. Supp. 2d 44, 47 (D.D.C. 2013) (citations omitted). The Clerk of the C directed to terminate the motions at ECF No. 4460 (03−MDL−01570) and ECF No. 55 (18−CV−05331). (See docum (Signed by Magistrate Judge Sarah Netburn on 04/04/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05331−GBD−SN. (ras) (Entered: 04/04/2019) |

| | | |
|---|---|---|
| )5/2019 | 4477 | LETTER addressed to Magistrate Judge Sarah Netburn from Waleed Nassar dated April 5, 2019 re: Status Update of Abdullah Naseef's Medical Condition. Document filed by Abdullah Naseef.(Nassar, Waleed) (Entered: 04/05/2019) |
| )5/2019 | 4478 | MOTION for Default Judgment as to *the Ashton Wrongful Death Plaintiffs*. Document filed by Kathleen Ashton.File Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, James) (Entered: 04/05/2019) |
| )5/2019 | 4479 | DECLARATION of James P. Kreindler in Support re: (4478 in 1:03−md−01570−GBD−SN, 1023 in 1:02−cv−06977−GBD−SN) MOTION for Default Judgment as to *the Ashton Wrongful Death Plaintiffs*.. Document f Kathleen Ashton. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN 1:02−cv−06977−GBD−SN(Kreindler, James) (Entered: 04/05/2019) |
| )8/2019 | 4480 | MOTION to Amend/Correct . Document filed by Bakahityar Kamardinova. (Attachments: # 1 Text of Proposed Order)(Goldman, Jerry) (Entered: 04/08/2019) |
| )8/2019 | 4481 | MEMORANDUM OF LAW in Support re: 4480 MOTION to Amend/Correct . . Document filed by Bakahityar Kam (Goldman, Jerry) (Entered: 04/08/2019) |
| )8/2019 | 4482 | PROPOSED ORDER. Document filed by Bakahityar Kamardinova. Related Document Number: [4480, 4481]. (Gol **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 04/08/2019) |
| )9/2019 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 4482 Proposed Order was revi approved as to form. (dt)** (Entered: 04/09/2019) |
| .1/2019 | 4483 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Suit with the Foreign Sovereign Immunities A as an Exhibit, Summons and Complaint, the certified Farsi translation of the above documents and affidavit of the tra mailed to H.E. Dr. Mohammad Javad Zarif, Foreign Minister, The Ministry of Foreign Affairs for the Islamic Republ Imam Khomeini Street, Imam Khomeini Square, Tehran, Iran 1136914811 on 04/11/2019 by Federal Express trackin 1207 6953, c/o the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570− 1:18−cv−11416−GBD−SN(Roberts, Melina) (Entered: 04/11/2019) |
| .1/2019 | 4484 | ORDER: By Friday, April 19, 2019, the parties shall file a joint letter updating the Court on the status of discovery.... Jelaidan and the PECs are encouraged to file their status letter as soon as possible, they are not required to do so until and as further set forth herein. (Signed by Magistrate Judge Sarah Netburn on 04/11/2019) (ras) (Entered: 04/11/2019 |
| .5/2019 | 4485 | NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, th plaintiff(s) and or their counsel(s), hereby give notice that the above−captioned action is voluntarily dismissed, witho against the defendant(s) Muslim World League. Document filed by Estate of John P.O'Neill, Sr.. **Proposed documen reviewed and processed by Clerk's Office staff (No action required by chambers).**. (Goldman, Jerry) (Entered: 0 |
| .5/2019 | 4486 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman, Esq. dated 04/15/2019 re: Notice of dismissal. Document filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Courtesy Copy)(Goldman, Jerry) (Ente 04/15/2019) |
| .6/2019 | 4487 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter, Robert T. Haefele and Steven R. Pounia April 16, 2019 re: Status report regarding FBI Production. Document filed by Plaintiffs Executive Committees.(Haef (Entered: 04/16/2019) |
| .7/2019 | 4488 | MEMO ENDORSEMENT on re: 4487 Letter filed by Plaintiffs Executive Committees. ENDORSEMENT: A confer scheduled for Monday, May 13, 2019, at 11:00 a.m. in courtroom 506, Thurgood Marshall Courthouse, 40 Foley Squ York, New York. The purpose of the conference is to discuss the status of the FBI's production and to set dates for an compel filed by the PEC. Counsel for the defendants are welcome to attend but are not required to do so. (Discovery for 5/13/2019 at 11:00 AM in Courtroom 506, 40 Centre Street, New York, NY 10007 before Magistrate Judge Sarah (Signed by Magistrate Judge Sarah Netburn on 04/17/2019) (ras) (Entered: 04/17/2019) |
| .8/2019 | 4489 | MOTION to Amend/Correct . Document filed by Audrey Ades. (Attachments: # 1 Exhibit Proposed Order)(Goldman (Entered: 04/18/2019) |
| .8/2019 | 4490 | MEMORANDUM OF LAW in Support re: 4489 MOTION to Amend/Correct . . Document filed by Audrey Ades. (C Jerry) (Entered: 04/18/2019) |
| .8/2019 | 4491 | LETTER addressed to Magistrate Judge Sarah Netburn from J. Scott Tarbutton on behalf of the Plaintiffs' Executive dated April 18, 2019 re: request for a brief extension of the deadline to provide the Court with a discovery status repo Document filed by Plaintiffs Executive Committees.(Carter, Sean) (Entered: 04/18/2019) |
| .9/2019 | 4492 | MEMO ENDORSEMENT on re: 4491 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The Plai request is GRANTED. The Plaintiffs shall file a discovery status report by Tuesday, April 23, 2019. (Signed by Magi Judge Sarah Netburn on 04/19/2019) (ras) (Entered: 04/19/2019) |

| | | |
|---|---|---|
| 23/2019 | 4493 | CLERK CERTIFICATE OF MAILING of two copies of the the Notice of Suit, December 5, 2018 Iran Short Form C copy of the April 10, 2019 Summons, a copy of the Foreign Sovereign Immunities Act, and certified Farsi translation above documents with affidavit of translator mailed to the Islamic Republic of Iran c/o H.E Mohammad Javad Zarif, Minister of the Islamic Republic of Iran, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomein Tehran, Iran on 04/23/2019 by Federal Express tracking # 774994900872, to the Secretary of State, Attn: Director of Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 16 (Kamal, Edressa) (Entered: 04/23/2019) |
| 23/2019 | 4494 | NOTICE OF VOLUNTARY DISMISSAL (FED. R. CIV. P. 41(a)(1)(A)(i)): TAKE NOTICE that Plaintiffs dismiss above−referenced action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. In does this dismissal impact Estate of John P. O'Neill, Sr. v. Al Baraka Inv. & Dev. Corp., 04−cv−1923 (S.D.N.Y.) (GI any other case in the instant multi−district litigation. (Signed by Judge George B. Daniels on 4/23/2019) (jwh) (Enter 04/23/2019) |
| 23/2019 | 4495 | STATUS REPORT. *as to the progress of merits and jurisdictional discovery* Document filed by All Plaintiffs.(Eubar (Entered: 04/23/2019) |
| 24/2019 | 4497 | FINAL ORDER OF SUMMARY JUDGMENT: granting (4478) Motion for Default Judgment in case 1:03−md−01570−GBD−SN; granting (1023) Motion for Default Judgment in case 1:02−cv−06977−GBD−SN. ORD final judgment is entered on behalf of those Plaintiffs in Ashton et al. v. Al Qaeda Islamic Army et al., 02−CV−6977 (SN) identified in the attached Exhibit A against the Islamic Republic of Iran (the "Ashton X Plaintiffs"); and it is OI that the Ashton X Plaintiffs identified in the attached Exhibit A are awarded solatium damages as set forth in Exhibit ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96% per annum; all interest compoun over the same period; and it is ORDERED that the Plaintiffs not appearing on Exhibit A and who were not previousl damages may submit in later stages applications for solatium and/or economic damages awards that will be approved same basis as currently approved for those Plaintiffs appearing on Exhibit A. SO ORDERED. (Signed by Judge Geo Daniels on 4/24/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN (ama) Tra to Orders and Judgments Clerk for processing. (Entered: 04/29/2019) |
| 25/2019 | 4496 | LETTER MOTION to Compel Akram Mohamed Alzamari to Non−party deposition addressed to Magistrate Judge S Netburn from Steven R. Pounian dated 04/25/2019. Document filed by Plaintiffs Executive Committees.(Pounian, St (Entered: 04/25/2019) |
| 29/2019 | 4498 | NOTICE OF APPEARANCE by Kelly Anne Moore on behalf of Akram Alzamari. (Moore, Kelly) (Entered: 04/29/2 |
| 29/2019 | 4499 | NOTICE OF APPEARANCE by John Monahan Maloy on behalf of Akram Alzamari. (Maloy, John) (Entered: 04/29 |
| 30/2019 | 4500 | ORDER granting (4489) Motion to Amend/Correct in case 1:03−md−01570−GBD−SN; granting (36) Motion to Am in case 1:18−cv−07306−GBD−SN. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) F Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−07306−GBD−SN. (ras) (Entered: 04/30/2019) |
| 30/2019 | 4501 | ORDER granting (4480) Motion to Amend/Correct in case 1:03−md−01570−GBD−SN; granting (57) Motion to Am in case 1:18−cv−05339−GBD−SN. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) F Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05339−GBD−SN. (ras) (Entered: 04/30/2019) |
| 01/2019 | 4502 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 05/01/2019) |
| 02/2019 | 4503 | CLERK'S JUDGMENT re: (1025 in 1:02−cv−06977−GBD−SN, 4497 in 1:03−md−01570−GBD−SN) Order on Moti Judgment. in favor of Kathleen Owens against Al Qaeda Islamic Army, Al Qaeda/Islamic Army; in favor of Maryell against Al Qaeda Islamic Army, Al Qaeda/Islamic Army; in favor of Thomas Owens against Al Qaeda Islamic Army Qaeda/Islamic Army; in favor of Derek Rodriguez against Al Qaeda Islamic Army, Al Qaeda/Islamic Army; in favor Rodriguez against Al Qaeda Islamic Army; in favor of Lauren Rodriguez against Al Qaeda Islamic Army; in favor o Smith against Al Qaeda Islamic Army; in favor of Christopher Smith, Christopher F Smith against Al Qaeda Islamic favor of Thomas H Smith against Al Qaeda Islamic Army; in favor of Josephine Laieta against Al Qaeda Islamic Arn of Eileen Tallon against Al Qaeda Islamic Army, Al Qaeda/Islamic Army; in favor of Kelley Anne Clarke against Al Islamic Army, Al Qaeda/Islamic Army; in favor of Timothy Clarke against Al Qaeda Islamic Army, Al Qaeda/Islami favor of Kathleen L. Clarke Head Al Qaeda Islamic Army, Al Qaeda/Islamic Army; in favor of Patricia Clarke Scud Al Qaeda Islamic Army, Al Qaeda/Islamic Army; in favor of Tracey Osborne against Al Qaeda Islamic Army, Al Qa Army; in favor of Joseph Owens against Al Qaeda Islamic Army, Al Qaeda/Islamic Army; and in favor of Jennifer M Riggs against Al Qaeda Islamic Army, Al Qaeda/Islamic Army in the total amount of $388,225,513.38 (Signed by C Court Ruby Krajick on 05/02/2019) (Attachments: # 1 Notice of Right to Appeal)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(dt) (Entered: 05/02/2019) |
| 03/2019 | 4504 | LETTER MOTION for Conference *to appear telephonically at May 13 hearing* addressed to Magistrate Judge Sarah from Robert Kry dated May 3, 2019. Document filed by Dallah Avco Trans Arabia.(Kry, Robert) (Entered: 05/03/20 |

| | | |
|---|---|---|
| )3/2019 | 4505 | ORDER granting 4504 Letter Motion for Conference. Application GRANTED. By May 10, 2019, Mr. Kry must prov Court with a telephone number where he can be reached at the date and time of the conference. (HEREBY ORDERE Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 05/03/2019) |
| )3/2019 | 4506 | ORDER in case 1:03−md−01570−GBD−SN; granting (136) Motion for Leave to File Document in case 1:19−cv−00012−GBD−SN. Defendants have not been served with a summons or a copy of the complaint. ECF No. 1 a result, because the proposed amendment will not require the expenditure of additional resources or otherwise delay resolution of the dispute, Defendants will not be prejudiced if Plaintiffs' request is granted. See Ruotolo v. City of Ne 514 F.3d 184, 192 (2d Cir. 2008). There is also no evidence that Plaintiffs have acted in bad faith or intentionally dela submitting their motion. For these reasons, Plaintiffs' request to file a second amended complaint is GRANTED. (Sig Magistrate Judge Sarah Netburn on 05/03/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN. (ras) (Entered: 05/03/2019) |
| )3/2019 | 4508 | MOTION for Default Judgment as to . Document filed by Jessica Derubbio. (Attachments: # 1 Text of Proposed Order)(Goldman, Jerry) (Entered: 05/03/2019) |
| )3/2019 | 4509 | MEMORANDUM OF LAW in Support re: 4508 MOTION for Default Judgment as to . . Document filed by Jessica (Goldman, Jerry) (Entered: 05/03/2019) |
| )3/2019 | 4510 | PROPOSED ORDER. Document filed by Jessica Derubbio. Related Document Number: [4508, 4509]. (Goldman, Je **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 05/03/2019) |
| )3/2019 | 4511 | CERTIFICATE OF SERVICE of Notice of Motion For Entry Of Default Judgment Against The Islamic Republic Of Liability Only; Memorandum of Law In Support Of Motion For Entry Of Default Judgment Against The Islamic Rep Iran Only As To Liability On Behalf Of All DeRubbio Plaintiffs; and Proposed Order of Judgment served on The Isla Republic Of Iran on 05/03/2019. Document filed by Jessica Derubbio. (Goldman, Jerry) (Entered: 05/03/2019) |
| )3/2019 | | *****DELETED DOCUMENT. Deleted document number 4507 ORDER pursuant to instructions from Chambe 5/6/2019. The document was incorrectly filed in this case. (anc)** (Entered: 05/06/2019) |
| )3/2019 | 4512 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 05/06/2019) |
| )6/2019 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 4510 Proposed Order was revi approved as to form. (dt)** (Entered: 05/06/2019) |
| )8/2019 | 4513 | CLERK CERTIFICATE OF MAILING− SUPPLEMENTAL of two copies of the Letters Rogatory Request (Hoglan 282−1), Letters Rogatory Order (Hoglan Docket No. 293) (in English and Farsi), certifications by the translators mail Michael McPherson, Paralegal Specialist, U.S. Department of State, Overseas Citizens Services, Office of Legal Affa Tenth Floor, Washington, D.C. 20522 on 05/02/2019 by Federal Express tracking # 7749 8866 3900, to the head of th or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 16 for service on defendant Ayatollah Ali Hoseini−Khamenei. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Roberts, Melina) (Entered: 05/08/2019) |
| )8/2019 | 4514 | CLERK CERTIFICATE OF MAILING SUPPLEMENTAL of two copy of the Letters Rogatory Request (Hoglan Do 282−1), Letters Rogatory Order (Hoglan Docket No.293), translations of all the above documents and certifications b translator mailed to Michael McPherson, Paralegal Specialist, U.S. Department of State, Overseas Citizens Services, Legal Affairs, SA 17, Tenth Floor, Washington, DC. 20522 on 5/02/2019 by Federal Express tracking # 7750 2523 1 head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities U.S.C. § 1608(b)(3)(B) for service on defendant National Iranian Gas Company. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Kamal, Edressa) (Entered: 05/08/2019) |
| )8/2019 | 4515 | CLERK CERTIFICATE OF MAILING− SUPPLEMENTAL of two copies of the Letters Rogatory Request (Hoglan 282−1), Letters Rogatory Order (Hoglan Docket No. 293) (in English and Farsi), certifications by the translators mail Michael McPherson, Paralegal Specialist, U.S. Department of State, Overseas Citizens Services, Office of Legal Affa Tenth Floor, Washington, D.C. 20522 on 05/02/2019 by Federal Express tracking # 7750 2520 5189, to the head of th or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 16 for service on defendant Ali Akbar Hashemi Rafsanjani. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Roberts, Melina) (Entered: 05/08/2019) |
| )8/2019 | 4516 | CLERK CERTIFICATE OF MAILING SUPPLEMENTAL of two copies of the Letters Rogatory Request (Hoglan D 282−1), Letters Rogatory Order (Hoglan Docket No.293), translations of all the above documents and certifications b translator mailed to Michael McPherson, Paralegal Specialist, U.S. Department of State, Overseas Citizens Services, Legal Affairs, SA 17, Tenth Floor, Washington, DC. 20522 on 5/02/2019 by Federal Express tracking # 7750 2523 0 head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities U.S.C. § 1608(b)(3)(B) for service on defendant, National Iranian Petrochemical Company. Filed In Associated Case 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Kamal, Edressa) (Entered: 05/08/2019) |

| | | |
|---|---|---|
| )8/2019 | 4517 | CLERK CERTIFICATE OF MAILING SUPPLEMENTAL of two copies of the Letters Rogatory Request (Hoglan I 282−1), Letters Rogatory Order (Hoglan Docket No.293), translations of all the above documents and certifications b translator mailed to Michael McPherson, Paralegal Specialist, U.S. Department of State, Overseas Citizens Services, Legal Affairs, SA 17, Tenth Floor, Washington, DC. 20522 on 05/02/2019 by Federal Express tracking # 7750 2523 head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities U.S.C. § 1608(b)(3)(B) for service on defendant, Iran Airlines. Filed In Associated Cases: 1:03−md−01570−GBD−S 1:11−cv−07550−GBD−SN(Kamal, Edressa) (Entered: 05/08/2019) |
| )8/2019 | 4518 | CLERK CERTIFICATE OF MAILING− SUPPLEMENTAL of two copies of the Letters Rogatory Request (Hoglan 282−1), Letters Rogatory Order (Hoglan Docket No. 293) (in English and Farsi), certifications by the translators mai Michael McPherson, Paralegal Specialist, U.S. Department of State, Overseas Citizens Services, Office of Legal Aff Tenth Floor, Washington, D.C. 20522 on 05/02/2019 by Federal Express tracking # 7750 2523 0710, to the head of t or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 16 for service on defendant National Iranian Oil Corporation. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Roberts, Melina) (Entered: 05/08/2019) |
| )8/2019 | 4519 | CLERK CERTIFICATE OF MAILING− SUPPLEMENTAL of two copies of the Letters Rogatory Request (Hoglan 282−1), Letters Rogatory Order (Hoglan Docket No. 293) (in English and Farsi), certifications by the translators mai Michael McPherson, Paralegal Specialist, U.S. Department of State, Overseas Citizens Services, Office of Legal Aff Tenth Floor, Washington, D.C. 20522 on 05/02/2019 by Federal Express tracking # 7750 2523 0683, to the head of t or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 16 for service on defendant National Iranian Tanker Corporation. Filed In Associated Cases: 1:03−md−01570−GBD−SN 1:11−cv−07550−GBD−SN(Roberts, Melina) (Entered: 05/08/2019) |
| )8/2019 | 4520 | CLERK CERTIFICATE OF MAILING SUPPLEMENTAL of two copies of the Letters Rogatory Request (Hoglan I 282−1), Letters Rogatory Order (Hoglan Docket No.293), translations of all the above documents and certifications b translator mailed to Michael McPherson, Paralegal Specialist, U.S. Department of State, Overseas Citizens Services, Legal Affairs, SA 17, Tenth Floor, Washington, DC. 20522 on 5/02/2019 by Federal Express tracking # 7750 2523 1 head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities U.S.C. § 1608(b)(3)(B) for service on defendant Hezbollah. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(Kamal, Edressa) (Entered: 05/08/2019) |
| )9/2019 | 4521 | MOTION for Issuance of Letters Rogatory as to Mohdar Mohamed Abdullah a/k/a Zeid, Elmohdar Mohammed Abd Sweden . Document filed by Plaintiffs Executive Committees.(Pounian, Steven) (Entered: 05/09/2019) |
| .3/2019 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Discovery Hearing held on 5/13/2019. (r (Entered: 05/30/2019) |
| .5/2019 | 4522 | **Vacated as per Judge's Order dated 05/29/2019, Doc. # 4564** ORDER granting 4496 Letter Motion to Compel. Ba parties' respective interests, it is hereby ORDERED that, by Thursday, May 30, 2019, Alzamari shall provide a sworn declaration containing all knowledge he has regarding whether and to what extent Fahad al Thumairy, Omar al Bayo their agents took actions in 2000, at the direction of more senior Saudi officials, to provide assistance to Nawaf al Ha al Mihdhar, and other 9/11 hijackers. See ECF No. 3946, Memorandum Decision and Order, at 23. By Thursday, Jun Plaintiffs and Defendants shall serve follow−up questions by written interrogatories. Alzamari shall provide sworn w answers to Plaintiffs and Defendants' interrogatories no later than Thursday, July 18, 2019. In addition, Alzamari requ (1) his May 13 letter be filed under seal with an ex parte portion of the letter redacted; and (2) the Plaintiffs' May 15 filed under seal in its entirety. Both requests are GRANTED. The Clerk of the Court is respectfully directed to termi motion at ECF No. 4496. (Signed by Magistrate Judge Sarah Netburn on 05/15/2019) (ras) Modified on 5/30/2019 (r (Entered: 05/15/2019) |
| .5/2019 | 4523 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele dated May 15, 2019 re: Proposed bri schedule concerning motions to compel. Document filed by Plaintiffs Executive Committees.(Haefele, Robert) (Ente 05/15/2019) |
| .6/2019 | 4524 | MEMO ENDORSEMENT on re: 4523 Letter filed by Plaintiffs Executive Committees. ENDORSEMENT: The parti proposed briefing schedule is ADOPTED. Within five days of the FBI's June 21 and August 30 oppositions, the parti a joint letter proposing a deadline for Plaintiffs to submit a reply brief, if any. In addition, for the reasons stated on th during the May 13 conference, the FBI is ORDERED to produce the final tranche of "core" records no later than Frid 2019. (Signed by Magistrate Judge Sarah Netburn on 05/13/2019) (ras) (Entered: 05/16/2019) |
| .6/2019 | 4525 | SEALED DOCUMENT placed in vault.(rz) (Entered: 05/16/2019) |
| .6/2019 | 4526 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter, Robert T. Haefele and Andrew J. Malon May 16, 2019 re: Report on meet−and−confer with Jelaidan regarding remaining discovery and Plaintiffs intentions t their motion for dispositive sanctions. Document filed by Plaintiffs Executive Committees.(Haefele, Robert) (Entere 05/16/2019) |

| | | |
|---|---|---|
| 20/2019 | 4527 | ORDER granting 4521 Motion for Issuance of Letters Rogatory. The Court will transmit a Letter of Request to the C Court. In addition, as requested in their May 9 letter, Plaintiffs may file a redacted copy of their Proposed Letter of R the public docket. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (E 05/20/2019) |
| 21/2019 | | LETTERS ROGATORY ISSUED as to Mohdar Mahamed Abdullah a/k/a Zeid, Elmohdar Mohammed Abdullah in S (dt) Modified on 5/21/2019 (dt). Picked up by Kreindler & Kreindler LLP on May 21, 2019. (Entered: 05/21/2019) |
| 21/2019 | 4528 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Sarah Netburn from Steven Pounian dated M re: 4496 LETTER MOTION to Compel Akram Mohamed Alzamari to Non−party deposition addressed to Magistrate Sarah Netburn from Steven R. Pounian dated 04/25/2019. *and Letter−Opposition to Witness's Motion for Protective* Document filed by Plaintiffs Executive Committees. (Pounian, Steven) (Entered: 05/21/2019) |
| 21/2019 | 4529 | ORDER: On May 16, 2019, Defendant Kingdom of Saudi Arabia filed a letter with respect to the Plaintiffs' Executiv Committees' motion to compel non−party Akram Alzamari to appear at a deposition. Consistent with the Court's May the second paragraph of Saudi Arabia's letter shall be filed under seal. (Signed by Magistrate Judge Sarah Netburn on 05/21/2019) (ras) (Entered: 05/22/2019) |
| 22/2019 | 4530 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 05/22/2019) |
| 22/2019 | 4531 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated May 16, 2019 re: May 15, 20 submitted by Plaintiffs. Document filed by Kingdom of Saudi Arabia.(Kellogg, Michael) (Entered: 05/22/2019) |
| 22/2019 | 4532 | ORDER: In light of the Ramadan holiday and the remaining discovery, the fact deposition deadline for the Merits and Jurisdictional Defendants shall close on Wednesday, July 31, 2019. This deadline will not be adjourned. The PECs sh to WAMY's and Kadi's interrogatories by Monday, September 30, 2019. The relevant parties are directed to meet−an regarding the following issues: (See document.) The parties shall file a joint letter addressing the above−referenced is later than Friday, May 31, 2019. The Court will set any additional deadlines following the parties' meet−and−confer o issues. (Signed by Magistrate Judge Sarah Netburn on 05/22/2019) (ras) (Entered: 05/22/2019) |
| 23/2019 | 4533 | LETTER addressed to Magistrate Judge Sarah Netburn from Martin F. McMahon dated May 23, 2019 re: ECF Nos. 4 4464. Document filed by Wael Jelaidan.(McMahon, Martin) (Entered: 05/23/2019) |
| 23/2019 | 4534 | MOTION for Default Judgment as to *Liability Only*. Document filed by Roberta Agyeman. (Attachments: # 1 Text of Order)(Goldman, Jerry) (Entered: 05/23/2019) |
| 23/2019 | 4535 | MEMORANDUM OF LAW in Support re: 4534 MOTION for Default Judgment as to *Liability Only*. . Document fil Roberta Agyeman. (Goldman, Jerry) (Entered: 05/23/2019) |
| 23/2019 | 4536 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED ORDER. Document filed by Roberta Agyema Document Number: [4534, 4535]. (Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** Modif 5/23/2019 (dt). (Entered: 05/23/2019) |
| 23/2019 | 4537 | CERTIFICATE OF SERVICE of Notice of Motion For Entry Of Default Judgment Against The Islamic Republic Of Liability Only; Memorandum of Law In Support Of Motion For Entry Of Default Judgment Against The Islamic Rep Iran Only As To Liability On Behalf Of All Agyeman Plaintiffs; and Proposed Order of Judgment served on The Isla Republic Of Iran on 05/23/2019. Document filed by Roberta Agyeman. (Goldman, Jerry) (Entered: 05/23/2019) |
| 23/2019 | 4538 | MOTION for Default Judgment as to *Liability Only*. Document filed by Bakahityar Kamardinova, Bakhtiyar Kamard (Attachments: # 1 Text of Proposed Order)(Goldman, Jerry) (Entered: 05/23/2019) |
| 23/2019 | 4539 | MEMORANDUM OF LAW in Support re: 4538 MOTION for Default Judgment as to *Liability Only*. . Document fil Bakahityar Kamardinova, Bakhtiyar Kamardinova. (Goldman, Jerry) (Entered: 05/23/2019) |
| 23/2019 | 4540 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED ORDER. Document filed by Bakahityar Kam Bakhtiyar Kamardinova. Related Document Number: [4538, 4539]. (Goldman, Jerry) **Proposed Order to be reviewe Clerk's Office staff.** Modified on 5/23/2019 (dt). (Entered: 05/23/2019) |
| 23/2019 | 4541 | CERTIFICATE OF SERVICE of Notice of Motion For Entry Of Default Judgment Against The Islamic Republic Of Liability Only; Memorandum of Law In Support Of Motion For Entry Of Default Judgment Against The Islamic Rep Iran Only As To Liability On Behalf Of All Kamardinova Plaintiffs; and Proposed Order of Judgment served on The Republic Of Iran on 05/23/2019. Document filed by Bakahityar Kamardinova, Bakhtiyar Kamardinova. (Goldman, Je (Entered: 05/23/2019) |
| 23/2019 | 4542 | MOTION for Default Judgment as to *Liability Only*. Document filed by Horace Morris. (Attachments: # 1 Text of Pr Order)(Goldman, Jerry) (Entered: 05/23/2019) |
| 23/2019 | 4543 | MEMORANDUM OF LAW in Support re: 4542 MOTION for Default Judgment as to *Liability Only*. . Document fil Horace Morris. (Goldman, Jerry) (Entered: 05/23/2019) |

| | | |
|---|---|---|
| 23/2019 | 4544 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED ORDER. Document filed by Horace Morris. Document Number: [4542, 4543]. (Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** Modi 5/23/2019 (dt). (Entered: 05/23/2019) |
| 23/2019 | 4545 | CERTIFICATE OF SERVICE of Notice of Motion For Entry Of Default Judgment Against The Islamic Republic Of Liability Only; Memorandum of Law In Support Of Motion For Entry Of Default Judgment Against The Islamic Rep Iran Only As To Liability On Behalf Of All Morris Plaintiffs; and Proposed Order of Judgment served on Islamic Re Iran on 05/23/2019. Document filed by Horace Morris. (Goldman, Jerry) (Entered: 05/23/2019) |
| 23/2019 | 4546 | MOTION for Default Judgment as to *Liability Only*. Document filed by Audrey Ades. (Attachments: # 1 Text of Pro Order)(Goldman, Jerry) (Entered: 05/23/2019) |
| 23/2019 | 4547 | MEMORANDUM OF LAW in Support re: 4546 MOTION for Default Judgment as to *Liability Only*. . Document fil Audrey Ades. (Goldman, Jerry) (Entered: 05/23/2019) |
| 23/2019 | 4548 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED ORDER. Document filed by Audrey Ades. R Document Number: [4546, 4547]. (Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** Modi 5/23/2019 (dt). (Entered: 05/23/2019) |
| 23/2019 | 4549 | CERTIFICATE OF SERVICE of Notice of Motion For Entry Of Default Judgment Against The Islamic Republic Of Liability Only; Memorandum of Law In Support Of Motion For Entry Of Default Judgment Against The Islamic Rep Iran Only As To Liability On Behalf Of All Ades Plaintiffs; and Proposed Order of Judgment served on Islamic Repu Iran on 05/23/2019. Document filed by Audrey Ades. (Goldman, Jerry) (Entered: 05/23/2019) |
| 23/2019 | 4550 | MOTION for Default Judgment as to *Liability Only*. Document filed by Laurence Schlissel. (Attachments: # 1 Text c Order)(Goldman, Jerry) (Entered: 05/23/2019) |
| 23/2019 | 4551 | MEMORANDUM OF LAW in Support re: 4550 MOTION for Default Judgment as to *Liability Only*. . Document fil Laurence Schlissel. (Goldman, Jerry) (Entered: 05/23/2019) |
| 23/2019 | 4552 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED ORDER. Document filed by Laurence Schlis Document Number: [4550, 4551]. (Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** Modi 5/23/2019 (dt). (Entered: 05/23/2019) |
| 23/2019 | 4553 | CERTIFICATE OF SERVICE of Notice of Motion For Entry Of Default Judgment Against The Islamic Republic Of Liability Only; Memorandum of Law In Support Of Motion For Entry Of Default Judgment Against The Islamic Rep Iran Only As To Liability On Behalf Of All Schlissel Plaintiffs; and Proposed Order of Judgment served on The Islar Republic Of Iran on 05/23/2019. Document filed by Laurence Schlissel. (Goldman, Jerry) (Entered: 05/23/2019) |
| 23/2019 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED DEFAULT JUDGMENT. Notice to a Jerry Goldman to RE−FILE Document No. (4540 in 1:03−md−01570−GBD−SN) Proposed Order, (4552 in 1:03−md−01570−GBD−SN) Proposed Order, (4544 in 1:03−md−01570−GBD−SN) Proposed Order, (4548 in 1:03−md−01570−GBD−SN) Proposed Order, (4536 in 1:03−md−01570−GBD−SN) Proposed Order,. The filing deficient for the following reason(s): the wrong event type was used to file the proposed order; Re−file the doc using the event type Proposed Default Judgment found under the event list Proposed Orders. − select the corr filer/filers − attach the correct signed (scanned signature image) and dated PDF. BEFORE RE−FILING CHA TITLE OF DOCUMENT TO PROPOSED DEFAULT JUDGMENT, NOT ORDER OF JUDGMENT. Filed I Associated Cases: 1:03−md−01570−GBD−SN et al.(dt)** (Entered: 05/23/2019) |
| 24/2019 | 4554 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Roberta Agyeman. (Goldman, **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 05/24/2019) |
| 24/2019 | 4555 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Audrey Ades. (Goldman, Jerr **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 05/24/2019) |
| 24/2019 | 4556 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Laurence Schlissel. (Goldman **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 05/24/2019) |
| 24/2019 | 4557 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Bakahityar Kamardinova, Bak Kamardinova. (Goldman, Jerry) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 05/ |
| 24/2019 | 4558 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Horace Morris. (Goldman, Jer **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 05/24/2019) |
| 24/2019 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (43 in 1:18−cv−07306−GBD−SN) Proposed Default Judgment (4556 in 1:03−md−01570−GBD−SN) Proposed Default (65 in 1:18−cv−05339−GBD−SN) Proposed Default Judgment (4557 in 1:03−md−01570−GBD−SN) Proposed D Judgment (66 in 1:18−cv−05321−GBD−SN) Proposed Default Judgment (4554 in 1:03−md−01570−GBD−SN) I Default Judgment (4555 in 1:03−md−01570−GBD−SN) Proposed Default Judgment (4558 in 1:03−md−01570−** |

| | | |
|---|---|---|
| | | **Proposed Default Judgment (63 in 1:18−cv−05331−GBD−SN) Proposed Default Judgment was reviewed and a to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN, 1:18−cv−05331−GB 1:18−cv−05339−GBD−SN, 1:18−cv−07306−GBD−SN(km)** (Entered: 05/24/2019) |
| 24/2019 | 4559 | LETTER addressed to Magistrate Judge Sarah Netburn from Kelly A. Moore dated May 24, 2019 re: PECs Motion fo Reconsideration of the Court's May 15, 2019 Order. Document filed by Akram Alzamari.(Moore, Kelly) (Entered: 05 |
| 28/2019 | 4560 | REDACTION to Letters Rogatory Issued *May 21, 2019.* by Plaintiffs Executive Committees(Pounian, Steven) (Enter 05/28/2019) |
| 28/2019 | 4562 | CLERK CERTIFICATE OF MAILING of two copies of the the Summons, complaint, and notice of suit for Gerard J The Islamic Republic of Iran, Case No. 1:19−00044, along with translations of each document into Farsi and affidavits/certifications from the translators and, Provisions of the Foreign Sovereign Immunities Act mailed to The I Republic of Iran, c/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs, Imam Khomeini Avenue, Tehran, Ira 05/28/2019 by Federal Express tracking # 7752 5001 3751, to the Secretary of State, Attn: Director of Consular Serv of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Str Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00044−GBD−SN(Kamal, Edressa) (Entered: 05/28/2019) |
| 28/2019 | 4563 | ORDER granting (4508) Motion for Default Judgment in case 1:03−md−01570−GBD−SN; granting (61) Motion for Judgment in case 1:18−cv−05306−GBD−SN. It is hereby; ORDERED that the DeRubbio Plaintiffs' Motion for Judgm Default Against the Islamic Republic of Iran is GRANTED and final judgment on liability is entered in favor of the D Plaintiffs in Jessica DeRubbio, et al. v. Islamic Republic of Iran, Case Number: 1: 18−cv−05306 (GBD) (SN) and aga Islamic Republic of Iran; ORDERED that the DeRubbio Plaintiffs are hereby referred to Magistrate Judge Sarah Netb resolve any remaining issues, including but not limited to damages, both compensatory and punitive. SO ORDERED Judge George B. Daniels on 5/28/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05306−GB Modified on 5/29/2019 (ks). (Entered: 05/28/2019) |
| 28/2019 | | *****DELETED DOCUMENT. Deleted document number (4561) CLERK CERTIFICATE OF MAILING. The was incorrectly filed in this case. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(lb)** (Entered: 05/29 |
| 29/2019 | 4564 | ORDER: Plaintiffs' request is GRANTED in part and DENIED in part. To prevent a manifest injustice, the May 15 C VACATED. Plaintiffs may conduct a deposition of Alzamari by written questions pursuant to Rule 31 of the Federal Civil Procedure, subject to the following limitations: (1) the scope of the deposition shall be limited to the three topic on pages four and five of Plaintiffs' reconsideration motion; (2) the parties and Alzamari shall exchange questions in and timeframe contemplated by Rule 31(a)(5); (3) Alzamari can object, in advance, to the questions on privilege, sco permissible grounds, subject to Rule 32(d); and (4) the deposition shall be videotaped and recorded by a stenographe avoidance of doubt, any answer provided pursuant to Rule 31 will be inadmissible in the same manner as testimony p under Rule 30. Plaintiffs may file a copy of their motion on the public docket, although portions subject to the FBI Pr Order must be redacted. (Signed by Magistrate Judge Sarah Netburn on 05/29/2019) (ras) (Entered: 05/29/2019) |
| 31/2019 | 4565 | CLERK CERTIFICATE OF MAILING of two copies of the Summons, complaint, and notice of suit for Thomas S. A v. The Islamic Republic of Iran, Case No. 1:19−00041, along with translations of each document into Farsi and affidavits/certifications from the translators and, Provisions of the Foreign Sovereign Immunities Act mailed to The I Republic of Iran, c/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs, Imam Khomeini Avenue, Tehran, Ira 05/28/2019 by Federal Express tracking # 7752 5001 3751, to the Secretary of State, Attn: Director of Consular Serv of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Str Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00041−GBD−SN(Kamal, Edressa) (Entered: 05/31/2019) |
| 31/2019 | 4566 | LETTER addressed to Magistrate Judge Sarah Netburn from Alan Kabat and Sean Carter dated 05/31/2019 re: Disco Report. Document filed by Defendants Executive Committee.(Kabat, Alan) (Entered: 05/31/2019) |
| 31/2019 | 4568 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 06/03/2019) |
| 03/2019 | 4567 | LETTER addressed to Magistrate Judge Sarah Netburn from Waleed Nassar dated June 3, 2019 re: Update on Status Abdullah Naseef's Medical Condition. Document filed by Abdullah Omar Naseef.(Nassar, Waleed) (Entered: 06/03/2 |
| 04/2019 | 4569 | TRANSCRIPT of Proceedings re: conference held on 5/13/2019 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Jerry Harrison, (212) 805−0300. Transcript may be viewed at the court public terminal or purch through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 6/25/2019. Redacted Transcript Deadline set for 7/5/2019. Release Transcript Restriction set for 9/3/2019.(McGuirk, Kelly) (Entered: 06/04/2019) |
| 04/2019 | 4570 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a conference proceeding held on 5/13/19 has been filed by the court reporter/transcriber in the above−captioned matter. The parties seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...( |

| | | |
|---|---|---|
| | | Kelly) (Entered: 06/04/2019) |
| )5/2019 | 4571 | LETTER MOTION for Discovery *for Protective Order* addressed to Magistrate Judge Sarah Netburn from Omar T. Mohammedi, Esq. dated June 5, 2019. Document filed by Wamy International, Inc., World Assembly of Muslim You (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Mohammedi, Omar) (Entered: 06/05/2019) |
| )6/2019 | 4572 | EMERGENCY LETTER MOTION to Compel Plaintiffs' Executive Committees to Produce Documents and To Resc *Depositions of Khalil Al Khalil and Osman Kaldirim* addressed to Magistrate Judge Sarah Netburn from Michael K. I dated June 6, 2019. Document filed by Kingdom of Saudi Arabia.(Kellogg, Michael) (Entered: 06/06/2019) |
| )6/2019 | 4573 | DECLARATION of Andrew C. Shen in Support re: 4572 EMERGENCY LETTER MOTION to Compel Plaintiffs' E Committees to Produce Documents and To Reschedule *the Depositions of Khalil Al Khalil and Osman Kaldirim* addr Magistrate Judge Sarah Netburn from Michael K. Kellogg dated. Document filed by Kingdom of Saudi Arabia. (Atta 1 Exhibit 1 − 2019 05 25 Subpoena, # 2 Exhibit 2 − 2018 07 30 Mosque first production cover letter, # 3 Exhibit 3 − Mosque second production cover letter, # 4 Exhibit 4 − 2019 01 14 Mosque third production cover letter, # 5 Exhibit 05 10 et seq. Email correspondence between A. Shen & PECs, # 6 Exhibit 6 − 2019 05 15 Email correspondence fror to M. Watts, # 7 Exhibit 7 − 2019 12 06 Subpoena and PEC cover letter, # 8 Exhibit 8 − 2019 06 05 Email correspon M. Watts to A. Shen, # 9 Exhibit 9 − 2018 05 23 Plfs Responses−Objections to KSA First Set of RFPs to Plfs)(Kellog Michael) (Entered: 06/06/2019) |
| )6/2019 | 4574 | **Vacated as per Judges Order dated 6/7/2019, Doc. #4580** ORDER: It is hereby ORDERED that: A telephone conf scheduled for Monday, June 10, 2019, at 12:00 p.m. The parties shall circulate a call−in number to the Court and all i parties. Plaintiffs shall respond to Saudi Arabia's letter no later than 5:00 p.m. on Friday, June 7, 2019. The depositior Al Khalil and Osman Kaldirim are adjourned sine die. SO ORDERED. (Responses due by 6/7/2019. Telephone Conf for 6/10/2019 at 12:00 PM before Magistrate Judge Sarah Netburn.) (Signed by Magistrate Judge Sarah Netburn on 6 (anc) Modified on 6/7/2019 (jca). (Entered: 06/06/2019) |
| )6/2019 | 4575 | LETTER MOTION for Discovery *for Protective Order* addressed to Magistrate Judge Sarah Netburn from Michael K dated June 6, 2019. Document filed by Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit A − WAMY Rule 30(b) Notice)(Kellogg, Michael) (Entered: 06/06/2019) |
| )7/2019 | 4576 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Sarah Netburn from Steven R Pounian 06/07/2019 re: 4572 EMERGENCY LETTER MOTION to Compel Plaintiffs' Executive Committees to Produce Doc and To Reschedule *the Depositions of Khalil Al Khalil and Osman Kaldirim* addressed to Magistrate Judge Sarah Ne Michael K. Kellogg dated *06/06/2019*. Document filed by Plaintiffs Executive Committees. (Pounian, Steven) (Enter 06/07/2019) |
| )7/2019 | 4577 | DECLARATION of Steven R Pounian in Opposition re: 4572 EMERGENCY LETTER MOTION to Compel Plainti Executive Committees to Produce Documents and To Reschedule *the Depositions of Khalil Al Khalil and Osman Ka* addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Pounian, Steven) (Entered: 06/07/2019) |
| )7/2019 | 4578 | LETTER RESPONSE to Motion addressed to Magistrate Judge Sarah Netburn from Steven R. Pounian dated 06/07/2 4572 EMERGENCY LETTER MOTION to Compel Plaintiffs' Executive Committees to Produce Documents and To Reschedule *the Depositions of Khalil Al Khalil and Osman Kaldirim* addressed to Magistrate Judge Sarah Netburn fr K. Kellogg dated *6/6/2019*. Document filed by Plaintiffs Executive Committees. (Pounian, Steven) (Entered: 06/07/2 |
| )7/2019 | 4579 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg date 2019 re: 4572 EMERGENCY LETTER MOTION to Compel Plaintiffs' Executive Committees to Produce Documen Reschedule *the Depositions of Khalil Al Khalil and Osman Kaldirim* addressed to Magistrate Judge Sarah Netburn fr K. Kellogg dated *June 6, 2019*. Document filed by Kingdom of Saudi Arabia. (Kellogg, Michael) (Entered: 06/07/20 |
| )7/2019 | 4580 | MEMO ENDORSEMENT on re: 4578 Response to Motion, filed by Plaintiffs Executive Committees. ENDORSEMI Court's June 6, 2019 Order is VACATED. The depositions of Khalil Al Khalil and Osman Kaldirim shall proceed as scheduled. In addition, the telephone conference scheduled for Monday, June 10, 2019, is ADJOURNED. The parties letter regarding the status of Saudi Arabia's request at page five of its emergency motion to compel no later than Frida 2019. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 6/7/2019) (jca) (Entered: 06/07/2019) |
| .0/2019 | 4581 | LETTER addressed to Magistrate Judge Sarah Netburn from J. Scott Tarbutton dated June 10, 2019 re: PECs' opposi WAMY's application for a protective order limiting the scope of the PECs Rule 30(b)(6) notice of deposition. Docum Plaintiffs Executive Committees. (Attachments: # 1 Exhibit Exhibit 1)(Haefele, Robert) (Entered: 06/10/2019) |
| .0/2019 | 4582 | ORDER: Depositions for third−party witnesses shall be completed by Thursday, October 31, 2019...Given Jelaidan's debts and limited financial resources, see ECF No. 4197, the parties are directed to meet−and−confer regarding the po taking Jelaidan's deposition by videoconference, and as further set forth herein. (Signed by Magistrate Judge Sarah N 06/10/2019) (ras) (Entered: 06/11/2019) |

| | | |
|---|---|---|
| .1/2019 | 4583 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg date 2019 re: 4575 LETTER MOTION for Discovery *for Protective Order* addressed to Magistrate Judge Sarah Netburn f Michael K. Kellogg dated June 6, 2019. . Document filed by Kingdom of Saudi Arabia. (Kellogg, Michael) (Entered: 06/11/2019) |
| .1/2019 | 4584 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Sarah Netburn from Omar T. Mohammedi, E 06/11/2019 re: 4571 LETTER MOTION for Discovery *for Protective Order* addressed to Magistrate Judge Sarah Ne Omar T. Mohammedi, Esq. dated June 5, 2019. . Document filed by Wamy International, Inc., World Assembly of M Youth. (Attachments: # 1 Exhibit 1)(Mohammedi, Omar) (Entered: 06/11/2019) |
| .2/2019 | 4585 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter, Robert T. Haefele and Andrew J. Malon June 12, 2019 re: PECs' opposition to the reply letters of WAMY and KSA related to 4571 WAMY's motion for a Pr Order. Document filed by Plaintiffs Executive Committees.(Haefele, Robert) (Entered: 06/12/2019) |
| .2/2019 | 4586 | TRANSCRIPT of Proceedings re: CONFERENCE held on 5/13/2019 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Jerry Harrison, (212) 805−0300. Transcript may be viewed at the court public terminal or purcl through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 7/3/2019. Redacted Transcript Deadline set for 7/15/2019. Release Transcript Restriction set for 9/10/2019.(McGuirk, Kelly) (Entered: 06/12/2019) |
| .2/2019 | 4587 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERI proceeding held on 5/13/19 has been filed by the court reporter/transcriber in the above−captioned matter. The parties seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...( Kelly) (Entered: 06/12/2019) |
| .4/2019 | 4588 | ORDER terminating 4571 Letter Motion for Discovery; terminating 4575 Letter Motion for Discovery. WAMY and Arabia's motions for a protective order are GRANTED in part and DENIED in part. The Court strikes the following p from the Deposition Notice as overly broad and unduly burdensome: 1, 1(a), 5(e), 7(h), 13, 29, 30. The Clerk of the C respectfully directed to terminate the motions at ECF Nos. 4571 and 4575. (HEREBY ORDERED by Magistrate Judg Netburn) (ras) (anc). (Entered: 06/14/2019) |
| .4/2019 | 4589 | ORDER: As this case, Napolitano, et al. v. Kingdom of Saudi Arabia, et al., 18−CV−10820, has been directly filed in District and, based on the Court's review, appears to be within the scope of the multidistrict litigation, it is hereby OR that it is transferred to 03−MD−01570 for coordinated or consolidated pretrial proceedings. (Signed by Magistrate Ju Netburn on 06/14/2019) (ras) (Entered: 06/14/2019) |
| .4/2019 | 4590 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter, Robert T. Haefele and Andrew J. Malon June 14, 2019 re: Letter regarding status of Saudi Arabia's page 5 request of its emergency motion to compel. Docum Plaintiffs Executive Committees.(Haefele, Robert) (Entered: 06/14/2019) |
| .7/2019 | 4591 | MEMO ENDORSEMENT on re: 4590 LETTER terminating 4572 Letter Motion to Compel. ENDORSEMENT: Giv parties' letter, any outstanding request for relief in Saudi Arabia's June 6 motion to compel is moot. The Court therefo respectfully directs the Clerk of the Court to terminate the motion at ECF No. 4572. (Signed by Magistrate Judge Sar on 06/17/2019) (ras) (Entered: 06/18/2019) |
| .9/2019 | 4592 | LETTER addressed to Magistrate Judge Sarah Netburn from Steven R. Pounian dated 06/19/2019 re: opposition to K filed under seal regarding the pending motion to compel. Document filed by Plaintiffs Executive Committees.(Pounia (Entered: 06/19/2019) |
| 20/2019 | 4593 | MEMO ENDORSEMENT on re: 4592 Letter filed by Plaintiffs Executive Committees. ENDORSEMENT: Plaintiffs response to Saudi Arabia's June 18 letter by Friday, June 21, 2019. (Signed by Magistrate Judge Sarah Netburn on 06 (ras) (Entered: 06/20/2019) |
| 21/2019 | 4594 | ORDER OF JUDGMENT : Upon consideration of the evidence submitted by Plaintiffs in filings with this Court on M 2011, July 13, 2011 and August 19, 2011, and the evidence presented at the December 15, 2011 hearing on liability, t with the entire record in this case, it is hereby; ORDERED that the Ades Plaintiffs' Motion for Judgment by Default A Islamic Republic of Iran is GRANTED and final judgment on liability is entered in favor of the Ades Plaintiffs in Au et al. v. Islamic Republic of Iran, No. 1: 18−cv−07306 (GBD) (SN) and against the Islamic Republic of Iran; ORDEF Ades Plaintiffs are hereby referred to Magistrate Judge Sarah Netburn to resolve any remaining issues, including but to damages, both compensatory and punitive. (Signed by Judge George B. Daniels on 6/21/2019) Filed In Associated 1:03−md−01570−GBD−SN, 1:18−cv−07306−GBD−SN(jwh) (Entered: 06/21/2019) |
| 21/2019 | 4595 | ORDER OF JUDGMENT: Upon consideration of the evidence submitted by Plaintiffs in filings with this Court on M 2011, July 13, 2011 and August 19, 2011, and the evidence presented at the December 15, 2011 hearing on liability, t with the entire record in this case, it is hereby; ORDERED that the Morris Plaintiffs' Motion for Judgment by Default the Islamic Republic of Iran is GRANTED and final judgment on liability is entered in favor of the Morris Plaintiffs i Morris, et al. v. Islamic Republic of Iran, No. 1:18−cv−5321 (GDB)(SN) and against the Islamic Republic of Iran; OI |

| | | |
|---|---|---|
| | | that the Morris Plaintiffs are hereby referred to Magistrate Judge Sarah Netburn to resolve any remaining issues, inclu not limited to damages, both compensatory and punitive. (Signed by Judge George B. Daniels on 6/21/2019) Filed In Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN(jwh) (Entered: 06/21/2019) |
| 21/2019 | 4596 | ORDER OF JUDGMENT: Upon consideration of the evidence submitted by Plaintiffs in filings with this Court on M 2011, July 13, 2011 and August 19, 2011, and the evidence presented at the December 15, 2011 hearing on liability, t with the entire record in this case, it is hereby; ORDERED that the Kamardinova Plaintiffs' Motion for Judgment by I Against the Islamic Republic of Iran is GRANTED and final judgment on liability is entered in favor of the Kamardi Plaintiffs in Bakahityar Kamardinova, et al. v. Islamic Republic of Iran, No. l:18−cv−05339 (GBD)(SN) and against Republic of Iran; ORDERED that the Kamardinova Plaintiffs are hereby referred to Magistrate Judge Sarah Netburn any remaining issues, including but not limited to damages, both compensatory and punitive. (Signed by Judge Georg Daniels on 6/21/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05339−GBD−SN(jwh) (Ent 06/21/2019) |
| 21/2019 | 4597 | ORDER OF JUDGMENT: Upon consideration of the evidence submitted by Plaintiffs in filings with this Court on M 2011, July 13, 2011 and August 19, 2011, and the evidence presented at the December 15, 2011 hearing on liability, t with the entire record in this case, it is hereby; ORDERED that the Agyeman Plaintiffs' Motion for Judgment by Def the Islamic Republic of Iran is GRANTED and final judgment on liability is entered in favor of the Agyeman Plainti Roberta Agyeman, et al. v. Islamic Republic of Iran, No. 1:18−cv−5320 (GBD)(SN) and against the Islamic Republi ORDERED that the Agyeman Plaintiffs are hereby referred to Magistrate Judge Sarah Netburn to resolve any remain including but not limited to damages, both compensatory and punitive. (Signed by Judge George B. Daniels on 6/21/ In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05320−GBD−SN(jwh) (Entered: 06/21/2019) |
| 21/2019 | 4598 | ORDER OF JUDGMENT: Upon consideration of the evidence submitted by Plaintiffs in filings with this Court on M 2011, July 13, 2011 and August 19, 2011, and the evidence presented at the December 15, 2011 hearing on liability, t with the entire record in this case, it is hereby; ORDERED that the Schlissel Plaintiffs' Motion for Judgment by Defa the Islamic Republic of Iran is GRANTED and final judgment on liability is entered in favor of the Schlissel Plaintif Laurence Schlissel, et al. v. Islamic Republic of Iran, No. 1:18−cv−05331 (GED) (SN) and against the Islamic Repub ORDERED that the Schlissel Plaintiffs are hereby referred to Magistrate Judge Sarah Netburn to resolve any remaini including but not limited to damages, both compensatory and punitive. (Signed by Judge George B. Daniels on 6/21/ In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05331−GBD−SN(jwh) (Entered: 06/21/2019) |
| 21/2019 | 4599 | SEALED DOCUMENT placed in vault.(rz) (Entered: 06/21/2019) |
| 21/2019 | 4600 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated June 21, 2019 re: Proposed re for opposition to motion to compel. Document filed by Kingdom of Saudi Arabia.(Kellogg, Michael) (Entered: 06/21 |
| 26/2019 | 4601 | MOTION for Default Judgment as to *the Betru Wrongful Death Plaintiffs*. Document filed by Sirak Betru.Filed In As Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−08297−GBD−SN(Kreindler, James) (Enter 06/26/2019) |
| 26/2019 | 4602 | DECLARATION of James P. Kreindler in Support re: (1029 in 1:02−cv−06977−GBD−SN, 17 in 1:18−cv−08297−G 4601 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *the Betru Wrongful Death Plaintiffs*.. Doc by Sirak Betru. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order Exh C)Filed In Associated C 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−08297−GBD−SN(Kreindler, James) (Entered: 06/ |
| 26/2019 | 4603 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter, Robert T. Haefele and Andrew J. Malon June 26, 2019 re: adjournment of WAMY depositions currently scheduled for the week of July 9, 2019 in Madrid. Do filed by Plaintiffs Executive Committees.(Carter, Sean) (Entered: 06/26/2019) |
| 26/2019 | 4604 | LETTER addressed to Magistrate Judge Sarah Netburn from Steven R. Pounian dated 06/26/2019 re: Joint Letter of I DOJ Proposing Deadline for Plaintiffs' Reply Brief on Motion to Compel Directed to FBI. Document filed by Plainti Executive Committees.(Pounian, Steven) (Entered: 06/26/2019) |
| 26/2019 | 4605 | MEMO ENDORSEMENT on re: 4603 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: WAMY response to Plaintiffs' letter no later than 12:00 p.m. on Friday, June 27, 2019. In addition, a telephone conference is s for Monday, July 1, 2019, at 11:00 a.m. The parties shall provide the Court with a call−in number for the conference. Conference set for 7/1/2019 at 11:00 AM before Magistrate Judge Sarah Netburn.) (Signed by Magistrate Judge Sara on 06/26/2019) (ras) (Entered: 06/26/2019) |
| 27/2019 | 4606 | ORDER: To clarify the Court's June 26, 2019 Endorsed Order (ECF No. 4605), it is HEREBY ORDERED: 1. Defen Assembly of Muslim Youth−International and World Assembly of Muslim Youth−SA (collectively, WAMY) shall fi response to the Plaintiffs Executive Committees June 26, 2019 Letter (ECF No. 4603) no later than 12:00 p.m. on Fri 28, 2019.SO ORDERED (Signed by Magistrate Judge Sarah Netburn on 6/27/2019) (js) (Entered: 06/27/2019) |
| 27/2019 | 4607 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated June 27, 2019 re: June 18, 20 supplementing record on Plaintiffs motion to compel. Document filed by Kingdom of Saudi Arabia.(Kellogg, Michae 06/27/2019) |

| | | |
|---|---|---|
| 27/2019 | 4608 | MEMO ENDORSEMENT: on re: 4604 Letter filed by Plaintiffs Executive Committees. ENDORSEMENT: The Plai Executive Committees may file a reply brief, no longer than 15 pages, regarding the first phase of Plaintiffs' Motion t the FBI to produce documents no later than July 9, 2019. SO ORDERED., ( Replies due by 7/9/2019.) (Signed by Ma Judge Sarah Netburn on 6/27/2019) (ama) (Entered: 06/27/2019) |
| 28/2019 | 4609 | LETTER addressed to Magistrate Judge Sarah Netburn from Omar T. Mohammedi dated June 28, 2019 re: Response Motion to Adjourn Rule 30(b)(6) Depositions [ECF No. 4603]. Document filed by Wamy International, Inc., World Muslim Youth.(Mohammedi, Omar) (Entered: 06/28/2019) |
| 28/2019 | 4610 | SEALED DOCUMENT placed in vault.(rz) (Entered: 06/28/2019) |
| 01/2019 | 4611 | ORDER: For the reasons stated on the record during today's telephone conference, the depositions scheduled for the July 9, 2019, for Defendants World Assembly of Muslim Youth−International and World Assembly of Muslim Youtl (collectively, "WAMY"), must be completed by October 31, 2019. (Signed by Magistrate Judge Sarah Netburn on 07 (ras) (Entered: 07/01/2019) |
| 01/2019 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Telephone Conference held on 7/1/2019. (Entered: 07/01/2019) |
| 01/2019 | 4612 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** PETITION FOR WRIT OF HABEA CORPUS pursuant to 28 U.S.C. 2241. (Filing Fee $ 5.00, Receipt Number ANYSDC−17176343)Document filed by Executive Committees. (Attachments: # 1 Text of Proposed Order)(Goldman, Jerry) Modified on 7/2/2019 (dt). (Ente 07/01/2019) |
| 01/2019 | 4613 | MEMORANDUM OF LAW in Support re: 4612 Petition for Writ of Habeas Corpus . Document filed by Plaintiffs E Committees. (Goldman, Jerry) (Entered: 07/01/2019) |
| 01/2019 | 4614 | DECLARATION of Jerry S. Goldman, Esq. in Support re: 4613 Memorandum of Law in Support, 4612 Petition for Habeas Corpus. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Go Jerry) (Entered: 07/01/2019) |
| 01/2019 | 4615 | PROPOSED WRIT OF HABEAS CORPUS AD TESTIFICANDUM. Document filed by Plaintiffs Executive Comm (Goldman, Jerry) **Proposed Writ of Habeas Corpus Ad Testificandum to be reviewed by Clerk's Office staff.** (E 07/01/2019) |
| 01/2019 | 4616 | PETITION FOR WRIT OF HABEAS CORPUS pursuant to 28 U.S.C. 2241. (Filing Fee $ 5.00, Receipt Number ANYSDC−17176744)Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Text of Proposed Order)(Goldman, Jerry) (Entered: 07/01/2019) |
| 01/2019 | 4617 | MEMORANDUM OF LAW in Support re: 4616 Petition for Writ of Habeas Corpus *Ad Testification*. Document file Plaintiffs Executive Committees. (Goldman, Jerry) (Entered: 07/01/2019) |
| 01/2019 | 4618 | DECLARATION of Jerry S. Goldman, Esq. in Support re: 4616 Petition for Writ of Habeas Corpus, 4617 Memoranc in Support. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Goldma (Entered: 07/01/2019) |
| 01/2019 | 4619 | PROPOSED WRIT OF HABEAS CORPUS AD TESTIFICANDUM. Document filed by Plaintiffs Executive Comm (Goldman, Jerry) **Proposed Writ of Habeas Corpus Ad Testificandum to be reviewed by Clerk's Office staff.** (E 07/01/2019) |
| 01/2019 | 4620 | PETITION FOR WRIT OF HABEAS CORPUS pursuant to 28 U.S.C. 2241. (Filing Fee $ 5.00, Receipt Number ANYSDC−17176835)Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Text of Proposed Order)(Goldman, Jerry) (Entered: 07/01/2019) |
| 01/2019 | 4621 | DECLARATION of Jerry S. Goldman, Esq. in Support re: 4620 Petition for Writ of Habeas Corpus. Document filed Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Goldman, Jerry) (Entered: 07/01/2019) |
| 01/2019 | 4622 | MEMORANDUM OF LAW in Support re: 4621 Declaration in Support, 4620 Petition for Writ of Habeas Corpus *Ac Testification*. Document filed by Plaintiffs Executive Committees. (Goldman, Jerry) (Entered: 07/01/2019) |
| 01/2019 | 4623 | PROPOSED WRIT OF HABEAS CORPUS AD TESTIFICANDUM. Document filed by Plaintiffs Executive Comm (Goldman, Jerry) **Proposed Writ of Habeas Corpus Ad Testificandum to be reviewed by Clerk's Office staff.** (E 07/01/2019) |
| 01/2019 | 4624 | PETITION FOR WRIT OF HABEAS CORPUS pursuant to 28 U.S.C. 2241. (Filing Fee $ 5.00, Receipt Number ANYSDC−17176873)Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Text of Proposed Order)(Goldman, Jerry) (Entered: 07/01/2019) |
| 01/2019 | 4625 | DECLARATION of Jerry S. Goldman, Esq. in Support re: 4624 Petition for Writ of Habeas Corpus. Document filed Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Goldman, Jerry) (Entered: 07/01/2019) |

| | | |
|---|---|---|
| )1/2019 | 4626 | MEMORANDUM OF LAW in Support re: 4624 Petition for Writ of Habeas Corpus, 4625 Declaration in Support . I filed by Plaintiffs Executive Committees. (Goldman, Jerry) (Entered: 07/01/2019) |
| )1/2019 | 4627 | PROPOSED WRIT OF HABEAS CORPUS AD TESTIFICANDUM. Document filed by Plaintiffs Executive Comm (Goldman, Jerry) **Proposed Writ of Habeas Corpus Ad Testificandum to be reviewed by Clerk's Office staff.** (E 07/01/2019) |
| )1/2019 | 4628 | PETITION FOR WRIT OF HABEAS CORPUS pursuant to 28 U.S.C. 2241. (Filing Fee $ 5.00, Receipt Number ANYSDC−17176906)Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Text of Proposed Order)(Goldman, Jerry) (Entered: 07/01/2019) |
| )1/2019 | 4629 | DECLARATION of Jerry S. Goldman, Esq. in Support re: 4628 Petition for Writ of Habeas Corpus. Document filed Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Goldman, Jerry) (Entered: 07/01/2019) |
| )1/2019 | 4630 | MEMORANDUM OF LAW in Support re: 4629 Declaration in Support, 4628 Petition for Writ of Habeas Corpus . I filed by Plaintiffs Executive Committees. (Goldman, Jerry) (Entered: 07/01/2019) |
| )1/2019 | 4631 | PROPOSED WRIT OF HABEAS CORPUS AD TESTIFICANDUM. Document filed by Plaintiffs Executive Comm (Goldman, Jerry) **Proposed Writ of Habeas Corpus Ad Testificandum to be reviewed by Clerk's Office staff.** (E 07/01/2019) |
| )1/2019 | 4632 | LETTER addressed to Magistrate Judge Sarah Netburn dated July 1, 2019 re: Plaintiffs Executive Committees write that the Court endorse the proposed Letters Rogatory to the Canadian government's Canada Revenue Agency. Docun by Plaintiffs Executive Committees.(Carter, Sean) (Entered: 07/01/2019) |
| )1/2019 | 4633 | PETITION FOR WRIT OF HABEAS CORPUS pursuant to 28 U.S.C. 2241. (Filing Fee $ 5.00, Receipt Number ANYSDC−17177341)Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Text of Proposed Order)(Goldman, Jerry) (Entered: 07/01/2019) |
| )1/2019 | 4634 | DECLARATION of Jerry S. Goldman, Esq. in Support re: 4633 Petition for Writ of Habeas Corpus. Document filed Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Goldman, Jerry) (Entered: 07/01/2019) |
| )1/2019 | 4635 | MEMORANDUM OF LAW in Support re: 4633 Petition for Writ of Habeas Corpus . Document filed by Plaintiffs E Committees. (Goldman, Jerry) (Entered: 07/01/2019) |
| )1/2019 | 4636 | PROPOSED WRIT OF HABEAS CORPUS AD TESTIFICANDUM. Document filed by Plaintiffs Executive Comm (Goldman, Jerry) **Proposed Writ of Habeas Corpus Ad Testificandum to be reviewed by Clerk's Office staff.** (E 07/01/2019) |
| )2/2019 | 4637 | MOTION for Writ of Habeas Corpus ad testificandum as to Abd al Aziz Ali. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Text of Proposed Order ) (Goldman, Jerry). (Entered: 07/02/2019) |
| )2/2019 | 4638 | DECLARATION of Jerry S. Goldman, Esq. in Support re: 4637 MOTION for Writ of Habeas Corpus ad testificandu Abd al Aziz Ali .. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(C Jerry) (Entered: 07/02/2019) |
| )2/2019 | 4639 | MEMORANDUM OF LAW in Support re: 4637 MOTION for Writ of Habeas Corpus ad testificandum as to Abd al Document filed by Plaintiffs Executive Committees. (Goldman, Jerry) (Entered: 07/02/2019) |
| )2/2019 | 4640 | PROPOSED WRIT OF HABEAS CORPUS AD TESTIFICANDUM. Document filed by Plaintiffs Executive Comm (Goldman, Jerry) **Proposed Writ of Habeas Corpus Ad Testificandum to be reviewed by Clerk's Office staff.** (E 07/02/2019) |
| )2/2019 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED WRIT OF HABEAS CORPUS AD TESTIFICANDUM. Notice to attorney Jerry Goldman. RE−FILE Document No. 4612 Petition for Writ of Ha Corpus. The filing is deficient for the following reason(s): the wrong event type was used to file the proposed w habeas corpus ad testificandum; Re−file the document using the event type Motion for Writ of Habeas Corpu Testificandum found under the event list Motions, then separately re−file the supporting papers, Memorandu Support of the motion and then the Declaration in support of the motion, then separately file the Proposed Or Writ of Habeas Corpus, under Proposed Orders, as a Proposed Writ of Habeas Courpus As Testificandum. (E 07/02/2019)** |
| )2/2019 | 4641 | MOTION for Writ of Habeas Corpus ad testificandum as to Jamal al Fadl . Document filed by Plaintiffs Executive C (Attachments: # 1 Text of Proposed Order)(Goldman, Jerry) (Entered: 07/02/2019) |
| )2/2019 | 4642 | MEMORANDUM OF LAW in Support re: 4641 MOTION for Writ of Habeas Corpus ad testificandum as to Jamal a Document filed by Plaintiffs Executive Committees. (Goldman, Jerry) (Entered: 07/02/2019) |
| )2/2019 | 4643 | DECLARATION of Jerry S. Goldman, Esq. in Support re: 4641 MOTION for Writ of Habeas Corpus ad testificandu Jamal al Fadl .. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Gol |

| | | |
|---|---|---|
| | | Jerry) (Entered: 07/02/2019) |
| )2/2019 | 4644 | PROPOSED WRIT OF HABEAS CORPUS AD TESTIFICANDUM. Document filed by Plaintiffs Executive Comm (Goldman, Jerry) **Proposed Writ of Habeas Corpus Ad Testificandum to be reviewed by Clerk's Office staff.** (E 07/02/2019) |
| )2/2019 | 4645 | MOTION for Writ of Habeas Corpus ad testificandum as to Wadih el Hage . Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Text of Proposed Order)(Goldman, Jerry) (Entered: 07/02/2019) |
| )2/2019 | 4646 | MEMORANDUM OF LAW in Support re: 4645 MOTION for Writ of Habeas Corpus ad testificandum as to Wadih Document filed by Plaintiffs Executive Committees. (Goldman, Jerry) (Entered: 07/02/2019) |
| )2/2019 | 4647 | DECLARATION of Jerry S. Goldman, Esq. in Support re: 4645 MOTION for Writ of Habeas Corpus ad testificandu Wadih el Hage .. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(G Jerry) (Entered: 07/02/2019) |
| )2/2019 | 4648 | PROPOSED WRIT OF HABEAS CORPUS AD TESTIFICANDUM. Document filed by Plaintiffs Executive Comm (Goldman, Jerry) **Proposed Writ of Habeas Corpus Ad Testificandum to be reviewed by Clerk's Office staff.** (E 07/02/2019) |
| )2/2019 | 4649 | MOTION for Writ of Habeas Corpus ad testificandum as to Mustafa Ahmed al Hawsawi . Document filed by Plaintif Executive Committees. (Attachments: # 1 Text of Proposed Order)(Goldman, Jerry) (Entered: 07/02/2019) |
| )2/2019 | 4650 | MEMORANDUM OF LAW in Support re: 4649 MOTION for Writ of Habeas Corpus ad testificandum as to Mustaf Hawsawi . . Document filed by Plaintiffs Executive Committees. (Goldman, Jerry) (Entered: 07/02/2019) |
| )2/2019 | 4651 | DECLARATION of Jerry S. Goldman, Esq. in Support re: 4649 MOTION for Writ of Habeas Corpus ad testificandu Mustafa Ahmed al Hawsawi .. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A, # 2 B)(Goldman, Jerry) (Entered: 07/02/2019) |
| )2/2019 | 4652 | PROPOSED WRIT OF HABEAS CORPUS AD TESTIFICANDUM. Document filed by Plaintiffs Executive Comm (Goldman, Jerry) **Proposed Writ of Habeas Corpus Ad Testificandum to be reviewed by Clerk's Office staff.** (E 07/02/2019) |
| )2/2019 | 4653 | MOTION for Writ of Habeas Corpus ad testificandum as to Khalid Sheikh Mohammed . Document filed by Plaintiffs Committees. (Attachments: # 1 Text of Proposed Order)(Goldman, Jerry) (Entered: 07/02/2019) |
| )2/2019 | 4654 | MEMORANDUM OF LAW in Support re: 4653 MOTION for Writ of Habeas Corpus ad testificandum as to Khalid Mohammed . . Document filed by Plaintiffs Executive Committees. (Goldman, Jerry) (Entered: 07/02/2019) |
| )2/2019 | 4655 | DECLARATION of Jerry S. Goldman, Esq. in Support re: 4653 MOTION for Writ of Habeas Corpus ad testificandu Khalid Sheikh Mohammed .. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A, # 2 E B)(Goldman, Jerry) (Entered: 07/02/2019) |
| )2/2019 | 4656 | PROPOSED WRIT OF HABEAS CORPUS AD TESTIFICANDUM. Document filed by Plaintiffs Executive Comm (Goldman, Jerry) **Proposed Writ of Habeas Corpus Ad Testificandum to be reviewed by Clerk's Office staff.** (E 07/02/2019) |
| )2/2019 | 4657 | MOTION for Writ of Habeas Corpus ad testificandum as to Mamdouh Mahmud Salim . Document filed by Plaintiffs Committees. (Attachments: # 1 Text of Proposed Order)(Goldman, Jerry) (Entered: 07/02/2019) |
| )2/2019 | 4658 | MEMORANDUM OF LAW in Support re: 4657 MOTION for Writ of Habeas Corpus ad testificandum as to Mamdo Mahmud Salim . . Document filed by Plaintiffs Executive Committees. (Goldman, Jerry) (Entered: 07/02/2019) |
| )2/2019 | 4659 | DECLARATION of Jerry S. Goldman, Esq. in Support re: 4657 MOTION for Writ of Habeas Corpus ad testificandu Mamdouh Mahmud Salim .. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A, # 2 E: B)(Goldman, Jerry) (Entered: 07/02/2019) |
| )2/2019 | 4660 | PROPOSED WRIT OF HABEAS CORPUS AD TESTIFICANDUM. Document filed by Plaintiffs Executive Comm (Goldman, Jerry) **Proposed Writ of Habeas Corpus Ad Testificandum to be reviewed by Clerk's Office staff.** (E 07/02/2019) |
| )2/2019 | | *****NOTICE TO COURT REGARDING PROPOSED WRIT OF HABEAS CORPUS AD TESTIFICANDUM Document No. 4644 Proposed Writ of Habeas Corpus Ad Testificandum, 4656 Proposed Writ of Habeas Corp Testificandum, 4660 Proposed Writ of Habeas Corpus Ad Testificandum, 4652 Proposed Writ of Habeas Corp Testificandum, 4640 Proposed Writ of Habeas Corpus Ad Testificandum, 4648 Proposed Writ of Habeas Corp Testificandum was reviewed and approved as to form. (dt)** (Entered: 07/02/2019) |
| )3/2019 | 4661 | LETTER addressed to Magistrate Judge Sarah Netburn from Omar T. Mohammedi dated July 3, 2019 re: In oppositi Proposed Letters Rogatory. Document filed by Wamy International, Inc., World Assembly of Muslim Youth.(Mohan |

| | | |
|---|---|---|
| | | Omar) (Entered: 07/03/2019) |
| )5/2019 | 4662 | MOTION for Default Judgment as to *Burnett/Iran wrongful death plaintiffs*. Document filed by All Plaintiffs in 15−cv−9903.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (En 07/05/2019) |
| )5/2019 | 4663 | MEMORANDUM OF LAW in Support re: (4662 in 1:03−md−01570−GBD−SN, 164 in 1:15−cv−09903−GBD−SN) for Default Judgment as to *Burnett/Iran wrongful death plaintiffs*. *(Burnett/Iran VI)*. Document filed by All Plaintiffs 15−cv−9903. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (E 07/05/2019) |
| )5/2019 | 4664 | DECLARATION of John M. Eubanks in Support re: (4662 in 1:03−md−01570−GBD−SN, 164 in 1:15−cv−09903−C MOTION for Default Judgment as to *Burnett/Iran wrongful death plaintiffs*.. Document filed by All Plaintiffs in 15− (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eul (Entered: 07/05/2019) |
| )5/2019 | 4665 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by All Plaintiffs in 15−cv−9903. (Attachments: # 1 Exhibit A) (Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** 07/05/2019) |
| )8/2019 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. 4665 Propose Judgment was reviewed and approved as to form. (km)** (Entered: 07/08/2019) |
| )8/2019 | 4666 | LETTER addressed to Magistrate Judge Sarah Netburn from J. Scott Tarbutton on behalf of Plaintiffs' Executive Cor dated July 8, 2019 re: issues raised by Defendants WAMY in their July 3, 2019 Opposition to the PECs' July 1, 2019 International Judicial Assistance at ECF 4632. Document filed by Plaintiffs Executive Committees.(Carter, Sean) (En 07/08/2019) |
| )9/2019 | 4667 | LETTER addressed to Magistrate Judge Sarah Netburn from Omar T. Mohammedi dated July 9, 2019 re: Reply to Pl 2019 Opposition Letter regarding Letters Rogatory. Document filed by Wamy International, Inc., World Assembly o Youth. (Attachments: # 1 Exhibit A)(Mohammedi, Omar) (Entered: 07/09/2019) |
| .0/2019 | 4668 | CLERK CERTIFICATE OF MAILING of two copies of the Second Amended Complaint, Notice of Suit, Amended along with the certified Farsi translations of the above documents, and affidavit of the translator mailed to The Iranian of Information and Security, c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs of the Islamic Republic of Khomeini Avenue, Tehran, Iran on 07/10/2019 by Federal Express tracking # 7756 5224 2735, to the Secretary of Sta Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immun 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN(Roberts, (Entered: 07/10/2019) |
| .0/2019 | 4669 | CLERK CERTIFICATE OF MAILING of two copies of the Second Amended Complaint, Notice of Suit, Amended and Certified translations of each of the above documents. mailed to The Iranian Ministry of Defense and Armed For Logistics c/o H.E. Dr. Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran, Ministry of Foreign the Islamic Republic of Iran at Imam Khomeini Ave, Tehran, Iran on 7/10/2019 by Federal Express tracking # 7756 to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). (smc) (Entered: 07/10/2019) |
| .0/2019 | 4670 | CLERK CERTIFICATE OF MAILING of two copies of the Second Amended Complaint, Notice of Suit, Amended along with the certified Farsi translations of the above documents, and affidavit of the translator mailed to The Iranian of Commerce, c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs of the Islamic Republic of Iran, Imam K Avenue, Tehran, Iran on 07/10/2019 by Federal Express tracking # 7756 5224 1670, to the Secretary of State, Attn: I Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN(Roberts, Melina) (En 07/10/2019) |
| .0/2019 | 4671 | CLERK CERTIFICATE OF MAILING of two copies of the Second Amended Complaint, Notice of Suit, Amended along with the certified Farsi translations of the above documents, and affidavit of the translator mailed to The Islami Revolutionary Guard Corps, c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs of the Islamic Republic of Khomeini Avenue, Tehran, Iran on 07/10/2019 by Federal Express tracking # 7756 5224 2481, to the Secretary of Sta Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immun 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN(Roberts, (Entered: 07/10/2019) |

| | | |
|---|---|---|
| .0/2019 | 4672 | CLERK CERTIFICATE OF MAILING of two copies of the Second Amended Complaint, Notice of Suit, Amended : and Certified translations of each of the above documents mailed to The Iranian Ministry of Economic Affairs and Fi H.E. Dr. Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran, Ministry of Foreign Affairs of the Republic of Iran at Imam Khomeini Ave, Tehran, Iran on 7/10/2019 by Federal Express tracking # 7756 5224 1577, t Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of For Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN(smc) (Entered: 07/10/2019) |
| .0/2019 | 4673 | CLERK CERTIFICATE OF MAILING of two copies of the Second Amended Complaint, filed May 6, 2019, Notice pursuant to 22 C.F.R 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C § 1602, et seq.; and an Amende in a Civil Action, dated May 10, 2019, along with Farsi translations of all the above documents with affidavits of tran mailed to Central Bank of Iran c/o H.E Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran, Mi Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue Tehran, Iran on 07/10/2019 by Federal Exp tracking # 7756 5224 2091, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review ar Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN(Kamal, Edressa) (Entered: 07/10/2019) |
| .0/2019 | 4674 | CLERK CERTIFICATE OF MAILING of two copies of the Second Amended Complaint, filed May 6, 2019, Notice pursuant to 22 C.F.R 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C § 1602, et seq.; and an Amende in a Civil Action, dated May 10, 2019, along with Farsi translations of all the above documents with affidavits of tran mailed to Iranian Ministry of Iranian Ministry of Petroleum c/o H.E Mohammad Javad Zarif, Foreign Minister of the Republic of Iran, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue Tehran, Iran o 07/10/2019 by Federal Express tracking # 7756 5224 2264, to the Secretary of State, Attn: Director of Consular Serv of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Str Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filec Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN(Kamal, Edressa) Modified on 1/7/2020 (s (Entered: 07/10/2019) |
| .0/2019 | 4675 | CLERK CERTIFICATE OF MAILING of two copies of the Second Amended Complaint, filed May 6, 2019, Notice pursuant to 22 C.F.R 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C § 1602, et seq.; and an Amende in a Civil Action, dated May 10, 2019, along with Farsi translations of all the above documents with affidavits of tran mailed to Islamic Republic of Iran c/o H.E Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran, of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue Tehran, Iran on 07/10/2019 by Federal E tracking # 7756 5224 1809., to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review a Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN(Kamal, Edressa) (Entered: 07/10/2019) |
| .0/2019 | 4676 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 07/10/2019) |
| .1/2019 | 4677 | LETTER MOTION for Oral Argument addressed to Magistrate Judge Sarah Netburn from Steven R. Pounian dated ( Document filed by Plaintiffs Executive Committees.(Pounian, Steven) (Entered: 07/11/2019) |
| .1/2019 | 4678 | ORDER: IT IS HEREBY ORDERED: 1. Plaintiffs' requests to depose the Supermax Detainees are GRANTED, prov Plaintiffs agree to the five conditions enumerated on pages one and two of the DOJ's June 25, 2019 letter. This includ threshold condition that the witnesses have indicated through counsel that they intend to participate in a deposition. 2 are directed to consult with counsel for the Guantanamo Detainees to determine if the witnesses object to participatin deposition in this multi−district litigation. To the extent any Guantanamo Detainee does not raise any objections, Plai directed to conduct an additional meet−and−confer with the Department of Justice. Plaintiffs shall file a status letter r the Guantanamo Detainees no later than Friday, July 26, 2019. 3. Plaintiffs' request to depose the WitSec Deponent is without prejudice to renewal. See ECF No. 4641. Plaintiffs are directed to file a status letter within three days of their meet−and−confer with the Office of the Attorney General. SO ORDERED. (Signed by Magistrate Judge Sarah Netbu 7/11/2019) (js) (Entered: 07/11/2019) |
| .1/2019 | 4679 | ORDER: Having reviewed the parties' numerous submissions, WAMY's request is GRANTED in part and DENIED Plaintiffs shall modify the deposition topics to identify which WAMY entity a particular topic is referencing. To the e deposition topic refers to multiple WAMY entities (i.e. both WAMY SA and WAMY Canada, or WAMY SA, WAM and other WAMY branch offices), that should be stated clearly in the request. Simply stating WAMY, without any ac clarification, does not allow the witness to adequately prepare for the deposition. WAMY contends that ten additiona topics (the Proposed Topics) should be included in the Letters Rogatory. Almost all of the Proposed Topics, however already included in Plaintiffs' original submission. The only exceptions are Proposed Topics 5, 8, and 9, which are eit broader than their original counterpart (Topics 5 and 8), or refer to additional documentation (Topic 9). Accordingly, shall modify the Letters Rogatory to include only Proposed Topics 5, 8, and 9. To the extent the parties cannot reach agreement on this point, Plaintiffs may state that the Proposed Topics are asserted only by WAMY. (Signed by Magis Sarah Netburn on 7/11/2019) (js) (Entered: 07/12/2019) |

| | | |
|---|---|---|
| .2/2019 | 4680 | LETTER MOTION for Extension of Time *for FBI to complete processing of subset of materials* addressed to Magist Sarah Netburn from AUSA Sarah S. Normand dated July 12, 2019. Document filed by FBI.(Normand, Sarah) (Entere 07/12/2019) |
| .5/2019 | 4681 | Order & Writ of Habeas Corpus ad Testificandum Issued as to Wadith elHage for October 7, 2019. (Signed by Magis Sarah Netburn on 07/11/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(dt) Modified on 7/16/20 Picked up on July 16, 2019, by Jerry Goldman's Office (Entered: 07/15/2019) |
| .5/2019 | 4682 | Order & Writ of Habeas Corpus ad Testificandum Issued as to Mamdouh Mahmud Salim for October 8, 2019. (Signe Magistrate Judge Sarah Netburn on 07/11/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(dt) Mo 7/15/2019 (dt). Modified on 7/16/2019 (dt). Picked up on July 16, 2019, by Jerry Goldman's Office (Entered: 07/15/2 |
| .5/2019 | 4683 | ORDER granting 4680 Letter Motion for Extension of Time. The deadline to produce the "core records" is extended August 31, 2019, for the limited purpose of producing material for which the FBI has been awaiting authorization fro relevant foreign government. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn (Entered: 07/15/2019) |
| .6/2019 | 4684 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 07/16/2019) |
| .6/2019 | 4685 | AFFIDAVIT OF SERVICE of Summons, Complaint, and Notice of Suit, and Translations of each served on Islamic Of Iran on June 11, 2019. Document filed by Alexander Jimenez. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Goldm (Entered: 07/16/2019) |
| .7/2019 | 4686 | AFFIDAVIT OF SERVICE of Summons, Complaint, and Notice of Suit, and Translations of each served on Islamic Of Iran on 06/11/2019. Document filed by Gordon Aamoth. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Goldman, Je (Entered: 07/17/2019) |
| .7/2019 | 4687 | AFFIDAVIT OF SERVICE of Summons, Complaint, and Notice of Suit, and Translations of each served on Islamic Of Iran on 06/11/2019. Document filed by Lloyd Abel. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Goldman, Jerry) 07/17/2019) |
| .7/2019 | 4688 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** AFFIDAVIT OF SERVICE of Summons, Complaint, and Suit, and Translations of each served on Islamic Republic Of Iran on 06/11/2019. Document filed by Chang Kim. (At # 1 Exhibit A, # 2 Exhibit B)(Goldman, Jerry) Modified on 7/18/2019 (db). As per ecf_error email correspondence re 7/18/2019 @ 9:51am. (Entered: 07/17/2019) |
| .7/2019 | 4689 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MOTION for Nassim Ameli to Withdraw as Attorney . Do filed by Dubai Islamic Bank. (Attachments: # 1 Affidavit Affidavit in Support of Motion to Withdraw)(Ameli, Nassir Modified on 9/19/2019 (db). (Entered: 07/17/2019) |
| .7/2019 | 4690 | AFFIDAVIT OF SERVICE of Summons, Complaint, and Notice of Suit, and Translations of each served on Islamic Of Iran on 06/11/2019. Document filed by Chang Kim. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Goldman, Jerry) 07/17/2019) |
| .7/2019 | 4691 | AFFIDAVIT OF SERVICE of Summons, Complaint, and Notice of Suit, and Translations of Each served on Islamic of Iran on 06/11/2019. Document filed by Maureen Moody−Theinert. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Go Jerry) (Entered: 07/17/2019) |
| .7/2019 | 4692 | AFFIDAVIT OF SERVICE of Summons, Complaint, and Notice of Suit, and Translations of Each served on Islamic of Iran on 06/11/2019. Document filed by Cheryl Rivelli. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Goldman, Jerr 07/17/2019) |
| .7/2019 | 4693 | AFFIDAVIT OF SERVICE of Summons, Complaint, and Notice of Suit, and Translations of Each served on Islamic of Iran on 06/11/2019. Document filed by Matthew Rowenhorst. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Goldma (Entered: 07/17/2019) |
| .8/2019 | 4694 | AFFIDAVIT OF SERVICE of Summons, Complaint, and Notice of Suit, and Translations of each served on Islamic Of Iran on 06/11/2019. Document filed by Marianella Hemenway, Marinella Hemenway. (Attachments: # 1 Exhibit Exhibit B)(Goldman, Jerry) (Entered: 07/18/2019) |
| .8/2019 | 4695 | SEALED DOCUMENT placed in vault.(rz) (Entered: 07/18/2019) |
| 22/2019 | 4696 | OPINION & ORDER: For the foregoing reasons, Saudi Arabia's motion to seal, and Plaintiffs' related motion to file documents on the public docket, are GRANTED in part and DENIED in part. Simultaneous with this Order, the Cour two decisions under seal regarding: (1) Plaintiffs' motion to compel Saudi Arabia to produce documents; and (2) Sau motion to limit the scope of supplemental discovery. By Monday, August 12, 2019, the parties are directed to meet−a regarding proposed redactions for both decisions, including the parties' briefing, declarations, exhibits, and suppleme Those redactions should include quotations or descriptions of sealed exhibits, and as described above, references to i third parties who are not subjects of discovery. Information subject to the FBI Protective Order (ECF No. 4255) shou |

| | | |
|---|---|---|
| | | redacted from any public filings. To the extent either party submits objections pursuant to Rule 72 of the Federal Rul Procedure, the deadline to meet−and−confer will be stayed pending the resolution of those objections. The Clerk of th respectfully directed to terminate the motions at ECF Nos. 4235 and 4361. (Signed by Magistrate Judge Sarah Netbur 07/22/2019) (ras) (Entered: 07/22/2019) |
| 22/2019 | | Transmission to Sealed Records Clerk. Transmitted re: 4696 Opinion & Order to the Sealed Records Clerk for the sea unsealing of document or case. (ras) (Entered: 07/22/2019) |
| 22/2019 | 6577 | OPINION & ORDER: Plaintiffs' motion to compel is GRANTED in part and DENIED in part. Saudi Arabia shall pe required searches within 45 days of this Order. The Clerk of the Court is respectfully directed to terminate the motion No. 4266. (Signed by Magistrate Judge Sarah Netburn on 7/22/2019) (ras) (Entered: 01/11/2021) |
| 22/2019 | 6578 | OPINION & ORDER: Saudi Arabia's motion is GRANTED in part and DENIED in part. Within 45 days of this Orde Arabia is directed to search for and produce the documents identified above. The Clerk of the Court is respectfully di terminate the motion at ECF No. 4283. (Signed by Magistrate Judge Sarah Netburn on 7/22/2019) (ras) (Entered: 01/ |
| 24/2019 | 4697 | ORDER in case 1:03−cv−09849−GBD−SN; granting (4689) Motion to Withdraw as Attorney. (Attorney Nassim Am terminated in case 1:03−md−01570−GBD−SN.) (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text O Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (ras) (Entered: 07/24/2019) |
| 24/2019 | 4698 | MOTION to Amend/Correct *ECF No. 53 in Burnett v. Islamic Republic of Iran, No. 15−CV−9903 (GBD)(SN)*. Docu by Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 07/24/2019) |
| 24/2019 | 4699 | MEMORANDUM OF LAW in Support re: (180 in 1:15−cv−09903−GBD−SN, 4698 in 1:03−md−01570−GBD−SN) to Amend/Correct *ECF No. 53 in Burnett v. Islamic Republic of Iran, No. 15−CV−9903 (GBD)(SN)*. . Document file Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John 07/24/2019) |
| 24/2019 | 4700 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. Related Document Number: 4698 . (Eubanks, John) **Pro Order to be reviewed by Clerk's Office staff.** (Entered: 07/24/2019) |
| 24/2019 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 4700 Proposed Order was revi approved as to form. (km)** (Entered: 07/24/2019) |
| 24/2019 | 4701 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 07/24/2019) |
| 24/2019 | 4702 | LETTER addressed to Magistrate Judge Sarah Netburn from J. Scott Tarbutton on behalf of Plaintiffs' Executive Cor dated July 24, 2019 re: a request that the Court endorse the proposed Request for International Judicial Assistance (L Rogatory) to the Canada Revenue Agency. Document filed by Plaintiffs Executive Committees.(Carter, Sean) (Enter 07/24/2019) |
| 25/2019 | 4703 | LETTERS ROGATORY (Doc. #4702) ISSUED July 25, 2019, as to Cathy Hawara Assistant Commissioner, Appeal Rvenue Agency, Connaught Building, 555 MacKenzie Avenue, 7the Floor, Ottawa, Ontario in Canada. Filed In Asso Cases: 1:03−md−01570−GBD−SN et al.(dt) (Entered: 07/25/2019) |
| 26/2019 | 4704 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman, Esq. dated 07/26/2019 Document file Plaintiffs Executive Committees.(Goldman, Jerry) (Entered: 07/26/2019) |
| 29/2019 | 4705 | LETTER MOTION for Extension of Time addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg da 2019. Document filed by Kingdom of Saudi Arabia.(Kellogg, Michael) (Entered: 07/29/2019) |
| 29/2019 | 4706 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF BURNETT/IRAN PLAINTIFFS IDEN EXHIBIT A: ORDERED that partial final judgment is entered against the Iran Defendants and on behalf of the Plain Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al., 15−cv−9903, as identified in the attached Exhibit A each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of individuals killed in the t attacks on September 11, 2001, as indicated in Exhibit A, and it is ORDERED that Plaintiffs identified in Exhibit A a solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per siblin forth in Exhibit A; and it is ORDERED that Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.9 per annum, compounded annually, running from September 11, 2001 until the date of judgment; and as further set for judgment. (Signed by Judge George B. Daniels on 7/29/2019) (jwh) (Entered: 07/30/2019) |
| 29/2019 | 4707 | FINAL ORDER OF SUMMARY JUDGMENT: ORDERED that final judgment is entered on behalf of the Burlingar Plaintiffs identified in Exhibit A against the Islamic Republic of Iran; it is ORDERED that the Burlingame Plaintiffs the attached Exhibit A are awarded solatium damages as set forth in Exhibit A with prejudgment interest on those aw calculated at a rate of 4.96 percent per annum, compounded annually, over the same period, and as further set forth ir judgment. (Signed by Judge George B. Daniels on 7/29/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN(jwh) (Entered: 07/30/2019) |

| | | |
|---|---|---|
| 30/2019 | 4708 | TRANSCRIPT of Proceedings re: conference held on 7/1/2019 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Pamela Utter, (212) 805−0300. Transcript may be viewed at the court public terminal or purcha through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 8/20/2019. Redacted Transcript Deadline set for 8/30/2019. Releas Transcript Restriction set for 10/28/2019.(McGuirk, Kelly) (Entered: 07/30/2019) |
| 30/2019 | 4709 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a conferenc proceeding held on 7/1/19 has been filed by the court reporter/transcriber in the above−captioned matter. The parties (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(Mc Kelly) (Entered: 07/30/2019) |
| 30/2019 | 4710 | ORDER granting 4705 Letter Motion for Extension of Time. On July 22, 2019, the Court filed two Orders under seal the parties' meet−and−confer regarding proposed redactions. Saudi Arabia shall search for and produce any documen in the Court's Orders no later than Friday, October 4, 2019. (HEREBY ORDERED by Magistrate Judge Sarah Netbu Only Order) (ras) (Entered: 07/30/2019) |
| 31/2019 | 4711 | MEMO ENDORSEMENT on re: 4704 Letter filed by Plaintiffs Executive Committees. ENDORSEMENT: The Plai Executive Committees ("PECs") are directed to file a status letter regarding the Supermax Detainees, Guantanamo D and alleged WitSec Deponent no later than Tuesday, August 20, 2019. (Signed by Magistrate Judge Sarah Netburn o 07/31/2019) (ras) (Entered: 07/31/2019) |
| 31/2019 | 4712 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OFBURNETT/IRAN PLAINTIFFS IDEN EXHIBIT A: It is hereby; ORDERED that partial final judgment is entered against the Iran Defendants and on behalf Plaintiffs Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al., 15−cv−9903, as identified in the attached who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of individuals kille terrorist attacks on September 11, 2001, as indicated in Exhibit A, and it is ORDERED that Plaintiffs identified in Ex awarded: solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 as set forth in Exhibit A; and it is ORDERED that Plaintiffs identified in Exhibit A are awarded prejudgment interest percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is OR that Plaintiffs identified in Exhibit A may submit an application for punitive damages, economic damages, or other d the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by th this issue, and it is ORDERED that the remaining Burnett/Iran Plaintiffs not appearing on Exhibit A, may submit in l applications for damages awards, and to the extent they are for solatium or by estates for compensatory damages' for pain and suffering from the September 11 attacks, they will be approved consistent with those approved herein for th appearing on Exhibit A. SO ORDERED. (Signed by Judge George B. Daniels on 7/29/2019) (ks) (Entered: 07/31/20 |
| 31/2019 | 4713 | MOTION to Amend/Correct . Document filed by Jessica Derubbio. (Attachments: # 1 Text of Proposed Order)(Gold (Entered: 07/31/2019) |
| 31/2019 | 4714 | MEMORANDUM OF LAW in Support re: 4713 MOTION to Amend/Correct . . Document filed by Jessica Derubbi (Goldman, Jerry) (Entered: 07/31/2019) |
| 31/2019 | 4715 | PROPOSED ORDER. Document filed by Jessica Derubbio. Related Document Number: [4713, 4714]. (Goldman, Je **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 07/31/2019) |
| 31/2019 | 4716 | MOTION for Default Judgment as to *the Ashton Wrongful Death Plaintiffs*. Document filed by Kathleen Ashton.File Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, James) (Entered: 07/31/2019) |
| 31/2019 | 4717 | DECLARATION of James P. Kreindler in Support re: (4716 in 1:03−md−01570−GBD−SN, 1039 in 1:02−cv−06977−GBD−SN) MOTION for Default Judgment as to *the Ashton Wrongful Death Plaintiffs*.. Document Kathleen Ashton. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, James) (Entered: 07/31/2019) |
| 31/2019 | 4718 | MOTION for Default Judgment as to *the Ashton Wrongful Death Plaintiffs*. Document filed by Kathleen Ashton.File Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, James) (Entered: 07/31/2019) |
| 31/2019 | 4719 | DECLARATION of James P. Kreindler in Support re: (1041 in 1:02−cv−06977−GBD−SN, 4718 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *the Ashton Wrongful Death Plaintiffs*.. Document Kathleen Ashton. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, James) (Entered: 07/31/2019) |
| 01/2019 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 4715 Proposed Order was revi approved as to form. (dt)** (Entered: 08/01/2019) |
| 01/2019 | 4720 | MOTION Partial Final Judgment . Document filed by Jessica Derubbio. (Attachments: # 1 Exhibit A, # 2 Text of Pro Order)(Goldman, Jerry) (Entered: 08/01/2019) |

| | | |
|---|---|---|
| )1/2019 | 4721 | MEMORANDUM OF LAW in Support re: 4720 MOTION Partial Final Judgment . . Document filed by Jessica Deru (Attachments: # 1 Exhibit A)(Goldman, Jerry) (Entered: 08/01/2019) |
| )1/2019 | 4722 | DECLARATION of Jerry S. Goldman, Esq. in Support re: 4720 MOTION Partial Final Judgment .. Document filed Derubbio. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit A)(Goldman, Jerry) (Entered: 08/01/2019) |
| )1/2019 | 4723 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** PROPOSED ORDER. Document fil Jessica Derubbio. Related Document Number: [4720, 4721, 4722]. (Goldman, Jerry) **Proposed Order to be reviewe Clerk's Office staff.** Modified on 8/2/2019 (km). (Entered: 08/01/2019) |
| )1/2019 | 4724 | LETTER addressed to Magistrate Judge Sarah Netburn from Kelly A. Moore dated August 1, 2019 re: May 29, 2019 Document filed by Akram Alzamari.(Moore, Kelly) (Entered: 08/01/2019) |
| )2/2019 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Jer Goldman to RE−FILE Document 4723 Proposed Order. Use the event type proposed orders, proposed judgme title of the document needs to be changed to a proposed judgment, please remove the word Order from the do (km)** (Entered: 08/02/2019) |
| )2/2019 | 4725 | PROPOSED JUDGMENT. Document filed by Jessica Derubbio. (Attachments: # 1 Exhibit A) (Goldman, Jerry) **Pro Judgment to be reviewed by Clerk's Office staff.** (Entered: 08/02/2019) |
| )2/2019 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. 4725 Proposed Judgment reviewed and approved as to form. (km)** (Entered: 08/02/2019) |
| )2/2019 | 4726 | MEMO ENDORSEMENT on re: 4724 Letter filed by Akram Alzamari. ENDORSEMENT: The Court stays Alzama to object to Plaintiffs' written deposition questions. Any interested party shall file a responsive letter regarding Alzam requests by Monday, August 5, 2019. (Signed by Magistrate Judge Sarah Netburn on 08/02/2019) (ras) (Entered: 08/ |
| )2/2019 | 4727 | LETTER addressed to Magistrate Judge Sarah Netburn from Andrew J Maloney, III dated 08/02/2019 re: ECF Doc # Document filed by Plaintiffs Executive Committees.(Maloney, Andrew) (Entered: 08/02/2019) |
| )2/2019 | 4728 | MOTION to Amend/Correct . Document filed by Horace Morris. (Attachments: # 1 Text of Proposed Order)(Goldma (Entered: 08/02/2019) |
| )2/2019 | 4729 | MEMORANDUM OF LAW in Support re: 4728 MOTION to Amend/Correct . . Document filed by Horace Morris. ( Jerry) (Entered: 08/02/2019) |
| )2/2019 | 4730 | PROPOSED ORDER. Document filed by Horace Morris. Related Document Number: [4728, 4729]. (Goldman, Jerry **Order to be reviewed by Clerk's Office staff.** (Entered: 08/02/2019) |
| )2/2019 | 4731 | MOTION Partial Final Judgment . Document filed by Horace Morris. (Attachments: # 1 Exhibit A, # 2 Text of Propo Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN(Goldman, Jerry) (Entered: 08/02/2019) |
| )2/2019 | 4732 | MEMORANDUM OF LAW in Support re: (4731 in 1:03−md−01570−GBD−SN, 74 in 1:18−cv−05321−GBD−SN) M Partial Final Judgment . . Document filed by Horace Morris. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN(Goldman, Jerry) (Entered: 08/02/2019) |
| )2/2019 | 4733 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (4731 in 1:03−md−01570−GBD−SN, 74 in 1:18−cv−05321−GBD−SN) MOTION Partial Final Judgment .. Document filed by Horace Morris. (Attachments: # 1 # 2 Exhibit B, # 3 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN(Gol Jerry) (Entered: 08/02/2019) |
| )2/2019 | 4734 | PROPOSED JUDGMENT. Document filed by Horace Morris. (Goldman, Jerry) **Proposed Judgment to be reviewe Clerk's Office staff.** (Entered: 08/02/2019) |
| )5/2019 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 4730 Proposed Order was revi approved as to form. (km)** (Entered: 08/05/2019) |
| )5/2019 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. 4734 Proposed Judgment reviewed and approved as to form. (km)** (Entered: 08/05/2019) |
| )5/2019 | 4735 | REPORT AND RECOMMENDATION re: (1029 in 1:02−cv−06977−GBD−SN, 17 in 1:18−cv−08297−GBD−SN, 4 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *the Betru Wrongful Death Plaintiffs*, filed by Siral Plaintiffs should receive solatium damages as follows: (See document.) Plaintiffs should also be awarded prejudgmen on these damages from September 11, 2001, through the date of judgment, at a rate of 4.96 percent per annum, comp annually. See ECF No. 3358, adopted by, ECF No. 3383. Finally, any Ashton Plaintiffs not appearing in this motion were not previously awarded damages may still submit applications for solatium and/or economic damages awards. T shall have fourteen days from the service of this Report and Recommendation to file written objections pursuant to 2 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure. See also Fed. R. Civ. P. 6(a), (d) (adding three add |

| | | |
|---|---|---|
| | | when service is made under Fed. R. Civ. P. 5(b)(2)(C), (D), or (F)). A party may respond to another party's objections fourteen days after being served with a copy. Fed. R. Civ. P. 72(b)(2). Such objections shall be filed with the Clerk o with courtesy copies delivered to the chambers of the Honorable George B. Daniels at the United States Courthouse, Street, New York, New York 10007, and to any opposing parties. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(c Any requests for an extension of time for filing objections must be addressed to Judge Daniels. The failure to file thes objections will result in a waiver of those objections for purposes of appeal. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. I 6(d), 72(b); Thomas v. Arn, 474 U.S. 140 (1985). (Objections to R&R due by 8/19/2019.) (Signed by Magistrate Judg Netburn on 08/05/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−08297−GBD−SN. (ras) (Entered: 08/05/2019) |
| )5/2019 | 4736 | LETTER MOTION for Extension of Time *and to otherwise modify June 10, 2019 order (Dkt. No. 4582)* addressed to Judge Sarah Netburn from Andrew E. Krause / Sarah S. Normand / Jeannette A. Vargas dated August 5, 2019. Docu by United States of America.(Krause, Andrew) (Entered: 08/05/2019) |
| )5/2019 | 4737 | MOTION to Amend/Correct . Document filed by Laurence Schlissel. (Attachments: # 1 Text of Proposed Order)File Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05331−GBD−SN(Goldman, Jerry) (Entered: 08/05/2019) |
| )5/2019 | 4738 | MEMORANDUM OF LAW in Support re: (68 in 1:18−cv−05331−GBD−SN, 4737 in 1:03−md−01570−GBD−SN) I Amend/Correct . . Document filed by Laurence Schlissel. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05331−GBD−SN(Goldman, Jerry) (Entered: 08/05/2019) |
| )5/2019 | 4739 | PROPOSED ORDER. Document filed by Laurence Schlissel. Related Document Number: [4737, 4738, 68, 69]. (Go Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/05/2019) |
| )5/2019 | 4740 | MOTION Partial Final Judgment . Document filed by Laurence Schlissel. (Attachments: # 1 Exhibit A, # 2 Text of P Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05331−GBD−SN(Goldman, Jerry) (Entered: 08/05/2019) |
| )5/2019 | 4741 | MEMORANDUM OF LAW in Support re: (71 in 1:18−cv−05331−GBD−SN, 4740 in 1:03−md−01570−GBD−SN) I Partial Final Judgment . . Document filed by Laurence Schlissel. (Attachments: # 1 Exhibit A)Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:18−cv−05331−GBD−SN(Goldman, Jerry) (Entered: 08/05/2019) |
| )5/2019 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 4739 Proposed Order was revi approved as to form. (km)** (Entered: 08/05/2019) |
| )5/2019 | 4742 | SEALED DOCUMENT placed in vault.(rz) (Entered: 08/05/2019) |
| )5/2019 | 4743 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (71 in 1:18−cv−05331−GBD−SN, 4740 in 1:03−md−01570−GBD−SN) MOTION Partial Final Judgment .. Document filed by Laurence Schlissel. (Attachment Exhibit A, # 2 Exhibit B, # 3 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05331−GBD−SN(Goldman, Jerry) (Entered: 08/05/2019) |
| )5/2019 | 4744 | SEALED DOCUMENT placed in vault.(rz) (Entered: 08/05/2019) |
| )5/2019 | 4745 | SEALED DOCUMENT placed in vault.(rz) (Entered: 08/05/2019) |
| )5/2019 | 4746 | PROPOSED JUDGMENT. Document filed by Laurence Schlissel. (Attachments: # 1 Exhibit A) (Goldman, Jerry) **Pr Judgment to be reviewed by Clerk's Office staff.** (Entered: 08/05/2019) |
| )5/2019 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. 4746 Proposed Judgment reviewed and approved as to form. (km)** (Entered: 08/05/2019) |
| )5/2019 | 4747 | LETTER addressed to Magistrate Judge Sarah Netburn from Waleed Nassar dated August 5, 2019 re: Update on Stat Abdullah Naseef's Medical Condition. Document filed by Abdullah Omar Naseef.(Nassar, Waleed) (Entered: 08/05/2 |
| )6/2019 | 4748 | ORDER: Alzamari's counsel may share the content of the parties' written deposition questions with Alzamari before l deposition. Given the Court's ruling regarding the disclosure of the contents of the parties' written deposition questio parties are directed to meet−and−confer regarding the timing for Alzamari to serve objections; Plaintiffs to serve redi questions; and Saudi Arabia and Dallah Avco to serve re−cross questions within the scheduled August 21 date for the deposition. In the alternative, the parties can mutually agree to adjourn the deposition to a later date. Pursuant to Rule Federal Rules of Civil Procedure and the Court's January 31, 2019 Deposition Protocol, Plaintiffs are permitted to dep Alzamari for a total of seven hours. Defendants are permitted to depose Alzamari for an additional seven hours, altho Court does not anticipate that Defendants will need the entire time. See Fed. R. Civ. P. 30(d)(1); ECF No. 3894, &pa 75−76, and as further set forth herein. (Signed by Magistrate Judge Sarah Netburn on 08/06/2019) (ras) (Entered: 08/ |
| )6/2019 | 4749 | ORDER granting 4736 Letter Motion for Extension of Time. The Government shall respond to six of the parties' Tou by Friday, August 16, 2019. The Government shall respond to the remaining requests no later than Friday, Septembe (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) (ras) (Entered: 08/06/2019) |

| | | |
|---|---|---|
| )6/2019 | 4750 | MEMORANDUM OF LAW in Support re: (71 in 1:18−cv−05331−GBD−SN, 4740 in 1:03−md−01570−GBD−SN) M Partial Final Judgment . . Document filed by Laurence Schlissel. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05331−GBD−SN(Goldman, Jerry) (Entered: 08/06/2019) |
| )6/2019 | 4751 | MEMORANDUM OF LAW in Support re: (4731 in 1:03−md−01570−GBD−SN, 74 in 1:18−cv−05321−GBD−SN) M Partial Final Judgment . . Document filed by Horace Morris. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Ass Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN(Goldman, Jerry) (Entered: 08/06/2019) |
| )6/2019 | 4752 | MEMORANDUM OF LAW in Support re: (4720 in 1:03−md−01570−GBD−SN) MOTION Partial Final Judgment . 1:18−cv−05306−GBD−SN) MOTION Partial Final Judgment . . Document filed by Jessica Derubbio. (Attachments: A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05306−GBD−SN(Goldman, Jerry 08/06/2019) |
| )6/2019 | 4753 | LETTER MOTION for Extension of Time to File Response/Reply addressed to Magistrate Judge Sarah Netburn from G. Rapawy dated August 6, 2019. Document filed by Kingdom of Saudi Arabia.(Rapawy, Gregory) (Entered: 08/06/2 |
| )7/2019 | | CLERK CERTIFICATE OF MAILING UNEXECUTED for two copies of the Notice of Suit with the Foreign Sover Immunities Act attached as an Exhibit, Summons and Complaint, the certified Farsi translation of the above documen affidavit of the translator mailed to H.E. Dr. Mohammad Javad Zarif, Foreign Minister, The Ministry of Foreign Affa Islamic Republic of Iran, Imam Khomeini Street, Imam Khomeini Square, Tehran, Iran 1136914811 c/o th e Secretar Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Depart State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520 on 04/11/2019 by Registered Mail tracking # 77 6953, as per (4483 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing,,,. Confirmation that delivery was exe not received by the Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11416−GBD−S (Entered: 08/07/2019) |
| )7/2019 | 4754 | MOTION to Amend/Correct . Document filed by Audrey Ades. (Attachments: # 1 Text of Proposed Order)Filed In A Cases: 1:03−md−01570−GBD−SN, 1:18−cv−07306−GBD−SN(Goldman, Jerry) (Entered: 08/07/2019) |
| )7/2019 | 4755 | MEMORANDUM OF LAW in Support re: (48 in 1:18−cv−07306−GBD−SN, 4754 in 1:03−md−01570−GBD−SN) M Amend/Correct . . Document filed by Audrey Ades. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−07306−GBD−SN(Goldman, Jerry) (Entered: 08/07/2019) |
| )7/2019 | 4756 | PROPOSED ORDER. Document filed by Audrey Ades. Related Document Number: [4754, 48]. (Goldman, Jerry) **Pr Order to be reviewed by Clerk's Office staff.** (Entered: 08/07/2019) |
| )7/2019 | 4757 | MOTION to Amend/Correct . Document filed by Roberta Agyeman. (Attachments: # 1 Text of Proposed Order)Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05320−GBD−SN(Goldman, Jerry) (Entered: 08/07/2019) |
| )7/2019 | 4758 | MEMORANDUM OF LAW in Support re: (70 in 1:18−cv−05320−GBD−SN, 4757 in 1:03−md−01570−GBD−SN) M Amend/Correct . . Document filed by Roberta Agyeman. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05320−GBD−SN(Goldman, Jerry) (Entered: 08/07/2019) |
| )7/2019 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 4756 Proposed Order was revi approved as to form. (km)** (Entered: 08/07/2019) |
| )7/2019 | 4759 | PROPOSED ORDER. Document filed by Roberta Agyeman. Related Document Number: [4757, 4758, 70, 71]. (Gol Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/07/2019) |
| )7/2019 | 4760 | MOTION to Amend/Correct . Document filed by Bakahityar Kamardinova. (Attachments: # 1 Text of Proposed Orde Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05339−GBD−SN(Goldman, Jerry) (Entered: 08/07/2019) |
| )7/2019 | 4761 | MEMORANDUM OF LAW in Support re: (70 in 1:18−cv−05339−GBD−SN, 4760 in 1:03−md−01570−GBD−SN) M Amend/Correct . . Document filed by Bakahityar Kamardinova, Bakhtiyar Kamardinova. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05339−GBD−SN(Goldman, Jerry) (Entered: 08/07/2019) |
| )7/2019 | 4762 | PROPOSED ORDER. Document filed by Bakahityar Kamardinova, Bakhtiyar Kamardinova. Related Document Nur [4760, 4761, 70, 71]. (Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/07/20 |
| )7/2019 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER Document No. 4762 Proposed Order 4759 Pro Order was reviewed and approved as to form. (km)** (Entered: 08/07/2019) |
| )8/2019 | 4763 | MOTION to Substitute Party. Old Party: Jacqueline Milam, as Natural Guardian of MM, New Party: Myejoi Milam . filed by Bakahityar Kamardinova. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05339−GBD−SN(Goldman, Jerry) (Entered: 08/08/2019) |
| )8/2019 | 4764 | PROPOSED ORDER. Document filed by Bakahityar Kamardinova. Related Document Number: 4763 . (Goldman, J **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/08/2019) |

| | | |
|---|---|---|
| )8/2019 | 4765 | MOTION to Substitute Party. Old Party: Abdul Mossibir, as the Personal Representative of the Estate of Shabbir Ahmed,deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Shabbir A New Party: Jeba Ahmed, as the Personal Representative of the Estate of Shabbir Ahmed, deceased, and on behalf of a and all legally entitled beneficiaries and family members of Shabbir Ahmed . Document filed by Roberta Agyeman. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05320−GBD−SN(Goldman, Jerry) (Entered: 08/08/2019) |
| )8/2019 | 4766 | PROPOSED ORDER. Document filed by Roberta Agyeman. (Goldman, Jerry) **Proposed Order to be reviewed by Office staff.** (Entered: 08/08/2019) |
| )8/2019 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 4764 Proposed Order 4766 Pro Order was reviewed and approved as to form. (km)** (Entered: 08/08/2019) |
| )8/2019 | 4767 | MOTION For Partial Final Judgment . Document filed by Bakahityar Kamardinova. (Attachments: # 1 Exhibit A, # 2 Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05339−GBD−SN(Goldman, Jerry) 08/08/2019) |
| )8/2019 | 4768 | ORDER granting 4753 Motion for Extension of Time to File Response/Reply. Saudi Arabia shall respond to the Plai Executive Committees' ("Plaintiffs") August 5, 2019 filings by Monday, August 19, 2019. Saudi Arabia's response to combined motion for reconsideration and Rule 72 objections shall not exceed 25 pages. Plaintiffs may file a reply, if August 23, 2019. To the extent necessary, the Court grants Saudi Arabia leave to file a response to Plaintiffs' Rule 72 objections. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) (ras) (Entered: 08/08/201 |
| )8/2019 | 4769 | MEMORANDUM OF LAW in Support re: (75 in 1:18−cv−05339−GBD−SN) MOTION For Partial Final Judgment Document filed by Bakahityar Kamardinova. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05339−GBD−SN(Goldman, Jerry) (Entered: 08/08/2019) |
| )8/2019 | 4770 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (75 in 1:18−cv−05339−GBD−SN) MOTION For Partial F Judgment .. Document filed by Bakahityar Kamardinova. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associ 1:03−md−01570−GBD−SN, 1:18−cv−05339−GBD−SN(Goldman, Jerry) (Entered: 08/08/2019) |
| )8/2019 | 4771 | PROPOSED JUDGMENT. Document filed by Bakahityar Kamardinova. (Goldman, Jerry) **Proposed Judgment to b by Clerk's Office staff.** (Entered: 08/08/2019) |
| )8/2019 | 4772 | MOTION Partial Final Judgment . Document filed by Audrey Ades. (Attachments: # 1 Exhibit A)Filed In Associated 1:03−md−01570−GBD−SN, 1:18−cv−07306−GBD−SN(Goldman, Jerry) (Entered: 08/08/2019) |
| )9/2019 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. 4771 Proposed Judgment reviewed and approved as to form. (km)** (Entered: 08/09/2019) |
| )9/2019 | 4773 | REPLY MEMORANDUM OF LAW in Support re: (51 in 1:18−cv−07306−GBD−SN) MOTION Partial Final Judgn Document filed by Audrey Ades. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN 1:18−cv−07306−GBD−SN(Goldman, Jerry) (Entered: 08/09/2019) |
| )9/2019 | 4774 | MEMORANDUM OF LAW in Support re: (51 in 1:18−cv−07306−GBD−SN) MOTION Partial Final Judgment . . D filed by Audrey Ades. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−07306−GBD−SN(Goldman, Jerry) (Entered: 08/09/2019) |
| )9/2019 | 4775 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (4767 in 1:03−md−01570−GBD−SN) MOTION For Parti Judgment ., (51 in 1:18−cv−07306−GBD−SN) MOTION Partial Final Judgment .. Document filed by Audrey Ades. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−07306−GBD−SN(Goldman, Jerry) (Entered: 08/09/2019) |
| )9/2019 | 4776 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** PROPOSED ORDER. Document fil Audrey Ades. (Attachments: # 1 Exhibit A) (Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office st** Modified on 8/9/2019 (km). (Entered: 08/09/2019) |
| )9/2019 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Jer Goldman to RE−FILE Document 4776 Proposed Order. Use the event type proposed orders, proposed judgme** (Entered: 08/09/2019) |
| )9/2019 | 4777 | PROPOSED JUDGMENT. Document filed by Audrey Ades. (Attachments: # 1 Exhibit A) (Goldman, Jerry) **Propos Judgment to be reviewed by Clerk's Office staff.** (Entered: 08/09/2019) |
| )9/2019 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. 4777 Proposed Judgment reviewed and approved as to form. (km)** (Entered: 08/09/2019) |
| )9/2019 | 4778 | ORDER granting (4698) Motion to Amend/Correct in case 1:03−md−01570−GBD−SN; granting (180) Motion to Amend/Correct in case 1:15−cv−09903−GBD−SN. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on ( Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN. (ras) (Entered: 08/09/2019) |

| | | |
|---|---|---|
| )9/2019 | 4779 | ORDER granting (4713) Motion to Amend/Correct in case 1:03−md−01570−GBD−SN; granting (70) Motion to Ame in case 1:18−cv−05306−GBD−SN.SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 08/09/2019) Filec Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05306−GBD−SN. (ras) (Entered: 08/09/2019) |
| )9/2019 | 4780 | ORDER granting (4754) Motion to Amend/Correct in case 1:03−md−01570−GBD−SN; granting (48) Motion to Ame in case 1:18−cv−07306−GBD−SN. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 08/09/2019) File Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−07306−GBD−SN. (ras) (Entered: 08/09/2019) |
| )9/2019 | 4781 | ORDER granting (4737) Motion to Amend/Correct in case 1:03−md−01570−GBD−SN; granting (68) Motion to Ame in case 1:18−cv−05331−GBD−SN. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 08/09/2019) File Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05331−GBD−SN. (ras) (Entered: 08/09/2019) |
| )9/2019 | 4782 | ORDER granting (4728) Motion to Amend/Correct in case 1:03−md−01570−GBD−SN; granting (71) Motion to Ame in case 1:18−cv−05321−GBD−SN. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 08/09/2019) File Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN. (ras) (Entered: 08/09/2019) |
| )9/2019 | 4783 | ORDER granting (4760) Motion to Amend/Correct in case 1:03−md−01570−GBD−SN; granting (70) Motion to Ame in case 1:18−cv−05339−GBD−SN. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 08/09/2019) File Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05339−GBD−SN. (ras) (Entered: 08/09/2019) |
| )9/2019 | 4784 | ORDER granting (4757) Motion to Amend/Correct in case 1:03−md−01570−GBD−SN; granting (70) Motion to Ame in case 1:18−cv−05320−GBD−SN. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 08/09/2019) File Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05320−GBD−SN. (ras) (Entered: 08/09/2019) |
| )9/2019 | 4785 | REPORT AND RECOMMENDATION re: (29 in 1:18−cv−07030−GBD−SN) MOTION to Dismiss, filed by The Sa Commission for Relief of Bosnia & Herzegovina. SHC's motion to dismiss should be granted. Because the Court's pr was based on a lack of subject matter jurisdiction, see ECF No. 3946, at 41, Plaintiffs' claims should be dismissed wi prejudice. See Tran v. Farmers Grp., Inc., No. 17−CV−3907 (CS), 2018 WL 2926152, at *3 (S.D.N.Y. June 11, 2018 dismissal for lack of subject matter jurisdiction must be entered without prejudice.") (citing Katz v. Donna Karan Co. 114, 121 (2d Cir. 2017)). The parties shall have fourteen days from the service of this Report and Recommendation t written objections pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure. See also Civ. P. 6(a), (d) (adding three additional days when service is made under Fed. R. Civ. P. 5(b)(2)(C), (D), or (F)). A p respond to another party's objections within fourteen days after being served with a copy. Fed. R. Civ. P. 72(b)(2). Su objections shall be filed with the Clerk of the Court, with courtesy copies delivered to the chambers of the Honorable Daniels at the United States Courthouse, 500 Pearl Street, New York, New York 10007, and to any opposing parties. U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b). Any requests for an extension of time for filing objections must addressed to Judge Daniels. The failure to file these timely objections will result in a waiver of those objections for p appeal. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b); Thomas v. Arn, 474 U.S. 140 (1985). (Objection due by 8/23/2019.) (Signed by Magistrate Judge Sarah Netburn on 08/09/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−07030−GBD−SN. (ras) (Entered: 08/09/2019) |
| )9/2019 | 4786 | MOTION For Partial Final Judgment . Document filed by Roberta Agyeman. (Attachments: # 1 Exhibit A)Filed In A Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05320−GBD−SN(Goldman, Jerry) (Entered: 08/09/2019) |
| )9/2019 | 4787 | MEMORANDUM OF LAW in Support re: (4786 in 1:03−md−01570−GBD−SN, 76 in 1:18−cv−05320−GBD−SN) I For Partial Final Judgment . . Document filed by Roberta Agyeman. (Attachments: # 1 Exhibit A)Filed In Associated 1:03−md−01570−GBD−SN, 1:18−cv−05320−GBD−SN(Goldman, Jerry) (Entered: 08/09/2019) |
| )9/2019 | 4788 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (4786 in 1:03−md−01570−GBD−SN, 76 in 1:18−cv−05320−GBD−SN) MOTION For Partial Final Judgment .. Document filed by Roberta Agyeman. (Attachme Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05320−GBD−SN(Goldma (Entered: 08/09/2019) |
| )9/2019 | 4789 | PROPOSED JUDGMENT. Document filed by Roberta Agyeman. (Attachments: # 1 Exhibit A) (Goldman, Jerry) **Pr Judgment to be reviewed by Clerk's Office staff.** (Entered: 08/09/2019) |
| )9/2019 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (4789 in 1:03−md−01570− 79 in 1:18−cv−05320−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Associat 1:03−md−01570−GBD−SN, 1:18−cv−05320−GBD−SN(dt)** (Entered: 08/09/2019) |
| )9/2019 | 4790 | MOTION to Amend/Correct (4712 in 1:03−md−01570−GBD−SN) Order,,,,,,, . Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eub (Entered: 08/09/2019) |
| )9/2019 | 4791 | MEMORANDUM OF LAW in Support re: (187 in 1:15−cv−09903−GBD−SN, 4790 in 1:03−md−01570−GBD−SN) to Amend/Correct (4712 in 1:03−md−01570−GBD−SN) Order,,,,,,, . . Document filed by Burnett Plaintiffs. Filed In Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 08/09/2019) |

| | | |
|---|---|---|
| )9/2019 | 4792 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A) Related Document Numbe (Eubanks, John) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/09/2019) |
| .2/2019 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (189 in 1:15−cv−09903−GBD−1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(dt)** (Entered: 08/12/2019) |
| .2/2019 | 4793 | NOTICE OF APPEARANCE by Jeffrey E Glen on behalf of Gordon Aamoth, Peter Aamoth, Lloyd Abel, Lloyd Abe Ades, Roberta Agyeman, Margarite Bonomo, Rodney Bush, William Cintron−Lugos, David DeConto, Jessica Derub Richard Deuel, Estate of John P.O'Neill, Sr., Estate of John Patrick O'Neill Sr., Allison Garger, David Gordenstein, A Harris, Desiree Hemenway, Alexander Jimenez, Bakahityar Kamardinova, Chang Kim, Kristian Kincaid, Stephanie I Queen Mercer, Maureen Moody−Theinert, Dahlia Morris, Michael Murray, Ana Ortiz, Mario Perez, Hopeton Richar Rivelli, Matthew Rowenhorst, Laurence Schlissel, Shannon Spence, Michael Stackpole, Jack Zelmanowitz. Filed In Cases: 1:03−md−01570−GBD−SN et al.(Glen, Jeffrey) (Entered: 08/12/2019) |
| .2/2019 | 4794 | NOTICE OF APPEARANCE by Stephen Wah on behalf of Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(Wah, Stephen) (Entered: 08/12/2019) |
| .3/2019 | 4795 | NOTICE OF APPEARANCE by Vianny Maria Pichardo on behalf of Estate of John P.O'Neill, Sr.. Filed In Associat 1:03−md−01570−GBD−SN et al.(Pichardo, Vianny) (Entered: 08/13/2019) |
| .3/2019 | 4796 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Gordon Aamoth. (Goldman, Jerry) **Prop document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** (Entered: 08/ |
| .3/2019 | 4797 | AFFIDAVIT of Jerry S. Goldman, Esq. in Support re: (4796 in 1:03−md−01570−GBD−SN, 20 in 1:18−cv−12276−C Proposed Clerk's Certificate of Default. Document filed by Gordon Aamoth. (Attachments: # 1 Exhibit A, # 2 Exhibi Exhibit C, # 4 Exhibit D, # 5 Exhibit E)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12276−GBD−SN(Goldman, Jerry) (Entered: 08/13/2019) |
| .3/2019 | 4798 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Lloyd Abel, Lloyd Abel. (Goldman, Jerr **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** (E 08/13/2019) |
| .3/2019 | 4799 | AFFIDAVIT of Jerry S. Goldman, Esq. in Support re: (4798 in 1:03−md−01570−GBD−SN, 21 in 1:18−cv−11837−C Proposed Clerk's Certificate of Default. Document filed by Lloyd Abel, Lloyd Abel. (Attachments: # 1 Exhibit A, # 2 # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11837−GBD−SN(Goldman, Jerry) (Entered: 08/13/2019) |
| .3/2019 | 4800 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Marianella Hemenway, Marinella Heme (Goldman, Jerry) **Proposed document to be reviewed and processed by Clerk's Office staff (No action required chambers).** (Entered: 08/13/2019) |
| .3/2019 | 4801 | AFFIDAVIT of Jerry S. Goldman, Esq. in Support re: (4800 in 1:03−md−01570−GBD−SN, 20 in 1:18−cv−12277−C Proposed Clerk's Certificate of Default,. Document filed by Marinella Hemenway. (Attachments: # 1 Exhibit A, # 2 E 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN(Goldman, Jerry) (Entered: 08/13/2019) |
| .3/2019 | 4802 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Alexander Jimenez. (Goldman, Jerry) **Pr document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** (Entered: 08/ |
| .3/2019 | 4803 | AFFIDAVIT of Jerry S. Goldman, Esq. in Support re: (22 in 1:18−cv−11875−GBD−SN, 4802 in 1:03−md−01570−C Proposed Clerk's Certificate of Default. Document filed by Alexander Jimenez. (Attachments: # 1 Exhibit A, # 2 Exh Exhibit C, # 4 Exhibit D, # 5 Exhibit E)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11875−GBD−SN(Goldman, Jerry) (Entered: 08/13/2019) |
| .3/2019 | 4804 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Chang Kim. (Goldman, Jerry) **Proposed to be reviewed and processed by Clerk's Office staff (No action required by chambers).** (Entered: 08/13/2019) |
| .3/2019 | 4805 | AFFIDAVIT of Jerry S. Goldman, Esq. in Support re: (26 in 1:18−cv−11870−GBD−SN, 4804 in 1:03−md−01570−C Proposed Clerk's Certificate of Default. Document filed by Chang Kim. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # C, # 4 Exhibit D, # 5 Exhibit E)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11870−GBD−SN(C Jerry) (Entered: 08/13/2019) |
| .3/2019 | 4806 | CLERK'S CERTIFICATE OF DEFAULT AS TO The Islamic Republic of Iran, issued on August 13, 2019.. Filed In Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12276−GBD−SN(dt) (Entered: 08/13/2019) |
| .3/2019 | 4807 | CLERK'S CERTIFICATE OF DEFAULT as to The Islamic Republic of Iran, issued on August 13, 2019. Filed In As Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11837−GBD−SN(dt) (Entered: 08/13/2019) |

| | | |
|---|---|---|
| .3/2019 | 4808 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Maureen Moody−Theinert. (Goldman, Je **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** (E 08/13/2019) |
| .3/2019 | 4809 | AFFIDAVIT of Jerry S. Goldman, Esq. in Support re: (20 in 1:18−cv−11876−GBD−SN, 4808 in 1:03−md−01570−C Proposed Clerk's Certificate of Default. Document filed by Maureen Moody−Theinert. (Attachments: # 1 Exhibit A, # B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11876−GBD−SN(Goldman, Jerry) (Entered: 08/13/2019) |
| .3/2019 | 4810 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Cheryl Rivelli. (Goldman, Jerry) **Propos document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** (Entered: 08/ |
| .3/2019 | 4811 | AFFIDAVIT of Jerry S. Goldman, Esq. in Support re: (4810 in 1:03−md−01570−GBD−SN, 20 in 1:18−cv−11878−C Proposed Clerk's Certificate of Default. Document filed by Cheryl Rivelli. (Attachments: # 1 Exhibit A, # 2 Exhibit B Exhibit C, # 4 Exhibit D, # 5 Exhibit E)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN(Goldman, Jerry) (Entered: 08/13/2019) |
| .3/2019 | 4812 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Matthew Rowenhorst. (Goldman, Jerry) **document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** (Entered: 08/ |
| .3/2019 | 4813 | NOTICE OF APPEARANCE by Samantha Emily Smith on behalf of Estate of John P.O'Neill, Sr.. Filed In Associate 1:03−md−01570−GBD−SN et al.(Smith, Samantha) (Entered: 08/13/2019) |
| .3/2019 | 4814 | CLERK'S CERTIFICATE OF DEFAULT as to The Islamic Republic of Iran, issued on August 13, 2019. Filed In As Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN(dt) (Entered: 08/13/2019) |
| .3/2019 | 4815 | AFFIDAVIT of Jerry S. Goldman, Esq. in Support re: (4812 in 1:03−md−01570−GBD−SN, 21 in 1:18−cv−12387−C Proposed Clerk's Certificate of Default. Document filed by Matthew Rowenhorst. (Attachments: # 1 Exhibit A, # 2 E 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12387−GBD−SN(Goldman, Jerry) (Entered: 08/13/2019) |
| .3/2019 | 4816 | CLERK'S CERTIFICATE OF DEFAULT as to The Islamic Republic of Iran, issued on August 13, 2019. Filed In As Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11876−GBD−SN(dt) (Entered: 08/13/2019) |
| .3/2019 | 4817 | CLERK'S CERTIFICATE OF DEFAULT as to The Islamic Republic of Iran, issued on August 13, 2019. Filed In As Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11870−GBD−SN(dt) (Entered: 08/13/2019) |
| .3/2019 | 4818 | CLERK'S CERTIFICATE OF DEFAULT as to The Islamic Republic of Iran, issued on August 13, 2019. Filed In As Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11875−GBD−SN(dt) (Entered: 08/13/2019) |
| .3/2019 | 4819 | CLERK'S CERTIFICATE OF DEFAULT as to The Islamic Republic of Iran, issued on August 13, 2019. Filed In As Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12387−GBD−SN(dt) (Entered: 08/13/2019) |
| .4/2019 | 4820 | MOTION to Amend/Correct . Document filed by Gordon Aamoth. (Attachments: # 1 Text of Proposed Order)Filed I Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12276−GBD−SN(Goldman, Jerry) (Entered: 08/14/2019) |
| .4/2019 | 4821 | MEMORANDUM OF LAW in Support re: (24 in 1:18−cv−12276−GBD−SN, 4820 in 1:03−md−01570−GBD−SN) I Amend/Correct . . Document filed by Gordon Aamoth. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12276−GBD−SN(Goldman, Jerry) (Entered: 08/14/2019) |
| .4/2019 | 4822 | PROPOSED ORDER. Document filed by Gordon Aamoth. Related Document Number: [4820,4821, 24, 25]. (Goldm **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/14/2019) |
| .4/2019 | 4823 | MOTION to Amend/Correct . Document filed by Lloyd Abel, Lloyd Abel. (Attachments: # 1 Text of Proposed Order Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11837−GBD−SN(Goldman, Jerry) (Entered: 08/14/2019) |
| .4/2019 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 4822 Proposed Order was revi approved as to form. (km)** (Entered: 08/14/2019) |
| .4/2019 | 4824 | MEMORANDUM OF LAW in Support re: (25 in 1:18−cv−11837−GBD−SN, 4823 in 1:03−md−01570−GBD−SN) I Amend/Correct . . Document filed by Lloyd Abel, Lloyd Abel. Filed In Associated Cases: 1:03−md−01570−GBD−S 1:18−cv−11837−GBD−SN(Goldman, Jerry) (Entered: 08/14/2019) |
| .4/2019 | 4825 | PROPOSED ORDER. Document filed by Lloyd Abel, Lloyd Abel. Related Document Number: [4823, 4824, 25, 26] Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/14/2019) |
| .4/2019 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 4825 Proposed Order was revi approved as to form. (km)** (Entered: 08/14/2019) |

| | | |
|---|---|---|
| .4/2019 | 4826 | MOTION to Amend/Correct . Document filed by Alexander Jimenez. (Attachments: # 1 Text of Proposed Order)File Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11875−GBD−SN(Goldman, Jerry) (Entered: 08/14/2019) |
| .4/2019 | 4827 | MEMORANDUM OF LAW in Support re: (26 in 1:18−cv−11875−GBD−SN, 4826 in 1:03−md−01570−GBD−SN) M Amend/Correct . . Document filed by Alexander Jimenez. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11875−GBD−SN(Goldman, Jerry) (Entered: 08/14/2019) |
| .4/2019 | 4828 | PROPOSED ORDER. Document filed by Alexander Jimenez. Related Document Number: [4826, 4827, 26, 27]. (Go Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/14/2019) |
| .4/2019 | 4829 | MOTION to Amend/Correct . Document filed by Chang Kim. (Attachments: # 1 Text of Proposed Order)Filed In As Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11870−GBD−SN(Goldman, Jerry) (Entered: 08/14/2019) |
| .4/2019 | 4830 | MEMORANDUM OF LAW in Support re: (4829 in 1:03−md−01570−GBD−SN, 30 in 1:18−cv−11870−GBD−SN) M Amend/Correct . . Document filed by Chang Kim. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11870−GBD−SN(Goldman, Jerry) (Entered: 08/14/2019) |
| .4/2019 | 4831 | PROPOSED ORDER. Document filed by Chang Kim. Related Document Number: [4829, 4830, 30, 31]. (Goldman, **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/14/2019) |
| .4/2019 | 4832 | MOTION to Amend/Correct . Document filed by Maureen Moody−Theinert. (Attachments: # 1 Text of Proposed Or Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11876−GBD−SN(Goldman, Jerry) (Entered: 08/14/2019) |
| .4/2019 | 4833 | MEMORANDUM OF LAW in Support re: (24 in 1:18−cv−11876−GBD−SN, 4832 in 1:03−md−01570−GBD−SN) M Amend/Correct . . Document filed by Maureen Moody−Theinert. Filed In Associated Cases: 1:03−md−01570−GBD− 1:18−cv−11876−GBD−SN(Goldman, Jerry) (Entered: 08/14/2019) |
| .4/2019 | 4834 | PROPOSED ORDER. Document filed by Maureen Moody−Theinert. Related Document Number: [4832, 4833, 24, 2 (Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/14/2019) |
| .4/2019 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 4831 Proposed Order 4834 Pro Order was reviewed and approved as to form. (km)** (Entered: 08/14/2019) |
| .4/2019 | 4835 | PROPOSED ORDER FOR SUBSTITUTION OF ATTORNEY. Document filed by Kristen Breitweiser. (Pantazis, D (Entered: 08/14/2019) |
| .4/2019 | 4836 | MOTION to Amend/Correct . Document filed by Matthew Rowenhorst. (Attachments: # 1 Text of Proposed Order)F Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12387−GBD−SN(Goldman, Jerry) (Entered: 08/14/2019) |
| .4/2019 | 4837 | PROPOSED ORDER FOR SUBSTITUTION OF ATTORNEY. Document filed by Caroline Breitweiser. (Pantazis, I (Entered: 08/14/2019) |
| .4/2019 | 4838 | MEMORANDUM OF LAW in Support re: (25 in 1:18−cv−12387−GBD−SN, 4836 in 1:03−md−01570−GBD−SN) M Amend/Correct . . Document filed by Matthew Rowenhorst. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12387−GBD−SN(Goldman, Jerry) (Entered: 08/14/2019) |
| .4/2019 | 4839 | PROPOSED ORDER. Document filed by Matthew Rowenhorst. Related Document Number: [4836, 4838, 25, 26]. (C Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/14/2019) |
| .4/2019 | 4840 | PROPOSED ORDER FOR SUBSTITUTION OF ATTORNEY. Document filed by Kristen Breitweiser. (Pantazis, D (Entered: 08/14/2019) |
| .4/2019 | 4841 | MOTION Partial Final Judgment . Document filed by Chang Kim. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11870−GBD−SN(Goldman, Jerry) (Entered: 08/14/2019) |
| .4/2019 | 4842 | MEMORANDUM OF LAW in Support re: (33 in 1:18−cv−11870−GBD−SN, 4841 in 1:03−md−01570−GBD−SN) M Partial Final Judgment . . Document filed by Chang Kim. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11870−GBD−SN(Goldman, Jerry) (Entered: 08/14/2019) |
| .4/2019 | 4843 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (33 in 1:18−cv−11870−GBD−SN, 4841 in 1:03−md−01570−GBD−SN) MOTION Partial Final Judgment .. Document filed by Chang Kim. (Attachments: # 1 E A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11870−GBD−SN(Goldman, Jerry) (Entered: 08/ |
| .4/2019 | 4844 | PROPOSED JUDGMENT. Document filed by Chang Kim. (Attachments: # 1 Exhibit A) (Goldman, Jerry) **Propose to be reviewed by Clerk's Office staff.** (Entered: 08/14/2019) |
| .4/2019 | 4845 | MOTION to Substitute Party. Old Party: John Doe 13 as Personal Representative of the Estate of Alberta DeMartini, the late parent of Francis DeMartini, John Doe 14 as Personal Representative of the Estate of Alfred DeMartini, dece late parent of Francis DeMartini, Stephen M. Fogel, as the co−Personal Representative of the Estate of Godwin Forde |

| | | |
|---|---|---|
| | | and on behalf of all survivors and all legally entitled beneficiaries and family members of Godwin Forde, New Party: DeMartini, as Personal Representative of the Estate of Alberta DeMartini, deceased, the parent of Francis DeMartini, DeMartini, as Personal Representative of the Estate of Alfred DeMartini, deceased, the late parent of Francis DeMart Alleyne, as the co−Personal Representative of the Estate of Godwin Forde, deceased, and on behalf of all survivors a legally entitled beneficiaries and family members of Godwin Forde . Document filed by Gordon Aamoth. (Attachmer Exhibit A, # 2 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12276−GBD−SN(Goldman, Jerry) (Entered: 08/14/2019) |
| .4/2019 | 4846 | PROPOSED ORDER. Document filed by Gordon Aamoth. (Attachments: # 1 Exhibit A) Related Document Number 27]. (Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/14/2019) |
| .4/2019 | 4847 | MOTION to Substitute Party. Old Party: Anastasia Mancini a/k/a Anastasia Louvelos, as Natural Guardian of SM, N Francisco M. Mancini a/k/a Frank Mancini . Document filed by Marinella Hemenway. (Attachments: # 1 Exhibit A, # Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN(Goldman, Jerry) 08/14/2019) |
| .4/2019 | 4848 | PROPOSED ORDER. Document filed by Marinella Hemenway. (Attachments: # 1 Exhibit A) Related Document Nu [4847, 24]. (Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/14/2019) |
| .4/2019 | 4849 | MOTION to Substitute Party. Old Party: John Doe 57, John Doe 58, John Doe 61, John Doe 69, New Party: Marie Si the Personal Representative of the Estate of Gregory Sikorsky, deceased, and on behalf of all survivors and all legally beneficiaries and family members of Gregory Sikorsky, Stanley Simon, as the Personal Representative of the Estate c Simon deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Arthur Si Stanley Simon, as Personal Representative of the Estate of Arthur Simon, deceased, the late parent of Kenneth Simor Marchese, as Personal Representative of the Estate of William J. Houston, deceased, the late sibling of Charles J. Hou Document filed by Matthew Rowenhorst. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)Filed In Associat 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN(Goldman, Jerry) (Entered: 08/14/2019) |
| .4/2019 | 4850 | MOTION to Substitute Party. Old Party: John Doe 57, John Doe 58, John Doe 61, John Doe 69, New Party: Marie Si the Personal Representative of the Estate of Gregory Sikorsky, deceased, and on behalf of all survivors and all legally beneficiaries and family members of Gregory Sikorsky, Stanley Simon, as the Personal Representative of the Estate c Simon deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Arthur Si Stanley Simon, as Personal Representative of the Estate of Arthur Simon, deceased, the late parent of Kenneth Simor Marchese, as Personal Representative of the Estate of William J. Houston, deceased, the late sibling of Charles J. Hou Document filed by Matthew Rowenhorst. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)Filed In Associat 1:03−md−01570−GBD−SN, 1:18−cv−12387−GBD−SN(Goldman, Jerry) (Entered: 08/14/2019) |
| .4/2019 | 4851 | PROPOSED ORDER. Document filed by Matthew Rowenhorst. (Attachments: # 1 Exhibit A) Related Document Nu [4850, 28]. (Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/14/2019) |
| .4/2019 | 4852 | MOTION Partial Final Judgment . Document filed by Gordon Aamoth. (Attachments: # 1 Exhibit A, # 2 Text of Prop Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12276−GBD−SN(Goldman, Jerry) (Entered: 08/14/2019) |
| .4/2019 | 4853 | MEMORANDUM OF LAW in Support re: (29 in 1:18−cv−12276−GBD−SN, 4852 in 1:03−md−01570−GBD−SN) M Partial Final Judgment . . Document filed by Gordon Aamoth. (Attachments: # 1 Exhibit A)Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:18−cv−12276−GBD−SN(Goldman, Jerry) (Entered: 08/14/2019) |
| .4/2019 | 4854 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (29 in 1:18−cv−12276−GBD−SN, 4852 in 1:03−md−01570−GBD−SN) MOTION Partial Final Judgment .. Document filed by Gordon Aamoth. (Attachments: # A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12276−GBD−SN(Goldman, Jerry) (Entered: 08/ |
| .4/2019 | 4855 | PROPOSED JUDGMENT. Document filed by Gordon Aamoth. (Attachments: # 1 Exhibit A) (Goldman, Jerry) **Prop Judgment to be reviewed by Clerk's Office staff.** (Entered: 08/14/2019) |
| .4/2019 | 4856 | MOTION Partial Final Judgment . Document filed by Marinella Hemenway. (Attachments: # 1 Exhibit A, # 2 Text o Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN(Goldman, Jerry) (Entered: 08/14/2019) |
| .4/2019 | 4857 | MEMORANDUM OF LAW in Support re: (27 in 1:18−cv−12277−GBD−SN, 4856 in 1:03−md−01570−GBD−SN) M Partial Final Judgment . . Document filed by Marinella Hemenway. (Attachments: # 1 Exhibit A)Filed In Associated 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN(Goldman, Jerry) (Entered: 08/14/2019) |
| .4/2019 | 4858 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (27 in 1:18−cv−12277−GBD−SN, 4856 in 1:03−md−01570−GBD−SN) MOTION Partial Final Judgment .. Document filed by Marinella Hemenway. (Attachme Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN(Goldman, Jerry) (Ente 08/14/2019) |

| | | |
|---|---|---|
| .4/2019 | 4859 | PROPOSED JUDGMENT. Document filed by Marinella Hemenway. (Attachments: # 1 Exhibit A) (Goldman, Jerry) **Judgment to be reviewed by Clerk's Office staff.** (Entered: 08/14/2019) |
| .4/2019 | 4860 | MOTION Partial Final Judgment . Document filed by Matthew Rowenhorst. (Attachments: # 1 Exhibit A, # 2 Text o Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12387−GBD−SN(Goldman, Jerry) (Entered: 08/14/2019) |
| .4/2019 | 4861 | MEMORANDUM OF LAW in Support re: (4860 in 1:03−md−01570−GBD−SN, 30 in 1:18−cv−12387−GBD−SN) I Partial Final Judgment . . Document filed by Matthew Rowenhorst. (Attachments: # 1 Exhibit A)Filed In Associated 1:03−md−01570−GBD−SN, 1:18−cv−12387−GBD−SN(Goldman, Jerry) (Entered: 08/14/2019) |
| .4/2019 | 4862 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (4860 in 1:03−md−01570−GBD−SN, 30 in 1:18−cv−12387−GBD−SN) MOTION Partial Final Judgment .. Document filed by Matthew Rowenhorst. (Attachme Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12387−GBD−SN(Goldman, Jerry) (Ente 08/14/2019) |
| .4/2019 | 4863 | PROPOSED JUDGMENT. Document filed by Matthew Rowenhorst. (Attachments: # 1 Exhibit A) (Goldman, Jerry) **Judgment to be reviewed by Clerk's Office staff.** (Entered: 08/14/2019) |
| .4/2019 | 4864 | MOTION Partial Final Judgment . Document filed by Maureen Moody−Theinert. (Attachments: # 1 Exhibit A, # 2 T Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11876−GBD−SN(Goldman, Jerry) 08/14/2019) |
| .4/2019 | 4865 | MEMORANDUM OF LAW in Support re: (4864 in 1:03−md−01570−GBD−SN, 27 in 1:18−cv−11876−GBD−SN) I Partial Final Judgment . . Document filed by Maureen Moody−Theinert. (Attachments: # 1 Exhibit A)Filed In Associ 1:03−md−01570−GBD−SN, 1:18−cv−11876−GBD−SN(Goldman, Jerry) (Entered: 08/14/2019) |
| .4/2019 | 4866 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (4864 in 1:03−md−01570−GBD−SN, 27 in 1:18−cv−11876−GBD−SN) MOTION Partial Final Judgment .. Document filed by Maureen Moody−Theinert. (Attac 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11876−GBD−SN(Goldman, Jerry) (En 08/14/2019) |
| .4/2019 | 4867 | PROPOSED JUDGMENT. Document filed by Maureen Moody−Theinert. (Attachments: # 1 Exhibit A) (Goldman, J **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 08/14/2019) |
| .5/2019 | 4868 | MOTION Partial Final Judgment . Document filed by Cheryl Rivelli. (Attachments: # 1 Exhibit A, # 2 Text of Propo Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN(Goldman, Jerry) (Entered: 08/15/2019) |
| .5/2019 | 4869 | MEMORANDUM OF LAW in Support re: (24 in 1:18−cv−11878−GBD−SN, 4868 in 1:03−md−01570−GBD−SN) I Partial Final Judgment . . Document filed by Cheryl Rivelli. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN(Goldman, Jerry) (Entered: 08/15/2019) |
| .5/2019 | 4870 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (24 in 1:18−cv−11878−GBD−SN, 4868 in 1:03−md−01570−GBD−SN) MOTION Partial Final Judgment .. Document filed by Cheryl Rivelli. (Attachments: # A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN(Goldman, Jerry) (Entered: 08/ |
| .5/2019 | 4871 | PROPOSED JUDGMENT. Document filed by Cheryl Rivelli. (Attachments: # 1 Exhibit A) (Goldman, Jerry) **Propo Judgment to be reviewed by Clerk's Office staff.** (Entered: 08/15/2019) |
| .5/2019 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER Document No. 4851 Proposed Order 4871 Pro Judgment 4839 Proposed Order 4855 Proposed Judgment 4846 Proposed Order 4859 Proposed Judgment 486 Judgment 4848 Proposed Order 4867 Proposed Judgment 4844 Proposed Judgment was reviewed and approv form. (km)** (Entered: 08/15/2019) |
| .5/2019 | 4872 | MOTION Partial Final Judgment . Document filed by Lloyd Abel, Lloyd Abel. (Attachments: # 1 Exhibit A, # 2 Tex Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11837−GBD−SN(Goldman, Jerry) 08/15/2019) |
| .5/2019 | 4873 | MEMORANDUM OF LAW in Support re: (28 in 1:18−cv−11837−GBD−SN, 4872 in 1:03−md−01570−GBD−SN) I Partial Final Judgment . . Document filed by Lloyd Abel, Lloyd Abel. (Attachments: # 1 Exhibit A)Filed In Associat 1:03−md−01570−GBD−SN, 1:18−cv−11837−GBD−SN(Goldman, Jerry) (Entered: 08/15/2019) |
| .5/2019 | 4874 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (28 in 1:18−cv−11837−GBD−SN, 4872 in 1:03−md−01570−GBD−SN) MOTION Partial Final Judgment .. Document filed by Lloyd Abel, Lloyd Abel. (Attach Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11837−GBD−SN(Goldman, Jerry) (Ente 08/15/2019) |

| | | |
|---|---|---|
| .5/2019 | 4875 | PROPOSED JUDGMENT. Document filed by Lloyd Abel, Lloyd Abel. (Attachments: # 1 Exhibit A) (Goldman, Jer **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 08/15/2019) |
| .5/2019 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. 4875 Proposed Judgment reviewed and approved as to form. (km)** (Entered: 08/15/2019) |
| .5/2019 | 4876 | MOTION Partial Final Judgment . Document filed by Alexander Jimenez. (Attachments: # 1 Exhibit A, # 2 Text of F Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11875−GBD−SN(Goldman, Jerry) (Entered: 08/15/2019) |
| .5/2019 | 4877 | MEMORANDUM OF LAW in Support re: (29 in 1:18−cv−11875−GBD−SN, 4876 in 1:03−md−01570−GBD−SN) M Partial Final Judgment . . Document filed by Alexander Jimenez. (Attachments: # 1 Exhibit A)Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:18−cv−11875−GBD−SN(Goldman, Jerry) (Entered: 08/15/2019) |
| .5/2019 | 4878 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (29 in 1:18−cv−11875−GBD−SN, 4876 in 1:03−md−01570−GBD−SN) MOTION Partial Final Judgment .. Document filed by Alexander Jimenez. (Attachment Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11875−GBD−SN(Goldman, Jerry) (Ente 08/15/2019) |
| .5/2019 | 4879 | PROPOSED JUDGMENT. Document filed by Alexander Jimenez. (Attachments: # 1 Exhibit A) (Goldman, Jerry) **P Judgment to be reviewed by Clerk's Office staff.** (Entered: 08/15/2019) |
| .5/2019 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. 4879 Proposed Judgment reviewed and approved as to form. (km)** (Entered: 08/15/2019) |
| .5/2019 | 4880 | **Vacated (for solatium damages only as to Theresa Regan (ECF No. 4880 at 32, line 30)as per Judge's Order da 1/30/2020, Doc. #5774 in 1:03−md−01570−GBD** FINAL ORDER OF SUMMARY JUDGMENT: ORDERED that judgment is entered on behalf of those Plaintiffs in Ashton et al. v. Al Qaeda Islamic Army et al., 02−cv−6977 (GBD identified in the attached Exhibit A and Exhibit B against the Islamic Republic of Iran (the "Ashton XII Plaintiffs"); a ORDERED that the Ashton XII Plaintiffs identified in the attached Exhibit A and Exhibit B are awarded solatium da set forth in Exhibit A and Exhibit B; and it is ORDERED that prejudgment interest is awarded to be calculated at a ra per annum; all interest compounded annually over the same period; and it is ORDERED that the Plaintiffs not appear Exhibit A or Exhibit B and who were not previously awarded damages may submit in later stages applications for sol and/or economic damages awards that will be approved on the same basis as currently approved for those Plaintiffs a Exhibit A, Exhibit B or in prior filings. (Signed by Judge George B. Daniels on 8/15/2019) Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(jwh) Modified on 1/30/2020 (js). (Entered: 08/15/2019) |
| .5/2019 | 4881 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman, Esq dated 08/12/2019 Document filed by Au Roberta Agyeman, Jessica Derubbio, Bakahityar Kamardinova, Bakhtiyar Kamardinova, Horace Morris, Laurence Schlissel.(Goldman, Jerry) (Entered: 08/15/2019) |
| .7/2019 | 4882 | MOTION to Vacate (4880 in 1:03−md−01570−GBD−SN) Judgment,,,, *Motion to Vacate Final Damages Judgment a Patrick J. Mullan Only*. Document filed by Kathleen Ashton.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, James) (Entered: 08/17/2019) |
| .7/2019 | 4883 | DECLARATION of James P. Kreindler in Support re: (1050 in 1:02−cv−06977−GBD−SN, 4882 in 1:03−md−01570−GBD−SN) MOTION to Vacate (4880 in 1:03−md−01570−GBD−SN) Judgment,,,, *Motion to Vaca Damages Judgment as to Patrick J. Mullan Only*.. Document filed by Kathleen Ashton. (Attachments: # 1 Text of Pr Order Exhibit A, # 2 Exhibit B Modified)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, James) (Entered: 08/17/2019) |
| .9/2019 | 4884 | PARTIAL FINAL JUDGMENT: Upon consideration of the evidence and arguments submitted by Plaintiffs identifie A to this Order, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of killed in the terrorist attacks on September 11, 2001, and the Judgment by Default for liability only against the Islami of Iran, ("Iran") entered on June 21, 2019 (03−md−1570, ECF No. 4598), together with the entire record in this case, ORDERED that partial final judgment is entered against Iran and on behalf of those Plaintiffs who are identified in th Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of indiv killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and it is ORDERED that Plaintiffs ide Exhibit A are awarded solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, an $4,250,000 per sibling, as set forth in Exhibit A; and it is ORDERED that Plaintiffs identified in Exhibit A are award prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the d judgment; and it is ORDERED that Plaintiffs identified in Exhibit A may submit an application for punitive damages damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent wit rulings made by this Court on this issue; and it is ORDERED that the remaining Plaintiffs in Laurence Schlissel et al. Republic of Iran, No. 1:18−cv−05331 (GBD) (SN) not appearing on Exhibit A, may submit in later stages application damages awards, and to the extent such plaintiffs are similarly situated to those appearing on Exhibit A, the applicati approved consistent with those approved herein for the Plaintiffs appearing on Exhibit A. (Signed by Judge George B on 8/19/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05331−GBD−SN(mro) (Entered: 08 |

| | | |
|---|---|---|
| .9/2019 | 4885 | PARTIAL FINAL JUDGMENT: Upon consideration of the evidence and arguments submitted by Plaintiffs identifie A to this Order, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of killed in the terrorist attacks on September 11, 2001, and the Judgment by Default for liability only against the Islami of Iran, ("Iran") entered on May 28, 2019 (03−md−1570, ECF No. 4563), together with the entire record in this case, ORDERED that partial final judgment is entered against Iran and on behalf of those Plaintiffs who are identified in th Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of indiv killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and it is ORDERED that Plaintiffs ide Exhibit A are awarded solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, an $4,250,000 per sibling, as set forth in Exhibit A; and it is ORDERED that Plaintiffs identified in Exhibit A are award prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the da judgment; and it is ORDERED that Plaintiffs identified in Exhibit A may submit an application for punitive damages damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent wit rulings made by this Court on this issue; and it is ORDERED that the remaining Plaintiffs in Jessica DeRubbio, et al. Republic of Iran, No. 1:18−cv−05306 (GBD) (SN) not appearing on Exhibit A, may submit in later stages applicatior damages awards, and to the extent such plaintiffs are similarly situated to those appearing on Exhibit A, the applicati approved consistent with those approved herein for the Plaintiffs appearing on Exhibit A. (Signed by Judge George B on 8/19/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05306−GBD−SN(mro) (Entered: 08 |
| .9/2019 | 4886 | MOTION Partial Final Judgment . Document filed by John O'Neill. (Attachments: # 1 Exhibit A, # 2 Text of Propose Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN(Goldman, Jerry) (Entered: 08/19/2019) |
| .9/2019 | 4887 | MEMORANDUM OF LAW in Support re: (515 in 1:04−cv−01076−GBD−SN, 4886 in 1:03−md−01570−GBD−SN) Partial Final Judgment . . Document filed by Carol O'Neill, John O'Neill. (Attachments: # 1 Exhibit A)Filed In Assoc Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN(Goldman, Jerry) (Entered: 08/19/2019) |
| .9/2019 | 4888 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (515 in 1:04−cv−01076−GBD−SN, 4886 in 1:03−md−01570−GBD−SN) MOTION Partial Final Judgment .. Document filed by Carol O'Neill, John O'Neill. (Att 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN(Goldr (Entered: 08/19/2019) |
| .9/2019 | 4889 | PROPOSED JUDGMENT. Document filed by Carol O'Neill, John O'Neill. (Attachments: # 1 Exhibit A) (Goldman, **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 08/19/2019) |
| .9/2019 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (4889 in 1:03−md−01570− 518 in 1:04−cv−01076−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Associa 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN(ad)** (Entered: 08/19/2019) |
| .9/2019 | 4890 | MOTION for Default Judgment as to *as to the Ashton Wrongful Death Plaintiffs*. Document filed by Kathleen Ashtor Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, James) (Entered: 08/19/2019) |
| .9/2019 | 4891 | DECLARATION of James P Kreindler in Support re: (1053 in 1:02−cv−06977−GBD−SN) MOTION for Default Jud to *as to the Ashton Wrongful Death Plaintiffs*.. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A, # 2 B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, James) (Entered: 08 |
| .9/2019 | 4892 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated August 19, 2019 re: Respons Plaintiffs August 5 filings. Document filed by Kingdom of Saudi Arabia.(Kellogg, Michael) (Entered: 08/19/2019) |
| .9/2019 | 4893 | MOTION for Default Judgment as to *Burnett/Iran Judgment VII*. Document filed by All Plaintiffs in 15−cv−9903, B Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (Entere 08/19/2019) |
| .9/2019 | 4894 | MEMORANDUM OF LAW in Support re: (197 in 1:15−cv−09903−GBD−SN, 4893 in 1:03−md−01570−GBD−SN) for Default Judgment as to *Burnett/Iran Judgment VII*. . Document filed by All Plaintiffs in 15−cv−9903, Burnett Pla Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 08/19/2 |
| .9/2019 | 4895 | DECLARATION of John M. Eubanks in Support re: (197 in 1:15−cv−09903−GBD−SN, 4893 in 1:03−md−01570−G MOTION for Default Judgment as to *Burnett/Iran Judgment VII*.. Document filed by All Plaintiffs in 15−cv−9903, B Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 08/19/2019) |
| .9/2019 | 4896 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by All Plaintiffs in 15−cv−9903, Plaintiffs. (Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 08/19/20 |
| 20/2019 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (4896 in 1:03−md−01570−GBD−SN, 200 in 1:15−cv−09903−GBD−SN) Proposed Default Judgment was reviewed and a to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(dt)** (Entered: 08/20/2 |

| | | |
|---|---|---|
| 20/2019 | 4897 | PARTIAL FINAL JUDGMENT: ORDERED that partial final judgment is entered against Iran and on behalf of those who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse child, or sibling) or a functional equivalent thereof, of individuals killed in the terrorist attacks on September 11, 200 indicated in Exhibit A; and it is ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of $ per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it i ORDERED that Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, comp annually, running from September 11, 2001 until the date of judgment; and as further set forth in this judgment. (Sign Judge George B. Daniels on 8/19/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN(jwh) (Entered: 08/20/2019) |
| 20/2019 | 4898 | FINAL ORDER OF SUMMARY JUDGMENT: ORDERED that final judgment is entered on behalf of the Betru Pla identified in Exhibit A against the Islamic Republic of Iran; it is ORDERED that the Betru, Plaintiffs identified m the Exhibit A are awarded solatium damages as set forth in Exhibit A with prejudgment interest an those awards to be ca rate of 4.96 percent per annum, compounded annually, over the same period, and as further set forth in this Judgment by Judge George B. Daniels on 8/20/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977− 1:18−cv−08297−GBD−SN(jwh) (Entered: 08/20/2019) |
| 20/2019 | 4899 | MOTION to Substitute Party. Old Party: John Doe 6, New Party: Yon−Paul Casalduc, as the Personal Representative Estate of Vivian Casalduc, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family m Vivian Casalduc . Document filed by Gordon Aamoth. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)File Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12276−GBD−SN(Goldman, Jerry) (Entered: 08/20/2019) |
| 20/2019 | 4900 | PROPOSED ORDER. Document filed by Gordon Aamoth. (Attachments: # 1 Exhibit A) Related Document Number 33]. (Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/20/2019) |
| 20/2019 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (34 in 1:18−cv−12276−GBD−S 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:18−cv−12276−GBD−SN(dt)** (Entered: 08/20/2019) |
| 20/2019 | 4901 | MOTION to Substitute Party. Old Party: John Doe 34, being intended to designate the Personal Representative of the Ronald Philip Kloepfer, New Party: Dawn Kloepfer, as the Personal Representative of the Estate of Ronald Philip Kloepfer,deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald Kloepfer . Document filed by Marinella Hemenway. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order)Filed I Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN(Goldman, Jerry) (Entered: 08/20/2019) |
| 20/2019 | 4902 | ORDER granting (4882) Motion to Vacate in case 1:03−md−01570−GBD−SN; granting (1050) Motion to Vacate in 1:02−cv−06977−GBD−SN: ORDERED that final judgment for solatium damages entered on behalf of Patrick J. Mul Court's August 15, 2019 Final Order of Judgment (ECF No. 4880 at 32, line 25) against the Islamic Republic of Iran ORDERED that the modified Exhibit B removing Patrick J. Mullan is hereby adopted; and it is hereby ORDERED th Court's August 15, 2019 Final Order of Judgment (ECF No. 4880) remains otherwise in force and that all other final awarded to the Ashton Plaintiffs identified in the August 15, 2019 Order docketed at ECF No. 4880 remain in effect. Judge George B. Daniels on 8/20/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GB (jwh) (Entered: 08/20/2019) |
| 20/2019 | 4903 | PROPOSED ORDER. Document filed by Marinella Hemenway. (Attachments: # 1 Exhibit A) Related Document Nu [4901, 31]. (Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/20/2019) |
| 20/2019 | 4904 | MOTION to Substitute Party. Old Party: Estrellita a/k/a Estrellita Sanchez Ortiz, as Natural Guardian of RBO, New I Rebecca Brianne Ortiz . Document filed by Maureen Moody−Theinert. (Attachments: # 1 Exhibit A, # 2 Text of Prop Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11876−GBD−SN(Goldman, Jerry) (Entered: 08/20/2019) |
| 20/2019 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (4903 in 1:03−md−01570−GBD 1:18−cv−12277−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN(dt)** (Entered: 08/20/2019) |
| 20/2019 | 4905 | PROPOSED ORDER. Document filed by Maureen Moody−Theinert. (Attachments: # 1 Exhibit A) Related Docume [4904, 31]. (Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/20/2019) |
| 20/2019 | 4906 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman, Esq. dated 08/20/2019 Document file Plaintiffs Executive Committees, Plaintiffs PI Executive Committee.(Goldman, Jerry) (Entered: 08/20/2019) |
| 20/2019 | 4907 | MOTION to Amend/Correct . Document filed by Chang Kim. (Attachments: # 1 Text of Proposed Order)Filed In As Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11870−GBD−SN(Goldman, Jerry) (Entered: 08/20/2019) |
| 20/2019 | 4908 | MEMORANDUM OF LAW in Support re: (4907 in 1:03−md−01570−GBD−SN, 37 in 1:18−cv−11870−GBD−SN) I Amend/Correct . . Document filed by Chang Kim. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11870−GBD−SN(Goldman, Jerry) (Entered: 08/20/2019) |

| | | |
|---|---|---|
| 20/2019 | 4909 | PROPOSED ORDER. Document filed by Chang Kim. Related Document Number: [4907, 37]. (Goldman, Jerry) **Pro Order to be reviewed by Clerk's Office staff.** (Entered: 08/20/2019) |
| 20/2019 | 4910 | MOTION Partial Final Judgment . Document filed by Lloyd Abel, Lloyd Abel. (Attachments: # 1 Exhibit A, # 2 Tex Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11837−GBD−SN(Goldman, Jerry) 08/20/2019) |
| 20/2019 | 4911 | MEMORANDUM OF LAW in Support re: (32 in 1:18−cv−11837−GBD−SN, 4910 in 1:03−md−01570−GBD−SN) M Partial Final Judgment . . Document filed by Lloyd Abel, Lloyd Abel. (Attachments: # 1 Exhibit A)Filed In Associate 1:03−md−01570−GBD−SN, 1:18−cv−11837−GBD−SN(Goldman, Jerry) (Entered: 08/20/2019) |
| 20/2019 | 4912 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (32 in 1:18−cv−11837−GBD−SN, 4910 in 1:03−md−01570−GBD−SN) MOTION Partial Final Judgment .. Document filed by Lloyd Abel, Lloyd Abel. (Attach Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11837−GBD−SN(Goldman, Jerry) (Entered: 08/20/2019) |
| 20/2019 | 4913 | PROPOSED JUDGMENT. Document filed by Lloyd Abel, Lloyd Abel. (Attachments: # 1 Exhibit A) (Goldman, Jer **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 08/20/2019) |
| 20/2019 | 4914 | MOTION Partial Final Judgment . Document filed by Roberta Agyeman. (Attachments: # 1 Exhibit A, # 2 Text of Pr Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05320−GBD−SN(Goldman, Jerry) (Entered: 08/20/2019) |
| 20/2019 | 4915 | MEMORANDUM OF LAW in Support re: (4914 in 1:03−md−01570−GBD−SN, 84 in 1:18−cv−05320−GBD−SN) M Partial Final Judgment . . Document filed by Roberta Agyeman. (Attachments: # 1 Exhibit A)Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:18−cv−05320−GBD−SN(Goldman, Jerry) (Entered: 08/20/2019) |
| 20/2019 | 4916 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (4914 in 1:03−md−01570−GBD−SN, 84 in 1:18−cv−05320−GBD−SN) MOTION Partial Final Judgment .. Document filed by Roberta Agyeman. (Attachments: A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05320−GBD−SN(Goldman, Jerry) (Entered: 08/20/2019) |
| 20/2019 | 4917 | PROPOSED JUDGMENT. Document filed by Roberta Agyeman. (Attachments: # 1 Exhibit A) (Goldman, Jerry) **Pr Judgment to be reviewed by Clerk's Office staff.** (Entered: 08/20/2019) |
| 20/2019 | 4918 | MOTION Partial Final Judgment . Document filed by Jessica Derubbio. (Attachments: # 1 Exhibit A, # 2 Text of Pro Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05306−GBD−SN(Goldman, Jerry) (Entered: 08/20/2019) |
| 20/2019 | 4919 | MEMORANDUM OF LAW in Support re: (4918 in 1:03−md−01570−GBD−SN, 85 in 1:18−cv−05306−GBD−SN) M Partial Final Judgment . . Document filed by Jessica Derubbio. (Attachments: # 1 Exhibit A)Filed In Associated Case 1:03−md−01570−GBD−SN, 1:18−cv−05306−GBD−SN(Goldman, Jerry) (Entered: 08/20/2019) |
| 20/2019 | 4920 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (4918 in 1:03−md−01570−GBD−SN, 85 in 1:18−cv−05306−GBD−SN) MOTION Partial Final Judgment .. Document filed by Jessica Derubbio. (Attachments: # A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05306−GBD−SN(Goldman, Jerry) (Entered: 08/20/2019) |
| 20/2019 | 4921 | PROPOSED JUDGMENT. Document filed by Jessica Derubbio. (Attachments: # 1 Exhibit A) (Goldman, Jerry) **Pro Judgment to be reviewed by Clerk's Office staff.** (Entered: 08/20/2019) |
| 20/2019 | 4922 | MOTION Partial Final Judgment . Document filed by Alexander Jimenez. (Attachments: # 1 Exhibit A, # 2 Text of P Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11875−GBD−SN(Goldman, Jerry) (Entered: 08/20/2019) |
| 20/2019 | 4923 | MEMORANDUM OF LAW in Support re: (4922 in 1:03−md−01570−GBD−SN, 33 in 1:18−cv−11875−GBD−SN) M Partial Final Judgment . . Document filed by Alexander Jimenez. (Attachments: # 1 Exhibit A)Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:18−cv−11875−GBD−SN(Goldman, Jerry) (Entered: 08/20/2019) |
| 20/2019 | 4924 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (4922 in 1:03−md−01570−GBD−SN, 33 in 1:18−cv−11875−GBD−SN) MOTION Partial Final Judgment .. Document filed by Alexander Jimenez. (Attachments Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11875−GBD−SN(Goldman, Jerry) (Entered: 08/20/2019) |
| 20/2019 | 4925 | PROPOSED JUDGMENT. Document filed by Alexander Jimenez. (Attachments: # 1 Exhibit A) (Goldman, Jerry) **P Judgment to be reviewed by Clerk's Office staff.** (Entered: 08/20/2019) |
| 20/2019 | 4926 | MOTION Partial Final Judgment . Document filed by Bakahityar Kamardinova. (Attachments: # 1 Exhibit A, # 2 Te Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05339−GBD−SN(Goldman, Jerry) 08/20/2019) |

| | | |
|---|---|---|
| 20/2019 | 4927 | MEMORANDUM OF LAW in Support re: (4926 in 1:03−md−01570−GBD−SN, 84 in 1:18−cv−05339−GBD−SN) M Partial Final Judgment . . Document filed by Bakahityar Kamardinova. (Attachments: # 1 Exhibit A)Filed In Associa 1:03−md−01570−GBD−SN, 1:18−cv−05339−GBD−SN(Goldman, Jerry) (Entered: 08/20/2019) |
| 20/2019 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (34 in 1:18−cv−12276−GBD−S 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:18−cv−12276−GBD−SN(ad)** (Entered: 08/21/2019) |
| 20/2019 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (4903 in 1:03−md−01570−GBD 1:18−cv−12277−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN(ad)** (Entered: 08/21/2019) |
| 20/2019 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (32 in 1:18−cv−11876−GBD−S 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:18−cv−11876−GBD−SN(ad)** (Entered: 08/21/2019) |
| 20/2019 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (4909 in 1:03−md−01570−GBD 1:18−cv−11870−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11870−GBD−SN(ad)** (Entered: 08/21/2019) |
| 20/2019 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (36 in 1:18−cv−11875−GE 4925 in 1:03−md−01570−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11875−GBD−SN(ad)** (Entered: 08/21/2019) |
| 21/2019 | 4928 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (4926 in 1:03−md−01570−GBD−SN, 84 in 1:18−cv−05339−GBD−SN) MOTION Partial Final Judgment .. Document filed by Bakahityar Kamardinova. (Attach Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05339−GBD−SN(Goldman, Jerry) (Entered: 08/21/2019) |
| 21/2019 | 4929 | PROPOSED JUDGMENT. Document filed by Bakahityar Kamardinova. (Attachments: # 1 Exhibit A) (Goldman, Je **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 08/21/2019) |
| 21/2019 | 4930 | MOTION Partial Final Judgment . Document filed by Matthew Rowenhorst. (Attachments: # 1 Exhibit A, # 2 Text o Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12387−GBD−SN(Goldman, Jerry) (Entered: 08/21/2019) |
| 21/2019 | 4931 | MEMORANDUM OF LAW in Support re: (34 in 1:18−cv−12387−GBD−SN, 4930 in 1:03−md−01570−GBD−SN) M Partial Final Judgment . . Document filed by Matthew Rowenhorst. (Attachments: # 1 Exhibit A)Filed In Associated 1:03−md−01570−GBD−SN, 1:18−cv−12387−GBD−SN(Goldman, Jerry) (Entered: 08/21/2019) |
| 21/2019 | 4932 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (34 in 1:18−cv−12387−GBD−SN, 4930 in 1:03−md−01570−GBD−SN) MOTION Partial Final Judgment .. Document filed by Matthew Rowenhorst. (Attachm Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12387−GBD−SN(Goldman, Jerry) (Entered: 08/21/2019) |
| 21/2019 | 4933 | PROPOSED JUDGMENT. Document filed by Matthew Rowenhorst. (Attachments: # 1 Exhibit A) (Goldman, Jerry) **Judgment to be reviewed by Clerk's Office staff.** (Entered: 08/21/2019) |
| 21/2019 | 4934 | MOTION Partial Final Judgment . Document filed by Chang Kim. (Attachments: # 1 Exhibit A, # 2 Text of Propose Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11870−GBD−SN(Goldman, Jerry) (Entered: 08/21/2019) |
| 21/2019 | 4935 | MEMORANDUM OF LAW in Support re: (40 in 1:18−cv−11870−GBD−SN, 4934 in 1:03−md−01570−GBD−SN) M Partial Final Judgment . . Document filed by Chang Kim. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11870−GBD−SN(Goldman, Jerry) (Entered: 08/21/2019) |
| 21/2019 | 4936 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (40 in 1:18−cv−11870−GBD−SN, 4934 in 1:03−md−01570−GBD−SN) MOTION Partial Final Judgment .. Document filed by Chang Kim. (Attachments: # 1 E 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 1 # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N)Filed In Associated Cases: 1:03−md−01570−GBD−S 1:18−cv−11870−GBD−SN(Goldman, Jerry) (Entered: 08/21/2019) |
| 21/2019 | 4937 | PROPOSED JUDGMENT. Document filed by Chang Kim. (Attachments: # 1 Exhibit A) (Goldman, Jerry) **Propose to be reviewed by Clerk's Office staff.** (Entered: 08/21/2019) |
| 21/2019 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (4913 in 1:03−md−01570− 35 in 1:18−cv−11837−GBD−SN) Proposed Judgment was reviewed and approved as to form; Modify signatur In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11837−GBD−SN(ad)** (Entered: 08/21/2019) |

| | | |
|---|---|---|
| 21/2019 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (87 in 1:18−cv−05320−GE 4917 in 1:03−md−01570−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Assoc Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05320−GBD−SN(ad)** (Entered: 08/21/2019) |
| 21/2019 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (4921 in 1:03−md−01570− 88 in 1:18−cv−05306−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Associat 1:03−md−01570−GBD−SN, 1:18−cv−05306−GBD−SN(ad)** (Entered: 08/21/2019) |
| 21/2019 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (87 in 1:18−cv−05339−GE 4929 in 1:03−md−01570−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Assoc Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05339−GBD−SN(ad)** (Entered: 08/21/2019) |
| 21/2019 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (37 in 1:18−cv−12387−GE 4933 in 1:03−md−01570−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Assoc Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12387−GBD−SN(ad)** (Entered: 08/21/2019) |
| 21/2019 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (4937 in 1:03−md−01570− 43 in 1:18−cv−11870−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Associat 1:03−md−01570−GBD−SN, 1:18−cv−11870−GBD−SN(ad)** (Entered: 08/21/2019) |
| 21/2019 | 4938 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter, Robert T. Haefele and Andrew J. Malon August 21, 2019 re: Request for extension of time to respond to under−seal filings made by KSA on 8/19/19. Docum Plaintiffs Executive Committees.(Haefele, Robert) (Entered: 08/21/2019) |
| 21/2019 | 4939 | MOTION Partial Final Judgment . Document filed by Laurence Schlissel. (Attachments: # 1 Exhibit A, # 2 Text of P Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05331−GBD−SN(Goldman, Jerry) (Entered: 08/21/2019) |
| 21/2019 | 4940 | MEMORANDUM OF LAW in Support re: (4939 in 1:03−md−01570−GBD−SN, 82 in 1:18−cv−05331−GBD−SN) M Partial Final Judgment . . Document filed by Laurence Schlissel. (Attachments: # 1 Exhibit A)Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:18−cv−05331−GBD−SN(Goldman, Jerry) (Entered: 08/21/2019) |
| 21/2019 | 4941 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (4939 in 1:03−md−01570−GBD−SN, 82 in 1:18−cv−05331−GBD−SN) MOTION Partial Final Judgment .. Document filed by Laurence Schlissel. (Attachments Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05331−GBD−SN(Goldman, Jerry) (Entered: 08/21/2019) |
| 21/2019 | 4942 | PROPOSED JUDGMENT. Document filed by Laurence Schlissel. (Attachments: # 1 Exhibit A) (Goldman, Jerry) **Pr Judgment to be reviewed by Clerk's Office staff.** (Entered: 08/21/2019) |
| 21/2019 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (4942 in 1:03−md−01570− 85 in 1:18−cv−05331−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Associat 1:03−md−01570−GBD−SN, 1:18−cv−05331−GBD−SN(dt)** (Entered: 08/21/2019) |
| 21/2019 | 4943 | MEMO ENDORSEMENT on re: 4938 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The Plai Executive Committees' request is GRANTED. (Signed by Magistrate Judge Sarah Netburn on 08/21/2019) (ras) (Ente 08/21/2019) |
| 21/2019 | 4944 | NOTICE OF APPEARANCE by Stephen Wah on behalf of Erik Aamoth, Gordon Aamoth, Lloyd Abel, Lloyd Abel, Abel, Lloyd Abel, Jr, Lloyd Abel, Sr, Audrey Ades, Roberta Agyeman, Margarite Bonomo, Rodney Bush, William Cintron−Lugos, Raymond DeConto, Jessica Derubbio, Joseph Deuel, Joseph Deuel, Richard Deuel, Estate of John P. Estate of John Patrick O'Neill Sr., Allison Garger, Carly Gordenstein, Arthur Harris, Arthur Harris, Arthur Harris, De Hemenway, Marinella Hemenway, Robert Hemenway, Robert Hemenway, Alexander Jimenez, Bakahityar Kamardir Kim, Kristian Kincaid, Stephanie Lang, Queen Mercer, Maureen Moody−Theinert, Horace Morris, Michael Murray, Murray, C. O'Neill, C. O'Neill, C. O'Neill, C. I. O'Neill, Ana Ortiz, Berta Perez, Mario Perez, Hopeton Richards, Che Deborah Rooney, Matthew Rowenhorst, Laurence Schlissel, Barbara Spence, Edward Stackpole, Michael Stackpole, Zelmanowitz. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(Wah, Stephen) (Entered: 08/21/2019) |
| 21/2019 | 4945 | MOTION to Amend/Correct . Document filed by Cheryl Rivelli. (Attachments: # 1 Text of Proposed Order)Filed In Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN(Goldman, Jerry) (Entered: 08/21/2019) |
| 21/2019 | 4946 | MEMORANDUM OF LAW in Support re: (29 in 1:18−cv−11878−GBD−SN, 4945 in 1:03−md−01570−GBD−SN) M Amend/Correct . . Document filed by Cheryl Rivelli, Donna Rivelli. Filed In Associated Cases: 1:03−md−01570−GE 1:18−cv−11878−GBD−SN(Goldman, Jerry) (Entered: 08/21/2019) |
| 21/2019 | 4947 | PROPOSED ORDER. Document filed by Cheryl Rivelli. Related Document Number: [4945, 29]. (Goldman, Jerry) **P Order to be reviewed by Clerk's Office staff.** (Entered: 08/21/2019) |

| | | |
|---|---|---|
| 21/2019 | 4948 | MOTION Partial Final Judgment . Document filed by Gordon Aamoth. (Attachments: # 1 Exhibit, # 2 Text of Propos Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12276−GBD−SN(Goldman, Jerry) (Entered: 08/21/2019) |
| 21/2019 | 4949 | MEMORANDUM OF LAW in Support re: (4948 in 1:03−md−01570−GBD−SN, 36 in 1:18−cv−12276−GBD−SN) M Partial Final Judgment . . Document filed by Gordon Aamoth. (Attachments: # 1 Exhibit A)Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:18−cv−12276−GBD−SN(Goldman, Jerry) (Entered: 08/21/2019) |
| 21/2019 | 4950 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (4948 in 1:03−md−01570−GBD−SN, 36 in 1:18−cv−12276−GBD−SN) MOTION Partial Final Judgment .. Document filed by Gordon Aamoth. (Attachments: # A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12276−GBD−SN(Goldman, Jerry 08/21/2019) |
| 21/2019 | 4951 | PROPOSED JUDGMENT. Document filed by Gordon Aamoth. (Attachments: # 1 Exhibit A) (Goldman, Jerry) **Prop Judgment to be reviewed by Clerk's Office staff.** (Entered: 08/21/2019) |
| 21/2019 | 4952 | MOTION Partial Final Judgment . Document filed by Audrey Ades. (Attachments: # 1 Exhibit A, # 2 Text of Propos Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−07306−GBD−SN(Goldman, Jerry) (Entered: 08/21/2019) |
| 21/2019 | 4953 | MEMORANDUM OF LAW in Support re: (63 in 1:18−cv−07306−GBD−SN, 4952 in 1:03−md−01570−GBD−SN) M Partial Final Judgment . . Document filed by Audrey Ades. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−07306−GBD−SN(Goldman, Jerry) (Entered: 08/21/2019) |
| 21/2019 | 4954 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (63 in 1:18−cv−07306−GBD−SN, 4952 in 1:03−md−01570−GBD−SN) MOTION Partial Final Judgment .. Document filed by Audrey Ades. (Attachments: # 1 # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−07306−GBD−SN(Goldman, Jerry) (E 08/21/2019) |
| 21/2019 | 4955 | PROPOSED JUDGMENT. Document filed by Audrey Ades. (Attachments: # 1 Exhibit A) (Goldman, Jerry) **Propos Judgment to be reviewed by Clerk's Office staff.** (Entered: 08/21/2019) |
| 21/2019 | 4956 | MOTION Partial Final Judgment . Document filed by Marinella Hemenway. (Attachments: # 1 Exhibit A, # 2 Text o Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN(Goldman, Jerry) (Entered: 08/21/2019) |
| 21/2019 | 4957 | MEMORANDUM OF LAW in Support re: (34 in 1:18−cv−12277−GBD−SN, 4956 in 1:03−md−01570−GBD−SN) M Partial Final Judgment . . Document filed by Marinella Hemenway. (Attachments: # 1 Exhibit A)Filed In Associated 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN(Goldman, Jerry) (Entered: 08/21/2019) |
| 21/2019 | 4958 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (34 in 1:18−cv−12277−GBD−SN, 4956 in 1:03−md−01570−GBD−SN) MOTION Partial Final Judgment .. Document filed by Marinella Hemenway. (Attachme Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN(Goldma (Entered: 08/21/2019) |
| 21/2019 | 4959 | PROPOSED JUDGMENT. Document filed by Marinella Hemenway. (Attachments: # 1 Exhibit A) (Goldman, Jerry) **Judgment to be reviewed by Clerk's Office staff.** (Entered: 08/21/2019) |
| 21/2019 | 4960 | MOTION Partial Final Judgment . Document filed by Maureen Moody−Theinert. (Attachments: # 1 Exhibit A, # 2 T Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11876−GBD−SN(Goldman, Jerry) 08/21/2019) |
| 21/2019 | 4961 | MEMORANDUM OF LAW in Support re: (4960 in 1:03−md−01570−GBD−SN, 34 in 1:18−cv−11876−GBD−SN) M Partial Final Judgment . . Document filed by Maureen Moody−Theinert. (Attachments: # 1 Exhibit A)Filed In Associ 1:03−md−01570−GBD−SN, 1:18−cv−11876−GBD−SN(Goldman, Jerry) (Entered: 08/21/2019) |
| 21/2019 | 4962 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (4960 in 1:03−md−01570−GBD−SN, 34 in 1:18−cv−11876−GBD−SN) MOTION Partial Final Judgment .. Document filed by Maureen Moody−Theinert. (Attac 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11876−GBD−SN(Goldm (Entered: 08/21/2019) |
| 21/2019 | 4963 | PROPOSED JUDGMENT. Document filed by Maureen Moody−Theinert. (Attachments: # 1 Exhibit A) (Goldman, J **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 08/21/2019) |
| 21/2019 | 4964 | MOTION Partial Final Judgment . Document filed by Horace Morris. (Attachments: # 1 Exhibit A, # 2 Text of Propo Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN(Goldman, Jerry) (Entered: 08/21/2019) |

| | | |
|---|---|---|
| 21/2019 | 4965 | MEMORANDUM OF LAW in Support re: (4964 in 1:03−md−01570−GBD−SN, 86 in 1:18−cv−05321−GBD−SN) M Partial Final Judgment . . Document filed by Horace Morris. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN(Goldman, Jerry) (Entered: 08/21/2019) |
| 21/2019 | 4966 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (4964 in 1:03−md−01570−GBD−SN, 86 in 1:18−cv−05321−GBD−SN) MOTION Partial Final Judgment .. Document filed by Horace Morris. (Attachments: # 1 # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN(Goldman, Jerry) (E 08/21/2019) |
| 21/2019 | 4967 | PROPOSED JUDGMENT. Document filed by Horace Morris. (Attachments: # 1 Exhibit A) (Goldman, Jerry) **Propo Judgment to be reviewed by Clerk's Office staff.** (Entered: 08/21/2019) |
| 21/2019 | 4968 | MOTION Partial Final Judgment . Document filed by Cheryl Rivelli. (Attachments: # 1 Exhibit A, # 2 Text of Propo Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN(Goldman, Jerry) (Entered: 08/21/2019) |
| 21/2019 | 4969 | MEMORANDUM OF LAW in Support re: (32 in 1:18−cv−11878−GBD−SN, 4968 in 1:03−md−01570−GBD−SN) M Partial Final Judgment . . Document filed by Cheryl Rivelli. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN(Goldman, Jerry) (Entered: 08/21/2019) |
| 21/2019 | 4970 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (32 in 1:18−cv−11878−GBD−SN, 4968 in 1:03−md−01570−GBD−SN) MOTION Partial Final Judgment .. Document filed by Cheryl Rivelli. (Attachments: # 1 # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN(Goldman, Jerry) (E 08/21/2019) |
| 21/2019 | 4971 | PROPOSED JUDGMENT. Document filed by Cheryl Rivelli. (Attachments: # 1 Exhibit A) (Goldman, Jerry) **Propo Judgment to be reviewed by Clerk's Office staff.** (Entered: 08/21/2019) |
| 21/2019 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (35 in 1:18−cv−11878−GE 4971 in 1:03−md−01570−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN(ad)** (Entered: 08/22/2019) |
| 21/2019 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (4951 in 1:03−md−01570− 39 in 1:18−cv−12276−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Associat 1:03−md−01570−GBD−SN, 1:18−cv−12276−GBD−SN(ad)** (Entered: 08/22/2019) |
| 21/2019 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (4955 in 1:03−md−01570− 66 in 1:18−cv−07306−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Associat 1:03−md−01570−GBD−SN, 1:18−cv−07306−GBD−SN(ad)** (Entered: 08/22/2019) |
| 21/2019 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (37 in 1:18−cv−12277−GE 4959 in 1:03−md−01570−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN(ad)** (Entered: 08/22/2019) |
| 21/2019 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (31 in 1:18−cv−11878−GE 4947 in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associate 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN(ad)** (Entered: 08/22/2019) |
| 21/2019 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (4963 in 1:03−md−01570− 37 in 1:18−cv−11876−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Associat 1:03−md−01570−GBD−SN, 1:18−cv−11876−GBD−SN(ad)** (Entered: 08/22/2019) |
| 21/2019 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (4967 in 1:03−md−01570− 89 in 1:18−cv−05321−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Associat 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN(ad)** (Entered: 08/22/2019) |
| 22/2019 | 4972 | LETTER MOTION for Extension of Time *for FBI to respond to motion to compel* addressed to Magistrate Judge Sar from AUSA Sarah S Normand dated 08/22/2019., LETTER MOTION for Extension of Time to File Response/Reply to Magistrate Judge Sarah Netburn from AUSA Sarah S Normand dated 08/22/2019., LETTER MOTION to Adjourn Conference addressed to Magistrate Judge Sarah Netburn from AUSA Sarah S Normand dated 08/22/2019. Documen FBI.(Normand, Sarah) Modified on 8/23/2019 (ras). (Entered: 08/22/2019) |
| 23/2019 | 4973 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert K. Kry dated August 23, 2019 re: plaintiffs' moti reconsider opinion on motion to compel further discovery from the Kingdom of Saudi Arabia. Document filed by Da Trans Arabia.(Kry, Robert) (Entered: 08/23/2019) |
| 23/2019 | 4974 | NOTICE OF APPEARANCE by Vianny Maria Pichardo on behalf of C. O'Neill, Erik Aamoth, Gordon Aamoth, Llo Lloyd Abel, Lloyd Abel, Lloyd Abel, Jr, Lloyd Abel, Sr, Audrey Ades, Roberta Agyeman, Margarite Bonomo, Rodn William Cintron−Lugos, David DeConto, Jessica Derubbio, Joseph Deuel, Joseph Deuel, Estate of John P.O'Neill, Sr |

| | | |
|---|---|---|
| | | John Patrick O'Neill Sr., Allison Garger, Carly Gordenstein, David Gordenstein, Arthur Harris, Arthur Harris, Arthur Marinella Hemenway, Alexander Jimenez, Bakahityar Kamardinova, Chang Kim, Kristian Kincaid, Stephanie Lang, Mercer, Queen Mercer, Maureen Moody−Theinert, Horace Morris, Michael Murray, Michael Murray, Timothy Murr O'Neill, C. O'Neill, C. I. O'Neill, J. O'Neill, Ana Ortiz, Mario Perez, Hopeton Richards, Cheryl Rivelli, Deborah Roo Matthew Rowenhorst, Laurence Schlissel, Barbara Spence, Shannon Spence, Edward Stackpole, Michael Stackpole, Zelmanowitz. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(Pichardo, Vianny) (Entered: 08/23/2019) |
| 23/2019 | 4975 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman, Esq. dated 08/22/2019 Document filed by G Aamoth, Lloyd Abel, Sr, Marinella Hemenway, Alexander Jimenez, Chang Kim, Maureen Moody−Theinert, Cheryl Matthew Rowenhorst.(Goldman, Jerry) (Entered: 08/23/2019) |
| 23/2019 | 4976 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman, Esq. dated 08/22/2019 Document filed by A Horace Morris.(Goldman, Jerry) (Entered: 08/23/2019) |
| 23/2019 | 4977 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman, Esq. dated 08/22/2019 Document file Gordon Aamoth, Marinella Hemenway, Maureen Moody−Theinert, Cheryl Rivelli.(Goldman, Jerry) (Entered: 08/23/ |
| 23/2019 | 4978 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman, Esq. dated 08/22/2019 Document file Abel, Lloyd Abel, Sr, Roberta Agyeman, Jessica Derubbio, Alexander Jimenez, Bakahityar Kamardinova, Chang Ki Rowenhorst, Laurence Schlissel.(Goldman, Jerry) (Entered: 08/23/2019) |
| 23/2019 | 4979 | ORDER granting (4820) Motion to Amend/Correct in case 1:03−md−01570−GBD−SN; granting (24) Motion to Am in case 1:18−cv−12276−GBD−SN. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 08/23/2019) File Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12276−GBD−SN. (ras) (Entered: 08/23/2019) |
| 23/2019 | 4980 | ORDER granting (4823) Motion to Amend/Correct in case 1:03−md−01570−GBD−SN; granting (25) Motion to Am in case 1:18−cv−11837−GBD−SN. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 08/23/2019) File Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11837−GBD−SN. (ras) Modified on 8/23/2019 (ras). (Enter 08/23/2019) |
| 23/2019 | 4981 | ORDER granting (4826) Motion to Amend/Correct in case 1:03−md−01570−GBD−SN; granting (26) Motion to Am in case 1:18−cv−11875−GBD−SN. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 08/23/2019) File Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11875−GBD−SN. (ras) (Entered: 08/23/2019) |
| 23/2019 | 4982 | ORDER granting (4829) Motion to Amend/Correct in case 1:03−md−01570−GBD−SN; granting (30) Motion to Am in case 1:18−cv−11870−GBD−SN. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 08/23/2019) File Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11870−GBD−SN. (ras) (Entered: 08/23/2019) |
| 23/2019 | 4983 | ORDER granting (4832) Motion to Amend/Correct in case 1:03−md−01570−GBD−SN; granting (24) Motion to Am in case 1:18−cv−11876−GBD−SN. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 08/23/2019) File Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11876−GBD−SN. (ras) Modified on 8/23/2019 (ras). (Enter 08/23/2019) |
| 23/2019 | 4984 | ORDER granting (4836) Motion to Amend/Correct in case 1:03−md−01570−GBD−SN; granting (25) Motion to Am in case 1:18−cv−12387−GBD−SN. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 08/23/2019) File Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12387−GBD−SN. (ras) (Entered: 08/23/2019) |
| 23/2019 | 4985 | ORDER granting (4907) Motion to Amend/Correct in case 1:03−md−01570−GBD−SN; granting (37) Motion to Am in case 1:18−cv−11870−GBD−SN. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 08/23/2019) File Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11870−GBD−SN. (ras) (Entered: 08/23/2019) |
| 23/2019 | 4986 | ORDER granting (4945) Motion to Amend/Correct in case 1:03−md−01570−GBD−SN; granting (29) Motion to Am in case 1:18−cv−11878−GBD−SN. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 08/23/2019) File Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN. (ras) (Entered: 08/23/2019) |
| 23/2019 | 4987 | ORDER granting 4972 Letter Motion for Extension of Time.The Federal Bureau of Investigation ("FBI") shall respo remaining aspects of the Plaintiffs' Executive Committees' ("PECs") motion to compel by September 6, 2019. By Sep 2019, the parties shall file a joint letter proposing a deadline for the PECs to file a reply brief, if any. (HEREBY ORD Magistrate Judge Sarah Netburn)(Text Only Order) (dmn) (Entered: 08/23/2019) |
| 23/2019 | 4988 | ORDER granting (4763) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; granting (73) Motion to Sub Party in case 1:18−cv−05339−GBD−SN. Upon consideration of Plaintiffs' motion to permit the substitution of partie individuals as plaintiffs in their adult capacities who were previously identified as minors in their prior pleadings; it i ORDERED that the Kamardinova Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be su into the Kamardinova case. (Signed by Magistrate Judge Sarah Netburn on 08/23/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05339−GBD−SN. (ras) (Entered: 08/23/2019) |

| | | |
|---|---|---|
| 23/2019 | 4989 | ORDER granting (4765) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; granting (73) Motion to Sub Party in case 1:18−cv−05320−GBD−SN. Upon consideration of Plaintiffs' motion to permit the substitution of the Pe Representative of an individual killed as a result of the terrorist attacks on September 11, 2001; it is hereby ORDERE Agyeman Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the Agyen (Signed by Magistrate Judge Sarah Netburn on 08/23/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05320−GBD−SN. (ras) (Entered: 08/23/2019) |
| 23/2019 | 4990 | ORDER granting (4845) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; granting(27) Motion to Subs in case 1:18−cv−12276−GBD−SN. Upon consideration of Plaintiffs' motion to permit the substitution of the Personal Representatives of individuals killed as a result of the terrorist attacks on September 11, 2001 and/or individuals who Personal Representative for a family member of a individuals killed as a result of the terrorist attacks on September 1 is hereby ORDERED that the Aamoth Plaintiffs' motion is granted, and the individuals included on Exhibit A are to b substituted into the Aamoth case. (Signed by Magistrate Judge Sarah Netburn on 08/23/2019) Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:18−cv−12276−GBD−SN. (ras) (Entered: 08/23/2019) |
| 23/2019 | 4991 | ORDER granting (4847) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; granting (24) Motion to Sub Party in case 1:18−cv−12277−GBD−SN. Upon consideration of Plaintiffs' motion to permit the substitution of parties individuals as plaintiffs in their adult capacities who were previously identified as minors in their prior pleadings; it i ORDERED that the Hemenway Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be subs the Hemenway case. (Signed by Magistrate Judge Sarah Netburn on 08/23/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN. (ras) (Entered: 08/23/2019) |
| 23/2019 | 4992 | ORDER granting (4850) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; granting (28) Motion to Sub Party in case 1:18−cv−12387−GBD−SN. Upon consideration of Plaintiffs' motion to permit the substitution of the Pe Representatives of individuals killed as a result of the terrorist attacks on September 11, 2001 and/or individuals who Personal Representative for a family member of an individual killed as a result of the terrorist attacks on September 1 is hereby ORDERED that the Rowenhorst Plaintiffs' motion is granted, and the individuals included on Exhibit A are substituted into the Rowenhorst case. (Signed by Magistrate Judge Sarah Netburn on 08/23/2019) Filed In Associated 1:03−md−01570−GBD−SN, 1:18−cv−12387−GBD−SN. (ras) (Entered: 08/23/2019) |
| 23/2019 | 4993 | ORDER granting(4899) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; granting (33) Motion to Subs in case 1:18−cv−12276−GBD−SN. Upon consideration of Plaintiffs' motion to permit the substitution of the Personal Representative of an individual killed as a result of the terrorist attacks on September 11, 2001; it is hereby ORDERE Aamoth Plaintiffs' motion is granted, and the individual included on Exhibit A is to be substituted into the Aamoth ca by Magistrate Judge Sarah Netburn on 08/23/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12276−GBD−SN. (ras) (Entered: 08/23/2019) |
| 23/2019 | 4994 | ORDER granting 4901) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; granting (31) Motion to Subs in case 1:18−cv−12277−GBD−SN. Upon consideration of Plaintiffs' motion to permit the substitution of the Personal Representative of an individual killed as a result of the terrorist attacks on September 11, 2001; it is hereby ORDERE Hemenway Plaintiffs' motion is granted, and the individual included on Exhibit A is to be substituted into the Hemen (Signed by Magistrate Judge Sarah Netburn on 08/23/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN. (ras) (Entered: 08/23/2019) |
| 23/2019 | 4995 | ORDER granting (4904) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; granting (31) Motion to Sub Party in case 1:18−cv−11876−GBD−SN. Upon consideration of Plaintiffs' motion to permit the substitution of parties individuals as plaintiffs in their adult capacities who were previously identified as minors in their prior pleadings; it i ORDERED that the Moody−Theinert Plaintiffs' motion is granted, and the individual included on Exhibit A is to be s into the Moody−Theinert case.(Signed by Magistrate Judge Sarah Netburn on 08/23/2019) Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:18−cv−11876−GBD−SN. (ras) (Entered: 08/23/2019) |
| 26/2019 | 4996 | PARTIAL FINAL JUDGMENT: ORDERED that partial final judgment is entered against Iran and on behalf of those who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and it ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 per spouse, $8,500,0 parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is ORDERED that Plaintiffs in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from Septe 2001 until the date of judgment; and it is ORDERED that Plaintiffs identified in Exhibit A may submit an application punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered date consistent with any future rulings made by this Court on this issue; and it is ORDERED that the remaining Plain Bakahityar Kamardinova et al. v. Islamic Republic of Iran, No. 1:18−cv−05339 (GBD) (SN) not appearing on Exhibi submit in later stages applications for damages awards, and to the extent such plaintiffs are similarly situated to those on Exhibit A, the applications will be approved consistent with those approved herein for the Plaintiffs appearing on SO ORDERED., Motions terminated: (75 in 1:18−cv−05339−GBD−SN, 4767 in 1:03−md−01570−GBD−SN) MOTI Partial Final Judgment filed by Bakahityar Kamardinova. (Signed by Judge George B. Daniels on 8/26/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05339−GBD−SN(ama) (Entered: 08/26/2019) |

| | | |
|---|---|---|
| 26/2019 | 4997 | PARTIAL FINAL JUDGMENT: ORDERED that partial final judgment is entered against Iran and on behalf of those who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and it ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 per spouse, $8,500,0 parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is ORDERED that Plaintiffs in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from Septe 2001 until the date of judgment; and it is ORDERED that Plaintiffs identified in Exhibit A may submit an application punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered date consistent with any future rulings made by this Court on this issue; and it is ORDERED that the remaining Plain Ades, et al., v Islamic Republic of Iran (1: 18−cv−07306) not appearing on Exhibit A, may submit in later stages app damages awards, and to the extent such plaintiffs are similarly situated to those appearing on Exhibit A, the applicatio approved consistent with those approved herein for the Plaintiffs appearing on Exhibit A. SO ORDERED. (Signed by George B. Daniels on 8/26/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−07306−GBD−SN (Entered: 08/26/2019) |
| 27/2019 | 4998 | NOTICE OF APPEARANCE by Samantha Emily Smith on behalf of C. O'Neill, Gordon Aamoth, Lloyd Abel, Lloyd Lloyd Abel, Sr, Audrey Ades, Roberta Agyeman, Margarite Bonomo, Rodney Bush, William Cintron−Lugos, David Marie DeConto LeBlanc, Jessica Derubbio, Joseph Deuel, Richard Deuel, Estate of John P.O'Neill, Sr., Estate of Joh O'Neill Sr., Estate of of John P. O'Neill, Sr., Allison Garger, Carly Gordenstein, David Gordenstein, Arthur Harris, A Harris, Desiree Hemenway, Marinella Hemenway, Alexander Jimenez, Bakahityar Kamardinova, Chang Kim, Kristi Karyl Kincaid−Noel, Stephanie Lang, Queen Mercer, Deirdre Moody, Maureen Moody−Theinert, Horace Morris, M Murray, Michael Murray, C. O'Neill, C. O'Neill, C. O'Neill, C. I. O'Neill, John O'Neill, Ana Ortiz, Berta Perez, Hope Richards, Cheryl Rivelli, Deborah Rooney, Matthew Rowenhorst, Laurence Schlissel, Barbara Spence, Edward Stack Michael Stackpole, Jack Zelmanowitz. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(Smith, Samanth 08/27/2019) |
| 27/2019 | 4999 | ENDORSED LETTER addressed to Magistrate Judge Sarah Netburn from Andrew E. Krause dated 08/14/2019 re: g matter. ENDORSEMENT: For the reasons set forth above, it is ORDERED that this letter and its attachments be file seal, except that a copy of the letter (without attachments) may be served upon the parties and publicly filed in In re T Attacks on September 11, 2001, No. 03−MDL−1570 (S.D.N.Y.) (GBD) (SN); and it is FURTHER ORDERED that t Division attorneys who now and in the future may be handling this case, as well as their supervisors, may have acces grand jury records that may be at issue in this case. (Signed by Magistrate Judge Sarah Netburn on 08/27/2019) (ras) 08/27/2019) |
| 27/2019 | 5000 | MEMO ENDORSEMENT on re: 4906 Letter filed by Plaintiffs PI Executive Committee, Plaintiffs Executive Comm ENDORSEMENT: The Plaintiffs' Executive Committees ("PECs") are directed to file a status letter regarding the Su Detainees, Guantanamo Detainees, and alleged WitSec Deponent no later than Friday, September 20, 2019. The parti further reminded that third−party fact discovery closes on October 31, 2019. (Signed by Magistrate Judge Sarah Netb 08/27/2019) (ras) (Entered: 08/27/2019) |
| 27/2019 | 5001 | MEMORANDUM DECISION AND ORDER in case 1:03−md−01570−GBD−SN; granting (29) Motion to Dismiss i 1:18−cv−07030−GBD−SN: Defendant SHC's motion to dismiss, (ECF No. 29), is GRANTED. The Clerk of Court is close the motion accordingly. (Signed by Judge George B. Daniels on 8/27/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−07030−GBD−SN (jwh) (Entered: 08/27/2019) |
| 27/2019 | 5002 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU (SEE 5003 Reply Memorandum) − I** *Reply in Support of Plaintiffs' Objections to ECF 4696*. Document filed by Plaintiffs Executive Committees.(Pounian Modified on 8/28/2019 (db). (Entered: 08/27/2019) |
| 27/2019 | 5014 | SEALED DOCUMENT placed in vault.(mhe) Modified on 8/28/2019 (mhe). (Entered: 08/28/2019) |
| 27/2019 | 5015 | SEALED DOCUMENT placed in vault.(mhe) Modified on 8/28/2019 (mhe). (Entered: 08/28/2019) |
| 27/2019 | 5016 | SEALED DOCUMENT placed in vault.(mhe) Modified on 8/28/2019 (mhe). (Entered: 08/28/2019) |
| 28/2019 | 5003 | REPLY MEMORANDUM OF LAW in Opposition *to Sealing Order ECF No. 4696*. Document filed by Plaintiffs Ex Committees. (Pounian, Steven) (Entered: 08/28/2019) |
| 28/2019 | 5004 | CLERK CERTIFICATE OF MAILING of one copy of the Cover Letter, Second Amended Complaint, filed in the U. Court for the Southern District of New York, dated May 6, 2019 (Ray Doc. No. 139), Notice of Suit, pursuant to 22 C dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, et seq.; Amended Summons in a Civil Action, dat 7, 2019 (Ray Doc. No. 172), Affidavits/Certifications from the Translators mailed to IRANS MINISTRY OF ECON AFFAIRS AND FINANCE, c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Avenue, Iran on 8/27/19 by Registered Mail tracking # LA 337 930 501 US, to the head of the ministry of foreign affairs, purs provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3). Filed In Associated Cases: 1:03−md−01570− 1:19−cv−00012−GBD−SN(Goedtel, Casey) (Entered: 08/28/2019) |

| | | |
|---|---|---|
| 28/2019 | 5005 | CLERK CERTIFICATE OF MAILING of one copy of the Cover Letter, Second Amended Complaint, filed in the U. Court for the Southern District of New York, dated May 6, 2019 (Ray Doc. No. 139), Notice of Suit, pursuant to 22 C dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, et seq.; Amended Summons in a Civil Action, dat 7, 2019 (Ray Doc. No. 172), Affidavits/Certifications from the Translators mailed to ISLAMIC REPUBLIC OF IRA Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran on 8/27/19 by Registere tracking # LA 337 930 515 US, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Se Immunities Act, 28 U.S.C. § 1608(a)(3). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN(Goedtel, Casey) (Entered: 08/28/2019) |
| 28/2019 | 5006 | MOTION to Substitute Attorney. Old Attorney: John Michael Eubanks and Robert Turner Haefele, New Attorney: D Pantazis *Unopposed Motion to Substitute Counsel*. Document filed by Spouse Doe AP20, Matthew Van Auken, Sara Auken. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Pantazis, Dennis) Modified on 9/7/2019 (ras). (Entered: 08/28/2019) |
| 28/2019 | 5007 | CLERK CERTIFICATE OF MAILING of one copy of the Cover Letter, Second Amended Complaint, filed in the U. Court for the Southern District of New York, dated May 6, 2019 (Ray Doc. No. 139), Notice of Suit, pursuant to 22 C dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, et seq.; Amended Summons in a Civil Action, dat 7, 2019 (Ray Doc. No. 172), Affidavits/Certifications from the Translators mailed to ISLAMIC REVOLUTIONARY CORPS, c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran on 8/2 Registered Mail tracking # LA 337 930 577 US, to the head of the ministry of foreign affairs, pursuant to the provisio Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN(Goedtel, Casey) (Entered: 08/28/2019) |
| 28/2019 | 5008 | CLERK CERTIFICATE OF MAILING of one copy of the Cover Letter, Second Amended Complaint, filed in the U. Court for the Southern District of New York, dated May 6, 2019 (Ray Doc. No. 139), Notice of Suit, pursuant to 22 C dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, et seq.; Amended Summons in a Civil Action, dat 7, 2019 (Ray Doc. No. 172), Affidavits/Certifications from the Translators mailed to IRANS MINISTRY OF COMM H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran on 8/27/19 by Regi tracking # LA 337 930 563 US, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Se Immunities Act, 28 U.S.C. § 1608(a)(3). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN(Goedtel, Casey) (Entered: 08/28/2019) |
| 28/2019 | 5009 | CLERK CERTIFICATE OF MAILING of one copy of the Cover Letter, Second Amended Complaint, filed in the U. Court for the Southern District of New York, dated May 6, 2019 (Ray Doc. No. 139), Notice of Suit, pursuant to 22 C dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, et seq.; Amended Summons in a Civil Action, dat 7, 2019 (Ray Doc. No. 172), Affidavits/Certifications from the Translators mailed to IRANS MINISTRY OF DEFEN ARMED FORCES LOGISTICS c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Ave Tehran, Iran on 8/27/19 by Registered Mail tracking # LA 337 930 529 US, to the head of the ministry of foreign affa pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN(Goedtel, Casey) (Entered: 08/28/2019) |
| 28/2019 | 5010 | MOTION to Substitute Attorney. Old Attorney: John Michael Eubanks and Robert Turner Haefele, New Attorney: D Pantazis *Unopposed Motion to Substitute Counsel*. Document filed by Jacob Kleinberg, Lauren Kleinberg, Sam Klei Spouse Doe AP15. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Pantazis, Dennis) (Entered: 08/28/2019) |
| 28/2019 | 5011 | CLERK CERTIFICATE OF MAILING of one copy of the Cover Letter, Second Amended Complaint, filed in the U. Court for the Southern District of New York, dated May 6, 2019 (Ray Doc. No. 139), Notice of Suit, pursuant to 22 C dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, et seq.; Amended Summons in a Civil Action, dat 7, 2019 (Ray Doc. No. 172), Affidavits/Certifications from the Translators mailed to CENTRAL BANK OF IRAN A BANK MARKAZI, c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Avenue, Tehran, 8/27/19 by Registered Mail tracking # LA 337 930 550 US, to the head of the ministry of foreign affairs, pursuant to provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3). Filed In Associated Cases: 1:03−md−01570− 1:19−cv−00012−GBD−SN(Goedtel, Casey) (Entered: 08/28/2019) |
| 28/2019 | 5012 | CLERK CERTIFICATE OF MAILING of one copy of the Cover Letter, Second Amended Complaint, filed in the U. Court for the Southern District of New York, dated May 6, 2019 (Ray Doc. No. 139), Notice of Suit, pursuant to 22 C dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, et seq.; Amended Summons in a Civil Action, dat 7, 2019 (Ray Doc. No. 172), Affidavits/Certifications from the Translators mailed to IRANS MINISTRY OF INFOR AND SECURITY c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Avenue, Tehran, I 8/27/19 by Registered Mail tracking # LA 337 930 532 US, to the head of the ministry of foreign affairs, pursuant to provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3). Filed In Associated Cases: 1:03−md−01570− 1:19−cv−00012−GBD−SN(Goedtel, Casey) (Entered: 08/28/2019) |
| 28/2019 | 5013 | MOTION to Substitute Attorney. Old Attorney: John Michael Eubanks and Robert Turner Haefele, New Attorney: D Pantazis *Unopposed Motion to Substitute Counsel*. Document filed by John Casazza, Spouse Doe AP18. (Attachmen Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Pantazis, Dennis) (Ent |

| | | |
|---|---|---|
| | | 08/28/2019) |
| 28/2019 | 5017 | MOTION to Substitute Attorney. Old Attorney: Frank H. Granito, III, New Attorney: Dennis G. Pantazis *Unopposed* *Substitute Counsel*. Document filed by Caroline Breitweiser, Kristen Breitweiser. (Attachments: # 1 Exhibit A)Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN, 1:17−cv−02003−GBD−SN(Pantazis, Dennis) (Entered: 08/28/2019) |
| 28/2019 | 5018 | LETTER addressed to Judge George B. Daniels from John M. Eubanks dated 8/28/2019 re: Judgments in Iran litigati Document filed by All Plaintiffs in 15−cv−9903.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00041−GBD−SN, 1:19−cv−00044−GBD−SN(Eubanks, John) (Entered: 08/28/ |
| 29/2019 | 5019 | CLERK CERTIFICATE OF MAILING of one copy of the Summons, Complaint, SDNY Civil Cover Sheet, Notice c related papers relating to the Foreign Sovereign Immunities Act) provided in English and Farsi, with an affidavit of tr attesting to the accuracy of the Farsi translation mailed to ISLAMIC REPUBLIC OF IRAN, Minister of Foreign Affa Ministry of Foreign Affairs for the Republic of Iran, Iman Khomeini Avenue, Tehran, Iran. ATTN: H.E. Mohammad on 8/14/19 by Registered Mail tracking # RB 596 280 453 US, to the head of the ministry of foreign affairs, pursuant provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3). Filed In Associated Cases: 1:03−md−01570− 1:18−cv−11417−GBD−SN(Goedtel, Casey) (Entered: 08/29/2019) |
| 29/2019 | 5020 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter, Robert T. Haefele and Andrew J. Malon August 29, 2019 re: the PEC's request that the Court enter an Order granting qualified persons access, subject to the t FBI Privacy Act and Protective Order (ECF No. 4255), to the petitions filed by the Government and now pending be Netburn, seeking the disclosure of certain grand jury material. Document filed by Plaintiffs Executive Committees.(C (Entered: 08/29/2019) |
| 29/2019 | 5021 | SEALED DOCUMENT placed in vault.(rz) (Entered: 08/29/2019) |
| 29/2019 | 5022 | LETTER MOTION for Oral Argument addressed to Magistrate Judge Sarah Netburn from Steven R. Pounian dated ( Document filed by Plaintiffs Executive Committees.(Pounian, Steven) (Entered: 08/29/2019) |
| 30/2019 | 5023 | LETTER RESPONSE to Motion addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated Augu re: 5022 LETTER MOTION for Oral Argument addressed to Magistrate Judge Sarah Netburn from Steven R. Pounia 08/29/2019. . Document filed by Kingdom of Saudi Arabia. (Kellogg, Michael) (Entered: 08/30/2019) |
| 30/2019 | 5024 | ORDER: On August 27, 2019, the Court granted the request of the Department of Justice ("DOJ") to file the attachm August 14, 2019 letter under seal. ECF No. 4999. On August 28, 2019, the DOJ informed the Court that it had inadve failed to include certain documents that should have been attached to the August 14 letter. The DOJ requests that thes documents also be filed under seal. For the reasons stated in the August 27 Order, that request is GRANTED. (Signed Magistrate Judge Sarah Netburn on 8/30/2019) (kv) (Entered: 08/30/2019) |
| 30/2019 | 5025 | MEMO ENDORSEMENT on re: 5020 Letter,, filed by Plaintiffs Executive Committees. ENDORSEMENT: The Pla Executive Committees' request is GRANTED. Subject to the terms of the FBI Privacy Act and Protective Order, see 4255, qualified persons, as defined in that Order, are granted access to the Government's petitions seeking disclosure jury material responsive to Plaintiffs' subpoena and Touhy request to the FBI. SO ORDERED. (Signed by Magistrate Sarah Netburn on 8/30/2019) (kv) (Entered: 08/30/2019) |
| 30/2019 | 5026 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment with certified Farsi translati and certified copy of the August 31, 2015 default judgment on liability with certified Farsi translation; a true and cert of the July 29, 2019 Final Order of Judgment and the moving papers of Plaintiffs Motion, with certified Farsi translat Default Judgment and Plaintiffs motion papers; and the Foreign Sovereign Immunities Act with certified Farsi transla service to Islamic Republic of Iran, H.E. Dr. Mohammed Javad Zarif, Foreign Minister of the Ministry of Foreign Af Khomeini Street, Imam Khomeini Square, Tehran, Islamic Republic of Iran, on 08/30/2019, by dispatch to the Secret State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. I of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Service Immunities Act, 28 U.S.C. § 1608(a)(4), by Federal Express tracking # 7761 1777 7610. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN (gpe) (Entered: 08/30/2019) |
| 30/2019 | | *****DELETED DOCUMENT. Deleted document number 5027 . ECF No. 5027 removed upon request from Ch Document subject to the FBI Protective Order (ECF No. 4255) was inadvertently filed on the public docket. Pa refile redacted version. (ras)** (Entered: 09/03/2019) |
| 31/2019 | 5028 | MOTION for Default Judgment as to *Entry of Partial Final Default Judgment on Behalf of Burnett/Iran Non−Immea Members (Burnett X)*. Document filed by All Plaintiffs in 15−cv−9903.Filed In Associated Cases: 1:03−md−01570−( 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 08/31/2019) |
| 31/2019 | 5029 | MEMORANDUM OF LAW in Support re: (205 in 1:15−cv−09903−GBD−SN, 5028 in 1:03−md−01570−GBD−SN) for Default Judgment as to *Entry of Partial Final Default Judgment on Behalf of Burnett/Iran Non−Immediate Famil (Burnett X)*. . Document filed by All Plaintiffs in 15−cv−9903. Filed In Associated Cases: 1:03−md−01570−GBD−SI |

| | | |
|---|---|---|
| | | 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 08/31/2019) |
| 31/2019 | 5030 | DECLARATION of John M. Eubanks in Support re: (5028 in 1:03−md−01570−GBD−SN, 205 in 1:15−cv−09903−G MOTION for Default Judgment as to *Entry of Partial Final Default Judgment on Behalf of Burnett/Iran Non−Immed Members (Burnett X)*.. Document filed by All Plaintiffs in 15−cv−9903. (Attachments: # 1 Ex. A − Plaintiff List, # 2 Dec. of Deborah Barrett, # 3 Ex. C − Dec. of Theresa Bevilacqua, # 4 Ex. D. − Dec. of Susann Carol Brady, # 5 Ex. E Rebecca Chang, # 6 Ex. F − Dec. of Douglas Cleary, # 7 Ex. G − Dec. of Cheryl Cooper, # 8 Ex. H − Dec. of Mary C 9 Ex. I − Dec. of Margaret Cruz, # 10 Ex. J − Dec. of John Cuccinello, # 11 Ex. K − Dec. of William Dietrich, # 12 E of Robert Giallombardo, # 13 Ex. M − Dec. of Veronica Glascoe, # 14 Ex. N − Dec. of Lisa Goldberg−McWilliams, − Dec. of Lydeda Grant, # 16 Ex. P − Dec. of Anthony Newsome, # 17 Ex. Q − Dec. of Monica Ianelli, # 18 Ex. R − Frank Jensen, # 19 Ex. S − Dec. of Kerri Kelly, # 20 Ex. T − Dec. of Ina Leventhal, # 21 Ex. U − Dec. of Camille Ni # 22 Ex. V − Dec. of Chelsea Rhea McCarthy, # 23 Ex. W − Dec. of Rhonda McCleary, # 24 Ex. X − Dec. of Noreen McDonough, # 25 Ex. Y − Dec. of Vincent Milotta, # 26 Ex. Z − Dec. of Catherine Nolan, # 27 Ex. AA − Dec. of Gi 28 Ex. BB − Dec. of Cheryl Rinbrand, # 29 Ex. CC − Dec. of Silveria Segura, # 30 Ex. DD − Dec. of Patricia Skic, # − Dec. of Jose Franco−Suarez, # 32 Ex. FF − Dec. of Joscelyn Franco−Suarez)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 08/31/2019) |
| 31/2019 | 5031 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by All Plaintiffs in 15−cv−9903. (Attachments: # 1 Exhibit A) (Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** 08/31/2019) |
| 31/2019 | 5032 | MOTION for Default Judgment as to *Entry of Partial Final Judgment on Behalf of Burnett/Iran 9/11 Decedent Estat (Burnett VIII)*. Document filed by All Plaintiffs in 15−cv−9903.Filed In Associated Cases: 1:03−md−01570−GBD−S 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 08/31/2019) |
| 31/2019 | 5033 | MEMORANDUM OF LAW in Support re: (209 in 1:15−cv−09903−GBD−SN, 5032 in 1:03−md−01570−GBD−SN) for Default Judgment as to *Entry of Partial Final Judgment on Behalf of Burnett/Iran 9/11 Decedent Estate Claimant VIII)*. . Document filed by All Plaintiffs in 15−cv−9903. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 08/31/2019) |
| 31/2019 | 5034 | DECLARATION of John M. Eubanks in Support re: (209 in 1:15−cv−09903−GBD−SN, 5032 in 1:03−md−01570−G MOTION for Default Judgment as to *Entry of Partial Final Judgment on Behalf of Burnett/Iran 9/11 Decedent Estat (Burnett VIII)*.. Document filed by All Plaintiffs in 15−cv−9903. (Attachments: # 1 Ex. A − Plaintiff List, # 2 Ex. B − Cashman Report, # 3 Ex. C − Bud Flagg Report, # 4 Ex. D − Dee Flagg Report, # 5 Ex. E − James Hayden Report, # Natalie Lasden Report, # 7 Ex. G − Judith Larocque Report, # 8 Ex. H − Maclovio Lopez, Jr. Report, # 9 Ex. I − Hild Report, # 10 Ex. J − Dora Menchaca Report, # 11 Ex. K − Nicole Carol Miller Report, # 12 Ex. L − Shawn Nassaney 13 Ex. M − John Ogonowski Report, # 14 Ex. N − Donald Peterson Report, # 15 Ex. O − Jesus Sanchez Report, # 16 Christine Snyder Report, # 17 Ex. Q − Mary Alice Wahlstrom Report, # 18 Ex. R − Kristen White−Gould Report)Fil Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 08/31/2019) |
| 31/2019 | 5035 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by All Plaintiffs in 15−cv−9903. (Attachments: # 1 Exhibit A) (Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** 08/31/2019) |
| 03/2019 | 5036 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Leslie Bennison, Kristen Carpenter, Joan Stephanie Parker, Bryan Suarez, Carol Suarez, Manuel Suarez. (Capone, Dorothea) **Proposed document to be revie processed by Clerk's Office staff (No action required by chambers).** (Entered: 09/03/2019) |
| 03/2019 | 5037 | AFFIDAVIT of Dorothea M. Capone in Support re: (24 in 1:18−cv−11416−GBD−SN, 5036 in 1:03−md−01570−GB Proposed Clerk's Certificate of Default,. Document filed by Leslie Bennison, Kristen Carpenter, Joan Parker, Stephar Bryan Suarez, Carol Suarez, Manuel Suarez. (Attachments: # 1 Exhibit A, # 2 Exhibit B − Part 1, # 3 Exhibit B − Par Exhibit C)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11416−GBD−SN(Capone, Dorothea) (E 09/03/2019) |
| 03/2019 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (5035 in 1:03−md−01570−GBD−SN, 212 in 1:15−cv−09903−GBD−SN) Proposed Default Judgment, was reviewed and a as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(dt)** (Entered: 09/0 |
| 03/2019 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (5031 in 1:03−md−01570−GBD−SN, 208 in 1:15−cv−09903−GBD−SN) Proposed Default Judgment, was reviewed and a as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(dt)** (Entered: 09/0 |
| 03/2019 | 5038 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by All Plaintiffs in 19−41. (Eubanks, John) **document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** (Entered: 09/ |
| 03/2019 | 5039 | AFFIDAVIT of John M. Eubanks in Support re: (5038 in 1:03−md−01570−GBD−SN, 22 in 1:19−cv−00041−GBD− Proposed Clerk's Certificate of Default. Document filed by All Plaintiffs in 19−41. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00041−GBD−SN(Eubanks, John) (Entered: 09/03/2019) |

| | | |
|---|---|---|
| )3/2019 | 5040 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by All Plaintiffs in 19−44. (Eubanks, John) **document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** (Entered: 09/ |
| )3/2019 | 5041 | AFFIDAVIT of John M. Eubanks in Support re: (19 in 1:19−cv−00044−GBD−SN, 5040 in 1:03−md−01570−GBD−: Proposed Clerk's Certificate of Default. Document filed by All Plaintiffs in 19−44. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00044−GBD−SN(Eubanks, John) (Entered: 09/03/2019) |
| )3/2019 | 5042 | CLERK'S CERTIFICATE OF DEFAULT as to the Islamic Republic of Iran (Iran"), issued on September 3, 2019. Fi Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11416−GBD−SN(dt) (Entered: 09/03/2019) |
| )3/2019 | 5043 | MOTION for Default Judgment as to *Parker Suarez Plaintiffs*. Document filed by Leslie Bennison, Kristen Carpente Parker, Stephanie Parker, Bryan Suarez, Carol Suarez, Manuel Suarez.Filed In Associated Cases: 1:03−md−01570−C 1:18−cv−11416−GBD−SN(Capone, Dorothea) (Entered: 09/03/2019) |
| )3/2019 | 5044 | MEMO ENDORSEMENT on re: (20 in 1:19−cv−00041−GBD−SN, 204 in 1:15−cv−09903−GBD−SN, 5018 in 1:03−md−01570−GBD−SN, 17 in 1:19−cv−00044−GBD−SN) Letter, filed by All Plaintiffs in 15−cv−9903. ENDOF The Court has received the Burnett Plaintiffs' letter. At this time, the Court does not believe a telephonic conference i to expedite the resolution of the pending motions. Since August, Plaintiffs in this multi−district litigation have collect dozens of motions for partial final judgment. The Court will address these motions in due course but may not be able motions filed weeks ago by a September 13 deadline. The Court, however, has some concern regarding the timeliness claims filed in 2019. Accordingly, the Burnett Plaintiffs shall file a status letter by Friday, September 6, 2019, addres timeliness of Plaintiffs' claims under the applicable statute of limitations, particularly those added through a Notice o Amendment in July and August of 2019. The Burnett Plaintiffs are directed to meet−and−confer with counsel for the O'Neil Plaintiffs, who have filed similar motions for partial final judgment. To the extent the parties disagree on a pa point, they may file separate letters. (Signed by Magistrate Judge Sarah Netburn on 09/03/2019) Filed In Associated 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00041−GBD−SN, 1:19−cv−00044−GBD−SN. (ra 09/03/2019) |
| )3/2019 | 5045 | DECLARATION of Dorothea M. Capone in Support re: (27 in 1:18−cv−11416−GBD−SN, 5043 in 1:03−md−01570 MOTION for Default Judgment as to *Parker Suarez Plaintiffs*.. Document filed by Leslie Bennison, Kristen Carpente Parker, Stephanie Parker, Bryan Suarez, Carol Suarez, Manuel Suarez. (Attachments: # 1 Exhibit A, # 2 Exhibit B − Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11416−GBD−SN(Capone, Dorothea) (Enter 09/03/2019) |
| )3/2019 | 5046 | PROPOSED ORDER. Document filed by Leslie Bennison, Kristen Carpenter, Joan Parker, Stephanie Parker, Bryan Carol Suarez, Manuel Suarez. Related Document Number: [5043, 27]. (Capone, Dorothea) **Proposed Order to be re Clerk's Office staff.** (Entered: 09/03/2019) |
| )3/2019 | 5047 | PARTIAL FINAL JUDGMENT: It is hereby; ORDERED that the Motion is granted and default judgment as to liabi entered in favor of all plaintiffs in Rivelli, et al. v. Islamic Republic of Iran (18−CV−11878) (GBD) (SN) and against Republic of Iran, ("Iran"); and it is, ORDERED that partial final judgment is entered against Iran and on behalf of tho Plaintiffs who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate o parent, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 per spouse, $8,500,0 parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is ORDERED that Plaintiffs in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from Septe 2001 until the date of judgment; and it is ORDERED that Plaintiffs identified in Exhibit A may submit an application punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered date consistent with any future rulings made by this Court on this issue; and it is ORDERED that the remaining Plain Rivelli, et al. v. Islamic Republic of Iran (18−CV−11878) (GBD) (SN) not appearing on Exhibit A, may submit in lat applications for damages awards, and to the extent such plaintiffs are similarly situated to those appearing on Exhibit applications will be approved consistent with those approved herein for the Plaintiffs appearing on Exhibit A. (Signe George B. Daniels on 9/3/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN( (Additional attachment(s) added on 9/3/2019: # 1 Appeal Package) (mro). (Entered: 09/03/2019) |
| )3/2019 | 5048 | PARTIAL FINAL JUDGMENT. It is hereby; ORDERED that the Motion is granted and default judgment as to liabi entered in favor of all plaintiffs in Abel, et al. v. Islamic Republic of Iran (1:18−CV−11837) (GBD) (SN) and against Republic of Iran, ("Iran"); and it is, ORDERED that partial final judgment is entered against Iran and on behalf of tho Plaintiffs who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate o parent, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 per spouse, $8,500,0 parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is ORDERED that Plaintiffs in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from Septe 2001 until the date of judgment; and it is ORDERED that Plaintiffs identified in Exhibit A may submit an application punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered date consistent with any future rulings made by this Court on this issue; and it is ORDERED that the remaining Plain Abel, et al. v. Islamic Republic of Iran (1:18−CV−11837) (GBD) (SN) not appearing on Exhibit A, may submit in lat |

| | | |
|---|---|---|
| | | applications for damages awards, and to the extent such plaintiffs are similarly situated to those appearing on Exhibit applications will be approved consistent with those approved herein for the Plaintiffs appearing on Exhibit A. So Ord Motions terminated: (4872 in 1:03−md−01570−GBD−SN, 28 in 1:18−cv−11837−GBD−SN) MOTION Partial Final filed by Lloyd A Abel, Sr, Lloyd A. Abel, Sr., (32 in 1:18−cv−11837−GBD−SN, 4910 in 1:03−md−01570−GBD−SN MOTION Partial Final Judgment . filed by Lloyd A Abel, Sr, Lloyd A. Abel, Sr. (Signed by Judge George B. Daniels Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11837−GBD−SN(yv) (Entered: 09/03/2019) |
| )3/2019 | 5049 | PARTIAL FINAL JUDGMENT: that the Motion is granted and default judgment as to liability is entered in favor of plaintiffs in Chang Dom Kim et al. v. Islamic Republic of Iran, 1:18−cv−11870 (GBD)(SN) and against the Islamic R Iran. Partial final judgment is entered against Iran and on behalf of those Plaintiffs who are identified in the attached who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of individuals kille terrorist attacks on September 11, 2001, as indicated in Exhibit A. Plaintiffs identified in Exhibit A are awarded solat damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set f Exhibit A. Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounde running from September 11, 2001 until the date of the judgment. Plaintiffs identified in Exhibit A may submit an app punitive damages, economic damages, or other damages (to the extent such awards have no previously been ordered) date consistent with any future rulings made by this Court on this issue. The remaining Plaintiffs in Chang Dom Kim Islamic Republic of Iran, 1:18−cv−11870(GBD)(SN) not appearing on Exhibit A, may submit in later stages applicat damages awards, and to the extent such plaintiffs are similarly situated to those appearing on Exhibit A, the applicatio approved consistent with those approved herein for the Plaintiffs appearing on Exhibit A. Motions terminated: (33 in 1:18−cv−11870−GBD−SN, 4841 in 1:03−md−01570−GBD−SN) MOTION Partial Final Judgment . filed by Chang I (Signed by Judge George B. Daniels on 9/3/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11870−GBD−SN(tro) (Entered: 09/03/2019) |
| )3/2019 | 5050 | PARTIAL FINAL JUDGMENT: It is hereby; ORDERED that the Motion is granted and default judgment as to liabi entered in favor of all plaintiffs in Gordon Aamoth Sr. et al. v. Islamic Republic of Iran, 1:18−cv−12276 (GBD) (SN) against the Islamic Republic of Iran, ("Iran"); and it is, ORDERED that partial final judgment is entered against Iran behalf of those Plaintiffs who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling estate of a spouse, parent, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as ind Exhibit A; and it is ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 p $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is ORDERE Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, from September 11, 2001 until the date of judgment; and it is ORDERED that Plaintiffs identified in Exhibit A may s application for punitive damages, economic damages, or other damages (to the extent such awards have not previousl ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is ORDERED that tl remaining Plaintiffs in Gordon Aamoth Sr. et al. v. Islamic Republic of Iran, 1:18−cv−12276 (GBD)(SN) not appeari Exhibit A, may submit in later stages applications for damages awards, and to the extent such plaintiffs are similarly those appearing on Exhibit A, the applications will be approved consistent with those approved herein for the Plaintif appearing on Exhibit A. (Signed by Judge George B. Daniels on 9/3/2019) (Attachments: # 1 Appeal Package)Filed I Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12276−GBD−SN(mro) (Entered: 09/03/2019) |
| )3/2019 | 5051 | PARTIAL FINAL JUDGMENT: it is hereby; ORDERED that partial final judgment is entered against Iran and on be those Plaintiffs who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the es spouse, parent, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as indicated in E and it is ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 per spouse, per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is ORDERED that Plain identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running f September 11, 2001 until the date of judgment; and it is ORDERED that Plaintiffs identified in Exhibit A may submi application for punitive damages, economic damages, or other damages (to the extent such awards have not previousl ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is ORDERED that tl remaining Plaintiffs in O'Neill el al. v. The Republic of Iraq, No. 1:04−cv−01076 (GBD) (SN) not appearing on Exhi submit in later stages applications for damages awards, and to the extent such plaintiffs arc similarly situated to those on Exhibit A, the applications will be approved consistent with those approved herein for the Plaintiffs appearing on So Ordered. (js). (Entered: 09/03/2019) |
| )3/2019 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (29 in 1:18−cv−11416−GBD−S 1:03−md−01570−GBD−SN) Proposed Order, was reviewed and approved as to form. Filed In Associated Case 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−11416−GBD−SN(dt)** (Entered: 09/03/2019) |
| )3/2019 | 5052 | LETTER MOTION for Extension of Time *for the FBI to complete processing of certain foreign government materia* to Magistrate Judge Sarah Netburn from Sarah S. Normand / Jeannette A. Vargas / Andrew E. Krause dated August 3 Document filed by FBI.(Krause, Andrew) (Entered: 09/03/2019) |
| )3/2019 | 5053 | PARTIAL FINAL JUDGMENT: It is hereby; ORDERED that the Motion is granted and default judgment as to liabi entered in favor of al] plaintiffs in Matthew Rowenhorst et al. v. Islamic Republic of Iran, 1:18−cv−12387(GBD)(SN against the Islamic Republic of Iran, ("Iran"); and it is, ORDERED that partial final judgment is entered against Iran |

| | | |
|---|---|---|
| | | behalf of those Plaintiffs who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling estate of a spouse, parent, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as ind Exhibit A; and it is ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 p $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is ORDERE Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, from September 11, 2001 until the date of judgment; and it is ORDERED that Plaintiffs identified in Exhibit A may s application for punitive damages, economic damages, or other damages (to the extent such awards have not previousl ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is ORDERED that th remaining Plaintiffs in Matthew Rowenhorst et al. v. Islamic Republic of Iran, 1:18−cv−12387 (GBD) (SN) not appea Exhibit A, may submit in later stages applications for damages awards, and to the extent such plaintiffs are similarly s those appearing on Exhibit A, the applications will be approved consistent with those approved herein for the Plaintif appearing on Exhibit A. (Signed by Judge George B. Daniels on 9/3/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12387−GBD−SN(mro) (Entered: 09/03/2019) |
| )3/2019 | 5054 | PARTIAL FINAL JUDGMENT: It is hereby; ORDERED that the Motion is granted and default judgment as to liabi entered in favor of all plaintiffs in Marinella Hemenway et al. v. Islamic Republic of Iran, 1:18−cv−12277 (GBD)(SN against the Islamic Republic oflran, ("Iran"); and it is, ORDERED that partial final judgment is entered against Iran a behalf of those Plaintiffs who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling estate of a spouse, parent, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as ind Exhibit A; and it is ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 p $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is ORDERE Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, from September 11, 2001 until the date of judgment; and it is ORDERED that Plaintiffs identified in Exhibit A may s application for punitive damages, economic damages, or other damages (to the extent such awards have not previousl ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is ORDERED that th remaining Plaintiffs in Marinella Hemenway et al. v. Islamic Republic of Iran, 1:18−cv−12277 (GBD)(SN) not appea Exhibit A, may submit in later stages applications for damages awards, and to the extent such plaintiffs are similarly s those appearing on Exhibit A, the applications will be approved consistent with those approved herein for the Plaintif appearing on Exhibit A. (Signed by Judge George B. Daniels on 9/3/2019) (Attachments: # 1 Appeal Package)Filed I Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN(mro) (Entered: 09/03/2019) |
| )3/2019 | 5055 | PARTIAL FINAL JUDGMENT: It is hereby; ORDERED that the Motion is granted and default judgment as to liabi entered in favor of all plaintiffs in Moody−Theinert, et al. v. Islamic Republic of Iran (1:18−CV−11876) (GBD)(SN) the Islamic Republic of Iran, ("Iran"); and it is, ORDERED that partial final judgment is entered against Iran and on b those Plaintiffs who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the es spouse, parent, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as indicated in E and it is ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 per spouse, per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is ORDERED that Plain identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running f September 11, 2001 until the date of judgment; and it is ORDERED that Plaintiffs identified in Exhibit A may submi application for punitive damages, economic damages, or other damages (to the extent such awards have not previousl ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is ORDERED that th remaining Plaintiffs in Moody−Theinert, et al. v. Islamic Republic of Iran (1:18−CV−11876) (GBD)(SN) not appeari Exhibit A, may submit in later stages applications for damages awards, and to the extent such plaintiffs are similarly s those appearing on Exhibit A, the applications will be approved consistent with those approved herein for the Plaintif appearing on Exhibit A. (Signed by Judge George B. Daniels on 9/3/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11876−GBD−SN(mro) (Entered: 09/03/2019) |
| )3/2019 | 5056 | PARTIAL FINAL JUDGMENT: ORDERED that the Motion is granted and default judgment as to liability is entere all plaintiffs in Jimenez, et al. v. Islamic Republic of Iran(1:18−CV−11875) (GBD) (SN) and against the Islamic Rep Iran. ("Iran"); and it is, ORDERED that partial final judgment is entered against Iran and on behalf of those Plaintiffs identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, sibling) of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and it isORDE Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is ORDERED that Plaintiffs identified in Exhib awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 u of judgment; and it is ORDERED that Plaintiffs identified in Exhibit A may submit an application for punitive damag economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date con any future rulings made by this Court on this issue; and it is ORDERED that the remaining Plaintiffs in Jimenez, et a Republic of Iran (1:18−CV−11875) (GBD) (SN) not appearing on Exhibit A, may submit in later stages applications damages awards, and to the extent such plaintiffs are similarly situated to those appearing on Exhibit A, the applicati approved consistent with those approved herein for the Plaintiffs appearing on Exhibit A.., Motions terminated: (29 i 1:18−cv−11875−GBD−SN, 4876 in 1:03−md−01570−GBD−SN) MOTION Partial Final Judgment . filed by Alexan Jimenez. (Signed by Judge George B. Daniels on 9/3/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11875−GBD−SN(rj) (Entered: 09/03/2019) |

| | | |
|---|---|---|
| )3/2019 | 5057 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 09/03/2019) |
| )3/2019 | 5058 | PARTIAL FINAL DEFAULT JUDGMENT: It is hereby; ORDERED that partial final judgment is entered on behalf Burlingame Plaintiffs identified in Exhibit A against the Islamic Republic of Iran; it is ORDERED that the Burlingan identified in the attached Exhibit A are awarded solatium damages as set forth in Exhibit A with prejudgment interest awards to be calculated at a rate of 4.96 percent per annum, compounded annually, over the same period; ORDERED Burlingame Plaintiffs identified in the attached Exhibit A may submit a future application for economic, punitive or c damages, to the extent such awards have not previously been addressed, consistent with any future rulings of this Cou ORDERED that the Burlingame Plaintiffs not appearing on Exhibit A and who were not previously awarded solatium may submit applications in later stages and they will be approved on the same basis as currently approved for those P appearing on Exhibit A. (Signed by Judge George B. Daniels on 9/3/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN(mro) (Entered: 09/03/2019) |
| )3/2019 | 5059 | CLERK'S CERTIFICATE OF DEFAULT as to The Islamic Republic of Iran, issued on September 3, 2019. Filed In Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00041−GBD−SN(dt) . (Entered: 09/03/2019) |
| )3/2019 | 5060 | CLERK'S CERTIFICATE OF DEFAULT as to The Islamic Republic of Iran, issued on September 3, 2019.. Filed In Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00044−GBD−SN(dt) (Entered: 09/03/2019) |
| )3/2019 | 5061 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF BURNETT/IRAN PLAINTIFFS IDEN EXHIBIT A: It is hereby; ORDERED that partial final judgment is entered against the Iran Defendants and on behalf Plaintiffs in Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al., 15−cv−9903, as identified in the attach A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of individuals k terrorist attacks on September 11, 2001, as indicated in Exhibit A, and it is ORDERED that Plaintiffs identified in Ex awarded: solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 as set forth in Exhibit A; and it is ORDERED that Plaintiffs identified in Exhibit A are awarded prejudgment interest percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is OR that Plaintiffs identified in Exhibit A may submit an application for punitive damages, economic damages, or other da the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by th this issue, and it is ORDERED that the remaining Burnett/Iran Plaintiffs not appearing on Exhibit A, may submit in l applications for damages awards, and to the extent they are for solatium or by estates for compensatory damages' for pain and suffering from the September 11 attacks, they will be approved consistent with those approved herein for th appearing on Exhibit A. (Signed by Judge George B. Daniels on 9/3/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(mro) (Entered: 09/03/2019) |
| )3/2019 | 5062 | CORRECTED ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF BURNETT/IRAN PLA IDENTIFIED AT EXHIBIT A: It is hereby; ORDERED that partial final judgment is entered against the Iran Defend behalf of the Plaintiffs in Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al., 15−cv−9903, as identified attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a parent or sibling) of individuals the terrorist attacks on September 11, 2001, as indicated in Exhibit A, and it is ORDERED that the Plaintiffs identifie A are awarded: solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,25 sibling, as indicated in Exhibit A; and it is ORDERED that the Plaintiffs identified in Exhibit A are awarded prejudgı interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgme ORDERED that that the Plaintiffs identified in Exhibit A may submit an application for punitive damages at a later d consistent with any future rulings made by this Court on this issue, and it is ORDERED that the these plaintiffs and tl remaining Burnett Plaintiffs not appearing on Exhibit A, to the extent such awards have not previously been addresse submit in later stages applications for damages awards, and to the extent they are for solatium or by estates for compe damages for conscious pain and suffering of decedents from the September 11 attacks, they will be approved consiste those approved herein for the Plaintiffs appearing on Exhibit A. (Signed by Judge George B. Daniels on 9/3/2019) Fi Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(mro) (Additional attachment(s) added on 1 Appeal Package) (mro). (Entered: 09/03/2019) |
| )3/2019 | 5063 | PARTIAL FINAL JUDGMENT II: It is hereby; ORDERED that partial final judgment is entered against Iran and on those Plaintiffs who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the es spouse, parent, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as indicated in E and it is ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 per spouse, per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is ORDERED that Plain identified in Exhibit A are awarded pre−judgment interest of 4.96 percent per annum, compounded annually, running September 11, 2001 until the date of judgment; and it is ORDERED that Plaintiffs identified in Exhibit A may submi application for punitive damages, economic damages, or other damages (to the extent such awards have not previousl ordered) at a later date consistent with any future rulings made by this Court on this issue. SO ORDERED. (Signed b George B. Daniels on 9/3/2019) (Attachments: # 1 Exhibit Right to Appeal)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−07306−GBD−SN(jca) (Entered: 09/03/2019) |
| )3/2019 | 5064 | PARTIAL FINAL JUDGMENT II: It is hereby; ORDERED that partial final judgment is entered against Iran and on those Plaintiffs who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the es spouse, parent, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as indicated in E |

| | | |
|---|---|---|
| | | and it is ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 per spouse, per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is ORDERED that Plain identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running f September 11, 2001 until the date of judgment; and it is ORDERED that Plaintiffs identified in Exhibit A may submi application for punitive damages, economic damages, or other damages (to the extent such awards have not previousl ordered) at a later date consistent with any future rulings made by this Court on this issue. (Signed by Judge George I on 9/3/2019) (Attachments: # 1 Appeal Package)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN(mro) (Entered: 09/03/2019) |
| )3/2019 | 5065 | ORDER terminating (4849) Motion to Substitute Party, in case 1:03−md−01570−GBD−SN; terminating (26) Motion Substitute Party, in case 1:18−cv−12277−GBD−SN. On August 14, 2019, Plaintiffs filed a motion to substitute partie to Rule 15(d) of the Federal Rules of Civil Procedure. ECF No. 26. That motion should have been − and in fact was − separate member case, No. 18−CV−12387. Id. at 1 ("This document relates to...18−cv−12387."). The Court granted t in 18−CV−12387 on August 23, 2019. See No. 18−CV−12387, at ECF No. 41. Accordingly, Plaintiffs' motion in the case is now moot. The Clerk of the Court is respectfully directed to terminate the motions at ECF Nos. 26 (18−CV−1 4849 (03−MDL−01570). (Signed by Magistrate Judge Sarah Netburn on 09/03/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN. (ras) (Entered: 09/03/2019) |
| )3/2019 | 5098 | ORDER granting (5006) Motion to Substitute Attorney, in case 1:03−md−01570−GBD−SN. (HEREBY ORDERED Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN. (ras) Modified on 9/7/2019 (ras). (Entered: 09/07/2019) |
| )3/2019 | 5099 | ORDER granting (5010) Motion to Substitute Attorney, in case 1:03−md−01570−GBD−SN; granting (202) Motion t Attorney, in case 1:15−cv−09903−GBD−SN. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN. (ras) (Entered: 09/07/2019) |
| )3/2019 | 5156 | ORDER granting (5013) Motion to Substitute Attorney, in case 1:03−md−01570−GBD−SN; granting (203) Motion t Attorney, in case 1:15−cv−09903−GBD−SN. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN. (ras) Modified on 9/16/2019 (ras 09/16/2019) |
| )3/2019 | 5157 | ORDER granting (5017) Motion to Substitute Attorney, in case 1:03−md−01570−GBD−SN; granting (1058) Motion Substitute Attorney, in case 1:02−cv−06977−GBD−SN; granting (74) Motion to Substitute Attorney, in case 1:02−cv−07230−GBD−SN; granting (158) Motion to Substitute Attorney, in case 1:17−cv−02003−GBD−SN. (HERI ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GB 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN, 1:17−cv−02003−GBD−SN. (ras) Modified on 9/16/2019 (ra (Entered: 09/16/2019) |
| )4/2019 | 5066 | ORDER granting 5052 Letter Motion for Extension of Time. The deadline to produce the "core records" is extended October 16, 2019, for the limited purpose of producing material for which the FBI has been awaiting authorization fr relevant foreign government. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) (ras) (E 09/04/2019) |
| )4/2019 | 5067 | PARTIAL FINAL JUDGMENT II: It is hereby; ORDERED that partial final judgment is entered against Iran and on those Plaintiffs who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the es spouse, parent, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as indicated in E and it is ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 per spouse, per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is ORDERED that Plain identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running f September 11, 2001 until the date of judgment; and it is ORDERED that Plaintiffs identified in Exhibit A may submi application for punitive damages, economic damages, or other damages (to the extent such awards have not previousl ordered) at a later date consistent with any future rulings made by this Court on this issue. (Signed by Judge George I on 9/4/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN(mro) (Entered: 09/( |
| )4/2019 | 5068 | PARTIAL FINAL JUDGMENT II: It is hereby; ORDERED that partial final judgment is entered against Iran and on those Plaintiffs who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the es spouse, parent, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as indicated in E and it is ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 per spouse, per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is ORDERED that Plain identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running f September 11, 2001 until the date of judgment; and it is ORDERED that Plaintiffs identified in Exhibit A may submi application for punitive damages, economic damages, or other damages (to the extent such awards have not previousl ordered) at a later date consistent with any future rulings made by this Court on this issue. (Signed by Judge George I on 9/4/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12276−GBD−SN(mro) (Entered: 09/( |
| )4/2019 | 5069 | PARTIAL FINAL JUDGMENT II: It is hereby; ORDERED that partial final judgment is entered against Iran and on those Plaintiffs who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the es |

| | | |
|---|---|---|
| | | spouse, parent, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as indicated in E: and it is ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 per spouse, per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is ORDERED that Plain identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running f September 11, 2001 until the date of judgment; and it is ORDERED that Plaintiffs identified in Exhibit A may submi application for punitive damages, economic damages, or other damages (to the extent such awards have not previousl ordered) at a later date consistent with any future rulings made by this Court on this issue. (Signed by Judge George I on 9/4/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11876−GBD−SN(mro) (Entered: 09/( |
| )4/2019 | 5070 | PARTIAL FINAL JUDGMENT II: It is hereby; ORDERED that partial final judgment is entered against Iran and on those Plaintiffs who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the es spouse, parent, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as indicated in E: and it is ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 per spouse, per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is ORDERED that Plain identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running f September 11, 2001 until the date of judgment; and it is ORDERED that P1aintiffs identified in Exhibit A may subm application for punitive damages, economic damages, or other damages (to the extent such awards have not previousl ordered) at a later date consistent with any future rulings made by this Court on this issue. SO ORDERED. Motions t (32 in 1:18−cv−11878−GBD−SN, 4968 in 1:03−md−01570−GBD−SN) MOTION Partial Final Judgment . filed by C Rivelli. (Signed by Judge George B. Daniels on 9/4/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN(kv) (Entered: 09/04/2019) |
| )4/2019 | 5071 | PARTIAL FINAL JUDGMENT II: It is hereby; ORDERED that partial final judgment is entered against Iran and on those Plaintiffs who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the es spouse, parent, child, or sibling) or the personal representative of an estate of individuals killed in the terrorist attacks September 11, 2001, as indicated in Exhibit A; and it is ORDERED that Plaintiff family members identified in Exhib than George Kane, as the Personal Representative of the Estate of Jennifer L. Kane, deceased, and on behalf of all su all legally entitled beneficiaries and family members of Jennifer L. Kane are, are awarded damages as indicated there $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhi is ORDERED that plaintiff George Kane, as the Personal Representative of the Estate of Jennifer L. Kane, deceased, behalf of all survivors and all legally entitled beneficiaries and family members of Jennifer L. Kane is awarded comp damages for decedents' pain and suffering in an amount of $2,000,000, as set forth in Exhibit A; and it is ORDERED plaintiff George Kane, as the Personal Representative of the Estate of Jennifer L. Kane, deceased, and on behalf of al and all legally entitled beneficiaries and family members of Jennifer L. Kane is awarded economic damages in the an $2,650,230 as set forth in Exhibit A and as supported by the expert reports and analyses submitted as Exhibits B to th Declaration; and it is ORDERED that all Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 p annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is ORDERED tha Plaintiffs identified in Exhibit A may submit an application for punitive damages, economic damages, or other damag extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this C issue. SO ORDERED. Motions terminated: (84 in 1:18−cv−05339−GBD−SN, 4926 in 1:03−md−01570−GBD−SN) I Partial Final Judgment . filed by Bakahityar Kamardinova. (Signed by Judge George B. Daniels on 9/4/2019) Filed Ir Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05339−GBD−SN(kv) (Entered: 09/04/2019) |
| )4/2019 | 5072 | PARTIAL FINAL JUDGMENT II: It is hereby; ORDERED that partial final judgment is entered against Iran and on those Plaintiffs who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the es spouse, parent, child, or sibling) or the personal representative of an estate of individuals killed in the terrorist attacks September 11, 2001, as indicated in Exhibit A; and it is ORDERED that Plaintiff family members identified in Exhib than Ann Van Hine as the Personal Representative of the Estate of Richard B. Van Hine, deceased, and on behalf of a and all legally entitled beneficiaries and family members of Richard B. Van Hine are, are awarded damages as indica namely $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth A; and it is ORDERED that plaintiff Ann Van Hine as the Personal Representative of the Estate of Richard B. Van H deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Richard B. Van I awarded compensatory damages for decedents' pain and suffering in an amount of $2,000,000, as set forth in Exhibit ORDERED that the plaintiff Ann Van Hine as the Personal Representative of the Estate of Richard B. Van Hine, dec on behalf of all survivors and all legally entitled beneficiaries and family members of Richard B. Van Hine is awarde damages in the amount of $1,388,723as set forth in Exhibit A and as supported by the expert reports and analyses sub Exhibits B to the Goldman Declaration; and it is ORDERED that all Plaintiffs identified in Exhibit A are awarded pre interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgme ORDERED that all Plaintiffs identified in Exhibit A may submit an application for punitive damages, economic dam other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future made by this Court on this issue. SO ORDERED. Motions terminated: (82 in 1:18−cv−05331−GBD−SN, 4939 in 1:03−md−01570−GBD−SN) MOTION Partial Final Judgment . filed by Laurence Schlissel. (Signed by Judge Georg Daniels on 9/4/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05331−GBD−SN(kv) (Entere 09/04/2019) |

| | | |
|---|---|---|
| )4/2019 | 5073 | FINAL ORDER OF SUMMARY JUDGMENT: Upon consideration of the evidence and arguments submitted by the death Plaintiffs in the above−captioned action and the Judgment by Default Against the Islamic Republic of Iran ente 08/26/2015, together with the entire record in this case, it is hereby; ORDERED that final judgment is entered on beh plaintiffs in the case Parker, et al. v. Islamic Republic of Iran, 18−cv−114167 identified in the attached Exhibit A aga Islamic Republic of Iran (the "Parker Plaintiffs"); and it is ORDERED that the Parker Plaintiffs identified in the attac A are awarded solatium damages as set forth in Exhibit A; and it is ORDERED that prejudgment interest is awarded calculated at a rate of 4.96% per annum; all interest compounded annually over the same period; and it is ORDERED Parker Plaintiffs identified on Exhibit A may submit an application for punitive damages at a later consistent with an rulings made by this Court on this issue. (Signed by Judge George B. Daniels on 9/4/2019) Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−11416−GBD−SN(mro) (Entered: 09/04/2019) |
| )4/2019 | 5074 | MOTION for Default Judgment as to *Burnett/Iran IX Plaintiffs Set Forth on Exhibit A to the Eubanks Declaration*. D filed by All Plaintiffs in 15−cv−9903.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 09/04/2019) |
| )4/2019 | 5075 | MEMORANDUM OF LAW in Support re: (216 in 1:15−cv−09903−GBD−SN, 5074 in 1:03−md−01570−GBD−SN) for Default Judgment as to *Burnett/Iran IX Plaintiffs Set Forth on Exhibit A to the Eubanks Declaration*. . Document Plaintiffs in 15−cv−9903. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Euban (Entered: 09/04/2019) |
| )4/2019 | 5076 | DECLARATION of John M. Eubanks in Support re: (216 in 1:15−cv−09903−GBD−SN, 5074 in 1:03−md−01570−C MOTION for Default Judgment as to *Burnett/Iran IX Plaintiffs Set Forth on Exhibit A to the Eubanks Declaration*.. I filed by All Plaintiffs in 15−cv−9903. (Attachments: # 1 Exhibit A, # 2 Exhibit B − Angela Houtz)Filed In Associate 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 09/04/2019) |
| )4/2019 | 5077 | **FILING ERROR − WRONG PDF FILE ASSOCIATED WITH DOCKET ENTRY −** PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by All Plaintiffs in 15−cv−9903. (Eubanks, John) **Propose Judgment to be reviewed by Clerk's Office staff.** Modified on 9/5/2019 (dt). (Entered: 09/04/2019) |
| )5/2019 | 5078 | MOTION for Default Judgment as to *Liability and for Partial Final Judgment for Damages for Arias Plaintiffs on Ex* Document filed by All Plaintiffs in 19−41.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00041−GBD−SN(Eubanks, John) (Entered: 09/05/2019) |
| )5/2019 | 5079 | MEMORANDUM OF LAW in Support re: (5078 in 1:03−md−01570−GBD−SN, 26 in 1:19−cv−00041−GBD−SN) I for Default Judgment as to *Liability and for Partial Final Judgment for Damages for Arias Plaintiffs on Exhibit A*. . I filed by All Plaintiffs in 19−41. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00041−GBD−SN(I John) (Entered: 09/05/2019) |
| )5/2019 | 5080 | DECLARATION of John M. Eubanks in Support re: (5078 in 1:03−md−01570−GBD−SN, 26 in 1:19−cv−00041−GI MOTION for Default Judgment as to *Liability and for Partial Final Judgment for Damages for Arias Plaintiffs on Ex* Document filed by All Plaintiffs in 19−41. (Attachments: # 1 Exhibit A − Arias)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00041−GBD−SN(Eubanks, John) (Entered: 09/05/2019) |
| )5/2019 | 5081 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by All Plaintiffs in 19−41. (Attac Exhibit A) (Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 09/05/2 |
| )5/2019 | 5082 | MOTION for Default Judgment as to *Liability and for Partial Final Judgment for Damages for Prior Plaintiffs on Ex* Document filed by All Plaintiffs in 19−44.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00044−GBD−SN(Eubanks, John) (Entered: 09/05/2019) |
| )5/2019 | 5083 | MEMORANDUM OF LAW in Support re: (5082 in 1:03−md−01570−GBD−SN, 23 in 1:19−cv−00044−GBD−SN) I for Default Judgment as to *Liability and for Partial Final Judgment for Damages for Prior Plaintiffs on Exhibit A*. . I filed by All Plaintiffs in 19−44. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00044−GBD−SN(I John) (Entered: 09/05/2019) |
| )5/2019 | 5084 | DECLARATION of John M. Eubanks in Support re: (5082 in 1:03−md−01570−GBD−SN, 23 in 1:19−cv−00044−GI MOTION for Default Judgment as to *Liability and for Partial Final Judgment for Damages for Prior Plaintiffs on Ex* Document filed by All Plaintiffs in 19−44. (Attachments: # 1 Exhibit A − Prior)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00044−GBD−SN(Eubanks, John) (Entered: 09/05/2019) |
| )5/2019 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED DEFAULT JUDGMENT. Notice to a John Eubanks to RE−FILE Document No. (5077 in 1:03−md−01570−GBD−SN, 219 in 1:15−cv−09903−GBD−S Proposed Default Judgment. The filing is deficient for the following reason(s): the PDF attached to the docket the proposed order is not correct, Exhibit A missing; ADD EXHIBIT A, then, Re−file the document using the Proposed Default Judgment found under the event list Proposed Orders. − select the correct filer/filers. Filed I Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(dt)** (Entered: 09/05/2019) |

| | | |
|---|---|---|
| )5/2019 | 5085 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by All Plaintiffs in 19−44. (Attac Exhibit A) (Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 09/05/2 |
| )5/2019 | 5086 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by All Plaintiffs in 15−cv−9903. (Attachments: # 1 Exhibit A) (Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** 09/05/2019) |
| )5/2019 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (5081 in 1:03−md−01570−GBD−SN, 29 in 1:19−cv−00041−GBD−SN) Proposed Default Judgment was reviewed and ap to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00041−GBD−SN(dt)** (Entered: 09/05/2 |
| )5/2019 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (5085 in 1:03−md−01570−GBD−SN, 26 in 1:19−cv−00044−GBD−SN) Proposed Default Judgment was reviewed and ap to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00044−GBD−SN(dt)** (Entered: 09/05/2 |
| )5/2019 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (220 in 1:15−cv−09903−GBD−SN, 5086 in 1:03−md−01570−GBD−SN) Proposed Default Judgment, was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(dt)** (Entered: 09/0 |
| )6/2019 | 5087 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF BURNETT/IRAN PLAINTIFFS IDEN EXHIBIT A: ORDERED that partial final judgment is entered against the Iran Defendants and on behalf of the Plain Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al., 15−cv−9903, as identified in the attached Exhibit A each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of individuals killed in the t attacks on September 11, 2001, as indicated in Exhibit A, and as further set forth in this judgment. (Signed by Judge Daniels on 9/6/2019) (jwh) (Entered: 09/06/2019) |
| )6/2019 | 5088 | ORDER OF JUDGMENT AS TO LIABILITY AND FOR PARTIAL FINAL DEFAULT JUDGMENTS ON BEHA PRIOR PLAINTIFFS IDENTIFIED AT EXHIBIT A: ORDERED that the Motion is granted and default judgment as is entered in favor of all plaintiffs in Prior, et al. v. The Islamic Republic of Iran, Case No. 19−cv−44 (GBD)(SN) aga Islamic Republic of Iran; and it is ORDERED that partial final judgment is entered against the Iran Defendants and o the Plaintiffs in Prior, et al. v. The Islamic Republic of Iran., 19−cv−44, as identified in the attached Exhibit A, who a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of individuals killed in the terrorist September 11, 2001, as indicated in Exhibit A, and it is ORDERED that Plaintiffs identified in Exhibit A are awarded damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set f Exhibit A; and it is ORDERED that Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percen annum, compounded annually, running from September 11, 2001 until the date of judgment; and as further set forth i judgment. (Signed by Judge George B. Daniels on 9/6/2019) (jwh) (Entered: 09/06/2019) |
| )6/2019 | 5089 | SECOND LETTER MOTION for Extension of Time *for FBI to motion to compel* addressed to Magistrate Judge Sara from AUSA Sarah S. Normand dated September 6, 2019. Document filed by FBI.(Normand, Sarah) (Entered: 09/06/ |
| )6/2019 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED DEFAULT JUDGMENT. Notice to a James P. Kreindler REFERENCE Document No. (4890 in 1:03−md−01570−GBD−SN, 1053 in 1:02−cv−06977− MOTION for Default Judgment as to *as to the Ashton Wrongful Death Plaintiffs*. The filing is deficient for the reason(s): Your have to separately file a Default Judgment under Other Answers as a Proposed Default Judgn the document using the event type Proposed Default Judgment found under the event list Proposed Orders. − correct filer/filers − attach the correct signed (scanned signature image) and dated PDF. Filed In Associated C 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(dt)** (Entered: 09/06/2019) |
| )6/2019 | 5091 | ORDER granting 5089 Letter Motion for Extension of Time. The Federal Bureau of Investigation ("FBI") shall respo remaining aspects of the Plaintiffs' Executive Committees' ("PECs") motion to compel by September 12, 2019. By Se 17, 2019, the parties shall file a joint letter proposing a deadline for the PECs to file a reply brief, if any. (HEREBY by Magistrate Judge Sarah Netburn) (Text Only Order) (ras) (Entered: 09/06/2019) |
| )6/2019 | 5092 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF BURNETT/IRAN PLAINTIFFS IDEN EXHIBIT A: ORDERED that partial final judgment is entered against the Iran Defendants and on behalf of the Plain Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al., 15−cv−9903, as identified in the attached Exhibit A each the estate of a victim of the terrorist attacks on September 11, 2001, as indicated in Exhibit A, and it is ORDER Plaintiffs identified in Exhibit A are awarded: compensatory damages for decedents' pain and suffering in an amount $2,000,000 per estate, as set forth in Exhibit A; and as further set forth in this judgment. (Signed by Judge George B. 9/6/2019) (jwh) (Entered: 09/06/2019) |
| )6/2019 | 5093 | PARTIAL FINAL JUDGMENT: ORDERED that partial final judgment is entered against Iran and on behalf of thos who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and it ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 per spouse, $8,500,0 parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is ORDERED that Plaintiffs in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from Septe |

| | | |
|---|---|---|
| | | 2001 until the date of judgment; and as further set forth in this judgment. (Signed by Judge George B. Daniels on 9/6/ In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05320−GBD−SN(jwh) (Entered: 09/06/2019) |
| )6/2019 | 5094 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Kathleen Ashton. (Attachment Exhibit A) (Kreindler, James) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 09/06 |
| )6/2019 | 5095 | STATUS REPORT. *in response to ECF No. 5044* Document filed by Kathleen Ashton.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Benett, Megan) (Entered: 09/06/2019) |
| )6/2019 | 5096 | STATUS REPORT. *In Response to ECF No. 5044* Document filed by John O'Neill.(Goldman, Jerry) (Entered: 09/06 |
| )6/2019 | 5097 | STATUS REPORT. *Letter to Judge Daniels and Magistrate Judge Netburn in re: Memo Endorsement found at ECF* Document filed by All Plaintiffs in 15−cv−9903.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 09/06/2019) |
| )6/2019 | | *****DELETED DOCUMENT. Deleted document number [5090 in 03−CV−1570, 1064 in 02−CV−6977, 31 in 18−CV−11416] FINAL ORDER OF SUMMARY JUDGMENT. The document was incorrectly filed in this cas Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−11416−GBD−SN(jwh)** (Ente 09/09/2019) |
| )6/2019 | 5100 | RETURN OF LETTERS ROGATORY as Undeliverable re: Al Akbar Hagheni Rafsangani. Patricia Weber Singh, H Foreign Interests Section of the Embassy of Switzerland in Iran certify herewith that this is a true copy of the Diplom No. 1059−IE, dated July 15, 2019, the delivery of this note and its enclosure was attempted on July 15, 2019, but the Ministry of Foreign Affairs refused its acceptance.(mro) Modified on 9/10/2019 (tro). (Entered: 09/09/2019) |
| )6/2019 | 5113 | RETURN OF LETTERS ROGATORY as Undeliverable re: Ayatollah Ali Hogeini−Khamenel. Patricia Weber Singh the Foreign Interests Section of the Embassy of Switzerland in Iran certify herewith that this is a true copy of the Dip Note No. 1058−IE, dated July 15, 2019, the delivery of this note and its enclosure was attempted on July 15, 2019, bu Iranian Ministry of Foreign Affairs refused its acceptance.(tro) Modified on 9/10/2019 (tro). (Entered: 09/10/2019) |
| )6/2019 | 5114 | RETURN OF LETTERS ROGATORY as Undeliverable re: National Iranian Oil Corporation. Patricia Weber Singh, the Foreign Interests Section of the Embassy of Switzerland in Iran certify herewith that this is a true copy of the Dip Note No. 1061−IE, dated July 15, 2019, the delivery of this note and its enclosure was attempted on July 15, 2019, bu Iranian Ministry of Foreign Affairs refused its acceptance.(tro) Modified on 9/10/2019 (tro). (Entered: 09/10/2019) |
| )6/2019 | 5115 | RETURN OF LETTERS ROGATORY as Undeliverable re: National Iranian Tanke Co. Patricia Weber Singh, Head Foreign Interests Section of the Embassy of Switzerland in Iran certify herewith that this is a true copy of the Diplom No. 1060−IE, dated July 15, 2019, the delivery of this note and its enclosure was attempted on July 15, 2019, but the Ministry of Foreign Affairs refused its acceptance.(tro) (Entered: 09/10/2019) |
| )6/2019 | 5116 | RETURN OF LETTERS ROGATORY as Undeliverable re:National Iranian Gas Co. Patricia Weber Singh, Head of Interests Section of the Embassy of Switzerland in Iran certify herewith that this is a true copy of the Diplomatic Note 1062−IE, dated July 15, 2019, the delivery of this note and its enclosure was attempted on July 15, 2019, but the Iran Ministry of Foreign Affairs refused its acceptance.(tro) (Entered: 09/10/2019) |
| )6/2019 | 5117 | RETURN OF LETTERS ROGATORY as Undeliverable re: National Iranian Petrochemical Company. Patricia Webe Head of the Foreign Interests Section of the Embassy of Switzerland in Iran certify herewith that this is a true copy o Diplomatic Note No. 1063−IE, dated July 15, 2019, the delivery of this note and its enclosure was attempted on July but the Iranian Ministry of Foreign Affairs refused its acceptance.(tro) (Entered: 09/10/2019) |
| )6/2019 | 5118 | RETURN OF LETTERS ROGATORY as Undeliverable re: Iran Airlines. Patricia Weber Singh, Head of the Foreign Section of the Embassy of Switzerland in Iran certify herewith that this is a true copy of the Diplomatic Note No. 106 dated July 15, 2019, the delivery of this note and its enclosure was attempted on July 15, 2019, but the Iranian Minist Foreign Affairs refused its acceptance.(tro) (Entered: 09/10/2019) |
| )6/2019 | 5119 | RETURN OF LETTERS ROGATORY as Undeliverable re: Hezbollah. Patricia Weber Singh, Head of the Foreign In Section of the Embassy of Switzerland in Iran certify herewith that this is a true copy of the Diplomatic Note No. 106 dated July 15, 2019, the delivery of this note and its enclosure was attempted on July 15, 2019, but the Iranian Minist Foreign Affairs refused its acceptance.(tro) (Entered: 09/10/2019) |
| )9/2019 | 5101 | FINAL ORDER OF SUMMARY JUDGMENT: ORDERED that final Judgment is entered on behalf of these Plainti Ashton et al. v. Al Qaeda Islamic Army et al., 02−cv−6977 (GBD) (SN) identified in the attached Exhibit A against t Republic of Iran (the "Ashton XIII Plaintiffs") and it is ORDERED that the Ashton XIII Plaintiffs. identified in the at Exhibit A are awarded solatium damages as set forth in Exhibit A; and it is ORDERED that prejudgment interest is a be calculated at a rate of 4.96% per annum; all interest compounded annually over the same period; and it is ORDER Plaintiffs not appearing on Exhibit A and who were not previously awarded damages may submit in later stages appli solatium and/or economic damages awards that will be approved on the same basis as currently approved for those Pl appearing on Exhibit A or in prior filings. SO ORDERED. (Signed by Judge George B. Daniels on 9/9/2019) Filed In |

| | | |
|---|---|---|
| | | Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(rro) (Entered: 09/09/2019) |
| )9/2019 | 5102 | PARTIAL FINAL JUDGMENT: ORDERED that partial final judgment is entered on behalf of those Plaintiffs in the Nolan, et al. v. Islamic Republic of Iran, 18−cv−11340 identified in the attached Exhibit A against the Islamic Repub (the "Nolan" Plaintiffs); and it is ORDERED that the Nolan Plaintiffs identified in the attached Exhibit A are awarde damages as set forth in Exhibit A with prejudgment interest on those awards to be calculated at a rate of 4.96 percent compounded annually, over the same period, as further set forth in this judgment. (Signed by Judge George B. Danie 9/9/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−11340−GBD (Entered: 09/09/2019) |
| )9/2019 | 5103 | MEMORANDUM DECISION AND ORDER granting in part and denying in part 4601 in case 1:03−md−01570; gra part and denying in part 1029 in case 1:02−cv−06977; granting in part and denying in part 17 Motion for Default Jud case 1:18−cv−08297: Plaintiffs' Motion for Final Judgements, (ECF No. 3021), is GRANTED in part and DENIED i Vicki L. Burford is entitled to $4,250,000 in solatium damages plus prejudgment interest at a rate of 4.96 percent per compounded annually. Jeremy M. Krist is entitled to $2,125,000 in solatium damages plus prejudgment interest at a r percent per annum, compounded annually. Final judgment is entered on behalf of all other Plaintiffs identified in the Exhibit A against the Islamic Republic of Iran (the "Betru II (Ashton XI) Plaintiffs"); and it is ORDERED that all oth (Ashton XI) Plaintiffs identified in the attached Exhibit A are awarded solatium damages as set forth in Exhibit A; an ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96% per annum; all interest compounc over the same period; and it is ORDERED that the Plaintiffs not appearing on Exhibit A and who were not previously damages may submit in later stages applications for solatium and/or economic damages awards that will be approved same basis as currently approved for those Plaintiffs appearing on Exhibit A or in prior filings. The Clerk of Court is close the motions in 03 md 1570, 18 Civ. 8297 (ECF No. 17), and 02 Civ, 6977 (ECF No. 1029), accordingly. (Signe George B. Daniels on 9/9/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−08297−GBD−SN (jwh) Modified on 9/10/2019 (jwh). (Entered: 09/09/2019) |
| )9/2019 | 5104 | ORDER OF JUDGMENT AS TO LIABILITY AND FOR PARTIAL FINAL DEFAULT JUDGMENTS ON BEHA ARIAS PLAINTIFFS IDENTIFIED AT EXHIBIT A: ORDERED that the Motion is granted and default judgment as is entered in favor of all plaintiffs in Arias, et al. v. The Islamic Republic of Iran, Case No. 19−cv−41 (GBD)(SN) aga Islamic Republic of Iran; and it is ORDERED that partial final judgment is entered against the Iran Defendants and o the Plaintiffs in Arias, et al. v. The Islamic Republic of Iran., 19−cv−41, as identified in the attached Exhibit A, who a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of individuals killed in the terrorist September 11, 2001, as indicated in Exhibit A, and it is ORDERED that Plaintiffs identified in Exhibit A are awarded damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set f Exhibit A; and as further set forth in this judgment. (Signed by Judge George B. Daniels on 9/9/2019) (jwh) Modified 9/9/2019 (jwh). (Entered: 09/09/2019) |
| )9/2019 | 5105 | MOTION for Default Judgment as to *Burnett/Iran XI Plaintiffs Set Forth on Exhibit A to the Eubanks Declaration*. D filed by All Plaintiffs in 15−cv−9903.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 09/09/2019) |
| )9/2019 | 5106 | MEMORANDUM OF LAW in Support re: (5105 in 1:03−md−01570−GBD−SN, 226 in 1:15−cv−09903−GBD−SN) for Default Judgment as to *Burnett/Iran XI Plaintiffs Set Forth on Exhibit A to the Eubanks Declaration*. . Document Plaintiffs in 15−cv−9903. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Euban (Entered: 09/09/2019) |
| )9/2019 | 5107 | DECLARATION of John M. Eubanks in Support re: (5105 in 1:03−md−01570−GBD−SN, 226 in 1:15−cv−09903−C MOTION for Default Judgment as to *Burnett/Iran XI Plaintiffs Set Forth on Exhibit A to the Eubanks Declaration*.. I filed by All Plaintiffs in 15−cv−9903, Thomas Arias. (Attachments: # 1 Exhibit A − Burnett/Iran XI)Filed In Associa 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 09/09/2019) |
| )9/2019 | 5108 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by All Plaintiffs in 15−cv−9903, Burnett. (Attachments: # 1 Exhibit A) (Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's Off** (Entered: 09/09/2019) |
| )9/2019 | 5109 | MOTION for Default Judgment as to *Arias II Plaintiffs Set Forth on Exhibit A to the Eubanks Declaration*. Documer All Plaintiffs in 19−41, Thomas Arias.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00041−GBD−SN(Eubanks, John) (Entered: 09/09/2019) |
| )9/2019 | 5110 | MEMORANDUM OF LAW in Support re: (5109 in 1:03−md−01570−GBD−SN, 31 in 1:19−cv−00041−GBD−SN) I for Default Judgment as to *Arias II Plaintiffs Set Forth on Exhibit A to the Eubanks Declaration*. . Document filed by Plaintiffs in 19−41, Thomas Arias. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00041−GBD−S John) (Entered: 09/09/2019) |
| )9/2019 | 5111 | DECLARATION of John M. Eubanks in Support re: (5109 in 1:03−md−01570−GBD−SN, 31 in 1:19−cv−00041−GI MOTION for Default Judgment as to *Arias II Plaintiffs Set Forth on Exhibit A to the Eubanks Declaration*.. Docume All Plaintiffs in 19−41, Thomas Arias. (Attachments: # 1 Exhibit A − Arias II)Filed In Associated Cases: |

| | | |
|---|---|---|
| | | 1:03−md−01570−GBD−SN, 1:19−cv−00041−GBD−SN(Eubanks, John) (Entered: 09/09/2019) |
| )9/2019 | 5112 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by All Plaintiffs in 19−41, Thoma (Attachments: # 1 Exhibit A) (Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** 09/09/2019) |
| .0/2019 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (229 in 1:15−cv−09903−GBD−SN, 5108 in 1:03−md−01570−GBD−SN) Proposed Default Judgment, was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(dt)** (Entered: 09/1( |
| .0/2019 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (5112 in 1:03−md−01570−GBD−SN, 34 in 1:19−cv−00041−GBD−SN) Proposed Default Judgment, was reviewed and ap to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00041−GBD−SN(dt)** (Entered: 09/10/2 |
| .0/2019 | 5120 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 09/10/2019) |
| .0/2019 | 5121 | LETTER addressed to Judge George B. Daniels from Alan R. Kabat dated 09/10/2019 re: Plaintiffs' Default Judgmer Document filed by Defendants Executive Committee.(Kabat, Alan) (Entered: 09/10/2019) |
| .0/2019 | 5122 | MEMORANDUM DECISION AND ORDER granting in part and denying in part (4934) Motion in case 1:03−md−01570−GBD−SN; granting in part and denying in part (40) Motion in case 1:18−cv−11870−GBD−SN: OR that all other Kim II Plaintiffs identified in the attached Exhibit A are awarded solatium damages as set forth in Exhib is ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96% per annum; all interest compou annually over the same period; and it is ORDERED that the Plaintiffs not appearing on Exhibit A and who were not p awarded damages may submit in later stages applications for solatium and/or economic damages awards that will be on the same basis as currently approved for those Plaintiffs appearing on Exhibit A or in prior filings. The Clerk of C directed to close the motions in 03 md 1570, (ECF No. 4934), and 18 Civ. 11870, (ECF No. 40), accordingly. (Signec George B. Daniels on 9/10/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11870−GBD−SN Transmission to Orders and Judgments Clerk for processing. Modified on 9/10/2019 (jwh). (Entered: 09/10/2019) |
| .0/2019 | 5123 | MEMORANDUM DECISION AND ORDER granting in part and denying in part (4918) Motion in case 1:03−md−01570−GBD−SN; granting in part and denying in part (85) Motion in case 1:18−cv−05306−GBD−SN: Pla Motion for Partial Final Judgement, (ECF No. 4918), is GRANTED in part and DENIED in part. This Court's determ solatium damages and prejudgment interest for all non−immediate−family−member claimants shall be decided by sep opinions because the specific factual circumstances of the non−immediate family members require further analysis. F judgment is entered on behalf of all Plaintiffs identified in the attached Exhibit A against the Islamic Republic of Iran "DeRubbio II Plaintiffs"), with the exception of George A. Cuellar and Rebecca Loethen; and it is ORDERED that al DeRubbio II Plaintiffs identified in the attached Exhibit A are awarded solatium damages as set forth in Exhibit A; ar ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96% per annum; all interest compounc over the same period; and it is ORDERED that the Plaintiffs not appearing on Exhibit A and who were not previously damages may submit in later stages applications for solatium and/or economic damages awards that will be approved same basis as currently approved for those Plaintiffs appearing on Exhibit A or in prior filings. The Clerk of Court is close the motions in 03 md 1570, (ECF No. 4918), and 18 Civ. 5306, (ECF No. 85), accordingly. (Signed by Judge G Daniels on 9/10/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05306−GBD−SN (jwh) Trar to Orders and Judgments Clerk for processing. Modified on 9/10/2019 (jwh). (Entered: 09/10/2019) |
| .0/2019 | 5124 | MEMORANDUM DECISION AND ORDER granting in part and denying in part (4910) Motion in case 1:03−md−01570−GBD−SN; granting in part and denying in part (32) Motion in case 1:18−cv−11837−GBD−SN: Pla Motion for Partial Final Judgement, (ECF No. 4910), is GRANTED in part and DENIED in part. This Court's determ solatium damages and prejudgment interest for all non−immediate−family−member claimants shall be decided by sep opinions because the specific factual circumstances of the non−immediate family members require further analysis. F judgment is entered on behalf of all Plaintiffs identified in the attached Exhibit A against the Islamic Republic of Iran II Plaintiffs"), with the exception of Diana P. Castano and Julio Masa Lebron; and it is ORDERED that all other Abe Plaintiffs identified in the attached Exhibit A are awarded solatium damages as set forth in Exhibit A; and it is ORDE prejudgment interest is awarded to be calculated at a rate of 4.96% per annum; all interest compounded annually over period; and it is ORDERED that the Plaintiffs not appearing on Exhibit A and who were not previously awarded dam submit in later stages applications for solatium and/or economic damages awards that will be approved on the same b currently approved for those Plaintiffs appearing on Exhibit A or in prior filings. The Clerk of Court is directed to clo motions in 03 md 1570, (ECF No. 4910), and 18 Civ. 11837, (ECF No. 32), accordingly. (Signed by Judge George B 9/10/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11837−GBD−SN (jwh) Transmission to and Judgments Clerk for processing. (Entered: 09/10/2019) |
| .0/2019 | 5125 | MEMORANDUM DECISION AND ORDER granting in part and denying in part (4914) Motion in case 1:03−md−01570−GBD−SN; granting in part and denying in part (84) Motion in case 1:18−cv−05320−GBD−SN: Pla Motion for Partial Final Judgement, (ECF No. 4914), is GRANTED in part and DENIED in part. This Court's determ solatium damages and prejudgment interest for all non−immediate−family−member claimants shall be decided by sep opinions because the specific factual circumstances of the non−immediate family members require further analysis. F |

| | | |
|---|---|---|
| | | judgment is entered on behalf of all Plaintiffs identified in the attached Exhibit A against the Islamic Republic of Irar "Agyeman II Plaintiffs"), with the exception of Reginald Colon and Rosa Colon; and it is ORDERED that Plaintiff L as the Personal Representative of the Estate of Georgine R. Corrigan, deceased, and on behalf of all survivors and all entitled beneficiaries and family members of Georgine Corrigan, is awarded compensatory damages for decedents' pa suffering in an amount of $2,000,000, as set forth in Exhibit A; and it is ORDERED that Plaintiff Laura Buck, as the Representative of the Estate of Georgine R. Corrigan, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Georgine Corrigan, is awarded economic damages in the amount of $6,410,658 in Exhibit A and as supported by the expert reports and analyses submitted as Exhibits B and C to the Goldman Decl it is ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96% per annum; all interest comp annually over the same period; and it is ORDERED that the Plaintiffs not appearing on Exhibit A and who were not p awarded damages may submit in later stages applications for solatium and/or economic damages awards that will be on the same basis as currently approved for those Plaintiffs appearing on Exhibit A or in prior filings. The Clerk of C directed to close the motions in 03−md−1570 (ECF No. 4914) and 18−CV−5320 (ECF No. 84), accordingly. (Signed George B. Daniels on 9/10/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05320−GBD−SN Transmission to Orders and Judgments Clerk for processing. (Entered: 09/10/2019) |
| .0/2019 | | *****DELETED DOCUMENT. Deleted document number 5126 ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF ARIAS PLAINTIFFS IDENTIFIED AT EXHIBIT A,. The document was in filed in this case. (kv)** (Entered: 09/11/2019) |
| .0/2019 | 5136 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF ARIAS PLAINTIFFS IDENTIFIED A A (ARIAS II), It is hereby; ORDERED that partial final judgment is entered against the Iran Defendants and on beha Plaintiffs in Arias, et al. v. The Islamic Republic of Iran, 19−cv−41 (GBD)(SN), as identified in the attached Exhibit each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of individuals killed in the t attacks on September 11, 2001, as indicated in Exhibit A, and it is ORDERED that Plaintiffs identified in Exhibit A a solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per siblin forth in Exhibit A; and it is ORDERED that Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.9 per annum, compounded annually, running from September 11, 200 I until the date of judgment; and as further set fo SO ORDERED. Motions terminated: 5109 MOTION for Default Judgment as to *Arias II Plaintiffs Set Forth on Exhi Eubanks Declaration*. filed by Thomas S. Arias, All Plaintiffs in 19−41. (Signed by Judge George B. Daniels on 9/10 (Entered: 09/11/2019) |
| .0/2019 | 5138 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF BURNETT/IRAN PLAINTIFFS IDEN EXHIBIT A, It is hereby; ORDERED that partial final judgment is entered against the Iran Defendants and on behalf Plaintiffs in Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al., 15−cv−9903, as identified in the attach A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of individuals k terrorist attacks on September 11, 2001, as indicated in Exhibit A, and it is ORDERED that Plaintiffs identified in Ex awarded: solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 as set forth in Exhibit A; and it is ORDERED that Plaintiffs identified in Exhibit A are awarded prejudgment interest percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and as furth herein. SO ORDERED. Motions terminated: 5105 MOTION for Default Judgment as to *Burnett/Iran XI Plaintiffs Se Exhibit A to the Eubanks Declaration*. filed by All Plaintiffs in 15−cv−9903. (Signed by Judge George B. Daniels on (kv) (Entered: 09/11/2019) |
| .1/2019 | 5126 | CLERK'S JUDGMENT re: (93 in 1:18−cv−05320−GBD−SN, 5125 in 1:03−md−01570−GBD−SN) Order on Motion Miscellaneous Relief. in favor of Laura Buck against Islamic Republic of Iran in the amount of $ 8,410,658.00. It is h ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Memorandum Decision and O September 10, 2019, that Plaintiffs' motion for partial final judgment, (ECF No. 4914) is granted in part and denied in Court's determination on solatium damages and prejudgment interest for all non−immediate−family member claiman decided by separate opinions because the specific factual circumstances of the non−immediate family members requi analysis; Final judgment is entered on behalf of all Plaintiffs identified in the attached Exhibit A against the Islamic F Iran (the "Agyeman II Plaintiffs"), with the exception of Reginald Colon and Rose Colon; and it is ORDERED that P Laura Buck, as the Personal Representative of the Estate of Georgine R. Corrigan, deceased, and on behalf of all surv all legally entitled beneficiaries and family members of Georgine Corrigan, is awarded compensatory damages for de pain and suffering in the amount of $2,000,000, as set forth in Exhibit A; and it is ORDERED that Plaintiff Laura Bu Personal Representative of the Estate of Georgine R. Corrigan, deceased, and on behalf of all survivors and all legally beneficiaries and family members of Georgine Corrigan, is awarded economic damages in the amount of $6,410,658 in Exhibit A and as supported by the expert reports and analyses submitted as Exhibit B and C to the Goldman Decla it isORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96% per annum; all interest compo annually over the same period; and it isORDERED that the Plaintiff not appearing on Exhibit A and who were not pr awarded damages may submit in later stages applications for solatium and/or economic damages awards that will be on the same basis as currently approved for those Plaintiffs appearing on Exhibit A or in prior filings;(1) Laura Buck. Personal Representative of the Estate of Georgine R. Corrigan, deceased, and on behalf of all survivors and all legally beneficiaries and family members of Georgine R. Corrigan. (Signed by Clerk of Court Ruby Krajick on 09/11/2019) (Attachments: # 1 Notice of Right to Appeal)Filed In Associated Cases: 1:03−md−01570−GBD−SN, |

| | | |
|---|---|---|
| | | 1:18−cv−05320−GBD−SN(dt) (Entered: 09/11/2019) |
| .1/2019 | 5127 | MOTION to Compel Federal Bureau of Investigation to produce documents *[Redacted Motion to Compel previously seal on 5/31/2019, ECF Document No. 4568]*. Document filed by Plaintiffs Executive Committees.(Pounian, Steven) on 7/24/2020 (ras). (Entered: 09/11/2019) |
| .1/2019 | 5128 | MEMORANDUM OF LAW in Support re: 5127 MOTION to Compel Federal Bureau of Investigation to produce dc *[Redacted Motion to Compel previously filed under seal on 5/31/2019, ECF Document No. 4568]*. . Document filed t Executive Committees. (Pounian, Steven) (Entered: 09/11/2019) |
| .1/2019 | 5129 | CLERK'S JUDGMENT re: (5122 in 1:03−md−01570−GBD−SN, 50 in 1:18−cv−11870−GBD−SN) Order on Motior Miscellaneous Relief. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Cou Memorandum Decision and Order dated September 10, 2019, that Plaintiffs' motion for partial final judgment, (ECF is granted in part and denied in part; this Court's determination on solatium damages and prejudgment interest for all non−immediate−family member claimants shall be decided by separate opinions because the specific factual circums the non−immediate family members require further analysis; Final judgment is entered on behalf of all Plaintiffs iden attached Exhibit A against the Islamic Republic of Iran (the "Kim II Plaintiffs"), with the exception of Margret Ann V Christine Sandra Wilson, Katherine Wynn, Edith Otelia Harris, Carlene Wynn as Personal Representative of the Esta Mae Wynn, and Brenda Garrett as Personal Representative of the Estate of Dorothy Lee Coles; and it is ORDERED t other Kim II Plaintiffs identified in the attached Exhibit A are awarded solatium damages as set forth in Exhibit A; ar isORDERED that prejudgment interest is awarded to be calculated as a rate of 4.96% per annum; all interest compou the same period; and it is ORDERED that the Plaintiff not appearing on Exhibit A and who were not previously awar damages may submit in later stages applications for solatium and/or economic damages awards that will be approved same basis as currently approved for those Plaintiffs appearing on Exhibit A or in prior filings;(1) Elizabeth Ann Kiel amount of $4,250,000, plus prejudgment interest at 4.96% per annum compounded annually over the same period;(2) Florio in the amount of $8,500,000.00, plus prejudgment interest at 4.96% per annum compounded annually over the period;(3) Bebe Hafiz as Personal Representative of the Estate of Cecil Mohammed Ishmael Hafiz in the amount of $8,500,000.00, plus prejudgment interest at 4.96% per annum compounded annually over the same period;(4) Dougla Personal Representative of the Estate of Herman W. Hall in the amount of $8,500,000.00, plus prejudgment interest a annum compounded annually over the same period. (Signed by Clerk of Court Ruby Krajick on 09/11/2019) (Attachı Notice of Right to Appeal)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11870−GBD−SN(dt) (E 09/11/2019) |
| .1/2019 | 5130 | PROPOSED ORDER. Document filed by Plaintiffs Executive Committees. Related Document Number: 5127 . (Pour Steven) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 09/11/2019) |
| .1/2019 | 5131 | PROPOSED ORDER. Document filed by Plaintiffs Executive Committees. Related Document Number: 5127 . (Pour Steven) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 09/11/2019) |
| .1/2019 | 5132 | CLERK'S JUDGMENT re: (5123 in 1:03−md−01570−GBD−SN, 92 in 1:18−cv−05306−GBD−SN) Order on Motior Miscellaneous Relief. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Cou Memorandum Decision and Order dated September 10, 2019, that Plaintiffs' motion for partial final judgment, (ECF is granted in part and denied in part; this Court's determination on solatium damages and prejudgment interest for all non−immediate−family member claimants shall be decided by separate opinions because the specific factual circums the non−immediate family members require further analysis; Final judgment is entered on behalf of all Plaintiffs iden attached Exhibit A against the Islamic Republic of Iran (the "DeRubbio II Plaintiffs"), with the exception of George A and Rebecca Loethen; and it is ORDERED that all other DeRubbio II Plaintiffs identified in the attached Exhibit A a solatium damages as set forth in Exhibit A; and it isORDERED that prejudgment interest is awarded to be calculated 4.96% per annum; all interest compounded over the same period; and it is ORDERED that the Plaintiff not appearing A and who were not previously awarded damages may submit in later stages applications for solatium and/or econon awards that will be approved on the same basis as currently approved for those Plaintiffs appearing on Exhibit A or ir filings;(1) Timothy Geraghty in the amount of $4,250,000, plus prejudgment interest at 4.96% per annum compounde over the same period;(2) Dora Murillo in the amount of $4,250,000.00, plus prejudgment interest at 4.96% per annun compounded annually over the same period;(3) Gary McKinzy in the amount of $12,500,000.00, plus prejudgment ir 4.96% per annum compounded annually over the same period;(4) Mohammed Hamdani in the amount of $4,250,000 prejudgment interest at 4.96% per annum compounded annually over the same period;(5) Cheryl Hyland in the amou $4,2500,000.00, plus prejudgment interest at 4.96% per annum compounded annually over the same period;(6) Jeffre the amount of $4,250,000.00, plus prejudgment interest at 4.96% per annum compounded annually over the same per (Signed by Clerk of Court Ruby Krajick on 09/11/2019) (Attachments: # 1 Notice of Right to Appeal)Filed In Associ 1:03−md−01570−GBD−SN, 1:18−cv−05306−GBD−SN(dt) (Entered: 09/11/2019) |
| .1/2019 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 5131 Proposed Order 5130 Pro Order was reviewed and approved as to form. (km)** (Entered: 09/11/2019) |
| .1/2019 | 5133 | CLERK'S JUDGMENT re: (5124 in 1:03−md−01570−GBD−SN, 40 in 1:18−cv−11837−GBD−SN) Order on Motior Miscellaneous Relief. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Cou Memorandum Decision and Order dated September 10, 2019, that Plaintiffs' motion for partial final judgment, (ECF |

| | | |
|---|---|---|
| | | is granted in part and denied in part; this Court's determination on solatium damages and prejudgment interest for all non−immediate−family member claimants shall be decided by separate opinions because the specific factual circums the non−immediate family members require further analysis; Final judgment is entered on behalf of all Plaintiffs iden attached Exhibit A against the Islamic Republic of Iran (the "Abel II Plaintiffs"), with the exception of Diana P. Cast Julio Masa Lebron; and it is ORDERED that all other Abel II Plaintiffs identified in the attached Exhibit A are award damages as set forth in Exhibit A; and it isORDERED that prejudgment interest is awarded to be calculated as a rate per annum; all interest compounded over the same period; and it is ORDERED that the Plaintiff not appearing on Ex who were not previously awarded damages may submit in later stages applications for solatium and/or economic dam awards that will be approved on the same basis as currently approved for those Plaintiffs appearing on Exhibit A or in filings;(1) Frank Camaj in the amount of $4,250,000, plus prejudgment interest at 4.96% per annum compounded ann the same period;(2) Kole Camaj in the amount of $4,250,000.00, plus prejudgment interest at 4.96% per annum comp annually over the same period;(3) Preta Berisha in the amount of $4,250,000.00, plus prejudgment interest at 4.96% p compounded annually over the same period;(4) Daniel Carlson in the amount of $8,500,000.00, plus prejudgment int 4.96% per annum compounded annually over the same period;(5) James D. Carlson in the amount of $8,500,000, plu prejudgment interest at 4.96% per annum compounded annually over the same period;(6) Kimberly R. Carlson in the $8,500,000.00, plus prejudgment interest at 4.96% per annum compounded annually over the same period;(7) Stephe in the amount of $8,500,000.00, plus prejudgment interest at 4.96% per annum compounded annually over the same p (Signed by Clerk of Court Ruby Krajick on 09/11/2019) (Attachments: # 1 Notice of Right to Appeal)Filed In Associ 1:03−md−01570−GBD−SN, 1:18−cv−11837−GBD−SN(dt) (Entered: 09/11/2019) |
| .1/2019 | 5134 | MOTION for Default Judgment as to *Ashton Wrongful Death Plaintiffs*. Document filed by Kathleen Ashton.Filed In Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, James) (Entered: 09/11/2019) |
| .1/2019 | 5135 | DECLARATION of James P. Kreindler in Support re: (5134 in 1:03−md−01570−GBD−SN, 1070 in 1:02−cv−06977−GBD−SN) MOTION for Default Judgment as to *Ashton Wrongful Death Plaintiffs*.. Document filed Kathleen Ashton. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, James) (Entered: 09/11/2019) |
| .1/2019 | 5137 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Kathleen Ashton. (Attachment Exhibit A) (Kreindler, James) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 09/11 |
| .1/2019 | 5139 | ORDER OF JUDGMENT AS TO LIABILITY AND FOR PARTIAL FINAL DEFAULT JUDGMENTS ON BEHA ARONOW PLAINTIFFS IDENTIFIED AT EXHIBIT A: it is hereby: ORDERED that the Motion is granted and def judgment as to liability is entered in favor of all plaintiffs in Aronow, et al. v. The Islamic Republic of Iran, Case No. (GBD)(SN) against the Islamic Republic of!ran; and it is ORDERED that partial final judgment is entered against the Defendants and on behalf of the Plaintiffs in Aronow, et al. v. The Islamic Republic of Iran., l 9−cv−44, as identified attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A, and it is ORDERED that P identified in Exhibit A are awarded: solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 and $4,250,000 per sibling, as set forth in Exhibit A; and it is ORDERED that Plaintiffs identified in Exhibit A are av prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the d judgment; and as further set forth herein. SO ORDERED. (Signed by Judge George B. Daniels on 9/11/2019) (kv) (E 09/11/2019) |
| .2/2019 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (5137 in 1:03−md−01570− 1072 in 1:02−cv−06977−GBD−SN) Proposed Default Judgment was reviewed and approved as to form. Filed I Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(dt)** (Entered: 09/12/2019) |
| .2/2019 | 5140 | SECOND MEMORANDUM OF LAW in Opposition re: 5127 MOTION to Compel Federal Bureau of Investigation documents *[Redacted Motion to Compel previously filed under seal on 5/31/2019, ECF Document No. 4568]*. . Docu by FBI. (Vargas, Jeannette) (Entered: 09/12/2019) |
| .2/2019 | 5141 | DECLARATION of William P. Barr in Opposition re: 5127 MOTION to Compel Federal Bureau of Investigation to documents *[Redacted Motion to Compel previously filed under seal on 5/31/2019, ECF Document No. 4568]*.. Docur by FBI. (Vargas, Jeannette) (Entered: 09/12/2019) |
| .2/2019 | 5142 | DECLARATION of Michael C. McGarrity in Opposition re: 5127 MOTION to Compel Federal Bureau of Investigat produce documents *[Redacted Motion to Compel previously filed under seal on 5/31/2019, ECF Document No. 4568* Document filed by FBI. (Vargas, Jeannette) (Entered: 09/12/2019) |
| .2/2019 | 5143 | NOTICE of Lodging of Classified Submission re: 5140 Memorandum of Law in Opposition to Motion,. Document fi (Vargas, Jeannette) (Entered: 09/12/2019) |
| .2/2019 | 5144 | DECLARATION of Sarah S. Normand in Opposition re: 5127 MOTION to Compel Federal Bureau of Investigation documents *[Redacted Motion to Compel previously filed under seal on 5/31/2019, ECF Document No. 4568]*.. Docur by FBI. (Attachments: # 1 Exhibit J, # 2 Exhibit K)(Vargas, Jeannette) (Entered: 09/12/2019) |

| | | |
|---|---|---|
| .2/2019 | 5145 | FINAL ORDER OF JUDGMENT: It is hereby; ORDERED that final judgment is entered on behalf of that Plaintiff i al. v. Al Qaeda Islamic Army et al., 02−cv−6977 (GBD) (SN) identified in the attached Exhibit A against the Islamic oflran (the "Ashton XV Plaintiff"); and it is ORDERED that the Ashton XV Plaintiff identified in the attached Exhibi awarded solatium damages as set forth in Exhibit A; and it is ORDERED that prejudgment interest is awarded to be c a rate of 4.96% per annum; all interest compounded annually over the same period; and it is ORDERED that the Plai appearing on Exhibit A and who were not previously awarded damages may submit in later stages applications for so and/or economic damages awards that will be approved on the same basis as currently approved for that Plaintiff app Exhibit A or in prior filings. SO ORDERED. (Signed by Judge George B. Daniels on 9/12/2019) Filed In Associated 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(jca) (Entered: 09/12/2019) |
| .2/2019 | 5146 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated September 12, 2019 re: Resp Plaintiffs September 9 letter. Document filed by Kingdom of Saudi Arabia.(Kellogg, Michael) (Entered: 09/12/2019) |
| .2/2019 | 5147 | MOTION for Default Judgment as to *Burnett/Iran XII Plaintiffs Set Forth on Exhibit A to Eubanks Declaration*. Doc by All Plaintiffs in 15−cv−9903, Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 09/12/2019) |
| .2/2019 | 5148 | MEMORANDUM OF LAW in Support re: (231 in 1:15−cv−09903−GBD−SN, 5147 in 1:03−md−01570−GBD−SN) for Default Judgment as to *Burnett/Iran XII Plaintiffs Set Forth on Exhibit A to Eubanks Declaration*. . Document fil Plaintiffs in 15−cv−9903, Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 09/12/2019) |
| .2/2019 | 5149 | DECLARATION of John M. Eubanks in Support re: (231 in 1:15−cv−09903−GBD−SN, 5147 in 1:03−md−01570−C MOTION for Default Judgment as to *Burnett/Iran XII Plaintiffs Set Forth on Exhibit A to Eubanks Declaration*.. Doc by All Plaintiffs in 15−cv−9903, Burnett Plaintiffs. (Attachments: # 1 Exhibit A − Burnett/Iran XII)Filed In Associat 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 09/12/2019) |
| .2/2019 | 5150 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by All Plaintiffs in 15−cv−9903, Plaintiffs. (Attachments: # 1 Exhibit A) (Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's O** (Entered: 09/12/2019) |
| .3/2019 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (5150 in 1:03−md−01570− 234 in 1:15−cv−09903−GBD−SN) Proposed Default Judgment, was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(dt)** (Entered: 09/13/2019) |
| .3/2019 | 5151 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF BURNETT/IRAN PLAINTIFFS IDEN EXHIBIT A: ORDERED that partial final judgment is entered against the Iran Defendants and on behalf of the Plaint Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al., 15−cv−9903, as identified in the attached Exhibit A each a parent or child of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A, a ORDERED that Plaintiffs identified in Exhibit A are awarded: solatium damages of $8,500,000 per parent and $8,50 child, as set forth in Exhibit A; and it is ORDERED that Plaintiffs identified in Exhibit A are awarded prejudgment i 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and as forth in this judgment. (Signed by Judge George B. Daniels on 9/13/2019) (jwh) Modified on 9/13/2019 (jwh). (Ente 09/13/2019) |
| .3/2019 | | *****DELETED DOCUMENT. Deleted document number 5153 Partial Final Judgment, as per direction from C (jca)** (Entered: 09/13/2019) |
| .3/2019 | 5152 | MEMORANDUM DECISION AND ORDER granting in part and denying in part (4930) Motion in case 1:03−md−01570−GBD−SN; granting in part and denying in part (34) Motion in case 1:18−cv−12387−GBD−SN: Pla Motion for Partial Final Judgement, (ECF No. 4930), is GRANTED in part and DENIED in part. This Court's determ solatium damages and prejudgment interest for all non−immediate−family−member claimants shall be decided by sep opinions because the specific factual circumstances of the non−immediate family members require further analysis. F judgment is entered on behalf of all Plaintiffs identified in the attached Exhibit A against the Islamic Republic of Iran "Rowenhorst II Plaintiffs"), with the exception of John Proodian; and it is ORDERED that all other Rowenhorst II Pl identified in the attached Exhibit A are awarded solatium damages as set forth in Exhibit A; and it is ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96% per annum; all interest compounded annually over period; and it is ORDERED that the Plaintiffs not appearing on Exhibit A and who were not previously awarded dam submit in later stages applications for solatium and/or economic damages awards that will be approved on the same b currently approved for those Plaintiffs appearing on Exhibit A or in prior filings. The Clerk of Court is directed to clo motions in 03 md 1570, (ECF No. 4930), and 18 Civ. 12387, (ECF No. 34), accordingly. (Signed by Judge George B 9/13/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12387−GBD−SN (jwh) Transmission to and Judgments Clerk for processing. (Entered: 09/13/2019) |
| .3/2019 | 5153 | MEMORANDUM DECISION AND ORDER granting in part and denying in part (4922) Motion in case 1:03−md−01570−GBD−SN; granting in part and denying in part (33) Motion in case 1:18−cv−11875−GBD−SN: Up consideration of the evidence and arguments submitted by Jimenez II Plaintiffs identified in Exhibit A to this Order, each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child or sibling), or a functional equivalent th |

| | | |
|---|---|---|
| | | victim killed in the terrorist attacks on September 11, 2001, and the Jimenez II Plaintiffs' motion for Judgment for De liability and damages against the Islamic Republic of Iran ("Iran") filed on August 15, 2019(03−md01570, ECF Nos. 4876−4879), together with the entire record in this case, it is hereby; ORDERED that Plaintiffs' motion for partial fin is GRANTED in part and DENIED in part; and it is ORDERED that partial final judgment is entered against Iran anc of those Plaintiffs who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or est spouse, parent, child or sibling), or a functional equivalent thereof, of individuals killed in the terrorist attacks on Sep 2001, as indicated in Exhibit A; and it is ORDERED that Plaintiffs identified in Exhibit A are awarded solatium dam $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, except that Plaintif Howard and Jody C. Howard, who are each functionally equivalent to a child of a 9/11 decedent, are awarded $4,250 they did not have a relationship with the decedent during their early childhoods (roughly birth through age eight), as s Exhibit A; and it is ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96% per annum; al compounded annually over the same period; and it is ORDERED that the Plaintiffs not appearing on Exhibit A and w not previously awarded damages may submit in later stages applications for solatium and/or economic damages awar be approved on the same basis as currently approved for those Plaintiffs appearing on Exhibit A or in prior filings. Th Court is directed to close the motions in 03−md−1570 (ECF No. 4922) and 18−CV−11875 (ECF No. 33), accordingly by Judge George B. Daniels on 9/13/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11875− (jwh) Modified on 9/17/2019 (jwh). (Entered: 09/13/2019) |
| .3/2019 | 5154 | MEMORANDUM DECISION AND ORDER in case 1:03−md−01570−GBD−SN; granting (25) Motion for Default in case 1:18−cv−08297−GBD−SN: It is hereby ORDERED that final judgment is entered on behalf of Harold Lilie (t Plaintiff'), identified in Exhibit A against the Islamic Republic of Iran, who has sufficiently demonstrated that he is th functional equivalent of an immediate family member of 9/11 decedent Steven Furman under this Court's prior frame it is ORDERED that the Betru Plaintiff identified in the attached Exhibit A is awarded solatium damages as set forth A with prejudgment interest on that award to be calculated at a rate of 4.96 percent per annum, compounded annually same period; and as further set forth in this order. The Clerk of Court is directed to close the motion in 18 Civ. 8297, 25), accordingly. (Signed by Judge George B. Daniels on 9/13/2019) Filed In Associated Cases: 1:03−md−01570−GI 1:02−cv−06977−GBD−SN, 1:18−cv−08297−GBD−SN (jwh) Modified on 9/17/2019 (jwh). (Entered: 09/13/2019) |
| .3/2019 | 5155 | CLERK'S JUDGMENT re: 5152 Order on Motion for Miscellaneous Relief in favor of Clotilda Vola, Daryl Gabriel, Simon, William Houston against Islamic Republic of Iran in the amount of $50,750,000.00. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Memorandum Decision and Order dated Se 13, 2019, that Plaintiffs' motion for partial final judgment, (ECF No. 4930) is granted in part and denied in part; this ( determination on solatium damages and prejudgment interest for all non−immediate−family member claimants shall by separate opinions because the specific factual circumstances of the non−immediate family members require furthe Final judgment is entered on behalf of all Plaintiffs identified in the attached Exhibit A against the Islamic Republic c "Rowenhorst II Plaintiffs"), with the exception of John Proodian; and it is ORDERED that all other Rowenhorst II Pl identified in the attached Exhibit A are awarded solatium damages as set forth in Exhibit A; and it is ORDERED that prejudgment interest is awarded to be calculated as a rate of 4.96% per annum; all interest compounded over the sam and it is ORDERED that the Plaintiff not appearing on Exhibit A and who were not previously awarded damages ma later stages applications for solatium and/or economic damages awards that will be approved on the same basis as cu approved for those Plaintiffs appearing on Exhibit A or in prior filings; (1) Daryl Gabriel in the amount of $8,500,00 prejudgment interest at 4.96% per annum compounded annually over the same period; (2) Kelly Marchese, as Person Representative of the Estates of William J. Houston in the amount of $4,250,000.00, plus prejudgment interest at 4.9 annum compounded annually over the same period; (3) Marie Sikorsky in the amount of $12,500,000.00, plus prejud interest at 4.96% per annum compounded annually over the same period; (4) Steven Sikorsky in the amount of $8,50 plus prejudgment interest at 4.96% per annum compounded annually over the same period; (5) Stanley Simon, as Per Representative of the Estate of Arthur Simon in the amount of $8,500,000.00, plus prejudgment interest at 4. 96% pe compounded annually over the same period. (6) Clotilda Vala, as Personal Representative of the Estate of Rita Vala i amount of $8,500,000.00, plus prejudgment interest at 4.96% per annum compounded annually over the same period. Clerk of Court Ruby Krajick on 9/13/2019) (Attachments: # 1 Right to Appeal)(km) (Entered: 09/13/2019) |
| .6/2019 | 5158 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment with certified Farsi translati and certified copy of the August 31, 2015 default judgment on liability with certified Farsi translation; a true and cert of the September 3, 2019 Partial Final Default Judgment and the moving papers of Plaintiffs Motion, with certified F translations of the Default Judgment and Plaintiffs motion papers; and the Foreign Sovereign Immunities Act with ce translation for service to Islamic Republic of Iran, H.E. Dr. Mohammed Javad Zarif, Foreign Minister of the Ministry Affairs, Imam Khomeini Street, Imam Khomeini Square, Tehran, Islamic Republic of Iran, on 09/16/2019, by dispatc Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Fo Services Immunities Act, 28 U.S.C. § 1608(a)(4), by Federal Express tracking # 7762 0100 5431. Filed In Associatec 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN(gpe) Modified on 9/16/2019 (g (Entered: 09/16/2019) |
| .6/2019 | 5159 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment with certified Farsi translati and certified copy of the August 31, 2015 default judgment on liability with certified Farsi translation; a true and cert |

| | | |
|---|---|---|
| | | of the August 20, 2019 Final Order of Summary Judgment and the moving papers of Plaintiffs Motion, with certified translations of the Default Judgment and Plaintiffs motion papers; and the Foreign Sovereign Immunities Act with ce translation for service to Islamic Republic of Iran, H.E. Dr. Mohammed Javad Zarif, Foreign Minister of the Ministry Affairs, Imam Khomeini Street, Imam Khomeini Square, Tehran, Islamic Republic of Iran, on 09/16/2019, by dispatc Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of For Services Immunities Act, 28 U.S.C. § 1608(a)(4), by Federal Express tracking # 7762 0103 9381. Filed In Associatec 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN(gpe) (Entered: 09/16/2019) |
| .7/2019 | 5160 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter, Andrew J. Maloney and Robert T. Haefe September 17, 2019 re: PECs and DOJ joint proposal for further briefing with regard to Plaintiffs' Motion to Compel of Certain Information in the 2012 FBI Summary Report. Document filed by Plaintiffs Executive Committees.(Carter (Entered: 09/17/2019) |
| .7/2019 | 5161 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 09/18/2019) |
| .9/2019 | 5162 | MEMO ENDORSEMENT on re: 5160 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The Plai Executive Committees ("PECs") shall file a reply brief, not to exceed 25 pages, on or before October 11, 2019. The D of Justice shall file a sur−reply brief, not to exceed 10 pages, by October 25, 2019. (Replies due by 10/11/2019. Surre by 10/25/2019.) (Signed by Magistrate Judge Sarah Netburn on 09/19/2019) (ras) (Entered: 09/19/2019) |
| .9/2019 | 5163 | ORDER: Having reviewed the parties' letters, a telephone conference is scheduled for Monday, September 23, 2019, a.m. The parties should provide a call−in number to the Court by Friday, September 20, 2019. (Telephone Conferenc 9/23/2019 at 10:00 AM before Magistrate Judge Sarah Netburn.) (Signed by Magistrate Judge Sarah Netburn on 09/1 (ras) (Entered: 09/19/2019) |
| 20/2019 | 5164 | MOTION to Substitute Attorney. Old Attorney: Baumeister & Samuels PC, New Attorney: Dennis G. Pantazis . Doc by Colin Ryan, Kristen Ryan, Laura Ryan, Patricia Ryan, Patricia Ryan. (Attachments: # 1 Exhibit A)Filed In Associ 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:17−cv−02003−GBD−SN(Pantazis, Dennis) (Entered: 09/ |
| 20/2019 | 5165 | MOTION to Substitute Attorney. Old Attorney: Baumeister & Samuels P.C., New Attorney: Dennis G. Pantazis . Do filed by Daniel Maher, Joseph Maher, Joseph Maher, Katherine Maher, Katherine Maher. (Attachments: # 1 Exhibit Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:17−cv−02003−GBD−SN(Pantazis, Der (Entered: 09/20/2019) |
| 20/2019 | 5166 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman, Esq dated 09/20/2019 Document file Plaintiffs Executive Committees, Plaintiffs PI Executive Committee.(Goldman, Jerry) (Entered: 09/20/2019) |
| 20/2019 | 5167 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 09/20/2019) |
| 20/2019 | 5168 | STATUS REPORT. *In response to Order (ECF No. 5163)*. Document filed by Kathleen Ashton.(Benett, Megan) (En 09/20/2019) |
| 20/2019 | 5169 | DECLARATION of Dorothea M. Capone in Opposition re: (160 in 1:17−cv−02003−GBD−SN) MOTION to Substitu Attorney. Old Attorney: Baumeister & Samuels PC, New Attorney: Dennis G. Pantazis .. Document filed by Colin R Ryan, Laura Ryan, Patricia Ryan, Patricia Ryan. (Attachments: # 1 Exhibit)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:17−cv−02003−GBD−SN(Capone, Dorothea) (Entered: 09 |
| 20/2019 | 5170 | PROPOSED ORDER FOR SUBSTITUTION OF ATTORNEY. Document filed by Colin Ryan, Kristen Ryan, Laura Patricia Ryan, Patricia Ryan. Related Document Number: 5169 . (Capone, Dorothea) (Entered: 09/20/2019) |
| 20/2019 | 5171 | DECLARATION of Dorothea M. Capone in Opposition re: (1079 in 1:02−cv−06977−GBD−SN, 5165 in 1:03−md−01570−GBD−SN, 161 in 1:17−cv−02003−GBD−SN) MOTION to Substitute Attorney. Old Attorney: Bau Samuels P.C., New Attorney: Dennis G. Pantazis .. Document filed by Daniel Maher, Joseph Maher, Joseph Maher, I Maher, Katherine Maher. (Attachments: # 1 Exhibit)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:17−cv−02003−GBD−SN(Capone, Dorothea) (Entered: 09/20/2019) |
| 20/2019 | 5172 | PROPOSED ORDER FOR SUBSTITUTION OF ATTORNEY. Document filed by Daniel Maher, Joseph Maher, Jos Katherine Maher, Katherine Maher. Related Document Number: 5171 . (Capone, Dorothea) (Entered: 09/20/2019) |
| 23/2019 | 5173 | MEMO ENDORSEMENT on re: 5166 Letter filed by Plaintiffs PI Executive Committee, Plaintiffs Executive Comm ENDORSEMENT: Depositions for third−party witnesses, as well as the deposition of Ibrahim Anwar Ibrahim, shall completed by Friday, November 8, 2019. In addition, the Plaintiffs' Executive Committees shall file a status letter reg Guantanamo Detainees and the alleged WitSec Deponent no later than Friday, October 18, 2019. Any substantive dis be raised well in advance of the deadline to complete depositions. (Signed by Magistrate Judge Sarah Netburn on 09/ (ras) (Entered: 09/23/2019) |

| | | |
|---|---|---|
| 23/2019 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Telephone Conference held on 9/23/2019 (Entered: 10/01/2019) |
| 24/2019 | 5174 | Order and Writ of Habeas Corpus ad Testificandum Issued as to Mamdough Mahmud Salim for November 5, 2019. ( Magistrate Judge Sarah Netburn on 09/23/2019). (dt) Modified on 9/25/2019 (dt). Picked up by Jerry Goldman's Offi September 25, 2019. (Entered: 09/24/2019) |
| 24/2019 | 5175 | Order and Writ of Habeas Corpus ad Testificandum Issued as to Wadih el Hage for November 6, 2019. (Signed by M Judge Sarah Netburn on 09/23/2019). (dt) Modified on 9/25/2019 (dt). Picked up by Jerry Goldman's Office on Septe 2019. Modified on 11/4/2019 (dt). (Entered: 09/24/2019) |
| 27/2019 | 5176 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter, Robert T. Haefele and Andrew J. Malon September 27, 2019 re: Request for an extension of time for Plaintiffs to respond to interrogatories served by defenda and Yassin Kadi. Document filed by Plaintiffs Executive Committees.(Haefele, Robert) (Entered: 09/27/2019) |
| 27/2019 | 5177 | CLERK CERTIFICATE OF MAILING of two copies of the Summons, Complaint, SDNY Civil Cover Sheet, Notice (and related papers relating to the Foreign Sovereign Immunities Act) provided in English and Farsi, with an affidavi translator attesting to the accuracy of the Farsi translation mailed to ISLAMIC REPUBLIC OF IRAN, c/o Minister o Affairs, Ministry of Foreign Affairs for the Republic of Iran, Iman Khomeini Avenue, Tehran, Iran. ATTN: H.E. Mol Javad Zarif on 9/26/2019 by Federal Express tracking # 8106 7858 8741, to the Secretary of State, Attn: Director of C Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th l C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 16 Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11417−GBD−SN(Goedtel, Casey) (Entered: 09/27/ |
| 27/2019 | 5178 | CLERK CERTIFICATE OF MAILING of two copies of the the Notice of Default Judgment with certified Farsi trans true and certified copy of the August 31, 2015 default judgment on liability with certified Farsi translation; a true and copy of the September 13, 2019 Memorandum Decision and Order of Judgment and the moving papers for Plaintiff's and the certified Farsi translations of the Default Judgment and Plaintiff's motion papers; and the Foreign Sovereign I Act with certified Farsi translation mailed to Islamic Republic of Iran H.E. Dr. Mohammad Javad Zarif Foreign Mini Ministry of Foreign Affairs Imam Khomeini Street, Imam Khomeini Square Tehran, Islamic Republic of Iran on 9/26 Federal Express tracking # 7763 0841 5419, to the Secretary of State, Attn: Director of Consular Services, Office of l Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4).Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−08297−GBD−SN(Goedtel, Cas (Entered: 09/27/2019) |
| 27/2019 | 5179 | MEMO ENDORSEMENT on re: 5176 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: Given th outstanding depositions, an extension of the deadline for the Plaintiffs' Executive Committees ("PECs") to respond to Defendants' interrogatories is appropriate. Accordingly, the PECs must respond to WAMY's interrogatories by Mond December 9, 2019, and to Mr. Kadi's interrogatories by Monday, December 2, 2019. In addition, on June 10, 2019, n months ago, the Court directed Jelaidan to sit for a deposition by October 31, 2019. Mindful of Jelaidan's limited fina resources, the Court further directed the parties to meet−and−confer regarding the possibility of taking the deposition videoconference. It is now late September, and the parties have yet to reach an agreement or even confirm a depositic Accordingly, by Wednesday, October 2, 2019, Jelaidan is directed to file a letter with the Court confirming the dates he can sit for a deposition before the deadline, and his position on where that deposition should take place. Jelaidan's confirm his deposition intentions may result in sanctions. (Signed by Magistrate Judge Sarah Netburn on 09/27/2019) (Entered: 09/27/2019) |
| 30/2019 | 5180 | OPINION & ORDER re: (4291 in 1:03−md−01570−GBD−SN, 1006 in 1:02−cv−06977−GBD−SN) MOTION for Compensation *through Creation of Common Benefit Fund and Authorizing Certain Disbursements Therefrom*; (4289 1:03−md−01570−GBD−SN, 1004 in 1:02−cv−06977−GBD−SN) MOTION for Compensation *through Creation of C Benefit Fund and Authorizing Certain Disbursements Therefrom*: The motion to create a common benefit fund is GR but the request for a 12% set−aside is DENIED without prejudice to renewal. The parties are directed to meet−and−c regarding: (1) the need, if any, for limited discovery, see Mass−Tort MDLs, at 83; (2) the kinds of documents that co reasonable proof of the Havlish Plaintiffs' time and expenses, but would not impose an undue burden to produce and (3) the propriety of reserving decision on the size of the common benefit fee until Respondents are notified of the am will recover through the VSSTF's third−round of payments. The Clerk of the Court is respectfully directed to termina motions at ECF Nos. 4289 & 4291. (Signed by Magistrate Judge Sarah Netburn on 9/30/2019) Filed In Associated C 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(jwh) (Entered: 09/30/2019) |
| 02/2019 | 5181 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment w/Foreign Sovereign Immu Final Order of Summary Judgment and Certification of translator mailed to H.E Dr. Mohammad Javad Zarif, Foreign The Ministry of Foreign Affairs for Islamic Republic of Iran, Imam Khomeini Square, Tehran, Iran 1136914811 on 1 by Federal Express tracking # 7763 7255 0238, to the Secretary of State, Attn: Director of Consular Services, Office Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). File Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11416−GBD−SN(smc) (Entered: 10/02/2019) |

| | | |
|---|---|---|
| )2/2019 | 5182 | MOTION for Leave to File Iran Notices Of Amendment NUNC PRO TUNC . Document filed by Gordon Aamoth, L Lloyd Abel, Lloyd Abel, Jessica Derubbio, Marinella Hemenway, Alexander Jimenez, Bakahityar Kamardinova, Cha John O'Neill, John O'Neill, Matthew Rowenhorst. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exh Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Text of Proposed Order)Filed In Associated 1:03−md−01570−GBD−SN et al.(Goldman, Jerry) (Entered: 10/02/2019) |
| )2/2019 | 5183 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (95 in 1:18−cv−05339−GBD−SN, 45 in 1:18−cv−11875− 48 in 1:18−cv−12387−GBD−SN, 54 in 1:18−cv−11870−GBD−SN, 44 in 1:18−cv−11837−GBD−SN, 96 in 1:18−cv−05306−GBD−SN, 46 in 1:18−cv−12277−GBD−SN, 5182 in 1:03−md−01570−GBD−SN, 48 in 1:18−cv−12276−GBD−SN, 524 in 1:04−cv−01076−GBD−SN) MOTION for Leave to File Iran Notices Of Amendm PRO TUNC .. Document filed by Gordon Aamoth, Lloyd Abel, Lloyd Abel, Lloyd Abel, Jessica Derubbio, Marinella Hemenway, Alexander Jimenez, Bakahityar Kamardinova, Chang Kim, John O'Neill, Matthew Rowenhorst. (Attachi Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 10 Exhibit J, # 11 Exhibit K)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(Goldman, Jerry) (Entered: 10/02/2019) |
| )2/2019 | 5184 | MEMORANDUM OF LAW in Support re: (96 in 1:18−cv−05306−GBD−SN, 46 in 1:18−cv−12277−GBD−SN, 518 1:03−md−01570−GBD−SN, 95 in 1:18−cv−05339−GBD−SN, 45 in 1:18−cv−11875−GBD−SN, 48 in 1:18−cv−12387−GBD−SN, 54 in 1:18−cv−11870−GBD−SN, 44 in 1:18−cv−11837−GBD−SN, 48 in 1:18−cv−12276−GBD−SN, 524 in 1:04−cv−01076−GBD−SN) MOTION for Leave to File Iran Notices Of Amendm PRO TUNC . . Document filed by Gordon Aamoth, Lloyd Abel, Lloyd Abel, Lloyd Abel, Jessica Derubbio, Marinell Hemenway, Alexander Jimenez, Bakahityar Kamardinova, Chang Kim, John O'Neill, Matthew Rowenhorst. Filed In Cases: 1:03−md−01570−GBD−SN et al.(Goldman, Jerry) (Entered: 10/02/2019) |
| )2/2019 | 5185 | PROPOSED ORDER. Document filed by Gordon Aamoth, Lloyd Abel, Lloyd Abel, Lloyd Abel, Jessica Derubbio, M Hemenway, Alexander Jimenez, Bakahityar Kamardinova, Chang Kim, John O'Neill, Matthew Rowenhorst. (Attachi Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Related Document Number: [5182, 524, 96, 95, 44, 54, 45, 48, 46, 48]. (Goldman, Jerry) **Proposed Order to be revi Clerk's Office staff.** (Entered: 10/02/2019) |
| )3/2019 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (51 in 1:18−cv−12276−GBD−S 1:18−cv−11837−GBD−SN, 51 in 1:18−cv−12387−GBD−SN, 48 in 1:18−cv−11875−GBD−SN, 57 in 1:18−cv−11870−GBD−SN, 98 in 1:18−cv−05339−GBD−SN, 49 in 1:18−cv−12277−GBD−SN, 527 in 1:04−cv−01076−GBD−SN, 99 in 1:18−cv−05306−GBD−SN, 5185 in 1:03−md−01570−GBD−SN) Proposed Ord reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(dt)** (Entered: 1( |
| )3/2019 | 5186 | ORDER: By Thursday, October 10, 2019, Plaintiffs are directed to file a brief letter providing the basis for their oppo the entry of a charging lien in an amount to be determined later. (Signed by Magistrate Judge Sarah Netburn on 10/0 Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD−SN, 1:17−cv−02003−GBD−SN. (ras) (Entered: 10/03/2019) |
| )4/2019 | 5187 | LETTER addressed to Magistrate Judge Sarah Netburn from Waleed Nassar dated October 4, 2019 re: Update on Sta Abdullah Naseef's Medical Condition. Document filed by Abdullah Naseef.(Nassar, Waleed) (Entered: 10/04/2019) |
| )4/2019 | 5188 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated October 4, 2019 for a brief extension of the deadline for Plaintiffs' Reply Brief in support of their Motion To Compel. Document filed Plaintiffs Executive Committees.(Carter, Sean) (Entered: 10/04/2019) |
| )4/2019 | 5189 | FIRST MEMORANDUM OF LAW in Opposition re: 5127 MOTION to Compel Federal Bureau of Investigation to documents *[Redacted Motion to Compel previously filed under seal on 5/31/2019, ECF Document No. 4568]. (Subm Seal on June 21, 2019)*. Document filed by FBI. (Vargas, Jeannette) (Entered: 10/04/2019) |
| )4/2019 | 5190 | DECLARATION of David M. Hardy in Opposition re: 5127 MOTION to Compel Federal Bureau of Investigation to documents *[Redacted Motion to Compel previously filed under seal on 5/31/2019, ECF Document No. 4568]*.. Docu by FBI. (Vargas, Jeannette) (Entered: 10/04/2019) |
| )4/2019 | 5191 | DECLARATION of Duel W. Valentine in Opposition re: 5127 MOTION to Compel Federal Bureau of Investigation documents *[Redacted Motion to Compel previously filed under seal on 5/31/2019, ECF Document No. 4568]*.. Docu by FBI. (Vargas, Jeannette) (Entered: 10/04/2019) |
| )4/2019 | 5192 | DECLARATION of Sarah S. Normand in Opposition re: 5127 MOTION to Compel Federal Bureau of Investigation documents *[Redacted Motion to Compel previously filed under seal on 5/31/2019, ECF Document No. 4568]*.. Docu by FBI. (Attachments: # 1 Exhibit A, # 2 B, # 3 C, # 4 D, # 5 E, # 6 F, # 7 G, # 8 H, # 9 I)(Vargas, Jeannette) (Entere 10/04/2019) |
| )7/2019 | 5193 | ORDER: Based on Plaintiffs' showing of particularized need, the Court grants the four petitions filed by the Governn authorizes disclosure of the grand jury materials to qualified persons, subject to the terms of the FBI Privacy Act and Order at ECF No. 4255. The parties are directed to file their submissions on the public docket, subject to any necessa |

| | | |
|---|---|---|
| | | redactions under the Protective Order. (Signed by Magistrate Judge Sarah Netburn on 10/7/2019) (mro) (Entered: 10/ |
| )7/2019 | 5194 | MEMO ENDORSEMENT on re: 5188 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The Plai Executive Committees ("PECs") shall file a reply brief, not to exceed 25 pages, on or before October 18, 2019. The D of Justice shall file a sur−reply brief, not to exceed 10 pages, by November 1, 2019. No further extensions will be gra Replies due by 10/18/2019., Surreplies due by 11/1/2019.) (Signed by Magistrate Judge Sarah Netburn on 10/7/2019) (Entered: 10/07/2019) |
| )7/2019 | 5195 | TRANSCRIPT of Proceedings re: CONFERENCE held on 9/23/2019 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Martha Martin, (212) 805−0300. Transcript may be viewed at the court public terminal or purc through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 10/28/2019. Redacted Transcript Deadline set for 11/7/2019. Relea Transcript Restriction set for 1/5/2020.(McGuirk, Kelly) (Entered: 10/07/2019) |
| )7/2019 | 5196 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERI proceeding held on 9/23/19 has been filed by the court reporter/transcriber in the above−captioned matter. The parties seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...( Kelly) (Entered: 10/07/2019) |
| )7/2019 | 5197 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter, Robert T. Haefele and Andrew J. Malon October 7, 2019 re: Request for two−week adjustment to the deposition schedule to accommodate the deposition of d Wael Jelaidan. Document filed by Plaintiffs Executive Committees.(Haefele, Robert) (Entered: 10/07/2019) |
| )8/2019 | 5198 | LETTER addressed to Judge George B. Daniels from James P. Kreindler dated 10/08/2019 re: extension of time. Doc by Kathleen Ashton.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, Ja (Entered: 10/08/2019) |
| )8/2019 | 5199 | MEMO ENDORSEMENT on re: 5197 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: Jelaidan to sit for a deposition by November 13, 2019. The deposition shall proceed in accordance with the four conditions ide the Plaintiffs' Executive Committees ("Plaintiffs") in their October 7, 2019 letter. In addition, in accordance with the September 27, 2019 Endorsed Order, Plaintiffs are directed to respond to Defendant Yassin Kadi's interrogatories by 13, 2019. (Signed by Magistrate Judge Sarah Netburn on 10/8/2019) (ras) (Entered: 10/08/2019) |
| )8/2019 | 5200 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated October 8, 2019 re: Status of production. Document filed by Kingdom of Saudi Arabia.(Kellogg, Michael) (Entered: 10/08/2019) |
| )9/2019 | 5201 | MEMO ENDORSEMENT on re: 5198 Letter filed by Kathleen Ashton. ENDORSEMENT: SO ORDERED. ( Motio 11/12/2019., Objections to R&R due by 11/12/2019) (Signed by Judge George B. Daniels on 10/9/2019) (mro) (Ente 10/09/2019) |
| .0/2019 | 5202 | LETTER addressed to Magistrate Judge Sarah Netburn from Katherine Maher and Patricia Ryan dated 10/10/2019 re opposition to attorney charging lien. Document filed by Katherine Maher, Patricia Ryan. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−SN, 1:17−cv−02003−GBD−SN. (ras) (Ent 10/10/2019) |
| .0/2019 | 5203 | LETTER addressed to Magistrate Judge Sarah Netburn from Dorothea M. Capone dated Oct. 10, 2019 re: Letter fron Ryan and Katherine Maher emailed to Judge Netburn today, regarding their opposition to charging lien.. Document f Katherine Maher, Katherine Maher, Patricia Ryan, Patricia Ryan.Filed In Associated Cases: 1:03−md−01570−GBD− 1:02−cv−06977−GBD−SN, 1:17−cv−02003−GBD−SN(Capone, Dorothea) (Entered: 10/10/2019) |
| .1/2019 | 5204 | ORDER: The Court intends to select a neutral translator to review the document. That person will agree to the terms Protective Order and will be paid for by the parties. To ensure the Court selects a neutral translator, the parties shall f letter, no later than Wednesday, October 16, 2019, with the names of any translation services that the parties have use litigation. (Signed by Magistrate Judge Sarah Netburn on 10/11/2019) (ras) (Entered: 10/11/2019) |
| .1/2019 | 5205 | ORDER: Baumeister & Samuels are ORDERED to file a response no later than Friday, October 18, 2019. Plaintiffs r reply, if any, no later than Wednesday October 23, 2019. Plaintiffs shall submit any reply by: (1) emailing a copy to C and counsel for Baumeister & Samuels; and (2) mailing a hard−copy to the Pro Se Intake Unit, Thurgood Marshall C 40 Foley Square, Room 105, New York, New York 10007. In addition, a conference is SCHEDULED for Friday, Oc 2019, at 11:00 a.m., in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The including a representative from Baumeister & Samuels, should be prepared to testify on the disputed issues. If this da unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805−0286. (Sig Magistrate Judge Sarah Netburn on 10/11/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:17−cv−02003−GBD−SN. Copies E−Mailed By Chambers. (ras) (Entered: 10/11/2019) |
| .1/2019 | | Set/Reset Hearings: Evidentiary Hearing set for 10/25/2019 at 11:00 AM in Courtroom 219, 40 Centre Street, New Y 10007 before Magistrate Judge Sarah Netburn. Associated Cases: 1:03−md−01570−GBD−SN, 1:17−cv−02003−GBD |

| | | |
|---|---|---|
| | | (Entered: 10/11/2019) |
| .5/2019 | 5206 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter, Robert T. Haefele and Andrew J. Malon October 15, 2019 re: Request that the Court address two discovery issues in need of resolution. Document filed by Pl Executive Committees. (Attachments: # 1 Attachment A, # 2 Attachment B)(Haefele, Robert) (Entered: 10/15/2019) |
| .5/2019 | 5207 | ORDER of USCA (Certified Copy) as to (89 in 1:16−cv−07853−GBD−SN) Corrected Notice of Appeal filed by Ger Security Indemnity Company Of Arizona, American Safety Casualty Insurance Company, Wausau Business Insuranc Company, Liberty Mutual Insurance Europe Limited, Marlon Insurance Company Limited, General Insurance Comp America, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2020, Employers Insurance Company of Wa Safeco Insurance Company of America, QBE INSURANCE (INTERNATIONAL) LTD., UNDERWRITING MEMI LLOYD'S SYNDICATE 807, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 205, Netherlands Insura Company, Wausau Underwriters Insurance Company, SCOR Reinsurance Company, Liberty Insurance Corporation, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1308, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 271, LM PROPERTY AND CASUALTY INSURANCE COMPANY, General Security National Insu Company, SCOR CANADA REINSURANCE COMPANY, Excelsior Insurance Company, LIBERTY MANAGING LIMITED, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1121, UNDERWRITING MEMBERS OF SYNDICATE 672, SCOR REINSURANCE COMPANY (ASIA) LIMITED, Ohio Casualty Insurance Company, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2, Peerless Insurance Company, AMERICAN FIRE A CASUALTY COMPANY, Midwestern Indemnity Company, First Liberty Insurance Corporation, UNDERWRITIN MEMBERS OF LLOYD'S SYNDICATE 535, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1209, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1243, Liberty Mutual Fire Insurance Company, Odyss Reinsurance Company, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 55, COPENHAGEN REINSU COMPANY (U.K.) LIMITED, Indiana Insurance Company, UNDERWRITING MEMBERS OF LLOYD'S SYNDI UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1236, American Economy Insurance Company, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 53, SCOR REINSURANCE ASIA−PACIFIC PTE LIM American Safety Indemnity Company, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2003, UNDER MEMBERS OF LLOYD'S SYNDICATE 557, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 376, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 861, UNDERWRITING MEMBERS OF LLOYD'S SY 1003, Unionamerica Insurance Company Limited, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 991 Life Assurance Company of Boston, Scor UK Company Limited, LM Insurance Corporation, UNDERWRITING MI OF LLOYD'S SYNDICATE 529, Liberty Insurance Underwriters Inc., LIBERTY LLOYDS OF TEXAS INSURAN COMPANY, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 510, Scor Global P&C Se, Liberty Mutua Company, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 588, WEST AMERICAN INSURANCE CO (4039 in 1:03−md−01570−GBD−SN) Amended Notice of Appeal,,,,,,,,, filed by The Underwriting Members of Lloy Syndicate 1121, General Security Indemnity Company Of Arizona, American Safety Casualty Insurance Company, V Business Insurance Company, LM Property and Casualty Insurance Company, Liberty Mutual Insurance Europe Lim Marlon Insurance Company Limited, General Insurance Company Of America, The Underwriting Members of Lloyd Syndicate 529, Safeco Insurance Company of America, Employers Insurance Company of Wausau, QBE INSURAN (INTERNATIONAL) LTD., The Underwriting Members of Lloyd's Syndicate 991, Netherlands Insurance Company, Underwriters Insurance Company, SCOR Reinsurance Company, Liberty Insurance Corporation, LM PROPERTY A CASUALTY INSURANCE COMPANY, SCOR CANADA REINSURANCE COMPANY, Excelsior Insurance Cor Underwriting Members of Lloyd's Syndicate 1308, LIBERTY MANAGING AGENCY LIMITED, SCOR REINSUR COMPANY (ASIA) LIMITED, American Fire and Casualty Company, Ohio Casualty Insurance Company, The Und Members of Lloyd's Syndicate 1236, Copenhagen Reinsurance Company (UK) LTD, Peerless Insurance Company, AMERICAN FIRE AND CASUALTY COMPANY, Midwestern Indemnity Company, First Liberty Insurance Corp Underwriting Members of Lloyd's Syndicate 53, The Underwriting Members of Lloyd's Syndicate 55, Odyssey Reins Company, Liberty Mutual Fire Insurance Company, The Underwriting Members of Lloyds Syndicate 1861, The Und Members of Lloyd's Syndicate 1243, Indiana Insurance Company, Liberty Managing Agency Limited, American Ec Insurance Company, The Underwriting Members of Lloyd's Syndicate 205, West American Insurance Company, SC REINSURANCE ASIA−PACIFIC PTE LIMITED, American Safety Indemnity Company, Unionamerica Insurance Limited, Liberty Life Assurance Company of Boston, LM Insurance Corporation, Liberty Insurance Underwriters In LIBERTY LLOYDS OF TEXAS INSURANCE COMPANY, Liberty Lloyds of Texas Insurance Company, Liberty Insurance Company, The Underwriting Members of Lloyd's Syndicate 510, The Underwriting Members of Lloyd's S 228, (3972 in 1:03−md−01570−GBD−SN) Corrected Notice of Appeal,,,, filed by AIG Assurance Company, New Ha Insurance Company, Illinois National Insurance CO, AIG Insurance Company of Canada, The Insurance Company o of Pennsylvania, Commerce and Industry Insurance Company, Muenchener Rueckversicherungs Gesellschaft Aktien In Muenchen, New Reinsurance Company, Ltd., National Union Fire Company of Pittsburgh, PA., AIG Property Ca Company, Chartis Excess Limited, AIG Specialty Insurance Company, AIG Insurance Company − Puerto Rico, AIU Company, American Home Assurance Company, Granite State Insurance Company, (4057 in 1:03−md−01570−GBD 1:17−cv−02651−GBD−SN) Notice of Appeal,,,,, filed by ST. Paul Fire and Marine Insurance Company, The Autom Insurance Company of Hartford Connecticut, Travelers Property Casualty Company of America, The Travelers Inde Company, St. Paul Guardian Insurance Company, The Premier Insurance Company of Massachusetts, Travelers Pers Security Insurance Company, Travelers Casualty And Surety Company, Travco Insurance Company, The Charter Oa Insurance Company, The Phoenix Insurance Company, Travelers Property Casualty Insurance Company, Fidelity An |

Insurance Company, Fidelity And Guaranty Insurance Underwriters, Inc., Travelers Lloyds of Texas Insurance Comp
Farmington Casualty Company, Travelers Personal Insurance Company, The Travelers Indemnity Company of Conn
Paul Mercury Insurance Company, Travelers Casualty and Surety Company of America, United States Fidelity & Gu
Company, The Travelers Indemnity Company of America, First Floridian Auto and Home Insurance Company, The S
Fire Insurance Company, Constitution State Services L.L.C., St. Paul Protective Insurance Company, Travelers Casu
Company of Connecticut, (31 in 1:17−cv−07914−GBD−SN) Corrected Notice of Appeal,,, filed by AIG Assurance C
New Hampshire Insurance Company, Illinois National Insurance CO, AIG Insurance Company of Canada, The Insur
Company of The State of Pennsylvania, Commerce and Industry Insurance Company, Muenchener Rueckversicherur
Gesellschaft Aktiengesellschaft In Muenchen, New Reinsurance Company, Ltd., National Union Fire Company of Pi
PA., AIG Property Casualty Company, Chartis Excess Limited, AIG Specialty Insurance Company, AIG Insurance C
Puerto Rico, Lexington Insurance Company, AIU Insurance Company, American Home Assurance Company, Granit
Insurance Company, (98 in 1:16−cv−07853−GBD−SN) Amended Notice of Appeal,,,,,,,,,, filed by General Security
Company Of Arizona, American Safety Casualty Insurance Company, Wausau Business Insurance Company, Liberty
Insurance Europe Limited, Marlon Insurance Company Limited, General Insurance Company of America, UNDERW
MEMBERS OF LLOYD'S SYNDICATE 2020, Safeco Insurance Company of America, Employers Insurance Comp
Wausau, QBE INSURANCE (INTERNATIONAL) LTD., UNDERWRITING MEMBERS OF LLOYD'S SYNDICA
UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 205, Netherlands Insurance Company, Wausau Underv
Insurance Company, SCOR Reinsurance Company, Liberty Insurance Corporation, UNDERWRITING MEMBERS O
LLOYD'S SYNDICATE 1308, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 271, LM PROPERTY
CASUALTY INSURANCE COMPANY, General Security National Insurance Company, SCOR CANADA REINSU
COMPANY, Excelsior Insurance Company, LIBERTY MANAGING AGENCY LIMITED, UNDERWRITING ME
OF LLOYD'S SYNDICATE 1121, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 672, SCOR REINS
COMPANY (ASIA) LIMITED, Ohio Casualty Insurance Company, UNDERWRITING MEMBERS OF LLOYD'S
SYNDICATE 2, Peerless Insurance Company, AMERICAN FIRE AND CASUALTY COMPANY, Midwestern Ind
Company, First Liberty Insurance Corporation, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 535,
UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1209, UNDERWRITING MEMBERS OF LLOYD'S
SYNDICATE 1243, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 55, Odyssey Reinsurance Compan
Mutual Fire Insurance Company, COPENHAGEN REINSURANCE COMPANY (U.K.) LIMITED, Indiana Insuran
Company, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 228, UNDERWRITING MEMBERS OF LL
SYNDICATE 1236, American Economy Insurance Company, UNDERWRITING MEMBERS OF LLOYD'S SYND
SCOR REINSURANCE ASIA−PACIFIC PTE LIMITED, American Safety Indemnity Company, UNDERWRITING
MEMBERS OF LLOYD'S SYNDICATE 2003, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 557,
UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 861, UNDERWRITING MEMBERS OF LLOYD'S SY
376, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1003, Unionamerica Insurance Company Limited
UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 991, Liberty Life Assurance Company of Boston, Scor
Company Limited, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 529, LM Insurance Corporation, Li
Insurance Underwriters Inc., LIBERTY LLOYDS OF TEXAS INSURANCE COMPANY, UNDERWRITING MEM
LLOYD'S SYNDICATE 510, Scor Global P&C Se, Liberty Mutual Insurance Company, UNDERWRITING MEMB
LLOYD'S SYNDICATE 588, WEST AMERICAN INSURANCE COMPANY, (3971 in 1:03−md−01570−GBD−SN
Notice of Appeal,,,,,,,,,, filed by General Security Indemnity Company Of Arizona, American Safety Casualty Insura
Company, Wausau Business Insurance Company, Liberty Mutual Insurance Europe Limited, Marlon Insurance Comp
Limited, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2020, General Insurance Company Of Americ
Insurance Company of America, Employers Insurance Company of Wausau, QBE INSURANCE (INTERNATIONA
UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 807, UNDERWRITING MEMBERS OF LLOYD'S SY
205, UnionAmerica Insurance Company Ltd., Wausau Underwriters Insurance Company, SCOR Reinsurance Compa
Insurance Corporation, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1308, UNDERWRITING MEM
LLOYD'S SYNDICATE 271, General Security National Insurance Company, SCOR CANADA REINSURANCE C
Excelsior Insurance Company, LIBERTY MANAGING AGENCY LIMITED, UNDERWRITING MEMBERS OF L
SYNDICATE 1121, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 672, SCOR REINSURANCE CO
(ASIA) LIMITED, American Fire and Casualty Company, Copenhagen Reinsurance Company (UK) LTD, UNDERV
MEMBERS OF LLOYD'S SYNDICATE 2, Peerless Insurance Company, AMERICAN FIRE AND CASUALTY CO
First Liberty Insurance Corporation, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 535, UNDERWRI
MEMBERS OF LLOYD'S SYNDICATE 1209, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1243,
UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 55, Odyssey Reinsurance Company, The Ohio Casualt
Company, Liberty Mutual Fire Insurance Company, Indiana Insurance Company, The Midwestern Indemnity Compa
Managing Agency Limited, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 228, UNDERWRITING M
OF LLOYD'S SYNDICATE 1236, American Economy Insurance Company, UNDERWRITING MEMBERS OF LL
SYNDICATE 53, SCOR REINSURANCE ASIA−PACIFIC PTE LIMITED, American Safety Indemnity Company,
UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2003, UNDERWRITING MEMBERS OF LLOYD'S
SYNDICATE 557, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 861, UNDERWRITING MEMBEI
LLOYD'S SYNDICATE 376, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1003, UNDERWRITIN
MEMBERS OF LLOYD'S SYNDICATE 991, Liberty Life Assurance Company of Boston, Scor UK Company Limi
UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 529, Liberty Insurance Underwriters Inc., LIBERTY L
OF TEXAS INSURANCE COMPANY, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 510, Liberty I

| | | |
|---|---|---|
| | | Texas Insurance Company, Scor Global P&C Se, The Netherlands Insurance Company, Liberty Mutual Insurance Co UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 588, WEST AMERICAN INSURANCE COMPANY. **CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgme District Court be and it hereby is **REVERSED** . Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Cert 10/15/2019. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:16−cv−07853−GBD−SN, 1:17−cv−02651−GI 1:17−cv−07914−GBD−SN(nd) (Entered: 10/15/2019) |
| .5/2019 | 5208 | ORDER of USCA (Certified Copy) as to (34 in 1:17−cv−08617−GBD−SN, 64 in 1:17−cv−03887−GBD−SN, 88 in 1:17−cv−00450−GBD−SN, 4053 in 1:03−md−01570−GBD−SN, 50 in 1:17−cv−06123−GBD−SN, 88 in 1:16−cv−09937−GBD−SN, 88 in 1:17−cv−00117−GBD−SN, 89 in 1:16−cv−09663−GBD−SN) Corrected Notice of filed by Napoli Shkolnik PLLC. USCA Case Number 18−2162−con.**ON CONSIDERATION WHEREOF, IT IS H ORDERED, ADJUDGED, AND DECREED** that the judgment of said District Court be and it hereby is **REVERSI** Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 10/15/2019. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(nd) (Entered: 10/15/2019) |
| .5/2019 | 5209 | MEMO ENDORSEMENT on re: 5206 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: Defenda Assembly of Muslim Youth−International and World Assembly of Muslim Youth−SA (collectively, "WAMY") shall response to Plaintiffs' October 15, 2019 Letter no later than 5:00 p.m. on Wednesday, October 16, 2019. (Signed by M Judge Sarah Netburn on 10/15/2019) (ras) (Entered: 10/15/2019) |
| .5/2019 | 5210 | LETTER addressed to Magistrate Judge Sarah Netburn from Steven T. Cottreau dated October 15, 2019 re: Class Ce Discovery Status and Briefing Schedule in Estate of John P. ONeill, Sr. v. Al Baraka Inv. & Dev. Corp., 04−cv−1923 (GBD) (SN). Document filed by Dubai Islamic Bank.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN(Pritsker, Gabrielle) (Entered: 10/15/2019) |
| .6/2019 | 5211 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated October 16, 2019 translation services. Document filed by Plaintiffs Executive Committees.(Carter, Sean) (Entered: 10/16/2019) |
| .6/2019 | 5212 | LETTER addressed to Magistrate Judge Sarah Netburn from Omar T. Mohammedi, Esq. dated 10/16/2019 re: Respo Plaintiffs' 10/15/19 Letter. Document filed by Wamy International, Inc., World Assembly of Muslim Youth. (Attachn Exhibit 1)(Mohammedi, Omar) (Entered: 10/16/2019) |
| .7/2019 | 5213 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter, Robert T. Haefele and Andrew J. Malon October 17, 2019 re: Response to WAMY's 10/16/19 Letter. Document filed by Plaintiffs Executive Committees.(Ha Robert) (Entered: 10/17/2019) |
| .7/2019 | 5214 | LETTER addressed to Magistrate Judge Sarah Netburn from Omar T. Mohammedi dated October 17, 2019 re: in Op PEC's 10−17−19 Reply Letter ECF No 5213. Document filed by Wamy International, Inc., World Assembly of Musl (Attachments: # 1 Exhibit 1)(Mohammedi, Omar) (Entered: 10/17/2019) |
| .7/2019 | 5215 | NOTICE OF APPEARANCE by Jonathan P. Vuotto on behalf of Daniel Maher, Joseph Maher, Joseph Maher, Kathe Katherine Maher, Colin Ryan, John Ryan, John Ryan, Kristen Ryan, Laura Ryan, Patricia Ryan, Patricia Ryan. Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:17−cv−02003−GBD−SN(Vuotto, Jona (Entered: 10/17/2019) |
| .7/2019 | 5216 | CONSENT LETTER addressed to Magistrate Judge Sarah Netburn from Alan Kabat dated 10/17/2019 re: Expert Dis Schedule. Document filed by Defendants Executive Committee.(Kabat, Alan) (Entered: 10/17/2019) |
| .8/2019 | 5217 | ORDER: The Court concludes that Plaintiffs: (1) may depose each Rule 30(b)(6) witness for the full presumptive tim but (2) are required to segregate Dr. Wohaibi's testimony into separate periods, one for Rule 30(b)(6) testimony and a testimony as an individual fact witness. In addition, the parties are directed to meet−and−confer regarding WAMY's r witness fees pursuant to 28 U.S.C. § 1821. (Signed by Magistrate Judge Sarah Netburn on 10/18/2019) (ras) (Entered 10/18/2019) |
| .8/2019 | 5218 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman, Esq dated 10/18/2019 Document file Plaintiffs Executive Committees, Plaintiffs PI Executive Committee.(Goldman, Jerry) (Entered: 10/18/2019) |
| .8/2019 | 5219 | DECLARATION of Dorothea M. Capone in Opposition re: (5202 in 1:03−md−01570−GBD−SN) Letter,. Document Baumeister & Samuels, P.C.. (Attachments: # 1 Exhibit 1)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:17−cv−02003−GBD−SN(Capone, Dorothea) (Entered: 10/18/2019) |
| .8/2019 | 5220 | ORDER: On October 11, 2019, the Court scheduled a conference for Friday, October 25, 2019, to resolve a charging involving certain Plaintiffs in the Ashton litigation. ECF No. 5205. In the interim, Plaintiffs obtained counsel to repre in this dispute, and both parties have indicated a need to reschedule the conference. Plaintiffs have also stated that the the dispute can be resolved without the necessity of a hearing and would like to discuss this possibility with opposing Accordingly, the October 25 conference is ADJOURNED sine die. The parties are directed to meet−and−confer and status letter no later than Friday, October 25, 2019. (Signed by Magistrate Judge Sarah Netburn on 10/18/2019) Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:17−cv−02003−GBD−SN. (ras) (Entere |

| | | |
|---|---|---|
| | | 10/18/2019) |
| .8/2019 | 5221 | REPLY to Response to Motion re: (5127 in 1:03−md−01570−GBD−SN) MOTION to Compel Federal Bureau of Inv to produce documents *[Redacted Motion to Compel previously filed under seal on 5/31/2019, ECF Document No. 45* Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit 1)Filed In Associated Cases: 1:03−md−01570−GBD- 1:02−cv−06977−GBD−SN, 1:17−cv−02003−GBD−SN(Pounian, Steven) (Entered: 10/18/2019) |
| .8/2019 | 5222 | SEALED DOCUMENT placed in vault.(rz) (Entered: 10/21/2019) |
| 21/2019 | 5223 | ORDER: A telephone conference is scheduled for Monday, November 4, 2019, at 11:00 a.m., to discuss the parties' p schedules. (Telephone Conference set for 11/4/2019 at 11:00 AM before Magistrate Judge Sarah Netburn.) (Signed b Magistrate Judge Sarah Netburn on 10/21/2019) (ras) (Entered: 10/21/2019) |
| 22/2019 | 5224 | ORDER granting (67) Motion for Default Judgment in case 1:18−cv−03162−GBD−SN: ORDERED that the Dillaber Motion for Default Judgment Against the Islamic Republic of Iran and the Iranian Ministry of Information and Secur GRANTED and final judgment on liability is entered in favor of the Dillaber Plaintiffs in Katherine Dillaber, et al., v Republic of Iran, et al, Case Number 1:18−cv−03162 (GBD) (SN) and against the Islamic Republic of Iran and the Ir Ministry of Information and Security; ORDERED that the Dillaber Plaintiffs are hereby referred to Magistrate Judge Netburn to resolve any remaining issues, including but not limited to damages, both compensatory and punitive. (Sig Judge George B. Daniels on 10/22/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−03162−G (jwh) (Entered: 10/22/2019) |
| 23/2019 | 5225 | ORDER granting (5182) Motion for Leave to File Document in case 1:03−md−01570−GBD−SN; granting (524) Mo Leave to File Document in case 1:04−cv−01076−GBD−SN; granting (96) Motion for Leave to File Document in case 1:18−cv−05306−GBD−SN; granting (95) Motion for Leave to File Document in case 1:18−cv−05339−GBD−SN; gra Motion for Leave to File Document in case 1:18−cv−11837−GBD−SN; granting (54) Motion for Leave to File Docu case 1:18−cv−11870−GBD−SN; granting (45) Motion for Leave to File Document in case 1:18−cv−11875−GBD−SN (48) Motion for Leave to File Document in case 1:18−cv−12276−GBD−SN; granting (46) Motion for Leave to File D case 1:18−cv−12277−GBD−SN; granting (48) Motion for Leave to File Document in case 1:18−cv−12387−GBD−SN consideration of Plaintiffs' Motion for Leave to File Iran Notices of Amendment *Nunc Pro Tunc,* in the above−captio matters, it is hereby; ORDERED that the Plaintiffs' motion is granted; ORDERED that Plaintiffs may file the Iran No Amendment *Nunc Pro Tunc,* attached hereto as Exhibits A − I. (Signed by Magistrate Judge Sarah Netburn on 10/23/ In Associated Cases: 1:03−md−01570−GBD−SN et al. (ras) (Entered: 10/23/2019) |
| 24/2019 | 5226 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 10/24/2019) |
| 25/2019 | 5227 | MEMO ENDORSEMENT granting (1053) Motion for Default Judgment in case 1:02−cv−06977−GBD−SN. ENDO SO ORDERED. (Signed by Judge George B. Daniels on 10/25/2019) Filed In Associated Cases: 1:03−md−01570−G 1:02−cv−06977−GBD−SN (jwh) (Entered: 10/25/2019) |
| 25/2019 | 5228 | MEMO ENDORSEMENT granting (5028) Motion for Default Judgment in case 1:03−md−01570−GBD−SN; grantir Motion for Default Judgment in case 1:15−cv−09903−GBD−SN. ENDORSEMENT: SO ORDERED. (Signed by Juc B. Daniels on 10/25/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN (jwh) 10/25/2019) |
| 25/2019 | 5229 | MEMO ENDORSEMENT granting (4718) Motion for Default Judgment in case 1:03−md−01570−GBD−SN; grantir Motion for Default Judgment in case 1:02−cv−06977−GBD−SN. ENDORSEMENT: SO ORDERED. (Signed by Juc B. Daniels on 10/25/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN (jwh) 10/25/2019) |
| 25/2019 | 5230 | ORDER TO WITHDRAW BENJAMIN D. MARGO AS ATTORNEY OF RECORD granting Motion to Withdraw a It is ORDERED that Benjamin D. Margo be withdrawn as counsel for the Kingdom of Saudi Arabia in the above−ref action. (Attorney Benjamin David Margo.) (Signed by Judge George B. Daniels on 10/25/2019) Filed In Associated C 1:03−md−01570−GBD−SN et al. (jwh) (Entered: 10/25/2019) |
| 25/2019 | 5231 | LETTER addressed to Magistrate Judge Sarah Netburn from Dorothea M. Capone dated Oct. 25, 2019 re: Status of c resolution with Plaintiffs Maher and Ryan. Document filed by Baumeister & Samuels, P.C..Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:17−cv−02003−GBD−SN(Capone, Dorothea) (Entered: 10 |
| 28/2019 | 5232 | MEMO ENDORSEMENT on re: (1099 in 1:02−cv−06977−GBD−SN, 175 in 1:17−cv−02003−GBD−SN, 5231 in 1:03−md−01570−GBD−SN) LETTER addressed to Magistrate Judge Sarah Netburn from Dorothea M. Capone datec 2019 re: Status of charging lien resolution with Plaintiffs Maher and Ryan. Document filed by Baumeister & Samuels ENDORSEMENT: So ordered. (Signed by Magistrate Judge Sarah Netburn on 10/28/2019). Filed In Associated Case 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:17−cv−02003−GBD−SN. (rjm). (Entered: 10/28/2019) |
| 28/2019 | 5233 | ORDER. On October 11, 2019, Alzamari moved for a protective order, objecting to certain of Plaintiffs' direct exami questions. Under the Court's Individual Rules of Practice, Plaintiffs had three business days to oppose Alzamari's req Plaintiffs have not done so. Accordingly, because Plaintiffs did not file a timely opposition and because the questions |

| | | |
|---|---|---|
| | | the scope of the deposition topics authorized in the Court's May 29 Order the objections to Plaintiffs' questions are SUSTAINED. Any filing regarding these questions shall be made under seal. SO ORDERED. (Signed by Magistrate Sarah Netburn on 10/28/2019) (rjm) (Entered: 10/28/2019) |
| 28/2019 | 5234 | AMENDED ORDER APPROVING NOTICES TO CONFORM, SHORT FORM COMPLAINTS & NOTICES OF AMENDMENT. The Court has previously issued several orders approving forms and setting procedures for the filing claims against the Kingdom of Saud Arabia ("Saudi Arabia") and the Islamic Republic of Iran ("Iran"). See ECF Nos 3982, 4010, 4045. This Amended Order supersedes those orders in their entirety. The parties are directed to adhere to letter and spirit of the procedures outline below, and as further specified and set forth in this Amended Order Approv to Conform, Short Form Complaints & Notices of Amendment. So ordered. (Signed by Magistrate Judge Sarah Netbu 10/28/2019). (rjm) (Entered: 10/28/2019) |
| 28/2019 | 5235 | LETTER MOTION for Discovery addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated Octo 2019. Document filed by Kingdom of Saudi Arabia.(Kellogg, Michael) (Entered: 10/28/2019) |
| 28/2019 | 5236 | PROPOSED SCHEDULING ORDER. Document filed by Kingdom of Saudi Arabia. (Kellogg, Michael) (Entered: 1 |
| 29/2019 | 5237 | ORDER re: (5229 in 1:03−md−01570−GBD−SN, 1097 in 1:02−cv−06977−GBD−SN) Order on Motion for Default J (5227 in 1:03−md−01570−GBD−SN, 1096 in 1:02−cv−06977−GBD−SN) Order on Motion for Default Judgment, (5 1:03−md−01570−GBD−SN) Order on Motion for Default Judgment: This Court's October 25, 2019 Orders (ECF No 5228, and 5229) shall be amended as follows: It is hereby ORDERED that the Ashton XIII Plaintiffs' Motion for Fina Judgments and the Burnett/Iran Plaintiffs' Motion for Default Judgment are GRANTED. The Ashton XIII and Burnet Plaintiffs are referred to Magistrate Judge Sarah Netburn to resolve any remaining issues, including but not limited to both compensatory and punitive. (Signed by Judge George B. Daniels on 10/29/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(jwh) (Entered: 10/29/2019) |
| 29/2019 | 5238 | CLERK CERTIFICATE OF MAILING of two copies of the Cover Letter, Second Amended Complaint, filed in the U Court for the Southern District of New York, dated May 6, 2019 (Ray Doc. No. 139), Notice of Suit, pursuant to 22 C dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, et seq.; Amended Summons in a Civil Action, date 7, 2019 (Ray Doc. No. 172), Affidavits/Certifications from the Translators mailed to ISLAMIC REPUBLIC OF IRA Mohammad Javad Zarif, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehra 10/29/19 by Federal Express tracking # 7767 9892 3692, to the Secretary of State, Attn: Director of Consular Service Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN(smc) (Entered: 10/29/2019) |
| 29/2019 | 5239 | CLERK CERTIFICATE OF MAILING of two copies of the Cover Letter, Second Amended Complaint, filed in the U Court for the Southern District of New York, dated May 6, 2019 (Ray Doc. No. 139), Notice of Suit, pursuant to 22 C dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, et seq.; Amended Summons in a Civil Action, date 7, 2019 (Ray Doc. No. 172), Affidavits/Certifications from the Translators mailed to Iranian Ministry of Information Security, c/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khome Tehran, Iran on 10/29/19 by Federal Express tracking # 7767 9892 3659, to the Secretary of State, Attn: Director of C Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th F C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 16 Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN(smc) (Entered: 10/29/2019) |
| 29/2019 | 5240 | LETTER addressed to Magistrate Judge Sarah Netburn from Dorothea M. Capone dated Oct. 29, 2019 re: status of cl resolution with Plaintiffs Maher and Ryan. Document filed by Baumeister & Samuels, P.C..Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:17−cv−02003−GBD−SN(Capone, Dorothea) (Entered: 10 |
| 29/2019 | 5241 | CLERK CERTIFICATE OF MAILING of two copies of the Cover Letter, Second Amended Complaint, filed in the U Court for the Southern District of New York, dated May 6, 2019 (Ray Doc. No. 139), Notice of Suit, pursuant to 22 C dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, et seq.; Amended Summons in a Civil Action, date 7, 2019 (Ray Doc. No. 172), Affidavits/Certifications from the Translators mailed to Islamic Revolutionary Guard Co H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, T on 10/29/19 by Federal Express tracking # 7767 9892 3821, to the Secretary of State, Attn: Director of Consular Serv of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Str Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN(smc) (Entered: 10/29/2019) |
| 29/2019 | 5242 | CLERK CERTIFICATE OF MAILING of two copies of the Cover Letter, Second Amended Complaint, filed in the U Court for the Southern District of New York, dated May 6, 2019 (Ray Doc. No. 139), Notice of Suit, pursuant to 22 C dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, et seq.; Amended Summons in a Civil Action, date 7, 2019 (Ray Doc. No. 172), Affidavits/Certifications from the Translators mailed to Iranian Ministry of Petroleum, c Mohammad Javad Zarif, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehra Federal Express tracking # 7767 9892 4081, to the Secretary of State, Attn: Director of Consular Services, Office of I Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, |

| | | |
|---|---|---|
| | | Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN(smc) (Entered: 10/29/2019) |
| 29/2019 | 5243 | LETTER addressed to Magistrate Judge Sarah Netburn from Jonathan P. Vuotto dated October 29, 2019 re: Lien Dis Baumeister & Samuels. Document filed by Daniel Maher, Joseph Maher, Katherine Maher, Colin Ryan, Kristen Rya Ryan, Patricia Ryan.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:17−cv−02003−GBD−SN(Vuotto, Jonathan) (Entered: 10/29/2019) |
| 29/2019 | 5244 | CLERK CERTIFICATE OF MAILING of two copies of the Cover Letter, Second Amended Complaint, filed in the U Court for the Southern District of New York, dated May 6, 2019 (Ray Doc. No. 139), Notice of Suit, pursuant to 22 C dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, et seq.; Amended Summons in a Civil Action, date 7, 2019 (Ray Doc. No. 172), Affidavits/Certifications from the Translators mailed to Iranian Ministry of Commerce, Mohammad Javad Zarif, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehra 10/29/19 by Federal Express tracking # 7767 9892 3887, to the Secretary of State, Attn: Director of Consular Service Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Stree Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN(smc) (Entered: 10/29/2019) |
| 29/2019 | 5245 | CLERK CERTIFICATE OF MAILING of two copies of the Cover Letter, Second Amended Complaint, filed in the U Court for the Southern District of New York, dated May 6, 2019 (Ray Doc. No. 139), Notice of Suit, pursuant to 22 C dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, et seq.; Amended Summons in a Civil Action, date 7, 2019 (Ray Doc. No. 172), Affidavits/Certifications from the Translators mailed to Iranian Ministry of Defense and Forces Logistics, c/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Avenue, Tehran, Iran on 10/29/19 by Federal Express tracking # 7767 9892 4438, to the Secretary of State, Attn: Dir Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN(smc) (Entered: 10/29 |
| 29/2019 | 5246 | CLERK CERTIFICATE OF MAILING of two copies of the Cover Letter, Second Amended Complaint, filed in the U Court for the Southern District of New York, dated May 6, 2019 (Ray Doc. No. 139), Notice of Suit, pursuant to 22 C dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, et seq.; Amended Summons in a Civil Action, date 7, 2019 (Ray Doc. No. 172), Affidavits/Certifications from the Translators mailed to Central Bank of the Islamic Rep Iran, c/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini A Tehran, Iran on 10/29/19 by Federal Express tracking # 7767 9892 4221, to the Secretary of State, Attn: Director of C Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th F C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 16 Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN(smc) (Entered: 10/29/2019) |
| 29/2019 | 5247 | CLERK CERTIFICATE OF MAILING of two copies of the Cover Letter, Second Amended Complaint, filed in the U Court for the Southern District of New York, dated May 6, 2019 (Ray Doc. No. 139), Notice of Suit, pursuant to 22 C dated May 6, 2019, along with the text of FSIA, 28 U.S.C. § 1602, et seq.; Amended Summons in a Civil Action, date 7, 2019 (Ray Doc. No. 172), Affidavits/Certifications from the Translators mailed to Iranian Ministry of Economic A Finance, c/o H.E. Mohammad Javad Zarif, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khome Tehran, Iran on 10/29/19 by Federal Express tracking # 7767 9897 4471, to the Secretary of State, Attn: Director of C Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th F C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 16 Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN(smc) (Entered: 10/29/2019) |
| 29/2019 | 5248 | LETTER addressed to Magistrate Judge Sarah Netburn from Dorothea M. Capone dated Oct. 29, 2019 re: response to Ryan and Maher Counsel's letter to the Court dated Oct. 29, 2019 (5243) regarding charging lien. Document filed by & Samuels, P.C..Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:17−cv−02003−GBD−SN(Capone, Dorothea) (Entered: 10/29/2019) |
| 30/2019 | 5249 | LETTER addressed to Magistrate Judge Sarah Netburn from Jonathan P. Vuotto dated October 30, 2019 re: Lien Dis Baumeister & Samuels. Document filed by Daniel Maher, Joseph Maher, Katherine Maher, Colin Ryan, Kristen Rya Ryan, Patricia Ryan.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:17−cv−02003−GBD−SN(Vuotto, Jonathan) (Entered: 10/30/2019) |
| 30/2019 | 5250 | ORDER: The Court has issued several orders approving forms and setting procedures for the filing of new claims aga Kingdom of Saudi Arabia ("Saudi Arabia"). See ECF Nos. 3543, 3982, 4010, 4045, 5234. Under these procedures, Pl who file a Short Form Complaint are required to submit an appropriate request for waiver of service to counsel for Sa See, e.g., ECF No. 3543, at 4; ECF No. 4045, at 4. For certain cases, particularly those filed in December 2018, the C discern whether these requests have been submitted. Accordingly, by Wednesday, November 6, 2019, Saudi Arabia i file a status letter with the Court, stating whether it has received a waiver of service in the cases identified below in T (Signed by Magistrate Judge Sarah Netburn on 10/30/2019) (ras) (Entered: 10/30/2019) |

| | | |
|---|---|---|
| 30/2019 | 5251 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter, Andrew J. Maloney and Robert T. Haefe October 30, 2019 re: request for a brief extension, to November 8, 2019, for the plaintiffs to submit their responses to motions filed by the Kingdom of Saudi Arabia on October 28, 2019 (the Kingdom of Saudi Arabia does not object to request). Document filed by Plaintiffs Executive Committees.(Carter, Sean) (Entered: 10/30/2019) |
| 30/2019 | 5252 | ORDER: A conference is SCHEDULED for Tuesday, November 26, 2019, at 11:00 a.m., in Courtroom 219, Thurgo Courthouse, New York, New York. The purpose of the conference is to discuss the parties' charging lien dispute, incl B&S's request that Plaintiffs file individual sworn statements; (2) Plaintiffs' request for limited discovery; and (3) wh Plaintiffs intend to bring a separate lawsuit regarding these events, and if so, whether that affects the propriety of con evidentiary hearing at this time. (Charging Lien Conference set for 11/26/2019 at 11:00 AM in Courtroom 219, 40 C New York, NY 10007 before Magistrate Judge Sarah Netburn.) (Signed by Magistrate Judge Sarah Netburn on 10/30 Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−CV−7236−GBD, 1:17−cv−02003−GBD−SN. (ras) (Entered: 10/30/2019) |
| 30/2019 | 5253 | LETTER addressed to Magistrate Judge Sarah Netburn from Michel F. Baumeister dated Oct. 30, 2019 re: response t Ryan and Maher Counsel's letter to the Court dated Oct. 30, 2019 (5249) regarding charging lien. Document filed by & Samuels, P.C..Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:17−cv−02003−GBD−SN(Baumeister, Michel) (Entered: 10/30/2019) |
| 31/2019 | 5254 | MEMO ENDORSEMENT on re: 5251 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: Plaintiff GRANTED. Plaintiffs shall respond to the Kingdom of Saudi Arabia's October 28, 2019 discovery motions by Friday November 8, 2019. (Responses due by 11/8/2019.) (Signed by Magistrate Judge Sarah Netburn on 10/31/2019) (ras) 10/31/2019) |
| 31/2019 | 5255 | MOTION for Extension of Time . Document filed by Wael Jelaidan.(McMahon, Martin) (Entered: 10/31/2019) |
| 31/2019 | 5256 | LETTER RESPONSE to Motion addressed to Magistrate Judge Sarah Netburn from Robert K. Kry dated October 31 5235 LETTER MOTION for Discovery addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg date 28, 2019. . Document filed by Dallah Avco Trans Arabia. (Kry, Robert) (Entered: 10/31/2019) |
| 31/2019 | 5257 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter, Robert T. Haefele and Andrew J. Malon October 31, 2019 re: Wael Jelaidans application to reschedule deposition dates. Document filed by Plaintiffs Executi Committees.(Haefele, Robert) (Entered: 10/31/2019) |
| 01/2019 | 5258 | ORDER granting 5255 Letter Motion for Extension of Time. Jelaidan is directed to sit for a deposition by November The deposition shall proceed in accordance with the four conditions identified by the Plaintiffs' Executive Committee ("Plaintiffs") in their October 7, 2019 letter. In addition, Jelaidan's deposition cannot be attended (either in person or link) by any person who is not: (1) U.S. counsel in this litigation for Jelaidan (or that counsel's U.S. staff); (2) U.S. co this litigation for another Defendant (or that counsel's U.S. staff); (3) counsel for the Plaintiffs (or that counsel's staff reporter, videographer, or translator hired for the purpose of the deposition. Finally, in accordance with the Court's Se 27, 2019 Endorsed Order, Plaintiffs are directed to respond to Defendant Yassin Kadi's interrogatories by Friday, Jan 2020. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 11/0 |
| 01/2019 | 5259 | SEALED DOCUMENT placed in vault.(rz) (Entered: 11/01/2019) |
| 01/2019 | 5260 | FIRST MEMORANDUM OF LAW in Opposition re: 5127 MOTION to Compel Federal Bureau of Investigation to documents *[Redacted Motion to Compel previously filed under seal on 5/31/2019, ECF Document No. 4568]*. *[Oppo Motion to Compel FBI to Conduct Additional Searches and Process Records Regarding Four Individuals, previously seal on June 21, 2019]*. Document filed by FBI. (Vargas, Jeannette) (Entered: 11/01/2019) |
| 01/2019 | 5261 | DECLARATION of David M. Hardy in Opposition re: 5127 MOTION to Compel Federal Bureau of Investigation to documents *[Redacted Motion to Compel previously filed under seal on 5/31/2019, ECF Document No. 4568]*.. Docu by FBI. (Vargas, Jeannette) (Entered: 11/01/2019) |
| 01/2019 | 5262 | DECLARATION of Duel W. Valentine in Opposition re: 5127 MOTION to Compel Federal Bureau of Investigation documents *[Redacted Motion to Compel previously filed under seal on 5/31/2019, ECF Document No. 4568]*.. Docu by FBI. (Vargas, Jeannette) (Entered: 11/01/2019) |
| 01/2019 | 5263 | REPLY MEMORANDUM OF LAW in Opposition re: 5127 MOTION to Compel Federal Bureau of Investigation to documents *[Redacted Motion to Compel previously filed under seal on 5/31/2019, ECF Document No. 4568]*. . Docu by FBI. (Vargas, Jeannette) (Entered: 11/01/2019) |
| 01/2019 | 5264 | SEALED DOCUMENT placed in vault.(rz) (Entered: 11/04/2019) |
| 04/2019 | 5265 | LETTER MOTION for Oral Argument addressed to Magistrate Judge Sarah Netburn from Steven R. Pounian dated 1 Document filed by Plaintiffs Executive Committees.(Pounian, Steven) (Entered: 11/04/2019) |
| 04/2019 | 5266 | ORDER: By Friday, January 3, 2020, the Plaintiffs' Executive Committees ("Plaintiffs") shall inform Defendants of t of Plaintiffs' experts and the topics on which those experts will provide an opinion. Plaintiffs shall submit their affirm |

| | | |
|---|---|---|
| | | expert reports by Monday, February 3, 2020. Defendants shall submit their affirmative and rebuttal expert reports by April 3, 2020. Plaintiffs shall submit their rebuttal expert reports, if any, by Monday, May 4, 2020. Rebuttal reports s limited to addressing issues raised for the first time in Defendants' reports. All expert discovery shall be completed by July 3, 2020. Plaintiffs in Estate of John P. O'Neill, Sr., v. Al Baraka Inv. & Dev. Corp., No 04−CV−1923, shall file t for class certification by Wednesday, January 15, 2020. Defendants shall file their opposition by Friday, February 28. Plaintiffs may file a reply, if any, by Friday, March 13, 2020. (Motions due by 1/15/2020. Responses due by 2/28/202 due by 3/13/2020.) (Signed by Magistrate Judge Sarah Netburn on 11/4/2019) (ras) (Entered: 11/04/2019) |
| )4/2019 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Telephone Conference held on 11/4/2019 (Entered: 11/15/2019) |
| )6/2019 | 5267 | SEALED DOCUMENT placed in vault.(rz) (Entered: 11/06/2019) |
| )6/2019 | 5268 | RESPONSE re: (5250 in 1:03−md−01570−GBD−SN) Order,,, . Document filed by Kingdom of Saudi Arabia. Filed I Associated Cases: 1:03−md−01570−GBD−SN et al.(Kellogg, Michael) (Entered: 11/06/2019) |
| )6/2019 | 5269 | LETTER addressed to Judge George B. Daniels from Megan W. Benett dated 11/06/2019 re: extension of time. Docu by Kathleen Ashton.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Benett, Meg (Entered: 11/06/2019) |
| )7/2019 | 5270 | MOTION for Christopher M. Young to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−17915 **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Kingdom of Saudi Arab (Attachments: # 1 Affidavit, # 2 Certificate of Good Standing, # 3 Text of Proposed Order)(Young, Christopher) (Ent 11/07/2019) |
| )7/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 5270 MOTION for Christ Young to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−17915674. Motion and support to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (E 11/07/2019) |
| )7/2019 | 5271 | ORDER: By Thursday, November 21, 2019, Plaintiffs in these cases are ORDERED to submit a request for waiver o counsel for Saudi Arabia. To the extent Plaintiffs in these cases also bring claims against the Saudi High Commission of Bosnia & Herzegovina ("SHC"), they must also submit a request for waiver of service to counsel for SHC. See EC 3543, at 4. The failure to request a waiver of service will likely result in dismissal of the action. (Signed by Magistrat Sarah Netburn on 11/7/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (ras) (Entered: 11/07/2019 |
| )7/2019 | 5272 | MEMO ENDORSEMENT on re: 5269 Letter filed by Kathleen Ashton. ENDORSEMENT: SO ORDERED. (Signed George B. Daniels on 11/7/2019) (jwh) (Entered: 11/07/2019) |
| )8/2019 | 5273 | ORDER granting 5270 Motion for Christopher M. Young to Appear Pro Hac Vice. (HEREBY ORDERED by Magis Sarah Netburn) (Text Only Order) (ras) (Entered: 11/08/2019) |
| )8/2019 | 5274 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 11/08/2019) |
| )8/2019 | 5275 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 11/08/2019) |
| .1/2019 | 5276 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated November 11, 2019 re: Repli Plaintiffs November 8 submissions. Document filed by Kingdom of Saudi Arabia.(Kellogg, Michael) (Entered: 11/11 |
| .2/2019 | 5277 | MEMO ENDORSEMENT on re: 5276 Letter filed by Kingdom of Saudi Arabia. ENDORSEMENT: Defendant's req GRANTED. Saudi Arabia may file its replies no later than 5:00 p.m. on Wednesday, November 13, 2019. (Signed by Judge Sarah Netburn on 11/12/2019) (ras) (Entered: 11/12/2019) |
| .2/2019 | 5278 | MOTION to Correct Judgment re: (4996 in 1:03−md−01570−GBD−SN, 4996 in 1:03−md−01570−GBD−SN, 91 in 1:18−cv−05339−GBD−SN, 91 in 1:18−cv−05339−GBD−SN) Judgment, Terminate Motions,,,,,,,,,,,,, . Document fil Bakahityar Kamardinova. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05339−GBD−SN(Goldman, Jerry) (Entered: 11/12/2019) |
| .2/2019 | 5279 | ORDER: The Court will hold a pre−motion discovery conference on Friday, November 15, 2019, at 10:00 a.m., in Co 506, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The purpose of this hearing is to address the i raised in the Plaintiffs' Executive Committees' under seal October 24, 2019 letter. The Court may also address the iss in the Kingdom of Saudi Arabia's letter−motion for a scheduling order (ECF No. 5235) and sealed letter−motion for a order, both filed on October 28, 2019. (Discovery Hearing set for 11/15/2019 at 10:00 AM in Courtroom 506, 40 Cer New York, NY 10007 before Magistrate Judge Sarah Netburn.) (Signed by Magistrate Judge Sarah Netburn on 11/12 (Entered: 11/12/2019) |
| .2/2019 | 5280 | MEMORANDUM OF LAW in Support re: (5278 in 1:03−md−01570−GBD−SN, 101 in 1:18−cv−05339−GBD−SN) to Correct Judgment re: (4996 in 1:03−md−01570−GBD−SN, 4996 in 1:03−md−01570−GBD−SN, 91 in 1:18−cv−05339−GBD−SN, 91 in 1:18−cv−05339−GBD−SN) Judgment, Terminate Motions,,,,,,,,,,,,, . . Document fi |

| | | |
|---|---|---|
| | | Bakahityar Kamardinova. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05339−GBD−SN(Goldm (Entered: 11/12/2019) |
| .2/2019 | 5281 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (5278 in 1:03−md−01570−GBD−SN, 101 in 1:18−cv−05339−GBD−SN) MOTION to Correct Judgment re: (4996 in 1:03−md−01570−GBD−SN, 4996 in 1:03−md−01570−GBD−SN, 91 in 1:18−cv−05339−GBD−SN, 91 in 1:18−cv−05339−GBD−SN) Judgment, Termina Motions,,,,,,,,,,,,,, .. Document filed by Bakahityar Kamardinova. (Attachments: # 1 Exhibit A)Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:18−cv−05339−GBD−SN(Goldman, Jerry) (Entered: 11/12/2019) |
| .2/2019 | 5282 | PROPOSED ORDER. Document filed by Bakahityar Kamardinova. (Attachments: # 1 Exhibit A) Related Document [5278, 101]. (Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 11/12/2019) |
| .2/2019 | 5283 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 11/12/2019) |
| .2/2019 | 5284 | MOTION to Substitute Party. Old Party: New Party: As set forth on Exhibit A . Document filed by Burnett Plaintiffs (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN(Eub (Entered: 11/12/2019) |
| .2/2019 | 5285 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A) Related Document Numbe (Eubanks, John) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 11/12/2019) |
| .3/2019 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 5285 Proposed Order 5282 Pro Order was reviewed and approved as to form. (km)** (Entered: 11/13/2019) |
| .3/2019 | 5286 | ORDER: It is hereby; ORDERED that final judgment for solatium damages entered on behalf of Amanda Castrillon i Court's August 26, 2019 Final Order of Judgment (ECF No. 4996 at Exhibit A, line 126) against the Islamic Republic vacated; ORDERED that the modified Exhibit A removing Amanda Castrillon is hereby adopted; and it is hereby OR that the Court's August 26, 2019 Final Order of Judgment (ECF 4996) remains otherwise in force and that all other fi judgments awarded to the Kamardinova Plaintiffs identified in the August 26, 2019 Order docketed at ECF No. 4996 effect. SO ORDERED. (Signed by Judge George B. Daniels on 11/13/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05339−GBD−SN(jca) Transmission to Orders and Judgments Clerk for proces (Entered: 11/13/2019) |
| .3/2019 | 5287 | ORDER: It is hereby; ORDERED that the final judgment for solatium damages entered on behalf of Timothy Soulas Court's September 3, 2019 Final Order of Judgment (ECF No. 5053 at Exhibit A, line 18) against the Islamic Republi vacated; ORDERED that the modified Exhibit A removing Timothy Soulas Jr. is hereby adopted; and it is hereby OR that the Court's September 3, 2019 Final Order of Judgment (ECF No. 5053) remains otherwise in force and that all c judgments awarded to the Rowenhorst Plaintiffs identified in the September 3, 2019 Order docketed at ECF No. 5053 effect. SO ORDERED. (Signed by Judge George B. Daniels on 11/13/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12387−GBD−SN(jca) (Entered: 11/13/2019) |
| .4/2019 | 5288 | ORDER in case 1:03−md−01570−GBD−SN; granting (95) Motion to Correct Judgment in case 1:18−cv−05321−GB ORDERED that final judgment for solatium damages entered on behalf of Mariana Z. Perez in the Court's August 20 Order of Judgment (ECF No. 4897 at Exhibit A, line 76) against the Islamic Republic of Iran is vacated; ORDERED modified Exhibit A removing Mariana Z. Perez is hereby adopted; and it is hereby ORDERED that the Court's Augu Final Order of Judgment (ECF No. 4897) remains otherwise in force and that all other final judgments awarded to the Plaintiffs identified in the August 20, 2019 Order docketed at ECF No. 4897 remain in effect. (Signed by Judge Geor Daniels on 11/14/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN (jwh) (E 11/14/2019) |
| .4/2019 | 5289 | ORDER in case 1:03−md−01570−GBD−SN; granting (102) Motion to Correct Judgment in case 1:18−cv−05306−GI ORDERED that the final judgment for solatium damages entered on behalf of Kathleen Granados in the Court's Augu Final Order of Judgment (ECF No. 4885 at Exhibit A, line 98) against the Islamic Republic of Iran is vacated; ORDE the final judgment for solatium damages entered on behalf of Maureen Granados in the Court's August 19, 2019 Fina Judgment (ECF No. 4885 at Exhibit A, line 99) against the Islamic Republic of Iran is vacated; ORDERED that the f judgment for solatium damages entered on behalf of Teresa Granados in the Court's August 19, 2019 Final Order of J (ECF No. 4885 at Exhibit A, line 100) against the Islamic Republic of Iran is vacated; ORDERED that the final judg solatium damages entered on behalf of Maria Jurgens in the Court's August 19, 2019 Final Order of Judgment (ECF Exhibit A, line 169) against the Islamic Republic of Iran is vacated; ORDERED that the final judgment for solatium entered on behalf of Susan Hyland in the Court's August 19, 2019 Final Order of Judgment (ECF No. 4885 at Exhibit 155) against the Islamic Republic of Iran is vacated; ORDERED that the modified Exhibit A removing Kathleen Gra Maureen Granados, Teresa Granados, Maria Jurgens and Susan Hyland is hereby adopted; and it is hereby ORDERE Court's August 19, 2019 Final Order of Judgment (ECF No. 4885) remains otherwise in force and that all other final awarded to the DeRubbio Plaintiffs identified in the August 19, 2019 Order docketed at ECF No. 4885 remain in effe by Judge George B. Daniels on 11/14/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05306 (jwh) (Entered: 11/14/2019) |

| | | |
|---|---|---|
| .5/2019 | 5290 | NOTICE OF APPEARANCE by Eric James Snyder on behalf of Dubai Islamic Bank. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(Snyder, Eric) (Entered: 11/15/2019) |
| .5/2019 | 5291 | MOTION for Abigael C. Bosch to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−18071649. **M supporting papers to be reviewed by Clerk's Office staff.** Document filed by Dubai Islamic Bank. (Attachments: # Affidavit of Abigael C. Bosch, # 2 Certificate of good standing, # 3 Certificate of good standing, # 4 Text of Propose Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(Bosch, Abigael) (Entered: 11/15/2019) |
| .5/2019 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (647 in 1:04−cv−07279−G 1061 in 1:03−cv−06978−GBD−SN, 662 in 1:04−cv−05970−GBD−SN, 614 in 1:04−cv−07065−GBD−SN, 703 in 1:04−cv−01923−GBD−SN, 871 in 1:03−cv−09849−GBD−SN, 5291 in 1:03−md−01570−GBD−SN) MOTION for C. Bosch to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−18071649. Motion and suppo papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Associated Cases: 1:03−md−01570−GBD−SN et al.(aea)** (Entered: 11/15/2019) |
| .5/2019 | 5292 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 11/18/2019) |
| .5/2019 | 5293 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 11/18/2019) |
| .5/2019 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Discovery Hearing held on 11/15/2019. ( (Entered: 12/03/2019) |
| .8/2019 | 5294 | ORDER granting 5291 Motion for Abigael C. Bosch to Appear Pro Hac Vice. (HEREBY ORDERED by Magistrate Netburn) (Text Only Order) (ras) (Entered: 11/18/2019) |
| .8/2019 | 5295 | MEMO ENDORSEMENT on re: (145 in case 1:09−cv−07055−GBD−SN) Letter filed by John Doe. ENDORSEMEN parties are directed to file a joint proposed discovery plan by December 18, 2019. If either party disagrees on a partic the parties should outline their respective positions in single joint letter, no longer than eight pages, to be filed on the In addition, Plaintiff is directed to meet−and−confer with the Plaintiffs' Executive Committees ("PECs") regarding th any, in managing discovery in this case. See 03−MDL−01570, ECF No. 248, 3 (ordering that the PECs shall "coordir discovery and motion papers" in order to "promote judicial economy, avoid duplicative effort, and limit the burden o responding to discovery") (Signed by Magistrate Judge Sarah Netburn on 11/18/2019) (ras) (Entered: 11/19/2019) |
| .9/2019 | 5296 | ORDER ON PLAINTIFFS' MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d) granting (868) Motion to Substitute Party in case 1:03−cv−09849−GBD−SN; granting (5284) M Substitute Party in case 1:03−md−01570−GBD−SN. Upon consideration of Plaintiffs' motion to permit the substitutio to name individuals as Plaintiffs in their given names who were previously identified as "DOE" plaintiffs in their pric it is hereby: ORDERED that the Burnett Plaintiffs' motion is granted, and the individuals included on Exhibit A are t substituted into the Burnett case in their given names; and it is ORDERED that the Burnett Plaintiffs comply with the Court's instructions as set forth in ECF No. 4295 regarding the addition of these plaintiffs to the Burnett action in the ECF and docketing system. (Signed by Magistrate Judge Sarah Netburn on 11/19/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN. (ras) Modified on 11/19/2019 (ras). (Entered: 11/19/2019) |
| 20/2019 | 5297 | ORDER: For the reasons stated during the conference on Friday, November 15, 2019, it is hereby ORDERED: 1. Th Executive Committees ("Plaintiffs") are directed to provide the Federal Bureau of Investigation ("FBI") with a list of issues Plaintiffs intend to raise in their omnibus discovery motion, including any challenges to the FBI's privilege log records" approach. The parties should then meet−and−confer regarding the most efficient way to resolve their dispute submit a proposed briefing schedule no later than Wednesday, December 4, 2019. If the parties cannot reach an agree should outline the basis of their dispute by the same date. 2. Plaintiffs submitted a revised preliminary deposition list jurisdictional discovery against the Kingdom of Saudi Arabia. By Wednesday, December 4, 2019, Plaintiffs are direc letter stating the scope of information Plaintiffs intend to elicit from each witness. 3. Parties wishing to raise a discov pursuant to Rule II.d of the Court's Individual Rules may submit a five−page, single−spaced letter−motion. Any inter can submit a five−page, single−spaced opposition within three business days. The moving party may submit a three− single−spaced reply within two business days. All briefing, regardless of the length of the motion, should be submitte 12−point type, except for text in footnotes, which may be 10−point type. (Signed by Magistrate Judge Sarah Netburn 11/20/2019) (ras) (Entered: 11/20/2019) |
| 21/2019 | 5298 | NOTICE OF CHANGE OF ADDRESS by James Patrick Bonner on behalf of Marie Anaya, Hugh Chairnoff. New A Fleischman Bonner & Rocco LLP, 81 Main Street, Suite 515, White Plains, NY, 10601, 9085162066. (Bonner, Jame 11/21/2019) |
| 21/2019 | 5299 | NOTICE OF CHANGE OF ADDRESS by Susan M. Davies on behalf of Marie Anaya, Hugh Chairnoff. New Addre Fleischman Bonner & Rocco LLP, 81 Main Street, Suite 515, White Plains, NY, 10601, 9142785104. (Davies, Susan 11/21/2019) |
| 21/2019 | 5300 | ORDER: In 2015, Congress passed legislation to create the United States Victims of State Sponsored Terrorism Func "VSSTF"). The VSSTF "provide[s] compensation to a specific group of international terrorism victims harmed by state−sponsored terrorism." See http://www.usvsst.com/faq.php, FAQ § 1.1. Plaintiffs in this multi−district litigation |

| | | |
|---|---|---|
| | | judgments against the Islamic Republic of Iran ("Iran") may be eligible to receive compensation through the VSSTF. No. 5018, at 1. The Court has been informed that: (1) Congress may amend the terms of the VSSTF in the near future certain groups of Plaintiffs may file motions for default judgment based on those amendments. Accordingly, within s of the enactment of any changes to the VSSTF, the Ashton Plaintiffs, Burnett Plaintiffs, and O'Neill Plaintiffs are dire meet and confer and submit a joint status letter regarding any anticipated motions related to Iran. That letter should in estimate of how many plaintiffs will seek judgments and the deadline for filing judgments with the VSSTF. (Signed b Magistrate Judge Sarah Netburn on 11/21/2019) (ras) (Entered: 11/21/2019) |
| 21/2019 | 5301 | PROPOSED MOTION to Amend/Correct . Document filed by Wael Jelaidan. (Attachments: # 1 Text of Proposed Order)(McMahon, Martin) (Entered: 11/21/2019) |
| 22/2019 | 5302 | EMERGENCY MOTION to Stay . Document filed by Wael Jelaidan. (Attachments: # 1 Text of Proposed Order)(Mc Martin) (Entered: 11/22/2019) |
| 22/2019 | 5303 | LETTER addressed to Magistrate Judge Sarah Netburn from Steven R. Pounian dated 11/22/2019 re: to update the C status of Letters of Request, ECF No. 4527. Document filed by Plaintiffs Executive Committees.(Pounian, Steven) (E 11/22/2019) |
| 22/2019 | 5304 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter, Robert T. Haefele and Andrew J. Malon November 22, 2019 re: PECs' response to Jelaidans applications (ECF # 5301 and ECF # 5302). Document filed by P Executive Committees. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit3)(Haefele, Robert) (Entered: 11/22/20 |
| 22/2019 | 5305 | ORDER granting 5302 Motion to Stay. Jelaidan's deposition is ADJOURNED sine die. The parties are directed to meet−and−confer regarding a new deposition date no later than Wednesday, December 4, 2019. The noticing party sh burden of the deposition costs. The Court expresses its condolences to counsel and his family. (HEREBY ORDERED Magistrate Judge Sarah Netburn) (Text Only Order) (ras) (Entered: 11/22/2019) |
| 22/2019 | 5314 | ORDER denying 5301 Motion to Amend/Correct. On October 31, 2019, Jelaidan requested that the Court extend the complete his deposition. ECF No. 5255. As part of that request, Jelaidan expressly agreed that his deposition cannot b (either in person or via video link) by any person who is not... U.S. counsel in this MDL for Mr. Jelaidan (or that cou staff). Id., at 2. On November 1, the Court granted Jelaidan's request and incorporated the parties' conditions into its O No. 5258. Jelaidan asks the Court to amend the November 1 Order to allow his local counsel in Saudi Arabia to atten deposition. This request is DENIED. Jelaidan will be represented during his deposition by U.S. counsel via teleconfer Given that Jelaidan already agreed that non−U.S. counsel cannot attend and given that Jelaidan does not explain why concerns were not raised in his October 31 letter the Court sees no reason to reconsider its decision. Mr. Alim may at deposition only with Plaintiffs' consent. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Orde (Entered: 11/22/2019) |
| 25/2019 | 5306 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** APPEAL OF MAGISTRATE JUDG DECISION to District Court. Document filed by Wael Jelaidan. Copies of Appeal of Magistrate Judge Decision to D served on Attorney(s) of Record: Robert Haefele. (McMahon, Martin) Modified on 11/26/2019 (tp). (Entered: 11/25/ |
| 25/2019 | 5307 | ORDER: Following discussion with the parties during the conference on November 15, 2019, the Court seeks to clari procedures for filing materials under seal. (See Order.) (Signed by Magistrate Judge Sarah Netburn on 11/25/2019) (r (Entered: 11/25/2019) |
| 25/2019 | 5308 | ORDER: Today, the Court issues a ruling on the Plaintiffs' Executive Committees' ("Plaintiffs") motion for reconside the Court's July 22, 2019 Opinion & Orders regarding: (1) Plaintiffs' motion to compel the Kingdom of Saudi Arabia Arabia") to produce documents and answers interrogatories; and (2) Saudi Arabia's motion to modify the scope of sup discovery. That ruling is filed under seal until the parties have had an opportunity to meet−and−confer following the r of Plaintiffs' Rule 72 objections to the Court's decision granting in part Saudi Arabia's motion to seal. See ECF No. 4 (Signed by Magistrate Judge Sarah Netburn on 11/25/2019) (ras) (Entered: 11/25/2019) |
| 25/2019 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Mc Martin to RE−FILE Document 5306 Appeal of Magistrate Judge Decision to District Court. Use the event typ Objection(non−motion) found under the event list Other Answers. (tp)** (Entered: 11/26/2019) |
| 25/2019 | 6579 | OPINION & ORDER: Plaintiffs' motion for reconsideration is GRANTED in part and DENIED in part. The remaind Plaintiffs' motion will be resolved by Judge Daniels pursuant to Rule 72 of the Federal Rules of Civil Procedure. Sau directed to search for and produce documents identified in this Order no later than 14 days following the resolution o Rule 72 objections. (Signed by Magistrate Judge Sarah Netburn on 11/25/2019) (ras) (Entered: 01/11/2021) |
| 26/2019 | 5309 | Objection . Document filed by Wael Jelaidan. (McMahon, Martin) (Entered: 11/26/2019) |
| 26/2019 | 5310 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter, Andrew J. Maloney and Robert T. Haefe November 26, 2019 re: requesting a brief two day extension. Document filed by Plaintiffs Executive Committees.(Ca (Entered: 11/26/2019) |

| | | |
|---|---|---|
| 26/2019 | 5311 | SEALED DOCUMENT placed in vault.(rz) (Entered: 11/26/2019) |
| 26/2019 | 5312 | ORDER granting (5164) Motion to Substitute Attorney; granting (5165) Motion to Substitute Attorney in case 1:03−md−01570−GBD−SN; granting (1078) Motion to Substitute Attorney; granting (1079) Motion to Substitute At case 1:02−cv−06977−GBD−SN; granting (160) Motion to Substitute Attorney; granting (161) Motion to Substitute A case 1:17−cv−02003−GBD−SN. Plaintiffs' motions to substitute are GRANTED, without prejudice to Baumeister & request for a charging lien. By Tuesday, December 10, 2019, Baumeister & Samuels is directed to produce the "econ described by counsel during the November 26 conference. By Tuesday, December 10, 2019, Plaintiffs are directed to withdraw their claims from the Ashton and Bauer actions and file a new member case associated with the Havlish act otherwise file a status letter indicating how Plaintiffs will be removed from their current complaints. By Tuesday, De 2019, the parties are directed to file a joint letter updating the Court on the status of the charging lien dispute. The Cl Court is respectfully directed to terminate the motions at ECF Nos. 5164 & 5165. (Signed by Magistrate Judge Sarah 11/26/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:17−cv−02003−G (ras) (Entered: 11/26/2019) |
| 26/2019 | 5313 | MEMO ENDORSEMENT on re: 5310 Letter filed by Plaintiffs Executive Committees. Plaintiffs' request is GRANT (Signed by Magistrate Judge Sarah Netburn on 11/26/2019) (ras) (Entered: 11/26/2019) |
| 26/2019 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Status Conference held on 11/26/2019. A Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:17−cv−02003−GBD−SN. (ras) (Entered: 12/03/20 |
| 28/2019 | 5315 | LETTER addressed to Judge George B. Daniels from Jodi Westbrook Flowers on behalf of The MDL 1570 Plaintiffs Committee for Personal Injury and Death Claims dated November 28, 2019 re: Status letter pursuant to Magistrate Ju Netburn's Order of November 21, 2019 regarding anticipated motions related to Iran in light of the passage of Title V Law 116−69 (Nov. 21, 2019). Document filed by All Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−S 1:02−cv−06977−GBD−SN, 1:04−cv−01076−GBD−SN, 1:15−cv−09903−GBD−SN(Flowers, Jodi) (Entered: 11/28/2 |
| 02/2019 | 5316 | MOTION to Substitute Attorney. Old Attorney: Adams Holcomb LLP Kenneth L. Adams Christopher T. Leonardo, Attorney: David A. Paul *Assistant General Counsel*. Document filed by Cantor Fitzgerald & Co., Cantor Fitzgerald A L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald International, Cantor Fitzgerald Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P., Cantor Index Limited. (Attachments: # 1 Joint Stipulation and Order, # 2 Certificate of Service)(Leonardo, Christopher) (Entered: 12/02/2019) |
| 02/2019 | 5317 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated December 2, 2019 re: Sealed Document filed by Kingdom of Saudi Arabia.(Kellogg, Michael) (Entered: 12/02/2019) |
| 02/2019 | 5318 | MEMO ENDORSEMENT on re: 5317 Letter filed by Kingdom of Saudi Arabia. ENDORSEMENT: The request is (Signed by Magistrate Judge Sarah Netburn on 12/2/2019) (ras) (Entered: 12/02/2019) |
| 02/2019 | 5319 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 12/02/2019) |
| 02/2019 | 5320 | OPPOSITION BRIEF re: 5309 Objection (non−motion) . Document filed by Plaintiffs Executive Committees.(Haefe (Entered: 12/02/2019) |
| 02/2019 | | Transmission to Sealed Records Clerk. Transmitted re: 5318 Memo Endorsement, to the Sealed Records Clerk for th unsealing of document or case. (ras) (Entered: 12/02/2019) |
| 02/2019 | 5322 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 12/03/2019) |
| 03/2019 | 5321 | LETTER addressed to Magistrate Judge Sarah Netburn from Waleed Nassar dated December 3, 2019 re: Update on S Abdullah Naseef's Medical Condition. Document filed by Abdullah Naseef.(Nassar, Waleed) (Entered: 12/03/2019) |
| 03/2019 | 5323 | ORDER granting (5316) Motion to Substitute Attorney. Attorney Kenneth L. Adams and Christopher Thomas Leona terminated in case 1:03−md−01570−GBD−SN; granting (615) Motion to Substitute Attorney. Attorney Kenneth L. A Christopher Thomas Leonardo terminated in case 1:04−cv−07065−GBD−SN. (HEREBY ORDERED by Magistrate Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−07065−GBD−SN. (ras 12/03/2019) |
| 04/2019 | 5324 | NOTICE OF APPEARANCE by David A. Paul on behalf of Cantor Fitzgerald & Co., Cantor Fitzgerald Associates, Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald International, Cantor Fitzgerald Partners, Ca Fitzgerald Securities, Cantor Fitzgerald, L.P., Cantor Index Limited, Espeed, Inc., TradeSpark, L.P.. (Paul, David) (E 12/04/2019) |
| 04/2019 | 5325 | MOTION to Stay *Order of Nov 22 ECF 5305*. Document filed by Wael Jelaidan.(McMahon, Martin) (Entered: 12/04 |
| 04/2019 | 5326 | ORDER granting 5325 Letter Motion to Stay. The parties are ORDERED to meet and confer on a date for the deposi Wael Jelaidan within three business days of a decision on Wael Jelaidan's objection currently pending before Judge D (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 12/04/2019 |

| | | |
|---|---|---|
| )5/2019 | 5327 | TRANSCRIPT of Proceedings re: CONFERENCE held on 11/4/2019 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Steven Griffing, (212) 805−0300. Transcript may be viewed at the court public terminal or pur through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 12/26/2019. Redacted Transcript Deadline set for 1/6/2020. Releas Transcript Restriction set for 3/4/2020.(McGuirk, Kelly) (Entered: 12/05/2019) |
| )5/2019 | 5328 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFER proceeding held on 11/4/19 has been filed by the court reporter/transcriber in the above−captioned matter. The partie seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...( Kelly) (Entered: 12/05/2019) |
| )5/2019 | 5329 | MOTION to Substitute Attorney. Old Attorney: Speiser Krause, New Attorney: John F. Schutty, Esq. . Document fil Lynch.(Schutty, John) (Entered: 12/05/2019) |
| )5/2019 | 5330 | DECLARATION of John F. Schutty in Support re: 5329 MOTION to Substitute Attorney. Old Attorney: Speiser Kra Attorney: John F. Schutty, Esq. .. Document filed by Ellen Lynch. (Schutty, John) (Entered: 12/05/2019) |
| )5/2019 | 5331 | MOTION to Substitute Attorney. Old Attorney: James Kreindler, New Attorney: John F. Schutty . Document filed by Lynch. (Attachments: # 1 Exhibit A. Stipulation and Consent Order)(Schutty, John) (Entered: 12/05/2019) |
| )5/2019 | 5332 | LETTER addressed to Judge George B. Daniels from Megan W. Benett dated 12/5/2019 re: extension of time. Docur by Kathleen Ashton.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Benett, Meg (Entered: 12/05/2019) |
| )6/2019 | 5333 | MEMO ENDORSEMENT on re: 5332 Letter filed by Kathleen Ashton. ENDORSEMENT: SO ORDERED. (Signed George B. Daniels on 12/6/2019) (jwh) (Entered: 12/06/2019) |
| )6/2019 | 5334 | TRANSCRIPT of Proceedings re: CONFERENCE held on 11/15/2019 before Magistrate Judge Sarah Netburn. Cour Reporter/Transcriber: Carol Ganley, (212) 805−0300. Transcript may be viewed at the court public terminal or purch through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 12/27/2019. Redacted Transcript Deadline set for 1/6/2020. Releas Transcript Restriction set for 3/5/2020.(McGuirk, Kelly) (Entered: 12/06/2019) |
| )6/2019 | 5335 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFER proceeding held on 11/15/19 has been filed by the court reporter/transcriber in the above−captioned matter. The parti seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...( Kelly) (Entered: 12/06/2019) |
| )6/2019 | 5336 | JOINT LETTER MOTION for Extension of Time addressed to Magistrate Judge Sarah Netburn from Sarah S. Norm Jeannette A. Vargas / Andrew E. Krause dated December 6, 2019. Document filed by FBI.(Krause, Andrew) (Entere 12/06/2019) |
| )6/2019 | 5337 | LETTER addressed to Magistrate Judge Sarah Netburn from Steven R. Pounian dated 12/06/2019 re: preliminary dep pursuant to ECF#5297. Document filed by Plaintiffs Executive Committees.(Pounian, Steven) (Entered: 12/06/2019) |
| )6/2019 | 5338 | ORDER: Plaintiffs intending to submit motions for final damages judgments for wrongful death on behalf of individu estates and/or spouses and dependents in advance of the February 19, 2020 VSSTF deadline should submit their prop motions for judgment by January 15, 2020. The Court requests that plaintiffs submit draft proposed orders, to be usec by all these moving parties, for the Court's approval by December 16, 2019. The Court is inclined to appoint a Specia assess and award damages for plaintiffs intending to file personal injury claims by the February 19, 2020 VSSTF dea parties should meet and confer and offer candidates to the Court by December 10, 2019. The Court will rule on the ou 51 "functional equivalents" motions in advance of the February 19, 2020 VSSTF deadline. The deadline for filing an "functional equivalents" motions for judgment in advance of the February 19, 2020 deadline is January 3, 2020. (Sig Magistrate Judge Sarah Netburn on 12/6/2019) (ras) (Entered: 12/06/2019) |
| )6/2019 | | ORDER terminating (5329) Motion to Substitute Attorney; granting (5331) Motion to Substitute Attorney in case 1:03−md−01570−GBD−SN; granting (1111) Motion to Substitute Attorney in case 1:02−cv−06977−GBD−SN; grant Motion to Substitute Attorney in case 1:17−cv−02003−GBD−SN. (HEREBY ORDERED by Magistrate Judge Sarah (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:17−cv−02003−GBD−SN. (ras) (Entered: 12/09/2019) |
| )9/2019 | 5339 | ORDER granting 5336 Letter Motion for Extension of Time. (HEREBY ORDERED by Magistrate Judge Sarah Netb Only Order) (Netburn, Sarah) (Entered: 12/09/2019) |
| )9/2019 | 5340 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 12/09/2019) |

| | | |
|---|---|---|
| )9/2019 | 5341 | LETTER MOTION for Leave to File Response *to Plaintiffs' December 6 Submission* addressed to Magistrate Judge S Netburn from Michael K. Kellogg dated December 9, 2019. Document filed by Kingdom of Saudi Arabia.(Kellogg, M (Entered: 12/09/2019) |
| )9/2019 | 5342 | LETTER MOTION for Extension of Time addressed to Magistrate Judge Sarah Netburn from Dennis G. Pantazis dat 12/6/2019. Document filed by Daniel Maher, Joseph Maher, Katherine Maher, Colin Ryan, Kristen Ryan, Laura Rya Ryan.(Pantazis, Dennis) (Entered: 12/09/2019) |
| )9/2019 | 5343 | JOINT LETTER addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele, Steven R. Pounian and Sean dated December 9, 2019 re: Joint proposal for briefing on Plaintiffs further motion to compel the FBI. Document file Plaintiffs Executive Committees.(Haefele, Robert) (Entered: 12/09/2019) |
| .0/2019 | 5344 | ORDER granting 5342 Letter Motion for Extension of Time. (HEREBY ORDERED by Magistrate Judge Sarah Netb Only Order) (ras) (Entered: 12/10/2019) |
| .0/2019 | 5345 | MOTION for Default Judgment as to *Burnett/Iran XIII Plaintiffs Set Forth on Exhibit A to the Eubanks Declaration*. filed by All Plaintiffs in 15−cv−9903.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 12/10/2019) |
| .0/2019 | | CLERK CERTIFICATE OF MAILING UNEXECUTED for Notice of Default Judgment with certified Farsi translat and certified copy of the August 31, 2015 default judgment on liability with certified Farsi translation; a true and cert of the July 29, 2019 Final Order of Judgment and the moving papers of Plaintiffs Motion, with certified Farsi translat Default Judgment and Plaintiffs motion papers; and the Foreign Sovereign Immunities Act with certified Farsi transla to Islamic Republic of Iran, H.E. Dr. Mohammed Javad Zarif, Foreign Minister of the Ministry of Foreign Affairs, In Khomeini Street, Imam Khomeini Square, Tehran, Islamic Republic of Iran by dispatch to the Secretary of State, Attn of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, Floor, 2201 C Street NW, Washington, DC 20520 on 08/30/2019 by Federal Express tracking # 7761 1777 7610, as p 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. Confirmation that delivery was executed was not received Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN(smc) (Entered: 12/10/2019) |
| .0/2019 | 5346 | SEALED DOCUMENT placed in vault.(rz) (Entered: 12/10/2019) |
| .0/2019 | 5347 | MEMORANDUM OF LAW in Support re: (260 in 1:15−cv−09903−GBD−SN, 5345 in 1:03−md−01570−GBD−SN) for Default Judgment as to *Burnett/Iran XIII Plaintiffs Set Forth on Exhibit A to the Eubanks Declaration*. . Documer All Plaintiffs in 15−cv−9903. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eu John) (Entered: 12/10/2019) |
| .0/2019 | 5348 | DECLARATION of John M. Eubanks in Support re: (260 in 1:15−cv−09903−GBD−SN, 5345 in 1:03−md−01570−C MOTION for Default Judgment as to *Burnett/Iran XIII Plaintiffs Set Forth on Exhibit A to the Eubanks Declaration*.. filed by All Plaintiffs in 15−cv−9903. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBI 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 12/10/2019) |
| .0/2019 | 5349 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by All Plaintiffs in 15−cv−9903. (Attachments: # 1 Exhibit A) (Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** 12/10/2019) |
| .0/2019 | 5350 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Sarah Netburn from Steven R. Pouniar 12/10/2019 re: 5341 LETTER MOTION for Leave to File Response *to Plaintiffs' December 6 Submission* addressed Magistrate Judge Sarah Netburn from Michael K. Kellogg dated December 9, 2019. . Document filed by Plaintiffs Ex Committees. (Pounian, Steven) (Entered: 12/10/2019) |
| .0/2019 | 5351 | LETTER addressed to Judge George B. Daniels from Robert T. Haefele dated December 10, 2019 re: Recommended serve as Special Master on the personal injury claims. Document filed by All Plaintiffs. (Attachments: # 1 Exhibit A, B)(Haefele, Robert) (Entered: 12/10/2019) |
| .1/2019 | 5352 | LETTER addressed to Magistrate Judge Sarah Netburn from Michel F. Baumeister dated December 10, 2019 re: Stat Issue.. Document filed by Baumeister & Samuels, P.C.. (Attachments: # 1 Unexecuted Consent Stipulation)(Baumeis Michel) (Entered: 12/11/2019) |
| .1/2019 | 5353 | LETTER MOTION for Leave to File Response to Rule 72(a) Objections addressed to Magistrate Judge Sarah Netbur Michael K. Kellogg dated December 11, 2019. Document filed by Kingdom of Saudi Arabia.(Kellogg, Michael) Moc 12/13/2019 (jwh). (Entered: 12/11/2019) |
| .2/2019 | 5354 | TRANSCRIPT of Proceedings re: CONFERENCE held on 11/26/2019 before Magistrate Judge Sarah Netburn. Cour Reporter/Transcriber: Steven Greenblum, (212) 805−0300. Transcript may be viewed at the court public terminal or p through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 1/2/2020. Redacted Transcript Deadline set for 1/13/2020. Release Transcript Restriction set for 3/11/2020.(McGuirk, Kelly) (Entered: 12/12/2019) |

| | | |
|---|---|---|
| .2/2019 | 5355 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERI proceeding held on 11/26/19 has been filed by the court reporter/transcriber in the above−captioned matter. The parti seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...( Kelly) (Entered: 12/12/2019) |
| .2/2019 | 5357 | ORDER granting 5353 Letter Motion for Leave to File Document. To the extent necessary, the Court grants Saudi Ar to file a response to the Plaintiffs' Executive Committees' ("Plaintiffs") December 9, 2019 filings by December 23, 20 Plaintiffs may file a reply, if any, by January 6, 2020. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (T Order) (ras) (Entered: 12/13/2019) |
| .3/2019 | 5356 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF BURNETT/IRAN PLAINTIFFS IDEN EXHIBIT A: ORDERED that partial final judgment is entered against the Iran Defendants and on behalf of the Plaint Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al., 15−cv−9903, as identified in the attached Exhibit A each a parent or child of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A, an ORDERED that Plaintiffs identified in Exhibit A are awarded: solatium damages of $12,500,000 per spouse, $8,500, parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and as further set forth in this judg (Signed by Judge George B. Daniels on 12/13/2019) (jwh) (Entered: 12/13/2019) |
| .3/2019 | 5358 | MEMO ENDORSEMENT on re: 5343 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The part proposed briefing schedule and structure is GRANTED. (Signed by Magistrate Judge Sarah Netburn on 12/13/2019) (Entered: 12/13/2019) |
| .3/2019 | | Set/Reset Deadlines: Cross Motions due by 2/7/2020. Motions due by 1/10/2020. Responses due by 2/21/2020. Repli 3/6/2020. (ras) (Entered: 12/13/2019) |
| .3/2019 | 5359 | BRIEF *The Federal Plaintiffs' Memorandum of Law in Support of their proposal concerning the establishment and a the Common Benefit Fund and for reconsideration of the Court's September 30, 2019 Common Benefit Fund Decisio alternative, in support of objections to the Court's September 30, 2019 Opinion and Order pursuant to Fed. R. Civ. P* Document filed by Federal Insurance Company et al., Plaintiffs.(Carter, Sean) (Entered: 12/13/2019) |
| .3/2019 | 5360 | BRIEF re: 5359 Brief, *Declaration of J. Scott Tarbutton, Esquire, transmitting documents in support of the Federal P Memorandum of Law*. Document filed by Federal Insurance Company et al., Plaintiffs.(Carter, Sean) (Entered: 12/13 |
| .3/2019 | 5361 | MOTION for Reconsideration re; (5180 in 1:03−md−01570−GBD−SN, 1085 in 1:02−cv−06977−GBD−SN) Memora Opinion,,,, *Motion for Reconsideration and/or Clarification of Decision Establishing a Common Benefit Fund Solely Havlish Counsel*. Document filed by All Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(Haef (Entered: 12/13/2019) |
| .3/2019 | 5362 | MANDATE of USCA (Certified Copy) as to **(3971 in 1:03−md−01570−GBD−SN)** Corrected Notice of Appeal, file Underwriting Members of Lloyd's Syndicate 1121, General Security Indemnity Company Of Arizona, American Safe Insurance Company, Wausau Business Insurance Company, Liberty Mutual Insurance Europe Limited, UNDERWRI MEMBERS OF LLOYD'S SYNDICATE 2020, General Insurance Company Of America, The Underwriting Membe Lloyd's Syndicate 529, Employers Insurance Company of Wausau, Safeco Insurance Company of America, QBE INS (INTERNATIONAL) LTD., UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 807, UNDERWRITING I OF LLOYD'S SYNDICATE 205, The Underwriting Members of Lloyd's Syndicate 991, Wausau Underwriters Insur Company, SCOR Reinsurance Company, Liberty Insurance Corporation, UNDERWRITING MEMBERS OF LLOY SYNDICATE 1308, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 271, SCOR CANADA REINSUR COMPANY, Excelsior Insurance Company, The Underwriting Members of Lloyd's Syndicate 1308, LIBERTY MAN AGENCY LIMITED, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1121, UNDERWRITING MEM LLOYD'S SYNDICATE 672, SCOR REINSURANCE COMPANY (ASIA) LIMITED, American Fire and Casualty The Underwriting Members of Lloyd's Syndicate 1236, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE Insurance Company, AMERICAN FIRE AND CASUALTY COMPANY, UNDERWRITING MEMBERS OF LLOY SYNDICATE 535, The Underwriting Members of Lloyd's Syndicate 53, UNDERWRITING MEMBERS OF LLOYI SYNDICATE 1209, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1243, Liberty Mutual Fire Insuran Company, The Ohio Casualty Insurance Company, Odyssey Reinsurance Company, UNDERWRITING MEMBERS LLOYD'S SYNDICATE 55, The Underwriting Members of Lloyd's Syndicate 55, The Underwriting Members of Llo Syndicate 1243, Indiana Insurance Company, The Midwestern Indemnity Company, Liberty Managing Agency Limi UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 228, UNDERWRITING MEMBERS OF LLOYD'S SY 1236, American Economy Insurance Company, The Underwriting Members of Lloyd's Syndicate 205, UNDERWRIT MEMBERS OF LLOYD'S SYNDICATE 53, West American Insurance Company, SCOR REINSURANCE ASIA−P PTE LIMITED, American Safety Indemnity Company, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 557, UNDERWRITING MEMBERS OF LLOYD'S SY 376, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 861, UNDERWRITING MEMBERS OF LLOYD SYNDICATE 1003, Unionamerica Insurance Company Limited, UNDERWRITING MEMBERS OF LLOYD'S SYN 991, Liberty Life Assurance Company of Boston, Scor UK Company Limited, UNDERWRITING MEMBERS OF L SYNDICATE 529, Liberty Insurance Underwriters Inc., LIBERTY LLOYDS OF TEXAS INSURANCE COMPAN |

UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 510, Marlon Insurance Company, LTD., Liberty Lloyd
Insurance Company, The First Liberty Insurance Corporation, Scor Global P&C Se, The Netherlands Insurance Com
Liberty Mutual Insurance Company, The Underwriting Members of Lloyd's Syndicate 510, The Underwriting Memb
Lloyd's Syndicate 228, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 588, **(89 in 1:16−cv−07853−G**
Corrected Notice of Appeal,,,,,,,,,, filed by General Security Indemnity Company Of Arizona, American Safety Casu
Insurance Company, Wausau Business Insurance Company, Liberty Mutual Insurance Europe Limited, Marlon Insur
Company Limited, General Insurance Company of America, UNDERWRITING MEMBERS OF LLOYD'S SYNDIC
2020, Safeco Insurance Company of America, Employers Insurance Company of Wausau, QBE INSURANCE
(INTERNATIONAL) LTD., UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 807, UNDERWRITING I
OF LLOYD'S SYNDICATE 205, Netherlands Insurance Company, Wausau Underwriters Insurance Company, SCO
Reinsurance Company, Liberty Insurance Corporation, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE
UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 271, LM PROPERTY AND CASUALTY INSURANC
COMPANY, General Security National Insurance Company, SCOR CANADA REINSURANCE COMPANY, Exce
Insurance Company, LIBERTY MANAGING AGENCY LIMITED, UNDERWRITING MEMBERS OF LLOYD'S
SYNDICATE 1121, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 672, SCOR REINSURANCE CO
(ASIA) LIMITED, Ohio Casualty Insurance Company, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE
Insurance Company, AMERICAN FIRE AND CASUALTY COMPANY, Midwestern Indemnity Company, First Li
Insurance Corporation, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 535, UNDERWRITING MEM
LLOYD'S SYNDICATE 1209, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1243, UNDERWRITIN
MEMBERS OF LLOYD'S SYNDICATE 55, Odyssey Reinsurance Company, Liberty Mutual Fire Insurance Compa
COPENHAGEN REINSURANCE COMPANY (U.K.) LIMITED, Indiana Insurance Company, UNDERWRITING
OF LLOYD'S SYNDICATE 228, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1236, American Eco
Insurance Company, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 53, SCOR REINSURANCE
ASIA−PACIFIC PTE LIMITED, American Safety Indemnity Company, UNDERWRITING MEMBERS OF LLOY
SYNDICATE 2003, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 557, UNDERWRITING MEMBE
LLOYD'S SYNDICATE 861, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 376, UNDERWRITING
MEMBERS OF LLOYD'S SYNDICATE 1003, Unionamerica Insurance Company Limited, UNDERWRITING ME
OF LLOYD'S SYNDICATE 991, Liberty Life Assurance Company of Boston, Scor UK Company Limited, UNDER
MEMBERS OF LLOYD'S SYNDICATE 529, LM Insurance Corporation, Liberty Insurance Underwriters Inc., LIB
LLOYDS OF TEXAS INSURANCE COMPANY, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 51
Global P&C Se, Liberty Mutual Insurance Company, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 5
AMERICAN INSURANCE COMPANY, (98 in 1:16−cv−07853−GBD−SN) Amended Notice of Appeal,,,,,,,,,, filed
Security Indemnity Company Of Arizona, American Safety Casualty Insurance Company, Wausau Business Insuranc
Company, Liberty Mutual Insurance Europe Limited, Marlon Insurance Company Limited, General Insurance Comp
America, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2020, Safeco Insurance Company of Americ
Employers Insurance Company of Wausau, QBE INSURANCE (INTERNATIONAL) LTD., UNDERWRITING M
OF LLOYD'S SYNDICATE 807, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 205, Netherlands In
Company, Wausau Underwriters Insurance Company, SCOR Reinsurance Company, Liberty Insurance Corporation,
UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1308, UNDERWRITING MEMBERS OF LLOYD'S
SYNDICATE 271, LM PROPERTY AND CASUALTY INSURANCE COMPANY, General Security National Insu
Company, SCOR CANADA REINSURANCE COMPANY, Excelsior Insurance Company, LIBERTY MANAGING
LIMITED, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1121, UNDERWRITING MEMBERS OF
SYNDICATE 672, SCOR REINSURANCE COMPANY (ASIA) LIMITED, Ohio Casualty Insurance Company,
UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2, Peerless Insurance Company, AMERICAN FIRE A
CASUALTY COMPANY, Midwestern Indemnity Company, First Liberty Insurance Corporation, UNDERWRITIN
MEMBERS OF LLOYD'S SYNDICATE 535, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1209,
UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1243, UNDERWRITING MEMBERS OF LLOYD'S
SYNDICATE 55, Odyssey Reinsurance Company, Liberty Mutual Fire Insurance Company, COPENHAGEN REIN
COMPANY (U.K.) LIMITED, Indiana Insurance Company, UNDERWRITING MEMBERS OF LLOYD'S SYNDIC
UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1236, American Economy Insurance Company,
UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 53, SCOR REINSURANCE ASIA−PACIFIC PTE LIM
American Safety Indemnity Company, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2003, UNDER
MEMBERS OF LLOYD'S SYNDICATE 557, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 861,
UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 376, UNDERWRITING MEMBERS OF LLOYD'S S
1003, Unionamerica Insurance Company Limited, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 991
Life Assurance Company of Boston, Scor UK Company Limited, UNDERWRITING MEMBERS OF LLOYD'S SY
529, LM Insurance Corporation, Liberty Insurance Underwriters Inc., LIBERTY LLOYDS OF TEXAS INSURANC
COMPANY, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 510, Scor Global P&C Se, Liberty Mutua
Company, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 588, WEST AMERICAN INSURANCE C
USCA Case Number 18−1201.ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AN
DECREED that the judgment of said District Court be and it hereby is REVERSED.. Catherine O'Hagan Wolfe, Cler
for the Second Circuit. Issued As Mandate: 12/13/2019. Filed In Associated Cases: 1:03−md−01570−GBD−SN,
1:16−cv−07853−GBD−SN(nd) Modified on 12/16/2019 (nd). (Entered: 12/16/2019)

| | | |
|---|---|---|
| .3/2019 | 5363 | MANDATE of USCA (Certified Copy) as to (71 in 1:17−cv−03908−GBD−SN, 3981 in 1:03−md−01570−GBD−SN) Notice of Appeal,, filed by Arrowood Indemnity Company, Arrowood Indemnity Company, Arrowood Surplus Lines Company, (4056 in 1:03−md−01570−GBD−SN, 82 in 1:17−cv−03908−GBD−SN) Amended Notice of Appeal,, filed Arrowood Indemnity Company, Arrowood Indemnity Company, Arrowood Surplus Lines Insurance Company. USC Number 18−1266. ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREE judgment of said District Court be and it hereby is REVERSED. Catherine O'Hagan Wolfe, Clerk USCA for the Seco Issued As Mandate: 12/13/2019. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:17−cv−03908−GBD−SN( (Entered: 12/16/2019) |
| .3/2019 | 5364 | MANDATE of USCA (Certified Copy) as to (31 in 1:17−cv−07914−GBD−SN) Corrected Notice of Appeal, (42 in 1:17−cv−07914−GBD−SN) Amended Notice of Appeal, (3972 in 1:03−md−01570−GBD−SN) Corrected Notice of A by Muenchener Rueckversicherungs Gesellschaft Aktiengesellschaft In Muenchen et al. USCA Case Number 18−12 CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of District Court be and it hereby is REVERSED.. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issue Mandate: 12/13/2019. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:17−cv−07914−GBD−SN(nd) (Enter 12/16/2019) |
| .3/2019 | 5365 | MANDATE of USCA (Certified Copy) as to (4057 in 1:03−md−01570−GBD−SN, 81 in 1:17−cv−02651−GBD−SN) Appeal filed by The Charter Oak Fire Insurance Company et al. USCA Case Number 18−2171. ON CONSIDERATI WHEREOF, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of said District Court be hereby is REVERSED. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 12/13/20 Associated Cases: 1:03−md−01570−GBD−SN, 1:17−cv−02651−GBD−SN(nd) (Entered: 12/16/2019) |
| .3/2019 | 5366 | MANDATE of USCA (Certified Copy) as to 4053 in 1:03−md−01570−GBD−SN) Corrected Notice of Appeal filed l Shkolnik PLLC et al. USCA Case Number 18−2162. ON CONSIDERATION WHEREOF, IT IS HEREBY ORDER ADJUDGED, AND DECREED that the judgment of said District Court be and it hereby is REVERSED.. Catherine Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 12/13/2019. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(nd) (Entered: 12/16/2019) |
| .6/2019 | | Transmission of USCA Mandate to the District Judge re: (118 in 1:16−cv−09663−GBD−SN, 93 in 1:17−cv−03887− 80 in 1:17−cv−06123−GBD−SN, 117 in 1:17−cv−00117−GBD−SN, 64 in 1:17−cv−08617−GBD−SN, 117 in 1:17−cv−00450−GBD−SN, 117 in 1:16−cv−09937−GBD−SN, 5366 in 1:03−md−01570−GBD−SN) USCA Mandate Associated Cases: 1:03−md−01570−GBD−SN et al.(nd) (Entered: 12/16/2019) |
| .6/2019 | 5367 | MOTION for Default Judgment as to *Certain Plaintiffs in Burlingame and Against the Islamic Republic of Iran*. Doc by ALL PLAINTIFFS.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Schutty, J (Entered: 12/16/2019) |
| .6/2019 | 5368 | DECLARATION of John F. Schutty in Support re: (1116 in 1:02−cv−06977−GBD−SN, 5367 in 1:03−md−01570−G MOTION for Default Judgment as to *Certain Plaintiffs in Burlingame and Against the Islamic Republic of Iran*.. Doc by ALL PLAINTIFFS. (Attachments: # 1 Exhibit A. Declaration of Irene Dickey and Economist Report, # 2 Exhibit Declaration of Jacqueline Eaton and Economist Report, # 3 Exhibit C. Declaration of Joanne Kelly and Economist R Exhibit D. Declaration of Lisa O'Brien and Economist Report, # 5 Exhibit E. Declaration of Dara Seaman and Econo Report, # 6 Exhibit F. Declaration of Susan Sliwak and Economist Report, # 7 Exhibit G. Declaration of Allison Wal Economist Report)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Schutty, John 12/16/2019) |
| .6/2019 | 5369 | PROPOSED ORDER. Document filed by ALL PLAINTIFFS. (Attachments: # 1 Exhibit A: Order For Entry of Parti Judgments) Related Document Number: 5367 . (Schutty, John) **Proposed Order to be reviewed by Clerk's Office s** (Entered: 12/16/2019) |
| .6/2019 | 5370 | LETTER addressed to Magistrate Judge Sarah Netburn from Dorothea M. Capone dated 12/16/2019 re: Proposed Or Default Judgments. Document filed by Virginia Bauer.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Capone, Dorothea) (Entered: 12/16/2019) |
| .6/2019 | 5371 | LETTER MOTION for Extension of Time addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman, Esq 12/16/2019. Document filed by Plaintiffs Executive Committees.(Goldman, Jerry) (Entered: 12/16/2019) |
| .6/2019 | 5372 | ORDER: It is ORDERED that: Alzamari's objections are SUSTAINED as to Direct Examination Question 1.a. Alzar objections are OVERRULED as to Direct Examination Questions 3, 4, 5, 6, 9, 10, 11, 13, and 14. Alzamari's objectic SUSTAINED in part as to Direct Examination Questions 46a, 46b, 48a, 64a, 64c, 146d, 167c, 188, 238i, 243e, and 24 similar reasons, plaintiffs shall strike "any source" from Questions 243e and 243h. Plaintiffs' objections to cross exan question 4.d are OVERRULED. The Court also OVERRULES plaintiffs' objections to the Kingdom's use of bolded l the question, which serves to helpfully emphasize the time frame being asked about. Alzamari's objections to plaintif Examination Questions 1(a)−1(e) and 1(m) are SUSTAINED...Alzamari's objections to Redirect Examination Questi 1(f)−1(l) are OVERRULED because these questions do not ask about or allude to post 9/11 documents and/or events therefore fall within the scope of the Court's May 29 Order. (Signed by Magistrate Judge Sarah Netburn on 12/16/201 (Entered: 12/17/2019) |

| | | |
|---|---|---|
| .7/2019 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 5369 Proposed Order, was rev approved as to form. (dt)** (Entered: 12/17/2019) |
| .7/2019 | 5373 | ORDER granting 5371 Letter Motion for Extension of Time. The proposed judgment form may be filed by Decembe (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 12/17/201 |
| .7/2019 | 5374 | LETTER addressed to Magistrate Judge Sarah Netburn from Dennis Pantazis dated 12/17/2019 re: Patricia Ryan, in right and as Executrix of the Estate of John J. Ryan, deceased; Kristen Ryan; Laura Ryan; Colin Ryan; Katherine Ma own right and as Executrix of the Estate of Daniel L. Maher, deceased; Daniel R. Maher; Joseph F. Maher; Kristen B in her own right and as Administratrix of the Estate of Ronald Breitweiser, deceased; Caroline Breitweiser; Patricia I in her own right and as Administratrix of the Estate of John Francis Casazza, deceased; John F. Casazza; Mindy Klei her own right and as Administratrix of the Estate of Alan D. Kleinberg, deceased; Lauren Nicole Kleinberg; Jacob K Sam Eric Kleinberg; Lorie Van Auken, in her own right and as Executrix of the Estate of Kenneth Van Auken, decea Van Auken; and Matthew Van Auken (Ryan Plaintiffs) v. The Islamic Republic of Iran, et al.. Document filed by Da Joseph Maher, Katherine Maher, Colin Ryan, Kristen Ryan, Laura Ryan, Patricia Ryan.(Pantazis, Dennis) (Entered: |
| .7/2019 | 5375 | ORDER: On December 13, 2019, certain interested parties filed motions to reconsider the Court's September 30, 201 & Order establishing a common fund. See ECF Nos. 5359 and 5361. Pursuant to Local Civil Rule 6.1(b), any memor in opposition to such motions shall be filed by December 27, 2019. Any replies shall then be filed by January 3, 2020 by Magistrate Judge Sarah Netburn on 12/17/2019) (ras) (Entered: 12/17/2019) |
| .7/2019 | 5376 | ORDER OF PARTIAL FINAL JUDGMENTS AGAINST IRAN ON BEHALF OF CERTAIN BURLINGAME PLA ORDERED that partial final judgment is entered on behalf of the Burlingame Plaintiffs identified in the attached Exh against the Islamic Republic of Iran; and it is ORDERED that the Burlingame Plaintiffs identified in the attached Exh awarded economic damages as set forth in Exhibit A; and it is ORDERED that the Burlingame Plaintiffs identified in attached Exhibit A are awarded solatium damages as set forth in Exhibit A; and as further set forth in this judgment. ( Judge George B. Daniels on 12/17/2019) Filed In Associated Cases: 1:03-md-01570-GBD-SN, 1:02-cv-06977-G 1:02-cv-07230-GBD-SN, 1:17-cv-02003-GBD-SN, 1:18-cv-11417-GBD-SN(jwh) (Entered: 12/17/2019) |
| .7/2019 | 5377 | LETTER addressed to Magistrate Judge Sarah Netburn from Megan W. Benett dated 12/17/2019 re: in response to C 12/6/2019 Order (ECF No. 5338) providing proposed uniform judgments. Document filed by ALL PLAINTIFFS. (A # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3)Filed In Associated Cases: 1:03-md-01570-GBD-SN, 1:02-cv-06977-GBD-SN, 1:04-cv-01076-GBD-SN, 1:15-cv-09903-GBD-SN(Benett, Megan) (Entered: 12/17/ |
| .8/2019 | 5378 | LETTER addressed to Magistrate Judge Sarah Netburn from Michel F. Baumeister dated 12/18/2019 re: Signed Stipu regarding charging lien resolution for the Court's signature. Document filed by Baumeister & Samuels, P.C.. (Attach Signed Stipulation)Filed In Associated Cases: 1:03-md-01570-GBD-SN, 1:02-cv-06977-GBD-SN, 1:17-cv-02003-GBD-SN(Baumeister, Michel) (Entered: 12/18/2019) |
| .9/2019 | 5379 | CONSENT STIPULATION: THE PARTIES NOW CONSENT, STIPULATE AND AGREE as follows: 1. The Rya Maher Plaintiffs hereby withdraw their opposition to a charging lien for professional services rendered by Baumeiste Samuels, P.C., and consent to the issuance of such a charging lien in an amount and a method to be determined in the donation by Baumeister & Samuels, P.C. to the September 11 National Memorial Museum in the names of John J. R Daniel L. Maher. 2. The Ryan and Maher Plaintiffs and Baumeister & Samuels, P.C. agree to withdraw the statement responses contained in their respective submissions dated October 10, 2019 (ECF No. 5202) and October 18, 2019 (E 5219), and all parties reserve their rights. 3. The parties further agree that the charging lien dispute has been resolved ORDERED. (Signed by Magistrate Judge Sarah Netburn on 12/19/2019) Filed In Associated Cases: 1:03-md-01570-GBD-SN, 1:02-cv-06977-GBD-SN, 1:17-cv-02003-GBD-SN. (ras) (Entered: 12/19/2019) |
| .9/2019 | 5380 | PARTIAL FINAL JUDGMENT: ORDERED that partial final judgment is entered against Iran and on behalf of thos who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and it ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 per spouse, $8,500,( parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and as further set forth in this judg (Signed by Judge George B. Daniels on 12/19/2019) Filed In Associated Cases: 1:03-md-01570-GBD-SN, 1:18-cv-07306-GBD-SN(jwh) (Entered: 12/19/2019) |
| .9/2019 | 5381 | PARTIAL FINAL JUDGMENT II: ORDERED that partial final judgment is entered against Iran and on behalf of the Plaintiffs who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate o parent, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 per spouse, $8,500,( parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and as further set forth in this judg (Signed by Judge George B. Daniels on 12/19/2019) Filed In Associated Cases: 1:03-md-01570-GBD-SN, 1:18-cv-07306-GBD-SN(jwh) (Entered: 12/19/2019) |
| .9/2019 | 5382 | LETTER MOTION for Extension of Time addressed to Magistrate Judge Sarah Netburn from Andrew J Maloney, II 12/19/2019. Document filed by Plaintiffs Executive Committees.(Maloney, Andrew) (Entered: 12/19/2019) |

| | | |
|---|---|---|
| .9/2019 | 5383 | ORDER OF PARTIAL FINAL JUDGMENT: ORDERED that partial final judgment is entered against Iran and on b those Plaintiffs who are identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the es spouse, parent, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as indicated in E and it is ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 per spouse, per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and as further set forth in this ( (Signed by Judge George B. Daniels on 12/19/2019) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05306−GBD−SN(jwh) (Entered: 12/19/2019) |
| .9/2019 | 5384 | MOTION *for the Court to Decide Al Rajhi Bank's Pending Rule 12(b)(6) Motion to Dismiss re: 3869 Reply Memoran Law in Support of Motion, 3703 Memorandum of Law in Support of Motion, 3702 MOTION to Dismiss/Al Rajhi Ban Motion to Dismiss Plaintiffs' Amended Complaint for Failure to State a Claim and Lack of Personal Jurisdiction*. Do filed by Al Rajhi Bank.(Curran, Christopher) (Entered: 12/19/2019) |
| .9/2019 | 5385 | MEMORANDUM OF LAW in Support re: 5384 MOTION *for the Court to Decide Al Rajhi Bank's Pending Rule 12 Motion to Dismiss re: 3869 Reply Memorandum of Law in Support of Motion, 3703 Memorandum of Law in Support 3702 MOTION to Dismiss/Al Rajhi Bank's N . Document filed by Al Rajhi Bank. (Curran, Christopher) (Entered: 12/* |
| .9/2019 | 5386 | MEMO ENDORSEMENT on re: 5374 Letter, filed by Colin Ryan, Kristen Ryan, Joseph Maher, Laura Ryan, Daniel Katherine Maher, Patricia Ryan. ENDORSEMENT: Counsels' request for a January 6, 2020 deadline to file a motion and transfer from their current complaints into a newly filed Ryan, et al. Complaint is GRANTED. (Signed by Magis Sarah Netburn on 12/19/2019) (ras) (Entered: 12/19/2019) |
| .9/2019 | 5387 | REPORT AND RECOMMENDATION: For the foregoing reasons, Plaintiffs should receive solatium damages as fol document.) The solatium claims for Alexandria Catalano, Aaron Pagan, Julian Perez, and Mariano D'Alessandro shou DENIED under the principles established in Hoglan IV. Plaintiffs should also be awarded prejudgment interest on the from September 11, 2001, through the date of judgment, at a rate of 4.96 percent per annum, compounded annually. S No. 3358, adopted by, ECF No. 3383. Finally, any Ashton Plaintiffs not appearing in this motion and who were not p awarded damages may still submit applications for solatium and/or economic damages awards. The parties shall have days from the service of this Report and Recommendation to file written objections pursuant to 28 U.S.C. § 636(b)(1 72(b) of the Federal Rules of Civil Procedure. See also Fed. R. Civ. P. 6(a), (d) (adding three additional days when se made under Fed. R. Civ. P. 5(b)(2)(C), (D), or (F)). A party may respond to another party's objections within fourteer being served with a copy. Fed. R. Civ. P. 72(b)(2). Such objections shall be filed with the Clerk of the Court, with co copies delivered to the chambers of the Honorable George B. Daniels at the United States Courthouse, 500 Pearl Stre York, New York 10007, and to any opposing parties. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b). An for an extension of time for filing objections must be addressed to Judge Daniels. The failure to file these timely obje result in a waiver of those objections for purposes of appeal. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72 Thomas v. Arn, 474 U.S. 140 (1985). (Signed by Magistrate Judge Sarah Netburn on 12/19/2019) Filed In Associated 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN. (ras) Modified on 12/19/2019 (ras). (Entered: 12/19/2019) |
| 20/2019 | 5388 | ORDER granting 5382 Letter Motion for Extension of Time. Plaintiffs' response to Mr. Kadi's interrogatories is due after the deposition of Wael Jelaiden concludes. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text O (ras) (Entered: 12/20/2019) |
| 20/2019 | 5389 | LETTER addressed to Magistrate Judge Sarah Netburn from Steven R. Pounian, Robert T. Haefele and Sean P. Carte December 20, 2019 re: a request for a two−week extension of the deadlines for expert disclosures and reports relating personal jurisdiction and merits defendants. Document filed by Plaintiffs Executive Committees.(Carter, Sean) (Enter 12/20/2019) |
| 20/2019 | 5390 | LETTER addressed to Judge George B. Daniels from Jodi Westbrook Flowers dated December 20, 2019 re: scope of injury claims that might move for final judgment against Iran. Document filed by All Plaintiffs.Filed In Associated C 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:04−cv−01076−GBD−SN, 1:15−cv−09903−GBD−SN(Flo (Entered: 12/20/2019) |
| 20/2019 | 5391 | MOTION for Default Judgment as to *the Burlingame VIII Plaintiffs*. Document filed by Sheri Burlingame.Filed In A Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN(Granito, Frank) (Entered 12/20/2019) |
| 20/2019 | 5392 | DECLARATION of Frank H. Granito, III in Support re: (85 in 1:02−cv−07230−GBD−SN) MOTION for Default Ju to *the Burlingame VIII Plaintiffs*.. Document filed by Sheri Burlingame. (Attachments: # 1 Exhibit A)Filed In Associ 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN(Granito, Frank) (Entered: 12/20 |
| 20/2019 | 5393 | PROPOSED JUDGMENT. Document filed by Sheri Burlingame. (Granito, Frank) **Proposed Judgment to be review Clerk's Office staff.** (Entered: 12/20/2019) |
| 23/2019 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. 5393 Proposed Judgment reviewed and approved as to form. (km)** (Entered: 12/23/2019) |

| | | |
|---|---|---|
| 23/2019 | 5394 | SUPPLEMENTAL MOTION for Default Judgment as to *Plaintiffs Eileen Lynch, Anne Lynch, Kathleen Lynch and M Lynch*. Document filed by Eileen Lynch.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Schutty, John) (Entered: 12/23/2019) |
| 23/2019 | 5395 | DECLARATION of John F. Schutty in Support re: (5394 in 1:03−md−01570−GBD−SN, 1130 in 1:02−cv−06977−G SUPPLEMENTAL MOTION for Default Judgment as to *Plaintiffs Eileen Lynch, Anne Lynch, Kathleen Lynch and M Lynch*.. Document filed by Eileen Lynch. (Attachments: # 1 Exhibit A: Declaration of Eileen Lynch and Economist F Exhibit B: Order of Partial Final Judgment dated Dec. 17, 2019, # 3 Exhibit C: Order dated March 8, 2016)Filed In A Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Schutty, John) (Entered: 12/23/2019) |
| 23/2019 | 5396 | PROPOSED ORDER. Document filed by Eileen Lynch. (Attachments: # 1 Exhibit A: Order For Entry of Supplemen Final Judgment) Related Document Number: 5394 . (Schutty, John) **Proposed Order to be reviewed by Clerk's Of** (Entered: 12/23/2019) |
| 23/2019 | 5397 | SUPPLEMENTAL MOTION for Default Judgment as to *Certain Plaintiffs in Burlingame and Against the Islamic Re Iran*. Document filed by ALL PLAINTIFFS.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Schutty, John) (Entered: 12/23/2019) |
| 23/2019 | 5398 | DECLARATION of John F. Schutty in Support re: (1133 in 1:02−cv−06977−GBD−SN, 5397 in 1:03−md−01570−G SUPPLEMENTAL MOTION for Default Judgment as to *Certain Plaintiffs in Burlingame and Against the Islamic Re Iran*.. Document filed by ALL PLAINTIFFS. (Attachments: # 1 Exhibit A: Order dated Dec. 17, 2019)Filed In Assoc Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Schutty, John) (Entered: 12/23/2019) |
| 23/2019 | 5399 | PROPOSED ORDER. Document filed by ALL PLAINTIFFS. (Attachments: # 1 Exhibit A: Order For Entry of Supp Partial Final Judgments) Related Document Number: 5397 . (Schutty, John) **Proposed Order to be reviewed by Cle staff.** (Entered: 12/23/2019) |
| 23/2019 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 5399 Proposed Order 5396 Pro Order was reviewed and approved as to form. (km)** (Entered: 12/23/2019) |
| 23/2019 | 5400 | LETTER addressed to Judge George B. Daniels from Sean P. Carter dated December 23, 2019 re: a proposed briefin and structure for Plaintiffs' opposition to Al Rajhi Bank's 12(b)(6) Motion and Al Rajhi Bank's reply brief. Document Plaintiffs Executive Committees.(Carter, Sean) (Entered: 12/23/2019) |
| 23/2019 | 5401 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 12/26/2019) |
| 23/2019 | 5413 | MEMO ENDORSEMENT on re: 5389 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: Plaintiff for a two−week extension is GRANTED. (Signed by Magistrate Judge Sarah Netburn on 12/23/2019) (ras) (Entered: 12/30/2019) |
| 26/2019 | 5402 | MOTION for Default Judgment as to *the Burlingame IX Plaintiffs*. Document filed by Sheri Burlingame.Filed In Ass Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN(Granito, Frank) (Entered 12/26/2019) |
| 26/2019 | 5403 | DECLARATION of Frank H. Granito, III in Support re: (88 in 1:02−cv−07230−GBD−SN) MOTION for Default Ju to *the Burlingame IX Plaintiffs*.. Document filed by Sheri Burlingame. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN(Granito, Frank) (Entered: 12/26/2019) |
| 26/2019 | 5404 | **FILING ERROR − DEFICIENT DOCUMENT −** PROPOSED JUDGMENT. Document filed by Sheri Burlingam Frank) **Proposed Judgment to be reviewed by Clerk's Office staff.** Modified on 12/27/2019 (dt). (Entered: 12/26/2 |
| 27/2019 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED JUDGMENT. Notice to attorney Fra Granito to RE−FILE Document No. (1038 in 1:02−cv−06977−GBD−SN) Judgment, (1138 in 1:02−cv−06977−G 90 in 1:02−cv−07230−GBD−SN, 5404 in 1:03−md−01570−GBD−SN) Proposed Judgment. The filing is deficien following reason(s): Exhibit "A" is not attached to Document. Re−file the document using the event type Prop Judgment found under the event list Proposed Orders. − select the correct filer/filers − attach the correct signe signature image) and dated PDF. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD 1:02−cv−07230−GBD−SN(dt)** (Entered: 12/27/2019) |
| 27/2019 | 5405 | PROPOSED JUDGMENT. Document filed by Sheri Burlingame. (Attachments: # 1 Exhibit A) (Granito, Frank) **Pro Judgment to be reviewed by Clerk's Office staff.** (Entered: 12/27/2019) |
| 27/2019 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (5405 in 1:03−md−01570− 1139 in 1:02−cv−06977−GBD−SN, 91 in 1:02−cv−07230−GBD−SN) Proposed Judgment was reviewed and app form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−** (Entered: 12/27/2019) |

| | | |
|---|---|---|
| 27/2019 | 5406 | CONSENT LETTER MOTION for Extension of Time addressed to Magistrate Judge Sarah Netburn from Timothy E dated December 27, 2019. Document filed by Havlish Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−S 1:03−cv−09848−GBD−SN(Fleming, Timothy) (Entered: 12/27/2019) |
| 27/2019 | 5407 | MOTION for Default Judgment as to *certain Bauer Plaintiff against the Islamic Republic of Iran*. Document filed by Spordone. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)Filed In Associated Cases: 1:03−md−01570−GBI 1:02−cv−06977−GBD−SN(Capone, Dorothea) (Entered: 12/27/2019) |
| 27/2019 | 5408 | DECLARATION of Dorothea M. Capone in Support re: (1140 in 1:02−cv−06977−GBD−SN) MOTION for Default as to *certain Bauer Plaintiff against the Islamic Republic of Iran*.. Document filed by Dayna Spordone. (Attachments Exhibit A − Chart, # 2 Exhibit B − Affidavit of Dayna Spordone, # 3 Exhibit C − Affidavit of Laura Bustillo, # 4 Exh Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Capone, Doroth (Entered: 12/27/2019) |
| 27/2019 | 5409 | B> FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU − PROPOSED ORDER. Document file Spordone. Related Document Number: [5407, 5408]. (Capone, Dorothea) **Proposed Order to be reviewed by Clerk staff.** Modified on 12/30/2019 (dt). (Entered: 12/27/2019) |
| 30/2019 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED JUDGMENT. Notice to attorney Dor Capone to RE−FILE Document No. (5409 in 1:03−md−01570−GBD−SN, 1142 in 1:02−cv−06977−GBD−SN) Pr Order. The filing is deficient for the following reason(s): the wrong event type was used to file the proposed or Re−file the document using the event type Proposed Judgment found under the event list Proposed Orders. − s correct filer/filers. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(dt)** Modifi 12/30/2019 (dt). (Entered: 12/30/2019) |
| 30/2019 | 5410 | PROPOSED JUDGMENT. Document filed by Dayna Spordone. (Capone, Dorothea) **Proposed Judgment to be rev Clerk's Office staff.** (Entered: 12/30/2019) |
| 30/2019 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (1143 in 1:02−cv−06977−( 5410 in 1:03−md−01570−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Assoc Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(dt)** (Entered: 12/30/2019) |
| 30/2019 | 5411 | TRANSCRIPT of Proceedings re: Telephone Conference held on 12/13/2019 before Magistrate Judge Sarah Netburn Reporter/Transcriber: Mary Greco, (518) 581−8973. Transcript may be viewed at the court public terminal or purcha the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obt through PACER. Redaction Request due 1/21/2020. Redacted Transcript Deadline set for 1/30/2020. Release of Tran Restriction set for 3/30/2020.(rro) (Entered: 12/30/2019) |
| 30/2019 | 5412 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Telephone Conference proceeding held on 12/13/2019 has been filed by the court reporter/transcriber in the above−captioned ma parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 c days.(rro) (Entered: 12/30/2019) |
| 30/2019 | 5414 | ORDER granting 5406 Letter Motion for Extension of Time. The deadline for the Havlish Plaintiffs to respond is ext January 3, 2020. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) (ras) (Entered: 12/30 |
| 30/2019 | 5415 | LETTER MOTION for Leave to File State Dept Specific Authentication Certificates *and US State Department letter 11/28/18 and 8/27/19* addressed to Judge George B. Daniels from Timothy B. Fleming dated 12/30/2019. Document Hoglan Plaintiffs. (Attachments: # 1 Exhibit Ex. A −− State Dept letter November 28 2018, # 2 Exhibit Ex. B −− Sta letter August 27 2019, # 3 Text of Proposed Order)(Fleming, Timothy) (Entered: 12/30/2019) |
| 30/2019 | 5416 | DECLARATION of Timothy B. Fleming in Support re: 5415 LETTER MOTION for Leave to File State Dept Specif Authentication Certificates *and US State Department letters dated 11/28/18 and 8/27/19* addressed to Judge George I from Timothy B. Fleming dated 12/30/2019.. Document filed by Hoglan Plaintiffs. (Fleming, Timothy) (Entered: 12/ |
| 02/2020 | 5417 | TRANSCRIPT of Proceedings re: CONFERENCE held on 11/26/2019 before Magistrate Judge Sarah Netburn. Cour Reporter/Transcriber: Steven Greenblum, (212) 805−0300. Transcript may be viewed at the court public terminal or p through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 1/23/2020. Redacted Transcript Deadline set for 2/3/2020. Release Transcript Restriction set for 4/1/2020.(McGuirk, Kelly) (Entered: 01/02/2020) |
| 02/2020 | 5418 | CONSENT LETTER MOTION for Extension of Time *(Second)* addressed to Magistrate Judge Sarah Netburn from T Fleming dated January 2, 2020. Document filed by Havlish Plaintiffs.(Fleming, Timothy) (Entered: 01/02/2020) |
| 02/2020 | 5419 | NOTICE of Iran Notice of Amendment re: (1 in 1:18−cv−11878−GBD−SN) Complaint,,,,,,,,,,,,,,,,,,,,,,,, (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by Cheryl Rivelli. Filed In Associated Cases: 1:03−md−01570− 1:18−cv−11878−GBD−SN(Goldman, Jerry) (Entered: 01/02/2020) |

| | | |
|---|---|---|
| )2/2020 | 5420 | MOTION For Partial Final Judgment III . Document filed by Cheryl Rivelli. (Attachments: # 1 Text of Proposed Ord Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN(Goldman, Jerry) (Entered: 01/02/2020) |
| )2/2020 | 5421 | LETTER MOTION for Extension of Time *re USVSST Fund, ECF Nos. 5338 and 5390* addressed to Magistrate Judge Netburn from Megan W. Benett dated 01/02/2020. Document filed by ALL PLAINTIFFS.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:04−cv−01076−GBD−SN, 1:15−cv−09903−GBD−SN(Be Megan) (Entered: 01/02/2020) |
| )2/2020 | 5422 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (5420 in 1:03−md−01570−GBD−SN, 44 in 1:18−cv−11878−GBD−SN) MOTION For Partial Final Judgment III .. Document filed by Cheryl Rivelli. (Attachme Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN(Goldman, Jerry) (Entered: 01/02/2020) |
| )2/2020 | 5423 | MEMORANDUM OF LAW in Support re: (5420 in 1:03−md−01570−GBD−SN, 44 in 1:18−cv−11878−GBD−SN) I For Partial Final Judgment III . . Document filed by Cheryl Rivelli. Filed In Associated Cases: 1:03−md−01570−GBI 1:18−cv−11878−GBD−SN(Goldman, Jerry) (Entered: 01/02/2020) |
| )2/2020 | 5424 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** PROPOSED ORDER. Document fil Cheryl Rivelli. (Attachments: # 1 Exhibit A) Related Document Number: [5420, 44]. (Goldman, Jerry) **Proposed Or reviewed by Clerk's Office staff.** Modified on 1/3/2020 (km). (Entered: 01/02/2020) |
| )3/2020 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Jer Goldman to RE−FILE Document 5424 Proposed Order. Use the event type proposed orders, proposed judgme** (Entered: 01/03/2020) |
| )3/2020 | 5425 | ORDER granting 5418 Letter Motion for Extension of Time. The deadline for the Havlish, Hoglan, and Ray Plaintiff is extended until January 10, 2020. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) (r (Entered: 01/03/2020) |
| )3/2020 | 5426 | PROPOSED JUDGMENT. Document filed by Cheryl Rivelli. (Attachments: # 1 Exhibit A) (Goldman, Jerry) **Propo Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/03/2020) |
| )3/2020 | 5427 | ORDER granting 5421 Letter Motion for Extension of Time. (HEREBY ORDERED by Magistrate Judge Sarah Netb Only Order) (ras) (Entered: 01/03/2020) |
| )3/2020 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. 5426 Proposed Judgment reviewed and approved as to form. (km)** (Entered: 01/03/2020) |
| )3/2020 | 5428 | MOTION for Default Judgment as to *Ashton XVI Wrongful Death Plaintiffs*. Document filed by Kathleen Ashton.Fil Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, James) (Entered: 01/03/2020) |
| )3/2020 | 5429 | DECLARATION of James P. Kreindler in Support re: (1146 in 1:02−cv−06977−GBD−SN, 5428 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Ashton XVI Wrongful Death Plaintiffs*.. Documen Kathleen Ashton. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN 1:02−cv−06977−GBD−SN(Kreindler, James) (Entered: 01/03/2020) |
| )3/2020 | 5430 | PROPOSED JUDGMENT. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A) (Kreindler, James) **Pr Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/03/2020) |
| )3/2020 | 5431 | ORDER: Today, the Court issues a ruling on the Plaintiffs' Executive Committees' ("Plaintiffs") motion to vacate the November 29, 2018 Order, ECF No. 4261 (the "November 29 Order"). That ruling is filed under seal until the parties an opportunity to meet−and−confer following the resolution of Plaintiffs' Rule 72 objections to the Court's decision g part Saudi Arabia's motion to seal. See ECF No. 4696. (Signed by Magistrate Judge Sarah Netburn on 1/3/2020) (ras) 01/03/2020) |
| )3/2020 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (1148 in 1:02−cv−06977−( Proposed Judgment was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD− 1:02−cv−06977−GBD−SN(dt)** (Entered: 01/03/2020) |
| )3/2020 | 5432 | ORDER denying 5341 Letter Motion for Leave to File Document. The Court does not believe additional briefing wil Instead, the parties are ORDERED to appear at 10 A.M. on Monday, January 13, 2020, in Courtroom 110, Thurgood U.S. Courthouse, 40 Foley Square, New York, New York, 10007. The Court intends to discuss a reasonable schedule completion of jurisdictional discovery as to the Kingdom of Saudi Arabia, including the number of permissible depos Although the Court does not intend to discuss individual depositions, the Court will be guided by the PEC's categorie potential witnesses identified in the appendix to their December 6, 2019 letter. (HEREBY ORDERED by Magistrate Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 01/03/2020) |
| )3/2020 | 5433 | MOTION for Default Judgment as to *Burnett/Iran XV Plaintiffs Set Forth on Exhibit A to the Eubanks Declaration*. I filed by Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Euban |

| | | |
|---|---|---|
| | | (Entered: 01/03/2020) |
| )3/2020 | | Set/Reset Hearings: Discovery Hearing set for 1/13/2020 at 10:00 AM in Courtroom 110, 40 Centre Street, New Yor 10007 before Magistrate Judge Sarah Netburn. (ras) (Entered: 01/03/2020) |
| )3/2020 | 5434 | MEMORANDUM OF LAW in Support re: (5433 in 1:03−md−01570−GBD−SN, 269 in 1:15−cv−09903−GBD−SN) for Default Judgment as to *Burnett/Iran XV Plaintiffs Set Forth on Exhibit A to the Eubanks Declaration*. . Document Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John 01/03/2020) |
| )3/2020 | 5435 | DECLARATION of John M. Eubanks in Support re: (5433 in 1:03−md−01570−GBD−SN, 269 in 1:15−cv−09903−C MOTION for Default Judgment as to *Burnett/Iran XV Plaintiffs Set Forth on Exhibit A to the Eubanks Declaration*.. filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M)Filed In As Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 01/03/2020) |
| )3/2020 | 5436 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Exhibit A) (Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/03/2 |
| )3/2020 | 5437 | MOTION for Default Judgment as to *Bauer III Plantiffs*. Document filed by Virginia Bauer, Susan Beatini, Eileen H Jennifer Henry, Lori Kane.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Capo Dorothea) (Entered: 01/03/2020) |
| )3/2020 | 5438 | DECLARATION of Dorothea M. Capone in Support re: (1149 in 1:02−cv−06977−GBD−SN) MOTION for Default as to *Bauer III Plantiffs*.. Document filed by Virginia Bauer, Susan Beatini, Eileen Hannaford, Jennifer Henry, Lori K (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570 1:02−cv−06977−GBD−SN(Capone, Dorothea) (Entered: 01/03/2020) |
| )3/2020 | 5439 | PROPOSED JUDGMENT. Document filed by Virginia Bauer, Susan Beatini, Eileen Hannaford, Jennifer Henry, Lo (Attachments: # 1 Exhibit) (Capone, Dorothea) **Proposed Judgment to be reviewed by Clerk's Office staff.** (Enter 01/03/2020) |
| )3/2020 | 6580 | OPINION & ORDER: Plaintiffs' motion for oral argument is DENIED as moot. The Clerk of the Court is respectfull to terminate the gavel at ECF No. 5022. (Signed by Magistrate Judge Sarah Netburn on 1/3/2020) (ras) (Entered: 01/ |
| )5/2020 | 5440 | MOTION for Default Judgment as to *Compensatory Damages*. Document filed by Joan Parker, Joan Parker, Carol S Suarez, Manuel Suarez, Manuel Suarez.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GB 1:18−cv−11416−GBD−SN(Capone, Dorothea) (Entered: 01/05/2020) |
| )5/2020 | 5441 | DECLARATION of Dorothea M. Capone in Support re: (1152 in 1:02−cv−06977−GBD−SN, 5440 in 1:03−md−01570−GBD−SN, 33 in 1:18−cv−11416−GBD−SN) MOTION for Default Judgment as to *Compensatory* Document filed by Joan Parker, Joan Parker, Carol Suarez, Carol Suarez, Manuel Suarez, Manuel Suarez. (Attachme Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−11416−GBD−SN(Capone, Dorothea) (Entered: 01/05/2020) |
| )5/2020 | 5442 | PROPOSED JUDGMENT. Document filed by Joan Parker, Joan Parker, Carol Suarez, Carol Suarez, Manuel Suarez Suarez. (Capone, Dorothea) **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/05/2020) |
| )6/2020 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 5442 Proposed Judgment 5439 Judgment 5436 Proposed Default Judgment was reviewed and approved as to form. (km)** (Entered: 01/06/2020 |
| )6/2020 | 5443 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 01/06/2020) |
| )6/2020 | 5444 | MOTION Motion to File A New Associated Case . Document filed by Daniel Maher, Joseph Maher, Katherine Mahe Ryan, Kristen Ryan, Laura Ryan, Patricia Ryan. (Attachments: # 1 Exhibit A (Complaint), # 2 Text of Proposed Ord Order on Motion to File A New Associated Case)(Pantazis, Dennis) (Entered: 01/06/2020) |
| )6/2020 | 5445 | MEMORANDUM OF LAW in Support re: 5444 MOTION Motion to File A New Associated Case . . Document file Maher, Joseph Maher, Katherine Maher, Colin Ryan, Kristen Ryan, Laura Ryan, Patricia Ryan. (Pantazis, Dennis) (E 01/06/2020) |
| )6/2020 | 5446 | MOTION for Default Judgment as to *Bauer IV Plaintiffs*. Document filed by Deborah Bowden Hart, Laura Bustillo, Candela, Nancy Foster, Thomas Johnson, Jennifer Tarantino.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Capone, Dorothea) (Entered: 01/06/2020) |
| )6/2020 | 5447 | DECLARATION of Dorothea M. Capone in Support re: (5446 in 1:03−md−01570−GBD−SN, 1155 in 1:02−cv−06977−GBD−SN) MOTION for Default Judgment as to *Bauer IV Plaintiffs*.. Document filed by Deborah B Hart, Laura Bustillo, Elizabeth Candela, Nancy Foster, Thomas Johnson, Jennifer Tarantino. (Attachments: # 1 Exhib Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, |

| | | |
|---|---|---|
| | | 1:02−cv−06977−GBD−SN(Capone, Dorothea) (Entered: 01/06/2020) |
| )6/2020 | 5448 | PROPOSED JUDGMENT. Document filed by Deborah Bowden Hart, Laura Bustillo, Elizabeth Candela, Nancy Fos Johnson, Jennifer Tarantino. (Capone, Dorothea) **Proposed Judgment to be reviewed by Clerk's Office staff.** (Ente 01/06/2020) |
| )6/2020 | 5451 | SEALED DOCUMENT placed in vault.(rz) (Entered: 01/07/2020) |
| )7/2020 | 5449 | ORDER OF SUPPLEMENTAL, PARTIAL FINAL JUDGEMENT AGAINST IRAN ON BEHALF OF A BURLIN PLAINTIFF: ORDERED that partial final judgment is entered on behalf of these Burlingame Plaintiffs identified in t Exhibit A against the Islamic Republic of Iran; and it is ORDERED that the Burlingame Plaintiffs identified in the at Exhibit A are awarded economic damages as set forth in Exhibit A; and it is ORDERED that the Burlingame Plaintif in the attached Exhibit A are awarded solatium damages as set forth in Exhibit A; and it is ORDERED that the Burlir Plaintiffs identified in the attached Exhibit A are awarded $2 million for the conscious pain and suffering of the dece forth in Exhibit A; and it is ORDERED that prejudgment interest on those awards is to be calculated at the rate of 4.9 per annum, compounded annually for the period from September 11, 2001 until the date of the judgment; and as furth in this judgment. (Signed by Judge George B. Daniels on 1/7/2020) Filed In Associated Cases: 1:03−md−01570−GB 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN, 1:17−cv−02003−GBD−SN(jwh) (Entered: 01/07/2020) |
| )7/2020 | 5450 | ORDER OF FINAL JUDGMENT: Upon consideration of the evidence and arguments submitted by the Parker Plaint above−captioned action, and the Judgment by Default against Defendant Islamic Republic of Iran ("Iran") against wh default was entered on August 31, 2015 (ECF No. 3014), together with the entire record in this case, it is hereby; OR that service of process was effectuated upon the Iran Defendants in accordance with 28 U.S.C. § 1608(a) for sovereig defendants and 28 U.S.C. § 1608(b) for agencies and instrumentalities of sovereign defendants; and it is ORDERED Parker Plaintiffs identified in the attached Exhibit A are awarded compensatory damages for their decedents' consciou suffering as set forth in Exhibit A; and it is ORDERED that the Parker Plaintiffs identified in the attached Exhibit A prejudgment interest of 4.96% per annum, compounded annually, running from September 11, 2001 until the date of and it is ORDERED that the Parker Plaintiffs may submit applications seeking economic losses or punitive damages date consistent with future rulings of this Court. SO ORDERED. (Signed by Judge George B. Daniels on 1/7/2020) F Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−11416−GBD−SN(kv) (Entered 01/07/2020) |
| )7/2020 | 5452 | ORDER OF SUPPLEMENTARY, PARTIAL FINAL JUDGMENTS AGAINST IRAN ON BEHALF OF CERTAIN BURLINGAME PLAINTIFFS: ORDERED that partial final judgment is entered on behalf of the Burlingame Plainti identified in the attached Exhibit A against the Islamic Republic of Iran; and it is ORDERED that the Burlingame Pla identified in the attached Exhibit A are awarded economic damages as set forth in Exhibit A; and it is ORDERED tha Burlingame Plaintiffs identified in the attached Exhibit A are awarded solatium damages as set forth in Exhibit A; an ORDERED that the Burlingame Plaintiffs identified in the attached Exhibit A are awarded $2 million for the conscio suffering of their decedent as set forth in Exhibit A; and it is ORDERED that prejudgment interest on those awards is calculated at the rate of 4.96 percent per annum, compounded annually for the period from September 11, 2001 until the judgment; and it is ORDERED that the Burlingame Plaintiffs identified in the attached Exhibit A may submit a fu application for punitive damages consistent with any future rulings of this Court; and it is ORDERED that the Burlin Plaintiffs not appearing on Exhibit A who were not previously awarded solatium and/or economic damages may subr applications in later stages and they will be approved on the same basis as currently approved for those Plaintiffs app Exhibit A. Motions terminated: (5397 in 1:03−md−01570−GBD−SN, 1133 in 1:02−cv−06977−GBD−SN) SUPPLEM MOTION for Default Judgment as to *Certain Plaintiffs in Burlingame and Against the Islamic Republic of Iran* filed PLAINTIFFS, All Plaintiffs. (Signed by Judge George B. Daniels on 1/7/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN, 1:17−cv−02003−GBD−SN, 1:18−cv−11417−GBD−SN. (mml) (Entered: 01/07/2020) |
| )7/2020 | 5453 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF BURLINGAME VII/PLAINTIFFS IDI AT EXHIBIT A: ORDERED that Plaintiffs identified in Exhibit A are awarded: solatium damages of $12,500,000 pe $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is ORDERE Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, from September 11, 2001 until the date of judgment; and it is ORDERED that Plaintiffs identified in Exhibit A may s application for punitive damages, economic damages, or other damages (to the extent such awards have not previousl ordered) at a later date consistent with any future rulings made by this Court on this issue, and it is ORDERED that tl remaining Burlingame Plaintiffs not appearing on Exhibit A, may submit in later stages applications for damages awa the extent they are for solatium or by estates for compensatory damages' for decedents pain and suffering from the Se attacks, they will be approved consistent with those approved herein for the Plaintiffs appearing on Exhibit A, as furtl in this Order. Motions terminated: (1126 in 1:02−cv−06977−GBD−SN, 5391 in 1:03−md−01570−GBD−SN, 85 in 1:02−cv−07230−GBD−SN) MOTION for Default Judgment as to *the Burlingame VIII Plaintiffs* filed by Sheri G. Bu (Signed by Judge George B. Daniels on 1/7/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN. (mml) (Entered: 01/07/2020) |

| | | |
|---|---|---|
| )7/2020 | 5454 | ORDER granting (5415) Letter Motion for Leave to File Document in case 1:03−md−01570−GBD−SN. (1) The Plai Letter Motion is GRANTED, and it is FURTHER ORDERED (2) The Clerk of Court for the Southern District of Nev directed to enter onto the docket in this case the following: a. The United States State Department letter dated Novem 2018, and the accompanying "Specific Authentication Certificates," or diplomatic notes, that certify compliance with diplomatic service requirements with regard to the Islamic Republic of Iran and its seven political subdivisions that a Defendants in this case; b. The United States State Department letter dated August 27, 2019, and the accompanying " Authentication Certificates," or diplomatic notes, that certify compliance with the FSIA's diplomatic service requiren regard to the six agencies and instrumentalities of the Islamic Republic of Iran and two individuals who are or were h governmental office holders in the Islamic Republic of Iran and are judgment Defendants in this case. (Signed by Jud B. Daniels on 1/7/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN. (mml) ( Document 5454 replaced on 2/4/2020) (jwh). (Entered: 01/07/2020) |
| )7/2020 | | CLERK CERTIFICATE OF MAILING UNEXECUTED for two copies of the Second Amended Complaint, filed M Notice of Suit, pursuant to 22 C.F.R 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C § 1602, et seq.; a Amended Summons in a Civil Action, dated May 10, 2019, along with Farsi translations of all the above documents v affidavits of translator mailed to to Islamic Republic of Iran c/o H.E Mohammad Javad Zarif, Foreign Minister of the Republic of Iran, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue Tehran, Iran to Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, p on 7/10/2019 by Federal Expre # 7756 5224 1809, as per (4675 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. Confirmation that deliv executed was not received by the Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN(smc) (Entered: 01/07/2020) |
| )7/2020 | | CLERK CERTIFICATE OF MAILING UNEXECUTED for two copies of the Second Amended Complaint, filed M Notice of Suit, pursuant to 22 C.F.R 93.2, dated May 6, 2019, along with the text of FSIA, 28 U.S.C § 1602, et seq.; a Amended Summons in a Civil Action, dated May 10, 2019, along with Farsi translations of all the above documents v affidavits of translator mailed to Iranian Ministry of Iranian Ministry of Petroleum c/o H.E Mohammad Javad Zarif, F Minister of the Islamic Republic of Iran, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomein Tehran, Iran to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review a nd Inter−Agenc (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520 on 7/10/20 Federal Express tracking # 7756 5224 2264, as per (4674 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailin Confirmation that delivery was executed was not received by the Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN(smc) (Entered: 01/07/2020) |
| )7/2020 | | CLERK CERTIFICATE OF MAILING UNEXECUTED for two copies of the Second Amended Complaint, Notice ( Amended Summons and Certified translations of each of the above documents mailed to he Iranian Ministry of Econ Affairs and Finance c/o H.E. Dr. Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran, Ministry Affairs of the Islamic Republic of Iran at Imam Khomeini Ave, Tehran, Iran on 7/10/2019 by Federal Express trackin 5224 1577, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520 on 7/10/20 Federal Express tracking # 7756 5224 1577, per (4672 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. Confirmation that delivery was executed was not received by the Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN(smc) (Entered: 01/07/2020) |
| )7/2020 | | CLERK CERTIFICATE OF MAILING UNEXECUTED for two copies of the Second Amended Complaint, Notice ( Amended Summons, along with the certified Farsi translations of the above documents, and affidavit of the translator The Iranian Ministry of Information and Security, c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs of th Republic of Iran, Imam Khomeini Avenue, Tehran, Iran on 07/10/2019 by Federal Express tracking # 7756 5224 273 Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520 on 7/10/2019 by Federal Express 7756 5224 273, per (4668 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. Confirmation that delivery wa was not received by the Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBI (Entered: 01/07/2020) |
| )7/2020 | | CLERK CERTIFICATE OF MAILING UNEXECUTED for two copies of the Second Amended Complaint, Notice ( Amended Summons, along with the certified Farsi translations of the above documents, and affidavit of the translator The Islamic Revolutionary Guard Corps, c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs of the Islamic of Iran, Imam Khomeini Avenue, Tehran, Iran on 07/10/2019 by Federal Express tracking # 7756 5224 2481, to the S State, Attn: Director of Con sular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, on 7/10/2019 by Federal Express tracking # 2481, per (4671 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. Confirmation that delivery was execute received by the Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN(sı (Entered: 01/07/2020) |
| )7/2020 | | CLERK CERTIFICATE OF MAILING UNEXECUTED for 7756 5224 2481 mailed to The Iranian Ministry of Defe Armed Forces Logistics c/o H.E. Dr. Mohammad Javad Zarif, Foreign Minister of the Islamic Republic of Iran, Mini |

| | | |
|---|---|---|
| | | Foreign Affairs of the Islamic Republic of Iran at Imam Khomeini Ave, Tehran, Iran on 7/10/2019 by Federal Expres 7756 5224 2036, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Ag Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520 on by Federal Express tracking # 7756 5224 2036, per (4669 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailin Confirmation that delivery was executed was not received by the Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN(smc) (Entered: 01/07/2020) |
| )7/2020 | | CLERK CERTIFICATE OF MAILING UNEXECUTED for two copies of the Second Amended Complaint, Notice Amended Summons, along with the certified Farsi translations of the above documents, and affidavit of the translator The Iranian Ministry of Commerce, c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs of the Islamic Repu Iran, Imam Khomeini Avenue, Tehran, Iran on 07/10/2019 by Federal Express tracking # 7756 5224 1670, to the Sec State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. I of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520 on 7/10/2019 by Federal Express tracking # 7 1670, per (4670 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. Confirmation that delivery was execute received by the Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN(s (Entered: 01/07/2020) |
| )7/2020 | 5455 | MOTION for Default Judgment as to *Bauer V Plaintiffs*. Document filed by Karen D'Ambrosi, H. Keden, Mary Smit Smith, Chiemi York.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Capone, Do (Entered: 01/07/2020) |
| )7/2020 | 5456 | DECLARATION of Dorothea M. Capone in Support re: (1162 in 1:02−cv−06977−GBD−SN, 5455 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Bauer V Plaintiffs*.. Document filed by Karen D'A Keden, Mary Smith, Mary Smith, Chiemi York. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhib In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Capone, Dorothea) (Entered: 01/07/20 |
| )7/2020 | 5457 | PROPOSED JUDGMENT. Document filed by Karen D'Ambrosi, H. Keden, Mary Smith, Mary Smith, Chiemi York Dorothea) **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/07/2020) |
| )7/2020 | 5458 | MOTION for Default Judgment as to *Betru V Plaintiffs*. Document filed by Melinda Cooper, Andrew Furman, Chava Furman.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−08297−GBD−SN(O'Grady, Jeanne) (Entered: 01/07/2020) |
| )7/2020 | 5459 | DECLARATION of Jeanne M. O'Grady in Support re: (32 in 1:18−cv−08297−GBD−SN) MOTION for Default Judg *Betru V Plaintiffs*.. Document filed by Melinda Cooper, Andrew Furman, Chava Furman. (Attachments: # 1 Exhibit Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−08297−GBD−SN(O'Grady, Jeanne) (Entered: 01/07/2020) |
| )7/2020 | 5460 | PROPOSED JUDGMENT. Document filed by Melinda Cooper, Andrew Furman, Chava Furman. (Attachments: # 1 (O'Grady, Jeanne) **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/07/2020) |
| )7/2020 | 5461 | MOTION for Default Judgment as to *Nolan II Plaintiffs*. Document filed by Susan Nolan.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−11340−GBD−SN(O'Grady, Jeanne) (Entered: 01/ |
| )7/2020 | 5462 | DECLARATION of Jeanne M. O'Grady in Support re: (26 in 1:18−cv−11340−GBD−SN) MOTION for Default Judg *Nolan II Plaintiffs*.. Document filed by Susan Nolan. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−11340−GBD−SN(O'Grady, Jeanne) (Entered: 01/ |
| )7/2020 | 5463 | PROPOSED JUDGMENT. Document filed by Susan Nolan. (Attachments: # 1 Exhibit A) (O'Grady, Jeanne) **Propos Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/07/2020) |
| )7/2020 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (28 in 1:18−cv−11340−GE 5463 in 1:03−md−01570−GBD−SN, 1170 in 1:02−cv−06977−GBD−SN) Proposed Judgment was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−11340−GBD−SN(ad)** (Entered: 01/08/2020) |
| )7/2020 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (1167 in 1:02−cv−06977− 34 in 1:18−cv−08297−GBD−SN, 5460 in 1:03−md−01570−GBD−SN) Proposed Judgment was reviewed and ap to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−08297−GB** (Entered: 01/08/2020) |
| )7/2020 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (5457 in 1:03−md−01570− 1164 in 1:02−cv−06977−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Associ Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(ad)** (Entered: 01/08/2020) |
| )7/2020 | 6581 | OPINION AND ORDER: Saudi Arabia's request for a protective order is GRANTED in part and DENIED in part. Sa is directed to respond to the two interrogatories identified in the Court's Opinion within 30 days. Saudi Arabia's reque briefing schedule is DENIED as moot. (Signed by Magistrate Judge Sarah Netburn on 1/7/2020) (ras) (Entered: 01/1 |

| | | |
|---|---|---|
| )8/2020 | 5464 | MOTION to File a New Associated Case *Corrected Motion To File A New Associated Case*. Document filed by Dani Joseph Maher, Katherine Maher, Colin Ryan, Kristen Ryan, Laura Ryan, Patricia Ryan. (Attachments: # 1 Exhibit A (Complaint), # 2 Text of Proposed Order)(Pantazis, Dennis) (Entered: 01/08/2020) |
| )8/2020 | 5465 | MEMORANDUM OF LAW in Support re: 5464 MOTION to File a New Associated Case *Corrected Motion To File Associated Case*. *Corrected Memorandum of Law in Support of Corrected Motion to File a New Associated Case*. Do filed by Daniel Maher, Joseph Maher, Katherine Maher, Colin Ryan, Kristen Ryan, Laura Ryan, Patricia Ryan. (Pant Dennis) (Entered: 01/08/2020) |
| )8/2020 | 5466 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF "NOLAN II" PLAINTIFF IDENTIFIE EXHIBIT A: ORDERED that partial final judgment is entered against the Iran Defendants and on behalf of the Nolar Plaintiff, as identified in the attached Exhibit A, who is the estate of a victim of the terrorist attacks on September 11, indicated in Exhibit A, and it is ORDERED that the Plaintiff identified in Exhibit A is awarded: compensatory damag decedent's pain and suffering in an amount of $2,000,000 per estate, as set forth in Exhibit A; and it is ORDERED th Plaintiff identified in the expert report attached as Exhibit B to the Declaration of Jeanne M. O'Grady, dated January (and identified in Exhibit A), is awarded economic damages as set forth in Exhibit A and as supported by the expert r analyses submitted as Exhibit B of the O'Grady Declaration, and it is ORDERED that the Plaintiff identified in Exhib awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 u of judgment; and as further set forth in this judgment. (Signed by Judge George B. Daniels on 1/8/2020) (jwh) (Main 5466 replaced on 1/8/2020) (jwh). (Entered: 01/08/2020) |
| )8/2020 | 5467 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF "BETRU V" PLAINTIFFS IDENTIFIE EXHIBIT A: ORDERED that service of process was effected upon the Iran Defendants in accordance with 28 U.S.C for sovereign defendants and 28 U.S.C. § 1608(b) for agencies and instrumentalities of sovereign defendants; ORDE partial final judgment is entered against the Iran Defendants and on behalf of the Betru V Plaintiffs, as identified in th Exhibit A, who are each the estate of a victim of the terrorist attacks on September 11, 2001, as indicated in Exhibit A ORDERED that Plaintiffs identified in Exhibit A are awarded: compensatory damages for decedents' pain and sufferi amount of $2,000,000 per estate, as set forth in Exhibit A; and it is ORDERED that Plaintiffs identified in the expert attached as Exhibits B and C to the Declaration of Jeanne M. O'Grady, dated January 7, 2020 (and identified in Exhib awarded economic damages as set forth in Exhibit A and as supported by the expert reports and analyses submitted a Band C of the O'Grady Declaration, and it is ORDERED that Plaintiffs identified in Exhibit A are awarded prejudgm of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and set forth in this judgment. (Signed by Judge George B. Daniels on 1/8/2020) (jwh) (Main Document 5467 replaced o (jwh). (Entered: 01/08/2020) |
| )8/2020 | 5468 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter, Robert T. Haefele and James P. Kreindl January 8, 2020 re: Havlish Plaintiffs' application for the creation of a common benefit fund. Document filed by Plai Executive Committees.(Carter, Sean) (Entered: 01/08/2020) |
| )8/2020 | 5469 | MOTION for Default Judgment as to *Bauer VI Plaintiffs*. Document filed by Cathyann Bonnett, John DiMeglio, Jill Cameron MacRae, Joan Parker, Joan Parker, Carol Suarez, Carol Suarez, Manuel Suarez, Manuel Suarez.Filed In As Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−11416−GBD−SN(Capone, Dorothea) (Ent 01/08/2020) |
| )8/2020 | 5470 | DECLARATION of Dorothea M. Capone in Support re: (1174 in 1:02−cv−06977−GBD−SN, 37 in 1:18−cv−11416− 5469 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Bauer VI Plaintiffs*.. Document filed by C Bonnett, John DiMeglio, Jill Goldstein, Cameron MacRae, Joan Parker, Joan Parker, Carol Suarez, Carol Suarez, Ma Suarez, Manuel Suarez. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−11416−GBD−SN(Capone, Dorothea) (Entered: 01 |
| )8/2020 | 5471 | PROPOSED JUDGMENT. Document filed by Cathyann Bonnett, John DiMeglio, Jill Goldstein, Cameron MacRae, Parker, Joan Parker, Carol Suarez, Carol Suarez, Manuel Suarez, Manuel Suarez. (Capone, Dorothea) **Proposed Jud be reviewed by Clerk's Office staff.** (Entered: 01/08/2020) |
| )9/2020 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. 5471 Propose Judgment was reviewed and approved as to form. (km)** (Entered: 01/09/2020) |
| )9/2020 | 5472 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated January 9, 2020 extension of the January 10, 2020 deadline for the Plaintiffs to submit their motion to compel and a minor modificati briefing schedule. Document filed by Plaintiffs Executive Committees.(Carter, Sean) (Entered: 01/09/2020) |
| )9/2020 | 5473 | MEMO ENDORSEMENT on re: (1173 in 1:02−cv−06977−GBD−SN) Letter filed by Kathleen Ashton. ENDORSEM ORDERED. (Objections to R&R due by 1/22/2020) (Signed by Judge George B. Daniels on 1/9/2020) Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(jwh) (Entered: 01/09/2020) |
| )9/2020 | 5474 | MOTION for Default Judgment as to *Bauer VII Plaintiffs*. Document filed by JOHN SANDERS, Suzanne James Sis Pandora Bharvaney, Audrey Magnuson, Jennifer Price−Salkever, Tomoko Schlag.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Capone, Dorothea) (Entered: 01/09/2020) |

| | | |
|---|---|---|
| )9/2020 | 5475 | ORDER: On January 7, 2020, the Court issued a ruling on the Kingdom of Saudi Arabia's October 28, 2019 letter mo seal requesting that the Court grant a protective order. That ruling is filed under seal until the parties have agreed upo objected to) proposed redactions consistent with the FBI Protective Order. See ECF No. 4255. (Signed by Magistrate Sarah Netburn on 1/9/2020) (ras) (Entered: 01/09/2020) |
| )9/2020 | 5476 | DECLARATION of Dorothea M. Capone in Support re: (1178 in 1:02−cv−06977−GBD−SN, 5474 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Bauer VII Plaintiffs*.. Document filed by Pandora Audrey Magnuson, Jennifer Price−Salkever, JOHN SANDERS, Tomoko Schlag, Suzanne Sisolak. (Attachments: # 1 # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Capone, Dorothea) (Entered: 01/09/2020) |
| )9/2020 | 5477 | ORDER denying 4637 Motion for Writ of Habeas Corpus ad testificandum; denying 4649 Motion for Writ of Habeas testificandum. The Court DENIES Plaintiffs' petitions for Writs of Habeas Corpus Ad Testificandum regarding Musta al Hawsawi and Abd al Aziz Ali without prejudice. The Clerk of Court is respectfully directed to terminate the gavels Nos. 4649 and 4637. (Signed by Magistrate Judge Sarah Netburn on 1/9/2020) (ras) (Entered: 01/09/2020) |
| )9/2020 | 5478 | PROPOSED JUDGMENT. Document filed by Pandora Bharvaney, Audrey Magnuson, Jennifer Price−Salkever, JOH SANDERS, Tomoko Schlag, Suzanne Sisolak. (Capone, Dorothea) **Proposed Judgment to be reviewed by Clerk's staff.** (Entered: 01/09/2020) |
| )9/2020 | 5479 | MEMO ENDORSEMENT on re: 5468 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: Plaintiff for the Court's endorsement is GRANTED. Any resolution of the Havlish plaintiffs' present common benefit fund app will be without prejudice to any objections or arguments parties might raise in relation to a future application for crea common benefit fund, from recoveries against defendants other than Iran or sources other than the USVSSTF. (Signe Magistrate Judge Sarah Netburn on 1/9/2020) (ras) (Entered: 01/09/2020) |
| )9/2020 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. 5478 Proposed Judgment reviewed and approved as to form. (km)** (Entered: 01/09/2020) |
| )9/2020 | 5480 | ORDER terminating 5444 Motion to File A New Associated Case; granting 5464 Motion to File a New Associated C Corrected Motion To File A New Associated Case. Plaintiffs shall file their proposed complaint, styled Ryan, et al. v Republic of Iran, et al., and the Clerk of this Court is directed to accept such Ryan Complaint and shall associate such two existing cases in this MDL, Havlish, et al. v. bin Laden, et al., 1:03−cv−09848 (GBD)(SN), and Hoglan, et al. v. Republic of Iran, et al., 1:11−cv−07550 (GBD)(SN), and such Ryan Complaint shall relate back to the time of the fili above−listed Complaints with regard to those Defendants that were named in those cases. It is further ordered that the shall enter Ryan, et al. v. Islamic Republic of Iran, et al. into the In Re Terrorist Attacks on September 11, 2001, 1:03−MDL−01570 (GBD)(SN). (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) (ras) 01/09/2020) |
| .0/2020 | 5481 | MEMO ENDORSEMENT on re: 5472 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: Plaintiff for an extension of the deadline for the submission of their motion to compel until January 14, 2020, and for a four da of each of the remaining deadlines in the briefing schedule, is GRANTED. (Signed by Magistrate Judge Sarah Netbu 1/10/2020) (ras) (Entered: 01/10/2020) |
| .0/2020 | 5482 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 01/10/2020) |
| .0/2020 | 5483 | REPORT AND RECOMMENDATION re: 5028 MOTION for Default Judgment as to Entry of Partial Final Default on Behalf of Burnett/Iran Non−Immediate Family Members (Burnett X). Plaintiffs should receive solatium damages (See document.) The solatium claims for Rebecca Chang should be DENIED under the principles established in Hog Plaintiffs should also be awarded prejudgment interest on these damages from September 11, 2001, through the date judgment, at a rate of 4.96 percent per annum, compounded annually. See ECF No. 3358, adopted by, ECF No. 3383 may apply for punitive damages at a later date consistent with any future rulings made by the Court on this issue. Fin Burnett Plaintiffs not appearing in this motion and who were not previously awarded damages may still submit applic solatium and/or economic damages awards. The parties shall have fourteen days from the service of this Report and Recommendation to file written objections pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Procedure. See also Fed. R. Civ. P. 6(a), (d) (adding three additional days when service is made under Fed. R. Civ. P. (D), or (F)). A party may respond to another party's objections within fourteen days after being served with a copy. F P. 72(b)(2). Such objections shall be filed with the Clerk of the Court, with courtesy copies delivered to the chambers Honorable George B. Daniels at the United States Courthouse, 500 Pearl Street, New York, New York 10007, and to opposing parties. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b). Any requests for an extension of time f objections must be addressed to Judge Daniels. The failure to file these timely objections will result in a waiver of the objections for purposes of appeal. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b); Thomas v. Arn, 474 U (1985). (Objections to R&R due by 1/24/2020.) (Signed by Magistrate Judge Sarah Netburn on 1/10/2020) Filed In A Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN. (ras) (Entered: 01/10/2020) |
| .0/2020 | 5484 | LETTER addressed to Magistrate Judge Sarah Netburn from Jodi Westbrook Flowers dated January 10, 2020 re: brie USVSSTF personal injury claims as discussed during the telephonic conference on December 13, 2019. Document fi Plaintiffs Executive Committees. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)Filed In Associated Cases: |

| | | |
|---|---|---|
| | | 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:04−cv−01076−GBD−SN, 1:15−cv−09903−GBD−SN(Flo (Entered: 01/10/2020) |
| .0/2020 | 5485 | MOTION for Default Judgment as to *Burlingame X Plaintiffs*. Document filed by Sheri Burlingame.Filed In Associa 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN(Granito, Frank) (Entered: 01/10 |
| .0/2020 | 5486 | DECLARATION of Frank H. Granito in Support re: (95 in 1:02−cv−07230−GBD−SN) MOTION for Default Judgm *Burlingame X Plaintiffs*.. Document filed by Sheri Burlingame. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In A Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN(Granito, Frank) (Entered 01/10/2020) |
| .0/2020 | 5487 | PROPOSED JUDGMENT. Document filed by Sheri Burlingame. (Attachments: # 1 Exhibit A) (Granito, Frank) **Pro Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/10/2020) |
| .0/2020 | 5488 | MOTION for Default Judgment as to *Bauer VIII Plaintiffs*. Document filed by Rose Dalessandro, Michael Giordano, Robb, Michele Tanner, Amy Vasel.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−S Dorothea) (Entered: 01/10/2020) |
| .0/2020 | 5489 | DECLARATION of Dorothea M. Capone in Support re: (1185 in 1:02−cv−06977−GBD−SN, 5488 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Bauer VIII Plaintiffs*.. Document filed by Rose Da Michael Giordano, Ellen Robb, Michele Tanner, Amy Vasel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Capone, Dorothea) (E 01/10/2020) |
| .0/2020 | 5490 | NOTICE of Iran Notice of Amendment re: (43 in 1:18−cv−12276−GBD−SN) Order on Motion to Substitute Party,, ( 1:18−cv−12276−GBD−SN) Complaint,,,,,,,,,,,,,,, (42 in 1:18−cv−12276−GBD−SN) Order on Motion to Substitute F (5234 in 1:03−md−01570−GBD−SN) Order,, (41 in 1:18−cv−12276−GBD−SN) Order on Motion to Amend/Correct Document filed by Dariusz Debek, Mildred Calderon, Wendell Acevedo, James Babakitis, Christopher Ahearn, Laur Debra Ahearn, Edward Goldstein, Gordon Aamoth. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12276−GBD−SN(Goldman, Jerry) (Entered: 01/10/2020) |
| .0/2020 | 5491 | PROPOSED JUDGMENT. Document filed by Rose Dalessandro, Michael Giordano, Ellen Robb, Michele Tanner, A (Capone, Dorothea) **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/10/2020) |
| .0/2020 | 5492 | NOTICE of Iran Notice of Amendment re: (1 in 1:18−cv−11878−GBD−SN) Complaint,,,,,,,,,,,,,,,,,,,,,,,, (37 in 1:18−cv−11878−GBD−SN) Order on Motion to Amend/Correct, (5234 in 1:03−md−01570−GBD−SN) Order,,. Docu by Aidan Salamone, Alexander Salamone, Anna Salamone, Cheryl Rivelli. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN(Goldman, Jerry) (Entered: 01/10/2020) |
| .0/2020 | 5493 | NOTICE of Iran Notice of Amendment re: (1 in 1:18−cv−11837−GBD−SN) Complaint,,,,,,,,,,,,,,,,,,, (38 in 1:18−cv−11837−GBD−SN, 38 in 1:18−cv−11837−GBD−SN) Order on Motion to Amend/Correct,,, (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by Philip Aversano, Philip Aversano, Lloyd Abel, Lloyd Abel, Abel, Sr. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11837−GBD−SN(Goldman, Jerry) (Enter 01/10/2020) |
| .0/2020 | 5494 | NOTICE of Iran Notice of Amendment re: (6 in 1:18−cv−11875−GBD−SN) Complaint,,,,,,,,,,,,,,,,,,, (39 in 1:18−cv−11875−GBD−SN) Order on Motion to Amend/Correct, (5234 in 1:03−md−01570−GBD−SN) Order,,. Docu by Maurice Corbett Kearney(as Personal Representative of the Estate of Lorraine Kearney, deceased, the late parent o Kearney−Griffin), Patricia Singh, Alexander Jimenez. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11875−GBD−SN(Goldman, Jerry) (Entered: 01/10/2020) |
| .0/2020 | 5495 | NOTICE of Iran Notice of Amendment re: (1 in 1:18−cv−07306−GBD−SN) Complaint,,,,,,, (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by Albert DeRubbio, Jr, Kathleen Deloughery, Elizabeth Miller Jean Carter−Perry(as Personal Representative of the Estate of Fred A. Carter, deceased, the late spouse of Angelene C Audrey Ades. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−07306−GBD−SN(Goldman, Jerry) (l 01/10/2020) |
| .0/2020 | 5496 | NOTICE of Iran Notice of Amendment re: (20 in 1:18−cv−05306−GBD−SN) Amended Complaint,,,,,,,,,,,,,, (79 in 1:18−cv−05306−GBD−SN, 79 in 1:18−cv−05306−GBD−SN) Order on Motion to Amend/Correct,,, (60 in 1:18−cv−05306−GBD−SN, 60 in 1:18−cv−05306−GBD−SN) Order on Motion to Amend/Correct,,,,,,, (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by Gale DiFrancisco, Anthony DeRubbio, Jessica Derubbio. Fi Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05306−GBD−SN(Goldman, Jerry) (Entered: 01/10/2020) |
| .0/2020 | 5497 | NOTICE of Iran Notice of Amendment re: (39 in 1:18−cv−11876−GBD−SN, 39 in 1:18−cv−11876−GBD−SN) Orde Motion to Amend/Correct,,, (5234 in 1:03−md−01570−GBD−SN) Order,, (1 in 1:18−cv−11876−GBD−SN) Complaint,,,,,,,,,,,,,,,,,,,,,. Document filed by Marian Owens, Francis J. Moody, Francis J. Moody, Lorraine Antoniel L. Moody, Jean Diaz, Robert R. Ploger, IV. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11876−GBD−SN(Goldman, Jerry) (Entered: 01/10/2020) |

| | | |
|---|---|---|
| .0/2020 | 5498 | MEMORANDUM OF LAW in Opposition re: 5361 MOTION for Reconsideration re; (5180 in 1:03−md−01570−GE 1085 in 1:02−cv−06977−GBD−SN) Memorandum & Opinion,,,, *Motion for Reconsideration and/or Clarification of Establishing a Common Benefit Fund Solely in Favor of Havlish Co . Document filed by Havlish Plaintiffs. (Attachm Exhibit Duke Law Center Standards and Best Practices (excerpt))(Fleming, Timothy) (Entered: 01/10/2020)* |
| .0/2020 | 5499 | OPPOSITION BRIEF *to Federal Plaintiffs' Proposal Concerning Establishment and Allocation Of A Common Bene* Document filed by Havlish Plaintiffs. (Attachments: # 1 Exhibit Duke Law Center Standards and Best Practices (excerpt))(Fleming, Timothy) (Entered: 01/10/2020) |
| .0/2020 | 5500 | NOTICE of Iran Notice of Amendment re: (5234 in 1:03−md−01570−GBD−SN) Order,, (1 in 1:18−cv−12277−GBD Complaint,,,,,,,,,,,,,,,. Document filed by Jose Liz(individually, as surviving sibling of Nancy Liz), Jose Domingo Liz Patrick, Marie Liz, Eric Ogren, Patricia Golden, Marinella Hemenway. Filed In Associated Cases: 1:03−md−01570− 1:18−cv−12277−GBD−SN(Goldman, Jerry) (Entered: 01/10/2020) |
| .1/2020 | 5501 | MOTION for Default Judgment as to *Bauer IX Plaintiffs*. Document filed by Jennifer Brennan Waterhouse, Margaret Elsa Strong, Kathleen Wisniewski.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−S Dorothea) (Entered: 01/11/2020) |
| .1/2020 | 5502 | DECLARATION of Dorothea M. Capone in Support re: (1188 in 1:02−cv−06977−GBD−SN, 5501 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Bauer IX Plaintiffs*.. Document filed by Jennifer B Waterhouse, Margaret Meyer, Elsa Strong, Kathleen Wisniewski. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Ex Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Capone, Dorothea) (E 01/11/2020) |
| .1/2020 | 5503 | PROPOSED JUDGMENT. Document filed by Jennifer Brennan Waterhouse, Margaret Meyer, Elsa Strong, Kathleen Wisniewski. (Capone, Dorothea) **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/11/202 |
| .2/2020 | 5504 | MOTION for Default Judgment as to *Bauer X*. Document filed by Lyzbeth Best, Marie Carlino, Teresa Cunningham, Danahy, Michele Ferrell, Barbara Gallucci, Beth Murphy, Arlene Orsini, Roseann Zisa.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Capone, Dorothea) (Entered: 01/12/2020) |
| .2/2020 | 5505 | DECLARATION of Dorothea M. Capone in Support re: (5504 in 1:03−md−01570−GBD−SN, 1191 in 1:02−cv−06977−GBD−SN) MOTION for Default Judgment as to *Bauer X*.. Document filed by Lyzbeth Best, Marie Teresa Cunningham, Mary Danahy, Michele Ferrell, Barbara Gallucci, Beth Murphy, Arlene Orsini, Roseann Zisa. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570 1:02−cv−06977−GBD−SN(Capone, Dorothea) (Entered: 01/12/2020) |
| .2/2020 | 5506 | PROPOSED JUDGMENT. Document filed by Lyzbeth Best, Marie Carlino, Teresa Cunningham, Mary Danahy, Mi Ferrell, Barbara Gallucci, Beth Murphy, Arlene Orsini, Roseann Zisa. (Capone, Dorothea) **Proposed Judgment to b by Clerk's Office staff.** (Entered: 01/12/2020) |
| .3/2020 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. 5506 Proposed Judgment reviewed and approved as to form. (km)** (Entered: 01/13/2020) |
| .3/2020 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (97 in 1:02−cv−07230−GE 1184 in 1:02−cv−06977−GBD−SN, 5487 in 1:03−md−01570−GBD−SN) Proposed Judgment was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN(dt)** (Entered: 01/13/2020) |
| .3/2020 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. 5491 Proposed Judgment reviewed and approved as to form. (dt)** (Entered: 01/13/2020) |
| .3/2020 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. 5503 Proposed Judgment reviewed and approved as to form. (dt)** (Entered: 01/13/2020) |
| .3/2020 | 5507 | NOTICE of Iran Notice of Amendment re: (21 in 1:18−cv−05321−GBD−SN) Amended Complaint,,,,,,,,,,,,,,, (5234 1:03−md−01570−GBD−SN) Order,,. Document filed by Eddie Ottenwalder, Nilda Ottenwalder, Olga Ottenwalder, L Amato, James Roy, John Roy, John Roy, Gary Roy, Kenneth Roy, Douglas Roy, Sami Nassar, Steven Romagnolo, S Rodgers, Andrew Morris, Horace Morris. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN(Goldman, Jerry) (Entered: 01/13/2020) |
| .3/2020 | 5508 | NOTICE of Iran Notice of Amendment re: (18 in 1:18−cv−05339−GBD−SN) Amended Complaint,,,,,,,, (10 in 1:18−cv−05339−GBD−SN) Amended Complaint,,,,,, (20 in 1:18−cv−05339−GBD−SN) Amended Complaint,,,,,,,,, 1:18−cv−05339−GBD−SN) Amended Complaint,,,,,,,,,, (5234 in 1:03−md−01570−GBD−SN) Order,, (79 in 1:18−cv−05339−GBD−SN) Order on Motion to Amend/Correct, (60 in 1:18−cv−05339−GBD−SN, 60 in 1:18−cv−05339−GBD−SN) Order on Motion to Amend/Correct,,,. Document filed by Mary Kelly, Josephine R. Red Mejia, Lourdes Mireya Mejia De La Cruz, Rafael Mejia, Jonathan Martinez, Bakahityar Kamardinova. Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05339−GBD−SN(Goldman, Jerry) (Entered: 01/13/2020) |

| | | |
|---|---|---|
| .3/2020 | 5509 | NOTICE of Iran Notice of Amendment re: (1 in 1:18−cv−11870−GBD−SN) Complaint,,,,,,,,,,,,,,,,,,,,, (46 in 1:18−cv−11870−GBD−SN) Order on Motion to Amend/Correct, (47 in 1:18−cv−11870−GBD−SN) Order on Motior Amend/Correct, (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by William H. Taylor, III, Thomas G Thomas Gonzalez, Jr, Kaitlyn Fisher, Margaret Fisher, Eugene A. Harris, Cynthia M. Harris, Anthony D. Harris, Cha Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11870−GBD−SN(Goldman, Jerry) (Entered: 01/13 |
| .3/2020 | 5510 | NOTICE of Iran Notice of Amendment re: (1 in 1:18−cv−12387−GBD−SN) Complaint,,,,,,,,,,,,,,,,, (40 in 1:18−cv−12387−GBD−SN) Order on Motion to Amend/Correct, (5234 in 1:03−md−01570−GBD−SN) Order,,. Docu by Paul Simon, Stu Simon, Brian Stackpole, Brendan Stackpole, Kaitlyn Welsh, Kevin Carlton, Tara A. Stackpole, T Stackpole, Alexander John Wallace, Jeanine L. Fusco, Nancy T. Wallace, Nancy T. Wallace, Michael Stackpole(as P Representative of the Estate of Edward Stackpole, Sr., deceased, the late parent of Timothy Stackpole), Maya Simon, Simon, Matthew Rowenhorst. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12387−GBD−SN(G Jerry) (Entered: 01/13/2020) |
| .3/2020 | 5511 | MOTION to Amend/Correct (53 in 1:15−cv−09903−GBD−SN) Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, . Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 01/13/2020) |
| .3/2020 | 5512 | MEMORANDUM OF LAW in Support re: (5511 in 1:03−md−01570−GBD−SN, 280 in 1:15−cv−09903−GBD−SN) to Amend/Correct (53 in 1:15−cv−09903−GBD−SN) Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, . Document filed by Burnett Plaintiffs. Filed In A Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 01/13/2020) |
| .3/2020 | 5513 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A) Related Document Numbe (Eubanks, John) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 01/13/2020) |
| .3/2020 | 5514 | LETTER addressed to Judge George B. Daniels from Elaine E. Mandelkow dated January 13, 2020 re: Request for n be made part of MDL pursuant to Court's 10/28/2019 Order. Document filed by Elaine E Mandelkow.(Salzman, Barr (Entered: 01/13/2020) |
| .3/2020 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Discovery Hearing held on 1/13/2020. (ra (Entered: 01/15/2020) |
| .4/2020 | 5515 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated January 14, 2020 the Court's approval of an additional one day extension of the deadline for Plaintiffs' further motion to compel directe FBI. Document filed by Plaintiffs Executive Committees.(Carter, Sean) (Entered: 01/14/2020) |
| .4/2020 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (5513 in 1:03−md−01570−GBD in 1:15−cv−09903−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(dt)** (Entered: 01/14/2020) |
| .4/2020 | 5516 | MEMO ENDORSEMENT on re: 5515 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: Plaintiff for a one−day extension to file their motion to compel the FBI, and to extend the remaining deadlines by one day eac GRANTED. (Signed by Magistrate Judge Sarah Netburn on 1/14/2020) (ras) (Entered: 01/14/2020) |
| .4/2020 | 5517 | NOTICE OF APPEARANCE by Lawrence Kill on behalf of Estate of John P.O'Neill, Sr., J. O'Neill. Filed In Associ 1:03−md−01570−GBD−SN, 1:04−cv−01922−GBD−SN, 1:04−cv−01923−GBD−SN(Kill, Lawrence) (Entered: 01/14 |
| .4/2020 | 5518 | MOTION to Substitute Party. Old Party: John Doe 1, being intended to designate the Personal Representative of the (Lt.) Brian G. Ahearn,. John Doe 3, being intended to designate the Personal Representative of the Estate of Arlene T Babakitis,. John Doe 12, being intended to designate the Personal Representative of the Estate of Tara Debek,. John I being intended to designate the Personal Representative of the Estate of Sandra N. Foster,. John Doe 20, being intend designate the Personal Representative of the Estate of Michelle H. Goldstein, New Party: Debra Ahearn, as the Perso Representative of the Estate of (Lt.) Brian G. Ahearn, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of (Lt.) Brian G. Ahearn. James Babakitis, as the Personal Representative of the Es Arlene T. Babakitis, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family member T. Babakitis. Dariusz Debek, as the Personal Representative of the Estate of Tara Debek deceased, and on behalf of a entitled beneficiaries and family members of Tara Debek. Barbara E. Hill, as the Personal Representative of the Estat N. Foster, deceased, and on behalf of all legally entitled beneficiaries and family members of Sandra N. Foster. Edwa Goldstein, as the Personal Representative of the Estate of Michelle H. Goldstein, deceased, and on behalf of all legall beneficiaries and family members of Michelle H. Goldstein. . Document filed by Gordon Aamoth. (Attachments: # 1 # 2 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12276−GBD−SN(Stro (Entered: 01/14/2020) |

| | | |
|---|---|---|
| .4/2020 | 5519 | PROPOSED ORDER. Document filed by Gordon Aamoth. (Attachments: # 1 Exhibit A) Related Document Number 56]. (Strong, Bruce) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 01/14/2020) |
| .4/2020 | 5520 | MOTION to Substitute Party. Old Party: Lois Churchill, Ituama Ette, Allen Freeman, Herbert Freiman, Minor, New Churchill as Personal, Representative of the Estate of Lois, Churchill, deceased, the late sibling of John E. Eichler. B Edokpayi, as Personal Representative of the Estate of Sadie Ette, deceased, and on behalf of all survivors and all lega beneficiaries and family members of Sadie Ette. Allen Freeman and Juanita Freeman, as co−Personal Representative theEstate of Tamitha Freeman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and famil of Tamitha Freeman. Burt A. Lewis as Personal Representative of the Estate of Herbert Freiman, deceased, the late p Brett O. Freiman. Richard Hyun−Soo Freiman Fox . Document filed by Jessica Derubbio. (Attachments: # 1 Exhibit of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05306−GBD−SN(Strong, Bruce 01/14/2020) |
| .4/2020 | 5521 | PROPOSED ORDER. Document filed by Jessica Derubbio. (Attachments: # 1 Exhibit A) Related Document Numbe 110]. (Strong, Bruce) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 01/14/2020) |
| .4/2020 | 5522 | MOTION to Substitute Party. Old Party: Karen Barrett, as Personal Representative of the Estate of Richard King, de late spouse of Lucille T. King, New Party: Raymond Murray, as Personal Representative of the Estate of Richard Ki deceased, the late spouse of Lucille T. King . Document filed by Alexander Jimenez. (Attachments: # 1 Exhibit A, # Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11875−GBD−SN(Strong, Bruce) ( 01/14/2020) |
| .4/2020 | 5523 | PROPOSED ORDER. Document filed by Alexander Jimenez. (Attachments: # 1 Exhibit A) Related Document Num 53]. (Strong, Bruce) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 01/14/2020) |
| .4/2020 | 5524 | NOTICE of Amendment re: (53 in 1:15−cv−09903−GBD−SN) Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,. Document filed by Joseph John Angelini, III, Julianne Carlene Farrelly, Noe Maerz, Sean Patrick McGuire, Mara Morgan McGuire, Shea Elizabeth McGuire, Ryan Patrick McGuire, Jacqueline Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 01/14/ |
| .4/2020 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (5519 in 1:03−md−01570−GBD 1:18−cv−12276−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12276−GBD−SN(dt)** (Entered: 01/14/2020) |
| .4/2020 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (5521 in 1:03−md−01570−GBD in 1:18−cv−05306−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:18−cv−05306−GBD−SN(dt)** (Entered: 01/14/2020) |
| .4/2020 | 5525 | MOTION to Correct Judgment *for certain Bauer I and Bauer II Plaintiffs*. Document filed by Virginia Bauer, et al.. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Ca Dorothea) (Entered: 01/14/2020) |
| .4/2020 | 5526 | MOTION to Substitute Party. Old Party: Selena Cherry−Daniel, David DeConto, New Party: Joanne Cherry, as the P Representative of the Estate of Vernon P. Cherry, deceased, and on behalf of all survivors and all legally entitled ben and family members of Vernon P. Cherry. G. Don Westfall, as the Personal Representative of the Estate of Gerald F. deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gerald F. DeCo Document filed by Roberta Agyeman. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order, # 3 Exhibit A)Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05320−GBD−SN(Strong, Bruce) (Entered: 01/14/2020) |
| .4/2020 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (5523 in 1:03−md−01570−GBD 1:18−cv−11875−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11875−GBD−SN(dt)** (Entered: 01/14/2020) |
| .4/2020 | 5527 | PROPOSED ORDER. Document filed by Roberta Agyeman. (Attachments: # 1 Exhibit A) Related Document Numb 98]. (Strong, Bruce) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 01/14/2020) |
| .4/2020 | 5528 | MEMORANDUM OF LAW in Support re: (5525 in 1:03−md−01570−GBD−SN, 1197 in 1:02−cv−06977−GBD−SN to Correct Judgment *for certain Bauer I and Bauer II Plaintiffs*. . Document filed by Virginia Bauer, et al.. (Attachme Exhibit 1, # 2 Exhibit 2)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Capone, (Entered: 01/14/2020) |
| .4/2020 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (99 in 1:18−cv−05320−GBD−S 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:18−cv−05320−GBD−SN(dt)** (Entered: 01/14/2020) |

| | | |
|---|---|---|
| .4/2020 | 5529 | PROPOSED JUDGMENT. Document filed by Virginia Bauer, et al.. (Capone, Dorothea) **Proposed Judgment to be by Clerk's Office staff.** (Entered: 01/14/2020) |
| .4/2020 | 5530 | MOTION to Substitute Party. Old Party: Stephen Mathesen, Glenn Mattson, New Party: Joanne Mathesen, as Person Representative of the Estate of Stephen Mathesen, deceased, the late sibling of William A. Mathesen. Mary Mattson, Representative of the Estate of Glenn Mattson, deceased, the late sibling of Dean E. Mattson . Document filed by Bal Kamardinova. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order, # 3 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05339−GBD−SN(Strong, Bruce) (Entered: 01/14/2020) |
| .4/2020 | 5531 | PROPOSED ORDER. Document filed by Bakahityar Kamardinova. (Attachments: # 1 Exhibit A) Related Document [5530, 108]. (Strong, Bruce) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 01/14/2020) |
| .4/2020 | 5532 | MOTION to Substitute Party. Old Party: Dawn Gonzalez, as the Personal Representative of the Estate of Jenine Gon deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Jenine Gonzalez Green, New Party: Dawn Gonzalez, as the co−Personal Representative of the Estate of Jenine Gonzalez, deceased, ar of all survivors and all legally entitled beneficiaries and family members of Jenine Gonzalez. Kevin Anthony Green, Representative of the Estate of Razelda Bailey Green, deceased, the late parent of Derrick A. Green . Document filed Kim. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order, # 3 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11870−GBD−SN(Strong, Bruce) (Entered: 01/14/2020) |
| .4/2020 | 5533 | PROPOSED ORDER. Document filed by Chang Kim. (Attachments: # 1 Exhibit A) Related Document Number: [55 (Strong, Bruce) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 01/14/2020) |
| .4/2020 | 5534 | MOTION to Substitute Party. Old Party: George Jebrine, Rawlins Anthony Nesbitt, Jose R. Rivera a/k/a Jose Rivera the co−Personal Representative of the Estate of Linda I. Rivera, deceased, and on behalf of all survivors and all legal beneficiaries and family members of Linda I. Rivera, Frank Saiya, Thomas Knobel, as Natural Guardian of VHK, a n surviving child of Tu−Anh Pham, Hopeton Richards, as Natural Guardian of KR, a minor, as surviving child of Vene Richards, New Party: George Jebrine, as the co−Personal Representative of the Estate of Jude Moussa, deceased, and of all survivors and all legally entitled beneficiaries and family members of Jude Moussa. Rosia Nesbitt, as Personal Representative of the Estate of Rawlins Anthony Nesbitt, deceased, the late sibling of Oscar F. Nesbitt. Jose R. River Rivera Ramos, as the Personal Representative of the Estate of Linda I. Rivera, deceased, and on behalf of all survivo legally entitled beneficiaries and family members of Linda I. Rivera. Ruthellen Saiya, as Personal Representative of t Frank Saiya, deceased, the late sibling of Edward Saiya. Vivienne Hoang−Anh Knobel. Kayla Richards . Document f Horace Morris. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order, # 3 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN(Strong, Bruce) (Entered: 01/14/2020) |
| .4/2020 | 5535 | MOTION for Default Judgment as to *the Ashton XVII and Betru VI Wrongful Death Plaintiffs*. Document filed by Ka Ashton.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−08297−GBD−SN(Kreindler, James) (Entered: 01/14/2020) |
| .4/2020 | 5536 | PROPOSED ORDER. Document filed by Horace Morris. (Attachments: # 1 Exhibit A) Related Document Number: (Strong, Bruce) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 01/14/2020) |
| .4/2020 | 5537 | DECLARATION of James P. Kreindler in Support re: (5535 in 1:03−md−01570−GBD−SN, 36 in 1:18−cv−08297−( 1200 in 1:02−cv−06977−GBD−SN) MOTION for Default Judgment as to *the Ashton XVII and Betru VI Wrongful De Plaintiffs*.. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A1, # 2 Exhibit A2, # 3 Exhibit B1, # 4 Ex 5 Exhibit C, # 6 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−08297−GBD−SN(Kreindler, James) (Entered: 01/14/2020) |
| .4/2020 | 5538 | MOTION to Substitute Party. Old Party: Frances Swift, New Party: Kathleen Deloughery, as Personal Representative Estate of Frances Swift, deceased, the late parent of Thomas F. Swift . Document filed by Cheryl Rivelli. (Attachmer Exhibit A, # 2 Text of Proposed Order, # 3 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN(Strong, Bruce) (Entered: 01/14/2020) |
| .4/2020 | 5539 | **FILING ERROR − DEFICIENT DOCKET ENTRY (SEE DOCUMENT #5541) −** PROPOSED JUDGMENT. D filed by Kathleen Ashton. (Kreindler, James) **Proposed Judgment to be reviewed by Clerk's Office staff.** Modified 1/21/2020 (ldi). (Entered: 01/14/2020) |
| .4/2020 | 5540 | PROPOSED ORDER. Document filed by Cheryl Rivelli. (Attachments: # 1 Exhibit A) Related Document Number: [ (Strong, Bruce) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 01/14/2020) |
| .4/2020 | 5541 | PROPOSED JUDGMENT. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A1, # 2 Exhibit A2, # 3 E # 4 Exhibit B2) (Kreindler, James) **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/14/20 |
| .4/2020 | 5542 | MOTION for Default Judgment as to *Ashton XVIII Wrongful Death Plaintiffs*. Document filed by Kathleen Ashton.F Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, James) (Entered: 01/14/2020) |

| | | |
|---|---|---|
| .4/2020 | 5543 | MOTION to Substitute Party. Old Party: Stanley Simon, as the Personal Representative of the Estate of Arthur Simor Doe 59, as Personal Representative of the Estate of Kenneth Simon,. John Doe 60, being intended to designate the Pe Representative of the Estate of Kenneth Simon,. Stanley Simon, as the Personal Representative of the Estate of Arthu John Doe 62, being intended to designate the Personal Representative of the Estate of Timothy Stackpole,. John Doe intended to designate the Personal Representative of the Estate of Robert F. Wallace,. Mary Kessler, as the Personal Representative of the Estate of Suzanne Youmans, New Party: Jennifer Simon Beradi, as the Estate of Arthur Simon, and on behalf of all survivors and all legally entitled beneficiaries and family members of Arthur Simon, Karen Simo Personal Representative of the Estate of Kenneth Simon, deceased, the late child of Arthur Simon, Karen Simon, as F Representative of the Estate of Kenneth Simon, deceased, and on behalf of all survivors and all legally entitled benef family members of Kenneth Simon, Jennifer Simon Beradi, as the Personal Representative of the Estate of Arthur Sir deceased, the late parent of Kenneth Simon, Tara Stackpole, as the Personal Representative of the Estate of Timothy deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Stackpo Wallace, as the Personal Representative of the Estate of Robert F. Wallace, deceased, and on behalf of all survivors a legally entitled beneficiaries and family members of Robert F. Wallace, Mary Kessler and William Youmans as the c Representatives of the Estate of Suzanne Youmans, deceased, and on behalf of all survivors and all legally entitled be and family members of Suzanne Youmans . Document filed by Matthew Rowenhorst. (Attachments: # 1 Exhibit A, # Proposed Order, # 3 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12387−GBD−SN(S Bruce) (Entered: 01/14/2020) |
| .4/2020 | 5544 | DECLARATION of James P. Kreindler in Support re: (1204 in 1:02−cv−06977−GBD−SN, 5542 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Ashton XVIII Wrongful Death Plaintiffs*.. Docume Kathleen Ashton. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, James) (Entered: 01/14/2020) |
| .4/2020 | 5545 | PROPOSED ORDER. Document filed by Matthew Rowenhorst. (Attachments: # 1 Exhibit A) Related Document Nu [5543, 61]. (Strong, Bruce) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 01/14/2020) |
| .4/2020 | 5546 | **FILING ERROR − DEFICIENT DOCKET ENTRY (SEE DOCUMENT #5565) −** PROPOSED JUDGMENT. D filed by Kathleen Ashton. (Attachments: # 1 Exhibit A) (Kreindler, James) **Proposed Judgment to be reviewed by C Office staff.** (Attachment 1 replaced on 1/16/2020) (ras). Modified on 1/21/2020 (ldi). (Entered: 01/14/2020) |
| .4/2020 | 5548 | MOTION to Substitute Party. Old Party: John Doe 27, being intended to designate the Personal Representative of the Ronald J. Hemenway, Robert Murray and Karen Barrett as the co−Personal Representatives of the Estate of Lucille T John Doe 37, being intended to designate the Personal Representative of the Estate of Nancy Liz, John Doe 47, being designate the Personal Representative of the Estate of Laura Ragonese−Snik, John Doe 49, as the co−Personal Repres the Estate of Vernon A. Richard, Jane Doe 50, as the co−Personal Representative of the Estate of Vernon A. Richard. 51, being intended to designate the Personal Representative of the Estate of Marsha A. Rodriguez, Robert T. Ogren, a Personal Representative of the Estate of Joseph J. Ogren, New Party: Marinella Hemenway, as the Personal Represen the Estate of Ronald J. Hemenway, deceased, and on behalf of all survivors and all legally entitled beneficiaries and f members of Ronald J. Hemenway, Robert Murray, Karen Barrett, and Raymond Murray, as co−Personal Representat Estate of Lucille T. King, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family me Lucille T. King, Matthew J. Liz−Ramirez, as the Personal Representative of the Estate of Nancy Liz, deceased, and o all survivors and all legally entitled beneficiaries and family members of Nancy Liz, John J. Buro, as the Personal Re of the Estate of Laura Ragonese−Snik, deceased, and on behalf of all survivors and all legally entitled beneficiaries a members of Laura Ragonese−Snik, Vernon A. Richard II, as the co−Personal Representative of the Estate of Vernon deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vernon A. Richa Vernessa Richard, as the co−Personal Representative of the Estate of Vernon A. Richard, deceased, and on behalf of survivors and all legally entitled beneficiaries and family members of Vernon A. Richard, Daniel Rodriguez, as the P Representative of the Estate of Marsha A. Rodriguez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marsha A. Rodriguez, Lance Ogren, as the Personal Representative of the Estate J. Ogren, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joseph Document filed by Marinella Hemenway. (Attachments: # 1 Exhibit A, # 2 Text of Proposed Order, # 3 Exhibit A)Fi Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN(Strong, Bruce) (Entered: 01/14/2020) |
| .4/2020 | 5549 | PROPOSED ORDER. Document filed by Marinella Hemenway. (Attachments: # 1 Exhibit A) Related Document Nu [5548, 54]. (Strong, Bruce) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 01/14/2020) |
| .4/2020 | 5550 | LETTER addressed to Judge George B. Daniels from Suzzanne Anderson dated 01/14/2020 re: Request for new actic made part of MDL pursuant to Court's 10/28/2019 Order.. Document filed by Suzzanne Anderson.(Salzman, Barry) ( 01/14/2020) |
| .4/2020 | 5551 | LETTER addressed to Judge George B. Daniels from Gerard Patrick Ahearn dated 01−14−20 re: Request for new act made part of MDL pursuant to Courts 10/28/2019 Order. Document filed by Gerard Patrick Ahearn.(Salzman, Barry) 01/14/2020) |
| .5/2020 | 5552 | MOTION for Default Judgment as to *Plaintiffs' Notice of Motion for Entry of Partial Final Default Judgments on Be Burnett/Iran Plaintiffs Identified at Exhibit A (Burnett/Iran XIV)*. Document filed by Burnett Plaintiffs.Filed In Assoc |

| | | |
|---|---|---|
| | | Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 01/15/2020) |
| .5/2020 | 5553 | MEMORANDUM OF LAW in Support re: (5552 in 1:03−md−01570−GBD−SN, 284 in 1:15−cv−09903−GBD−SN) for Default Judgment as to *Plaintiffs' Notice of Motion for Entry of Partial Final Default Judgments on Behalf of Bur Plaintiffs Identified at Exhibit A (Burnett/Iran XIV)*. . Document filed by Burnett Plaintiffs. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 01/15/2020) |
| .5/2020 | 5554 | DECLARATION of John M. Eubanks in Support re: (5552 in 1:03−md−01570−GBD−SN, 284 in 1:15−cv−09903−C MOTION for Default Judgment as to *Plaintiffs' Notice of Motion for Entry of Partial Final Default Judgments on Be Burnett/Iran Plaintiffs Identified at Exhibit A (Burnett/Iran XIV)*.. Document filed by Burnett Plaintiffs. (Attachments Exhibit A − Burnett/Iran XIV)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eu John) (Entered: 01/15/2020) |
| .5/2020 | 5555 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Exhibit A − Burnett/Iran XIV) (Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's Office staf** 01/15/2020) |
| .5/2020 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 5555 Proposed Default Judgm Proposed Judgment 5541 Proposed Judgment 5533 Proposed Order 5539 Proposed Judgment 5540 Proposed Proposed Order 5546 Proposed Judgment 5536 Proposed Order 5545 Proposed Order 5549 Proposed Order w reviewed and approved as to form. (km)** (Entered: 01/15/2020) |
| .5/2020 | 5556 | MOTION Partial Final Judgment III . Document filed by Jessica Derubbio. (Attachments: # 1 Text of Proposed Orde Exhibit A, # 3 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05306−GBD−SN(Goldma (Entered: 01/15/2020) |
| .5/2020 | 5557 | MEMORANDUM OF LAW in Support re: (5556 in 1:03−md−01570−GBD−SN, 112 in 1:18−cv−05306−GBD−SN) Partial Final Judgment III . . Document filed by Jessica Derubbio. Filed In Associated Cases: 1:03−md−01570−GBD 1:18−cv−05306−GBD−SN(Goldman, Jerry) (Entered: 01/15/2020) |
| .5/2020 | 5558 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (5556 in 1:03−md−01570−GBD−SN, 112 in 1:18−cv−05306−GBD−SN) MOTION Partial Final Judgment III .. Document filed by Jessica Derubbio. (Attachment Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05306−GBD−SN(Goldman, Jerry) (Entered: 01/15/2020) |
| .5/2020 | 5559 | PROPOSED JUDGMENT. Document filed by Jessica Derubbio. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Goldn **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/15/2020) |
| .5/2020 | 5560 | MOTION Partial Final Judgment III . Document filed by Audrey Ades. (Attachments: # 1 Text of Proposed Order, # A, # 3 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−07306−GBD−SN(Goldman, Jerry 01/15/2020) |
| .5/2020 | 5561 | MEMORANDUM OF LAW in Support re: (76 in 1:18−cv−07306−GBD−SN, 5560 in 1:03−md−01570−GBD−SN) I Partial Final Judgment III . . Document filed by Audrey Ades. Filed In Associated Cases: 1:03−md−01570−GBD−SN 1:18−cv−07306−GBD−SN(Goldman, Jerry) (Entered: 01/15/2020) |
| .5/2020 | 5562 | LETTER addressed to Judge George B. Daniels from Joanne T. Alcabes dated 01/14/2020 re: Request for new action part of MDL pursuant to Court's 10/28/2019 Order.. Document filed by Joanne Alcabes.(Salzman, Barry) (Entered: 0 |
| .5/2020 | 5563 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (76 in 1:18−cv−07306−GBD−SN, 5560 in 1:03−md−01570−GBD−SN) MOTION Partial Final Judgment III .. Document filed by Audrey Ades. (Attachments: A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−07306−GBD−SN(Goldman, Jerry) (Entered: 01/15/2020) |
| .5/2020 | 5564 | PROPOSED JUDGMENT. Document filed by Audrey Ades. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Goldman, **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/15/2020) |
| .5/2020 | 5565 | PROPOSED JUDGMENT. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A) (Kreindler, James) **Pr Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/15/2020) |
| .5/2020 | 5566 | MOTION Partial Final Judgment III . Document filed by Gordon Aamoth. (Attachments: # 1 Text of Proposed Order Exhibit A, # 3 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12276−GBD−SN(Strong, (Entered: 01/15/2020) |
| .5/2020 | 5567 | MEMORANDUM OF LAW in Support re: (58 in 1:18−cv−12276−GBD−SN, 5566 in 1:03−md−01570−GBD−SN) I Partial Final Judgment III . . Document filed by Gordon Aamoth. Filed In Associated Cases: 1:03−md−01570−GBD− 1:18−cv−12276−GBD−SN(Strong, Bruce) (Entered: 01/15/2020) |

| | | |
|---|---|---|
| .5/2020 | 5568 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (58 in 1:18−cv−12276−GBD−SN, 5566 in 1:03−md−01570−GBD−SN) MOTION Partial Final Judgment III .. Document filed by Gordon Aamoth. (Attachmen Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12276−GBD−SN(Strong, Bruce) (Entered: 01/15/2020) |
| .5/2020 | 5569 | MOTION for Default Judgment as to *Plaintiffs' Notice of Motion for Entry of Partial Final Default Judgments on Be Arias Plaintiffs Identified at Exhibit A (Arias III)*. Document filed by Arias Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00041−GBD−SN(Eubanks, John) (Entered: 01/15/2020) |
| .5/2020 | 5570 | PROPOSED JUDGMENT. Document filed by Gordon Aamoth. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Strong **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/15/2020) |
| .5/2020 | 5571 | MEMORANDUM OF LAW in Support re: (5569 in 1:03−md−01570−GBD−SN, 39 in 1:19−cv−00041−GBD−SN) I for Default Judgment as to *Plaintiffs' Notice of Motion for Entry of Partial Final Default Judgments on Behalf of Aria Identified at Exhibit A (Arias III)*. . Document filed by Arias Plaintiffs. Filed In Associated Cases: 1:03−md−01570−( 1:19−cv−00041−GBD−SN(Eubanks, John) (Entered: 01/15/2020) |
| .5/2020 | 5572 | DECLARATION of John M. Eubanks in Support re: (5569 in 1:03−md−01570−GBD−SN, 39 in 1:19−cv−00041−GI MOTION for Default Judgment as to *Plaintiffs' Notice of Motion for Entry of Partial Final Default Judgments on Be Arias Plaintiffs Identified at Exhibit A (Arias III)*.. Document filed by Arias Plaintiffs. (Attachments: # 1 Exhibit A)F Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00041−GBD−SN(Eubanks, John) (Entered: 01/15/2020) |
| .5/2020 | 5573 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Arias Plaintiffs. (Attachments Exhibit A) (Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/15/2( |
| .5/2020 | 5574 | MOTION Partial Final Judgment III . Document filed by Roberta Agyeman. (Attachments: # 1 Text of Proposed Ord Exhibit A, # 3 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05320−GBD−SN(Goldma (Entered: 01/15/2020) |
| .5/2020 | 5575 | MEMORANDUM OF LAW in Support re: (5574 in 1:03−md−01570−GBD−SN, 100 in 1:18−cv−05320−GBD−SN) Partial Final Judgment III . . Document filed by Roberta Agyeman. Filed In Associated Cases: 1:03−md−01570−GBI 1:18−cv−05320−GBD−SN(Goldman, Jerry) (Entered: 01/15/2020) |
| .5/2020 | 5576 | MOTION for Default Judgment as to *Plaintiffs' Notice of Motion for Entry of Partial Final Default Judgments on Be Prior Plaintiffs Identified at Exhibit A (Prior II)*. Document filed by Prior Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00044−GBD−SN(Eubanks, John) (Entered: 01/15/2020) |
| .5/2020 | 5577 | LETTER MOTION for Extension of Time addressed to Magistrate Judge Sarah Netburn from Meryl Schwartz dated 2020. Document filed by Cheryl Schneider.(Schwartz, Meryl) (Entered: 01/15/2020) |
| .5/2020 | 5578 | MEMORANDUM OF LAW in Support re: (30 in 1:19−cv−00044−GBD−SN, 5576 in 1:03−md−01570−GBD−SN) I for Default Judgment as to *Plaintiffs' Notice of Motion for Entry of Partial Final Default Judgments on Behalf of Pric Identified at Exhibit A (Prior II)*. . Document filed by Prior Plaintiffs. Filed In Associated Cases: 1:03−md−01570−G 1:19−cv−00044−GBD−SN(Eubanks, John) (Entered: 01/15/2020) |
| .5/2020 | 5579 | ORDER: The Clerk of Court is directed to strike ECF No. 5547 from the docket because Exhibit 2 to the letter motio information subject to the FBI Protective Order. See ECF No. 4255. The Plaintiffs' Executive Committees are directe their letter motion in accordance with the procedures outlined in the Court's November 25, 2019 Order. (Signed by M Judge Sarah Netburn on 1/15/2020) (ras) (Entered: 01/15/2020) |
| .5/2020 | 5580 | DECLARATION of John M. Eubanks in Support re: (30 in 1:19−cv−00044−GBD−SN, 5576 in 1:03−md−01570−GI MOTION for Default Judgment as to *Plaintiffs' Notice of Motion for Entry of Partial Final Default Judgments on Be Prior Plaintiffs Identified at Exhibit A (Prior II)*.. Document filed by Prior Plaintiffs. (Attachments: # 1 Exhibit A)Fil Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00044−GBD−SN(Eubanks, John) (Entered: 01/15/2020) |
| .5/2020 | 5581 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Prior Plaintiffs. (Attachments: A) (Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/15/2020) |
| .5/2020 | 5582 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (5574 in 1:03−md−01570−GBD−SN, 100 in 1:18−cv−05320−GBD−SN) MOTION Partial Final Judgment III .. Document filed by Roberta Agyeman. (Attachmer Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05320−GBD−SN(Goldman, Jerry) (Entered: 01/15/2020) |
| .5/2020 | 5583 | PROPOSED JUDGMENT. Document filed by Roberta Agyeman. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Gold **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/15/2020) |
| .5/2020 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (115 in 1:18−cv−05306−G 5559 in 1:03−md−01570−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Assoc Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05306−GBD−SN(dt)** (Entered: 01/15/2020) |

| | | |
|---|---|---|
| .5/2020 | 5584 | MOTION Partial Final Judgment III . Document filed by Lloyd Abel, Lloyd Abel. (Attachments: # 1 Text of Propose 2 Exhibit A, # 3 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11837−GBD−SN(Stron (Entered: 01/15/2020) |
| .5/2020 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (79 in 1:18−cv−07306−GE 5564 in 1:03−md−01570−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Assoc Cases: 1:03−md−01570−GBD−SN, 1:18−cv−07306−GBD−SN(dt)** (Entered: 01/15/2020) |
| .5/2020 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (1208 in 1:02−cv−06977−( 5565 in 1:03−md−01570−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Assoc Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(dt)** (Entered: 01/15/2020) |
| .5/2020 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (61 in 1:18−cv−12276−GE 5570 in 1:03−md−01570−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Assoc Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12276−GBD−SN(dt)** (Entered: 01/15/2020) |
| .5/2020 | 5585 | MEMORANDUM OF LAW in Support re: (52 in 1:18−cv−11837−GBD−SN, 5584 in 1:03−md−01570−GBD−SN) I Partial Final Judgment III . . Document filed by Lloyd Abel, Lloyd Abel. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11837−GBD−SN(Strong, Bruce) (Entered: 01/15/2020) |
| .5/2020 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (5573 in 1:03−md−01570−GBD−SN, 42 in 1:19−cv−00041−GBD−SN) Proposed Default Judgment was reviewed and ap to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00041−GBD−SN(dt)** (Entered: 01/15/2 |
| .5/2020 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (33 in 1:19−cv−00044−GBD−SN, 5581 in 1:03−md−01570−GBD−SN) Proposed Default Judgment was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00044−GBD−SN(dt)** (Entered: 01/1 |
| .5/2020 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (5583 in 1:03−md−01570− 103 in 1:18−cv−05320−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Associa 1:03−md−01570−GBD−SN, 1:18−cv−05320−GBD−SN(dt)** (Entered: 01/15/2020) |
| .5/2020 | 5586 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (52 in 1:18−cv−11837−GBD−SN, 5584 in 1:03−md−01570−GBD−SN) MOTION Partial Final Judgment III .. Document filed by Lloyd Abel, Lloyd Abel. (Att 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11837−GBD−SN(Strong, Bruce) (Entered: 01/15/2020) |
| .5/2020 | 5587 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele dated January 15, 2020 re: Request fo clarification of Court's text−only order entered at ECF No. 5425. Document filed by Plaintiffs Executive Committees Robert) (Entered: 01/15/2020) |
| .5/2020 | 5588 | PROPOSED JUDGMENT. Document filed by Lloyd Abel, Lloyd Abel. (Attachments: # 1 Exhibit A, # 2 Exhibit B) Bruce) **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/15/2020) |
| .5/2020 | 5589 | MOTION Partial Final Judgment III . Document filed by Alexander Jimenez. (Attachments: # 1 Text of Proposed Or Exhibit A, # 3 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11875−GBD−SN(Goldma (Entered: 01/15/2020) |
| .5/2020 | 5590 | MEMORANDUM OF LAW in Support re: (55 in 1:18−cv−11875−GBD−SN, 5589 in 1:03−md−01570−GBD−SN) I Partial Final Judgment III . . Document filed by Alexander Jimenez. Filed In Associated Cases: 1:03−md−01570−GB 1:18−cv−11875−GBD−SN(Goldman, Jerry) (Entered: 01/15/2020) |
| .5/2020 | 5591 | LETTER MOTION for Discovery *to object to the FBI's classified privilege log* addressed to Magistrate Judge Sarah from Steven R. Pounian dated 01−15−2020. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 I 1)(Pounian, Steven) (Entered: 01/15/2020) |
| .5/2020 | 5592 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (55 in 1:18−cv−11875−GBD−SN, 5589 in 1:03−md−01570−GBD−SN) MOTION Partial Final Judgment III .. Document filed by Alexander Jimenez. (Attachm Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11875−GBD−SN(Goldman, Jerry) (Entered: 01/15/2020) |
| .5/2020 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (55 in 1:18−cv−11837−GE 5588 in 1:03−md−01570−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Assoc Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11837−GBD−SN(dt)** (Entered: 01/15/2020) |
| .5/2020 | 5593 | PROPOSED JUDGMENT. Document filed by Alexander Jimenez. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Gol Jerry) **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/15/2020) |

| | | |
|---|---|---|
| .5/2020 | 5594 | MOTION Partial Final Judgment IV . Document filed by Cheryl Rivelli. (Attachments: # 1 Text of Proposed Order, # A, # 3 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN(Goldman, Jerry 01/15/2020) |
| .5/2020 | 5595 | MOTION Partial Final Judgment III . Document filed by Marinella Hemenway. (Attachments: # 1 Text of Proposed Exhibit A, # 3 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN(Strong, (Entered: 01/15/2020) |
| .5/2020 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (5593 in 1:03−md−01570− 58 in 1:18−cv−11875−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Associat 1:03−md−01570−GBD−SN, 1:18−cv−11875−GBD−SN(dt)** (Entered: 01/15/2020) |
| .5/2020 | 5596 | MEMORANDUM OF LAW in Support re: (5595 in 1:03−md−01570−GBD−SN, 56 in 1:18−cv−12277−GBD−SN) M Partial Final Judgment III . . Document filed by Marinella Hemenway. Filed In Associated Cases: 1:03−md−01570−G 1:18−cv−12277−GBD−SN(Strong, Bruce) (Entered: 01/15/2020) |
| .5/2020 | 5597 | MEMORANDUM OF LAW in Support re: (52 in 1:18−cv−11878−GBD−SN, 5594 in 1:03−md−01570−GBD−SN) M Partial Final Judgment IV . . Document filed by Cheryl Rivelli. Filed In Associated Cases: 1:03−md−01570−GBD−S 1:18−cv−11878−GBD−SN(Goldman, Jerry) (Entered: 01/15/2020) |
| .5/2020 | 5598 | ORDER granting (5511) Motion to Amend/Correct in case 1:03−md−01570−GBD−SN; granting (280) Motion to Amend/Correct in case 1:15−cv−09903−GBD−SN. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Tex Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN. (ras) (Entered: 01/15/202 |
| .5/2020 | 5599 | DECLARATION of Jerry S. Goldman in Support re: (5595 in 1:03−md−01570−GBD−SN, 56 in 1:18−cv−12277−GI MOTION Partial Final Judgment III .. Document filed by Marinella Hemenway. (Attachments: # 1 Exhibit A, # 2 Ex Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN(Strong, (Entered: 01/15/2020) |
| .5/2020 | 5600 | MOTION for Default Judgment as to *Ashton XIX Wrongful Death Plaintiffs*. Document filed by Kathleen Ashton.File Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, James) (Entered: 01/15/2020) |
| .5/2020 | 5601 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (52 in 1:18−cv−11878−GBD−SN, 5594 in 1:03−md−01570−GBD−SN) MOTION Partial Final Judgment IV .. Document filed by Cheryl Rivelli. (Attachments: A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN(Goldman, Jerry) (Entered: 01/15/2020) |
| .5/2020 | 5602 | PROPOSED JUDGMENT. Document filed by Cheryl Rivelli. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Goldman **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/15/2020) |
| .5/2020 | 5603 | DECLARATION of James P. Kreindler in Support re: (1209 in 1:02−cv−06977−GBD−SN, 5600 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Ashton XIX Wrongful Death Plaintiffs*.. Documen Kathleen Ashton. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, James) (Entered: 01/15/2020) |
| .5/2020 | 5604 | PROPOSED JUDGMENT. Document filed by Marinella Hemenway. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (S Bruce) **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/15/2020) |
| .5/2020 | 5605 | PROPOSED JUDGMENT. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A) (Kreindler, James) **Pr Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/15/2020) |
| .5/2020 | 5606 | ORDER granting 5577 Letter Motion for Extension of Time. The Schneider Plaintiffs may submit their final damage by January 20, 2020. However, the Court cannot guarantee that it will be able to rule on these motions prior to the Fe 2020 USVSSTF deadline. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) (ras) (Ente 01/15/2020) |
| .5/2020 | 5607 | MOTION Partial Final Judgment III . Document filed by Laurence Schlissel. (Attachments: # 1 Text of Proposed Or Exhibit A, # 3 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05331−GBD−SN(Goldma (Entered: 01/15/2020) |
| .5/2020 | 5608 | MEMORANDUM OF LAW in Support re: (5607 in 1:03−md−01570−GBD−SN, 92 in 1:18−cv−05331−GBD−SN) M Partial Final Judgment III . . Document filed by Laurence Schlissel. Filed In Associated Cases: 1:03−md−01570−GB 1:18−cv−05331−GBD−SN(Goldman, Jerry) (Entered: 01/15/2020) |
| .5/2020 | 5609 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (5607 in 1:03−md−01570−GBD−SN, 92 in 1:18−cv−05331−GBD−SN) MOTION Partial Final Judgment III .. Document filed by Laurence Schlissel. (Attachme Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05331−GBD−SN(Goldman, Jerry) (Entered: 01/15/2020) |

| | | |
|---|---|---|
| .5/2020 | 5610 | MOTION Partial Final Judgment III . Document filed by Chang Kim. (Attachments: # 1 Text of Proposed Order, # 2 # 3 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11870−GBD−SN(Strong, Bruce) (Er 01/15/2020) |
| .5/2020 | 5611 | PROPOSED JUDGMENT. Document filed by Laurence Schlissel. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Gold **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/15/2020) |
| .5/2020 | 5612 | MEMORANDUM OF LAW in Support re: (5610 in 1:03−md−01570−GBD−SN, 64 in 1:18−cv−11870−GBD−SN) M Partial Final Judgment III . . Document filed by Chang Kim. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11870−GBD−SN(Strong, Bruce) (Entered: 01/15/2020) |
| .5/2020 | 5613 | MOTION Partial Final Judgment II . Document filed by Estate of John P.O'Neill, Sr., Estate of John Patrick O'Neill S (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A, # 3 Exhibit B)Filed In Associated Cases: 1:03−md−01570− 1:04−cv−01076−GBD−SN(Goldman, Jerry) (Entered: 01/15/2020) |
| .5/2020 | 5614 | DECLARATION of Jerry S. Goldman in Support re: (5610 in 1:03−md−01570−GBD−SN, 64 in 1:18−cv−11870−GI MOTION Partial Final Judgment III .. Document filed by Chang Kim. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11870−GBD−SN(Strong, Bruce) 01/15/2020) |
| .5/2020 | 5615 | MEMO ENDORSEMENT on re: 5587 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: Plaintiff clarify the Court's text−only order at ECF No. 5425 is GRANTED. The deadline for the replies of the Federal Insurar plaintiffs and the PEC is January 31, 2020. (Signed by Magistrate Judge Sarah Netburn on 1/15/2020) (ras) (Entered: 01/15/2020) |
| .5/2020 | 5616 | MEMORANDUM OF LAW in Support re: (537 in 1:04−cv−01076−GBD−SN, 5613 in 1:03−md−01570−GBD−SN) Partial Final Judgment II . . Document filed by Estate of John P.O'Neill, Sr., Estate of John Patrick O'Neill Sr.. Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN(Goldman, Jerry) (Entered: 01/15/2020) |
| .5/2020 | 5617 | PROPOSED JUDGMENT. Document filed by Chang Kim. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Strong, Bru **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/15/2020) |
| .5/2020 | 5618 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (537 in 1:04−cv−01076−GBD−SN, 5613 in 1:03−md−01570−GBD−SN) MOTION Partial Final Judgment II .. Document filed by Estate of John P.O'Neill, Sr., E John Patrick O'Neill Sr.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associatec 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN(Goldman, Jerry) (Entered: 01/15/2020) |
| .5/2020 | 5619 | LETTER MOTION for Leave to File corrected exhibit addressed to Magistrate Judge Sarah Netburn from Megan W. dated 01/15/2020. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Benett, Megan) (Entered: 01/15/2020) |
| .5/2020 | 5620 | PROPOSED JUDGMENT. Document filed by Estate of John P.O'Neill, Sr., Estate of John Patrick O'Neill Sr.. (Attac Exhibit A, # 2 Exhibit B) (Goldman, Jerry) **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: ( |
| .5/2020 | 5621 | MOTION Partial Final Judgment III . Document filed by Bakahityar Kamardinova. (Attachments: # 1 Text of Propos 2 Exhibit A, # 3 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05339−GBD−SN(Stron (Entered: 01/15/2020) |
| .5/2020 | 5622 | ORDER granting (5518) Motion to Substitute Party, in case 1:03−md−01570−GBD−SN; granting (56) Motion to Sul Party, in case 1:18−cv−12276−GBD−SN. The individuals included on Exhibit A to the Motion shall be substituted in Aamoth case. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:18−cv−12276−GBD−SN. (ras) (Entered: 01/15/2020) |
| .5/2020 | 5623 | ORDER granting (5520) Motion to Substitute Party, in case 1:03−md−01570−GBD−SN; granting (110) Motion to Su Party, in case 1:18−cv−05306−GBD−SN. The individuals included on Exhibit A to the Motion shall be substituted in DeRubbio case. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated C 1:03−md−01570−GBD−SN, 1:18−cv−05306−GBD−SN. (ras) Modified on 1/15/2020 (ras). (Entered: 01/15/2020) |
| .5/2020 | 5624 | MOTION Partial Final Judgment III . Document filed by Maureen Moody−Theinert. (Attachments: # 1 Text of Propo # 2 Exhibit A, # 3 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11876−GBD−SN(Gol Jerry) (Entered: 01/15/2020) |
| .5/2020 | 5625 | MEMORANDUM OF LAW in Support re: (5621 in 1:03−md−01570−GBD−SN, 110 in 1:18−cv−05339−GBD−SN) Partial Final Judgment III . . Document filed by Bakahityar Kamardinova. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05339−GBD−SN(Strong, Bruce) (Entered: 01/15/2020) |
| .5/2020 | 5626 | MEMORANDUM OF LAW in Support re: (5624 in 1:03−md−01570−GBD−SN, 47 in 1:18−cv−11876−GBD−SN) M Partial Final Judgment III . . Document filed by Maureen Moody−Theinert. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11876−GBD−SN(Goldman, Jerry) (Entered: 01/15/2020) |

| | | |
|---|---|---|
| .5/2020 | 5627 | ORDER granting (5522) Motion to Substitute Party, in case 1:03−md−01570−GBD−SN; granting (53) Motion to Sul Party, in case 1:18−cv−11875−GBD−SN. The individuals included on Exhibit A to the Motion shall be substituted in Jimenez case. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Ca: 1:03−md−01570−GBD−SN, 1:18−cv−11875−GBD−SN. (ras) (Entered: 01/15/2020) |
| .5/2020 | 5628 | MOTION for Sanctions *Against Defendant Soliman H.S. Al Buthe*. Document filed by Plaintiffs Executive Committe Robert) (Entered: 01/15/2020) |
| .5/2020 | 5629 | ORDER granting (5526) Motion to Substitute Party, in case 1:03−md−01570−GBD−SN; granting (98) Motion to Sul Party, in case 1:18−cv−05320−GBD−SN. The individuals included on Exhibit A to the Motion shall be substituted in Agyeman case. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated C 1:03−md−01570−GBD−SN, 1:18−cv−05320−GBD−SN. (ras) (Entered: 01/15/2020) |
| .5/2020 | 5630 | DECLARATION of Jerry S. Goldman in Support re: (5621 in 1:03−md−01570−GBD−SN, 110 in 1:18−cv−05339−C MOTION Partial Final Judgment III .. Document filed by Bakahityar Kamardinova. (Attachments: # 1 Exhibit A, # 2 # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05339−GBD−SN(Stro (Entered: 01/15/2020) |
| .5/2020 | 5631 | MEMORANDUM OF LAW in Support re: 5628 MOTION for Sanctions *Against Defendant Soliman H.S. Al Buthe*. filed by Plaintiffs Executive Committees. (Haefele, Robert) (Entered: 01/15/2020) |
| .5/2020 | 5632 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (5624 in 1:03−md−01570−GBD−SN, 47 in 1:18−cv−11876−GBD−SN) MOTION Partial Final Judgment III .. Document filed by Maureen Moody−Theinert. (A # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11876−GBD−SN(Goldman, Jerry) (Entered: 01/15/2020) |
| .5/2020 | 5633 | ORDER granting (5530) Motion to Substitute Party, in case 1:03−md−01570−GBD−SN; granting (108) Motion to Sı Party, in case 1:18−cv−05339−GBD−SN. The individuals included on Exhibit A to the Motion shall be substituted in Kamardinova case. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associate 1:03−md−01570−GBD−SN, 1:18−cv−05339−GBD−SN. (ras) (Entered: 01/15/2020) |
| .5/2020 | 5634 | DECLARATION of Robert T. Haefele in Support re: 5628 MOTION for Sanctions *Against Defendant Soliman H.S.* Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Ex 4)(Haefele, Robert) (Entered: 01/15/2020) |
| .5/2020 | 5635 | ORDER granting (5532) Motion to Substitute Party, in case 1:03−md−01570−GBD−SN; granting (62) Motion to Sul Party, in case 1:18−cv−11870−GBD−SN. The individuals included on Exhibit A to the Motion shall be substituted in case. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11870−GBD−SN. (ras) (Entered: 01/15/2020) |
| .5/2020 | 5636 | PROPOSED JUDGMENT. Document filed by Bakahityar Kamardinova. (Attachments: # 1 Exhibit A, # 2 Exhibit B Bruce) **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/15/2020) |
| .5/2020 | 5637 | ORDER granting (5534) Motion to Substitute Party, in case 1:03−md−01570−GBD−SN; granting (101) Motion to Sı Party, in case 1:18−cv−05321−GBD−SN. The individuals included on Exhibit A to the Motion shall be substituted in Morris case. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Case 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN. (ras) (Entered: 01/15/2020) |
| .5/2020 | 5638 | PROPOSED JUDGMENT. Document filed by Maureen Moody−Theinert. (Attachments: # 1 Exhibit A, # 2 Exhibit I (Goldman, Jerry) **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/15/2020) |
| .5/2020 | 5639 | ORDER granting (5538) Motion to Substitute Party, in case 1:03−md−01570−GBD−SN; granting (50) Motion to Sul Party, in case 1:18−cv−11878−GBD−SN. The individuals included on Exhibit A to the Motion shall be substituted in Rivelli case. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Case 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN. (ras) (Entered: 01/15/2020) |
| .5/2020 | 5640 | ORDER granting(5543) Motion to Substitute Party, in case 1:03−md−01570−GBD−SN; granting (61) Motion to Sub Party, in case 1:18−cv−12387−GBD−SN. The individuals included on Exhibit A to the Motion shall be substituted in Rowenhorst case. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated 1:03−md−01570−GBD−SN, 1:18−cv−12387−GBD−SN. (ras) (Entered: 01/15/2020) |
| .5/2020 | 5641 | ORDER granting (5548) Motion to Substitute Party, in case 1:03−md−01570−GBD−SN; granting (54) Motion to Sul Party, in case 1:18−cv−12277−GBD−SN. The individuals included on Exhibit A to the Motion shall be substituted in Hemenway case. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN. (ras) (Entered: 01/15/2020) |
| .5/2020 | 5642 | MOTION Partial Final Judgment III . Document filed by Horace Morris. (Attachments: # 1 Text of Proposed Order, A, # 3 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN(Goldman, Jerry 01/15/2020) |

| | | |
|---|---|---|
| .5/2020 | 5643 | MOTION for Default Judgment as to *Arias Plaintiffs Identified at Exhibit A (Arias IV)*. Document filed by Arias Plai In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00041−GBD−SN(Eubanks, John) (Entered: 01/15/2020) |
| .5/2020 | 5644 | MOTION Partial Final Judgment III . Document filed by Matthew Rowenhorst. (Attachments: # 1 Text of Proposed Exhibit A, # 3 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12387−GBD−SN(Strong, (Entered: 01/15/2020) |
| .5/2020 | 5645 | MEMORANDUM OF LAW in Support re: (5642 in 1:03−md−01570−GBD−SN, 104 in 1:18−cv−05321−GBD−SN) Partial Final Judgment III . . Document filed by Maureen Moody−Theinert. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN(Goldman, Jerry) (Entered: 01/15/2020) |
| .5/2020 | 5646 | MEMORANDUM OF LAW in Support re: (5643 in 1:03−md−01570−GBD−SN, 43 in 1:19−cv−00041−GBD−SN) M for Default Judgment as to *Arias Plaintiffs Identified at Exhibit A (Arias IV)*. . Document filed by Arias Plaintiffs. Fil Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00041−GBD−SN(Eubanks, John) (Entered: 01/15/2020) |
| .5/2020 | 5647 | MOTION to Vacate (4880 in 1:03−md−01570−GBD−SN) Judgment,,,, . Document filed by Kathleen Ashton.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, James) (Entered: 01/15/2020) |
| .5/2020 | 5648 | DECLARATION of John M. Eubanks in Support re: (5643 in 1:03−md−01570−GBD−SN, 43 in 1:19−cv−00041−GI MOTION for Default Judgment as to *Arias Plaintiffs Identified at Exhibit A (Arias IV)*.. Document filed by Arias Pla (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00041−GBD−SN(Eubanks, John) (Entered: 01/15/2020) |
| .5/2020 | 5649 | MEMORANDUM OF LAW in Support re: (5644 in 1:03−md−01570−GBD−SN, 64 in 1:18−cv−12387−GBD−SN) M Partial Final Judgment III . . Document filed by Matthew Rowenhorst. Filed In Associated Cases: 1:03−md−01570−C 1:18−cv−12387−GBD−SN(Strong, Bruce) (Entered: 01/15/2020) |
| .5/2020 | 5650 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (5642 in 1:03−md−01570−GBD−SN, 104 in 1:18−cv−05321−GBD−SN) MOTION Partial Final Judgment III .. Document filed by Horace Morris. (Attachments: A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN(Goldman, Jerry) (Entered: 01/15/2020) |
| .5/2020 | 5651 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Arias Plaintiffs. (Eubanks, Joh **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/15/2020) |
| .5/2020 | 5652 | PROPOSED JUDGMENT. Document filed by Horace Morris. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Goldman **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/15/2020) |
| .5/2020 | 5653 | MOTION for Default Judgment as to *Prior Plaintiffs Identified at Exhibit A (Prior III)*. Document filed by Prior Plai In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00044−GBD−SN(Eubanks, John) (Entered: 01/15/2020) |
| .5/2020 | 5654 | MEMORANDUM OF LAW in Support re: (34 in 1:19−cv−00044−GBD−SN, 5653 in 1:03−md−01570−GBD−SN) M for Default Judgment as to *Prior Plaintiffs Identified at Exhibit A (Prior III)*. . Document filed by Prior Plaintiffs. File Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00044−GBD−SN(Eubanks, John) (Entered: 01/15/2020) |
| .5/2020 | 5655 | DECLARATION of John M. Eubanks in Support re: (5653 in 1:03−md−01570−GBD−SN, 34 in 1:19−cv−00044−GI MOTION for Default Judgment as to *Prior Plaintiffs Identified at Exhibit A (Prior III)*.. Document filed by Prior Plai (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00044−GBD−SN(Eubanks, John) (Entered: 01/15/2020) |
| .5/2020 | 5656 | DECLARATION of Jerry S. Goldman in Support re: (5644 in 1:03−md−01570−GBD−SN, 64 in 1:18−cv−12387−Gl MOTION Partial Final Judgment III .. Document filed by Matthew Rowenhorst. (Attachments: # 1 Exhibit A, # 2 Ex Exhibit C, # 4 D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12387−GBD−SN(Strong, Bruce) 01/15/2020) |
| .5/2020 | 5657 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Prior Plaintiffs. (Attachments: A) (Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/15/2020) |
| .5/2020 | 5658 | LETTER MOTION to Seal Document (1163 in 1:02−cv−06977−GBD−SN, 5456 in 1:03−md−01570−GBD−SN) De Support of Motion, (1162 in 1:02−cv−06977−GBD−SN, 5455 in 1:03−md−01570−GBD−SN) MOTION for Default as to *Bauer V Plaintiffs*., (1178 in 1:02−cv−06977−GBD−SN, 5474 in 1:03−md−01570−GBD−SN) MOTION for De Judgment as to *Bauer VII Plaintiffs*., (5447 in 1:03−md−01570−GBD−SN, 1156 in 1:02−cv−06977−GBD−SN) Decl Support of Motion, (1201 in 1:02−cv−06977−GBD−SN, 5537 in 1:03−md−01570−GBD−SN) Declaration in Suppor Motion,, (5535 in 1:03−md−01570−GBD−SN, 1200 in 1:02−cv−06977−GBD−SN) MOTION for Default Judgment *Ashton XVII and Betru VI Wrongful Death Plaintiffs*., (5485 in 1:03−md−01570−GBD−SN, 95 in 1:02−cv−07230−G 1182 in 1:02−cv−06977−GBD−SN) MOTION for Default Judgment as to *Burlingame X Plaintiffs*., (5446 in 1:03−md−01570−GBD−SN, 1155 in 1:02−cv−06977−GBD−SN) MOTION for Default Judgment as to *Bauer IV Pla* (5470 in 1:03−md−01570−GBD−SN, 1175 in 1:02−cv−06977−GBD−SN) Declaration in Support of Motion,, (1186 1:02−cv−06977−GBD−SN, 5489 in 1:03−md−01570−GBD−SN) Declaration in Support of Motion, (1189 in |

| | | |
|---|---|---|
| | | 1:02−cv−06977−GBD−SN, 5502 in 1:03−md−01570−GBD−SN) Declaration in Support of Motion, (5437 in 1:03−md−01570−GBD−SN, 1149 in 1:02−cv−06977−GBD−SN) MOTION for Default Judgment as to *Bauer III Pla* (5501 in 1:03−md−01570−GBD−SN, 1188 in 1:02−cv−06977−GBD−SN) MOTION for Default Judgment as to *Bau Plaintiffs*., (5476 in 1:03−md−01570−GBD−SN, 1179 in 1:02−cv−06977−GBD−SN) Declaration in Support of Moti 1:03−md−01570−GBD−SN, 1183 in 1:02−cv−06977−GBD−SN, 96 in 1:02−cv−07230−GBD−SN) Declaration in Su Motion, (1150 in 1:02−cv−06977−GBD−SN, 5438 in 1:03−md−01570−GBD−SN) Declaration in Support of Motion 1:03−md−01570−GBD−SN, 1192 in 1:02−cv−06977−GBD−SN) Declaration in Support of Motion, (1185 in 1:02−cv−06977−GBD−SN, 5488 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Bauer VIII P* (1174 in 1:02−cv−06977−GBD−SN, 5469 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Bau Plaintiffs*., (5504 in 1:03−md−01570−GBD−SN, 1191 in 1:02−cv−06977−GBD−SN) MOTION for Default Judgmen *Bauer X*. addressed to Magistrate Judge Sarah Netburn from Dorothea M. Capone dated January 15, 2020. Document Kathleen Ashton, Virginia Bauer, et al., Sheri Burlingame.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN(Capone, Dorothea) (Entered: 01/15/2020) |
| .5/2020 | 5659 | PROPOSED JUDGMENT. Document filed by Matthew Rowenhorst. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (S Bruce) **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/15/2020) |
| .5/2020 | 5660 | DECLARATION of James P. Kreindler in Support re: (1213 in 1:02−cv−06977−GBD−SN, 5647 in 1:03−md−01570−GBD−SN) MOTION to Vacate (4880 in 1:03−md−01570−GBD−SN) Judgment,,,, .. Document file Kathleen Ashton. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Kreindler, James) (Entered: 01/15/2020) |
| .5/2020 | 5661 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Arias Plaintiffs. (Attachments Exhibit A) (Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/15/2 |
| .5/2020 | 5662 | MOTION for Default Judgment as to *Burnett Plaintiffs Identified at Exhibit A (Burnett/Iran XVII)*. Document filed by Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (Entere 01/15/2020) |
| .5/2020 | 5663 | MOTION for Default Judgment as to *Motion for Entry of Partial Final Default Judgments on Behalf of Burnett/Iran Identified at Exhibit A (Burnett/Iran XVI)*. Document filed by Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 01/15/2020) |
| .5/2020 | 5664 | MEMORANDUM OF LAW in Support re: (5662 in 1:03−md−01570−GBD−SN, 290 in 1:15−cv−09903−GBD−SN) for Default Judgment as to *Burnett Plaintiffs Identified at Exhibit A (Burnett/Iran XVII)*. . Document filed by Burnett Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 01/15/ |
| .5/2020 | 5665 | MEMORANDUM OF LAW in Support re: (291 in 1:15−cv−09903−GBD−SN, 5663 in 1:03−md−01570−GBD−SN) for Default Judgment as to *Motion for Entry of Partial Final Default Judgments on Behalf of Burnett/Iran Plaintiffs I Exhibit A (Burnett/Iran XVI)*. . Document filed by Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GE 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 01/15/2020) |
| .5/2020 | 5666 | DECLARATION of John M. Eubanks in Support re: (5662 in 1:03−md−01570−GBD−SN, 290 in 1:15−cv−09903−C MOTION for Default Judgment as to *Burnett Plaintiffs Identified at Exhibit A (Burnett/Iran XVII)*.. Document filed b Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 01/15/2020) |
| .5/2020 | 5667 | PROPOSED JUDGMENT. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A) (Kreindler, James) **Pr Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/15/2020) |
| .5/2020 | 5668 | DECLARATION of John M. Eubanks in Support re: (291 in 1:15−cv−09903−GBD−SN, 5663 in 1:03−md−01570−C MOTION for Default Judgment as to *Motion for Entry of Partial Final Default Judgments on Behalf of Burnett/Iran Identified at Exhibit A (Burnett/Iran XVI)*.. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A − Burn XVI, # 2 Exhibit B − Burnett/Iran XVI)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 01/15/2020) |
| .5/2020 | 5669 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Exhibit A) (Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/15/2 |
| .5/2020 | 5670 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Exhibit A − Burnett/Iran XVI) (Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's Office staf** 01/15/2020) |
| .5/2020 | 5671 | MOTION for Default Judgment as to *The Ashton XX Wrongful Death Plaintiff*. Document filed by Kathleen Ashton.I Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−08297−GBD−SN(Maloney, Ar (Entered: 01/15/2020) |

| | | |
|---|---|---|
| .5/2020 | 5672 | DECLARATION of Andrew J Maloney, III in Support re: (5671 in 1:03−md−01570−GBD−SN, 40 in 1:18−cv−08297−GBD−SN, 1217 in 1:02−cv−06977−GBD−SN) MOTION for Default Judgment as to *The Ashton X* *Death Plaintiff*.. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−08297−GBD−SN(Maloney, Andrew) (Entered: 01 |
| .5/2020 | 5673 | PROPOSED JUDGMENT. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A) (Maloney, Andrew) **P Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/15/2020) |
| .5/2020 | 5674 | LETTER addressed to Judge George B. Daniels from Georgia M. Asciutto dated 01/15/2020 re: Request for new acti made part of MDL pursuant to Court's 10/28/2019 Order. Document filed by Georgia M. Asciutto.(Salzman, Barry) ( 01/15/2020) |
| .5/2020 | 5675 | MOTION to Certify Class . Document filed by Estate of John P.O'Neill, Sr.. (Attachments: # 1 Text of Proposed Ord Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN(Goldman, Jerry) (Entered: 01/15/2020) |
| .5/2020 | 5676 | MEMORANDUM OF LAW in Support re: (5675 in 1:03−md−01570−GBD−SN, 705 in 1:04−cv−01923−GBD−SN) to Certify Class . . Document filed by Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03−md−01570−GBI 1:04−cv−01923−GBD−SN(Goldman, Jerry) (Entered: 01/15/2020) |
| .5/2020 | 5677 | PROPOSED ORDER. Document filed by Estate of John P.O'Neill, Sr.. Related Document Number: [5676, 706]. (Go Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 01/15/2020) |
| .6/2020 | 5678 | LETTER addressed to Judge George B. Daniels from Barry Salzman dated January 15,2015 re: Request for new actic made part of the MDL pursuant to the Courts 10/28/2019 Order. Document filed by Michelle Yvette Amin.(Salzman, (Entered: 01/16/2020) |
| .6/2020 | 5679 | LETTER addressed to Judge George B. Daniels from Barry Salzman dated January 15, 2020 re: Request for new acti made part of the MDL pursuant to the Courts 10/28/2019 Order. Document filed by Johnn Basci.(Salzman, Barry) (E 01/16/2020) |
| .6/2020 | 5680 | LETTER addressed to Judge George B. Daniels from Barry Salzman dated January 15, 2020 re: Request for new acti made part of the MDL pursuant to the Courts 10/28/2019 Order. Document filed by Geoffrey Cloud, Jr..(Salzman, Ba (Entered: 01/16/2020) |
| .6/2020 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (5602 in 1:03−md−01570− 55 in 1:18−cv−11878−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Associat 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN(dt)** (Entered: 01/16/2020) |
| .6/2020 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (5604 in 1:03−md−01570− 59 in 1:18−cv−12277−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Associat 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN(dt)** (Entered: 01/16/2020) |
| .6/2020 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (1211 in 1:02−cv−06977−( 5605 in 1:03−md−01570−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(dt)** (Entered: 01/16/2020) |
| .6/2020 | 5681 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman, Esq. dated 1/15/2020 Document filed by Go Aamoth, Lloyd Abel, Sr, Audrey Ades, Roberta Agyeman, Jessica Derubbio, Marinella Hemenway, Alexander Jimer Bakahityar Kamardinova, Chang Kim, Maureen Moody−Theinert, Horace Morris, Cheryl Rivelli, Matthew Rowenhorst.(Goldman, Jerry) (Entered: 01/16/2020) |
| .6/2020 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (5611 in 1:03−md−01570− 95 in 1:18−cv−05331−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Associat 1:03−md−01570−GBD−SN, 1:18−cv−05331−GBD−SN(dt)** (Entered: 01/16/2020) |
| .6/2020 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (5617 in 1:03−md−01570− 67 in 1:18−cv−11870−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Associat 1:03−md−01570−GBD−SN, 1:18−cv−11870−GBD−SN(dt)** (Entered: 01/16/2020) |
| .6/2020 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (540 in 1:04−cv−01076−G 5620 in 1:03−md−01570−GBD−SN) Proposed Judgment, was reviewed and approved as to form. Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN(dt)** (Entered: 01/16/2020) |
| .6/2020 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (114 in 1:18−cv−05339−G 5636 in 1:03−md−01570−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05339−GBD−SN(dt)** (Entered: 01/16/2020) |
| .6/2020 | 5682 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 01/16/2020) |

| | | |
|---|---|---|
| .6/2020 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (50 in 1:18−cv−11876−GE 5638 in 1:03−md−01570−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Assoc Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11876−GBD−SN(dt)** (Entered: 01/16/2020) |
| .6/2020 | 5683 | ORDER: Certain PEC lawyers indicate that they intend to file motions for judgments for approximately 50 claimants injured on September 11, 2001. The Court requests that such motions be filed on a rolling basis, beginning on Januar and be filed by category of injury. While the Court cannot guarantee that such motions will be decided by the Februa VSSTF filing deadline, any motions filed after January 31, 2020, will not be considered before the February deadline with the motion(s) filed for the first category of injuries, the Court requests a brief letter describing the remaining cat injuries to be filed and filing dates. At this time, the Court does not anticipate engaging a Special Master but may ele once additional motions are filed. (Signed by Magistrate Judge Sarah Netburn on 1/16/2020) (ras) (Entered: 01/16/20 |
| .6/2020 | 5684 | ORDER granting 5619 Letter Motion for Leave to File Document. The Clerk of Court is directed to substitute the co Exhibit A at 5619−1 for the Exhibit A docketed at 5546−1. (HEREBY ORDERED by Magistrate Judge Sarah Netbu Only Order) (ras) (Entered: 01/16/2020) |
| .6/2020 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (5651 in 1:03−md−01570−GBD−SN, 46 in 1:19−cv−00041−GBD−SN) Proposed Default Judgment was reviewed and ap to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00041−GBD−SN(dt)** (Entered: 01/16/2 |
| .6/2020 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (5652 in 1:03−md−01570− 107 in 1:18−cv−05321−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Associa 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN(dt)** (Entered: 01/16/2020) |
| .6/2020 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (5657 in 1:03−md−01570−GBD−SN, 37 in 1:19−cv−00044−GBD−SN) Proposed Default Judgment was reviewed and ap to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00044−GBD−SN(dt)** (Entered: 01/16/2 |
| .6/2020 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (67 in 1:18−cv−12387−GE 5659 in 1:03−md−01570−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Assoc Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12387−GBD−SN(dt)** (Entered: 01/16/2020) |
| .6/2020 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (47 in 1:19−cv−00041−GBD−SN, 5661 in 1:03−md−01570−GBD−SN) Proposed Default Judgment was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00041−GBD−SN(dt)** (Entered: 01/1 |
| .6/2020 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (5667 in 1:03−md−01570− 1216 in 1:02−cv−06977−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Associ Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(dt)** (Entered: 01/16/2020) |
| .6/2020 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (296 in 1:15−cv−09903−GBD−SN, 5669 in 1:03−md−01570−GBD−SN) Proposed Default Judgment was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(dt)** (Entered: 01/1 |
| .6/2020 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (297 in 1:15−cv−09903−GBD−SN, 5670 in 1:03−md−01570−GBD−SN) Proposed Default Judgment, was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(dt)** (Entered: 01/1 |
| .6/2020 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (42 in 1:18−cv−08297−GE 1219 in 1:02−cv−06977−GBD−SN, 5673 in 1:03−md−01570−GBD−SN) Proposed Judgment was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−08297−GBD−SN(dt)** (Entered: 01/16/2020) |
| .6/2020 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (5677 in 1:03−md−01570−GBD in 1:04−cv−01923−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN(dt)** (Entered: 01/16/2020) |
| .6/2020 | 5685 | PROPOSED JUDGMENT. Document filed by Horace Morris. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Goldma **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/16/2020) |
| .6/2020 | 5686 | ORDER granting (5658) Motion to Seal Document in case 1:03−md−01570−GBD−SN; granting (1214) Motion to S Document in case 1:02−cv−06977−GBD−SN; granting (98) Motion to Seal Document in case 1:02−cv−07230−GBD Plaintiffs' request to file the unredacted exhibits that represent economic experts' reports on clearly marked disks wit of Court is GRANTED. (Signed by Magistrate Judge Sarah Netburn on 1/16/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN. (ras) (Entered: 01/16/2020) |
| .6/2020 | 5687 | LETTER MOTION for Extension of Time *to Identify Certain Experts* addressed to Magistrate Judge Sarah Netburn f Andrew J. Maloney dated 01/16/2020. Document filed by Plaintiffs Executive Committees.(Maloney, Andrew) (Ente 01/16/2020) |

| | | |
|---|---|---|
| .6/2020 | 5688 | LETTER RESPONSE to Motion addressed to Magistrate Judge Sarah Netburn from Peter C. Salerno dated 01/16/20 LETTER MOTION for Extension of Time *to Identify Certain Experts* addressed to Magistrate Judge Sarah Netburn f Andrew J. Maloney dated 01/16/2020. . Document filed by Yasin Kadi, Yassin Kadi. (Salerno, Peter) (Entered: 01/16 |
| .7/2020 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. 5685 Proposed Judgment reviewed and approved as to form. (km)** (Entered: 01/17/2020) |
| .7/2020 | 5689 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman, Esq. dated 1/17/2020 Document filed by Est P.O'Neill, Sr.. (Attachments: # 1 Exhibit)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN(Goldman, Jerry) (Entered: 01/17/2020) |
| .7/2020 | 5690 | ORDER terminating 5687 Letter Motion for Extension of Time. Today's deadline for the Plaintiffs' Executive Comm ("Plaintiffs") to inform defendants Yassim al Kadi, Wa'el Jelaiden, and Soliman H.S. Al Buthe of the identities of Pla experts and the topic on which those experts will provide an opinion is adjourned. The Court is reviewing the parties' submissions at ECF Nos. 5687 and 5688 and will issue an order next week setting new deadlines. (HEREBY ORDEF Magistrate Judge Sarah Netburn) (Text Only Order) (ras) (Entered: 01/17/2020) |
| .7/2020 | 5693 | SEALED DOCUMENT placed in vault.(rz) (Entered: 01/21/2020) |
| .7/2020 | 5694 | SEALED DOCUMENT placed in vault.(rz) (Entered: 01/21/2020) |
| .9/2020 | 5691 | LETTER addressed to Magistrate Judge Sarah Netburn from Andrew Krause dated 1/19/2020 re: Letter Motion Obje FBI Privilege Log. Document filed by FBI.(Vargas, Jeannette) (Entered: 01/19/2020) |
| 21/2020 | 5692 | CONSENT LETTER MOTION for Extension of Time to File Response/Reply as to 5628 MOTION for Sanctions *Ag Defendant Soliman H.S. Al Buthe*. addressed to Magistrate Judge Sarah Netburn from Alan Kabat dated 01/21/2020. filed by Soliman Al−Buthe.(Kabat, Alan) (Entered: 01/21/2020) |
| 21/2020 | 5695 | SEALED DOCUMENT placed in vault.(rz) (Entered: 01/21/2020) |
| 21/2020 | 5696 | MEMO ENDORSEMENT on re: 5400 Letter. ENDORSEMENT: SO ORDERED. (Set Deadlines/Hearing as to 5384 for the Court to Decide Al Rajhi Bank's Pending Rule 12(b)(6) Motion to Dismiss: Responses due by 2/7/2020, Repli 3/4/2020.) (Signed by Judge George B. Daniels on 1/21/2020) (jwh) (Entered: 01/21/2020) |
| 21/2020 | 5697 | REPORT AND RECOMMENDATION re: (5433 in 1:03−md−01570−GBD−SN, 269 in 1:15−cv−09903−GBD−SN) for Default Judgment as to *Burnett/Iran XV Plaintiffs Set Forth on Exhibit A to the Eubanks Declaration*, filed by Bu Plaintiffs. For the foregoing reasons, plaintiffs should receive solatium damages as follows: (See document.) The sola claims for Jessica Nardone Feldman should be DENIED under the principles established in Hoglan IV. Plaintiffs sho awarded prejudgment interest on these damages from September 11, 2001, through the date of judgment, at a rate of per annum, compounded annually. See ECF No. 3358, adopted by, ECF No. 3383. Plaintiffs may apply for punitive a later date consistent with any future rulings made by the Court on this issue. Finally, any Burnett Plaintiffs not appe this motion and who were not previously awarded damages may still submit applications for solatium and/or econom awards. The parties shall have fourteen days from the service of this Report and Recommendation to file written obje pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure. See also Fed. R. Civ. P. 6( (adding three additional days when service is made under Fed. R. Civ. P. 5(b)(2)(C), (D), or (F)). A party may respon another party's objections within fourteen days after being served with a copy. Fed. R. Civ. P. 72(b)(2). Such objectic filed with the Clerk of the Court, with courtesy copies delivered to the chambers of the Honorable George B. Daniels United States Courthouse, 500 Pearl Street, New York, New York 10007, and to any opposing parties. See 28 U.S.C. 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b). Any requests for an extension of time for filing objections must be addres Judge George B. Daniels. The failure to file these timely objections will result in a waiver of those objections for pur appeal. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b); Thomas v. Arn, 474 U.S. 140 (1985). (Objection due by 2/4/2020.) (Signed by Magistrate Judge Sarah Netburn on 1/21/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN. ( ras) (Entered: 01/21/2020) |
| 21/2020 | 5698 | LETTER MOTION to Seal Document *RE: exhibits to declarations filed in support of motions for judgment on behal individuals injured on September 11, 2001* addressed to Magistrate Judge Sarah Netburn from John M. Eubanks date 21, 2020. Document filed by Arias Plaintiffs, Burnett Plaintiffs, Prior Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00041−GBD−SN, 1:19−cv−00044−GBD−SN(Eu John) (Entered: 01/21/2020) |
| 21/2020 | 5699 | MOTION Partial Final Judgment III . Document filed by Marinella Hemenway. (Attachments: # 1 Text of Proposed Exhibit A, # 3 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN(Goldma (Entered: 01/21/2020) |
| 21/2020 | 5700 | MEMORANDUM OF LAW in Support re: (62 in 1:18−cv−12277−GBD−SN, 5699 in 1:03−md−01570−GBD−SN) Partial Final Judgment III . . Document filed by Marinella Hemenway. Filed In Associated Cases: 1:03−md−01570− 1:18−cv−12277−GBD−SN(Goldman, Jerry) (Entered: 01/21/2020) |

| | | |
|---|---|---|
| 21/2020 | 5701 | REPORT AND RECOMMENDATION re: (1146 in 1:02−cv−06977−GBD−SN, 5428 in 1:03−md−01570−GBD−SN for Default Judgment as to *Ashton XVI Wrongful Death Plaintiffs*, filed by Kathleen Ashton, (5420 in 1:03−md−01570−GBD−SN, 44 in 1:18−cv−11878−GBD−SN) MOTION For Partial Final Judgment III, filed by Che (1136 in 1:02−cv−06977−GBD−SN, 88 in 1:02−cv−07230−GBD−SN, 5402 in 1:03−md−01570−GBD−SN) MOTIO Default Judgment as to *the Burlingame IX Plaintiffs*, filed by Sheri G. Burlingame, (1140 in 1:02−cv−06977−GBD−S 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *certain Bauer Plaintiff against the Islamic Republi* filed by Dayna Spordone. Plaintiffs should receive solatium damages as follows: (See document.) The solatium claim Maxwell Sivin should be DENIED under the principles established in Hoglan IV. Plaintiffs should also be awarded p interest on these damages from September 11, 2001, through the date of judgment, at a rate of 4.96 percent per annum compounded annually. See ECF No. 3358, adopted by, ECF No. 3383. Plaintiffs may apply for punitive damages at a consistent with any future rulings made by the Court on this issue. Finally, any related plaintiffs not appearing in this who were not previously awarded damages may still submit applications for solatium and/or economic damages awar parties shall have fourteen days from the service of this Report and Recommendation to file written objections pursua U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure. See also Fed. R. Civ. P. 6(a), (d) (adding additional days when service is made under Fed. R. Civ. P. 5(b)(2)(C), (D), or (F)). A party may respond to another p objections within fourteen days after being served with a copy. Fed. R. Civ. P. 72(b)(2). Such objections shall be filed Clerk of the Court, with courtesy copies delivered to the chambers of the Honorable George B. Daniels at the United Courthouse, 500 Pearl Street, New York, New York 10007, and to any opposing parties. See 28 U.S.C. § 636(b)(1); F P. 6(a), 6(d), 72(b). Any requests for an extension of time for filing objections must be addressed to Judge George B. The failure to file these timely objections will result in a waiver of those objections for purposes of appeal. See 28 U. 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b); Thomas v. Arn, 474 U.S. 140 (1985). (Objections to R&R due by 2/4/202 by Magistrate Judge Sarah Netburn on 1/21/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN, 1:18−cv−11878−GBD−SN. (ras) (Main Document 5701 rep 2/13/2020) (ras). (Entered: 01/21/2020) |
| 21/2020 | 5702 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (62 in 1:18−cv−12277−GBD−SN, 5699 in 1:03−md−01570−GBD−SN) MOTION Partial Final Judgment III .. Document filed by Marinella Hemenway, Robert Hemenway. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN(Goldman, Jerry) (Entered: 01/21/2020) |
| 21/2020 | 5703 | NOTICE of [Corrected] Iran Notice of Amendment. Document filed by Marinella Hemenway. Filed In Associated C 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN(Goldman, Jerry) (Entered: 01/21/2020) |
| 21/2020 | 5704 | LETTER addressed to Magistrate Judge Sarah Netburn from Megan W. Benett dated 01/21/2020 re: offering Wrongf and Personal Injury PEC response to Courts request for additional information (ECF No. 5683) and to address related Document filed by Plaintiffs Executive Committees.(Benett, Megan) (Entered: 01/21/2020) |
| 21/2020 | 5705 | ORDER granting 5692 Letter Motion for Extension of Time to File Response/Reply. Al Buthe may respond by Febru 2020. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 01/2 |
| 21/2020 | 5706 | MOTION Partial Final Judgment III . Document filed by Marinella Hemenway. (Attachments: # 1 Text of Proposed Exhibit A, # 3 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN(Strong, (Entered: 01/21/2020) |
| 21/2020 | 5707 | MEMORANDUM OF LAW in Support re: (66 in 1:18−cv−12277−GBD−SN, 5706 in 1:03−md−01570−GBD−SN) M Partial Final Judgment III . . Document filed by Marinella Hemenway. Filed In Associated Cases: 1:03−md−01570−G 1:18−cv−12277−GBD−SN(Strong, Bruce) (Entered: 01/21/2020) |
| 21/2020 | 5708 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (66 in 1:18−cv−12277−GBD−SN, 5706 in 1:03−md−01570−GBD−SN) MOTION Partial Final Judgment III .. Document filed by Marinella Hemenway. (Attach Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN(Strong, Bruce) (Entered: 01/21/2020) |
| 21/2020 | 5709 | PROPOSED JUDGMENT. Document filed by Marinella Hemenway. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (S Bruce) **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/21/2020) |
| 21/2020 | 5710 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman Esq. dated 1/21/2020 Document filed Marinella Hemenway.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN(Goldman, (Entered: 01/21/2020) |
| 21/2020 | 5711 | MOTION for Default Judgment as to *Plaintiffs' Notice of Motion For Entry of Partial Final Default Judgments on Be Burnett/Iran Personal−Injury Plaintiffs (Burnett/Iran Personal Injury I)*. Document filed by Burnett Plaintiffs.Filed I Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 01/21/2020) |
| 21/2020 | 5712 | MEMORANDUM OF LAW in Support re: (5711 in 1:03−md−01570−GBD−SN, 300 in 1:15−cv−09903−GBD−SN) for Default Judgment as to *Plaintiffs' Notice of Motion For Entry of Partial Final Default Judgments on Behalf of Bu Personal−Injury Plaintiffs (Burnett/Iran Personal Injury I)*. . Document filed by Burnett Plaintiffs. Filed In Associate 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 01/21/2020) |

| | | |
|---|---|---|
| 21/2020 | 5713 | DECLARATION of John M. Eubanks in Support re: (5711 in 1:03−md−01570−GBD−SN, 300 in 1:15−cv−09903−C MOTION for Default Judgment as to *Plaintiffs' Notice of Motion For Entry of Partial Final Default Judgments on Bu Burnett/Iran Personal−Injury Plaintiffs (Burnett/Iran Personal Injury I)*.. Document filed by Burnett Plaintiffs. (Atta 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 E 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Ex Y)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 01/2 |
| 21/2020 | 5714 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Eubanks, J **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/21/2020) |
| 21/2020 | 5715 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 01/22/2020) |
| 22/2020 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT Document No. 5709 Proposed 5714 Proposed Default Judgment was reviewed and approved as to form. (km)** (Entered: 01/22/2020) |
| 22/2020 | 5716 | **Superseded by Judge's Order dated 8/23/2021, Doc. #7067 in case 1:03−md−1570.** ORDER granting (5698) Mot Document in case 1:03−md−01570−GBD−SN; granting (299) Motion to Seal Document in case 1:15−cv−09903−GE granting (48) Motion to Seal Document in case 1:19−cv−00041−GBD−SN; granting (38) Motion to Seal Document i 1:19−cv−00044−GBD−SN. All parties submitting exhibits that include economic loss calculations and reports, and e containing confidential information in support of a declaration regarding a request for damages, may file them by dis Clerk of the Court to be maintained under seal. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text On Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00041−GBD−SN, 1:19−cv−00044−GBD−SN. (ras) Modified on 8/23/2021 (ras). (Entered: 01/22/2020) |
| 22/2020 | 5717 | LETTER addressed to Judge George B. Daniels from Megan W. Benett dated 01/22/2020 re: extension of time re EC 5387 and 5701. Document filed by Kathleen Ashton.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Benett, Megan) (Entered: 01/22/2020) |
| 22/2020 | 5718 | ORDER: The Latent Injury Plaintiffs are directed to submit a letter to the Court addressing the issues raised in the PE including: (1) what statutory or other authority authorizes the Court to enter a default judgment against Iran without p service and an opportunity for Iran to respond to the Short Form Complaint? The letter should specifically address fo the PEC's letter and whether and on what basis the Latent Injury Plaintiffs' claims should properly be considered "me to Ashton; and (2) a response to the PEC's arguments with respect to the issues of causation and damages. Here, the C benefit from a more substantive analysis than provided in their motion papers. This letter should be filed no later than 27, 2020. Finally, since November 21, 2019, the Court has attempted to manage the anticipated flood of motions that filed in connection with the VSSTF amendments and has established several deadlines to avoid last minute motion pr raises new and complex questions of law and fact. The Latent Injury Plaintiffs' claims were unanticipated. In light of complicated issues raised by these claims and the competing demands on the Court's time, the Court does not anticipa any judgments in the Latent Injury Plaintiffs' claims before the February 19, 2020 VSSTF deadline. (Signed by Magi Sarah Netburn on 1/22/2020) (ras) (Entered: 01/22/2020) |
| 22/2020 | 5719 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 01/23/2020) |
| 23/2020 | 5720 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 01/23/2020) |
| 23/2020 | 5721 | MOTION for Default Judgment as to *Plaintiffs' Motion for Entry of Partial Final Default Judgments on Behalf of Bu Plaintiffs Identified at Exhibits A and B (Burnett/Iran XVIII)*. Document filed by Burnett Plaintiffs.Filed In Associate 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 01/23/2020) |
| 23/2020 | 5722 | MEMORANDUM OF LAW in Support re: (5721 in 1:03−md−01570−GBD−SN, 305 in 1:15−cv−09903−GBD−SN) for Default Judgment as to *Plaintiffs' Motion for Entry of Partial Final Default Judgments on Behalf of Burnett/Iran Identified at Exhibits A and B (Burnett/Iran XVIII)*. . Document filed by Burnett Plaintiffs. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 01/23/2020) |
| 23/2020 | 5723 | DECLARATION of John M. Eubanks in Support re: (5721 in 1:03−md−01570−GBD−SN, 305 in 1:15−cv−09903−C MOTION for Default Judgment as to *Plaintiffs' Motion for Entry of Partial Final Default Judgments on Behalf of Bu Plaintiffs Identified at Exhibits A and B (Burnett/Iran XVIII)*.. Document filed by Burnett Plaintiffs. (Attachments: # # 2 Exhibit B, # 3 Exhibit C (ECF 5716))Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 01/23/2020) |
| 23/2020 | 5724 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Exhibit A, # 2 Exhibit B) (Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (En 01/23/2020) |
| 23/2020 | 5725 | SUPPLEMENTAL MOTION for Default Judgment as to *Economic−Loss Damages on Behalf of Burnett/Iran Plaint Identified at Exhibit A (Burnett/Iran Supplement 1)*. Document filed by Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 01/23/2020) |

| | | |
|---|---|---|
| 23/2020 | 5726 | MEMORANDUM OF LAW in Support re: (5725 in 1:03−md−01570−GBD−SN, 309 in 1:15−cv−09903−GBD−SN) SUPPLEMENTAL MOTION for Default Judgment as to *Economic−Loss Damages on Behalf of Burnett/Iran Plaint Identified at Exhibit A (Burnett/Iran Supplement 1)*. . Document filed by Burnett Plaintiffs. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 01/23/2020) |
| 23/2020 | 5727 | DECLARATION of John M. Eubanks in Support re: (5725 in 1:03−md−01570−GBD−SN, 309 in 1:15−cv−09903−C SUPPLEMENTAL MOTION for Default Judgment as to *Economic−Loss Damages on Behalf of Burnett/Iran Plaint Identified at Exhibit A (Burnett/Iran Supplement 1)*.. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit Exhibit B (Under Seal ECF 5716))Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SI John) (Entered: 01/23/2020) |
| 23/2020 | 5728 | MEMORANDUM OF LAW in Support re: (5725 in 1:03−md−01570−GBD−SN, 309 in 1:15−cv−09903−GBD−SN) SUPPLEMENTAL MOTION for Default Judgment as to *Economic−Loss Damages on Behalf of Burnett/Iran Plaint Identified at Exhibit A (Burnett/Iran Supplement 1). *CORRECTED**. Document filed by Burnett Plaintiffs. Filed In Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 01/23/2020) |
| 23/2020 | 5729 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** PROPOSED ORDER. Document fil Burnett Plaintiffs. (Attachments: # 1 Exhibit A) (Eubanks, John) **Proposed Order to be reviewed by Clerk's Office** Modified on 1/24/2020 (km). (Entered: 01/23/2020) |
| 23/2020 | 5735 | REPORT AND RECOMMENDATION: Plaintiffs should receive solatium damages as follows: (See document.) The claims for Diana Patricia Castano, Margaret Ann Williams, Christine Wilson, Katherine Wynn, Edith Otelia Harris, t Lelia Wynn, and the Estate of Dorothy Lee Coles should be DENIED under the principles established in Hoglan IV. should also be awarded prejudgment interest on these damages from September 11, 2001, through the date of judgme of 4.96 percent per annum, compounded annually. See ECF No. 3358, adopted by, ECF No. 3383. Plaintiffs may app punitive damages at a later date consistent with any future rulings made by the Court on this issue. Finally, any Rowe Agyeman, Abel, DeRubbio, and Kim Plaintiffs not appearing in this motion and who were not previously awarded da still submit applications for solatium and/or economic damages awards. The parties shall have fourteen days from the this Report and Recommendation to file written objections pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the F Rules of Civil Procedure. See also Fed. R. Civ. P. 6(a), (d) (adding three additional days when service is made under Civ. P. 5(b)(2)(C), (D), or (F)). A party may respond to another party's objections within fourteen days after being se copy. Fed. R. Civ. P. 72(b)(2). Such objections shall be filed with the Clerk of the Court, with courtesy copies delive chambers of the Honorable George B. Daniels at the United States Courthouse, 500 Pearl Street, New York, New Yo and to any opposing parties. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b). Any requests for an extensic for filing objections must be addressed to Judge Daniels. The failure to file these timely objections will result in a wa those objections for purposes of appeal. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b); Thomas v. Arn, 140 (1985). (Objections to R&R due by 2/6/2020.) (Signed by Magistrate Judge Sarah Netburn on 1/23/2020) Filed I Associated Cases: 1:03−md−01570−GBD−SN et al. (ras) (Main Document 5735 replaced on 1/29/2020) (ras). (Enter 01/24/2020) |
| 24/2020 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. 5724 Propose Judgment was reviewed and approved as to form. (km)** (Entered: 01/24/2020) |
| 24/2020 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Joh to RE−FILE Document 5729 Proposed Order. Use the event type proposed orders, proposed default judgment** (Entered: 01/24/2020) |
| 24/2020 | 5730 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Exhibit A) (Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/24/2 |
| 24/2020 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. 5730 Propose Judgment was reviewed and approved as to form. (km)** (Entered: 01/24/2020) |
| 24/2020 | 5731 | SUPPLEMENTAL MOTION for Default Judgment as to *Economic−Loss Damages on Behalf of Arias Plaintiffs Ide Exhibit A (Arias Supplement 1)*. Document filed by Arias Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBI 1:19−cv−00041−GBD−SN(Eubanks, John) (Entered: 01/24/2020) |
| 24/2020 | 5732 | MEMORANDUM OF LAW in Support re: (5731 in 1:03−md−01570−GBD−SN, 50 in 1:19−cv−00041−GBD−SN) SUPPLEMENTAL MOTION for Default Judgment as to *Economic−Loss Damages on Behalf of Arias Plaintiffs Ide Exhibit A (Arias Supplement 1)*. . Document filed by Arias Plaintiffs. Filed In Associated Cases: 1:03−md−01570−Gl 1:19−cv−00041−GBD−SN(Eubanks, John) (Entered: 01/24/2020) |
| 24/2020 | 5733 | DECLARATION of John M. Eubanks in Support re: (50 in 1:19−cv−00041−GBD−SN, 5731 in 1:03−md−01570−Gl SUPPLEMENTAL MOTION for Default Judgment as to *Economic−Loss Damages on Behalf of Arias Plaintiffs Ide Exhibit A (Arias Supplement 1)*.. Document filed by Arias Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B)File Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00041−GBD−SN(Eubanks, John) (Entered: 01/24/2020) |

| | | |
|---|---|---|
| 24/2020 | 5734 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Arias Plaintiffs. (Attachments Exhibit A) (Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/24/2 |
| 24/2020 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. 5734 Propose Judgment was reviewed and approved as to form. (km)** (Entered: 01/24/2020) |
| 24/2020 | 5736 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman, Esq. dated 1/24/2020 Document filec of John P.O'Neill, Sr.. (Attachments: # 1 Redacted Letter Dated 1/15/2020)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN(Goldman, Jerry) (Entered: 01/24/2020) |
| 24/2020 | 5737 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated January 24, 2020 re: Sealed f response to January 17 filings. Document filed by Kingdom of Saudi Arabia.(Kellogg, Michael) (Entered: 01/24/202 |
| 27/2020 | 5738 | EMERGENCY LETTER MOTION for Leave to File sealed evidence, to be filed in a foreign court *in Luxembourg a* addressed to Judge George B. Daniels from Timothy B. Fleming dated January 26, 2020., EMERGENCY LETTER M Expedite *Consideration* addressed to Judge George B. Daniels from Timothy B. Fleming dated January 26, 2020. Do filed by Havlish Plaintiffs. (Attachments: # 1 Text of Proposed Order)(Fleming, Timothy) (Entered: 01/27/2020) |
| 27/2020 | 5739 | ORDER in case 1:03−cv−09848−GBD−SN; granting (5738) Letter Motion for Leave to File Document; granting (57 Motion to Expedite in case 1:03−md−01570−GBD−SN: The Havlish Plaintiffs' motion requesting permission to use previously−sealed witness testimony and some related exhibits, for limited purposes, is GRANTED, as further set for order. (Signed by Judge George B. Daniels on 1/27/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN, 1:11−cv−07550−GBD−SN (jwh) (Entered: 01/27/2020) |
| 27/2020 | 5740 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 01/27/2020) |
| 27/2020 | 5741 | SEALED DOCUMENT placed in vault.(rz) (Entered: 01/27/2020) |
| 27/2020 | 5742 | MOTION Partial Final Judgment IV . Document filed by Cheryl Rivelli. (Attachments: # 1 Text of Proposed Order, # A, # 3 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN(Goldman, Jerry 01/27/2020) |
| 27/2020 | 5743 | MEMORANDUM OF LAW in Support re: (59 in 1:18−cv−11878−GBD−SN, 5742 in 1:03−md−01570−GBD−SN) M Partial Final Judgment IV . . Document filed by Cheryl Rivelli. Filed In Associated Cases: 1:03−md−01570−GBD−S 1:18−cv−11878−GBD−SN(Goldman, Jerry) (Entered: 01/27/2020) |
| 27/2020 | 5744 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (59 in 1:18−cv−11878−GBD−SN, 5742 in 1:03−md−01570−GBD−SN) MOTION Partial Final Judgment IV .. Document filed by Cheryl Rivelli. (Attachments: A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN(Goldman, Jerry) (Entered: 01/27/2020) |
| 27/2020 | 5745 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** PROPOSED JUDGMENT. Docume Cheryl Rivelli. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Goldman, Jerry) **Proposed Judgment to be reviewed b Office staff.** Modified on 1/27/2020 (km). (Entered: 01/27/2020) |
| 27/2020 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Jer Goldman to RE−FILE Document 5745 Proposed Judgment. Use the event type proposed orders, proposed def judgment. (km)** (Entered: 01/27/2020) |
| 27/2020 | 5746 | LETTER addressed to Magistrate Judge Sarah Netburn from Barry Salzman dated 1/27/20 re: response to Court's req further information regarding wrongful death claims and to address related issues. Document filed by Gerard Ahearn Alcabes, Michelle Amin, Suzzanne Anderson, Georgia Asciutto, Johnn Basci, Geoffrey Cloud, Jr., Elaine Mandelkov Barry) (Entered: 01/27/2020) |
| 28/2020 | 5747 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter, Esquire dated January 28, 2020 re: "me of Federal Insurance. Document filed by Federal Insurance Company.(Carter, Sean) (Entered: 01/28/2020) |
| 28/2020 | 5748 | **FILING ERROR − DEFICIENT DOCUMENT −** PROPOSED JUDGMENT. Document filed by Cheryl Rivelli. ( Jerry) **Proposed Judgment to be reviewed by Clerk's Office staff.** Modified on 1/28/2020 (dt). (Entered: 01/28/202 |
| 28/2020 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED JUDGMENT. Notice to attorney Jer Goldman to RE−FILE Document No. 5748 Proposed Judgment. The filing is deficient for the following reason Exhibits are not attached. Re−file the document using the event type Proposed Judgment found under the even Proposed Orders. − select the correct filer/filers. (dt)** (Entered: 01/28/2020) |
| 28/2020 | 5749 | PROPOSED JUDGMENT. Document filed by Cheryl Rivelli. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Goldmar **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/28/2020) |
| 28/2020 | 5750 | MEMO ENDORSEMENT on re: (5736 in 1:03−md−01570−GBD−SN, 709 in 1:04−cv−01923−GBD−SN) Letter, fil Estate of John P.O'Neill, Sr. ENDORSEMENT: Plaintiffs' request to file portions of the above−referenced affidavits |

| | | |
|---|---|---|
| | | of plaintiffs' Motion for Class Certification under seal is GRANTED pursuant to the parties' October 21, 2019 stipula (Signed by Magistrate Judge Sarah Netburn on 1/28/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN. (ras) (Entered: 01/28/2020) |
| 28/2020 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (5749 in 1:03−md−01570− 64 in 1:18−cv−11878−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Associat 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN(dt)** (Entered: 01/28/2020) |
| 28/2020 | 5751 | ORDER: The Court issued an order on January 17, 2020, adjourning the deadline as to these three defendants and sta follow−on order will be issued setting new deadlines. As to Mr. Al Buthe, the Court stays the deadlines outlined at E 5413 until 30 days after the Court's ruling on the Al Buthe sanctions motion. As to Mr. Kadi, the Court stays the dea outlined at ECF No. 5413 until either 30 days after Mr. Jelaiden's deposition, or by June 30, 2020, whichever date co As to Mr. Jelaiden, the Court stays the deadlines outlined at ECF No. 5413 until 30 days after the Jelaiden deposition place. All the remaining deadlines at ECF No. 5413 should be adjusted accordingly for these three plaintiffs. These d will not be further extended. The Court GRANTS Mr. Al Kadi's counsel's request and directs that Plaintiffs' submissi concerning the identities of their contemplated experts and descriptions of the subject matter of their anticipated repo testimonies comply with the specific language in the Court's orders at ECF Nos. 5266 and 5413. (Signed by Magistra Sarah Netburn on 1/28/2020) (ras) (Entered: 01/28/2020) |
| 28/2020 | 5752 | LETTER addressed to Magistrate Judge Sarah Netburn from Waleed Nassar dated January 28, 2020 re: Update on St Abdullah Naseef's Medical Condition. Document filed by Abdullah Naseef.(Nassar, Waleed) (Entered: 01/28/2020) |
| 28/2020 | 5753 | SEALED DOCUMENT placed in vault.(rz) (Entered: 01/28/2020) |
| 28/2020 | 5754 | AFFIDAVIT of Jerry S. Goldman, Esq. in Support re: (5675 in 1:03−md−01570−GBD−SN, 705 in 1:04−cv−01923− MOTION to Certify Class .. Document filed by Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN(Goldman, Jerry) (Entered: 01/28/2020) |
| 28/2020 | 5755 | AFFIDAVIT of John P. O'Neill Jr. in Support re: (5675 in 1:03−md−01570−GBD−SN, 705 in 1:04−cv−01923−GBD MOTION to Certify Class .. Document filed by Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN(Goldman, Jerry) (Entered: 01/28/2020) |
| 28/2020 | 5756 | AFFIDAVIT of Christine I. O'Neill in Support re: (5675 in 1:03−md−01570−GBD−SN, 705 in 1:04−cv−01923−GB MOTION to Certify Class .. Document filed by Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN(Goldman, Jerry) (Entered: 01/28/2020) |
| 28/2020 | 5757 | AFFIDAVIT of Carol A. O'Neill in Support re: (5675 in 1:03−md−01570−GBD−SN, 705 in 1:04−cv−01923−GBD− MOTION to Certify Class .. Document filed by Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN(Goldman, Jerry) (Entered: 01/28/2020) |
| 28/2020 | 5758 | LETTER MOTION to Expedite *substitution of personal representative of the estate of a deceased plaintiff* addressed Magistrate Judge Sarah Netburn from Robert A. O'Hare Jr. dated 01/28/2020. Document filed by Ester DiNardo, Har DiNardo. (Attachments: # 1 Exhibit 1)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN(O'Hare, Robert) (Entered: 01/28/2020) |
| 29/2020 | 5759 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman, Esq. dated 1/29/2020 Document filed by Llo Lloyd Abel, Lloyd Abel, Sr, Chang Kim.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11837−G 1:18−cv−11870−GBD−SN(Goldman, Jerry) (Entered: 01/29/2020) |
| 29/2020 | 5760 | MOTION for Default Judgment as to *Plaintiffs' Notice of Motion For Entry of Partial Final Default Judgments on B Burnett/Iran Personal−Injury Plaintiffs (Burnett/Iran Personal Injury II)*. Document filed by Burnett Plaintiffs.Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 01/29/2020) |
| 29/2020 | 5761 | MEMORANDUM OF LAW in Support re: (5760 in 1:03−md−01570−GBD−SN, 316 in 1:15−cv−09903−GBD−SN) for Default Judgment as to *Plaintiffs' Notice of Motion For Entry of Partial Final Default Judgments on Behalf of Bu Personal−Injury Plaintiffs (Burnett/Iran Personal Injury II)*. . Document filed by Burnett Plaintiffs. Filed In Associa 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 01/29/2020) |
| 29/2020 | 5762 | DECLARATION of John M. Eubanks in Support re: (316 in 1:15−cv−09903−GBD−SN, 5760 in 1:03−md−01570−C MOTION for Default Judgment as to *Plaintiffs' Notice of Motion For Entry of Partial Final Default Judgments on B Burnett/Iran Personal−Injury Plaintiffs (Burnett/Iran Personal Injury II)*.. Document filed by Burnett Plaintiffs. (Att 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 E 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(Eubanks, John) (Entered: 01/29/2020) |
| 29/2020 | 5763 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Eubanks, J **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/29/2020) |

| | | |
|---|---|---|
| 29/2020 | 5764 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman, Esq. dated 1/29/2020 Document filed Derubbio.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05306−GBD−SN(Goldman, Jerry) (Ente 01/29/2020) |
| 29/2020 | 5765 | ORDER granting (5758) Letter Motion to Expedite in case 1:03−md−01570−GBD−SN; granting (200) Letter Motion Expedite in case 1:19−cv−00012−GBD−SN. The Court cannot guarantee that it will address motions for default judg submitted after January 15, 2020 in advance of the February 19, 2020 USVSSTF deadline. (HEREBY ORDERED by Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−G (ras) (Entered: 01/29/2020) |
| 29/2020 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. 5763 Proposed Judgment was reviewed and approved as to form. (km)** (Entered: 01/29/2020) |
| 29/2020 | 5766 | AFFIDAVIT OF SERVICE of Summary Judgment and Notice of Default Judgment served on Islamic Republic of Ir December 18, 2019. Document filed by Kristen Carpenter, Kristen Carpenter, Joan Parker, Joan Parker, Stephanie Pa Suarez, Bryan Suarez, Carol Suarez, Carol Suarez, Manuel Suarez, Manuel Suarez. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11416−GBD−SN(Capone, Dorothea) (Entered: 01/29/2020) |
| 29/2020 | 5767 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 01/29/2020) |
| 29/2020 | 5768 | LETTER MOTION to Expedite *substitution of personal representative of the estate of a deceased plaintiff* addressed Magistrate Judge Sarah Netburn from Megan W. Benett dated 01/29/2020. Document filed by Kathleen Ashton.Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(Benett, Megan) (Entered: 01/29/2020) |
| 29/2020 | 5769 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated January 29, 2020 re: Sealed f Document filed by Kingdom of Saudi Arabia.(Kellogg, Michael) (Entered: 01/29/2020) |
| 29/2020 | 5770 | MEMO ENDORSEMENT on re: (5764 in 1:03−md−01570−GBD−SN, 119 in 1:18−cv−05306−GBD−SN) Letter file Jessica Derubbio. ENDORSEMENT: The Clerk of Court is directed to replace the document at ECF No. 5735 correc spelling error above. (Signed by Magistrate Judge Sarah Netburn on 1/29/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05306−GBD−SN. (ras) (Entered: 01/29/2020) |
| 29/2020 | 5783 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 01/30/2020) |
| 29/2020 | 5785 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 01/30/2020) |
| 30/2020 | 5771 | ORDER OF FINAL JUDGMENT: ORDERED that final judgment is entered on behalf of certain Plaintiffs in Bauer Qaeda Islamic Army, et al., 02−cv−7236 (GBD)(SN) (identified in the attached Exhibit A as Bauer III Plaintiffs) aga Islamic Republic of Iran; and it is ORDERED that the Bauer III Plaintiffs identified in the attached Exhibit A are awa economic damages as set forth in Exhibit A and as supported by the expert reports and analyses submitted in Exhibit further set forth in this judgment. (Signed by Judge George B. Daniels on 1/30/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(jwh) (Entered: 01/30/2020) |
| 30/2020 | 5772 | ORDER OF FINAL JUDGMENT: ORDERED that final judgment is entered on behalf of certain Plaintiffs in Bauer Qaeda Islamic Army, et al., 02−cv−7236 (GBD)(SN) (identified in the attached Exhibit A as Bauer IV Plaintiffs) aga Islamic Republic of Iran; and it is ORDERED that the Bauer IV Plaintiffs identified in the attached Exhibit A are awa economic damages as set forth in Exhibit A and as supported by the expert reports and analyses submitted in Exhibit further set forth in this judgment. (Signed by Judge George B. Daniels on 1/30/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(jwh) (Entered: 01/30/2020) |
| 30/2020 | 5773 | ORDER OF FINAL JUDGMENT: ORDERED that final judgment is entered on behalf of certain Plaintiffs in Bauer Qaeda Islamic Army, et al., 02−cv−7236 (GBD)(SN) (identified in the attached Exhibit A as Bauer V Plaintiffs) agai Islamic Republic of Iran; and it is ORDERED that the Bauer V Plaintiffs identified in the attached Exhibit A are awa economic damages as set forth in Exhibit A and as supported by the expert reports and analyses submitted in Exhibit further set forth in this order. (Signed by Judge George B. Daniels on 1/30/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(jwh) (Entered: 01/30/2020) |
| 30/2020 | 5774 | MEMO ENDORSEMENT on (1213 in 1:02−cv−06977−GBD−SN, 5647 in 1:03−md−01570−GBD−SN) MOTION t and Grant Corrected Order Of Final Judgment For Solatium Damages As To Theresa Regan Only re:(4880 in 1:03−md−01570−GBD−SN) Judgment, filed by Kathleen Ashton. ENDORSEMENT: So Ordered. Motions terminate 1:02−cv−06977−GBD−SN, 5647 in 1:03−md−01570−GBD−SN) MOTION to Vacate (4880 in 1:03−md−01570−GB Judgment, filed by Kathleen Ashton. (Signed by Judge George B. Daniels on 1/30/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(js) (Entered: 01/30/2020) |
| 30/2020 | 5775 | ORDER OF FINAL JUDGMENT: ORDERED that final judgment is entered on behalf of certain Plaintiffs in Bauer Qaeda Islamic Army, et al., 02−cv−7236 (GBD)(SN) (identified in the attached Exhibit A as Bauer VI Plaintiffs) aga Islamic Republic of Iran; and it is ORDERED that the Bauer VI Plaintiffs identified in the attached Exhibit A are awa economic damages as set forth in Exhibit A and as supported by the expert reports and analyses submitted in Exhibit further set forth in this judgment. (Signed by Judge George B. Daniels on 1/30/2020) Filed In Associated Cases: |

| | | |
|---|---|---|
| | | 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(jwh) (Entered: 01/30/2020) |
| 30/2020 | 5776 | ORDER OF FINAL JUDGMENT: ORDERED that final judgment is entered on behalf of certain Plaintiffs in Bauer Qaeda Islamic Army, et al., 02−cv−7236 (GBD)(SN) (identified in the attached Exhibit A as Bauer VII Plaintiffs) ag Islamic Republic of Iran; and it is ORDERED that the Bauer VII Plaintiffs identified in the attached Exhibit A are aw economic damages as set forth in Exhibit A and as supported by the expert reports and analyses submitted in Exhibit further set forth in this judgment. (Signed by Judge George B. Daniels on 1/30/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(jwh) (Entered: 01/30/2020) |
| 30/2020 | 5777 | TRANSCRIPT of Proceedings re: CONFERENCE held on 1/13/2020 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Raquel Robles, (212) 805−0300. Transcript may be viewed at the court public terminal or purc through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 2/20/2020. Redacted Transcript Deadline set for 3/2/2020. Release Transcript Restriction set for 4/29/2020.(McGuirk, Kelly) (Entered: 01/30/2020) |
| 30/2020 | 5778 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERI proceeding held on 1/13/2020 has been filed by the court reporter/transcriber in the above−captioned matter. The part seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...( Kelly) (Entered: 01/30/2020) |
| 30/2020 | 5779 | ORDER OF FINAL JUDGMENT: ORDERED that final judgment is entered on behalf of certain Plaintiffs in Bauer Qaeda Islamic Army, et al., 02−cv−7236 (GBD)(SN) (identified in the attached Exhibit A as Bauer VIII Plaintiffs) ag Islamic Republic of Iran; and it is ORDERED that the Bauer VIII Plaintiffs identified in the attached Exhibit A are av economic damages as set forth in Exhibit A and as supported by the expert reports and analyses submitted in Exhibit further set forth in this judgment. (Signed by Judge George B. Daniels on 1/30/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(jwh) (Entered: 01/30/2020) |
| 30/2020 | 5780 | ORDER OF FINAL JUDGMENT: ORDERED that final judgment is entered on behalf of certain Plaintiffs in Bauer Qaeda Islamic Army, et al., 02−cv−7236 (GBD)(SN) (identified in the attached Exhibit A as Bauer IX Plaintiffs) aga Islamic Republic of Iran; and it is ORDERED that the Bauer IX Plaintiffs identified in the attached Exhibit A are awa economic damages as set forth in Exhibit A and as supported by the expert reports and analyses submitted in Exhibit further set forth in this judgment. (Signed by Judge George B. Daniels on 1/30/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(jwh) (Entered: 01/30/2020) |
| 30/2020 | 5781 | ORDER OF FINAL JUDGMENT: ORDERED that final judgment is entered on behalf of certain Plaintiffs in Bauer Qaeda Islamic Army, et al., 02−cv−7236 (GBD)(SN) (identified in the attached Exhibit A as Bauer X Plaintiffs) agai Islamic Republic of Iran; and it is ORDERED that the Bauer X Plaintiffs identified in the attached Exhibit A are awa economic damages as set forth in Exhibit A and as supported by the expert reports and analyses submitted in Exhibit further set forth in this judgment. (Signed by Judge George B. Daniels on 1/30/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(jwh) (Entered: 01/30/2020) |
| 30/2020 | 5782 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF RIVELLI PLAINTIFFS IDENTIFIED EXHIBITS A AND B IV: ORDERED that service of process was effected upon the Iran Defendants in accordance w U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § 1608(b) for agencies and instrumentalities of sovereign de and it is ORDERED that partial final judgment is entered against the Iran Defendants and on behalf of the Plaintiffs i IV, as identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, p child, or sibling) of an individual killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and ORDERED that Plaintiffs identified in Exhibit A are awarded: solatium damages of $12,500,000 per spouse, $8,500, parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is ORDERED that partial fin judgment is entered against the Iran Defendants and on behalf of the Plaintiffs in Rivelli IV, as identified in the attach B, who are each the estate of a victim of the terrorist attacks on September 11, 2001, as indicated in Exhibit B; and it ORDERED that Plaintiffs identified in Exhibit Bare awarded: compensatory damages for decedents' pain and sufferi amount of $2,000,000 per estate, as set forth in Exhibit B; and it is ORDERED that Plaintiffs identified in Exhibits A awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 u of judgment; and as further set forth in this judgement. (Signed by Judge George B. Daniels on 1/30/2020) (jwh) (Ent 01/30/2020) |
| 30/2020 | 5784 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF PRIOR PLAINTIFFS IDENTIFIED A A: ORDERED that partial final judgment is entered against the Iran Defendants and on behalf of the Plaintiffs in Prio The Islamic Republic of Iran, et al., Case No. 19−cv−44 (GBD)(SN), as identified in the attached Exhibit A, who are spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of individuals killed in the terrorist September 11, 2001, as indicated in Exhibit A, and it is ORDERED that Plaintiffs identified in Exhibit A are awarde damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set f Exhibit A; and it is ORDERED that Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percen annum, compounded annually, running from September 11, 2001 until the date of judgment; and as further set forth i judgment. (Signed by Judge George B. Daniels on 1/30/2020) (jwh) (Entered: 01/30/2020) |

| | | |
|---|---|---|
| 30/2020 | 5786 | MEMO ENDORSEMENT on re: (1223 in 1:02−cv−06977−GBD−SN, 5717 in 1:03−md−01570−GBD−SN) Letter. ENDORSEMENT: SO ORDERED. (Objections to R&R due by 3/9/2020) (Signed by Judge George B. Daniels on 1/ Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(jwh) (Entered: 01/30/2020) |
| 30/2020 | 5787 | ORDER denying 5768 Letter Motion to Expedite. With condolences to Ms. Cieslik and her family, the Court is not a substitute Ms. Cieslik unless and until she has been appointed as the Personal Representative of the Estate of Andrzej such time that she becomes the "proper party," Fed. R. Civ. P. 25(a)(1). the Court will expeditiously enter an order of substitution. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered 01/30/2020) |
| 30/2020 | 5788 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman, Esq. dated 1/30/2020 Document filed Rivelli.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN(Goldman, Jerry) (Entered 01/30/2020) |
| 30/2020 | 5789 | ORDER re: 5526 MOTION to Substitute Party: ORDERED that the Agyeman Plaintiffs' motion is granted; and it is ORDERED that the individuals included on Exhibit A be substituted into the Agyeman case. (Signed by Judge Georg Daniels on 1/30/2020) (jwh) (Entered: 01/30/2020) |
| 30/2020 | 5790 | LETTER addressed to Magistrate Judge Sarah Netburn dated 1/30/2020 Document filed by Jessica Derubbio.Filed In Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05306−GBD−SN(Goldman, Jerry) (Entered: 01/30/2020) |
| 31/2020 | 5791 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman, Esq. dated 1/31/2020 Document filed Derubbio. (Attachments: # 1 Exhibit)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05306−GBD−SN(Goldman, Jerry) (Entered: 01/31/2020) |
| 31/2020 | 5792 | MOTION for Default Judgment as to *Plaintiffs' Notice of Motion for Entry of Partial Final Default Judgments on Be Ashton/Iran Personal−Injury Plaintiffs (Ashton/Iran Personal Injury 1)*. Document filed by Kathleen Ashton.Filed In Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 01/31/2020) |
| 31/2020 | 5793 | MEMORANDUM OF LAW in Support re: (1235 in 1:02−cv−06977−GBD−SN, 5792 in 1:03−md−01570−GBD−SN for Default Judgment as to *Plaintiffs' Notice of Motion for Entry of Partial Final Default Judgments on Behalf of Ash Personal−Injury Plaintiffs (Ashton/Iran Personal Injury 1)*. . Document filed by Kathleen Ashton. Filed In Associate 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 01/31/2020) |
| 31/2020 | 5794 | DECLARATION of James P. Kreindler in Support re: (1235 in 1:02−cv−06977−GBD−SN, 5792 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Plaintiffs' Notice of Motion for Entry of Partial Fi Judgments on Behalf of Ashton/Iran Personal−Injury Plaintiffs (Ashton/Iran Personal Injury 1)*.. Document filed by Ashton. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 01/31/2020) |
| 31/2020 | 5795 | REPLY MEMORANDUM OF LAW in Support re: (5361 in 1:03−md−01570−GBD−SN, 1115 in 1:02−cv−06977−C 491 in 1:03−cv−09848−GBD−SN, 265 in 1:15−cv−09903−GBD−SN, 532 in 1:04−cv−01076−GBD−SN, 83 in 1:02−cv−07230−GBD−SN) MOTION for Reconsideration re; (5180 in 1:03−md−01570−GBD−SN, 1085 in 1:02−cv−06977−GBD−SN) Memorandum & Opinion,,,, *Motion for Reconsideration and/or Clarification of Decision Establishing a Common Benefit Fund Solely in Favor of Havlish Co . Document filed by All Plaintiffs. Filed In Assoc Cases: 1:03−md−01570−GBD−SN et al..(Haefele, Robert) (Entered: 01/31/2020)* |
| 31/2020 | 5796 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Kathleen Ashton. (Kreindler, J **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/31/2020) |
| 31/2020 | 5797 | BRIEF re: 5359 Brief, 5360 Brief *The Federal Plaintiffs' Memorandum of Law in Further Support of their Proposal the Establishment and Allocation of the Common Benefit Fund and for Reconsideration of the Court's September 30, Common Benefit Fund Decision, or, in the alternative, in further support of objections to the Court's September 30, 2 Opinion and Order pursuant to Fed. R. Civ. P. 72*. Document filed by Federal Insurance Company et al., Plaintiffs..(C Sean) (Entered: 01/31/2020) |
| 31/2020 | 5798 | MOTION for Default Judgment as to *Plaintiffs' Notice of Motion For Entry of Partial Final Default Judgments on Be Burnett/Iran Personal−Injury Plaintiffs (Burnett/Iran Personal Injury III)*. Document filed by Burnett Plaintiffs.Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 01/31/2020) |
| 31/2020 | 5799 | MEMORANDUM OF LAW in Support re: (5798 in 1:03−md−01570−GBD−SN, 321 in 1:15−cv−09903−GBD−SN) for Default Judgment as to *Plaintiffs' Notice of Motion For Entry of Partial Final Default Judgments on Behalf of Bu Personal−Injury Plaintiffs (Burnett/Iran Personal Injury III)*. . Document filed by Burnett Plaintiffs. Filed In Associa 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 01/31/2020) |
| 31/2020 | 5800 | DECLARATION of John M. Eubanks in Support re: (5798 in 1:03−md−01570−GBD−SN, 321 in 1:15−cv−09903−C MOTION for Default Judgment as to *Plaintiffs' Notice of Motion For Entry of Partial Final Default Judgments on Be Burnett/Iran Personal−Injury Plaintiffs (Burnett/Iran Personal Injury III)*.. Document filed by Burnett Plaintiffs. (At # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, |

| | | |
|---|---|---|
| | | I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 # 18 Exhibit R)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) ( 01/31/2020) |
| 31/2020 | 5801 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Eubanks, J **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/31/2020) |
| 31/2020 | 5802 | MOTION for Default Judgment as to *Burlingame XI Personal Injury Plaintiffs*. Document filed by Sheri Burlingame Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN.(Granito, Fra (Entered: 01/31/2020) |
| 31/2020 | 5803 | DECLARATION of Frank H. Granito, III in Support re: (102 in 1:02−cv−07230−GBD−SN) MOTION for Default Ju to *Burlingame XI Personal Injury Plaintiffs*.. Document filed by Sheri Burlingame. (Attachments: # 1 Exhibit A, # 2 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # K)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN.(C Frank) (Entered: 01/31/2020) |
| 31/2020 | 5804 | PROPOSED JUDGMENT. Document filed by Sheri Burlingame. (Granito, Frank) **Proposed Judgment to be reviev Clerk's Office staff.** (Entered: 01/31/2020) |
| 31/2020 | 5805 | MOTION for Default Judgment as to *Motion for Entry of Partial Final Default Judgments on Behalf of Burnett/Iran Identified in Exhibits A and B (Burnett/Iran XIX)*. Document filed by Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 01/31/2020) |
| 31/2020 | 5806 | MEMORANDUM OF LAW in Support re: (5805 in 1:03−md−01570−GBD−SN, 325 in 1:15−cv−09903−GBD−SN) for Default Judgment as to *Motion for Entry of Partial Final Default Judgments on Behalf of Burnett/Iran Plaintiffs I Exhibits A and B (Burnett/Iran XIX)*. . Document filed by Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 01/31/2020) |
| 31/2020 | 5807 | DECLARATION of John M. Eubanks in Support re: (5805 in 1:03−md−01570−GBD−SN, 325 in 1:15−cv−09903−C MOTION for Default Judgment as to *Motion for Entry of Partial Final Default Judgments on Behalf of Burnett/Iran Identified in Exhibits A and B (Burnett/Iran XIX)*.. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A Exhibit B, # 3 Exhibit C Under Seal)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 01/31/2020) |
| 31/2020 | 5808 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Exhibit A, # 2 Exhibit B) (Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Er 01/31/2020) |
| 31/2020 | 5809 | MOTION for Default Judgment as to *Motion for Entry of Partial Final Default Judgment on Behalf of Prior Plaintif at Exhibit A (Prior IV)*. Document filed by Prior Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00044−GBD−SN.(Eubanks, John) (Entered: 01/31/2020) |
| 31/2020 | 5810 | MEMORANDUM OF LAW in Support re: (41 in 1:19−cv−00044−GBD−SN, 5809 in 1:03−md−01570−GBD−SN) M for Default Judgment as to *Motion for Entry of Partial Final Default Judgment on Behalf of Prior Plaintiff Identified A (Prior IV)*. . Document filed by Prior Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00044−GBD−SN.(Eubanks, John) (Entered: 01/31/2020) |
| 31/2020 | 5811 | DECLARATION of John M. Eubanks in Support re: (5809 in 1:03−md−01570−GBD−SN, 41 in 1:19−cv−00044−GI MOTION for Default Judgment as to *Motion for Entry of Partial Final Default Judgment on Behalf of Prior Plaintif at Exhibit A (Prior IV)*.. Document filed by Prior Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00044−GBD−SN.(Eubanks, John) (Entered: 01/31/2020) |
| 31/2020 | 5812 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Prior Plaintiffs. (Attachments: A) (Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/31/2020) |
| 03/2020 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Joh to RE−FILE Document 5804 Proposed Judgment. Use the event type proposed orders, proposed default judgn** (Entered: 02/03/2020) |
| 03/2020 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. 5812 Proposec Judgment 5763 Proposed Default Judgment 5808 Proposed Default Judgment 5801 Proposed Default Judgmen reviewed and approved as to form. (km)** (Entered: 02/03/2020) |
| 03/2020 | 5813 | NOTICE OF APPEARANCE by Stephen Wah on behalf of August Bernaerts, Deborah Bodner, BNY Mellon. Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11767−GBD−SN, 1:19−cv−11776−GBD−SN, 1:19−cv−11865−GBD−SN.(Wah, Stephen) (Entered: 02/03/2020) |

| | | |
|---|---|---|
| )3/2020 | 5814 | NOTICE OF APPEARANCE by Bruce Elliot Strong on behalf of August Bernaerts, Deborah Bodner, BNY Mellon. Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11767−GBD−SN, 1:19−cv−11776−GBD−SN, 1:19−cv−11865−GBD−SN.(Strong, Bruce) (Entered: 02/03/2020) |
| )3/2020 | 5815 | NOTICE OF APPEARANCE by Samantha Emily Smith on behalf of August Bernaerts, Deborah Bodner, BNY Mell Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11767−GBD−SN, 1:19−cv−11776−GBD−SN, 1:19−cv−11865−GBD−SN.(Smith, Samantha) (Entered: 02/03/2020) |
| )3/2020 | 5816 | MOTION for Default Judgment as to *Motion for Entry of Partial Default Judgments on Behalf of Burnett/Iran Perso Plaintiffs (Burnett/Iran Personal Injury 4)*. Document filed by Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 02/03/2020) |
| )3/2020 | 5817 | MEMORANDUM OF LAW in Support re: (5816 in 1:03−md−01570−GBD−SN, 330 in 1:15−cv−09903−GBD−SN) for Default Judgment as to *Motion for Entry of Partial Default Judgments on Behalf of Burnett/Iran Personal−Injury (Burnett/Iran Personal Injury 4)*. . Document filed by Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570− 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 02/03/2020) |
| )3/2020 | 5818 | DECLARATION of John M. Eubanks in Support re: (5816 in 1:03−md−01570−GBD−SN, 330 in 1:15−cv−09903−C MOTION for Default Judgment as to *Motion for Entry of Partial Default Judgments on Behalf of Burnett/Iran Perso Plaintiffs (Burnett/Iran Personal Injury 4)*.. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A, # 2 E w/o exhibits, # 3 Exhibit C w/o exhibits, # 4 Exhibit D w/o exhibits)Filed In Associated Cases: 1:03−md−01570−GB 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 02/03/2020) |
| )3/2020 | 5819 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Eubanks, J **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 02/03/2020) |
| )3/2020 | 5820 | NOTICE OF APPEARANCE by Christopher Mark Curran on behalf of Republic of the Sudan, Republic of the Suda Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01922−GBD−SN, 1:18−cv−12114−GBD−SN.(Curran, Chr (Entered: 02/03/2020) |
| )3/2020 | 5821 | NOTICE OF APPEARANCE by Nicole Erb on behalf of Republic of the Sudan, Republic of the Sudan. Filed In Ass Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01922−GBD−SN, 1:18−cv−12114−GBD−SN.(Erb, Nicole) (Entered: ( |
| )3/2020 | 5822 | NOTICE OF APPEARANCE by Claire Angela DeLelle on behalf of Republic of the Sudan, Republic of the Sudan. I Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01922−GBD−SN, 1:18−cv−12114−GBD−SN.(DeLelle, Cla (Entered: 02/03/2020) |
| )3/2020 | 5823 | MOTION for Matthew S. Leddicotte to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−186741 **and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Republic of the Sudan, Republic Sudan. (Attachments: # 1 Affidavit, # 2 Text of Proposed Order, # 3 DC Certificate of Good Standing)Filed In Assoc Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01922−GBD−SN, 1:18−cv−12114−GBD−SN.(Leddicotte, Matthew) (I 02/03/2020) |
| )3/2020 | 5824 | MOTION to Dismiss for Lack of Jurisdiction *Sudan's Motion to Dismiss for Lack of Subject−Matter Jurisdiction and Jurisdiction*. Document filed by Republic of the Sudan. Responses due by 2/18/2020.(Curran, Christopher) (Entered: 02/03/2020) |
| )3/2020 | 5825 | MEMORANDUM OF LAW in Support re: 5824 MOTION to Dismiss for Lack of Jurisdiction *Sudan's Motion to Di Lack of Subject−Matter Jurisdiction and Personal Jurisdiction*. . Document filed by Republic of the Sudan..(Curran, Christopher) (Entered: 02/03/2020) |
| )3/2020 | 5830 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 02/04/2020) |
| )3/2020 | 5831 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 02/04/2020) |
| )4/2020 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (333 in 1:15−cv−09903−GBD−SN, 5819 in 1:03−md−01570−GBD−SN) Proposed Default Judgment was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(dt)** (Entered: 02/0 |
| )4/2020 | 5826 | **FILING ERROR − WRONG PDF FILE ASSOCIATED WITH DOCKET ENTRY −** PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Herman Ray. (Attachments: # 1 Exhibit A Affidavit of Timothy # 2 Text of Proposed Order) (Fleming, Timothy) **Proposed document to be reviewed and processed by Clerk's Of (No action required by chambers).** Modified on 2/4/2020 (dt). (Entered: 02/04/2020) |
| )4/2020 | 5827 | CLERK CERTIFICATE OF MAILING of two copies of the 1) the Notice of Default Judgment with certified Farsi tr 2) a true and certified copy of the August 31, 2015 default judgment on liability with certified Farsi translation; 3) a t certified copy of the September 12, 2018 Iran Short Form Complaint with certified Farsi translation 4) a true and cert of the January 8, 2020 Partial Final Judgment and the moving papers for Plaintiffs Motion with certified Farsi transla The Foreign Sovereign Immunities Act with certified Farsi translation for service to Islamic Republic of Iran H.E. Dr |

| | | |
|---|---|---|
| | | Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini Street, Imam Khomeini Tehran, Islamic Republic of Iran, on 2/4/2020, by dispatch to the Secretary of State, Attn: Director of Consular Servi of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Str Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4), by F Express tracking # 7776 7034 5143,. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD− 1:18−cv−08297−GBD−SN.(smc) (Entered: 02/04/2020) |
| )4/2020 | 5828 | CLERK CERTIFICATE OF MAILING of two copies of the 1) Notice of Default Judgment with certified Farsi transl true and certified copy of the August 31, 2015 default judgment on liability with certified Farsi translation; 3) a true a copy of the December 5, 2018 Iran Short Form Complaint with certified Farsi translation 4) a true and certified copy January 8, 2020 Partial Final Judgment and the moving papers for Plaintiffs Motion with certified Farsi translations. Foreign Sovereign Immunities Act with certified Farsi translation for service on Islamic Republic of Iran H.E. Dr. M Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini Street, Imam Khomeini Square Tehr Republic of Iran, on 2/4/2020, by dispatch to the Secretary of State, Attn: Director of Consular Services, Office of Po Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. §1608(a)(4), by Fe Express tracking # 7776 7035 8213. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD− 1:18−cv−11340−GBD−SN.(smc) (Entered: 02/04/2020) |
| )4/2020 | 5829 | CLERK CERTIFICATE OF MAILING of two copies of the 1) Notice of Default Judgment with certified Farsi transl true and certified copy of the August 31, 2015 default judgment on liability with certified Farsi translation. 3) a true a copy of the January 7, 2020 Partial Final Default Judgment and the moving papers of Plaintiffs Motion, with certified translations of the Default Judgment and Plaintiffs motion papers; and 4) a copy of the Foreign Sovereign Immunities certified Farsi translation for service on Islamic Republic of Iran H.E. Dr. Mohammad Javad Zarif Foreign Minister c Ministry of Foreign Affairs Imam Khomeini Street, Imam Khomeini Square Tehran, Islamic Republic of Iran on 2/4/ dispatch to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Li (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4, by Federal Express tracking # 7776 7035 417 Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN.(smc) (Entere 02/04/2020) |
| )4/2020 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED CLERK'S CERTIFICATE OF DEF. Notice to Attorney Timothy Fleming. RE−FILE Document No. (5826 in 1:03−md−01570−GBD−SN) Proposed Certificate of Default. The filing is deficient for the following reason(s): the Application for the Clerk's Certific attached to the Clerk's Certificate of Default, then gets filed using the event type Proposed Clerk's Certificate found under the event list Proposed Orders, then separately file the Affidavit using the event type Affidavit in a Non−Motion, found under the event list Other Answers. Re−file the document using the event type Proposed Certificate of Default found under the event list Proposed Orders − select the correct filer/filers − attach the co that − lists the correct filed date of the complaint, lists the correct name(s) of the party(ies) who was/were serve correct date the party(ies) was/were served, lists the correct filed date of the proof of service. The documents n filed in both case 03−md−1570 and 19−cv−12. before re−filing documents file affidavit of service, and also corr Certificate of Default as to the Changes before re−filing. Filed In Associated Cases: 1:03−md−01570−GBD−SN 1:19−cv−00012−GBD−SN(dt)** (Entered: 02/04/2020) |
| )4/2020 | 5832 | ORDER with respect to (5662) Motion for Default Judgment in case 1:03−md−01570−GBD−SN; with respect to (29 for Default Judgment in case 1:15−cv−09903−GBD−SN: In light of this discussion, and in light of the fact that this C identify whether each of the 616 decedents are represented by a plaintiff in this case, the plaintiffs are hereby directe amended exhibit indicating the name of the individual plaintiff−who must be identified by name on either the 9/11 m litigation docket or on the member case docket−representing each listed decedent. In order for the plaintiffs to receiv on their motion prior to the February 19, 2020 VSSTF deadline, plaintiffs should submit their amended exhibit no lat Thursday, February 6, 2020. (Signed by Judge George B. Daniels on 2/4/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN (jwh) (Entered: 02/04/2020) |
| )4/2020 | 5833 | SUPPLEMENTAL MOTION for Default Judgment as to *Economic−Loss Damages on Behalf of Burnett/Iran Plaint Identified at Exhibit A (Burnett/Iran Supplement 2)*. Document filed by Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 02/04/2020) |
| )4/2020 | 5834 | MEMORANDUM OF LAW in Support re: (5833 in 1:03−md−01570−GBD−SN, 335 in 1:15−cv−09903−GBD−SN) SUPPLEMENTAL MOTION for Default Judgment as to *Economic−Loss Damages on Behalf of Burnett/Iran Plaint Identified at Exhibit A (Burnett/Iran Supplement 2)*. . Document filed by Burnett Plaintiffs. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 02/04/2020) |
| )4/2020 | 5835 | DECLARATION of John M. Eubanks in Support re: (335 in 1:15−cv−09903−GBD−SN, 5833 in 1:03−md−01570−C SUPPLEMENTAL MOTION for Default Judgment as to *Economic−Loss Damages on Behalf of Burnett/Iran Plaint Identified at Exhibit A (Burnett/Iran Supplement 2)*.. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Ente |

| | | |
|---|---|---|
| | | 02/04/2020) |
| )4/2020 | 5836 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Exhibit A) (Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 02/04/2( |
| )4/2020 | 5837 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele dated February 4, 2020 re: Request fo of the deadlines to serve experts reports relating to the personal jurisdiction and merits defendants. Document filed by Executive Committees..(Haefele, Robert) (Entered: 02/04/2020) |
| )4/2020 | 5838 | MOTION for Default Judgment as to *Motion for Entry of Partial Final Default Judgments on Behalf of Burnett/Iran Identified in Exhibits A and B (Burnett/Iran XX)*. Document filed by Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 02/04/2020) |
| )4/2020 | 5839 | MEMORANDUM OF LAW in Support re: (5838 in 1:03−md−01570−GBD−SN, 339 in 1:15−cv−09903−GBD−SN) for Default Judgment as to *Motion for Entry of Partial Final Default Judgments on Behalf of Burnett/Iran Plaintiffs I Exhibits A and B (Burnett/Iran XX)*. . Document filed by Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 02/04/2020) |
| )4/2020 | 5840 | DECLARATION of John M. Eubanks in Support re: (339 in 1:15−cv−09903−GBD−SN, 5838 in 1:03−md−01570−C MOTION for Default Judgment as to *Motion for Entry of Partial Final Default Judgments on Behalf of Burnett/Iran Identified in Exhibits A and B (Burnett/Iran XX)*.. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A, B, # 3 Exhibit C)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) 02/04/2020) |
| )4/2020 | 5841 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Exhibit A, # 2 Exhibit B) (Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Er 02/04/2020) |
| )5/2020 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (5836 in 1:03−md−01570−GBD−SN, 338 in 1:15−cv−09903−GBD−SN) Proposed Default Judgment was reviewed and a to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(dt)** (Entered: 02/05/2 |
| )5/2020 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (342 in 1:15−cv−09903−GBD−SN, 5841 in 1:03−md−01570−GBD−SN) Proposed Default Judgment, was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(dt)** (Entered: 02/0. |
| )5/2020 | 5842 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF JIMENEZ PLAINTIFFS IDENTIFIED EXHIBITS A AND B III granting (5589) Motion for Partial Final Judgment in case 1:03−md−01570−GBD−SN; gran Motion for Partial Final Judgment in case 1:18−cv−11875−GBD−SN. It is hereby ORDERED that service of process effected upon the Iran Defendants in accordance with 28 U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § agencies and instrumentalities of sovereign defendants; and it is ORDERED that partial final judgment is entered aga Defendants and on behalf of the Plaintiffs in Jimenez III, as identified in the attached Exhibit A, who are each a spous child, or sibling (or the estate of a spouse, parent, child, or sibling) of an individual killed in the terrorist attacks on Se 11, 2001, as indicated in Exhibit A; and it is ORDERED that Plaintiffs identified in Exhibit A are awarded: solatium $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhi is ORDERED that patiial final judgment is entered against the Iran Defendants and on behalf of the Plaintiffs in Jime identified in the attached Exhibit B, who are each the estate of a victim of the terrorist attacks on September 11, 2001 indicated in Exhibit B, and it IS ORDERED that Plaintiffs identified in Exhibit B are awarded: compensatory damage decedents' pain and suffering in an amount of $2,000,000 per estate, as set forth in Exhibit B; as further set forth here by Judge George B. Daniels on 2/5/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11875−C (mro) (Entered: 02/05/2020) |
| )5/2020 | 5843 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF AGYEMAN PLAINTIFFS IDENTIFII EXHIBITS A AND B III granting (5574) Motion for Partial Final Judgment in case 1:03−md−01570−GBD−SN; gran Motion for Partial Final Judgment in case 1:18−cv−05320−GBD−SN. It is hereby ORDERED that service of process effected upon the Iran Defendants in accordance with 28 U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § agencies and instmmentalities of sovereign defendants; and it is ORDERED that partial final judgment is entered aga Defendants and on behalf of the Plaintiffs in Agyeman III, as identified in the attached Exhibit A, if any, who are eac parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of an individual killed in the terrorist attacl September 11, 2001, as indicated in Exhibit A; and it is ORDERED that Plaintiffs identified in Exhibit A, if any, are solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling forth in Exhibit A; and it is ORDERED that partial final judgment is entered against the Iran Defendants and on beha Plaintiffs in Agyeman IIL as identified in the attached Exhibit B, who are each the estate of a victim of the terrorist at September 11, 2001, as indicated in Exhibit B; and it IS ORDERED that Plaintiffs identified in Exhibit B are awarde compensatory damages for decedents' pain and suffering in an amount of $2,000,000 per estate, as set forth in Exhibi further set forth herein. (Signed by Judge George B. Daniels on 2/5/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05320−GBD−SN (mro) (Entered: 02/05/2020) |

| | | |
|---|---|---|
| )5/2020 | 5844 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele dated February 5, 2020 re: Revised re extension of deadlines for respective parties to serve expert reports. Document filed by Plaintiffs Executive Committe (Attachments: # 1 Exhibit A).(Haefele, Robert) (Entered: 02/05/2020) |
| )5/2020 | 5845 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF AAMOTH PLAINTIFFS IDENTIFIED EXHIBITS A AND B III: ORDERED that partial final judgment is entered against the Iran Defendants and on behalf Plaintiffs in Aamoth III as identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the spouse, parent, child, or sibling) of an individual killed in the terrorist attacks on September 11, 2001, as indicated in and it is ORDERED that Plaintiffs identified in Exhibit A are awarded: solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is ORDERE Plaintiffs identified in Exhibit B are awarded: compensatory damages for decedents' pain and suffering in an amount $2,000,000 per estate, as set forth in Exhibit B; and it is ORDERED that Plaintiffs identified in Exhibits A and B are prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the da judgment; and as further set forth in this judgment. (Signed by Judge George B. Daniels on 2/5/2020) (jwh) (Entered: 02/05/2020) |
| )5/2020 | 5846 | FINAL ORDER OF JUDGMENT ON BEHALF OF ASHTON XX PLAINTIFF IDENTIFIED AT EXHIBIT A: it is hereby;ORDERED that service of process was effected upon Iran in accordance with 28 U.S.C.§ 1608(a) for soverei defendants; ORDERED that final judgment is entered against Iran and on behalf of the Plaintiff, Edward Brennan III, as identified as the estate of a victim killed in the terrorist attacks on September 11, 2001, as indicated in, as describe A; ORDERED that Plaintiff identified in the Declaration of Andrew J. Maloney, Esq. dated January 15, 2020 (and Ex identified therein), is awarded economic damages as set forth in Exhibit A as supported by the Declaration of Andrew Maloney, Esq. dated January 15, 2020; ORDERED that the Ashton Plaintiff identified in Exhibit A is awarded prejuc interest of 4.96 percent per anmun, compounded annually, running from September 11, 2001 until the date of judgme ORDERED that Plaintiff identified in Exhibit A may submit an application for punitive damages, updated economic other damages (to the extent such awards have not previously been ordered) at a later date consistent with any future made by this Court on this issue. SO ORDERED. (Signed by Judge George B. Daniels on 2/5/2020) Filed In Associa 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−08297−GBD−SN (jca) (Entered: 02/05/2020) |
| )5/2020 | 5847 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF KIM PLAINTIFFS IDENTIFIED IN E A AND B III: ORDERED that partial final judgment is entered against the Iran Defendants and on behalf of the Plair Kim III, as identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spou child, or sibling) of an individual killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and ORDERED that Plaintiffs identified in Exhibit A are awarded: solatium damages of $12,500,000 per spouse, $8,500, parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is ORDERED that Plaintiffs in Exhibit A are awarded: solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, $4,250,000 per sibling, as set forth in Exhibit A; and it is ORDERED that Plaintiffs identified in Exhibits A and B are prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the da judgment; and as further set forth in this judgment. (Signed by Judge George B. Daniels on 2/5/2020) (jwh) (Entered: 02/05/2020) |
| )5/2020 | 5848 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF BURNETT/IRAN PLAINTIFFS IDEN EXHIBIT A: It is hereby; ORDERED that service of process was effected upon the Iran Defendants in accordance w U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § 1608(b) for agencies and instrumentalities of sovereign de ORDERED that partial final judgment is entered against the Iran Defendants and on behalf of the Plaintiffs in Thoma Sr., et al. v. The Islamic Republic of Iran, et al., Case No. 15−cv−9903 (GBD)(SN), as identified in the attached Exhi are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of individuals killed in t attacks on September 11, 2001, as indicated in Exhibit A, and it is ORDERED that Plaintiffs identified in Exhibit A a solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per siblin forth in Exhibit A; and it is ORDERED that Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.9 per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is ORDERED Plaintiffs identified in Exhibit A may submit an application for punitive damages, economic damages, or other damag extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this C issue, and it is ORDERED that the remaining Burnett/Iran Plaintiffs not appearing on Exhibit A, may submit in later applications for damages awards, and to the extent they are for solatium or by estates for compensatory damages' for pain and suffering from the September 11 attacks, they will be approved consistent with those approved herein for th appearing on Exhibit A. SO ORDERED. Motions terminated: (5552 in 1:03−md−01570−GBD−SN, 284 in 1:15−cv−09903−GBD−SN) MOTION for Default Judgment as to *Plaintiffs' Notice of Motion for Entry of Partial Fi Judgments on Behalf of Burnett/Iran Plaintiffs Identified at Exhibit A (Burnett/Iran XIV)*. filed by Burnett Plaintiffs. ( Judge George B. Daniels on 2/5/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBI (Entered: 02/05/2020) |
| )5/2020 | 5849 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF SCHLISSEL PLAINTIFFS IDENTIFI EXHIBITS A AND B III: ORDERED that Plaintiffs identified in Exhibit A are awarded: solatium damages of $12,5( spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is O that Plaintiffs identified in Exhibit B are awarded: compensatory damages for decedents' pain and suffering in an amo |

| | | |
|---|---|---|
| | | $2,000,000 per estate, as set forth in Exhibit B; as further set forth in this Order. (Signed by Judge George B. Daniels 2/5/2020) (cf) (Entered: 02/05/2020) |
| )5/2020 | 5850 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF KAMARDINOVA PLAINTIFFS IDEN IN EXHIBITS A AND B III: ORDERED that Plaintiffs identified in Exhibit A are awarded: solatium damages of $1 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it i ORDERED that partial final judgment is entered against the Iran Defendants and on behalf of the Plaintiffs in Kamar as identified in the attached Exhibit B, who are each the estate ofa victim of the terrorist attacks on September 11, 20 indicated in Exhibit B; and it is ORDERED that Plaintiffs identified in Exhibit B are awarded: compensatory damage decedents' pain and suffering in an amount of $2,000,000 per estate, as set forth in Exhibit B; as further set forth in th (Signed by Judge George B. Daniels on 2/5/2020) (cf) (Entered: 02/05/2020) |
| )5/2020 | 5851 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF PRIOR PLAINTIFFS IDENTIFIED A A: it is hereby; ORDERED that service of process was effected upon The Islamic Republic of Iran in accordance wit § 1608(a) for sovereign defendants; ORDERED that partial final judgment is entered against the Iran Defendants and of the Plaintiffs in Prior, et al. v. The Islamic Republic of Iran, Case No. 19−cv−44 (GBD)(SN), as identified in the a Exhibit A, who are each the estate of a victim of the terrorist attacks on September 11, 2001, as indicated in Exhibit ORDERED that Plaintiffs identified in Exhibit A are awarded: compensatory damages for decedents' pain and sufferi amount of $2,000,000 per estate, as set fo1th in Exhibit A; and it is ORDERED that Plaintiffs identified in the expert attached as Exhibit B to the Eubanks Declaration, dated January 15, 2020 (and identified in Exhibit A), are awarded damages as set f01th in Exhibit A and as supported by the expert reports and analyses submitted by Dr. Stan V. Smit B to the Eubanks Declaration, and it is ORDERED that Plaintiffs identified in Exhibit A are awarded prejudgment in 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it i ORDERED that Plaintiffs identified in Exhibit A may submit an application for punitive damages, economic damage damages (to the extent such awards have not previously been ordered) at a later date consistent with any future ruling this Court on this issue, and it is ORDERED that the remaining Prior Plaintiffs not appearing on Exhibit A, may subr stages applications for damages awards, and to the extent they are for solatium or by estates for compensatory damag decedents pain and suffering from the September 11 attacks, they will be approved consistent with those approved he Plaintiffs appearing on Exhibit A. SO ORDERED. Motions terminated: 5653 MOTION for Default Judgment as to *P Plaintiffs Identified at Exhibit A (Prior III)*. filed by Prior Plaintiffs. (Signed by Judge George B. Daniels on 2/5/202 (Entered: 02/05/2020) |
| )5/2020 | 5852 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF MOODY−THEINERT PLAINTIFFS IDENTIFIED IN EXHIBITS A AND B III: ORDERED that Plaintiffs identified in Exhibit A are awarded: solatium $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhi is ORDERED that partial final judgment is entered against the Iran Defendants and on behalf of the Plaintiffs in Moody−Theinert III as identified in the attached Exhibit B, who are each the estate of a victim of the terrorist attacks September 11, 2001, as indicated in Exhibit B; and it is ORDERED that Plaintiffs identified in Exhibit Bare awarded compensatory damages for decedents' pain and suffering in an amount of $2,000,000 per estate, as set forth in Exhibi further set forth in this Order. (Signed by Judge George B. Daniels on 2/5/2020) (cf) (Entered: 02/05/2020) |
| )5/2020 | 5853 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF ROWENHORST PLAINTIFFS IDEN EXHIBITS A AND B III: It is hereby ORDERED that service of process was effected upon the Iran Defendants in a with 28 U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § 1608(b) for agencies and instrumentalities of sov defendants; and it is ORDERED that partial final judgment is entered against the Iran Defendants and on behalf of th in Rowenhorst III, as identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estat spouse, parent, child, or sibling) of an individual killed in the terrorist attacks on September 11, 2001, as indicated in and it is ORDERED that Plaintiffs identified in Exhibit A are awarded: solatium damages of $12,500,000 per spouse $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is ORDERE partial final judgment is entered against the Iran Defendants and on behalf of the Plaintiffs in Rowenhorst III, as iden attached Exhibit B, who are each the estate of a victim of the terrorist attacks on September 11, 2001, as indicated in and it is ORDERED that Plaintiffs identified in Exhibit B are awarded: compensatory damages for decedents' pain an in an amount of $2,000,000 per estate, as set forth in Exhibit B; and it is ORDERED that Plaintiffs identified in the e reports attached as Exhibits B−1 to B−7 to the Declaration of Jeny S. Goldman, Esquire ("Goldman Declaration") (a in Exhibit B) and annexed hereto, are awarded economic damages as set forth in Exhibit B and as supported by the e reports and analyses submitted as Exhibits B−1 to B−7 to the Goldman Declaration; and it is ORDERED that Plainti identified in Exhibits A and B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, r September 11, 2001 until the date of judgment; and it is ORDERED that Plaintiffs identified in Exhibits A and B ma application for punitive damages, economic damages, or other damages (to the extent such awards have not previous ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is ORDERED that t remaining Rowenhorst Plaintiffs not appearing on Exhibits A or B, may submit in later stages applications for damag and to the extent they are for solatium or by estates for compensatory damages or for decedents' pain and suffering fr September 11th attacks, they will be approved consistent with those approved herein for the Plaintiffs appearing on E and B. SO ORDERED., Motions terminated: 5644 MOTION Partial Final Judgment III . filed by Matthew Rowenho by Judge George B. Daniels on 2/5/2020) (jca) (Entered: 02/05/2020) |

| | | |
|---|---|---|
| )5/2020 | 5854 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF RIVELLI PLAINTIFFS IDENTIFIED EXHIBITS A AND B IV: it is hereby; ORDERED that service of process was effected upon the Iran Defendants in a with 28 U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § 1608(b) for agencies and instrumentalities of sov defendants; and it is ORDERED that paiiial final judgment is entered against the Iran Defendants and on behalf of th in Rivelli IV, as identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of parent, child, or sibling) of an individual killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit ORDERED that Plaintiffs identified in Exhibit A are awarded: solatium damages of $12,500,000 per spouse, $8,500, parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is ORDERED that partial fi judgment is entered against the Iran Defendants and on behalf of the Plaintiffs in Rivelli IV, as identified in the attac B, who are each the estate of a victim of the terrorist attacks on September 11, 2001, as indicated in Exhibit B; and it isORDERED that Plaintiffs identified in Exhibit B are awarded: compensatory damages for decedents' pain and suffe amount of $2,000,000 per estate, as set forth in Exhibit B; and it is ORDERED that Plaintiffs identified in the expert attached as Exhibits B−1 to B−8 to the Declaration of Jerry S. Goldman, Esquire ("Goldman Declaration") (and ident Exhibit B) and annexed hereto, are awarded economic damages as set forth in Exhibit B and as supported by the expe and analyses submitted as Exhibits B−1 to B−8 to the Goldman Declaration; and it is ORDERED that Plaintiffs ident Exhibits A and B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from 11, 2001 until the date of judgment; and it is ORDERED that Plaintiffs identified in Exhibits A and B may submit an for punitive damages, economic damages, or other damages (to the extent such awards have not previously been orde later date consistent with any future rulings made by this Court on this issue; and it is further ORDERED that the rem Rivelli Plaintiffs not appearing on Exhibits A or B, may submit in later stages applications for damages awards, and t they are for solatium or by estates for compensatory damages or for decedents' pain and suffering from the Septembe attacks, they will be approved consistent with those approved herein for the Plaintiffs appearing on Exhibits A and B. ORDERED. (Signed by Judge George B. Daniels on 2/5/2020) (jca) (Entered: 02/05/2020) |
| )5/2020 | 5855 | MEMO ENDORSEMENT granting (5642) Motion for Partial Final Judgment in case 1:03−md−01570−GBD−SN; gr (104) Motion for Partial Final Judgment in case 1:18−cv−05321−GBD−SN. ENDORSEMENT: SO ORDERED. (Sig Judge George B. Daniels on 2/5/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBI Transmission to Orders and Judgments Clerk for processing. (Entered: 02/05/2020) |
| )5/2020 | 5856 | ORDER: Because the Mandelkow Plaintiffs' motions are not currently ripe for review, the Court will not consider the and damages issues they present at this time. (Signed by Magistrate Judge Sarah Netburn on 2/5/2020) Filed In Assoc Cases: 1:03−md−01570−GBD−SN et al. (ras) (Entered: 02/05/2020) |
| )5/2020 | 5857 | ORDER: ORDERED that partial final judgment is entered against the Iran Defendants and on behalf of the Burlingar Plaintiffs, as identified in the attached Exhibit A, who are the estates of victims of the terrorist attacks on September indicated in Exhibit A; and it is ORDERED that the Plaintiffs identified in Exhibit A are awarded: compensatory dan decedent's pain and suffering in an amount of $2,000,000 per estate, as previously awarded, as set forth in Exhibit A; ORDERED that the Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 per annum, compounc annually, running from September 11, 2001 until the date of judgment; and as further set forth in this order. The Cler is directed to close ECF No. 5485 accordingly. (Signed by Judge George B. Daniels on 2/5/2020) Filed In Associatec 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN (jwh) (Entered: 02/05/2020) |
| )5/2020 | 5858 | LETTER addressed to Judge George B. Daniels from Sean P. Carter, Esquire dated February 5, 2020 re: a request for business day extension of the deadline for plaintiffs' response to Al Rajhi Bank's motion requesting that this Court pr decide Al Rajhi Bank's earlier−filed 12(b)(6) motion. Document filed by Plaintiffs Executive Committees..(Carter, S (Entered: 02/05/2020) |
| )5/2020 | 5859 | ORDER: Francis Aversano, listed as the sibling of decedent Louis Frank Aversano, appears not to be eligible for reco because he is not a named plaintiff to the case. The plaintiffs are therefore directed to either (1) file a Notice of Amer adding Mr. Aversano as a plaintiff to the case, or (2) if Mr. Aversano is in fact a named plaintiff, identify with specifi his name can be found on the docket, in the Complaint, or in the Notice of Amendment. In order for the plaintiffs to r order on their motion prior to the February 19, 2020 VSSTF deadline, plaintiffs should take these steps and submit a apprising this Court of Mr. Aversano's status no later than Friday, February 7, 2020. (Signed by Judge George B. Dar 2/5/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11837−GBD−SN (jwh) (Entered: 02/05/ |
| )5/2020 | 5860 | ORDER: Sheilah Bowden, listed as the parent of decedent Thomas Bowden, and Mary E. York Peled, listed as the si decedent Kevin York, both appear not to be eligible for recovery because they are not named plaintiffs to the case. T are therefore directed to either (1) file a Notice of Amendment, adding these individuals as plaintiffs to the case, or (2 individual is in fact a named plaintiff, identify with specificity where her name can be found on the docket, in the Co in the Notice of Amendment. In order for the plaintiffs to receive an order on their motion prior to the February 19, 2 deadline, plaintiffs should take these steps and submit a letter apprising this Court of Ms. Bowden and Ms. Peled's re statuses no later than Friday, February 7, 2020. (Signed by Judge George B. Daniels on 2/5/2020) Filed In Associatec 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN (jwh) (Entered: 02/05/2020) |
| )5/2020 | 5861 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF MORRIS PLAINTIFFS IDENTIFIED EXHIBITS A AND B III: ORDERED that partial final judgment is entered against the Iran Defendants and on behal Plaintiffs in Morris III, as identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the |

| | | |
|---|---|---|
| | | spouse, parent, child, or sibling) of an individual killed in the terrorist attacks on September 11, 2001, as indicated in and it is ORDERED that Plaintiffs identified in Exhibit A are awarded: solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is ORDERE Plaintiffs identified in Exhibit B are awarded: compensatory damages for decedents' pain and suffering in an amount $2,000,000 per estate, as set forth in Exhibit B; and it is ORDERED that Plaintiffs identified in Exhibits A and B are prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the d judgment; and as further set forth in this judgment. (Signed by Judge George B. Daniels on 2/5/2020) (jwh) (Entered: 02/05/2020) |
| )5/2020 | 5862 | ORDER: In light of the September 23, 2019 discussion, the February 5, 2020 Order, and the fact that this Court cann which of the 472 decedents are represented by a plaintiff in this case, the plaintiffs are hereby directed to file amende indicating the name of the individual plaintiff−who must be identified by name on the Ashton case docket (i.e., 02 Ci (GBD) (SN))−representing each listed decedent. Plaintiffs are directed to include only the names of the Ashton Plain remove from the chart the name of any decedent represented by a Betru Plaintiff. In order for the plaintiffs to receive their motion prior to the February 19, 2020 VSSTF deadline, plaintiffs should submit their amended exhibit no later t February 7, 2020. (Signed by Judge George B. Daniels on 2/5/2020) Filed In Associated Cases: 1:03−md−01570−GE 1:02−cv−06977−GBD−SN, 1:18−cv−08297−GBD−SN (jwh) (Entered: 02/05/2020) |
| )5/2020 | 5863 | RESPONSE in Opposition to Motion re: 5628 MOTION for Sanctions *Against Defendant Soliman H.S. Al Buthe*. . D filed by Soliman Al−Buthe..(Kabat, Alan) (Entered: 02/05/2020) |
| )5/2020 | 5864 | ORDER OF PARTIAL FINAL JUDGMENTS ON BEHALF OF HEMENWAY PLAINTIFFS IDENTIFIED IN EX AND B III: ORDERED that partial final judgment is entered against the Iran Defendants and on behalf of the Plainti Hemenway III, as identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate o parent, child, or sibling) of an individual killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit ORDERED that Plaintiffs identified in Exhibit A are awarded: solatium damages of $12,500,000 per spouse, $8,500, parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is ORDERED that Plaintiffs in Exhibit B are awarded: compensatory damages for decedents' pain and suffering in an amount of $2,000,000 per e forth in Exhibit B; and it is ORDERED that Plaintiffs identified in Exhibits A and B are awarded prejudgment interes percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and as furth in this judgment. (Signed by Judge George B. Daniels on 2/5/2020) Filed In Associated Cases: 1:03−md−01570−GB 1:18−cv−12277−GBD−SN (jwh) (Entered: 02/05/2020) |
| )5/2020 | 5865 | ORDER OF PARTIAL FINAL JUDGMENTS ON BEHALF OF HEMENWAY PLAINTIFFS IDENTIFIED IN EX AND B III: ORDERED that Plaintiffs identified in Exhibit A are awarded: solatium damages of $12,500,000 per spo $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is ORDERE partial final judgment is entered against the Iran Defendants and on behalf of the Plaintiffs in Hemenway III as identi attached Exhibit B, who are each the estate of a victim of the terrorist attacks on September 11, 2001, as indicated in ORDERED that Plaintiffs identified in Exhibit Bare awarded: compensatory damages for decedents' pain and sufferi amount of $2,000,000 per estate, as set forth in Exhibit B; ORDERED that Plaintiffs identified in Exhibits A and Bar prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the d judgment; And as set forth herein. SO ORDERED. (Signed by Judge George B. Daniels on 2/05/2020) Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN (ama) Modified on 2/5/2020 (ama). (Entered: 02/05/2 |
| )5/2020 | 5866 | LETTER addressed to Judge George B. Daniels from John M. Eubanks dated February 5, 2020 re: response to the Co (ECF No. 5832) pertaining to Plaintiffs' proposed order for default judgment (ECF No. 5670). Document filed by Bu Plaintiffs. (Attachments: # 1 Amended Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 02/05/2020) |
| )5/2020 | 5867 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated February 5, 2020 re: Sealed c to Plaintiffs' second motion to compel. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 0 |
| )5/2020 | 5877 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 02/07/2020) |
| )6/2020 | 5868 | LETTER addressed to Judge George B. Daniels from Dorothea M. Capone dated 02/06/2020 re: Response to Judge I Order (ECF No. 5860) regarding the identification of Plaintiffs Bowden and York. Document filed by Virginia Bauer al..Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Capone, Dorothea) (Entered: 02/06/2020) |
| )6/2020 | 5869 | MEMO ENDORSEMENT on re: (58 in 1:18−cv−11837−GBD−SN, 71 in 1:18−cv−11870−GBD−SN, 5759 in 1:03−md−01570−GBD−SN) Letter. ENDORSEMENT: SO ORDERED. (Objections to R&R due by 3/16/2020) (Sig Judge George B. Daniels on 2/6/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11837−GBI 1:18−cv−11870−GBD−SN (jwh) (Entered: 02/06/2020) |
| )6/2020 | 5870 | NOTICE of Iran [Corrected] Notice of Amendment. Document filed by Philip Aversano, Philip Aversano, Lloyd Abe Abel. (Attachments: # 1 Certificate of Service)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11837−GBD−SN.(Goldman, Jerry) (Entered: 02/06/2020) |

| | | |
|---|---|---|
| )6/2020 | 5871 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman, Esq. dated 2/6/2020 Document filed by Lloy Lloyd Abel. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11837−GBD−SN.(Goldman, Jerry) (Entered: 02/06/2020) |
| )6/2020 | 5872 | ORDER: The Court has reviewed the Burnett/Iran XVII motion for default judgment. ECF No. 5662. On the Burnett case docket, solatium claimants Vertistine Beaman Mbaya, Rekha D. Packer, and Michael Sztejnberg are listed as pla the case "on behalf of all beneficiaries" of the decedent. To request solatium damages as a parent or spouse of a 9/11 claimants must typically file their claims as plaintiffs "in their own right" as an immediate family member of the dece not just as a representative of an estate. The Court requests that plaintiffs clarify whether these three individuals have claims in their own right to entitle them to solatium damages. If they have not, they may file a Notice of Amendment tunc adding them to the case in their own right as the parent or spouse of the 9/11 decedent. To have their motion con the February 19, 2020 fund deadline, plaintiffs should file a letter response to this Order or file Notices of Amendmen listed individuals by February 10, 2020. (Signed by Magistrate Judge Sarah Netburn on 2/6/2020) Filed In Associated 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN. (ras) (Entered: 02/06/2020) |
| )6/2020 | 5873 | LETTER addressed to Judge George B. Daniels from Megan W. Benett dated 02/06/2020 re: Request to substitute/co parties in connection with response to be filed 02/07/2020 to ECF No. 5862. Document filed by Kathleen Ashton. (A # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H) Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Benett, Megan) (Entered: 02/06/2020) |
| )7/2020 | 5874 | ORDER re: (61 in 1:18−cv−12387−GBD−SN, 5543 in 1:03−md−01570−GBD−SN) MOTION to Substitute Party: U consideration of Plaintiffs' motion to permit the substitution of the Personal Representatives of individuals killed as a the terrorist attacks on September 11, 2001 and/or the Personal Representatives of a family member of an individual l result of the terrorist attacks on September 11, 2001; it is hereby ORDERED that the Rowenhorst Plaintiffs' motion is and it is further ORDERED that the individuals included on Exhibit A be substituted into the Rowenhorst case. (Sign George B. Daniels on 2/7/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12387−GBD−SN ( (Entered: 02/07/2020) |
| )7/2020 | 5875 | MEMO ENDORSEMENT on re: 5858 Letter. ENDORSEMENT: SO ORDERED. (Set Deadlines/Hearing as to 5384 for the Court to Decide Al Rajhi Bank's Pending Rule 12(b)(6) Motion to Dismiss: Responses due by 2/10/2020, Rep 3/9/2020.) (Signed by Judge George B. Daniels on 2/7/2020) (jwh) (Entered: 02/07/2020) |
| )7/2020 | 5876 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF ADES PLAINTIFFS IDENTIFIED IN A AND B III: ORDERED that partial final judgment is entered against the Iran Defendants and on behalf of the Plain Ades III, as identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spo child, or sibling) of an individual killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and ORDERED that Plaintiffs identified in Exhibit A are awarded: solatium damages of $12,500,000 per spouse, $8,500, parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is ORDERED that Plaintiffs in Exhibit B are awarded: compensatory damages for decedents' pain and suffering in an amount of $2,000,000 per es forth in Exhibit B; and it is ORDERED that Plaintiffs identified in Exhibits A and Bare awarded prejudgment interest percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and as furthe in this judgment. (Signed by Judge George B. Daniels on 2/7/2020) (jwh) (Entered: 02/07/2020) |
| )7/2020 | 5878 | LETTER addressed to Magistrate Judge Sarah Netburn from John M. Eubanks dated February 7, 2020 re: response to Order (ECF No. 5872) regarding status of Vertistine Beaman Mbaya, Rekha D. Packer, and Michael Sztejnberg as pl their own right". Document filed by Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 02/07/2020) |
| )7/2020 | 5879 | REPORT AND RECOMMENDATION re: (5711 in 1:03−md−01570−GBD−SN, 300 in 1:15−cv−09903−GBD−SN) for Default Judgment as to *Plaintiffs' Notice of Motion For Entry of Partial Final Default Judgments on Behalf of Bu Personal−Injury Plaintiffs (Burnett/Iran Personal Injury I)*, filed by Burnett Plaintiffs. For the foregoing reasons, Pla should receive pain and suffering damages as follows: (See document.) Plaintiffs should also be awarded prejudgmen on these damages from September 11, 2001, through the date of judgment, at a rate of 4.96 percent per annum, comp annually. See ECF No. 3358, adopted by, ECF No. 3383. Plaintiffs may apply for punitive damages, economic dama other damages at a later date consistent with any future rulings made by the Court on this issue. Any application for p damages should not be filed until after the Supreme Court has issued a decision in Opati v. Republic of Sudan, 139 S (2019). Any Burnett Personal Injury Plaintiffs not appearing in this motion and who were not previously awarded dar still submit applications for damages awards in later stages. Finally, the Court recognizes that in order to participate i distribution from the United States Victims of State Sponsored Terrorism Fund ("VSSTF"), Plaintiffs must have a juc February 19, 2020. Accordingly, the Burnett I Plaintiffs are ORDERED to notify the Honorable George B. Daniels no Wednesday, February 12, 2020, whether any plaintiff intends to file an objection. For claims for which no objections anticipated, the Court will issue judgments by the VSSTF deadline. For claims for which objections are filed, the Cou make every effort to address the objections by the VSSTF deadline, but a judgment cannot be guaranteed. And, to pro due process rights of all parties, any objection timely filed within the 14−day period but after a judgment has been en result in a stay of execution of the judgment until further order of the Court. The parties shall have fourteen days fron service of this Report and Recommendation to file written objections pursuant to 28 U.S.C. § 636(b)(1) and Rule 72( Federal Rules of Civil Procedure. A party may respond to another party's objections within fourteen days after being |

| | | |
|---|---|---|
| | | a copy. Fed. R. Civ. P. 72(b)(2). Such objections shall be filed with the Clerk of the Court, with courtesy copies deliv chambers of the Honorable George B. Daniels at the United States Courthouse, 500 Pearl Street, New York, New Yo and to any opposing parties. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b). Any requests for an extensio for filing objections must be addressed to Judge George B. Daniels. The failure to file these timely objections will res waiver of those objections for purposes of appeal. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b); Thoma 474 U.S. 140 (1985). (Objections to R&R due by 2/21/2020.) (Signed by Magistrate Judge Sarah Netburn on 2/7/202 Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN. (ras) (Entered: 02/07/2020) |
| )7/2020 | 5880 | LETTER addressed to Judge George B. Daniels from Megan W. Benett dated 02/07/2020 re: Request to adopt certai in Reports and Recommendations regarding non−immediate family members (ECF Nos. 5387 and 5701). Document Kathleen Ashton.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN, 1:18−cv−11878−GBD−SN.(Benett, Megan) (Entered: 02/07/2020) |
| )7/2020 | 5881 | LETTER addressed to Judge George B. Daniels from Megan W. Benett dated 02/07/2020 re: Letter with Proposed A Exhibits in Response to Courts Order (ECF No. 5862). Document filed by Kathleen Ashton. (Attachments: # 1 Exhib A1, # 2 Exhibit Amended A2)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−08297−GBD−SN.(Benett, Megan) (Entered: 02/07/2020) |
| )7/2020 | 5882 | MOTION for Default Judgment as to *Motion for Entry of Partial Final Default Judgments on Behalf of Burnett/Iran Identified in Exhibits A and B (Burnett/Iran XXI)*. Document filed by Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 02/07/2020) |
| )7/2020 | 5883 | MEMORANDUM OF LAW in Support re: (348 in 1:15−cv−09903−GBD−SN, 5882 in 1:03−md−01570−GBD−SN) for Default Judgment as to *Motion for Entry of Partial Final Default Judgments on Behalf of Burnett/Iran Plaintiffs I Exhibits A and B (Burnett/Iran XXI)*. . Document filed by Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 02/07/2020) |
| )7/2020 | 5884 | DECLARATION of John M. Eubanks in Support re: (5882 in 1:03−md−01570−GBD−SN, 348 in 1:15−cv−09903−C MOTION for Default Judgment as to *Motion for Entry of Partial Final Default Judgments on Behalf of Burnett/Iran Identified in Exhibits A and B (Burnett/Iran XXI)*.. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Ente 02/07/2020) |
| )7/2020 | 5885 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Exhibit A, # 2 Exhibit B) (Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Er 02/07/2020) |
| )7/2020 | 5886 | LETTER MOTION for Leave to File Affidavit of Service, Proposed Clerk's Certificate of Default and Motion for De Judgment *on Ray, et al. v. Iran, et al. Docket Only* addressed to Magistrate Judge Sarah Netburn from Timothy B. Fle February 7, 2020. Document filed by Herman Ray.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN.(Fleming, Timothy) (Entered: 02/07/2020) |
| )7/2020 | 5887 | LETTER MOTION for Extension of Time *for the FBI to file its motion papers in support of its cross motion and in c to Plaintiffs' January 15, 2020 motion to compel* addressed to Magistrate Judge Sarah Netburn from Sarah S. Normar Jeannette A. Vargas / Andrew E. Krause dated February 7, 2020. Document filed by FBI..(Krause, Andrew) (Entered 02/07/2020) |
| )7/2020 | 5888 | REPORT AND RECOMMENDATION re: (5760 in 1:03−md−01570−GBD−SN, 316 in 1:15−cv−09903−GBD−SN) for Default Judgment as to *Plaintiffs' Notice of Motion For Entry of Partial Final Default Judgments on Behalf of Bu Personal−Injury Plaintiffs (Burnett/Iran Personal Injury II)*, filed by Burnett Plaintiffs. Plaintiffs should receive pain suffering damages as follows: (See document.) Plaintiffs should also be awarded prejudgment interest on these dama September 11, 2001, through the date of judgment, at a rate of 4.96 percent per annum, compounded annually. See E 3358, adopted by, ECF No. 3383. Plaintiffs may apply for punitive damages, economic damages, or other damages a consistent with any future rulings made by the Court on this issue. Any application for punitive damages should not b after the Supreme Court has issued a decision in Opati v. Republic of Sudan, 139 S. Ct. 2771 (2019). Any Burnett Pe Injury Plaintiffs not appearing in this motion and who were not previously awarded damages may still submit applica damages awards in later stages. Finally, the Court recognizes that in order to participate in the next distribution from States Victims of State Sponsored Terrorism Fund ("VSSTF"), Plaintiffs must have a judgment by February 19, 2020 Accordingly, the Burnett II Plaintiffs are ORDERED to notify the Honorable George B. Daniels no later than Wedne February 12, 2020, whether any plaintiff intends to file an objection. For claims for which no objections are anticipat Court will issue judgments by the VSSTF deadline. For claims for which objections are filed, the Court will make ev address the objections by the VSSTF deadline, but a judgment cannot be guaranteed. And, to protect the due process parties, any objection timely filed within the 14−day period but after a judgment has been entered, will result in a stay execution of the judgment until further order of the Court. The parties shall have fourteen days from the service of thi and Recommendation to file written objections pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rule Procedure. A party may respond to another party's objections within fourteen days after being served with a copy. Fe 72(b)(2). Such objections shall be filed with the Clerk of the Court, with courtesy copies delivered to the chambers o |

| | | |
|---|---|---|
| | | Honorable George B. Daniels at the United States Courthouse, 500 Pearl Street, New York, New York 10007, and to opposing parties. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b). Any requests for an extension of time f objections must be addressed to Judge George B. Daniels. The failure to file these timely objections will result in a w those objections for purposes of appeal. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b); Thomas v. Arn, 140 (1985). (Objections to R&R due by 2/21/2020.) (Signed by Magistrate Judge Sarah Netburn on 2/7/2020) Filed I Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN. (ras) (Entered: 02/07/2020) |
| .0/2020 | 5889 | LETTER RESPONSE to Motion addressed to Magistrate Judge Sarah Netburn from Steven R. Pounian dated 02/10/2 5887 LETTER MOTION for Extension of Time *for the FBI to file its motion papers in support of its cross motion an opposition to Plaintiffs' January 15, 2020 motion to compel* addressed to Magistrate Judge Sarah Netburn from Sarah Normand . Document filed by Plaintiffs Executive Committees..(Pounian, Steven) (Entered: 02/10/2020) |
| .0/2020 | 5890 | LETTER addressed to Judge George B. Daniels from Megan W. Benett dated 02/10/2020 re: Proposed Order of Fina and Exhibit A in Connection with Letter−Request ECF No. 5880. Document filed by Kathleen Ashton. (Attachments of Proposed Order of Judgment)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN, 1:18−cv−11878−GBD−SN.(Benett, Megan) (Entered: 02/10/2020) |
| .0/2020 | 5891 | PROPOSED JUDGMENT. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A) (Benett, Megan) **Prop Judgment to be reviewed by Clerk's Office staff.** (Entered: 02/10/2020) |
| .0/2020 | 5892 | MEMORANDUM OF LAW in Opposition re: 5384 MOTION *for the Court to Decide Al Rajhi Bank's Pending Rule Motion to Dismiss re: 3869 Reply Memorandum of Law in Support of Motion, 3703 Memorandum of Law in Support 3702 MOTION to Dismiss/Al Rajhi Bank's N . Document filed by UNDERWRITING MEMBERS OF LLOYD'S SYND 2..(Carter, Sean) (Entered: 02/10/2020)* |
| .1/2020 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (5885 in 1:03−md−01570− 351 in 1:15−cv−09903−GBD−SN) Proposed Default Judgment, was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(dt)** (Entered: 02/11/2020) |
| .1/2020 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (5891 in 1:03−md−01570− 70 in 1:18−cv−11878−GBD−SN, 109 in 1:02−cv−07230−GBD−SN, 1255 in 1:02−cv−06977−GBD−SN) Proposed was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977− 1:02−cv−07230−GBD−SN, 1:18−cv−11878−GBD−SN(dt)** (Entered: 02/11/2020) |
| .1/2020 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED JUDGMENT. Notice to attorney Me to RE−FILE Document No. 5891 Proposed Judgment. The filing is deficient for the following reason(s): Judgn not filed in 02−cv−7236. Re−file the document using the event type Proposed Judgment found under the event Proposed Orders. − select the correct filer/filers. (dt)** (Entered: 02/11/2020) |
| .1/2020 | 5893 | MOTION Partial Final Judgment III . Document filed by Horace Morris. (Attachments: # 1 Text of Proposed Order, A, # 3 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN.(Goldman, Jerry 02/11/2020) |
| .1/2020 | 5894 | MEMORANDUM OF LAW in Support re: (5893 in 1:03−md−01570−GBD−SN, 112 in 1:18−cv−05321−GBD−SN) Partial Final Judgment III . . Document filed by Horace Morris. Filed In Associated Cases: 1:03−md−01570−GBD−S 1:18−cv−05321−GBD−SN.(Goldman, Jerry) (Entered: 02/11/2020) |
| .1/2020 | 5895 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (5893 in 1:03−md−01570−GBD−SN, 112 in 1:18−cv−05321−GBD−SN) MOTION Partial Final Judgment III .. Document filed by Horace Morris. (Attachments: A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN.(Goldman, Jerry) (Entered: 02/11/2020) |
| .1/2020 | 5896 | PROPOSED JUDGMENT. Document filed by Horace Morris. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Goldman **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 02/11/2020) |
| .1/2020 | 5897 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman, Esq. dated 02/11/2020 Document filed by H Morris.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN.(Goldman, Jerry) (Entere 02/11/2020) |
| .1/2020 | 5898 | LETTER addressed to Judge George B. Daniels from Megan W. Benett dated 02/11/2020 re: the status of certain pen motions for final judgments against Iran that had been filed by the deadlines set by the Court. Document filed by Kat Ashton.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Benett, Megan) (Entered 02/11/2020) |
| .1/2020 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (5896 in 1:03−md−01570− 115 in 1:18−cv−05321−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Associa 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN(dt)** (Entered: 02/11/2020) |

| | | |
|---|---|---|
| .1/2020 | 5899 | ORDER granting (5886) Letter Motion for Leave to File Document in case 1:03−md−01570−GBD−SN; granting (20 Motion for Leave to File Document in case 1:19−cv−00012−GBD−SN. Plaintiffs' request for permission to proceed on the *Ray* docket alone in regard to matters pertaining to obtaining a default judgment in this case is GRANTED. (S Magistrate Judge Sarah Netburn on 2/11/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN. (ras) (Main Document 5899 replaced on 2/11/2020) (ras). (Entered: 02/11/2020) |
| .1/2020 | 5900 | MOTION for Default Judgment as to *Motion for Entry of Partial Default Judgment on Behalf of Burnett/Iran Plainti at Exhibit A (Burnett/Iran XXII)*. Document filed by Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−C 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 02/11/2020) |
| .1/2020 | 5901 | ORDER granting (5823) Motion for Matthew S. Leddicotte to Appear Pro Hac Vice in case 1:03−md−01570−GBD− granting (489) Motion for Matthew S. Leddicotte to Appear Pro Hac Vice in case 1:04−cv−01922−GBD−SN; grantir Motion for Matthew S. Leddicotte to Appear Pro Hac Vice in case 1:18−cv−12114−GBD−SN. (HEREBY ORDERE Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01922−GBD−SN, 1:18−cv−12114−GBD−SN. (ras) (Entered: 02/11/2020) |
| .1/2020 | 5902 | MEMORANDUM OF LAW in Support re: (5900 in 1:03−md−01570−GBD−SN, 353 in 1:15−cv−09903−GBD−SN) for Default Judgment as to *Motion for Entry of Partial Default Judgment on Behalf of Burnett/Iran Plaintiff Identifiec A (Burnett/Iran XXII)*. . Document filed by Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 02/11/2020) |
| .1/2020 | 5903 | DECLARATION of John M. Eubanks in Support re: (5900 in 1:03−md−01570−GBD−SN, 353 in 1:15−cv−09903−C MOTION for Default Judgment as to *Motion for Entry of Partial Default Judgment on Behalf of Burnett/Iran Plainti at Exhibit A (Burnett/Iran XXII)*.. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associa 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 02/11/2020) |
| .1/2020 | 5904 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Exhibit A) (Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 02/11/2 |
| .1/2020 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (5904 in 1:03−md−01570−GBD−SN, 356 in 1:15−cv−09903−GBD−SN) Proposed Default Judgment was reviewed and a to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(dt)** (Entered: 02/11/2 |
| .1/2020 | 5905 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated February 11, 2020 re: Respor Plaintiffs' Request to Defer Depositions. Document filed by Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit A - Card).(Kellogg, Michael) (Entered: 02/11/2020) |
| .1/2020 | 5906 | PROPOSED JUDGMENT. Document filed by Horace Morris. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Goldmar **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 02/11/2020) |
| .1/2020 | 5907 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman, Esq. dated 02/11/2020 Document filed by H Morris.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN.(Goldman, Jerry) (Entere 02/11/2020) |
| .1/2020 | 5908 | MOTION for Default Judgment as to *Plaintiffs' Notice of Motion for Entry of Partial Final Default Judgments*. Docu by Katherine Maher, Patricia Ryan. (Attachments: # 1 Text of Proposed Order Order of Partial Final Default Judgments).(Pantazis, Dennis) (Entered: 02/11/2020) |
| .1/2020 | 5909 | REPORT AND RECOMMENDATION re: (321 in 1:15−cv−09903−GBD−SN, 5798 in 1:03−md−01570−GBD−SN) for Default Judgment as to *Plaintiffs' Notice of Motion For Entry of Partial Final Default Judgments on Behalf of Bu Personal−Injury Plaintiffs (Burnett/Iran Personal Injury III)*, filed by Burnett Plaintiffs. Plaintiffs should receive pai suffering damages as follows: (See document.) Plaintiffs should also be awarded prejudgment interest on these dama September 11, 2001, through the date of judgment, at a rate of 4.96 percent per annum, compounded annually. See E 3358, adopted by, ECF No. 3383. Plaintiffs may apply for punitive damages, economic damages, or other damages at consistent with any future rulings made by the Court on this issue. Any application for punitive damages should not b after the Supreme Court has issued a decision in Opati v. Republic of Sudan, 139 S. Ct. 2771 (2019). Any Burnett Pe Injury Plaintiffs not appearing in this motion and who were not previously awarded damages may still submit applica damages awards in later stages. Finally, the Court recognizes that in order to participate in the next distribution from States Victims of State Sponsored Terrorism Fund ("VSSTF"), Plaintiffs must have a judgment by February 19, 2020 Accordingly, the Burnett III Plaintiffs are ORDERED to notify the Honorable George B. Daniels no later than noon c February 14, 2020, whether any plaintiff intends to file an objection. For claims for which no objections are anticipat Court will issue judgments by the VSSTF deadline. For claims for which objections are filed, the Court will make ev address the objections by the VSSTF deadline, but a judgment cannot be guaranteed. And, to protect the due process parties, any objection timely filed within the 14−day period but after a judgment has been entered, will result in a stay execution of the judgment until further order of the Court. The parties shall have fourteen days from the service of thi and Recommendation to file written objections pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules Procedure. A party may respond to another party's objections within fourteen days after being served with a copy. Fe 72(b)(2). Such objections shall be filed with the Clerk of the Court, with courtesy copies delivered to the chambers of |

| | | |
|---|---|---|
| | | Honorable George B. Daniels at the United States Courthouse, 500 Pearl Street, New York, New York 10007, and to opposing parties. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b). Any requests for an extension of time f objections must be addressed to Judge Daniels. The failure to file these timely objections will result in a waiver of th objections for purposes of appeal. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b); Thomas v. Arn, 474 U (1985). (Objections to R&R due by 2/25/2020.) (Signed by Magistrate Judge Sarah Netburn on 2/11/2020) Filed In A Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN. (ras) (Entered: 02/11/2020) |
| 1/2020 | 5910 | ORDER: The remaining plaintiffs who have not been properly identified are listed in Exhibit A to this Order. The pla hereby directed to file a Notice of Amendment updating the names of the "Doe" Plaintiffs, so that each individual dec represented by a plaintiff identified by name on the docket. With regard to the remaining individuals in the attached E who are not "Doe" Plaintiffs, the Plaintiffs are directed to file a letter apprising this Court of the exact names under w individual plaintiff is identified on the docket. In order for the plaintiffs to receive an order on their motion prior to th 19, 2020 VSSTF deadline, plaintiffs should submit these documents no later than Thursday, February 13, 2020. (Sign Judge George B. Daniels on 2/11/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GB (jwh) (Entered: 02/11/2020) |
| 1/2020 | 5911 | MEMORANDUM OF LAW in Support re: 5908 MOTION for Default Judgment as to *Plaintiffs' Notice of Motion fo Partial Final Default Judgments*. . Document filed by Katherine Maher, Patricia Ryan..(Pantazis, Dennis) (Entered: 0 |
| 1/2020 | 5912 | ORDER: John J. Creamer, listed as the spouse of decedent Tara Kathleen Creamer, appears not to be eligible for reco because he is not a named plaintiff to the case. The plaintiffs are therefore directed to either (1) file a Notice of Amen adding Mr. Creamer as a plaintiff to the case, or (2) if Mr. Creamer is in fact a named plaintiff, identify with specifici his name can be found on the docket, in the Complaint, or in a Notice of Amendment. In order for the plaintiffs to rec order on their motion prior to the February 19, 2020 VSSTF deadline, plaintiffs should take these steps and submit a apprising this Court of Mr. Creamer's status no later than Thursday, February 13, 2020. (Signed by Judge George B. I 2/11/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN (jwh) (Entered: 02/11 |
| 1/2020 | 5913 | DECLARATION of Dennis G. Pantazis in Support re: 5908 MOTION for Default Judgment as to *Plaintiffs' Notice o for Entry of Partial Final Default Judgments*.. Document filed by Katherine Maher, Patricia Ryan. (Attachments: # 1 (Digital Media)).(Pantazis, Dennis) (Entered: 02/11/2020) |
| 1/2020 | 5914 | REPORT AND RECOMMENDATION re: (1235 in 1:02−cv−06977−GBD−SN, 5792 in 1:03−md−01570−GBD−SN for Default Judgment as to *Plaintiffs' Notice of Motion for Entry of Partial Final Default Judgments on Behalf of Ash Personal−Injury Plaintiffs (Ashton/Iran Personal Injury 1)*, filed by Kathleen Ashton. Plaintiffs should receive pain a suffering damages as follows: (See document.) The Court recommends that Andrzej Ceislik's motion for damages be without prejudice to renew upon formal appointment of the Estate representative. Plaintiffs should also be awarded p interest on these damages from September 11, 2001, through the date of judgment, at a rate of 4.96 percent per annun compounded annually. See ECF No. 3358, adopted by, ECF No. 3383. Plaintiffs may apply for punitive damages, eco damages, or other damages at a later date consistent with any future rulings made by the Court on this issue. Any app punitive damages should not be filed until after the Supreme Court has issued a decision in Opati v. Republic of Suda Ct. 2771 (2019). Any Ashton Personal Injury Plaintiffs not appearing in this motion and who were not previously aw damages may still submit applications for damages awards in later stages. Finally, the Court recognizes that in order t participate in the next distribution from the United States Victims of State Sponsored Terrorism Fund ("VSSTF"), Pla have a judgment by February 19, 2020. Accordingly, the Ashton I Plaintiffs are ORDERED to notify the Honorable C Daniels no later than noon on Friday, February 14, 2020, whether any plaintiff intends to file an objection. For claims no objections are anticipated, the Court will issue judgments by the VSSTF deadline. For claims for which objections the Court will make every effort to address the objections by the VSSTF deadline, but a judgment cannot be guarante protect the due process rights of all parties, any objection timely filed within the 14−day period but after a judgment l entered, will result in a stay of execution of the judgment until further order of the Court. The parties shall have fourt from the service of this Report and Recommendation to file written objections pursuant to 28 U.S.C. § 636(b)(1) and of the Federal Rules of Civil Procedure. A party may respond to another party's objections within fourteen days after served with a copy. Fed. R. Civ. P. 72(b)(2). Such objections shall be filed with the Clerk of the Court, with courtesy delivered to the chambers of the Honorable George B. Daniels at the United States Courthouse, 500 Pearl Street, New New York 10007, and to any opposing parties. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b). Any requ extension of time for filing objections must be addressed to Judge Daniels. The failure to file these timely objections in a waiver of those objections for purposes of appeal. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b); Th Arn, 474 U.S. 140 (1985). (Objections to R&R due by 2/25/2020.) (Signed by Magistrate Judge Sarah Netburn on 2/ Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN. (ras) (Entered: 02/11/2020) |
| 1/2020 | 5915 | REPORT AND RECOMMENDATION re: (5802 in 1:03−md−01570−GBD−SN, 102 in 1:02−cv−07230−GBD−SN, 1:02−cv−06977−GBD−SN) MOTION for Default Judgment as to *Burlingame XI Personal Injury Plaintiffs* filed by S Burlingame. Plaintiffs should receive pain and suffering damages as follows: (See document.) Plaintiffs should also b prejudgment interest on these damages from September 11, 2001, through the date of judgment, at a rate of 4.96 perc annum, compounded annually. See ECF No. 3358, adopted by, ECF No. 3383. Plaintiffs may apply for punitive dam economic damages, or other damages at a later date consistent with any future rulings made by the Court on this issue application for punitive damages should not be filed until after the Supreme Court has issued a decision in Opati v. R |

| | | |
|---|---|---|
| | | Sudan, 139 S. Ct. 2771 (2019). Any Burlingame Personal Injury Plaintiffs not appearing in this motion and who were previously awarded damages may still submit applications for damages awards in later stages. Finally, the Court reco in order to participate in the next distribution from the United States Victims of State Sponsored Terrorism Fund ("V Plaintiffs must have a judgment by February 19, 2020. Accordingly, the Burlingame XI Plaintiffs are ORDERED to Honorable George B. Daniels no later than noon on Friday, February 14, 2020, whether any plaintiff intends to file a For claims for which no objections are anticipated, the Court will issue judgments by the VSSTF deadline. For claim objections are filed, the Court will make every effort to address the objections by the VSSTF deadline, but a judgme guaranteed. And, to protect the due process rights of all parties, any objection timely filed within the 14−day period b judgment has been entered, will result in a stay of execution of the judgment until further order of the Court. The part have fourteen days from the service of this Report and Recommendation to file written objections pursuant to 28 U.S 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure. A party may respond to another party's objections fourteen days after being served with a copy. Fed. R. Civ. P. 72(b)(2). Such objections shall be filed with the Clerk o with courtesy copies delivered to the chambers of the Honorable George B. Daniels at the United States Courthouse, Street, New York, New York 10007, and to any opposing parties. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6( Any requests for an extension of time for filing objections must be addressed to Judge Daniels. The failure to file the objections will result in a waiver of those objections for purposes of appeal. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. 6(d), 72(b); Thomas v. Arn, 474 U.S. 140 (1985). (Objections to R&R due by 2/25/2020.) (Signed by Magistrate Judg Netburn on 2/11/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN. (ras) (Entered: 02/11/2020) |
| .1/2020 | 5916 | ORDER granting 5887 Letter Motion for Extension of Time. The Government's request for an extension of its deadl motion papers in support of its cross motion and in opposition to Plaintiffs' January 15, 2020 motion to compel until 2020, along with the proposed revised schedule for the remainder of the briefing deadlines, is GRANTED. Plaintiffs Kingdom are ORDERED to meet and confer to discuss a proposed Deposition Protocol and witnesses for deposition. are ORDERED to file their deposition protocol and any disputes related to deponents by February 21, 2020. The Cou ruling on the Plaintiffs request for a stay of depositions at this time. (HEREBY ORDERED by Magistrate Judge Sara Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 02/11/2020) |
| .1/2020 | 5921 | MEMO ENDORSEMENT on re: 5844 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: Plaintiff revised discovery schedule is GRANTED. (Signed by Magistrate Judge Sarah Netburn on 2/11/2020) (ras) (Entered: 02/12/2020) |
| .2/2020 | 5917 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF RIVELLI PLAINTIFFS IDENTIFIED EXHIBITS A AND B IV: It is hereby ORDERED that service of process was effected upon the Iran Defendants in a with 28 U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § 1608(b) for agencies and instrumentalities of sov defendants; and it is ORDERED that partial final judgment is entered against the Iran Defendants and on behalf of th in Rivelli IV, as identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling ( or the estate of parent, child, or sibling) of an individual killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit ORDERED that Plaintiffs identified in Exhibit A are awarded: solatium damages of $12,500,000 per spouse, $8,500, parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; as further set forth herein. Motions terminated: (5420 in 1:03−md−01570−GBD−SN, 44 in 1:18−cv−11878−GBD−SN) MOTION For Partial Final Judg filed by Cheryl Rivelli. (Signed by Judge George B. Daniels on 2/12/2020) (Attachments: # 1 Appeal Package)Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN (mro) (Entered: 02/12/2020) |
| .2/2020 | 5918 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF ARIAS PLAINTIFFS IDENTIFIED A A: It is hereby ORDERED that service of process was effected upon The Islamic Republic of Iran in accordance with § 1608(a) for sovereign defendants; ORDERED that partial final judgment is entered against the Iran Defendants and of the Plaintiffs in Arias, et al. v. The Islamic Republic of Iran, Case No. 19−cv−41 (GBD)(SN), as identified in the a Exhibit A, who are each the estate of a victim of the terrorist attacks on September 11, 2001, as indicated in Exhibit ORDERED that Plaintiffs identified in Exhibit A are awarded: compensatory damages for decedents' pain and suffer amount of $2,000,000 per estate, as set forth in Exhibit A; as further set forth herein. Motions terminated: (43 in 1:19−cv−00041−GBD−SN, 5643 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Arias Plainti Identified at Exhibit A (Arias IV)* filed by Arias Plaintiffs. (Signed by Judge George B. Daniels on 2/12/2020) (Attac Appeal Package)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00041−GBD−SN (mro) (Entered: 02/12/2020) |
| .2/2020 | 5919 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF DeRUBBIO PLAINTIFFS IDENTIFIE EXHIBITS A AND B III: It is hereby ORDERED that service of process was effected upon the Iran Defendants in a with 28 U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § 1608(b) for agencies and instrumentalities of sov defendants; and it is ORDERED that partial final judgment is entered against the Iran Defendants and on behalf of th in DeRubbio III, as identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate parent, child, or sibling) of an individual killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit ORDERED that Plaintiffs identified in Exhibit A are awarded: solatium damages of $12,500,000 per spouse, $8,500, parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is ORDERED that partial fi judgment is entered against the Iran Defendants and on behalf of the Plaintiffs in DeRubbio III, as identified in the at Exhibit B, who are each the estate of a victim of the terrorist attacks on September 11, 2001, as indicated in Exhibit |

| | | |
|---|---|---|
| | | set forth herein. Motions terminated: (112 in 1:18−cv−05306−GBD−SN, 5556 in 1:03−md−01570−GBD−SN) MOTI Final Judgment III filed by Jessica Derubbio, jessica derubbio. (Signed by Judge George B. Daniels on 2/12/2020) Fi Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05306−GBD−SN (mro) (Additional attachment(s) added or # 1 Appeal Package) (mro). (Entered: 02/12/2020) |
| .2/2020 | 5920 | FINAL ORDER OF JUDGMENT ON BEHALF OF ASHTON XIX PLAINTIFFS IDENTIFIED AT EXHIBIT A: C that service of process was effected upon Iran in accordance with 28 U.S.C. § 1608(a) for sovereign defendants; ORD final judgment is entered against Iran and on behalf of the Plaintiffs in Ashton, as identified in the attached Exhibit A the immediate family members of an individual killed in the terrorist attacks on September 11, 2001, as described in I ORDERED that Plaintiffs identified in Exhibit A are awarded: solatium damages in the amount as set forth in Exhibi ORDERED that the Ashton Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.96 percent per an compounded annually, running from September 11, 2001 until the date of judgment; ORDERED that Plaintiffs identi Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; a forth herein. Motions terminated: (5600 in 1:03−md−01570−GBD−SN, 1209 in 1:02−cv−06977−GBD−SN) MOTIO Default Judgment as to *Ashton XIX Wrongful Death Plaintiffs* filed by Kathleen Ashton. (Signed by Judge George B. 2/12/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN (mro) (Additional atta added on 2/12/2020: # 1 Appeal Package) (mro). (Entered: 02/12/2020) |
| .2/2020 | 5922 | CORRECTED ORDER OF PARTIAL FINAL DEFAULT JUDGMENT ON BEHALF OF BAUER I AND BAUER PLAINTIFFS IDENTIFIED AT EXHIBIT A: ORDERED that partial final judgment is entered against the Iran Defe on behalf of certain Plaintiffs in Ashton et al. v. al Qaeda Islamic Army, et al., 02−cv−6977 (GBD)(SN), and Plaintif et al. v. al Qaeda Islamic Army, et al., 02−cv−7236 (GBD)(SN), as identified in the attached Exhibit A, who are each parent, child, or sibling of individuals killed in the terrorist attacks on September 11, 2001, as indicated in the attache A, and it is ORDERED that the Plaintiffs identified in Exhibit A are awarded: solatium damages of $12,500,000 per s $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as indicated in the attached Exhibit A; as fur forth herein. (Signed by Judge George B. Daniels on 2/12/2020) Filed In Associated Cases: 1:03−md−01570−GBD−S 1:02−cv−06977−GBD−SN (mro) (Additional attachment(s) added on 2/12/2020: # 1 Appeal Package) (mro). (Entere 02/12/2020) |
| .2/2020 | 5923 | **Vacated as per Judges Order dated 2/12/2020, Doc. # 5927** ORDER: On January 15, 2020, the O'Neill Plaintiffs m Court to award a partial final judgment, made up of the sums of pain and suffering awards and economic loss awards Islamic Republic of Iran. (The O'Neill Pls. Notice of Mot. for Partial Final J. II, ECF No. 5613.) The clerk of court pr filed a certificate of default in favor of the O'Neill Plaintiffs and against various defendants on September 1, 2015 in t case Estate of John P. O'Neill, Sr. et al. v. The Republic of Iraq et al., 04 Civ. 1076 (GBD) (SN) (the "O'Neill" Actior (Corrected Clerk's Certificate of Default, O'Neill, ECF No. 434.) Notably, the Islamic Republic of Iran is not listed as defendant in this certificate of default. Despite the fact that the O'Neill Plaintiffs mailed to Iran a Notice of Judgment other documents on September 11, 2019, (see Certificate of Mailing, O'Neill, ECF No. 523), this in itself does not sta place of proper service of the complaint, nor does it amend the certificate of default to include Iran as a defendant. Or 5, 2020, Magistrate Judge Netburn issued an order addressing the requirement of filing a certificate of default against to receiving a default judgment in this case. (Order, ECF No. 5856.) In that order, Magistrate Judge Netburn made cle Court will not enter any further judgments...on behalf of any other plaintiffs that have not completed the service requ until a certificate of default has been filed." (Id. at 3.) Pursuant to Magistrate Judge Netburn's order, this Court will no judgment against Iran in favor of the O'Neill plaintiffs until a proper certificate of default against Iran has been filed. Judge George B. Daniels on 2/12/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GB (mro) Modified on 2/12/2020 (ama). (Entered: 02/12/2020) |
| .2/2020 | 5924 | LETTER addressed to Judge George B. Daniels from Jodi Westbrook Flowers dated February 12, 2020 re: Response Orders ECF Nos. 5879, 5888 & 5909. Document filed by Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Flowers, Jodi) (Entered: 02/12/2020) |
| .2/2020 | | CLERK CERTIFICATE OF MAILING UNEXECUTED for two copies of the the Notice of Default Judgment with c Farsi translation, a true and certified copy of the August 31, 2015 default judgment on liability with certified Farsi tra true and certified copy of the September 13, 2019 Memorandum Decision and Order of Judgment and the moving pap Plaintiff's Motion, and the certified Farsi translations of the Default Judgment and Plaintiff's motion papers; and the F Sovereign Imm nities Act with certified Farsi translation mailed to Islamic Republic of Iran H.E. Dr. Mohammad Jav Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini Street, Imam Khomeini Square Tehran, Islamic I Iran c/o Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520 on 9/26/201 Federal Express tracking # 7763 0841 5419, as per (5178 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing Confirmation that delivery was executed was not received by the Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−08297−GBD−SN.(smc) (Entered: 02/12/2020) |
| .2/2020 | 5925 | FINAL ORDER OF JUDGMENT ON BEHALF OF ASHTON XIX PLAINTIFFS IDENTIFIED AT EXHIBIT A: It ORDERED that service of process was effected upon Iran in accordance with 28 U.S.C. § 1608(a) for sovereign defe ORDERED that final judgment is entered against Iran and on behalf of the Plaintiffs in Ashton, as identified in the at |

| | | |
|---|---|---|
| | | Exhibit A, who are the immediate family members of an individual killed in the terrorist attacks on September 11, 20 described in Exhibit A; ORDERED that Plaintiffs identified in Exhibit A are awarded: solatium damages in the amou forth in Exhibit A; ORDERED that the Ashton Plaintiffs identified in Exhibit A are awarded prejudgment interest of percent per annum, compounded annual1y, running from September 11, 2001 until the date of judgment; ORDERED Plaintiffs identified in Exhibit A may submit an application for punitive damages, economic damages, or other damag extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this C issue; and it is ORDERED that the remaining Ashton Plaintiffs not appearing on Exhibit A, may submit in later stage applications for damages awards, and to the extent they are for solatium or by estates for compensatory damages for pain and suffering from the September 11, 2001 attacks, they will be approved consistent with those approved herein Plaintiffs appearing on Exhibit A. (Signed by Judge George B. Daniels on 2/12/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN (mro) (Entered: 02/12/2020) |
| .2/2020 | 5926 | ORDER terminating (5535) Motion for Default Judgment in case 1:03−md−01570−GBD−SN; terminating (1200) M Default Judgment in case 1:02−cv−06977−GBD−SN. Upon consideration of the evidence and arguments submitted b identified in Exhibits A−1 and A−2 at ECF No. 5881, plaintiffs in Ashton et al. v, al Qaeda lrilamic Army, et al., 02 C (GBD) (SN) ("Ashton"), who are each the estate of a victim killed in the terrorist attacks on September 11, 2001, and Judgment by Default for liability only against the Islamic Republic oflran ("Iran") entered on 08/26/2015, together w entire record in this case, it is hereby: ORDERED that service of process was effected upon Iran in accordance with 2 1608(a) for sovereign defendants; ORDERED that final judgment is entered against Iran and on behalf of the Plaintif Ashton, as identified in the attached who are each the estate of a victim killed in the terrorist attacks on September 11 are each the estate of a victim killed in the terrorist attacks on September 11, 2001, as indicated in, as described in Ex and A−2; ORDERED that Plaintiffs identified in Exhibits A−1 and A−2 are awarded: compensatory damages for dec and suffering in an amount of $2,000,000 per estate if not previously awarded, as set forth in Exhibits A−1 and A−2; that Plaintiffs identified in the expert reports attached as Exhibit D to the Declaration of James P. Kreindler, Esq., dat 14, 2020 (and identified in Exhibits A−1 and A−2), are awarded economic damages as set forth in Exhibits A−1 and supported by the expert reports and analyses submitted as Exhibits C and D of the Declaration of James P. Kreindler, January 14, 2020; ORDERED that Plaintiffs identified in Exhibits A−1 and A−2 are awarded prejudgment interest of percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; ORDERED Plaintiffs identified in Exhibits A−1 and A−2 may submit an application for punitive damages, economic damages, o damages (to the extent such awards have not previously been ordered) at a later date consistent with any future ruling this Court on this issue; and it is ORDERED that the remaining Ashton Plaintiffs not appearing on Exhibits A−1 and submit in later stages applications for damages awards, and to the extent they are for solatium or by estates for compe damages for decedents' pain and suffering from the September 11, 2001 attacks, they will be approved consistent wit approved herein for other plaintiffs in this action, including the Plaintiffs appearing on Exhibits A−1 and A−2. The C Court is directed to close the motion at ECF No. 5535 accordingly. (Signed by Judge George B. Daniels on 2/12/202 Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN (mro) (Entered: 02/12/2020) |
| .2/2020 | 5927 | ORDER: Due to a docketing error which appeared to indicate that the O'Neill Plaintiffs had not properly served Iran, denied Plaintiffs' motion on February 11, 2020. (ECF No. 5923.) That order is hereby vacated and it is hereby ORDE service of process was effected upon the Iran Defendants in accordance with 28 U.S.C. § 1608(a) for sovereign defen 28 U.S.C. § 1608(b) for agencies and instrumentalities of sovereign defendants; ORDERED that partial final judgme against the Iran Defendants and on behalf ofthe Plaintiffs in O'Neill II, as identified in the attached Exhibit A, who ar spouse, parent, child, or sibling ( or the estate of a spouse, parent, child, or sibling) of an individual killed in the terro on September 11, 2001, as indicated in Exhibit A; ORDERED that Plaintiffs identified in Exhibit A are awarded: sola damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set f Exhibit A. ORDERED that Plaintiffs identified in Exhibit B are awarded compensatory damages for decedents' pain suffering in an amount of $2,000,000 per estate, as set forth in Exhibit B; The Clerk of Court is directed to close the ECF No. 5613 accordingly. And as set forth herein. SO ORDERED.Motions Terminated: (537 in 1:04−cv−01076−G 5613 in 1:03−md−01570−GBD−SN) MOTION Partial Final Judgment II . filed by Estate of John P.O'Neill, Sr., Esta Patrick O'Neill Sr.. (Signed by Judge George B. Daniels on 2/12/2020) Filed In Associated Cases: 1:03−md−01570− 1:04−cv−01076−GBD−SN (ama) (Entered: 02/12/2020) |
| .2/2020 | 5928 | AMENDED ORDER ORDER OF PARTIAL FINAL JUDGMENTS OF ECF NO. 5685 ON BEHALF OF M0RRIS PLAINTIFFS IDENTIFIED IN EXHIBITS A AND B III: ORDERED that service of process was effected upon the Defendants in accordance with 28 U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § 1608(b) for agencies andinstrumentalities of sovereign defendants; and it is ORDERED that partial final judgment is entered against the Ir Defendants and on behalf of the Plaintiffs in Morris III, as identified in the attached Exhibit A, who are each aspouse child, or sibling ( or the estate of a spouse, parent, child, or sibling) of an individual killed in the terrorist attacks on S 11, 2001, as indicated in Exhibit A; And as set forth herein. SO ORDERED. (Signed by Judge George B. Daniels on Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN (ama) (Entered: 02/12/2020) |
| .2/2020 | 5929 | ORDER OF PARTIAL JUDGMENT FINAL DEFAULT JUDGMENTS ON BEHALF OF JIMENEZ PLAINTIFFS IDENTIFIED IN EXHIBITS A AND B III: ORDERED that service of process was effected upon the Iran Defendant accordance with 28 U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § 1608(b) for agencies andinstrumental sovereign defendants; and it is ORDERED that partial final judgment is entered against the Iran Defendants and on b |

| | | |
|---|---|---|
| | | Plaintiffs in Jimenez III, as identified in the attached Exhibit A, who are each aspouse, parent, child, or sibling ( or th spouse, parent, child, or sibling) of an individual killed in the terrorist attacks on September 11, 2001, as indicated in And as set forth herein. SO ORDERED. (Signed by Judge George B. Daniels on 2/12/2020) Filed In Associated Case 1:03−md−01570−GBD−SN, 1:18−cv−11875−GBD−SN (ama) (Entered: 02/12/2020) |
| .2/2020 | 5930 | PROPOSED JUDGMENT. Document filed by Lloyd Abel, Sr, Roberta Agyeman, Jessica Derubbio, Matthew Rower (Attachments: # 1 Exhibit A).(Goldman, Jerry) **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entere 02/12/2020) |
| .2/2020 | 5931 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman dated 02/12/2020 re: Proposed Order of Fina and Exhibit A in Connection with Report and Recommendation (ECF No. 5735). Document filed by Lloyd Abel, Llo Roberta Agyeman, Jessica Derubbio, Matthew Rowenhorst. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05306−GBD−SN, 1:18−cv−05320−GBD−SN, 1:18−cv−11837−GBD−SN, 1:18−cv−12387−GBD−SN.(Goldman, Jerry) (Entered: 02/12/2020) |
| .2/2020 | 5933 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF ABEL PLAINTIFFS IDENTIFIED IN A AND B III: ORDERED that partial final judgment is entered against the Iran Defendants and on behalf of the Plair Abel III, as identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spo child, or sibling) of an individual killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; and ORDERED that Plaintiffs identified in Exhibit A are awarded: solatium damages of $12,500,000 per spouse, $8,500, parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is ORDERED that Plaintiffs in Exhibit Bare awarded: compensatory damages for decedents' pain and suffering in an amount of $2,000,000 per es forth in Exhibit B; and it is ORDERED that Plaintiffs identified in Exhibits A and Bare awarded prejudgment interest percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and as furthe in this judgment. (Signed by Judge George B. Daniels on 2/12/2020) (jwh) (Entered: 02/13/2020) |
| .2/2020 | 5934 | SEALED DOCUMENT placed in vault..(dn) (Entered: 02/13/2020) |
| .3/2020 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (63 in 1:18−cv−11837−GE in 1:18−cv−12387−GBD−SN, 5930 in 1:03−md−01570−GBD−SN, 124 in 1:18−cv−05306−GBD−SN, 109 in 1:18−cv−05320−GBD−SN) Proposed Judgment, was reviewed and approved as to form. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:18−cv−05306−GBD−SN, 1:18−cv−05320−GBD−SN, 1:18−cv−11837−GBD−SN, 1:18−cv−12387−GBD−SN(dt)** (Entered: 02/13/2020) |
| .3/2020 | 5932 | REPORT AND RECOMMENDATION re: (5816 in 1:03−md−01570−GBD−SN, 330 in 1:15−cv−09903−GBD−SN) for Default Judgment as to *Motion for Entry of Partial Default Judgments on Behalf of Burnett/Iran Personal−Injury (Burnett/Iran Personal Injury 4)*, filed by Burnett Plaintiffs. Plaintiffs should receive pain and suffering damages as f (See document.) Plaintiffs should also be awarded prejudgment interest on these damages from September 11, 2001, date of judgment, at a rate of 4.96 percent per annum, compounded annually. See ECF No. 3358, adopted by, ECF N Plaintiffs may apply for punitive damages, economic damages, or other damages at a later date consistent with any fu made by the Court on this issue. Any application for punitive damages should not be filed until after the Supreme Co issued a decision in Opati v. Republic of Sudan, 139 S. Ct. 2771 (2019). Any Burnett Personal Injury Plaintiffs not ap this motion and who were not previously awarded damages may still submit applications for damages awards in later Finally, the Court recognizes that in order to participate in the next distribution from the United States Victims of Sta Sponsored Terrorism Fund ("VSSTF"), Plaintiffs must have a judgment by February 19, 2020. Accordingly, the Burr Plaintiffs are ORDERED to notify the Honorable George B. Daniels no later than noon on Tuesday, February 18, 202 any plaintiff intends to file an objection. For claims for which no objections are anticipated, the Court will issue judgi the VSSTF deadline. For claims for which objections are filed, the Court will make every effort to address the objecti VSSTF deadline, but a judgment cannot be guaranteed. And, to protect the due process rights of all parties, any objec filed within the 14−day period but after a judgment has been entered, will result in a stay of execution of the judgmer further order of the Court. The parties shall have fourteen days from the service of this Report and Recommendation written objections pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure. A party respond to another party's objections within fourteen days after being served with a copy. Fed. R. Civ. P. 72(b)(2). Su objections shall be filed with the Clerk of the Court, with courtesy copies delivered to the chambers of the Honorable Daniels at the United States Courthouse, 500 Pearl Street, New York, New York 10007, and to any opposing parties. U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b). Any requests for an extension of time for filing objections must addressed to Judge Daniels. The failure to file these timely objections will result in a waiver of those objections for p appeal. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b); Thomas v. Arn, 474 U.S. 140 (1985). (Objections due by 2/27/2020.) (Signed by Magistrate Judge Sarah Netburn on 2/13/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN. (ras) (Entered: 02/13/2020) |
| .3/2020 | 5935 | EMERGENCY MOTION to Substitute Party. Old Party: As set forth on Exhibit A, New Party: As set forth on Exhib Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 02/13/2020) |

| | | |
|---|---|---|
| .3/2020 | 5936 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A) Related Document Numbe ..(Eubanks, John) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 02/13/2020) |
| .3/2020 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (363 in 1:15−cv−09903−GBD−: 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(dt)** (Entered: 02/13/2020) |
| .3/2020 | 5937 | LETTER MOTION for Oral Argument addressed to Magistrate Judge Sarah Netburn from Steven R. Pounian dated 2 Document filed by Plaintiffs Executive Committees..(Pounian, Steven) (Entered: 02/13/2020) |
| .3/2020 | 5938 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Sarah Netburn from Michael K. Kellog February 13, 2020 re: 5937 LETTER MOTION for Oral Argument addressed to Magistrate Judge Sarah Netburn fror Pounian dated 2/13/2020. . Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 02/13/2020) |
| .4/2020 | 5939 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman, Esq. dated 02/14/2020 Document filed by Es John P. O'Neill, Sr., J. O'Neill, J. P. O'Neill, Plaintiffs Executive Committees, Plaintiffs PI Executive Committee.File Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01922−GBD−SN, 1:18−cv−12114−GBD−SN.(Goldman, Je (Entered: 02/14/2020) |
| .4/2020 | 5940 | LETTER addressed to Judge George B. Daniels from Frank H. Granito, III dated February 14, 2020 re: in response to 5915 (Report & Recommendation). Document filed by Sheri Burlingame.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN.(Granito, Frank) (Entered: 02/14 |
| .4/2020 | 5941 | EMERGENCY MOTION to Substitute Party. Old Party: As set forth on Exhibit A, New Party: As set forth on Exhib Document filed by Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 02/14/2020) |
| .4/2020 | 5942 | DECLARATION of John M. Eubanks in Support re: (364 in 1:15−cv−09903−GBD−SN, 5941 in 1:03−md−01570−C EMERGENCY MOTION to Substitute Party. Old Party: As set forth on Exhibit A, New Party: As set forth on Exhib Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 02/14/2020) |
| .4/2020 | 5943 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A) Related Document Numbe ..(Eubanks, John) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 02/14/2020) |
| .4/2020 | 5944 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Sarah Netburn from Steven R. Pounian datec re: 5937 LETTER MOTION for Oral Argument addressed to Magistrate Judge Sarah Netburn from Steven R. Pounia 2/13/2020. . Document filed by Plaintiffs Executive Committees..(Pounian, Steven) (Entered: 02/14/2020) |
| .4/2020 | 5945 | MEMO ENDORSEMENT on re: (493 in 1:04−cv−01922−GBD−SN, 5939 in 1:03−md−01570−GBD−SN, 52 in 1:18−cv−12114−GBD−SN) Letter. ENDORSEMENT: The briefing schedule is deferred 60 days and plaintiffs oppos any, is due on or before April 20, 2020. (Set Deadlines/Hearing as to (490 in 1:04−cv−01922−GBD−SN, 5824 in 1:03−md−01570−GBD−SN, 49 in 1:18−cv−12114−GBD−SN) MOTION to Dismiss for Lack of Jurisdiction: Respor 4/20/2020) (Signed by Judge George B. Daniels on 2/14/2020) Filed In Associated Cases: 1:03−md−01570−GBD−S 1:04−cv−01922−GBD−SN, 1:18−cv−12114−GBD−SN (jwh) (Entered: 02/14/2020) |
| .4/2020 | 5946 | MEMORANDUM DECISION AND ORDER: granting (5711) Motion for Default Judgment in case 1:03−md−01570−GBD−SN; granting (300) Motion for Default Judgment in case 1:15−cv−09903−GBD−SN. Plaintif for Final Judgments, (ECF No. 5711), is GRANTED. It is ORDERED that the Burnett Plaintiffs identified in the atta Exhibit A are awarded judgment for pain and suffering damages as set forth in Exhibit A; and it is ORDERED that pr interest is awarded to be calculated at a rate of 4.96 percent per annum, all interest compounded annually over the sar and it is ORDERED that the Plaintiffs not appearing on Exhibit A and who were not previously awarded damages ma later stages applications for punitive, economic, and/or other damages awards that may be approved on the same basi currently approved for those Plaintiffs appearing on Exhibit A or in prior filings. The Clerk of Court is directed to clo motions in 03 MDL 1570, (ECF No. 5711 ), and 15 Civ. 9903, (ECF No. 300), accordingly. SO ORDERED. (Signed George B. Daniels on 2/14/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN (Entered: 02/14/2020) |
| .4/2020 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (366 in 1:15−cv−09903−GBD−: Proposed Order was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN 1:15−cv−09903−GBD−SN(dt)** (Entered: 02/14/2020) |
| .4/2020 | 5947 | MEMORANDUM DECISION AND ORDER granting in part and denying in part (5402) Motion for Default Judgme in part and denying in part (5407) Motion for Default Judgment; granting in part and denying in part (5428) Motion f Judgment in case 1:03−md−01570−GBD−SN; granting in part and denying in part (1136) Motion for Default Judgme granting in part and denying in part (1140) Motion for Default Judgment; granting in part and denying in part (1146) Default Judgment in case 1:02−cv−06977−GBD−SN; granting in part and denying in part (88) Motion for Default Ju case 1:02−cv−07230−GBD−SN: Plaintiffs' Motion for Final Judgments, (ECF Nos. 5402, 5407, 5420, and 5428), are |

| | | |
|---|---|---|
| | | GRANTED as they pertain to Plaintiffs Christopher Dowdell, William Dowdell, Matthew Dowdell, Dayna Spordone Christopher Michael Ruggieri, Phylicia Ruggieri, Justin Sivin, and Donald Scauso. It is ORDERED that the Plaintiffs in the attached Exhibit A are awarded judgment for solatium damages as set forth in Exhibit A; and it is ORDERED t prejudgment interest is awarded to be calculated at a rate of 4.96 percent per annum, all interest compounded annuall same period; and it is ORDERED that the Plaintiffs not appearing on Exhibit A and who were not previously awarde may submit in later stages applications for solatium and/or economic damages awards that may be approved on the sa currently approved for those Plaintiffs appearing on Exhibit A or in prior filings. The Clerk of Court is directed to clo motions for which this Court has not granted extensions of time for plaintiffs to object in 03 MDL 1570, (ECF Nos. 5 and 5420), 02 Civ. 6977 (ECF No. 1136, 1140), 02 Civ. 7236 (ECF No. 58), 02 Civ. 7230 (ECF No. 88), and 18 Civ. (ECF No. 44), accordingly. (Signed by Judge George B. Daniels on 2/14/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN, 1:18−cv−11878−GBD−SN (jw Transmission to Orders and Judgments Clerk for processing. (Entered: 02/14/2020) |
| .4/2020 | 5948 | MEMORANDUM DECISION AND ORDER granting (5760) Motion for Default Judgment in case 1:03−md−01570−GBD−SN; granting (316) Motion for Default Judgment in case 1:15−cv−09903−GBD−SN: Plainti for Final Judgments, (ECF No. 5760), is GRANTED. It is ORDERED that the Burnett Plaintiffs identified in the atta Exhibit A are awarded judgments for pain and suffering damages as set forth in Exhibit A; and it is ORDERED that p interest is awarded to be calculated at a rate of 4.96 percent per annum, all interest compounded annually over the sa and it is ORDERED that the Plaintiffs not appearing on Exhibit A and who were not previously awarded damages ma later stages applications for punitive, economic, and/or other damages awards that may be approved on the same basi currently approved for those Plaintiffs appearing on Exhibit A or in prior filings. The Clerk of Court is directed to clo motions in 03 MDL 1570, (ECF No. 5760), and 15 Civ. 9903, (ECF No. 316), accordingly. (Signed by Judge George on 2/14/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN (jwh) Transmissio and Judgments Clerk for processing. (Entered: 02/14/2020) |
| .4/2020 | 5949 | MEMORANDUM DECISION AND ORDER granting (5433) Motion for Default Judgment in case 1:03−md−01570−GBD−SN; granting (269) Motion for Default Judgment in case 1:15−cv−09903−GBD−SN: Plainti for Final Judgments, (ECF No. 5433), is GRANTED in part and DENIED in part. It is ORDERED that the Burnett P identified in the attached Exhibit A are awarded judgment for solatium damages as set forth in Exhibit A; and it is OI that prejudgment interest is awarded to be calculated at a rate of 4.96 percent per annum, all interest compounded ann the same period; and it is ORDERED that the Plaintiffs not appearing on Exhibit A and who were not previously awa damages may submit in later stages applications for solatium and/or economic damages awards that may be approved same basis as currently approved for those Plaintiffs appearing on Exhibit A or in prior filings. The Clerk of Court is close the motion in 03 MDL 1570, (ECF No. 5433), and in 15 Civ. 9903, (ECF No. 269), accordingly. (Signed by Ju B. Daniels on 2/14/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN (jwh) Transmission to Orders and Judgments Clerk for processing. (Entered: 02/14/2020) |
| .4/2020 | 5950 | MEMORANDUM DECISION AND ORDER re: (1041 in 1:02−cv−06977−GBD−SN, 4718 in 1:03−md−01570−GB MOTION for Default Judgment as to *the Ashton Wrongful Death Plaintiffs*: Plaintiffs' Motion for Final Judgments, (l 718), is GRANTED as it pertains to Plaintiffs James Della Bella, Jason Schoenholtz, and Terrence M. Smith, Jr. It is that the Ashton Plaintiffs identified in the attached Exhibit A are awarded judgment for solatium damages as set forth A; and it is ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96 percent per annum, all i compounded annually over the same period; and it is ORDERED that the Plaintiffs not appearing on Exhibit A and w not previously awarded damages may submit in later stages applications for solatium and/or economic damages awar be approved on the same basis as currently approved for those Plaintiffs appearing on Exhibit A or in prior filings. (S Judge George B. Daniels on 2/14/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GB (jwh) Transmission to Orders and Judgments Clerk for processing. (Entered: 02/14/2020) |
| .4/2020 | 5951 | MEMORANDUM DECISION AND ORDER re: (205 in 1:15−cv−09903−GBD−SN, 5028 in 1:03−md−01570−GBI MOTION for Default Judgment as to *Entry of Partial Final Default Judgment on Behalf of Burnett/Iran Non−Immea Members (Burnett X)*: Plaintiffs' Motion for Final Judgments, (ECF No. 5028), is GRANTED in part and DENIED in ORDERED that the Burnett Plaintiffs identified in the attached Exhibit A are awarded judgment for solatium damage forth in Exhibit A; and it is ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96 percent all interest compounded annually over the same period; and it is ORDERED that the Plaintiffs not appearing on Exhi who were not previously awarded damages may submit in later stages applications for solatium and/or economic dan awards that may be approved on the same basis as currently approved for those Plaintiffs appearing on Exhibit A or i filings. The Clerk of Court is directed to close the motions in 03 MDL 1570, (ECF No. 5028), and 15 Civ. 9903, (EC accordingly. (Signed by Judge George B. Daniels on 2/14/2020) Filed In Associated Cases: 1:03−md−01570−GBD−1 1:15−cv−09903−GBD−SN (jwh) Transmission to Orders and Judgments Clerk for processing. (Entered: 02/14/2020) |
| .4/2020 | 5952 | MEMORANDUM DECISION AND ORDER re: (34 in 1:18−cv−12387−GBD−SN, 4930 in 1:03−md−01570−GBD− MOTION Partial Final Judgment, (4918 in 1:03−md−01570−GBD−SN, 85 in 1:18−cv−05306−GBD−SN) MOTION Final Judgment, (4914 in 1:03−md−01570−GBD−SN, 84 in 1:18−cv−05320−GBD−SN) MOTION Partial Final Judg Plaintiffs' Motion for Final Judgments, (ECF Nos. 4930, 4914, 4910, 4918, and 4934), are GRANTED as they pertai Plaintiffs John Proodian, Reginald Colon, Rosa Colon, Julio Masa Lebron, George A. Cuellar, and Rebecca Sue Loet ORDERED that the Plaintiffs identified in the attached Exhibit A are awarded judgment for solatium damages as set |

| | | |
|---|---|---|
| | | Exhibit A; and it is ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96 percent per ann interest compounded annually over the same period; and it is ORDERED that the Plaintiffs not appearing on Exhibit were not previously awarded damages may submit in later stages applications for solatium and/or economic damages that may be approved on the same basis as currently approved for those Plaintiffs appearing on Exhibit A or in prior f Clerk of Court is directed to close the motions for which this Court has not granted extensions of time for plaintiffs to 03 MDL 1570, (ECF Nos. 4930, 4914, and 4918), 18 Civ. 12387, (ECF No. 34), 18 Civ. 5320 (ECF No. 84), and 18 (ECF No. 85), accordingly. (Signed by Judge George B. Daniels on 2/14/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (jwh) Transmission to Orders and Judgments Clerk for processing. (Entered: 02/14 |
| .4/2020 | 5953 | MEMORANDUM DECISION AND ORDER granting (5792) Motion for Default Judgment in case 1:03−md−01570−GBD−SN; granting (1235) Motion for Default Judgment in case 1:02−cv−06977−GBD−SN Plainti for Final Judgments, (ECF No. 5792), is GRANTED. It is ORDERED that the Ashton Plaintiff identified in the attacl A are awarded judgments for pain and suffering damages as set forth in Exhibit A; and it is ORDERED that prejudgn is awarded to be calculated at a rate of 4.96 percent per annum, all interest compounded annually over the same perio ORDERED that the Plaintiffs not appearing on Exhibit A and who were not previously awarded damages may submi stages applications for punitive, economic, and/or other damages awards that may be approved on the same basis as c approved for those Plaintiffs appearing on Exhibit A or in prior filings. The Clerk of Court is directed to close the mo MDL 1570, (ECF No. 5792), and 02 Civ 6977, (ECF No. 1235), accordingly. (Signed by Judge George B. Daniels or 2/14/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN (jwh) Transmission to and Judgments Clerk for processing. (Entered: 02/14/2020) |
| .4/2020 | 5954 | MEMORANDUM DECISION AND ORDER granting (5802) Motion for Default Judgment in case 1:03−md−01570−GBD−SN; granting (1240) Motion for Default Judgment in case 1:02−cv−06977−GBD−SN; granti Motion for Default Judgment in case 1:02−cv−07230−GBD−SN: Plaintiffs' Motion for Final Judgments, (ECF No. 5 GRANTED. It is ORDERED that the Plaintiffs identified in the attached Exhibit A are awarded judgments for pain a damages as set forth in Exhibit A; and it is ORDERED that prejudgment interest is awarded to be calculated at a rate percent per annum, all interest compounded annually over the same period; and it is ORDERED that the Plaintiffs no on Exhibit A and who were not previously awarded damages may submit in later stages applications for punitive, eco and/or other damages awards that may be approved on the same basis as currently approved for those Plaintiffs appea Exhibit A or in prior filings. The Clerk of Court is directed to close the motions in 03 MDL 1570, (ECF No. 5802), 0 (ECF No. 1240), and 02 Civ. 7230, (ECF No. 102), accordingly. (Signed by Judge George B. Daniels on 2/14/2020) Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN (jwh) Transm Orders and Judgments Clerk for processing. (Entered: 02/14/2020) |
| .4/2020 | 5955 | ORDER granting (5798) Motion for Default Judgment in case 1:03−md−01570−GBD−SN; granting (321) Motion fo Judgment in case 1:15−cv−09903−GBD−SN: Plaintiffs' Motion for Final Judgments, (ECF No. 5798), is GRANTED ORDERED that the Burnett Plaintiffs identified in the attached Exhibit A are awarded judgments for pain and sufferi as set forth in Exhibit A; and it is ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96 p annum, all interest compounded annually over the same period; and it is ORDERED that the Plaintiffs not appearing A and who were not previously awarded damages may submit in later stages applications for punitive, economic, and damages awards that may be approved on the same basis as currently approved for those Plaintiffs appearing on Exhi prior filings. The Clerk of Court is directed to close the motions in 03 MDL 1570, (ECF No. 5798), and 15 Civ. 9903 321), accordingly. (Signed by Judge George B. Daniels on 2/14/2020) Filed In Associated Cases: 1:03−md−01570−C 1:15−cv−09903−GBD−SN (jwh) Transmission to Orders and Judgments Clerk for processing. (Entered: 02/14/2020) |
| .4/2020 | 5956 | LETTER addressed to Judge George B. Daniels from John M. Eubanks dated February 14, 2020 re: Status of Pending for Partial Final Default Judgments against Iran. Document filed by Arias Plaintiffs, Burnett Plaintiffs, Prior Plaintiff Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00041−GBD−SN, 1:19−cv−00044−GBD−SN.(Eubanks, John) (Entered: 02/14/2020) |
| .4/2020 | 5958 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 02/18/2020) |
| .8/2020 | 5957 | MEMORANDUM DECISION AND ORDER. Plaintiffs' Motion for Final Judgments, (ECF No. 5816), is GRANTE ORDERED that the Burnett Plaintiffs identified in the attached Exhibit A are awarded judgments for pain and sufferi as set forth in Exhibit A; and it is ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96 p annum, all interest compounded annually over the same period; and it is ORDERED that the Plaintiffs not appearing A and who were not previously awarded damages may submit in later stages applications for punitive, economic, and damages awards that may be approved on the same basis as currently approved for those Plaintiffs appearing on Exhi prior filings. The Clerk of Court is directed to close the motions in 03 MDL 1570, (ECF No. 5816 ), and 15 Civ. 990 330), accordingly. So ordered. Granting (5816) Motion for Default Judgment in case 1:03 md−01570−GBD−SN; Gra Motion for Default Judgment in case 1:15−cv−09903−GBD−SN. (Signed by Judge George B. Daniels on 2/18/2020) Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN (rjm) Transmission to Orders and Judgme for processing. Modified on 2/18/2020 (rjm). (Entered: 02/18/2020) |
| .8/2020 | 5959 | ORDER overruling 5591 Letter Motion for Discovery. The classified entry on the privilege log appears to have been the time the FBI produced the tenth tranche of documents, making the log timely under Local Civil Rule 26.2(b). The |

| | | |
|---|---|---|
| | | subject matter of the document need not be exposed if the "divulgence of such information would cause disclosure of allegedly privileged information." Local Rule 26.2(a)(2). The FBI is hereby ORDERED to provide the classified priv entry to the Court for review. The Court defers addressing the scope of the FBI's production of documents concerning main subject." (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) (ras) (Entered: 02/18/2 |
| .8/2020 | 5960 | CLERK'S JUDGMENT re: (5949 in 1:03−md−01570−GBD−SN, 369 in 1:15−cv−09903−GBD−SN) Order on Motic Default Judgment. Thomas Burnett, Sr., et al., v. The Islamic Republic of Iran et al., 15 Civ. 9903 (GBD) (SN) It is, ( ADJUDGED AND DECREED: That for the reasons stated in the Court's Memorandum Decision and Order dated Fe 2020, Magistrate Judge Sarah Netburn's January 21, 2020, Report and Recommendation (the "Report"), recommendi Court grant in part and deny in part Plaintiffs motion (Report, CF No. 5697, at 12−13) is adopted; Plaintiffs' Motion f Judgments (ECF No. 5433) is granted in part and denied in part; it is ORDERED that the Burnett Plaintiffs identified attached Exhibit A are awarded judgment for solatium damages as set forth in Exhibit A; and it is ORDERED that pr interest is awarded to be calculated at a rate of 4.96 percent perannum, all interest compounded annually over the sam and it is ORDERED that the Plaintiffs not appearing on Exhibit A and who were not previously awarded damages ma later stages applications for solatium and/or economic damages awards that may be approved on the same basis as cu approved for those PlaintiffsAppearing on Exhibit A or in prior filings.In favor of Justin Benitez against the Islamic I Iran in the amount of $8,500,000.00, in favor of Paula Mary Carucci against Islamic Republic of Iran in the amount c 8,500,000.00, in favor of Robert Dow against the Islamic Republic of Iran in the amount of $12,500,000.00, in favor Eschenbaum against the Islamic Republic of Iran in the amount of $4,250,000.00, in favor of Serena Giovi against th of Iran in the amount of $12.500,000.00, in favor of Kara Lydia Jerez against the Republic of Iran in the amount of $8,500,000.00 in favor of Paige Marie Rollison against the Republic of Iran in the amount of $8,500,000.00, in favor Elizabeth Rollison against the Republic of Iran in the amount of $8,500,000.00, in favor of David Spivock, Jr., agains Republic of Iran in the amount of $12,500,000.00, Jacqueline Steed against the Republic of Iran in the amount of $8,. and Tanya Villanueva Tepper against the republic of Iran in the amount of $12,500,000.00. (Signed by Clerk of Cour Krajick on 02/18/2020) (Attachments: # 1 Notice of Right to Appeal)Filed In Associated Cases: 1:03−md−01570−GI 1:15−cv−09903−GBD−SN (dt) (Entered: 02/18/2020) |
| .8/2020 | 5961 | CLERK CERTIFICATE OF MAILING of two copies of the 1)Notice of Default Judgment with Foreign Service Imn Act; 2)Parker Suarez Order of Final Judgment for Compensat01y Damages for Conscious Pain and Suffering dated J: 2020; 3)Bauer Ill Order of Final Judgment for Economic Damages dated January 30, 2020; 4)Bauer IV Order of Fina for Economic Damages dated January 30, 2020; 5)Bauer V Order of Final Judgment for Economic Damages dated Ja 2020; 6)Bauer VI Order of Final Judgment for Economic Damages dated January 30, 2020; 7)Bauer VII Order of Fir Judgment for Economic Damages dated January 30, 2020; 8)Bauer VIII Order of Final Judgment for Economic Dam January 30, 2020; 9)Bauer IX Order of Final Judgment for Economic Damages dated January 30, 2020; 10)Bauer X ( Final Judgment for Economic Damages dated January 30, 2020;and 11)Certification by the Translator. mailed to H.E Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini Street, Imam Khomeini Tehran, Islamic Republic of Iran, by dispatch to U.S. Department of State, ATTN: FSIA, CA/OCS/L, Office of Polic and Inter−Agency Liaison (CA/OCS/PRI) SA−17, 10th Floor, Washington, DC 20522 on 2/14/2020 by Federal Expr # 7777 5349 8070, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−. Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pu the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−11416−GBD−SN.(smc) (Entered: 02/18/2020) |
| .8/2020 | 5962 | CLERK'S JUDGMENT re: (5948 in 1:03−md−01570−GBD−SN, 368 in 1:15−cv−09903−GBD−SN) Order on Motic Default Judgment. Thomas Burnett, Sr., et al., v. The Islamic Republic of Iran et al., 15 Civ. 9903 (GBD) (SN) It is, ( ADJUDGED AND DECREED: That for the reasons stated in the Court's Memorandum Decision and Order dated Fe 2020, Magistrate Judge Sarah Netburn's February 7, 2020, Report and Recommendation (the "Report"), recommendi Court grant Plaintiffs' motion and recommending the amounts in which each plaintiff should be awarded pain and su damages (Report ECF No. 5888 at 15−16) is adopted; Plaintiffs' Motion for Final Judgments (ECF No. 5760) is gran ORDERED that the Burnett Plaintiffs identified in the attached Exhibit A are awarded judgments for pain and sufferi forth in Exhibit A; and it is ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96 percent all interest compounded annually over the same period; and it is ORDERED that the Plaintiffs not appearing on Exhi who were not previously awarded damages may submit in later stages applications for punitive, economic, and/or oth awards that may be approved on the same basis as currently approved for those PlaintiffsAppearing on Exhibit A or i filings. In favor of Yvonne V. Abdool against Islamic Republic of Iran in the amount of $ 5,000,000.00, in favor of I Alleyne−Robertson against the Republic of Iran in the amount of $5,000,000.00, in favor of Frances Berdan against t of Iran in the amount of $7,000,000.00, in favor of Deborah E. Berk against the Republic of Iran in the amount of $7, in favor of Michael P. Brodbeck against the Republic of Iran in the amount of $7,000,000.00, in favor of Boris Brons against the Republic of Iran in the amount of $5,000,000.00, in favor of Sharron L. Clemons against the Republic of I amount of $5,000,000.00, in favor of Flory H. Danish, Jr., against the republic of Iran in the amount of $5,000,000.0 of Michael T. Dempsey against the Republic of Iran in the amount of $5,000,000.00, in favor of John Drapas, Jr., aga Republic of Iran in the amount of $7,000,000.00, in favor of Hernando Fernandez against the republic of Iran in the a $7,000,000.00, in favor of Paul E. Gonzales against the Republic of Iran in the amount of $12,000,000.00, in favor o Gordillo against the Republic of Iran in the amount of $5,000,000.00, in favor of Rafael Gudmuch against the Repub in the amount of $5,000,000.00, in favor of Robert Hall against the Republic of Iran in the amount of $7,000,000.00, |

| | | |
|---|---|---|
| | | David J. King, Jr., against the Republic of Iran in the amount of $10,000,000.00, in favor of Evelyn A. Lugo against t Republic or Iran in the amount of $5,000,000.00, in favor of Antonio Quinones against the Republic of Iran in the am $7,000,000.00, in favor of Joseph Rotondi against the Republic of Iran in the amount of $5,000,000.00, in favor of $C Savery against the Republic of Iran in the amount of $7,000,000, and in favor of Barbara M. Williams against the Re Iran in the amount of $5,000,000.00. (Signed by Clerk of Court Ruby Krajick on 02/18/2020) (Attachments: # 1 Noti to Appeal)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN (dt) (Entered: 02/18/20 |
| .8/2020 | 5963 | CLERK'S JUDGMENT re: (367 in 1:15−cv−09903−GBD−SN, 5946 in 1:03−md−01570−GBD−SN) Order on Motic Default Judgment. Thomas Burnett, Sr., et al., v. The Islamic Republic of Iran et al., 15 Civ. 9903 (GBD) (SN) It is, ( ADJUDGED AND DECREED: That for the reasons stated in the Court's Memorandum Decision and Order dated Fe 2020, Magistrate Judge Sarah Netburn's February 7, 2020, Report and Recommendation (the "Report"), recommendi Court grant Plaintiffs' motion and recommending the amounts in which each plaintiff should be awarded pain and su damages (Report ECF No. 5879, at 27−29) is adopted; Plaintiffs' Motion for Final Judgments (ECF No. 5711) is gran ORDERED that the Burnett Plaintiffs identified in the attached Exhibit A are awarded judgment for pain and sufferi as set forth in Exhibit A; and it is ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96 p perannum, all interest compounded annually over the same period; and it is ORDERED that the Plaintiffs not appeari Exhibit A and who were not previously awarded damages may submit in later stages applications for punitive, econo other damages awards that may be approved on the same basis as currently approved for those PlaintiffsAppearing o or in prior filings. In favor of George Bachmann, RICHARD BERRY against the Islamic Republic of Iran in the amo 7,000,000.00, in favor of Mary Ellen Barbieri against the Republic of Iran in the amount of $10,000,000.00, in favor A. Beatty against the Republic of Iran in the amount of $10,000,000.00, in favor of Jean M. Hunt against the republic the amount of $10,000,000.00, in favor of David Kletsman against the Republic of Iran in the amount of $5,000,000. of Daniel Kruesi against the Republic of Iran in the amount of $5,000,000.00, in favor of John R. La Sala against the Iran in the amount of $5,000,000.00, in favor of Veronica O. Li against the Republic of Iran in the amount of $5,000, favor of James Raymond McCarthy against the Republic of Iran in the amount of $7,000,000.00, in favor of Nancy M Morrison against the Republic of Iran in the amount of $7,000,000,00, in favor of Kofi Osei Nyantakyi against the R Iran in the amount of $7,000,000.00, in favor of Sharon Premoli against the Republic of Iran in the amount of $10,00 favor of Bryan Rodrigues against the Republic of Iran in the amount of $7,000,000.00, in favor of Julio Roig, Jr., aga Republic of Iran in the amount of $7,000,000.00, in favor of Kevin Shaeffer against the Republic of Iran in the amou $12,000,000.00, in favor of Donna Singer against the Republic of Iran in the amount of $5,000,000.00, in favor of Eu Singer against the Republic of Iran in the amount of $10,000,000.00, in favor of Lauren A. Smith against the Republi the amount of $7,000,000.00, in favor of Kenneth A. Summers against the republic of Iran in the amount of $10,000, favor of Michael A. Telesca against the Republic of Iran in the amount of $7,000,000.00, in favor of Bidiawattie Tew the Republic of Iran in the amount of $5,000,000.00, in favor of Denise Thompson against the Republic of Iran in the $5,000,000.00, in favor of John Lewis Thurman against the Republic of Iran in the amount of $5,000,000.00, and in f Phidia Wong against the Republic of Iran in the amount of $10,000,000.00. (Signed by Clerk of Court Ruby Krajick 02/18/2020) (Attachments: # 1 Notice of Right to Appeal)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN (dt) (Entered: 02/18/2020) |
| .8/2020 | 5964 | LETTER addressed to Judge George B. Daniels from Megan W. Benett dated 02/18/2020 re: the status of a certain p motion for final judgment against Iran that had been filed by the deadlines set by the Court. Document filed by Kathl Ashton.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Benett, Megan) (Entere 02/18/2020) |
| .8/2020 | 5965 | CLERK'S JUDGMENT re: (5950 in 1:03−md−01570−GBD−SN, 1266 in 1:02−cv−06977−GBD−SN) Order. It is, O ADJUDGED AND DECREED: That for the reasons stated in the Court's Memorandum Decision and Order dated Fe 2020, Magistrate Judge Sarah Netburn's December 19, 2019 Report and Recommendation (the "Report"), recommen this Court grant in part and deny in part Plaintiffs motion; (Report, ECF No.5387, at 8), is adopted as it pertains to Pl James Della Bella, Jason Schoenholtz, and Terrence M. Smith, Jr. Plaintiffs motion for Final Judgments (ECF No. 47 granted as it pertains to Plaintiffs James Della Bella, Jason Schoenholtz, and Terrence M. Smith Jr., it is ORDERED Ashton Plaintiffs identified in the attached Exhibit A are awarded judgmentfor solatium damages as set forth in Exhi is ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96 percent perannum, all interest co annually over the same period; and it is ORDERED that the Plaintiffs not appearing on Exhibit A and who were not awarded damages awards that may be approved on the same basis as currently approved for those PlaintiffsAppearin A or in prior filings. In favor of James Della Bella against Al Qaeda Islamic Army, Islamic Republic of Iran in the an $8,500,000.00, in favor of Jason Schoenholtz against Al Qaeda Islamic Army, Islamic Republic of Iran in the amoun $2,125,000.00, and in favor of Terrence M. Smith, Jr., against Al Qaeda Islamic Army, Islamic Republic of Iran in th $8,500,000.00. (Signed by Clerk of Court Ruby Krajick on 02/18/2020) (Attachments: # 1 Notice of Right to Appeal Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN (dt) (Entered: 02/18/2020) |
| .8/2020 | 5966 | CLERK'S JUDGMENT re: (5953 in 1:03−md−01570−GBD−SN, 1267 in 1:02−cv−06977−GBD−SN) Order on Moti Default Judgment. It is, ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Memo Decision and Order dated February 14, 2020, Magistrate Judge Sarah Netburn's February 11, 2020 Report and Recon (the "Report"), recommending that this Court grant in part and deny in part Plaintiffs' motion, and for those Plaintiffs motions should be granted, recommending the amounts in which each should be awarded pain and suffering damages |

| | | |
|---|---|---|
| | | ECF No. 5914, at 3−4) is adopted; Plaintiffs motion for Final Judgments (ECF No. 5792), is granted. it is ORDEREI Ashton Plaintiffs identified in the attached Exhibit A are awarded judgmentfor pain and suffering damages as set fort A; and it is ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96 percent perannum, all ir compounded annually over the same period; and it is ORDERED that the Plaintiffs not appearing on Exhibit A and w not previously awarded damages may submit in later stages applications for punitive, economic, and/or damages awa may be approved on the same basis as currently approved for those Plaintiffsappearing on Exhibit A or in prior filing of Leonard Ardizzone, against al Oaeda Islamic Army, and the Islamic Republic of Iran in the amount of $ 7,000,000 (Signed by Clerk of Court Ruby Krajick on 02/18/2020) (Attachments: # 1 Notice of Right to Appeal)Filed In Associ 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN (dt) (Entered: 02/18/2020) |
| .8/2020 | 5967 | LETTER addressed to Judge George B. Daniels from Megan W. Benett dated 2/18/2020 re: in connection with ECF and its corrected proposed judgment ECF No. 5565. Document filed by Kathleen Ashton.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Benett, Megan) (Entered: 02/18/2020) |
| .8/2020 | 5968 | CLERK'S JUDGMENT re: (5951 in 1:03−md−01570−GBD−SN, 370 in 1:15−cv−09903−GBD−SN) Order. Thomas Sr., et al., v. The Islamic Republic of Iran et al., 15 Civ. 9903 (GBD) (SN) It is, ORDERED, ADJUDGED AND DE( That for the reasons stated in the Court's Memorandum Decision and Order dated February 14, 2020, Magistrate Judg Netburn's January 10, 2020, Report and Recommendation (the "Report"), recommending that this Court grant in part part Plaintiffs motion (Report, CF No. 5483, at 21−24) is adopted; Plaintiffs' Motion for Final Judgments (ECF No. 5 granted in part and denied in part; it is ORDERED that the Burnett Plaintiffs identified in the attached Exhibit A are a judgment for solatium damages as set forth in Exhibit A; and it is ORDERED that prejudgment interest is awarded to calculated at a rate of 4.96 percent perannum, all interest compounded annually over the same period; and it is ORDE the Plaintiffs not appearing on Exhibit A and who were not previously awarded damages may submit in later stages a for solatium and/or economic damages awards that may be approved on the same basis as currently approved for thos Plaintiffsappearing on Exhibit A or in prior filings. In favor of Deborah L. Barrett against the Islamic Republic of Ira amount of $ 12,500,000.00, in favor of Theresa Bevilacqua against the Republic of Iran in the amount of $8,500,000. of Susan carol Brady against the Islamic Republic of Iran in the amount of $ 12,500,000.00, in favor of Douglas C. C against the Islamic Republic of Iran in the amount of $12,500,000.00, in favor of Cheryl D. Cooper against the Islam of Iran in the amount of $12,500,000.00 in favor of Mary Coughlin against the Islamic Republic of Iran in the amoun $12,500,000.00, in favor of Margaret C. Cruz against the Islamic Republic of Iran in the amount of $12,500,000.00, i John Cuccinello against the Islamic Republic of Iran in the amount of $8,500,000.00, in favor of William G. Dietrich Islamic Republic of Iran in the amount of $12,500,000.00, in favor of Robert Giallombardo against the Islamic Repul in the amount of $8,500,000.00, in favor of Veronica A. Giascoe against the Islamic Republic of Iran in the amount o $12,500,000.00, in favor of Lisa C. Goldberg−McWilliams against the Islamic Republic of Iran in the amount of $12,500,000.00, in favor of Lydeda Grant against the Islamic Republic of Iran in the amount of $8,500,000.00, in fav Anthony Newsome against the Islamic Republic of Iran in the amount of $8,500,000.00, in favor of Monica Ianelli ag Islamic Republic of Iran in the amount of $12,500,000.00, in favor of Frank G. Jensen against the Islamic Republic o amount of $12,500,000.00, in favor of Kerri Kelly against the Islamic Republic of Iran in the amount of $8,500,000.0 of Ina Leventhal against the Islamic Republic of Iran in the amount of $12,500,000.00, in favor of Camille Nicole Ma the Islamic Republic of Iran in the amount of $8,500,000.00, in favor of Chelsea Rhea McCarthy against the Islamic Iran in the amount of $8,500,000.00, in favor of Rhonda McCleary against the Islamic Republic of Iran in the amoun $4,250,000.00, in favor of Noreen V. McDonough against the Islamic Republic of Iran in the amount of $12,500,000 of Vincent A. Milotta against the Islamic Republic of Iran in the amount of $12,500,0000.00, in favor of Catherine M against the Islamic Republic of Iran in the amount of $12,500,000.00, in favor of Gina Pinos against the Islamic Repu in the amount of $12,500,000.00, and in favor of Cheryl Rinbrand against the Islamic Republic or Iran in the amount $12,500,000.00. (Signed by Clerk of Court Ruby Krajick on 02/18/2020) (Attachments: # 1 Notice of Right to Appea Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN (dt) (Entered: 02/18/2020) |
| .8/2020 | 5969 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF ARIAS PLAINTIFFS IDENTIFIED A A: It is hereby ORDERED that service of process was effected upon The Islamic Republic of Iran in accordance with § 1608(a) for sovereign defendants; ORDERED that partial final judgment is entered against the Iran Defendants and of the Plaintiffs in Arias, et al. v. The Islamic Republic of Iran, et al., Case No. 19−cv−41 (GBD)(SN), as identified i attached Exhibit A, who are each a spouse, parent, child, or sibling ( or the estate of a spouse, parent, child, or sibling individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A, and it is ORDERED that F identified in Exhibit A are awarded: solatium damages of S 12,500,000 per spouse, $8,500,000 per parent, $8,500,00 and $4,250,000 per sibling, as set forth in Exhibit A; and it is ORDERED that Plaintiffs identified in Exhibit A are av prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the d judgment; and it is ORDERED that Plaintiffs identified in Exhibit A may submit an application for punitive damages damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent wit rulings made by this Court on this issue, and it is ORDERED that the remaining Arias Plaintiffs not appearing on Exl may submit in later stages applications for damages awards, and to the extent they are for solatium or by estates for compensatory damages' for decedents pain and suffering from the September 11 attacks, they will be approved consis those approved herein for the Plaintiffs appearing on Exhibit A. (Signed by Judge George B. Daniels on 2/18/2020) F Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00041−GBD−SN (rro) Transmission to Orders and Judgme for processing. (Entered: 02/18/2020) |

| | | |
|---|---|---|
| .8/2020 | 5970 | CLERK'S JUDGMENT re: (5955 in 1:03−md−01570−GBD−SN, 371 in 1:15−cv−09903−GBD−SN) Order on Motic Default Judgment. It is, ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Memc Decision and Order dated February 14, 2020, Magistrate Judge Sarah Netburn's February 11, 2020, Report and Recoı (the "Report"), recommending that this Court grant Plaintiffs' motion and recommending the amounts in which each l should be awarded pain and suffering damages. (Report, ECF o.5909, at 13−15) is adopted; Plaintiffs Motion for Fin Judgments (ECF No. 5798) is granted; it is ORDERED that the Burnett Plaintiffs identified in the attached Exhibit A awarded judgment for pain and suffering damages as set forth in Exhibit A; and it is ORDERED that prejudgment int awarded to be calculated at a rate of 4.96 percent perannum, all interest compounded annually over the same period; ORDERED that the Plaintiffs not appearing on Exhibit A and who were not previously awarded damages may submi stages applications for punitive, economic and/or damages awards that may be approved on the same basis as current for those Plaintiffsappearing on Exhibit A or in prior filings. In favor of Lynette Bangaree against Islamic Republic o amount of $ 5,000,000.00, in favor of Eduardo E. Bruno against the Islamic Republic of Iran in the amount of $7,000 favor of Richard Collis against the Islamic republic of Iran in the amount of %5,000,000.00, in favor of Walter Henry Jr., against The Islamic Republic of Iran in the amount of $5,000,000.00, in favor of Clifford Jenkins against the Islar Republic of Iran in the amount of $5,000,000.00, in favor of Mark D. Joseph against the Islamic republic of Iran in th of $7,000,000.00, in favor of Susanne Kikkenborg against the Islamic Republic of Iran in the amount of $5,000,000.( of Stephen J. King, III against the Islamic Republic of Iran in the amount of $5,000,000.00, Joseph Pesce against the Republic of Iran in the amount of $5,000,000.00, in favor of Nathan Peterson, Jr., against the Islamic Republic of Iraı amount of $5,000,000.00, in favor of Juan Ramirez against the Islamic Republic of Iran in the amount of $5,000,000. of Grace Rivera against the Islamic Republic of Iran in the amount of $12,000,000.00, in favor of Edwin River agains Islamic Republic of Iran in the amount of $ 12,000,000.00, in favor of John Rogers against the Islamic Republic of Ir amount of $7,000,000.00, in favor of Abida Shaikh against the Islamic republic of Iran in the amount of $5,000,000.( of Dennis J. Valentin against the Islamic republic of Iran in the amount of $7,000,000.00, and in favor of Lauren Mar against the Islamic Republic of Iran in the amount of $25,000,000.00. (Signed by Clerk of Court Ruby Krajick on 02/ (Attachments: # 1 Notice of Right to Appeal)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903 (dt) (Entered: 02/18/2020) |
| .8/2020 | 5971 | CLERK'S JUDGMENT re: (1268 in 1:02−cv−06977−GBD−SN, 5954 in 1:03−md−01570−GBD−SN, 113 in 1:02−cv−07230−GBD−SN) Order on Motion for Default Judgment. It is, ORDERED, ADJUDGED AND DECREEI the reasons stated in the Court's Memorandum Decision and Order dated February 14, 2020, Magistrate Judge Sarah February 11, 2020 Report and Recommendation (the "Report"), recommending that this Court grant Plaintiffs' motioı recommending the amounts in which each Plaintiff should be awarded pain and suffering damages; (Report, ECF No 6−7)), is adopted. Plaintiffs motion for Final Judgments (ECF No. 4718), is granted. it is ORDERED that the Plaintif in the attached Exhibit A are awarded judgmentfor pain and suffering damages as set forth in Exhibit A; and it is ORI that prejudgment interest is awarded to be calculated at a rate of 4.96 percent perannum, all interest compounded ann the same period; and it is ORDERED that the Plaintiffs not appearing on Exhibit A and who were not previously awa damages awards may submit in later stages applications for punitive, economic, and/or other damages awards that ma approved on the same basis as currently approved for those PlaintiffsAppearing on Exhibit A or in prior filings. In fa Virginia DiChiara against al Qaeda Islamic Army and Osama Bin Laden, in the amount of $12,000,000.00, in favor c Young against al Qaeda Islamic Army and Osama Bin Laden, in the amount of $12,000,000.00, in favor of Kathy Co against al Qaeda Islamic Army and Osama Bin Laden, in the amount of $10,000,000.00, in favor of Edward A. Nicho al Qaeda Islamic Army and Osama Bin Laden, in the amount of $10,000,000.00, and in favor of Valecia Parker agair Islamic Army and Osama Bin Laden, in the amount of $7,000,000.00..... (Signed by Clerk of Court Ruby Krajick on 02/18/2020) (Attachments: # 1 Notice of Right to Appeal)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN (dt) (Entered: 02/18/2020) |
| .8/2020 | 5972 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment w/the Sovereign Immunitie attached, Memorandum Decision and Order for Final Judgment on behalf of certain Ashton and Bauer Plaintiffs iden Exhibit A; and Certification by the translator mailed to H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Min Foreign Affairs Imam Khomeini Street, Imam Khomeini Square Tehran, Islamic Republic of Iran, by dispatch to the Department of State, ATTN: FSIA, CA/OCS/L, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI) S Floor, Washington, DC 20522 on 2/18/2020 by Federal Express tracking # 7777 8466 1629, pursuant to the provisioı Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(smc) (Entered: 02/18/2020) |
| .8/2020 | 5973 | ORDER ON PLAINTIFFS' EMERGENCY MOTION TO SUBSTITUTE PARTIES PURSUANT TO FEDERAL RU CIVIL PROCEDURE 15(d) granting 5941 Motion to Substitute Party: ORDERED that the Burnett Plaintiffs' motion and the individuals included on Exhibit A are to be substituted into the Burnett case in the manner set forth on Exhibi is ORDERED that the Burnett Plaintiffs comply with the Clerk of Court's instructions as set forth in ECF No. 4295 re addition of these plaintiffs to the Burnett action in the Court's ECF and docketing system. (Signed by Judge George E on 2/18/2020) (jwh) Modified on 2/18/2020 (jwh). (Entered: 02/18/2020) |
| .8/2020 | 5974 | CLERK'S JUDGMENT re: (5947 in 1:03−md−01570−GBD−SN, 112 in 1:02−cv−07230−GBD−SN, 72 in 1:18−cv−11878−GBD−SN, 1265 in 1:02−cv−06977−GBD−SN). It is, ORDERED, ADJUDGED AND DECREED: ' reasons stated in the Court's Memorandum Decision and Order dated February 14, 2020, Magistrate Judge Sarah Netl January 21, 2020 Report and Recommendation (the "Report"), recommending that this Court grant in part and deny i |

| | | |
|---|---|---|
| | | Plaintiffs' motions; (Report, ECF No.5701, at 10), is adopted, as it pertains to Plaintiffs Christopher Dowdell, Willim Matthew Dowdell, Dayna Spordone, Christopher Michael Ruggieri, Phylicia Ruggieri, Justin Sivin, and Donald Scau Plaintiffs motion for Final Judgments (ECF Nos. 5402, 5407, 5420, and 5428), are granted as they pertain to Christop Dowdell, Willima Dowdell, Matthew Dowdell, Dayna Spordone, Christopher Michael Ruggieri, Phylicia Ruggieri, J and Donald Scause. it is ORDERED that the Plaintiffs identified in the attached Exhibit A are awarded judgment for suffering damages as set forth in Exhibit A; and it is ORDERED that prejudgment interest is awarded to be calculate 4.96 percent per annum, all interest compounded annually over the same period; and it is ORDERED that the Plaintif appearing on Exhibit A and who were not previously awarded damages awards may submit in later stages applicatior solatium and/or economic damages awards that may be approved on the same basis as currently approved for those P Appearing on Exhibit A or in prior filings. In favor of Christopher Dowdell against al Qaeda Islamic Army Bin Lade Islamic Republic of Iran in the amount of $ 4,250,000.00, in favor of William Dowdell against al Qaeda Islamic Arm Laden, and the Islamic Republic of Iran in the amount of $ 4,250,000.00, in favor of Matthew Dowdell against al Qa Army Bin Laden, and the Islamic Republic of Iran in the amount of $ 8,500,000.00, in favor of Dayna Spordone agai Qaeda Islamic Army Bin Laden, and the Islamic Republic of Iran in the amount of $ 8,500,000.00, in favor of Christ Michael Ruggieri against al Qaeda Islamic Army Bin Laden, and the Islamic Republic of Iran in the amount of $ 8,5 in favor of Phylicia Ruggieri against al Qaeda Islamic Army Bin Laden, and the Islamic Republic of Iran in the amou 4,250,000.00, in favor of Justin Sivin against al Qaeda Islamic Army Bin Laden, and the Islamic Republic of Iran in of $ 4,250,000.00, and in favor of Donald Scauso against al Qaeda Islamic Army Bin Laden, and the Islamic Republi the amount of $8,500,000.00. (Signed by Clerk of Court Ruby Krajick on 02/18/2020) (Attachments: # 1 Notice of R Appeal)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD− 1:18−cv−11878−GBD−SN (dt) Modified on 2/18/2020 (dt). (Entered: 02/18/2020) |
| .8/2020 | 5975 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF BURNETT/IRAN PLAINTIFFS IDEN EXHIBIT A: ORDERED that partial final judgment is entered against the Iran Defendants and on behalf of the Plain Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al., Case No. 15−cv−9903 (GBD)(SN), as identified in attached Exhibit A, who are each the estate of a victim of the terrorist attacks on September 11, 2001, as indicated in and it is ORDERED that Plaintiffs identified in Exhibit A are awarded: compensatory damages for decedents' pain ar in an amount of $2,000,000 per estate, as set forth in Exhibit A; and it is ORDERED that Plaintiffs identified in Exhi awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 u of judgment; and as further set forth in this judgement. (Signed by Judge George B. Daniels on 2/18/2020) (jwh) (En 02/18/2020) |
| .8/2020 | 5976 | FINAL ORDER OF JUDGMENT ON BEHALF OF ASHTON XVIII PLAINTIFFS IDENTIFIED AT EXHIBIT A: ORDERED that final judgment is entered against Iran and on behalf of the Plaintiffs in Ashton, as identified in the at Exhibit A, who are the immediate family members of an individual killed in the terrorist attacks on September 11, 20 described in Exhibit A; ORDERED that Plaintiffs identified in Exhibit A are awarded: solatium damages in the amou forth in Exhibit A; ORDERED that the Ashton Plaintiffs identified in Exhibit A are awarded prejudgment interest of percent per annum, compounded annually, running from September 11, 2001 until the date of judgment, and as furthe in this judgment. (Signed by Judge George B. Daniels on 2/18/2020) Filed In Associated Cases: 1:03−md−01570−G 1:02−cv−06977−GBD−SN (jwh) (Entered: 02/18/2020) |
| .8/2020 | 5977 | CLERK'S JUDGMENT re: (126 in 1:18−cv−05306−GBD−SN, 111 in 1:18−cv−05320−GBD−SN, 74 in 1:18−cv−11870−GBD−SN, 5952 in 1:03−md−01570−GBD−SN, 74 in 1:18−cv−12387−GBD−SN, 66 in 1:18−cv−11837−GBD−SN) Order. It is, ORDERED, ADJUDGED AND DECREED: That for the reasons stated in t Memorandum Decision and Order dated February 14, 2020, Magistrate Judge Sarah Netburn's January 23, 2020 Rep Recommendation (the "Report"), recommending that this Court grant in part and deny in part Plaintiffs' motions; (Re No.5735, at 12), is adopted, as it pertains to Plaintiffs John Proodian, Reginald Colon, Rosa Colon, Julio Masa Lebro A. Cuellar, and Rebecca Sue Loethen. Plaintiffs motion for Final Judgments (ECF Nos. 4930, 4914, 4910, 4918, and granted as they pertain to John Proodian, Reginald Colon, Rosa Colon, Julio Masa Lebron, George A. Cuellar, and R Loethen. it is ORDERED that the Plaintiffs identified in the attached Exhibit A are awarded judgmentfor solatium da set forth in Exhibit A; and it is ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96 perc perannum, all interest compounded annually over the same period; and it is ORDERED that the Plaintiffs not appeari Exhibit A and who were not previously awarded damages awards may submit in later stages applications for solatiun economic damages awards that may be approved on the same basis as currently approved for those PlaintiffsAppeari Exhibit A or in prior filings. In favor of John Prodian against the Islamic Republic of Iran in the amount of $ 8,500,0 favor of Reginald Colon against the Islamic Republic of Iran in the amount of $ 8,500,000.00, in favor of Rosa Color Islamic Republic of Iran in the amount of $ 8,500,000.00, in favor of Julio Masa Lebron against the Islamic Republic the amount of $ 8,500,000.00, in favor of George A. Cuellar against the Islamic Republic of Iran in the amount of $12,500,000.00, and in favor of Rebecca Sue Loethen against the Islamic Republic of Iran in the amount of $ 12,500. (Signed by Clerk of Court Ruby Krajick on 02/18/2020) (Attachments: # 1 Notice of Right to Appeal)Filed In Associ 1:03−md−01570−GBD−SN et al. (dt) (Entered: 02/18/2020) |
| .8/2020 | 5978 | CERTIFICATE OF SERVICE of Judgment served on Islamic Republic of Iran on 2/18/2020. Document filed by Go Aamoth, Audrey Ades, Marinella Hemenway, Alexander Jimenez, Bakahityar Kamardinova, Chang Kim, Maureen Moody−Theinert, Horace Morris, Laurence Schlissel..(Goldman, Jerry) (Entered: 02/18/2020) |

| | | |
|---|---|---|
| .8/2020 | 5979 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF BURNETT/IRAN PLAINTIFFS IDEN EXHIBIT A: ORDERED that partial final judgment is entered against the Iran Defendants and on behalf of the Plaint Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al., Case No. 15−cv−9903 (GBD)(SN), as identified in attached Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A, and it is ORDERED that P identified in Exhibit A are awarded: solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 and $4,250,000 per sibling, as set forth in Exhibit A; and it is ORDERED that Plaintiffs identified in Exhibit A are aw prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the da judgment; and as further set forth in this judgment. (Signed by Judge George B. Daniels on 2/18/2020) (jwh) (Entered 02/18/2020) |
| .8/2020 | 5980 | CLERK'S JUDGMENT re: (373 in 1:15−cv−09903−GBD−SN, 5957 in 1:03−md−01570−GBD−SN) Order on Motic Default Judgment. It is, ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Memo Decision and Order dated February 18, 2020, Magistrate Judge Sarah Netburn's February 13, 2020, Report and Recor (the "Report"), recommending that this Court grant Plaintiffs' motion and recommending the amounts in which each p should be awarded pain and suffering damages (Report ECF No. 5932, at 4−5) is adopted; Plaintiffs Motion for Final (ECF No. 5816) is granted; it is ORDERED that the Burnett Plaintiffs identified in the attached Exhibit A are awarde for pain and suffering damages as set forth in Exhibit A; and it is ORDERED that prejudgment interest is awarded to calculated at a rate of 4.96 percent perannum, all interest compounded annually over the same period; and it is ORDE the Plaintiffs not appearing on Exhibit A and who were not previously awarded damages may submit in later stages a for punitive, economic, and/or other damages awards that may be approved on the same basis as currently approved f PlaintiffsAppearing on Exhibit A or in prior filings. In favor of Jonathan M Becker against Islamic Republic of Iran i amount of $ 5,000,000.00, in favor of Estate of David Allen Bridgeforth against Islamic Republic of Iran in the amou 7,000,000.00, and in favor of Joseph Falco against Islamic Republic of Iran in the amount of $ 7,000,000.00. (Signed Court Ruby Krajick on 02/18/2020) (Attachments: # 1 Notice of Right to Appeal)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN (dt) (Entered: 02/18/2020) |
| .9/2020 | 5981 | CERTIFICATE OF SERVICE of Default Judgments served on Islamic Republic of Iran on 2/19/2020. Document file Dickey. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−07230−GBD−SN.(Schutty, John) (Entered 02/19/2020) |
| .9/2020 | 5982 | LETTER MOTION for Conference *(requesting a pre−motion conference)* addressed to Magistrate Judge Sarah Netb Steven R. Pounian dated 02/19/2020. Document filed by Plaintiffs Executive Committees..(Pounian, Steven) (Entered 02/19/2020) |
| .9/2020 | 5983 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF ARONOW II PLAINTIFFS IDENTIFI EXHIBIT A: ORDERED that partial final judgment is entered against the Iran Defendant and behalf of the Plaintiffs et al. v. The Islamic Republic of Iran, Case No. 19−cv−44, as identified in the attached Exhibit A, who are each the e victim of the terrorist attacks on September 11, 2001, as indicated in Exhibit A, and it is ORDERED that Plaintiffs id Exhibit A are awarded compensatory damages for decedents' pain and suffering in the amount of $2,000,000 per esta forth in Exhibit A; and it is ORDERED that Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4.9 per annum, compounded annually, running from September 11, 2001 until the date of judgment; and as further set for judgment. (Signed by Judge George B. Daniels on 2/19/2020) (jwh) (Entered: 02/19/2020) |
| .9/2020 | 5984 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 02/19/2020) |
| .9/2020 | 5985 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENT ON COMPENSATORY DAMAGES ON BEHALF OF RA PLAINTIFFS: ORDERED that partial final judgment is entered against the Iran nation−state and political subdivision Defendants listed above and on behalf of the Ray Plaintiffs, as identified in the attached EXHIBIT A, who are each a parent, child or sibling ( or the estate of a spouse, parent, child or sibling) of a victim killed in the terrorist attacks on 11, 2001; and it is FURTHER ORDERED that Plaintiffs identified in EXHIBIT A are awarded solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in EXH and it is FURTHER ORDERED that partial final judgment is entered against the Iran nation−state and political subdi Defendants and on behalf of the Ray Plaintiffs, as identified in the attached EXHIBIT B, who are each the personal representative of the estate of a victim of the terrorist attacks on September 11, 2001; and it is FURTHER ORDEREI Ray Plaintiffs identified in EXHIBIT Bare awarded compensatory damages for decedents' pain and suffering in an an $2,000,000 per estate, as set forth in EXHIBIT B; and it is FURTHER ORDERED that the Ray Plaintiffs identified in EXHIBITS A and B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running fro September 11, 2001 until the date of judgment; and as further set forth in this order. (Signed by Judge George B. Dan 2/19/2020) (jwh) (Entered: 02/19/2020) |
| .9/2020 | 5986 | CERTIFICATE OF SERVICE of Judgment served on Islamic Republic of Iran on 2/18/2020. Document filed by Kat Ashton. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Benett, Megan) (Entere 02/19/2020) |
| .9/2020 | 5987 | CERTIFICATE OF SERVICE of Judgment served on Islamic Republic of Iran on 2/18/2020. Document filed by Kat Ashton. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Benett, Megan) (Entere |

| | | |
|---|---|---|
| | | 02/19/2020) |
| .9/2020 | 5988 | CERTIFICATE OF SERVICE of Judgment served on Islamic Republic of Iran on 2/18/2020. Document filed by Kat Ashton. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Benett, Megan) (Entere 02/19/2020) |
| .9/2020 | 5989 | CERTIFICATE OF SERVICE of Judgment served on Islamic Republic of Iran on 2/18/2020. Document filed by Kat Ashton. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Benett, Megan) (Entere 02/19/2020) |
| .9/2020 | 5990 | LETTER MOTION to Seal *submission regarding distribution of funds by the U.S. Victims of State Sponsored Terror Estate of Rodney A. Dickens* addressed to Magistrate Judge Sarah Netburn from John M. Eubanks dated February 19, Document filed by Burnett Plaintiffs, Lashawn Dickens.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 02/19/2020) |
| 20/2020 | 5991 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Sarah Netburn from Michael K. Kello February 20, 2020 re: 5982 LETTER MOTION for Conference *(requesting a pre−motion conference)* addressed to M Judge Sarah Netburn from Steven R. Pounian dated 02/19/2020. . Document filed by Kingdom of Saudi Arabia..(Kel Michael) (Entered: 02/20/2020) |
| 20/2020 | 5992 | CLERK CERTIFICATE OF MAILING of two copies of the 1)Notice of Default Judgment with certified Farsi transl true and certified copy of the August 31, 2015 default judgment on liability with certified Farsi translation. 3)a true a copy of the February 5, 2020 Partial Final Default Judgment and the moving papers of Plaintiffs Motion, with certifie translations of the Default Judgment and Plaintiffs motion papers; and 4)a copy of the Foreign Sovereign Immunities certified Farsi translation mailed to Islamic Republic of Iran H.E. Dr. Mohammad Javad Zarif Foreign Minister of the of Foreign Affairs Imam Khomeini Street, Imam Khomeini Square Tehran, Islamic Republic of Iran, on 2/20/2020 by to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Federal Express tracking # 7778 0032 2976.I Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN(smc) (Entere 02/20/2020) |
| 20/2020 | 5993 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated February 20, 20 to Michael Kellogg's letter (ECF No. 5991). Document filed by Plaintiffs Executive Committees..(Carter, Sean) (Ent 02/20/2020) |
| 20/2020 | 5994 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment with certified Farsi translati and certified copy of the August 31, 2015 Default Judgment on Liability with certified Farsi translation. See attachm Notice; 3)a true and certified copy of the February 12, 2020 Final Order of Judgment, the moving papers for Plaintiff with certified Farsi translations of the Final Orders of Judgment and Plaintiffs motion papers. See attachment B to the and 4)a copy of the Foreign Sovereign Immunities Act with certified Farsi translation, See attachment C to the notice Islamic Republic of Iran H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Street, Imam Khomeini Square Tehran, Islamic Republic of Iran, by dispatch to the Secretary of State, Attn: Director Consular Services, CA/OCS/L), U.S. Department of State, SA−17, 10th Floor, Washington, DC 20520, pursuant to t provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4), on 2/20/2020 by Federal Express tracking # 2111. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(smc) (Entered: 02/20/2020 |
| 20/2020 | 5995 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment with certified Farsi translati and certified copy of the August 31, 2015 Default Judgment on Liability with certified Farsi translation. See attachm Notice; 3)a true and certified copy of the January 30, 2020 Order Modifying the August 15, 2019 Final Order Judgm Theresa Ragan Only, The moving papers for Plaintiffs Plaintiffs Motion, with certified Farsi translations of the Final Judgment and Plaintiffs motion papers. See attachment B to the Notice; and 4)a copy of the Foreign Sovereign Immu with certified Farsi translation, See attachment C to the notice mailed to Islamic Republic of Iran H.E. Dr. Mohamm Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini Street, Imam Khomeini Square Tehran, Isl Republic of Iran by dispatch to the Secretary of State, Attn: Director of Consular Services, (CA/OCS/L), U.S. Depart State, SA−17, 10th Floor, Washington, DC 20522, pursuant to the provisions of Foreign Services Immunities Act, 28 1608(a)(4), on 2/20/2020 by Federal Express tracking # 7777 9804 3284, to the Secretary of State, Attn: Director of Services, (CA/OCS/L), U.S. Department of State, SA−17, 10th Floor, Washington, DC 20522, pursuant to the provis Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(smc) (Entered: 02/20/2020) |
| 20/2020 | 5996 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment with certified Farsi translati and certified copy of the August 31, 2015 Default Judgment on Liability with certified Farsi translation. See attachm Notice; 3)a true and certified copy of the February 12, 2020 Final Order of Judgment the moving papers for Plaintiffs with certified Farsi translations of the Default Judgment and Plaintiffs motion papers. See attachment B to the Notice copy of the Foreign Sovereign Immunities Act with certified Farsi translation, See attachment C to the notice. mailed Republic of Iran H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomei |

| | | |
|---|---|---|
| | | Imam Khomeini Square Tehran, Islamic Republic of Iran by dispatch to the Secretary of State, Attn: Director of Cons Services,(CA/OCS/L), U.S. Department of State, SA−17, 10th Floor, Washington, DC 20522, pursuant to the provisi Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4) on 2/20/2020 by Federal Express tracking # 7777 9751 383 Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(smc) (Entered: 02/20/2020) |
| 20/2020 | 5997 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment with certified Farsi translati and certified copy of the August 31, 2015 Default Judgment on Liability with certified Farsi translation. See attachme Notice; 3)a true and certified copy of the February 5, 2020 Final Order of Judgment the moving papers for Plaintiffs l with certified Farsi translations of the Default Judgment and Plaintiffs motion papers. See attachment B to the Notice copy of the Foreign Sovereign Immunities Act with certified Farsi translation, See attachment C to the notice mailed Republic of Iran H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomei Imam Khomeini Square Tehran, Islamic Republic of Iran by dispatch to the Secretary of State, Attn: Director of Cons Services, CA/OCS/L), U.S. Department of State, SA−17, 10th Floor, 2201 C Street NW, Washington, DC 20520, pur provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4), on 2/20/2020 by Federal Express tracking # 6385.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(smc) (Entered: 02/20/2020 |
| 20/2020 | 5998 | ORDER granting in part 5982 Letter Motion for Conference. The Kingdom of Saudi Arabia is directed to file their m protective order, not to exceed 10 pages, by February 28, 2020. The Plaintiffs' Executive Committees are directed to brief in opposition and cross−motion to compel, not to exceed 10 pages, within 14 days of Saudi Arabia's filing. Sauc will then have 7 days to file a reply, not to exceed 5 pages. (HEREBY ORDERED by Magistrate Judge Sarah Netbur Only Order) (ras) (Entered: 02/20/2020) |
| 21/2020 | 5999 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS: ORDERED that partial final judgment is entered against Republic of Iran and on behalf of Plaintiffs, the Estate of John J. Ryan and the Estate of Daniel L. Maher, in the actio Ryan, et al. v. The Islamic Republic of Iran, et al., 1:20−cv−00266 (GBD)(SN), who are each the estate of a victim of terrorist attacks on September 11, 200; and it is ORDERED that Plaintiffs, the Estate of John J. Ryan and the Estate c Maher, were granted a Default Judgment against the Islamic Republic of Iran (1:03−md−01570, Doc. No. 3014), and awarded compensatory damages of $2,000,000.00 for conscious pain and suffering (1:03−md−01570, Docs. No. 322 March 8, 2016; 1:03−md−01570, Doc. No. 3229, dated March 9, 2016); and it is ORDERED that Plaintiff, the Estate Ryan, is awarded economic damages in the amount of $21,160,744.00 to be added to the existing judgment for $2,00 for pain and suffering as supported by the expert reports and analyses submitted by Dr. Stan V. Smith as Exhibit A to Pantazis Declaration; and it is ORDERED that the Estate of Daniel L. Maher is awarded economic damages in the an $7,662,835.00 to be added to the existing judgment for $2,000.000.00 for pain and suffering, as supported by the exp and analyses submitted by Dr. Stan V. Smith as Exhibit A to the Pantazis Declaration; and it is ORDERED that Plain Estate of John J. Ryan and the Estate of Daniel L. Maher, are awarded prejudgment interest of 4.96 percent per annur compounded annually, running from September 11, 2001 until the date of judgment; and it is ORDERED that Plainti Estate of John J. Ryan and the Estate of Daniel L. Maher, may submit an application for punitive damages or other da the extent such awards have not previously been ordered) at a later date consistent with any future rulings made by th this issue. (Signed by Judge George B. Daniels on 2/21/2020) (jwh) (Entered: 02/21/2020) |
| 21/2020 | 6000 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated February 21, 2020 re: Sealed motion for protective order. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 02/21/2020) |
| 21/2020 | 6001 | NOTICE of Lodging of Classified Submission. Document filed by FBI..(Vargas, Jeannette) (Entered: 02/21/2020) |
| 21/2020 | 6002 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated February 21, 2020 re: Propos deposition protocol. Document filed by Kingdom of Saudi Arabia. (Attachments: # 1 Addendum, # 2 Exhibit 1).(Kel Michael) (Entered: 02/21/2020) |
| 21/2020 | 6003 | LETTER addressed to Magistrate Judge Sarah Netburn from Steven R. Pounian dated 02−21−2020 re: Deposition Pr Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Affidavit Declaration of Robert Haefele, # 2 A Declaration of Andrew J Maloney, III, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exl Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exh 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18).(Pounian, Steven) (Entered: 02/21/2020) |
| 21/2020 | 6004 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert K. Kry dated February 21, 2020 re: deposition p Document filed by Dallah Avco Trans Arabia..(Kry, Robert) (Entered: 02/21/2020) |
| 21/2020 | 6009 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 02/25/2020) |
| 22/2020 | 6005 | **FILING ERROR − DEFICIENT DOCKET ENTRY (SEE DOCUMENT #6021) −** MOTION to Enforce Judgme in 1:03−md−01570−GBD−SN) Judgment,,,,,,, *Pursuant to 28 U.S.C. Section 1610(c)*. Document filed by Hoglan Pla (Attachments: # 1 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN.(Fleming, Timothy) Modified on 3/5/2020 (ldi). (Entered: 02/22/2020) |
| 22/2020 | 6006 | **FILING ERROR − DEFICIENT DOCKET ENTRY (SEE DOCUMENT #6022) −** MEMORANDUM OF LAW re: (319 in 1:11−cv−07550−GBD−SN) MOTION to Enforce Judgment re: (3905 in 1:03−md−01570−GBD−SN) Judg |

| | | |
|---|---|---|
| | | *Pursuant to 28 U.S.C. Section 1610(c)*. . Document filed by Hoglan Plaintiffs. (Attachments: # 1 Exhibit A −− DHL C of Mailing part 1 of 2, # 2 Exhibit A −− DHL Certificates of Mailing part 2 or 2, # 3 Exhibit B −− DHL Certificates o # 4 Exhibit C −− SDNY Certificates of Mailing, # 5 Exhibit D −− State Dept Letter Nov 2018, # 6 Exhibit E −− State Letter Jan 2013, # 7 Exhibit F −− Order Granting Letters Rogatory Jan 2019, # 8 Exhibit G −− Letters Rogatory, # 9 −− SDNY Cert's of Mailing Jan 2019, # 10 Exhibit H2 −− SDNY Cert's of Mailing Jan 2019, # 11 Exhibit H3 −− SD of Mailing Jan 2019, # 12 Exhibit I −− SDNY Cert's of Mailing May 2019 part 1 of 2, # 13 Exhibit I −− SDNY Cert's May 2019 part 2 of 2, # 14 Exhibit J −− State Dept Letter Aug 2019)Filed In Associated Cases: 1:03−md−01570−GB 1:11−cv−07550−GBD−SN.(Fleming, Timothy) Modified on 3/5/2020 (ldi). (Entered: 02/22/2020) |
| 24/2020 | 6007 | ORDER granting (5990) Letter Motion to Seal in case 1:03−md−01570−GBD−SN; granting (383) Letter Motion to S 1:15−cv−09903−GBD−SN. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In A Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN. (ras) (Entered: 02/24/2020) |
| 24/2020 | 6008 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment Two Certified Copies of Or Supplemental, Partial Final Judgment, dated January 7, 2020 A Copy of U.S.C. 1330, 28 U.S.C 1391, 28 U.S.C. 1441 Foreign Sovereign Immunities Act (28 U.S.C. 1602, et seq.); and Certification of Accuracy of Farsi translations by tr mailed to Minister of Foreign Affairs Ministry of Foreign Affairs of the Islamic Republic of Iran Iman Khomeini Ave Tehran, Iran Attn: H.E Mohammad Javid Zarif by dispatch, to the Secretary of State, Attn: Director of Consular Serv of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Str Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4)on 02 Federal Express tracking # 8138 7350 5910.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977− 1:02−cv−07230−GBD−SN, 1:17−cv−02003−GBD−SN, 1:18−cv−11417−GBD−SN(smc) (Entered: 02/24/2020) |
| 24/2020 | 6010 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 02/25/2020) |
| 25/2020 | 6011 | MOTION for C. Kevin Marshall to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−18916310. **M supporting papers to be reviewed by Clerk's Office staff.** Document filed by Dubai Islamic Bank. (Attachments: # in support of motion for admission of C. Kevin Marshall Pro Hac Vice, # 2 Certificate of Good Standing DC, # 3 Cer Good Standing Indiana, # 4 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(M Kevin) (Entered: 02/25/2020) |
| 26/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (715 in 1:04−cv−01923−G 618 in 1:04−cv−07065−GBD−SN, 1062 in 1:03−cv−06978−GBD−SN, 648 in 1:04−cv−07279−GBD−SN, 6011 in 1:03−md−01570−GBD−SN, 663 in 1:04−cv−05970−GBD−SN) MOTION for C. Kevin Marshall to Appear Pro Filing fee $ 200.00, receipt number NYSDC−18916310. Motion and supporting papers to be reviewed by Clerk staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(bcu)** (Entered: 02/26/2020) |
| 26/2020 | 6012 | ORDER granting (873) Motion for C. Kevin Marshall to Appear Pro Hac Vice in case 1:03−cv−09849−GBD−SN; gr (6011) Motion for C. Kevin Marshall to Appear Pro Hac Vice in case 1:03−md−01570−GBD−SN; granting (715) Mo Kevin Marshall to Appear Pro Hac Vice in case 1:04−cv−01923−GBD−SN; granting (663) Motion for C. Kevin Mar Appear Pro Hac Vice in case 1:04−cv−05970−GBD−SN; granting (618) Motion for C. Kevin Marshall to Appear Pro in case 1:04−cv−07065−GBD−SN; granting (648) Motion for C. Kevin Marshall to Appear Pro Hac Vice in case 1:04−cv−07279−GBD−SN; granting (1062) Motion for C. Kevin Marshall to Appear Pro Hac Vice in case 1:03−cv−06978−GBD−SN. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In A Cases: 1:03−md−01570−GBD−SN et al. (ras) (Entered: 02/26/2020) |
| 26/2020 | 6013 | CERTIFICATE OF SERVICE of Judgment served on Islamic Republic of Iran on 2/26/2020. Document filed by Kat Ashton. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Benett, Megan) (Entere 02/26/2020) |
| 26/2020 | 6014 | CERTIFICATE OF SERVICE of Judgment served on Islamic Republic of Iran on 02/26/2020. Document filed by Ka Ashton. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Benett, Megan) (Entere 02/26/2020) |
| 26/2020 | 6015 | CERTIFICATE OF SERVICE of Judgment served on Islamic Republic of Iran on 02/26/2020. Document filed by Ka Ashton. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Benett, Megan) (Entere 02/26/2020) |
| 27/2020 | 6016 | LETTER addressed to Magistrate Judge Sarah Netburn from Steven R. Pounian dated 02/27/2020 re: status of the hea Sweden for witness Mohdar Abdullah. Document filed by Plaintiffs Executive Committees..(Pounian, Steven) (Enter 02/27/2020) |
| 27/2020 | 6017 | LETTER MOTION for Conference re: 6003 Letter,, addressed to Magistrate Judge Sarah Netburn from Michael K. K dated February 27, 2020. Document filed by Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3).(Kellogg, Michael) (Entered: 02/27/2020) |

| | | |
|---|---|---|
| 27/2020 | 6018 | CLERK CERTIFICATE OF MAILING of two copies of the 1) Notice of Default Judgment with certified Farsi transl true and certified copy of the August 31, 2015 Default Judgment on Liability with certified Farsi translation. See atta the Notice; 3) a true and certified copy of the Judgment (2/18/2020), Memorandum Decision and Order granting Fina Judgment(2/14/2020) Report and Recommendation (2/11/2020), the moving papers for Plaintiffs Motion, with certifi translations of the Final Orders of Judgment and Plaintiffs motion papers. See attachment B to the Notice; and 4) a co Foreign Sovereign Immunities Act with certified Farsi translation, See attachment C to the notice. mailed to Islamic I Iran H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini Street, Im Khomeini Square Tehran, Islamic Republic of Iran by dispatch to the Secretary of State, Attn: Director of Consular S Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 220 NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4) 2/27/2020 by Federal Express tracking # 7778 5419 3701Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(smc) (Entered: 02/27/2020) |
| 27/2020 | 6019 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment with certified Farsi translati true and certified copy of the August 31, 2015 Default Judgment on Liability with certified Farsi translation. See atta the Notice; 3) a true and certified copy of the February 18, 2020 Final Order of Judgment and the moving papers for Motion, and the certified Farsi translations of the Default Judgment and Plaintiffs motion papers. See attachment B to Notice; and 4) a copy of the Foreign Sovereign Immunities Act with certified Farsi translation, See attachment C to th mailed to Islamic Republic of Iran H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affa Khomeini Street, Imam Khomeini Square Tehran, Islamic Republic of Iran by dispatch, to the Secretary of State, Att of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 1608(a)(4)on 2/27/2020 by Registered Mail tracking # 7778 5423 4462. Filed In Associated Cases: 1:03−md−01570− 1:02−cv−06977−GBD−SN(smc) (Entered: 02/27/2020) |
| 27/2020 | 6020 | CLERK CERTIFICATE OF MAILING of two copies of the 1) Notice of Default Judgment with certified Farsi transl true and certified copy of the August 31, 2015 Default Judgment on Liability with certified Farsi translation. See atta the Notice; 3) a true and certified copy of the Judgment (2/18/2020), Memorandum Decision and Order granting Fina Judgment(2/14/2020), moving papers for Plaintiffs July 31, 2019 Motion, and certified Farsi translations. See attachn notice; 4) a true and certified copy of the Judgment (2/18/2020), Memorandum Decision and Order granting Final Or Judgment(2/14/2020) Report and Recommendation (1/21/2020), moving papers for Plaintiffs January 3, 2020 Motion certified Farsi translations. See attachment C to the Notice; and 5) a copy of the Foreign Sovereign Immunities Act w Farsi translation, See attachment C to the notice. mailed to Islamic Republic of Iran H.E. Dr. Mohammad Javad Zarif Minister of the Ministry of Foreign Affairs Imam Khomeini Street, Imam Khomeini Square Tehran, Islamic Republic dispatch, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency L (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4)on 2/27/2020 by Federal Express tracking # 7 6364. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(smc) (Entered: 02/27/2020 |
| 27/2020 | 6023 | ORDER: The Court orders a deadline for discovery 180 days from the date of this Orders issuance. The parties shall letter on May 1, 2020, updating the Court on the status of discovery. Finally, the Court directs the Clerk of Court to a case caption to reflect that the Plaintiff is Lynn Faulkner, in his personal capacity and as the executor of the estate of Faulkner. (Signed by Magistrate Judge Sarah Netburn on 2/27/2020) Filed In Associated Cases: 1:03−md−01570−GI 1:09−cv−07055−GBD−SN. (ras) (Entered: 02/28/2020) |
| 28/2020 | 6021 | MOTION to Enforce Judgment *Pursuant to 28 U.S.C. Section 1610(c)*. Document filed by Hoglan Plaintiffs. (Attach Text of Proposed Order Proposed Order Pursuant to 28 U.S.C. Section 1610(c))Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN.(Fleming, Timothy) (Entered: 02/28/2020) |
| 28/2020 | 6022 | MEMORANDUM OF LAW in Support re: (321 in 1:11−cv−07550−GBD−SN) MOTION to Enforce Judgment *Purs U.S.C. Section 1610(c)*. . Document filed by Hoglan Plaintiffs. (Attachments: # 1 Exhibit A Clerk's Certificates of M of 2 May 2018, # 2 Exhibit A Clerk's Certificates of Mailing part 2 of 2 May 2018, # 3 Exhibit B Clerk's Certificates July 2018, # 4 Exhibit C Clerk's Certificates of Mailing Aug 2018, # 5 Exhibit D State Dept letter Nov 2018 with pai 6 Exhibit E State Dept letter January 2013, # 7 Exhibit F Letters Rogatory Order January 2019, # 8 Exhibit G Letters # 9 Exhibit H1 Clerk's Certificates of Mailing part 1 of 3 Jan 2019, # 10 Exhibit H2 Clerk's Certificates of Mailing pa Jan 2019, # 11 Exhibit H3 Clerk's Certificates of Mailing part 3 of 3 Jan 2019, # 12 Exhibit I Clerk's Certificates of M 1 of 2 May 2019, # 13 Exhibit I Clerk's Certificates of Mailing part 2 of 2 May 2019, # 14 Exhibit J State Dept letter 2019)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN.(Fleming, Timothy) (Enter 02/28/2020) |
| 28/2020 | 6024 | CLERK CERTIFICATE OF MAILING of two copies of 1)the Notice of Default Judgment with certified Farsi transl true and certified copy of the August 31, 2015 default judgment on liability with certified Farsi translation. 3) a true a copy of the February 14, 2020 Memorandum Decision and Order (ECF Doc No. 5947), February 18, 2020 Partial Fir Judgment (ECF Doc. No 5974) and the moving papers of Plaintiffs Motion, with certified Farsi translations of the De Judgment and Plaintiffs motion papers; and 4) a copy of the Foreign Sovereign Immunities Act with certified Farsi tr mailed to Islamic Republic of Iran H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affa |

| | | |
|---|---|---|
| | | Khomeini Street, Imam Khomeini Square Tehran, Islamic Republic of Iran by dispatch, to the Secretary of State, Attn of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 1608(a)(4)on 2/28/2020 by Federal Express tracking # 7778 0030 5219. Filed In Associated Cases: 1:03−md−01570− 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN(smc) (Entered: 02/28/2020) |
| 28/2020 | 6025 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 02/28/2020) |
| 28/2020 | 6026 | ORDER granting 6017 Letter Motion for Conference. A conference to address the issues raised in the Kingdom's Feb 2020 letter is scheduled for Wednesday, March 4, 2020, at 10:00 a.m., in Courtroom 110 in the Thurgood Marshall C If both sides believe that an immediate conference is not necessary, they shall notify the Court by Monday, March 2. the Court is scheduling a conference for Monday, March 23, 2020, at 10:00 a.m., in Courtroom 110 in the Thurgood Courthouse. The purpose of this conference is to address disputes related to the deposition protocol and the Kingdom for a protective order. The Court will also address the issues raised in the Kingdom's February 27 letter if the March 4 conference is adjourned. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sa (Entered: 02/28/2020) |
| 28/2020 | | Set/Reset Hearings: (Status Conference set for 3/4/2020 at 10:00 AM in Courtroom 110, 40 Centre Street, New York before Magistrate Judge Sarah Netburn.) (Status Conference set for 3/23/2020 at 10:00 AM in Courtroom 110, 40 Ce New York, NY 10007 before Magistrate Judge Sarah Netburn.) (ras) (Entered: 02/28/2020) |
| 28/2020 | 6027 | CLERK CERTIFICATE OF MAILING of two copies of the 1)Notice of Default Judgment with certified Farsi transla true and certified copy of the August 31, 2015 default judgment on liability with certified Farsi translation. 3)a true a copy of the February 14, 2020 Memorandum Decision and Order (ECF Doc No. 5954), February 18, 2020 Partial Fir Judgment (ECF Doc. No 5971) and the moving papers of Plaintiffs Motion, with certified Farsi translations of the De Judgment and Plaintiffs motion papers; and 4)a copy of the Foreign Sovereign Immunities Act with certified Farsi tra mailed to Islamic Republic of Iran H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affa Khomeini Street, Imam Khomeini Square Tehran, Islamic Republic of Iran by dispatch to the Secretary of State, Attn of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 1608(a)(4) on 2/28/2020 by Federal Express tracking # 7778 0031 4533. Filed In Associated Cases: 1:03−md−01570 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN(smc) (Entered: 02/28/2020) |
| 28/2020 | 6028 | LETTER MOTION for Leave to File Motion to Enforce Judgment *Under Seal* addressed to Judge George B. Daniels Timothy B. Fleming dated February 28, 2020., LETTER MOTION to Seal *Motion to Enforce Judgment and Order* a Judge George B. Daniels from Timothy B. Fleming dated February 28, 2020. Document filed by Fiona Havlish, Havl Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Fleming, Timothy) (E 02/28/2020) |
| 28/2020 | 6029 | LETTER MOTION for Leave to File Motion to Enforce Judgment *Under Seal* addressed to Judge George B. Daniels Timothy B. Fleming dated February 28, 2020., LETTER MOTION to Seal *Motion to Enforce Judgment and Order* a Judge George B. Daniels from Timothy B. Fleming dated February 28, 2020. Document filed by Hoglan Plaintiffs.Fi Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN.(Fleming, Timothy) (Entered: 02/28/2020 |
| 28/2020 | 6030 | JOINT MEMORANDUM OF LAW in Opposition re: (5675 in 1:03−md−01570−GBD−SN, 705 in 1:04−cv−01923− MOTION to Certify Class . . Document filed by Dubai Islamic Bank. Filed In Associated Cases: 1:03−md−01570−G 1:04−cv−01923−GBD−SN.(Marshall, C Kevin) (Entered: 02/28/2020) |
| 28/2020 | 6031 | DECLARATION of Steven T. Cottreau in Opposition re: (5675 in 1:03−md−01570−GBD−SN, 705 in 1:04−cv−01923−GBD−SN) MOTION to Certify Class .. Document filed by Dubai Islamic Bank. (Attachments: # 1 I USVSSTF Special Master Report, # 2 Ex. B − VCF Annual Report 2019, # 3 Ex. C − VCF Annual Report 2012)File Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN.(Marshall, C Kevin) (Entered: 02/28/2020 |
| 02/2020 | 6032 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated March 2, 2020 re: Response t Plaintiffs Executive Committees February 27, 2020 Letter For a Pre−motion Conference. Document filed by Kingdo Arabia. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3).(Kellogg, Michael) (Entered: 03/02/2020) |
| 02/2020 | 6033 | LETTER RESPONSE to Motion addressed to Magistrate Judge Sarah Netburn from Steven R. Pounian dated 03/02/2 6017 LETTER MOTION for Conference re: 6003 Letter,, addressed to Magistrate Judge Sarah Netburn from Michae Kellogg dated February 27, 2020. . Document filed by Plaintiffs Executive Committees..(Pounian, Steven) (Entered: 03/02/2020) |
| 04/2020 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Status Conference held on 3/4/2020. (tro) 03/19/2020) |
| 06/2020 | 6034 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF BURNETT/IRAN PLAINTIFFS IDEN EXHIBITS A AND B: ORDERED that partial final judgment is entered against the Iran Defendants and on behalf of Plaintiffs in Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al., Case No. 15−cv−9903 (GBD)(SN), as |

| | | |
|---|---|---|
| | | the attached Exhibit A, who are each a spouse, parent, child, or sibling ( or the estate of a spouse, parent, child, or sib individuals killed in the terrorist attacks on September 11, 200 l, as indicated in Exhibit A, and it is ORDERED that P identified in Exhibit A are awarded: solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 and $4,250,000 per sibling, as set forth in Exhibit A; and it is ORDERED that partial final judgment is entered agains Defendants and on behalf of the Plaintiffs in Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al., Case N 15−cv−9903 (GBD)(SN), as identified in the attached Exhibit B, who are each the estate of a victim of the terrorist at September 11, 2001, as indicated in Exhibit B, and it is ORDERED that Plaintiffs identified in Exhibit Bare awarded compensatory damages for decedents' pain and suffering in an amount of $2,000,000 per estate, as set forth in Exhibi is ORDERED that Plaintiffs identified in Exhibits A and Bare awarded prejudgment interest of 4.96 percent per annu compounded annually, running from September 11, 2001 until the date of judgment; and as further set forth in this ju (Signed by Judge George B. Daniels on 3/6/2020) (jwh) (Entered: 03/06/2020) |
| )6/2020 | 6035 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF BURNETT/1RAN PLAINTIFFS IDEN AT EXHIBITS A AND B: ORDERED that partial final judgment is entered against the Iran Defendants and on beha Plaintiffs in Thomas Burnett, Sr., et al. v. The Islamic Republic off ran, et al., Case No. 15−cv−9903 (GBD)(SN), as the attached Exhibit A, who are each a spouse, parent, child, or sibling ( or the estate of a spouse, parent, child, or sib individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A, and it is ORDERED that P identified in Exhibit A are awarded: solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 and $4,250,000 per sibling, as set forth in Exhibit A; and it is ORDERED that partial final judgment is entered agains Defendants and on behalf of the Plaintiffs in Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al., Case N 15−cv−9903 (GBD)(SN), as identified in the attached Exhibit B, who are each the estate of a victim of the terrorist at September 11, 2001, as indicated in Exhibit B, and it is ORDERED that Plaintiffs identified in Exhibit B are awarded compensatory damages for decedents' pain and suffering in an amount of $2,000,000 per estate, as set forth in Exhibi is ORDERED that Plaintiffs identified in Exhibits A and B are awarded prejudgment interest of 4.96 percent per annu compounded annually, running from September 11, 2001 until the date of judgment; and as further set forth in this or (Signed by Judge George B. Daniels on 3/6/2020) (jwh) (Entered: 03/06/2020) |
| )6/2020 | 6037 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENT ON BEHALF OF BURNETT/IRAN PLAINTIFF IDENTI EXHIBIT A: ORDERED that partial final judgment is entered against the Iran Defendants and on behalf of the Plaint Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al., Case No. 15−cv−9903 (GBD)(SN), as identified in attached Exhibit A, which is the estate of a victim of the terrorist attacks on September 11, 2001, as indicated in Exhi is ORDERED that the Plaintiff identified in Exhibit A is awarded: compensatory damages for decedent's pain and su amount of $2,000,000, as set forth in Exhibit A; and it is ORDERED that the Plaintiff identified in Exhibit A is award prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the d judgment; and as further set forth in this judgment. (Signed by Judge George B. Daniels on 3/6/2020) (jwh) (Entered: 03/06/2020) |
| )6/2020 | 6038 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF BURNETT/IRAN PLAINTIFFS IDEN EXHIBITS A AND B: ORDERED that partial final judgment is entered against the Iran Defendants and on behalf of Plaintiffs in Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al., Case No. 15−cv−9903 (GBD)(SN), as the attached Exhibit A, who are each a spouse, parent, child, or sibling ( or the estate of a spouse, parent, child, or sib individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A, and it is ORDERED that P identified in Exhibit A are awarded: solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 and $4,250,000 per sibling, as set forth in Exhibit A; and it is ORDERED that Plaintiffs identified in Exhibit Bare aw compensatory damages for decedents' pain and suffering in an amount of $2,000,000 per estate, as set forth in Exhibi is ORDERED that Plaintiffs identified in Exhibits A and Bare awarded prejudgment interest of 4.96 percent per annu compounded annually, running from September 11,2001 until the date of judgment; and as further set forth in this juc (Signed by Judge George B. Daniels on 3/6/2020) (jwh) (Entered: 03/06/2020) |
| )6/2020 | 6039 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF BURNETT/IRAN PLAINTIFFS IDEN EXHIBIT A: ORDERED that partial final judgment is entered against the Iran Defendants and on behalf of the Plaint Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al., Case No. 15−cv−9903 (GBD)(SN), as identified in attached Exhibit A, who are each the estate of a victim of the terrorist attacks on September 11, 2001, as indicated in and it is ORDERED that Plaintiffs identified in Exhibit A are awarded: compensatory damages for decedents' pain ar in an amount of $2,000,000 per estate, as set forth in Exhibit A; and it is ORDERED that Plaintiffs identified in Exhil awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 u of judgment; and as further set forth in this judgment. (Signed by Judge George B. Daniels on 3/6/2020) (jwh) (Enter 03/06/2020) |
| )6/2020 | 6040 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENT ON BEHALF OF PRIOR PLAINTIFF IDENTIFIED AT E ORDERED that partial final judgment is entered against the Iran Defendants and on behalf of the Plaintiff in Prior, et Islamic Republic of Iran, Case No. 19−cv−44 (GBD)(SN), as identified in the attached Exhibit A, who is the estate o the terrorist attacks on September 11, 2001, as indicated in Exhibit A, and it is ORDERED that the Plaintiff identified A is awarded: compensatory damages for decedent's pain and suffering in an amount of $2,000,000, as set forth in Ex and it is ORDERED that the Plaintiff identified in Exhibit A is awarded prejudgment interest of 4.96 percent per annu compounded annually, running from September 11, 2001 until the date of judgment; and as further set forth in this ju |

| | | |
|---|---|---|
| | | (Signed by Judge George B. Daniels on 3/6/2020) (jwh) (Entered: 03/06/2020) |
| )6/2020 | 6041 | ORDER in case 1:03−md−01570−GBD−SN; granting (222) Letter Motion for Leave to File Document in case 1:19−cv−00012−GBD−SN: SO ORDERED. (Signed by Judge George B. Daniels on 3/6/2020) Filed In Associated C 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN (jwh) (Entered: 03/06/2020) |
| )6/2020 | 6042 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF BURNETT/IRAN PLAINTIFFS IDEN EXHIBIT A: ORDERED that partial final judgment is entered against the Iran Defendants and on behalf of the Plaint Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al., Case No. 15−cv−9903 (GBD)(SN), as identified in attached Exhibit A, who are each the estate of a victim of the terrorist attacks on September 11, 2001, as indicated in and it is ORDERED that the Plaintiffs identified in Exhibit A were previously awarded compensatory damages for de pain and suffering in an amount of $2,000,000 per estate, as set forth in Exhibit A; and it is ORDERED that Plaintiffs in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from Septe 2001 until the date of judgment; and as further set forth in this judgment. (Signed by Judge George B. Daniels on 3/6 (jwh) (Entered: 03/06/2020) |
| )6/2020 | 6043 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF ARIAS PLAINTIFF IDENTIFIED AT A: ORDERED that partial final judgment is entered against the Iran Defendants and on behalf of the Plaintiff in Aria The Islamic Republic of/ran, Case No. 19−cv−41 (GBD)(SN), as identified in the attached Exhibit A, who are each th a victim of the terrorist attacks on September 11, 2001, as indicated in Exhibit A, and it is ORDERED that the Plainti in Exhibit A were previously awarded compensatory damages for decedents' pain and suffering in an amount of $2,0( estate, as set forth in Exhibit A; and it is ORDERED that the Plaintiff identified in Exhibit A is awarded prejudgment 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and as forth in this judgment. (Signed by Judge George B. Daniels on 3/6/2020) (jwh) (Entered: 03/06/2020) |
| )6/2020 | 6044 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF BURNETT/IRAN PLAINTIFFS IDEN EXHIBIT A: It is hereby; ORDERED that service of process was effected upon the Iran Defendants in accordance w U.S.C. § l608(a) for sovereign defendants and 28 U.S.C. § 1608(b) for agencies and instrumentalities of sovereign de ORDERED that partial final judgment is entered against the Iran Defendants and on behalf of the Plaintiffs in Thoma Sr., et al. v. The Islamic Republic of Iran, et al., Case No. 15−cv−9903 (GBD)(SN), as identified in the attached Exhi are each the estate of a victim of the terrorist attacks on September 11, 2001, as indicated in Exhibit A, and it is ORD the Plaintiffs identified in Exhibit A were previously awarded compensatory damages for decedents' pain and sufferi amount of $2,000,000 per estate, as set forth in Exhibit A.ORDERED that the remaining Burnett/Iran Plaintiffs not a Exhibit A, may submit in later stages applications for damages awards, and to the extent they are for solatium or by e compensatory damages' for decedents pain and suffering from the September 11 attacks, they will be approved consi those approved herein for the Plaintiffs appearing on Exhibit A and further set forth in this Order. (Signed by Judge C Daniels on 3/6/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN (rro) (Ente 03/06/2020) |
| )6/2020 | | *****DELETED DOCUMENT. Deleted document number 6036 ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS. The document was incorrectly filed in this case. (jwh)** (Entered: 05/11/2020) |
| )6/2020 | 6767 | ORDER: On January 7, 2020, this Court issued an Order directing the Clerk of Court to enter onto the docket certain diplomatic notes. (See ECF No. 5454.) That Order is hereby modified as follows: Plaintiffs are directed to send to the office, either by disc or by thumb drive, PDF copies of all documents they request to be added to the docket. Plaintiff directed to contact the Clerk's office should they have any questions regarding further instructions. After receiving th versions, the Clerk of Court is directed to enter onto the docket all letters and documents covered by this Court's Janu Order. (Signed by Judge George B. Daniels on 3/6/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN (mro) (Entered: 04/28/2021) |
| )9/2020 | 6045 | CLERK CERTIFICATE OF MAILING of two copies of the 1)Cover Letter to Mohammad Javad Zarif 2)Certificate dated February 19, 2020 (Ray Doc. No. 221) 3)Order of Partial Final Default Judgment entered by Honorable George on February 19, 2020 (Ray Doc. No. 221) 4)Notice of Default Judgment 5)The text of FSIA, 28 U.S.C. § 1602, et sec of right to Appeal and Appeal Form 7)Notarized affidavits from the Translator mailed to c/o H.E. Mohammad Javad Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehran, Iran on 3/9/2020 by Fe Express tracking # 7779 3546 4192. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD− (Entered: 03/09/2020) |
| )9/2020 | 6046 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 03/09/2020) |
| )9/2020 | 6047 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** MOTION for Report and Recomme *Objectionsto Report and Recommendations re Non−Immediate Family Members*. Document filed by Kathleen Ashto Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Benett, Megan) Modified on 4/6/2020 (l (Entered: 03/09/2020) |
| )9/2020 | 6048 | REPLY MEMORANDUM OF LAW in Support re: 5384 MOTION *for the Court to Decide Al Rajhi Bank's Pending 12(b)(6) Motion to Dismiss re: 3869 Reply Memorandum of Law in Support of Motion, 3703 Memorandum of Law in* |

| | | |
|---|---|---|
| | | *Motion, 3702 MOTION to Dismiss/Al Rajhi Bank's N . Document filed by Al Rajhi Bank. (Attachments: # 1 Exhibit 1 Comparison Chart).(Curran, Christopher) (Entered: 03/09/2020)* |
| .0/2020 | 6049 | MOTION to Substitute Party. Old Party: Ester DiNardo, New Party: Harley DiNardo, as Personal Representative of t Esterina DiNardo a/k/a Ester DiNardo . Document filed by Ester DiNardo, Harley DiNardo.Filed In Associated Case: 1:03−md−01570−GBD−SN, 1:18−cv−00538−GBD−SN.(Levitt, Andrew) (Entered: 03/10/2020) |
| .0/2020 | 6050 | DECLARATION of Andrew C. Levitt in Support re: (57 in 1:18−cv−00538−GBD−SN, 6049 in 1:03−md−01570−Gl MOTION to Substitute Party. Old Party: Ester DiNardo, New Party: Harley DiNardo, as Personal Representative of t Esterina DiNardo a/k/a Ester DiNardo .. Document filed by Ester DiNardo, Harley DiNardo. (Attachments: # 1 Exhib In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−00538−GBD−SN.(Levitt, Andrew) (Entered: 03/10/2020 |
| .0/2020 | 6055 | SEALED DOCUMENT placed in vault..(dn) Modified on 3/11/2020 (dn). (Entered: 03/11/2020) |
| .0/2020 | | *****DELETED DOCUMENT. Deleted document number 6051 TRANSCRIPT. The document was incorrectly this case. (rro)** (Entered: 03/13/2020) |
| .0/2020 | | *****DELETED DOCUMENT. Deleted document number 6052 NOTICE OF FILING OFFICIAL TRANSCRI document was incorrectly filed in this case. (rro)** (Entered: 03/13/2020) |
| .1/2020 | 6053 | ORDER granting (6049) Motion to Substitute Party, in case 1:03−md−01570−GBD−SN; granting (57) Motion to Sul Party, in case 1:18−cv−00538−GBD−SN. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Oı In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−00538−GBD−SN. (ras) (Entered: 03/11/2020) |
| .1/2020 | 6054 | ORDER OF DEFAULT terminating 5628 Motion for Sanctions. On his consent, a default is entered against defendar H.S. Al Buthe. (Signed by Magistrate Judge Sarah Netburn on 3/11/2020) (ras) (Entered: 03/11/2020) |
| .1/2020 | 6056 | OBJECTION to (5735 in 1:03−md−01570−GBD−SN, 70 in 1:18−cv−11870−GBD−SN) Report and Recommendatio Document filed by Chang Kim. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11870−GBD−SN.(Glen, Jeffrey) (Entered: 03/11/2020) |
| .2/2020 | 6057 | ORDER: The Dillaber Plaintiffs are instructed to submit motions for partial final default judgment for their claim for suffering incurred by a personal injury plaintiff who sustained injuries on the day of September 11, 2001, pursuant to framework set out by the Court in Burnett I, 03−MDL−01570, ECF No. 5879, and their claims for solatium damages losses suffered by relatives of the decedent Patricia Dillaber Mickley, pursuant to the framework set out by the Court II, 03−MDL−01570, ECF No. 3363. The Court instructs the Dillaber Plaintiffs to meet−and−confer with the Plaintiff Committees (PECs) regarding the filing of these damages requests, and to jointly propose to the Court, together with and any other parties intending to file similar claims, a uniform process for the submission and review of these motio by Magistrate Judge Sarah Netburn on 3/12/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−03162−GBD−SN. (ras) (Entered: 03/12/2020) |
| .2/2020 | 6058 | OBJECTION to (5735 in 1:03−md−01570−GBD−SN, 57 in 1:18−cv−11837−GBD−SN) Report and Recommendatio Document filed by Lloyd Abel, Lloyd Abel, Sr. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11837−GBD−SN.(Wah, Stephen) (Entered: 03/12/2020) |
| .2/2020 | 6059 | LETTER MOTION for Protective Order. Document filed by Kingdom of Saudi Arabia. *(Previously filed under seal ( 28, 2019)* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(ras) (Entered: 03/12/2020) |
| .2/2020 | 6060 | LETTER RESPONSE to Letter Motion addressed to Magistrate Judge Sarah Netburn from Steven R. Pounian dated re: 6059 LETTER MOTION for Protective Order. Document filed by Plaintiffs Executive Committees. *(Previously fi seal on November 8, 2019)* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E) (ı (Entered: 03/12/2020) |
| .2/2020 | 6061 | OPINION AND ORDER: Saudi Arabia's request for a protective order is GRANTED in part and DENIED in part. Sa is directed to respond to the two interrogatories identified in the Court's Opinion within 30 days. Saudi Arabias reque briefing schedule is DENIED as moot. *(Previously filed under seal on January 7, 2020)* (Signed by Magistrate Judge Netburn on 1/7/2020) (ras) (Entered: 03/12/2020) |
| .3/2020 | 6062 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 03/13/2020) |
| .3/2020 | 6063 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 03/13/2020) |
| .3/2020 | 6064 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (5675 in 1:03−md−01570−GBD−SN, 705 in 1:04−cv−01923−GBD−SN) MOTION to Certify Class .. Document filed by Estate of John P.O'Neill, Sr.. (Attachmer Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN.(Goldm (Entered: 03/13/2020) |
| .3/2020 | 6065 | REPLY MEMORANDUM OF LAW in Support re: (5675 in 1:03−md−01570−GBD−SN, 705 in 1:04−cv−01923−Gl MOTION to Certify Class . . Document filed by Estate of John P.O'Neill, Sr.. Filed In Associated Cases: |

| | | |
|---|---|---|
| | | 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN.(Goldman, Jerry) (Entered: 03/13/2020) |
| .3/2020 | 6066 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman, Esq. dated 03/13/2020 re: Oral Argument. D filed by Estate of John P.O'Neill, Sr..Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN.(Goldman, Jerry) (Entered: 03/13/2020) |
| .3/2020 | 6067 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman, Esq. dated 03/13/2020 Document filed by Es John P.O'Neill, Sr..Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN.(Goldman, Je (Entered: 03/13/2020) |
| .6/2020 | 6068 | LETTER MOTION for Extension of Time *to Respond to Plaintiffs' Second Motion to Compel the FBI* addressed to M Judge Sarah Netburn from Jeannette A. Vargas dated 3/16/2020. Document filed by FBI..(Vargas, Jeannette) (Entere 03/16/2020) |
| .6/2020 | 6069 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated March 16, 2020 re: Hearing a Filings. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 03/16/2020) |
| .6/2020 | 6070 | CLERK CERTIFICATE OF MAILING of two copies of the 1)Notice of Default Judgment (in English and Farsi); 2)( Partial Judgment for damages, dated 2/12/2020 (in English and Farsi); 3)A copy of 28 U.S.C. 1330, 1391(f), 1441(d) 1602−1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign Immunities Ac U.S.C. 1602, et. seq.) (in English only); and 4)Translators Affidavit (in English only) mailed to Islamic Republic of I Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini Street, Imam Khom Tehran, Islamic Republic of Iran, on 3/16/2020 by dispatch to the Secretary of State, Attn: Director of Consular Servi of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Str Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4), by F Express tracking # 7700 1777 1600. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD− (Entered: 03/16/2020) |
| .6/2020 | 6071 | CLERK CERTIFICATE OF MAILING of two copies of the 1)Notice of Default Judgment (in English and Farsi); 2)( Partial Judgment for damages, dated 2/5/2020 (in English and Farsi); 3)A copy of 28 U.S.C. 1330, 1391(f), 1441(d), 1602−1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign Immunities Ac U.S.C. 1602, et. seq.) (in English only); and 4)Translators Affidavit (in English only) mailed to Islamic Republic of I Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini Street, Imam Khom Tehran, Islamic Republic of Iran on 3/16/2020 by dispatch to the Secretary of State, Attn: Director of Consular Servi of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Str Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4), by F Express tracking # 7700 1775 2258. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD− (Entered: 03/16/2020) |
| .6/2020 | 6072 | CLERK CERTIFICATE OF MAILING of two copies of the 1)Notice of Default Judgment (in English and Farsi); 2)( Partial Judgment for damages, dated 2/18/2020 (in English and Farsi); 3)A copy of 28 U.S.C. 1330, 1391(f), 1441(d) 1602−1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign Immunities Ac U.S.C. 1602, et. seq.) (in English only); and 4)Translators Affidavit (in English only) mailed to Islamic Republic of I Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini Street, Imam Khom Tehran, Islamic Republic of Iran on 3/16/2020 by dispatch to the Secretary of State, Attn: Director of Consular Servi of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Str Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4) by Fe Express tracking # 7700 1776 7960. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD− (Entered: 03/16/2020) |
| .6/2020 | 6073 | CLERK CERTIFICATE OF MAILING of two copies of the 1)Notice of Default Judgment (in English and Farsi); 2)( Partial Judgment for damages, dated 2/18/2020 (in English and Farsi); 3)A copy of 28 U.S.C. 1330, 1391(f), 1441(d) 1602−1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign Immunities Ac U.S.C. 1602, et. seq.) (in English only); and 4)Translators Affidavit (in English only) mailed to Islamic Republic of I Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini Street, Imam Khom Tehran, Islamic Republic of Iran on 3/16/2020by dispatch to the Secretary of State, Attn: Director of Consular Servic of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Str Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4), by F Express tracking # 7700 1771 9330. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD− (Entered: 03/16/2020) |
| .6/2020 | 6074 | CLERK CERTIFICATE OF MAILING of two copies of the 1)Notice of Default Judgment (in English and Farsi); 2)( Partial Judgment for damages, dated 12/13/2019 (in English and Farsi); 3)A copy of 28 U.S.C. 1330, 1391(f), 1441(d 1602−1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign Immunities Ac U.S.C. 1602, et. seq.) (in English only); and 4)Translators Affidavit (in English only) mailed to Islamic Republic of I Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini Street, Imam Khom Tehran, Islamic Republic of Iran on 3/16/2020 by dispatch to the Secretary of State, Attn: Director of Consular Servi |

| | | |
|---|---|---|
| | | of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Str Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4) by Fe Express tracking # 7700 1772 1980. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD− (Entered: 03/16/2020) |
| 6/2020 | 6075 | CLERK CERTIFICATE OF MAILING of two copies of the 1)Notice of Default Judgment (in English and Farsi); 2) Partial Judgment for damages, dated 2/18/2020 (in English and Farsi); 3)A copy of 28 U.S.C. 1330, 1391(f), 1441(d) 1602−1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign Immunities Ac U.S.C. 1602, et. seq.) (in English only); and 4)Translators Affidavit (in English only) mailed to Islamic Republic of I Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini Street, Imam Khom Tehran, Islamic Republic of Iran on 3/16/2020 by dispatch to the Secretary of State, Attn: Director of Consular Servi of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Str Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4) by Fe Express tracking # 7700 1772 7496. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD− (Entered: 03/16/2020) |
| 6/2020 | 6076 | CLERK CERTIFICATE OF MAILING of two copies of the 1)Notice of Default Judgment (in English and Farsi); 2) Partial Judgment for damages, dated 2/5/2020 (in English and Farsi); 3)A copy of 28 U.S.C. 1330, 1391(f), 1441(d), 1602−1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign Immunities Ac U.S.C. 1602, et. seq.) (in English only); and 4)Translators Affidavit (in English only) mailed to Islamic Republic of I Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini Street, Imam Khom Tehran, Islamic Republic of Iran on 3/16/2020 by dispatch to the Secretary of State, Attn: Director of Consular Servi of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Str Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4), by F Express tracking # 7700 1773 1639. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD− (Entered: 03/16/2020) |
| 6/2020 | 6077 | CLERK CERTIFICATE OF MAILING of two copies of the 1)Notice of Default Judgment (in English and Farsi); 2) Partial Judgment for damages, dated 1/30/2020 (in English and Farsi); 3)A copy of 28 U.S.C. 1330, 1391(f), 1441(d) 1602−1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign Immunities Ac U.S.C. 1602, et. seq.) (in English only); and 4)Translators Affidavit (in English only) mailed to Islamic Republic of I Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini Street, Imam Khom Tehran, Islamic Republic of Iran on 3/16/2020 by dispatch to the Secretary of State, Attn: Director of Consular Servi of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Str Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4), by F Express tracking # 7700 1774 7741. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD− (Entered: 03/16/2020) |
| 6/2020 | 6078 | ORDER granting 6068 Letter Motion for Extension of Time The deadline for the FBI to file its motion papers is exte April 3, 2020. The deadline for Plaintiffs to file their papers in opposition to the FBI's cross−motion and in further su their motion to compel is adjourned. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) ( (Entered: 03/16/2020) |
| 6/2020 | 6079 | LETTER addressed to Magistrate Judge Sarah Netburn from Steven R. Pounian dated 3/16/2020 re: In response to E 6069. Document filed by Plaintiffs Executive Committees..(Pounian, Steven) (Entered: 03/16/2020) |
| 7/2020 | 6080 | CLERK CERTIFICATE OF MAILING of two copies of the 1)Notice of Default Judgment (in English and Farsi); 2) Partial Judgment for damages, dated 2/5/2020 (in English and Farsi); 3)A copy of 28 U.S.C. 1330, 1391(f), 1441(d), 1602−1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign Immunities Ac U.S.C. 1602, et. seq.) (in English only); and 4)Translators Affidavit (in English only) mailed to Islamic Revolutionar Corps H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini Street, I Khomeini Square Tehran, Islamic Republic of Iran on 3/16/2020 by dispatch to the Secretary of State, Attn: Director Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 16 Federal Express tracking # 7700 1767 1294. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(smc) (Entered: 03/17/2020) |
| 7/2020 | 6081 | CLERK CERTIFICATE OF MAILING of two copies of the 1)Notice of Default Judgment (in English and Farsi); 2) Partial Judgment for damages, dated 12/13/2019 (in English and Farsi); 3)A copy of 28 U.S.C. 1330, 1391(f), 1441(d 1602−1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign Immunities Ac U.S.C. 1602, et. seq.) (in English only); and 4)Translators Affidavit (in English only) mailed to Islamic Revolutionar Corps H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini Street, I Khomeini Square Tehran, Islamic Republic of Iran on 3/16/2020 by dispatch to the Secretary of State, Attn: Director Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 16 by Federal Express tracking # 7700 1770 1143. Filed In Associated Cases: 1:03−md−01570−GBD−SN, |

| | | |
|---|---|---|
| | | 1:15−cv−09903−GBD−SN(smc) (Entered: 03/17/2020) |
| .7/2020 | 6082 | CLERK CERTIFICATE OF MAILING of two copies of the 1)Notice of Default Judgment (in English and Farsi); 2)( Partial Judgment for damages, dated 2/18/2020 (in English and Farsi); 3)A copy of 28 U.S.C. 1330, 1391(f), 1441(d) 1602−1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign Immunities Ac U.S.C. 1602, et. seq.) (in English only); and 4)Translators Affidavit (in English only) mailed to Islamic Revolutionar Corps H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini Street, I Khomeini Square Tehran, Islamic Republic of Iran on 3/16/2020 by dispatch to the Secretary of State, Attn: Director Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th I C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 16 by Federal Express tracking # 7700 1769 7261. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(smc) (Entered: 03/17/2020) |
| .7/2020 | 6083 | CLERK CERTIFICATE OF MAILING of two copies of the 1)Notice of Default Judgment (in English and Farsi); 2)( Partial Judgment for damages, dated 2/18/2020 (in English and Farsi); 3)A copy of 28 U.S.C. 1330, 1391(f), 1441(d) 1602−1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign Immunities Ac U.S.C. 1602, et. seq.) (in English only); and 4)Translators Affidavit (in English only) mailed to Islamic Revolutionar Corps H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini Street, I Khomeini Square Tehran, Islamic Republic of Iran on 3/16/2020 by dispatch to the Secretary of State, Attn: Director Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th I C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 16 by Federal Express tracking # 7700 1770 7152. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(smc) (Entered: 03/17/2020) |
| .7/2020 | 6084 | ORDER: The Court has reviewed the letters filed by the Kingdom of Saudi Arabia and the Plaintiffs' Executive Com regarding the hearing scheduled for March 23, 2020. ECF Nos. 6069, 6079. In light of the present circumstances and to the parties, the March 23, 2020 hearing is ADJOURNED. A new date for this hearing, and for any necessary addit management conferences, will be forthcoming.The parties' request for a modification of the rules regarding the delive sealed filings in person to the Clerk's Office is GRANTED. The parties are further directed to file sealed documents i accordance with the Southern District of New York's February 3, 2020 rules regarding electronic filing under seal an Court's revised individual rules.SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 3/17/2020) (js) (Ente 03/17/2020) |
| .7/2020 | 6085 | LETTER MOTION to Expedite *Consideration of Three Pending Motions* addressed to Judge George B. Daniels fron B. Fleming dated March 17, 2020. Document filed by Havlish Plaintiffs, Hoglan Plaintiffs.Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN, 1:11−cv−07550−GBD−SN.(Fleming, Timothy) (Entered: 0 |
| .7/2020 | 6086 | ***SELECTED PARTIES*** BRIEF *Reply in Further Support of Motion for Protective Order re Depositions of Cu Former Saudi Officials*. Document filed by FBI, Dallah Avco Trans Arabia, Plaintiffs Executive Committees, Kingdo Arabia.Motion or Order to File Under Seal: 4255 .(Kellogg, Michael) (Entered: 03/17/2020) |
| .8/2020 | 6087 | CLERK CERTIFICATE OF MAILING of two copies of the 1) Complaint styled Global Aerospace, Inc. et. al. v. Kir Saudi Arabia et al.; 2) Selected portions of a complaint styled Havlish et al. v Sheikh Usamag Bin−Muhammad Bin− that are incorporated into the aforementioned Global complaint; 3) Notice of Amendment to the Global complaint; 4) to the Islamic Republic of Iran in respect to the Global Complaint; 5) Notice of Suit and Summons of the Global com Foreign Service Immunities Act; 7) Certificate of Translations for each document mailed to Minister of Foreign Affa of Foreign Affairs of the Islamic Republic of Iran Iman Khomeini Avenue Tehran, Iran Attn: H.E. Mohammad Javad disatch to the U.S. Department of State,, Attn:(CA/OCS/PRI), SA−17, 10th Floor, Washington, DC 20520, pursuant provisions of Foreign Services Immunities Act, 28 U.S.C. §1608(a)(4). on 3/17/2020 by Federal Express tracking # 8 6911 Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05373−GBD−SN.(smc) (Entered: 03/18/2020 |
| .8/2020 | 6088 | MOTION to Seal . Document filed by Plaintiffs Executive Committees..(Pounian, Steven) (Entered: 03/18/2020) |
| .8/2020 | 6089 | ***EX−PARTE***DECLARATION of Andrew J. Maloney in Support re: 6088 MOTION to Seal .. Document filed Plaintiffs Executive Committees. (Attachments: # 1 Attachment 1, # 2 Attachment 2)Motion or Order to File Under S .(Maloney, Andrew) (Entered: 03/18/2020) |
| .9/2020 | 6090 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg date 19, 2020 re: Supplementing record regarding proposed deposition protocol. Document filed by FBI, Plaintiffs Execut Committees, Dallah Avco Trans Arabia, Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit A)Motion or Order to Seal: 4255 .(Kellogg, Michael) (Entered: 03/19/2020) |
| .9/2020 | 6091 | ORDER granting (495) Letter Motion for Leave to File Document; granting (6028) Letter Motion for Leave to File D SO ORDERED. (Signed by Judge George B. Daniels on 3/19/2020) Filed In Associated Cases: 1:03−md−01570−GB 1:03−cv−09848−GBD−SN (jwh) (Entered: 03/19/2020) |

| | | |
|---|---|---|
| .9/2020 | 6092 | ORDER FOR WRIT OF ATTACHMENT AND EXECUTION PURSUANT TO 28 U.S.C. §1610(c) granting (6021) Enforce Judgment in case 1:03−md−01570−GBD−SN; granting (321) Motion to Enforce Judgment in case 1:11−cv−07550−GBD−SN: As further set forth in this Order, ORDERED and DECREED that the Hoglan Plaintiffs, of a valid judgment against a foreign state, certain of its political subdivisions, and certain of its agencies and instrum are authorized to pursue attachment in aid of execution of the Final Judgment against any and all of the Defendants u means permitted by law. (Signed by Judge George B. Daniels on 3/19/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN (jwh) Transmission to Orders and Judgments Clerk for proc (Entered: 03/19/2020) |
| 23/2020 | 6093 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Steven R. Pounian dated re: reply to ECF No. 6090. Document filed by Dallah Avco Trans Arabia, Kingdom Of Saudi Arabi, Plaintiffs Execu Committees.Motion or Order to File Under Seal: 4255 .(Pounian, Steven) (Entered: 03/23/2020) |
| 24/2020 | 6094 | ORDER granting 6088 Motion to Seal (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Entered: 03/24/2020) |
| 24/2020 | 6095 | JOINT LETTER MOTION for Leave to File Sur−reply addressed to Magistrate Judge Sarah Netburn from Steven T. dated 03/24/2020. Document filed by Dubai Islamic Bank.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN.(DeGenaro, Stephen) (Entered: 03/24/2020) |
| 24/2020 | 6096 | **FILING ERROR − WRONG PDF FILE ASSOCIATED WITH DOCKET ENTRY −** PROPOSED CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT. Clerk's Certification of a to be Registered in Another District to be Mailed by the Court. Document filed by Hoglan Plaintiffs. Document Num Related Judgment: 241 ..(Fleming, Timothy) **Proposed document to be reviewed and processed by Clerk's Office action required by chambers).** Modified on 4/10/2020 (dt). (Entered: 03/24/2020) |
| 25/2020 | 6097 | LETTER addressed to Magistrate Judge Sarah Netburn from Waleed Nassar dated March 25, 2020 re: Update on Sta Abdullah Naseef's Medical Condition. Document filed by Abdullah Naseef..(Nassar, Waleed) (Entered: 03/25/2020) |
| 25/2020 | 6098 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman, 03/25/2020 re: (723 in 1:04−cv−01923−GBD−SN, 6095 in 1:03−md−01570−GBD−SN) JOINT LETTER MOTION to File Sur−reply addressed to Magistrate Judge Sarah Netburn from Steven T. Cottreau dated 03/24/2020. . Docume Estate of John P.O'Neill, Sr.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570 1:04−cv−01923−GBD−SN.(Goldman, Jerry) (Entered: 03/25/2020) |
| 26/2020 | 6099 | ORDER granting (6029) Letter Motion for Leave to File Document under Seal in case 1:03−md−01570−GBD−SN; g (323) Letter Motion for Leave to File Document under to Seal in case 1:11−cv−07550−GBD−SN: SO ORDERED. (S Judge George B. Daniels on 3/25/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GB (jwh) (Entered: 03/26/2020) |
| 26/2020 | 6100 | ORDER: The Court has reviewed the affidavits submitted ex parte under seal by the Plaintiffs' Executive Committees on March 18, 2020, concerning threats and perceived threats to witnesses in this multidistrict litigation. The Court DI Kingdom of Saudi Arabia's ("Saudi Arabia") request, at ECF No. 6017, to strike the allegations made in the PECs' Fe 2020 letter at ECF No. 6003. Saudi Arabia's request that the PECs' immediately provide the identity of the witnesses in the Declaration submitted by Andrew J. Maloney at ECF No. 6003−2 is also DENIED. The PECs are directed to d Saudi Arabia any information regarding relevant threats on an individual basis as each deposition or declaration is no PECs are further directed to file a letter ex parte and under seal by April 9, 2020, regarding any efforts made by the P report the alleged threats raised by CW1 to the Department of Justice. SO ORDERED. (Signed by Magistrate Judge S Netburn on 3/26/2020) (rjm) (Entered: 03/26/2020) |
| 27/2020 | 6101 | LETTER MOTION for Leave to File Classified Portion of Memorandum of Law, Ex Parte and In Camera addressed Magistrate Judge Sarah Netburn from AUSA Sarah S. Normand dated March 27, 2020. Document filed by FBI..(Nor Sarah) (Entered: 03/27/2020) |
| 30/2020 | 6102 | LETTER MOTION for Discovery *Motion to Quash Plaintiffs Rule 45 Subpoenas* addressed to Magistrate Judge Sara from Michael K. Kellogg dated March 30, 2020. Document filed by Kingdom of Saudi Arabia. (Attachments: # 1 Ex Exhibit B).(Kellogg, Michael) (Entered: 03/30/2020) |
| 30/2020 | 6103 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Sarah Netburn from Steven R. Pouniar 03−30−2020 re: 6101 LETTER MOTION for Leave to File Classified Portion of Memorandum of Law, Ex Parte and addressed to Magistrate Judge Sarah Netburn from AUSA Sarah S. Normand dated March 27, 2020. . Document filed Plaintiffs Executive Committees..(Pounian, Steven) (Entered: 03/30/2020) |
| 31/2020 | 6104 | DECLARATION of Kathleen Ashton in Opposition re: 6101 LETTER MOTION for Leave to File Classified Portion Memorandum of Law, Ex Parte and In Camera addressed to Magistrate Judge Sarah Netburn from AUSA Sarah S. N dated March 27, 2020.. Document filed by Kathleen Ashton..(Pounian, Steven) (Entered: 03/31/2020) |

| | | |
|---|---|---|
| 31/2020 | 6105 | ORDER granting 6101 Letter Motion for Leave to File Document. In light of the representations made by the FBI as classified nature of its intended submissions, and the burdens faced by the FBI in preparing classified materials durin current public health crisis, the Court grants the FBI leave to submit a classified memorandum of up to 15 pages ex p camera. The Court will revisit the propriety of the in camera submission when ruling on the merits of the motion to c Court is not inclined to permit the submission of fully classified legal arguments or case citations unless the FBI can that even that disclosure could tend to reveal classified information. In light of the directives to work remotely, the C unable to review the classified materials until such time as the Courthouse resumes full operations, and transmission classified materials to the Department of Justice's Litigation Security Group is not required until such time. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 03/31/2020) |
| 31/2020 | 6106 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** ***SELECTED PARTIES*** LET MOTION to Compel Plaintiffs Executive Committee to Comply with the Court's March 26, 2020 Order addressed to Judge Sarah Netburn from Michael K. Kellogg dated March 31, 2020. Document filed by Dallah Avco Trans Arabia, Plaintiffs Executive Committees, Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Motion or O Under Seal: 4255 .(Kellogg, Michael) Modified on 4/24/2020 (db). (Entered: 03/31/2020) |
| 31/2020 | 6107 | DECLARATION of Burnett Plaintiffs in Opposition re: (6101 in 1:03−md−01570−GBD−SN) LETTER MOTION fo File Classified Portion of Memorandum of Law, Ex Parte and In Camera addressed to Magistrate Judge Sarah Netbu AUSA Sarah S. Normand dated March 27, 2020.. Document filed by Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Haefele, Robert) (Entered: 03/31/2020) |
| 31/2020 | 6108 | DECLARATION of Jerry S. Goldman, Esq. in Opposition re: (6101 in 1:03−md−01570−GBD−SN) LETTER MOTI Leave to File Classified Portion of Memorandum of Law, Ex Parte and In Camera addressed to Magistrate Judge Sar from AUSA Sarah S. Normand dated March 27, 2020.. Document filed by Estate of of John P. O'Neill, Sr., J. O'Neill (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01922−GBD−SN.(Goldman, Jerry) (Entered: 03/31/2020) |
| 31/2020 | 6109 | DECLARATION of Jerry S. Goldman, Esq. in Opposition re: 6101 LETTER MOTION for Leave to File Classified Memorandum of Law, Ex Parte and In Camera addressed to Magistrate Judge Sarah Netburn from AUSA Sarah S. N dated March 27, 2020.. Document filed by Christine O'Neill. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Goldman, (Entered: 03/31/2020) |
| 01/2020 | 6110 | LETTER MOTION for Extension of Time to File *Opposition to Second Motion to Compel and Cross−Motion,* addre Magistrate Judge Sarah Netburn from AUSA Sarah S. Normand dated April 1, 2020. Document filed by FBI..(Norma (Entered: 04/01/2020) |
| 01/2020 | 6111 | DECLARATION of Jerry S. Goldman, Esq. in Opposition re: (6101 in 1:03−md−01570−GBD−SN) LETTER MOTI Leave to File Classified Portion of Memorandum of Law, Ex Parte and In Camera addressed to Magistrate Judge Sar from AUSA Sarah S. Normand dated March 27, 2020.. Document filed by C. O'Neill, Christine O'Neill. (Attachment Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01922−GBD−SN.(Goldm (Entered: 04/01/2020) |
| 01/2020 | 6112 | ORDER denying 6095 Letter Motion for Leave to File Document The Court may authorize oral argument if further e of the arguments is necessary after the current public health crisis passes. (HEREBY ORDERED by Magistrate Judg Netburn)(Text Only Order) (JF) (Entered: 04/01/2020) |
| 02/2020 | 6113 | ORDER granting 6110 Letter Motion for Extension of Time to File. The deadline for the FBI to respond to the PECs compel, and the time for the PECs to file a reply, is extended by ten days. (HEREBY ORDERED by Magistrate Judg Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 04/02/2020) |
| 02/2020 | 6114 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Con dated April 2, 2020 re: opposition to the Kingdom of Saudi Arabia's letter motion to quash Plaintiffs' subpoenas. Doc by Plaintiffs Executive Committees. (Attachments: # 1 Affidavit Declaration of J. Scott Tarbutton in support of PECs Opposition)Motion or Order to File Under Seal: 4255 .(Carter, Sean) (Entered: 04/02/2020) |
| 03/2020 | 6115 | ***SELECTED PARTIES***LETTER RESPONSE to Motion addressed to Magistrate Judge Sarah Netburn from S Pounian dated 4/3/2020 re: 6106 LETTER MOTION to Compel Plaintiffs Executive Committee to Comply with the March 26, 2020 Order addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated March 31, 2020. *Motion to Compel Discovery*. Document filed by Kingdom of Saudi Arabia, Plaintiffs Executive Committees, Dallah Trans Arabia. Motion or Order to File Under Seal: 4522 .(Pounian, Steven) (Entered: 04/03/2020) |
| 03/2020 | 6116 | ***EX−PARTE***EMERGENCY MOTION to Enforce Judgment re: (2624 in 1:03−md−01570−GBD−SN, 317 in 1:03−cv−09848−GBD−SN) Order, . Document filed by Havlish Plaintiffs. (Attachments: # 1 Exhibit A List of Havli Judgment Holders, # 2 Exhibit B Calculation of prejudgment interest, # 3 Exhibit C Havlish Counsel's March 17, 202 Court, # 4 Exhibit D Email from Clearstream Counsel, # 5 Exhibit E Restraining Notice package sent to Clearstream, G Message on Clearstream's website re communications during COVID−19 period)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SNMotion or Order to File Under Seal: 6028 .(Fleming, Timoth 04/03/2020) |

| | | |
|---|---|---|
| )3/2020 | 6117 | ***EX−PARTE***DECLARATION of Timothy Fleming in Support re: (499 in 1:03−cv−09848−GBD−SN) EMER MOTION to Enforce Judgment re: (2624 in 1:03−md−01570−GBD−SN, 317 in 1:03−cv−09848−GBD−SN) Order, .. filed by Havlish Plaintiffs. (Attachments: # 1 Exhibit 1 USPS tracking information, # 2 Exhibit 2 Federal Express tra information including signature of recipient on behalf of Clearstream, # 3 Exhibit 3 Havlish counsel's email deliverin Restraining Notice to Clearstream and Clearstream VP's)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SNMotion or Order to File Under Seal: 6028 .(Fleming, Timothy) (Entered: 04/03/2020) |
| )3/2020 | 6118 | ***EX−PARTE***EMERGENCY MEMORANDUM OF LAW in Support re: (499 in 1:03−cv−09848−GBD−SN) EMERGENCY MOTION to Enforce Judgment re: (2624 in 1:03−md−01570−GBD−SN, 317 in 1:03−cv−09848−GB Order, . . Document filed by Havlish Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SNMotion or Order to File Under Seal: 6028 .(Fleming, Timothy) (Entered: 04/03/2020) |
| )3/2020 | 6119 | ***EX−PARTE***EMERGENCY MOTION to Enforce Judgment re: (3382 in 1:03−md−01570−GBD−SN, 3382 ir 1:03−md−01570−GBD−SN, 178 in 1:11−cv−07550−GBD−SN, 178 in 1:11−cv−07550−GBD−SN) Judgment, Termi Motions,,,,,, (3383 in 1:03−md−01570−GBD−SN) Order Adopting Report and Recommendations,,, (3384 in 1:03−md−01570−GBD−SN) Order Adopting Report and Recommendations,,,,, . Document filed by Hoglan Plaintiffs (Attachments: # 1 Exhibit A List of Hoglan Judgment Holders, # 2 Exhibit B Prejudgment Interest Calculation, # 3 E March 17, 2020 Letter to the Court, # 4 Exhibit D Email from Clearstream counsel, # 5 Exhibit E Restraining Notice sent to Clearstream, # 6 Exhibit G Message on Clearstream's website re communications during COVID−19 period, # Proposed Order Proposed Section 1610c Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SNMotion or Order to File Under Seal: 6099 .(Fleming, Timothy) (Entered: 04/03/2020) |
| )3/2020 | 6120 | ***EX−PARTE***DECLARATION of Timothy Fleming in Support re: (329 in 1:11−cv−07550−GBD−SN) EMER MOTION to Enforce Judgment re: (3382 in 1:03−md−01570−GBD−SN, 3382 in 1:03−md−01570−GBD−SN, 178 in 1:11−cv−07550−GBD−SN, 178 in 1:11−cv−07550−GBD−SN) Judgment, Terminate Motions,,,,,, (3383 in 1:03−md−01570−GBD−SN) Order Adopting Report. Document filed by Hoglan Plaintiffs. (Attachments: # 1 Exhibi tracking information, # 2 Exhibit 2 Federal Express tracking information including signature indicating receipt by Cl 3 Exhibit 3 Havlish counsel's email delivering Restraining Notice to Clearstream and Clearstream VP's)Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SNMotion or Order to File Under Seal: 6099 .(Fleming, (Entered: 04/03/2020) |
| )3/2020 | 6121 | ***EX−PARTE***EMERGENCY MEMORANDUM OF LAW in Support re: (329 in 1:11−cv−07550−GBD−SN) EMERGENCY MOTION to Enforce Judgment re: (3382 in 1:03−md−01570−GBD−SN, 3382 in 1:03−md−01570−C 178 in 1:11−cv−07550−GBD−SN, 178 in 1:11−cv−07550−GBD−SN) Judgment, Terminate Motions,,,,,, (3383 in 1:03−md−01570−GBD−SN) Order Adopting Report . Document filed by Hoglan Plaintiffs. Filed In Associated Case 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SNMotion or Order to File Under Seal: 6099 .(Fleming, Timoth 04/03/2020) |
| )3/2020 | 6122 | ***EX−PARTE***EMERGENCY MEMORANDUM OF LAW in Support re: (499 in 1:03−cv−09848−GBD−SN) EMERGENCY MOTION to Enforce Judgment re: (2624 in 1:03−md−01570−GBD−SN, 317 in 1:03−cv−09848−GB Order, . *with Errata*. Document filed by Havlish Plaintiffs. (Attachments: # 1 Errata Errata sheet correcting one error Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SNMotion or Order to File Under Seal: 6028 Timothy) (Entered: 04/03/2020) |
| )6/2020 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Me Benett to RE−FILE Document (1297 in 1:02−cv−06977−GBD−SN, 6047 in 1:03−md−01570−GBD−SN) MOTI Report and Recommendations *Objections to Report and Recommendations re Non−Immediate Family Members.* event type Objection to Report and Recommendations found under the event list Other Answers. Filed In Ass Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(ldi)** (Entered: 04/06/2020) |
| )6/2020 | 6123 | OBJECTION to (5387 in 1:03−md−01570−GBD−SN, 1124 in 1:02−cv−06977−GBD−SN), (5701 in 1:03−md−01570−GBD−SN, 1222 in 1:02−cv−06977−GBD−SN) Report and Recommendations *re non−immediate f members* Document filed by Kathleen Ashton. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Benett, Megan) (Entered: 04/06/2020) |
| )6/2020 | 6124 | ***SELECTED PARTIES*** REPLY MEMORANDUM OF LAW in Support re: 6102 LETTER MOTION for Dis *Motion to Quash Plaintiffs Rule 45 Subpoenas* addressed to Magistrate Judge Sarah Netburn from Michael K. Kellog March 30, 2020. . Document filed by Plaintiffs Executive Committees, FBI, Dallah Avco Trans Arabia, Kingdom of Arabia. (Attachments: # 1 Exhibit A)Motion or Order to File Under Seal: 4255 .(Kellogg, Michael) (Entered: 04/06/2 |
| )6/2020 | 6125 | ***EX−PARTE***SUPPLEMENTAL MEMORANDUM OF LAW in Support re: (499 in 1:03−cv−09848−GBD−S EMERGENCY MOTION to Enforce Judgment re: (2624 in 1:03−md−01570−GBD−SN, 317 in 1:03−cv−09848−GB Order, . . Document filed by Havlish Plaintiffs. (Attachments: # 1 Exhibit 1 Complaint, # 2 Exhibit 2 Order containin stipulations, # 3 Exhibit 3 appellate brief, # 4 Text of Proposed Order unredacted, # 5 Text of Proposed Order redacte Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SNMotion or Order to File Under Seal: 6028 Timothy) (Entered: 04/06/2020) |

| | | |
|---|---|---|
| )6/2020 | 6126 | ***EX−PARTE***SUPPLEMENTAL MEMORANDUM OF LAW in Support re: (329 in 1:11−cv−07550−GBD−S EMERGENCY MOTION to Enforce Judgment re: (3382 in 1:03−md−01570−GBD−SN, 3382 in 1:03−md−01570−C 178 in 1:11−cv−07550−GBD−SN, 178 in 1:11−cv−07550−GBD−SN) Judgment, Terminate Motions,,,,,, (3383 in 1:03−md−01570−GBD−SN) Order Adopting Report . Document filed by Hoglan Plaintiffs. (Attachments: # 1 Exhib Complaint, # 2 Exhibit 2 Order containing stipulations, # 3 Exhibit 3 Appellate brief, # 4 Text of Proposed Order Pro Order Redacted)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SNMotion or Order Under Seal: 6099 .(Fleming, Timothy) (Entered: 04/06/2020) |
| )7/2020 | 6127 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 6106 LETTER MOTION to Compel Plai Executive Committee to Comply with the Court's March 26, 2020 Order addressed to Magistrate Judge Sarah Netbur Michael K. Kellogg dated March 31, 2020. . Document filed by FBI, Plaintiffs Executive Committees, Dallah Avco Arabia, Kingdom of Saudi Arabia. Motion or Order to File Under Seal: 4255 .(Kellogg, Michael) (Entered: 04/07/20 |
| )7/2020 | 6128 | JOINT LETTER MOTION for Extension of Time *of Expert Discovery Deadlines* addressed to Magistrate Judge Sara from Steven T Cottreau dated April 7, 2020. Document filed by Dubai Islamic Bank..(Pritsker, Gabrielle) (Entered: 0 |
| )7/2020 | 6129 | ORDER UNDER 28 U.S.C. § 1610(c) AUTHORIZING ENFORCEMENT OF JUDGMENT granting (6119) Motion Judgment re: (3382 in 1:03−md−01570−GBD−SN, 3382 in 1:03−md−01570−GBD−SN, 178 in 1:11−cv−07550−GB in 1:11−cv−07550−GBD−SN) Judgment, Terminate Motions, in case 1:03−md−01570−GBD−SN; granting (329) Mo Enforce Judgment in case 1:11−cv−07550−GBD−SN in case 1:03−md−01570−GBD−SN. IT IS ORDERED that the Plaintiffs' Motion for Order Under 28 U.S.C. § 1610(c) Authorizing Enfrcement of Judgment is GRANTED, and, IT FURTHER ORDERED that the Hoglan Plaintiffs are authorized pursuant to 28 U.S.C. § l610(c) to enforce the Final by any lawful means, including attachment of, and execution against, the specific assets against the property held at C Banking, S.A. that belongs to any of the Judgment Debtor Defendants, including, more particularly, the Central Bank a.k.a. Bank Markazi, as described and authorized by 22 U.S.C. § 8772 (2019). IT IS FURTHER ORDERED that the Plaintiffs are authorized to serve a restraining notice on Clearstream and to serve the notice by Federal Express couri and by email to officers of Clearstream's New York office, Clearstream's New York customer service department, an Clearstream's attorney. SO ORDERED. (Signed by Judge George B. Daniels on 4/7/20) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN (yv) (Entered: 04/08/2020) |
| )7/2020 | 6133 | ORDER UNDER 28 U.S.C. § 1610(c) AUTHORIZING ENFORCEMENT OF JUDGMENT: IT IS ORDERED that Plaintiffs' Motion for Order Under 28 U.S.C. § 1610(c) Authorizing Enforcement of Judgment is GRANTED, and, IT FURTHER ORDERED that the Hoglan Plaintiffs are authorized pursuant to 28 U.S.C. § 1610(c) to enforce the Final by any lawful means, including attachment of, and execution against, the specific assets against the property held at C Banking, S.A. that belongs to any of the Judgment Debtor Defendants, including, more particularly, the Central Bank a.k.a. Bank Markazi, as described and authorized by 22 U.S.C. § 8772 (2019). IT IS FURTHER ORDERED that the Plaintiffs are authorized to serve a restraining notice on Clearstream and to serve the notice by Federal Express couri and by email to officers of Clearstream's New York office, Clearstream's New York customer service department, an Clearstream's attorney. (Signed by Judge George B. Daniels on 4/7/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN (jwh) (Entered: 04/13/2020) |
| )7/2020 | 6134 | ORDER UNDER 28 U.S.C. § 1610(c) AUTHORIZING ENFORCEMENT OF JUDGMENT: IT IS ORDERED that Plaintiffs' Motion for Order Under 28 U.S.C. § 1610(c) Authorizing Enforcement of Judgment is GRANTED, and, IT FURTHER ORDERED that the Havlish Plaintiffs are authorized pursuant to 28 U.S.C. § 1610(c) to enforce the Fina by any lawful means, including attachment of, and execution against, the specific assets against the property held at C Banking, S.A. that belongs to any of the Judgment Debtor Defendants, including, more particularly, the Central Bank a.k.a. Bank Markazi, as described and authorized by 22 U.S.C. § 8772 (2019). IT IS FURTHER ORDERED that the Plaintiffs are authorized to serve a restraining notice on Clearstream and to serve the notice by Federal Express couri and by email to officers of Clearstream's New York office, Clearstream's New York customer service department, an Clearstream' s attorney. (Signed by Judge George B. Daniels on 4/7/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN (jwh) (Entered: 04/13/2020) |
| )9/2020 | 6130 | ***EX−PARTE*** LETTER addressed to Magistrate Judge Sarah Netburn from Andrew J. Maloney dated 4/9/2020 directed by the Court's March 26, 2020 Order. Document filed by Plaintiffs Executive Committees.Motion or Order t Under Seal: 6100 .(Maloney, Andrew) (Entered: 04/09/2020) |
| .0/2020 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT: Notice to Attorney Timothy Fleming to RE− Document No. (326 in 1:11−cv−07550−GBD−SN, 6096 in 1:03−md−01570−GBD−SN) Proposed Clerk's Certifi Judgment to be Registered in Another District. The filing is deficient for the following reason(s): the PDF atta docket entry for the proposed clerk's certification of a judgment to be registered in another district is the wro document; and Both Case Numbers are not on Form. *(Before re−filing add both case numbers to the form an copy of the judgment to the back of the form, then, Re−file the document using the event type Proposed Clerk' Certification of a Judgment to be Registered in Another District found under the event list Proposed Orders − correct filer/filers − attach the correct PDF that lists the correct entry date of the judgment. Will be issued im upon completion of the above, when re−filing file in the Lead case 03md1570 and spread text in 11cv7550. File Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(dt)** (Entered: 04/10/2020) |

| | | |
|---|---|---|
| .0/2020 | | A telephone Conference is set for 4/17/2020 at 03:00 PM before Magistrate Judge Sarah Netburn to discuss the status jurisdictional discovery during the current public health crisis. At that time, the parties should call (877) 402−9757 ar access code 7938632. The Court seeks the parties' guidance on how to proceed regarding the outstanding disputes co deposition protocol and Saudi Arabia's motion for a protective order. The Court does not anticipate ruling on these di this conference. The parties are urged to meet−and−confer on a joint proposal to present to the Court. (HEREBY OR Magistrate Judge Sarah Netburn) (Text Only Order) (JF) (Entered: 04/10/2020) |
| .0/2020 | 6131 | ORDER denying 6102 Letter Motion for Discovery. Saudi Arabia's motion to quash Plaintiffs Rule 45 Subpoenas is (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (JF) (Entered: 04/10/2020) |
| .0/2020 | 6132 | ORDER granting 6128 Letter Motion for Extension of Time. The Court grants a 90−day extension to the deadlines in discovery that are currently governed by the orders at ECF Nos. 5921 and 5751. (HEREBY ORDERED by Magistrat Sarah Netburn)(Text Only Order) (JF) (Entered: 04/10/2020) |
| .3/2020 | 6135 | LETTER addressed to Judge George B. Daniels from Megan Benett dated 04−13−2020 re: Letter to Judge Daniels ar Magistrate Judge Netburn with Update Relevant to ECF No. 5361 et seq.. Document filed by Plaintiffs PI Executive Committee..(Benett, Megan) (Entered: 04/13/2020) |
| .3/2020 | 6136 | MOTION for Protective Order . Document filed by FBI..(Krause, Andrew) (Entered: 04/13/2020) |
| .3/2020 | 6137 | ***SELECTED PARTIES***DECLARATION of Brian Gilhooly in Support re: 6136 MOTION for Protective Orde Document filed by Kingdom Of Saudi Arabi, Plaintiffs Executive Committees, Dallah Avco Trans Arabia, FBI. Moti to File Under Seal: 4255 .(Vargas, Jeannette) (Entered: 04/13/2020) |
| .3/2020 | 6138 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 6136 MOTION for Protective Order . . Do filed by The Kingdom of Saudi Arabia, Plaintiffs Executive Committees, Dallah Avco Trans Arabia, FBI. Motion or File Under Seal: 4255 .(Krause, Andrew) (Entered: 04/13/2020) |
| .3/2020 | 6139 | ***SELECTED PARTIES***DECLARATION of Sarah S. Normand in Support re: 6136 MOTION for Protective C Document filed by The Kingdom of Saudi Arabia, Plaintiffs Executive Committees, Dallah Avco Trans Arabia, FBI. (Attachments: # 1 Exhibit L, # 2 Exhibit M, # 3 Exhibit N, # 4 Exhibit O, # 5 Exhibit P, # 6 Exhibit Q, # 7 Exhibit R, S)Motion or Order to File Under Seal: 4255 .(Krause, Andrew) (Entered: 04/13/2020) |
| .3/2020 | 6140 | ***SELECTED PARTIES***DECLARATION of Assistant Director Jill Sanborn in Support re: 6136 MOTION for Order .. Document filed by FBI, Plaintiffs Executive Committees, Dallah Avco Trans Arabia, Kingdom of Saudi Ara (Attachments: # 1 Exhibit A)Motion or Order to File Under Seal: 4255 .(Vargas, Jeannette) (Entered: 04/13/2020) |
| .3/2020 | 6141 | DECLARATION of Richard Allen Grenell in Support re: 6136 MOTION for Protective Order .. Document filed by FBI..(Krause, Andrew) (Entered: 04/13/2020) |
| .3/2020 | 6142 | DECLARATION of Attorney General William P. Barr in Support re: 6136 MOTION for Protective Order .. Docume FBI. (Attachments: # 1 Exhibit 1).(Vargas, Jeannette) (Entered: 04/13/2020) |
| .3/2020 | 6143 | NOTICE of Lodging of Classified Submissions. Document filed by FBI..(Krause, Andrew) (Entered: 04/13/2020) |
| .4/2020 | 6144 | ***SELECTED PARTIES*** LETTER MOTION for Conference *supplementing Plaintiffs' February 27, 2020 lette* to Magistrate Judge Sarah Netburn from Steven Pounian dated 04/14/2020. Document filed by Dallah Avco Trans A Kingdom of Saudi Arabia, Plaintiffs Executive Committees.Motion or Order to File Under Seal: 4696 .(Pounian, Ste (Entered: 04/14/2020) |
| .7/2020 | 6145 | PROPOSED CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT. C Certification of a Judgment to be Registered in Another District to be Mailed by the Court. Document filed by Hogla (Attachments: # 1 Hoglan Judgment 2.26.18) Document Number of Related Judgment: 241 ..(Fleming, Timothy) **Pro document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** (Entered: 04/ |
| .7/2020 | 6146 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Sarah Netburn from Michael K. Kello April 17, 2020 re: 6144 LETTER MOTION for Conference *supplementing Plaintiffs' February 27, 2020 letter* addre Magistrate Judge Sarah Netburn from Steven Pounian dated 04/14/2020. . Document filed by Kingdom of Saudi Aral (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G) Michael) (Entered: 04/17/2020) |
| .7/2020 | 6147 | LETTER MOTION for Extension of Time to File Response/Reply as to (5824 in 1:03−md−01570−GBD−SN) MOTI Dismiss for Lack of Jurisdiction *Sudan's Motion to Dismiss for Lack of Subject−Matter Jurisdiction and Personal Ju* (5945 in 1:03−md−01570−GBD−SN, 5945 in 1:03−md−01570−GBD−SN) Memo Endorsement, Set Motion and R& Deadlines/Hearings,,,, addressed to Judge George B. Daniels from Jerry S. Goldman, Esq. dated 04/17/2020. Docume C. O'Neill, C. I. O'Neill.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01922−GBD−SN, 1:18−cv−12114−GBD−SN.(Goldman, Jerry) (Entered: 04/17/2020) |

| | | |
|---|---|---|
| .7/2020 | | CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT ISSUED 4/18/2 favor of the Estate of Siew Nya Ang, et al., in Various Amounts, for Doc.# 6145 in 03 MD 1570 and Doc.# 335 in 11 Certification of a Judgment to be Registered in Another District was Mailed by the Clerk's Office to Timothy Flemin Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(dt) Modified on 4/19/2020 (dt). (Entered: 04/19/2020) |
| .7/2020 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Telephone Conference held on 4/17/2020 (Entered: 04/27/2020) |
| .9/2020 | 6148 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Sarah Netburn from Steven R. Pounian datec re: 6144 LETTER MOTION for Conference *supplementing Plaintiffs' February 27, 2020 letter* addressed to Magistra Sarah Netburn from Steven Pounian dated 04/14/2020. . Document filed by Plaintiffs Executive Committees. (Attach Exhibit 1).(Pounian, Steven) (Entered: 04/19/2020) |
| .9/2020 | 6149 | ORDER granting 6147 Letter Motion for Extension of Time to File Response/Reply. The O'Neill Plaintiffs are grante extension, until May 20, 2020, to file their opposition to Sudan's motion to dismiss. (HEREBY ORDERED by Magis Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 04/19/2020) |
| .9/2020 | 6150 | ORDER denying as moot/withdrawn 6106 Letter Motion to Compel. (HEREBY ORDERED by Magistrate Judge Sa Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 04/19/2020) |
| 23/2020 | 6151 | ORDER granting 6144 Letter Motion. The Court endorses Plaintiffs' briefing schedule. (HEREBY ORDERED by M Judge Sarah Netburn)(Text Only Order) (JF) (Entered: 04/23/2020) |
| 23/2020 | 6152 | LETTER addressed to Magistrate Judge Sarah Netburn from Steven R. Pounian dated 4/23/2020 re: Scheduling dates hearing. Document filed by Plaintiffs Executive Committees..(Pounian, Steven) (Entered: 04/23/2020) |
| 24/2020 | 6153 | MOTION to Compel Akram Alzamari to appear for oral deposition . Document filed by Plaintiffs Executive Committees..(Benett, Megan) (Entered: 04/24/2020) |
| 24/2020 | 6154 | DECLARATION of Megan W. Benett in Support re: 6153 MOTION to Compel Akram Alzamari to appear for oral c Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 E 5 Exhibit E).(Benett, Megan) (Entered: 04/24/2020) |
| 24/2020 | 6155 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 6153 MOTION to Compel Akram Alzam appear for oral deposition . . Document filed by FBI, Plaintiffs Executive Committees, Akram Alzamari, Kingdom of Arabia, Dallah Avco Trans Arabia. (Attachments: # 1 Appendix)Motion or Order to File Under Seal: 4255 .(Benett, M (Entered: 04/24/2020) |
| 24/2020 | 6156 | ***SELECTED PARTIES***DECLARATION of Megan W. Benett in Support re: 6153 MOTION to Compel Akra to appear for oral deposition .. Document filed by FBI, Kingdom of Saudi Arabia, Akram Alzamari, Dallah Avco Tra Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhib or Order to File Under Seal: 4255 .(Benett, Megan) (Entered: 04/24/2020) |
| 27/2020 | 6157 | TRANSCRIPT of Proceedings re: CONFERENCE held on 4/17/2020 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Lisa Picciano Franko, (212) 805−0300. Transcript may be viewed at the court public terminal c purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After tha may be obtained through PACER. Redaction Request due 5/18/2020. Redacted Transcript Deadline set for 5/28/2020 Transcript Restriction set for 7/27/2020..(McGuirk, Kelly) (Entered: 04/27/2020) |
| 27/2020 | 6158 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERI proceeding held on 4/17/2020 has been filed by the court reporter/transcriber in the above−captioned matter. The part seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....( Kelly) (Entered: 04/27/2020) |
| 27/2020 | 6159 | ***SELECTED PARTIES*** OPINION & ORDER: Plaintiffs' motion to compel the FBI to conduct additional sear granted in part and denied in part. The FBI is ordered to complete the search and production of records, and the produ privilege log as appropriate, within 45 days of this Order or as soon as reasonably practicable during the current healt Plaintiffs' motion for oral argument is DENIED as moot. The Clerk of Court is respectfully directed to terminate the g ECF No. 4677. (Signed by Magistrate Judge Sarah Netburn on 4/27/2020) (ras) (Entered: 04/27/2020) |
| 27/2020 | | Writ of Execution Issued as to The Islamic Republic of Iran, on 04/27/2020 Judgment # 12,1850 in the amount of $ 2,066,800,264.84 in favor of Estate of Donald J. Havlish, Jr., Fiona Havlish, Estate of Donald Havlish, Sr., William H Susan Conklin, Estate of Michael A. Bane, Tara Bane, Estate of Donald Bane, Christina Bane−Hayes, Estate of Mart Boryczewski, Krystyna Boryczewski, Estate of Michael Boryczewski, Julia Boryczewski, Michele Boryczewski, Esta Richard M. Caproni, Richard A. Caproni, Dolores Caproni, Christopher Caproni, Michael Caproni, Lisa Caproni−Bro of Peter Chirchirillo, Clara Chirchirill, Livia Chirchirillo, Catherine Deblieck,Estate of Jeffrey Coale, William Coale, Daniel M. Coffey,Frances M. Coffey, Daniel D. Coffey, M.D., Kevin M. Coffey, Estate of Jason Coffey, Frances M. |

| | | |
|---|---|---|
| | | Daniel D. Coffey, M.D., Kevin M. Coffey, Estate of Jeffrey Collman, Dwayne W. Collman, Brian Collman, Charles Brenda Sorenson, Estate of Michael Diehl, Loisanne Diehl, Estate of Stephen Dorf, Estate of Morris Dorf, Estate of A Dorf, Joseph Dorf, Michelle Dorf, Robert Dorf, Linda Sammut, Estate of Judy Fernandez, Corazon Fernandez, Estate R. Godshalk, Estate of Grace Parkinson−Godshalk, Estate of John Grazioso, Tina Grazioso, Estate of James D. Halvo Maureen Halvorson, Estate of Liming Gu, Jin Liu, Alan Gu, Estate of Steven Cafiero, Grace Kneski, Estate of Rober Roni Levine, Estate of Joseph Lostrangio, Teresanne Lostrangio, Estate of Brian Nunez, JoAnne Lovett, Estate of Me Estate of Ronald Gamboa, Regina Maria Merwin, Estate of Dorothy Mauro, Margaret Mauro, Estate of Mary Melend Melendez, Estate of Peter T. Milano, Patricia Milano, Estate of Yvette Nichole Moreno, Ivy Moreno, Estate of Philip Ognibene, Estate of Vincent A. Ognibene, Estate of Denis Lavelle, Marie Ann Paprocki, Estate of John William Perr J. Perry, Estate of Salvatore T. Papasso, Christine Papasso, Estate of Marsa Dianah Ratchford, Rodney Ratchford, Ro Ratchford, Marshee R. Ratchford, Benefit of Maranda C. Ratchford, Estate of John M. Rodak, Joyce Ann Rodak, Ch Rodak, Benefit of Devon Marie Rodak, John Rodak, Regina Rodak, Joanne Gori, Estate of Elvin Romero, Diane Ror of Richard Rosenthal, Loren Rosenthal, Estate of Joshua Scott Reiss, Judith Reiss, Estate of Maria Theresa Santillian Santillian, Ester Santillian, Estate of Victor Saracini, Ellen Saracini, Estate of Anne C. Saracini, Joanne Renzi, Estate Schertzer, Paul Schertzer, Estate of Paul K. Sloan, Ronald S. Sloan, Estate of George Eric Smith, Raymond Alexande Estate of Timothy P. Soulas, Katherine Soulas, Estate of William R. Steiner, Russa Steiner, Estate of Andrew Stergio George Stergiopoulos, M.D., Angela Stergiopoulos, Estate of Edward W. Straub, Sandra Straub, Estate of Jennifer Ti Tino, Pamela Schiele, Estate of Jeanmarie Wallendorf, Christine Barton (now Pence), Estate of Timothy RaymondW of Doyle Raymond Ward, Gerald Bingham, Alice Carpeneto, Stephen L. Cartledge, Michelle Wright, Maureen Halvo Haomin Jian, FuMei Chien, Huichun Jian, Hui−Chuan Jian, Hui−Chien Chen, Hui−Zon Jian, Michael LoGuidice, Ra Maerz, Martin Panik, Estate of Linda Ellen Panik, Mary Lynn−Anna Panik Stanley, Helen Rosenthal, Alexander Rov Russin, Gloria Russin, Barry Russin, Leonard Zeplin, Leona Zeplin, and Joslin Zeplin, against Islamic Republic of Ir Ayatollah Ali Hoseini Khamenei, Supreme Leader of Iran, Ali Akbar Hashemi Rafsanjani, Chairman, Expediency Di Counsel and former President of Iran, Iranian Ministry of Information and, Islamic Revolutionary Guard , Iranian Mi Petroleum Iranian Ministry of Economic Affairs and Finance, Iranian Ministry of Commerce, Iranian Ministry of De Armed Forces Logistics, Central Bank of the Islamic Republic of Iran a/k/a Bank Markazi, National Iranian Tanker C National Iranian Oil Company, National Iranian Gas Company, National Iranian Petrochemical Company, Iran Airlin Hezbollah , Doc.#2624. Mail By Clerk's Office by Fed Ex to Timothy Fleming c/o O'Hare Parnagian LLP Att: Jeffre Vesey Street, Suite 300 New York, N.Y. 10007. (Signed by Clerk of Court Ruby Krajick on 04/27/2020) Filed In As Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(dt) Modified on 6/19/2020 (dt). (Entered: 04/28/202 |
| 27/2020 | | Writ of Execution Issued as to The Islamic Republic of Iran, on 04/27/2020 in the amount of $ 3,263,329,149.28 in fa Estate of Siew Nya Ang, Estate of Mark Kendall Bingham, Estate of Joyce Ann Carpeneto, Estate of Wayne T. Davis Timmy Grazioso, Estate of LeRoy W. Homer, Jr., Estate of Hweidar Jian, Estate of Leon Lebor, Estate of Christophe Lunder, Estate of Joseph D. Mistrulli, Estate of Louis Nacke, Estate of Sandra Wright−Cartledge, Estate of Marc Sco Alice Hoglan a.k.a. Hoagland, Kui Liong Lee, Winnee Lee, Jeanee Lee, Arline Peabody−Bane, Brian Major, Brenda Joseph Carpento, Dian Dembinski, Loretta Haines, Stephen Bradish, Jack Bradish, Geraldine Deborah Spaeter, Nicho Chirchirillo, Michael Chirchirillo, JoanAnn Coale, Leslie Coale Brown, Estate of Jeanette Coffey, Estate of Daniel F. Jr., Colleen McDonald, Estate of Beverly Sutton, Carolyn Sutton, Vicki Lynn Michel, Keith Bradkowski, Kathryn Co Charles Gengler, Steven Gengler, Susan Bohan, Tanya Davis, Gabrielle Hunter Davis, Malachai Roarke Davis, Nove Davis−Dean, Jason Diehl, Jeannette Diehl, Emma Fernandez Regan, Cirilo Fernandez, Richard Fernandez, Renee L. Estate of Ranulf Gamboa, Maria Joule, Rachel G. Malubay, Estate of James Bond Godshalk, Jane G. Haller, Aleese Kathryn Grazioso, Kristen Grazioso, Michael Grazioso, Sandra Grazioso, Carolee Azzarello, Karen Ventre, Krysty G Deborah Grazioso, Sandra Grazioso, Carolee Azzarello, Lauren Grazioso, Briana Grazioso, Karen Ventre, Krysty Gr Douglas Halvorson, Estate of Evelyn Halvorson, Kate Halvorson, Michaela Havlish, Lea Michaela Bitterman, Sean Derrick Hobin, Melodie Homer, Laurel Homer, Ju−Hsiu Jian, William Jian, Kevin Jian, Audrey R. Jones, John R. Jo A. Jones, Candy Moyer, Anita Korsonsky, Dina LaFond, Estate of Emily Lavelle, Patricia Caloia, Barbara Dziadek, Palacio, Paul Lavelle, Estate of Bessie Lebor, Barbara Lurman, Joy a.k.a Rina Kaufman, Stephanie Giglio, Estate of Joseph LoGuidice, Joseph Lostrangio, Jr., Cathryn Lostrangio, James Lostrangio, Karen Lunder, Erich Maerz, Ramo Melendez, Ricky Melendez, Jesse Melendez, Tyler Melendez, Florence Rosario, Margaret Montanez, Peter C. Milan Milano, Alfred Milano, Frank Milano, Maureen Racioppi, Thomas Milano, Philomena Mistrulli, MaryAnn Mistrulli, Mistrulli, Angela Mistrulli, Cantone, Estate of Ann Mistrulli, Maria Lambert, Johnny Mistrulli, Rolando Ruben More Moreno, Noelia Moreno, Amy Martinez, Eric Nunez, Neal Green, Theresa Papasso, Salvatore Papasso, Vincent Papa Perry, Joel R. Perry, Janice Perry, Estate of Claudia Stallworth, Reginald Simpson, Roosevelt Stallworth, Carl Stallw Cynthia Watts, Angela Stallworth−Blunt, Brian Christian, Amanda Rogers, Gary Reiss, Adam Reiss, Jordan Reiss, J Reiss, Jennifer Reiss, Estate of Carmen Romero, Issac Romero, Diana Diaz, Estate of Evan Rosenthal, Estate of Seth Estate of Leonard Rosenthal, Estate of Florence Rosenthal, Audrey Model, Victor Santillan, Raymond Santillan, Kirs Saracini, Brielle Saracini, Lori Brody, Ellen Schertzer, Roy−Yetkutiel Shefi, Naomi−Ruth Shefi, Patricia Sloan, Matt Sarah Funk, Raymond Smith, Jr., Carl Smith, Kevin Smith, Korry Smith, Tanya Warren, Latricia Smith, Elaine Smit Jackson, Barbara Hargrove, Estate of Deborah Sallad, Estate of Marion Thomas, imothy P. Soulas, Jr., Andrew J. Sou Christopher Soulas, Matthew oulas, Nicole Soulas, Daniel Soulas, Frederick Soulas, Stephen Soulas, Frederick Soula Soulas, Michelle Donlan, Darren Steiner, Jordan Steiner, Meridith Reverdito, Estate of Wilma Steiner, Robert Steine Steiner, Kathleen Stergiopoulos, George Stergiopoulos, Jr., Aaron Straub, Jonathan Straub, Michael Straub, Samuel Edward Straub, Stanley Straub, Matthew Straub, Salvatore Tino, Jr. Jeffrey Tino, Salvatore Tino, III, Joseph Nicklo, Chafe, Christopher Barton, John Barton, Estate of Susanne Ward−Baker, Jeanne McDermott, Debra Zeplin, Ryan Ze |

| | | |
|---|---|---|
| | | Ethan Zeplin, against Islamic Republic of Iran, Ayatollah Ali Hoseini Khamenei, Supreme Leader of Iran, Ali Akbar Rafsanjani, Chairman, Expediency Discernment Counsel and former President of Iran, Iran's Ministry of Information Security, Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, Iran's Ministry of Economic Affairs and Iran's Ministry of Commerce, Iran's Ministry of Defense and Armed Forces Logistics, Central Bank of the Islamic Re Iran a/k/a Bank Markazi, National Iranian Tanker Corporation, National Iranian Oil Company, National Iranian Gas National Iranian Petrochemical Company, Iran Airlines, and Hezbollah. Doc.# 3905. Mailed by the Clerk's Office by Timothy Fleming c/o O'Hare Parnagian LLP,Att: Jeffrey Mikel20 Vesey Street, Suite 300 New york N.Y. 10007. (Si Clerk of Court Ruby Krajick on 04/27/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN.(dt) Modified on 6/19/2020 (dt). (Entered: 04/28/2020) |
| 27/2020 | 6582 | OPINION & ORDER: Plaintiffs' motion for oral argument is DENIED as moot. The Clerk of Court is respectfully di terminate the gavel at ECF No. 4677. (Signed by Magistrate Judge Sarah Netburn on 4/27/2020) (ras) (Entered: 01/1 |
| 28/2020 | 6160 | LETTER MOTION for Extension of Time addressed to Magistrate Judge Sarah Netburn from Kelly A. Moore dated 2020. Document filed by Akram Alzamari..(Maloy, John) (Entered: 04/28/2020) |
| 29/2020 | 6161 | ORDER granting 6160 Letter Motion for Extension of Time. The Court endorses the proposed briefing schedule. (HI ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (JF) (Entered: 04/29/2020) |
| 29/2020 | 6162 | MOTION to Correct Judgment . Document filed by Kathleen Wisniewski. (Attachments: # 1 Exhibit A).(Capone, Do (Entered: 04/29/2020) |
| 29/2020 | 6163 | MEMORANDUM OF LAW in Support re: 6162 MOTION to Correct Judgment . . Document filed by Kathleen Wisi (Attachments: # 1 Exhibit 1, # 2 Exhibit 2).(Capone, Dorothea) (Entered: 04/29/2020) |
| 29/2020 | 6164 | PROPOSED JUDGMENT. Document filed by Kathleen Wisniewski..(Capone, Dorothea) **Proposed Judgment to be by Clerk's Office staff.** (Entered: 04/29/2020) |
| 29/2020 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. 6164 Proposed Judgment reviewed and approved as to form. (dt)** (Entered: 04/30/2020) |
| 30/2020 | 6165 | ***SELECTED PARTIES*** LETTER MOTION to Compel Saudi Arabia to comply with this Court's January 3, 2 and Order addressed to Magistrate Judge Sarah Netburn from Steven R. Pounian dated 04/30/2020. Document filed b of Saudi Arabia, Plaintiffs Executive Committees, Dallah Avco Trans Arabia.Motion or Order to File Under Seal: 19 .(Pounian, Steven) (Entered: 04/30/2020) |
| 30/2020 | 6166 | ***SELECTED PARTIES***DECLARATION of Steven R. Pounian in Support re: 6165 LETTER MOTION to Co Arabia to comply with this Court's January 3, 2020 Opinion and Order addressed to Magistrate Judge Sarah Netburn Steven R. Pounian dated 04/30/2020.. Document filed by Kingdom of Saudi Arabia, Plaintiffs Executive Committees Avco Trans Arabia. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibi Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19)Motion or Order to File Under Seal: 19 .(Pounian, Steven) (Entered: 04/30/2020) |
| 30/2020 | 6167 | ***SELECTED PARTIES***PROPOSED ORDER. Document filed by Kingdom of Saudi Arabia, Plaintiffs Execut Committees, Dallah Avco Trans Arabia. Related Document Number: 6165 . Motion or Order to File Under Seal: 190 .(Pounian, Steven) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 04/30/2020) |
| 30/2020 | 6168 | LETTER addressed to Judge George B. Daniels from Timothy B. Fleming dated April 30, 2020 re: Reply to PEC lett April 13, 2020. Document filed by Havlish Plaintiffs, Hoglan Plaintiffs.Filed In Associated Cases: 1:03−md−01570− 1:03−cv−09848−GBD−SN, 1:11−cv−07550−GBD−SN.(Fleming, Timothy) (Entered: 04/30/2020) |
| 01/2020 | 6169 | LETTER addressed to Magistrate Judge Sarah Netburn from Jeannette A. Vargas dated 5/1/2020 re: Correction to De Assistant Director Jill Sanborn. Document filed by FBI..(Vargas, Jeannette) (Entered: 05/01/2020) |
| 01/2020 | 6170 | ORDER: A conference is set for May 14, 2020 at 2:00 p.m. to discuss Saudi Arabia's motion for a protective order, P cross−motion to compel, and any outstanding issues regarding the deposition protocol that the Court has not addresse the conference. The conference will be hosted on Skype for Business and will be open to the public. Counsel intendi at the conference should e−mail the Court 24 hours before the conference to receive a link to join the video call. Non parties and the public may dial 917−933−2166 and enter Conference ID: 716448440 to listen to the proceedings. Cou have the opportunity to present slides to the Court during the video conference. A follow−up conference will be held 2020, if necessary to address any outstanding issues from the May 14 conference. (Status Conference set for 5/14/202 PM before Magistrate Judge Sarah Netburn.) (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only (ras) (Entered: 05/01/2020) |
| 04/2020 | 6171 | MOTION Entry of Judgments Nunc Pro Tunc re: (6037 in 1:03−md−01570−GBD−SN) Default Judgment,,, (6034 in 1:03−md−01570−GBD−SN) Default Judgment,,,,,, (6039 in 1:03−md−01570−GBD−SN) Default Judgment,,, (6040 1:03−md−01570−GBD−SN) Default Judgment,,, (6038 in 1:03−md−01570−GBD−SN) Default Judgment,,,,, (6035 i |

| | | |
|---|---|---|
| | | 1:03−md−01570−GBD−SN) Default Judgment,,,,,, *Notice of Motion for Entry of Judgments Nunc Pro Tunc*. Docume All Plaintiffs in 15−cv−9903, All Plaintiffs in 19−44.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00044−GBD−SN.(Eubanks, John) (Entered: 05/04/2020) |
| )4/2020 | 6172 | MEMORANDUM OF LAW in Support re: (48 in 1:19−cv−00044−GBD−SN, 409 in 1:15−cv−09903−GBD−SN, 61 1:03−md−01570−GBD−SN) MOTION Entry of Judgments Nunc Pro Tunc re: (6037 in 1:03−md−01570−GBD−SN) Judgment,,, (6034 in 1:03−md−01570−GBD−SN) Default Judgment,,,,,, (6039 in 1:03−md−01570−GBD−SN) Defau Judgment,,, (6040 in 1:03−md−01570−GBD−SN) Default Judgm . Document filed by All Plaintiffs in 15−cv−9903, Plaintiffs in 19−44. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00044−GBD−SN.(Eubanks, John) (Entered: 05/04/2020) |
| )4/2020 | 6173 | PROPOSED ORDER. Document filed by All Plaintiffs in 15−cv−9903, All Plaintiffs in 19−44. Related Document N 6171 ..(Eubanks, John) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 05/04/2020) |
| )4/2020 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (6173 in 1:03−md−01570−GBD in 1:15−cv−09903−GBD−SN, 50 in 1:19−cv−00044−GBD−SN) Proposed Order was reviewed and approved as Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00044−GBD−SN(a** 05/04/2020) |
| )5/2020 | 6174 | MOTION to Vacate (4880 in 1:03−md−01570−GBD−SN) Judgment,,,,, . Document filed by Kathleen Ashton.Filed I Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 05/05/2020) |
| )5/2020 | 6175 | DECLARATION of James P. Kreindler in Support re: (1299 in 1:02−cv−06977−GBD−SN, 6174 in 1:03−md−01570−GBD−SN) MOTION to Vacate (4880 in 1:03−md−01570−GBD−SN) Judgment,,,,, .. Document fil Kathleen Ashton. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 05/05/2020) |
| )5/2020 | 6176 | **FILING ERROR − DEFICIENT DOCUMENT −** PROPOSED JUDGMENT. Document filed by Kathleen Ashtor (Attachments: # 1 Exhibit A).(Kreindler, James) **Proposed Judgment to be reviewed by Clerk's Office staff.** Modi 5/5/2020 (km). (Entered: 05/05/2020) |
| )5/2020 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED JUDGMENT. Notice to attorney Jan Kreindler to RE−FILE Document No. 6176 Proposed Judgment. The filing is deficient for the following reasor remove the word Order from the document (it should be labeled as a proposed judgment). Re−file the docume the event type Proposed Judgment found under the event list Proposed Orders. (km)** (Entered: 05/05/2020) |
| )5/2020 | 6177 | CORRECTED ORDER OF PARTIAL FINAL DEFAULT JUDGMENT ON BEHALF OF BAUER PLAINTIFF ID AT EXHIBIT A: ORDERED that partial final judgment is entered against the Iran Defendants and on behalf of a cert Plaintiff in Bauer et al. v. al Qaeda Islamic Army, et al., 02−cv−7236 (GBD)(SN), as identified in the attached Exhib a spouse of an individual killed in the terrorist attacks on September 11, 2001, as indicated in the attached Exhibit A, ORDERED that the Plaintiff identified in Exhibit A is awarded solatium damages of $12,500,000, as indicated in the Exhibit A; and it is ORDERED that the Plaintiff identified in Exhibit A is awarded prejudgment interest of 4.96 perc annum, compounded annually, running from September 11, 2001 until the date of judgment; and as further set forth i (Signed by Judge George B. Daniels on 5/5/2020) (jwh) (Entered: 05/05/2020) |
| )5/2020 | 6178 | ORDER GRANTING JUDGMENTS NUNC PRO TUNC. Upon consideration of Plaintiffs' Motion for Entry of Judg Nunc Pro Tunc in the above−captioned matters, it is hereby; ORDERED that the Plaintiffs' motion is granted and jud entered on March 6, 2020 at ECF Nos. 6034, 6035, 6037, 6038, 6039, and 6040 are to be given effect as of February So ordered. Granting ( 6171 ) Motion for Judgments nunc pro tunc in case 1:03−md−01570−GBD−SN; Granting (40 for Judgments nunc pro tunc in case 1:15−cv−09903−GBD−SN; Granting (48) Motion for Judgments nunc pro tunc i 1:19−cv−00044−GBD−SN. (Signed by Judge George B. Daniels on 5/5/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00044−GBD−SN. (rjm) Transmission to Orders a Judgments Clerk for processing. Modified on 5/5/2020 (rjm). (Entered: 05/05/2020) |
| )5/2020 | 6179 | PROPOSED JUDGMENT. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A).(Kreindler, James) **Pr Judgment to be reviewed by Clerk's Office staff.** (Entered: 05/05/2020) |
| )5/2020 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (1302 in 1:02−cv−06977−GBD Proposed Judgment was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD 1:02−cv−06977−GBD−SN(ad)** (Entered: 05/06/2020) |
| )5/2020 | 6191 | FINAL ORDER OF JUDGMENT ON BEHALF OF ASHTON PLAINTIFF IDENTIFIED AT EXHIBIT A: it is her ORDERED that the August 15, 2019 Order of Final Judgment for Solatium Damages only as to plaintiff Marion Kno ECF No. 4880 at p. 32, line 15) is VA CA TED and that the August 15, 2019 Order (MDL ECF No. 4880) is otherwi undisturbed; and ORDERED that based on the reasons stated in the Ashton Plaintiffs' prior motions for solatium dam including the July 31, 2019 Motion for Final Judgment on behalf of the Ashton XII Plaintiffs (including Marion Kno Declaration of James P. Kreindler, Esq., submitted on May 4, 2020, together with the entire record in this case, Mario the parent of an individual killed on September 11, 2001 in the terrorist attacks, is awarded a final judgment of solatiu |

| | | |
|---|---|---|
| | | in the amount of $8.5 million, as set forth on Exhibit A, plus prejudgment interest to be calculated at a rate of 4.96% all interest compounded annually. SO ORDERED. Motions terminated: (1299 in 1:02−cv−06977−GBD−SN) MOTIC Vacate (4880 in 1:03−md−01570−GBD−SN) Judgment,,,,, . filed by Kathleen Ashton. (Signed by Judge George B. D 5/5/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN (ks) (Entered: 05/06/2( |
| )6/2020 | 6180 | MOTION to Amend/Correct (5087 in 1:03−md−01570−GBD−SN) Default Judgment,, . Document filed by Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Enter 05/06/2020) |
| )6/2020 | 6181 | MEMORANDUM OF LAW in Support re: (6180 in 1:03−md−01570−GBD−SN, 413 in 1:15−cv−09903−GBD−SN) to Amend/Correct (5087 in 1:03−md−01570−GBD−SN) Default Judgment,, . . Document filed by Burnett Plaintiffs. Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 05/06/2020) |
| )6/2020 | 6182 | **FILING ERROR − DEFICIENT DOCUMENT −** PROPOSED JUDGMENT. Document filed by Burnett Plaintiffs..(Eubanks, John) **Proposed Judgment to be reviewed by Clerk's Office staff.** Modified on 5/7/2020 (km) 05/06/2020) |
| )6/2020 | 6183 | MOTION to Correct Judgment re: (5087 in 1:03−md−01570−GBD−SN) Default Judgment,, . Document filed by Bu Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Enter 05/06/2020) |
| )6/2020 | 6184 | MEMORANDUM OF LAW in Support re: (416 in 1:15−cv−09903−GBD−SN, 6183 in 1:03−md−01570−GBD−SN) to Correct Judgment re: (5087 in 1:03−md−01570−GBD−SN) Default Judgment,, . . Document filed by Burnett Plai In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 05/06/2020) |
| )6/2020 | 6185 | **FILING ERROR − DEFICIENT DOCUMENT −** PROPOSED JUDGMENT. Document filed by Burnett Plaintiffs..(Eubanks, John) **Proposed Judgment to be reviewed by Clerk's Office staff.** Modified on 5/7/2020 (km) 05/06/2020) |
| )6/2020 | 6186 | MOTION to Correct Judgment re: (5061 in 1:03−md−01570−GBD−SN) Judgment,,,,,,, . Document filed by Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Enter 05/06/2020) |
| )6/2020 | 6187 | MEMORANDUM OF LAW in Support re: (419 in 1:15−cv−09903−GBD−SN, 6186 in 1:03−md−01570−GBD−SN) to Correct Judgment re: (5061 in 1:03−md−01570−GBD−SN) Judgment,,,,,,, . . Document filed by Burnett Plaintiffs. Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 05/06/2020) |
| )6/2020 | 6188 | **FILING ERROR − DEFICIENT DOCUMENT −** PROPOSED JUDGMENT. Document filed by Burnett Plaintiffs..(Eubanks, John) **Proposed Judgment to be reviewed by Clerk's Office staff.** Modified on 5/7/2020 (km) 05/06/2020) |
| )6/2020 | 6189 | MOTION for Judgment *Plaintiffs' Notice of Motion for Entry of Judgments Nunc Pro Tunc*. Document filed by Kath Maher, Patricia Ryan..(Pantazis, Dennis) (Entered: 05/06/2020) |
| )6/2020 | 6190 | MEMORANDUM OF LAW in Support re: 6189 MOTION for Judgment *Plaintiffs' Notice of Motion for Entry of Ju Nunc Pro Tunc*. . Document filed by Katherine Maher, Patricia Ryan. (Attachments: # 1 Text of Proposed Order [Pro Order Granting Partial Final Judgments Nunc Pro Tunc).(Pantazis, Dennis) (Entered: 05/06/2020) |
| )7/2020 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED JUDGMENT. Notice to attorney Joh to RE−FILE Document No. 6188 Proposed Judgment 6185 Proposed Judgment 6182 Proposed Judgment. The deficient for the following reason(s):The word Order needs to be removed from the title of the documents. It sl proposed judgment, please correct and re−file documents. Re−file the document using the event type Proposed found under the event list Proposed Orders. (km)** (Entered: 05/07/2020) |
| )7/2020 | 6192 | PROPOSED JUDGMENT. Document filed by Burnett Plaintiffs..(Eubanks, John) **Proposed Judgment to be review Clerk's Office staff.** (Entered: 05/07/2020) |
| )7/2020 | 6193 | PROPOSED JUDGMENT. Document filed by Burnett Plaintiffs..(Eubanks, John) **Proposed Judgment to be review Clerk's Office staff.** (Entered: 05/07/2020) |
| )7/2020 | 6194 | PROPOSED JUDGMENT. Document filed by Burnett Plaintiffs..(Eubanks, John) **Proposed Judgment to be review Clerk's Office staff.** (Entered: 05/07/2020) |
| )7/2020 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. 6192 Proposed Judgment Proposed Judgment 6193 Proposed Judgment was reviewed and approved as to form. (km)** (Entered: 05/07/202 |
| )7/2020 | 6195 | ***SELECTED PARTIES*** OPINION & ORDER: The Court GRANTS Plaintiffs' request for leave to supplemen and DENIES Plaintiffs' motion for reconsideration of the Court's January 3 Order. (Signed by Magistrate Judge Sarah on 5/7/2020) (ras) (Entered: 05/07/2020) |

| | | |
|---|---|---|
| )7/2020 | 6196 | ***SELECTED PARTIES***LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Sarah N from Michael K. Kellogg dated May 7, 2020 re: 6165 LETTER MOTION to Compel Saudi Arabia to comply with th January 3, 2020 Opinion and Order addressed to Magistrate Judge Sarah Netburn from Steven R. Pounian dated 04/3 Document filed by FBI, Plaintiffs Executive Committees, Dallah Avco Trans Arabia, Kingdom of Saudi Arabia. (Att 1 Exhibit A, # 2 Exhibit B)Motion or Order to File Under Seal: 4255 .(Kellogg, Michael) (Entered: 05/07/2020) |
| )7/2020 | 6583 | OPINION & ORDER: The Court GRANTS Plaintiffs' request for leave to supplement the record and DENIES Plaint for reconsideration of the Court's January 3 Order. (Signed by Magistrate Judge Sarah Netburn on 5/7/2020) (ras) (Er 01/11/2021) |
| )8/2020 | 6198 | DECLARATION of Brian T. Gilhooly, FBI (previously filed under seal at Dkt. No. 6137) in Support re: 6136 MOTI Protective Order .. Document filed by FBI..(Normand, Sarah) (Entered: 05/08/2020) |
| )8/2020 | 6199 | MEMORANDUM OF LAW in Support re: 6136 MOTION for Protective Order . *and in Opposition to Plaintiffs' Mo Compel Production (previously filed under seal at Dkt. No. 6138)*. Document filed by FBI..(Normand, Sarah) (Entere 05/08/2020) |
| )8/2020 | 6200 | DECLARATION of AUSA Sarah S. Normand (previously filed under seal at Dkt. No. 6139) in Support re: 6136 MC Protective Order .. Document filed by FBI. (Attachments: # 1 Exhibit L (June 28, 2018 Letter), # 2 Exhibit M (July 1 Email), # 3 Exhibit N (July 30, 2018 Letter), # 4 Exhibit O (Aug. 8, 2018 Letter), # 5 Exhibit P (Nov. 27, 2018 Letter Exhibit R (Nov. 15, 2019 Transcript), # 7 Exhibit S (Apr. 13, 2020 Final Touhy Response)).(Normand, Sarah) (Enter 05/08/2020) |
| )8/2020 | | *****DELETED DOCUMENT. Deleted document number 6197 DECLARATION pursuant to instructions fron chambers. The document was incorrectly filed in this case. (ras)** (Entered: 05/11/2020) |
| .1/2020 | 6201 | ORDER GRANTING PARTIAL FINAL JUDGMENTS NUNC PRO TUNC granting (6189) Motion for Judgment ir 1:03−md−01570−GBD−SN: ORDERED that the Plaintiffs' motion is granted and their judgments entered on Februar at Ryan Doc. No. 10, MDL Doc. No. 5999, and re−entered on March 6, 2020, at Ryan Doc. No. 11, MDL Doc. No. 6 be given effect as of February 19, 2020. (Signed by Judge George B. Daniels on 5/11/2020) Filed In Associated Case 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−SN (jwh) Transmission to Orders and Judgments Clerk for proc (Entered: 05/11/2020) |
| .1/2020 | 6202 | CORRECTED PARTIAL FINAL DEFAULT JUDGMENT ON BEHALF OF BURNETT PLAINTIFF THE ESTAT ALBERT C. CUCCINELLO: ORDERED that service of process was effected upon the Iran Defendants in accordanc U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § 1608(b) for agencies and instrumentalities of sovereign de and it is ORDERED that the partial final judgment entered against the Iran Defendants on September 3, 2019 on beha Estate of Albert C. Cuccinello be modified and corrected in accordance with this Order; and it is ORDERED that par judgment is entered against the Iran Defendants and on behalf of the Estate of Albert C. Cuccinello, who was the spo Thelma Cuccinello who was killed in the terrorist attacks on September 11, 2001, and it is ORDERED that the Estate C. Cuccinello is awarded solatium damages of $12,500,000; and it is ORDERED that Plaintiff Estate of Albert C. Cu awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 u of judgment; and it is ORDERED that Plaintiff Estate of Albert C. Cuccinello may submit an application for punitive economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date con any future rulings made by this Court on this issue. (Signed by Judge George B. Daniels on 5/11/2020) (jwh) (Entere 05/11/2020) |
| .1/2020 | 6203 | CORRECTED PARTIAL FINAL DEFAULT JUDGMENT ON BEHALF OF BURNETT PLAINTIFF FRANK M. ORDERED that service of process was effected upon the Iran Defendants in accordance with 28 U.S.C. § 1608(a) for defendants and 28 U.S.C. § 1608(b) for agencies and instrumentalities of sovereign defendants: and it is ORDERED partial final judgment entered against the Iran Defendants on September 6, 2019 on behalf of Frank M. Tatum be mo corrected in accordance with this Order; and it is ORDERED that partial final judgment is entered against the Iran De and on behalf of Frank M. Tatum, who was the son of Diane M. Parsons who was killed in the terrorist attacks on Se 2001, and it is ORDERED that Frank M. Tatum is awarded solatium damages of $8,500,000; and it is ORDERED th Frank M. Tatum is awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from Se 2001 until the date of judgment; and it is ORDERED that Plaintiff Frank M. Tatum may submit an application for pu damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a late consistent with any future rulings made by this Court on this issue. (Signed by Judge George B. Daniels on 5/11/202 (Entered: 05/11/2020) |
| .1/2020 | 6204 | ORDER re: 6003 Letter, filed by Plaintiffs Executive Committees, 6004 Letter filed by Dallah Avco Trans Arabia, 6 filed by Kingdom of Saudi Arabia. The Court directs the parties as follows: Paragraph 7 − Deadline for the Completi Depositions. The Court declines to set a firm deadline for the completion of all fact depositions in light of the current health crisis...Paragraph 8 − Identity of Non−Party Witnesses. The Court endorses Plaintiffs' proposal...Paragraph 9 − of Declarations. The Court endorses Saudi Arabia's proposal...Paragraph 18 − Deposition Locations. Subject to publi concerns, the location of depositions should be governed by the "Presumptively Acceptable Locations" provision fro Deposition Protocol. See ECF No. 3894, 31...Paragraph 20 − Additional Document Production. Saudi Arabia shall re |

| | | |
|---|---|---|
| | | current and former employees of Saudi Arabia voluntarily produce a curriculum vitae seven (7) days before the deposition...Paragraph 21 − Number of Depositions Allowed. Plaintiffs may not use any remainder from their allotme Saudi government employee depositions for additional fact depositions...Paragraph 31 − Attendance at Depositions. I Local Civil Rule 30.3, Saudi Arabia's and Dallah Avco's party representatives may attend depositions...Paragraph 42 Deposition Time Limits When Translators Are Used. All time limits for depositions shall be increased by 50 percent the event that the witness requires a translator...Paragraph 54 − Re−Opening Depositions Based on Errata. The Court Saudi Arabia's proposal...Expert Disclosures. The Court is inclined to permit the parties to obtain expert testimony, a further set forth in this Order. (Signed by Magistrate Judge Sarah Netburn on 5/11/2020) (ras) (Entered: 05/11/2020) |
| .1/2020 | 6205 | CORRECTED PARTIAL FINAL DEFAULT JUDGMENT ON BEHALF OF BURNETT PLAINTIFF THE ESTAT CHRISTOPHER C. CONNORS: ORDERED that service of process was effected upon the Iran Defendants in accord 28 U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § 1608(b) for agencies and instrumentalities of sovereig defendants; and it is ORDERED that the partial final judgment entered against the Iran Defendants on September 6, 2 behalf of the Estate of Christopher C. Connors be modified and corrected in accordance with this Order; and it is OR that partial final judgment is entered against the Iran Defendants and on behalf of the Estate of Christopher C. Conno the brother of Kevin Connors who was killed in the terrorist attacks on September 11, 2001, and it is ORDERED that of Christopher C. Connors is awarded solatium damages of $4,250,000; and it is ORDERED that Plaintiff Estate of C C. Connors is awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from Septem 2001 until the date of judgment; and it is ORDERED that Plaintiff Estate of Christopher C. Connors may submit an a for punitive damages, economic damages, or other damages (to the extent such awards have not previously been orde later date consistent with any future rulings made by this Court on this issue. (Signed by Judge George B. Daniels on (jwh) (Entered: 05/11/2020) |
| .1/2020 | 6206 | ***SELECTED PARTIES***Objection re: 6159 Memorandum & Opinion,, . Document filed by Dallah Avco Trans Plaintiffs Executive Committees, Kingdom of Saudi Arabia. Motion or Order to File Under Seal: 4255 .(Pounian, Ste (Entered: 05/11/2020) |
| .1/2020 | 6207 | MOTION to Vacate *Partial Final Judgments for 25 Burnett Plaintiffs*. Document filed by All Plaintiffs in 15−cv−99 Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Enter 05/11/2020) |
| .1/2020 | 6208 | DECLARATION of John M. Eubanks in Support re: (428 in 1:15−cv−09903−GBD−SN, 6207 in 1:03−md−01570−G MOTION to Vacate *Partial Final Judgments for 25 Burnett Plaintiffs*.. Document filed by All Plaintiffs in 15−cv−99 Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Ente 05/11/2020) |
| .1/2020 | 6209 | PROPOSED ORDER. Document filed by All Plaintiffs in 15−cv−9903, Burnett Plaintiffs. Related Document Numbe ..(Eubanks, John) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 05/11/2020) |
| .2/2020 | 6210 | SEALED DOCUMENT placed in vault.(mhe) (Entered: 05/12/2020) |
| .2/2020 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (430 in 1:15−cv−09903−GBD− 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(dt)** (Entered: 05/12/2020) |
| .2/2020 | 6211 | DECLARATION of Jill Sanborn, Assistant Director, FBI (Previously Filed Under Seal at Dkt. No. 6140) in Support MOTION for Protective Order .. Document filed by FBI. (Attachments: # 1 Exhibit A).(Normand, Sarah) (Entered: 0 |
| .2/2020 | 6212 | ***SELECTED PARTIES***LETTER REPLY to Response to Motion addressed to Magistrate Judge Sarah Netbur Steven R. Pounian dated 5/12/2020 re: 6165 LETTER MOTION to Compel Saudi Arabia to comply with this Court's 2020 Opinion and Order addressed to Magistrate Judge Sarah Netburn from Steven R. Pounian dated 04/30/2020. . D filed by Dallah Avco Trans Arabia, Kingdom of Saudi Arabia, Plaintiffs Executive Committees. Motion or Order to F Seal: 1900 .(Pounian, Steven) (Entered: 05/12/2020) |
| .4/2020 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Status Conference held on 5/14/2020. (ra 05/15/2020) |
| .5/2020 | 6213 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees, the DOJ and the FBI 15, 2020 re: Joint Proposal for further briefing on Plaintiffs' Motion to Compel. Document filed by Plaintiffs Executi Committees..(Carter, Sean) (Entered: 05/15/2020) |
| .5/2020 | 6214 | NOTICE OF APPEARANCE by Catherine Bridget Altier on behalf of American Casualty Company of Reading, Pe Continental Casualty Comapny, Continental Casualty Company, National Fire Insurance Company of Hartford, Natio Insurance Company of Hartford, Transcontinental Insurance Company, Transportation Insurance Company, Valley F Insurance Company. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−05970−GBD−SN.(Altier, Cat (Entered: 05/15/2020) |

| | | |
|---|---|---|
| .5/2020 | 6215 | PROPOSED CONSENT ORDER. Document filed by American Casualty Company of Reading, Pennsylvania, Conti Casualty Comapny, Continental Casualty Company, National Fire Insurance Company of Hartford, National Fire Ins Company of Hartford, Transcontinental Insurance Company, Transportation Insurance Company, Valley Forge Insur Company..(Altier, Catherine) (Entered: 05/15/2020) |
| .5/2020 | 6216 | MOTION to Serve *Limited Discovery on the PEC and on Holders of Judgments against the Islamic Republic of Iran MDL.*, MOTION for Discovery *on the PEC and on Holders of Judgments against the Islamic Republic of Iran in this* Document filed by Havlish Plaintiffs. (Attachments: # 1 Exhibit A Discovery Request in all MDL cases with judgme Iran, # 2 Exhibit B Discovery Request to PEC, # 3 Exhibit C List of MDL Cases with Claims against Iran, # 4 Text o Order Proposed Order Granting Leave to Take Discovery)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Fleming, Timothy) (Entered: 05/15/2020) |
| .5/2020 | 6217 | MEMORANDUM OF LAW in Support re: (506 in 1:03−cv−09848−GBD−SN, 506 in 1:03−cv−09848−GBD−SN) M Serve *Limited Discovery on the PEC and on Holders of Judgments against the Islamic Republic of Iran in this MDL.* for Discovery *on the PEC and on Holders of Judgments against the Islamic Republic of Iran in this MDL.* . Documer Havlish Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Fleming, Tim (Entered: 05/15/2020) |
| .5/2020 | 6218 | NOTICE OF APPEARANCE by Edward M Pinter on behalf of American Casualty Company of Reading, Pennsylva Continental Casualty Comapny, Continental Casualty Company, National Fire Insurance Company of Hartford, Natio Insurance Company of Hartford, Transcontinental Insurance Company, Transportation Insurance Company, Valley F Insurance Company. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−05970−GBD−SN.(Pinter, Edv (Entered: 05/15/2020) |
| .5/2020 | 6219 | DECLARATION of Megan W. Benett in Support re: (6123 in 1:03−md−01570−GBD−SN) Objection to Report and Recommendations,. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Benett, Megan) (Entered: 05/15/2020) |
| .5/2020 | 6220 | PROPOSED CONSENT ORDER. Document filed by American Casualty Company of Reading, Pennsylvania, Conti Casualty Comapny, Continental Casualty Company, National Fire Insurance Company of Hartford, National Fire Ins Company of Hartford, Transcontinental Insurance Company, Transportation Insurance Company, Valley Forge Insur Company..(Pinter, Edward) (Entered: 05/15/2020) |
| .5/2020 | 6221 | PROPOSED JUDGMENT. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A).(Benett, Megan) **Prop Judgment to be reviewed by Clerk's Office staff.** (Entered: 05/15/2020) |
| .5/2020 | 6222 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated May 15, 2020 re: Diplomatic Consular Accreditation. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 05/15/2020) |
| .5/2020 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. 6221 Proposed Judgment reviewed and approved as to form. (dt)** (Entered: 05/15/2020) |
| .5/2020 | | Telephone Conference set for 5/21/2020 at 10:00 AM before Magistrate Judge Sarah Netburn. The Court is reschedu May 14, 2020 Conference, ECF No. 6170, which was adjourned due to technical difficulties, for Thursday May 21, 2 AM. At this conference the Court will discuss Saudi Arabia's motion for a protective order, Plaintiffs' cross−motion t and any outstanding issues regarding the deposition protocol. The conference will be open to the public. Interested pa dial (877) 402−9757 and enter access code 7938632#. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (T Order) (JF) (Entered: 05/15/2020) |
| .5/2020 | 6223 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 6153 MOTION to Compel Akram Alz appear for oral deposition . . Document filed by Dallah Avco Trans Arabia, Plaintiffs Executive Committees, Kingdo Arabia, FBI, Akram Alzamari. Motion or Order to File Under Seal: 4255 .(Moore, Kelly) (Entered: 05/15/2020) |
| .5/2020 | 6224 | ***SELECTED PARTIES***DECLARATION of John M. Maloy in Opposition re: 6153 MOTION to Compel Akra Alzamari to appear for oral deposition .. Document filed by Plaintiffs Executive Committees, FBI, Akram Alzamari, Saudi Arabia, Dallah Avco Trans Arabia. (Attachments: # 1 Exhibit 1 (Under Seal), # 2 Exhibit 2 (Under Seal), # 3 E (Under Seal), # 4 Exhibit 4 (Under Seal), # 5 Exhibit 5 (Under Seal), # 6 Exhibit 6 (Under Seal), # 7 Exhibit 7 (Unde Exhibit 8 (Under Seal), # 9 Exhibit 9 (Under Seal), # 10 Exhibit 10 (Under Seal), # 11 Exhibit 11 (Under Seal))Motic to File Under Seal: 4255 .(Moore, Kelly) (Entered: 05/15/2020) |
| .5/2020 | 6225 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 6153 MOTION to Compel Akram Alz appear for oral deposition . . Document filed by FBI, Dallah Avco Trans Arabia, All Plaintiffs, Kingdom of Saudi Ar Motion or Order to File Under Seal: 4696 .(Kellogg, Michael) (Entered: 05/15/2020) |
| .8/2020 | 6226 | LETTER MOTION for Extension of Time to File Response/Reply as to (49 in 1:18−cv−12114−GBD−SN) MOTION for Lack of Jurisdiction *Sudan's Motion to Dismiss for Lack of Subject−Matter Jurisdiction and Personal Jurisdictio* 1:03−md−01570−GBD−SN) MOTION to Dismiss for Lack of Jurisdiction *Sudan's Motion to Dismiss for Lack of Subject−Matter Jurisdiction and Personal Jurisdiction.*, (490 in 1:04−cv−01922−GBD−SN) MOTION to Dismiss fo |

| | | |
|---|---|---|
| | | Jurisdiction *Sudan's Motion to Dismiss for Lack of Subject−Matter Jurisdiction and Personal Jurisdiction*. addressed George B. Daniels from Jerry S. Goldman, Esq. dated 05/18/2020. Document filed by C. O'Neill, C. O'Neill, C. I. O'N In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01922−GBD−SN, 1:18−cv−12114−GBD−SN.(Goldman (Entered: 05/18/2020) |
| .8/2020 | 6227 | MEMO ENDORSEMENT on re: 6213 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The part proposed briefing schedule is GRANTED. (Signed by Magistrate Judge Sarah Netburn on 05/18/20) (JF) (Entered: 0: |
| .8/2020 | 6228 | ORDER granting (6207) Motion to Vacate in case 1:03−md−01570−GBD−SN; granting (428) Motion to Vacate in c 1:15−cv−09903−GBD−SN: ORDERED that the following final judgments for solatium damages entered on behalf o referenced individuals in the Burnett action, and only these judgments in the Burnett action, are vacated, as further se this order. ORDERED that the Court's Final Orders of Judgment in the Burnett action at ECF Nos. 5061, 5087, 5138, 5848, 5975, and 6038 remain otherwise in force and that no other final judgments awarded to the above−referenced i are affected by this Order. (Signed by Judge George B. Daniels on 5/18/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN (jwh) Transmission to Orders and Judgments Clerk for proc (Entered: 05/18/2020) |
| .8/2020 | 6229 | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY: Notice is hereby given that, subject to approv Court, plaintiffs Continental Casualty Company, Transcontinental Insurance Company, Transportation Insurance Co Valley Forge Insurance Company, National Fire Insurance Company of Hartford, and American Casualty Company o Pennsylvania ( collectively, "Plaintiffs"), substitute Catherine B. Altier, State Bar No. 4578993, as counsel of record Robert M. Kaplan. The substitution of attorney is hereby approved and so ORDERED., Attorney Robert Manuel Kap terminated. (Signed by Judge George B. Daniels on 5/18/2020) (ama) (Entered: 05/18/2020) |
| .8/2020 | 6230 | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY: Notice is hereby given that, subject to approv Court, plaintiffs Continental Casualty Company, Transcontinental Insurance Company, Transportation Insurance Co Valley Forge Insurance Company, National Fire Insurance Company of Hartford, and American Casualty Company o Pennsylvania ( collectively, "Plaintiffs"), substitute Edward M. Pinter, State Bar No. 2305597, as counsel of record in Robert M. Kaplan. The substitution of attorney is hereby approved and so ORDERED. (Signed by Judge George B. I 5/18/2020) (va) (Entered: 05/18/2020) |
| .8/2020 | 6231 | MOTION to Vacate (3226 in 1:03−md−01570−GBD−SN) Amended Judgment,,,, . Document filed by Kathleen Asht Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 05/18/2020) |
| .8/2020 | 6232 | DECLARATION of James P. Kreindler in Support re: (6231 in 1:03−md−01570−GBD−SN, 1306 in 1:02−cv−06977−GBD−SN) MOTION to Vacate (3226 in 1:03−md−01570−GBD−SN) Amended Judgment,,,, .. Doc by Kathleen Ashton. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 05/18/2020) |
| .8/2020 | 6233 | PROPOSED JUDGMENT. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A).(Kreindler, James) **Pr Judgment to be reviewed by Clerk's Office staff.** (Entered: 05/18/2020) |
| .9/2020 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. 6233 Proposed Judgment reviewed and approved as to form. (dt)** (Entered: 05/19/2020) |
| .9/2020 | 6234 | ORDER granting (6226) Letter Motion for Extension of Time to File Response/Reply in case 1:03−md−01570−GBD granting (55) Letter Motion for Extension of Time to File Response/Reply in case 1:18−cv−12114−GBD−SN. The C the PECs and the O'Neill Plaintiffs an additional thirty day extension of the briefing schedule. (HEREBY ORDERED Magistrate Judge Sarah Netburn)(Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12114−GBD−SN (JF) (Entered: 05/19/2020) |
| .9/2020 | 6235 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele dated May 19, 2020 re: Request for e deadline to respond to Havlish Counsel's application filed May 15, 2020 (ECF No. 6217). Document filed by Plaintif Executive Committees..(Haefele, Robert) (Entered: 05/19/2020) |
| 20/2020 | 6236 | MEMO ENDORSEMENT. Plaintiffs' request for an extension of the deadline until May 28, 2020 is granted. (Signed Magistrate Judge Sarah Netburn on 5/20/20) (JF) (Entered: 05/20/2020) |
| 20/2020 | 6237 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Con dated May 20, 2020 re: Plaintiffs' Executive Committees response to the Kingdom of Saudi Arabia's May 15, 2020 le (ECF#6222). Document filed by Plaintiffs Executive Committees.Motion or Order to File Under Seal: 4255 .(Carter, (Entered: 05/20/2020) |
| 21/2020 | 6238 | ***SELECTED PARTIES***Objection re: 6195 Memorandum & Opinion, . Document filed by Kingdom of Saudi A Dallah Avco Trans Arabia, Plaintiffs Executive Committees. Motion or Order to File Under Seal: 4255 .(Pounian, St (Entered: 05/21/2020) |

| | | |
|---|---|---|
| )21/2020 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Telephone Conference held on 5/21/2020 (Entered: 05/27/2020) |
| )22/2020 | 6239 | LETTER addressed to Magistrate Judge Sarah Netburn from Waleed Nassar dated May 22, 2020 re: Update on Statu Abdullah Naseef's Medical Condition. Document filed by Abdullah Naseef..(Nassar, Waleed) (Entered: 05/22/2020) |
| )26/2020 | 6240 | LETTER MOTION for Extension of Time to File Response/Reply as to 6153 MOTION to Compel Akram Alzamari for oral deposition . addressed to Magistrate Judge Sarah Netburn from Megan W. Benett dated 05/26/2020. Docume Plaintiffs Executive Committees..(Benett, Megan) (Entered: 05/26/2020) |
| )26/2020 | 6241 | ***SELECTED PARTIES*** OPPOSITION BRIEF re: 6238 Objection (non−motion), 6206 Objection (non−motior Document filed by Plaintiffs Executive Committees, Dallah Avco Trans Arabia, FBI, Kingdom of Saudi Arabia.Moti to File Under Seal: 4255 .(Kellogg, Michael) (Entered: 05/26/2020) |
| )26/2020 | 6242 | ORDER granting 6240 Letter Motion for Extension of Time to File Response/Reply. Plaintiffs' request for an extensi May 29, 2020 is granted. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (JF) (Enterec 05/26/2020) |
| )26/2020 | 6243 | ***SELECTED PARTIES*** OPPOSITION BRIEF re: 6206 Objection (non−motion) . Document filed by Plaintiff Committees, Kingdom of Saudi Arabia, Dallah Avco Trans Arabia, FBI.Motion or Order to File Under Seal: 4255 .(I Andrew) (Entered: 05/26/2020) |
| )27/2020 | 6244 | ***SELECTED PARTIES*** OPINION and ORDER: Plaintiffs' motion to compel is GRANTED in part and DENI Saudi Arabia is directed to search for and produce documents identified above within 45 days of this Order. (Signed l Magistrate Judge Sarah Netburn on 5/27/2020) (ras) (Entered: 05/27/2020) |
| )27/2020 | 6245 | MOTION for Raymond Daniel Jackson to Withdraw as Attorney . Document filed by Dubai Islamic Bank. (Attachm Declaration in Support of Motion to Withdraw).(Jackson, Raymond) (Entered: 05/27/2020) |
| )27/2020 | 6584 | OPINION and ORDER: Plaintiffs' motion to compel is GRANTED in part and DENIED in part. Saudi Arabia is dire search for and produce documents identified above within 45 days of this Order. (Signed by Magistrate Judge Sarah I 5/27/2020) (ras) (Entered: 01/11/2021) |
| )28/2020 | 6246 | MEMORANDUM OF LAW in Opposition re: (6216 in 1:03−md−01570−GBD−SN, 6216 in 1:03−md−01570−GBD 1:03−cv−09848−GBD−SN, 506 in 1:03−cv−09848−GBD−SN) MOTION to Serve *Limited Discovery on the PEC an Holders of Judgments against the Islamic Republic of Iran in this MDL*. MOTION for Discovery *on the PEC and on Judgments against the Islamic Republic of Iran in this MDL*. . Document filed by Plaintiffs Executive Committees. F Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Haefele, Robert) (Entered: 05/28/2020) |
| )28/2020 | 6247 | RESPONSE in Opposition to Motion re: 6216 MOTION to Serve *Limited Discovery on the PEC and on Holders of J against the Islamic Republic of Iran in this MDL*. MOTION for Discovery *on the PEC and on Holders of Judgments Islamic Republic of Iran in this MDL*. . Document filed by Federal Insurance Company et al., Plaintiffs..(Carter, Sean 05/28/2020) |
| )29/2020 | 6248 | ORDER in case 1:03−cv−09849−GBD−SN; granting (6245) Motion to Withdraw as Attorney. (Attorney Raymond D Jackson terminated.) (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associa 1:03−md−01570−GBD−SN et al. (ras) (Entered: 05/29/2020) |
| )29/2020 | 6249 | ***SELECTED PARTIES*** REPLY MEMORANDUM OF LAW in Support re: 6153 MOTION to Compel Akrar to appear for oral deposition . . Document filed by Kingdom of Saudi Arabia, Akram Alzamari, Dallah Avco Trans A Plaintiffs Executive Committees. Motion or Order to File Under Seal: 4255 .(Benett, Megan) (Entered: 05/29/2020) |
| )29/2020 | 6250 | LETTER MOTION for Oral Argument addressed to Magistrate Judge Sarah Netburn from Megan W. Benett dated 5/ Document filed by Plaintiffs Executive Committees..(Benett, Megan) (Entered: 05/29/2020) |
| )29/2020 | 6251 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg date 2020 re: Redactions to May 21 Hearing Transcript. Document filed by Dallah Avco Trans Arabia, FBI, Plaintiffs Exe Committees, Kingdom of Saudi Arabia.Motion or Order to File Under Seal: 4696 .(Kellogg, Michael) (Entered: 05/2 |
| )01/2020 | 6252 | CONSENT LETTER MOTION for Extension of Time to File Response/Reply as to (6216 in 1:03−md−01570−GBD in 1:03−md−01570−GBD−SN) MOTION to Serve *Limited Discovery on the PEC and on Holders of Judgments agai Islamic Republic of Iran in this MDL*. MOTION for Discovery *on the PEC and on Holders of Judgments against the Republic of Iran in this MDL*., (6246 in 1:03−md−01570−GBD−SN) Memorandum of Law in Opposition to Motion,. 1:03−md−01570−GBD−SN) Response in Opposition to Motion, (6217 in 1:03−md−01570−GBD−SN) Memorandum Support of Motion, addressed to Magistrate Judge Sarah Netburn from Timothy B. Fleming dated June 1, 2020. Docu by Havlish Plaintiffs, Hoglan Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GB 1:11−cv−07550−GBD−SN.(Fleming, Timothy) (Entered: 06/01/2020) |

| | | |
|---|---|---|
| )1/2020 | 6253 | ORDER granting (6252) Letter Motion for Extension of Time to File Response/Reply in case 1:03−md−01570−GBD Havlish and Hoglan Plaintiffs' request for an extension until June 4, 2020 is granted. (HEREBY ORDERED by Magi Sarah Netburn)(Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN (Entered: 06/01/2020) |
| )2/2020 | 6254 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated June 2, 2020 re: consent of the DOJ and the FBI, PECs write to request an extension of the deadlines for further briefing on Plaintiffs' Motion to Compel directed to the FBI, and the FBI's Motion for a Protective Order. Document filed by Plaintiffs Exe Committees..(Carter, Sean) (Entered: 06/02/2020) |
| )2/2020 | 6255 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from AUSA Sarah S. Norman June 6, 2020 re: Redactions Pursuant to FBI Protective Order. Document filed by Plaintiffs Executive Committees, K Saudi Arabia, FBI, Dallah Avco Trans Arabia. (Attachments: # 1 Exhibit)Motion or Order to File Under Seal: 4255 . Sarah) (Entered: 06/02/2020) |
| )3/2020 | 6256 | LETTER addressed to Magistrate Judge Sarah Netburn from Eric R. Nitz dated June 3, 2020 re: Attorney Status on E Document filed by Dallah Avco Trans Arabia Co. LTD...(Nitz, Eric) (Entered: 06/03/2020) |
| )3/2020 | 6257 | MEMO ENDORSEMENT on re: 6254 Letter, filed by Plaintiffs Executive Committees. The Court endorses the parti proposed revised briefing schedule. (Signed by Magistrate Judge Sarah Netburn on 06/03/20) (JF) (Entered: 06/03/20 |
| )3/2020 | 6258 | MEMO ENDORSEMENT on re: 6256 Letter filed by Dallah Avco Trans Arabia Co. LTD. The Court grants counsel and respectfully directs the Clerk of Court to link counsel's pro hac vice appearance with the remaining Dallah Avco entries on the docket. (Signed by Magistrate Judge Sarah Netburn on 06/03/20) (JF) (Entered: 06/03/2020) |
| )3/2020 | 6259 | ***SELECTED PARTIES***LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Sarah N from Kelly A. Moore dated June 3, 2020 re: 6250 LETTER MOTION for Oral Argument addressed to Magistrate Ju Netburn from Megan W. Benett dated 5/29/2020. . Document filed by Akram Alzamari, Kingdom of Saudi Arabia, P Executive Committees, Dallah Avco Trans Arabia, FBI. Motion or Order to File Under Seal: 4255 .(Moore, Kelly) (E 06/03/2020) |
| )3/2020 | 6260 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Steven R. Pounian dated re: in opposition to ECF No. 6251. Document filed by Plaintiffs Executive Committees, FBI, Dallah Avco Trans Ara Kingdom of Saudi Arabia.Motion or Order to File Under Seal: 1900 .(Pounian, Steven) (Entered: 06/03/2020) |
| )4/2020 | 6261 | REPLY to Response to Motion re: (337 in 1:11−cv−07550−GBD−SN) CONSENT LETTER MOTION for Extension File Response/Reply as to (6216 in 1:03−md−01570−GBD−SN, 6216 in 1:03−md−01570−GBD−SN) MOTION to S *Limited Discovery on the PEC and on Holders of Judgments against the Islamic Republic of Ira . Document filed by Plaintiffs, Hoglan Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN, 1:11−cv−07550−GBD−SN.(Fleming, Timothy) (Entered: 06/04/2020)* |
| )8/2020 | 6262 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele and Andrew J. Maloney dated June 8 Response to Havlish counsels June 4, 2020 reply letter (ECF No. 6261). Document filed by Plaintiffs Executive Committees.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Haefele, Robert) (E 06/08/2020) |
| )8/2020 | 6263 | FINAL JUDGMENT ON BEHALF OF ASHTON PLAINTIFF IDENTIFIED AT EXHIBIT A: ORDERED that the 2016 Amended Order of Judgment for compensatory and punitive damages for conscience pain and suffering as to de Thomas Hughes (MDL ECF No. 3226, filed March 8, 2016 at p. 5 line 307) is VACATED and that the March 8, 201 Order of Judgment (MDL ECF No. 3226) is otherwise undisturbed; and it is further ORDERED that based on the rea in the May 18, 2020 Declaration of James P. Kreindler, Esq., the Ashton Plaintiffs' original complaint and prior motio damages, together with the entire record in this case, 9/11 decedent Timothy Hughes will replace decedent Thomas H set forth in Exhibit A. (Signed by Judge George B. Daniels on 6/8/2020) Filed In Associated Cases: 1:03−md−01570 1:02−cv−06977−GBD−SN (jwh) (Entered: 06/08/2020) |
| )8/2020 | 6264 | ORDER EXHIBIT granting (29) Motion to Vacate in case 1:18−cv−12001−GBD−SN: ORDERED that final judgme solatium damages entered on behalf of Judith Bram Murphy September 11, 2019 Order (ECF 22) against the Islamic Iran be vacated; ORDERED that the modified Exhibit A attached hereto removing Judith Bram Murphy from the cap of the Aronow Plaintiffs is hereby adopted, and it is hereby; ORDERED that the final judgment for solatium damages behalf of Judith Bram Murphy on August 15, 2019 (ECF 1047) against the Islamic Republic of Iran in the matter Ash Al Queda Islamic Army et al., 02−cv−6977 (GBD) remains in full force and effect; ORDERED that the Court's Septe 2019 Final Order of Judgment (ECF 22) remains otherwise in force and that all other final judgments awarded to the Plaintiffs identified in the September 11, 2019 Order (ECF 22) remain in full force and effect. (Signed by Judge Geor Daniels on 6/8/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12001−GBD−SN (jwh) Trans Orders and Judgments Clerk for processing. (Entered: 06/08/2020) |
| .0/2020 | 6265 | ***SELECTED PARTIES*** MOTION for Reconsideration re; 6244 Memorandum & Opinion, . Document filed by of Saudi Arabia, Dallah Avco Trans Arabia, FBI, Plaintiffs Executive Committees.Motion or Order to File Under Sea |

| | | |
|---|---|---|
| | | .(Pounian, Steven) (Entered: 06/10/2020) |
| .1/2020 | 6266 | LETTER addressed to Magistrate Judge Sarah Netburn from Steven R. Pounian dated 6/11/2020 re: status of the hear Sweden for witness Mohdar Abdullah. Document filed by Plaintiffs Executive Committees..(Pounian, Steven) (Enter 06/11/2020) |
| .1/2020 | 6267 | LETTER MOTION for Leave to File Documents pertaining to Diplomatic Service of Judgment addressed to Judge G Daniels from Timothy B. Fleming dated 6/11/2020. Document filed by Daniel Maher, John Ryan.Filed In Associated 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−SN.(Fleming, Timothy) (Entered: 06/11/2020) |
| .1/2020 | 6268 | ORDER granting 6267 LETTER MOTION for Leave to File Documents pertaining to Diplomatic Service of Judgme addressed to Judge George B. Daniels from Timothy B. Fleming dated 6/11/2020. Document filed by Daniel Maher, in case 1:03−md−01570−GBD−SN; granting (13) LETTER MOTION for Leave to File Documents pertaining to Dip Service of Judgment addressed to Judge George B. Daniels from Timothy B. Fleming dated 6/11/2020. Document fil Daniel Maher, John Ryan in case 1:20−cv−00266−GBD−SN. So ordered. (Signed by Judge George B. Daniels on 6/1 Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−SN (rjm) (Entered: 06/11/2020) |
| .2/2020 | 6269 | ***SELECTED PARTIES*** LETTER MOTION for Discovery addressed to Magistrate Judge Sarah Netburn from Pounian dated 6/12/2020. Document filed by FBI, Plaintiffs Executive Committees, Dallah Avco Trans Arabia, King Saudi Arabia.Motion or Order to File Under Seal: 4255 .(Pounian, Steven) (Entered: 06/12/2020) |
| .2/2020 | 6270 | ORDER: In light of the limited redactions and the non−party FBI's higher interests, the FBI's request is GRANTED.. Arabia's request is DENIED. (Signed by Magistrate Judge Sarah Netburn on 6/12/2020) (ras) (Entered: 06/12/2020) |
| .5/2020 | 6271 | LETTER MOTION for Extension of Time to File Response/Reply as to 6265 MOTION for Reconsideration re; 6244 Memorandum & Opinion, . addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated June 15, 20 Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 06/15/2020) |
| .6/2020 | 6272 | ORDER granting 6271 Letter Motion for Extension of Time to File Response/Reply. Saudi Arabia's request for leave response is GRANTED. The Court endorses the parties' proposed filing dates. (HEREBY ORDERED by Magistrate Netburn)(Text Only Order) (JF) (Entered: 06/16/2020) |
| .6/2020 | 6273 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees, the DOJ and the FBI c 16, 2020 re: PECs, with the consent of the DOJ and the FBI request a two−week further extension of the deadline for Reply of their Second Motion to Compel directed to the FBI and Opposition to the FBI's Cross Motion for a Protectiv Document filed by Plaintiffs Executive Committees..(Carter, Sean) (Entered: 06/16/2020) |
| .7/2020 | 6274 | TRANSCRIPT of Proceedings re: CONFERENCE held on 5/22/2020 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Steven Greenblum, (212) 805−0300. Transcript may be viewed at the court public terminal or p through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 7/8/2020. Redacted Transcript Deadline set for 7/20/2020. Release Transcript Restriction set for 9/15/2020..(McGuirk, Kelly) (Entered: 06/17/2020) |
| .7/2020 | 6275 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERI proceeding held on 5/22/2020 has been filed by the court reporter/transcriber in the above−captioned matter. The part seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....( Kelly) (Entered: 06/17/2020) |
| .7/2020 | 6276 | MEMO ENDORSEMENT on re: 6273 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The Cou the parties' request for a two−week extension for Plaintiffs' Reply and proposal to meet−and−confer to discuss a dead FBI's reply. So Ordered. (Replies due by 7/2/2020.) (Signed by Magistrate Judge Sarah Netburn on 6/17/2020) (js) (E 06/17/2020) |
| .7/2020 | 6277 | MOTION for Kanishka Agarwala to Withdraw as Attorney . Document filed by C. O'Neill, Gordon Aamoth, Audrey Roberta Agyeman, Jessica Derubbio, Estate of John P.O'Neill, Sr., Estate of John Patrick O'Neill Sr., Marianella Hem Marinella Hemenway, Alexander Jimenez, Bakahityar Kamardinova, Chang Kim, Maureen Moody−Theinert, Horace O'Neill, J. P. O'Neill, John O'Neill, Cheryl Rivelli, Matthew Rowenhorst, Laurence Schlissel. (Attachments: # 1 Text Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 06/17/2020 |
| .7/2020 | 6278 | DECLARATION of Jerry S. Goldman in Support re: (57 in 1:18−cv−12114−GBD−SN, 726 in 1:04−cv−01923−GBI 1:18−cv−12387−GBD−SN, 67 in 1:18−cv−12276−GBD−SN, 130 in 1:18−cv−05306−GBD−SN, 123 in 1:18−cv−05321−GBD−SN, 75 in 1:18−cv−12277−GBD−SN, 55 in 1:18−cv−11876−GBD−SN, 6277 in 1:03−md−01570−GBD−SN, 65 in 1:18−cv−11875−GBD−SN, 100 in 1:18−cv−05331−GBD−SN, 84 in 1:18−cv−07306−GBD−SN, 119 in 1:18−cv−05339−GBD−SN, 76 in 1:18−cv−11878−GBD−SN, 547 in 1:04−cv−01076−GBD−SN, 115 in 1:18−cv−05320−GBD−SN, 499 in 1:04−cv−01922−GBD−SN, 79 in 1:18−cv−11870−GBD−SN) MOTION for Kanishka Agarwala to Withdraw as Attorney .. Document filed by C. O'N Aamoth, Audrey Ades, Roberta Agyeman, Jessica Derubbio, Estate of John P.O'Neill, Sr., Estate of John Patrick O'N |

| | | |
|---|---|---|
| | | Marinella Hemenway, Alexander Jimenez, Bakahityar Kamardinova, Bakhtiyar Kamardinova, Chang Kim, Maureen Moody−Theinert, Horace Morris, Cheryl Rivelli, Matthew Rowenhorst, Laurence Schlissel. Filed In Associated Case 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 06/17/2020) |
| .7/2020 | 6279 | PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY. Document filed by C. O'Neill, Gordon Aamoth, Aud Roberta Agyeman, Jessica Derubbio, Estate of John P.O'Neill, Sr., Estate of John Patrick O'Neill Sr., Marianella Hen Marinella Hemenway, Alexander Jimenez, Bakahityar Kamardinova, Bakhtiyar Kamardinova, Chang Kim, Maureen Moody−Theinert, Horace Morris, Cheryl Rivelli, Matthew Rowenhorst, Laurence Schlissel..(Goldman, Jerry) (Entere 06/17/2020) |
| .7/2020 | 6280 | MOTION for Vianny Pichardo to Withdraw as Attorney . Document filed by C. O'Neill, Gordon Aamoth, Lloyd Abe Abel, Lloyd Abel, Sr, Audrey Ades, Roberta Agyeman, Margarite Bonomo, Rodney Bush, William Cintron−Lugos, DeConto, Jessica Derubbio, Joseph Deuel, Joseph Deuel, Allison Garger, Samantha Gordenstein, Arthur Harris, Arth Marinella Hemenway, Alexander Jimenez, Bakahityar Kamardinova, Chang Kim, Kristian Kincaid, Stephanie Lang, Mercer, Maureen Moody−Theinert, Horace Morris, Michael Murray, Michael Murray, Ana Ortiz, Berta Perez, Hopet Richards, Cheryl Rivelli, Deborah Rooney, Laurence Schlissel, Barbara Spence, Shannon Spence, Edward Stackpole (Attachments: # 1 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Je (Entered: 06/17/2020) |
| .7/2020 | 6281 | DECLARATION of Jerry S. Goldman in Support re: (24 in 1:18−cv−11950−GBD−SN, 21 in 1:18−cv−11970−GBD− 1:18−cv−11875−GBD−SN, 21 in 1:18−cv−11965−GBD−SN, 87 in 1:18−cv−07306−GBD−SN, 502 in 1:04−cv−01922−GBD−SN, 22 in 1:18−cv−11946−GBD−SN, 78 in 1:18−cv−12277−GBD−SN, 21 in 1:18−cv−12274−GBD−SN, 22 in 1:18−cv−11880−GBD−SN, 21 in 1:18−cv−11971−GBD−SN, 79 in 1:18−cv−11878−GBD−SN, 21 in 1:18−cv−12273−GBD−SN, 25 in 1:18−cv−11885−GBD−SN, 6280 in 1:03−md−01570−GBD−SN, 21 in 1:18−cv−11969−GBD−SN, 21 in 1:18−cv−12272−GBD−SN, 21 in 1:18−cv−12275−GBD−SN, 103 in 1:18−cv−05331−GBD−SN, 21 in 1:18−cv−11967−GBD−SN, 82 in 1:18−cv−11870−GBD−SN, 24 in 1:18−cv−11941−GBD−SN, 24 in 1:18−cv−11964−GBD−SN, 60 in 1:18−cv−12114−GBD−SN, 58 in 1:18−cv−11876−GBD−SN, 118 in 1:18−cv−05320−GBD−SN, 126 in 1:18−cv−05321−GBD−SN, 729 in 1:04−cv−01923−GBD−SN, 21 in 1:18−cv−11966−GBD−SN, 21 in 1:18−cv−11904−GBD−SN, 133 in 1:18−cv−05306−GBD−SN, 23 in 1:18−cv−12270−GBD−SN, 24 in 1:18−cv−11888−GBD−SN, 550 in 1:04−cv−01076−GBD−SN, 70 in 1:18−cv−12276−GBD−SN, 122 in 1:18−cv−05339−GBD−SN) MOTION for Vianny Pichardo to Withdraw as Attorney .. Document filed by C. O'Neill Aamoth, Lloyd Abel, Lloyd Abel, Lloyd Abel, Sr, Audrey Ades, Roberta Agyeman, Margarite Bonomo, Rodney Bus Cintron−Lugos, David DeConto, Jessica Derubbio, Richard Deuel, Estate of of John P. O'Neill, Sr., Allison Garger, I Gordenstein, Samantha Gordenstein, Arthur Harris, Arthur Harris, Marinella Hemenway, Alexander Jimenez, Bakahi Kamardinova, Chang Kim, Karyl Kincaid−Noel, Queen Mercer, Maureen Moody−Theinert, Horace Morris, Michael Michael Murray, Ana Ortiz, Mario Perez, Hopeton Richards, Cheryl Rivelli, Deborah Rooney, Matthew Rowenhorst Stackpole, Jack Zelmanowitz. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entere 06/17/2020) |
| .7/2020 | 6282 | PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY. Document filed by C. O'Neill, Gordon Aamoth, Lloy Lloyd Abel, Lloyd Abel, Sr, Audrey Ades, Roberta Agyeman, Margarite Bonomo, Rodney Bush, William Cintron−L Raymond DeConto, Jessica Derubbio, Joseph Deuel, Richard Deuel, Allison Garger, David Gordenstein, Arthur Harr Harris, Marinella Hemenway, Alexander Jimenez, Bakahityar Kamardinova, Chang Kim, Kristian Kincaid, Stephanie Queen Mercer, Maureen Moody−Theinert, Horace Morris, Michael Murray, Michael Murray, Ana Ortiz, Berta Perez Richards, Cheryl Rivelli, Deborah Rooney, Matthew Rowenhorst, Laurence Schlissel, Shannon Spence, Edward Stac Zelmanowitz..(Goldman, Jerry) (Entered: 06/17/2020) |
| .8/2020 | 6283 | **FILING ERROR − DEFICIENT DOCKET ENTRY (SEE DOCUMENT #6285) −** LETTER addressed to Magis Sarah Netburn from Robert T. Haefele and Sean P. Carter dated June 18, 2020 re: Proposal for consolidated and coor proceedings as to the Republic of Sudan. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exh Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9).(Haefe Modified on 6/19/2020 (ldi). (Entered: 06/18/2020) |
| .8/2020 | 6284 | JUDGMENT: ORDERED that partial final default judgment is entered on behalf of those Plaintiffs in Dillaber, et al. Republic of Iran, et al., 18 Civ. 3162 (GBD) (SN), identified in the attached Exhibit A; and it is ORDERED that the I Plaintiffs identified in the attached Exhibit A are awarded solatium damages as set forth in Exhibit A; and it is ORDE prejudgment interest is awarded to be calculated at a rate of 4.96% per annum, all interest compounded annually over period; and as further set forth in this judgment. (Signed by Judge George B. Daniels on 6/18/2020) (jwh) (Entered: 0 |
| .8/2020 | 6285 | LETTER addressed to Judge George B. Daniels from Robert T. Haefele and Sean P. Carter dated June 18, 2020 re: P consolidated and coordinated proceedings as to the Republic of Sudan. Document filed by Plaintiffs Executive Comn (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 # 9 Exhibit 9).(Haefele, Robert) (Entered: 06/18/2020) |

| | | |
|---|---|---|
| .8/2020 | 6286 | LETTER addressed to Judge George B. Daniels from James P Kreindler dated 06/18/2020 re: Proposal for consolidat proceedings against Sudan. Document filed by Plaintiffs Executive Committees..(Kreindler, James) (Entered: 06/18/2 |
| .8/2020 | 6507 | ORDER in case 1:03−cv−09848−GBD−SN; granting (6280) Motion to Withdraw as Attorney. Attorney Vianny Mar terminated in case 1:03−md−01570−GBD−SN; granting (502) Motion to Withdraw as Attorney. Attorney Vianny Ma Pichardo terminated in case 1:04−cv−01922−GBD−SN; granting (729) Motion to Withdraw as Attorney. Attorney V Maria Pichardo terminated in case 1:04−cv−01923−GBD−SN; granting (133) Motion to Withdraw as Attorney. Attor Vianny Maria Pichardo terminated in case 1:18−cv−05306−GBD−SN; granting (118) Motion to Withdraw as Attorn Attorney Vianny Maria Pichardo terminated in case 1:18−cv−05320−GBD−SN; granting (126) Motion to Withdraw Attorney. Attorney Vianny Maria Pichardo terminated in case 1:18−cv−05321−GBD−SN; granting (103) Motion to W as Attorney. Attorney Vianny Maria Pichardo terminated in case 1:18−cv−05331−GBD−SN; granting (122) Motion t Withdraw as Attorney. Attorney Vianny Maria Pichardo terminated in case 1:18−cv−05339−GBD−SN; granting (87) Withdraw as Attorney. Attorney Vianny Maria Pichardo terminated in case 1:18−cv−07306−GBD−SN; granting (75) Withdraw as Attorney. Attorney Vianny Maria Pichardo terminated in case 1:18−cv−11837−GBD−SN; granting (82) Withdraw as Attorney. Attorney Vianny Maria Pichardo terminated in case 1:18−cv−11870−GBD−SN; granting (68) Withdraw as Attorney. Attorney Vianny Maria Pichardo terminated in case 1:18−cv−11875−GBD−SN; granting (58) Withdraw as Attorney. Attorney Vianny Maria Pichardo terminated in case 1:18−cv−11876−GBD−SN; granting (79) Withdraw as Attorney. Attorney Vianny Maria Pichardo terminated in case 1:18−cv−11878−GBD−SN; granting (22) Withdraw as Attorney. Attorney Vianny Maria Pichardo terminated in case 1:18−cv−11880−GBD−SN; granting (25) Withdraw as Attorney. Attorney Vianny Maria Pichardo terminated in case 1:18−cv−11885−GBD−SN; granting (24) Withdraw as Attorney. Attorney Vianny Maria Pichardo terminated in case 1:18−cv−11888−GBD−SN; granting (21) Withdraw as Attorney. Attorney Vianny Maria Pichardo terminated in case 1:18−cv−11904−GBD−SN; granting (24) Withdraw as Attorney. Attorney Vianny Maria Pichardo terminated in case 1:18−cv−11926−GBD−SN; granting (24) Withdraw as Attorney. Attorney Vianny Maria Pichardo terminated in case 1:18−cv−11941−GBD−SN; granting (22) Withdraw as Attorney. Attorney Vianny Maria Pichardo terminated in case 1:18−cv−11946−GBD−SN; granting (24) Withdraw as Attorney. Attorney Vianny Maria Pichardo terminated in case 1:18−cv−11950−GBD−SN; granting (24) Withdraw as Attorney. Attorney Vianny Maria Pichardo terminated in case 1:18−cv−11964−GBD−SN; granting (21) Withdraw as Attorney. Attorney Vianny Maria Pichardo terminated in case 1:18−cv−11965−GBD−SN; granting (21) Withdraw as Attorney. Attorney Vianny Maria Pichardo terminated in case 1:18−cv−11966−GBD−SN; granting (21) Withdraw as Attorney. Attorney Vianny Maria Pichardo terminated in case 1:18−cv−11967−GBD−SN; granting (21) Withdraw as Attorney. Attorney Vianny Maria Pichardo terminated in case 1:18−cv−11969−GBD−SN; granting (21) Withdraw as Attorney. Attorney Vianny Maria Pichardo terminated in case 1:18−cv−11970−GBD−SN; granting (21) Withdraw as Attorney. Attorney Vianny Maria Pichardo terminated in case 1:18−cv−11971−GBD−SN; granting (60) Withdraw as Attorney. Attorney Vianny Maria Pichardo terminated in case 1:18−cv−12114−GBD−SN; granting (23) Withdraw as Attorney. Attorney Vianny Maria Pichardo terminated in case 1:18−cv−12270−GBD−SN; granting (21) Withdraw as Attorney. Attorney Vianny Maria Pichardo terminated in case 1:18−cv−12272−GBD−SN; granting (21) Withdraw as Attorney. Attorney Vianny Maria Pichardo terminated in case 1:18−cv−12273−GBD−SN; granting (21) Withdraw as Attorney. Attorney Vianny Maria Pichardo terminated in case 1:18−cv−12274−GBD−SN; granting (21) Withdraw as Attorney. Attorney Vianny Maria Pichardo terminated in case 1:18−cv−12275−GBD−SN; granting (70) Withdraw as Attorney. Attorney Vianny Maria Pichardo terminated in case 1:18−cv−12276−GBD−SN; granting (78) Withdraw as Attorney. Attorney Vianny Maria Pichardo terminated in case 1:18−cv−12277−GBD−SN. (HEREBY C by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, et al. Modified on 10/20/2020 (ras). (Entered: 10/20/2020) |
| .8/2020 | 6508 | ORDER in case 1:03−cv−09848−GBD−SN; granting (6277) Motion to Withdraw as Attorney, in case 1:03−md−01570−GBD−SN; granting (499) Motion to Withdraw as Attorney, in case 1:04−cv−01922−GBD−SN; gra Motion to Withdraw as Attorney, in case 1:04−cv−01923−GBD−SN; granting (130) Motion to Withdraw as Attorney 1:18−cv−05306−GBD−SN; granting (115) Motion to Withdraw as Attorney, in case 1:18−cv−05320−GBD−SN; gran Motion to Withdraw as Attorney, in case 1:18−cv−05321−GBD−SN; granting (100) Motion to Withdraw as Attorney 1:18−cv−05331−GBD−SN; granting (119) Motion to Withdraw as Attorney, in case 1:18−cv−05339−GBD−SN; gran Motion to Withdraw as Attorney, in case 1:18−cv−07306−GBD−SN; granting (79) Motion to Withdraw as Attorney, 1:18−cv−11870−GBD−SN; granting (65) Motion to Withdraw as Attorney, in case 1:18−cv−11875−GBD−SN; grant Motion to Withdraw as Attorney, in case 1:18−cv−11876−GBD−SN; granting (76) Motion to Withdraw as Attorney, 1:18−cv−11878−GBD−SN; granting (21) Motion to Withdraw as Attorney, in case 1:18−cv−11880−GBD−SN; grant Motion to Withdraw as Attorney, in case 1:18−cv−12114−GBD−SN; granting (67) Motion to Withdraw as Attorney, 1:18−cv−12276−GBD−SN; granting (75) Motion to Withdraw as Attorney, in case 1:18−cv−12277−GBD−SN; grant Motion to Withdraw as Attorney, in case 1:18−cv−12387−GBD−SN. (HEREBY ORDERED by Magistrate Judge Sa Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, et al. (Attorney Kanishka Agarw terminated.) (ras) (Entered: 10/20/2020) |
| 21/2020 | 6288 | LETTER addressed to Judge George B. Daniels from Nicole Erb dated June 21, 2020 re: Plaintiffs Executive Commi proposed "consolidated and coordinated proceeding". Document filed by Republic of the Sudan. (Attachments: # 1 E Ltr. dated 6/18/2020 from Pltfs. Exec. Comm. to W&C).(Erb, Nicole) (Entered: 06/21/2020) |
| 22/2020 | 6289 | CLERK CERTIFICATE OF MAILING of one copy of the Notice of Suit, Summons, Complaint ECF notification, Co Complaint Appendix, Civil Cover Sheet ECF notification, Civil Cover Sheet, Related Case Statement ECF notificatio |

| | | |
|---|---|---|
| | | Related Case Statement (along with attached affidavit of translator and Farsi translations mailed to Islamic Republic Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini Street, Imam Khom Tehran, Islamic Republic of Iran on 6/22/2020 by Registered Mail tracking # RB596281405US, to the head of the mi foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3). Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−08297−GBD−SN.(smc) (Entered: 06/22/20 |
| 23/2020 | 6290 | ***SELECTED PARTIES*** OPINION & ORDER re: 6165 LETTER MOTION to Compel Saudi Arabia to compl Court's January 3, 2020 Opinion and Order. The Court GRANTS Saudi Arabia's January 22, 2020 request to limit its and GRANTS in part and DENIES in part Plaintiffs' motion to compel. Saudi Arabia shall perform the required searc produce responsive documents within 45 days of this Order. (Signed by Magistrate Judge Sarah Netburn on 6/23/202 (Entered: 06/23/2020) |
| 23/2020 | 6291 | LETTER addressed to Judge George B. Daniels from Plaintiffs' Executive Committees dated June 23, 2020 re: the R Sudan's June 21,2020 Letter (ECF No. 6288). Document filed by Plaintiffs Executive Committees..(Haefele, Robert) 06/23/2020) |
| 23/2020 | 6585 | OPINION & ORDER: The Court GRANTS Saudi Arabia's January 22, 2020 request to limit its searches and GRAN and DENIES in part Plaintiffs' motion to compel. Saudi Arabia shall perform the required searches and produce respo documents within 45 days of this Order. (Signed by Magistrate Judge Sarah Netburn on 6/23/2020) (ras) (Entered: 01 |
| 25/2020 | 6292 | LETTER addressed to Magistrate Judge Sarah Netburn from Sarah S. Normand dated 6/25/2020 re: Release of Infor 2012 FBI Report. Document filed by FBI. (Attachments: # 1 Exhibit Redacted 2012 FBI Report).(Vargas, Jeannette) 06/25/2020) |
| 26/2020 | 6293 | LETTER addressed to Magistrate Judge Sarah Netburn from Steven R. Pounian dated 6/26/2020 re: submission of a proposed order in connection with ECF No. 6269. Document filed by Plaintiffs Executive Committees..(Pounian, Ste (Entered: 06/26/2020) |
| 26/2020 | 6294 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele, Sean P. Carter and Andrew J. Malon June 26, 2020 re: Request for extension of the deadline for the Plaintiffs Reply in Support of their 2nd Motion to Co Directed to the FBI and Opposition to the FBIs Cross−Motion for a Protective Order. Document filed by Plaintiffs E Committees..(Haefele, Robert) (Entered: 06/26/2020) |
| 29/2020 | 6295 | ORDER granting 6269 Letter Motion for Discovery. IT IS HEREBY ORDERED that this Court certifies, pursuant to 1202(f)(1), that the information contained in the records subpoenaed by the Plaintiffs and in the possession of the FB by the Court in the interest of the ends of justice in a case pending before the Court. (Signed by Magistrate Judge Sar on 6/29/2020) (ras) (Entered: 06/29/2020) |
| 29/2020 | 6296 | MEMO ENDORSEMENT on re: 6294 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: Plaintiff for a one week extension to file their reply is Granted. So Ordered. (Replies due by 7/9/2020.) (Signed by Magistrate Sarah Netburn on 6/29/2020) (js) (Entered: 06/29/2020) |
| 29/2020 | 6297 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated June 29, 2020 re: Sealed filin response to Plaintiffs June 10, 2020 motion for reconsideration and Rule 72(a) objections. Document filed by Kingd Arabia..(Kellogg, Michael) (Entered: 06/29/2020) |
| 29/2020 | 6298 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 6265 MOTION for Reconsideration re; 6244 Memorandum & Opinion, . . Document filed by FBI, Plaintiffs Executive Committees, Dallah Avco Trans Arabia, K Saudi Arabia. Motion or Order to File Under Seal: 4696 .(Kellogg, Michael) (Entered: 06/29/2020) |
| 06/2020 | 6299 | CLERK CERTIFICATE OF MAILING of one copy of the Cover Letter, Second Amended Complaint, filed May 6, Notice of Suit dated May 6, 2019, Amended Summons dated June 5, 2020 (along with attached affidavit of translator translations of the above documents) mailed to Hezobollah at Valiasr Avenue Shahid Rahimi Alley No. 75 Tehran, I 7/6/2020 by Registered Mail tracking # RH002283503US, to the head of the agency or instrumentality of the foreign pursuant to the provisions of Foreign ServicesImmunities Act, 28 U.S.C. § 1608(b)(3)(B). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN(smc) (Entered: 07/06/2020) |
| 07/2020 | 6300 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele, Sean P. Carter and Andrew J. Malon July 7, 2020 re: Requests related to upcoming briefing on several pending motions. Document filed by Plaintiffs Exe Committees..(Haefele, Robert) (Entered: 07/07/2020) |
| 07/2020 | 6301 | ***SELECTED PARTIES***Objection re: 6290 Memorandum & Opinion,, . Document filed by FBI, Kingdom of S Arabia, Plaintiffs Executive Committees, Dallah Avco Trans Arabia. Motion or Order to File Under Seal: 4255 .(Pou Steven) (Entered: 07/07/2020) |
| 07/2020 | 6302 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated July 7, 2020 re: Sealed filing for partial reconsideration of the Court's June 23, 2020 Order. Document filed by Kingdom of Saudi Arabia..(Kellog (Entered: 07/07/2020) |

| | | |
|---|---|---|
| )7/2020 | 6303 | MOTION for Reconsideration re; 6290 Memorandum & Opinion,, *Redacted*. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 07/07/2020) |
| )7/2020 | 6304 | ***SELECTED PARTIES*** MOTION for Reconsideration re; 6290 Memorandum & Opinion,, . Document filed b Executive Committees, FBI, Dallah Avco Trans Arabia, Kingdom of Saudi Arabia.Motion or Order to File Under Se .(Kellogg, Michael) (Entered: 07/07/2020) |
| )7/2020 | 6305 | DECLARATION of Gregory G. Rapawy in Support re: 6304 MOTION for Reconsideration re; 6290 Memorandum ., 6303 MOTION for Reconsideration re; 6290 Memorandum & Opinion,, *Redacted*.. Document filed by Kingdom o Arabia. (Attachments: # 1 Exhibit 1).(Kellogg, Michael) (Entered: 07/07/2020) |
| )8/2020 | 6306 | MEMO ENDORSEMENT on re: 6300 Letter, filed by Plaintiffs Executive Committees. Plaintiffs' requests for exten time and request for an extension of the page limit are granted. (Signed by Magistrate Judge Sarah Netburn on 07/08/ (Entered: 07/08/2020) |
| )9/2020 | 6307 | LETTER MOTION for Extension of Time to Complete Discovery addressed to Magistrate Judge Sarah Netburn fron K. Kellogg dated July 9, 2020. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 07/09/202 |
| )9/2020 | 6308 | LETTER MOTION for Extension of Time to File addressed to Magistrate Judge Sarah Netburn from Michael K. Kel July 9, 2020. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 07/09/2020) |
| .0/2020 | 6309 | LETTER MOTION to Compel Plaintiffs to respond to WAMY's 1st and 2nd Interrogatories in full , addressed to Ma Judge Sarah Netburn from Omar T. Mohammedi dated July 10, 2020. Document filed by World Assembly of Muslin (Attachments: # 1 Exhibit 1 − WAMYs 1st and 2nd Set of Interrogatories, # 2 Exhibit 2 − Plaintiffs amended respons and 2nd Set Interrogatories, # 3 Exhibit 3 − WAMYs 12−23−19 correspondence, # 4 Exhibit 4 − PECs 2−4−20 corre # 5 Exhibit 5 − WAMYs 5−15−20 correspondence, # 6 Exhibit 6 − WAMYs 6−9−20 correspondence, # 7 Exhibit 7 6−19−20 correspondence).(Mohammedi, Omar) (Entered: 07/10/2020) |
| .0/2020 | 6310 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 6136 MOTION for Protective Order . *Further Support of Plaintiffs' Motions to Compel Directed to the FBI*. Document filed by Dallah Avco Trans Arabia, of Saudi Arabia, Plaintiffs Executive Committees, FBI. Motion or Order to File Under Seal: 4255 .(Pounian, Steven) 07/10/2020) |
| .0/2020 | 6311 | ***SELECTED PARTIES***DECLARATION of Steven R. Pounian in Opposition re: 6136 MOTION for Protectiv Document filed by Plaintiffs Executive Committees, FBI, Dallah Avco Trans Arabia, Kingdom of Saudi Arabia. (Att 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 E 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16)M Order to File Under Seal: 4255 .(Pounian, Steven) (Entered: 07/10/2020) |
| .0/2020 | 6312 | ***SELECTED PARTIES***DECLARATION of J. Scott Tarbutton in Opposition re: 6136 MOTION for Protective Document filed by Dallah Avco Trans Arabia, Plaintiffs Executive Committees, Kingdom of Saudi Arabia, FBI. (Att 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # # 10 Exhibit J)Motion or Order to File Under Seal: 4255 .(Pounian, Steven) (Entered: 07/10/2020) |
| .0/2020 | 6313 | ***SELECTED PARTIES***DECLARATION of Sean P. Carter in Opposition re: 6136 MOTION for Protective O Document filed by Kingdom of Saudi Arabia, Dallah Avco Trans Arabia, Plaintiffs Executive Committees, FBI. (Att 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 E 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20)Motion or Order to File Under Seal: 4255 .(Pounian, Steven) (E 07/10/2020) |
| .0/2020 | 6314 | ***SELECTED PARTIES***DECLARATION of Catherine M. Hunt in Opposition re: 6136 MOTION for Protectiv Document filed by Dallah Avco Trans Arabia, Plaintiffs Executive Committees, Kingdom of Saudi Arabia, FBI. (Att 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 E 10 Exhibit 10, # 11 Exhibit 11)Motion or Order to File Under Seal: 4255 .(Pounian, Steven) (Entered: 07/10/2020) |
| .0/2020 | 6315 | ***SELECTED PARTIES***DECLARATION of Bassem Youssef in Opposition re: 6136 MOTION for Protective Document filed by Plaintiffs Executive Committees, Kingdom of Saudi Arabia, FBI, Dallah Avco Trans Arabia. Mot Order to File Under Seal: 4255 .(Pounian, Steven) (Entered: 07/10/2020) |
| .3/2020 | 6316 | ORDER granting 6308 Letter Motion for Extension of Time to File. The Court approves the proposed filing dates an Saudi Arabia's request for leave to file its opposition. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (T Order) (ras) (Entered: 07/13/2020) |
| .3/2020 | 6317 | ORDER granting 6307 Motion for Extension of Time to Complete Discovery. The Court grants Saudi Arabia's reque 45−day extension for discovery. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) (ras) 07/13/2020) |

| | | |
|---|---|---|
| .5/2020 | 6318 | ***SELECTED PARTIES*** REPLY to Response to Motion re: 6265 MOTION for Reconsideration re; 6244 Mem Opinion, . . Document filed by Dallah Avco Trans Arabia, Kingdom of Saudi Arabia, FBI, Plaintiffs Executive Comr Motion or Order to File Under Seal: 4255 .(Pounian, Steven) (Entered: 07/15/2020) |
| .5/2020 | 6319 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated July 15, 2020 re: letter motion filed on July 10, 2020 by WAMY (ECF#6309). Document filed by Plaintiffs Executive Committees. (A # 1 Exhibit A_Report of Kohlmann, # 2 Exhibit B_Report of Winer, # 3 Exhibit C_Report of Levitt).(Carter, Sean) (I 07/15/2020) |
| .7/2020 | 6320 | LETTER addressed to Magistrate Judge Sarah Netburn from Jeannette A. Vargas dated 7/17/2020 re: Due Date for F Brief in Further Support of its Motion for a Protective Order. Document filed by FBI..(Vargas, Jeannette) (Entered: 0 |
| 20/2020 | 6321 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Sarah Netburn from Omar T. Mohammedi, I July 20, 2020 re: 6309 LETTER MOTION to Compel Plaintiffs to respond to WAMY's 1st and 2nd Interrogatories ir addressed to Magistrate Judge Sarah Netburn from Omar T. Mohammedi dated July 10, 2020. . Document filed by W Assembly of Muslim Youth..(Mohammedi, Omar) (Entered: 07/20/2020) |
| 20/2020 | 6322 | ***SELECTED PARTIES*** OPINION & ORDER: The Court DENIES Plaintiffs' motion to conduct an oral depos Akram Alzamari. Plaintiffs' motion for oral argument is DENIED as moot. The Clerk of Court is respectfully directe terminate the gavel at ECF No. 6250. (Signed by Magistrate Judge Sarah Netburn on 7/20/2020) (ras) (Entered: 07/2 |
| 20/2020 | 6323 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated July 20, 2020 re: Follow−up Conference. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 07/20/2020) |
| 20/2020 | 6324 | LETTER addressed to Magistrate Judge Sarah Netburn from Waleed Nassar dated July 20, 2020 re: Update on Status Abdullah Naseef's Medical Condition. Document filed by Abdullah Naseef..(Nassar, Waleed) (Entered: 07/20/2020) |
| 20/2020 | 6511 | OPINION & ORDER: The Court DENIES Plaintiffs' motion to conduct an oral deposition of Akram Alzamari. Plain motion for oral argument is DENIED as moot. The Clerk of Court is respectfully directed to terminate the gavel at E( 6250. (Signed by Magistrate Judge Sarah Netburn on 7/20/2020) (ras) (Entered: 10/24/2020) |
| 21/2020 | 6325 | MEMO ENDORSEMENT on re: 6320 Letter filed by FBI. ENDORSEMENT: The Court endorses the proposed Sep 2020 deadline for the FBI to file its reply submission. SO ORDERED. (Replies due by 9/4/2020.) (Signed by Magistı Sarah Netburn on 7/21/2020) (mml) (Entered: 07/21/2020) |
| 23/2020 | 6326 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Steven R. Pounian, Robe Haefele and Sean P. Carter on behalf of Plaintiffs Executive Committees dated July 23, 2020 re: in response to the K Saudi Arabia's July 20, 2020 letter (ECF 6323). Document filed by Plaintiffs Executive Committees.Motion or Order Under Seal: 4255 .(Carter, Sean) (Entered: 07/23/2020) |
| 24/2020 | 6327 | ORDER with respect to 5127 Motion to Compel. The Court has reviewed the classified declaration of Michael C. Mc filed on September 12, 2019, ECF No. 5143, in connection with the Federal Bureau of Investigation's (FBI) second memorandum of law in opposition to Plaintiffs' initial motion to compel the FBI to produce documents, ECF No. 512 the Court in its efforts to assess the validity of the claimed privileges concerning the 2012 FBI Summary Report, the orders the FBI to produce an unredacted copy of the full paragraph at the fourth bullet point on the second page of the FBI000362, discussed at paragraphs 43 and 72 of the classified McGarrity Declaration, for in camera review. (Signed Magistrate Judge Sarah Netburn on 7/24/2020) (nb) Modified on 7/24/2020 (ras). (Entered: 07/24/2020) |
| 24/2020 | 6328 | ORDER: A telephone conference is set for Wednesday, August 5, 2020, at 3:00 p.m. to discuss the Plaintiffs' Executi Committees' proposal for consolidated and coordinated proceedings as to the Republic of Sudan. At that time, the par call (877) 402−9757 and enter access code 7938632. The Court has reviewed the parties's submissions at ECF Nos. 6 6288, and 6291. At this Conference, the Court will hear argument and rule on the submission and service of a consoli amended complaint (CAC) and whether service of a CAC would vacate the prior default judgments. (Telephone Con for 8/5/2020 at 03:00 PM before Magistrate Judge Sarah Netburn.) (HEREBY ORDERED by Magistrate Judge Saral (Text Only Order) (ras) (Entered: 07/24/2020) |
| 24/2020 | 6329 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 6304 MOTION for Reconsideration re Memorandum & Opinion,, . . Document filed by Plaintiffs Executive Committees, FBI, Kingdom of Saudi Arabia, D Trans Arabia. Motion or Order to File Under Seal: 4255 .(Pounian, Steven) (Entered: 07/24/2020) |
| 24/2020 | 6330 | ***SELECTED PARTIES***DECLARATION of Steven R. Pounian in Opposition re: 6304 MOTION for Reconsic 6290 Memorandum & Opinion,, .. Document filed by Plaintiffs Executive Committees, FBI, Kingdom of Saudi Arab Avco Trans Arabia. (Attachments: # 1 Exhibit 1)Motion or Order to File Under Seal: 4255 .(Pounian, Steven) (Entere 07/24/2020) |
| 24/2020 | 6331 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated July 24, 2020 re: Sealed filin opposition to Plaintiffs' Rule 72 objections. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entere 07/24/2020) |

| | | |
|---|---|---|
| ?4/2020 | 6332 | ***SELECTED PARTIES*** OPPOSITION BRIEF re: 6301 Objection (non−motion) . Document filed by Dallah A Arabia, FBI, Plaintiffs Executive Committees, Kingdom of Saudi Arabia.Motion or Order to File Under Seal: 4255 .( Michael) (Entered: 07/24/2020) |
| ?7/2020 | 6333 | CLERK CERTIFICATE OF MAILING of two copies of 1)the Notice of Default Judgment (in English and Farsi); 2)( Partial Judgment for damages, dated 2/13/2020; ECF no. 5932 (in English and Farsi); 3)A copy of 28 U.S.C. 1330, 1: 1441(d), and 1602−1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign Ir Act (28 U.S.C. 1602, et. seq.) (in English only); and 4)Translators Affidavit (in English only) mailed to Islamic Revo Guard Corps H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini S Khomeini Square Tehran, Islamic Republic of Iran, on 7/23/2020 by Federal Express tracking # 7700 6084 1698, to t Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of For Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(smc) (Entered: 07/27/2020) |
| ?7/2020 | 6334 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment (in English and Farsi); 2)Or Partial Judgment for damages, dated 2/13/2020; ECF no. 5932 (in English and Farsi); 3)A copy of 28 U.S.C. 1330, 1: 1441(d), and 1602−1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign Ir Act (28 U.S.C. 1602, et. seq.) (in English only); and 4)Translators Affidavit (in English only) mailed to Islamic Repu H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini Street, Imam K Square Tehran, Islamic Republic of Iran, on 7/23/2020 by Federal Express tracking # 7700 6083 4733, to the Secreta Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Depart State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services I Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(sm 07/27/2020) |
| ?7/2020 | 6335 | CLERK CERTIFICATE OF MAILING of two copies of the 1)Notice of Default Judgment (in English and Farsi); 2)( Partial Judgment for damages, dated 2/18/2020; ECF no. 5960 (in English and Farsi); 3)A copy of 28 U.S.C. 1330, 1: 1441(d), and 1602−1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign Ir Act (28 U.S.C. 1602, et. seq.) (in English only); and 4)Translators Affidavit (in English only) mailed to Islamic Revo Guard Corps H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini S Khomeini Square Tehran, Islamic Republic of Iran on 7/23/2020 by Federal Express tracking # 7700 6084 9405, to th of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of For Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(smc) (Entered: 07/27/2020) |
| ?7/2020 | 6336 | CLERK CERTIFICATE OF MAILING of two copies of the 1)Notice of Default Judgment (in English and Farsi); 2)( Partial Judgment for damages, dated 2/18/2020; ECF no. 5968 (in English and Farsi); 3)A copy of 28 U.S.C. 1330, 1: 1441(d), and 1602−1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign Ir Act (28 U.S.C. 1602, et. seq.) (in English only); and 4)Translators Affidavit (in English only) mailed to Islamic Revo Guard Corps H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini S Khomeini Square Tehran, Islamic Republic of Iran on 7/23/2020 by Federal Express tracking # 7700 6082 5810, to th of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of For Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(smc) (Entered: 07/27/2020) |
| ?7/2020 | 6337 | CLERK CERTIFICATE OF MAILING of two copies of the 1)Notice of Default Judgment (in English and Farsi); 2)( Partial Judgment for damages, dated 2/18/2020; ECF no. 5960 (in English and Farsi); 3)A copy of 28 U.S.C. 1330, 1: 1441(d), and 1602−1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign Ir Act (28 U.S.C. 1602, et. seq.) (in English only); and 4)Translators Affidavit (in English only) mailed to Islamic Repu H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini Street, Imam K Square Tehran, Islamic Republic of Iran, on 7/23/2020 by Federal Express tracking # 7700 6086 4092, to the Secreta Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Depart State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services I Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(smc 07/27/2020) |
| ?7/2020 | 6338 | CLERK CERTIFICATE OF MAILING of two copies of the 1)Notice of Default Judgment (in English and Farsi); 2)( Partial Judgment for damages, dated 2/11/2020; ECF no. 5909 (in English and Farsi); 3)A copy of 28 U.S.C. 1330, 1: 1441(d), and 1602−1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign Ir Act (28 U.S.C. 1602, et. seq.) (in English only); and 4)Translators Affidavit (in English only) mailed to Islamic Revo Guard Corps H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini S Khomeini Square Tehran, Islamic Republic of Iran on 7/23/2020 by Federal Express tracking # 7700 5320 2637, to th of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S |

| | | |
|---|---|---|
| | | Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of For Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(smc) (Entered: 07/27/2020) |
| 27/2020 | 6339 | CLERK CERTIFICATE OF MAILING of two copies of the 1)Notice of Default Judgment (in English and Farsi); 2) Partial Judgment for damages, dated 2/11/2020; ECF no. 5909 (in English and Farsi); 3)A copy of 28 U.S.C. 1330, 1 1441(d), and 1602−1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign I Act (28 U.S.C. 1602, et. seq.) (in English only); and 4)Translators Affidavit (in English only) mailed to Islamic Repu H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini Street, Imam K Square Tehran, Islamic Republic of Iran on 7/23/2020 by Federal Express tracking # 7700 5323 4437, to the Secretar Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Depart State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services I Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(smc 07/27/2020) |
| 27/2020 | 6340 | CLERK CERTIFICATE OF MAILING of two copies of the 1)Notice of Default Judgment (in English and Farsi); 2) Partial Judgment for damages, dated 2/7/2020; ECF no. 5879 (in English and Farsi); 3)A copy of 28 U.S.C. 1330, 13 1441(d), and 1602−1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign I Act (28 U.S.C. 1602, et. seq.) (in English only); and 4)Translators Affidavit (in English only) mailed to Islamic Revo Guard Corps H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini S Khomeini Square Tehran, Islamic Republic of Iran on 7/23/2020 by Federal Express tracking # 7700 5329 4947, to t of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of For Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(smc) (Entered: 07/27/2020) |
| 27/2020 | 6341 | CLERK CERTIFICATE OF MAILING of two copies of the 1)Notice of Default Judgment (in English and Farsi); 2) Partial Judgment for damages, dated 2/7/2020; ECF no. 5888 (in English and Farsi); 3)A copy of 28 U.S.C. 1330, 13 1441(d), and 1602−1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign I Act (28 U.S.C. 1602, et. seq.) (in English only); and 4)Translators Affidavit (in English only) mailed to Islamic Repu H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini Street, Imam K Square Tehran, Islamic Republic of Iran on 7/23/2020 by Federal Express tracking # 7700 5327 8995, to the Secretar Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Depart State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services I Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(smc 07/27/2020) |
| 27/2020 | 6342 | CLERK CERTIFICATE OF MAILING of two copies of the 1)Notice of Default Judgment (in English and Farsi); 2) Partial Judgment for damages, dated 2/7/2020; ECF no. 5888 (in English and Farsi); 3)A copy of 28 U.S.C. 1330, 13 1441(d), and 1602−1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign I Act (28 U.S.C. 1602, et. seq.) (in English only); and 4)Translators Affidavit (in English only) mailed to Islamic Revo Guard Corps H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini S Khomeini Square Tehran, Islamic Republic of Iran on 7/23/2020 by Federal Express tracking # 7700 5325 0433, to t of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of For Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(smc) (Entered: 07/27/2020) |
| 27/2020 | 6343 | LETTER addressed to Magistrate Judge Sarah Netburn from Jeannette A. Vargas dated 07/27/2020 re: the Court's Or July 24, 2020 Regarding In Camera Submission of Portion of 2012 FBI Report. Document filed by FBI..(Vargas, Jea (Entered: 07/27/2020) |
| 28/2020 | 6344 | LETTER addressed to Magistrate Judge Sarah Netburn from Peter C. Salerno dated July 28, 2020 re: Certain allegati Document filed by Yassin Al Kadi, Yassin Al−Kadi, Yasin Al−Qadi, Yasin Kadi, Yassin Kadi, Yasin Kadi..(Salerno (Entered: 07/28/2020) |
| 29/2020 | 6345 | ORDER granting in part and denying in part 6309 Letter Motion to Compel. The Court has reviewed the parties' subr and finds that the PECs' amended witness disclosures do not satisfy Judge Maas's requirement that the PECs identify "particular areas" about which each individual has knowledge. Apr. 12, 2011 Hr'g Tr., at 16. Accordingly, the PECs r supplemental responses to WAMY's interrogatories that provide fact−based information regarding the 131 witnesses' of WAMY's alleged material support to al−Qaeda or for the September 11 Attacks. Such supplemental information n comprehensive but must be sufficient to provide notice to WAMY of the evidence against it and the anticipated witne testimony at trial. The PECs' supplemental disclosure shall be filed in 30 days. The Court denies WAMY's request th amend their responses to bear the signatures of the thousands of plaintiffs in this litigation. (HEREBY ORDERED by Judge Sarah Netburn)(Text Only Order) (jf) (Entered: 07/29/2020) |

| | | |
|---|---|---|
| 31/2020 | 6346 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated July 31, 2020 re: Sealed reply of Saudi Arabia's motion for partial reconsideration. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michae 07/31/2020) |
| 31/2020 | 6347 | ***SELECTED PARTIES*** REPLY MEMORANDUM OF LAW in Support re: 6304 MOTION for Reconsiderati Memorandum & Opinion,, . . Document filed by Plaintiffs Executive Committees, FBI, Dallah Avco Trans Arabia, K Saudi Arabia. Motion or Order to File Under Seal: 4696 .(Kellogg, Michael) (Entered: 07/31/2020) |
| 31/2020 | 6348 | ***SELECTED PARTIES*** REPLY re: 6301 Objection (non−motion) . Document filed by Plaintiffs Executive Co FBI, Dallah Avco Trans Arabia, Kingdom of Saudi Arabia. Motion or Order to File Under Seal: 4255 .(Pounian, Stev (Entered: 07/31/2020) |
| 03/2020 | 6349 | MOTION for Nicolle Kownacki to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−20972847. **M supporting papers to be reviewed by Clerk's Office staff.** Document filed by Republic of the Sudan, Republic of th (Attachments: # 1 Affidavit in Support of Motion for Admission of Nicolle Kownacki Pro Hac Vice, # 2 Certificate o Standing (District of Columbia), # 3 Certificate of Good Standing (California), # 4 Text of Proposed Order)Filed In A Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01922−GBD−SN, 1:18−cv−12114−GBD−SN.(Kownacki, Nicolle) (En 08/03/2020) |
| 03/2020 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (505 in 1:04−cv−01922−G in 1:18−cv−12114−GBD−SN, 6349 in 1:03−md−01570−GBD−SN) MOTION for Nicolle Kownacki to Appear P Vice . Filing fee $ 200.00, receipt number NYSDC−20972847. Motion and supporting papers to be reviewed by Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01922−GBD−SN, 1:18−cv−12114−GBD−SN(wb)** (Entered: 08/03/2020) |
| 03/2020 | 6350 | MOTION File New Associated Case Under A Short Form Complaint and to Adopt Ashton for Claims Against Defen Republic of the Sudan . Document filed by Caroline Breitweiser, Kristen Breitweiser, Katherine Maher, Katherine M Patricia Ryan, Patricia Ryan. (Attachments: # 1 Exhibit A Doc 5017 Breitweiser Motion to Substitute Counsel, # 2 E Doc 5165 Maher Motion to Substitute Counsel, # 3 Exhibit C Doc 5164 Ryan Motion to Substitute Counsel, # 4 Exh Affidavit of Service, # 5 Exhibit E Clerk's Certificate of Default, # 6 Exhibit F Doc 5312 Order Granting Motion Sub Counsel, # 7 Exhibit G Maher et al Short Form Complaint, # 8 Text of Proposed Order Proposed Order)Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN, 1:17−cv−02003−GBD−SN.(Pantazis, Dennis) (Entered: 08/03/2020) |
| 03/2020 | 6351 | MEMORANDUM OF LAW in Support re: (197 in 1:17−cv−02003−GBD−SN) MOTION File New Associated Case Short Form Complaint and to Adopt Ashton for Claims Against Defendant Republic of the Sudan . . Document filed Breitweiser, Kristen Breitweiser, Katherine Maher, Katherine Maher, Patricia Ryan, Patricia Ryan. Filed In Associate 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN, 1:17−cv−02003−GBD−SN.(Pa Dennis) (Entered: 08/03/2020) |
| 03/2020 | 6352 | ***SELECTED PARTIES***Objection re: 6322 Memorandum & Opinion, . Document filed by Dallah Avco Trans FBI, Plaintiffs Executive Committees, Akram Alzamari, Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit A)Mot Order to File Under Seal: 4255 .(Benett, Megan) (Entered: 08/03/2020) |
| 04/2020 | 6353 | ORDER granting (6349) Motion for Nicolle Kownacki to Appear Pro Hac Vice in case 1:03−md−01570−GBD−SN; (505) Motion for Nicolle Kownacki to Appear Pro Hac Vice in case 1:04−cv−01922−GBD−SN; granting (63) Motio Nicolle Kownacki to Appear Pro Hac Vice in case 1:18−cv−12114−GBD−SN. (HEREBY ORDERED by Magistrate Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01922−GBD−S 1:18−cv−12114−GBD−SN. (ras) (Entered: 08/04/2020) |
| 04/2020 | 6354 | PROPOSED ORDER. Document filed by Caroline Breitweiser, Kristen Breitweiser, Katherine Maher, Katherine Ma Patricia Ryan, Patricia Ryan. Related Document Number: 6350 ..(Pantazis, Dennis) **Proposed Order to be reviewed Office staff.** (Entered: 08/04/2020) |
| 04/2020 | 6355 | MOTION to Correct Judgment re: (5048 in 1:03−md−01570−GBD−SN, 5048 in 1:03−md−01570−GBD−SN, 39 in 1:18−cv−11837−GBD−SN, 39 in 1:18−cv−11837−GBD−SN) Judgment, Terminate Motions,,,,,,,,,,,,,,, . Document fi Lloyd Abel, Lloyd Abel. (Attachments: # 1 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GB 1:18−cv−11837−GBD−SN.(Goldman, Jerry) (Entered: 08/04/2020) |
| 04/2020 | 6356 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (79 in 1:18−cv−11837−GBD−SN, 6355 in 1:03−md−01570−GBD−SN) MOTION to Correct Judgment re: (5048 in 1:03−md−01570−GBD−SN, 5048 in 1:03−md−01570−GBD−SN, 39 in 1:18−cv−11837−GBD−SN, 39 in 1:18−cv−11837−GBD−SN) Judgment, Termina Motions,,,,,,,,,,,,,,, .. Document filed by Lloyd Abel, Lloyd Abel. (Attachments: # 1 Exhibit A)Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:18−cv−11837−GBD−SN.(Goldman, Jerry) (Entered: 08/04/2020) |
| 04/2020 | 6357 | MEMORANDUM OF LAW in Support re: (79 in 1:18−cv−11837−GBD−SN, 6355 in 1:03−md−01570−GBD−SN) M Correct Judgment re: (5048 in 1:03−md−01570−GBD−SN, 5048 in 1:03−md−01570−GBD−SN, 39 in 1:18−cv−11837−GBD−SN, 39 in 1:18−cv−11837−GBD−SN) Judgment, Terminate Motions,,,,,,,,,,,,,,, . . Document |

| | | |
|---|---|---|
| | | Lloyd Abel, Lloyd Abel. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11837−GBD−SN.(Goldm (Entered: 08/04/2020) |
| )4/2020 | 6358 | PROPOSED ORDER. Document filed by Lloyd Abel, Lloyd Abel, Sr. (Attachments: # 1 Exhibit A) Related Docume Number: [6355, 79]..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/04/202 |
| )4/2020 | 6359 | MOTION to Correct Judgment re: (5919 in 1:03−md−01570−GBD−SN, 5919 in 1:03−md−01570−GBD−SN, 123 in 1:18−cv−05306−GBD−SN, 123 in 1:18−cv−05306−GBD−SN) Judgment, Terminate Motions,,,,,,,,,,, . Document fil Jessica Derubbio. (Attachments: # 1 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05306−GBD−SN.(Goldman, Jerry) (Entered: 08/04/2020) |
| )4/2020 | 6360 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (138 in 1:18−cv−05306−GBD−SN, 6359 in 1:03−md−01570−GBD−SN) MOTION to Correct Judgment re: (5919 in 1:03−md−01570−GBD−SN, 5919 in 1:03−md−01570−GBD−SN, 123 in 1:18−cv−05306−GBD−SN, 123 in 1:18−cv−05306−GBD−SN) Judgment, Termi Motions,,,,,,,,,,, .. Document filed by Jessica Derubbio. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05306−GBD−SN.(Goldman, Jerry) (Entered: 08/04/2020) |
| )4/2020 | 6361 | MEMORANDUM OF LAW in Support re: (138 in 1:18−cv−05306−GBD−SN, 6359 in 1:03−md−01570−GBD−SN) to Correct Judgment re: (5919 in 1:03−md−01570−GBD−SN, 5919 in 1:03−md−01570−GBD−SN, 123 in 1:18−cv−05306−GBD−SN, 123 in 1:18−cv−05306−GBD−SN) Judgment, Terminate Motions,,,,,,,,,,, . . Document fi Jessica Derubbio. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05306−GBD−SN.(Goldman, Jer (Entered: 08/04/2020) |
| )4/2020 | 6362 | PROPOSED ORDER. Document filed by Jessica Derubbio. (Attachments: # 1 Exhibit A) Related Document Numbe 138]..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/04/2020) |
| )4/2020 | 6363 | MOTION to Correct Judgment re: (5093 in 1:03−md−01570−GBD−SN, 92 in 1:18−cv−05320−GBD−SN) Judgment Document filed by Roberta Agyeman. (Attachments: # 1 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05320−GBD−SN.(Goldman, Jerry) (Entered: 08/04/2020) |
| )4/2020 | 6364 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (123 in 1:18−cv−05320−GBD−SN, 6363 in 1:03−md−01570−GBD−SN) MOTION to Correct Judgment re: (5093 in 1:03−md−01570−GBD−SN, 92 in 1:18−cv−05320−GBD−SN) Judgment,,, .. Document filed by Roberta Agyeman. (Attachments: # 1 Exhibit A)Filed I Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05320−GBD−SN.(Goldman, Jerry) (Entered: 08/04/2020) |
| )4/2020 | 6365 | MEMORANDUM OF LAW in Support re: (123 in 1:18−cv−05320−GBD−SN, 6363 in 1:03−md−01570−GBD−SN) to Correct Judgment re: (5093 in 1:03−md−01570−GBD−SN, 92 in 1:18−cv−05320−GBD−SN) Judgment,,, . . Docu by Roberta Agyeman. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05320−GBD−SN.(Goldman (Entered: 08/04/2020) |
| )4/2020 | 6366 | PROPOSED ORDER. Document filed by Roberta Agyeman. (Attachments: # 1 Exhibit A) Related Document Numb 123]..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/04/2020) |
| )5/2020 | 6367 | CLERK CERTIFICATE OF MAILING of two copies of the 1)Notice of Default Judgment (in English and Farsi); 2)( Partial Judgment for damages, dated 2/7/2020; ECF no. 5879 (in English and Farsi); 3)A copy of 28 U.S.C. 1330, 13 1441(d), and 1602−1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign I Act (28 U.S.C. 1602, et. seq.) (in English only); and 4)Translators Affidavit (in English only) mailed to Islamic Repu H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini Street, Imam K Square Tehran, Islamic Republic of Iran, on 6/22/2020 by Federal Express tracking # 7700 5326 8994, c/o the Secret Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Depart State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services I Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(smc 08/05/2020) |
| )5/2020 | 6368 | ORDER granting (6359) Motion to Correct Judgment in case 1:03−md−01570−GBD−SN; granting (138) Motion to ( Judgment in case 1:18−cv−05306−GBD−SN: ORDERED that the final judgment for solatium damages entered on be Kathleen Granados in the Court's February 12, 2020 Final Order of Judgment (ECF No. 5919, Exhibit A at line 2), ag Islamic Republic ofiran is vacated; ORDERED that the Court's February 12, 2020 Final Order of Judgment (ECF No remains otherwise in force and that all other final judgments awarded to the DeRubbio Plaintiffs identified in the Feb 2020 Order docketed at ECF No. 5919 remain in effect. (Signed by Judge George B. Daniels on 8/5/2020) Filed In A Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05306−GBD−SN (jwh) Transmission to Orders and Judgments Clerk fo processing. (Entered: 08/05/2020) |
| )5/2020 | 6369 | ORDER granting (6363) Motion to Correct Judgment in case 1:03−md−01570−GBD−SN; granting (123) Motion to ( Judgment in case 1:18−cv−05320−GBD−SN: ORDERED that the final judgment for solatium damages entered on be behalf of Filiberta Barragan in the Court's September 6, 2019 Final Order of Judgment (ECF No. 5093, Exhibit A at l against the Islamic Republic of Iran is vacated; ORDERED that the final judgment for solatium damages entered on b behalf of Juana Colon in the Court's September 6, 2019 Final Order of Judgment (ECF No. 5093, Exhibit A at line 12 |

| | | |
|---|---|---|
| | | the Islamic Republic of Iran is vacated; ORDERED that the Court's September 6, 2019 Final Order of Judgment (ECF 5093), remains otherwise in force and that all other final judgments awarded to the Agyeman Plaintiffs identified in t September 6, 2019 Final Order docketed at ECF No. 5093 remain in effect. (Signed by Judge George B. Daniels on 8 Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05320−GBD−SN (jwh) Transmission to Orders and Judgments Clerk for processing. (Entered: 08/05/2020) |
| )5/2020 | 6370 | ORDER granting (6355) Motion to Correct Judgment in case 1:03−md−01570−GBD−SN; granting (79) Motion to C Judgment in case 1:18−cv−11837−GBD−SN: ORDERED that the final judgment for solatium damages entered on be Merecedes Concepcion in the Court's September 3, 2019 Final Order of Judgment (ECF No. 5048, Exhibit A at line 5 the Islamic Republic of Iran is vacated; ORDERED that the final judgment for solatium damages entered on behalf o Concepcion Salazar in the Court's September 3, 2019 Final Order of Judgment (ECF No. 5048, Exhibit A at line 53), Islamic Republic of Iran is vacated; ORDERED that the Court's September 3, 2019 Final Order of Judgment (ECF N remains otherwise in force and that all other final judgments awarded to the DeRubbio Plaintiffs identified in the Sep 2019 Order docketed at ECF No. 5048 remain in effect. (Signed by Judge George B. Daniels on 8/5/2020) Filed In A Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11837−GBD−SN (jwh) (Entered: 08/05/2020) |
| )5/2020 | 6371 | NOTICE OF APPEARANCE by Christopher Mark Curran on behalf of Republic of the Sudan. Filed In Associated C 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:03−cv−06978−GBD−SN, 1:03−cv−09849−GBD−SN, 1:04−cv−05970−GBD−SN.(Curran, Christopher) (Entered: 08/05/2020) |
| )5/2020 | 6372 | NOTICE OF APPEARANCE by Nicole Erb on behalf of Republic of the Sudan. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:03−cv−06978−GBD−SN, 1:03−cv−09849−GBD−SN, 1:04−cv−05970−GBD−SN.(Erb, Nicole) (Entered: 08/05/2020) |
| )5/2020 | 6373 | NOTICE OF APPEARANCE by Claire Angela DeLelle on behalf of Republic of the Sudan. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:03−cv−06978−GBD−SN, 1:03−cv−09849−GBD−SN, 1:04−cv−05970−GBD−SN.(DeLelle, Claire) (Entered: 08/05/2020) |
| )5/2020 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Telephone Conference held on 8/5/2020. (Entered: 08/28/2020) |
| )6/2020 | 6374 | ORDER denying without prejudice 6350 Motion. Pursuant to the Court's instructions to the parties at yesterday's tele conference, Plaintiffs' motion is denied with leave to refile upon the Court's adoption of any procedures regarding not conform and short form complaints as to the Republic of Sudan. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (jf) (Entered: 08/06/2020) |
| )6/2020 | 6375 | LETTER MOTION for Extension of Time addressed to Magistrate Judge Sarah Netburn from Kelly A. Moore dated 2020. Document filed by Akram Alzamari..(Moore, Kelly) (Entered: 08/06/2020) |
| )7/2020 | 6376 | ORDER granting 6375 Letter Motion for Extension of Time. The Court endorses the parties' proposed filing dates. (H ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (jf) (Entered: 08/07/2020) |
| .0/2020 | 6377 | CLERK CERTIFICATE OF MAILING of one copy of the the Notice of Default, Order of Partial Final Judgment for dated February 18, 2020 (ECF No 5968), a copy of 28 U.S.C. 1330, 1391(f), 1441(d), and 1602−1611, of title 28, Un Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et. seq.) (in Englisl Translators Affidavit (in English only) along with attached affidavit of translator and Farsi translations of the above d mailed to Central Bank of the Islamic Republic or Iran Abdolnaser Hemmati, Governor Mirdamad Blvd., No.198 Tel Republic of Iran on 8/7/2020 by Registered Mail tracking # RH002348822US, to the head of the agency or instrumen foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B). Filed In Ass Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(smc) (Entered: 08/10/2020) |
| .0/2020 | 6378 | CLERK CERTIFICATE OF MAILING of one copy of the the Notice of Default, Order of Partial Final Judgment for dated February 18, 2020(ECF No 5960), a copy of 28 U.S.C. 1330, 1391(f), 1441(d), and 1602−1611, of title 28, Uni Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et. seq.) (in Englisl Translators Affidavit (in English only) along with attached affidavit of translator and Farsi translations of the above d mailed to Central Bank of the Islamic Republic or Iran Abdolnaser Hemmati, Governor Mirdamad Blvd., No.198 Tel Republic of Iran on 8/7/2020 by Registered Mail tracking # RH002348779US, to the head of the agency or instrumen foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B). Filed In Ass Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(smc) (Entered: 08/10/2020) |
| .0/2020 | 6379 | CLERK CERTIFICATE OF MAILING of one copy of the the Notice of Default, Order of Partial Final Judgment for dated 2/5/2020 (ECF No 5848), a copy of 28 U.S.C. 1330, 1391(f), 1441(d), and 1602−1611, of title 28, United State (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et. seq.) (in English only Translators Affidavit (in English only) along with attached affidavit of translator and Farsi translations of the above d mailed to Central Bank of the Islamic Republic or Iran Abdolnaser Hemmati, Governor Mirdamad Blvd., No.198 Tel Republic of Iran on 8/7/2020 by Registered Mail tracking # RH002349479US, to the head of the agency or instrumen foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B). Filed In Ass |

| | | |
|---|---|---|
| | | Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(smc) (Entered: 08/10/2020) |
| .0/2020 | 6380 | CLERK CERTIFICATE OF MAILING of one copy of the the Notice of Default, Order of Partial Final Judgment for dated 2/18/2020 (ECF No 5979), a copy of 28 U.S.C. 1330, 1391(f), 1441(d), and 1602−1611, of title 28, United Stat (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et. seq.) (in English only Translators Affidavit (in English only) along with attached affidavit of translator and Farsi translations of the above d mailed to Central Bank of the Islamic Republic or Iran Abdolnaser Hemmati, Governor Mirdamad Blvd., No.198 Teh Republic of Iran on 8/7/2020 by Registered Mail tracking # RH29589301US, to the head of the agency or instrument foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B). Filed In Ass Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(smc) (Entered: 08/10/2020) |
| .0/2020 | 6381 | CLERK CERTIFICATE OF MAILING of one copy of the the Notice of Default, Order of Partial Final Judgment for dated 12/13/2019 (ECF No 5356), a copy of 28 U.S.C. 1330, 1391(f), 1441(d), and 1602−1611, of title 28, United Sta (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et. seq.) (in English only Translators Affidavit (in English only) along with attached affidavit of translator and Farsi translations of the above d mailed to Central Bank of the Islamic Republic or Iran Abdolnaser Hemmati, Governor Mirdamad Blvd., No.198 Teh Republic of Iran on 8/7/2020 by Registered Mail tracking # RH002348765US, to the head of the agency or instrumen foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B). Filed In Ass Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(smc) (Entered: 08/10/2020) |
| .0/2020 | 6382 | CLERK CERTIFICATE OF MAILING of one copy of the the Notice of Default, Order of Partial Final Judgment for dated February 7, 2020(ECF No 5888), a copy of 28 U.S.C. 1330, 1391(f), 1441(d), and 1602−1611, of title 28, Unite Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et. seq.) (in Englisl Translators Affidavit (in English only) along with attached affidavit of translator and Farsi translations of the above d mailed to Central Bank of the Islamic Republic or Iran Abdolnaser Hemmati, Governor Mirdamad Blvd., No.198 Teh Republic of Iranon 8/7/2020 by Registered Mail tracking # RH002349519US, to the head of the agency or instrumen foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B). Filed In Ass Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(smc) (Entered: 08/10/2020) |
| .0/2020 | 6383 | CLERK CERTIFICATE OF MAILING of one copy of the the Notice of Default, Order of Partial Final Judgment for dated February 18, 2020(ECF No 5975), a copy of 28 U.S.C. 1330, 1391(f), 1441(d), and 1602−1611, of title 28, Uni Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et. seq.) (in Englisl Translators Affidavit (in English only) along with attached affidavit of translator and Farsi translations of the above d mailed to Central Bank of the Islamic Republic or Iran Abdolnaser Hemmati, Governor Mirdamad Blvd., No.198 Teh Republic of Iran on 8/7/2020 by Registered Mail tracking # RH002348677US, to the head of the agency or instrumen foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B). Filed In Ass Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(smc) (Entered: 08/10/2020) |
| .0/2020 | 6384 | CLERK CERTIFICATE OF MAILING of one copy of the the Notice of Default, Order of Partial Final Judgment for dated February 11, 2020 (ECF No 5909), a copy of 28 U.S.C. 1330, 1391(f), 1441(d), and 1602−1611, of title 28, Un Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et. seq.) (in Englisl Translators Affidavit (in English only) along with attached affidavit of translator and Farsi translations of the above d mailed to Central Bank of the Islamic Republic or Iran Abdolnaser Hemmati, Governor Mirdamad Blvd., No.198 Teh Republic of Iran on 8/7/2020 by Registered Mail tracking # RH002348650US, to the head of the agency or instrumen foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B). Filed In Ass Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(smc) (Entered: 08/10/2020) |
| .0/2020 | 6385 | CLERK CERTIFICATE OF MAILING of one copy of the the Notice of Default, Order of Partial Final Judgment for dated February 13, 2020(ECF No 5932), a copy of 28 U.S.C. 1330, 1391(f), 1441(d), and 1602−1611, of title 28, Uni Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et. seq.) (in Englisl Translators Affidavit (in English only) along with attached affidavit of translator and Farsi translations of the above d mailed to Central Bank of the Islamic Republic or Iran Abdolnaser Hemmati, Governor Mirdamad Blvd., No.198 Teh Republic of Iran on 8/7/2020 by Registered Mail tracking # RH002348694US, to the head of the agency or instrumen foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B). Filed In Ass Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(smc) (Entered: 08/10/2020) |
| .0/2020 | 6386 | CLERK CERTIFICATE OF MAILING of one copy of the the Notice of Default, Order of Partial Final Judgment for dated February 7, 2020(ECF No 5879), a copy of 28 U.S.C. 1330, 1391(f), 1441(d), and 1602−1611, of title 28, Unite Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et. seq.) (in Englisl Translators Affidavit (in English only) along with attached affidavit of translator and Farsi translations of the above d mailed to Central Bank of the Islamic Republic or Iran Abdolnaser Hemmati, Governor Mirdamad Blvd., No.198 Teh Republic of Iran on 8/7/2020 by Registered Mail tracking # RH002348725US, to the head of the agency or instrumen foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B). Filed In Ass Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(smc) (Entered: 08/10/2020) |

| | | |
|---|---|---|
| .0/2020 | 6387 | MOTION to Vacate (5926 in 1:03−md−01570−GBD−SN) Order on Motion for Default Judgment,,,,,,,,,,, . Documen Kathleen Ashton.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kreindler, Jam (Entered: 08/10/2020) |
| .0/2020 | 6388 | DECLARATION of James P. Kreindler in Support re: (6387 in 1:03−md−01570−GBD−SN, 1317 in 1:02−cv−06977−GBD−SN) MOTION to Vacate (5926 in 1:03−md−01570−GBD−SN) Order on Motion for Default Judgment,,,,,,,,,,, .. Document filed by Kathleen Ashton. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 08/10/2020) |
| .0/2020 | 6389 | PROPOSED JUDGMENT. Document filed by Kathleen Ashton..(Kreindler, James) **Proposed Judgment to be revi Clerk's Office staff.** (Entered: 08/10/2020) |
| .0/2020 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (1319 in 1:02−cv−06977−( 6389 in 1:03−md−01570−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(dt)** (Entered: 08/10/2020) |
| .1/2020 | 6390 | CLERK CERTIFICATE OF MAILING of two copies of the 1)Notice of Default Judgment (in English and Farsi); 2)( Partial Judgment for damages, dated 2/18/2020; ECF no. 5968 (in English and Farsi); 3)A copy of 28 U.S.C. 1330, 1 1441(d), and 1602−1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign I Act (28 U.S.C. 1602, et. seq.) (in English only); and 4)Translators Affidavit (in English only) mailed to Islamic Repu H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs, Imam Khomeini Street, Imam Square Tehran, Islamic Republic of Iran, on 8/11/2020 by Federal Express tracking # 7700 6080 8184, c/o the Secret Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Depart State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services I Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(sm 08/11/2020) |
| .1/2020 | 6391 | ***SELECTED PARTIES*** OPINION & ORDER re: 6304 MOTION for Reconsideration re; 6290 Memorandum filed by Kingdom of Saudi Arabia. The Court GRANTS in part and DENIES in part the Kingdom's motion for partia reconsideration. The parties are ordered to meet−and−confer to identify relevant search locations. The Clerk of Court respectfully directed to terminate the gavel at ECF No. 6304. (Signed by Magistrate Judge Sarah Netburn on 8/11/20 (Entered: 08/11/2020) |
| .1/2020 | 6392 | ***SELECTED PARTIES*** OPINION & ORDER re: 6265 MOTION for Reconsideration re; 6244 Memorandum filed by Plaintiffs Executive Committees. Plaintiffs' motion for reconsideration is DENIED. Because this Opinion & partially addresses the motion filed at ECF No. 6265, the Clerk of Court should not terminate the gavel associated wi motion. (Signed by Magistrate Judge Sarah Netburn on 8/11/2020) (ras) (Entered: 08/11/2020) |
| .1/2020 | 6586 | OPINION & ORDER: The Court GRANTS in part and DENIES in part the Kingdom's motion for partial reconsidera parties are ordered to meet−and−confer to identify relevant search locations. The Clerk of Court is respectfully direct terminate the gavel at ECF No. 6304. (Signed by Magistrate Judge Sarah Netburn on 8/11/2020) (ras) (Entered: 01/1 |
| .1/2020 | 6587 | OPINION & ORDER: Plaintiffs' motion for reconsideration is DENIED. Because this Opinion & Order only partially the motion filed at ECF No. 6265, the Clerk of Court should not terminate the gavel associated with that motion. (Sig Magistrate Judge Sarah Netburn on 8/11/2020) (ras) (Entered: 01/11/2021) |
| .2/2020 | 6393 | TRANSCRIPT of Proceedings re: conference held on 8/5/2020 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Sonya Ketter Moore, (212) 805−0300. Transcript may be viewed at the court public terminal o through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 9/2/2020. Redacted Transcript Deadline set for 9/14/2020. Release Transcript Restriction set for 11/10/2020..(McGuirk, Kelly) (Entered: 08/12/2020) |
| .2/2020 | 6394 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a conferenc proceeding held on 8/5/2020 has been filed by the court reporter/transcriber in the above−captioned matter. The parti seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....( Kelly) (Entered: 08/12/2020) |
| .3/2020 | 6395 | FINAL JUDGMENT ON BEHALF OF THE EST ATE OF BEVERLY CURRY ONLY: ORDERED that the Februa Order of Judgment for compensatory and punitive damages as to the Estate of Beverly Curry Only (MDL ECF No. 5 (02−cv−6977 ECF No. 1262) at 5, line 97) is VACATED and that the February 12, 2020 Order of Judgment (MDL E 5926 (02−cv−6977 ECF No. 1262)) is otherwise intact and undisturbed. (Signed by Judge George B. Daniels on 8/13 Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN (jwh) (Entered: 08/13/2020) |
| .7/2020 | | CLERK CERTIFICATE OF MAILING UNEXECUTED for two copies of the 1) Notice of Default Judgment with c Farsi translation. 2) a true and certified copy of the August 31, 2015 default judgment on liability with certified Farsi 3) a true and certified copy of the January 7, 2020 Partial Final Default Judgment and the moving papers of Plaintiffs with certified Farsi translations of the Default Judgment and Plaintiffs motion papers; and 4) a copy of the Foreign Sc |

| | | |
|---|---|---|
| | | Immunities Act with certified Farsi translation mailed to Islamic Republic of Iran H.E. Dr. Mohammad Javad Zarif F Minister of the Ministry of Foreign Affairs Imam Khomeini Street, Imam Khomeini Square Tehran, Islamic Republic dispatch to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Li (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520 on 2/4/202( Express tracking # 7776 7035 4170, as per (5829 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. Confi delivery was executed was not received by the Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN(smc) (Entered: 08/17/2020) |
| .7/2020 | | CLERK CERTIFICATE OF MAILING UNEXECUTED for two copies of the Summons, Complaint, SDNY Civil C Notice of Suit (and related papers relating to the Foreign Sovereign Immunities Act) provided in English and Farsi, w affidavit of translator attesting to the accuracy of the Farsi translation mailed to to ISLAMIC REPUBLIC OF IRAN, Minister of Foreign Affairs, Ministry of Foreign Affairs for the Republic of Iran, Iman Khomeini Avenue, Tehran, Ir H.E. Mohammad Javad Zarif on 9/26/2019 by Federal Express tracking # 8106 7858 8741, to the Secretary of State, Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520 on 2/19/2020 by Federal Express tracking # 8106 785 per (5177 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. Confirmation that delivery was executed was received by the Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11417−GBD−SN(s (Entered: 08/17/2020) |
| .7/2020 | | CLERK CERTIFICATE OF MAILING UNEXECUTED for two copies of the 1) Notice of Default Judgment with c Farsi translation; 2) a true and certified copy of the August 31, 2015 Default Judgment on Liability with certified Far translation. See attachment A to the Notice; 3) a true and certified copy of the Judgment (2/18/2020), Memorandum I and Order granting Final Order of Judgment(2/14/2020), moving papers for Plaintiffs July 31, 2019 Motion, and cert translations. See attachment B to notice; 4) a true and certified copy of the Judgment (2/18/2020), Memorandum Dec Order granting Final Order of Judgment(2/14/2020) Report and Recommendation (1/21/2020), moving papers for Pla January 3, 2020 Motion, with certified Far si translations. See attachment C to the Notice; and 5) a copy of the Foreig Sovereign Immunities Act with certified Farsi translation, See attachment C to the notice mailed to Islamic Republic Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini Street, Imam Khom Tehran, Islamic Republic of Iran by dispatch, to the Secretary of State, Attn: Director of Consular Services, Office of Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520 on 2/27/2020 by Federal Express tracking # 8106 7858 8741, as per (6020 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. Confirmation that delivery was executed was not received Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(smc) (Entered: 0 |
| .9/2020 | | CLERK CERTIFICATE OF MAILING UNEXECUTED for two copies of the Notice of Default Judgment with cert translation; 2)a true and certified copy of the August 31, 2015 Default Judgment on Liability with certified Farsi tran attachment A to the Notice; 3)a true and certified copy of the February 12, 2020 Final Order of Judgment the moving Plaintiffs Motion, with certified Farsi translations of the Default Judgment and Plaintiffs motion papers. See attachm Notice; and 4)a copy of the Foreign Sovereign Immunities Act with certified Farsi translation, See attachment C to th mailed to Islamic Republic of Iran H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affa Khomeini Str eet, Imam Khomeini Square Tehran, Islamic Republic of Iran by dispatch to the Secretary of State, Att of Consular Services,(CA/OCS/L), U.S. Department of State, SA−17, 10th Floor, Washington, DC 20522 on 2/20/20 Federal Express tracking # 7777 9751 3830, as per (5996 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailin Confirmation that delivery was executed was not received by the Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(smc) (Entered: 08/19/2020) |
| .9/2020 | 6396 | ***SELECTED PARTIES*** LETTER MOTION for Discovery *to supplement the record for new evidence* address Magistrate Judge Sarah Netburn from Steven R. Pounian dated 08/19/2020. Document filed by Kingdom of Saudi Ar Dallah Avco Trans Arabia, FBI, Plaintiffs Executive Committees. (Attachments: # 1 Supplement Declaration of Stev Pounian)Motion or Order to File Under Seal: 4255 .(Pounian, Steven) (Entered: 08/19/2020) |
| .9/2020 | 6397 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele dated August 19, 2020 re: Sudan sch order. Document filed by All Plaintiffs..(Haefele, Robert) (Entered: 08/19/2020) |
| !0/2020 | 6398 | LETTER MOTION for Discovery addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated Aug 2020. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 08/20/2020) |
| !0/2020 | 6399 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele dated August 20, 2020 re: Jointly pro schedule for the filing of the pleadings, motions and briefs authorized by the 8/5/20 conference. Document filed by P Executive Committees..(Haefele, Robert) (Entered: 08/20/2020) |
| !1/2020 | 6400 | ***SELECTED PARTIES***LETTER RESPONSE to Motion addressed to Magistrate Judge Sarah Netburn from M Kellogg dated August 21, 2020 re: 6396 LETTER MOTION for Discovery *to supplement the record for new evidenc* to Magistrate Judge Sarah Netburn from Steven R. Pounian dated 08/19/2020. . Document filed by Plaintiffs Executi Committees, Dallah Avco Trans Arabia, FBI, Kingdom of Saudi Arabia. Motion or Order to File Under Seal: 4255 .( Michael) (Entered: 08/21/2020) |

| | | |
|---|---|---|
| 21/2020 | 6401 | MEMO ENDORSEMENT on re: 6399 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The Cou the parties' proposed briefing schedule. Pursuant to this scheduling order, Plaintiffs' opposition to Sudan's motion to ECF No. 5824 is stayed. SO ORDERED. (Amended Pleadings due by 9/1/2020., Motions due by 10/16/2020., Respo 12/4/2020, Replies due by 1/22/2021.) (Signed by Magistrate Judge Sarah Netburn on 8/21/2020) (rro) (Entered: 08/2 |
| 21/2020 | 6402 | ORDER denying without prejudice 5824 Motion to Dismiss for Lack of Jurisdiction pursuant to ECF No. 6401. (HE ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (jf) (Entered: 08/21/2020) |
| 24/2020 | 6403 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated August 24, 2020 Kingdom of Saudi Arabia's letter motion (ECF #6398). Document filed by Plaintiffs Executive Committees..(Carter, (Entered: 08/24/2020) |
| 25/2020 | 6404 | REPLY to Response to Motion re: 6398 LETTER MOTION for Discovery addressed to Magistrate Judge Sarah Netb Michael K. Kellogg dated August 20, 2020. . Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Ente 08/25/2020) |
| 25/2020 | 6405 | ***SELECTED PARTIES*** LETTER MOTION for Discovery *and for Reconsideration of ECF No. 6290* addresse Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated 8/25/2020. Document filed by Kingdon Arabia, Dallah Avco Trans Arabia, Plaintiffs Executive Committees, FBI.Motion or Order to File Under Seal: 4255 . Steven) (Entered: 08/25/2020) |
| 25/2020 | 6406 | ***SELECTED PARTIES***Objection re: 6392 Memorandum & Opinion, . Document filed by Plaintiffs Executive Committees, Dallah Avco Trans Arabia, Kingdom of Saudi Arabia, FBI. Motion or Order to File Under Seal: 1900 .( Steven) (Entered: 08/25/2020) |
| 26/2020 | 6407 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele dated August 26, 2020 re: Request fo extension of the deadline for service of the Plaintiffs rebuttal expert reports. Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 08/26/2020) |
| 27/2020 | 6408 | ***SELECTED PARTIES*** OPINION & ORDER: The Court GRANTS in part and DENIES in part Saudi Arabia for a protective order, and GRANTS in part and DENIES in part Plaintiffs' cross−motion to compel. Within 14 days Order, the parties are directed to meet and confer and present joint or separate proposals to the Court regarding the se and logistics of the depositions subject to this Order. Motions terminated: 6398 LETTER MOTION for Discovery ad Magistrate Judge Sarah Netburn from Michael K. Kellogg dated August 20, 2020, filed by Kingdom of Saudi Arabia Magistrate Judge Sarah Netburn on 8/27/2020) (ras) (Entered: 08/27/2020) |
| 27/2020 | 6409 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated August 27, 2020 request for a two−week extension of the deadline to provide supplemental discovery responses to the WAMY defend Document filed by Plaintiffs Executive Committees..(Carter, Sean) (Entered: 08/27/2020) |
| 27/2020 | 6410 | MOTION to Appoint Special Process Server ., MOTION for Writ of Execution against Clearstream Banking S.A. . D filed by Havlish Plaintiffs. (Attachments: # 1 Exhibit A email exchange, # 2 Exhibit B Standing Order, # 3 Exhibit C # 4 Exhibit D EO 202.14, # 5 Exhibit E EO 202.38, # 6 Exhibit F EO 202.48, # 7 Exhibit G EO 202.55, # 8 Text of P Order Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Fleming, (Entered: 08/27/2020) |
| 27/2020 | 6411 | MEMORANDUM OF LAW in Support re: (512 in 1:03−cv−09848−GBD−SN, 512 in 1:03−cv−09848−GBD−SN) M Appoint Special Process Server . MOTION for Writ of Execution against Clearstream Banking S.A. . . Document fil Havlish Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Fleming, Tim (Entered: 08/27/2020) |
| 27/2020 | 6412 | MOTION to Appoint Special Process Server ., MOTION for Writ of Execution against Clearstream Banking S.A. . D filed by Hoglan Plaintiffs. (Attachments: # 1 Exhibit A email exchange, # 2 Exhibit B Standing Order, # 3 Exhibit C 4 Exhibit D EO 202.14, # 5 Exhibit E EO 202.38, # 6 Exhibit F EO 202.48, # 7 Exhibit G EO 202.55, # 8 Text of Pro Order Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN.(Fleming, (Entered: 08/27/2020) |
| 27/2020 | 6413 | MEMORANDUM OF LAW in Support re: (340 in 1:11−cv−07550−GBD−SN, 340 in 1:11−cv−07550−GBD−SN) M Appoint Special Process Server . MOTION for Writ of Execution against Clearstream Banking S.A. . . Document fil Hoglan Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN.(Fleming, Tim (Entered: 08/27/2020) |
| 27/2020 | 6444 | OPINION & ORDER: The Court GRANTS in part and DENIES in part Saudi Arabia's motion for a protective order, GRANTS in part and DENIES in part Plaintiffs' cross−motion to compel. Within 14 days of this Order, the parties ar to meet and confer and present joint or separate proposals to the Court regarding the sequencing and logistics of the d subject to this Order. (Signed by Magistrate Judge Sarah Netburn on 8/27/2020) (ras) (Main Document 6444 replace 9/10/2020) (ras). (Entered: 09/10/2020) |

| | | |
|---|---|---|
| 28/2020 | 6414 | NOTICE OF CHANGE OF ADDRESS by Thorn Rosenthal on behalf of Swiss Re Europe S.A., Swiss Re Internation Swiss Reinsurance America Corporation, Swiss Reinsurance Company Ltd., Westport Insurance Corporation. New A Cahill Gordon & Reindel LLP, 32 Old Slip, New York, New York, United States 10005, 2127013000..(Rosenthal, Tl (Entered: 08/28/2020) |
| 28/2020 | | CLERK CERTIFICATE OF MAILING UNEXECUTED for two copies of the 1)Notice of Default Judgment with Fo Service Immunities Act; 2)Parker Suarez Order of Final Judgment for Compensat1y Damages for Conscious Pain and dated January 7, 2020; 3)Bauer Ill Order of Final Judgment for Economic Damages dated January 30, 2020; 4)Bauer Final Judgment for Economic Damages dated January 30, 2020; 5)Bauer V Order of Final Judgment for Economic D dated January 30, 2020; 6)Bauer VI Order of Final Judgment for Economic Damages dated January 30, 2020; 7)Baue of Final Judgment for Economic Damages dated January 30, 2020; 8)Bauer VIII Order of Final Judgment for Econor Damages dated January 30, 2020; 9)Bauer IX Order of Final Judgment for Economic Damages dated January 30, 202 10)Bauer X Order of Final Judgment for Economic Damages dated January 30, 2020;and 11)Certification by the Tran mailed to H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini Stree Khomeini Square Tehran, Islamic Republic of Iran, by dispatch to U.S. Department of State, ATTN: FSIA, CA/OCS/ of Policy Review and Inter−Agency Liaison (CA/OCS/PRI) SA−17, 10th Floor, Washington, DC 20522 on 2/14/202 Federal Express tracking # 7777 5349 8070, as per (5961 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing Confirmation that delivery was executed was not received by the Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−11416−GBD−SN(smc) (Entered: 08/28/2020) |
| 28/2020 | | CLERK CERTIFICATE OF MAILING UNEXECUTED for two copies of the Notice of Default Judgment with certi translation; 2)a true and certified copy of the August 31, 2015 Default Judgment on Liability with certified Farsi trans attachment A to the Notice; 3)a true and certified copy of the February 12, 2020 Final Order of Judgment, the moving Plaintiffs Motion, with certified Farsi translations of the Final Orders of Judgment and Plaintiffs motion papers. See a B to the Not ice; and 4)a copy of the Foreign Sovereign Immunities Act with certified Farsi translation, See attachme notice mailed to Islamic Republic of Iran H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreig Imam Khomeini Street, Imam Khomeini Square Tehran, Islamic Republic of Iran, by dispatch to the Secretary of Sta Director of Consular Services, CA/OCS/L), U.S. Department of State, SA−17, 10th Floor, Washington, DC 20520, o by Federal Express tracking # 7777 9781 2111, as per (5994 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mai Confirmation that delivery was executed was not received by the Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(smc) (Entered: 08/28/2020) |
| 28/2020 | | CLERK CERTIFICATE OF MAILING UNEXECUTED for two copies of the 1) Notice of Default Judgment with ce Farsi translation; 2) a true and certified copy of the August 31, 2015 Default Judgment on Liability with certified Fars translation. See attachment A to the Notice; 3) a true and certified copy of the Judgment (2/18/2020), Memorandum I and Order granting Final Order of Judgment(2/14/2020) Report and Recommendation (2/11/2020), the moving paper Plaintiffs Motion, with certified Farsi translations of the Final Orders of Judgment and Plaintiffs motion papers. See a B to the Notice; and 4) a copy of the Foreign Sovereign Immunities Act with certified Farsi translation, See attachme notice mailed to Islamic Republic o f Iran H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Forei Imam Khomeini Street, Imam Khomeini Square Tehran, Islamic Republic of Iran by dispatch to the Secretary of Stat Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520 on 2/27/2020 by Federal Express tracking # 7778 5419 per (6018 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. Confirmation that delivery was executed was received by the Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(sn (Entered: 08/28/2020) |
| 31/2020 | 6415 | LETTER addressed to Magistrate Judge Sarah Netburn from Jodi Westbrook Flowers dated August 31, 2020 re: Exte time. Document filed by All Plaintiffs..(Flowers, Jodi) (Entered: 08/31/2020) |
| 01/2020 | 6416 | ***SELECTED PARTIES*** OPPOSITION BRIEF *to Plaintiffs' Objections to July 20 Memorandum & Opinion 63* Document filed by Akram Alzamari, FBI, Dallah Avco Trans Arabia, Plaintiffs Executive Committees, Kingdom of S Arabia.Motion or Order to File Under Seal: 4255 .(Moore, Kelly) (Entered: 09/01/2020) |
| 01/2020 | 6417 | ***SELECTED PARTIES***LETTER RESPONSE to Motion addressed to Magistrate Judge Sarah Netburn from M Kellogg dated September 1, 2020 re: 6405 LETTER MOTION for Discovery *and for Reconsideration of ECF No. 62* addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated 8/25/2020. . Document fil Dallah Avco Trans Arabia, Plaintiffs Executive Committees, Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit A) Order to File Under Seal: 4255 .(Kellogg, Michael) (Entered: 09/01/2020) |
| 01/2020 | 6418 | LETTER MOTION for Extension of Time to File addressed to Magistrate Judge Sarah Netburn from Michael K. Kel September 1, 2020. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 09/01/2020) |
| 02/2020 | 6419 | ORDER granting 6418 Letter Motion for Extension of Time to File. The Court approves the parties' proposed filing c Saudi Arabia's request for leave to file its opposition. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Te Order) (jf) (Entered: 09/02/2020) |

| | | |
|---|---|---|
| )2/2020 | 6420 | MEMO ENDORSEMENT: on re: 6415 Letter filed by All Plaintiffs. ENDORSEMENT: Plaintiff's request for a three extension of the September 1, 2020 deadline for filings authorized by the Court at ECF No. 6401 is Granted. SO ORI (Signed by Magistrate Judge Sarah Netburn on 9/02/2020) (ama) (Entered: 09/02/2020) |
| )2/2020 | 6421 | MEMO ENDORSEMENT on re: 6409 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: Plaintiff for a two−week extension of the deadline to provide WAMY with Plaintiffs' supplemental responses pursuant to the order at ECF No. 6345 is GRANTED. So Ordered. (Signed by Magistrate Judge Sarah Netburn on 9/2/2020) (js) (En 09/02/2020) |
| )2/2020 | 6422 | MEMO ENDORSEMENT on re: 6407 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: Plaintiff for an extension of the deadline for service of Plaintiffs' rebuttal expert reports and for the completion of expert disco Granted. So Ordered. (Expert Discovery due by 2/19/2021.) (Signed by Magistrate Judge Sarah Netburn on 9/2/2020 (Entered: 09/02/2020) |
| )3/2020 | 6423 | AFFIDAVIT OF SERVICE of Final Judgments and Notice of Default Judgment served on Republic of Iran on July 1 2020. Document filed by Virginia Bauer, et al., Kristen Carpenter, Kristen Carpenter, Joan Parker, Joan Parker, Steph Parker, Bryan Suarez, Bryan Suarez, Carol Suarez, Carol Suarez, Manuel Suarez, Manuel Suarez. (Attachments: # 1 A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−11416−GBD−SN.(C Dorothea) (Entered: 09/03/2020) |
| )4/2020 | 6424 | ***SELECTED PARTIES*** LETTER MOTION for Extension of Time to File *Extension of Time to File Joint or S Proposals regarding Depositions, ECF No. 6408 at 40* addressed to Magistrate Judge Sarah Netburn from Steven R. dated 09/04/2020. Document filed by Kingdom of Saudi Arabia, Dallah Avco Trans Arabia, FBI, Plaintiffs Executive Committees.Motion or Order to File Under Seal: 4255 .(Pounian, Steven) (Entered: 09/04/2020) |
| )4/2020 | 6425 | ORDER granting 6424 Letter Motion for Extension of Time to File (HEREBY ORDERED by Magistrate Judge Sara Netburn)(Text Only Order) (jf) (Entered: 09/04/2020) |
| )4/2020 | 6426 | ***SELECTED PARTIES***LETTER REPLY to Response to Motion addressed to Magistrate Judge Sarah Netburn Steven R. Pounian dated 09/04/2020 re: 6405 LETTER MOTION for Discovery *and for Reconsideration of ECF No.* addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated 8/25/2020. . Document fil Plaintiffs Executive Committees, Kingdom of Saudi Arabia, Dallah Avco Trans Arabia. Motion or Order to File Und 4255 .(Pounian, Steven) (Entered: 09/04/2020) |
| )4/2020 | 6427 | NOTICE of Plaintiffs' Consolidated Supplemental Complaint Against the Republic of the Sudan. Document filed by Executive Committees..(Carter, Sean) (Entered: 09/04/2020) |
| )4/2020 | 6428 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele dated September 4, 2020 re: Pleading plaintiffs claims against Sudan. Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 09/0 |
| )4/2020 | 6429 | NOTICE of Ashton Plaintiffs' Supplemental Complaint against the Republic of the Sudan. Document filed by Plainti Executive Committee..(Kreindler, James) (Entered: 09/04/2020) |
| )4/2020 | 6430 | ***SELECTED PARTIES***REPLY AFFIDAVIT of Maria J. Saylor in Support re: 6136 MOTION for Protective Document filed by Plaintiffs Executive Committees, Dallah Avco Trans Arabia, Kingdom of Saudi Arabia, FBI. Mot Order to File Under Seal: 4255 .(Vargas, Jeannette) (Entered: 09/04/2020) |
| )4/2020 | 6431 | ***SELECTED PARTIES***AFFIDAVIT of Michael H. Glasheen in Support re: 6136 MOTION for Protective Or Document filed by Dallah Avco Trans Arabia, Kingdom of Saudi Arabia, Plaintiffs Executive Committees, FBI. Mot Order to File Under Seal: 4255 .(Vargas, Jeannette) (Entered: 09/04/2020) |
| )4/2020 | 6432 | ***SELECTED PARTIES***REPLY AFFIDAVIT of Deborah Crum in Support re: 6136 MOTION for Protective Document filed by Dallah Avco Trans Arabia, Kingdom of Saudi Arabia, Plaintiffs Executive Committees, FBI. (Att 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)Motion or Order to File Under .(Vargas, Jeannette) (Entered: 09/04/2020) |
| )4/2020 | 6433 | ***SELECTED PARTIES*** REPLY MEMORANDUM OF LAW in Support re: 6136 MOTION for Protective Or Document filed by Dallah Avco Trans Arabia, Kingdom of Saudi Arabia, Plaintiffs Executive Committees, FBI. Mot Order to File Under Seal: 4255 .(Vargas, Jeannette) (Entered: 09/04/2020) |
| )4/2020 | 6434 | NOTICE of Lodging of Classified Submission re: 6136 MOTION for Protective Order .. Document filed by FBI..(Va Jeannette) (Entered: 09/04/2020) |
| )4/2020 | 6435 | MOTION to Sever *Certain Plaintiffs' Motion to Sever Claims Against Sudan*. Document filed by Jacob Kleinberg, Ja Kleinberg, Lauren Kleinberg, Lauren Kleinberg, Mindy Kleinberg, Sam Kleinberg, Sam Kleinberg, Lorie Van Auker Auken, Matthew Van Auken, Sarah Van Auken.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Flowers, Jodi) (Entered: 09/04/2020) |

| | | |
|---|---|---|
| )5/2020 | 6436 | PROPOSED ORDER. Document filed by Jacob Kleinberg, Jacob Kleinberg, Lauren Kleinberg, Lauren Kleinberg, M Kleinberg, Sam Kleinberg, Sam Kleinberg, Lorie Van Auken, Lorie Van Auken, Matthew Van Auken, Sarah Van Au Related Document Number: 6435 ..(Flowers, Jodi) **Proposed Order to be reviewed by Clerk's Office staff.** (Entere 09/05/2020) |
| )8/2020 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 6436 Proposed Order was revi approved as to form. (km)** (Entered: 09/08/2020) |
| )8/2020 | 6437 | LETTER MOTION for Oral Argument addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Com dated 9/8/2020. Document filed by Plaintiffs Executive Committees..(Pounian, Steven) (Entered: 09/08/2020) |
| )8/2020 | 6438 | ORDER AUTHORIZING SERVICE OF WRITS OF EXECUTION BY PRIVATE PROCESS SERVER: WHEREF( in light of the foregoing and for good cause shown, the Havlish Plaintiffs' Motion to Serve Writs of Execution By Pri Process Server, authorizing the Havlish Plaintiffs to retain an alternative, private process server to serve both the Apr writ of execution and any reissued writ of execution on Clearstream Banking S.A., together with any other related pa such time as the United States SONY Marshal Service resumes serving writs of execution and clears its backlog of se other courthouse obligations, is GRANTED. (As further set forth in this Order.) (Signed by Judge George B. Daniels 9/8/2020) (cf) (Entered: 09/08/2020) |
| )8/2020 | 6439 | ORDER AUTHORIZING SERVICE OF WRITS OF EXECUTION BY PRIVATE PROCESS SERVER: WHEREF( in light of the foregoing and for good cause shown, the Hoglan Plaintiffs' Motion to Serve Writs of Execution By Priv Server, authorizing the Hoglan Plaintiffs to retain an alternative, private process server to serve both the April 27, 202 execution and any reissued writ of execution on Clearstream Banking S.A., together with any other related papers, ur time as the United States SONY Marshal Service resumes serving writs of execution and clears its backlog of service courthouse obligations, is GRANTED. (As further set forth in this Order.) (Signed by Judge George B. Daniels on 9/: (Entered: 09/08/2020) |
| )8/2020 | 6440 | MEMORANDUM OF LAW in Opposition re: 6405 LETTER MOTION for Discovery *and for Reconsideration of E( 6290* addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated 8/25/2020. . Docume Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 09/08/2020) |
| )9/2020 | 6441 | **FILING ERROR − DEFICIENT DOCKET ENTRY − (SEE DOCUMENT #6442)** LETTER addressed to Magis Sarah Netburn from Plaintiffs Executive Committees dated September 9, 2020 re: PECs write, with the consent of the of Saudi Arabia, to request a one−week extension to file any Motion for Reconsideration or Objections to the Court's 2020 Opinion and Order (ECF 6408). Document filed by Plaintiffs Executive Committees..(Carter, Sean) Modified o (lb). (Entered: 09/09/2020) |
| )9/2020 | 6442 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated September 9, 20 PECs write, with the consent of the Kingdom of Saudi Arabia, to request a one−week extension to file any Motion fo Reconsideration or Objections as to the Court's August 27, 2020 Opinion and Order (ECF No. 6408). Document filed Plaintiffs Executive Committees..(Carter, Sean) (Entered: 09/09/2020) |
| )9/2020 | 6443 | ***SELECTED PARTIES***JOINT LETTER addressed to Magistrate Judge Sarah Netburn from Counsel for Mult dated September 9, 2020 re: disputes regarding proposed redactions to July 20, 2020 Opinion and Order (ECF No. 63 Document filed by Plaintiffs Executive Committees, FBI. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)I Order to File Under Seal: 4255 .(Krause, Andrew) (Entered: 09/09/2020) |
| .1/2020 | 6445 | ***SELECTED PARTIES*** REPLY re: 6406 Objection (non−motion), 6440 Memorandum of Law in Opposition Document filed by Kingdom of Saudi Arabia, FBI, Dallah Avco Trans Arabia, Plaintiffs Executive Committees. Mot Order to File Under Seal: 1900 .(Pounian, Steven) (Entered: 09/11/2020) |
| .4/2020 | 6446 | MOTION for James D. Schultz to Withdraw as Attorney *re: 03−cv−6978, 03−cv−8591, 04−cv−7216, 17−cv−2129 16−cv−07853 and 17−cv−7914*. Document filed by Federal Insurance Company. (Attachments: # 1 Text of Propose Order).(Carter, Sean) (Entered: 09/14/2020) |
| .4/2020 | 6447 | DECLARATION of Sean P. Carter in Support re: 6446 MOTION for James D. Schultz to Withdraw as Attorney *re: 03−cv−6978, 03−cv−8591, 04−cv−7216, 17−cv−2129, 16−cv−07853 and 17−cv−7914*.. Document filed by Federa Company..(Carter, Sean) (Entered: 09/14/2020) |
| .4/2020 | 6448 | EMERGENCY MOTION to Deposit Funds *into Court Registry or Escrow*. Document filed by Havlish Plaintiffs. (At # 1 Exhibit A Judgment Chart, # 2 Exhibit B Havlish Attorney Hours, # 3 Exhibit C USVSST Fund Supplemental Re Special Master Aug. 2017, # 4 Exhibit D USVSST Fund Report of Special Master on Second Distribution Feb. 2019, E USVSST Fund Report of Special Master Regarding the Third Distribution June 2020, # 6 Text of Proposed Order I Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Fleming, Timothy) (Enter 09/14/2020) |
| .4/2020 | 6449 | MEMORANDUM OF LAW in Support re: (515 in 1:03−cv−09848−GBD−SN) EMERGENCY MOTION to Deposit *Court Registry or Escrow*. . Document filed by Havlish Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD |

| | | |
|---|---|---|
| | | 1:03−cv−09848−GBD−SN.(Fleming, Timothy) (Entered: 09/14/2020) |
| .5/2020 | 6450 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele dated September 15, 2020 re: Reques extension of time for parties to present their joint or separate proposals to the Court as set forth in this Courts August Order (ECF No. 6408). Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 09/15/2020) |
| .5/2020 | 6451 | ORDER granting (6446) Motion to Withdraw as Attorney. (Attorney James David Schultz terminated in case 1:03−md−01570−GBD−SN.) (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed Ir Cases: 1:03−md−01570−GBD−SN et al. (ras) (Entered: 09/15/2020) |
| .5/2020 | 6452 | MEMO ENDORSEMENT on re: 6450 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: Plaintiff for a three−day extension of time is granted. (Signed by Magistrate Judge Sarah Netburn on 9/15/2020) (ras) (Enterec 09/15/2020) |
| .6/2020 | 6453 | ORDER denying without prejudice 6435 Motion to Sever. Plaintiffs may file a notice of substitution of counsel once counsel has appeared and may make whatever appropriate application at that time. (HEREBY ORDERED by Magist Sarah Netburn)(Text Only Order) (jf) (Entered: 09/16/2020) |
| .6/2020 | 6454 | MEMO ENDORSEMENT on re: 6442 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: Plaintiff for a one week extension to file any motion for reconsideration or objection to the Court's August 27, 2020 Opinion a Granted. So Ordered. (Signed by Magistrate Judge Sarah Netburn on 9/16/2020) (js) (Entered: 09/16/2020) |
| .6/2020 | 6455 | ***SELECTED PARTIES*** REPLY MEMORANDUM OF LAW in Support re: 6352 Objection (non−motion), . I filed by FBI, Plaintiffs Executive Committees, Akram Alzamari, Kingdom of Saudi Arabia, Dallah Avco Trans Arab (Attachments: # 1 Exhibit A, # 2 Exhibit B)Motion or Order to File Under Seal: 4255 .(Benett, Megan) (Entered: 09/ |
| .7/2020 | 6456 | MOTION to Vacate *Partial Final Judgments for 5 Burnett Plaintiffs*. Document filed by Burnett Plaintiffs.Filed In A Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 09/17/2020) |
| .7/2020 | 6457 | DECLARATION of John M. Eubanks in Support re: (6456 in 1:03−md−01570−GBD−SN, 459 in 1:15−cv−09903−C MOTION to Vacate *Partial Final Judgments for 5 Burnett Plaintiffs*.. Document filed by Burnett Plaintiffs. Filed In Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 09/17/2020) |
| .7/2020 | 6458 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. Related Document Number: 6456 ..(Eubanks, John) **Pro Order to be reviewed by Clerk's Office staff.** (Entered: 09/17/2020) |
| .7/2020 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (6458 in 1:03−md−01570−GBI in 1:15−cv−09903−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Case 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(dt)** (Entered: 09/17/2020) |
| .7/2020 | 6459 | ***SELECTED PARTIES*** MOTION for Reconsideration re; 6444 Memorandum & Opinion,, . Document filed b Executive Committees.Motion or Order to File Under Seal: 4255 .(Carter, Sean) (Entered: 09/17/2020) |
| .7/2020 | 6460 | ***SELECTED PARTIES***DECLARATION of J. Scott Tarbutton, Esquire in Support re: 6459 MOTION for Reconsideration re; 6444 Memorandum & Opinion,, .. Document filed by Plaintiffs Executive Committees. (Attachm Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)Motion or Order to File Under Seal: 4255 .(Carter, Sean) (Entere 09/17/2020) |
| .8/2020 | 6461 | ORDER: The Court has reviewed the classified submissions of the Federal Bureau of Investigation ("FBI") regarding Plaintiffs' Executive Committees' second motion to compel the FBI, and is scheduling a conference with Government discuss the classified in camera, ex parte Declaration of Jill Sanborn, Assistant Director, FBI, dated April 13, 2020. E 6143. The in camera, ex parte conference will be held on October 1, 2020. At the conference, the Court expects to sp discuss paragraphs 123, 163−64, 227−28, 241, 259, 273, 277, 285, 290, and 332 of the Classified Sanborn Declaratio conference will be transcribed pursuant to the procedures of the Litigation Security Group of the U.S. Department of (Signed by Magistrate Judge Sarah Netburn on 9/18/2020) (ras) (Entered: 09/18/2020) |
| .8/2020 | 6462 | LETTER addressed to Magistrate Judge Sarah Netburn from Nicole Erb dated September 18, 2020 re: Sudan's Objec Plaintiffs' Unauthorized Filing of "Supplemental Pleadings" against Sudan. Document filed by Republic of the Sudan of the Sudan.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Erb, Nicole) (Entered: 09/18/2020) |
| !1/2020 | 6463 | LETTER addressed to Magistrate Judge Sarah Netburn from Waleed Nassar dated September 21, 2020 re: Update on Dr. Abdullah Naseef's Medical Condition. Document filed by Abdullah Naseef..(Nassar, Waleed) (Entered: 09/21/20 |
| !2/2020 | 6464 | ORDER granting (6456) Motion to Vacate in case 1:03−md−01570−GBD−SN; granting (459) Motion to Vacate in c 1:15−cv−09903−GBD−SN: ORDERED that the following final judgments for solatium damages entered on behalf o referenced individuals in the Burnett action, and only these judgments in the Burnett action, are vacated: Danielle Mc No. 5848 at 7, line I ??(Burnett XIV); Mara Moran McGuire, ECF No. 5848 at 7, line 179(Burnett XIV); Ryan P. Mc No. 5848 at 7, line I8I(Burnett XIV); Sean P. McGuire, ECF No. 5848 at 7, line l 78(Burnett XIV); and Shea E. McG No. 5848 at 7, line 180(Burnett XIV). ORDERED that the Court's Final Order of Judgment in the Burnett action at E |

| | | |
|---|---|---|
| | | 5848 remain otherwise in force and that no other final judgments awarded to the above−referenced individuals are af this Order. (Signed by Judge George B. Daniels on 9/22/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN 1:15−cv−09903−GBD−SN (jwh) Transmission to Orders and Judgments Clerk for processing. (Entered: 09/22/2020) |
| 22/2020 | 6465 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated September 22, 2020 re: Prop Deposition Schedule. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 09/22/2020) |
| 22/2020 | 6466 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated 9/22/2020 re: as the August 27, 2020 Order, ECF 6408. Document filed by Plaintiffs Executive Committees..(Pounian, Steven) (Enter 09/22/2020) |
| 24/2020 | 6467 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated September 24, 2020 re: Seale Opposition to Plaintiffs' Motion for Reconsideration of, and Objections to, August 27, 2020 Order. Document filed by of Saudi Arabia..(Kellogg, Michael) (Entered: 09/24/2020) |
| 24/2020 | 6468 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 6459 MOTION for Reconsideration re; 6444 Memorandum & Opinion,, . . Document filed by FBI, Plaintiffs Executive Committees, Dallah Avco Trans Arabia, K Saudi Arabia. Motion or Order to File Under Seal: 4255 .(Kellogg, Michael) (Entered: 09/24/2020) |
| 25/2020 | 6469 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated September 25, 2020 re: Resp Plaintiffs September 22 Letter ECF No. 6466. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Ent 09/25/2020) |
| 25/2020 | 6470 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated 9/25/2020 re: In Saudi Arabia's September 22, 2020 Letter, ECF 6465. Document filed by Plaintiffs Executive Committees. (Attachm Supplement Declaration of Steven Pounian).(Pounian, Steven) (Entered: 09/25/2020) |
| 28/2020 | 6471 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated September 28, 20 request for a two−day extension to September 30, 2020, for Plaintiffs' Reply in support of their Motion for Reconside the Court's August 27, 2020 Order at ECF No. 6444. Document filed by Plaintiffs Executive Committees..(Carter, Se (Entered: 09/28/2020) |
| 28/2020 | 6472 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated September 28, 2020 re: Requ supplement the record regarding 6470 Letter. Document filed by Kingdom of Saudi Arabia. (Attachments: # 1 Declar Andrew C. Shen).(Kellogg, Michael) (Entered: 09/28/2020) |
| 28/2020 | 6473 | MEMO ENDORSEMENT on re: 6471 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: Plaintiff for an extension of time until September 30, 2020, to file a reply in support of the motion for reconsideration is Grant Ordered. (Replies due by 9/30/2020.) (Signed by Magistrate Judge Sarah Netburn on 9/28/2020) (js) (Entered: 09/28/ |
| 28/2020 | 6474 | RESPONSE in Opposition to Motion re: 6448 EMERGENCY MOTION to Deposit Funds *into Court Registry or Esc* Document filed by Federal Insurance Company et al., Plaintiffs..(Carter, Sean) (Entered: 09/28/2020) |
| 28/2020 | 6475 | RESPONSE in Opposition to Motion re: 6448 EMERGENCY MOTION to Deposit Funds *into Court Registry or Esc* Document filed by Plaintiffs Executive Committees..(Maloney, Andrew) (Entered: 09/28/2020) |
| 28/2020 | 6476 | DECLARATION of Andrew J. Maloney in Opposition re: 6448 EMERGENCY MOTION to Deposit Funds *into Cou or Escrow*.. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Malon Andrew) (Entered: 09/28/2020) |
| 29/2020 | | CLERK CERTIFICATE OF MAILING UNEXECUTED for two copies of the 1)Cover Letter to Mohammad Javad Z 2)Certificate of Default, dated February 19, 2020 (Ray Doc. No. 221) 3)Order of Partial Final Default Judgment ente Honorable George B. Daniels on February 19, 2020 (Ray Doc. No. 221) 4)Notice of Default Judgment 5)The text of U.S.C. § 1602, et seq.; 6)Notice of right to Appeal and Appeal Form 7)Notarized affidavits from the Translator maile H.E. Mohammad Javad Zarif Ministry o f Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, on 3/9/2020 by Federal Express tracking # 7779 3546 4192, as per (6045 in 1:03−md−01570−GBD−SN) Clerk Certi Mailing. Confirmation that delivery was executed was not received by the Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN.(smc) (Entered: 09/29/2020) |
| 29/2020 | | CLERK CERTIFICATE OF MAILING UNEXECUTED for two copies of the 1) Notice of Default Judgment with c Farsi translation; 2) a true and certified copy of the August 31, 2015 default judgment on liability with certified Farsi 3) a true and certified copy of the December 5, 2018 Iran Short Form Complaint with certified Farsi translation 4) a t certified copy of the January 8, 2020 Partial Final Judgment and the moving papers for Plaintiffs Motion with certifie translations. 5 ) The Foreign Sovereign Immunities Act with certified Farsi translation mailed to Islamic Republic of Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini Street, Imam Khom Tehran, Islamic Republic of Iran, by dispatch to the Secretary of State, Attn: Director of Consular Services, Office of Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520 on 2/4/2020 by Federal Express tracking # 7776 7035 8213, as per (5828 in |

| | | |
|---|---|---|
| | | 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. Confirmation that delivery was executed was not received Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−11340−GBD−SN(smc) (Entered: 09/29/2020) |
| 29/2020 | | CLERK CERTIFICATE OF MAILING UNEXECUTED for two copies of the 1) the Notice of Default Judgment wit Farsi translation; 2) a true and certified copy of the August 31, 2015 default judgment on liability with certified Farsi 3) a true and certified copy of the September 12, 2018 Iran Short Form Complaint with certified Farsi translation 4) a certified copy of the January 8, 2020 Partial Final Judgment and the moving papers for Plaintiffs Motion with certifie translations. 5) The Foreign Sovereign Immunities Act with certified Farsi translation mailed to Islamic Republic of I Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini Street, Imam Khom Tehran, Islamic Republic of Iran, by dispatch to the Secretary of State, Attn: Director of Consular Services, Office of Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520 on 2/4/2020 by Federal Express tracking # 7776 7034 5143, as per (5827 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. Confirmation that delivery was executed was not received Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−08297−GBD−SN(smc) (Entered: 09/29/2020) |
| 29/2020 | 6477 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated 9/29/2020 re: sta testimony of witness Mohdar Mohamed Abdullah a/k/a Zeid in Sweden. Document filed by Plaintiffs Executive Committees..(Pounian, Steven) (Entered: 09/29/2020) |
| 29/2020 | 6478 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated 9/29/2020 re: in Saudi Arabia's September 28, 2020 Letter, ECF 6472. Document filed by Plaintiffs Executive Committees..(Pounian, (Entered: 09/29/2020) |
| 30/2020 | 6479 | LETTER addressed to Magistrate Judge Sarah Netburn from Andrew E. Krause dated September 30, 2020 re: reques termination of appearance. Document filed by FBI..(Krause, Andrew) (Entered: 09/30/2020) |
| 30/2020 | 6480 | ***SELECTED PARTIES*** REPLY MEMORANDUM OF LAW in Support re: 6459 MOTION for Reconsiderati Memorandum & Opinion,, . . Document filed by Plaintiffs Executive Committees. Motion or Order to File Under Sea .(Carter, Sean) (Entered: 09/30/2020) |
| 30/2020 | 6481 | OPINION & ORDER re: (5361 in 1:03−md−01570−GBD−SN, 1115 in 1:02−cv−06977−GBD−SN) MOTION for Reconsideration re; (5180 in 1:03−md−01570−GBD−SN, 1085 in 1:02−cv−06977−GBD−SN) Memorandum & Opin Motion for Reconsideration and/or Clarification of Decision Establishing a Common Benefit Fund Solely in Favor of Co filed by, All Plaintiffs, (6216 in 1:03−md−01570−GBD−SN, 6216 in 1:03−md−01570−GBD−SN) MOTION to S Limited Discovery on the PEC and on Holders of Judgments against the Islamic Republic of Iran in this MDL, MOT Discovery on the PEC and on Holders of Judgments against the Islamic Republic of Iran in this MDL, filed by Havlis Plaintiffs. The Court DENIES Responding and Federal Plaintiffs' motions for reconsideration. The parties are directe sworn declarations and supporting evidence to the Court within 30 days with (1) detailed information concerning thei expenses for the common benefit in securing the original Iran default judgment, and (2) information detailing the perc and dollar amounts that all parties and their counsel have recovered from the USVSST Fund. Responding Plaintiffs' r oral argument is DENIED as moot. Havlish Plaintiffs' May 15, 2020 motion for discovery is also DENIED as moot. T of Court is respectfully directed to terminate the gavels at ECF Nos. 5359, 5361, and 6216. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN. (ras) (Entered: 09/30/2020) |
| 01/2020 | 6482 | ORDER: At the August 5, 2020 conference, the Court authorized the Plaintiffs' ExecutiveCommittees to file two con amended complaints against the Republic of Sudan. See Aug. 5, 2020 Hr'g. Tr., at 45: 16−17. On September 4, 2020, notified the Court that they had filed two supplemental pleadings against the Republic of Sudan, rather than two cons amended complaints. ECF No. 6428. The Republic of Sudan objected to Plaintiffs' filings on September 18, 2020. EC 6462. The PECs have not explained why their filings were authorized by the Court's order, nor have they responded t letter. The Court directs the PECs to file a letter with the Court by October 9, 2020, explaining their filings and the Pl position on whether and how the filing of supplemental pleadings impacts the defaults currently in place against Suda Court also ordered the parties to propose procedures for other parties to join in a short form complaint. Aug. 5, 2020 I 45:18−19. Sudan's agreement to the briefing schedule jointly proposed by the parties was continent on Plaintiffs pron proposing and the Court approving a short−form complaint procedure that would allow the Maher, Ryan, and Breitwe Plaintiffs to be included in the briefing schedule. See ECF No. 6399. Plaintiffs have not yet proposed such a procedur Court. Plaintiffs are additionally ordered to propose a procedure by the Court, or explain why they are not doing so, b 9, 2020. The deadline for the filing of Sudan's consolidated motion to dismiss, set for October 16, 2020, is stayed unt receives the PECs' letter and rules on the propriety of the PECs' filings. So Ordered (Signed by Magistrate Judge Sara on 10/1/2020) (js) (Entered: 10/01/2020) |
| 02/2020 | 6483 | MEMO ENDORSEMENT on re: 6479 Letter filed by FBIENDORSEMENT: Andrew Krause's request for the entry terminating his appearance is Granted. So Ordered. Attorney Andrew Edward Krause terminated. (Signed by Magistr Sarah Netburn on 10/2/2020) (js) (Entered: 10/02/2020) |

| | | |
|---|---|---|
| )2/2020 | 6484 | ***SELECTED PARTIES*** OPINION & ORDER: The publication of the July 20 Order on the public docket with redactions is stayed for 7 days to give the parties an opportunity to file any appeals. The parties are directed to redact papers filed in connection with the July 20 Order consistent with this Order and upload the briefing papers with redac the public docket within 30 days. (Signed by Magistrate Judge Sarah Netburn on 10/2/2020) (ras) (Entered: 10/02/20 |
| )2/2020 | 6485 | ***SELECTED PARTIES*** OPINION & ORDER: Plaintiffs' motion for reconsideration is GRANTED in part. Sa is directed to perform the required searches and produce responsive documents within 45 days of this Order. (Signed Magistrate Judge Sarah Netburn on 10/2/2020) (ras) (Entered: 10/02/2020) |
| )2/2020 | 6512 | OPINION & ORDER: The publication of the July 20 Order on the public docket with the above redactions is stayed to give the parties an opportunity to file any appeals. The parties are directed to redact the briefing papers filed in con with the July 20 Order consistent with this Order and upload the briefing papers with redactions onto the public dock days. (Signed by Magistrate Judge Sarah Netburn on 10/02/2020) (ras) (Entered: 10/24/2020) |
| )2/2020 | 6576 | OPINION & ORDER: Plaintiffs' motion for reconsideration is GRANTED in part. Saudi Arabia is directed to perfor required searches and produce responsive documents within 45 days of this Order. (Signed by Magistrate Judge Saral on 10/2/2020) (ras) (Entered: 01/11/2021) |
| )7/2020 | 6486 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated October 7, 2020 supplement the record in support of Plaintiffs' Motion for Reconsideration of the Court's August 27, 2020 Order. Doc by Plaintiffs Executive Committees..(Carter, Sean) (Entered: 10/07/2020) |
| )7/2020 | 6487 | LETTER addressed to Judge George B. Daniels from Plaintiffs' Executive Committee for Personal Injury and Death dated 10/7/2020 re: request for an extension of time to file objections to ECF 6481. Document filed by Plaintiffs Exe Committees..(Benett, Megan) (Entered: 10/07/2020) |
| )8/2020 | 6488 | LETTER addressed to Judge George B. Daniels from Dennis G. Pantazis dated 10/08/2020 re: to clarify Havlish Plai position re: the PEC's request for an extension of time to file objections to Judge Netburn's Order of September 30, 2( 6481. Document filed by Havlish Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Pantazis, Dennis) (Entered: 10/08/2020) |
| )8/2020 | 6489 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated October 8, 2020 re: Response Plaintiffs' October 7, 2020 letter. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 10/08/2 |
| )9/2020 | 6490 | MEMO ENDORSEMENT on re: (6487 in 1:03−md−01570−GBD−SN) Letter. ENDORSEMENT: SO ORDERED. ( Judge George B. Daniels on 10/9/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GB (jwh) (Entered: 10/09/2020) |
| )9/2020 | 6491 | ***SELECTED PARTIES*** LETTER MOTION for Discovery *to supplement the record and expedite document p* addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated 10/9/2020. Document file Plaintiffs Executive Committees, Dallah Avco Trans Arabia, Kingdom of Saudi Arabia. (Attachments: # 1 Suppleme Declaration of Steven Pounian)Motion or Order to File Under Seal: 4255 .(Pounian, Steven) (Entered: 10/09/2020) |
| )9/2020 | 6492 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated October 9, 2020 of short−form procedure referenced in the Courts Order at ECF No. 6482. Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 10/09/2020) |
| )9/2020 | 6493 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated October 9, 2020 Response to Sudan's Letter at ECF No. 6462 and the Court's related Order at ECF No. 6482. Document filed by Plain Executive Committees..(Haefele, Robert) (Entered: 10/09/2020) |
| .2/2020 | 6494 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated October 12, 202( Plaintiffs' offer for the Court's consideration an additional new analysis published by Bloomberg News on Friday, Oc 2020. Document filed by Plaintiffs Executive Committees..(Carter, Sean) (Entered: 10/12/2020) |
| .2/2020 | 6495 | LETTER addressed to Judge George B. Daniels from Plaintiffs Executive Committees dated October 12, 2020 re: Pla Executive Committee for Commercial Claims writes to request that the Court apply its October 9, 2020 Order (ECF # the Plaintiffs' Executive Committee for Commercial Claims and grant a corresponding extension to file objections to #6481. Document filed by Plaintiffs Executive Committees..(Carter, Sean) (Entered: 10/12/2020) |
| .3/2020 | 6496 | LETTER addressed to Magistrate Judge Sarah Netburn from Nicole Erb dated October 13, 2020 re: Sudan's Respons Plaintiffs' Letter at ECF No. (6493). Document filed by Republic of the Sudan, Republic of the Sudan.Filed In Assoc 1:03−md−01570−GBD−SN et al..(Erb, Nicole) (Entered: 10/13/2020) |
| .3/2020 | 6497 | ***SELECTED PARTIES*** LETTER MOTION for Discovery *to supplement the record and for partial reconside this Court's April 27, 2020 Order & Opinion* addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated 10/13/2020. Document filed by Dallah Avco Trans Arabia, Kingdom of Saudi Arabia, FBI, Plainti Executive Committees. (Attachments: # 1 Supplement Declaration of Steven Pounian)Motion or Order to File Under .(Pounian, Steven) (Entered: 10/13/2020) |

| | | |
|---|---|---|
| .4/2020 | 6498 | MEMO ENDORSEMENT re: 6495 Letter filed by Plaintiffs Executive Committees. ENDORSEMENT: SO ORDER (Signed by Judge George B. Daniels on 10/14/2020) (nb) (Entered: 10/14/2020) |
| .4/2020 | 6499 | MOTION for Issuance of Letters Rogatory as to (1) Ayatollah Ali Hoseini−Khamenei, Supreme Leader of Iran; (2) E Akbar Hashemi Rafsanjani, Deceased, former Chairman of the Expediency Discernment Counsel and former Preside (3) National Iranian Oil Company; (4) National Iranian Tanker Company; (5) National Iranian Gas Company; (6) Na Iranian Petrochemical Company; (7) Iran Airlines; and (8) Hezbollah in Switzerland *for delivery to the Islamic Repul* Document filed by Herman Ray. (Attachments: # 1 Exhibit A Request for International Judicial Assistance, # 2 Exhil Dept letter 2013, # 3 Text of Proposed Order Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN 1:19−cv−00012−GBD−SN.(Fleming, Timothy) (Entered: 10/14/2020) |
| .4/2020 | 6500 | MEMORANDUM OF LAW in Support re: (228 in 1:19−cv−00012−GBD−SN) MOTION for Issuance of Letters Ro (1) Ayatollah Ali Hoseini−Khamenei, Supreme Leader of Iran; (2) Estate of Ali Akbar Hashemi Rafsanjani, Decease Chairman of the Expediency Discernment Counsel and former President of Iran; *( 3) National Iranian Oil Company; National Iranian Tanker Company; (5) National Iranian Gas Company; (6) National Iranian Petrochemical Compar Airlines; and, (8) Hezbollah*. Document filed by Herman Ray. Filed In Associated Cases: 1:03−md−01570−GBD−SN 1:19−cv−00012−GBD−SN.(Fleming, Timothy) (Entered: 10/14/2020) |
| .5/2020 | 6501 | ***SELECTED PARTIES***LETTER REPLY to Response to Motion addressed to Magistrate Judge Sarah Netburn Jeannette A. Vargas dated October 15, 2020 re: 6491 LETTER MOTION for Discovery *to supplement the record and document production* addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated 10/9 Document filed by Plaintiffs Executive Committees, Dallah Avco Trans Arabia, Kingdom of Saudi Arabia, FBI. Mot Order to File Under Seal: 4255 .(Vargas, Jeannette) (Entered: 10/15/2020) |
| .6/2020 | 6502 | LETTER addressed to Magistrate Judge Sarah Netburn from Steven T. Cottreau dated 10/16/2020 re: Status of Motic Class at ECF No. 5675. Document filed by Dubai Islamic Bank..(Cottreau, Steven) (Entered: 10/16/2020) |
| .6/2020 | 6503 | PROPOSED ORDER. Document filed by Herman Ray. Related Document Number: 6499 ..(Fleming, Timothy) **Prop Order to be reviewed by Clerk's Office staff.** (Entered: 10/16/2020) |
| .6/2020 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (6503 in 1:03−md−01570−GBD in 1:19−cv−00012−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN(dt)** (Entered: 10/16/2020) |
| .6/2020 | 6504 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman, Esq. dated 10/16/2020 Document file O'Neill, C. O'Neill, C. O'Neill.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN.(G Jerry) (Entered: 10/16/2020) |
| .6/2020 | 6505 | ***SELECTED PARTIES***LETTER RESPONSE to Motion addressed to Magistrate Judge Sarah Netburn from Je Vargas dated October 16, 2020 re: 6497 LETTER MOTION for Discovery *to supplement the record and for partial reconsideration of this Court's April 27, 2020 Order & Opinion* addressed to Magistrate Judge Sarah Netburn from P Executive Committees dated 10/13/2020. . Document filed by Plaintiffs Executive Committees, Kingdom of Saudi A Dallah Avco Trans Arabia, FBI. Motion or Order to File Under Seal: 4255 .(Vargas, Jeannette) (Entered: 10/16/2020 |
| .9/2020 | 6506 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Con dated October 19, 2020 re: Reply to the October 15, 2020 letter (ECF#6501) of the government. Document filed by P Executive Committees.Motion or Order to File Under Seal: 4255 .(Carter, Sean) (Entered: 10/19/2020) |
| 20/2020 | 6509 | ***SELECTED PARTIES***LETTER REPLY to Response to Motion addressed to Magistrate Judge Sarah Netburn Plaintiffs' Executive Committees dated 10/20/2020 re: 6497 LETTER MOTION for Discovery *to supplement the reco partial reconsideration of this Court's April 27, 2020 Order & Opinion* addressed to Magistrate Judge Sarah Netburn Plaintiffs' Executive Committees dated 10/13/2020. . Document filed by Kingdom of Saudi Arabia, Dallah Avco Tra FBI, Plaintiffs Executive Committees. Motion or Order to File Under Seal: 4255 .(Pounian, Steven) (Entered: 10/20/2 |
| 21/2020 | 6510 | OPINION & ORDER re: 5265 LETTER MOTION for Oral Argument addressed to Magistrate Judge Sarah Netburn Steven R. Pounian dated 11/04/2019, filed by Plaintiffs Executive Committees, re: 5127 MOTION to Compel Federa Investigation to produce documents [Redacted Motion to Compel previously filed under seal on 5/31/2019, ECF Doc 4568], filed by Plaintiffs Executive Committees. Pursuant to the analysis above, the Court finds the redacted classifie in the 2012 Summary Report to be properly protected by the state secrets privilege and the redacted unclassified secti properly protected by the law enforcement privilege. Because these privileges apply, the Court declines to assess the applicability of the National Security Act, the work product and deliberative process privileges, and the law enforcem privilege as to the redacted classified sections. The Court therefore DENIES Plaintiffs' motion to compel the FBI to p redacted portions of the 2012 Summary Report. Plaintiffs' motion for oral argument is DENIED as moot. The Clerk c respectfully directed to terminate the motion at ECF No. 5265. SO ORDERED. (Signed by Magistrate Judge Sarah N 10/21/2020) (ks) Modified on 10/22/2020 (ras). (Entered: 10/21/2020) |
| 27/2020 | 6513 | LETTER MOTION for Extension of Time addressed to Magistrate Judge Sarah Netburn from Kelly A. Moore dated 2020. Document filed by Akram Alzamari..(Moore, Kelly) (Entered: 10/27/2020) |

| | | |
|---|---|---|
| 28/2020 | 6514 | ORDER granting 6513 Letter Motion for Extension of Time. The Court approves the proposed schedule set forth in M Alzamari's letter. Plaintiffs and Mr. Alzamari shall publicly file their redacted briefing papers related to the July 20, 2 in accordance with the Court's October 2, 2020 Order or submit any related disputes to the Court by no later than Dec 2020. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) (ras) (Entered: 10/28/2020) |
| 29/2020 | 6515 | AMENDED ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of C assignment to a Magistrate Judge for Specific Non−Dispositive Motion/Dispute: Motion to Certify Class (ECF No. 5 Referred to Magistrate Judge Sarah Netburn. Motions referred to Sarah Netburn. (Signed by Judge George B. Daniels 10/29/2020) (jwh) (Entered: 10/29/2020) |
| 29/2020 | | MOTIONS REFERRED: 5675 MOTION to Certify Class. Motions referred to Sarah Netburn. (jwh) (Entered: 10/29/ |
| 29/2020 | 6516 | LETTER MOTION for Extension of Time *to file motions or objections addressing the Court's October 21, 2020 Opi Order, ECF No. 6510* addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated 10/2 Document filed by Plaintiffs Executive Committees..(Pounian, Steven) (Entered: 10/29/2020) |
| 02/2020 | 6517 | ORDER granting 6516 Letter Motion for Extension of Time. Plaintiffs' motion for reconsideration, if any, to the Cou 21, 2020 Order and Opinion (ECF No. 6510) shall be due within 14 days of the Court's Order addressing Plaintiffs' m compel, filed under seal on January 15, 2020, and the FBI's cross−motion for a protective order, filed under seal on A 2020. To the extent Plaintiffs also anticipate objecting to the forthcoming Order concerning their January 15, 2020 m compel and the FBI's April 13, 2020 cross−motion for a protective order, they may file a single motion for reconside presenting all objections to both Orders. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Orde (Netburn, Sarah) (Entered: 11/02/2020) |
| 02/2020 | 6518 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated 11/2/2020 re: se clarification of this Courts November 2, 2020 Order, ECF No. 6517. Document filed by Plaintiffs Executive Committees..(Pounian, Steven) (Entered: 11/02/2020) |
| 02/2020 | 6519 | MEMO ENDORSEMENT on re: 6518 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: Any obj the October 21, 2020 Order shall be due within 14 days of the Court's Order addressing Plaintiff's motion to compel, seal on January 15, 2020, and the FBI's cross−motion for protective order filed under seal on April 13, 2020. So Orde (Signed by Magistrate Judge Sarah Netburn on 11/2/2020) (js) (Entered: 11/04/2020) |
| 04/2020 | 6520 | BRIEF re: 6481 Memorandum & Opinion,,,,,, *The Federal Plaintiffs' Objections Pursuant to Federal Rule of Civil P 72(A) and 28 U.S. C. Section 636(B)(1) to the September 30, 2020 Opinion and Order (ECF No. 6481)*. Document fil Federal Insurance Company et al., Plaintiffs..(Carter, Sean) (Entered: 11/04/2020) |
| 04/2020 | 6521 | ORDER: The Court has reviewed the parties' letters and finds that the Supplemental Complaints filed September 4, 2 not authorized by the Court at the August 5, 2020 Conference. The Court therefore orders that by no later than Nover 2020, the PECs and the Ashton Plaintiffs each separately file a consolidated amended complaint to supersede all prev complaints against Sudan in the relevant member cases. By November 20, 2020, the PECs and the Ashton Plaintiffs a directed to propose, either separately or jointly, procedures for other parties to join the consolidated amended compla short form complaint. Sudan shall file its motion to dismiss the consolidated complaints by January 8, 2021. The PEC Ashton Plaintiffs shall file a joint opposition by February 22, 2021. Sudan's reply shall be due by March 24, 2021. Th shall comply with the Court's directions stated on the record at the August 5, 2020 Conference to address, through the on Sudan's motion to dismiss, the effectsif any − of an amended complaint on the entries of default against Sudan. SO ORDERED. (Amended Pleadings due by 11/20/2020, Motions due by 1/8/2021, Responses due by 2/22/2021, Replie 3/24/2021.) (Signed by Magistrate Judge Sarah Netburn on 11/4/2020) (jca) (Entered: 11/04/2020) |
| 04/2020 | 6522 | Objection re: 6481 Memorandum & Opinion,,,,,, 5180 Memorandum & Opinion,,,, . Document filed by Plaintiffs Exe Committees..(Maloney, Andrew) (Entered: 11/04/2020) |
| 04/2020 | 6523 | DECLARATION of Andrew J. Maloney, III in Support re: 6522 Objection (non−motion). Document filed by Plainti Executive Committees. (Attachments: # 1 Exhibit A).(Maloney, Andrew) (Entered: 11/04/2020) |
| 04/2020 | 6524 | MEMORANDUM OF LAW re: (6481 in 1:03−md−01570−GBD−SN) Memorandum & Opinion,,,,,, . Document file Gordon Aamoth, Lloyd Abel, Lloyd Abel, Audrey Ades, Roberta Agyeman, Jessica Derubbio, Marinella Hemenway Jimenez, Bakahityar Kamardinova, Chang Kim, Maureen Moody−Theinert, Horace Morris, John O'Neill, Cheryl Riv Matthew Rowenhorst, Laurence Schlissel. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Je (Entered: 11/04/2020) |
| 05/2020 | 6525 | ORDER granting (6499) Motion for Issuance of Letters Rogatory in case 1:03−md− 01570−GBD−SN; granting (228 for Issuance of Letters Rogatory in case 1:19−cv−00012−GBD−SN. The Ray Plaintiffs filed a Motion for Issuance o Rogatory. Upon consideration of the Plaintiffs Motion, and the accompanying Memorandum of Law and exhibits, it i ORDERED and DECREED that Plaintiffs Motion is GRANTED. This Court directs the Clerk of Court to issue Lette directed to the Islamic Republic of Iran, substantially similar in form to that attached as EXHIBIT A to Plaintiffs' Mo No. 6499−1), requesting assistance in serving the Second Amended Complaint, and the necessary accompanying doc upon the following Defendants: (1) Ayatollah Ali Hoseini−Khamenei; (2) the Estate of Ali Akbar Hashemi Rafsanjar |

| | | |
|---|---|---|
| | | National Iranian Oil Company; (4) National Iranian Tanker Company; (5) National Iranian Gas Company; (6) Nation Petrochemical Company; (7) Iran Airlines; and (8) Hezbollah. The Letters Rogatory and the accompanying legal doc including any translations, related to the Second Amended Complaint in this case shall be transmitted to the U.S. Dep State for delivery to the appropriate judicial authority of the Islamic Republic of Iran, pursuant to §1608(b)(3)(A). Th Court is respectfully directed to terminate the motions at ECF Nos. 6499 (03−MDL−01570) and 228 (19−CV−00012 Ordered.. (Signed by Magistrate Judge Sarah Netburn on 11/5/2020) Filed In Associated Cases: 1:03−md−01570−GE 1:19−cv−00012−GBD−SN (js) Transmission to Orders and Judgments Clerk for processing. (Entered: 11/05/2020) |
| )6/2020 | 6526 | MOTION for Stephen Wah to Withdraw as Attorney . Document filed by Gordon Aamoth, Laurence Abel, Lloyd Ab Abel, Lloyd Abel, Lloyd Abel, Jr, Lloyd Abel, Sr, Audrey Ades, Roberta Agyeman, August Bernaerts, Deborah Bodn Margarite Bonomo, Rodney Bush, William Cintron−Lugos, Patricia DeConto, Jessica Derubbio, Joseph Deuel, Richa Allison Garger, Samantha Gordenstein, Arthur Harris, Marinella Hemenway, Alexander Jimenez, Farida Kamardinov Kim, Karyl Kincaid−Noel, Stephanie Lang, BNY Mellon, Queen Mercer, Maureen Moody−Theinert, Horace Morris, Murray, Michael Murray, J. O'Neill, John O'Neill, Ana Ortiz, Mario Perez, Hopeton Richards, Cheryl Rivelli, Debora Matthew Rowenhorst, Laurence Schlissel, Shannon Spence, Edward Stackpole, Michael Stackpole, Jack Zelmanowit (Attachments: # 1 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Je (Entered: 11/06/2020) |
| )6/2020 | 6527 | DECLARATION of Jerry S. Goldman in Support re: (84 in 1:18−cv−12277−GBD−SN, 135 in 1:18−cv−05321−GBI in 1:03−md−01570−GBD−SN, 26 in 1:18−cv−12272−GBD−SN, 18 in 1:19−cv−11767−GBD−SN, 26 in 1:18−cv−12273−GBD−SN, 735 in 1:04−cv−01923−GBD−SN, 131 in 1:18−cv−05339−GBD−SN, 26 in 1:18−cv−12274−GBD−SN, 28 in 1:18−cv−12270−GBD−SN, 26 in 1:18−cv−11969−GBD−SN, 26 in 1:18−cv−12275−GBD−SN, 26 in 1:18−cv−11967−GBD−SN, 89 in 1:18−cv−11837−GBD−SN, 67 in 1:18−cv−11876−GBD−SN, 25 in 1:18−cv−12381−GBD−SN, 26 in 1:18−cv−11965−GBD−SN, 29 in 1:18−cv−11941−GBD−SN, 30 in 1:18−cv−11885−GBD−SN, 18 in 1:19−cv−11776−GBD−SN, 29 in 1:18−cv−11964−GBD−SN, 88 in 1:18−cv−11878−GBD−SN, 29 in 1:18−cv−11950−GBD−SN, 147 in 1:18−cv−05306−GBD−SN, 511 in 1:04−cv−01922−GBD−SN, 79 in 1:18−cv−12276−GBD−SN, 27 in 1:18−cv−11880−GBD−SN, 27 in 1:18−cv−11946−GBD−SN, 26 in 1:18−cv−11971−GBD−SN, 132 in 1:18−cv−05320−GBD−SN, 89 in 1:18−cv−12387−GBD−SN, 26 in 1:18−cv−11904−GBD−SN, 26 in 1:18−cv−11966−GBD−SN, 77 in 1:18−cv−11875−GBD−SN, 561 in 1:04−cv−01076−GBD−SN, 28 in 1:18−cv−11926−GBD−SN, 96 in 1:18−cv−07306−GBD−SN, 29 in 1:18−cv−11888−GBD−SN, 91 in 1:18−cv−11870−GBD−SN, 26 in 1:18−cv−11970−GBD−SN, 15 in 1:19−cv−11865−GBD−SN, 112 in 1:18−cv−05331−GBD−SN) MOTION for Stephen Wah to Withdraw as Attorney .. Document filed by Gordon Aamo Abel, Lloyd Abel, Lloyd Abel, Audrey Ades, Roberta Agyeman, August Bernaerts, Deborah Bodner, Margarite Bono Rodney Bush, William Cintron−Lugos, Marie DeConto LeBlanc, Jessica Derubbio, Joseph Deuel, Joseph Deuel, Alli Samantha Gordenstein, Arthur Harris, Arthur Harris, Marianella Hemenway, Marinella Hemenway, Alexander Jimer Bakahityar Kamardinova, Chang Kim, Karyl Kincaid−Noel, Stephanie Lang, BNY Mellon, Queen Mercer, Maureen Moody−Theinert, Horace Morris, Michael Murray, Michael Murray, Ana Ortiz, Berta Perez, Hopeton Richards, Cher Deborah Rooney, Matthew Rowenhorst, Laurence Schlissel, Shannon Spence, Edward Stackpole, Michael Stackpole Zelmanowitz. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 11/06/2020) |
| )6/2020 | 6528 | PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY. Document filed by Gordon Aamoth, Lloyd Abel, Llo Audrey Ades, Roberta Agyeman, August Bernaerts, Deborah Bodner, Margarite Bonomo, Rodney Bush, William Cintron−Lugos, David DeConto, Jessica Derubbio, Richard Deuel, Allison Garger, David Gordenstein, Arthur Harris Harris, Marinella Hemenway, Alexander Jimenez, Bakahityar Kamardinova, Chang Kim, Stephanie Lang, BNY Mel Mercer, Maureen Moody−Theinert, Horace Morris, Michael Murray, Michael Murray, Ana Ortiz, Berta Perez, Hopet Richards, Cheryl Rivelli, Deborah Rooney, Matthew Rowenhorst, Laurence Schlissel, Barbara Spence, Michael Stacl Zelmanowitz..(Goldman, Jerry) (Entered: 11/06/2020) |
| .0/2020 | 6529 | LETTER addressed to Magistrate Judge Sarah Netburn from Waleed Nassar dated November 10, 2020 re: Update on Dr. Abdullah Naseef's Medical Condition. Document filed by Abdullah Naseef..(Nassar, Waleed) (Entered: 11/10/20 |
| .0/2020 | 6530 | ORDER in case 1:03−cv−09848−GBD−SN; granting (6526) Motion to Withdraw as Attorney, in case 1:03−md−01570−GBD−SN; granting (561) Motion to Withdraw as Attorney, in case 1:04−cv−01076−GBD−SN; gra Motion to Withdraw as Attorney, in case 1:04−cv−01922−GBD−SN; granting (735) Motion to Withdraw as Attorney 1:04−cv−01923−GBD−SN; granting (147) Motion to Withdraw as Attorney, in case 1:18−cv−05306−GBD−SN; gran Motion to Withdraw as Attorney, in case 1:18−cv−05320−GBD−SN; granting (135) Motion to Withdraw as Attorney 1:18−cv−05321−GBD−SN; granting (112) Motion to Withdraw as Attorney, in case 1:18−cv−05331−GBD−SN; gran Motion to Withdraw as Attorney, in case 1:18−cv−05339−GBD−SN; granting (96) Motion to Withdraw as Attorney, 1:18−cv−07306−GBD−SN; granting (89) Motion to Withdraw as Attorney, in case 1:18−cv−11837−GBD−SN; grant Motion to Withdraw as Attorney, in case 1:18−cv−11870−GBD−SN; granting (77) Motion to Withdraw as Attorney, 1:18−cv−11875−GBD−SN; granting (67) Motion to Withdraw as Attorney, in case 1:18−cv−11876−GBD−SN; grant Motion to Withdraw as Attorney, in case 1:18−cv−11878−GBD−SN; granting (27) Motion to Withdraw as Attorney, 1:18−cv−11880−GBD−SN; granting (30) Motion to Withdraw as Attorney, in case 1:18−cv−11885−GBD−SN; grant Motion to Withdraw as Attorney, in case 1:18−cv−11888−GBD−SN; granting (26) Motion to Withdraw as Attorney, 1:18−cv−11904−GBD−SN; granting (28) Motion to Withdraw as Attorney, in case 1:18−cv−11926−GBD−SN; grant |

| | | |
|---|---|---|
| | | Motion to Withdraw as Attorney, in case 1:18−cv−11941−GBD−SN; granting (27) Motion to Withdraw as Attorney, 1:18−cv−11946−GBD−SN; granting (29) Motion to Withdraw as Attorney, in case 1:18−cv−11950−GBD−SN; grant Motion to Withdraw as Attorney, in case 1:18−cv−11964−GBD−SN; granting (26) Motion to Withdraw as Attorney, 1:18−cv−11965−GBD−SN; granting (26) Motion to Withdraw as Attorney, in case 1:18−cv−11966−GBD−SN; grant Motion to Withdraw as Attorney, in case 1:18−cv−11967−GBD−SN; granting (26) Motion to Withdraw as Attorney, 1:18−cv−11969−GBD−SN; granting (26) Motion to Withdraw as Attorney, in case 1:18−cv−11970−GBD−SN; grant Motion to Withdraw as Attorney, in case 1:18−cv−11971−GBD−SN; granting (28) Motion to Withdraw as Attorney, 1:18−cv−12270−GBD−SN; granting (26) Motion to Withdraw as Attorney, in case 1:18−cv−12272−GBD−SN; grant Motion to Withdraw as Attorney, in case 1:18−cv−12273−GBD−SN; granting (26) Motion to Withdraw as Attorney, 1:18−cv−12274−GBD−SN; granting (26) Motion to Withdraw as Attorney, in case 1:18−cv−12275−GBD−SN; grant Motion to Withdraw as Attorney, in case 1:18−cv−12276−GBD−SN; granting (84) Motion to Withdraw as Attorney, 1:18−cv−12277−GBD−SN; granting (25) Motion to Withdraw as Attorney, in case 1:18−cv−12381−GBD−SN; grant Motion to Withdraw as Attorney, in case 1:18−cv−12387−GBD−SN; granting (18) Motion to Withdraw as Attorney, 1:19−cv−11767−GBD−SN; granting (18) Motion to Withdraw as Attorney, in case 1:19−cv−11776−GBD−SN; grant Motion to Withdraw as Attorney, in case 1:19−cv−11865−GBD−SN. SO ORDERED. (Attorney Stephen Wah termir (Signed by Magistrate Judge Sarah Netburn on 11/10/2020) Filed In Associated Cases: 1:03−md−01570−GBD−SN, Modified on 11/10/2020 (ras). (Entered: 11/10/2020) |
| .0/2020 | 6531 | ORDER denying (515) Motion to Deposit Funds in case 1:03−cv−09848−GBD−SN; denying (6448) Motion to Depo case 1:03−md−01570−GBD−SN. Pursuant to ECF No. 4371, the Havlish Plaintiffs' request that all Plaintiffs who hol judgments against Iran deposit their third−round USVSST Fund awards into a court registry or escrow is DENIED. A previously found, the Havlish Plaintiffs have not established good cause for such a restraint. However, pursuant to th September 30, 2020 Opinion & Order, ECF No. 6481, all Plaintiffs who hold judgments against Iran should be on no they may be required to pay a portion of their USVSST Fund recoveries in favor of a common benefit fee once the ar such a fee has been determined. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN. (ras) (Entered: 11/10/2020) |
| .3/2020 | | CLERK CERTIFICATE OF MAILING UNEXECUTED for the 1)Notice of Default Judgment (in English and Farsi) of Partial Judgment for damages, dated 2/11/2020; ECF no. 5909 (in English and Farsi); 3)A copy of 28 U.S.C. 1330 1441(d), and 16 02−1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign I Act (28 U.S.C. 1602, et. seq.) (in English only); and 4)Translators Affidavit (in English only) mailed to Islamic Revo Guard Corps H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini S Khomeini Square Tehran, Islamic Republic of Iran, to the Secretary of State, Attn: Director of Consular Services, Of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Stree Washington, DC 20520 on 7/23/2020 by Federal Express tracking # 7700 5320 2637, as per (6338 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. Confirmation that delivery was executed was not received Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(smc) (Entered: 1 |
| .3/2020 | | CLERK CERTIFICATE OF MAILING UNEXECUTED for the 1)Notice of Default Judgment (in English and Farsi) of Partial Judgment for damages, dated 2/7/2020; ECF no. 5879 (in English and Farsi); 3)A copy of 28 U.S.C. 1330, 1441(d), and 160 2−1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign I Act (28 U.S.C. 1602, et. seq.) (in English only); and 4)Translators Affidavit (in English only) mailed to Islamic Revo Guard Corps H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini S Khomeini Square Tehran, Islamic Republic of Iran, to the Secretary of State, Attn: Director of Consular Services, Of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Stree Washington, DC 20520 on 7/22/2020 by Federal Express tracking # 7700 5329 4947, as per (6340 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. Confirmation that delivery was executed was not received Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(smc) (Entered: 1 |
| .6/2020 | 6532 | MEMORANDUM DECISION AND ORDER re: 4696 Memorandum & Opinion: Plaintiffs' Rule 72 objections to M Judge Netburn's Order granting, in part, the Kingdom of Saudi Arabia's motion to seal and or redact certain documen produced during discovery are OVERRULED and DENIED. Magistrate Judge Netburn's Order is adopted in its entir by Judge George B. Daniels on 11/16/2020) (jwh) (Entered: 11/16/2020) |
| .6/2020 | 6533 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg date November 16, 2020 re: Discovery Update. Document filed by FBI, Dallah Avco Trans Arabia, Plaintiffs Executive C Kingdom of Saudi Arabia.Motion or Order to File Under Seal: 4255 .(Kellogg, Michael) (Entered: 11/16/2020) |
| .6/2020 | 6534 | LETTER MOTION for Extension of Time to File Response/Reply *to Objections to September 30, 2020 Opinion and (Doc. No. 6481)* addressed to Judge George B. Daniels from Timothy B. Fleming dated November 16, 2020. Docume Havlish Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Fleming, Tim (Entered: 11/16/2020) |
| .6/2020 | 6535 | LETTER addressed to Judge George B. Daniels from Timothy B. Fleming dated November 16, 2020 re: Extension o File Responses to Objections to September 30, 2020 Order and Opinion. Document filed by Havlish Plaintiffs.Filed I Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Fleming, Timothy) (Entered: 11/16/2020 |

| | | |
|---|---|---|
| .7/2020 | 6536 | ORDER granting (522) Letter Motion for Extension of Time to File Response/Reply in case 1:03−cv−09848−GBD−; granting (6534) Letter Motion for Extension of Time to File Response/Reply in case 1:03−md−01570−GBD−SN: SC ORDERED. (Signed by Judge George B. Daniels on 11/17/2020) Filed In Associated Cases: 1:03−md−01570−GBD- 1:03−cv−09848−GBD−SN, 1:11−cv−07550−GBD−SN, 1:19−cv−00012−GBD−SN (jwh) (Entered: 11/17/2020) |
| .9/2020 | 6537 | AMENDED COMPLAINT amending 1463 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, against Republic of the Sudan, Omar Hassan Ahmad Al−Bashir, President of S National Islamic Front Party, Hassan Turabi with JURY DEMAND.Document filed by Kathleen Ashton. Related doc 1463 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,.(Krein James) (Entered: 11/19/2020) |
| .9/2020 | 6538 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Cor dated 11/19/2020 re: in response to Saudi Arabia's November 16, 2020 letter, ECF 6533. Document filed by Plaintiff Committees, Kingdom of Saudi Arabia, FBI, Dallah Avco Trans Arabia.Motion or Order to File Under Seal: 1900 .(I Steven) (Entered: 11/19/2020) |
| 20/2020 | 6539 | NOTICE of Plaintiffs' Consolidated Amended Complaint as to The Republic of The Sudan. Document filed by Plaint Executive Committees..(Carter, Sean) (Entered: 11/20/2020) |
| 20/2020 | | LETTERS ROGATORY ISSUED on November 20, 2020, and mailed by pre−paid FedEx (tracking #7721 4260 985 Mellon & Webster, P.C., and to be served on the Islamic Republic of Iran (8 letters rogatory issued).(km) (Entered: 1 |
| 20/2020 | 6540 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter, Robert T. Haefele and Andrew J. Malon November 20, 2020 re: Proposed procedures for other parties to join the consolidated amended complaints in a short complaint, pursuant to the Courts order, at ECF No. 6521. Document filed by Plaintiffs Executive Committees. (Atta 1 Proposed Sudan Short Form).(Haefele, Robert) (Entered: 11/20/2020) |
| 24/2020 | 6541 | ORDER: Accordingly, Plaintiffs and Saudi Arabia shall meet and confer and propose redactions to any orders subjec 22 Order by no later than December 18, 2020. If the parties disagree on proposed redactions, they may submit separa no more than five pages each, briefly explaining the scope and nature of the disputes and proposing a streamlined pro Court to address the disputes. So Ordered. (Signed by Magistrate Judge Sarah Netburn on 11/24/2020) (js) (Entered: 11/24/2020) |
| 25/2020 | 6542 | LETTER MOTION for Extension of Time *for FBI to propose additional redactions to briefing papers relating to Co 20, 2020 Opinion and Order* addressed to Magistrate Judge Sarah Netburn from AUSA Sarah S. Normand dated Nov 2020. Document filed by FBI..(Normand, Sarah) (Entered: 11/25/2020) |
| 25/2020 | 6543 | OPPOSITION BRIEF *Havlish Plaintiffs' Response in Opposition to Federal Plaintiffs' Rule 72 Objections to Magist Netburn's September 30, 2020 Opinion and Order*. Document filed by Havlish Plaintiffs..(Corr, Stephen) (Entered: 1 |
| 25/2020 | 6544 | OPPOSITION BRIEF re: 6522 Objection (non−motion) *Havlish Plaintiffs' Response in Opposition to Respondents' I Objections to Magistrate Judge Netburn's September 30, 2020 Opinion and Order*. Document filed by Havlish Plaint Stephen) (Entered: 11/25/2020) |
| 30/2020 | 6545 | ORDER granting 6542 Letter Motion for Extension of Time. The Court approves the proposed schedule set forth in t letter request. Plaintiffs and Mr. Alzamari shall publicly file their redacted briefing papers related to the July 20, 2020 accordance with the Courts October 2, 2020 Order or submit any related disputes to the Court by no later than Januar (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 11/30/2020 |
| 01/2020 | 6546 | OPINION AND ORDER: All fact depositions shall be completed by June 30, 2021. The depositions shall be conduct by reliable videoconferencing method. The Court will not extend the fact witness deposition deadline. KSAs request Court to require pre−deposition submissions on the topics for the depositions is denied. So Ordered (Signed by Magis Sarah Netburn on 12/1/2020) (js) (Entered: 12/01/2020) |
| 01/2020 | | Set/Reset Deadlines: Deposition due by 6/30/2021. (js) (Entered: 12/01/2020) |
| 01/2020 | 6547 | ORDER APPROVING NOTICES TO CONFORM, SHORT FORM COMPLAINTS & NOTICES OF AMENDMEN SUDAN: The Court has previously issued several orders approving forms and setting procedures for the filing of new against the Kingdom of Saudi Arabia and the Islamic Republic of Iran. See ECF Nos. 3543, 3982, 4010, 4045, 5234. intends to approve comparable forms and procedures for claims against the Republic of the Sudan ("Sudan") in this n litigation. The parties are directed to adhere to both the letter and spirit of the procedures outlined below. As set forth Order. So Ordered. (Signed by Magistrate Judge Sarah Netburn on 12/1/2020) (js) (Entered: 12/01/2020) |
| 03/2020 | 6548 | LETTER addressed to Judge George B. Daniels from Plaintiffs' Executive Committees for Personal Injury and Death and for Commercial Claims dated 12/3/2020 re: request for an extension of time to file replies in support of objection 6481. Document filed by Plaintiffs Executive Committees..(Benett, Megan) (Entered: 12/03/2020) |
| 04/2020 | 6549 | JOINT LETTER addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele dated December 4, 2020 re: R modification of the deadlines concerning the remaining expert discovery in all of the personal jurisdictional and meri |

| | | |
|---|---|---|
| | | cases. Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 12/04/2020) |
| )7/2020 | 6550 | MEMO ENDORSEMENT on re: 6548 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: SO ORI (Signed by Judge George B. Daniels on 12/7/2020) (jwh) (Entered: 12/07/2020) |
| .0/2020 | | CLERK CERTIFICATE OF MAILING UNEXECUTED for two copies of the 1)Notice of Default Judgment (in Eng Farsi); 2)Order of Partial Judgment for damages, dated 2/7/2020; ECF no. 5888 (in English and Farsi); 3)A copy of 2 1330, 1391(f), 1441(d), and 160 2−1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Forei Sovereign Immunities Act (28 U.S.C. 1602, et. seq.) (in English only); and 4)Translators Affidavit (in English only) r Islamic Republic of Iran H.E. Dr. M ohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Street, Imam Khomeini Square Tehran, Islamic Republic of Iran c/o the Secretary of State, Attn: Director of Consula Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 220 NW, Washington, DC 20520 on 7/23/2020 by Federal Express tracking # 7700 5327 8995, as per (6341 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. Confirmation that delivery was executed was not received Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(smc) (Entered: 1 |
| .0/2020 | | CLERK CERTIFICATE OF MAILING UNEXECUTED for 1)the Notice of Default Judgment with certified Farsi tr 2) a true and certified copy of the August 31, 2015 default judgment on liability with certified Farsi translation. 3) a t certif ied copy of the February 14, 2020 Memorandum Decision and Order (ECF Doc No. 5947), February 18, 2020 I Default Judgment (ECF Doc. No 5974) and the moving papers of Plaintiffs Motion, with certified Farsi translations c Default Judgm ent and Plaintiffs motion papers; and 4) a copy of the Foreign Sovereign Immunities Act with certifie translation mailed to Islamic Republic of Iran H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of F Affairs Imam Khomei ni Street, Imam Khomeini Square Tehran, Islamic Republic of Iran C/O Secretary of State, Att of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, Floor, 2 201 C Street NW, Washington, DC 20520 on 02/28/2020 by Federal Express tracking # 7778 0030 5219, as in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing,,,,,, (112 in 1:03−md−01570−GBD−SN) Clerk Certificate Mailing,. Confirmation that delivery was executed was not received by the Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(JVR) (Entered: 12/10/2020) |
| .0/2020 | | CLERK CERTIFICATE OF MAILING UNEXECUTED for 1)the Notice of Default Judgment with certified Farsi tr 2) a true and certified copy of the August 31, 2015 default judgment on liability with certified Farsi translation. 3) a t certified copy of the February 14, 2020 Memorandum Decision and Order (ECF Doc No. 5947), February 18, 2020 P Default Judgment (ECF Doc. No 5974) and the moving papers of Plaintiffs Motion, with certified Farsi translations c Default Judgment and Plaintiffs motion papers; and 4) a copy of the Foreign Sovereign Immunities Act with certified translation mailed to Islamic Republic of Iran H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of F Affairs Imam Khomeini Street, Imam Khomeini Square Tehran C/O Secretary of State, Attn: Director of Consular Se Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 220 NW, Washington, DC 20520 on 02/28/2020 by Federal Express tracking # 7778 0030 5219, as per (6024 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing,,,,,,. Confirmation that delivery was executed was not receiv Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−07230−GBD−SN(JKR) (Entered: 1 |
| .0/2020 | 6551 | MEMO ENDORSEMENT on re: 6549 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The requ granted in part. All expert discovery involving the defendants referenced herein shall close April 30, 2021. The partie ordered to meet and confer regarding interim deadlines for exchanging the remaining expert reports and shall submit setting forth a proposed schedule for the Court's consideration by no later than December 14, 2020. So Ordered. (Exp Discovery due by 4/30/2021.) (Signed by Magistrate Judge Sarah Netburn on 12/10/2020) (js) (Entered: 12/10/2020) |
| .0/2020 | | CLERK CERTIFICATE OF MAILING UNEXECUTED for two copies of the 1)Notice of Default Judgment (in Eng Farsi); 2)Order of Partial Judgment for damages, dated 2/7/2020; ECF no. 5888 (in English and Farsi); 3)A copy of 2 1330, 1391(f), 1441(d), and 160 2−1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Forei Sovereign Immunities Act (28 U.S.C. 1602, et. seq.) (in English only); and 4)Translators Affidavit (in English only) r Islamic Revolutionary Guard Corps H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Af Khomeini Street, Imam Khomeini Square Tehran, Islamic Republic of Iran c/o the Secretary of State, Attn: Director c Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th I C Street NW, Washington, DC 20520, on 7/23/2020 by Federal Express tracking # 7700 5325 0433, as per (6342 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. Confirmation that delivery was executed was not received Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(smc) (Entered: 1 |
| .0/2020 | | CLERK CERTIFICATE OF MAILING UNEXECUTED for two copies of the 1)Notice of Default Judgment (in Eng Farsi); 2)Order of Partial Judgment for damages, dated 2/18/2020; ECF no. 5960 (in English and Farsi); 3)A copy of 1330, 1391(f), 1441(d), and 16 02−1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Forei Sovereign Immunities Act (28 U.S.C. 1602, et. seq.) (in English only); and 4)Translators Affidavit (in English only) r Islamic Revolutionary Guard Corps H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Af Khomeini Street, Imam Khomeini Square Tehran, Islamic Republic of Iran c/o the Secretary of State, Attn: Director c Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th I C Street NW, Washington, DC 20520 on 7/23/2020 by Federal Express tracking # 7700 6084 9405, as per (6335 in |

| | | |
|---|---|---|
| | | 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. Confirmation that delivery was executed was not received Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(smc) (Entered: 1 |
| .0/2020 | | CLERK CERTIFICATE OF MAILING UNEXECUTED for two copies of the 1)Notice of Default Judgment (in Eng Farsi); 2)Order of Partial Judgment for damages, dated 2/18/2020; ECF no. 5960 (in English and Farsi); 3)A copy of 1330, 1391(f), 1441(d), and 16 02−1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Forei Sovereign Immunities Act (28 U.S.C. 1602, et. seq.) (in English only); and 4)Translators Affidavit (in English only) Islamic Republic of Iran H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Street, Imam Khomeini Square Tehran, Islamic Republic of Iran, c/o the Secretary of State, Attn: Director of Consula Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 220 NW, Washington, DC 20520 on 7/23/2020 by Federal Express tracking # 7700 6086 4092, as per (6337 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. Confirmation that delivery was executed was not received Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(smc) (Entered: 1 |
| .1/2020 | | CLERK CERTIFICATE OF MAILING UNEXECUTED for two copies of the 1)Notice of Default Judgment with ce translation. 2)a true and certified copy of the August 31, 2015 default judgment on liability with certified Farsi transla true and certified copy of the February 14, 2020 Memorandum Decision and Order (ECF Doc No. 5954), February 1 Partial Final Default Judgment (ECF Doc. No 5971) and the moving papers of Plaintiffs Motion, with certified Farsi of the Default Judgmen t and Plaintiffs motion papers; and 4)a copy of the Foreign Sovereign Immunities Act with ce Farsi translation mailed to Islamic Republic of Iran H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry Affairs Imam Khomeini Street, Imam Khomeini Square Tehran, Islamic Republic of Iran by dispatch to the Secretary Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Depart State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520 on 2/28/2020 by Federal Express tracking # 777 4533, as per (6027 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. Confirmation that delivery was execu not received by the Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−S 1:02−cv−07230−GBD−SN.(smc) (Entered: 12/11/2020) |
| .1/2020 | 6552 | NOTICE of Confirming to Sudan Consolidated Amended Complaint. Document filed by Estate of Grace Aronow, Es Martin Aronow, Estate of Richard Aronow, Gil Aronow, Vera Aronow, William Aronow, Ann Murphy, Cynthia Mu of Brian Murphy, Harold Murphy, Judith Murphy, Laura Weinberg..(Nudelman, Noel) (Entered: 12/11/2020) |
| .1/2020 | | CLERK CERTIFICATE OF MAILING UNEXECUTED for two copies of the 1) Complaint styled Global Aerospac v. Kingdom of Saudi Arabia et al.; 2) Selected portions of a complaint styled Havlish et al. v Sheikh Usamag Bin−Mu Bin−Laden et al. that are incorporated into the aforementioned Global complaint; 3) Notice of Amendment to the Glo complaint; 4) Summons to the Islamic Republic of Iran in respect to the Global Complaint; 5) Notice of Suit and Sun the Global complaint; 6) Foreign Service Immunities Act; 7) Certificate of Translations for each document mailed to Foreign Affairs Ministry of Foreign Affairs of the Islamic Republic of Iran Iman Khomeini Avenue Tehran, Iran Attn Mohammad Javad Zarif by dispatch to the U.S. Department of State,, Attn:(CA/OCS/PRI), SA−17, 10th Floor, Wash 20520 on 3/17/2020 by Federal Express tracking # 8091 9165 6911, as per (6087 in 1:03−md−01570−GBD−SN) Cle Certificate of Mailing. Confirmation that delivery was executed was not received by the Clerk's Office. Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05373−GBD−SN.(smc) (Entered: 12/11/2020) |
| .4/2020 | 6553 | LETTER addressed to Magistrate Judge Sarah Netburn from Steven T. Cottreau dated December 14, 2020 re: Expert Pursuant to Court's Order at ECF No. 6551. Document filed by Dubai Islamic Bank..(Cottreau, Steven) (Entered: 12/ |
| .5/2020 | 6554 | Objection re: 6546 Memorandum & Opinion, . Document filed by Plaintiffs Executive Committees..(Pounian, Steve 12/15/2020) |
| .5/2020 | | Terminate Transcript Deadlines (jwh) (Entered: 12/15/2020) |
| .5/2020 | 6555 | MEMO ENDORSEMENT on re: 6553 Letter filed by Dubai Islamic Bank ENDORSEMENT: The parties are directe the interim discovery deadlines set forth herein. (Signed by Magistrate Judge Sarah Netburn on 12/15/2020) (jwh) (E 12/15/2020) |
| .6/2020 | 6556 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated December 16, 2020 re: Reque approve filing dates in support of objections to ECF No. 6546. Document filed by Kingdom of Saudi Arabia..(Kellog (Entered: 12/16/2020) |
| .6/2020 | 6557 | REPLY MEMORANDUM OF LAW in Support re: 6522 Objection (non−motion) . Document filed by Plaintiffs Exe Committees..(Maloney, Andrew) (Entered: 12/16/2020) |
| .6/2020 | 6558 | LETTER addressed to Judge George B. Daniels from James Kreindler dated 12/16/2020 re: In Re: Terrorist Attacks September 11, 2001, 03 MDL 1570 (GBD) (SN) Betru, et al. v. The Republic of The Sudan, 20−cv−10615. Docume Aron Betru..(Kreindler, James) (Entered: 12/16/2020) |
| .6/2020 | 6559 | BRIEF re: 6520 Brief, *The Federal Plaintiffs' Reply Brief in further support of their objections pursuant to FRCP 72 USC 636(B)(1) to the September 30, 2020 Opinion and Order*. Document filed by Federal Insurance Company et al., Plaintiffs..(Carter, Sean) (Entered: 12/16/2020) |

| | | |
|---|---|---|
| .6/2020 | 6560 | MEMO ENDORSEMENT on re: 6556 Letter filed by Kingdom of Saudi Arabia. ENDORSEMENT: The proposed s briefing the Rule 72 Objections for Judge Daniel's consideration is Granted. So Ordered. ( Responses due by 1/5/202 due by 1/15/2021.) (Signed by Magistrate Judge Sarah Netburn on 12/16/2020) (js) (Entered: 12/17/2020) |
| .7/2020 | 6561 | LETTER addressed to Judge George B. Daniels from Dorothea M. Capone dated 12/17/2020 re: Request for new act made part of the MDL pursuant to the Court's Dec. 1, 2020 Order. Document filed by Kristen Carpenter, Kristen Car Parker, Joan Parker, Philip Parker, Stephanie Parker, Bryan Suarez, Bryan Suarez, Carol Suarez, Carol Suarez, David Manuel Suarez, Manuel Suarez..(Capone, Dorothea) (Entered: 12/17/2020) |
| .8/2020 | 6562 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated December 18, 2020 re: Respo November 24, 2020 Order. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 12/18/2020) |
| .8/2020 | 6563 | LETTER addressed to Judge George B. Daniels from Jeanne M. O'Grady dated December 18, 2020 re: Request for n to be made part of the MDL pursuant to the Court's Dec. 1, 2020 Order. Document filed by Susan Nolan.Filed In Ass Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(O'Grady, Jeanne) (Entered: 12/18/2020) |
| .8/2020 | 6564 | LETTER addressed to Magistrate Judge Sarah Netburn from Andrew J. Maloney dated 12/18/2020 re: Response to N 24, 2020 Order. Document filed by Plaintiffs Executive Committees, Plaintiffs PI Executive Committee..(Maloney, A (Entered: 12/18/2020) |
| 30/2020 | | CLERK CERTIFICATE OF MAILING UNEXECUTED for the 1)Notice of Default Judgment (in English and Farsi) of Partial Judgment for damages, dated 2/5/2020 (in English and Farsi); 3)A copy of 28 U.S.C. 1330, 1391(f), 1441(d 1602−1611, of title 28, United States Code (Pub. L. 94/583; 90 Stat. 2891) and the Foreign Sovereign Immunities Ac U.S.C. 1602, et. seq.) (in English only); and 4)Translators Affidavit (in English only) mailed to Islamic Republic of I Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini Street, Imam Khom Tehran, Islamic Republic of Iran by dispatch to the Secretary of State, Attn: Director of Consular Services, Office of Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520 on 3/16/2020 by Federal Express tracking # 7700 1773 1639, as per (6076 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. Confirmation that delivery was executed was not received Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(smc) (Entered: 1 |
| 30/2020 | 6565 | MOTION for Christopher R. LoPalo to Withdraw as Attorney . Document filed by Alexander Avelino. (Attachments Supplement Declaration in Support, # 2 Supplement Declaration in Support, # 3 Text of Proposed Order Proposed Order).(LoPalo, Christopher) (Entered: 12/30/2020) |
| 04/2021 | 6566 | LETTER addressed to Judge George B. Daniels from Nicole Erb dated January 4, 2021 re: endorsement of Parties' jo concerning page limits for the consolidated briefing on Sudan's forthcoming motion to dismiss (due January 8, 2021) Consolidated Amended Complaint (ECF No. 6539 ) and the Ashton Amended Complaint (ECF No. 6537 ).. Docume Republic of the Sudan..(Erb, Nicole) (Entered: 01/04/2021) |
| 04/2021 | 6567 | LETTER MOTION for Extension of Time addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive C dated 01/04/2021. Document filed by Plaintiffs Executive Committees..(Benett, Megan) (Entered: 01/04/2021) |
| 04/2021 | 6568 | MEMO ENDORSEMENT on re: 6566 Letter, filed by Republic of the Sudan. ENDORSEMENT: SO ORDERED. (S Judge George B. Daniels on 1/4/2021) (jwh) (Entered: 01/05/2021) |
| 05/2021 | 6569 | ORDER granting 6567 Letter Motion for Extension of Time. Plaintiffs and Mr. Alzamari shall publicly file their reda briefing papers related to the July 20, 2020 Order in accordance with the Court's October 2, 2020 Order or submit any disputes to the Court by no later than January 11, 2021. The Court does not anticipate granting any additional extensi related to this issue. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) ( 01/05/2021) |
| 05/2021 | 6570 | LETTER addressed to Magistrate Judge Sarah Netburn from Waleed Nassar dated January 5, 2021 re: Update on Sta Abdullah Naseef's Medical Condition. Document filed by Abdullah Naseef..(Nassar, Waleed) (Entered: 01/05/2021) |
| 05/2021 | 6571 | OPPOSITION BRIEF re: 6554 Objection (non−motion) . Document filed by Kingdom of Saudi Arabia..(Kellogg, M (Entered: 01/05/2021) |
| 05/2021 | 6572 | MEMO ENDORSEMENT on re: 6562 Letter filed by Kingdom of Saudi Arabia. ENDORSEMENT: The parties shal joint letter by January 22, 2021, updating the Court as to the status of the parties' efforts to propose redactions in acco with ECF No. 6541. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 1/5/2021) (va) (Entered: 01/05/2 |
| 05/2021 | 6573 | ORDER denying without prejudice (6565) Motion to Withdraw as Attorney, in case 1:03−md−01570−GBD−SN. The withdraw is DENIED without prejudice for the reasons above. The Clerk of Court is respectfully directed to terminat motion at ECF No. 6565. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 1/5/2021) Filed In Associa 1:03−md−01570−GBD−SN, 1:17−cv−08617−GBD−SN (va) (Entered: 01/05/2021) |
| 08/2021 | 6574 | MOTION to Dismiss *Sudan's Notice of Its Consolidated Motion to Dismiss the Amended Complaints for Lack of Sub Jurisdiction Lack of Personal Jurisdiction, And For Failure to State a Claim*. Document filed by Republic of the |

| | | |
|---|---|---|
| | | Sudan..(Curran, Christopher) (Entered: 01/08/2021) |
| )8/2021 | 6575 | MEMORANDUM OF LAW in Support re: 6574 MOTION to Dismiss *Sudan's Notice of Its Consolidated Motion to Amended Complaints for Lack of Subject−Matter Jurisdiction Lack of Personal Jurisdiction, And For Failure to Stat* Document filed by Republic of the Sudan..(Curran, Christopher) (Entered: 01/08/2021) |
| .1/2021 | 6588 | MEMORANDUM OF LAW in Support re: 6153 MOTION to Compel Akram Alzamari to appear for oral deposition *REDACTED*. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Appendix).(Benett, Megan) (Er 01/11/2021) |
| .1/2021 | 6589 | DECLARATION of Megan W. Benett (Redacted) in Support re: 6153 MOTION to Compel Akram Alzamari to appe deposition .. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A REDACTED, # 2 Exh REDACTED, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E).(Benett, Megan) (Entered: 01/11/2021) |
| .1/2021 | 6590 | REPLY MEMORANDUM OF LAW in Support re: 6153 MOTION to Compel Akram Alzamari to appear for oral de *REDACTED*. Document filed by Plaintiffs Executive Committees..(Benett, Megan) (Entered: 01/11/2021) |
| .1/2021 | 6591 | MEMORANDUM OF LAW in Opposition re: 6153 MOTION to Compel Akram Alzamari to appear for oral deposit *(REDACTED)*. Document filed by Akram Alzamari..(Moore, Kelly) (Entered: 01/11/2021) |
| .1/2021 | 6592 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated 01/11/2021 re: r papers relating to ECF 6153. Document filed by Plaintiffs Executive Committees..(Benett, Megan) (Entered: 01/11/2 |
| .1/2021 | 6593 | DECLARATION of John M. Maloy in Opposition re: 6153 MOTION to Compel Akram Alzamari to appear for oral .. Document filed by Akram Alzamari. (Attachments: # 1 Exhibit 1 − Declaration of John M. Maloy dated May 15, 2 (REDACTED), # 2 Exhibit 2 − Declaration of Plaintiffs' Investigator Catherine Hunt, # 3 Exhibit 3 − Akram Alzama 30, 2019 Letter Motion for Protective Order (REDACTED), # 4 Exhibit 4 − Akram Alzamari's August 21, 2019 Obje Plaintiffs' Notice of Deposition and Direct and Redirect Examination Questions (REDACTED), # 5 Exhibit 5 − Lette November 11, 2019 from Kelly A. Moore to Judge Netburn (REDACTED), # 6 Exhibit 6 − Andrew J. Maloney's Fel 2020 Email Concerning Deposition Questions for Akram Alzamari (REDACTED), # 7 Exhibit 7 − Direct Examinati Questions from Akram Alzamari's March 11, 2020 Deposition (REDACTED), # 8 Exhibit 8 − FILED UNDER SEAI Exhibit 9 − FILED UNDER SEAL, # 10 Exhibit 10 − FILED UNDER SEAL, # 11 Exhibit 11 − Andrew J. Maloney' 2020 Email Concerning Deposition Questions for Akram Alzamari (REDACTED)).(Moore, Kelly) (Entered: 01/11/2 |
| .1/2021 | 6594 | JOINT LETTER MOTION for Extension of Time addressed to Magistrate Judge Sarah Netburn from Jeannette A. V January 11, 2021. Document filed by FBI..(Vargas, Jeannette) (Entered: 01/11/2021) |
| .1/2021 | 6595 | ***SELECTED PARTIES*** OPINION & ORDER: Plaintiffs' motion for reconsideration is DENIED. Plaintiffs' di request is also DENIED. Because Plaintiffs' Objections are unresolved, the Clerk of Court shall not terminate the mo pending at ECF No. 6459. This Order is restricted to the following case participants: Plaintiffs' Executive Committee Kingdom of Saudi Arabia, Dallah Avco Trans Arabia, and the Federal Bureau of Investigation. (Signed by Magistrat Sarah Netburn on 1/11/2021) (ras) (Entered: 01/12/2021) |
| .2/2021 | 6596 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg date 12, 2021 re: Request regarding January 12, 2021 Order. Document filed by Dallah Avco Trans Arabia, FBI, Plaintiffs Committees, Kingdom of Saudi Arabia.Motion or Order to File Under Seal: 4255 .(Kellogg, Michael) (Entered: 01/1 |
| .2/2021 | 6597 | JOINT LETTER addressed to Magistrate Judge Sarah Netburn from Counsel for the PECs, the FBI, and Akram Alza September 9, 2020 re: disputes regarding proposed redactions to the July 20, 2020 Opinion and Order (ECF No. 632 (Previously filed under seal at ECF No. 6443). Document filed by FBI..(Vargas, Jeannette) (Entered: 01/12/2021) |
| .3/2021 | 6598 | ***SELECTED PARTIES*** AMENDED OPINION & ORDER: Plaintiffs' motion for reconsideration is DENIED. discovery request is also DENIED. Because Plaintiffs' Objections are unresolved, the Clerk of Court shall not termin motion pending at ECF No. 6459. This Order is restricted to the following case participants: Plaintiffs' Executive Co the Kingdom of Saudi Arabia, Dallah Avco Trans Arabia, and the Federal Bureau of Investigation. (Signed by Magis Sarah Netburn on 1/13/2021) (ras) (Entered: 01/13/2021) |
| .4/2021 | 6599 | ORDER granting 6594 Letter Motion for Extension of Time. The extension request is granted nunc pro tunc. (HERE ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) (ras) (Entered: 01/14/2021) |
| .5/2021 | 6600 | REPLY MEMORANDUM OF LAW in Support re: 6546 Memorandum & Opinion, . Document filed by Plaintiffs E Committees..(Goldman, Jerry) (Entered: 01/15/2021) |
| 22/2021 | 6601 | REPORT AND RECOMMENDATION re: (5675 in 1:03−md−01570−GBD−SN, 705 in 1:04−cv−01923−GBD−SN) to Certify Class, filed by Estate of John P. O'Neill, Sr. While Plaintiffs have demonstrated the Proposed Class satisfie elements of Rule 23, I find that Plaintiffs have failed to prove, by a preponderance of the evidence, that class certifica proper under Rule 23. For that reason, I recommend the Court deny Plaintiffs' Motion for Class Certification. I furthe recommend the Court (1) grant the motion to add John F. O'Neill's estate as a plaintiff; (2) grant Plaintiffs' motion to Dorothy A. O'Neill with Christine O'Neill, as personal representative to the Estate of Dorothy A. O'Neill; and (3) den |

| | | |
|---|---|---|
| | | prejudice Plaintiffs' motion for leave to amend the First Consolidated Complaint. The parties shall have fourteen days service of this Report and Recommendation to file written objections pursuant to 28 U.S.C. § 636(b)(1) and Rule 72( Federal Rules of Civil Procedure. A party may respond to another party's objections within fourteen days after being a copy. Fed. R. Civ. P. 72(b)(2). Such objections shall be filed with the Clerk of the Court, with courtesy copies deliv chambers of the Honorable George B. Daniels at the United States Courthouse, 500 Pearl Street, New York, New Yo and to any opposing parties. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b). Any requests for an extensio for filing objections must be addressed to Judge Daniels. The failure to file these timely objections will result in a wa those objections for purposes of appeal. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b); Thomas v. Arn, (Objections to R&R due by 2/5/2021.) (Signed by Magistrate Judge Sarah Netburn on 1/22/2021) Filed In Associated 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN. (ras) (Entered: 01/22/2021) |
| 22/2021 | 6602 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated January 22, 2021 re: Joint sta concerning redactions. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 01/22/2021) |
| 25/2021 | 6603 | MEMO ENDORSEMENT on re: 6602 Letter filed by Kingdom of Saudi Arabia. ENDORSEMENT: The parties are submit a joint status letter by February 22, 2021, outlining the parties' continued efforts to propose redactions in acco the Court's November 24, 2020 Order. So Ordered. (Signed by Magistrate Judge Sarah Netburn on 1/25/2021) (js) (E 01/25/2021) |
| 28/2021 | 6604 | SECOND MOTION for Christopher R. LoPalo to Withdraw as Attorney . Document filed by Alexander Avelino. (A # 1 Affidavit Declaration in Support, # 2 Text of Proposed Order Proposed Order, # 3 Affidavit Declaration of Servic Christopher) (Entered: 01/28/2021) |
| 01/2021 | 6605 | LETTER addressed to Magistrate Judge Sarah Netburn from Steven Pounian dated 02/01/2021 re: Hearing dates set Court. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit Swedish court notice).(Pounia (Entered: 02/01/2021) |
| 01/2021 | 6606 | ***SELECTED PARTIES*** OPINION & ORDER re: 6437 LETTER MOTION for Oral Argument addressed to M Judge Sarah Netburn from Plaintiffs' Executive Committees dated 9/8/2020, filed by Plaintiffs Executive Committees LETTER MOTION for Discovery *to supplement the record and expedite document production* addressed to Magistra Sarah Netburn from Plaintiffs' Executive Committees dated 10/9/2020, filed by Plaintiffs Executive Committees. Pur analysis above, Plaintiffs' motion to compel the FBI and the FBI's cross−motion for a protective order are GRANTEI and DENIED in part. The FBI is ordered to produce the required documents to Plaintiffs and the Court within 45 day Order and to submit additional briefing related to Plaintiffs' motion for reconsideration of the portion of the Court's A 2020 Order by February 16, 2021. Plaintiffs may reply to the FBI's submission by letter of no more than five pages w days of the FBI's filling. Plaintiffs' request for oral argument is DENIED as moot. The Clerk of Court is respectfully terminate the gavels at ECF Nos. 6437 and 6491. (Signed by Magistrate Judge Sarah Netburn on 2/1/2021) (ras) Mod 3/4/2021 (ras). (Entered: 02/01/2021) |
| 02/2021 | 6607 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman Esq. dated 02/02/2021 Document filed by C. O'Neill.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN.(Goldman, Jerry) (Entere 02/02/2021) |
| 02/2021 | 6608 | ***SELECTED PARTIES*** LETTER MOTION for Discovery addressed to Magistrate Judge Sarah Netburn from Pounian dated 02/02/2021. Document filed by Dallah Avco Trans Arabia, Kingdom of Saudi Arabia, Plaintiffs Execu Committees. (Attachments: # 1 Exhibit 1A − Shahri rough transcript Jan. 26, 2021, # 2 Exhibit 1B − Shahri rough tra 27, 2021, # 3 Exhibit 2 − Royal Committee report, KSA 8756−67, # 4 Exhibit 3 − Counsel emails, # 5 Exhibit 4 − Hi KSA 9559−60)Motion or Order to File Under Seal: 1900 .(Pounian, Steven) (Entered: 02/02/2021) |
| 02/2021 | 6609 | ***SELECTED PARTIES***DECLARATION of Steven Pounian in Support re: 6608 LETTER MOTION for Disc addressed to Magistrate Judge Sarah Netburn from Steven Pounian dated 02/02/2021.. Document filed by Dallah Avc Arabia, Plaintiffs Executive Committees, Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit 1A − Shahri rough tra 26, 2021, # 2 Exhibit 1B − Shahri rough transcript Jan. 27, 2021, # 3 Exhibit 2 − Royal Committee report, KSA 8756 Exhibit 3 − Counsel emails, # 5 Exhibit 4 − High Order, KSA 9559−60)Motion or Order to File Under Seal: 1900 .(P Steven) (Entered: 02/02/2021) |
| 03/2021 | 6610 | MEMO ENDORSEMENT on re: (740 in 1:04−cv−01923−GBD−SN, 6607 in 1:03−md−01570−GBD−SN) Letter bri schedule filed by C. I. O'Neill, Set Deadlines/Hearing as to (740 in 1:04−cv−01923−GBD−SN, 6607 in 1:03−md−01570−GBD−SN) Letter briefing schedule: ENDORSEMENT: So Ordered. ( Objections to R&R due by 3 (Signed by Judge George B. Daniels on 2/3/21) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN (yv) (Entered: 02/03/2021) |
| 04/2021 | 6611 | MEMORANDUM DECISION AND ORDER: Jelaidan both acknowledged and expressly agreed to the very conditic objects to. Defendant's objection cites no case law to support his argument that his Saudi Arabian counsel must be pr deposition. Simply put, after reviewing the Text Only Order and the submissions of the parties, the Court is left witho "definite and firm conviction that a mistake has been committed." Highland Mgmt., L.P.I., 551 F. Supp. 2d at 177. D Rule 72 objection to Magistrate Judge Netburn's Text Only Order denying his request to amend the November 1 Ord |

| | | |
|---|---|---|
| | | his local counsel in Saudi Arabia to attend his deposition is OVERRULED and DENIED. Magistrate Judge Netburn's adopted in its entirety. SO ORDERED. (Signed by Judge George B. Daniels on 2/4/2021) (ks) (Entered: 02/04/2021) |
| )4/2021 | 6612 | MEMORANDUM DECISION AND ORDER: Plaintiffs' Rule 72 objections to Magistrate Judge Netburn's July 22 C partially granting Plaintiffs' motion to compel and partially granting Saudi Arabia's related motion to modify the scop supplemental discovery are OVERRULED and DENIED. Similarly, Plaintiffs' Rule 72 objections to Magistrate Judg November 25 Order are OVERRULED and DENIED. SO ORDERED. (Signed by Judge George B. Daniels on 2/4/2 (Entered: 02/04/2021) |
| )4/2021 | 6613 | MEMORANDUM DECISION AND ORDER: Plaintiffs cite no case law to support their objection that Magistrate Ju Netburn abused her discretion when considering arguments not made by the parties in their motion papers. (Pls. Objs is well−settled that a magistrate judge possesses wide discretion in handling pretrial discovery matters. Williams v. R Sec., Inc., 236 F. Supp. 3d 802, 804 (S.D.N.Y. 2017). Magistrate Judge Netburn acted within that discretion here. See Shipkevich v. Staten Island Univ. Hosp., No. 08−CV−1008 FB JMA, 2012 WL 4442621, at *1 (E.D.N.Y. Sept. 25, 2 (affirming a "magistrate judge's sua sponte grant of a protective order denying two additional depositions.") Plaintiffs objection to Magistrate Judge Netburn's January 7 Order denying a supplemental interrogatory regarding Jurrah's pho is OVERRULED and DENIED. Magistrate Judge Netburn's Order is adopted in its entirety. SO ORDERED. (Signed George B. Daniels on 2/4/2021) (ks) (Entered: 02/04/2021) |
| )4/2021 | 6614 | MEMORANDUM DECISION AND ORDER: Plaintiffs' Rule 72 objections to Magistrate Judge Netburn's January 3 partially granting Plaintiffs' motion to vacate are OVERRULED and DENIED. Similarly, Plaintiffs' Rule 72 objectio Magistrate Judge Netburn's January 3 Order denying Plaintiffs' motion for reconsideration are OVERRULED and DE ORDERED. (Signed by Judge George B. Daniels on 2/4/2021) (ks) (Entered: 02/04/2021) |
| )5/2021 | 6615 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated February 5, 2021 re: Sealed O to Plaintiffs' Letter Motion for Discovery. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered 02/05/2021) |
| )5/2021 | 6616 | ***SELECTED PARTIES***LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Sarah N from Michael K. Kellogg dated February 5, 2021 re: 6608 LETTER MOTION for Discovery addressed to Magistrate Sarah Netburn from Steven Pounian dated 02/02/2021. . Document filed by FBI, Dallah Avco Trans Arabia, Plaintiff Committees, Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)Motion or Order to File Under Sea .(Kellogg, Michael) (Entered: 02/05/2021) |
| )8/2021 | 6617 | ***SELECTED PARTIES***LETTER REPLY to Response to Motion addressed to Magistrate Judge Sarah Netburn Plaintiffs' Executive Committees dated 2/8/2021 re: 6608 LETTER MOTION for Discovery addressed to Magistrate Sarah Netburn from Steven Pounian dated 02/02/2021. . Document filed by Dallah Avco Trans Arabia, Kingdom of S Arabia, FBI, Plaintiffs Executive Committees. (Attachments: # 1 Exhibit)Motion or Order to File Under Seal: 1900 .( Steven) (Entered: 02/08/2021) |
| .1/2021 | 6618 | CERTIFICATION OF PLAINTIFF re: (6565 in 1:03−md−01570−GBD−SN) MOTION for Christopher R. LoPalo to as Attorney. Document filed by Alexander Avelino. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:17−cv−08617−GBD−SN. (ras) (Entered: 02/11/2021) |
| .1/2021 | 6619 | LETTER addressed to Judge George B. Daniels from Robert T. Haefele dated February 11, 2021 re: Request for exte time to file Rule 72 objections to February 1, 2021 Memorandum Opinion and Order (ECF No. 6606, Sealed). Docur by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 02/11/2021) |
| .6/2021 | 6620 | MEMO ENDORSEMENT on re: 6619 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: SO ORD (Signed by Judge George B. Daniels on 2/16/2021) (ks) (Entered: 02/16/2021) |
| .6/2021 | 6621 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Jeannette A. Vargas date 2/16/2021 re: Seeking Clarification of the February 1, 2021 Opinion and Order and Responding to Plaintiffs' Motion Reconsideration of the April 27, 2020 Opinion and Order. Document filed by Kingdom of Saudi Arabia, Dallah Avco Arabia, Plaintiffs Executive Committees, FBI.Motion or Order to File Under Seal: 4055 .(Vargas, Jeannette) (Entered 02/16/2021) |
| .7/2021 | 6622 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated February 17, 202 request for a two week extension from Feb. 22, 2021 to Mar. 8, 2021, for Plaintiffs to file their opposition to the Repu Sudan's motion to dismiss (ECF#6574−6575). Document filed by Plaintiffs Executive Committees..(Carter, Sean) (E 02/17/2021) |
| .8/2021 | 6623 | MEMO ENDORSEMENT on re: 6622 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The requ Granted and the parties shall abide by the briefing schedule set forth herein. So Ordered. Responses due by 3/8/2021, due by 4/7/2021.) (Signed by Magistrate Judge Sarah Netburn on 2/18/2021) (js) (Entered: 02/18/2021) |
| .9/2021 | 6624 | ORDER granting (6604) Motion to Withdraw as Attorney. Counsel's motion to withdraw is GRANTED as to Plaintif Alexander Avelino. Plaintiff is required to appear by new counsel within forty−five days of this decision. Plaintiff's c |

| | | |
|---|---|---|
| | | counsel is directed to provide notice of this decision to Plaintiff at his current mailing address and by email within thr Counsel is also instructed to reasonably assist Plaintiff by identifying other law firms that represent parties in this mu litigation with claims similar to Plaintiff's and that may suitably represent Plaintiff. The Clerk of Court is respectfully terminate the motion at ECF No. 6604. (Attorney Christopher R. LoPalo terminated.) (Signed by Magistrate Judge Sa Netburn on 2/19/2021) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:17−cv−08617−GBD−SN. (ras) (En 02/19/2021) |
| .9/2021 | 6625 | NOTICE of Lodging of Classified Submission re: 6621 Letter,. Document filed by FBI..(Normand, Sarah) (Entered: |
| .9/2021 | 6626 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Con dated February 19, 2021 re: Opposition to the Governments 2/16/21 (under seal) request for clarification [ECF No. 6 Courts 2/1/21 Opinion and Order [ECF No. 6606], and in objection to the related ex parte filing [noted as lodged at E 6621]. Document filed by FBI, Kingdom of Saudi Arabia, Plaintiffs Executive Committees, Dallah Avco Trans Arab or Order to File Under Seal: 4255 .(Haefele, Robert) (Entered: 02/19/2021) |
| 22/2021 | 6627 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated February 22, 2021 re: Joint st concerning redactions. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 02/22/2021) |
| 22/2021 | 6628 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Sarah Normand dated 2/ Reply in Further Support of the FBI's Request for Clarification of the February 1, 2021 Opinion and Order. Documen Plaintiffs Executive Committees, Dallah Avco Trans Arabia, Kingdom of Saudi Arabia, FBI.Motion or Order to File 4255 .(Vargas, Jeannette) (Entered: 02/22/2021) |
| 26/2021 | 6629 | ***SELECTED PARTIES***Objection re: 6606 Memorandum & Opinion,,,,, 6510 Memorandum & Opinion,,,,, . D filed by Plaintiffs Executive Committees, Dallah Avco Trans Arabia, FBI, Kingdom of Saudi Arabia. Motion or Orde Under Seal: 4255 .(Benett, Megan) (Entered: 02/26/2021) |
| 26/2021 | 6630 | LETTER addressed to Judge George B. Daniels from Plaintiffs' Executive Committees dated 2/26/2021 re: Request f argument. Document filed by Plaintiffs Executive Committees..(Benett, Megan) (Entered: 02/26/2021) |
| )2/2021 | 6631 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated 3/2/2021 re: stat Letters of Request sent to Sweden to conduct the deposition of witness Mohdar Abdullah. Document filed by Plaintif Executive Committees..(Pounian, Steven) (Entered: 03/02/2021) |
| )2/2021 | 6632 | MOTION for Default Judgment as to *Plaintiffs' Motion for Entry of Partial Final Default Judgments on Behalf of Bu Plaintiffs Identified at Exhibits A and B (Burnett/Iran XXIII)*. Document filed by Burnett Plaintiffs.Filed In Associate 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 03/02/2021) |
| )2/2021 | 6633 | MEMORANDUM OF LAW in Support re: (6632 in 1:03−md−01570−GBD−SN, 473 in 1:15−cv−09903−GBD−SN) for Default Judgment as to *Plaintiffs' Motion for Entry of Partial Final Default Judgments on Behalf of Burnett/Iran Identified at Exhibits A and B (Burnett/Iran XXIII)*. . Document filed by Burnett Plaintiffs. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 03/02/2021) |
| )2/2021 | 6634 | DECLARATION of John M. Eubanks in Support re: (6632 in 1:03−md−01570−GBD−SN, 473 in 1:15−cv−09903−C MOTION for Default Judgment as to *Plaintiffs' Motion for Entry of Partial Final Default Judgments on Behalf of Bu Plaintiffs Identified at Exhibits A and B (Burnett/Iran XXIII)*.. Document filed by Burnett Plaintiffs. (Attachments: # Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 03/02/2021) |
| )2/2021 | 6635 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Exhibit A, # 2 Exhibit B).(Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Er 03/02/2021) |
| )3/2021 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (476 in 1:15−cv−09903−GBD−SN, 6635 in 1:03−md−01570−GBD−SN) Proposed Default Judgment, was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(dt)** (Entered: 03/0 |
| )4/2021 | 6636 | ***SELECTED PARTIES*** OPINION & ORDER: The parties are directed to comply with the Court's February 1, Opinion in accordance with the guidelines set forth by this Order. (Signed by Magistrate Judge Sarah Netburn on 3/4, (Entered: 03/04/2021) |
| )4/2021 | 6637 | ***Sealed*** OPINION & ORDER. (Signed by Magistrate Judge Sarah Netburn on 2/1/2021) (ras) (Entered: 03/04/ |
| )4/2021 | 6638 | OPINION & ORDER: Plaintiffs' request for oral argument is DENIED as moot. The Clerk of Court is respectfully di terminate the gavels at ECF Nos. 6437 and 6491. (Signed by Magistrate Judge Sarah Netburn on 2/1/2021) (ras) (Ent 03/04/2021) |
| )5/2021 | 6639 | MOTION for Default Judgment as to *Ashton XXI Wrongful Death Plaintiffs*. Document filed by Kathleen Ashton.Fil Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 03/05/2021) |

| | | |
|---|---|---|
| )5/2021 | 6640 | DECLARATION of James P. Kreindler in Support re: (1426 in 1:02−cv−06977−GBD−SN, 6639 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Ashton XXI Wrongful Death Plaintiffs*.. Documen Kathleen Ashton. (Attachments: # 1 Exhibit A1, # 2 Exhibit A2)Filed In Associated Cases: 1:03−md−01570−GBD−S 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 03/05/2021) |
| )5/2021 | 6641 | PROPOSED JUDGMENT. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A1, # 2 Exhibit A2).(Kre James) **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 03/05/2021) |
| )8/2021 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (1428 in 1:02−cv−06977−( 6641 in 1:03−md−01570−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(dt)** (Entered: 03/08/2021) |
| )8/2021 | 6642 | LETTER addressed to Magistrate Judge Sarah Netburn from Waleed Nassar dated March 8, 2021 re: Update on Statu Abdullah Naseef's Medical Condition. Document filed by Abdullah Naseef..(Nassar, Waleed) (Entered: 03/08/2021) |
| )8/2021 | 6643 | LETTER MOTION for Extension of Time to File Response/Reply *to Plaintiffs' Objections Pursuant to Rule 72(a) to Magistrate Judge's February 1 Opinion and for Leave to File Ex Parte and In Camera Submission* addressed to Judg Daniels from Jeannette A. Vargas dated 3/8/2021. Document filed by FBI..(Vargas, Jeannette) (Entered: 03/08/2021) |
| )8/2021 | 6644 | OBJECTION to (6601 in 1:03−md−01570−GBD−SN, 739 in 1:04−cv−01923−GBD−SN) Report and Recommendati Document filed by Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN.(Goldman, Jerry) (Entered: 03/08/2021) |
| )8/2021 | 6645 | DECLARATION of Jerry S. Goldman in Support re: (6644 in 1:03−md−01570−GBD−SN, 742 in 1:04−cv−01923−( Objection to Report and Recommendations,. Document filed by Estate of John P.O'Neill, Sr.. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN.(Goldman, Jerry) (Entered: 03/08/2021) |
| )8/2021 | 6646 | MOTION for Default Judgment as to *Ashton XXII Wrongful Death Plaintiffs*. Document filed by Kathleen Ashton.Fi Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 03/08/2021) |
| )8/2021 | 6647 | DECLARATION of James P. Kreindler in Support re: (6646 in 1:03−md−01570−GBD−SN, 1434 in 1:02−cv−06977−GBD−SN) MOTION for Default Judgment as to *Ashton XXII Wrongful Death Plaintiffs*.. Documen Kathleen Ashton. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 03/08/2021) |
| )8/2021 | 6648 | PROPOSED JUDGMENT. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A).(Kreindler, James) **Pr Judgment to be reviewed by Clerk's Office staff.** (Entered: 03/08/2021) |
| )8/2021 | 6649 | MEMORANDUM OF LAW in Opposition re: 6574 MOTION to Dismiss *Sudan's Notice of Its Consolidated Motion the Amended Complaints for Lack of Subject−Matter Jurisdiction Lack of Personal Jurisdiction, And For Failure to Claim.* . Document filed by Plaintiffs Executive Committees..(Carter, Sean) (Entered: 03/08/2021) |
| )9/2021 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (1436 in 1:02−cv−06977−( 6648 in 1:03−md−01570−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(dt)** (Entered: 03/09/2021) |
| )9/2021 | 6650 | LETTER addressed to Magistrate Judge Sarah Netburn from Omar T. Mohammedi, Esq. dated March 9, 2021 re: Joi for modification of expert discovery deadline. Document filed by World Assembly of Muslim Youth..(Mohammedi, (Entered: 03/09/2021) |
| )9/2021 | 6651 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman Esq. dated 03/09/2021 Document filed by Es P.O'Neill, Sr..Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN.(Goldman, Jerry) (. 03/09/2021) |
| )9/2021 | 6652 | NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, tl plaintiff(s) and or their counsel(s), hereby give notice that the above−captioned action is voluntarily dismissed, witho against the defendant(s) Islamic Republic of Iran. Document filed by April Fitzgerald, Margaret Randazzo−Maloy. **P document to be reviewed and processed by Clerk's Office staff (No action required by chambers).**. Filed In Ass Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05339−GBD−SN, 1:20−cv−10460−GBD−SN.(Goldman, Jerry) Modifi 3/10/2021 (tp). (Entered: 03/09/2021) |
| )9/2021 | 6653 | MOTION for Jade A. Haileselassie to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−2422695 **and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Burnett Plaintiffs. (Attachments Affidavit in Support of Motion for Admission of Jade A. Haileselassie Pro Hac Vice, # 2 Cert. of Good Standing (MI of Good Standing (SC), # 4 Cert. of Good Standing (DC), # 5 Proposed Order on Admission Pro Hac Vice)Filed In A Cases: 1:03−md−01570−GBD−SN et al..(Haileselassie, Jade) (Entered: 03/09/2021) |
| )9/2021 | 6654 | MOTION for Charles Ross Heyl to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−24226966. **M supporting papers to be reviewed by Clerk's Office staff.** Document filed by Burnett Plaintiffs. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Support of Admission Pro Hac Vice, # 2 Certificate of Good Standing, # 3 Proposed Order)Filed In Associated Cases 1:03−md−01570−GBD−SN et al..(Heyl, Charles) (Entered: 03/09/2021) |
| .0/2021 | | *****NOTICE TO COURT REGARDING NOTICE OF VOLUNTARY DISMISSAL Document No. 6652 Notic Voluntary Dismissal, was reviewed and referred to Judge George B. Daniels for approval for the following rea plaintiff(s) filed their voluntary dismissal and it did not dismiss all of the parties or the action in its entirety. (t** 03/10/2021) |
| .0/2021 | 6655 | ORDER granting 6643 Letter Motion for Extension of Time to File Response/Reply re 6643 LETTER MOTION for of Time to File Response/Reply *to Plaintiffs' Objections Pursuant to Rule 72(a) to the Magistrate Judge's February and for Leave to File Ex Parte and In Camera Submission* addressed to Judge G. SO ORDERED. (Signed by Judge Daniels on 3/10/2021) Responses due by 3/26/2021 (ks) (Entered: 03/10/2021) |
| .1/2021 | 6656 | MEMO ENDORSEMENT on re: 6642 Letter filed by Abdullah Omar Naseef. ENDORSEMENT: Due to an ongoing condition, the litigation with respect to Dr. Naseef has been stalled since 2018. Accordingly, by no later than March the parties shall jointly submit a proposal of no more than five pages outlining how this litigation should proceed. If t disagree as to the proposal, they may submit separate letters of no more than three pages each. If any submission con confidential or sensitive medical information, it may be filed by email to Chambers with all parties copied. So Ordere by Magistrate Judge Sarah Netburn on 3/11/2021) (js) (Entered: 03/11/2021) |
| .1/2021 | 6657 | MEMO ENDORSEMENT on re: 6650 Letter filed by World Assembly of Muslim Youth. ENDORSEMENT: The C approves the proposed schedule herein. All expert discovery in the cases proceeding against the Defendants listed at completed no later than July 23, 2021. So Ordered (Expert Discovery due by 7/23/2021.) (Signed by Magistrate Judg Netburn on 3/11/2021) (js) (Entered: 03/11/2021) |
| .1/2021 | 6658 | ORDER re: (892 in 1:03−cv−09849−GBD−SN) Letter filed by Michael Cioffi.This document relates to: Burnett v. A Inv. & Dev. Corp., No. 03CV9849. On February 23, 2021, plaintiff Michael Cioffi (Plaintiff) in the member case ide above filed a motion for substitution of counsel through proposed new counsel, Joseph Giaramita. ECF No. 892. Wit days of this Order, Plaintiffs current counsel, Motley Rice, LLC shall: (1) notify the Court whether it intends to asser the matter, and (2) either consent to the substitution by signing the relevant form or inform the Court of the basis for do so. So Ordered. (Signed by Magistrate Judge Sarah Netburn on 3/11/2021) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN (js) (Entered: 03/11/2021) |
| .1/2021 | 6659 | MOTION for Stephen M. DeGenaro to Withdraw as Attorney *for Dubai Islamic Bank*. Document filed by Dubai Isla (Attachments: # 1 Declaration of Stephen M. DeGenaro).(Pritsker, Gabrielle) (Entered: 03/11/2021) |
| .2/2021 | 6660 | ***SELECTED PARTIES*** OPINION & ORDER re: 6608 LETTER MOTION for Discovery addressed to Magis Sarah Netburn from Steven Pounian dated 02/02/2021, filed by Plaintiffs Executive Committees. Plaintiffs' motion is GRANTED in part. The Clerk of Court is respectfully requested to grant in part the motion at ECF No. 6608. (Signed Magistrate Judge Sarah Netburn on 3/12/2021) (ras) (Entered: 03/12/2021) |
| .5/2021 | 6661 | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i): PLEASE TAKE NOTICE that following Plaintiffs by and through undersigned counsel, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A voluntarily dismiss all claims in the above−referenced actions without prejudice as to Defendant, the Islamic Republi ("Iran"): (1) Margaret Randazzo−Maloy (2) April Fitzgerald. As further set forth herein. Federal Rule of Civil Proced provides, in relevant part: (a) VOLUNTARY DISMISSAL. (1) By the Plaintiff. (A) Without a Court Order. Subject 23(e), 23.1(c), 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court orde (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.] Here not served an answer or a motion for summary judgment. Accordingly, the above−referenced Plaintiffs' claims again he dismissed without prejudice and without an Order of the Cout1 pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). SO OR (Signed by Judge George B. Daniels on 3/15/2021) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05339−GBD−SN, 1:20−cv−10460−GBD−SN (ks) (Entered: 03/15/2021) |
| .5/2021 | 6662 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele dated March 15, 2021 re: Response t order at ECF No. 6658. Document filed by Burnett Plaintiffs. (Attachments: # 1 Signed Consent Order)Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Haefele, Robert) (Entered: 03/15/2021) |
| .6/2021 | 6663 | MEMO ENDORSEMENT on re: 6627 Letter filed by Kingdom of Saudi Arabia. ENDORSEMENT: As proposed, th shall submit a joint letter by March 24, 2021, updating the Court as to their efforts to propose redactions in accordan Court's November 24, 2020 Order. (Signed by Magistrate Judge Sarah Netburn on 3/16/2021) (ras) (Entered: 03/16/2 |
| .6/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (25 in 1:18−cv−11619−GB in 1:19−cv−00041−GBD−SN, 28 in 1:18−cv−11493−GBD−SN, 27 in 1:18−cv−11509−GBD−SN, 18 in 1:19−cv−00026−GBD−SN, 19 in 1:18−cv−12318−GBD−SN, 26 in 1:18−cv−11582−GBD−SN, 655 in 1:04−cv−07279−GBD−SN, 18 in 1:18−cv−12030−GBD−SN, 27 in 1:18−cv−11504−GBD−SN, 6654 in 1:03−md−01570−GBD−SN, 58 in 1:19−cv−00044−GBD−SN, 478 in 1:15−cv−09903−GBD−SN, 18 in 1:18−cv−12118−GBD−SN, 26 in 1:18−cv−11624−GBD−SN, 894 in 1:03−cv−09849−GBD−SN, 18 in** |

| | | |
|---|---|---|
| | | **1:18−cv−12322−GBD−SN, 25 in 1:18−cv−11664−GBD−SN, 27 in 1:18−cv−11519−GBD−SN, 27 in 1:18−cv−11515−GBD−SN) MOTION for Charles Ross Heyl to Appear Pro Hac Vice . Filing fee $ 200.00, recei NYSDC−24226966. Motion and supporting papers to be reviewed by Clerk's Office staff., (17 in 1:18−cv−12118−GBD−SN, 654 in 1:04−cv−07279−GBD−SN, 18 in 1:18−cv−12318−GBD−SN, 893 in 1:03−cv−09849−GBD−SN, 62 in 1:19−cv−00041−GBD−SN, 26 in 1:18−cv−11509−GBD−SN, 17 in 1:19−cv−00026−GBD−SN, 57 in 1:19−cv−00044−GBD−SN, 24 in 1:18−cv−11619−GBD−SN, 25 in 1:18−cv−11582−GBD−SN, 6653 in 1:03−md−01570−GBD−SN, 26 in 1:18−cv−11519−GBD−SN, 25 in 1:18−cv−11624−GBD−SN, 26 in 1:18−cv−11504−GBD−SN, 27 in 1:18−cv−11493−GBD−SN, 17 in 1:18−cv−12030−GBD−SN, 24 in 1:18−cv−11664−GBD−SN, 17 in 1:18−cv−12322−GBD−SN, 477 in 1:15−cv−09903−GBD−SN, 26 in 1:18−cv−11515−GBD−SN) MOTION for Jade A. Haileselassie to Appear Pro Filing fee $ 200.00, receipt number NYSDC−24226953. Motion and supporting papers to be reviewed by Clerk staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(aea)** (Entered: 03/16/2021) |
| .6/2021 | 6664 | ORDER granting 6659 Motion to Withdraw as Attorney. Attorney Stephen DeGenaro terminated. (HEREBY ORDE Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 03/16/2021) |
| .7/2021 | 6665 | ORDER granting (893) Motion for Jade A. Haileselassie to Appear Pro Hac Vice in case 1:03−cv−09849−GBD−SN; (6653) Motion for Jade A. Haileselassie to Appear Pro Hac Vice in case 1:03−md−01570−GBD−SN; granting (654) Jade A. Haileselassie to Appear Pro Hac Vice in case 1:04−cv−07279−GBD−SN; granting (477) Motion for Jade A. Haileselassie to Appear Pro Hac Vice in case 1:15−cv−09903−GBD−SN; granting (27) Motion for Jade A. Haileselas Appear Pro Hac Vice in case 1:18−cv−11493−GBD−SN; granting (26) Motion for Jade A. Haileselassie to Appear P in case 1:18−cv−11504−GBD−SN; granting (26) Motion for Jade A. Haileselassie to Appear Pro Hac Vice in case 1:18−cv−11509−GBD−SN; granting (26) Motion for Jade A. Haileselassie to Appear Pro Hac Vice in case 1:18−cv−11515−GBD−SN; granting (26) Motion for Jade A. Haileselassie to Appear Pro Hac Vice in case 1:18−cv−11519−GBD−SN; granting (25) Motion for Jade A. Haileselassie to Appear Pro Hac Vice in case 1:18−cv−11582−GBD−SN; granting (24) Motion for Jade A. Haileselassie to Appear Pro Hac Vice in case 1:18−cv−11619−GBD−SN; granting (25) Motion for Jade A. Haileselassie to Appear Pro Hac Vice in case 1:18−cv−11624−GBD−SN; granting (24) Motion for Jade A. Haileselassie to Appear Pro Hac Vice in case 1:18−cv−11664−GBD−SN; granting (17) Motion for Jade A. Haileselassie to Appear Pro Hac Vice in case 1:18−cv−12030−GBD−SN; granting (17) Motion for Jade A. Haileselassie to Appear Pro Hac Vice in case 1:18−cv−12118−GBD−SN; granting (17) Motion for Jade A. Haileselassie to Appear Pro Hac Vice in case 1:18−cv−12322−GBD−SN; granting (17) Motion for Jade A. Haileselassie to Appear Pro Hac Vice in case 1:19−cv−00026−GBD−SN; granting (62) Motion for Jade A. Haileselassie to Appear Pro Hac Vice in case 1:19−cv−00041−GBD−SN; granting (57) Motion for Jade A. Haileselassie to Appear Pro Hac Vice in case 1:19−cv−00044−GBD−SN. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Cases: 1:03−md−01570−GBD−SN, et al. (ras) (Entered: 03/17/2021) |
| .7/2021 | 6666 | ORDER granting (894) Motion for Charles Ross Heyl to Appear Pro Hac Vice in case 1:03−cv−09849−GBD−SN; gr (6654) Motion for Charles Ross Heyl to Appear Pro Hac Vice in case 1:03−md−01570−GBD−SN; granting (655) Mo Charles Ross Heyl to Appear Pro Hac Vice in case 1:04−cv−07279−GBD−SN; granting (478) Motion for Charles Ro Appear Pro Hac Vice in case 1:15−cv−09903−GBD−SN; granting (28) Motion for Charles Ross Heyl to Appear Pro case 1:18−cv−11493−GBD−SN; granting (27) Motion for Charles Ross Heyl to Appear Pro Hac Vice in case 1:18−cv−11504−GBD−SN; granting (27) Motion for Charles Ross Heyl to Appear Pro Hac Vice in case 1:18−cv−11509−GBD−SN; granting (27) Motion for Charles Ross Heyl to Appear Pro Hac Vice in case 1:18−cv−11515−GBD−SN; granting (27) Motion for Charles Ross Heyl to Appear Pro Hac Vice in case 1:18−cv−11519−GBD−SN; granting (26) Motion for Charles Ross Heyl to Appear Pro Hac Vice in case 1:18−cv−11582−GBD−SN; granting (25) Motion for Charles Ross Heyl to Appear Pro Hac Vice in case 1:18−cv−11619−GBD−SN; granting (26) Motion for Charles Ross Heyl to Appear Pro Hac Vice in case 1:18−cv−11624−GBD−SN; granting (25) Motion for Charles Ross Heyl to Appear Pro Hac Vice in case 1:18−cv−11664−GBD−SN; granting (18) Motion for Charles Ross Heyl to Appear Pro Hac Vice in case 1:18−cv−12030−GBD−SN; granting (18) Motion for Charles Ross Heyl to Appear Pro Hac Vice in case 1:18−cv−12118−GBD−SN; granting (19) Motion for Charles Ross Heyl to Appear Pro Hac Vice in case 1:18−cv−12318−GBD−SN; granting (18) Motion for Charles Ross Heyl to Appear Pro Hac Vice in case 1:18−cv−12322−GBD−SN; granting (18) Motion for Charles Ross Heyl to Appear Pro Hac Vice in case 1:19−cv−00026−GBD−SN; granting (63) Motion for Charles Ross Heyl to Appear Pro Hac Vice in case 1:19−cv−00041−GBD−SN; granting (58) Motion for Charles Ross Heyl to Appear Pro Hac Vice in case 1:19−cv−00044−GBD−SN. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Cases: 1:03−md−01570−GBD−SN, et al. (ras) (Entered: 03/17/2021) |
| .8/2021 | 6667 | FIRST LETTER MOTION for Extension of Time *to Produce Certain Records Subject to the Court's February 1, 20 and Order* addressed to Magistrate Judge Sarah Netburn from AUSA Jeannette Vargas dated March 18, 2021. Docu by FBI..(Normand, Sarah) (Entered: 03/18/2021) |

| | | |
|---|---|---|
| .9/2021 | 6668 | MOTION for Default Judgment as to *Liability of Islamic Republic of Iran under 28 USC Section 1605A(c), and parti judgments for solatium and pain and suffering damages*. Document filed by Hugh Chairnoff..(Bonner, James) (Entere 03/19/2021) |
| .9/2021 | 6669 | DECLARATION of Joseph Peter Drennan in Support re: 6668 MOTION for Default Judgment as to *Liability of Isla Republic of Iran under 28 USC Section 1605A(c), and partial final judgments for solatium and pain and suffering da* Document filed by Hugh Chairnoff. (Attachments: # 1 Exhibit A (Plaintiffs seeking solatium damages), # 2 Exhibit E form of order)).(Bonner, James) (Entered: 03/19/2021) |
| .9/2021 | 6670 | MEMORANDUM OF LAW in Support re: 6668 MOTION for Default Judgment as to *Liability of Islamic Republic c under 28 USC Section 1605A(c), and partial final judgments for solatium and pain and suffering damages*. . Docume Hugh Chairnoff..(Bonner, James) (Entered: 03/19/2021) |
| .9/2021 | 6671 | PROPOSED ORDER. Document filed by Hugh Chairnoff. (Attachments: # 1 Exhibit A) Related Document Number ..(Bonner, James) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 03/19/2021) |
| .9/2021 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 6671 Proposed Order was revi approved as to form. (km)** (Entered: 03/19/2021) |
| 22/2021 | 6672 | ***SELECTED PARTIES*** ORDER granting 6667 Letter Motion for Extension of Time. The Court GRANTS the petition for the disclosure of certain additional grand jury information to counsel for the relevant parties in this case, s the provisions of the FBI Protective Order. The Court GRANTS the filing of the Petition under seal and the FBI is dir file the Petition on the docket by no later than March 23, 2021. The FBI shall produce the grand jury information desc the Petition by no later than March 23, 2021. The FBI shall process the additional document described on page 2 of it motion and produce the unprivileged material, if any, by no later than March 25, 2021. The Clerk of Court is respectf directed to GRANT the motion at ECF No. 6667. (Signed by Magistrate Judge Sarah Netburn on 3/22/2021) (ras) (Er 03/22/2021) |
| 22/2021 | 6673 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated 3/22/2021 re: No the Swedish Court for the deposition hearing of witness Mohdar Abdullah. Document filed by Plaintiffs Executive Committees..(Pounian, Steven) (Entered: 03/22/2021) |
| 24/2021 | 6674 | ***EX−PARTE*** MOTION for Disclosure *of Grand Jury Materials Pursuant to Federal Rule of Criminal Proced* Document filed by FBI.Motion or Order to File Under Seal: 6672 .(Vargas, Jeannette) (Entered: 03/24/2021) |
| 24/2021 | 6675 | MOTION for Default Judgment as to *Ashton 23 Wrongful Death Plaintiff*. Document filed by Kathleen Ashton.Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 03/24/2021) |
| 24/2021 | 6676 | DECLARATION of James P. Kreindler in Support re: (1466 in 1:02−cv−06977−GBD−SN, 6675 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Ashton 23 Wrongful Death Plaintiff*.. Document fi Kathleen Ashton. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 03/24/2021) |
| 24/2021 | 6677 | PROPOSED JUDGMENT. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A).(Kreindler, James) **Pr Judgment to be reviewed by Clerk's Office staff.** (Entered: 03/24/2021) |
| 24/2021 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (6677 in 1:03−md−01570− 1468 in 1:02−cv−06977−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Associ Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(dt)** (Entered: 03/24/2021) |
| 24/2021 | 6678 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated March 24, 2021 re: Joint statu concerning redactions. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 03/24/2021) |
| 25/2021 | 6679 | LETTER addressed to Magistrate Judge Sarah Netburn from Waleed Nassar dated March 25, 2021 re: In response to 2021 Order. Document filed by Abdullah Naseef. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhib Exhibit 5).(Nassar, Waleed) (Entered: 03/25/2021) |
| 25/2021 | 6680 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele dated March 25, 2021 re: Response to by counsel for defendant Abdullah Naseef [ECF No. 6679]. Document filed by Plaintiffs Executive Committees..(Ha Robert) (Entered: 03/25/2021) |
| 26/2021 | 6681 | OPINION & ORDER re: (5384 in 1:03−md−01570−GBD−SN) MOTION for the Court to Decide Al Rajhi Bank's Pe 12(b)(6) Motion to Dismiss re: 3869 Reply Memorandum of Law in Support of Motion, 3703 Memorandum of Law i of Motion, 3702 MOTION to Dismiss/Al Rajhi Bank's Notice of Motion to Dismiss Plaintiffs' Amended Complaint f to State a Claim and Lack of Personal Jurisdiction filed by Al Rajhi Bank. Defendant Al Rajhi Bank's motion to decid 12(b)(6) motion to dismiss before permitting jurisdictional discovery is DENIED. The parties are directed to meet and and propose a discovery schedule to the Court by no later than April 9, 2021. The Clerk of Court is respectfully direc the motion at ECF No. 5384. (Signed by Magistrate Judge Sarah Netburn on 3/26/2021) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:16−cv−07853−GBD−SN. (ras) (Entered: 03/26/2021) |

| | | |
|---|---|---|
| 26/2021 | 6682 | MOTION for John M. Quinn, Esq. to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−2431517 **and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Estate of John P.O'Neill, Sr.. (A # 1 Affidavit, # 2 Certificate of Good Standing, # 3 Text of Proposed Order).(Goldman, Jerry) (Entered: 03/26/2021) |
| 26/2021 | 6683 | PROPOSED ORDER. Document filed by Estate of John P.O'Neill, Sr.. Related Document Number: 6682 ..(Goldman **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 03/26/2021) |
| 26/2021 | 6684 | ***SELECTED PARTIES*** RESPONSE re: 6629 Objection (non−motion), *Pursuant to Rule 72 to the Magistrate October 21, 2020 and February 1, 2021 Opinions and Orders*. Document filed by Dallah Avco Trans Arabia, Plainti Executive Committees, Kingdom of Saudi Arabia, FBI. Motion or Order to File Under Seal: 4255 .(Vargas, Jeannette 03/26/2021) |
| 26/2021 | 6685 | NOTICE of Lodging of Classified Addendum to the FBI's Opposition to Plaintiffs' Objections Pursuant to Rule 72 to Magistrate Judge's October 21, 2020 and February 1, 2021 Opinions and Orders re: 6684 Response,. Document filed FBI..(Vargas, Jeannette) (Entered: 03/26/2021) |
| 26/2021 | 6686 | ***SELECTED PARTIES*** BRIEF re: 6660 Memorandum & Opinion, *Plaintiffs' Objections pursuant to Fed. R.* Document filed by Plaintiffs Executive Committees.Motion or Order to File Under Seal: 4255 .(Carter, Sean) (Entere 03/26/2021) |
| 29/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 6682 MOTION for John M Esq. to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−24315171. Motion and supporting be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba)** (Ent 03/29/2021) |
| 30/2021 | 6687 | ORDER granting 6682 Motion for John M. Quinn to Appear Pro Hac Vice. (HEREBY ORDERED by Magistrate Ju Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 03/30/2021) |
| 31/2021 | 6688 | CLERK CERTIFICATE OF MAILING of one copy of the the Cover Letter, Complaint dated January 10, 2020 (Rya 1), Notice of Suit, pursuant to 22 C.F.R 93.2, along with the text of FSIA 28 U.S.C § 1602, et seq, Summons dated Ja 2020 (Ryan Doc No. 6), and Affidavit of Translator (along with translations of the above documents into Farsi) maile National Iranian Oil Company c/o Bijan Namdar Zanganeh (Chairman) and Masoud Karbasian (CEO) Hafez Crossin Taleghani Avenue Tehran, Iran on 3/30/2021 by Registered Mail tracking # RH002798720US, to the head of the age instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608 Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−SN.(smc) (Main Document 6688 rep 3/31/2021) (smc). Modified on 3/31/2021 (smc). (Main Document 6688 replaced on 4/8/2021) (smc). (Entered: 03/31 |
| 31/2021 | 6689 | CLERK CERTIFICATE OF MAILING of one copy of the the Cover Letter, Complaint dated January 10, 2020 (Rya 1), Notice of Suit, pursuant to 22 C.F.R 93.2, along with the text of FSIA 28 U.S.C § 1602, et seq, Summons dated Ja 2020 (Ryan Doc No. 6), and Affidavit of Translator (along with translations of the above documents into Farsi) maile Ministry of Commerce c/o H.E. Mohammad Javad Zarif Ministry of Foreign Affairs Imam Khomeini Avenue Tehran 3/30/2021 by Registered Mail tracking # RH002798852US, to the head of the agency or instrumentality of the foreig pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B). Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−SN(smc) (Main Document 6689 replaced on 3/31/2021) (smc). on 3/31/2021 (smc). (Main Document 6689 replaced on 4/8/2021) (smc). (Entered: 03/31/2021) |
| 31/2021 | 6690 | CLERK CERTIFICATE OF MAILING of one copy of the the Cover Letter, Complaint dated January 10, 2020 (Rya 1), Notice of Suit, pursuant to 22 C.F.R 93.2, along with the text of FSIA 28 U.S.C § 1602, et seq, Summons dated Ja 2020 (Ryan Doc No. 6), Affidavit of Translator (along with translations of the above documents into Farsi) mailed to Bank of Iran a/k/a Bank Markazi c/o H.E. Mohammad Javad Zariff Ministry of Foreign Affairs Imam Khomeini Ave Iran on 3/30/2021 by Registered Mail tracking # RH002798755US, to the head of the agency or instrumentality of th state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B). Filed In Associated 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−SN(smc) (Main Document 6690 replaced on 4/8/2021) (smc). (E 03/31/2021) |
| 31/2021 | 6691 | CLERK CERTIFICATE OF MAILING of one copy of the One (1) copy of the Cover Letter, Complaint dated Januar (Ryan Doc No. 1), Notice of Suit, pursuant to 22 C.F.R 93.2, along with the text of FSIA 28 U.S.C § 1602, et seq, Su dated January 13, 2020 (Ryan Doc No. 6), and Affidavit of Translator (along with translations of the above documen Farsi) mailed to Islamic Revolutionary Guard Corps c/o H.E. Mohammad Javad Zarif Ministry of Foreign Affairs Im Khomeini Avenue Tehran, Iran on 3/31/2021 by Registered Mail tracking # RH002800114US, to the head of the age instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608 Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−SN(smc) (Main Document 6691 repl 3/31/2021) (smc). (Main Document 6691 replaced on 3/31/2021) (smc). (Main Document 6691 replaced on 4/8/2021 (Entered: 03/31/2021) |
| 31/2021 | 6692 | CLERK CERTIFICATE OF MAILING of one copy of the the Cover Letter, Complaint dated January 10, 2020 (Rya 1), Notice of Suit, pursuant to 22 C.F.R 93.2, along with the text of FSIA 28 U.S.C § 1602, et seq, Summons dated Ja 2020 (CLERK CERTIFICATE OF MAILING of one copy of the the Cover Letter, Complaint dated January 10, 202 |

| | | |
|---|---|---|
| | | Doc No. 1), Notice of Suit, pursuant to 22 C.F.R 93.2, along with the text of FSIA 28 U.S.C § 1602, et seq, Summons January 13, 2020 (Ryan Doc No. 6), and Affidavit of Translator (along with translations of the above documents into mailed to Iran Airlines a/k/a Iran Air c/o Farzaneh Sharafbafi (CEO) Iran Air HQ, Mehrabad Airport P.O. Box 13185 Tehran, Iran on 3/31/2021 bRyan Doc No. 6), and Affidavit of Translator (along with translations of the above docum Farsi) mailed to Iran Airlines a/k/a Iran Air c/o Farzaneh Sharafbafi (CEO) Iran Air HQ, Mehrabad Airport P.O. Box Tehran, Iran on 3/31/2021 by Registered Mail tracking # RH002800074US, to the head of the agency or instrumental foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B). Filed In Ass Cases: 1:03−md−01570−GBDy Registered Mail tracking # RH002800074US, to the head of the agency or instrumen foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B). Filed In Ass Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−SN(smc) (Main Document 6692 replaced on 4/8/2021) (s 1:20−cv−00266−GBD−SN(smc) (Main Document 6692 replaced on 4/8/2021) (smc). (Entered: 03/31/2021) |
| 31/2021 | 6693 | CLERK CERTIFICATE OF MAILING of one copy of the the Cover Letter, Complaint dated January 10, 2020 (Rya 1), Notice of Suit, pursuant to 22 C.F.R 93.2, along with the text of FSIA 28 U.S.C § 1602, et seq, Summons dated Ja 2020 (Ryan Doc No. 6), and Affidavit of Translator (along with translations of the above documents into Farsi) maile National Iranian Petrochemical Company c/o Bijan Zanganeh (Chairman) and Marzieh Shahdaei (President 140 Nort Bahaie Avenue P.O. Box 19395−6896 Tehran, Iran on 3/30/2021 by Registered Mail tracking # RH002798821US, to of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 2 1608(b)(3)(B). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−SN(smc) (Main Docu replaced on 4/8/2021) (smc). (Entered: 03/31/2021) |
| 31/2021 | 6694 | CLERK CERTIFICATE OF MAILING of one copy of the the Cover Letter, Complaint dated January 10, 2020 (Rya 1), Notice of Suit, pursuant to 22 C.F.R 93.2, along with the text of FSIA 28 U.S.C § 1602, et seq, Summons dated Ja 2020 (Ryan Doc No. 6), and Affidavit of Translator (along with translations of the above documents into Farsi) maile National Iranian Gas Company c/o Hassan Montazer Torbati (Managing Director) National Iranian Gas Company Bu South Aban Street, Karimkhan Blvd. Tehran, Iran on 3/31/2021 by Registered Mail tracking # RH002800030US, to t the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U 1608(b)(3)(B). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−SN(smc) (Main Docu replaced on 4/8/2021) (smc). (Entered: 03/31/2021) |
| 31/2021 | 6695 | CLERK CERTIFICATE OF MAILING of one copy of the the Cover Letter, Complaint dated January 10, 2020 (Rya 1), Notice of Suit, pursuant to 22 C.F.R 93.2, along with the text of FSIA 28 U.S.C § 1602, et seq, Summons dated Ja 2020 (Ryan Doc No. 6), and Affidavit of Translator (along with translations of the above documents into Farsi) maile Ministry of Petroleum c/o H.E. Mohammad Javad Zarif Ministry of Foreign Affairs Imam Khomeini Avenue Tehran 3/31/2021 by Registered Mail tracking # RH002800105US, to the head of the agency or instrumentality of the foreig pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B). Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−SN(smc) (Main Document 6695 replaced on 4/8/2021) (smc). (E 03/31/2021) |
| 31/2021 | 6696 | CLERK CERTIFICATE OF MAILING of one copy of the Cover Letter, Complaint dated January 10, 2020 (Ryan D Notice of Suit, pursuant to 22 C.F.R 93.2, along with the text of FSIA 28 U.S.C § 1602, et seq, Summons dated Janua 2020 (Ryan Doc No. 6) and Affidavit of Translator (along with translations of the above documents into Farsi) maile Ministry of Information and Security c/o H.E Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Tehran, Iran on 03/31/2021 by Registered Mail tracking # RH002800128US, to the head of the agency or instrument foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B). Filed In Ass Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−SN(JKR) (Entered: 03/31/2021) |
| 31/2021 | 6697 | CLERK CERTIFICATE OF MAILING of one copy of the the Cover Letter, Complaint dated January 10, 2020 (Rya 1), Notice of Suit, pursuant to 22 C.F.R 93.2, along with the text of FSIA 28 U.S.C § 1602, et seq, Summons dated Ja 2020 (Ryan Doc No. 6), and Affidavit of Translator (along with translations of the above documents into Farsi) maile Ayatollah Ali Hoseini Khamenei c/o H.E. Mohammad Javad Zarif Ministry of Foreign Affairs Imam Khomeini Aver Iran on 3/30/2021 by Registered Mail tracking # RH002798680US, to the head of the agency or instrumentality of th state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B). Filed In Associated 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−SN(smc) (Main Document 6697 replaced on 4/8/2021) (smc). (E 03/31/2021) |
| 31/2021 | 6698 | MEMO ENDORSEMENT on re: 6678 Letter filed by Kingdom of Saudi Arabia. ENDORSEMENT: The parties shal joint letter updating the Court as to the status of the proposed redactions by April 23, 2021. (Signed by Magistrate Ju Netburn on 3/31/2021) (ras) (Entered: 03/31/2021) |
| 31/2021 | 6699 | MEMO ENDORSEMENT on re: (896 in 1:03−cv−09849−GBD−SN, 6662 in 1:03−md−01570−GBD−SN) Letter, fil Burnett Plaintiffs. ENDORSEMENT: The substitution of counsel is GRANTED. Former counsel's request to separat Michael Cioffi from the case is denied. Because the docket will reflect that Joseph Giaramita represents Michael Cio no need to separate Mr. Cioffi's case from the Burnett Plaintiffs who will remain represented by Motley, Rice. (Attor Ronald Giaramita for Michael Cioffi, added. Attorney Jodi Westbrook Flowers terminated.) (Signed by Magistrate Ju Netburn on 3/31/2021) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN. (ras) (En |

| | | |
|---|---|---|
| | | 03/31/2021) |
| )1/2021 | 6700 | LETTER addressed to Judge George B. Daniels from Plaintiffs' Executive Committees dated 4/1/2021 re: request for of time. Document filed by Plaintiffs Executive Committees..(Benett, Megan) (Entered: 04/01/2021) |
| )1/2021 | 6701 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated April 1, 2021 re: Joint propos regarding filing deadlines. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 04/01/2021) |
| )1/2021 | 6702 | MEMO ENDORSEMENT on re: 6701 Letter filed by Kingdom of Saudi Arabia. ENDORSEMENT: The Court appr proposed briefing schedule. Saudi Arabia shall respond to Plaintiffs' Objections by April 9, 2021, and Plaintiffs may April 16, 2021. (Signed by Magistrate Judge Sarah Netburn on 4/1/2021) (ras) (Entered: 04/01/2021) |
| )2/2021 | 6703 | MEMO ENDORSEMENT on re: 6680 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The part directed to meet and confer to discuss Dr. Nassef's proposal regarding voluntary dismissal. If they do not agree to vol dismissal, the parties shall submit a joint status letter by no later than April 12, 2021 outlining proposed next steps in Dr. Naseef may discontinue his regular updates to the Court concerning his health but should inform the Court promp his medical condition change in a way that would affect his participation in this litigation. The parties are reminded to confer in good faith and to correspond with one another in a timely manner in order to comply with the Court's deadl submission of the joint status letter, the Court will set further litigation deadlines if necessary. (Signed by Magistrate Sarah Netburn on 4/2/2021) (ras) (Entered: 04/02/2021) |
| )2/2021 | 6704 | MOTION for Audrey A. Beck to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−24347715. **Mo supporting papers to be reviewed by Clerk's Office staff.** Document filed by Dubai Islamic Bank. (Attachments: # Affidavit in support of motion for admission of Audrey A. Beck Pro Hac Vice, # 2 Exhibit Certificate of Good Stand 3 Exhibit Certificate of Good Standing DC, # 4 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570− et al..(Beck, Audrey) (Entered: 04/02/2021) |
| )5/2021 | 6705 | NOTICE OF APPEARANCE by John Michael Quinn on behalf of Gordon Aamoth, Lloyd Abel, Lloyd Abel, Lloyd Audrey Ades, Roberta Agyeman, Dana Aron Weiner, Paul Asaro, Peter Asaro, August Bernaerts, Deborah Bodner, M Bonomo, Rodney Bush, William Cintron−Lugos, David DeConto, Jessica Derubbio, Joseph Deuel, Estate of John P. Estate of John Patrick O'Neill Sr., Allison Garger, David Gordenstein, Arthur Harris, Arthur Harris, Marinella Hemer Alexander Jimenez, Bakahityar Kamardinova, Chang Kim, Kristian Kincaid, Karyl Kincaid−Noel, Stephanie Lang, E Mellon, Queen Mercer, Maureen Moody−Theinert, Horace Morris, Michael Murray, Michael Murray, C. I. O'Neill, J Ana Ortiz, Mario Perez, Hopeton Richards, Cheryl Rivelli, Deborah Rooney, Matthew Rowenhorst, Laurence Schliss Spence, Edward Stackpole, Jack Zelmanowitz. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Quinn, (Entered: 04/05/2021) |
| )5/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (900 in 1:03−cv−09849−G 1074 in 1:03−cv−06978−GBD−SN, 658 in 1:04−cv−07279−GBD−SN, 624 in 1:04−cv−07065−GBD−SN, 681 in 1:04−cv−05970−GBD−SN, 745 in 1:04−cv−01923−GBD−SN, 6704 in 1:03−md−01570−GBD−SN) MOTION for Beck to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−24347715. Motion and supporting be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In A Cases: 1:03−md−01570−GBD−SN et al.(wb)** (Entered: 04/05/2021) |
| )5/2021 | 6706 | ORDER granting (900) Motion for Audrey A. Beck to Appear Pro Hac Vice in case 1:03−cv−09849−GBD−SN; grar Motion for Audrey A. Beck to Appear Pro Hac Vice in case 1:03−md−01570−GBD−SN; granting (745) Motion for A Beck to Appear Pro Hac Vice in case 1:04−cv−01923−GBD−SN; granting (681) Motion for Audrey A. Beck to Appe Vice in case 1:04−cv−05970−GBD−SN; granting (624) Motion for Audrey A. Beck to Appear Pro Hac Vice in case 1:04−cv−07065−GBD−SN; granting (658) Motion for Audrey A. Beck to Appear Pro Hac Vice in case 1:04−cv−07279−GBD−SN; granting (1074) Motion for Audrey A. Beck to Appear Pro Hac Vice in case 1:03−cv−06978−GBD−SN. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) Filed In A Cases: 1:03−md−01570−GBD−SN, et al. (ras) (Entered: 04/05/2021) |
| )5/2021 | 6707 | MEMO ENDORSEMENT on re: 6700 Letter filed by Plaintiffs Executive Committees, ENDORSEMENT: SO ORD (Signed by Judge George B. Daniels on 4/5/2021) ( Replies due by 4/16/2021.)( Replies due by 4/16/2021.) (ks) (Ent 04/05/2021) |
| )6/2021 | 6708 | NOTICE OF APPEARANCE by John Michael Quinn on behalf of Jeanmarie Hargrave. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−09387−GBD−SN.(Quinn, John) (Entered: 04/06/2021) |
| )7/2021 | 6709 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter dated April 7, 2021 re: Plaintiffs with cla Al Rajhi Bank (ARB), write to respectfully request a one week extension of the deadline for submitting a proposal fo jurisdictional discovery as to ARB. Document filed by Plaintiffs Executive Committees..(Carter, Sean) (Entered: 04/( |
| )7/2021 | 6710 | MOTION to Direct *Clerk to Send Documents to U.S. State Department for Diplomatic Service*. Document filed by H (Attachments: # 1 Text of Proposed Order Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN.(Fleming, Timothy) (Entered: 04/07/2021) |

| | | |
|---|---|---|
| )7/2021 | 6711 | MEMORANDUM OF LAW in Support re: (236 in 1:19−cv−00012−GBD−SN) MOTION to Direct *Clerk to Send Do U.S. State Department for Diplomatic Service*. . Document filed by Herman Ray. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN.(Fleming, Timothy) (Entered: 04/07/2021) |
| )7/2021 | 6712 | JOINT RESPONSE re: (6601 in 1:03−md−01570−GBD−SN) Report and Recommendations,,,,,,,, *of the "O'Neill Def the O'Neill Plaintiffs' Objections to Judge Netburn's Report and Recommendation Against Class Certification*. Docur by Dubai Islamic Bank. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN.(Marsha (Entered: 04/07/2021) |
| )7/2021 | 6713 | REPLY MEMORANDUM OF LAW in Support re: 6574 MOTION to Dismiss *Sudan's Notice of Its Consolidated M Dismiss the Amended Complaints for Lack of Subject−Matter Jurisdiction Lack of Personal Jurisdiction, And For Fa State a Claim*. . Document filed by Republic of the Sudan..(Curran, Christopher) (Entered: 04/07/2021) |
| )8/2021 | 6714 | MEMO ENDORSEMENT on re: 6709 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: Plaintiff extend the deadline for submitting the parties' proposal(s) for jurisdictional discovery as to ARB to April 16, 2021, is GRANTED. The parties shall submit their proposals no later than April 16, 2021. (Signed by Magistrate Judge Sarah 4/8/2021) (ras) (Entered: 04/08/2021) |
| )8/2021 | 6715 | CLERK CERTIFICATE OF MAILING of one copy of the Cover Letter, Complaint dated January 10, 2020 (Ryan Do Notice of Suit, pursuant to 22 C.F.R 93.2, along with the text of FSIA 28 U.S.C § 1602, et seq, Summons dated Janua 2020 (Ryan Doc No. 6), Affidavit of translator (along with translations of the above documents into Farsi) mailed to Republic of Iran, c/o Ministry of Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran on 04/02/2021 by Registered tracking # RH002803265US, to the head of the agency or instrumentality of the foreign state, pursuant to the provisio Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B). Filed In Associated Cases: 1:03−md−01570−GBD−SN 1:20−cv−00266−GBD−SN(jkr) (Entered: 04/08/2021) |
| )8/2021 | 6716 | CLERK CERTIFICATE OF MAILING of one copy of the One copy of the Cover Letter, Complaint dated January 1( (Ryan Doc No. 1), Notice of Suit, pursuant to 22 C.F.R 93.2, along with the text of FSIA 28 U.S.C § 1602, et seq, Su dated January 13, 2020 (Ryan Doc No. 6), Affidavit of translator (along with translations of the above documents into mailed to Central Bank of Iran, a.k.a Bank Markazi, c/o Abdolnaser Hemmati (President/Governor), 144 Mirdamad E Tehran, Iran on 04/02/2021 by Registered Mail tracking # RH002803141US, to the head of the agency or instrumenta foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B). Filed In Ass Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−SN(jkr) (Entered: 04/08/2021) |
| )8/2021 | 6717 | CLERK CERTIFICATE OF MAILING of one copy of the One copy of the Cover Letter, Complaint dated January 1( (Ryan Doc No. 1), Notice of Suit, pursuant to 22 C.F.R 93.2, along with the text of FSIA 28 U.S.C § 1602, et seq, Su dated January 13, 2020 (Ryan Doc No. 6), Affidavit of translator (along with translations of the above documents into mailed to Iran's Ministry of Economic Affairs and Finance, c/o Mohammad Javad Zarif, Minister of Foreign Affairs, Khomeini Avenue, Tehran, Iran on 04/02/2021 by Registered Mail tracking # RH002803053US, to the head of the ag instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608( Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−SN(jkr) (Entered: 04/08/2021) |
| )8/2021 | 6718 | CLERK CERTIFICATE OF MAILING of one copy of the Cover Letter, Complaint dated January 10, 2020 (Ryan Do Notice of Suit, pursuant to 22 C.F.R 93.2, along with the text of FSIA 28 U.S.C § 1602, et seq, Summons dated Janua 2020 (Ryan Doc No. 6), Affidavit of Translator (along with translations of the above documents into Farsi) mailed to Iranian Tanker Company, c/o Nasrollah Sardashti (Managing Director), 65 Shahid Atefi Street, Africa Expressway,T on 04/02/2021 by Registered Mail tracking # RH002803098US, to the head of the agency or instrumentality of the fo pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B). Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−SN(jkr) (Entered: 04/08/2021) |
| )8/2021 | 6719 | CLERK CERTIFICATE OF MAILING of One copy of the Cover Letter, Complaint dated January 10, 2020 (Ryan D Notice of Suit, pursuant to 22 C.F.R 93.2, along with the text of FSIA 28 U.S.C § 1602, et seq, Summons dated Janua 2020 (Ryan Doc No. 6), Affidavit of Translator (along with translations of the above documents into Farsi) mailed to Valiasr Avenue, Shahid Rahimi Alley No.75, Tehran, Iran on 04/02/2021 by Registered Mail tracking # RH0028034: the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunit U.S.C. § 1608(b)(3)(B). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−SN(jkr) (En 04/08/2021) |
| )8/2021 | 6720 | CLERK CERTIFICATE OF MAILING of One copy of the Cover Letter, Complaint dated January 10, 2020 (Ryan D Notice of Suit, pursuant to 22 C.F.R 93.2, along with the text of FSIA 28 U.S.C § 1602, et seq, Summons dated Janua 2020 (Ryan Doc No. 6), Affidavit of Translator (along with translations of the above documents into Farsi) mailed to Ministry of Defense and Armed Forces Logistics, c/o H.E Mohammad Javad Zarif, Ministry of Foreign Affairs, Imar Avenue, Tehran, Iran on 04/02/2021 by Registered Mail tracking # RH002803209US, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608( Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−SN(jkr) (Entered: 04/08/2021) |

| | | |
|---|---|---|
| )8/2021 | 6721 | CLERK CERTIFICATE OF MAILING of One copy of the Cover Letter, Complaint dated January 10, 2020 (Ryan D Notice of Suit, pursuant to 22 C.F.R 93.2, along with the text of FSIA 28 U.S.C § 1602, et seq, Summons dated Janua 2020 (Ryan Doc No. 6), Affidavit of Translator (along with translations of the above documents into Farsi) mailed to Ali Akbar Hashemi Rafsanjani, c/o H.E Mohammad Javad Zarif, Ministry of Foreign Affairs, Imam Khomeini Avenu Iran on 04/02/2021 by Registered Mail tracking # RH002803359US, to the head of the agency or instrumentality of t state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B). Filed In Associated 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−SN(jkr) (Entered: 04/08/2021) |
| )9/2021 | 6722 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated April 9, 2021 re: Sealed Oppo Plaintiffs' Letter Motion for Discovery. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 0 |
| )9/2021 | 6723 | ***SELECTED PARTIES*** OPPOSITION BRIEF re: 6686 Brief . Document filed by Dallah Avco Trans Arabia, Executive Committees, FBI, Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit 1)Motion or Order to File Under S .(Kellogg, Michael) (Entered: 04/09/2021) |
| )9/2021 | 6724 | Objection re: 6681 Memorandum & Opinion,,, . Document filed by Al Rajhi Bank..(Curran, Christopher) (Entered: 0 |
| .2/2021 | 6725 | MEMORANDUM DECISION AND ORDER: Plaintiffs' Executive Committees ("PECs" or "Plaintiffs") object unde Rule of Civil Procedure 72(a) to Magistrate Judge Netburn's June 23, 2020 Order and Opinion. (See Opinion & Orde 6290, filed under seal Jun. 23, 2020) ("June 23 Order.") The June 23 Order granted Saudi Arabia's request to limit its searches and partially granted Plaintiffs' motion to compel. (Id.) The Plaintiffs' objections assert (1) that it was clear e Magistrate Judge Netburn to deny document discovery concerning Majed Al Mersal; and (2) that Magistrate Judge N clearly erred by denying Plaintiffs' requests for discovery searches of Saudi Arabia's Embassy and Consulate for docu related to Abdullah Al Jaithen. (Plaintiffs' Objections ("Pls. Objs.") 1, 8.) Plaintiffs also object to Magistrate Judge N denial of Plaintiffs' request for additional discovery concerning contacts between Al Jaithen and the King Fahad Mos 8.) Plaintiffs' objections to Magistrate Judge Netburn's June 23 Order are overruled; as further set forth herein. Plainti objections to Magistrate Judge Netburn's June 23 Order are OVERRULED. Plaintiffs' specific request for further disc DENIED. Magistrate Judge Netburn's June 23 Order is adopted in its entirety. (Signed by Judge George B. Daniels o 4/12/2021) (mro) (Entered: 04/12/2021) |
| .2/2021 | 6726 | JOINT LETTER addressed to Magistrate Judge Sarah Netburn from Waleed Nassar dated April 12, 2021 re: Joint Sta regarding Defendant Dr. Abdullah Naseef. Document filed by Abdullah Naseef..(Nassar, Waleed) (Entered: 04/12/20 |
| .2/2021 | 6727 | ***SELECTED PARTIES*** LETTER MOTION to Compel FBI to produce discovery addressed to Magistrate Jud Netburn from Plaintiffs' Executive Committees dated 4/12/2021. Document filed by Dallah Avco Trans Arabia, FBI, of Saudi Arabia, Plaintiffs Executive Committees.Motion or Order to File Under Seal: 4255 .(Pounian, Steven) (Ente 04/12/2021) |
| .2/2021 | 6728 | ***SELECTED PARTIES***DECLARATION of Steven R. Pounian in Support re: 6727 LETTER MOTION to Co produce discovery addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated 4/12/20 Document filed by Dallah Avco Trans Arabia, Plaintiffs Executive Committees, FBI, Kingdom of Saudi Arabia. (Att 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)Motion or Order to File Under Seal: 4255 .(Pounian, Steven) (Entered: 04/12 |
| .4/2021 | 6729 | ORDER granting 6727 Letter Motion. The Government is ORDERED to file any opposition to the Plaintiffs' April 12 letter motion, including any position on sealing, by April 16, 2021, with Plaintiffs reply due by April 20, 2021. (HER ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 04/14/2021) |
| .4/2021 | 6730 | MEMO ENDORSEMENT on re: 6726 Letter filed by Abdullah Omar Naseef. ENDORSEMENT: Parties' request is GRANTED. Parties will proceed with the schedule for expert and jurisdictional discovery set out for other defendant ECF No. 6657. Counsel for Dr. Nassef will promptly inform this Court and PECs if Dr. Nassef's condition changes ir that affects his participation in this litigation. (Signed by Magistrate Judge Sarah Netburn on 4/14/2021) (ras) (Entere 04/14/2021) |
| .5/2021 | 6731 | LETTER addressed to Judge George B. Daniels from Plaintiffs' Executive Committees dated 4/15/2021 re: request fo of time. Document filed by Plaintiffs Executive Committees..(Pounian, Steven) (Entered: 04/15/2021) |
| .5/2021 | 6732 | MEMO ENDORSEMENT on re: 6731 Letter filed by Plaintiffs Executive Committees. ENDORSEMENT: SO ORD (Signed by Judge George B. Daniels on 4/15/2021) (kv) (Entered: 04/15/2021) |
| .5/2021 | 6733 | MOTION for Arthur Armstrong to Withdraw as Attorney . Document filed by C. O'Neill, Gordon Aamoth, Mary Aa Abel, Lloyd Abel, Lloyd Abel, Sr, Audrey Ades, Roberta Agyeman, Ber Barry Aron, Paul Asaro, August Bernaerts, Bodner, Margarite Bonomo, Rodney Bush, William Cintron−Lugos, David DeConto, Jessica Derubbio, Joseph Deue Deuel, Estate of John P.O'Neill, Sr., Estate of John Patrick O'Neill Sr., Allison Garger, Samantha Gordenstein, James Arthur Harris, Arthur Harris, Marinella Hemenway, Alexander Jimenez, Bakahityar Kamardinova, Chang Kim, Krist Kincaid, Stephanie Lang, BNY Mellon, Jackie Mercer, Maureen Moody−Theinert, Horace Morris, Timothy Murray, O'Neill, Ana Ortiz, Mario Perez, Hopeton Richards, Cheryl Rivelli, Deborah Rooney, Matthew Rowenhorst, Laurenc Barbara Spence, Edward Stackpole, Jack Zelmanowitz. (Attachments: # 1 Text of Proposed Order)Filed In Associate 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 04/15/2021) |

| | | |
|---|---|---|
| .5/2021 | 6734 | DECLARATION of Jerry S. Goldman in Support re: (152 in 1:18−cv−05306−GBD−SN, 34 in 1:18−cv−11950−GBI 1:20−cv−10460−GBD−SN, 101 in 1:18−cv−07306−GBD−SN, 31 in 1:18−cv−12274−GBD−SN, 33 in 1:18−cv−12270−GBD−SN, 12 in 1:20−cv−09376−GBD−SN, 72 in 1:18−cv−11876−GBD−SN, 94 in 1:18−cv−11837−GBD−SN, 34 in 1:18−cv−11964−GBD−SN, 749 in 1:04−cv−01923−GBD−SN, 31 in 1:18−cv−11967−GBD−SN, 32 in 1:18−cv−11880−GBD−SN, 31 in 1:18−cv−12272−GBD−SN, 35 in 1:18−cv−11885−GBD−SN, 6733 in 1:03−md−01570−GBD−SN, 23 in 1:19−cv−11776−GBD−SN, 31 in 1:18−cv−12275−GBD−SN, 31 in 1:18−cv−11904−GBD−SN, 137 in 1:18−cv−05320−GBD−SN, 20 in 1:19−cv−11865−GBD−SN, 31 in 1:18−cv−11966−GBD−SN, 140 in 1:18−cv−05321−GBD−SN, 31 in 1:18−cv−12273−GBD−SN, 117 in 1:18−cv−05331−GBD−SN, 82 in 1:18−cv−11875−GBD−SN, 31 in 1:18−cv−11971−GBD−SN, 31 in 1:18−cv−11969−GBD−SN, 516 in 1:04−cv−01922−GBD−SN, 12 in 1:20−cv−09387−GBD−SN, 93 in 1:18−cv−11878−GBD−SN, 96 in 1:18−cv−11870−GBD−SN, 31 in 1:18−cv−11965−GBD−SN, 31 in 1:18−cv−11970−GBD−SN, 71 in 1:18−cv−12114−GBD−SN, 89 in 1:18−cv−12277−GBD−SN, 33 in 1:18−cv−11926−GBD−SN, 34 in 1:18−cv−11888−GBD−SN, 138 in 1:18−cv−05339−GBD−SN, 94 in 1:18−cv−12387−GBD−SN, 566 in 1:04−cv−01076−GBD−SN, 23 in 1:19−cv−11767−GBD−SN, 32 in 1:18−cv−11946−GBD−SN, 84 in 1:18−cv−12276−GBD−SN, 34 in 1:18−cv−11941−GBD−SN) MOTION for Arthur Armstrong to Withdraw as Attorney .. Document filed by C. O'Neil Aamoth, Lloyd Abel, Lloyd Abel, Lloyd Abel, Sr, Audrey Ades, Roberta Agyeman, Ber Barry Aron, Peter Asaro, Au Bernaerts, Deborah Bodner, Margarite Bonomo, Rodney Bush, William Cintron−Lugos, David DeConto, Jessica Der Joseph Deuel, Estate of John P.O'Neill, Sr., Estate of John Patrick O'Neill Sr., Allison Garger, David Gordenstein, Ja Hargrave, Arthur Harris, Arthur Harris, Marinella Hemenway, Alexander Jimenez, Bakahityar Kamardinova, Chang Kincaid−Noel, Stephanie Lang, BNY Mellon, Queen Mercer, Maureen Moody−Theinert, Horace Morris, Michael M Michael Murray, C. I. O'Neill, J. O'Neill, John O'Neill, Ana Ortiz, Mario Perez, Hopeton Richards, Cheryl Rivelli, D Rooney, Matthew Rowenhorst, Laurence Schlissel, Barbara Spence, Edward Stackpole, Jack Zelmanowitz. Filed In A Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 04/15/2021) |
| .5/2021 | 6735 | PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY. Document filed by C. O'Neill, Gordon Aamoth, Lloy Lloyd Abel, Lloyd Abel, Sr, Audrey Ades, Roberta Agyeman, Dana Aron Weiner, Peter Asaro, August Bernaerts, De Bodner, Margarite Bonomo, Rodney Bush, William Cintron−Lugos, David DeConto, Jessica Derubbio, Joseph Deue Deuel, Allison Garger, Samantha Gordenstein, Jeanmarie Hargrave, Arthur Harris, Arthur Harris, Marinella Hemenw Alexander Jimenez, Bakahityar Kamardinova, Chang Kim, Karyl Kincaid−Noel, Stephanie Lang, BNY Mellon, Que Maureen Moody−Theinert, Horace Morris, Michael Murray, Michael Murray, C. I. O'Neill, Ana Ortiz, Mario Perez, Richards, Cheryl Rivelli, Deborah Rooney, Matthew Rowenhorst, Laurence Schlissel, Barbara Spence, Edward Stack Zelmanowitz. Related Document Number: 6733 ..(Goldman, Jerry) (Entered: 04/15/2021) |
| .5/2021 | 6736 | MOTION for Linda Gerstel to Withdraw as Attorney . Document filed by C. O'Neill, Gordon Aamoth, Lloyd Abel, L Lloyd Abel, Sr, Audrey Ades, Roberta Agyeman, Ber Barry Aron, Peter Asaro, August Bernaerts, Deborah Bodner, M Bonomo, Rodney Bush, William Cintron−Lugos, David DeConto, Jessica Derubbio, Richard Deuel, Estate of John P Sr., Estate of John Patrick O'Neill Sr., Allison Garger, Samantha Gordenstein, James Hargrave, Arthur Harris, Arthur Marinella Hemenway, Alexander Jimenez, Bakahityar Kamardinova, Chang Kim, Kristian Kincaid, Stephanie Lang, Mellon, Queen Mercer, Maureen Moody−Theinert, Horace Morris, Michael Murray, Michael Murray, C. I. O'Neill, M Perez, Hopeton Richards, Cheryl Rivelli, Deborah Rooney, Matthew Rowenhorst, Laurence Schlissel, Barbara Spenc Stackpole, Jack Zelmanowitz. (Attachments: # 1 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570 et al..(Goldman, Jerry) (Entered: 04/15/2021) |
| .5/2021 | 6737 | DECLARATION of Jerry S. Goldman in Support re: (85 in 1:18−cv−11875−GBD−SN, 37 in 1:18−cv−11888−GBD- 1:18−cv−05320−GBD−SN, 34 in 1:18−cv−11965−GBD−SN, 155 in 1:18−cv−05306−GBD−SN, 143 in 1:18−cv−05321−GBD−SN, 36 in 1:18−cv−12270−GBD−SN, 37 in 1:18−cv−11964−GBD−SN, 35 in 1:18−cv−11946−GBD−SN, 34 in 1:18−cv−11904−GBD−SN, 74 in 1:18−cv−12114−GBD−SN, 97 in 1:18−cv−11837−GBD−SN, 34 in 1:18−cv−12275−GBD−SN, 34 in 1:18−cv−11966−GBD−SN, 6736 in 1:03−md−01570−GBD−SN, 26 in 1:19−cv−11767−GBD−SN, 15 in 1:20−cv−09376−GBD−SN, 37 in 1:18−cv−11950−GBD−SN, 36 in 1:18−cv−11926−GBD−SN, 75 in 1:18−cv−11876−GBD−SN, 752 in 1:04−cv−01923−GBD−SN, 519 in 1:04−cv−01922−GBD−SN, 569 in 1:04−cv−01076−GBD−SN, 34 in 1:18−cv−12272−GBD−SN, 104 in 1:18−cv−07306−GBD−SN, 99 in 1:18−cv−11870−GBD−SN, 92 in 1:18−cv−12277−GBD−SN, 34 in 1:18−cv−12274−GBD−SN, 97 in 1:18−cv−12387−GBD−SN, 34 in 1:18−cv−12273−GBD−SN, 96 in 1:18−cv−11878−GBD−SN, 34 in 1:18−cv−11970−GBD−SN, 23 in 1:19−cv−11865−GBD−SN, 34 in 1:18−cv−11971−GBD−SN, 15 in 1:20−cv−09387−GBD−SN, 141 in 1:18−cv−05339−GBD−SN, 120 in 1:18−cv−05331−GBD−SN, 26 in 1:19−cv−11776−GBD−SN, 37 in 1:18−cv−11941−GBD−SN, 87 in 1:18−cv−12276−GBD−SN, 34 in 1:18−cv−11969−GBD−SN, 38 in 1:18−cv−11885−GBD−SN, 34 in 1:18−cv−11967−GBD−SN, 35 in 1:18−cv−11880−GBD−SN, 17 in 1:20−cv−10460−GBD−SN, 32 in 1:18−cv−12381−GBD−SN) MOTION for Linda Gerstel to Withdraw as Attorney . filed by C. O'Neill, Gordon Aamoth, Lloyd Abel, Lloyd Abel, Lloyd Abel, Sr, Audrey Ades, Roberta Agyeman, Ber Peter Asaro, August Bernaerts, Deborah Bodner, Margarite Bonomo, Rodney Bush, William Cintron−Lugos, David Jessica Derubbio, Joseph Deuel, Estate of John P.O'Neill, Sr., Allison Garger, David Gordenstein, James Hargrave, A Harris, Arthur Harris, Marinella Hemenway, Alexander Jimenez, Bakahityar Kamardinova, Chang Kim, Karyl Kinca Stephanie Lang, BNY Mellon, Queen Mercer, Maureen Moody−Theinert, Horace Morris, Michael Murray, Michael |

| | | |
|---|---|---|
| | | I. O'Neill, Carol O'Neill, Ana Ortiz, Mario Perez, Hopeton Richards, Cheryl Rivelli, Deborah Rooney, Matthew Row Laurence Schlissel, Barbara Spence, Edward Stackpole, Jack Zelmanowitz. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 04/15/2021) |
| .6/2021 | 6738 | PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY. Document filed by C. O'Neill, Gordon Aamoth, Lloy Lloyd Abel, Lloyd Abel, Sr, Audrey Ades, Roberta Agyeman, Ber Barry Aron, Peter Asaro, August Bernaerts, Debor Margarite Bonomo, Rodney Bush, William Cintron−Lugos, David DeConto, Jessica Derubbio, Joseph Deuel, Estate P.O'Neill, Sr., Estate of John Patrick O'Neill Sr., Allison Garger, Carly Gordenstein, James Hargrave, Arthur Harris, Harris, Marinella Hemenway, Alexander Jimenez, Bakahityar Kamardinova, Chang Kim, Karyl Kincaid−Noel, Steph BNY Mellon, Queen Mercer, Maureen Moody−Theinert, Horace Morris, Michael Murray, Michael Murray, C. I. O'N Ortiz, Mario Perez, Hopeton Richards, Cheryl Rivelli, Deborah Rooney, Matthew Rowenhorst, Laurence Schlissel, B Spence, Michael Stackpole, Jack Zelmanowitz. Related Document Number: 6736 ..(Goldman, Jerry) (Entered: 04/16 |
| .6/2021 | 6739 | MOTION for Drew Alan Hillier to Withdraw as Attorney . Document filed by HartFord Fire Insurance Company, Ha Accident and Indemnity Company, Hartford Casualty Insurance Company, Hartford Insurance Company Of The Mid Hartford Insurance Company of Illinois, Hartford Insurance Company of the Southeast, Hartford Lloyd's Insurance C Hartford Underwriters Insurance Company, Pacific Insurance Company, Limited, Property & Casualty Insurance Co Hartford, Trumbull Insurance Company, Twin City Fire Insurance Company. (Attachments: # 1 Declaration, # 2 Prop Order).(Hillier, Drew) (Entered: 04/16/2021) |
| .6/2021 | 6740 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated April 16, 2021 re proposed schedule for jurisdictional discovery between Plaintiffs and Al Rajhi Bank. Document filed by Plaintiffs Ex Committees..(Carter, Sean) (Entered: 04/16/2021) |
| .6/2021 | 6741 | ORDER granting (6733) Motion to Withdraw as Attorney; granting (6736) Motion to Withdraw as Attorney in case 1:03−md−01570−GBD−SN; granting (566) Motion to Withdraw as Attorney, ; granting (569) Motion to Withdraw as in case 1:04−cv−01076−GBD−SN; granting (516) Motion to Withdraw as Attorney ; granting (519) Motion to Withd Attorney in case 1:04−cv−01922−GBD−SN; granting (749) Motion to Withdraw as Attorney ; granting (752) Motion Withdraw as Attorney in case 1:04−cv−01923−GBD−SN; granting (152) Motion to Withdraw as Attorney ; granting Motion to Withdraw as Attorney in case 1:18−cv−05306−GBD−SN; granting (137) Motion to Withdraw as Attorney (140) Motion to Withdraw as Attorney in case 1:18−cv−05320−GBD−SN; granting (140) Motion to Withdraw as Att granting (143) Motion to Withdraw as Attorney in case 1:18−cv−05321−GBD−SN; granting (117) Motion to Withdr Attorney ; granting (120) Motion to Withdraw as Attorney in case 1:18−cv−05331−GBD−SN; granting (138) Motion Withdraw as Attorney ; granting (141) Motion to Withdraw as Attorney in case 1:18−cv−05339−GBD−SN; granting Motion to Withdraw as Attorney ; granting (104) Motion to Withdraw as Attorney in case 1:18−cv−07306−GBD−SN (94) Motion to Withdraw as Attorney ; granting (97) Motion to Withdraw as Attorney in case 1:18−cv−11837−GBD granting (96) Motion to Withdraw as Attorney ;granting (99) Motion to Withdraw as Attorney in case 1:18−cv−11870−GBD−SN; granting (82) Motion to Withdraw as Attorney ; granting (85) Motion to Withdraw as At case 1:18−cv−11875−GBD−SN; granting (93) Motion to Withdraw as Attorney ; granting (96) Motion to Withdraw a in case 1:18−cv−11878−GBD−SN; granting (32) Motion to Withdraw as Attorney ; granting (35) Motion to Withdra Attorney in case 1:18−cv−11880−GBD−SN; granting (35) Motion to Withdraw as Attorney ; granting (38) Motion to as Attorney in case 1:18−cv−11885−GBD−SN; granting (31) Motion to Withdraw as Attorney ; granting (34) Motion Withdraw as Attorney in case 1:18−cv−11904−GBD−SN; granting (33) Motion to Withdraw as Attorney ; granting ( to Withdraw as Attorney in case 1:18−cv−11926−GBD−SN; granting (34) Motion to Withdraw as Attorney ; grantin Motion to Withdraw as Attorney in case 1:18−cv−11941−GBD−SN; granting (32) Motion to Withdraw as Attorney ; (35) Motion to Withdraw as Attorney in case 1:18−cv−11946−GBD−SN; granting (34) Motion to Withdraw as Attor granting (37) Motion to Withdraw as Attorney in case 1:18−cv−11950−GBD−SN; granting (34) Motion to Withdraw Attorney ; granting (37) Motion to Withdraw as Attorney in case 1:18−cv−11964−GBD−SN; granting (31) Motion to as Attorney ; granting (34) Motion to Withdraw as Attorney in case 1:18−cv−11965−GBD−SN; granting (31) Motion Withdraw as Attorney ; granting (34) Motion to Withdraw as Attorney in case 1:18−cv−11966−GBD−SN; granting ( to Withdraw as Attorney ; granting (34) Motion to Withdraw as Attorney in case 1:18−cv−11967−GBD−SN; grantin Motion to Withdraw as Attorney ; granting (34) Motion to Withdraw as Attorney in case 1:18−cv−11969−GBD−SN; (31) Motion to Withdraw as Attorney ; granting (34) Motion to Withdraw as Attorney in case 1:18−cv−11970−GBD granting (31) Motion to Withdraw as Attorney ; granting (34) Motion to Withdraw as Attorney in case 1:18−cv−11971−GBD−SN; granting (71) Motion to Withdraw as Attorney ; granting (74) Motion to Withdraw as At case 1:18−cv−12114−GBD−SN; granting (33) Motion to Withdraw as Attorney ; granting (36) Motion to Withdraw a in case 1:18−cv−12270−GBD−SN; granting (31) Motion to Withdraw as Attorney ; granting (34) Motion to Withdra Attorney in case 1:18−cv−12272−GBD−SN; granting (31) Motion to Withdraw as Attorney ; granting (34) Motion to as Attorney in case 1:18−cv−12273−GBD−SN; granting (31) Motion to Withdraw as Attorney ; granting (34) Motion Withdraw as Attorney in case 1:18−cv−12274−GBD−SN; granting (31) Motion to Withdraw as Attorney ; granting ( to Withdraw as Attorney in case 1:18−cv−12275−GBD−SN; granting (84) Motion to Withdraw as Attorney ; grantin Motion to Withdraw as Attorney in case 1:18−cv−12276−GBD−SN; granting (89) Motion to Withdraw as Attorney ; (92) Motion to Withdraw as Attorney in case 1:18−cv−12277−GBD−SN; granting (32) Motion to Withdraw as Attor 1:18−cv−12381−GBD−SN; granting (94) Motion to Withdraw as Attorney ; granting (97) Motion to Withdraw as At case 1:18−cv−12387−GBD−SN; granting (23) Motion to Withdraw as Attorney ; granting (26) Motion to Withdraw a |

| | | |
|---|---|---|
| | | in case 1:19−cv−11767−GBD−SN; granting (23) Motion to Withdraw as Attorney ; granting (26) Motion to Withdra Attorney in case 1:19−cv−11776−GBD−SN; granting (20) Motion to Withdraw as Attorney ; granting (23) Motion to as Attorney in case 1:19−cv−11865−GBD−SN; granting (12) Motion to Withdraw as Attorney ; granting (15) Motion Withdraw as Attorney in case 1:20−cv−09376−GBD−SN; granting (12) Motion to Withdraw as Attorney ; granting ( to Withdraw as Attorney in case 1:20−cv−09387−GBD−SN; granting (14) Motion to Withdraw as Attorney ; grantin Motion to Withdraw as Attorney in case 1:20−cv−10460−GBD−SN. (Attorney Arthur Armstrong and Attorney Lind terminated.) (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Case 1:03−md−01570−GBD−SN, et al. (ras) Modified on 4/16/2021 (ras). (Entered: 04/16/2021) |
| .6/2021 | 6742 | ***SELECTED PARTIES*** REPLY re: 6629 Objection (non−motion), . Document filed by FBI, Dallah Avco Tra Plaintiffs Executive Committees, Kingdom of Saudi Arabia. Motion or Order to File Under Seal: 4255 .(Benett, Meg (Entered: 04/16/2021) |
| .6/2021 | 6743 | ***SELECTED PARTIES***DECLARATION of Megan W. Benett re: 6742 Reply *re: 6629 Objection (non−motio* Document filed by FBI, Dallah Avco Trans Arabia, Plaintiffs Executive Committees, Kingdom of Saudi Arabia. (Att 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Motion or Order to File Under Seal: 4255 .(Benett, Megan) (Entered: 04/16 |
| .6/2021 | 6744 | ***SELECTED PARTIES***LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Sarah N from Jeannette Vargas dated 4/16/2021 re: 6727 LETTER MOTION to Compel FBI to produce discovery addressed Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated 4/12/2021. . Document filed by Dallah Arabia, Plaintiffs Executive Committees, Kingdom of Saudi Arabia, FBI. Motion or Order to File Under Seal: 4255 . Jeannette) (Entered: 04/16/2021) |
| .6/2021 | 6745 | NOTICE of of Lodging of Classified Submission. Document filed by FBI..(Vargas, Jeannette) (Entered: 04/16/2021) |
| .9/2021 | 6746 | ORDER granting 6739 Motion to Withdraw as Attorney. Attorney Drew Alan Hillier terminated. (HEREBY ORDEF Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 04/19/2021) |
| .9/2021 | | CLERK CERTIFICATE OF MAILING UNEXECUTED for two copies of the Notice of Default Judgment w/the Sov Immunities Act attached, Memorandum Decision and Order for Final Judgment on behalf of certain Ashton and Baue identified at Exhibit A; and Certi fication by the translator mailed to H.E. Dr. Mohammad Javad Zarif Foreign Minist Ministry of Foreign Affairs Imam Khomeini Street, Imam Khomeini Square Tehran, Islamic Republic of Iran, by dis U.S. Department of State, ATTN: FSI A, CA/OCS/L, Office of Policy Review and Inter−Agency Liaison (CA/OCS/ SA−17, 10th Floor, Washington, DC 20522 on 2/18/2020 by Federal Express tracking # 7777 8466 1629, as per (597 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. Confirmation that delivery was executed was not received Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(smc) (Entered: 04 |
| .9/2021 | 6747 | MEMO ENDORSEMENT on re: 6740 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: Parties' schedule is GRANTED. All jurisdictional discovery will be completed by December 17, 2021. Any interrogatories o for admission will be served 30 days prior to this deadline. Parties will provide a status letter updating the Court on t process 90 days after the entry of this order. (Signed by Magistrate Judge Sarah Netburn on 4/19/2021) (ras) (Entere 04/19/2021) |
| .9/2021 | 6748 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter dated April 19, 2021 re: a request that th approve filing dates for a response and a reply in connection with ARB's Rule 72 objections (ECF 6724) to Judge Ne Opinion and Order (ECF 6681). Document filed by Plaintiffs Executive Committees..(Carter, Sean) (Entered: 04/19/ |
| .9/2021 | 6749 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** NOTICE of Amendment re: 1 MDL Conditional Transfer Document filed by Ascension Abad, Rebecca Abad, Michael Adams, Kylie Adams−Floyd, Mary Adderley(parent of decedent Terence Adderley, Jr.), Carmen Agnes(parent of 9/11 decedent David Agnes), Miltiadis Ahladiotis(parent o decedent Joanne Ahladiotis), Effie Ahladiotis−Salloum, Roxana Alger Geffen, Colleen Amato(sibling of 9/11 decede Ashton), Nancy Amigron, Diane Ammirati, Laura Andrucki Izzo, Annmarie Angelini(child of 9/11 decedent Joseph Sr.), Mary Angelini, Michael Angelini, Patricia Antonelle, Rafael Antonio Garcia, Alexander Aranyos(parent of 9/11 Patrick Aranyos), Winifred Aranyos, Alexander Aranyos Jr., Margaret Arce(parent of 9/11 decedent David Arce), Kr Arestegui, Nancy Arestegui, Rosie Arestegui..(Kreindler, James) Modified on 4/19/2021 (ldi). (Entered: 04/19/2021) |
| .9/2021 | 6750 | NOTICE OF APPEARANCE by Alexandra Pluscarr on behalf of Carol D'Allara, Laura Israilov, Erik Aamoth, Lloyd Audrey Ades, Roberta Agyeman, All Plaintiffs, Ber Barry Aron, Paul Asaro, August Bernaerts, Deborah Bodner, Ma Bonomo, Rodney Bush, William Cintron−Lugos, Patricia DeConto, Joseph Deuel, Estate of John P.O'Neill, Sr., Esta Patrick O'Neill Sr., Allison Garger, David Gordenstein, Samantha Gordenstein, James Hargrave, Arthur Harris, Desi Hemenway, Jonathan Jimenez, Zahro Kamardinova, Chang Kim, Karyl Kincaid−Noel, Stephanie Lang, BNY Mellon Mercer, Maureen Moody−Theinert, Dahlia Morris, Michael Murray, J. P. O'Neill, Ana Ortiz, Mario Perez, Hopeton I Michael Rivelli, Deborah Rooney, Matthew Rowenhorst, Laurence Schlissel, Kristina Spence, Edward Stackpole, Ja Zelmanowitz. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Pluscarr, Alexandra) (Entered: 04/19/20 |
| .9/2021 | 6751 | ***SELECTED PARTIES***LETTER REPLY to Response to Motion addressed to Magistrate Judge Sarah Netbur Plaintiffs' Executive Committees dated 4/19/2021 re: 6727 LETTER MOTION to Compel FBI to produce discovery |

| | | |
|---|---|---|
| | | to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated 4/12/2021. . Document filed by King Saudi Arabia, FBI, Dallah Avco Trans Arabia, Plaintiffs Executive Committees. Motion or Order to File Under Seal: .(Benett, Megan) (Entered: 04/19/2021) |
| 20/2021 | 6752 | MEMO ENDORSEMENT on re: 6748 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: Parties' r GRANTED. Plaintiffs' response to ARB's Rule 72 objections shall be due by April 30, 2021. ARB's reply shall be du 14, 2021. (Signed by Magistrate Judge Sarah Netburn on 4/20/2021) (ras) (Entered: 04/20/2021) |
| 20/2021 | 6753 | LETTER MOTION to Compel Wael Hamza Jelaidan to Immediately Sit for Deposition addressed to Magistrate Judg Netburn from Robert T. Haefele dated April 20, 2021. Document filed by Plaintiffs Executive Committees..(Haefele, (Entered: 04/20/2021) |
| 20/2021 | 6754 | DECLARATION of Robert T. Haefele in Support re: 6753 LETTER MOTION to Compel Wael Hamza Jelaidan to I Sit for Deposition addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele dated April 20, 2021.. Docur by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D).(Haefe (Entered: 04/20/2021) |
| 20/2021 | 6755 | ORDER granting (6710) Motion to Direct in case 1:03−md−01570−GBD−SN; granting (236) Motion to Direct in cas 1:19−cv−00012−GBD−SN. It is hereby ORDERED and DECREED that Plaintiffs' motion is GRANTED. The Clerk for the Southern District of New York is hereby directed to record on the docket and then dispatch the Second Amen Complaint and related documents to the United States Department of State for diplomatic service on the Ray "Agency Instrumentality" Defendants and "Government Official" Defendants, all listed below in conformity with the procedur "foreign state" and "political subdivision of a foreign state" defendants under the Foreign Sovereign Immunities Act, 1608(a)(4)...as further set forth in this Order. (Signed by Judge George B. Daniels on 4/20/2021) Filed In Associated 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN (tro) (Entered: 04/20/2021) |
| 21/2021 | 6756 | REPLY re: (6644 in 1:03−md−01570−GBD−SN, 742 in 1:04−cv−01923−GBD−SN) Objection to Report and Recommendations, (6601 in 1:03−md−01570−GBD−SN, 739 in 1:04−cv−01923−GBD−SN) Report and Recommen . Document filed by Edmonde Eades, Estate of John P.O'Neill, Sr.. Filed In Associated Cases: 1:03−md−01570−GBI 1:04−cv−01923−GBD−SN.(Goldman, Jerry) (Entered: 04/21/2021) |
| 21/2021 | 6757 | ORDER granting 6753 Letter Motion to Compel. Wael Hamza Jelaidan is ORDERED to file his opposition to the Pla motion to compel by April 29, 2021. Plaintiffs' reply, if any, shall be due by May 6, 2021. (HEREBY ORDERED by Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 04/21/2021) |
| 22/2021 | 6758 | CLERK CERTIFICATE OF MAILING of one copy of the Notice of Suit prepared in accordance with 22 CFR 93.2, Form Complaint deemed filed on December 5th, 2018, Summons deemed filed April 10th, 2019, Affidavit of Transla with certified Farsi translations of the above documents) mailed to Islamic Republic of Iran, H.E. Dr. Mohammad Jav Foreign Minister of the Ministry of Foreign Affairs, Imam Khomeini Street, Imam Khomeini Square, Tehran, Iran on 04/22/2021 by Registered Mail tracking # RB596282043US, to the head of the ministry of foreign affairs, pursuant to provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3). Filed In Associated Cases: 1:03−md−01570− 1:18−cv−11340−GBD−SN(JKR) (Entered: 04/22/2021) |
| 23/2021 | 6759 | MEMO ENDORSEMENT on re: (4 in 1:21−cv−03505) LETTER addressed to Magistrate Judge Sarah Netburn from Cannavo dated 04/21/2021 re: In re Terrorist Attacks on September 11, 2001, No. 03−MDL−1570 (GBD (SN); Rayn Alexander, as Personal Representative of Robert Alexander, deceased, et al. v. Islamic Republic of Iran, No. 1:21−cv ENDORSEMENT: The Party's request is GRANTED. The Clerk of the Court is respectfully directed to make Alexar v. Islamic Republic of Iran, 21−cv−03505 a member case of In re: Terrorist Attacks on September 11, 2001, 03−md− (GBD) (SN). (Signed by Magistrate Judge Sarah Netburn on 4/23/2021) (ras) (Entered: 04/23/2021) |
| 23/2021 | 6760 | ***SELECTED PARTIES*** REPLY MEMORANDUM OF LAW in Support re: 6686 Brief . Document filed by K Saudi Arabia, Dallah Avco Trans Arabia, FBI, Plaintiffs Executive Committees. Motion or Order to File Under Seal: .(Haefele, Robert) (Entered: 04/23/2021) |
| 23/2021 | 6761 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated April 23, 2021 re: Joint status concerning redactions. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 04/23/2021) |
| 26/2021 | 6762 | MEMO ENDORSEMENT on re: 6761 Letter filed by Kingdom of Saudi Arabia. ENDORSEMENT: The Parties' req GRANTED. Parties shall submit a joint status letter on the redaction process by May 24, 2021. This status letter shall update the Court on the process of determining redactions for the opposition brief at ECF No. 6723. (Signed by Magi Sarah Netburn on 4/26/2021) (ras) (Entered: 04/26/2021) |
| 26/2021 | 6763 | ***SELECTED PARTIES*** LETTER MOTION to Compel FBI to produce discovery directed by Court Order add Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated 4/26/2021. Document filed by Plaintiffs Committees, Kingdom of Saudi Arabia, FBI, Dallah Avco Trans Arabia.Motion or Order to File Under Seal: 4255 .(I Steven) (Entered: 04/26/2021) |

| | | |
|---|---|---|
| 26/2021 | 6764 | ***SELECTED PARTIES***DECLARATION of Steven R. Pounian in Support re: 6763 LETTER MOTION to Co produce discovery directed by Court Order addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive C dated 4/26/2021.. Document filed by Plaintiffs Executive Committees, Kingdom of Saudi Arabia, FBI, Dallah Avco Arabia. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)Motion or Order to File Under Seal: 4255 .(Pounian, Steven) (Ente 04/26/2021) |
| 27/2021 | 6765 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated April 27, 2021 re: Sealed lett to adjourn depositions. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 04/27/2021) |
| 27/2021 | 6766 | ***SELECTED PARTIES*** LETTER MOTION for Discovery *to adjourn depositions* addressed to Magistrate Jud Netburn from Michael K. Kellogg dated April 27, 2021. Document filed by FBI, Plaintiffs Executive Committees, Da Trans Arabia, Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 6 Exhibit 6, # 7 Exhibit 7)Motion or Order to File Under Seal: 5307 .(Kellogg, Michael) (Entered: 04/27/2021) |
| 28/2021 | 6768 | MOTION for Nicholas Maxwell to Withdraw as Attorney . Document filed by C. O'Neill, Gordon Aamoth, Lloyd Al Abel, Lloyd Abel, Sr, Audrey Ades, Roberta Agyeman, Ber Barry Aron, Paul Asaro, August Bernaerts, Michael Biar Deborah Bodner, Margarite Bonomo, Rodney Bush, William Cintron−Lugos, David DeConto, Joseph Deuel, Estate c P.O'Neill, Sr., Estate of John Patrick O'Neill Sr., Carly Gordenstein, James Hargrave, Arthur Harris, Arthur Harris, M Hemenway, Alexander Jimenez, Chang Kim, Kristian Kincaid, Stephanie Lang, BNY Mellon, Queen Mercer, Maure Moody−Theinert, Horace Morris, Michael Murray, Michael Murray, C. O'Neill, C. I. O'Neill, John O'Neill, Ana Orti Perez, Hopeton Richards, Cheryl Rivelli, Deborah Rooney, Matthew Rowenhorst, Laurence Schlissel, Jack Zelmanov (Attachments: # 1 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Je (Entered: 04/28/2021) |
| 28/2021 | 6769 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Sarah Netburn from Martin F. McMah April 28, 2021 re: 6753 LETTER MOTION to Compel Wael Hamza Jelaidan to Immediately Sit for Deposition addr Magistrate Judge Sarah Netburn from Robert T. Haefele dated April 20, 2021. . Document filed by Wael Jelaidan..(M Martin) (Entered: 04/28/2021) |
| 28/2021 | 6770 | DECLARATION of Jerry S. Goldman in Support re: (574 in 1:04−cv−01076−GBD−SN, 160 in 1:18−cv−05306−GB in 1:18−cv−12274−GBD−SN, 43 in 1:18−cv−11885−GBD−SN, 101 in 1:18−cv−11878−GBD−SN, 42 in 1:18−cv−11964−GBD−SN, 145 in 1:18−cv−05320−GBD−SN, 40 in 1:18−cv−11946−GBD−SN, 41 in 1:18−cv−12270−GBD−SN, 41 in 1:18−cv−11888−GBD−SN, 92 in 1:18−cv−12276−GBD−SN, 148 in 1:18−cv−05321−GBD−SN, 79 in 1:18−cv−12114−GBD−SN, 102 in 1:18−cv−12387−GBD−SN, 22 in 1:20−cv−10460−GBD−SN, 20 in 1:20−cv−09387−GBD−SN, 31 in 1:19−cv−11776−GBD−SN, 39 in 1:18−cv−11904−GBD−SN, 28 in 1:19−cv−11865−GBD−SN, 37 in 1:18−cv−12381−GBD−SN, 125 in 1:18−cv−05331−GBD−SN, 20 in 1:20−cv−09376−GBD−SN, 104 in 1:18−cv−11870−GBD−SN, 39 in 1:18−cv−12272−GBD−SN, 40 in 1:18−cv−11880−GBD−SN, 102 in 1:18−cv−11837−GBD−SN, 79 in 1:18−cv−11876−GBD−SN, 39 in 1:18−cv−11969−GBD−SN, 31 in 1:19−cv−11767−GBD−SN, 39 in 1:18−cv−11966−GBD−SN, 41 in 1:18−cv−11926−GBD−SN, 758 in 1:04−cv−01923−GBD−SN, 6768 in 1:03−md−01570−GBD−SN, 39 in 1:18−cv−12273−GBD−SN, 109 in 1:18−cv−07306−GBD−SN, 20 in 1:18−cv−11841−GBD−SN, 90 in 1:18−cv−11875−GBD−SN, 524 in 1:04−cv−01922−GBD−SN, 11 in 1:20−cv−10902−GBD−SN, 21 in 1:18−cv−11834−GBD−SN, 42 in 1:18−cv−11941−GBD−SN, 39 in 1:18−cv−11970−GBD−SN, 97 in 1:18−cv−12277−GBD−SN, 39 in 1:18−cv−11965−GBD−SN, 39 in 1:18−cv−12275−GBD−SN, 39 in 1:18−cv−11967−GBD−SN) MOTION for Nicholas Maxwell to Withdraw as Attor Document filed by C. O'Neill, Gordon Aamoth, Lloyd Abel, Lloyd Abel, Lloyd Abel, Sr, Audrey Ades, Roberta Agy Barry Aron, Paul Asaro, August Bernaerts, Michael Bianco, Deborah Bodner, Margarite Bonomo, Rodney Bush, Wil Cintron−Lugos, David DeConto, Jessica Derubbio, Joseph Deuel, Estate of John P.O'Neill, Sr., Estate of John Patrick Sr., Allison Garger, David Gordenstein, James Hargrave, Arthur Harris, Arthur Harris, Marinella Hemenway, Alexan Jimenez, Bakahityar Kamardinova, Chang Kim, Kristian Kincaid, Stephanie Lang, BNY Mellon, Queen Mercer, Mau Moody−Theinert, Horace Morris, Michael Murray, Michael Murray, C. I. O'Neill, Ana Ortiz, Berta Perez, Hopeton R Cheryl Rivelli, Deborah Rooney, Matthew Rowenhorst, Laurence Schlissel, Barbara Spence, Edward Stackpole, Jack Zelmanowitz. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 04/28/2021) |
| 28/2021 | 6771 | PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY. Document filed by C. O'Neill, Gordon Aamoth, Lloy Lloyd Abel, Lloyd Abel, Sr, Audrey Ades, Roberta Agyeman, Ber Barry Aron, Paul Asaro, Peter Asaro, August Bern Michael Bianco, Deborah Bodner, Margarite Bonomo, Rodney Bush, William Cintron−Lugos, David DeConto, Jessi Derubbio, Richard Deuel, Estate of John P.O'Neill, Sr., Estate of John Patrick O'Neill Sr., Allison Garger, David Gor James Hargrave, Arthur Harris, Arthur Harris, Desiree Hemenway, Marinella Hemenway, Alexander Jimenez, Bakah Kamardinova, Chang Kim, Kristian Kincaid, Stephanie Lang, BNY Mellon, Queen Mercer, Maureen Moody−Theine Morris, Michael Murray, Michael Murray, C. I. O'Neill, Ana Ortiz, Berta Perez, Hopeton Richards, Cheryl Rivelli, M Rowenhorst, Laurence Schlissel, Barbara Spence, Edward Stackpole, Jack Zelmanowitz. Related Document Number ..(Goldman, Jerry) (Entered: 04/28/2021) |
| 28/2021 | 6772 | CLERK CERTIFICATE OF MAILING of two copies of the Cover Letter, Second Amended Complaint, dated May 6 (Ray Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U 1602, et seq., Amended Summons, dated August 7, 2019 and Notarized affidavits from the Translators mailed to Iran |

| | | |
|---|---|---|
| | | a/k/a Iran Air c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs Imam Khomeini Street Tehran, Iran 1136 982166739191 by distpatch to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review ar Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, on 4/28/2021 by Federal Express tracking # 7726 5512 0290 pursuant to the provisions of Foreign Services Immuniti U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN(smc) (Enter 04/28/2021) |
| 28/2021 | 6773 | ***SELECTED PARTIES***LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Sarah N from Plaintiffs' Executive Committees dated 4/28/2021 re: 6766 LETTER MOTION for Discovery *to adjourn deposi* addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated April 27, 2021. . Document filed by Ki Saudi Arabia, Dallah Avco Trans Arabia, FBI, Plaintiffs Executive Committees. (Attachments: # 1 Exhibit 1, # 2 Exh 2)Motion or Order to File Under Seal: 4255 .(Pounian, Steven) (Entered: 04/28/2021) |
| 28/2021 | 6774 | MOTION for Samantha Smith to Withdraw as Attorney . Document filed by Gordon Aamoth, Lloyd Abel, Lloyd Ab Abel, Sr, Audrey Ades, Roberta Agyeman, Ber Barry Aron, Paul Asaro, Peter Asaro, August Bernaerts, Michael Biar Deborah Bodner, Margarite Bonomo, Rodney Bush, William Cintron−Lugos, David DeConto, Jessica Derubbio, Jose Joseph Deuel, Estate of John P.O'Neill, Sr., Estate of John Patrick O'Neill Sr., Allison Garger, David Gordenstein, Ja Hargrave, Arthur Harris, Arthur Harris, Desiree Hemenway, Alexander Jimenez, Bakahityar Kamardinova, Chang Ki Kincaid, Karyl Kincaid−Noel, Stephanie Lang, BNY Mellon, Queen Mercer, Maureen Moody−Theinert, Horace Mo Michael Murray, Michael Murray, C. I. O'Neill, Ana Ortiz, Mario Perez, Hopeton Richards, Cheryl Rivelli, Deborah Matthew Rowenhorst, Laurence Schlissel, Barbara Spence, Edward Stackpole, Jack Zelmanowitz. (Attachments: # 1 Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 04/28/2021 |
| 28/2021 | 6775 | DECLARATION of Jerry S. Goldman in Support re: (6774 in 1:03−md−01570−GBD−SN, 43 in 1:18−cv−11946−G 577 in 1:04−cv−01076−GBD−SN, 34 in 1:19−cv−11776−GBD−SN, 34 in 1:19−cv−11767−GBD−SN, 42 in 1:18−cv−11904−GBD−SN, 45 in 1:18−cv−11941−GBD−SN, 43 in 1:18−cv−11880−GBD−SN, 31 in 1:19−cv−11865−GBD−SN, 25 in 1:20−cv−10460−GBD−SN, 112 in 1:18−cv−07306−GBD−SN, 45 in 1:18−cv−11964−GBD−SN, 42 in 1:18−cv−11967−GBD−SN, 40 in 1:18−cv−12381−GBD−SN, 148 in 1:18−cv−05320−GBD−SN, 163 in 1:18−cv−05306−GBD−SN, 104 in 1:18−cv−11878−GBD−SN, 148 in 1:18−cv−05339−GBD−SN, 23 in 1:20−cv−09376−GBD−SN, 105 in 1:18−cv−12387−GBD−SN, 44 in 1:18−cv−11888−GBD−SN, 151 in 1:18−cv−05321−GBD−SN, 93 in 1:18−cv−11875−GBD−SN, 46 in 1:18−cv−11885−GBD−SN, 44 in 1:18−cv−11950−GBD−SN, 100 in 1:18−cv−12277−GBD−SN, 41 in 1:18−cv−11971−GBD−SN, 42 in 1:18−cv−11966−GBD−SN, 42 in 1:18−cv−11970−GBD−SN, 107 in 1:18−cv−11870−GBD−SN, 14 in 1:20−cv−10902−GBD−SN, 761 in 1:04−cv−01923−GBD−SN, 128 in 1:18−cv−05331−GBD−SN, 42 in 1:18−cv−11965−GBD−SN, 23 in 1:20−cv−09387−GBD−SN, 95 in 1:18−cv−12276−GBD−SN, 42 in 1:18−cv−12275−GBD−SN, 42 in 1:18−cv−11969−GBD−SN, 42 in 1:18−cv−12274−GBD−SN, 82 in 1:18−cv−12114−GBD−SN, 42 in 1:18−cv−12273−GBD−SN, 82 in 1:18−cv−11876−GBD−SN, 44 in 1:18−cv−12270−GBD−SN, 527 in 1:04−cv−01922−GBD−SN, 44 in 1:18−cv−11926−GBD−SN, 42 in 1:18−cv−12272−GBD−SN, 105 in 1:18−cv−11837−GBD−SN) MOTION for Sama to Withdraw as Attorney .. Document filed by Gordon Aamoth, Lloyd Abel, Lloyd Abel, Lloyd Abel, Sr, Audrey Ad Agyeman, Ber Barry Aron, Paul Asaro, Peter Asaro, August Bernaerts, Michael Bianco, Deborah Bodner, Margarite Rodney Bush, William Cintron−Lugos, David DeConto, Jessica Derubbio, Joseph Deuel, Estate of John P.O'Neill, Sr John Patrick O'Neill Sr., Allison Garger, David Gordenstein, James Hargrave, Arthur Harris, Arthur Harris, Desiree I Marinella Hemenway, Alexander Jimenez, Bakahityar Kamardinova, Chang Kim, Kristian Kincaid, Stephanie Lang, Mellon, Queen Mercer, Maureen Moody−Theinert, Horace Morris, Michael Murray, Michael Murray, C. I. O'Neill, A Berta Perez, Mario Perez, Hopeton Richards, Cheryl Rivelli, Deborah Rooney, Matthew Rowenhorst, Laurence Schli Barbara Spence, Edward Stackpole, Jack Zelmanowitz. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.. Jerry) (Entered: 04/28/2021) |
| 29/2021 | 6776 | PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY. Document filed by Gordon Aamoth, Lloyd Abel, Llo Lloyd Abel, Sr, Audrey Ades, Roberta Agyeman, Ber Barry Aron, Paul Asaro, Peter Asaro, August Bernaerts, Micha Deborah Bodner, Margarite Bonomo, Rodney Bush, William Cintron−Lugos, David DeConto, Jessica Derubbio, Jose Estate of John P.O'Neill, Sr., Estate of John Patrick O'Neill Sr., Allison Garger, David Gordenstein, James Hargrave, Harris, Arthur Harris, Desiree Hemenway, Marinella Hemenway, Alexander Jimenez, Bakahityar Kamardinova, Cha Kristian Kincaid, Stephanie Lang, BNY Mellon, Queen Mercer, Maureen Moody−Theinert, Horace Morris, Michael Michael Murray, C. I. O'Neill, Ana Ortiz, Berta Perez, Mario Perez, Hopeton Richards, Cheryl Rivelli, Deborah Roor Matthew Rowenhorst, Laurence Schlissel, Barbara Spence, Edward Stackpole, Jack Zelmanowitz. Related Documen 6774 ..(Goldman, Jerry) (Entered: 04/29/2021) |
| 29/2021 | 6777 | CLERK CERTIFICATE OF MAILING of two copies of the Cover Letter, Second Amended Complaint, dated May 6 (Ray Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U 1602, et seq., Amended Summons, dated August 7, 2019 and Notarized affidavits from the Translators mailed to Aya Hoseini−Khamenei c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs Imam Khomeini Street Tehran, Irar 982166739191 on 4/28/2021 by dispatch to the Secretary of State, Attn: Director of Consular Services, Office of Poli and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washing 20520, Federal Express tracking # 7726 5511 9414 pursuant to the provisions of Foreign Services Immunities Act, 28 |

| | | |
|---|---|---|
| | | 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN(smc) (Main Docume replaced on 4/29/2021) (smc). (Entered: 04/29/2021) |
| ː9/2021 | 6778 | CLERK CERTIFICATE OF MAILING of two copies of the Cover Letter, Second Amended Complaint, dated May 6 (Ray Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U 1602, et seq., Amended Summons, dated August 7, 2019 and Notarized affidavits from the Translators mailed to Nat Iranian Petrochemical Company c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs Imam Khomeini Stree Iran 11369 982166739191 on 4/28/2021by dispatch to the Secretary of State, Attn: Director of Consular Services, Of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Stree Washington, DC 20520, by Federal Express tracking # 7726 5512 0094 pursuant to the provisions of Foreign Service Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN(smc) (Entered: 04/29/2021) |
| ː9/2021 | 6779 | CLERK CERTIFICATE OF MAILING of two copies of the Cover Letter, Second Amended Complaint, dated May 6 (Ray Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U 1602, et seq., Amended Summons, dated August 7, 2019 and Notarized affidavits from the Translators. mailed to Nat Iranian Gas Company c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs Imam Khomeini Street Tehran, I 982166739191 on 4/28/2021 by dispatch to the Secretary of State, Attn: Director of Consular Services, Office of Poli and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washing 20520, by Federal Express tracking # 7726 5511 9815, pursuant to the provisions of Foreign Services Immunities Ac § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN(smc) (Entered: 04/ |
| ː9/2021 | 6780 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated April 29, 2021 re: Reply in fu support of letter−motion to adjourn depositions. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (E 04/29/2021) |
| ː9/2021 | 6781 | CLERK CERTIFICATE OF MAILING of two copies of the Cover Letter, Second Amended Complaint, dated May 6 (Ray Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U 1602, et seq., Amended Summons, dated August 7, 2019, Notarized affidavits from the Translator mailed to Hezbolla Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran 11369, 982166739191 o 04/29/2021 by Federal Express tracking # 7726 5512 0212, to the Secretary of State, Attn: Director of Consular Serv of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Str Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). File Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN(JKR) (Entered: 04/29/2021) |
| ː9/2021 | 6782 | CLERK CERTIFICATE OF MAILING of two copies of the Cover Letter, Second Amended Complaint, dated May 6 (Ray Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U 1602, et seq., Amended Summons, dated August 7, 2019, Notarized affidavits from the Translator mailed to Estate o Hashemi Rafsanjani, c/o H.E Mohammad Javad Zarif, Ministry of Foreign Affairs, Imam Khomeini Avenue, Tehran, 11369, 982166739191 on 04/29/2021 by Federal Express tracking # 7726 5511 9506, to the Secretary of State, Attn: Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN(JKR) (Entered: 04/2 |
| ː9/2021 | 6783 | CLERK CERTIFICATE OF MAILING of two copies of the Cover Letter, Second Amended Complaint, dated May 6 (Ray Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U 1602, et seq., Amended Summons, dated August 7, 2019, Notarized affidavits from the Translator mailed to National Company, C/O H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Street, Tehran, Iran 1136 982166739191 on 04/29/2021 by Federal Express tracking # 7726 5512 0040, to the Secretary of State, Attn: Directo Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN(JKR) (Entered: 04/2 |
| ː9/2021 | 6784 | CLERK CERTIFICATE OF MAILING of two copies of the Cover Letter, Second Amended Complaint, dated May 6 (Ray Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U 1602, et seq., Amended Summons, dated August 7, 2019, Notarized affidavits from the Translator mailed to National Tanker Company, c/o Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Street, Tehran, Iran 113 982166739191 on 04/29/2021 by Federal Express tracking # 7726 5511 9697, to the Secretary of State, Attn: Directo Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN(JKR) (Entered: 04/2 |
| ː9/2021 | 6785 | ORDER granting (6768) Motion to Withdraw as Attorney ; granting (6774) Motion to Withdraw as Attorney in case 1:03−md−01570−GBD−SN; granting (574) Motion to Withdraw as Attorney ; granting (577) Motion to Withdraw as in case 1:04−cv−01076−GBD−SN; granting (524) Motion to Withdraw as Attorney ; granting (527) Motion to Withd Attorney in case 1:04−cv−01922−GBD−SN; granting (758) Motion to Withdraw as Attorney ; granting (761) Motior Withdraw as Attorney in case 1:04−cv−01923−GBD−SN; granting (160) Motion to Withdraw as Attorney ; granting |

| | | |
|---|---|---|
| | | Motion to Withdraw as Attorney in case 1:18−cv−05306−GBD−SN; granting (145) Motion to Withdraw as Attorney (148) Motion to Withdraw as Attorney in case 1:18−cv−05320−GBD−SN; granting (148) Motion to Withdraw as Att granting (151) Motion to Withdraw as Attorney in case 1:18−cv−05321−GBD−SN; granting (125) Motion to Withdra Attorney ; granting (128) Motion to Withdraw as Attorney in case 1:18−cv−05331−GBD−SN; granting (148) Motion Withdraw as Attorney in case 1:18−cv−05339−GBD−SN; granting (109) Motion to Withdraw as Attorney ; granting Motion to Withdraw as Attorney in case 1:18−cv−07306−GBD−SN; granting (102) Motion to Withdraw as Attorney (105) Motion to Withdraw as Attorney in case 1:18−cv−11837−GBD−SN; granting (104) Motion to Withdraw as Att granting (107) Motion to Withdraw as Attorney in case 1:18−cv−11870−GBD−SN; granting (90) Motion to Withdrav Attorney ; granting (93) Motion to Withdraw as Attorney in case 1:18−cv−11875−GBD−SN; granting (79) Motion tc as Attorney ; granting (82) Motion to Withdraw as Attorney in case 1:18−cv−11876−GBD−SN; granting (101) Motic Withdraw as Attorney ; granting (104) Motion to Withdraw as Attorney in case 1:18−cv−11878−GBD−SN; granting Motion to Withdraw as Attorney ; granting (43) Motion to Withdraw as Attorney in case 1:18−cv−11880−GBD−SN; (43) Motion to Withdraw as Attorney ; granting (46) Motion to Withdraw as Attorney in case 1:18−cv−11885−GBD- granting (41) Motion to Withdraw as Attorney ; granting (44) Motion to Withdraw as Attorney in case 1:18−cv−11888−GBD−SN; granting (39) Motion to Withdraw as Attorney ; granting (42) Motion to Withdraw as At case 1:18−cv−11904−GBD−SN; granting (41) Motion to Withdraw as Attorney ; granting (44) Motion to Withdraw a in case 1:18−cv−11926−GBD−SN; granting (42) Motion to Withdraw as Attorney ; granting (45) Motion to Withdrav Attorney in case 1:18−cv−11941−GBD−SN; granting (40) Motion to Withdraw as Attorney ; granting (43) Motion tc as Attorney in case 1:18−cv−11946−GBD−SN; granting (44) Motion to Withdraw as Attorney in case 1:18−cv−11950−GBD−SN; granting (42) Motion to Withdraw as Attorney ; granting (45) Motion to Withdraw as At case 1:18−cv−11964−GBD−SN; granting (39) Motion to Withdraw as Attorney ; granting (42) Motion to Withdraw a in case 1:18−cv−11965−GBD−SN; granting (39) Motion to Withdraw as Attorney ; granting (42) Motion to Withdrav Attorney in case 1:18−cv−11966−GBD−SN; granting (39) Motion to Withdraw as Attorney ; granting (42) Motion tc as Attorney in case 1:18−cv−11967−GBD−SN; granting (39) Motion to Withdraw as Attorney ; granting (42) Motior Withdraw as Attorney in case 1:18−cv−11969−GBD−SN; granting (39) Motion to Withdraw as Attorney ; granting ( to Withdraw as Attorney in case 1:18−cv−11970−GBD−SN; granting (41) Motion to Withdraw as Attorney in case 1:18−cv−11971−GBD−SN; granting (79) Motion to Withdraw as Attorney ; granting (82) Motion to Withdraw as At case 1:18−cv−12114−GBD−SN; granting (41) Motion to Withdraw as Attorney ; granting (44) Motion to Withdraw a in case 1:18−cv−12270−GBD−SN; granting (39) Motion to Withdraw as Attorney ; granting (42) Motion to Withdrav Attorney in case 1:18−cv−12272−GBD−SN; granting (39) Motion to Withdraw as Attorney ; granting (42) Motion tc as Attorney in case 1:18−cv−12273−GBD−SN; granting (39) Motion to Withdraw as Attorney ; granting (42) Motior Withdraw as Attorney in case 1:18−cv−12274−GBD−SN; granting (39) Motion to Withdraw as Attorney ; granting ( to Withdraw as Attorney in case 1:18−cv−12275−GBD−SN; granting (92) Motion to Withdraw as Attorney ; grantin Motion to Withdraw as Attorney in case 1:18−cv−12276−GBD−SN; granting (97) Motion to Withdraw as Attorney ; (100) Motion to Withdraw as Attorney in case 1:18−cv−12277−GBD−SN; granting (37) Motion to Withdraw as Atto granting (40) Motion to Withdraw as Attorney in case 1:18−cv−12381−GBD−SN; granting (102) Motion to Withdrav Attorney ; granting (105) Motion to Withdraw as Attorney in case 1:18−cv−12387−GBD−SN; granting (31) Motion t Withdraw as Attorney ; granting (34) Motion to Withdraw as Attorney in case 1:19−cv−11767−GBD−SN; granting ( to Withdraw as Attorney ; granting (34) Motion to Withdraw as Attorney in case 1:19−cv−11776−GBD−SN; grantin Motion to Withdraw as Attorney ; granting (31) Motion to Withdraw as Attorney in case 1:19−cv−11865−GBD−SN; (20) Motion to Withdraw as Attorney ; granting (23) Motion to Withdraw as Attorney in case 1:20−cv−09376−GBD- granting (20) Motion to Withdraw as Attorney ; granting (23) Motion to Withdraw as Attorney in case 1:20−cv−09387−GBD−SN; granting (22) Motion to Withdraw as Attorney ; granting (25) Motion to Withdraw as At case 1:20−cv−10460−GBD−SN; granting (11) Motion to Withdraw as Attorney ; granting (14) Motion to Withdraw a in case 1:20−cv−10902−GBD−SN. (Attorney Nicholas Maxwell terminated. Attorney Samantha Smith terminated.) ( ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GB al. (ras) (Entered: 04/29/2021) |
| 29/2021 | 6786 | ***SELECTED PARTIES***LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Sarah N from Jeannette A. Vargas dated 4/29/2021 re: 6763 LETTER MOTION to Compel FBI to produce discovery directec Order addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated 4/26/2021. . Docum Plaintiffs Executive Committees, Dallah Avco Trans Arabia, Kingdom of Saudi Arabia, FBI. Motion or Order to File Seal: 4255 .(Vargas, Jeannette) (Entered: 04/29/2021) |
| 29/2021 | 6787 | NOTICE of Lodging of Classified Letter. Document filed by FBI..(Vargas, Jeannette) (Entered: 04/29/2021) |
| 30/2021 | 6788 | BRIEF *of Plaintiffs in opposition to Al Rajhi Bank's Objections to Magisrate Judge Sarah Nebturn's Opinion and Or* Document filed by Plaintiffs Executive Committees..(Carter, Sean) (Entered: 04/30/2021) |
| 30/2021 | 6789 | ORDER: The Court has reviewed the letters related to Plaintiffs' April 12, 2021 Motion to Compel, the Government's in camera submission, and the parties' submissions in connection with the Omnibus Motion to Compel, which resulte Court's February 1, 2021 Opinion & Order. The Court is satisfied that the Government has complied with its obligatio further action is required. Plaintiffs' motion is DENIED. The parties are further ordered to meet and confer with respe appropriate redaction and either file their letters on the docket or file a status letter by May 14, 2021. SO ORDERED. Magistrate Judge Sarah Netburn on 4/30/2021) (va) (Entered: 04/30/2021) |

| | | |
|---|---|---|
| )3/2021 | 6790 | ***SELECTED PARTIES***LETTER REPLY to Response to Motion addressed to Magistrate Judge Sarah Netburn Plaintiffs' Executive Committees dated 5/3/2021 re: 6763 LETTER MOTION to Compel FBI to produce discovery d Court Order addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated 4/26/2021. . I filed by FBI, Dallah Avco Trans Arabia, Plaintiffs Executive Committees, Kingdom of Saudi Arabia. Motion or Orde Under Seal: 4255 .(Pounian, Steven) (Entered: 05/03/2021) |
| )4/2021 | 6791 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Co dated May 4, 2021 re: 6753 LETTER MOTION to Compel Wael Hamza Jelaidan to Immediately Sit for Deposition a Magistrate Judge Sarah Netburn from Robert T. Haefele dated April 20, 2021. . Document filed by Plaintiffs Executi Committees..(Haefele, Robert) (Entered: 05/04/2021) |
| )4/2021 | 6792 | ORDER granting in part and denying in part 6766 Letter Motion for Discovery. Saudi Arabia's Motion is DENIED in GRANTED in part. Plaintiffs shall provide Saudi Arabia and Dallah Avco with counsels' contact information for any challenged witnesses. The Deposition Point Persons shall meet and confer about the timing of these depositions and p joint status update to the Court by May 10, 2021. (Signed by Magistrate Judge Sarah Netburn on 5/4/2021) (ras) (Ent 05/04/2021) |
| )5/2021 | 6793 | **FILING ERROR − DEFICIENT DOCKET ENTRY (SEE DOCUMENT #6800) −** LETTER MOTION for Disco *Requesting Issuance of Letters Rogatory as to Alp Karli in Turkey* addressed to Magistrate Judge Sarah Netburn from Benett dated 5/5/2021. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Affidavit Declaration W. Benett, Esq., # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Appendi for the International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on Taking of Evidence Civil or Commercial Matters).(Benett, Megan) Modified on 5/10/2021 (ldi). (Entered: 05/05/2021) |
| )6/2021 | 6794 | ORDER: On May 5, 2021, the Court received a pro se nonparty motion, in the form of an undocketed letter, to quash limit a subpoena in a pending deposition. That motion is DENIED to the degree that it seeks to adjourn or prevent the and production of documents, and GRANTED to the degree that it seeks to have the deposition and any documents th produced designated as confidential. The nonparty's motion is DENIED in part and GRANTED in part. The depositio proceed as noticed in the subpoena. The deposition and any documents that are produced will be deemed Protected M pursuant to the parties' Protective Order and treated as confidential. (Signed by Magistrate Judge Sarah Netburn on 5/ (ras) (Entered: 05/06/2021) |
| )6/2021 | 6795 | ***SELECTED PARTIES*** ORDER re: 6794 Order. The Clerk of the Court is respectfully requested to file this O seal. (Signed by Magistrate Judge Sarah Netburn on 5/6/2021) (ras) (Entered: 05/06/2021) |
| )6/2021 | 6796 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated 5/6/2021 re: EC Document filed by Plaintiffs Executive Committees..(Pounian, Steven) (Entered: 05/06/2021) |
| )6/2021 | 6797 | MEMORANDUM DECISION AND ORDER: On April 27, 2020, Magistrate Judge Netburn denied, in part, Plaintiff that the FBI produce documents regarding four Saudi officials, concluding that further discovery was only warranted Abdullah al−Jaithen. (See Opinion & Order, ECF No. 6159, filed under seal Apr. 27, 2020) ("April 27 Order.") On O 2020, Magistrate Judge Netburn denied Plaintiffs' request for the production of an unredacted copy of the 2012 FBI S Report, finding that the redacted portions of the Report were shielded from release by the state secrets and law enforc privileges. (See Opinion & Order, ECF No. 6510, filed under seal Oct. 21, 2020) ("October 21 Order.") Similarly, on 1, 2021, Magistrate Judge Netburn denied, in part, Plaintiffs' second motion to compel the FBI. (See Opinion & Orde 6606, filed under seal Feb. 1, 2021 ("February 1 Order"); as further set forth herein. Plaintiffs' Rule 72 objections to M Judge Netburn's April 27, October 21, and February 1 Orders are OVERRULED. Plaintiffs' request for oral argumen as moot. Magistrate Judge Netburn's Orders are adopted in their entirety. (Signed by Judge George B. Daniels on 5/5/ (mro) (Entered: 05/07/2021) |
| )6/2021 | 6798 | MEMORANDUM DECISION AND ORDER: Plaintiffs' Executive Committees ("PECs" or "Plaintiffs") object unde Rule of Civil Procedure 72(a) to Magistrate Judge Netburn's July 20, 2020 Order and Opinion (the "July 20 Order") d Plaintiffs' motion to conduct an oral deposition of Akram Alzamari. (See Opinion & Order, ECF No. 6322, filed unde 20, 2020) ("July 20 Order"); as further set forth herein. Plaintiffs' Rule 72 objections to Magistrate Judge Netburn's Ju Order denying an oral deposition of Alzamari are OVERRULED. Magistrate Judge Netburn's July 20 Order is AFFIR adopted in its entirety. (Signed by Judge George B. Daniels on 5/5/2021) (mro) (Entered: 05/07/2021) |
| )6/2021 | 6799 | MEMORANDUM DECISION AND ORDER terminating 6265 Motion for Reconsideration. Plaintiffs' Executive Co ("PECs" or "Plaintiffs") object under Federal Rule of Civil Procedure 72(a) to Magistrate Judge Netburn's May 27, 20 and Opinion granting, in part, Plaintiffs' motion to compel. (See Opinion & Order, ECF No. 6244, filed under seal Ma 2020) ("May 27 Order.") Within their objections Plaintiffs also moved for reconsideration of the May 27 Order. (Plai Objections ("Pls. Objs."), ECF No. 6265.) On August 11, 2020, Magistrate Judge Netburn issued an Opinion and Ord "August 11 Order") denying Plaintiffs' motion for reconsideration. Plaintiffs subsequently objected, again under Fede Civil Procedure 72(a), to the August 11 Order; as further set forth herein. Plaintiffs' Rule 72 objections to Magistrate Netburn's May 27 Order are OVERRULED. Similarly, Plaintiffs' Rule 72 objections to Magistrate Judge Netburn's A Order denying reconsideration are OVERRULED and the August 11 Order is AFFIRMED. (Signed by Judge George on 5/6/2021) (mro) (Entered: 05/07/2021) |

| | | |
|---|---|---|
| )7/2021 | 6800 | LETTER MOTION for Discovery *Requesting Issuance of Letters Rogatory as to Alp Karli in Turkey* addressed to Ma Judge Sarah Netburn from Plaintiffs' Executive Committees dated 5/7/2021. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Declaration of Megan W. Benett, Esq., # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # D, # 6 Exhibit E, # 7 Exhibit F, # 8 Appendix Request for the International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on Taking of Evidence Abroad in Civil or Commercial Matters).(Benett, Megan) (Ente 05/07/2021) |
| .0/2021 | 6801 | ORDER: The Plaintiffs' Executive Committees move this Court to order defendant Wael Jelaidan to sit for depositior June 14 and July 16, 2021. They also move to strike his answer and enter a default judgment if he does not appear, pu Federal Rule of Civil Procedure 37(b). The motion is GRANTED in part. As further set forth in this order. Jelaidan is warned. If, after August 31, the Court receives notice that he has not been deposed, the Court will treat this notice as for sanctions. That motion will incorporate by reference all the arguments Plaintiffs have already made. Jelaidan is or for his deposition between June 14, 2021, and August 31, 2021. The parties shall meet and confer on the deposition d notify the Court of that date by June 1, 2021. Plaintiffs shall update the Court on September 3 if Jelaidan has not beer So Ordered. (Signed by Magistrate Judge Sarah Netburn on 5/10/2021) (js) (Entered: 05/10/2021) |
| .0/2021 | 6802 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated May 10, 2021 re: Joint status regarding non−party depositions. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 05/10/2 |
| .1/2021 | 6803 | ORDER granting 6800 Letter Motion for Discovery. The Court will transmit a Letter of Request to the Clerk of the C (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 05/11/2021 |
| .3/2021 | 6804 | ***SELECTED PARTIES***Objection re: 6789 Order,, . Document filed by FBI, Plaintiffs Executive Committees, Avco Trans Arabia, Kingdom of Saudi Arabia. Motion or Order to File Under Seal: 4255 .(Benett, Megan) (Entered: 05/13/2021) |
| .4/2021 | 6805 | **FILING ERROR − DEFICIENT DOCKET ENTRY (SEE DOCUMENT #6809) −** LETTER addressed to Magis Sarah Netburn from Andrew J. Maloney, III dated 05−14−2021 re: April 30, 2021 order (ECF No. 6789). Document Plaintiffs Executive Committees. (Attachments: # 1 03−md−1570 ECF No. 6727 PEC Letter Motion, # 2 03−md−157 6728 Declaration in Support of Letter Motion, # 3 03−md−1570 ECF No. 6728−1 Declaration Exhibit to Letter Moti 03−md−1570 ECF No. 6751 PEC Letter Reply, # 5 Letter to Hon. Netburn in Opposition to Motion to Compel, # 6 C resolving 04−12−2021 Letter).(Maloney, Andrew) Modified on 5/17/2021 (ldi). (Entered: 05/14/2021) |
| .4/2021 | 6806 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Sarah Netburn from AUSA Jeannette dated April 16, 2021 re: 6727 LETTER MOTION to Compel FBI to produce discovery addressed to Magistrate Judg Netburn from Plaintiffs' Executive Committees dated 4/12/2021. *(Redacted Version of Letter Previously Filed at ECI* Document filed by FBI..(Normand, Sarah) (Entered: 05/14/2021) |
| .4/2021 | 6807 | REPLY MEMORANDUM OF LAW in Support re: 6681 Memorandum & Opinion,,, *of Al Rajhi Bank's Objection to Magistrate Judge's Opinion and Order*. Document filed by Al Rajhi Bank..(Curran, Christopher) (Entered: 05/14/202 |
| .4/2021 | 6808 | DECLARATION of Matthew S. Leddicotte in Support re: 6807 Reply Memorandum of Law in Support. Document f Rajhi Bank. (Attachments: # 1 Exhibit 1 − Discovery).(Curran, Christopher) (Entered: 05/14/2021) |
| .7/2021 | 6809 | LETTER addressed to Magistrate Judge Sarah Netburn from Andrew J. Maloney, III dated 05−14−2021 re: April 30, (ECF No. 6789). Document filed by Plaintiffs Executive Committees. (Attachments: # 1 03−md−1570 ECF No. 6727 Letter Motion, # 2 03−md−1570 ECF No. 6728 Declaration in Support of Letter Motion, # 3 03−md−1570 ECF No. Declaration Exhibit to Letter Motion, # 4 03−md−1570 ECF No. 6751 PEC Letter Reply, # 5 Letter to Hon. Netburn Opposition to Motion to Compel, # 6 Order resolving 04−12−2021 Letter).(Maloney, Andrew) (Entered: 05/17/2021) |
| .7/2021 | 6810 | CLERK CERTIFICATE OF MAILING of one copy of the Notice of Lawsuit, Civil Cover Sheet, Summons, Compla filed February 17, 2021, Related Case Statement, Entry of Appearance, Affidavit of Translator to Defendant Islamic Iran, c/o Mohammed Javad Zarif, Ministry of Foreign Affairs, Imam Khomeini Avenue, Tehran, Iran on 05/17/2021 Registered Mail tracking #RB596321705US, to the head of the ministry of foreign affairs, pursuant to the provisions Services Immunities Act, 28 U.S.C. § 1608(a)(3). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−01394−GBD(JKR) (Entered: 05/17/2021) |
| .7/2021 | 6811 | LETTER addressed to Judge George B. Daniels from Christopher M. Curran dated May 17, 2021 re: Requesting Ora on Al Rajhi Bank's Rule 72 Objections. Document filed by Al Rajhi Bank..(Curran, Christopher) (Entered: 05/17/202 |
| .9/2021 | 6812 | LETTER addressed to Judge George B. Daniels from Sean P. Carter dated May 19, 2021 re: Plaintiffs with pending c against Al Rajhi Bank respond to ARB's request for oral argument (ECF#6811) on ARB's Rule 72 Objections to Judg March 26, 2021 Opinion and Order (ECF#6681). Document filed by Plaintiffs Executive Committees..(Carter, Sean) 05/19/2021) |
| .9/2021 | 6813 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated 5/19/2021 re: sta Request for International Judicial Assistance to take the testimony of Alp Karli in Turkey. Document filed by Plaintif Executive Committees..(Benett, Megan) (Entered: 05/19/2021) |

| | | |
|---|---|---|
| 20/2021 | 6814 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated May 20, 2021 re for brief extension of the July 23, 2021 expert discovery schedule. Document filed by Plaintiffs Executive Committee Robert) (Entered: 05/20/2021) |
| 21/2021 | 6815 | MEMO ENDORSEMENT on re: 6814 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The Part is GRANTED. Parties shall conduct Evan Kohlmann's deposition on August 5 and 6, 2021. The time periods for cond depositions shall be the ones agreed to in this letter. (Signed by Magistrate Judge Sarah Netburn on 5/21/2021) (ras) ( 05/21/2021) |
| 21/2021 | 6816 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated 5/21/2021 re: ex discovery. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Benett, (Entered: 05/21/2021) |
| 24/2021 | 6817 | LETTER MOTION for Discovery addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated May Document filed by Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2).(Kellogg, Michael) (Entere 05/24/2021) |
| 24/2021 | 6818 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated May 24, 2021 re: Joint status concerning redactions. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 05/24/2021) |
| 26/2021 | 6819 | MEMO ENDORSEMENT on re: 6818 Letter filed by Kingdom of Saudi Arabia. ENDORSEMENT: The Parties' req GRANTED. The parties will provide a further joint status letter by June 23, 2021. (Signed by Magistrate Judge Sarah on 5/26/2021) (ras) (Entered: 05/26/2021) |
| 26/2021 | 6820 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated May 26, 2021 re: Sealed Res Plaintiffs' letter−motion, ECF No. 6816. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 05/26/2021) |
| 26/2021 | 6821 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated 5/26/2021 re: re have a document apostilled by the Court. Document filed by Plaintiffs Executive Committees..(Benett, Megan) (Ente 05/26/2021) |
| 26/2021 | 6822 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg date 2021 re: Response to Plaintiffs letter−motion, ECF No. 6816. Document filed by Plaintiffs Executive Committees, FI Avco Trans Arabia, Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)Motion or Order to File Ur 4255 .(Kellogg, Michael) (Entered: 05/26/2021) |
| 26/2021 | 6823 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert K. Kry dated May 26, 2021 re: Response to Plai letter−motion re: expert schedule (Dkt. 6816). Document filed by Dallah Avco Trans Arabia..(Kry, Robert) (Entered: 05/26/2021) |
| 27/2021 | 6824 | CLERK CERTIFICATE OF MAILING of one copy of the Notice of Lawsuit, Request to Waive Service of a Summo Cover Sheet, Summons, Complaint, Related Case Statement, Entry of Appearance & Affidavit of Translator (along w Persian−Farsi translations of each document). mailed to the defendant ISLAMIC REPUBLIC OF IRAN, c/o Mohamm Zarif, Ministry of Foreign Affairs of Iran, Imam Khomeini Street, Imam Khomeini Square, Tehran, Iran on 05/27/202 Registered Mail tracking # RH002898918US, to the head of the ministry of foreign affairs, pursuant to the provisions Services Immunities Act, 28 U.S.C. § 1608(a)(3). (JKR) (Entered: 05/27/2021) |
| 27/2021 | 6825 | ***SELECTED PARTIES*** OPPOSITION BRIEF re: 6804 Objection (non−motion) . Document filed by Kingdor Arabia, Dallah Avco Trans Arabia, Plaintiffs Executive Committees, FBI.Motion or Order to File Under Seal: 4255 . Jeannette) (Entered: 05/27/2021) |
| 27/2021 | 6826 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executi Committees dated 5/27/2021 re: 6817 LETTER MOTION for Discovery addressed to Magistrate Judge Sarah Netbur Michael K. Kellogg dated May 24, 2021. . Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Ex Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E).(Benett, Megan) (Entered: 05/27/2021) |
| 28/2021 | 6827 | ORDER: On May 26, 2021, the Court received a request from the Plaintiffs' Executive Committee requesting a notar apostilled authorization. The Plaintiffs indicated that this authorization would contain personally identifying informat work product. Documents to be apostilled must be filed with the court. Accordingly, the Court orders the filing under document to be apostilled under the normal procedures in this District for filing sealed documents, with access restric Plaintiffs' Executive Committee. (Signed by Magistrate Judge Sarah Netburn on 5/28/2021) (ras) (Entered: 05/28/202 |
| 28/2021 | 6828 | ***SELECTED PARTIES*** ORDER: The Court requests the FBI review its classified filing at ECF No. 6787 to re whether certain information is appropriate for public disclosure or disclosure pursuant to the FBI Protective Order. If is appropriate, the FBI should file a redacted copy of its letter on the docket by Friday, June 4, 2021. (Signed by Mag Judge Sarah Netburn on 5/28/2021) (ras) (Entered: 05/28/2021) |

| | | |
|---|---|---|
| 28/2021 | 6829 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Co dated May 28, 2021 re: Request that the Court schedule a Case Management Conference. Document filed by Kingdo Arabia, Plaintiffs Executive Committees, Dallah Avco Trans Arabia. (Attachments: # 1 Attachment A)Motion or Ord Under Seal: 4255 .(Haefele, Robert) (Entered: 05/28/2021) |
| 28/2021 | 6830 | ***SELECTED PARTIES***NOTICE of (document to be apostilled by the Court) re: 6821 Letter. Document filed Executive Committees. Motion or Order to File Under Seal: 6827 .(Benett, Megan) (Entered: 05/28/2021) |
| 28/2021 | 6831 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated 5/28/2021 re: R ECF No. 6816. Document filed by Plaintiffs Executive Committees..(Benett, Megan) (Entered: 05/28/2021) |
| 01/2021 | 6832 | NOTICE of Deposition date re: 6801 Order,,,. Document filed by Wael Jelaidan..(McMahon, Martin) (Entered: 06/0 |
| 01/2021 | 6833 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated June 1, 2021 re: Wael Jelaidans deposition. Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 06/01/20 |
| 01/2021 | 6834 | ***SELECTED PARTIES*** LETTER MOTION for Discovery *Requesting Issuance of Letters Rogatory* addressed Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated 6/1/2021. Document filed by Kingdom Arabia, Plaintiffs Executive Committees, Dallah Avco Trans Arabia. (Attachments: # 1 Appendix Request For Intern Judicial Assistance Pursuant To The Hague Convention Of 18 March 1970 On Taking Of Evidence Abroad In Civil Commercial Matters)Motion or Order to File Under Seal: 4255 .(Benett, Megan) (Entered: 06/01/2021) |
| 01/2021 | 6835 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated June 1, 2021 re: Sealed filing Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 06/01/2021) |
| 01/2021 | 6836 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg date 2021 re: Reply in further support of letter–motion for a protective order at ECF No. 6817. Document filed by Dallah Arabia, Plaintiffs Executive Committees, FBI, Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit 1)Motion or Ord Under Seal: 5307 .(Kellogg, Michael) (Entered: 06/01/2021) |
| 01/2021 | 6837 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated June 1, 2021 re: Reply in furt of letter–motion for a protective order at ECF No. 6817. Document filed by Kingdom of Saudi Arabia. (Attachments Exhibit 1).(Kellogg, Michael) (Entered: 06/01/2021) |
| 01/2021 | 6838 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg date 2021 re: Response to Plaintiffs' letter regarding Case Management Conference, ECF No. 6829. Document filed by Da Trans Arabia, Plaintiffs Executive Committees, FBI, Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit A, # 2 Exh Exhibit C, # 4 Exhibit C–1, # 5 Exhibit C–2, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit Exhibit I, # 12 Exhibit J, # 13 Exhibit K, # 14 Exhibit L, # 15 Exhibit M, # 16 Exhibit N, # 17 Exhibit O)Motion or C Under Seal: 4255 .(Kellogg, Michael) (Entered: 06/01/2021) |
| 01/2021 | 6839 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert K. Kry dated June 1, 2021 re: Response to Plain regarding Case Management Conference (Dkt. 6829). Document filed by Dallah Avco Trans Arabia..(Kry, Robert) ( 06/01/2021) |
| 01/2021 | 6840 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated June 1, 2021 re: Sealed letter regarding the deposition of nonparty witness.. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Ent 06/01/2021) |
| 01/2021 | 6841 | ***SELECTED PARTIES*** LETTER MOTION for Discovery addressed to Magistrate Judge Sarah Netburn from Kellogg dated June 1, 2021. Document filed by Kingdom of Saudi Arabia, FBI, Plaintiffs Executive Committees, Da Trans Arabia. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Motion or Order to File Under Seal: 5307 .( Michael) (Entered: 06/02/2021) |
| 02/2021 | 6842 | MEMORANDUM DECISION AND ORDER: Plaintiffs' Rule 72 objections to Magistrate Judge Netburn's August 2 and Order are OVERRULED and DENIED. Magistrate Judge Netburn's Order is adopted in its entirety. (Signed by J George B. Daniels on 6/2/2021) (rro) (Entered: 06/02/2021) |
| 02/2021 | 6843 | ***EX–PARTE*** MOTION for Disclosure *of Grand Jury Materials Pursuant to Federal Rule of Criminal Proced* Document filed by FBI.Motion or Order to File Under Seal: 4255 .(Vargas, Jeannette) (Entered: 06/02/2021) |
| 02/2021 | 6844 | LETTER addressed to Magistrate Judge Sarah Netburn from Jeannette A. Vargas dated 06/02/2021 re: Filing of Petit Disclosure of Grand Jury Material under Federal Rule of Criminal Procedure 6(e). Document filed by FBI..(Vargas, J (Entered: 06/02/2021) |
| 02/2021 | 6845 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Co dated 6/2/2021 re: in support of petition for disclosure of grand jury materials, ECF No. 6843. Document filed by Da Trans Arabia, FBI, Plaintiffs Executive Committees, Kingdom of Saudi Arabia.Motion or Order to File Under Seal: 4 .(Pounian, Steven) (Entered: 06/02/2021) |

| | | |
|---|---|---|
| )3/2021 | 6846 | ORDER denying 6459 Motion for Reconsideration re; 6444 Memorandum & Opinion, filed by Plaintiffs Executive C On August 11, 2020 the Court denied the Plaintiffs' Motion for Reconsideration. ECF No. 6598. Then, on June 2, 202 Daniels denied the Plaintiffs' Rule 72 Motion. ECF No. 6842. Thus, both components of the motion are denied. (HEF ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) (ras) Modified on 6/3/2021 (ras). (Entered: 06/03 |
| )3/2021 | 6847 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Cor dated 6/3/2021 re: in further support of request for a Case Management Conference, ECF No. 6829. Document filed l Kingdom of Saudi Arabia, Plaintiffs Executive Committees, Dallah Avco Trans Arabia. (Attachments: # 1 Exhibit A, B)Motion or Order to File Under Seal: 4255 .(Benett, Megan) (Entered: 06/03/2021) |
| )4/2021 | 6848 | LETTER addressed to Magistrate Judge Sarah Netburn from Jeannette A. Vargas dated 06/04/21 re: Filing of Redact of Classified April 29, 2021 Letter. Document filed by FBI. (Attachments: # 1 April 29, 2021 Letter from FBI [REDACTED]).(Vargas, Jeannette) (Entered: 06/04/2021) |
| )4/2021 | 6849 | ***SELECTED PARTIES***LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Sarah N from Plaintiffs' Executive Committees dated 6/4/2021 re: 6841 LETTER MOTION for Discovery addressed to Magis Sarah Netburn from Michael K. Kellogg dated June 1, 2021. . Document filed by FBI, Plaintiffs Executive Committe Kingdom of Saudi Arabia, Dallah Avco Trans Arabia. Motion or Order to File Under Seal: 1900 .(Benett, Megan) (E 06/04/2021) |
| )7/2021 | 6850 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated June 7, 2021 re: Plaintiffs' rec case management conference at ECF No. 6829. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Er 06/07/2021) |
| )8/2021 | 6851 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated June 8, 2021 re: Saudi Arabia's letter (ECF #6850). Document filed by Plaintiffs Executive Committees..(Carter, Sean) (Entered: 06/0 |
| )8/2021 | 6852 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated June 8, 2021 re: Sealed reply of letter−motion regarding the deposition of nonparty witness. Document filed by Kingdom of Saudi Arabia..(Kellog (Entered: 06/08/2021) |
| )8/2021 | 6853 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg date 2021 re: Reply in further support of letter−motion for a protective order, ECF No. 6841. Document filed by FBI, Plai Executive Committees, Kingdom of Saudi Arabia, Dallah Avco Trans Arabia.Motion or Order to File Under Seal: 53 .(Kellogg, Michael) (Entered: 06/08/2021) |
| )8/2021 | 6854 | ORDER granting 6843 Motion for Disclosure. The FBIs petition is GRANTED. The FBI shall produce the records id their petition at ECF No 6843 no later than June 9, 2021. This disclosure shall be subject to the terms of the FBI Priva Protective Order at ECF No. 4255. The Court also GRANTS the filing of the petition under seal. The FBI is directed the docket no later than June 11, 2021. This Order is restricted to the following case participants: Plaintiffs Executive Committees, Kingdom of Saudi Arabia, Dallah Avco Trans Arabia, and the Federal Bureau of Investigation. The Cle Court is respectfully directed to grant the motion at ECF No. 6845. SO ORDERED. (Signed by Magistrate Judge Sar on 6/8/2021) (kv) (Entered: 06/08/2021) |
| )8/2021 | 6855 | MEMORANDUM DECISION AND ORDER. This order serves only to uphold the December 1 Discovery Order. Pl Rule 72 objections to Magistrate Judge Netburn's December 1 Opinion and Order are OVERRULED and DENIED. S ORDERED. (Signed by Judge George B. Daniels on 6/8/21) (yv) (Entered: 06/09/2021) |
| )9/2021 | 6856 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Cor dated 6/9/2021 re: Request for Letters Rogatory (ECF No. 6834) and Update on Recent Production. Document filed b of Saudi Arabia, Dallah Avco Trans Arabia, Plaintiffs Executive Committees.Motion or Order to File Under Seal: 42 Megan) (Entered: 06/09/2021) |
| )9/2021 | 6857 | ***SELECTED PARTIES*** AMENDED ORDER: The FBI's petition is GRANTED. The FBI shall produce the re identified in their petition at ECF No 6843 no later than June 9, 2021. This disclosure shall be subject to the terms of Privacy Act and Protective Order at ECF No. 4255. The Court also GRANTS the filing of the petition under seal. Th directed to file it on the docket no later than June 11, 2021. This Amended Order supersedes the order at ECF No. 68 entirety. The Clerk of the Court is respectfully directed to SEAL this Amended Order and restrict access to the follow participants: Plaintiffs' Executive Committees, Kingdom of Saudi Arabia, Dallah Avco Trans Arabia, and the Federal Investigation. The Clerk of the Court is respectfully directed to grant the motion at ECF No. 6845. (Signed by Magist Sarah Netburn on 6/9/2021) (nb) (Entered: 06/09/2021) |
| )9/2021 | 6858 | ORDER granting 6834 Letter Motion for Discovery. The Court will transmit a Letter of Request to the Clerk of the C (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 06/09/2021 |
| )9/2021 | 6859 | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i): Pursuant to Rule 41(a)(1)(A)(i) Federal Rules of Civil Procedure, Plaintiff Elizabeth Parks hereby voluntarily dismisses without prejudice her claims Defendant the Kingdom of Saudi Arabia in the above−captioned Hugh A. Chairnoff, et al. v. Kingdom of Saudi Arab |

| | | |
|---|---|---|
| | | 1:18−cv−12370(GBD)(SN). This Notice of Voluntary Dismissal is limited only to dismissing Plaintiff Elizabeth Park action. All other Plaintiffs maintain and continue to prosecute their claims against the Defendant. (Signed by Judge G Daniels on 6/9/2021) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12367−GBD−SN (mro) (Ente 06/10/2021) |
| )9/2021 | 6860 | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i): Pursuant to Rule 41(a)(1)(A)(i) Federal Rules of Civil Procedure, Plaintiff Elizabeth Parks hereby voluntarily dismisses without prejudice her claims Defendant the Islamic Republic of Iran in the above−captioned Hugh A. Chairnoff, et al. v. hlamic Republic of Iran, 1:18−cv−12370(GBD)(SN). This Notice of Voluntary Dismissal is limited only to dismissing Plaintiff Elizabeth Park action. All other Plaintiffs maintain and continue to prosecute their claims against the Defendant. (Signed by Judge G Daniels on 6/9/2021) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−12370−GBD−SN (mro) (Entered: 06/10/2021) |
| .5/2021 | 6861 | ORDER: The Kingdom of Saudi Arabia is currently listed on the docket in conflicting positions. It is listed as a defer represented by Michael K. Kellogg of Kellogg, Hansen, Todd, Figel & Frederick and other attorneys associated with But it is also listed as a plaintiff with its attorney listed as Andrew Joseph Maloney of Kreindler & Kreindler. The Co understand Saudi Arabia to be a plaintiff in this matter nor to be represented by Kreindler & Kreindler. Accordingly, are ORDERED to submit to the Court any objections they have to Saudi Arabia being terminated as a plaintiff in this June 16, 2021. (Signed by Magistrate Judge Sarah Netburn on 6/15/2021) (ras) (Entered: 06/15/2021) |
| .5/2021 | 6862 | RESPONSE re: 6861 Order,, . Document filed by Plaintiffs Executive Committees..(Maloney, Andrew) (Entered: 06, |
| .5/2021 | 6865 | MEMORANDUM DECISION AND ORDER: Having reviewed the parties' filings and Judge Netburn's ruling, the C without a "definite and firm conviction that a mistake has been committed." Highland Mgmt., LP.I., 551 F. Supp. 2d Magistrate Judge Netburn correctly denied Plaintiffs' motion to compel as to the attachments to the September 2002 r Plaintiffs' Rule 72 objections to Magistrate Judge Netburn's March 12 Opinion and Order are OVERRULED and DE further set forth in this Order.) (Signed by Judge George B. Daniels on 6/15/2021) (cf) (cf). (Entered: 06/15/2021) |
| .5/2021 | 6863 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated June 15, 2021 re: Request reg status of pending motion, ECF No. 6817. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 06/15/2021) |
| .5/2021 | 6864 | ***SELECTED PARTIES*** ORDER granting in part 6817 Letter Motion for Discovery. Saudi Arabia's motion for protective order is GRANTED in part. The Clerk of the Court is directed to close the motion at ECF No. 6817. (Signe Magistrate Judge Sarah Netburn on 6/15/2021) (ras) (Entered: 06/15/2021) |
| .6/2021 | 6866 | ORDER: On June 15, 2021, the Court informed the parties that the Kingdom of Saudi Arabia was listed on the docke plaintiff. ECF No. 6861. It requested that the parties indicate if this was an error. Id. That same day, the parties confir was, and that Saudi Arabia should be terminated as a plaintiff. ECF No. 6862. Therefore, the Clerk of the Court is res directed to terminate the Kingdom of Saudi Arabia as a plaintiff only in this matter. (Signed by Magistrate Judge Sara on 6/16/2021) (ras) (Entered: 06/16/2021) |
| .6/2021 | 6867 | ORDER: On June 16, 2021, the Court was informed that Martin F. McMahon, counsel for defendant Wael Jelaidan, p away. The Court is saddened to hear of the loss of a member of the bar and offers its sympathies to his loved ones. M was a solo practitioner which means that Jelaidan is now unrepresented. Jelaidan is also scheduled to be deposed on A 2021. ECF No. 6833. So, by July 19, 2021, Jelaidan must either (1) locate a new attorney and have that attorney enter appearance on his behalf or (2) file a letter with the Court stating if he intends to proceed pro se. The Court will trans of this order by email to Richard W. Sandza, the attorney who alerted the Court to McMahon's passing. The Court rec both Sandza and the Defendants' Executive Committee assist the Court in transmitting a copy of this order to Jelaidan the Clerk of the Court is respectfully directed to terminate McMahon's appearance. (Signed by Magistrate Judge Sara on 6/16/2021) (ras) (Entered: 06/16/2021) |
| .7/2021 | 6868 | NOTICE OF APPEARANCE by Ethan Greenberg on behalf of C. O'Neill, Gordon Aamoth, Lloyd Abel, Lloyd Abel Abel, Sr, Audrey Ades, Roberta Agyeman, Ber Barry Aron, Peter Asaro, Michael Bianco, Deborah Bodner, Margarit Rodney Bush, William Cintron−Lugos, David DeConto, Jessica Derubbio, Richard Deuel, Estate of John P.O'Neill, S of John Patrick O'Neill Sr., Allison Garger, David Gordenstein, James Hargrave, Arthur Harris, Arthur Harris, Rober Hemenway, Alexander Jimenez, Bakahityar Kamardinova, Chang Kim, Kristian Kincaid, Stephanie Lang, BNY Mel Mercer, Maureen Moody−Theinert, Horace Morris, Michael Murray, Michael Murray, C. I. O'Neill, Ana Ortiz, Mari Hopeton Richards, Cheryl Rivelli, Deborah Rooney, Matthew Rowenhorst, Laurence Schlissel, Barbara Spence, Edw Stackpole, Jack Zelmanowitz. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Greenberg, Ethan) (Ente 06/17/2021) |
| .7/2021 | 6869 | ***SELECTED PARTIES*** ORDER denying 6763 Letter Motion to Compel. The Plaintiffs' Motion is DENIED. ( Magistrate Judge Sarah Netburn on 6/17/2021) (ras) (Entered: 06/17/2021) |
| .7/2021 | 6870 | ENDORSED LETTER addressed to Magistrate Judge Sarah Netburn from Richard W. Sandza, Esquire, dated 6/17/2 Court Order of June 16, 2021 concerning the representation of Defendant Wael Jelaidan. ENDORSEMENT: On June |

| | | |
|---|---|---|
| | | the Court received this letter, which respectfully requests that the Clerk Court file. (Signed by Magistrate Judge Sarah on 6/17/2021) (ras) (Entered: 06/17/2021) |
| .8/2021 | 6871 | ***SELECTED PARTIES*** ORDER denying 6841 Letter Motion for Discovery. The motion to quash the PECs' s DENIED. (Signed by Magistrate Judge Sarah Netburn on 6/18/2021) (ras) (Entered: 06/18/2021) |
| .8/2021 | 6872 | **This document was previously filed under seal and unsealed by ECF No. 6938** ***SELECTED PARTIES*** OI PECs' motion at ECF No. 6816 is GRANTED. (Signed by Magistrate Judge Sarah Netburn on 6/18/2021) (ras) Modi 7/12/2021 (ras). (Entered: 06/21/2021) |
| 23/2021 | 6873 | MOTION Pursuant to Fed.R.Civ.P. 21 to drop certain Plaintiffs . Document filed by Marie Anaya..(Bonner, James) ( 06/23/2021) |
| 23/2021 | 6874 | DECLARATION of Joseph Peter Drennan, Esq. in Support re: (6873 in 1:03−md−01570−GBD−SN) MOTION Purs Fed.R.Civ.P. 21 to drop certain Plaintiffs .. Document filed by Marie Anaya. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN.(Bonner, James) (Entered: 06/23/2021) |
| 23/2021 | 6875 | MOTION to correct typographical errors in First Amended Complaint re: (29 in 1:18−cv−12341−GBD−SN) Amende Complaint,,,,,,,,,,,,, . Document filed by Helen Colhoun. (Attachments: # 1 Text of Proposed Order)Filed In Associat 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN.(Bonner, James) (Entered: 06/23/2021) |
| 23/2021 | 6876 | MEMORANDUM OF LAW in Support re: (56 in 1:18−cv−12341−GBD−SN, 6875 in 1:03−md−01570−GBD−SN) I correct typographical errors in First Amended Complaint re: (29 in 1:18−cv−12341−GBD−SN) Amended Complaint Document filed by Helen Colhoun. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−S James) (Entered: 06/23/2021) |
| 23/2021 | 6877 | MOTION for Default Judgment as to *Liability of Islamic Republic of Iran under 28 USC Section 1605A(c), and parti judgments for solatium and pain and suffering damages*. Document filed by Helen Colhoun. (Attachments: # 1 Text o Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN.(Bonner, James) (Entered: 06/23/2021) |
| 23/2021 | 6878 | MEMORANDUM OF LAW in Support re: (6877 in 1:03−md−01570−GBD−SN, 60 in 1:18−cv−12341−GBD−SN) I for Default Judgment as to *Liability of Islamic Republic of Iran under 28 USC Section 1605A(c), and partial final jud solatium and pain and suffering damages*. . Document filed by Helen Colhoun. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN.(Bonner, James) (Entered: 06/23/2021) |
| 23/2021 | 6879 | DECLARATION of Joseph Peter Drennan, Esq. in Support re: (6877 in 1:03−md−01570−GBD−SN, 60 in 1:18−cv−12341−GBD−SN) MOTION for Default Judgment as to *Liability of Islamic Republic of Iran under 28 USC 1605A(c), and partial final judgments for solatium and pain and suffering damages*.. Document filed by Helen Colho (Attachments: # 1 Exhibit A (Plaintiffs seeking solatium damages), # 2 Exhibit B (Plaintiffs seeking pain & suffering # 3 Exhibit C (Proposed Form of Order))Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN.(Bonner, James) (Entered: 06/23/2021) |
| 23/2021 | 6880 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated June 23, 2021 re: Joint status concerning redactions. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 06/23/2021) |
| 24/2021 | 6881 | MEMO ENDORSEMENT on re: 6880 Letter filed by Kingdom of Saudi Arabia. ENDORSEMENT: The Parties' mo GRANTED. The Parties shall submit a further joint status letter on July 23, 2021. (Signed by Magistrate Judge Sarah 6/24/2021) (ras) (Entered: 06/24/2021) |
| 24/2021 | 6882 | ORDER granting (6875) Motion re: (6875 in 1:03−md−01570−GBD−SN, 56 in 1:18−cv−12341−GBD−SN) MOTIO correct typographical errors in First Amended Complaint re: (29 in 1:18−cv−12341−GBD−SN) Amended Complaint 1:03−md−01570−GBD−SN; granting (56) Motion re: (6875 in 1:03−md−01570−GBD−SN, 56 in 1:18−cv−12341−G MOTION to correct typographical errors in First Amended Complaint re: (29 in 1:18−cv−12341−GBD−SN) Amende Complaint, in case 1:18−cv−12341−GBD−SN. The Clerk of Court is respectfully directed to GRANT the motions at 6875 (03−md−01570) and ECF No. 56 (18−cv−12341). The Clerk of Court is also respectfully requested to update th caption for Anaya et al v. Islamic Republic of Iran, 18−cv−12341, and In Re Terrorist Attacks on September 11, 200 03−md−1570, to reflect that "Bryan Kauth" is "Brian Gerard Kauth." (Signed by Magistrate Judge Sarah Netburn on Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN. (ras) (Entered: 06/24/2021) |
| 24/2021 | 6883 | ORDER granting (6873) Motion re: (6873 in 1:03−md−01570−GBD−SN) MOTION Pursuant to Fed.R.Civ.P. 21 to Plaintiffs in case 1:03−md−01570−GBD−SN. The Movants' Motion is GRANTED. Marie Laure Anaya, individually personal representative of the estate of Calixto Anaya, Jr., Kristina−Marie Anaya, Brandon Michael Anaya, Rebecca Elizabeth A. Emery, individually and as personal representative of the Estate of Edgar H. Emery, Jr. and Brian K. En dismissed as plaintiffs in Anaya et al v. Islamic Republic of Iran, 18−cv−12341 (GBD)(SN) (S.D.N.Y. Dec. 29, 2018 Federal Rule of Civil Procedure 21. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) F Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−12341−GBD−SN. (ras) (Entere 06/25/2021) |

| | | |
|---|---|---|
| 25/2021 | 6884 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated June 25, 2021 re: Joint respor regarding outstanding discovery issues. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 0 |
| 29/2021 | 6885 | AFFIDAVIT OF SERVICE of Subpoena served on U.S. Bureau of Prisons, ADMAX on 6/25/2021. Document filed O'Neill..(Goldman, Jerry) (Entered: 06/29/2021) |
| 29/2021 | 6886 | MOTION to Substitute Party. Old Party: Marjorie Farley, New Party: Lisa Ann Cenicola *as Personal Representative Estate of Marjorie Ann Farley, Deceased*. Document filed by Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 06/29 |
| 29/2021 | 6887 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A) Related Document Numbe ..(Eubanks, John) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 06/29/2021) |
| 29/2021 | 6888 | MOTION to Substitute Party. Old Party: New Party: As set forth on Exhibit A . Document filed by Burnett Plaintiffs Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, Jo (Entered: 06/29/2021) |
| 29/2021 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 6887 Proposed Order was revi approved as to form. (dt)** (Entered: 06/29/2021) |
| 29/2021 | 6889 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A) Related Document Numbe ..(Eubanks, John) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 06/29/2021) |
| 29/2021 | 6890 | ORDER: On June 28, 2021, plaintiffs in the nine cases above made a number of filings. All of these cases are related multi−district litigation, In Re Terrorist Attacks on September 11, 2001, 03−md−1570 (S.D.N.Y. Dec. 10, 2003) (GB None of the documents, however, was filed on the MDL docket; instead, they were filed only on the dockets for the i civil matters. Judge Daniels's October 14, 2015 Order states that "[p]arties to this multi−district litigation... shall file a documents under this MDL docket only." In Re Terrorist Attacks on September 11, 2001, 03−md−1570, ECF No. 30 Order further states that "parties shall not file any documents under the electronic dockets for the individual civil mat While the Court will not direct counsel to refile these documents, counsel in these nine cases are directed to familiari themselves with Judge Daniels's Order at ECF No. 3070, as well as other orders governing the conduct of this MDL. particular, given the current state of the proceeding, the Court directs counsel to familiarize themselves with the proce securing default judgements set out at In Re Terrorist Attacks on September 11, 2001, 03−md−1570, ECF No. 3435. Magistrate Judge Sarah Netburn on 6/29/2021) Filed In Associated Cases: 1:03−md−01570−GBD−SN, et al. (ras) (E 06/29/2021) |
| 29/2021 | 6891 | ***SELECTED PARTIES***Objection re: 6864 Order on Motion for Discovery, . Document filed by Plaintiffs Exe Committees, Kingdom of Saudi Arabia, Dallah Avco Trans Arabia. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 E 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)Motion or Order to File Under Seal: 1900 .(Benett, Megan) (Entered: 06/29/ |
| 30/2021 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 6889 Proposed Order was revi approved as to form. (dt)** (Entered: 06/30/2021) |
| 30/2021 | 6892 | AMENDED COMPLAINT amending 3463 Amended Complaint, against Kingdom Of Saudi Arabi, Charles Spencer Paula Issel, Barbara M. Duffy(Personal Representative of the Estate of John Michael Duffy), Page King Prusank with DEMAND. Related document: 3463 Amended Complaint,..(Bonner, James) (Entered: 06/30/2021) |
| 30/2021 | | LETTERS ROGATORY ISSUED, Doc. #6834, issued on June 10, 2021 and issued to Kreindler & Kreindler.(km) (E 06/30/2021) |
| 30/2021 | 6893 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated June 30, 2021 re: Joint propo regarding filing deadlines. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 06/30/2021) |
| 30/2021 | 6894 | AFFIDAVIT OF SERVICE of Summons, Complaint, Nature of Suit and Translation of Each served on Islamic Repu on 4/14/2021. Document filed by Ber Barry Aron. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Goldman, Jerry) (Ent 06/30/2021) |
| 30/2021 | 6895 | AFFIDAVIT OF SERVICE of Summons, Complaint, Nature of Suit and Translation of Each served on Islamic Repu on 6/29/2020. Document filed by August Bernaerts. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Goldman, Jerry) (E 06/30/2021) |
| 30/2021 | 6896 | AFFIDAVIT OF SERVICE of Summons, Complaint, Nature of Suit and Translation of Each served on Islamic Repu on 4/21/2021. Document filed by Michael Bianco. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Goldman, Jerry) (Ent 06/30/2021) |
| 30/2021 | 6897 | AFFIDAVIT OF SERVICE of Summons, Complaint, Nature of Suit and Translation of Each served on Islamic Repu on 6/29/2020. Document filed by Deborah Bodner. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Goldman, Jerry) (En 06/30/2021) |

| | | |
|---|---|---|
| 30/2021 | 6898 | AFFIDAVIT OF SERVICE of Summons, Complaint, Nature of Suit and Translation of Each served on Islamic Repu on 4/14/2021. Document filed by Jeanmarie Hargrave. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Goldman, Jerry) 06/30/2021) |
| 30/2021 | 6899 | AFFIDAVIT OF SERVICE of Summons, Complaint, Nature of Suit and Translation of Each served on Islamic Repu on 6/29/2020. Document filed by BNY Mellon. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Goldman, Jerry) (Ente 06/30/2021) |
| 30/2021 | 6900 | AFFIDAVIT OF SERVICE of Summons, Complaint, Notice of Suit and Translation of Each served on Islamic Repu on 4/21/2021. Document filed by Barbara Duffy..(Goldman, Jerry) (Entered: 06/30/2021) |
| 30/2021 | 6901 | AFFIDAVIT OF SERVICE of Summons, Complaint, Notice of Suit and Translation of Each served on Islamic Repu on 4/21/2021. Document filed by Barbara Duffy. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Goldman, Jerry) (Ente 06/30/2021) |
| 01/2021 | 6902 | MEMO ENDORSEMENT on re: 6893 Letter filed by Kingdom of Saudi Arabia. ENDORSEMENT: The Parties' req GRANTED. Saudi Arabia shall file its response to the Plaintiffs' objections by July 13, 2021. The Plaintiffs' reply sha by July 20, 2021. (Signed by Magistrate Judge Sarah Netburn on 7/1/2021) (ras) (Entered: 07/01/2021) |
| 01/2021 | 6903 | ORDER granting (902) Motion to Substitute Party, in case 1:03−cv−09849−GBD−SN; granting (6886) Motion to Su Party, in case 1:03−md−01570−GBD−SN; granting (483) Motion to Substitute Party, in case 1:15−cv−09903−GBD− individuals included on Exhibit A to the Motion shall be substituted into the Burnett cases. (HEREBY ORDERED by Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−G 1:15−cv−09903−GBD−SN. (ras) (Entered: 07/01/2021) |
| 01/2021 | 6904 | ORDER granting (904) Motion to Substitute Party, in case 1:03−cv−09849−GBD−SN; granting (6888) Motion to Su Party, in case 1:03−md−01570−GBD−SN; granting (485) Motion to Substitute Party, in case 1:15−cv−09903−GBD− individuals included on Exhibit A to the Motion shall be substituted into the Burnett cases. (HEREBY ORDERED by Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−G 1:15−cv−09903−GBD−SN. (ras) (Entered: 07/01/2021) |
| 01/2021 | 6905 | ***SELECTED PARTIES***Objection re: 6869 Order on Motion to Compel . Document filed by FBI, Plaintiffs Ex Committees, Dallah Avco Trans Arabia, Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 E 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)Motion or Order to File Under Seal: 4255 .(Benett, Megan) (Entered: 07/01/ |
| 02/2021 | 6906 | ORDER: In light of the parties' joint submission, ECF No. 6884, the Court will not schedule a case management con Based on this submission, it appears the only open issue is the potential deposition of Alp Karli. The Court understan letters rogatory for the deposition of Mr. Karli has been presented to the Turkish authorities. Given the ongoing expe the Court does not preclude Mr. Karli's deposition at this time but may do so if the delay in his production is unreaso the circumstances. So Ordered. (Signed by Magistrate Judge Sarah Netburn on 7/2/2021) (js) (Entered: 07/02/2021) |
| 02/2021 | 6907 | NOTICE OF APPEARANCE by James Gavin Simpson on behalf of Kathleen Ashton. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:17−cv−02003−GBD−SN.(Simpson, James) (Entered: 07/ |
| 02/2021 | 6908 | ORDER:On June 23, 2021, the Court issued an order granting the Plaintiffs' Executive Committees' motion at ECF N ECF No. 6872. That order was made under seal in light of some of the content in motions preceding that order. To in public access to the docket and reduce the volume of material that must undergo redaction review, the Court now pro unseal the order at ECF No. 6872. If the parties have any objections to unsealing that order, those must be filed with t by July 9, 2021. SO ORDERED., ( Responses due by 7/9/2021) (Signed by Magistrate Judge Sarah Netburn on 7/02/ In Associated Cases: 1:03−md−01570−GBD−SN et al. (ama) (Entered: 07/02/2021) |
| 06/2021 | | *****DELETED DOCUMENT. Deleted document number 6909 . The document was incorrectly filed in this cas duplicative of # 6908. (ama)** (Entered: 07/06/2021) |
| 06/2021 | 6909 | ORDER: On June 15, 2021, the Court determined (and the parties confirmed) that Saudi Arabia was improperly liste MDL caption as a plaintiff. ECF No. 6861, 6862. The Court has thus conducted a further review to identify any simil these can impede efficient adjudication and interfere with sealing records. Based on this review, the Court proposes t a number of caption entries. The proposed terminations fall into two categories...The Plaintiffs' Executive Committee Defendants' Executive Committee are directed to review the Court's proposed remedies and submit a letter with any c by August 2, 2021. Parties with objections to the Court's proposed course of action should identify the specific paragr which they object. (Signed by Magistrate Judge Sarah Netburn on 7/6/2021) (ras) (Entered: 07/06/2021) |
| 08/2021 | 6910 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Jeanmarie Hargrave..(Goldman, Jerry) **P document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** Modified on (km). (Entered: 07/08/2021) |
| 08/2021 | 6911 | AFFIDAVIT of Jerry S. Goldman in Support re: (29 in 1:20−cv−09387−GBD−SN, 6910 in 1:03−md−01570−GBD− Proposed Clerk's Certificate of Default. Document filed by Jeanmarie Hargrave. (Attachments: # 1 Exhibit A, # 2 Ex Exhibit C, # 4 Exhibit D, # 5 Exhibit E)Filed In Associated Cases: 1:03−md−01570−GBD−SN, |

| | | |
|---|---|---|
| | | 1:20−cv−09387−GBD−SN.(Goldman, Jerry) (Entered: 07/08/2021) |
| )8/2021 | 6912 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED CLERK'S CERTIFICATE OF DEFAULT. D filed by Ber Barry Aron..(Goldman, Jerry) **Proposed document to be reviewed and processed by Clerk's Office st action required by chambers).** Modified on 7/9/2021 (km). (Entered: 07/08/2021) |
| )8/2021 | 6913 | AFFIDAVIT of Jerry S. Goldman in Support re: 6912 Proposed Clerk's Certificate of Default. Document filed by Be Aron. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E).(Goldman, Jerry) (Ent 07/08/2021) |
| )8/2021 | 6914 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED CLERK'S CERTIFICATE OF DEFAULT. D filed by Michael Bianco..(Goldman, Jerry) **Proposed document to be reviewed and processed by Clerk's Office st action required by chambers).** Modified on 7/9/2021 (km). (Entered: 07/08/2021) |
| )8/2021 | 6915 | AFFIDAVIT of Jerry S. Goldman in Support re: 6914 Proposed Clerk's Certificate of Default. Document filed by Mi Bianco. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E).(Goldman, Jerry) (E 07/08/2021) |
| )8/2021 | 6916 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED CLERK'S CERTIFICATE OF DEFAULT. D filed by BNY Mellon..(Goldman, Jerry) **Proposed document to be reviewed and processed by Clerk's Office staff required by chambers).** Modified on 7/9/2021 (km). (Entered: 07/08/2021) |
| )8/2021 | 6917 | AFFIDAVIT of Jerry S. Goldman in Support re: 6916 Proposed Clerk's Certificate of Default. Document filed by BN (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E).(Goldman, Jerry) (Entered: 0 |
| )8/2021 | 6918 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED CLERK'S CERTIFICATE OF DEFAULT. D filed by Deborah Bodner..(Goldman, Jerry) **Proposed document to be reviewed and processed by Clerk's Office s action required by chambers).** Modified on 7/9/2021 (km). Modified on 7/9/2021 (km). (Entered: 07/08/2021) |
| )8/2021 | 6919 | AFFIDAVIT of Jerry S. Goldman in Support re: 6918 Proposed Clerk's Certificate of Default. Document filed by De Bodner. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E).(Goldman, Jerry) (E 07/08/2021) |
| )8/2021 | 6920 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED CLERK'S CERTIFICATE OF DEFAULT. D filed by August Bernaerts..(Goldman, Jerry) **Proposed document to be reviewed and processed by Clerk's Office action required by chambers).** Modified on 7/9/2021 (km). (Entered: 07/08/2021) |
| )8/2021 | 6921 | AFFIDAVIT of Jerry S. Goldman in Support re: 6920 Proposed Clerk's Certificate of Default. Document filed by Au Bernaerts. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E).(Goldman, Jerry) 07/08/2021) |
| )9/2021 | 6922 | CLERK'S CERTIFICATE OF DEFAULT as to Islamic Republic of Iran Filed In Associated Cases: 1:03−md−01570 1:20−cv−09387−GBD−SN.(km) (Entered: 07/09/2021) |
| )9/2021 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED CLERK'S CERTIFICATE OF DEF. Notice to Attorney Jerry Goldman. RE−FILE Document No. 6918 Proposed Clerk's Certificate of Default 691 Clerk's Certificate of Default 6920 Proposed Clerk's Certificate of Default 6916 Proposed Clerk's Certificate o 6914 Proposed Clerk's Certificate of Default. The filing is deficient for the following reason(s): the clerk's certi need to be filed in the MD case and the civil cases. Re−file the document using the event type Proposed Clerk's Certificate of Default found under the event list Proposed Orders. (km)** (Entered: 07/09/2021) |
| )9/2021 | 6923 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by August Bernaerts..(Goldman, Jerry) **Prop document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** Modified on (dt). (Entered: 07/09/2021) |
| )9/2021 | 6924 | AFFIDAVIT of Jerry S. Goldman in Support re: (6923 in 1:03−md−01570−GBD−SN, 36 in 1:19−cv−11865−GBD− Proposed Clerk's Certificate of Default. Document filed by August Bernaerts. (Attachments: # 1 Exhibit A, # 2 Exhib Exhibit C, # 4 Exhibit D, # 5 Exhibit E)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11865−GBD−SN.(Goldman, Jerry) (Entered: 07/09/2021) |
| )9/2021 | 6925 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Deborah Bodner..(Goldman, Jerry) **Prop document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** Modified on (dt). (Entered: 07/09/2021) |
| )9/2021 | 6926 | AFFIDAVIT of Jerry S. Goldman in Support re: (6925 in 1:03−md−01570−GBD−SN, 40 in 1:19−cv−11776−GBD− Proposed Clerk's Certificate of Default. Document filed by Deborah Bodner. (Attachments: # 1 Exhibit A, # 2 Exhibi Exhibit C, # 4 Exhibit D, # 5 Exhibit E)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11776−GBD−SN.(Goldman, Jerry) (Entered: 07/09/2021) |

| | | |
|---|---|---|
| )9/2021 | 6927 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by BNY Mellon..(Goldman, Jerry) **Propose document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** Modified on (dt). (Entered: 07/09/2021) |
| )9/2021 | 6928 | AFFIDAVIT of Jerry S. Goldman in Support re: (6927 in 1:03−md−01570−GBD−SN, 40 in 1:19−cv−11767−GBD− Proposed Clerk's Certificate of Default. Document filed by BNY Mellon. (Attachments: # 1 Exhibit A, # 2 Exhibit B, C, # 4 Exhibit D, # 5 Exhibit E)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11767−GBD−SN.( Jerry) (Entered: 07/09/2021) |
| )9/2021 | 6929 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Michael Bianco..(Goldman, Jerry) **Propo document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** Modified on (dt). (Entered: 07/09/2021) |
| )9/2021 | 6930 | AFFIDAVIT of Jerry S. Goldman in Support re: (20 in 1:20−cv−10902−GBD−SN, 6929 in 1:03−md−01570−GBD− Proposed Clerk's Certificate of Default. Document filed by Michael Bianco. (Attachments: # 1 Exhibit A, # 2 Exhibit Exhibit C, # 4 Exhibit D, # 5 Exhibit E)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−10902−GBD−SN.(Goldman, Jerry) (Entered: 07/09/2021) |
| )9/2021 | 6931 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Ber Barry Aron..(Goldman, Jerry) **Propo document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** Modified on (dt). (Entered: 07/09/2021) |
| )9/2021 | 6932 | AFFIDAVIT of Jerry S. Goldman in Support re: (6931 in 1:03−md−01570−GBD−SN, 29 in 1:20−cv−09376−GBD− Proposed Clerk's Certificate of Default. Document filed by Ber Barry Aron. (Attachments: # 1 Exhibit A, # 2 Exhibit Exhibit C, # 4 Exhibit D, # 5 Exhibit E)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−09376−GBD−SN.(Goldman, Jerry) (Entered: 07/09/2021) |
| )9/2021 | 6933 | CLERK'S CERTIFICATE OF DEFAULT as to Islamic Republic of Iran, issued July 9, 2021 Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:19−cv−11865−GBD−SN.(dt) (Entered: 07/09/2021) |
| )9/2021 | 6934 | CLERK'S CERTIFICATE OF DEFAULT as to Islamic Republic of Iran, issued July 9, 2021 Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:19−cv−11776−GBD−SN.(dt) (Entered: 07/09/2021) |
| )9/2021 | 6935 | CLERK'S CERTIFICATE OF DEFAULT as to Islamic Republic of Iran, issued July 9, 2021 Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:19−cv−11767−GBD−SN.(dt) (Entered: 07/09/2021) |
| )9/2021 | 6936 | CLERK'S CERTIFICATE OF DEFAULT as to Islamic Republic of Iran, issued July 9, 2021 Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:20−cv−10902−GBD−SN.(dt) (Entered: 07/09/2021) |
| )9/2021 | 6937 | CLERK'S CERTIFICATE OF DEFAULT as to Islamic Republic of Iran, issued July 9, 2021 Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:20−cv−09376−GBD−SN.(dt) (Entered: 07/09/2021) |
| .2/2021 | 6938 | ORDER: On July 2, 2021, the Court issued an order directing the parties to enter any objections to unsealing the orde No. 6872 by July 9, 2021. ECF No. 6908. Having received no objections, the Court respectfully directs the Clerk of C unseal the order at ECF No. 6872 in its entirety. (Signed by Magistrate Judge Sarah Netburn on 7/12/2021) (ras) (Ma Document 6938 replaced on 7/12/2021) (ras). Modified on 7/12/2021 (ras). (Entered: 07/12/2021) |
| .2/2021 | 6939 | CLERK CERTIFICATE OF MAILING of two copies of the Cover Letter, Complaint dated January 10, 2020 (Ryan I Notice of Suit, pursuant to 22 C.F.R 93.2, along with the text of FSIA 28 U.S.C § 1602, et seq, Summons in a Civil A January 13, 2020 (Ryan Doc No. 6), Affidavit of translator (along with translations of the above documents into Fars DEFENDANT Iran's Ministry of Defense and Armed Forces Logistics, c/o H.E Mohammad Javad Zarif, Ministry of Affairs, Imam Khomeini Avenue, Tehran, Iran on 07/06/2021 by Federal Express tracking # 8627 3174 8701, to the S State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/L), U.S. De State, SA−17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of Foreign Services Act, 28 U.S.C. § 1608(a)(4). (JKR) (Entered: 07/12/2021) |
| .2/2021 | 6940 | CLERK CERTIFICATE OF MAILING of two copies of the Cover Letter, Complaint dated January 10, 2020 (Ryan I Notice of Suit, pursuant to 22 C.F.R 93.2, along with the text of FSIA 28 U.S.C § 1602, et seq, Summons in a Civil A January 13, 2020 (Ryan Doc No. 6), Affidavit of translator (along with translations of the above documents into Fars DEFENDANT Islamic Republic of Iran, c/o Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini A Tehran, Iran on 07/06/2021 by Federal Express tracking # 8627 3174 8697, to the Secretary of State, Attn: Director o Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/L), U.S. Department of State, SA−17, 10th F C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 16 (JKR) (Entered: 07/12/2021) |
| .2/2021 | 6941 | CLERK CERTIFICATE OF MAILING of two copies of the Cover Letter, Complaint dated January 10, 2020 (Ryan I Notice of Suit, pursuant to 22 C.F.R 93.2, along with the text of FSIA 28 U.S.C § 1602, et seq, Summons in a Civil A January 13, 2020 (Ryan Doc No. 6), Affidavit of translator (along with translations of the above documents into Fars DEFENDANT Iran's Ministry of Commerce, c/o Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khome |

| | | |
|---|---|---|
| | | Tehran, Iran on 07/06/2021 by Federal Express tracking # 8627 3174 8610, to the Secretary of State, Attn: Director o Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/L), U.S. Department of State, SA−17, 10th F C Street NW, Washington, DC 20522, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 16 (JKR) (Entered: 07/12/2021) |
| .2/2021 | 6942 | CLERK CERTIFICATE OF MAILING of two copies of the Cover Letter, Complaint dated January 10, 2020 (Ryan I Notice of Suit, pursuant to 22 C.F.R 93.2, along with the text of FSIA 28 U.S.C § 1602, et seq, Summons in a Civil A January 13, 2020 (Ryan Doc No. 6), Affidavit of translator (along with translations of the above documents into Fars DEFENDANT Iran's Ministry of Economic Affairs and Finance, c/o Mohammad Javad Zarif, Minister of Foreign Af Khomeini Avenue, Tehran, Iran on 07/06/2021 by Federal Express tracking # 8627 3174 8620, to the Secretary of St Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/L), U.S. Department of SA−17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of Foreign Services Immu 28 U.S.C. § 1608(a)(4). (JKR) (Entered: 07/12/2021) |
| .2/2021 | 6943 | CLERK CERTIFICATE OF MAILING of two copies of the Cover Letter, Complaint dated January 10, 2020 (Ryan I Notice of Suit, pursuant to 22 C.F.R 93.2, along with the text of FSIA 28 U.S.C § 1602, et seq, Summons in a Civil A January 13, 2020 (Ryan Doc No. 6), Affidavit of translator (along with translations of the above documents into Fars DEFENDANT Iran's Ministry of Petroleum, c/o Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomei Tehran, Iran on 07/06/2021 by Federal Express tracking # 8627 3174 8675, to the Secretary of State, Attn: Director o Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/L), U.S. Department of State, SA−17, 10th F C Street NW, Washington, DC 20522, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 16 (JKR) (Entered: 07/12/2021) |
| .2/2021 | 6944 | CLERK CERTIFICATE OF MAILING of two copies of the Cover Letter, Complaint dated January 10, 2020 (Ryan I Notice of Suit, pursuant to 22 C.F.R 93.2, along with the text of FSIA 28 U.S.C § 1602, et seq, Summons in a Civil A January 13, 2020 (Ryan Doc No. 6), Affidavit of translator (along with translations of the above documents into Fars DEFENDANT Islamic Revolutionary Guard Corps, c/o Mohammad Javad Zarif, Minister of Foreign Affairs, Imam I Avenue, Tehran, Iran on 07/06/2021 by Federal Express tracking # 8627 3174 8642, to the Secretary of State, Attn: I Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/L), U.S. Department of State, SA−1 Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of Foreign Services Immunities Act, 28 1608(a)(4). (JKR) (Entered: 07/12/2021) |
| .2/2021 | 6945 | CLERK CERTIFICATE OF MAILING of two copies of the Cover Letter, Complaint dated January 10, 2020 (Ryan I Notice of Suit, pursuant to 22 C.F.R 93.2, along with the text of FSIA 28 U.S.C § 1602, et seq, Summons in a Civil A January 13, 2020 (Ryan Doc No. 6), Affidavit of translator (along with translations of the above documents into Fars DEFENDANT Iran's Ministry of Information and Security c/o H.E Mohammad Javad Zarif, Minister of Foreign Affa Khomeini Avenue, Tehran, Iran on 07/06/2021 by Federal Express tracking # 8627 3174 8631, to the Secretary of St Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/L), U.S. Department of SA−17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of Foreign Services Immu 28 U.S.C. § 1608(a)(4). (JKR) (Entered: 07/12/2021) |
| .2/2021 | 6946 | CLERK CERTIFICATE OF MAILING of two copies of the Cover Letter, Complaint dated January 10, 2020 (Ryan I Notice of Suit, pursuant to 22 C.F.R 93.2, along with the text of FSIA 28 U.S.C § 1602, et seq, Summons in a Civil A January 13, 2020 (Ryan Doc No. 6), Affidavit of translator (along with translations of the above documents into Fars DEFENDANT Central Bank of Iran, a.k.a Bank Markazi, c/o H.E Mohammad Javad Zarif, Minister of Foreign Affai Khomeini Avenue, Tehran, Iran on 07/06/2021 by Federal Express tracking # 8627 3174 8686, to the Secretary of St Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/L), U.S. Department of SA−17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of Foreign Services Immu 28 U.S.C. § 1608(a)(4). (JKR) (Entered: 07/12/2021) |
| .3/2021 | 6947 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated July 13, 2021 re: Sealed Opp Plaintiffs' Objections. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 07/13/2021) |
| .3/2021 | 6948 | ***SELECTED PARTIES*** OPPOSITION BRIEF re: 6891 Objection (non−motion), . Document filed by Kingdo Arabia, Plaintiffs Executive Committees, FBI, Dallah Avco Trans Arabia, Kingdom of Saudi Arabia. (Attachments: # A, # 2 Exhibit B, # 3 Exhibit C)Motion or Order to File Under Seal: 4255 .(Kellogg, Michael) (Entered: 07/13/2021) |
| .4/2021 | 6949 | MOTION to Substitute Party. Old Party: New Party: As set forth on Exhibit A . Document filed by Burnett Plaintiffs Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, Jo (Entered: 07/14/2021) |
| .4/2021 | 6950 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A) Related Document Numbe ..(Eubanks, John) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 07/14/2021) |
| .4/2021 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (492 in 1:15−cv−09903−GBD− 1:03−cv−09849−GBD−SN, 6950 in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN, 1:15−cv−09903−GBD−SN(d** |

| | | |
|---|---|---|
| | | 07/14/2021) |
| .5/2021 | 6951 | MOTION for Default Judgment as to *Plaintiffs' Motion for Entry of Partial Final Default Judgments on Behalf of Bu Plaintiffs Identified at Exhibits A and B (Burnett/Iran XXIV)*. Document filed by Burnett Plaintiffs.Filed In Associate 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 07/15/2021) |
| .5/2021 | 6952 | MEMORANDUM OF LAW in Support re: (493 in 1:15−cv−09903−GBD−SN, 6951 in 1:03−md−01570−GBD−SN) for Default Judgment as to *Plaintiffs' Motion for Entry of Partial Final Default Judgments on Behalf of Burnett/Iran Identified at Exhibits A and B (Burnett/Iran XXIV)*. . Document filed by Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 07/15/2021) |
| .5/2021 | 6953 | DECLARATION of John M. Eubanks in Support re: (493 in 1:15−cv−09903−GBD−SN, 6951 in 1:03−md−01570−C MOTION for Default Judgment as to *Plaintiffs' Motion for Entry of Partial Final Default Judgments on Behalf of Bu Plaintiffs Identified at Exhibits A and B (Burnett/Iran XXIV)*.. Document filed by Burnett Plaintiffs. (Attachments: # 1 # 2 Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eu John) (Entered: 07/15/2021) |
| .5/2021 | 6954 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Exhibit A, # 2 Exhibit B).(Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (En 07/15/2021) |
| .5/2021 | 6955 | ORDER granting (909) Motion to Substitute Party, in case 1:03−cv−09849−GBD−SN; granting (6949) Motion to Su Party, in case 1:03−md−01570−GBD−SN; granting (491) Motion to Substitute Party, in case 1:15−cv−09903−GBD− individual listed on Exhibit A to the Motion shall be substituted into the Burnett cases. (HEREBY ORDERED by Ma Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−G 1:15−cv−09903−GBD−SN. (ras) Modified on 7/15/2021 (ras). (Entered: 07/15/2021) |
| .5/2021 | 6956 | MOTION for Default Judgment as to *Plaintiffs' Notice of Motion for Entry of Partial Final Default Judgments on Be Arias Plaintiffs Identified at Exhibit A (Arias V)*. Document filed by Arias Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00041−GBD−SN.(Eubanks, John) (Entered: 07/15/2021) |
| .5/2021 | 6957 | MEMORANDUM OF LAW in Support re: (68 in 1:19−cv−00041−GBD−SN, 6956 in 1:03−md−01570−GBD−SN) M for Default Judgment as to *Plaintiffs' Notice of Motion for Entry of Partial Final Default Judgments on Behalf of Aria Identified at Exhibit A (Arias V)*. . Document filed by Arias Plaintiffs. Filed In Associated Cases: 1:03−md−01570−G 1:19−cv−00041−GBD−SN.(Eubanks, John) (Entered: 07/15/2021) |
| .5/2021 | 6958 | DECLARATION of John M. Eubanks in Support re: (68 in 1:19−cv−00041−GBD−SN, 6956 in 1:03−md−01570−GI MOTION for Default Judgment as to *Plaintiffs' Notice of Motion for Entry of Partial Final Default Judgments on Be Arias Plaintiffs Identified at Exhibit A (Arias V)*.. Document filed by Arias Plaintiffs. (Attachments: # 1 Exhibit A)Fil Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00041−GBD−SN.(Eubanks, John) (Entered: 07/15/2021) |
| .5/2021 | 6959 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Arias Plaintiffs. (Attachments Exhibit A).(Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 07/15/2 |
| .5/2021 | 6960 | MOTION for Default Judgment as to *Plaintiffs' Notice of Motion for Entry of Partial Final Default Judgments on Be Prior Plaintiffs Identified at Exhibit A (Prior V)*. Document filed by Prior Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00044−GBD−SN.(Eubanks, John) (Entered: 07/15/2021) |
| .5/2021 | 6961 | MEMORANDUM OF LAW in Support re: (6960 in 1:03−md−01570−GBD−SN, 62 in 1:19−cv−00044−GBD−SN) M for Default Judgment as to *Plaintiffs' Notice of Motion for Entry of Partial Final Default Judgments on Behalf of Prio Identified at Exhibit A (Prior V)*. . Document filed by Prior Plaintiffs. Filed In Associated Cases: 1:03−md−01570−G 1:19−cv−00044−GBD−SN.(Eubanks, John) (Entered: 07/15/2021) |
| .5/2021 | 6962 | DECLARATION of John M. Eubanks in Support re: (6960 in 1:03−md−01570−GBD−SN, 62 in 1:19−cv−00044−GI MOTION for Default Judgment as to *Plaintiffs' Notice of Motion for Entry of Partial Final Default Judgments on Be Prior Plaintiffs Identified at Exhibit A (Prior V)*.. Document filed by Prior Plaintiffs. (Attachments: # 1 Exhibit A)Fil Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00044−GBD−SN.(Eubanks, John) (Entered: 07/15/2021) |
| .5/2021 | 6963 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Prior Plaintiffs. (Attachments: A).(Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 07/15/2021) |
| .5/2021 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (6963 in 1:03−md−01570−GBD−SN, 65 in 1:19−cv−00044−GBD−SN) Proposed Default Judgment was reviewed and ap to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00044−GBD−SN(dt)** (Entered: 07/15/2 |
| .5/2021 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (6959 in 1:03−md−01570−GBD−SN, 71 in 1:19−cv−00041−GBD−SN) Proposed Default Judgment was reviewed and ap to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00041−GBD−SN(dt)** (Entered: 07/15/2 |

| | | |
|---|---|---|
| .5/2021 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (6959 in 1:03−md−01570−GBD−SN) Proposed Default Judgment, (496 in 1:15−cv−09903−GBD−SN) Proposed Default was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(dt)** (Entered: 07/15/2021) |
| .5/2021 | 6964 | ***EX−PARTE*** OPPOSITION BRIEF re: 6905 Objection (non−motion), *of PECs to June 17 2021 Order*. Docur by FBI.Motion or Order to File Under Seal: 4255 .(Vargas, Jeannette) (Entered: 07/15/2021) |
| .9/2021 | 6965 | LETTER addressed to Judge George B. Daniels from Plaintiffs' Executive Committees dated 7/19/2021 re: request fo of time. Document filed by Plaintiffs Executive Committees..(Benett, Megan) (Entered: 07/19/2021) |
| .9/2021 | 6966 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated July 19, 2021 re: the Court on the jurisdictional discovery process regarding Al Rajhi Bank. Document filed by Plaintiffs Executive Committees..(Carter, Sean) (Entered: 07/19/2021) |
| 20/2021 | 6967 | MEMO ENDORSEMENT on re: 6965 Letter filed by Plaintiffs Executive Committees. ENDORSEMENT: SO ORD (Signed by Judge George B. Daniels on 7/20/2021) (tro) (Entered: 07/20/2021) |
| 20/2021 | 6968 | ORDER: The Court will treat Jelaidan as a pro se litigant. It directs him to the resources the Southern District of New provides for pro se litigants at https://www.nysd.uscourts.gov/prose. The Court also notes that this does not provide J grounds to avoid or delay his pending deposition. Additionally, the Court directs the Defendants' Executive Committ provide a copy of this order to Jelaidan and to file a letter with the Court confirming that they have done so by July 2 That letter must include both email and mailing addresses that the Court may use to contact Jelaidan. Upon receipt of Jelaidan is directed to file the Notice of Pro Se Appearance appended to this order. If he wishes to consent to electron the Court directs him to the Consent to Electronic Service forms published by the Southern District of New York at https://www.nysd.uscourts.gov/forms/consent−electronic−service−pro−se−cases, which must accompany his Notice Appearance. (Signed by Magistrate Judge Sarah Netburn on 7/20/2021) (ras) (Entered: 07/20/2021) |
| 20/2021 | 6969 | LETTER addressed to Judge George B. Daniels from Plaintiffs' Executive Committees dated 07/20/2021 re: request extension of time. Document filed by Plaintiffs Executive Committees..(Benett, Megan) (Entered: 07/20/2021) |
| 20/2021 | 6970 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Paul Asaro, Philip Asaro..(Goldman, Jer **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** M 7/20/2021 (dt). Modified on 7/20/2021 (dt). (Entered: 07/20/2021) |
| 20/2021 | 6971 | AFFIDAVIT of Jerry S. Goldman in Support re: (6970 in 1:03−md−01570−GBD−SN, 31 in 1:20−cv−10460−GBD− Proposed Clerk's Certificate of Default. Document filed by Paul Asaro, Philip Asaro. (Attachments: # 1 Exhibit A, # # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−10460−GBD−SN.(Go Jerry) (Entered: 07/20/2021) |
| 20/2021 | 6972 | CLERK'S CERTIFICATE OF DEFAULT as to Islamic Republic of Iran, issued July 20, 2021. Filed In Associated C 1:03−md−01570−GBD−SN, 1:20−cv−10460−GBD−SN.(dt) (Entered: 07/20/2021) |
| 20/2021 | 6973 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman dated 7/20/2021 Document filed by P Executive Committees. (Attachments: # 1 Exhibit).(Goldman, Jerry) (Entered: 07/20/2021) |
| 21/2021 | 6974 | MEMO ENDORSEMENT: on re: 6973 Letter filed by Plaintiffs Executive Committees. ENDORSEMENT: SO ORI Replies due by 7/29/2021.) (Signed by Judge George B. Daniels on 7/21/2021) (ama) (Entered: 07/21/2021) |
| 21/2021 | 6975 | ORDER: On July 20, 2021, the Court received a letter from the Plaintiffs' Executive Committees ("PECs"), requestin information about a letter from Zacarias Moussaoui that the Court provided to the PECs on April 15, 2021. ECF No. Specifically, the PECs want to know how the letter was delivered to the Court and when it was received. The letter re the PECs at ECF No. 6973 was sent by U.S. mail and postmarked April 9, 2021. It was addressed to Judge George D Daniel Patrick Moynihan United States Courthouse and received around April 13, 2021. On April 15, 2021, the Cour copy of the letter to representatives of the PECs as well as the Defendants' Executive Committee. (Signed by Magistr Sarah Netburn on 7/21/2021) (ras) (Entered: 07/21/2021) |
| 21/2021 | 6976 | ORDER: The Court has received the joint letter from the Plaintiffs' Executive Committees ("PECs") and Al Rajhi Ba requesting a schedule for a motion to compel. ECF No. 6966. The schedule for that motion will be as follows: July 3( PECs will file a single, consolidated motion to compel and memorandum of law in support, not to exceed 25 pages. A 2021: ARB will file a memorandum of law in opposition, not to exceed 25 pages. August 27, 2021: the PECs will file brief, not to exceed 10 pages. The parties will continue to meet and confer regarding the scope of jurisdictional disco promptly update the Court of developments that moot any part of the motion to compel. (Motions due by 7/30/2021. due by 8/20/2021. Replies due by 8/27/2021.) (Signed by Magistrate Judge Sarah Netburn on 7/21/2021) (ras) (Enter 07/21/2021) |
| 23/2021 | 6977 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated July 23, 2021 re: Joint status concerning redactions. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 07/23/2021) |

| | | |
|---|---|---|
| 23/2021 | 6978 | CLERK CERTIFICATE OF MAILING UNEXECUTED for Notice of Suit, Summons, Complaint ECF notification, Complaint Appendix, Civil Cover Sheet ECF notification, Civil Cover Sheet, Related Case Statement ECF notificatic Related Case Statement (along with attached affidavit of translator and Farsi translations mailed to Islamic Republic Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini Street, Imam Khom Tehran on 06/22/2020 by Registered Mail tracking # RB596281405US, as per (6289 in 1:03−md−01570−GBD−SN) Certificate of Mailing, Confirmation that delivery was executed was not received by the Clerk's Office. Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(JKR) (Entered: 07/23/2021) |
| 23/2021 | 6979 | CLERK CERTIFICATE OF MAILING UNEXECUTED for Notice of Suit, Summons, Complaint ECF notification, Complaint Appendix, Civil Cover Sheet ECF notification, Civil Cover Sheet, Related Case Statement ECF notificatic Related Case Statement (along with attached affidavit of translator and Farsi translations mailed to Islamic Republic Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini Street, Imam Khom Tehran on 06/22/2020 by Registered Mail tracking # RB596281405US, as per (6289 in 1:03−md−01570−GBD−SN) Certificate of Mailing, Confirmation that delivery was executed was not received by the Clerk's Office. Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:18−cv−08297−GBD−SN(JKR) (Entered: 07/23/2021) |
| 23/2021 | 6980 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg date 2021 re: Sealed letter−motion. Document filed by Dallah Avco Trans Arabia, Plaintiffs Executive Committees, FBI, Saudi Arabia.Motion or Order to File Under Seal: 4696 .(Kellogg, Michael) (Entered: 07/23/2021) |
| 23/2021 | 6981 | ***SELECTED PARTIES*** LETTER MOTION for Discovery addressed to Magistrate Judge Sarah Netburn from Kellogg dated July 23, 2021. Document filed by FBI, Plaintiffs Executive Committees, Dallah Avco Trans Arabia, K Saudi Arabia. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Motion or Order to File Unde 4696 .(Kellogg, Michael) (Entered: 07/23/2021) |
| 23/2021 | 6982 | ***SELECTED PARTIES***PROPOSED ORDER. Document filed by FBI, Dallah Avco Trans Arabia, Plaintiffs E Committees, Kingdom of Saudi Arabia. Related Document Number: 6981 . Motion or Order to File Under Seal: 469 Michael) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 07/23/2021) |
| 26/2021 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 6982 Proposed Order was revi approved as to form. (km)** (Entered: 07/26/2021) |
| 26/2021 | 6983 | MEMO ENDORSEMENT: on re: 6977 Letter filed by Kingdom of Saudi Arabia. ENDORSEMENT: The Parties' re GRANTED. The Parties shall file a further joint status letter with the Court by August 23, 2021. SO ORDERED. (Sig Magistrate Judge Sarah Netburn on 7/26/2021) (ate) (Entered: 07/26/2021) |
| 26/2021 | 6984 | NOTICE OF APPEARANCE by Vito A. Cannavo on behalf of Jill Accardi..(Cannavo, Vito) (Entered: 07/26/2021) |
| 26/2021 | 6985 | NOTICE of Notice of Suit. Document filed by Jill Accardi..(Cannavo, Vito) (Entered: 07/26/2021) |
| 26/2021 | 6986 | ***SELECTED PARTIES*** REPLY re: 6905 Objection (non−motion), . Document filed by Dallah Avco Trans Ar Kingdom of Saudi Arabia, Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Motion or O Under Seal: 4255 .(Benett, Megan) (Entered: 07/26/2021) |
| 27/2021 | 6987 | LETTER addressed to Magistrate Judge Sarah Netburn from Alan Kabat dated 07/27/2021 re: Jelaidan court order (E Document filed by Defendants Executive Committee..(Kabat, Alan) (Entered: 07/27/2021) |
| 27/2021 | 6988 | ***SELECTED PARTIES***LETTER RESPONSE to Motion addressed to Magistrate Judge Sarah Netburn from P Executive Committees dated 7/27/2021 re: 6981 LETTER MOTION for Discovery addressed to Magistrate Judge Sa Netburn from Michael K. Kellogg dated July 23, 2021. . Document filed by Plaintiffs Executive Committees, FBI, D Trans Arabia, Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit 1)Motion or Order to File Under Seal: 1900 .(Pou Steven) (Entered: 07/27/2021) |
| 29/2021 | 6989 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg date 2021 re: Sealed reply in support of letter−motion, ECF No. 6981. Document filed by Plaintiffs Executive Committee of Saudi Arabia, FBI, Dallah Avco Trans Arabia.Motion or Order to File Under Seal: 5307 .(Kellogg, Michael) (Ente 07/29/2021) |
| 29/2021 | 6990 | ***SELECTED PARTIES***LETTER REPLY to Response to Motion addressed to Magistrate Judge Sarah Netbur Michael K. Kellogg dated July 29, 2021 re: 6981 LETTER MOTION for Discovery addressed to Magistrate Judge S Netburn from Michael K. Kellogg dated July 23, 2021. . Document filed by Plaintiffs Executive Committees, FBI, K Saudi Arabia. Motion or Order to File Under Seal: 5307 .(Kellogg, Michael) (Entered: 07/29/2021) |
| 29/2021 | 6991 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter on behalf O'Connor dated July 29, 2021 re: Letter to Judge Netburn with accompanying Declarations. Document filed by Plain Executive Committees.Motion or Order to File Under Seal: 4255 .(Carter, Sean) (Entered: 07/29/2021) |
| 29/2021 | 6992 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele on bel Motley Rice dated July 29, 2021 re: Letter to Judge Netburn with accompanying Declarations. Document filed by Pla |

| | | |
|---|---|---|
| | | Executive Committees, Kingdom of Saudi Arabia.Motion or Order to File Under Seal: 4255 .(Haefele, Robert) (Ente 07/29/2021) |
| 29/2021 | 6993 | ***SELECTED PARTIES*** REPLY re: 6891 Objection (non−motion), . Document filed by Plaintiffs Executive C Kingdom of Saudi Arabia, Dallah Avco Trans Arabia. Motion or Order to File Under Seal: 1900 .(Benett, Megan) (E 07/29/2021) |
| 30/2021 | 6994 | NOTICE of of Suit. Document filed by Evelyn Betso..(Cannavo, Vito) (Entered: 07/30/2021) |
| 30/2021 | 6995 | NOTICE of of suit. Document filed by Raymond Alexander..(Cannavo, Vito) (Entered: 07/30/2021) |
| 30/2021 | 6996 | MOTION to Compel Al Rajhi Bank to *Produce Documents*. Document filed by Plaintiffs Executive Committees. (At # 1 Memorandum of Law, # 2 Declaration, # 3 Exhibit A_May 11, 2021 Letter, # 4 Exhibit B_Chart, # 5 Exhibit C_F Production, # 6 Exhibit D_Cert. of Authenticity, # 7 Exhibit E_Telephone numbers list, # 8 Exhibit F_January 29, 20 Tenet).(Carter, Sean) (Entered: 07/30/2021) |
| 02/2021 | 6997 | ORDER: On receipt of these orders, Jelaidan is directed to either have a new attorney notice an appearance on his bel indicate that he will proceed pro se and file the forms required by the order at ECF No. 6968. Jelaidan is scheduled to on August 26, 2021. ECF No. 6833. The Court has warned Jelaidan that, should he fail to participate in that proceedi Court will consider that grounds for sanctions, potentially including a default judgment against him. ECF No. 6801. J now further warned that, should sanctions against him be considered in this proceeding, his failure to abide by the Co to notice an appearance either himself or through an attorney will be considered in determining the appropriate sancti Clerk of Court is respectfully directed to transmit a copy of this order and the orders at ECF No. 6867 and ECF No. 6 mail to the following address: The Law Firm of Bassim A. Alim and Associates King Abdullah Road, Alsharafiyah D Abeer Building, 4th Floor, Office No. 17 P. O. Box: 10361, Jeddah 21433 Saudi Arabia The Court will email copies same orders to Jelaidan, Alim, and Hussain. (Signed by Magistrate Judge Sarah Netburn on 8/2/2021) (ras) (Entered: 08/02/2021) |
| 02/2021 | 6998 | STATUS REPORT. *Response to Court Order (6909)* Document filed by Defendants Executive Committee..(Kabat, A (Entered: 08/02/2021) |
| 02/2021 | 6999 | ***SELECTED PARTIES***LETTER RESPONSE to Motion addressed to Magistrate Judge Sarah Netburn from A S. Normand dated August 2, 2021 re: 6981 LETTER MOTION for Discovery addressed to Magistrate Judge Sarah N from Michael K. Kellogg dated July 23, 2021. . Document filed by Dallah Avco Trans Arabia, Kingdom Of Saudi Ar Plaintiffs Executive Committees, Plaintiffs PI Executive Committee, FBI. Motion or Order to File Under Seal: 4255 . Sarah) (Entered: 08/02/2021) |
| 03/2021 | 7000 | AFFIDAVIT OF SERVICE of Subpoena served on U.S. Bureau of Prisons, ADMAX on 7/30/2021. Document filed O'Neill, C. I. O'Neill..(Goldman, Jerry) (Entered: 08/03/2021) |
| 05/2021 | 7001 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from J. Scott Tarbutton, Esqui August 5, 2021 re: Plaintiffs' Motion to Compel Al Rajhi Bank at ECF 6996. Document filed by Plaintiffs Executive Committees.Motion or Order to File Under Seal: 1900 .(Carter, Sean) (Entered: 08/05/2021) |
| 05/2021 | 7002 | ORDER: The Plaintiffs' Executive Committees' request at ECF No. 7001 to seal the exhibit at ECF No. 6996−7 is GI The Clerk of Court is respectfully directed to seal the document at ECF No. 6996−7 pursuant to the Courts protective ECF No. 1900. So Ordered. (Signed by Magistrate Judge Sarah Netburn on 8/5/2021) (js) (Entered: 08/05/2021) |
| 06/2021 | 7003 | LETTER addressed to Judge George B. Daniels from John M. Eubanks dated August 6, 2021 re: Burnett/Iran XXIII the entry of partial final default judgments filed on March 2, 2021 (ECF 6632). Document filed by Burnett Plaintiffs. Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 08/06/2021) |
| 09/2021 | 7004 | LETTER addressed to Judge George B. Daniels from AUSAs Sarah S. Normand and Jeannette A. Vargas dated Augu re: Closure of Subfile Investigation. Document filed by FBI..(Normand, Sarah) (Entered: 08/09/2021) |
| 09/2021 | 7005 | MOTION for Default Judgment as to *Motion for Entry of Partial Default Judgments on Behalf of Burnett/Iran Perso Plaintiffs (Burnett/Iran Personal Injury 5)*. Document filed by Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 08/09/2021) |
| 09/2021 | 7006 | MEMORANDUM OF LAW in Support re: (7005 in 1:03−md−01570−GBD−SN, 499 in 1:15−cv−09903−GBD−SN) for Default Judgment as to *Motion for Entry of Partial Default Judgments on Behalf of Burnett/Iran Personal−Injury (Burnett/Iran Personal Injury 5)*. . Document filed by Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570− 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 08/09/2021) |
| 09/2021 | 7007 | DECLARATION of John M. Eubanks in Support re: (499 in 1:15−cv−09903−GBD−SN, 7005 in 1:03−md−01570−C MOTION for Default Judgment as to *Motion for Entry of Partial Default Judgments on Behalf of Burnett/Iran Perso Plaintiffs (Burnett/Iran Personal Injury 5)*.. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A, # 2 E 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # |

| | | |
|---|---|---|
| | | S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z, # 2 AA, # 28 Exhibit BB, # 29 Exhibit CC, # 30 Exhibit DD, # 31 Exhibit EE, # 32 Exhibit FF, # 33 Exhibit GG, # 34 Ex 35 Exhibit II, # 36 Exhibit JJ, # 37 Exhibit KK, # 38 Exhibit LL, # 39 Exhibit MM, # 40 Exhibit NN, # 41 Exhibit OO Exhibit PP, # 43 Exhibit QQ, # 44 Exhibit RR, # 45 Exhibit SS, # 46 Exhibit TT, # 47 Exhibit UU, # 48 Exhibit VV, Exhibit WW, # 50 Exhibit XX, # 51 Exhibit YY, # 52 Exhibit ZZ)Filed In Associated Cases: 1:03−md−01570−GBD 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 08/09/2021) |
| )9/2021 | 7008 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs..(Eubanks, J **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 08/09/2021) |
| )9/2021 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (502 in 1:15−cv−09903−GBD−SN, 7008 in 1:03−md−01570−GBD−SN) Proposed Default Judgment was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(dt)** (Entered: 08/0 |
| .1/2021 | 7009 | SEALED DOCUMENT placed in vault..(dn) (Entered: 08/11/2021) |
| .2/2021 | 7010 | ORDER: On August 2, 2021, the Court entered an order stating that it would transmit copies of its orders at ECF No. 6968, and 6997 to Wael Jelaidan, his Saudi Arabian attorney Bassim Alim, and Alim's assistant Aftab Hussein. ECF did so on August 3. In response, Alim reported that he no longer represented Jelaidan. The Court requested further co information for Jelaidan but received no response to that email. Additionally, Jelaidan has not communicated with the himself. Finally, on August 9, 2020, the Court had the relevant orders mailed to Alim, fulfilling the requirements of t ECF No. 6997. (Signed by Magistrate Judge Sarah Netburn on 8/12/2021) (ras) (Entered: 08/12/2021) |
| .2/2021 | 7011 | ORDER granting 6981 Letter Motion for Discovery. Considering the status of this issue, the Court directs the law fir Kreindler & Kreindler to follow the lead of Cozen O'Conner and Motely Rice and to file declarations, under penalty as to whether anyone with the firm or anyone acting on its direction shared the Al Jarrah deposition transcript with an unauthorized by the Protective Order and the FBI Protective Order. At a minimum, the Court expects declarations to James P. Kreindler, Steven R. Pounian, Andrew J. Maloney, and Megan Benett. These declarations shall be filed on 2021. Saudi Arabia's motion is GRANTED. The Clerk of Court is respectfully directed to terminate the order at ECF Separately, the parties are directed to file their applications on the public record with whatever limited redactions, if a required by the Protective Order and FBI Protective Order. (Signed by Magistrate Judge Sarah Netburn on 8/12/2021 (Entered: 08/12/2021) |
| .2/2021 | 7012 | ORDER: This order addresses concerns raised by the parties regarding the Court's proposal to terminate several appa duplicative or improper entries in the MDL caption...First, the lists at ECF No. 6909 at 3−6 were developed from a re "Party" query function on CM/ECF that appears when the MDL case number (03−md−1570) is searched. Initiating th query from that menu creates a list of party names that form the "MDL caption." The Court drew on this list of names the lists at ECF No. 6909 at 3−6, and not from the list of any individual action...Those lists are appended to this order Court, however, does not propose to terminate entries in these actionsonly in the main MDL caption....if parties belie this additional information, that the MDL caption entries identified by the Court are not duplicative, they may write a The Court therefore directs the parties to enter any further objections they have to the execution of the management p proposed by the Court at ECF No. 6909 by September 17, 2021. The Court believes this proposal will improve the ef and security of docketing in this complicated matter and appreciates the parties' collaboration in the efficient manage MDL. (Signed by Magistrate Judge Sarah Netburn on 8/12/2021) (ras) (Entered: 08/12/2021) |
| .3/2021 | 7013 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman, Esq. dated August 13, 2021 re: Letter Netburn with accompanying Declarations. Document filed by C. O'Neill. (Attachments: # 1 Declaration, # 2 Declarat Declaration, # 4 Declaration, # 5 Declaration).(Goldman, Jerry) (Entered: 08/13/2021) |
| .3/2021 | 7014 | ORDER: On March 11, 2021, the Court set the end of expert discovery for specific defendants as July 23, 2021. ECF That deadline was then extended to August 6, 2021, to accommodate the deposition of Evan Kohlmann. ECF No. 68 expert discovery period for these defendants has thus closed. The Court therefore directs the parties to meet−and−con submit a joint status letter proposing the next steps for this action and a schedule for those steps. That letter shall be s August 27, 2021. If the parties believe a settlement conference would be productive, this letter may include that prop (Signed by Magistrate Judge Sarah Netburn on 8/13/2021) (ras) (Entered: 08/13/2021) |
| .6/2021 | 7015 | MOTION for Matthew R. Huppert to Withdraw as Attorney . Document filed by Kingdom of Saudi Arabia. (Attachn Declaration, # 2 Text of Proposed Order).(Huppert, Matthew) (Entered: 08/16/2021) |
| .6/2021 | 7016 | LETTER addressed to Magistrate Judge Sarah Netburn from Megan Wolfe Benett on behalf of Kreindler & Kreindle 8/16/2021 re: Response to this Court's 8/12/2021 Order, ECF No. 7011. Document filed by Plaintiffs Executive Committees..(Benett, Megan) (Entered: 08/16/2021) |
| .7/2021 | 7017 | MOTION for Default Judgment as to *the Cloud Plaintiffs*. Document filed by Geoffrey Cloud, Jr.. (Attachments: # 1 # 2 Exhibit B, # 3 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00416−GBD−SN.(Salzman, Barry) (Entered: 08/17/2021) |

| | | |
|---|---|---|
| .7/2021 | 7018 | MEMORANDUM OF LAW in Support re: (27 in 1:20−cv−00416−GBD−SN, 7017 in 1:03−md−01570−GBD−SN) M for Default Judgment as to *the Cloud Plaintiffs*. . Document filed by Geoffrey Cloud, Jr.. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00416−GBD−SN.(Salzman, Barry) (Entered: 08/17/2021) |
| .7/2021 | 7019 | DECLARATION of Barry Salzman in Support re: (27 in 1:20−cv−00416−GBD−SN, 7017 in 1:03−md−01570−GBD MOTION for Default Judgment as to *the Cloud Plaintiffs*.. Document filed by Geoffrey Cloud, Jr.. (Attachments: # 1 # 2 Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00416−GBD−SN.(Sal Barry) (Entered: 08/17/2021) |
| .7/2021 | 7020 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Geoffrey Cloud, Jr.. (Attachm Exhibit A, # 2 Exhibit B).(Salzman, Barry) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (E 08/17/2021) |
| .7/2021 | 7021 | ORDER granting 7015 Motion to Withdraw as Attorney. (Attorney Matthew R. Huppert terminated.) (HEREBY OR Magistrate Judge Sarah Netburn) (Text Only Order) (ras) (Entered: 08/17/2021) |
| .7/2021 | 7022 | MOTION for Default Judgment as to *the Ahearn Plaintiffs*. Document filed by Gerard Ahearn. (Attachments: # 1 Exh Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00355−GBD−SN.(Salzma (Entered: 08/17/2021) |
| .7/2021 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (30 in 1:20−cv−00416−GBD−SN, 7020 in 1:03−md−01570−GBD−SN) Proposed Default Judgment, was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00416−GBD−SN(dt)** (Entered: 08/1 |
| .7/2021 | 7023 | MEMORANDUM OF LAW in Support re: (27 in 1:20−cv−00355−GBD−SN, 7022 in 1:03−md−01570−GBD−SN) M for Default Judgment as to *the Ahearn Plaintiffs*. . Document filed by Gerard Ahearn. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00355−GBD−SN.(Salzman, Barry) (Entered: 08/17/2021) |
| .7/2021 | 7024 | DECLARATION of Barry Salzman in Support re: (27 in 1:20−cv−00355−GBD−SN, 7022 in 1:03−md−01570−GBD MOTION for Default Judgment as to *the Ahearn Plaintiffs*.. Document filed by Gerard Ahearn. (Attachments: # 1 Ex Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00355−GBD−SN.(Salzman, Barry) (Entered: 08/17/2021) |
| .7/2021 | 7025 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Gerard Ahearn. (Attachments: A, # 2 Exhibit B).(Salzman, Barry) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: ( |
| .7/2021 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (7025 in 1:03−md−01570−GBD−SN, 30 in 1:20−cv−00355−GBD−SN) Proposed Default Judgment, was reviewed and ap to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00355−GBD−SN(dt)** (Entered: 08/17/2 |
| .7/2021 | 7026 | MOTION for Default Judgment as to *Motion for Partial Final Default Judgment on Behalf of Personal Injury Plainti Katherine Dillaber*. Document filed by Katherine Dillaber.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−03162−GBD−SN.(Perry, Amanda) (Entered: 08/17/2021) |
| .7/2021 | 7027 | MEMORANDUM OF LAW in Support re: (88 in 1:18−cv−03162−GBD−SN) MOTION for Default Judgment as to *Partial Final Default Judgment on Behalf of Personal Injury Plaintiff Katherine Dillaber*. . Document filed by Kathe Dillaber. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−03162−GBD−SN.(Perry, Amanda) (Enter 08/17/2021) |
| .7/2021 | 7028 | DECLARATION of Amanda Fox Perry in Support re: (88 in 1:18−cv−03162−GBD−SN) MOTION for Default Judg *Motion for Partial Final Default Judgment on Behalf of Personal Injury Plaintiff Katherine Dillaber*.. Document file Katherine Dillaber. (Attachments: # 1 Exhibit A with exhibits)Filed In Associated Cases: 1:03−md−01570−GBD−SN 1:18−cv−03162−GBD−SN.(Perry, Amanda) (Entered: 08/17/2021) |
| .7/2021 | 7029 | MOTION for Default Judgment as to *the Alcabes Plaintiffs*. Document filed by Joanne Alcabes. (Attachments: # 1 Ex 2 Exhibit B, # 3 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00340−GBD−SN.(Salzman, Barry) (Entered: 08/17/2021) |
| .7/2021 | 7030 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Katherine Dillaber..(Perry, An **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 08/17/2021) |
| .7/2021 | 7031 | MEMORANDUM OF LAW in Support re: (29 in 1:20−cv−00340−GBD−SN, 7029 in 1:03−md−01570−GBD−SN) M for Default Judgment as to *the Alcabes Plaintiffs*. . Document filed by Joanne Alcabes. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00340−GBD−SN.(Salzman, Barry) (Entered: 08/17/2021) |
| .7/2021 | 7032 | DECLARATION of Barry Salzman in Support re: (29 in 1:20−cv−00340−GBD−SN, 7029 in 1:03−md−01570−GBD MOTION for Default Judgment as to *the Alcabes Plaintiffs*.. Document filed by Joanne Alcabes. (Attachments: # 1 E 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00340−GBD−SN.(Salzman, Barry) (Entered: 08/17/2021) |

| | | |
|---|---|---|
| .7/2021 | 7033 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Joanne Alcabes. (Attachments Exhibit A, # 2 Exhibit B).(Salzman, Barry) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (E 08/17/2021) |
| .7/2021 | 7034 | MOTION for Default Judgment as to *the Amin Plaintiffs*. Document filed by Michelle Amin. (Attachments: # 1 Exhi Exhibit B, # 3 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00412−GBD−SN.(Salzman, Barry) (Entered: 08/17/2021) |
| .7/2021 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (7030 in 1:03−md−01570−GBD−SN, 91 in 1:18−cv−03162−GBD−SN) Proposed Default Judgment was reviewed and ap to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−03162−GBD−SN(dt)** (Entered: 08/17/2 |
| .7/2021 | 7035 | MEMORANDUM OF LAW in Support re: (7034 in 1:03−md−01570−GBD−SN, 29 in 1:20−cv−00412−GBD−SN) M for Default Judgment as to *the Amin Plaintiffs*. . Document filed by Michelle Amin. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00412−GBD−SN.(Salzman, Barry) (Entered: 08/17/2021) |
| .7/2021 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (7033 in 1:03−md−01570−GBD−SN, 32 in 1:20−cv−00340−GBD−SN) Proposed Default Judgment, was reviewed and ap to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00340−GBD−SN(dt)** (Entered: 08/17/2 |
| .7/2021 | 7036 | DECLARATION of Barry Salzman in Support re: (7034 in 1:03−md−01570−GBD−SN, 29 in 1:20−cv−00412−GBD MOTION for Default Judgment as to *the Amin Plaintiffs*.. Document filed by Michelle Amin. (Attachments: # 1 Exh Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00412−GBD−SN.(Salzman, Barry) (Entered: 08/17/2021) |
| .7/2021 | 7037 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Michelle Amin. (Attachments Exhibit A, # 2 Exhibit B).(Salzman, Barry) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (E 08/17/2021) |
| .7/2021 | 7038 | MOTION for Default Judgment as to *the Anderson Plaintiffs*. Document filed by Suzzanne Anderson. (Attachments: A, # 2 Exhibit B, # 3 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00354−GBD−SN.(Salzman, Barry) (Entered: 08/17/2021) |
| .7/2021 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (7037 in 1:03−md−01570−GBD−SN, 32 in 1:20−cv−00412−GBD−SN) Proposed Default Judgment, was reviewed and ap to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00412−GBD−SN(dt)** (Entered: 08/17/2 |
| .7/2021 | 7039 | MEMORANDUM OF LAW in Support re: (24 in 1:20−cv−00354−GBD−SN, 7038 in 1:03−md−01570−GBD−SN) M for Default Judgment as to *the Anderson Plaintiffs*. . Document filed by Suzzanne Anderson. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:20−cv−00354−GBD−SN.(Salzman, Barry) (Entered: 08/17/2021) |
| .7/2021 | 7040 | DECLARATION of Barry Salzman in Support re: (24 in 1:20−cv−00354−GBD−SN, 7038 in 1:03−md−01570−GBD MOTION for Default Judgment as to *the Anderson Plaintiffs*.. Document filed by Suzzanne Anderson. (Attachments: A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00354−GBD−SN.(Salzman, Barry) (Entered: 08/17/2021) |
| .7/2021 | 7041 | MOTION for Alexandra Pluscarr to Withdraw as Attorney . Document filed by C. O'Neill, Gordon Aamoth, Lloyd A Abel, Lloyd Abel, Sr, Audrey Ades, Roberta Agyeman, Ber Barry Aron, Paul Asaro, Peter Asaro, August Bernaerts, Bianco, Deborah Bodner, Margarite Bonomo, Rodney Bush, William Cintron−Lugos, David DeConto, Jessica Derub Richard Deuel, Estate of John P.O'Neill, Sr., Estate of John Patrick O'Neill Sr., Allison Garger, David Gordenstein, J Hargrave, Arthur Harris, Arthur Harris, Marinella Hemenway, Alexander Jimenez, Bakahityar Kamardinova, Chang Kincaid−Noel, Stephanie Lang, BNY Mellon, Queen Mercer, Maureen Moody−Theinert, Horace Morris, Michael M Michael Murray, C. I. O'Neill, Ana Ortiz, Berta Perez, Hopeton Richards, Cheryl Rivelli, Deborah Rooney, Matthew Rowenhorst, Laurence Schlissel, Barbara Spence, Edward Stackpole, Jack Zelmanowitz. (Attachments: # 1 Text of P Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 08/17/2021) |
| .7/2021 | 7042 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Suzzanne Anderson. (Attachm Exhibit A, # 2 Exhibit B).(Salzman, Barry) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (E 08/17/2021) |
| .7/2021 | 7043 | MOTION for Default Judgment as to *the Asciutto Plaintiffs*. Document filed by Georgia Asciutto. (Attachments: # 1 # 2 Exhibit B, # 3 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00411−GBD−SN.(Salzman, Barry) (Entered: 08/17/2021) |
| .7/2021 | 7044 | MEMORANDUM OF LAW in Support re: (28 in 1:20−cv−00411−GBD−SN, 7043 in 1:03−md−01570−GBD−SN) M for Default Judgment as to *the Asciutto Plaintiffs*. . Document filed by Georgia Asciutto. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00411−GBD−SN.(Salzman, Barry) (Entered: 08/17/2021) |

| | | |
|---|---|---|
| .7/2021 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (27 in 1:20−cv−00354−GBD−SN, 7042 in 1:03−md−01570−GBD−SN) Proposed Default Judgment, was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00354−GBD−SN(dt)** (Entered: 08/1 |
| .7/2021 | 7045 | DECLARATION of Barry Salzman in Support re: (28 in 1:20−cv−00411−GBD−SN, 7043 in 1:03−md−01570−GBD MOTION for Default Judgment as to *the Asciutto Plaintiffs*.. Document filed by Georgia Asciutto. (Attachments: # 1 # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00411−GBD−SN.(Salzman, Barry) (Entered: 08/17/2021) |
| .7/2021 | 7046 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Georgia Asciutto. (Attachmen Exhibit A, # 2 Exhibit B).(Salzman, Barry) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (E 08/17/2021) |
| .7/2021 | 7047 | DECLARATION of Jerry S. Goldman in Support re: (118 in 1:18−cv−07306−GBD−SN, 533 in 1:04−cv−01922−GB in 1:18−cv−12387−GBD−SN, 23 in 1:20−cv−10902−GBD−SN, 47 in 1:18−cv−11971−GBD−SN, 48 in 1:18−cv−11969−GBD−SN, 46 in 1:18−cv−12381−GBD−SN, 134 in 1:18−cv−05331−GBD−SN, 43 in 1:19−cv−11776−GBD−SN, 50 in 1:18−cv−12270−GBD−SN, 767 in 1:04−cv−01923−GBD−SN, 113 in 1:18−cv−11870−GBD−SN, 51 in 1:18−cv−11964−GBD−SN, 50 in 1:18−cv−11926−GBD−SN, 39 in 1:19−cv−11865−GBD−SN, 48 in 1:18−cv−11967−GBD−SN, 154 in 1:18−cv−05339−GBD−SN, 99 in 1:18−cv−11875−GBD−SN, 48 in 1:18−cv−11904−GBD−SN, 7041 in 1:03−md−01570−GBD−SN, 49 in 1:18−cv−11946−GBD−SN, 51 in 1:18−cv−11941−GBD−SN, 32 in 1:20−cv−09376−GBD−SN, 88 in 1:18−cv−12114−GBD−SN, 48 in 1:18−cv−11965−GBD−SN, 111 in 1:18−cv−11837−GBD−SN, 583 in 1:04−cv−01076−GBD−SN, 48 in 1:18−cv−11966−GBD−SN, 169 in 1:18−cv−05306−GBD−SN, 89 in 1:18−cv−11876−GBD−SN, 101 in 1:18−cv−12276−GBD−SN, 106 in 1:18−cv−12277−GBD−SN, 154 in 1:18−cv−05320−GBD−SN, 52 in 1:18−cv−11885−GBD−SN, 48 in 1:18−cv−12275−GBD−SN, 43 in 1:19−cv−11767−GBD−SN, 48 in 1:18−cv−12274−GBD−SN, 48 in 1:18−cv−11970−GBD−SN, 157 in 1:18−cv−05321−GBD−SN, 48 in 1:18−cv−12272−GBD−SN, 110 in 1:18−cv−11878−GBD−SN, 49 in 1:18−cv−11880−GBD−SN, 48 in 1:18−cv−12273−GBD−SN, 32 in 1:20−cv−09387−GBD−SN, 52 in 1:18−cv−11888−GBD−SN, 50 in 1:18−cv−11950−GBD−SN, 34 in 1:20−cv−10460−GBD−SN) MOTION for Alexa Pluscarr to Withdraw as Attorney .. Document filed by C. O'Neill, Gordon Aamoth, Lloyd Abel, Lloyd Abel, Lloyd Audrey Ades, Roberta Agyeman, Ber Barry Aron, Paul Asaro, Peter Asaro, August Bernaerts, Michael Bianco, Debo Margarite Bonomo, Rodney Bush, William Cintron−Lugos, David DeConto, Jessica Derubbio, Richard Deuel, Estate P.O'Neill, Sr., Estate of John Patrick O'Neill Sr., Allison Garger, David Gordenstein, Jeanmarie Hargrave, Arthur Ha Harris, Marinella Hemenway, Alexander Jimenez, Bakahityar Kamardinova, Chang Kim, Karyl Kincaid−Noel, Steph BNY Mellon, Queen Mercer, Maureen Moody−Theinert, Horace Morris, Michael Murray, Michael Murray, C. I. O'N O'Neill, Ana Ortiz, Berta Perez, Hopeton Richards, Cheryl Rivelli, Deborah Rooney, Matthew Rowenhorst, Laurence Barbara Spence, Edward Stackpole, Jack Zelmanowitz. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.. Jerry) (Entered: 08/17/2021) |
| .7/2021 | 7048 | MOTION for Default Judgment as to *the Basci Plaintiffs*. Document filed by Johnn Basci. (Attachments: # 1 Exhibit Exhibit B, # 3 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00415−GBD−SN.(Salzman, Barry) (Entered: 08/17/2021) |
| .7/2021 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (31 in 1:20−cv−00411−GBD−SN, 7046 in 1:03−md−01570−GBD−SN) Proposed Default Judgment, was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00411−GBD−SN(dt)** (Entered: 08/1 |
| .7/2021 | 7049 | MEMORANDUM OF LAW in Support re: (30 in 1:20−cv−00415−GBD−SN, 7048 in 1:03−md−01570−GBD−SN) M for Default Judgment as to *the Basci Plaintiffs*. . Document filed by Johnn Basci. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00415−GBD−SN.(Salzman, Barry) (Entered: 08/17/2021) |
| .7/2021 | 7050 | DECLARATION of Barry Salzman in Support re: (30 in 1:20−cv−00415−GBD−SN, 7048 in 1:03−md−01570−GBD MOTION for Default Judgment as to *the Basci Plaintiffs*.. Document filed by Johnn Basci. (Attachments: # 1 Exhibit Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00415−GBD−SN.(Salzman, Barry) (Entered: 08/17/2021) |
| .7/2021 | 7051 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Johnn Basci. (Attachments: # A, # 2 Exhibit B).(Salzman, Barry) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: |
| .7/2021 | 7052 | MOTION for Default Judgment as to *the Mandelkow Plaintiffs*. Document filed by Elaine Mandelkow. (Attachments Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00315−GBD−SN.(Salzman, Barry) (Entered: 08/17/2021) |
| .7/2021 | 7053 | PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY. Document filed by C. O'Neill, Gordon Aamoth, Lloy Lloyd Abel, Lloyd Abel, Sr, Audrey Ades, Roberta Agyeman, Ber Barry Aron, Paul Asaro, Peter Asaro, August Bern Michael Bianco, Deborah Bodner, Margarite Bonomo, Rodney Bush, William Cintron−Lugos, David DeConto, Jessi Derubbio, Richard Deuel, Estate of John P.O'Neill, Sr., Allison Garger, David Gordenstein, Jeanmarie Hargrave, Artl Arthur Harris, Marinella Hemenway, Alexander Jimenez, Bakahityar Kamardinova, Chang Kim, Karyl Kincaid−Noe |

| | | |
|---|---|---|
| | | Lang, BNY Mellon, Queen Mercer, Maureen Moody−Theinert, Horace Morris, Michael Murray, Michael Murray, C. John O'Neill, Ana Ortiz, Berta Perez, Hopeton Richards, Cheryl Rivelli, Deborah Rooney, Matthew Rowenhorst, Lau Schlissel, Barbara Spence, Michael Stackpole, Jack Zelmanowitz. Related Document Number: 7041 ..(Goldman, Jerr (Entered: 08/17/2021) |
| .7/2021 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (33 in 1:20−cv−00415−GBD−SN, 7051 in 1:03−md−01570−GBD−SN) Proposed Default Judgment, was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00415−GBD−SN(dt)** (Entered: 08/1 |
| .7/2021 | 7054 | MEMORANDUM OF LAW in Support re: (31 in 1:20−cv−00315−GBD−SN, 7052 in 1:03−md−01570−GBD−SN) M for Default Judgment as to *the Mandelkow Plaintiffs*. . Document filed by Elaine Mandelkow. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:20−cv−00315−GBD−SN.(Salzman, Barry) (Entered: 08/17/2021) |
| .7/2021 | 7055 | DECLARATION of Barry Salzman in Support re: (31 in 1:20−cv−00315−GBD−SN, 7052 in 1:03−md−01570−GBD MOTION for Default Judgment as to *the Mandelkow Plaintiffs*.. Document filed by Elaine Mandelkow. (Attachment Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00315−GBD−SN.(Salzman, Barry) (Entered: 08/17/2021) |
| .7/2021 | 7056 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Elaine Mandelkow. (Attachme Exhibit A, # 2 Exhibit B).(Salzman, Barry) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (E 08/17/2021) |
| .7/2021 | 7057 | NOTICE OF APPEARANCE by Alexander Greene on behalf of C. O'Neill, Gordon Aamoth, Lloyd Abel, Lloyd Abe Abel, Sr, Audrey Ades, Roberta Agyeman, Ber Barry Aron, Paul Asaro, Peter Asaro, August Bernaerts, Michael Bian Deborah Bodner, Margarite Bonomo, Rodney Bush, William Cintron−Lugos, David DeConto, Jessica Derubbio, Ric Estate of John P.O'Neill, Sr., Estate of John Patrick O'Neill Sr., Allison Garger, David Gordenstein, Jeanmarie Hargra Harris, Arthur Harris, Marinella Hemenway, Alexander Jimenez, Bakahityar Kamardinova, Chang Kim, Karyl Kinca Stephanie Lang, BNY Mellon, Queen Mercer, Maureen Moody−Theinert, Horace Morris, Michael Murray, Michael I. O'Neill, John O'Neill, Ana Ortiz, Berta Perez, Hopeton Richards, Cheryl Rivelli, Deborah Rooney, Matthew Rower Laurence Schlissel, Barbara Spence, Edward Stackpole, Jack Zelmanowitz. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Greene, Alexander) (Entered: 08/17/2021) |
| .8/2021 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (7056 in 1:03−md−01570−GBD−SN, 34 in 1:20−cv−00315−GBD−SN) Proposed Default Judgment, was reviewed and ap to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00315−GBD−SN(dt)** (Entered: 08/18/2 |
| .8/2021 | 7058 | JOINT LETTER MOTION for Extension of Time to File *Expert discovery scheduling proposal* addressed to Magistr Sarah Netburn from Michael K. Kellogg dated August 18, 2021. Document filed by Kingdom of Saudi Arabia..(Kello Michael) (Entered: 08/18/2021) |
| .8/2021 | 7059 | LETTER MOTION for Extension of Time *to File response to Plaintiffs' Motion to Compel Production of Documents 6996)* addressed to Magistrate Judge Sarah Netburn from Nicole Erb dated August 18, 2021. Document filed by Al R Bank..(Erb, Nicole) (Entered: 08/18/2021) |
| 20/2021 | 7060 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Suit, Sudan Short Form Complaint deemed fil December 18, 2020, Summons, Civil Cover Sheet, Foreign Sovereign Immunities Act mailed to The Republic of Sud Minister of Foreign Affairs, Ministry of Foreign Affairs, Gamma Street, Khartoum, Sudan on 08/20/2021 by Federal tracking # 7745 7985 8922, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review ar Inter−Agency Liaison (CA/OCS/L), U.S. Department of State, SA−17, 10th Floor, 2201 C Street NW, Washington, I pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(JKR) (Entered: 08/20/2021) |
| 20/2021 | 7061 | ORDER granting (7041) Motion to Withdraw as Attorney in case 1:03−md−01570−GBD−SN; granting (583) Motion Withdraw as Attorney in case 1:04−cv−01076−GBD−SN; granting (533) Motion to Withdraw as Attorney in case 1:04−cv−01922−GBD−SN; granting (767) Motion to Withdraw as Attorney in case 1:04−cv−01923−GBD−SN; gran Motion to Withdraw as Attorney in case 1:18−cv−05306−GBD−SN; granting (154) Motion to Withdraw as Attorney 1:18−cv−05320−GBD−SN; granting (157) Motion to Withdraw as Attorney in case 1:18−cv−05321−GBD−SN; gran Motion to Withdraw as Attorney in case 1:18−cv−05331−GBD−SN; granting (154) Motion to Withdraw as Attorney 1:18−cv−05339−GBD−SN; granting (118) Motion to Withdraw as Attorney in case 1:18−cv−07306−GBD−SN; gran Motion to Withdraw as Attorney in case 1:18−cv−11837−GBD−SN; granting (113) Motion to Withdraw as Attorney 1:18−cv−11870−GBD−SN; granting (99) Motion to Withdraw as Attorney in case 1:18−cv−11875−GBD−SN; granti Motion to Withdraw as Attorney in case 1:18−cv−11876−GBD−SN; granting (110) Motion to Withdraw as Attorney 1:18−cv−11878−GBD−SN; granting (49) Motion to Withdraw as Attorney in case 1:18−cv−11880−GBD−SN; granti Motion to Withdraw as Attorney in case 1:18−cv−11885−GBD−SN; granting (52) Motion to Withdraw as Attorney i 1:18−cv−11888−GBD−SN; granting (48) Motion to Withdraw as Attorney in case 1:18−cv−11904−GBD−SN; granti Motion to Withdraw as Attorney in case 1:18−cv−11926−GBD−SN; granting (51) Motion to Withdraw as Attorney i 1:18−cv−11941−GBD−SN; granting (49) Motion to Withdraw as Attorney in case 1:18−cv−11946−GBD−SN; granti |

| | | |
|---|---|---|
| | | Motion to Withdraw as Attorney in case 1:18−cv−11950−GBD−SN; granting (51) Motion to Withdraw as Attorney i 1:18−cv−11964−GBD−SN; granting (48) Motion to Withdraw as Attorney in case 1:18−cv−11965−GBD−SN; granti Motion to Withdraw as Attorney in case 1:18−cv−11966−GBD−SN; granting (48) Motion to Withdraw as Attorney i 1:18−cv−11967−GBD−SN; granting (48) Motion to Withdraw as Attorney in case 1:18−cv−11969−GBD−SN; granti Motion to Withdraw as Attorney in case 1:18−cv−11970−GBD−SN; granting (47) Motion to Withdraw as Attorney i 1:18−cv−11971−GBD−SN; granting (88) Motion to Withdraw as Attorney in case 1:18−cv−12114−GBD−SN; granti Motion to Withdraw as Attorney in case 1:18−cv−12270−GBD−SN; granting (48) Motion to Withdraw as Attorney i 1:18−cv−12272−GBD−SN; granting (48) Motion to Withdraw as Attorney in case 1:18−cv−12273−GBD−SN; granti Motion to Withdraw as Attorney in case 1:18−cv−12274−GBD−SN; granting (48) Motion to Withdraw as Attorney i 1:18−cv−12275−GBD−SN; granting (101) Motion to Withdraw as Attorney in case 1:18−cv−12276−GBD−SN; gran Motion to Withdraw as Attorney in case 1:18−cv−12277−GBD−SN; granting (46) Motion to Withdraw as Attorney i 1:18−cv−12381−GBD−SN; granting (111) Motion to Withdraw as Attorney in case 1:18−cv−12387−GBD−SN; gran Motion to Withdraw as Attorney in case 1:19−cv−11767−GBD−SN; granting (43) Motion to Withdraw as Attorney i 1:19−cv−11776−GBD−SN; granting (39) Motion to Withdraw as Attorney in case 1:19−cv−11865−GBD−SN; granti Motion to Withdraw as Attorney in case 1:20−cv−09376−GBD−SN; granting (32) Motion to Withdraw as Attorney i 1:20−cv−09387−GBD−SN; granting (34) Motion to Withdraw as Attorney in case 1:20−cv−10460−GBD−SN; granti Motion to Withdraw as Attorney in case 1:20−cv−10902−GBD−SN. (Attorney Alexandra Pluscarr terminated.) (HEI ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GB al. (ras) Modified on 8/20/2021 (ras). (Entered: 08/20/2021) |
| 20/2021 | 7062 | ORDER granting 7058 Letter Motion for Extension of Time to File. The Parties' motion is GRANTED. The Parties s the proposal for an expert discovery schedule by August 25, 2021. (HEREBY ORDERED by Magistrate Judge Sarah (Text Only Order) (ras) (Entered: 08/20/2021) |
| 20/2021 | 7063 | ORDER granting 7059 Letter Motion for Extension of Time. The Parties' motion is GRANTED. Al Rajhi Bank shall their response to the Plaintiffs' motion by September 1, 2021. The Plaintiffs shall submit any reply by September 22, (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) (ras) (Entered: 08/20/2021) |
| 20/2021 | 7064 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated August 20, 2021 26, 2021 deposition of Wael Jelaidan. Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entere 08/20/2021) |
| 23/2021 | 7065 | ORDER: The Plaintiffs' Executive Committees ("PECs") request that the Court order defendant Wael Jelaidan to eith them with contact information for his deposition by August 24 or deem him to have failed to appear. ECF No. 7064. is GRANTED in part. By 12:00 Eastern Standard Time on August 24, 2021, Jelaidan must contact the PECs by emai scarter@cozen.com, rhaefele@motleyrice.com, and amaloney@kreindler.com. Jelaidan must provide his contact info and confirm his intention to appear at the August 26 deposition. If he fails to contact the PECs in this manner, the Au deposition will be adjourned. If Jelaidan fails to contact the PECs by August 26, he shall be deemed in default and th shall notify the Court as set forth in ECF No. 6801. (Signed by Magistrate Judge Sarah Netburn on 8/23/2021) Copie By Chambers. (ras) (Entered: 08/23/2021) |
| 23/2021 | 7066 | ***SELECTED PARTIES*** LETTER MOTION for Leave to File redacted versions of ECF Nos. 6981 and 6981−2 to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated August 23, 2021. Document filed by Dallah Avco Arabia, FBI, Plaintiffs Executive Committees, Kingdom of Saudi Arabia.Motion or Order to File Under Seal: 4696 .( Michael) (Entered: 08/23/2021) |
| 23/2021 | 7067 | **Superseded by Judge's Order dated 05/05/2022, Doc. #7963 in case 1:03−md−1570.** ORDER: This order clarifies for filing sealed materials in connection with a request for damages at ECF No. 5716. This order supersedes that orde entirety. All parties in cases related to this multi−district litigation may file under seal any exhibits that include econo calculations and reports, or that contain confidential information in support of a request for damages. Such exhibits sl by disc with the Clerk of Court and shall be maintained under seal. (Signed by Magistrate Judge Sarah Netburn on 8/ (ras) Modified on 9/20/2022 (ras). (Entered: 08/23/2021) |
| 23/2021 | 7068 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated August 23, 2021 re: Joint stat concerning redactions. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 08/23/2021) |
| 24/2021 | 7069 | MEMO ENDORSEMENT on re: 7068 Letter filed by Kingdom of Saudi Arabia. ENDORSEMENT: The Parties' req GRANTED. The parties shall submit a further joint status letter by September 22, 2021. (Signed by Magistrate Judge Netburn on 8/24/2021) (ras) (Entered: 08/24/2021) |
| 24/2021 | 7070 | ORDER: On August 17, 2021, seven groups of plaintiffs (the "Latent Injury Plaintiffs") filed for default judgments a Iran.1 Plaintiffs in these groups represent people who are alleged to have died sometime after September 11, 2001, ar the day of the terrorist attack. The Plaintiffs' Executive Committees ("PECs") have previously raised concerns about t treatment of the Latent Injury Plaintiffs. See, e.g., ECF No. 5484, 5704. In light of these new filings, the Court direct and counsel for the Latent Injury Plaintiffs to meet, confer, and determine if further letters are necessary to inform th resolutions of these motions. The parties will submit a joint status letter by September 3, 2021 stating if they believe are necessary and if so, proposing a schedule for the submission of letters from the PECs and Latent Injury Plaintiffs' |

| | | |
|---|---|---|
| | | (Signed by Magistrate Judge Sarah Netburn on 8/24/2021) (ras) (Entered: 08/24/2021) |
| 25/2021 | 7071 | DECLARATION of Amanda Fox Perry in Support re: (88 in 1:18−cv−03162−GBD−SN) MOTION for Default Judg *Motion for Partial Final Default Judgment on Behalf of Personal Injury Plaintiff Katherine Dillaber*.. Document file Katherine Dillaber. (Attachments: # 1 Exhibit A with exhibits)Filed In Associated Cases: 1:03−md−01570−GBD−SN 1:18−cv−03162−GBD−SN.(Perry, Amanda) (Entered: 08/25/2021) |
| 25/2021 | 7072 | JOINT LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated August 25, 2021 re: E discovery schedule. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 08/25/2021) |
| 25/2021 | 7073 | LETTER MOTION for Extension of Time addressed to Magistrate Judge Sarah Netburn from PECs and DEC dated 8 Document filed by Plaintiffs Executive Committees..(Goldman, Jerry) (Entered: 08/25/2021) |
| 26/2021 | 7074 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated August 26, 2021 Plaintiffs request that the deadline for their affirmative expert reports be provisionally extended from September 15, 2 October 30, 2021 and further propose that the submission of further proposals for expert discovery be deferred to Oct 2021. Document filed by Plaintiffs Executive Committees..(Carter, Sean) (Entered: 08/26/2021) |
| 26/2021 | 7075 | MEMO ENDORSEMENT on re: 7072 Letter filed by Kingdom of Saudi Arabia. ENDORSEMENT: The Parties' req GRANTED. The Plaintiffs shall file their motion by August 26, with the oppositions due by August 31, and any reply September 2. (Signed by Magistrate Judge Sarah Netburn on 8/26/2021) (ras) (Entered: 08/26/2021) |
| 26/2021 | 7076 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Suit, Iran Short Form Complaint deemed filed 5, 2018, Summons deemed filed April 10, 2019, Foreign Sovereign Immunities Act, Certified Farsi translations of the documents, which conforms to the requirements of 22 C.F.R. 93.2 mailed to Islamic Republic of Iran, H.E. Dr. Moha Javad Zarif, Foreign Minister of the Ministry of Foreign Affairs, Imam Khomeini Street, Imam Khomeini Square, Te on 08/26/2021 by Federal Express tracking # 7746 3214 8283, to the Secretary of State, Attn: Director of Consular Se Office of Policy Review and Inter−Agency Liaison (CA/OCS/L), U.S. Department of State, SA−17, 10th Floor, 2201 NW, Washington, DC 20522, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4) Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11340−GBD−SN(JKR) (Entered: 08/26/2021) |
| 26/2021 | 7077 | ORDER granting 7073 Letter Motion for Extension of Time. The Parties shall submit their joint scheduling proposal September 3, 2021. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) ( 08/26/2021) |
| 26/2021 | 7078 | ***SELECTED PARTIES***LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Sarah N from Plaintiffs' Executive Committees dated 8/26/2021 re: 7066 LETTER MOTION for Leave to File redacted versio Nos. 6981 and 6981−2 addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated August 23, 202 Document filed by FBI, Kingdom of Saudi Arabia, Dallah Avco Trans Arabia, Plaintiffs Executive Committees. (Att 1 Exhibit A)Motion or Order to File Under Seal: 1900 .(Benett, Megan) (Entered: 08/26/2021) |
| 27/2021 | | WRIT OF EXECUTION issued on August 27, 2021, as to The Islamic Republic of Iran, on 04/27/2020 Judgment # 1 the amount of $7,045,632,402.79 in favor of Estate of Donald J. Havlish, Jr., Fiona Havlish, Estate of Donald Havlish William Havlish, Susan Conklin, Estate of Michael A. Bane, Tara Bane, Estate of Donald Bane, Christina Bane−Hay of Martin Boryczewski, Krystyna Boryczewski, Estate of Michael Boryczewski, Julia Boryczewski, Michele Borycze Estate of Richard M. Caproni, Richard A. Caproni, Dolores Caproni, Christopher Caproni, Michael Caproni, Lisa Caproni−Brown, Estate of Peter Chirchirillo, Clara Chirchirill, Livia Chirchirillo, Catherine Deblieck,Estate of Jeffre William Coale, Estate of Daniel M. Coffey,Frances M. Coffey, Daniel D. Coffey, M.D., Kevin M. Coffey, Estate of J Coffey, Frances M. Coffey, Daniel D. Coffey, M.D., Kevin M. Coffey, Estate of Jeffrey Collman, Dwayne W. Collm Collman, Charles Collman, Brenda Sorenson, Estate of Michael Diehl, Loisanne Diehl, Estate of Stephen Dorf, Estat Dorf, Estate of Anne Marie Dorf, Joseph Dorf, Michelle Dorf, Robert Dorf, Linda Sammut, Estate of Judy Fernandez Fernandez, Estate of William R. Godshalk, Estate of Grace Parkinson−Godshalk, Estate of John Grazioso, Tina Graz of James D. Halvorson, Maureen Halvorson, Estate of Liming Gu, Jin Liu, Alan Gu, Estate of Steven Cafiero, Grace Estate of Robert Levine, Roni Levine, Estate of Joseph Lostrangio, Teresanne Lostrangio, Estate of Brian Nunez, JoA Lovett, Estate of Meta Waller, Estate of Ronald Gamboa, Regina Maria Merwin, Estate of Dorothy Mauro, Margaret Estate of Mary Melendez, Ramon Melendez, Estate of Peter T. Milano, Patricia Milano, Estate of Yvette Nichole Mo Moreno, Estate of Philip Paul Ognibene, Estate of Vincent A. Ognibene, Estate of Denis Lavelle, Marie Ann Paprock John William Perry, Patricia J. Perry, Estate of Salvatore T. Papasso, Christine Papasso, Estate of Marsa Dianah Ratc Rodney Ratchford, Rodney M. Ratchford, Marshee R. Ratchford, Benefit of Maranda C. Ratchford, Estate of John M Joyce Ann Rodak, Chelsea Nicole Rodak, Benefit of Devon Marie Rodak, John Rodak, Regina Rodak, Joanne Gori, Elvin Romero, Diane Romero, Estate of Richard Rosenthal, Loren Rosenthal, Estate of Joshua Scott Reiss, Judith Re of Maria Theresa Santillian, Expedito Santillian, Ester Santillian, Estate of Victor Saracini, Ellen Saracini, Estate of A Saracini, Joanne Renzi, Estate of Scott Schertzer, Paul Schertzer, Estate of Paul K. Sloan, Ronald S. Sloan, Estate of Smith, Raymond Alexander Smith, Estate of Timothy P. Soulas, Katherine Soulas, Estate of William R. Steiner, Russ Estate of Andrew Stergiopoulos, George Stergiopoulos, M.D., Angela Stergiopoulos, Estate of Edward W. Straub, Sa Straub, Estate of Jennifer Tino, Joan E. Tino, Pamela Schiele, Estate of Jeanmarie Wallendorf, Christine Barton (now Estate of Timothy RaymondWard, Estate of Doyle Raymond Ward, Gerald Bingham, Alice Carpeneto, Stephen L. C |

| | | |
|---|---|---|
| | | Michelle Wright, Maureen Halvorson, Haomin Jian, FuMei Chien, Huichun Jian, Hui−Chuan Jian, Hui−Chien Chen, Jian, Michael LoGuidice, Ralph S. Maerz, Martin Panik, Estate of Linda Ellen Panik, Mary Lynn−Anna Panik Stanle Rosenthal, Alexander Rowe, Ed Russin, Gloria Russin, Barry Russin, Leonard Zeplin, Leona Zeplin, and Joslin Zepl Islamic Republic of Iran, Ayatollah Ali Hoseini Khamenei, Supreme Leader of Iran, Ali Akbar Hashemi Rafsanjani, Expediency Discernment Counsel and former President of Iran, Iranian Ministry of Information and, Islamic Revolut Guard, Iranian Ministry of Petroleum Iranian Ministry of Economic Affairs and Finance, Iranian Ministry of Comme Ministry of Defense and Armed Forces Logistics, Central Bank of the Islamic Republic of Iran a/k/a Bank Markazi, N Iranian Tanker Corporation, National Iranian Oil Company, National Iranian Gas Company, National Iranian Petroch Company, Iran Airlines, and Hezbollah, Doc.#2624. (Signed by Clerk of Court Ruby Krajick on 8/27/2021).(km) (Er 08/27/2021) |
| 27/2021 | 7079 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated August 27, 2021 Request that the Court confirm that Wael Jelaidan has been deemed to be in default. Document filed by Plaintiffs Exe Committees..(Haefele, Robert) (Entered: 08/27/2021) |
| 27/2021 | 7080 | ***SELECTED PARTIES***LETTER REPLY to Response to Motion addressed to Magistrate Judge Sarah Netburn Michael K. Kellogg dated August 27, 2021 re: 7066 LETTER MOTION for Leave to File redacted versions of ECF N and 6981−2 addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated August 23, 2021. . Docum Kingdom of Saudi Arabia, FBI, Dallah Avco Trans Arabia, Plaintiffs Executive Committees. Motion or Order to File Seal: 7066 .(Kellogg, Michael) (Entered: 08/27/2021) |
| 30/2021 | 7081 | ORDER in case 1:03−md−01570−GBD−SN; granting (183) MOTION to Stay in case 1:09−cv−07055−GBD−SN. Co request for a 60−day stay is therefore GRANTED. All proceedings in Faulkner v. Bin Laden et al., No. 09−cv−07055 STAYED for 60 days. On November 1, 2021, present counsel for Afghanistan shall file a status letter with the Court whether they will continue to participate in this matter as counsel. The Clerk of Court is respectfully directed to grant at ECF No. 183. (Signed by Magistrate Judge Sarah Netburn on 8/30/2021) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:09−cv−07055−GBD−SN. (ras) (Entered: 08/30/2021) |
| 30/2021 | 7082 | ORDER: The Court has reviewed the declarations submitted regarding the breach of the Protective Orders. Based on the Court orders that supplemental declarations and additional declarations be filed. (See document.) The submission by the Court in this Order shall be provided by September 10, 2021. (Signed by Magistrate Judge Sarah Netburn on 8 (ras) (Entered: 08/30/2021) |
| 30/2021 | 7083 | ORDER: On August 9, 2021, 51 plaintiffs in Burnett, et al. v. The Islamic Republic of Iran, et al., No. 15−cv−9903 ( (Dec. 18, 2015), filed the fifth motion for personal injury damages. ECF No. 7005. The Court has begun its review of plaintiffs' motion and directs them to clarify the following four items: (See document.) The plaintiffs shall file the nec materials or make any amendments required by September 22, 2021. Finally, the Court offers two further observatior improve the processing of personal injury recommendations going forward. First, plaintiffs submitting medical record support motions for personal injury damages must include pin cites directing the Court to the particular part of the me record that supports the plaintiff's claimed injuries. Second, if a plaintiff has been determined to be ineligible for the 9 11 Victim Compensation Fund, there must be an explanation for why they were found ineligible. (Signed by Magistra Sarah Netburn on 8/30/2021) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN. (ra 08/30/2021) |
| 31/2021 | 7084 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated August 31, 2021 re: Oppositi Plaintiffs' request for extension of expert discovery schedule. Document filed by Kingdom of Saudi Arabia..(Kellogg (Entered: 08/31/2021) |
| 31/2021 | 7085 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert Kry dated August 31, 2021 re: Opposition to Pla Request for Extension of Expert Discovery Schedule (Dkt. 7074). Document filed by Dallah Avco Trans Arabia..(Kr (Entered: 08/31/2021) |
| 01/2021 | 7086 | RESPONSE in Opposition to Motion re: 6996 MOTION to Compel Al Rajhi Bank to *Produce Documents*. . Docume Al Rajhi Bank..(Erb, Nicole) (Entered: 09/01/2021) |
| 01/2021 | 7087 | DECLARATION of Naif Al Dahmashi in Opposition re: 6996 MOTION to Compel Al Rajhi Bank to *Produce Docu* Document filed by Al Rajhi Bank..(Erb, Nicole) (Entered: 09/01/2021) |
| 01/2021 | 7088 | DECLARATION of John J. Queirolo, Jr. in Opposition re: 6996 MOTION to Compel Al Rajhi Bank to *Produce Doc* Document filed by Al Rajhi Bank..(Erb, Nicole) (Entered: 09/01/2021) |
| 01/2021 | 7089 | DECLARATION of Cathy A. Fetgatter, Esq. in Opposition re: 6996 MOTION to Compel Al Rajhi Bank to *Produce Documents*.. Document filed by Al Rajhi Bank..(Erb, Nicole) (Entered: 09/01/2021) |
| 02/2021 | 7090 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated September 2, 20 Reply in support of request for extension of time for expert discovery. Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 09/02/2021) |

| | | |
|---|---|---|
| )3/2021 | 7091 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated 9/3/2021 re: (a) Sept. 3, 2021 Executive Order Directing Declassification and (b) in Further Support of Request for Extension of Tim Reports (ECF No. 7074). Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A).(Benett, (Entered: 09/03/2021) |
| )3/2021 | 7092 | JOINT LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated Septemb re: Meet−and−confer pursuant to the Courts Order dated August 24, 2021 (ECF No. 7070). Document filed by Plaint Executive Committees..(Eubanks, John) (Entered: 09/03/2021) |
| )3/2021 | 7093 | NOTICE OF APPEARANCE by Jennifer Lynn Bloom on behalf of Oath Inc...(Bloom, Jennifer) (Entered: 09/03/202 |
| )3/2021 | 7094 | PROPOSED ORDER TO SHOW CAUSE WITH EMERGENCY RELIEF. Document filed by Oath Inc.. Related Dc Number: 7082 ..(Bloom, Jennifer) **Proposed Order to Show Cause to be reviewed by Clerk's Office staff.** (Entere 09/03/2021) |
| )3/2021 | 7095 | BRIEF re: 7094 Proposed Order to Show Cause With Emergency Relief *Memorandum of Law in Support of Propose Intervenor Oath Inc.'s Emergency Motion to Intervene, and to Reconsider and Modify August 30, 2021 Order (ECF 1* Document filed by Oath Inc...(Bloom, Jennifer) (Entered: 09/03/2021) |
| )3/2021 | 7096 | JOINT LETTER addressed to Magistrate Judge Sarah Netburn from Aisha E. R. Bembry dated September 3, 2021 re Meet−and−confer pursuant to the Courts Order dated August 13, 2021 (ECF No. 7014). Document filed by Internatic Relief Organization, Muslim World League..(Bembry, Aisha) (Entered: 09/03/2021) |
| )7/2021 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER TO SHOW CAUSE WITH EMERGENCY RI Document No. 7094 Proposed Order to Show Cause With Emergency Relief was reviewed and approved as to** (Entered: 09/07/2021) |
| )7/2021 | 7097 | OPPOSITION BRIEF *to motion to intervene and for other relief (ECF Nos. 7074, 7075)*. Document filed by Kingdoı Arabia..(Kellogg, Michael) (Entered: 09/07/2021) |
| )7/2021 | 7098 | ORDER: The Court has received Oath Inc.'s motion for an order to show cause, ECF No. 7094, modifying this Court investigating the breach of the protective orders. ECF No. 7082. That investigative order is STAYED pending the res Oath's motion. By September 10, 2021, the Plaintiffs' Executive Committees and the Kingdom of Saudi Arabia may f addressing the issues Oath raises. Oath may file a reply to any letters by September 14, 2021. (Signed by Magistrate J Netburn on 9/7/2021) (ras) (Entered: 09/07/2021) |
| )7/2021 | 7099 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated September 7, 2021 re: Respoı Plaintiffs' letter, ECF No. 7091. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 09/07/20 |
| )7/2021 | 7100 | ORDER: The Court has received the Kingdom of Saudi Arabia's opposition, ECF No. 7097, to Oath Inc.'s motion to ECF No. 7094. Given this submission, Oath's reply, and any other submissions on Oath's motion from other intereste shall be filed with this Court by September 9, 2021. The Court's order at ECF No. 7082 investigating the breach of th orders will continue to be STAYED pending the resolution of Oath's motion. (Signed by Magistrate Judge Sarah Netl 9/7/2021) (ras) (Entered: 09/07/2021) |
| )7/2021 | 7101 | ORDER: A telephone conference between the Plaintiffs' Executive Committees ("PECs"), United States, Dallah Avc Kingdom of Saudi Arabia is scheduled for Tuesday, September 14, 2021, at 3:00 p.m. to discuss the PECs' motion fo extension of expert discovery deadlines. ECF No. 7074. Members of the public may listen to the proceedings at the fo numbers: USA: 877−226−8189 International: 409−207−6980 Access Code: 3127895#. The Court will contact the pa establish a conference line. Unauthorized recording and rebroadcasting of the conference (e.g., YouTube, Twitch, auc streams, etc.) is strictly prohibited. Any unauthorized recordings will be investigated, and anyone found to engage in behaviors may be subject to criminal sanctions. The Court's order at ECF No. 6872 setting the deadline for the PECs expert disclosures required by Fed R. Civ. P. 26(a)(2) by September 15, 2021, is STAYED pending further action by (Telephone Conference set for 9/14/2021 at 03:00 PM before Magistrate Judge Sarah Netburn.) (Signed by Magistrat Sarah Netburn on 9/7/2021) (ras) (Entered: 09/07/2021) |
| )9/2021 | 7102 | LETTER MOTION for Discovery *to Modify Prior Orders Authorizing Disclosure of Grand Jury Materials* addressed Magistrate Judge Sarah Netburn from AUSA Sarah S. Normand dated September 9, 2021. Document filed by FBI..(N Sarah) (Entered: 09/09/2021) |
| )9/2021 | 7103 | LETTER addressed to Magistrate Judge Sarah Netburn from James P. Kreindler dated 09/09/2021 re: response to the Order filed at ECF No. 7100. Document filed by Kathleen Ashton.Filed In Associated Cases: 1:03−md−01570−GBD 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 09/09/2021) |
| )9/2021 | 7104 | BRIEF re: 7100 Order,, *Reply in Support of Proposed Intervenor Oath Inc.'s Emergency Motion to Intervene, and to and Modify August 30, 2021 Order (ECF No. 7802)*. Document filed by Oath Inc...(Bloom, Jennifer) (Entered: 09/09 |
| )9/2021 | 7105 | LETTER MOTION for Leave to File Amicus Letter Brief addressed to Magistrate Judge Sarah Netburn from Katie T dated 09/09/2021. Document filed by Reporters Committee for Freedom of the Press. (Attachments: # 1 Amicus Lett |

| | | |
|---|---|---|
| | | Brief).(Townsend, Katielynn) (Entered: 09/09/2021) |
| .0/2021 | 7106 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated September 10, 2 Section B.2. of the Courts Order at ECF No. 7082. Document filed by Plaintiffs Executive Committees..(Haefele, Ro (Entered: 09/10/2021) |
| .0/2021 | 7107 | ORDER granting 7102 Letter Motion for Discovery. The FBI's application is granted in full. (HEREBY ORDERED Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 09/10/2021) |
| .0/2021 | 7108 | ORDER granting 7105 Letter Motion for Leave to File Document. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 09/10/2021) |
| .3/2021 | 7109 | MOTION to Dismiss *Elizabeth Parks pursuant to Fed.R.Civ.P. 21*. Document filed by Elizabeth Parks..(Bonner, Jam (Entered: 09/13/2021) |
| .3/2021 | 7110 | AFFIDAVIT of Joseph Peter Drennan in Support re: 7109 MOTION to Dismiss *Elizabeth Parks pursuant to Fed.R.C* Document filed by Elizabeth Parks..(Bonner, James) (Entered: 09/13/2021) |
| .3/2021 | 7111 | LETTER addressed to Judge George B. Daniels from Christopher M. Curran dated September 13, 2021 re: Suppleme Authority. Document filed by Al Rajhi Bank. (Attachments: # 1 Honickman v. BLOM Bank SAL, No. 20−575, 2021 LEXIS 22480 (2d Cir. Jul. 29, 2021)).(Curran, Christopher) (Entered: 09/13/2021) |
| .6/2021 | 7112 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated September 16, 2 Request for extension of time to address the Courts inquiry at ECF Nos. 6909 and 7012. Document filed by Plaintiffs Committees..(Haefele, Robert) (Entered: 09/16/2021) |
| .6/2021 | 7113 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated September 16, 20 PECs write to request a short extension of the deadline for Plaintiffs' Reply in support of their Motion to Compel (EC Document filed by Plaintiffs Executive Committees..(Carter, Sean) (Entered: 09/16/2021) |
| .7/2021 | 7114 | MEMO ENDORSEMENT on re: 7112 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The Plai Executive Committees' motion is granted. The submission directed by the Court's order at ECF No. 7012 shall be file September 24, 2021. (Signed by Magistrate Judge Sarah Netburn on 9/17/2021) (ras) (Entered: 09/17/2021) |
| .7/2021 | 7115 | MEMO ENDORSEMENT on re: 7113 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The Plai Executive Committees' (PECs) motion is granted. The PECs' reply to the motion to compel at ECF No. 6996 shall be October 1, 2021. (Signed by Magistrate Judge Sarah Netburn on 9/17/2021) (ras) (Entered: 09/17/2021) |
| .7/2021 | 7116 | LETTER addressed to Judge George B. Daniels from Plaintiffs Executive Committees dated September 17, 2021 re: to the September 13, 2021 letter submitted by Al Rajhi Bank (ECF No. 7111). Document filed by Plaintiffs Executive Committees..(Carter, Sean) (Entered: 09/17/2021) |
| .7/2021 | 7117 | ORDER: On September 14, 2021, the Court held a conference to set a schedule for expert discovery proceedings in tl against Saudi Arabia and Dallah Avco. Based on that conference, expert discovery will proceed according to the sche in this Order: Any affirmative expert reports (including any filed by Dallah Avco on Saudi employment law) shall be Friday, April 1, 2022; Any rebuttal expert reports shall be filed by Monday, May 16, 2022; The Court does not antici permitting reply reports. Any application to file a reply report must be filed by May 23, 2022; and All expert discove (regardless of whether expert reply reports are permitted) shall be completed by Friday, July 1, 2022. The Court does to modify this schedule barring extraordinary circumstances. Such circumstances will not include delays in the Gover compliance with the President's September 3, 2021, Executive Order. (Signed by Magistrate Judge Sarah Netburn on (ras) (Entered: 09/17/2021) |
| .7/2021 | 7118 | JOINT LETTER addressed to Magistrate Judge Sarah Netburn from Aisha E. R. Bembry dated September 17, 2021 r up to the Parties joint submission dated September 3, 2021, at ECF No. 7096. Document filed by International Islami Organization(IIRO), Muslim World League..(Bembry, Aisha) (Entered: 09/17/2021) |
| .9/2021 | 7119 | ORDER: By September 24, 2021, counsel for Elizabeth Parks in the Chairnoff action is to confer with the Plaintiffs' Committees and file a letter stating why the relief Ms. Parks seeks is necessary in light of her dismissal from Chairno she is also currently a plaintiff in Arias. (Signed by Magistrate Judge Sarah Netburn on 9/19/2021) Filed In Associate 1:03−md−01570−GBD−SN, 1:18−cv−12370−GBD−SN. (ras) (Entered: 09/20/2021) |
| 20/2021 | 7120 | MEMO ENDORSEMENT on re: (526 in 1:03−cv−09848−GBD−SN) Letter, filed by UNITED STATES OF AMERI ENDORSEMENT: The Government's request is GRANTED. Any judicial enforcement of the Havlish writ of execut stayed pending further order of the Court. The Government must notify the Court if it will file a Statement of Interest 14, 2021. That notification shall be filed on the Havlish docket and the docket for the main multidistrict litigation, 03 (Signed by Magistrate Judge Sarah Netburn on 9/20/2021) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN. (ras) (Entered: 09/20/2021) |

| | | |
|---|---|---|
| 20/2021 | 7121 | TRANSCRIPT of Proceedings re: Telephone Conference held on 9/14/2021 before Magistrate Judge Sarah Netburn. Reporter/Transcriber: Carole Ludwig, (212) 420−0771. Transcript may be viewed at the court public terminal or purc through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 10/12/2021. Redacted Transcript Deadline set for 10/21/2021. Rel Transcript Restriction set for 12/20/2021..(kv) (Entered: 09/20/2021) |
| 20/2021 | 7122 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Telephone Conference proceeding held on 9/14/2021 has been filed by the court reporter/transcriber in the above−captioned mat parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 c days....(kv) (Entered: 09/20/2021) |
| 20/2021 | 7123 | FIRST MOTION for Jean−Paul Jassy to Appear Pro Hac Vice *as counsel for Oath Inc.*. Filing fee $ 200.00, receipt n ANYSDC−25086027. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by ( (Attachments: # 1 Affidavit Affidavit, # 2 Text of Proposed Order Proposed Order, # 3 Certificate of Standing).(Jassy Jean−Paul) (Entered: 09/20/2021) |
| 20/2021 | 7124 | FIRST MOTION for William T. Um to Appear Pro Hac Vice *as counsel for Oath Inc.*. Filing fee $ 200.00, receipt nu ANYSDC−25086152. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by ( (Attachments: # 1 Affidavit Affidavit, # 2 Certificate of Standing, # 3 Text of Proposed Order Proposed Order).(Um, (Entered: 09/20/2021) |
| 21/2021 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 7124 FIRST MOTION for T. Um to Appear Pro Hac Vice *as counsel for Oath Inc.*. Filing fee $ 200.00, receipt number ANYSDC−2508615 and supporting papers to be reviewed by Clerk's Office staff., 7123 FIRST MOTION for Jean−Paul Jassy to A Hac Vice *as counsel for Oath Inc.*. Filing fee $ 200.00, receipt number ANYSDC−25086027. Motion and suppor papers to be reviewed by Clerk's Office staff.</. The document has been reviewed and there are no deficiencie** (Entered: 09/21/2021) |
| 21/2021 | 7125 | ORDER granting 7123 Motion for Jean−Paul Jassy to Appear Pro Hac Vice. (HEREBY ORDERED by Magistrate Ju Netburn) (Text Only Order) (ras) (Entered: 09/21/2021) |
| 21/2021 | 7126 | ORDER granting 7124 Motion for William T. Um to Appear Pro Hac Vice. (HEREBY ORDERED by Magistrate Ju Netburn) (Text Only Order) (ras) (Entered: 09/21/2021) |
| 22/2021 | 7127 | LETTER addressed to Magistrate Judge Sarah Netburn from John M. Eubanks dated September 22, 2021 re: Respons Courts August 30, 2021 Order (ECF No. 7083). Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A, # B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 09/22/2021) |
| 22/2021 | 7128 | MOTION to Substitute Party. Old Party: DOE AP234 / JANE DOE # 111, New Party: KATHLEEN ANN STANTO Document filed by Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD− 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 09/22/2021) |
| 22/2021 | 7129 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. Related Document Number: 7128 ..(Eubanks, John) **Pro Order to be reviewed by Clerk's Office staff.** (Entered: 09/22/2021) |
| 22/2021 | 7130 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated September 22, 2021 re: Joint update concerning redactions. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 09/22/202 |
| 23/2021 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (506 in 1:15−cv−09903−GBD− 1:03−md−01570−GBD−SN, 913 in 1:03−cv−09849−GBD−SN) Proposed Order was reviewed and approved as Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN, 1:15−cv−09903−GBD−SN(d** 09/23/2021) |
| 23/2021 | 7131 | ORDER granting (912) Motion to Substitute Party in case 1:03−cv−09849−GBD−SN; granting (7128) Motion to Sub Party in case 1:03−md−01570−GBD−SN; granting (505) Motion to Substitute Party in case 1:15−cv−09903−GBD−S (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN, 1:15−cv−09903−GBD−SN. (ras) (Entered: 09/23/2021) |
| 23/2021 | 7132 | MEMO ENDORSEMENT on re: 7130 Letter filed by Kingdom of Saudi Arabia. ENDORSEMENT: The Parties' req GRANTED. The parties shall file a further joint status letter by October 22, 2021. (Signed by Magistrate Judge Sarah on 9/23/2021) (ras) (Entered: 09/23/2021) |
| 23/2021 | 7133 | SEALED DOCUMENT placed in vault..(jus) (Entered: 09/23/2021) |
| 23/2021 | 7134 | OPINION & ORDER: Yahoo! News's motion to intervene and for a stay is DENIED. The parties shall provide any o declarations required by the order at ECF No. 7082 by September 27, 2021. (Signed by Magistrate Judge Sarah Netbu 9/23/2021) (ras) (Entered: 09/23/2021) |

| | | |
|---|---|---|
| 24/2021 | 7135 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated September 24, 2 Response to the Court's inquiry at ECF Nos. 6909 and 7012. Document filed by Plaintiffs Executive Committees..(Ha Robert) (Entered: 09/24/2021) |
| 24/2021 | 7136 | ORDER: The Court has received the Plaintiffs' Executive Committees ("PECs") letter at ECF No. 7135 regarding the proposal to terminate several caption entries for duplicative or dismissed defendants in this matter. See ECF Nos. 690 Given the concerns raised by the PECs, the Court respectfully directs the Clerk of the Court to make the modification MDL case caption identified in the Court's order at ECF No. 7012 with one exception. The following entries in List A be terminated from the caption: 1. Agencies and Instrumentalities of the Republic of the Sudan 2. Republic of Sudan Defense 3. Sudanese Government of Northern State 4. Sudanese Intelligence Service. (Signed by Magistrate Judge Sa Netburn on 9/24/2021) (ras) (Entered: 09/24/2021) |
| 24/2021 | 7137 | LETTER addressed to Magistrate Judge Sarah Netburn from John M. Eubanks dated September 24, 2021 re: Respons Court's Order dated September 19, 2021 (ECF No. 7119). Document filed by Elizabeth Parks.Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:18−cv−12370−GBD−SN, 1:19−cv−00041−GBD−SN.(Eu John) (Entered: 09/24/2021) |
| 24/2021 | 7138 | MOTION to Correct Judgment re: (5087 in 1:03−md−01570−GBD−SN) Default Judgment,, *Notice of Rule 60(a) Mo Correction to Partial Final Judgment*. Document filed by Elizabeth Parks. (Attachments: # 1 Text of Proposed Order Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00041−GBD−SN.(Eubanks, Jo (Entered: 09/24/2021) |
| 24/2021 | 7139 | MEMORANDUM OF LAW in Support re: (7138 in 1:03−md−01570−GBD−SN, 509 in 1:15−cv−09903−GBD−SN, 1:19−cv−00041−GBD−SN) MOTION to Correct Judgment re: (5087 in 1:03−md−01570−GBD−SN) Default Judgme *of Rule 60(a) Motion for Correction to Partial Final Judgment*. . Document filed by Elizabeth Parks. Filed In Associa 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00041−GBD−SN.(Eubanks, John) (Entered: 09/24 |
| 27/2021 | 7140 | ORDER denying as moot 7109 Motion to Dismiss. Given the Parties' submission at ECF No. 7137, this motion is den moot. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 09/2 |
| 27/2021 | 7141 | REPORT & RECOMMENDATION: The Court recommends that defendant Wael Jelaidan's answer be struck and a d judgment be entered against him for all cases pending in this MDL for which he is named as a party. The parties shal fourteen days from the service of this Report and Recommendation to file written objections under 28 U.S.C. § 636(b Rule 72(b) of the Federal Rules of Civil Procedure. A party may respond to another party's objections within fourteen being served with a copy. Fed. R. Civ. P. 72(b)(2). These objections shall be filed with the Clerk of Court, with court delivered to the chambers of the Honorable George B. Daniels at the United States Courthouse, 500 Pearl Street, New New York 10007, and to any opposing parties. See 28 U.S.C. § 636(b)(1); Federal Rules of Civil Procedure 6(a), 6(d Any requests for an extension of time for filing objections must be addressed to Judge Daniels. The failure to file thes objections will result in a waiver of those objections for purposes of appeal. See 28 U.S.C. § 636(b)(1); Federal Rules Procedure 6(a), 6(d), 72(b); Thomas v. Arn, 474 U.S. 140 (1985). (Objections to R&R due by 10/12/2021.) (Signed b Magistrate Judge Sarah Netburn on 9/27/2021) (ras) (Entered: 09/27/2021) |
| 27/2021 | 7142 | REPORT & RECOMMENDATION re: (88 in 1:18−cv−03162−GBD−SN, 7026 in 1:03−md−01570−GBD−SN) MO Default Judgment as to *Motion for Partial Final Default Judgment on Behalf of Personal Injury Plaintiff Katherine D* filed by Katherine Marie Dillaber. The Court has found that the combination of significant physical injuries and even psychological trauma merit a finding of significant injury...The Court therefore finds that Ms. Dillaber's injuries are s and recommends an award of $5 million. She should also be awarded prejudgment interest on these damages from Se 11, 2001, to the date of judgment, at a rate of 4.96 percent per annum, compounded annually. ECF No. 3358, adopted No. 3383. Ms. Dillaber may apply for punitive, economic, and other damages at a later date and in a manner consiste applicable future rulings on the issue. Additionally, any Dillaber personal injury plaintiffs not appearing in this motio not previously awarded damages may still submit applications for damages awards in later stages. Finally, the Court recommends respectfully directing the Clerk of Court to terminate the motion at ECF No. 7026. (Objections to R&R 10/12/2021.) (Signed by Magistrate Judge Sarah Netburn on 9/27/2021) Filed In Associated Cases: 1:03−md−01570− 1:18−cv−03162−GBD−SN. (ras) (Entered: 09/27/2021) |
| 27/2021 | 7143 | ORDER: A telephone conference between the Plaintiffs' Executive Committees ("PECs"), and the Jurisdictional and Defendants is scheduled for Wednesday, September 29, 2021, at 2:00 p.m. to discuss the schedule proposed by the pa ECF Nos. 7096 and 7118. USA: 877−226−8163 International: 234−720−6983 Access Code: 4613441#. The Court w the parties to establish a conference line. Unauthorized recording and rebroadcasting of the conference (e.g., YouTub audio−only streams, etc.) is strictly prohibited. Any unauthorized recordings will be investigated, and anyone found t such behaviors may be subject to criminal sanctions. (Telephone Conference set for 9/29/2021 at 02:00 PM before M Judge Sarah Netburn.) (Signed by Magistrate Judge Sarah Netburn on 9/27/2021) (ras) (Entered: 09/27/2021) |
| 27/2021 | 7144 | MOTION for Issuance of Letters Rogatory as to National Iranian Tanker Corporation; National Iranian Oil Corporati National Iranian Gas Corporation; National Iranian Petrochemical Company; Iran Airlines; Hezbollah; Ayatollah Ali Supreme Leader of Iran; Estate of Akbar Hashemi Rafsanjani, former Chairman of the Expediency Discernment Cou former President of Iran in Switzerland *for delivery to the Islamic Republic of Iran*. Document filed by Patricia Ryan. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Memorandum of Law In Support, # 4 Text of Proposed Order)Filed I Associated Cases: 1:03−md−01570−GBD−SN et al..(Corr, Stephen) (Entered: 09/27/2021) |
| 27/2021 | 7145 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated September 27, 2021 re: Resp Court's Orders, ECF Nos. 7082 and 7134. Document filed by Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit A Exhibit A2, # 3 Exhibit A3, # 4 Exhibit B1, # 5 Exhibit B2, # 6 Exhibit B3, # 7 Exhibit B4, # 8 Exhibit C, # 9 Exhibi Exhibit E1, # 11 Exhibit E2, # 12 Exhibit E3).(Kellogg, Michael) (Entered: 09/27/2021) |
| 27/2021 | 7146 | ORDER: This order concerns the conference currently scheduled for Wednesday, September 29, 2021, at 2 p.m. with Plaintiffs' Executive Committees and the Jurisdictional and Merits Defendants. ECF No. 7143. By no later than noon September 29, 2021, the parties shall file a list of all of their expert witnesses. For each expert, the party shall include description of no more than three sentences stating the subject of that expert's testimony. (Signed by Magistrate Judge Netburn on 9/27/2021) (ras) (Main Document 7146 replaced on 9/27/2021) (ras). (Entered: 09/27/2021) |
| 27/2021 | 7147 | LETTER addressed to Magistrate Judge Sarah Netburn from Megan Wolfe Benett on behalf of Kreindler & Kreindle 9/27/2021 re: in response to ECF No. 7082. Document filed by Kathleen Ashton. (Attachments: # 1 Kreindler Declar Maloney Declaration, # 3 Benett Declaration, # 4 Pounian Declaration, # 5 Simpson Declaration, # 6 Hartney Declar Pagan Declaration, # 8 Sienski Declaration, # 9 Ranieri Declaration, # 10 Consultant 1 Under Seal Declaration, # 11 Under Seal Declaration)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Benett, (Entered: 09/27/2021) |
| 28/2021 | 7148 | TRANSCRIPT of Proceedings re: CONFERENCE held on 9/14/2021 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Samuel Mauro, (212) 805−0300. Transcript may be viewed at the court public terminal or purc through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 10/19/2021. Redacted Transcript Deadline set for 10/29/2021. Rele Transcript Restriction set for 12/27/2021.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Moya, Gorett 09/28/2021) |
| 28/2021 | 7149 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFER proceeding held on 9/14/21 has been filed by the court reporter/transcriber in the above−captioned matter. The partie seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...F Associated Cases: 1:03−md−01570−GBD−SN et al..(Moya, Goretti) (Entered: 09/28/2021) |
| 28/2021 | 7150 | LETTER addressed to Magistrate Judge Sarah Netburn from Waleed Nassar dated September 28, 2021 re: Response September 27, 2021 Order [ECF #7146] re Expert Disclosure. Document filed by Abdulla Al Obaid, Abdullah Al Tu Basha, International Islamic Relief Organization, Muslim World League, Abdullah Naseef..(Nassar, Waleed) (Entere 09/28/2021) |
| 28/2021 | 7151 | LETTER addressed to Magistrate Judge Sarah Netburn from Peter C. Salerno dated 9/28/2021 re: Response to ECF 7 Document filed by Yassin Al Kadi, Yassin Al−Kadi, Yasin Al−Qadi, Yasin Kadi, Yassin Kadi..(Salerno, Peter) (Ente 09/28/2021) |
| 28/2021 | 7153 | LETTER addressed to Magistrate Judge Sarah Netburn from Megan Wolfe Benett on behalf of Kreindler & Kreindle 9/28/2021 re: Letter update re ECF No. 7147 and request to substitute Kreindler & Kreindler attorneys on CMO 3. D filed by Kathleen Ashton.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Benett (Entered: 09/28/2021) |
| 28/2021 | | *****DELETED DOCUMENT. Deleted document number (7152 in 1:03−md−01570−GBD−SN) Order. The doc incorrectly filed in this case. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−SN.** (Entered: 10/01/2021) |
| 28/2021 | 7163 | ORDER granting (7144) Motion for Issuance of Letters Rogatory in case 1:03−md−01570−GBD−SN; granting (53) Issuance of Letters Rogatory in case 1:20−cv−00266−GBD−SN. The plaintiffs in Ryan et al., v. Iran et al., No. 20−c (GBD)(SN) (Jan. 10. 2020) move for the issuance of Letters Rogatory to the Islamic Republic of Iran. ECF No. 7144 motion is GRANTED. The Court respectfully directs the Clerk of the Court to issue Letters Rogatory directed to the Republic of Iran, substantially similar in form to those attached as EXHIBIT A to the Plaintiffs' Motion (ECF No. 71 requesting assistance in serving the Complaint in this matter and the necessary accompanying documents, upon the fo defendants: (1) National Iranian Tanker Corporation; (2) National Iranian Oil Corporation; (3) National Iranian Gas (4) National Iranian Petrochemical Company; (5) Iran Airlines; (6) Hezbollah, (7) Ayatollah Ali Khamenei, Supreme Iran; and (8) the Estate of Akbar Hashemi Rafsanjani, former Chairman of the Expediency Discernment Counsel and President of Iran.The Letters Rogatory and the accompanying legal documents, including any translations, related to Complaint in this case shall be transmitted to the U.S. Department of State for delivery to the appropriate judicial aut the Islamic Republic of Iran, pursuant to §1608(b)(3)(A). (Signed by Magistrate Judge Sarah Netburn on 9/28/2021) Associated Cases: 1:03−md−01570−GBD−SN, et al. (ras) (Entered: 10/01/2021) |

| | | |
|---|---|---|
| 29/2021 | 7154 | NOTICE of Amendment. Document filed by Evelyn Betso..(Cannavo, Vito) (Entered: 09/29/2021) |
| 29/2021 | 7155 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated September 29, 2021 re: Seale regarding ECF No. 7147. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 09/29/2021) |
| 29/2021 | 7156 | LETTER addressed to Magistrate Judge Sarah Netburn from Omar T. Mohammedi, Esq. dated September 29, 2021 r to September 27, 2021 Order [#7146] re Expert Disclosure. Document filed by World Assembly of Muslim Youth..(Mohammedi, Omar) (Entered: 09/29/2021) |
| 29/2021 | 7157 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg date September 29, 2021 re: Sealed letter regarding ECF Nos. 7082 and 7147. Document filed by FBI, Dallah Avco Trans Plaintiffs Executive Committees, Kingdom of Saudi Arabia, Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit A) Order to File Under Seal: 4255 .(Kellogg, Michael) (Entered: 09/29/2021) |
| 29/2021 | 7158 | LETTER addressed to Magistrate Judge Sarah Netburn from Steven T. Cottreau dated September 29, 2021 re: List of Expert Witnesses and Subjects of Testimony, Pursuant to the Court's September 27, 2021 Order (ECF No. 7146). Do filed by Dubai Islamic Bank..(Cottreau, Steven) (Entered: 09/29/2021) |
| 29/2021 | 7159 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated September 29, 2 of expert witnesses pursuant to the Courts Order at ECF No. 7146. Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 09/29/2021) |
| 29/2021 | 7160 | ORDER: This order sets out the bellwether Daubert motion schedule for the Jurisdictional and Merits Defendants and briefing schedule for Dubai Islamic Bank's personal jurisdiction challenge. (See document.) In addition, by no later th 13, 2021, the parties shall file a joint status letter with the Court stating whether there are any outstanding issues in co with the discovery related to Yassin Kadi. (Signed by Magistrate Judge Sarah Netburn on 9/29/2021) (ras) (Entered: ( |
| 29/2021 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Telephone Conference held on 9/29/2021 (Entered: 10/05/2021) |
| 30/2021 | | LETTERS ROGATORY ISSUED on September 30, 2021, to Begley Carlin & Mandio LLP and mailed to 680 Middl Blvd. Langhorne, PA 19047.(km) (Entered: 09/30/2021) |
| 30/2021 | 7161 | LETTER addressed to Magistrate Judge Sarah Netburn from Megan Wolfe Benett on behalf of Kreindler & Kreindle 09/30/2021 re: ECF No. 7157, 7147, 7082.. Document filed by Kathleen Ashton.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Benett, Megan) (Entered: 09/30/2021) |
| 30/2021 | 7162 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Megan Wolfe Benett on Kreindler & Kreindler dated 09/30/2021 re: ECF No. 7157, 7147, 7082.. Document filed by Dallah Avco Trans Arab Plaintiffs Executive Committees, Kingdom of Saudi Arabia, Kathleen Ashton. (Attachments: # 1 Exhibit Exhibit A, # Declaration)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SNMotion or Order to F Seal: 1900 .(Benett, Megan) (Entered: 09/30/2021) |
| 01/2021 | 7164 | REPLY MEMORANDUM OF LAW in Support re: 6996 MOTION to Compel Al Rajhi Bank to *Produce Document* Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Declaration of William Clark, Esquire, # 2 De Jimmy Gurule, # 3 Declaration of Eric Robinson).(Carter, Sean) (Entered: 10/01/2021) |
| 01/2021 | 7165 | ORDER: The Court has received the filings by Kreindler & Kreindler at ECF Nos. 7147 and 7162 addressing the bre protective orders. Kreindler & Kreindler is ORDERED to serve on the parties the Fawcett declaration, ECF No. 7147 and with no redactions. Kreindler & Kreindler has failed to establish that it is necessary to redact the limited portion t higher interest and the interest of justice requires that it be provided to counsel without redaction. Kreindler & Kreinc FURTHER ORDERED to file the declaration of Consultant 1, ECF No. 7147−10, with the declarant's name redacted instances, and with the first two sentences of the first numbered paragraph redacted. These filings shall be made by C 2021. In light of Fawcett's second declaration that describes the destruction of documents and evidence, the Court rer parties and counsel that once this Court commenced its inquiry, there was a duty to preserve all potentially relevant in Although the Court assumes the lawyers understand their ethical obligations, out of an abundance of caution, the Cou ORDERS that all documents and evidence be preserved and that all devices used to create, transmit, or store those communications be maintained. Kreindler & Kreindler is directed to provide a copy of this order to Fawcett immedia (Signed by Magistrate Judge Sarah Netburn on 10/1/2021) (ras) (Entered: 10/04/2021) |
| 04/2021 | 7166 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Megan Wolfe Benett on Kreindler & Kreindler dated 10/04/2021 re: Letter and Declarations in response to ECF No. 7165. Document filed by Plaintiffs Executive Committees, Dallah Avco Trans Arabia, Kingdom of Saudi Arabia, Kathleen Ashton. (Attachme Exhibit Declaration, # 2 Exhibit Consultant Declaration)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SNMotion or Order to File Under Seal: 1900 .(Benett, Megan) (Entered: 10/04/2021) |
| 04/2021 | 7167 | ORDER: The Court will conduct a hearing regarding the breach of the protective orders by Kreindler & Kreindler. Tl will be held on Thursday, October 21, 2021 (and if necessary, Friday, October 22), and will be conducted in−person i COVID−compliant courtroom. The hearing will begin promptly at 10:00 a.m. in a courtroom to be determined.The p |

| | | |
|---|---|---|
| | | the hearing is to render findings of fact in connection with the breach and to determine the appropriate remedies. Sucl may include, among other possible remedies, removal from the Plaintiffs' Executive Committees, monetary sanctions for professional discipline to the Committee on Grievances for the Southern District of New York, and a criminal refe U.S. Attorney's Office for the Southern District of New York. Following the hearing, the Court will solicit from the p proposed findings of fact and recommendations on appropriate remedies. The following witnesses are ORDERED to James P. Kreindler, 2. Andrew J. Maloney III, 3. Megan Wolfe Benett, 4. Steven R. Pounian, 5. John Hartney, 6. Joh These witnesses are ORDERED not to discuss further the issues within the scope of this hearing with any member, er consultant of Kreindler & Kreindler, including during the hearing. The Court will admit the witnesses' previously file declarations as their direct testimony. Lawyers for the Kingdom of Saudi Arabia will be permitted to cross−examine witnesses but shall not be limited in scope by their direct testimony. Kreindler & Kreindler will be permitted to condu re−direct examination following the cross−examination. If a party believes additional witnesses should be called to te party must identify the witness and the subject matter for his or her testimony by October 12, 2021. Kreindler & Krei ORDERED to deliver to the Court the laptop used by Fawcett to transmit the deposition transcript to Michael Isikoff, any passwords to access the laptop. If the Court determines that it is necessary, it may conduct an independent forens evaluation of the laptop at the expense of Kreindler & Kreindler. Kreindler & Kreindler is again reminded that it is a this Court's orders to destroy or tamper with evidence in this manner. The laptop shall be delivered to the Courthouse Tuesday, October 5, 2021. The Court will maintain the laptop in a secured location. (Signed by Magistrate Judge Sar on 10/4/2021) (ras) (Entered: 10/04/2021) |
| )5/2021 | 7168 | LETTER addressed to Magistrate Judge Sarah Netburn from Megan Wolfe Benett on behalf of Kreindler & Kreindle 10/05/2021 re: ECF No. 7167. Document filed by Kathleen Ashton.Filed In Associated Cases: 1:03−md−01570−GB 1:02−cv−06977−GBD−SN.(Benett, Megan) (Entered: 10/05/2021) |
| )5/2021 | 7169 | LETTER addressed to Magistrate Judge Sarah Netburn from Timothy B. Fleming dated October 5, 2021 re: Letters F Document filed by Patricia Ryan.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−SN Timothy) (Entered: 10/05/2021) |
| )5/2021 | 7170 | FINAL ORDER OF JUDGMENT ON BEHALF OF ASHTON 22 PLAINTIFFS IDENTIFIED AT EXHIBIT A: OR that service of process was effected upon Iran in accordance with 28 U.S.C. § 1608(a) for sovereign defendants; ORD final judgment is entered against Iran and on behalf of the Plaintiffs in Ashwn, as identified in the attached who are t Representatives of the estates of victims killed in the terrorist attacks on September 11, 2001, as described in Exhibit ORDERED that Plaintiffs, on behalf of the estates identified in Exhibit A, are awarded economic damages as set fort A and as supported by the expert reports and analyses submitted as Exhibit C of the Declaration of James P. Kreindle ORDERED that Plaintiffs, on behalf of the estates identified in Exhibit A, are awarded final damages judgments that economic loss listed in Exhibit A as well as compensatory damages for decedents' pain and suffering in an amount of per estate, with the final damages judgment set forth in Exhibit A; ORDERED that the Ashton Plaintiffs identified in are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 200 date of judgment; ORDERED that Plaintit1s identified in Exhibit A may submit an application for punitive damages, damages (to the extent such awards have not previously been ordered), at a later date consistent with any future rulin this Court on this issue; and it is ORDERED that the remaining Ashton Plaintiffs not appearing on Exhibit A, may su later stages applications for damages awards, and to the extent they are for solatium or by estates for compensatory d decedents' pain and suffering from the September 11, 2001 attacks, they will be approved consistent with those appro for other plaintiffs in this action, including the Plaintiffs appearing on Exhibit A. SO ORDERED. (Signed by Judge C Daniels on 10/05/2021) (ama) (Main Document 7170 replaced on 10/25/2021) (ama). (Entered: 10/05/2021) |
| )5/2021 | 7171 | MOTION for Issuance of Letters Rogatory as to National Iranian Tanker Company, National Iranian Oil Company, N Iranian Gas Company, National Iranian Petrochemical Company, Iran Airlines, Hezbollah, Ayatollah Ali Hoseini−K Estate of Ali Akbar Hashemi Rafsanjani, Deceased in Switzerland *for delivery to the Islamic Republic of Iran*. Docu by Patricia Ryan. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Memorandum of Law In Support, # 4 Text of Prop Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−SN.(Corr, Stephen) (Entered: |
| )5/2021 | 7172 | FIINAL ORDER OF JUDGMENT ON BEHALF OF ASHTON 23 PLAINTIFF IDENTIFIED AT EXHIBIT A: OR that service of process was effected upon Iran in accordance with 28 U.S.C. § 1608(a) for sovereign defendants; ORD final judgment is entered against Iran and on behalf of the Plaintiffs in Ashton, as identified in the attached Exhibit A immediate family members of an individual killed in the terrorist attacks on September 11, 2001, as described in Exh ORDERED that Plaintiff identified in Exhibit A is awarded: solatium damages in the amount as set forth in Exhibit A ORDERED that the Ashton Plaintiff identified in Exhibit A is awarded prejudgment interest of 4.96 percent per annu compounded annually, running from September 11, 2001 until the date of judgment; ORDERED that Plaintiff identif Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; a ORDERED that the remaining Ashton Plaintiffs not appearing on Exhibit A, may submit in later stages applications f awards, and to the extent they are for solatium or by estates for compensatory damages for decedents' pain and suffer the September 11, 2001 attacks, they will be approved consistent with those approved herein for the Plaintiff appeari Exhibit A. SO ORDERED. (Signed by Judge George B. Daniels on 10/05/2021) (ama) (Main Document 7172 replac 10/25/2021) (ama). (Entered: 10/05/2021) |

| | | |
|---|---|---|
| )5/2021 | 7173 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENT., Motions terminated: 6668 MOTION for Default Judgmen *Liability of Islamic Republic of Iran under 28 USC Section 1605A(c), and partial final judgments for solatium and pa suffering damages*. filed by Hugh A. Chairnoff. Upon consideration of the evidence and arguments submitted by Plai above−captioned Hugh A. Chairnoff et al. v. Islamic Republic of/ran, 1:18−cv−12370 (GBD) (SN) (the "Chairnoff (I through their Motion for (1) Judgment by Default as to Liability of the Islamic Republic of Iran pursuant to 28 U.S.C 1605A(c), and (2) Partial Final Judgments for Solatium and Pain and Suffering Damages for Certain Plaintiffs, and th filed in the above−captioned multi district litigation on May 19, 2011, July 13, 2011 and August 19, 2011, and the ev presented at the December 15, 2011 hearing on liability, together with the entire record in this case, it is hereby; ORD Chairnoff,(Plaintiffs' except Isabel Nimbley having established their claims against the Islamic Republic of Iran unde Section 1605A(c) by evidencesatisfactory to the Court and there being no just reason for delay, their Motion for Judg Default Against the Islamic Republic of Iran is hereby GRANTED and partial final judgment on liability is entered ir Chairnoff (Plaintiffs except Isabel Nimbley and against the Islamic Republic of Iran; and it is ORDERED that, there just reason for delay, partial final judgment is entered against the Islamic Republic of Iran and in favor of those Chair Plaintiffs identified in the attached Exhibit A, who are each the spouse, parent, child, or sibling ( or the estate of a par individual killed in the terrorist attacks on September 11, 2001, are awarded solatium damages of $12,500,000 per sp $8,500,000 per parent, $8,500,000 per child, and$4,250,000 per sibling as set forth in Exhibit A; and it is ORDERED Chairnoff Plaintiffs identified in the attached Exhibit A are awarded prejudgment interest on the damages hereby awa calculated at a rate of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date judgment; and it is ORDERED that, there being no just reason for delay, partial final judgment awarding compensato for decedent's pain and suffering in the amount of $2,000,000 is entered against the Islamic Republic of Iran and in fa Estate of Geoffrey E. Guja, together with prejudgment interest thereon to be calculated at a rate of 4.96 percent per an compounded annually, running from September 11, 2001 until the date of this judgment; and it is ORDERED that Pla identified in the attached Exhibit A and the Estate of Geoffrey E. Guja may submit applications for economic, punitiv damages, to the extent such awards have not previously been addressed, at a later date consistent with any future rulin Court; and it is ORDERED that Plaintiffs Angel Anderson, Aishah Anderson and Michele M. Nimbley, and Plaintiff Guja, acting on behalf of the stepchildren of decedent Geoffrey E. Guja, may submit applications for judgments for s damages at a later date. SO ORDERED. (Signed by Judge George B. Daniels on 10/5/2021) (ks) Modified on 10/5/20 (Main Document 7173 replaced on 10/26/2021) (kv). (Entered: 10/05/2021) |
| )5/2021 | 7174 | MOTION to Amend/Correct (1 in 1:19−cv−11865−GBD−SN) Complaint,,,,,,,,,,,,,,,,,,, . Document filed by August E (Attachments: # 1 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11865−GBD−SN.(Goldman, Jerry) (Entered: 10/05/2021) |
| )5/2021 | 7175 | MEMORANDUM OF LAW in Support re: (7174 in 1:03−md−01570−GBD−SN, 48 in 1:19−cv−11865−GBD−SN) M Amend/Correct (1 in 1:19−cv−11865−GBD−SN) Complaint,,,,,,,,,,,,,,,,,,, . . Document filed by August Bernaerts. Fi Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11865−GBD−SN.(Goldman, Jerry) (Entered: 10/05/2021) |
| )5/2021 | 7176 | PROPOSED ORDER. Document filed by August Bernaerts. Related Document Number: [7174, 48]..(Goldman, Jerry **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 10/05/2021) |
| )5/2021 | 7177 | MOTION to Amend/Correct (1 in 1:20−cv−09387−GBD−SN) Complaint,,,,,,,,,,,,,,,,,,, . Document filed by Jeanmarie (Attachments: # 1 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−09387−GBD−SN.(Goldman, Jerry) (Entered: 10/05/2021) |
| )5/2021 | 7178 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS: ORDERED that Anaya Plaintiffs, except Tracy Anne La individually and as Personal Representative of the Estate of Robin Blair Larkey, Nicholas Blair Larkey, Oliver Robin and William James Larkey, having established their claims against the Islamic Republic of Iran under 28 U.S.C. Sect 1605A(c) by evidence satisfactory to the Court and there being no just reason for delay, their Motion for Judgment by Against the Islamic Republic of Iran is hereby GRANTED and partial final judgment on liability is entered in favor o Plaintiffs except Tracy Anne Larkey, individually and as Personal Representative of the Estate of Robin Blair Larkey Blair Larkey, Oliver Robin Larkey, and WilliamJames Larkey and against the Islamic Republic of Iran; ORDERED t being no just reason for delay, partial final judgment is entered against the Islamic Republic of Iran and in favor of th Plaintiffs identified in the attached Exhibit A, who are each the spouse, parent, child, sibling, or the estate of a parent an individual killed in the terrorist attacks on September 11, 2001, for solatium damages of $12,500,000 per spouse, $ per parent, $8,500,000 per child, and $4,250,000 per sibling as set forth in Exhibit A; ORDERED that, there being no for delay, partial final judgment is entered against the Islamic Republic of Iran and in favor of those Anaya Plaintiffs in the attached Exhibit B, who are each the personal representative of the estate of an individual killed in the terrorist September 11, 2001, for compensatory damages for the decedent's pain and suffering in the amount of $2,000,000 as Exhibit B; ORDERED that those Anaya Plaintiffs identified in the attached Exhibits A and Bare awarded prejudgmen on the damages hereby awarded to be calculated at a rate of 4.96 percent per annum, compounded annually, running September 11, 2001 until the date of this judgment; ORDERED that Plaintiffs identified in the attached Exhibits A ar submit applications for economic, punitive or other damages, to the extent such awards have not previously been add later date consistent with any future rulings of this Court; ORDERED that Anaya Plaintiffs Donovan Lanham, Gary I and Jasmine Lanham, who are each step−children of Michael W. Lowe who was killed in the terrorist attacks on Sept 2001, may submit applications for judgments for solatium, punitive or other damages at a later date. And as set forth ORDERED. (Signed by Judge George B. Daniels on 10/05/2021) Filed In Associated Cases: 1:03−md−01570−GBD- |

| | | |
|---|---|---|
| | | 1:02−cv−06977−GBD−SN (ama) (Main Document 7178 replaced on 10/25/2021) (ks). (Entered: 10/05/2021) |
| )5/2021 | 7179 | MEMORANDUM OF LAW in Support re: (41 in 1:20−cv−09387−GBD−SN, 7177 in 1:03−md−01570−GBD−SN) I Amend/Correct (1 in 1:20−cv−09387−GBD−SN) Complaint,,,,,,,,,,,,,,,,,, . . Document filed by Jeanmarie Hargrave. I Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−09387−GBD−SN.(Goldman, Jerry) (Entered: 10/05/2021) |
| )5/2021 | 7180 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF ARIAS PLAINTIFFS IDENTIFIED A' A: ORDERED that service of process was effected upon The Islamic Republic of Iran in accordance with 28 U.S.C. { for sovereign defendants; ORDERED that partial final judgment is entered against the Iran Defendants and on behalf Plaintiffs in Arias. et al. v. The Islamic Republic of Iran, et al., Case No. 19−cv−41 (GBD)(SN), as identified in the a Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of indiv killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A, and it is ORDERED that Plaintiffs ide Exhibit A are awarded: solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, ar $4,250,000 per sibling, as set forth in Exhibit A. ORDERED that Plaintiffs identified in Exhibit A are awarded prejuc interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date ofjudgmer ORDERED that Plaintiffs identified in Exhibit A may submit an application for punitive damages, economic damage damages (to the extent such awards have not previously been ordered) at a later date consistent with any future ruling this Court on this issue, and it is ORDERED that the remaining Arias Plaintiffs not appearing on Exhibit A, may subı stages applications for damages awards, and to the extent they are for solatium or by estates for compensatory damag decedents pain and suffering from the September 11 attacks, they will be approved consistent with those approved he Plaintiffs appearing on Exhibit A. And as set forth herein. SO ORDERED. (Signed by Judge George B. Daniels on 1( (ama) (Main Document 7180 replaced on 10/25/2021) (ama). (Entered: 10/05/2021) |
| )5/2021 | 7181 | PROPOSED ORDER. Document filed by Jeanmarie Hargrave. Related Document Number: [7177, 41]..(Goldman, Je **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 10/05/2021) |
| )5/2021 | 7182 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF PRIOR PLAINTIFFS IDENTIFIED A' A: ORDERED that service of process was effected upon The Islamic Republic of Iran in accordance with 28 U.S.C. { for sovereign defendants; ORDERED that partial final judgment is entered against the Iran Defendants and on behalf Plaintiffs in Prior, et al. v. The Islamic Republic of Iran, et al., Case No. 19−cv−44 (GBD)(SN), as identified in the at Exhibit A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of indiv killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A, and it is ORDERED that Plaintiffs ide Exhibit A are awarded: solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, ar $4,250,000 per sibling,as set forth in Exhibit A; and it is ORDERED that Plaintiffs identified in Exhibit A are awarde prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the da ofjudgment; and it is ORDERED that Plaintiffs identified in Exhibit A may submit an application for punitive damag economic damages, or other damages (to the extent such awards have not previously been ordered) at a later date con any future rulings made by this Court on this issue, and it is ORDERED that the remaining Prior Plaintiffs not appear Exhibit A, may submit in later stages applications for damages awards, and to the extent they are for solatium or by e compensatory damages' for decedents pain and suffering from the September 11 attacks, they will be approved consis those approved herein for the Plaintiffs appearing on Exhibit A. And as set forth herein. SO ORDERED. (Signed by J George B. Daniels on 10/05/2021) (ama) (Main Document 7182 replaced on 10/25/2021) (ks). (Main Document 718: on 11/29/2021) (ama). (Entered: 10/05/2021) |
| )5/2021 | 7183 | MOTION to Amend/Correct (1 in 1:18−cv−12277−GBD−SN) Complaint,,,,,,,,,,,,,,, . Document filed by Marinella H (Attachments: # 1 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN.(Goldman, Jerry) (Entered: 10/05/2021) |
| )5/2021 | 7184 | MEMORANDUM OF LAW in Support re: (115 in 1:18−cv−12277−GBD−SN, 7183 in 1:03−md−01570−GBD−SN) to Amend/Correct (1 in 1:18−cv−12277−GBD−SN) Complaint,,,,,,,,,,,,,,, . . Document filed by Marinella Hemenway Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN.(Goldman, Jerry) (Entered: 10/05/2021) |
| )5/2021 | 7185 | PROPOSED ORDER. Document filed by Marinella Hemenway. Related Document Number: [7183, 115]..(Goldman **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 10/05/2021) |
| )5/2021 | 7186 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS FOR CLOUD PLAINTIFFS IDENTIFIED AT EXHIBIT B: ORDERED that the Motion is granted and that default judgment as to liability is entered in favor of all Cloud Plai 28 US.C. § 1605A and against the Islamic Republic of Iran; and it is ORDERED that partial final judgment is enterec Iran and on behalf of the Cloud Plaintiffs under 28 U.S.C. § 1605A as identified in the attached Exhibit A, who are ea spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of individualskilled as a result of tl attacks on September 11, 2001, as indicated in Exhibit A; and ORDERED that the Cloud Plaintiffs identified in Exhil awarded partial solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,25 sibling, as set forth in Exhibit A; ORDERED that partial final judgment is entered against Iran and on behalf of the C plaintiffs as identified in the attached Exhibit B, who are each the estate of a victim killed as a result of the terrorist at September 11, 2001, as indicated in Exhibit B; and it is ORDERED that the Cloud Plaintiffs identified in Exhibit B a partial compensatory damages for decedents' pain and suffering in an amount of $2,000,000 per estate, as set forth in ORDERED that the Cloud Plaintiffs identified in Exhibits A and B are awarded prejudgment interest of 4.96 percent |

| | | |
|---|---|---|
| | | compounded annually, running from September 11, 2001 until the date of judgment; and it is ORDERED that the Cl Plaintiffs identified in Exhibits A and B may submit an application for punitive damages, economic damages, or othe (to the extent such awards have not previously been ordered) at a later date consistent with any future rulings made b on this issue. SO ORDERED. (Signed by Judge George B. Daniels on 10/05/2021) (ama) (Main Document 7186 repl 10/25/2021) (ama). (Entered: 10/05/2021) |
| )5/2021 | 7187 | MOTION to Amend/Correct (1 in 1:18−cv−11876−GBD−SN) Complaint,,,,,,,,,,,,,,,,,,,,,, . Document filed by Mauree Moody−Theinert. (Attachments: # 1 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11876−GBD−SN.(Goldman, Jerry) (Entered: 10/05/2021) |
| )5/2021 | 7188 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF BURNETT/IRAN PLAINTIFFS IDEN EXHIBITS A AND B: ORDERED that service of process was effected upon the Iran Defendants in accordance with 1608(a) for sovereign defendants and 28 U.S.C. § 1608(b) for agencies and instrumentalities of sovereign defendants ORDERED that partial final judgment is entered against the Iran Defendants and on behalf of the Plaintiffs in Thoma Sr., et al. v. The Islamic Republic of Iran, et al., Case No. 15−cv−9903 (GBD)(SN), as identified in the attached Exhi are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of individuals killed in t attacks on September 11, 2001, as indicated in Exhibit A, and it is ORDERED that Plaintiffs identified in Exhibit A a solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per siblin forth in Exhibit A; and it is ORDERED that partial final judgment is entered against the Iran Defendants and on beha Plaintiffs in Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al., Case No. 15− cv−9903 (GBD)(SN), as in the attached Exhibit B, who are each the estate of a victim of the terrorist attacks on September 11, 2001, as indica Exhibit B, and it is ORDERED that Plaintiffs identified in Exhibit B are awarded: compensatory damages for decede and suffering in an amount of $2,000,000 per estate, as set forth in Exhibit B (to the extent not previously so awarded ORDERED that Plaintiffs identified in the expert reports attached as Exhibit C to the Declaration of John M. Eubank March 2, 2021 (and identified in Exhibit B), are awarded economic damages as set forth in Exhibit B and as supporte expert reports and analyses submitted as Exhibit C of the Eubanks Declaration, and it is ORDERED that Plaintiffs id Exhibits A and Bare awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from S 11, 2001 until the date of judgment; And as set forth herein. SO ORDERED. (Signed by Judge George B. Daniels on 10/05/2021) (ama) (Main Document 7188 replaced on 10/25/2021) (ama). (Main Document 7188 replaced on 11/29/ (ama). (Entered: 10/05/2021) |
| )5/2021 | 7189 | MEMORANDUM OF LAW in Support re: (7187 in 1:03−md−01570−GBD−SN, 98 in 1:18−cv−11876−GBD−SN) Amend/Correct (1 in 1:18−cv−11876−GBD−SN) Complaint,,,,,,,,,,,,,,,,,,,,,, . . Document filed by Maureen Moody−T Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11876−GBD−SN.(Goldman, Jerry) (Entered: 10/0 |
| )5/2021 | 7190 | FINAL ORDER OF JUDGMENT ON BEHALF OF ASHTON 21 PLAINTIFFS IDENTIFIED AT EXHIBIT A: It i ORDERED that service of process was effected upon Iran in accordance with 28 U.S.C. § 1608(a) for sovereign def 28 U.S.C. § 1608(b) for agencies and instrumentalities of sovereign defendants; ORDERED that final judgment is en against Iran and on behalf of the Plaintiffs in Ashton, as identified in the attached Exhibits A−1 and A−2, who are ea immediate family member of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A−2, and it is ORDERED that Plaintiffs identified in Exhibits A−1 and A−2 are awarded: solatium damages in the a forth in Exhibits A−1 and A−2; and it is ORDERED that the Ashton Plaintiffs identified in Exhibits A−1 and A−2 ar prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the d judgment; and it is ORDERED that Plaintiffs identified in Exhibits A−1 and A−2 may submit an application for puni damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a late consistent with any future rulings made by this Court on this issue, and it is ORDERED that the remaining Ashton P appearing on Exhibits A−1 or A−2, may submit in later stages applications for damages awards, and to the extent the solatium or by estates for compensatory damages for decedents pain and suffering from the September 11 attacks, the approved consistent with those approved herein for the Plaintiffs appearing on Exhibits A−1 and A−2. SO ORDERE by Judge George B. Daniels on 10/5/2021) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977− (ks) (Main Document 7190 replaced on 10/25/2021) (ama). (Entered: 10/05/2021) |
| )5/2021 | 7191 | PROPOSED ORDER. Document filed by Maureen Moody−Theinert. Related Document Number: [7187, 98]..(Gold **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 10/05/2021) |
| )5/2021 | 7192 | MOTION to Amend/Correct (5 in 1:18−cv−05331−GBD−SN) Complaint,,,, . Document filed by Laurence Schlissel. (Attachments: # 1 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05331−GBD−SN.(Goldman, Jerry) (Entered: 10/05/2021) |
| )5/2021 | 7193 | MEMORANDUM OF LAW in Support re: (7192 in 1:03−md−01570−GBD−SN, 143 in 1:18−cv−05331−GBD−SN) to Amend/Correct (5 in 1:18−cv−05331−GBD−SN) Complaint,,,, . . Document filed by Laurence Schlissel. Filed In Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05331−GBD−SN.(Goldman, Jerry) (Entered: 10/05/2021) |
| )5/2021 | 7194 | PROPOSED ORDER. Document filed by Laurence Schlissel. Related Document Number: [7192, 143]..(Goldman, J **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 10/05/2021) |

| | | |
|---|---|---|
| )5/2021 | 7195 | MOTION to Substitute Party. Old Party: Mario Truglio, as the Personal Representative of the Estate of Michael Mart and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Marti, New Party: Marti as Personal Representative of the Estate of Michael Marti, deceased, and on behalf of all survivors and all legal beneficiaries and family members of Michael Marti . Document filed by Paul Asaro, Philip Asaro, Phillip Asaro. (Att # 1 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−10460−GBD−SN.(Gol Jerry) (Entered: 10/05/2021) |
| )5/2021 | 7196 | PROPOSED ORDER. Document filed by Paul Asaro, Philip Asaro, Phillip Asaro. Related Document Number: [7195 43]..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** Modified on 10/6/2021 (km). (Enter 10/05/2021) |
| )5/2021 | 7197 | MOTION to Substitute Party. Old Party: Selena Cherry− Daniel as Personal Representative of the Estate of Ryan Ch deceased, the late child of Vernon P. Cherry, New Party: JoAnne Cherry as Personal Representative of the Estate of I Cherry, deceased, the late child of Vernon P. Cherry . Document filed by Lloyd Abel, Lloyd Abel, Sr. (Attachments: Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11837−GBD−SN.(Goldman, Jerry 10/05/2021) |
| )5/2021 | 7198 | PROPOSED ORDER. Document filed by Lloyd Abel, Lloyd Abel, Lloyd Abel, Sr. Related Document Number: [719 120]..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** Modified on 10/6/2021 (km). (Ente 10/05/2021) |
| )5/2021 | 7199 | MOTION to Substitute Party. Old Party: Elena Bocchi as Personal Representative of the Estate of Camillo Bocchi, de late parent of John Bocchi, John Doe 86, being intended to designate the Personal Representative of the Estate of We Faulkner, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not be appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/ has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally beneficiaries and family members of Wendy Faulkner, Lucy Aita, as the Personal Representative of the Estate of Pau deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Paul Innella, Nev Ann Bocchi− Schwimmer as Personal Representative of the Estate of Camillo Bocchi, deceased, the late parent of Jo Lynn A. Faulkner as Personal Representative of the Estate of Wendy Faulkner, deceased, and on behalf of all surviv legally entitled beneficiaries and family members of Wendy Faulkner, Maria Rich as Personal Representative of the I Paul Innella, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Pau Document filed by Ber Barry Aron. (Attachments: # 1 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−09376−GBD−SN.(Goldman, Jerry) (Entered: 10/05/2021) |
| )5/2021 | 7200 | PROPOSED ORDER. Document filed by Ber Barry Aron. Related Document Number: [7199, 41]..(Goldman, Jerry) **Order to be reviewed by Clerk's Office staff.** (Entered: 10/05/2021) |
| )5/2021 | 7201 | MOTION to Substitute Party. Old Party: Patricia Gullickson as Personal Representative of the Estate of Robert Gulli deceased, the late parent of Joseph Gullickson, Erin Murray as Personal Representative of the Estate of Kevin T. Hug deceased, the late sibling of Thomas F. Hughes, Jr., New Party: Ralph Gullickson and Patricia Byrne as Co−Personal Representatives of the Estate of Robert Gullickson, Sr., deceased, the late parent of Joseph Gullickson, Kathleen Crer Personal Representative of the Estate of Kevin T. Hughes, deceased, the late sibling of Thomas F. Hughes, Jr. . Docu by BNY Mellon. (Attachments: # 1 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11767−GBD−SN.(Goldman, Jerry) (Entered: 10/05/2021) |
| )5/2021 | 7202 | PROPOSED ORDER. Document filed by BNY Mellon. Related Document Number: [7201, 52]..(Goldman, Jerry) **Pr Order to be reviewed by Clerk's Office staff.** (Entered: 10/05/2021) |
| )5/2021 | 7203 | MOTION to Substitute Party. Old Party: Henry Karczewski, individually, as surviving parent of Charles Henry Karc Bruce Mariani, as Personal Representative of the Estate of Hazel Lillian Mariani, deceased, the late parent of Louis M Mariani, Miriam Roman, individually, as surviving sibling of Diana O'Connor, New Party: Donna A. Cavanaugh as F Representative of the Estate of Henry Karczewski, deceased, the late parent of Charles Henry Karczewski, Jeffrey A. Esq. as Personal Representative of the Estate of Hazel Lillian Mariani, deceased, the late parent of Louis Mariani, Pe as Personal Representative of the Estate of Miriam Roman, deceased, the late sibling of Diana O'Connor . Document Deborah Bodner. (Attachments: # 1 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11776−GBD−SN.(Goldman, Jerry) (Entered: 10/05/2021) |
| )5/2021 | 7204 | PROPOSED ORDER. Document filed by Deborah Bodner. Related Document Number: [7203, 52]..(Goldman, Jerry **Order to be reviewed by Clerk's Office staff.** (Entered: 10/05/2021) |
| )5/2021 | 7205 | MOTION to Substitute Party. Old Party: Raysa Rodriguez, as the Personal Representative of the Estate of Esmerlin S deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Esmerlin Salced Party: Matilde Salcedo as Personal Representative of the Estate of Esmerlin Salcedo, deceased, and on behalf of all s and all legally entitled beneficiaries and family members of Esmerlin Salcedo . Document filed by Jeanmarie Hargra (Attachments: # 1 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−09387−GBD−SN.(Goldman, Jerry) (Entered: 10/05/2021) |

| | | |
|---|---|---|
| )5/2021 | 7206 | PROPOSED ORDER. Document filed by Jeanmarie Hargrave. Related Document Number: [7205, 44]..(Goldman, Je **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 10/05/2021) |
| )5/2021 | 7207 | MOTION to Substitute Party. Old Party: Jane Doe 42, being intended to designate the Personal Representative of the Philip D. Miller, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or ha duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all entitled beneficiaries and family members of Philip D. Miller, Jane Doe 42, being intended to designate the Personal Representative of the Estate of Philip D. Miller, deceased, said name being fictitious, her/his true name is not present confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) ar of all survivors and all legally entitled beneficiaries and family members of Philip D. Miller, John Doe 48, being inter designate the Personal Representative of the Estate of John Rhodes, deceased, said name being fictitious, her/his true presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not y appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of John Rhodes, N Arlene Miller as the Co− Personal Representative of the Estate of Philip D. Miller, deceased, and on behalf of all surv all legally entitled beneficiaries and family members of Philip D. Miller, Sheryl Miller Bechor as the Co−Personal Representative of the Estate of Philip D. Miller, deceased, and on behalf of all survivors and all legally entitled benef family members of Philip D. Miller, Linda Rhodes as Personal Representative of the Estate of John Rhodes, deceased behalf of all survivors and all legally entitled beneficiaries and family members of John Rhodes . Document filed by Hemenway. (Attachments: # 1 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN.(Goldman, Jerry) (Entered: 10/05/2021) |
| )5/2021 | 7208 | PROPOSED ORDER. Document filed by Marinella Hemenway. Related Document Number: [7207, 118]..(Goldman **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 10/05/2021) |
| )6/2021 | 7209 | MOTION to Substitute Party. Old Party: Chang Don Kim as Personal Representative of the Estate of Soh Ryang Kim the late parent of Lawrence Don Kim, Anne Marie Hartney as Personal Representative of the Estate of Margaret Cole deceased, the late parent of Sean B. Fegan, William H. Taylor, III as Personal Representative of the Estate of Anne T deceased, the late parent of John Roger Fisher, New Party: Catherine Fleming as Personal Representative of the Estat Ryang Kim, deceased, the late parent of Lawrence Don Kim, Peter Fegan as Personal Representative of the Estate of Colette Fegan, deceased, the late parent of Sean B. Fegan, Catherine Chiola as Personal Representative of the Estate Fisher, deceased, the late parent of John Roger Fisher . Document filed by Chang Kim. (Attachments: # 1 Text of Pro Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11870−GBD−SN.(Goldman, Jerry) (Entered 10/06/2021) |
| )6/2021 | 7210 | PROPOSED ORDER. Document filed by Chang Kim. Related Document Number: [7209, 122]..(Goldman, Jerry) **Pr Order to be reviewed by Clerk's Office staff.** (Entered: 10/06/2021) |
| )6/2021 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 7202 Proposed Order 7191 Pro Order 7185 Proposed Order 7204 Proposed Order 7206 Proposed Order 7181 Proposed Order 7194 Proposed 7210 Proposed Order 7208 Proposed Order 7198 Proposed Order 7176 Proposed Order 7200 Proposed Order Proposed Order was reviewed and approved as to form. (km)** (Entered: 10/06/2021) |
| )6/2021 | 7211 | NOTICE of Iran Notice of Amendment re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by Daniel Gordon Aamoth. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12276−GBD−SN.(Goldman, Jerr 10/06/2021) |
| )6/2021 | 7212 | NOTICE of Iran Notice of Amendment re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by Jennifer Lloyd Abel, Lloyd Abel, Sr. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11837−GBD−SN.(Go Jerry) (Entered: 10/06/2021) |
| )6/2021 | 7213 | NOTICE of Iran Notice of Amendment re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by Murphy Audrey Ades. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−07306−GBD−SN.(Goldman, Jerry) ( 10/06/2021) |
| )6/2021 | 7214 | NOTICE of Iran Notice of Amendment re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by Suzanne Paul Asaro, Philip Asaro. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−10460−GBD−SN.(Goldm (Entered: 10/06/2021) |
| )6/2021 | 7215 | LETTER MOTION for Discovery addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated Octo 2021. Document filed by Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Kellogg, Michael) 10/06/2021) |
| )6/2021 | 7216 | NOTICE of Iran Notice of Amendment re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by Garland Alexander Jimenez. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11875−GBD−SN.(Goldman, J (Entered: 10/06/2021) |

| | | |
|---|---|---|
| )6/2021 | 7217 | NOTICE of Iran Notice of Amendment re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by James S Cheryl Rivelli. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN.(Goldman, Jerry) 10/06/2021) |
| )6/2021 | 7218 | NOTICE of Iran Notice of Amendment re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by Christo Chang Kim. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11870−GBD−SN.(Goldman, Jerry) (E 10/06/2021) |
| )6/2021 | 7219 | NOTICE of Iran Notice of Amendment re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by Nelson Robert Rawlston White, Matthew Rowenhorst. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12387−GBD−SN.(Goldman, Jerry) (Entered: 10/06/2021) |
| )6/2021 | 7220 | NOTICE of Iran Notice of Amendment re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by Shanno Personal Representative of the Estate of Joyce Moran, deceased, the late spouse of Gerard Moran), Shannon Moran(a Representative of the Estate of Dane Moran, deceased, the late child of Gerard Moran), Maureen Moody−Theinert. F Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11876−GBD−SN.(Goldman, Jerry) (Entered: 10/06/2021) |
| )6/2021 | 7221 | ORDER granting (7171) Motion for Issuance of Letters Rogatory in case 1:03−md−01570−GBD−SN; granting (59) Issuance of Letters Rogatory in case 1:20−cv−00266−GBD−SN. The plaintiffs in Ryan et al. v. Iran et al., No. 20−cv (GBD)(SN) (Jan. 10. 2020) move for the issuance of Letters Rogatory to the Islamic Republic of Iran. ECF No. 7171 motion is GRANTED. The Court respectfully directs the Clerk of the Court to issue Letters Rogatory directed to the Republic of Iran, substantially similar in form to those attached as EXHIBIT A to the Plaintiffs' Motion (ECF No. 71 requesting assistance in serving the Complaint in this matter and the necessary accompanying documents, upon the fo defendants: (1) National Iranian Tanker Corporation; (2) National Iranian Oil Corporation; (3) National Iranian Gas (4) National Iranian Petrochemical Company; (5) Iran Airlines; (6) Hezbollah, (7) Ayatollah Ali Khamenei, Supreme Iran; and (8) the Estate of Akbar Hashemi Rafsanjani, former Chairman of the Expediency Discernment Counsel and President of Iran. The Letters Rogatory and the accompanying legal documents, including any translations, related to Complaint in this case shall be transmitted to the U.S. Department of State for delivery to the appropriate judicial aut the Islamic Republic of Iran, pursuant to §1608(b)(3)(A). (Signed by Magistrate Judge Sarah Netburn on 10/6/2021) Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−SN. (ras) Transmission to Orders and Judgme for processing. (Entered: 10/06/2021) |
| )7/2021 | 7222 | NOTICE of Iran Notice of Amendment re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by Loren S Ashley Faulkner, Lynn Faulkner, Victoria Jones, Ber Barry Aron. Filed In Associated Cases: 1:03−md−01570−GBD 1:20−cv−09376−GBD−SN.(Goldman, Jerry) (Entered: 10/07/2021) |
| )7/2021 | 7223 | NOTICE of Iran Notice of Amendment re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by Chin Y Ernest LaRoche, William Grigonis, Horace Morris. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN.(Goldman, Jerry) (Entered: 10/07/2021) |
| )7/2021 | 7224 | NOTICE of Iran Notice of Amendment re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by Elizabe Murphy(individually, as surviving sibling of Mary Catherine Boffa), Elizabeth Murphy(as the Co−Personal Represen the Estate of Mary Catherine Boffa, deceased, and on behalf of all survivors and all legally entitled beneficiaries and members of Mary Catherine Boffa), Cristal Barragan, Katherin Pleitez, August Bernaerts. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11865−GBD−SN.(Goldman, Jerry) (Entered: 10/07/2021) |
| )7/2021 | 7225 | ORDER granting (7174) Motion to Amend/Correct (7174 in 1:03−md−01570−GBD−SN, 48 in 1:19−cv−11865−GB MOTION to Amend/Correct (1 in 1:19−cv−11865−GBD−SN) Complaint in case 1:03−md−01570−GBD−SN; granti Motion to Amend/Correct (7174 in 1:03−md−01570−GBD−SN, 48 in 1:19−cv−11865−GBD−SN) MOTION to Ame (1 in 1:19−cv−11865−GBD−SN) Complaint in case 1:19−cv−11865−GBD−SN. (HEREBY ORDERED by Magistra Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11865−GBD−S (Entered: 10/07/2021) |
| )7/2021 | 7226 | NOTICE OF APPEARANCE by Emily Bab Kirsch on behalf of Kreindler & Kreindler LLP..(Kirsch, Emily) (Entere 10/07/2021) |
| )7/2021 | 7227 | NOTICE of Iran Notice of Amendment re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by Matthe Robertson, Michael Robertson, Madison Robertson, Kevin Robertson, John Robertson, Jeanmarie Hargrave. Filed In Cases: 1:03−md−01570−GBD−SN, 1:20−cv−09387−GBD−SN.(Goldman, Jerry) (Entered: 10/07/2021) |
| )7/2021 | 7228 | LETTER addressed to Magistrate Judge Sarah Netburn from Emily Kirsch dated October 7, 2021 re: Discovery Requ Kreindler. Document filed by Kreindler & Kreindler LLP..(Kirsch, Emily) (Entered: 10/07/2021) |
| )7/2021 | 7229 | ORDER granting (7177) Motion to Amend/Correct (7177 in 1:03−md−01570−GBD−SN, 41 in 1:20−cv−09387−GB MOTION to Amend/Correct (1 in 1:20−cv−09387−GBD−SN) Complaint in case 1:03−md−01570−GBD−SN; granti Motion to Amend/Correct (7177 in 1:03−md−01570−GBD−SN, 41 in 1:20−cv−09387−GBD−SN) MOTION to Ame (1 in 1:20−cv−09387−GBD−SN) Complaint in case 1:20−cv−09387−GBD−SN. (HEREBY ORDERED by Magistra Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−09387−GBD−S |

| | | |
|---|---|---|
| | | (Entered: 10/07/2021) |
| )7/2021 | 7230 | ORDER granting (7183) Motion to Amend/Correct (7183 in 1:03−md−01570−GBD−SN, 115 in 1:18−cv−12277−GI MOTION to Amend/Correct (1 in 1:18−cv−12277−GBD−SN) Complaint in case 1:03−md−01570−GBD−SN; granti Motion to Amend/Correct (7183 in 1:03−md−01570−GBD−SN, 115 in 1:18−cv−12277−GBD−SN) MOTION to Amend/Correct (1 in 1:18−cv−12277−GBD−SN) Complaint in case 1:18−cv−12277−GBD−SN. (HEREBY ORDER Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN. (ras) (Entered: 10/07/2021) |
| )7/2021 | 7231 | NOTICE of Iran Notice of Amendment re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by Sheri L Peter Snik, Deborah Malek, Linda Rhodes, Marinella Hemenway. Filed In Associated Cases: 1:03−md−01570−GBD 1:18−cv−12277−GBD−SN.(Goldman, Jerry) (Entered: 10/07/2021) |
| )7/2021 | 7232 | ORDER granting (7187) Motion to Amend/Correct (7187 in 1:03−md−01570−GBD−SN, 98 in 1:18−cv−11876−GBI MOTION to Amend/Correct (1 in 1:18−cv−11876−GBD−SN) Complaint in case 1:03−md−01570−GBD−SN; granti Motion to Amend/Correct (7187 in 1:03−md−01570−GBD−SN, 98 in 1:18−cv−11876−GBD−SN) MOTION to Ame (1 in 1:18−cv−11876−GBD−SN) Complaint in case 1:18−cv−11876−GBD−SN. (HEREBY ORDERED by Magistrat Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11876−GBD−SI (Entered: 10/07/2021) |
| )7/2021 | 7233 | NOTICE of Iran Notice of Amendment re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by Edu Un Itauma Ette(as Personal Representative of the Estate of Sunday Itauma Ette, deceased, the late parent of Sadie Ette), I Ette(as Personal Representative of the Estate of Ekaette Ette, deceased, the late parent of Sadie Ette), Stephen Feely, Matthew Dorsey, Andy Jean−Pierre, Rachel Jean−Pierre, Anjunelly Jean−Pierre, Ajax Jean−Pierre, Jr, Jessica Derub Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05306−GBD−SN.(Goldman, Jerry) (Entered: 10/07/2021) |
| )7/2021 | 7234 | ORDER: The Kingdom of Saudi Arabia has moved for John Fawcett and Kreindler & Kreindler to produce materials the breach of the protective orders in advance of the evidentiary hearing on October 21, 2021. ECF No. 7215. The Co review of Saudi Arabia's motion suggests that much of the discovery sought will likely be relevant to the evidentiary though some demands appear overbroad. Additionally, it appears that these requests may moot the Court's pending or John Fawcett to produce his laptop to the Court. Accordingly, the Court ORDERS the parties to meet and confer to d a course of discovery can be agreed on. If the parties reach an agreement, they shall file a joint status letter indicating October 8, 2021. If not, then opposition to Saudi Arabia's motion shall be due by October 8, 2021, with any reply due October 11, 2021. The Court's order to produce John Fawcett's laptop at ECF No. 7167 is STAYED pending further a the Court. As of this Order, that laptop has not been produced. If the parties reach an agreement on the appropriate co discovery, then the Court may vacate its order to produce this laptop. If the parties are unable to agree upon appropria discovery, the Court will consider sanctions to compel compliance with the Court's order. Kreindler & Kreindler is O to provide a copy of this Order to Mr. Fawcett and file confirmation that they have done so by October 8. Parties, inc Fawcett, are once again reminded of their continuing obligation to preserve all materials relevant to this evidentiary h (Signed by Magistrate Judge Sarah Netburn on 10/7/2021) (ras) (Entered: 10/07/2021) |
| )7/2021 | 7235 | ORDER granting (7192) Motion to Amend/Correct (7192 in 1:03−md−01570−GBD−SN, 143 in 1:18−cv−05331−GI MOTION to Amend/Correct (5 in 1:18−cv−05331−GBD−SN) Complaint in case 1:03−md−01570−GBD−SN; granti Motion to Amend/Correct (7192 in 1:03−md−01570−GBD−SN, 143 in 1:18−cv−05331−GBD−SN) MOTION to Amend/Correct (5 in 1:18−cv−05331−GBD−SN) Complaint in case 1:18−cv−05331−GBD−SN. (HEREBY ORDER Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05331−GBD−SN. (ras) (Entered: 10/07/2021) |
| )7/2021 | 7236 | ORDER granting (7195) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; granting (43) Motion to Sub Party in case 1:20−cv−10460−GBD−SN. The individual listed on Exhibit A to the Motion shall be substituted into th case. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−10460−GBD−SN. (ras) (Entered: 10/07/2021) |
| )7/2021 | | LETTERS ROGATORY,ISSUED October 7, 2021, Doc.# 59 in 20cv266 and Doc.#7171 in 03 MD 1570, as to Natic Tanker Company, National Iranian Oil Company, National Iranian Gas Company, National Iranian Petrochemical Co Iran Airlines, Hezbollah, Ayatollah Ali Hoeseini−Khamenei, and Estate of Ali Akbar Hashemi Rafsanjani, Deceased Republic of Iran. Documents mailed October 7, 2021, to Stephen A. Corr, Begley, Carlin & Mandio, LLP 680 Middl Langhorne, PA 19047−0308 Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−SN.(dt) 10/07/2021) |
| )7/2021 | 7237 | ORDER granting (7197) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; granting (120) Motion to Su Party in case 1:18−cv−11837−GBD−SN. The individual listed on Exhibit A to the Motion shall be substituted into th case. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11837−GBD−SN. (ras) (Entered: 10/07/2021) |
| )7/2021 | 7238 | ORDER granting (7199) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; granting (41) Motion to Sub Party in case 1:20−cv−09376−GBD−SN. The individuals listed on Exhibit A to the Motion shall be substituted into tl |

| | | |
|---|---|---|
| | | case. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−09376−GBD−SN. (ras) (Entered: 10/07/2021) |
| )7/2021 | 7239 | ORDER granting (7201) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; granting (52) Motion to Sub Party in case 1:19−cv−11767−GBD−SN. The individuals listed on Exhibit A to the Motion shall be substituted into tl Mellon case. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Case 1:03−md−01570−GBD−SN, 1:19−cv−11767−GBD−SN. (ras) (Entered: 10/07/2021) |
| )7/2021 | 7240 | ORDER granting (7203) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; granting (52) Motion to Sub Party in case 1:19−cv−11776−GBD−SN. The individuals listed on Exhibit A to the Motion shall be substituted into tl case. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11776−GBD−SN. (ras) (Entered: 10/07/2021) |
| )7/2021 | 7241 | ORDER granting (7205) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; granting (44) Motion to Sub Party in case 1:20−cv−09387−GBD−SN. The individual listed on Exhibit A to the Motion shall be substituted into th case. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−09387−GBD−SN. (ras) (Entered: 10/07/2021) |
| )7/2021 | 7242 | ORDER granting (7207) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; granting (118) Motion to Su Party in case 1:18−cv−12277−GBD−SN. The individual listed on Exhibit A to the Motion shall be substituted into th Hemenway case. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN. (ras) (Entered: 10/07/2021) |
| )7/2021 | 7243 | ORDER granting (7209) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; granting (122) Motion to Su Party in case 1:18−cv−11870−GBD−SN. The individual listed on Exhibit A to the Motion shall be substituted into th (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11870−GBD−SN. (ras) (Entered: 10/07/2021) |
| )7/2021 | 7244 | LETTER MOTION for Oral Argument *on Plaintiffs' Motion to Compel the Production of Documents from Defendan Bank [ECF Nos.6996,7086,7164]* addressed to Magistrate Judge Sarah Netburn from Nicole Erb dated October 7, 20 Document filed by Al Rajhi Bank..(Erb, Nicole) (Entered: 10/07/2021) |
| )8/2021 | 7245 | NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, tl plaintiff(s) and or their counsel(s), hereby give notice that the above−captioned action is voluntarily dismissed, witho against the defendant(s) Kingdom of Saudi Arabia. Document filed by Daniel Higgins. **Proposed document to be re and processed by Clerk's Office staff (No action required by chambers).**. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:17−cv−02003−GBD−SN, 1:18−cv−11525−GBD−SN.(Kreindler, James) (Entered: 10 |
| )8/2021 | | *****NOTICE TO COURT REGARDING NOTICE OF VOLUNTARY DISMISSAL Document No. (209 in 1:17−cv−02003−GBD−SN, 7245 in 1:03−md−01570−GBD−SN, 27 in 1:18−cv−11525−GBD−SN) Notice of Volu Dismissal, was reviewed and referred to Judge George B. Daniels for approval for the following reason(s): the filed their voluntary dismissal and it did not dismiss all of the parties or the action in its entirety. Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:17−cv−02003−GBD−SN, 1:18−cv−11525−GBD−SN(dt)** (Entered: 10/08/20 |
| )8/2021 | 7246 | NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, tl plaintiff(s) and or their counsel(s), hereby give notice that the above−captioned action is voluntarily dismissed, witho against the defendant(s) Kingdom of Saudi Arabia. Document filed by Sally Spinosa. **Proposed document to be rev processed by Clerk's Office staff (No action required by chambers).**. Filed In Associated Cases: 1:03−md−01570 1:17−cv−02003−GBD−SN.(Kreindler, James) (Entered: 10/08/2021) |
| )8/2021 | 7247 | LETTER addressed to Judge George B. Daniels from Plaintiffs' Executive Committees dated October 8, 2021 re: The judgments entered by the Court on October 5, 2021. Document filed by Plaintiffs Executive Committees.Filed In Ass Cases: 1:03−md−01570−GBD−SN et al..(Eubanks, John) (Entered: 10/08/2021) |
| )8/2021 | | *****NOTICE TO COURT REGARDING NOTICE OF VOLUNTARY DISMISSAL Document No. (210 in 1:17−cv−02003−GBD−SN, 7246 in 1:03−md−01570−GBD−SN) Notice of Voluntary Dismissal, was reviewed ar to Judge George B. Daniels for approval for the following reason(s): the plaintiff(s) filed their voluntary dismis did not dismiss all of the parties or the action in its entirety. Filed In Associated Cases: 1:03−md−01570−GBD− 1:17−cv−02003−GBD−SN(dt)** (Entered: 10/08/2021) |
| )8/2021 | 7248 | MEMO ENDORSEMENT on re: 7228 Letter filed by Kreindler & Kreindler LLP. ENDORSEMENT: Kreindler & K request is GRANTED. Kreindler & Kreindler shall file any opposition by October 12, 2021. Saudi Arabia shall file a October 14, 2021. (Signed by Magistrate Judge Sarah Netburn on 10/8/2021) (ras) (Entered: 10/08/2021) |
| )8/2021 | 7249 | ORDER: On July 15, 2021, 49 plaintiffs in Burnett, et al. v. The Islamic Republic of Iran, et al., No. 15−cv−9903 (Gl (Dec. 18, 2015), filed the twenty−fourth motion for partial final default judgments for solatium, compensatory damag economic damages in that action. ECF No. 6951. The Court has begun its review of the plaintiffs' motion and has bee locate four parties in the case caption or in any complaint or amendment associated with Burnett: Denise Eileen McD |

| | | |
|---|---|---|
| | | Kathleen Elizabeth Comer, Paolo Pesce, and Christopher Barnes Reinig. The Burnett Plaintiffs shall file a letter by O 2021, indicated whether these parties have been added to this matter, and if so, listing the complaint or amendment th them. (Signed by Magistrate Judge Sarah Netburn on 10/8/2021) Filed In Associated Cases: 1:03−md−01570−GBD− 1:15−cv−09903−GBD−SN. (ras) (Entered: 10/08/2021) |
| )8/2021 | 7250 | LETTER addressed to Magistrate Judge Sarah Netburn from Nicole Erb dated October 8, 2021 re: ECF No. 7135. Do filed by Republic of the Sudan..(Erb, Nicole) (Entered: 10/08/2021) |
| )8/2021 | 7251 | JOINT LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg and Emily Kirsch dated Oct 2021 re: Saudi Arabia's letter−motion for Kreindler & Kreindler and John Fawcett to produce materials related to the the FBI and MDL Protective Orders, ECF No. 7215. Document filed by Kingdom of Saudi Arabia, Kreindler & Krei LLP..(Kellogg, Michael) (Entered: 10/08/2021) |
| .2/2021 | 7252 | NOTICE OF APPEARANCE by Gabrielle S. Friedman on behalf of John Fawcett..(Friedman, Gabrielle) (Entered: 1 |
| .2/2021 | 7253 | LETTER addressed to Magistrate Judge Sarah Netburn from Gabrielle S. Friedman dated October 12, 2021 Documer John Fawcett..(Friedman, Gabrielle) (Entered: 10/12/2021) |
| .2/2021 | 7254 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated October 12, 2021 re: Respon No. 7253 regarding forensic imaging of laptop and devices. Document filed by Kingdom of Saudi Arabia..(Kellogg, (Entered: 10/12/2021) |
| .2/2021 | 7255 | LETTER addressed to Magistrate Judge Sarah Netburn from Emily Kirsch dated October 12, 2021 re: Discovery Req Kreindler. Document filed by Kreindler & Kreindler LLP..(Kirsch, Emily) (Entered: 10/12/2021) |
| .2/2021 | 7256 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated October 12, 202 letter concerning the Kingdoms discovery requests directed to Kreindler & Kreindler. Document filed by Plaintiffs E Committees..(Haefele, Robert) (Entered: 10/12/2021) |
| .2/2021 | 7257 | MOTION to Substitute Party. Old Party: CHILD DOE AP135/DAUGHTER DOE # 63; CHILD DOE AP50/SON D New Party: Kathleen Elizabeth Comer; Christopher Barnes Reinig . Document filed by Child Doe AP135, Child Doe In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, (Entered: 10/12/2021) |
| .2/2021 | 7258 | PROPOSED ORDER. Document filed by Child Doe AP135, Child Doe AP50. Related Document Number: 7257 ..(E John) **Proposed Order to be reviewed by Clerk's Office staff.** Modified on 10/13/2021 (dt). (Entered: 10/12/2021) |
| .2/2021 | 7259 | LETTER addressed to Magistrate Judge Sarah Netburn from John M. Eubanks dated October 12, 2021 re: Response Courts Order dated October 8, 2021, ECF No. 7249. Document filed by Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 10/12/2021) |
| .2/2021 | 7260 | LETTER addressed to Magistrate Judge Sarah Netburn from Gabrielle S. Friedman dated October 13, 2021 Documer John Fawcett..(Friedman, Gabrielle) (Entered: 10/13/2021) |
| .3/2021 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (7258 in 1:03−md−01570−GBD in 1:15−cv−09903−GBD−SN, 920 in 1:03−cv−09849−GBD−SN) Proposed Order was reviewed and approved a Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN, 1:15−cv−09903−GBD−SN(d** 10/13/2021) |
| .3/2021 | 7261 | ORDER: The Court has received the discovery proposals related to John Fawcett's laptop from his counsel, ECF No. 7260, and the Kingdom of Saudi Arabia, ECF No. 7254. The Court's Order directing that Mr. Fawcett's laptop be sur the Court (at ECF No. 7167) is stayed pending further action by the Court. Mr. Fawcett is ordered to secure an indepe party for purposes of creating a forensic image of his laptop and conducting appropriate searches. The cost of such ex be borne by Kreindler & Kreindler, but the forensic specialist is authorized to communicate directly with Mr. Fawcet Counsel for Mr. Fawcett shall meet and confer with all parties to establish search protocols and production deadlines. shall file a joint status update with the Court by Friday, October 15, identifying any outstanding disputes. So Ordered by Magistrate Judge Sarah Netburn on 10/13/2021) (js) (Entered: 10/13/2021) |
| .3/2021 | 7262 | ORDER: Due to the limited availability of courtrooms that are compliant with this District's COVID−19 safety proto evidentiary hearing currently scheduled for October 21, 2021, ECF No. 7167, is hereby adjourned pending further ac Court will contact the parties to identify a set of dates and expects that the hearing will now be either the week of No November 8. So Ordered (Signed by Magistrate Judge Sarah Netburn on 10/13/2021) (js) (Entered: 10/13/2021) |
| .3/2021 | 7263 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dat 13, 2021 re: 7215 LETTER MOTION for Discovery addressed to Magistrate Judge Sarah Netburn from Michael K. dated October 6, 2021. . Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 10/13/2021) |
| .3/2021 | 7264 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated October 13, 202 discovery issue concerning discovery from the International Islamic Relief Organization (IIRO). Document filed by |

| | | |
|---|---|---|
| | | Executive Committees. (Attachments: # 1 Letter to Waleed Nassar).(Haefele, Robert) (Entered: 10/13/2021) |
| .3/2021 | 7265 | LETTER addressed to Magistrate Judge Sarah Netburn from Peter C. Salerno dated 10/13/2021 re: Response to Cour in ECF 7160. Document filed by Yassin Al Kadi, Yassin Al−Kadi, Yasin Al−Qadi, Yasin Kadi, Yassin Kadi..(Salern (Entered: 10/13/2021) |
| .4/2021 | 7266 | MEMO ENDORSEMENT on re: 7250 Letter filed by Republic of the Sudan. ENDORSEMENT: The Republic of Su request is DENIED. The presence on or termination from the MDL caption is a matter of administrative efficiency w significance. If a party does not feel the termination of particular entity is warranted, then, barring unusual circumstar Court does not expect to terminate that entity. So Ordered (Signed by Magistrate Judge Sarah Netburn on 10/14/2021 (Entered: 10/14/2021) |
| .4/2021 | 7267 | ORDER granting (919) Motion to Substitute Party in case 1:03−cv−09849−GBD−SN; granting (7257) Motion to Sub Party in case 1:03−md−01570−GBD−SN; granting (518) Motion to Substitute Party in case 1:15−cv−09903−GBD−S Kathleen Elizabeth Comer shall be substituted for Child Doe AP135 and Christopher Barnes Reinig shall be substitut Child Doe AP50 in Burnett, et al. v. Al Baraka Inv. & Dev. Corp., No. 03−cv−9849 and Thomas E. Burnett, Sr., et al Islamic Republic of Iran, et al., No. 15−cv−9903. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN, 1:15−cv−09903−GBD−SN. (ras on 10/14/2021 (ras). (Entered: 10/14/2021) |
| .4/2021 | 7268 | LETTER addressed to Magistrate Judge Sarah Netburn from Rebecca S. Tinio dated October 14, 2021 re: Notice of U States' Intent to Participate Pursuant to 28 U.S.C. 517. Document filed by United States of America..(Tinio, Rebecca) 10/14/2021) |
| .5/2021 | 7269 | MEMO ENDORSEMENT on re: 7268 Letter filed by United States of America. The Government's request is GRAN Government shall file any statement of interest by December 3, 2021. Judicial enforcement of the Havlish writ of exe be stayed pending further action of the Court. The Clerk of the Court is respectfully directed to docket a copy of this the Havlish docket, No. 03− cv−09848. So Ordered. (Signed by Magistrate Judge Sarah Netburn on 10/15/2021) (js) 10/15/2021) |
| .5/2021 | 7270 | LETTER addressed to Magistrate Judge Sarah Netburn from Waleed Nassar dated October 15, 2021 re: Response to filed October 13, 2021 (ECF #7264). Document filed by International Islamic Relief Organization..(Nassar, Waleed) 10/15/2021) |
| .5/2021 | 7271 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated October 15, 2021 re: John Fa production of materials relevant to the Court's hearing on the breach of the FBI and MDL Protective Orders. See ECF 7167, 7262. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 10/15/2021) |
| .5/2021 | 7272 | MEMO ENDORSEMENT on re: 7271 Letter, filed by Kingdom of Saudi Arabia. ENDORSEMENT: The parties' req GRANTED. The parties shall submit the update described in this letter by October 18, 2021. (Signed by Magistrate J Netburn on 10/15/2021) (ras) (Entered: 10/15/2021) |
| .7/2021 | 7273 | TRANSCRIPT of Proceedings re: CONFERENCE held on 9/29/2021 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Pamela Utter, (212) 805−0300. Transcript may be viewed at the court public terminal or purcha through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 11/8/2021. Redacted Transcript Deadline set for 11/17/2021. Relea Transcript Restriction set for 1/15/2022.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Moya, Goretti) 10/17/2021) |
| .7/2021 | 7274 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERI proceeding held on 9/29/21 has been filed by the court reporter/transcriber in the above−captioned matter. The parties seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...F Associated Cases: 1:03−md−01570−GBD−SN et al..(Moya, Goretti) (Entered: 10/17/2021) |
| .8/2021 | 7275 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated October 18, 2021 re: Saudi A Requests for Production and the Proposed Search Protocol. Document filed by Kingdom of Saudi Arabia. (Attachmen Exhibit A).(Kellogg, Michael) (Entered: 10/18/2021) |
| .9/2021 | 7276 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated October 19, 202 Response to the International Islamic Relief Organizations October 15, 2021 letter (ECF No. 7270). Document filed b Executive Committees..(Haefele, Robert) (Entered: 10/19/2021) |
| 21/2021 | 7277 | ORDER granting 7215 Letter Motion for Discovery. The evidentiary hearing on the breach of the protective orders is for November 1 and 2, 2021. Saudi Arabia and Mr. Fawcett shall file a joint status letter on the process of the forensi process by October 22, 2021. Discovery will proceed according to the terms of this Order The Clerk of the Court is re directed to terminate the motion at ECF No. 7215. (Signed by Magistrate Judge Sarah Netburn on 10/21/2021) (rro) ( 10/21/2021) |

| | | |
|---|---|---|
| 22/2021 | 7278 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated October 22, 2021 re: waiver o Amendment privilege. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 10/22/2021) |
| 22/2021 | 7279 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated October 22, 2021 re: Joint sta concerning redactions. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 10/22/2021) |
| 22/2021 | 7280 | LETTER addressed to Magistrate Judge Sarah Netburn from Gabrielle S. Friedman dated October 22, 2021 Documen John Fawcett..(Friedman, Gabrielle) (Entered: 10/22/2021) |
| 25/2021 | 7281 | MEMO ENDORSEMENT on re: 7279 Letter filed by Kingdom of Saudi Arabia. ENDORSEMENT: The parties' req GRANTED. The parties shall file a further status letter with the Court by November 22, 2021. (Signed by Magistrate Sarah Netburn on 10/25/2021) (ras) (Entered: 10/25/2021) |
| 25/2021 | 7282 | NOTICE OF APPEARANCE by Michael Gerber on behalf of John Fawcett..(Gerber, Michael) (Entered: 10/25/2021 |
| 25/2021 | 7283 | NOTICE OF APPEARANCE by Helen Gredd on behalf of John Fawcett..(Gredd, Helen) (Entered: 10/25/2021) |
| 25/2021 | 7284 | NOTICE OF APPEARANCE by Jeannie Rose Rubin on behalf of John Fawcett..(Rubin, Jeannie) (Entered: 10/25/20 |
| 25/2021 | 7285 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael Gerber dated October 25, 2021 re: Assertion of Amendment at the November 1, 2021 hearing. Document filed by John Fawcett..(Gerber, Michael) (Entered: 10/25/2 |
| 25/2021 | 7287 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF BURNETT/IRAN PLAINTIFFS IDEN EXHIBITS A AND B: ORDERED that service of process was effected upon the Iran Defendants in accordance with 1608(a) for sovereign defendants and 28 U.S.C. § 1608(b) for agencies and instrumentalities of sovereign defendants ORDERED that partial final judgment is entered against the Iran Defendants and on behalf of the Plaintiffs in Thoma Sr., et al. v. The Islamic Republic of Iran, et al., Case No. 15−cv−9903 (GBD)(SN), as identified in the attached Exhi are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of individuals killed in t attacks on September 11, 2001, as indicated in Exhibit A, and it is ORDERED that Plaintiffs identified in Exhibit A a solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 per siblin forth in Exhibit A; and it is ORDERED that Plaintiffs identified in the expert reports attached as Exhibit C to the Dec John M. Eubanks, dated March 2, 2021 (and identified in Exhibit B), are awarded economic damages as set forth in E and as supported by the expert reports and analyses submitted as Exhibit C of the Eubanks Declaration, and it is ORD Plaintiffs identified in Exhibits A and Bare awarded prejudgment interest of 4.96 percent per annum, compounded an running from September 11, 2001 until the date of judgment; and it is ORDERED that the remaining Burnett/Iran Pla appearing on Exhibits A or B, may submit in later stages applications for damages awards, and to the extent they are or by estates for compensatory damages' for decedents' pain and suffering from the September 11 attacks, they will b consistent with those approved herein for the Plaintiffs appearing on Exhibits A and B. And as set forth herein. SO O (Signed by Judge George B. Daniels on 10/25/2021) (ama) (Main Document 7287 replaced on 11/29/2021) (ama). (E 10/26/2021) |
| 25/2021 | 7288 | CORRECTED PARTIAL FINAL DEFAULT JUDGMENT ON BEHALF OF ARIAS PLAINTIFF ELIZABETH PA ORDERED that the partial final judgment entered on September 6, 2019 on behalf of Elizabeth Parks in the Burnett, Islamic Rep. ol Iran, et al., Case No. 15−cv−9903 (GBD)(SN), case be modified and corrected in accordance with thi and it is ORDERED that partial final judgment is entered against the Islamic Republic of Iran on behalf of Elizabeth is the sister of Robert Emmet Parks, Jr. who was killed in the terrorist attacks on September 11, 2001, and it is ORDE Elizabeth Parks is awarded solatium damages of $4,250,000; and it is ORDERED that Plaintiff Elizabeth Parks is aw prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 200 l until the d judgment; and it is ORDERED that Plaintiff Elizabeth Parks may submit an application for punitive damages, econo damages, or other damages (to the extent such awards have not previously been ordered) at a later date consistent wit rulings made by this Court on this issue; and it is ORDERED that this judgment will be issued nunc pro tune to Septe 2019 to give force and effect to the judgment in the Arias action as the judgment that was previously entered in the B And as set forth herein. SO ORDERED. (Signed by Judge George B. Daniels on 10/25/2021) (ama) (Entered: 10/26/ |
| 26/2021 | 7286 | ORDER: The Court has received the Kingdom of Saudi Arabia and John Fawcett's letters on Mr. Fawcett's plan to in Fifth Amendment rights at the upcoming evidentiary hearing on the breach of the protective orders. The Court will he argument on whether and to what degree Mr. Fawcett may invoke his Fifth Amendment rights at this hearing. This ar scheduled for October 28, 2021, at 4:30 P.M. At that time, the parties should call (877) 402−9757 and enter access co 7938632. (Oral Argument set for 10/28/2021 at 04:30 PM before Magistrate Judge Sarah Netburn.) (Signed by Magis Sarah Netburn on 10/26/2021) (ras) (Entered: 10/26/2021) |
| 26/2021 | 7289 | NOTICE OF APPEARANCE by Paul Robert Niehaus on behalf of Kreindler & Kreindler LLP..(Niehaus, Paul) (Ent 10/26/2021) |
| 27/2021 | 7290 | MOTION to Amend/Correct . Document filed by Jeanmarie Hargrave. (Attachments: # 1 Text of Proposed Order)Fil Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−09387−GBD−SN.(Goldman, Jerry) (Entered: 10/27/2021) |

| | | |
|---|---|---|
| 27/2021 | 7291 | MEMORANDUM OF LAW in Support re: (7290 in 1:03−md−01570−GBD−SN, 51 in 1:20−cv−09387−GBD−SN) M Amend/Correct . . Document filed by Jeanmarie Hargrave. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−09387−GBD−SN.(Goldman, Jerry) (Entered: 10/27/2021) |
| 27/2021 | 7292 | PROPOSED ORDER. Document filed by Jeanmarie Hargrave. Related Document Number: [7290, 51]..(Goldman, Je **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 10/27/2021) |
| 27/2021 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (7292 in 1:03−md−01570−GBD 1:20−cv−09387−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−09387−GBD−SN(dt)** (Entered: 10/27/2021) |
| 27/2021 | 7293 | ORDER: The evidentiary hearing scheduled for November 1 and 2, 2021, shall begin at 10:00 a.m. Members of the p listen to the proceeding on both days by calling 844−291−5490 and using access code 6539463. (Evidentiary Hearing 11/1/2021 at 10:00 AM in Courtroom 18B, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Sarah Ne Evidentiary Hearing set for 11/2/2021 at 10:00 AM in Courtroom 18B, 500 Pearl Street, New York, NY 10007 befor Magistrate Judge Sarah Netburn.) (Signed by Magistrate Judge Sarah Netburn on 10/27/2021) (ras) (Entered: 10/27/2 |
| 27/2021 | 7294 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated October 27, 2021 re: Permiss Electronic Devices. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 10/27/2021) |
| 27/2021 | 7295 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael Gerber dated October 27, 2021 re: additional au regarding the Fifth Amendment. Document filed by John Fawcett..(Gerber, Michael) (Entered: 10/27/2021) |
| 27/2021 | 7296 | **FILING ERROR − ELECTRONIC FILING OF NON−ECF DOCUMENT −** PROPOSED ORDER. Document f Kingdom of Saudi Arabia. Related Document Number: 7294 ..(Kellogg, Michael) **Proposed Order to be reviewed b Office staff.** Modified on 10/28/2021 (km). (Entered: 10/27/2021) |
| 28/2021 | | *****NOTICE TO ATTORNEY REGARDING REJECTION OF PROPOSED ORDER TO BRING PERSONA ELECTRONIC DEVICE(S) OR GENERAL PURPOSE COMPUTING DEVICE(S) INTO THE COURTHOU THE SDNY FOR USE IN A PROCEEDING OR TRIAL. Notice to Attorney Michael Kellogg re: Document 72 Proposed Order, was rejected by the Clerk's Office for the following reason, the Order to Bring Personal Elec Device(s) or Genral Purpose Computing Device(s) Into the Courthouses of the SDNY for Use in a Proceeding o should not be electronically filed. Please download and review the Local Rules, Judge's Individual Rules of Pra ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions.. (km)** (Entered 10/28/2021) |
| 28/2021 | 7297 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated October 28, 2021 re: Sealed S to Record. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 10/28/2021) |
| 28/2021 | 7298 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg date 28, 2021 re: Supplementing the record. Document filed by Plaintiffs Executive Committees, FBI, Dallah Avco Trans John Fawcett, Kreindler & Kreindler LLP, Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Mo Order to File Under Seal: 7297 .(Kellogg, Michael) (Entered: 10/28/2021) |
| 28/2021 | 7299 | ORDER: As an evidentiary hearing is currently scheduled for November 1 and 2, 2021, with prehearing technical che scheduled for October 29, it is ORDERED that per the SDNY COVID−19 Courthouse Entry Program, any person wh at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the enclose instructions. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals the entry requirements established by the questionnaire will be permitted entry. Please contact chambers promptly if y client do not meet the requirements. It is further ordered that any person who appears at any SDNY courthouse must c with Standing Order M10−468 (21−MC−164), which further pertains to courthouse entry. (Signed by Magistrate Jud Netburn on 10/28/2021) (ras) (Entered: 10/28/2021) |
| 28/2021 | 7300 | ORDER granting (7290) Motion to Amend/Correct (7290 in 1:03−md−01570−GBD−SN, 51 in 1:20−cv−09387−GBI (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−09387−GBD−SN. (ras) (Entered: 10/28/2021) |
| 28/2021 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Oral Argument held on 10/28/2021. (ras) 11/08/2021) |
| 29/2021 | 7301 | LETTER addressed to Judge George B. Daniels from Michael Gerber dated October 29, 2021 re: Emergency Rule 72 to Judge Netburns Order Finding Fifth Amendment Waiver. Document filed by John Fawcett..(Gerber, Michael) (Ent 10/29/2021) |
| 29/2021 | 7302 | ORDER: This Court has received John Fawcett's request to set aside or stay Judge Netburn's ruling that Fawcett waiv to assert his Fifth Amendment privilege against self−incrimination at the November 1, 2021 evidentiary hearings. Th will hear oral argument on the issue on October 29, 2021 at 3:00 pm. The oral argument shall occur as a videoconfere the Microsoft Teams platform. To optimize the quality of the video feed, only the Court and counsel for each party w by video for the proceeding; all others will participate by telephone. Due to the limited capacity of the Microsoft Tea |

| | | |
|---|---|---|
| | | only one counsel per party may participate. Co−counsel, members of the press, and the public may access the audio f conference by calling (332) 249−0608 and entering the conference ID 231 625 284 #. And as set forth herein. SO OR Oral Argument set for 10/29/2021 at 03:00 PM before Judge George B. Daniels.) (Signed by Judge George B. Daniel 10/29/2021) (ama) (Entered: 10/29/2021) |
| 29/2021 | 7303 | LETTER addressed to Judge George B. Daniels from Michael K. Kellogg dated October 29, 2021 re: Opposition to F Rule 72 Objections to Judge Netburn's Order Finding Fifth Amendment Waiver. Document filed by Kingdom of Sau (Attachments: # 1 Exhibit A).(Kellogg, Michael) (Entered: 10/29/2021) |
| 29/2021 | 7304 | MEMORANDUM DECISION AND ORDER: Mr. Fawcett's appeal is DENIED. Mr. Fawcett is ordered to testify an cross−examined on November 1, 2021 as to the subject matter of the Declarations. SO ORDERED. (Signed by Judge Daniels on 10/29/2021) (ks) (Entered: 10/29/2021) |
| 29/2021 | 7305 | LETTER addressed to Magistrate Judge Sarah Netburn from Emily Kirsch dated October 29, 2021 re: Hearing Proce Document filed by Kreindler & Kreindler LLP..(Kirsch, Emily) (Entered: 10/29/2021) |
| 29/2021 | | Minute Entry for proceedings held before Judge George B. Daniels: Oral Argument held on 10/29/2021 re: 7301 Lett John Fawcett. Mr. Fawcetts appeal of Magistrate Judge Netburns October 28, 2021 ruling is denied. Defense Counsel Kellogg; Plaintiff Counsel: Emily Kirsch; Non−party counsel: Michael Gerber and Court Reporter present. (Vega, El (Entered: 11/01/2021) |
| 30/2021 | 7306 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated October 30, 2021 re: Handlin confidential documents at hearing. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 10/30 |
| 31/2021 | 7307 | NOTICE OF APPEARANCE by Lisa A Frey on behalf of Kreindler & Kreindler LLP..(Frey, Lisa) (Entered: 10/31/2 |
| 31/2021 | 7308 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael Gerber dated October 31, 2021 re: Fifth Amenc objections.. Document filed by John Fawcett..(Gerber, Michael) (Entered: 10/31/2021) |
| 31/2021 | 7309 | LETTER addressed to Magistrate Judge Sarah Netburn from Emily Kirsch dated October 31, 2021 re: November 1 H Document filed by Kreindler & Kreindler LLP..(Kirsch, Emily) (Entered: 10/31/2021) |
| 01/2021 | 7310 | MEMO ENDORSEMENT on re: 7305 Letter filed by Kreindler & Kreindler LLP. ENDORSEMENT: The applicatic Kreindler & Kreindler ("K&K") is GRANTED in part and DENIED in part. The production of any material or testim protected by the work product doctrine, the attorney−client privilege, or any other privilege, in connection with the co hearing does not constitute a waiver of such privilege for any other purpose or proceeding. Fed. R. Evid. 502(d). The requesting that John Fawcett testify before any K&K attorney is DENIED. The breach of the protective order origina K&K. As such, its attorneys are not collateral witnesses to Mr. Fawcett's breach of the protective order but are thems subjects of the investigation. The cases cited by K&K are, therefore, not persuasive. See Schiller v. City of New York 04−cv−7921 (KMK)(JCF), 2007 WL 1623108, at *4 (S.D.N.Y. June 5, 2007) (finding that there was an insufficient b believe that the breach originated with counsel); SEC v. Collector's Coffee Inc., No. 19−cv−4355 (LGS) (GWG), 202 7133735, at *2 (S.D.N.Y. Dec. 4, 2020) (attorney was not the subject of the contempt hearing). In this regard, the test Mr. Fawcett will not "obviate the need for further testimony from K&K attorneys." The Court has additionally consic factors in In re Subpoena Issued to Dennis Friedman, 350 F.3d 65, 7172 (2d Cir. 2003). To the extent they are applica do not justify a delay in the testimony of the K&K attorneys. The Court is investigating, among other things, whether other than Mr. Fawcett breached the protective order and whether anyone submitted false statements to the Court. As need for the K&K attorneys' testimony is plain, and the lawyers' role in the matter before the Court is central. Becaus of the hearing does not concern the merits of the underlying litigation, and because the Court has entered an order pre appropriate privileges, there is no risk that the attorneys' testimony will waive legitimate attorney−client or work proc privileges. Attorneys for the Kingdom of Saudi Arabia will be permitted to call the witnesses in the order of their cho prevent against the possible coordination of testimony, witnesses will be sequestered in the jury deliberation room un testify and then will be required to remain in the courtroom after their testimony. (Signed by Magistrate Judge Sarah 11/1/2021) (ras) (Entered: 11/01/2021) |
| 01/2021 | 7311 | MEMO ENDORSEMENT on re: 7309 Letter filed by Kreindler & Kreindler LLP. ENDORSEMENT: Megan Benett permitted to sit at counsel table for the duration of the hearing. (Signed by Magistrate Judge Sarah Netburn on 11/1/2 (Entered: 11/01/2021) |
| 01/2021 | 7312 | MEMO ENDORSEMENT on re: 7308 Letter filed by John Fawcett. ENDORSEMENT: Mr. Fawcett's application is GRANTED. (Signed by Magistrate Judge Sarah Netburn on 11/1/2021) (ras) (Entered: 11/01/2021) |
| 01/2021 | 7355 | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Evidentiary Hearing held on 11/1/2021. ( (Entered: 11/16/2021) |
| 02/2021 | | NOTICE of Hearing: The hearing in this case scheduled for Tuesday, November 2, 2021, before Magistrate Judge Sa Netburn will begin at 9:00 a.m. The public may access the audio feed of the conference by calling (844) 291−5490 an access code 6539463. (ras) (Entered: 11/02/2021) |

| | | |
|---|---|---|
| )2/2021 | 7313 | MEMORANDUM DECISION AND ORDER for (7142 in 1:03−md−01570−GBD−SN, 94 in 1:18−cv−03162−GBD- Report and Recommendations, (88 in 1:18−cv−03162−GBD−SN, 7026 in 1:03−md−01570−GBD−SN) Motion for D Judgment, filed by Katherine Marie Dillaber. It is hereby ORDERED that partial final default judgment is entered on Plaintiff Kathy Dillaber; and it is ORDERED that Plaintiff Kathy Dillaber is awarded compensatory damages for pai suffering in the amount of $5,000,000, which are commensurate with the injuries she sustained on September 11, 200 ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96% per annum, all interest compound over the same period; and it is ORDERED that Plaintiff Kathy Dillaber may submit future applications for punitive, e or other damages at a later date consistent with any future rulings of this Court; and it is ORDERED that all Dillaber may submit motions for damages judgments in future stages, to the extent such awards have not previously been addr Clerk of Court is directed to close the motions in 03 MDL 1570, (ECF No. 7026), and 18 CV 3162, (ECF No. 88), ac SO ORDERED. (Signed by Judge George B. Daniels on 11/1/21) Filed In Associated Cases: 1:03−md−01570−GBD- 1:18−cv−03162−GBD−SN (yv) Transmission to Orders and Judgments Clerk for processing. (Entered: 11/02/2021) |
| )2/2021 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Evidentiary Hearing held on 11/2/2021. ( (Entered: 11/16/2021) |
| )3/2021 | 7314 | ORDER granting 7066 Letter Motion for Leave to File Document. On November 1, and 2, 2021, the Court held an ev hearing into the breach of the protective orders in this matter. As part of that hearing, the Court issued an order indica Musaed Al Jarrah's deposition could be publicly discussed. Applying this guidance to the pending motion by the Kin Saudi Arabia and Al Jarrah's at ECF No. 7066, statements about the contents of the deposition may not be publicly di must be redacted. As the parties agree, material protected by the Vienna Convention must be redacted as well. Theref materials related to that motion (ECF Nos. 6981, 6981−2, 7066, 7078, 7078−1, and 7080) shall be redacted based on guidance. The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 7066. (Signed by Magis Sarah Netburn on 11/3/2021) (ras) (Entered: 11/03/2021) |
| )3/2021 | 7315 | PARTIAL FINAL DEFAULT JUDGMENT in favor of Katherine Marie Dillaber against Iranian Ministry of Informa Security, The Islamic Republic of Iran, Anwar Hajjaj in the amount of $ 13,165,775.49. It is, ORDERED, ADJUDGI DECREED: That for the reasons stated in the Court's Memorandum Decision and Order dated November 1, 2021, the adopts Magistrate Judge Netburn's Report in full; and Plaintiffs' Motion for a Partial Final Default Judgment is grante ORDERED that partial final default judgment is entered on behalf of Plaintiff Kathy Dillaber; and it is ORDERED th Kathy Dillaber is awarded compensatory damages for pain and suffering in the amount of $5,000,000, which are com with the injuries she sustained on September 11, 2021; and it is ORDERED that prejudgment interest is awarded to b at a rate of 4.96% per annum, all interest compounded over the same period in the amount of $8,165,775.49; and it is ORDERED that Plaintiff Kathy Dillaber may submit future applications for punitive, economic, or other damages at consistent with any future rulings of this Court; and it is ORDERED that all Dillaber Plaintiffs may submit motions f judgments in future stages, to the extent such awards have not previously been addressed. (Signed by Clerk of Court Krajick on 11/3/2021) (Attachments: # 1 Notice of Right to Appeal) (dt) Modified on 11/5/2021 (dt). (Entered: 11/03 |
| )4/2021 | 7316 | ORDER: The Court has received Hogan Lovells's motion to withdraw as counsel on the ground that its client, the Isla Republic of Afghanistan, is longer the government of Afghanistan. Given the unusual circumstances precipitating thi and the uncertain state of the litigation going forward, the Court will set a telephone conference to discuss Hogan Lov withdrawal and how this litigation should proceed. That conference is set for Wednesday, November 10, 2021, at 4:0 that time, the parties should dial into the Court's dedicated teleconferencing line at (877) 402−9757 and enter Access 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deput Slusher immediately at (212) 805−0286. SO ORDERED. (Telephone Conference set for 11/10/2021 at 04:00 PM bef Magistrate Judge Sarah Netburn.) (Signed by Magistrate Judge Sarah Netburn on 11/4/2021) (js) (Entered: 11/04/202 |
| )4/2021 | 7317 | ORDER: On November 1 and 2, 2021, this Court held an evidentiary hearing into the breach of the protective orders litigation. This order governs subsequent proceedings related to that hearing. By November 24, 2021, the Kingdom o Arabia, the law firm of Kreindler & Kreindler, and John Fawcett shall file proposed findings of fact, conclusions of l remedies the parties believe are appropriate based on that hearing. Proposed findings of fact shall be supported with s citations to the record. These filings shall be made under seal pursuant to this Order, with access restricted to the part December 1, 2021, the remaining law firms of the Plaintiffs' Executive Committees shall file a letter with the Court s they believe any redactions to the parties' November 24 filings are necessary. SO ORDERED. (Signed by Magistrate Sarah Netburn on 11/4/2021) (js) (Entered: 11/04/2021) |
| )9/2021 | 7318 | MOTION to Substitute Party. Old Party: Marie Halloran, as Natural Guardian of PH, a minor, as surviving child of V Halloran, New Party: Phelan Halloran, individually, as surviving child of Vincent G. Halloran . Document filed by B (Attachments: # 1 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11767−GBD−SN.(Goldman, Jerry) (Entered: 11/09/2021) |
| )9/2021 | 7319 | PROPOSED ORDER. Document filed by BNY Mellon. Related Document Number: [7318, 57]..(Goldman, Jerry) **Pr Order to be reviewed by Clerk's Office staff.** (Entered: 11/09/2021) |
| )9/2021 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (7319 in 1:03−md−01570−GBD 1:19−cv−11767−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11767−GBD−SN(dt)** (Entered: 11/09/2021) |

| | | |
|---|---|---|
| )9/2021 | 7320 | MOTION to Substitute Party. Old Party: JoAnne Cherry as Personal Representative of the Estate of Ryan Cherry, de late child of Vernon P. Cherry, New Party: Selena M. Daniel as Personal Representative of the Estate of Ryan Cherry the late child of Vernon P. Cherry . Document filed by Lloyd Abel, Lloyd Abel. (Attachments: # 1 Text of Proposed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11837−GBD−SN.(Goldman, Jerry) (Entered: 11/09/2021 |
| )9/2021 | 7321 | PROPOSED ORDER. Document filed by Lloyd Abel, Lloyd Abel, Sr. Related Document Number: [7320, 126]..(Go Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 11/09/2021) |
| )9/2021 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 7321 Proposed Order was revi approved as to form. (km)** (Entered: 11/09/2021) |
| )9/2021 | 7322 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated November 9, 2021 re: Potent of deposition protocol. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 11/09/2021) |
| )9/2021 | 7323 | REPORT & RECOMMENDATION: The Court recommends granting pain and suffering damages as follows: (See d These plaintiffs should also be awarded prejudgment interest on these damages from September 11, 2001, to the date judgment, at a rate of 4.96 percent per annum, compounded annually. ECF No. 3358, adopted by, ECF No. 3383. Pla apply for punitive, economic, and other damages at a later date and in a manner consistent with any applicable future rulings on the issue. Additionally, any Burnett personal injury plaintiffs not appearing in this motion who were not pr awarded damages may still submit applications for damages awards in later stages. The parties shall have fourteen da service of this Report and Recommendation to file written objections under 28 U.S.C. § 636(b)(1) and Rule 72(b) of Rules of Civil Procedure. A party may respond to another party's objections within fourteen days after being served v Fed. R. Civ. P. 72(b)(2). These objections shall be filed with the Clerk of the Court, with courtesy copies delivered to chambers of the Honorable George B. Daniels at the United States Courthouse, 500 Pearl Street, New York, New Yo and to any opposing parties. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b). Any requests for an extensic for filing objections must be addressed to Judge Daniels. The failure to file these timely objections will result in a wa those objections for purposes of appeal. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b); Thomas v. Arn, 140 (1985). (Objections to R&R due by 11/23/2021.) (Signed by Magistrate Judge Sarah Netburn on 11/9/2021) File Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN. (ras) (Entered: 11/10/2021) |
| .0/2021 | 7324 | ORDER granting (7318) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; granting (57) Motion to Sub Party in case 1:19−cv−11767−GBD−SN. Phelan Halloran, individually, as surviving child of Vincent G. Halloran sh substituted for Marie Halloran, as Natural Guardian of PH, a minor, as surviving child of Vincent G. Halloran. (HER ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GB 1:19−cv−11767−GBD−SN. (ras) Modified on 11/10/2021 (ras). (Entered: 11/10/2021) |
| .0/2021 | 7325 | ORDER granting (7320) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; granting (126) Motion to Su Party in case 1:18−cv−11837−GBD−SN. Selena M. Daniel as Personal Representative of the Estate of Ryan Cherry, the late child of Vernon P. Cherry shall be substituted for JoAnne Cherry as Personal Representative of the Estate of Cherry, deceased, the late child of Vernon P. Cherry. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (T Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11837−GBD−SN. (ras) Modified on 11/10/ (Entered: 11/10/2021) |
| .0/2021 | 7326 | ORDER GRANTING WITHDRAWAL OF COUNSEL granting (192) Motion to Withdraw as Attorney in case 1:09−cv−07055−GBD−SN. Upon the Motion by counsel for Defendant Islamic Republic of Afghanistan and the acc Declaration of Dennis H. Tracey, III, IT IS ORDERED that the Motion for Withdrawal of Counsel is GRANTED. T requested to remove Hogan Lovells US LLP and Dennis H. Tracey, III from the docket as counsel for the Islamic Re Afghanistan. (Attorney Dennis H. Tracey, III terminated.) (Signed by Magistrate Judge Sarah Netburn on 11/10/2021 Associated Cases: 1:03−md−01570−GBD−SN, 1:09−cv−07055−GBD−SN. (ras) (Entered: 11/10/2021) |
| .0/2021 | 7327 | LETTER MOTION for Leave to File hearing exhibits addressed to Magistrate Judge Sarah Netburn from Michael K. dated November 10, 2021. Document filed by Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit A, # 2 Exhibit B, C, # 4 Exhibit D).(Kellogg, Michael) (Entered: 11/10/2021) |
| .0/2021 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Telephone Conference held on 11/10/202 Associated Cases: 1:03−md−01570−GBD−SN, 1:09−cv−07055−GBD−SN. (ras) (Entered: 11/16/2021) |
| .1/2021 | 7328 | LETTER MOTION for Discovery addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated Nov 2021. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 11/11/2021) |
| .2/2021 | 7329 | MOTION Partial Final Judgment . Document filed by Michael Bianco.Filed In Associated Cases: 1:03−md−01570− al..(Goldman, Jerry) (Entered: 11/12/2021) |
| .2/2021 | 7330 | LETTER addressed to Magistrate Judge Sarah Netburn from Emily Kirsch dated November 12, 2021 re: Opposition Nov. 9 Motion ECF 7322. Document filed by Kreindler & Kreindler LLP..(Kirsch, Emily) (Entered: 11/12/2021) |
| .2/2021 | 7331 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (34 in 1:20−cv−10902−GBD−SN, 55 in 1:20−cv−09387− 60 in 1:19−cv−11767−GBD−SN, 57 in 1:19−cv−11776−GBD−SN, 55 in 1:19−cv−11865−GBD−SN, 7329 in |

| | | |
|---|---|---|
| | | 1:03−md−01570−GBD−SN, 47 in 1:20−cv−09376−GBD−SN, 49 in 1:20−cv−10460−GBD−SN) MOTION Partial Fi Judgment .. Document filed by Michael Bianco. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Filed In A Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 11/12/2021) |
| .2/2021 | 7332 | MEMORANDUM OF LAW in Support re: (34 in 1:20−cv−10902−GBD−SN, 55 in 1:20−cv−09387−GBD−SN, 60 i 1:19−cv−11767−GBD−SN, 57 in 1:19−cv−11776−GBD−SN, 55 in 1:19−cv−11865−GBD−SN, 7329 in 1:03−md−01570−GBD−SN, 47 in 1:20−cv−09376−GBD−SN, 49 in 1:20−cv−10460−GBD−SN) MOTION Partial Fi Judgment . . Document filed by Michael Bianco. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldr (Entered: 11/12/2021) |
| .2/2021 | 7333 | PROPOSED JUDGMENT. Document filed by Michael Bianco. (Attachments: # 1 Exhibit A).(Goldman, Jerry) **Prop Judgment to be reviewed by Clerk's Office staff.** (Entered: 11/12/2021) |
| .2/2021 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. 7333 Proposed Judgment reviewed and approved as to form. (km)** (Entered: 11/12/2021) |
| .2/2021 | 7334 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment prepared pursuant to 22 CF Order of Partial Judgment as to liability and certain damages entered in No. 18−cv−12370 on October 5, 2021 ECF 6 ECF 7173), Foreign Sovereign Immunities Act (28 U.S.C. 1602, et. seq.), Affidavits of Translator along with Farsi tr of the above documents. mailed to DEFENDANT Islamic Republic of Iran, H.E. Dr. Mohammad Javad Zarif, Foreig of the Ministry of Foreign Affairs, Imam Khomeini Street, Imam Khomeini Square, Tehran, Iran on 11/12/2021 by F Express tracking # 7751 8978 6400, to the Secretary of State, Attn: Director of Consular Services, Office of Policy R Inter−Agency Liaison (CA/OCS/L), U.S. Department of State, SA−17, 10th Floor, 2201 C Street NW, Washington, I pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12370−GBD−SN(JKR) (Entered: 11/12/2021) |
| .5/2021 | 7336 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated November 15, 2021 re: Reply of letter−motion for discovery, ECF No. 7322, and in response to Kreindler & Kreindler's letter−opposition, ECF No Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 11/15/2021) |
| .5/2021 | | *****DELETED DOCUMENT. Deleted document number 7335 TRANSCRIPT. The document was incorrectly this case. (kv)** (Entered: 11/15/2021) |
| .5/2021 | 7337 | LETTER addressed to Magistrate Judge Sarah Netburn from Emily Kirsch dated November 15, 2021 re: Opposing N Motion Re: Post−Trial Admission of Exhibits. Document filed by Kreindler & Kreindler LLP..(Kirsch, Emily) (Enter 11/15/2021) |
| .5/2021 | 7338 | TRANSCRIPT of Proceedings re: CONFERENCE held on 10/28/2021 before Magistrate Judge Sarah Netburn. Cour Reporter/Transcriber: Alena Lynch, (212) 805−0300. Transcript may be viewed at the court public terminal or purcha through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 12/6/2021. Redacted Transcript Deadline set for 12/16/2021. Relea Transcript Restriction set for 2/14/2022.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Moya, Goretti) 11/15/2021) |
| .5/2021 | 7339 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFER proceeding held on 10/28/21 has been filed by the court reporter/transcriber in the above−captioned matter. The parti seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...F Associated Cases: 1:03−md−01570−GBD−SN et al..(Moya, Goretti) (Entered: 11/15/2021) |
| .5/2021 | 7340 | TRANSCRIPT of Proceedings re: CONFERENCE held on 10/29/2021 before Judge George B. Daniels. Court Reporter/Transcriber: Pamela Utter, (212) 805−0300. Transcript may be viewed at the court public terminal or purcha through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 12/6/2021. Redacted Transcript Deadline set for 12/16/2021. Relea Transcript Restriction set for 2/14/2022.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Moya, Goretti) 11/15/2021) |
| .5/2021 | 7341 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFER proceeding held on 10/29/21 has been filed by the court reporter/transcriber in the above−captioned matter. The parti seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...F Associated Cases: 1:03−md−01570−GBD−SN et al..(Moya, Goretti) (Entered: 11/15/2021) |
| .5/2021 | 7342 | JOINT MOTION TO EXCLUDE EXPERT TESTIMONY OF JONATHAN WINER AND BRIAN MICHAEL JEN Document filed by Abdullah Omar Naseef, Abdullah Al Obaid, Abdullah Al Turki, Adnan Basha, International Islam Organization, Muslim World League..(Nassar, Waleed) (Entered: 11/15/2021) |

| | | |
|---|---|---|
| .5/2021 | 7343 | JOINT MEMORANDUM OF LAW in Support re: 7342 JOINT MOTION TO EXCLUDE EXPERT TESTIMONY ( JONATHAN WINER AND BRIAN MICHAEL JENKINS . . Document filed by Abdulla Al Obaid, Abdullah Al Tu Basha, International Islamic Relief Organization, Muslim World League, Abdullah Naseef..(Nassar, Waleed) (Entere 11/15/2021) |
| .5/2021 | 7344 | DECLARATION of Aisha E.R. Bembry in Support re: 7342 JOINT MOTION TO EXCLUDE EXPERT TESTIMON JONATHAN WINER AND BRIAN MICHAEL JENKINS .. Document filed by Abdullah Al Obaid, Abdullah Al Tu Basha, International Islamic Relief Organization, Muslim World League, Abdullah Naseef. (Attachments: # 1 Exhibi Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Ex 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X).(Nassar, Waleed) (Ente 11/15/2021) |
| .5/2021 | 7345 | MOTION TO EXCLUDE AND/OR LIMIT PROPOSED EXPERT TESTIMONY OF JONATHAN BENTHALL, C W. FREEMAN, JONATHAN MARKS, AND JOHN SIDEL . Document filed by Plaintiffs Executive Committees..( Robert) (Entered: 11/15/2021) |
| .5/2021 | 7346 | MEMORANDUM OF LAW in Support re: 7345 MOTION TO EXCLUDE AND/OR LIMIT PROPOSED EXPERT TESTIMONY OF JONATHAN BENTHALL, CHARLES W. FREEMAN, JONATHAN MARKS, AND JOHN SID Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 11/15/2021) |
| .5/2021 | 7352 | ORDER: The Court has received the motion for partial default judgments at ECF No. 7329. It also understands that o coming weeks, the plaintiffs expect to file further similar motions. To facilitate the efficient processing of these motio Court ORDERS the Plaintiffs' Executive Committees ("PECs") to file a letter by November 19, 2021 indicating to th dates that are important to the resolution of these motions such as distributions from the U.S. Victims of State Sponso Terrorism Fund. (Signed by Magistrate Judge Sarah Netburn on 11/15/2021) (ras) Modified on 11/16/2021 (ras). (En 11/16/2021) |
| .5/2021 | 7353 | ORDER: The Court has received the Kingdom of Saudi Arabia's three motions requesting discovery to investigate th the deposition protocol, ECF No. 7322, leave to file exhibits, ECF No. 7327, and discovery of Kreindler & Kreindler communications with attorney Elizabeth Crotty. ECF No. 7328. It has also received Kreindler & Kreindler's oppositi Arabia's request for discovery related to the deposition protocol breach, ECF No. 7330, and Saudi Arabia's reply, EC as well as Kreindler & Kreindler's opposition to Saudi Arabia's request to file exhibits. ECF No. 7337. The parties' pr findings of fact and conclusions of law on the breach investigation that triggered these filings are due on November 2 ECF No. 7317. If discovery is to be ordered, it will need to be done soon. Accordingly, Kreindler & Kreindler is to fi opposition to Saudi Arabia's motion at ECF No. 7328 by November 17, 2021, with any reply from Saudi Arabia due November 18, 2021, at noon. The other PECs firms and John Fawcett may file any letter in relation to these motions November 17, 2021. Additionally, by that date, Saudi Arabia may file any reply to Kreindler & Kreindler's oppositio No. 7337. (Signed by Magistrate Judge Sarah Netburn on 11/15/2021) (ras) Modified on 11/16/2021 (ras). (Entered: |
| .5/2021 | 7354 | ORDER: The Court ORDERS the Plaintiffs to file a supplemental letter by December 10, 2021, addressing (1) wheth Court should (or must) resolve the motion for summary judgment, and, if the recommendation is that the Court shoul address the motion (2) whether a default is permissible notwithstanding the collapse of the Islamic Republic of Afgha the emergence of the Islamic Emirate of Afghanistan. By that same date, the Plaintiffs' Executive Committees may ei additional letter raising any other matters they deem necessary or join in the Plaintiffs' letter. Finally, by December 1( government is ORDERED to file a letter stating whether it wishes to file a statement of interest in this matter and if s propose a schedule for doing so. The Plaintiffs shall file the supplemental letter directed in this Order by December 1 The PECs may either join in that letter or file a supplemental letter of their own by the same date. Additionally, by th government shall file a letter stating if it wishes to file a statement of interest and if so, to propose a schedule for doin Clerk of the Court is respectfully directed to send one copy of this order by mail to the U.S. Attorney's Office for the District of New York at 86 Chambers Street, New York, NY 10007. This Court's chambers will also send one copy o by email to Assistant United States Attorney Jeannette Anne Vargas and Assistant United States Attorney Sarah Nor Finally, all parties are reminded that any materials filed in this matter must also be filed on the MDL docket at 03−m (Signed by Magistrate Judge Sarah Netburn on 11/15/2021) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:09−cv−07055−GBD−SN. (ras) Transmission to Docket Assistant Clerk for processing. Modified on 11/16/2021 (ra (Entered: 11/16/2021) |
| .6/2021 | 7347 | TRANSCRIPT of Proceedings re: CONFERENCE held on 11/1/2021 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Raquel Robles, (212) 805−0300. Transcript may be viewed at the court public terminal or purc through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it m obtained through PACER. Redaction Request due 12/7/2021. Redacted Transcript Deadline set for 12/17/2021. Relea Transcript Restriction set for 2/14/2022.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Moya, Goretti) 11/16/2021) |
| .6/2021 | 7348 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFER proceeding held on 11/1/21 has been filed by the court reporter/transcriber in the above−captioned matter. The partie seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such No |

| | | |
|---|---|---|
| | | the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...F Associated Cases: 1:03−md−01570−GBD−SN et al..(Moya, Goretti) (Entered: 11/16/2021) |
| .6/2021 | 7349 | TRANSCRIPT of Proceedings re: CONFERENCE held on 11/2/2021 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Raquel Robles, (212) 805−0300. Transcript may be viewed at the court public terminal or purc through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 12/7/2021. Redacted Transcript Deadline set for 12/17/2021. Relea Transcript Restriction set for 2/14/2022.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Moya, Goretti) 11/16/2021) |
| .6/2021 | 7350 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERI proceeding held on 11/2/21 has been filed by the court reporter/transcriber in the above−captioned matter. The partie seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...F Associated Cases: 1:03−md−01570−GBD−SN et al..(Moya, Goretti) (Entered: 11/16/2021) |
| .6/2021 | 7351 | DECLARATION of Robert T. Haefele in Support re: 7345 MOTION TO EXCLUDE AND/OR LIMIT PROPOSED TESTIMONY OF JONATHAN BENTHALL, CHARLES W. FREEMAN, JONATHAN MARKS, AND JOHN SID Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Ex Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16).(Haefele, Robert) (Entered: 11/16/2021) |
| .6/2021 | | Mailed a copy of 7354 Order, to the U.S. Attorneys Office for the Southern District of New York at 86 Chambers Str York, NY 10007. (dsh) (Entered: 11/16/2021) |
| .6/2021 | 7356 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg date November 16, 2021 re: 7327 LETTER MOTION for Leave to File hearing exhibits addressed to Magistrate Judge Sa Netburn from Michael K. Kellogg dated November 10, 2021. . Document filed by Kingdom of Saudi Arabia..(Kellog (Entered: 11/16/2021) |
| .7/2021 | 7357 | MOTION FOR PARTIAL FINAL JUDGMENT FOR DAMAGES . Document filed by Ber Barry Aron, Paul Asaro, Asaro, Philip Asaro, August Bernaerts, Michael Bianco, Deborah Bodner, Jeanmarie Hargrave, BNY Mellon. (Attacl Text of Proposed Order, # 2 Exhibit A, # 3 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(C Jerry) (Entered: 11/17/2021) |
| .7/2021 | 7358 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (60 in 1:20−cv−09376−GBD−SN, 73 in 1:19−cv−11767− 68 in 1:20−cv−09387−GBD−SN, 68 in 1:19−cv−11865−GBD−SN, 70 in 1:19−cv−11776−GBD−SN, 62 in 1:20−cv−10460−GBD−SN, 7357 in 1:03−md−01570−GBD−SN, 47 in 1:20−cv−10902−GBD−SN) MOTION FOR F FINAL JUDGMENT FOR DAMAGES .. Document filed by Ber Barry Aron, Paul Asaro, Peter Asaro, Philip Asaro, Bernaerts, Michael Bianco, Deborah Bodner, Jeanmarie Hargrave, BNY Mellon. (Attachments: # 1 Exhibit A, # 2 Ex Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 11/ |
| .7/2021 | 7359 | LETTER addressed to Magistrate Judge Sarah Netburn from Emily Kirsch dated November 16 re: Opposition to Mot Discovery ECF 7328. Document filed by Kreindler & Kreindler LLP. (Attachments: # 1 Affidavit Steven Pounian).(I Emily) (Entered: 11/17/2021) |
| .7/2021 | 7360 | MEMORANDUM OF LAW in Support re: (68 in 1:20−cv−09387−GBD−SN, 68 in 1:19−cv−11865−GBD−SN, 60 ir 1:20−cv−09376−GBD−SN, 70 in 1:19−cv−11776−GBD−SN, 62 in 1:20−cv−10460−GBD−SN, 73 in 1:19−cv−11767−GBD−SN, 7357 in 1:03−md−01570−GBD−SN, 47 in 1:20−cv−10902−GBD−SN) MOTION FOR F FINAL JUDGMENT FOR DAMAGES . . Document filed by Ber Barry Aron, Paul Asaro, Peter Asaro, Philip Asaro Bernaerts, Michael Bianco, Deborah Bodner, Jeanmarie Hargrave, BNY Mellon. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 11/17/2021) |
| .7/2021 | 7361 | PROPOSED ORDER. Document filed by Ber Barry Aron, Paul Asaro, Peter Asaro, Philip Asaro, August Bernaerts, Bianco, Deborah Bodner, Jeanmarie Hargrave, BNY Mellon. (Attachments: # 1 Exhibit A, # 2 Exhibit B) Related Do Number: [7357, 73, 70, 68, 60, 68, 62, 47]..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office sta** Modified on 11/17/2021 (dt). (Entered: 11/17/2021) |
| .7/2021 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (71 in 1:20−cv−09387−GBD−S 1:19−cv−11865−GBD−SN, 65 in 1:20−cv−10460−GBD−SN, 63 in 1:20−cv−09376−GBD−SN, 50 in 1:20−cv−10902−GBD−SN, 7361 in 1:03−md−01570−GBD−SN, 76 in 1:19−cv−11767−GBD−SN, 73 in 1:19−cv−11776−GBD−SN) Proposed Order, was reviewed and approved as to form. Filed In Associated Cases 1:03−md−01570−GBD−SN et al.(dt)** (Entered: 11/17/2021) |
| .7/2021 | 7362 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated November 17, 2 Non−Kreindler PECs response to the Courts November 16, 2021 Order, ECF No. 7353. Document filed by Plaintiffs Committees..(Haefele, Robert) (Entered: 11/17/2021) |

| | | |
|---|---|---|
| .7/2021 | 7363 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael Gerber dated November 17, 2021 re: Response Court's November 15, 2021 order (ECF No. 7353) regarding three motions filed by the Kingdom of Saudi Arabia. Do filed by John Fawcett..(Gerber, Michael) (Entered: 11/17/2021) |
| .8/2021 | 7364 | SEALED DOCUMENT placed in vault..(jus) (Entered: 11/18/2021) |
| .8/2021 | 7365 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dat November 18, 2021 re: 7328 LETTER MOTION for Discovery addressed to Magistrate Judge Sarah Netburn from M Kellogg dated November 11, 2021. . Document filed by Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit 1, # 2 E 2).(Kellogg, Michael) (Entered: 11/18/2021) |
| .8/2021 | 7366 | LETTER addressed to Magistrate Judge Sarah Netburn from Emily Kirsch dated November 18, 2021 re: ECF 7365. I filed by Kreindler & Kreindler LLP..(Kirsch, Emily) (Entered: 11/18/2021) |
| .8/2021 | 7367 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MOTION Direct the Clerk to Dispatch Documents to Ager Instrumentality And Government Official Defendants as Set Forth in 28 U.S.C. 1608(a)(4) . Document filed by PATI RYAN. (Attachments: # 1 Memorandum of Law in Support of Motion, # 2 Text of Proposed Order)Filed In Associat 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−SN.(Corr, Stephen) Modified on 12/8/2021 (kj). (Entered: 11/18 |
| .8/2021 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − DEFICIENT DOCKET ENTRY ERROR. Notic Attorney Stephen Corr to RE−FILE Document (7367 in 1:03−md−01570−GBD−SN, 72 in 1:20−cv−00266−GB MOTION Direct the Clerk to Dispatch Documents to Agency and Instrumentality And Government Official D as Set Forth in 28 U.S.C. 1608(a)(4) .. ERROR(S): Supporting Documents are filed separately, each receiving t document #. (Supporting Documents are found under the Event Type − Replies, Opposition and Supporting D Rule 56.1 Statement is found under Other Answers). Proposed Order(s) and/or Certificate of Service(s) can be the Motion.. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−SN(kj)** (Entered: 12/ |
| .9/2021 | 7368 | NOTICE of Iran Notice of Amendment re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by Frank S Tara Strobert−Nolan. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11865−GBD−SN.(Goldman, (Entered: 11/19/2021) |
| .9/2021 | 7369 | ORDER granting in part 7327 Letter Motion for Leave to File Document; denying 7328 Letter Motion for Discovery Arabia's motion for discovery into the potential breach of the deposition protocol is GRANTED in part. Kreindler & shall file the declaration required by the Court in relation to that motion by November 22, 2021. Saudi Arabia's motic to file exhibits is GRANTED in part. Its motion for discovery into communications between attorney Elizabeth Crott Kreindler & Kreindler is DENIED. The Clerk of the Court is respectfully directed to terminate the motions at ECF N and 7328. (Signed by Magistrate Judge Sarah Netburn on 11/19/2021) (ras) (Entered: 11/19/2021) |
| .9/2021 | 7370 | MOTION Partial Final Judgment . Document filed by Laurence Schlissel.Filed In Associated Cases: 1:03−md−0157( et al..(Goldman, Jerry) (Entered: 11/19/2021) |
| .9/2021 | 7371 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated November 19, 2 Response to the Courts November 16, 2021 Order (ECF No. 7352). Document filed by Plaintiffs Executive Committees..(Eubanks, John) (Entered: 11/19/2021) |
| .9/2021 | 7372 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (190 in 1:18−cv−05306−GBD−SN, 139 in 1:18−cv−07306−GBD−SN, 122 in 1:18−cv−12276−GBD−SN, 174 in 1:18−cv−05320−GBD−SN, 131 in 1:18−cv−11878−GBD−SN, 114 in 1:18−cv−11876−GBD−SN, 134 in 1:18−cv−12277−GBD−SN, 120 in 1:18−cv−11875−GBD−SN, 7370 in 1:03−md−01570−GBD−SN, 158 in 1:18−cv−05331−GBD−SN, 174 in 1:18−cv−05339−GBD−SN, 132 in 1:18−cv−12387−GBD−SN, 137 in 1:18−cv−11870−GBD−SN, 178 in 1:18−cv−05321−GBD−SN, 138 in 1:18−cv−11837−GBD−SN) MOTION Partial Final Judgment .. Document filed b Schlissel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 11/19/2021) |
| .9/2021 | 7373 | MEMORANDUM OF LAW in Support re: (120 in 1:18−cv−11875−GBD−SN, 190 in 1:18−cv−05306−GBD−SN, 7: 1:03−md−01570−GBD−SN, 158 in 1:18−cv−05331−GBD−SN, 139 in 1:18−cv−07306−GBD−SN, 174 in 1:18−cv−05339−GBD−SN, 132 in 1:18−cv−12387−GBD−SN, 122 in 1:18−cv−12276−GBD−SN, 137 in 1:18−cv−11870−GBD−SN, 174 in 1:18−cv−05320−GBD−SN, 131 in 1:18−cv−11878−GBD−SN, 178 in 1:18−cv−05321−GBD−SN, 114 in 1:18−cv−11876−GBD−SN, 138 in 1:18−cv−11837−GBD−SN, 134 in 1:18−cv−12277−GBD−SN) MOTION Partial Final Judgment . . Document filed by Laurence Schlissel. Filed In Asso Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 11/19/2021) |
| .9/2021 | 7374 | PROPOSED JUDGMENT. Document filed by Laurence Schlissel. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Gold **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 11/19/2021) |
| 20/2021 | 7375 | LETTER addressed to Magistrate Judge Sarah Netburn from Emily Kirsch dated November 20, 2021 re: November 1 Order, ECF 7369. Document filed by Kreindler & Kreindler LLP..(Kirsch, Emily) (Entered: 11/20/2021) |

| | | |
|---|---|---|
| 22/2021 | 7376 | SEALED DOCUMENT placed in vault..(jus) (Entered: 11/22/2021) |
| 22/2021 | 7377 | ORDER: Kreindler & Kreindler's motion for reconsideration of the Court's ruling on the admission of KSAX−101 at 7375 is DENIED. Motions for reconsideration are disfavored and the threshold for granting them is high. See Iowa P Ret. Sys. v. Deloitte & Touche LLP, 973 F. Supp. 2d 459, 462 (S.D.N.Y. 2013). Additionally, parties "may not use a reconsideration to raise new arguments for the first time when they were free to raise them during the original briefin Care, Ltd. v. Regent Baby Prod. Corp., 986 F. Supp. 2d 400, 412 (S.D.N.Y. 2013). Kreindler & Kreindler identifies n controlling authority or material fact that the Court overlooked in its decision at ECF No. 7369. Courts in this district taken a dim view of parties making technical authenticity challenges to their own productions and those decisions are here. See Com. Data Servers, Inc. v. Int'l Bus. Machines Corp., 262 F. Supp. 2d 50, 59 (S.D.N.Y. 2003); Faulkner v. Recs. LLC, 797 F. Supp. 2d 299, 307 (S.D.N.Y. 2011); Roc Nation LLC v. HCC Int'l Ins. Co., PLC, 523 F. Supp. 3d n.5 (S.D.N.Y. 2021). Kreindler & Kreindler's new attempt to raise a hearsay objection to KSAX−101 is also without Motions for reconsideration are not the appropriate place to raise arguments that could be raised in the original briefin argument is also unfounded as KSAX−101 is not hearsay because, as offered by the Kingdom, it is a party opponent s Fed. R. Evid. 801(d)(2). (Signed by Magistrate Judge Sarah Netburn on 11/22/2021) (ras) (Entered: 11/22/2021) |
| 22/2021 | 7378 | ORDER terminating (6996) Motion to Compel; terminating (7244) Letter Motion for Oral Argument in case 1:03−md−01570−GBD−SN. The parties are ordered to meet and confer based on the discovery guidance in this Orde parties shall file a joint status letter with the Court by December 10, 2021. That letter shall state whether the parties h able to agree on an acceptable discovery program and if not, what disputes require further resolution by the court. Th the Court is respectfully directed to terminate the motions at ECF Nos. 6996 and 7244. (Signed by Magistrate Judge S Netburn on 11/22/2021) Filed In Associated Cases: 1:03−md−01570−GBD−SN, et al. (ras) (Entered: 11/22/2021) |
| 22/2021 | 7379 | LETTER addressed to Magistrate Judge Sarah Netburn from Emily Kirsch dated November 22, 2021 re: Declaration Weidener. Document filed by Kreindler & Kreindler LLP. (Attachments: # 1 Affidavit Brian Weidener).(Kirsch, Em (Entered: 11/22/2021) |
| 22/2021 | 7380 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated November 22, 2021 re: Joint update concerning redactions. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 11/22/202 |
| 23/2021 | 7381 | ORDER: The Court orders that Kreindler & Kreindler's filing at ECF No. 7379 be SEALED, with access restricted to Kingdom of Saudi Arabia and the Plaintiffs' Executive Committees. Kreindler & Kreindler shall file a copy of ECF N the docket with paragraphs 6 through 8 redacted by November 24, 2021. (Signed by Magistrate Judge Sarah Netburn 11/23/2021) (ras) (Entered: 11/23/2021) |
| 23/2021 | 7382 | LETTER addressed to Judge George B. Daniels from John M. Eubanks dated November 23, 2021 re: Request to refil judgments with full exhibits. Document filed by Arias Plaintiffs, Burnett Plaintiffs, Prior Plaintiffs. (Attachments: # 1 2 Prior V, # 3 Burnett/Iran XXIII, # 4 Burnett/Iran XXIV)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00041−GBD−SN, 1:19−cv−00044−GBD−SN.(Eubanks, John) (Entered: 11/23 |
| 23/2021 | 7383 | MEMO ENDORSEMENT on re: 7380 Letter filed by Kingdom of Saudi Arabia. ENDORSEMENT: The Parties's re GRANTED. Given several pending deadlines in this litigation as well as the upcoming holidays, the parties need not status letter until January 28, 2022. (Signed by Magistrate Judge Sarah Netburn on 11/23/2021) (ras) (Entered: 11/23/ |
| 24/2021 | 7384 | LETTER addressed to Magistrate Judge Sarah Netburn from Emily Kirsch dated November 24, 2021 re: Declaration Weidener (redacted). Document filed by Kreindler & Kreindler LLP. (Attachments: # 1 Affidavit Brian Weidener − Redacted).(Kirsch, Emily) (Entered: 11/24/2021) |
| 24/2021 | 7385 | NOTICE OF APPEARANCE by Brice Jastrow on behalf of John Fawcett..(Jastrow, Brice) (Entered: 11/24/2021) |
| 24/2021 | 7386 | ***SELECTED PARTIES***PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW. Document filed Kingdom of Saudi Arabia, John Fawcett, FBI, Kreindler & Kreindler LLP, Dallah Avco Trans Arabia, Plaintiffs Exe Committees. (Attachments: # 1 Appendix A − Part 1, # 2 Appendix A − Part 2, # 3 Appendix B, # 4 Appendix C − Pa Appendix C − Part 2, # 6 Appendix C − Part 3)Motion or Order to File Under Seal: 7317 .(Kirsch, Emily) (Entered: 1 |
| 24/2021 | 7387 | ***SELECTED PARTIES***PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW. Document filed Kingdom of Saudi Arabia, John Fawcett, FBI, Kreindler & Kreindler LLP, Dallah Avco Trans Arabia, Plaintiffs Exe Committees.Motion or Order to File Under Seal: 7317 .(Gerber, Michael) (Entered: 11/24/2021) |
| 24/2021 | 7388 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael Gerber dated November 24, 2021 Document fi Fawcett..(Gerber, Michael) (Entered: 11/24/2021) |
| 24/2021 | 7389 | ***SELECTED PARTIES***PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW. Document filed Fawcett, FBI, Kingdom of Saudi Arabia, Plaintiffs Executive Committees, Kreindler & Kreindler LLP, Dallah Avco Arabia.Motion or Order to File Under Seal: 7317 .(Kellogg, Michael) (Entered: 11/24/2021) |
| 30/2021 | 7390 | LETTER MOTION for Extension of Time addressed to Magistrate Judge Sarah Netburn from Rebecca S. Tinio dated 30, 2021. Document filed by UNITED STATES OF AMERICA..(Tinio, Rebecca) (Entered: 11/30/2021) |

| | | |
|---|---|---|
| 30/2021 | 7391 | LETTER addressed to Magistrate Judge Sarah Netburn from Rebecca S. Tinio dated November 30, 2021 re: Notice c Participation of the United States Pursuant to 28 U.S.C. 517. Document filed by UNITED STATES OF AMERICA..( Rebecca) (Entered: 11/30/2021) |
| 30/2021 | 7392 | LETTER addressed to Judge George B. Daniels from Timothy B. Fleming dated November 30, 2021 re: USG's reque time to file statement of interest. Document filed by Havlish Plaintiffs. (Attachments: # 1 Exhibit Reuters article, # 2 New York Times article)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Flemin (Entered: 11/30/2021) |
| 01/2021 | 7393 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated December 1, 2021 re: Reques limited redactions to the November 24, 2021 sealed filings. Document filed by Kingdom of Saudi Arabia..(Kellogg, M (Entered: 12/01/2021) |
| 01/2021 | 7394 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Cor dated December 1, 2021 re: Non−Kreindler PECs submission pursuant to Courts Order at ECF No. 7317. Document Dallah Avco Trans Arabia, John Fawcett, Kingdom of Saudi Arabia, Plaintiffs Executive Committees, Kreindler & K LLP, FBI.Motion or Order to File Under Seal: 7317 .(Haefele, Robert) (Entered: 12/01/2021) |
| 01/2021 | 7395 | LETTER RESPONSE in Support of Motion addressed to Magistrate Judge Sarah Netburn from Andrew J. Maloney d 12/1/2021 re: 7390 LETTER MOTION for Extension of Time addressed to Magistrate Judge Sarah Netburn from Re Tinio dated November 30, 2021. . Document filed by Kathleen Ashton..(Maloney, Andrew) (Entered: 12/01/2021) |
| 02/2021 | 7396 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman Esq. dated 12/02/2021 Document file O'Neill..(Goldman, Jerry) (Entered: 12/02/2021) |
| 02/2021 | 7397 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman Esq. dated 12/02/2021 Document file O'Neill.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entere 12/02/2021) |
| 02/2021 | 7398 | LETTER addressed to Magistrate Judge Sarah Netburn from Timothy B. Fleming dated December 2, 2021 re: Ashtor letter of December 2, 2021. Document filed by Havlish Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD− 1:03−cv−09848−GBD−SN.(Fleming, Timothy) (Entered: 12/02/2021) |
| 02/2021 | 7399 | LETTER addressed to Magistrate Judge Sarah Netburn from Timothy B. Fleming dated December 2, 2021 re: O'Neil letter of December 2, 2021. Document filed by Havlish Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD− 1:03−cv−09848−GBD−SN.(Fleming, Timothy) (Entered: 12/02/2021) |
| 02/2021 | 7400 | NOTICE of Amendment. Document filed by Virginia Bauer, et al.. Filed In Associated Cases: 1:03−md−01570−GBI 1:02−cv−06977−GBD−SN.(Capone, Dorothea) (Entered: 12/02/2021) |
| 02/2021 | 7401 | NOTICE of Amendment. Document filed by Virginia Bauer, et al.. Filed In Associated Cases: 1:03−md−01570−GBI 1:02−cv−06977−GBD−SN.(Capone, Dorothea) (Entered: 12/02/2021) |
| 02/2021 | 7402 | ORDER granting (545) Letter Motion for Extension of Time in case 1:03−cv−09848−GBD−SN; granting (7390) Let for Extension of Time in case 1:03−md−01570−GBD−SN. The Court has received the Government's motion for an e January 28, 2022, to file a Statement of Interest in Havlish v. Bin−Laden, No. 03−cv−09848, ECF No. 7390, and to f Statement of Interest by the same date in Faulkner v. Bin Laden, et al., No. 09−cv−07055, ECF No. 7391. It has also the letters from the Ashton, ECF No. 7395, and O'Neill, ECF No. 7397, plaintiffs in support of the extension, as well letters from the Havlish plaintiffs opposing any extension beyond December 28, 2021. ECF Nos. 7392, 7398, 7399. T recognizes that the treatment of the Afghan funds currently in the Federal Reserve Bank of New York involves nume complicated questions of law and policy. In the interest of comity, the Government's motion is therefore GRANTED. any Statement of Interest in Havlish and Faulkner by January 28, 2022. The Clerk of the Court is respectfully directe the motion at ECF No. 7390. (Signed by Magistrate Judge Sarah Netburn on 12/2/2021) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN, 1:09−cv−07055−GBD−SN. (ras) (Entered: 12/02/2021) |
| 02/2021 | 7403 | MOTION to Substitute Party. Old Party: John Doe 2, being intended to designate the Personal Representative of the I (Spc.) Craig Amundson, deceased, said name being fictitious, her/his true name is not presently known, confirmed, a not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment ha and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivo legally entitled beneficiaries and family members of (Spc.) Craig Amundson, John Doe 10, being intended to designa Personal Representative of the Estate of Helen Cook, deceased, said name being fictitious, her/his, New Party: Ambe Amundson as Personal Representative of the Estate of (Spc.) Craig Amundson, deceased, and on behalf of all survivo legally entitled beneficiaries and family members of (Spc.) Craig Amundson, Jermaine Cook as Personal Representat Estate of Helen Cook, deceased, and on behalf of all survivors and all legally entitled . Document filed by Gordon Aa (Attachments: # 1 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12276−GBD−SN.(Goldman, Jerry) (Entered: 12/02/2021) |

| | | |
|---|---|---|
| )2/2021 | 7404 | PROPOSED ORDER. Document filed by Gordon Aamoth. Related Document Number: [7403, 126]..(Goldman, Jerr **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 12/02/2021) |
| )2/2021 | 7405 | NOTICE of Amendment. Document filed by Virginia Bauer, et al.. Filed In Associated Cases: 1:03−md−01570−GBI 1:02−cv−06977−GBD−SN.(Capone, Dorothea) (Entered: 12/02/2021) |
| )2/2021 | 7406 | MOTION to Substitute Party. Old Party: John Doe 28, being intended to designate the Personal Representative of the DaJuan Hodges, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or ha duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all entitled beneficiaries and family members of DaJuan Hodges, John Doe 36, being intended to designate the Personal Representative of the Estate of Kenneth Charles Ledee, deceased, said name being fictitious, her/his true name is not known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appoir her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointec behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Charles Ledee, New Party Persol, being intended to designate the Personal Representative of the Estate of DaJuan Hodges, deceased, and on bel survivors and all legally entitled beneficiaries and family members of DaJuan Hodges, Mary Ann Ledee, being intenc designate the Personal Representative of the Estate of Kenneth Charles Ledee, deceased, and on behalf of all survivor legally entitled beneficiaries and family members of Kenneth Charles Ledee . Document filed by Marinella Hemenwa (Attachments: # 1 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN.(Goldman, Jerry) (Entered: 12/02/2021) |
| )2/2021 | 7407 | NOTICE of Amendment. Document filed by Virginia Bauer, et al.. Filed In Associated Cases: 1:03−md−01570−GBI 1:02−cv−06977−GBD−SN.(Capone, Dorothea) (Entered: 12/02/2021) |
| )2/2021 | 7408 | PROPOSED ORDER. Document filed by Marinella Hemenway. Related Document Number: [7406, 138]..(Goldman **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 12/02/2021) |
| )2/2021 | 7409 | NOTICE of Amendment. Document filed by Virginia Bauer, et al.. Filed In Associated Cases: 1:03−md−01570−GBI 1:02−cv−06977−GBD−SN.(Capone, Dorothea) (Entered: 12/02/2021) |
| )2/2021 | 7410 | NOTICE of Amendment. Document filed by Virginia Bauer, et al.. Filed In Associated Cases: 1:03−md−01570−GBI 1:02−cv−06977−GBD−SN.(Capone, Dorothea) (Entered: 12/02/2021) |
| )2/2021 | 7411 | NOTICE of Amendment. Document filed by Virginia Bauer, et al.. Filed In Associated Cases: 1:03−md−01570−GBI 1:02−cv−06977−GBD−SN.(Capone, Dorothea) (Entered: 12/02/2021) |
| )2/2021 | 7412 | NOTICE of Amendment. Document filed by Virginia Bauer, et al.. Filed In Associated Cases: 1:03−md−01570−GBI 1:02−cv−06977−GBD−SN.(Capone, Dorothea) (Entered: 12/02/2021) |
| )2/2021 | 7413 | NOTICE of Amendment. Document filed by Virginia Bauer, et al.. Filed In Associated Cases: 1:03−md−01570−GBI 1:02−cv−06977−GBD−SN.(Capone, Dorothea) (Entered: 12/02/2021) |
| )2/2021 | 7414 | NOTICE of Amendment. Document filed by Virginia Bauer, et al.. Filed In Associated Cases: 1:03−md−01570−GBI 1:02−cv−06977−GBD−SN.(Capone, Dorothea) (Entered: 12/02/2021) |
| )2/2021 | 7415 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated December 2, 20: Request to extend the deadline for the plaintiffs and the PECs letters in response to the Courts Order at ECF No. 735 Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 12/02/2021) |
| )2/2021 | 7416 | NOTICE of Amendment. Document filed by Virginia Bauer, et al.. Filed In Associated Cases: 1:03−md−01570−GBI 1:02−cv−06977−GBD−SN.(Capone, Dorothea) (Entered: 12/02/2021) |
| )3/2021 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (7404 in 1:03−md−01570−GBD in 1:18−cv−12276−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:18−cv−12276−GBD−SN(dt)** (Entered: 12/03/2021) |
| )3/2021 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (139 in 1:18−cv−12277−GBD−: 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN(dt)** (Entered: 12/03/2021) |
| )3/2021 | 7417 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Emily Kirsch dated Dec 2021 re: Dec 1 Letter from KSA re: Redactions (ECF 7393). Document filed by Dallah Avco Trans Arabia, Kingdon Arabia, FBI, Kreindler & Kreindler LLP, John Fawcett, Plaintiffs Executive Committees, Plaintiffs PI Executive Committee.Motion or Order to File Under Seal: 7314 .(Kirsch, Emily) (Entered: 12/03/2021) |
| )3/2021 | 7418 | LETTER MOTION for Oral Argument *in connection with the November 1−2 Hearing* addressed to Magistrate Judge Netburn from Emily Kirsch dated December 3, 2021. Document filed by Kreindler & Kreindler LLP..(Kirsch, Emily 12/03/2021) |

| | | |
|---|---|---|
| )3/2021 | 7419 | MOTION for Summary Judgment *Notice of Motion*. Document filed by Dubai Islamic Bank..(Marshall, C Kevin) (Er 12/03/2021) |
| )3/2021 | 7420 | MEMORANDUM OF LAW in Support re: 7419 MOTION for Summary Judgment *Notice of Motion*. *Memorandum Support of Motion for Summary Judgment and, in the alternative, to Dismiss*. Document filed by Dubai Islamic Bank C Kevin) (Entered: 12/03/2021) |
| )3/2021 | 7421 | DECLARATION of Steven T. Cottreau in Support re: 7419 MOTION for Summary Judgment *Notice of Motion*.. Do filed by Dubai Islamic Bank..(Marshall, C Kevin) (Entered: 12/03/2021) |
| )3/2021 | 7422 | RULE 56.1 STATEMENT. Document filed by Dubai Islamic Bank..(Marshall, C Kevin) (Entered: 12/03/2021) |
| )3/2021 | 7423 | MEMO ENDORSEMENT on re: (7415 in 1:03−md−01570−GBD−SN) Letter, filed by Plaintiffs Executive Committ ENDORSEMENT: The Parties' request is GRANTED. The PECs shall file the letter directed by the Court's order at I 7354 by January 28, 2022. The Faulkner Plaintiffs may either join that letter or file their own by the same date. The C Court is respectfully directed to file this endorsement on both the MDL docket, No. 03−md−1570, and the Faulkner d 09−cv−07055. (Signed by Magistrate Judge Sarah Netburn on 12/3/2021) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:09−cv−07055−GBD−SN. (ras) (Entered: 12/04/2021) |
| )6/2021 | 7424 | DECLARATION of Steven T. Cottreau in Support re: (676 in 1:04−cv−07279−GBD−SN) MOTION for Summary Ju *Notice*.. Document filed by Dubai Islamic Bank. (Attachments: # 1 Exhibit 1 Sharif Decl w Exs A to B, # 2 Exhibit 2 Sharif Ex A, # 3 Exhibit 3 Transl Sharif Ex B, # 4 Exhibit 4 Dharsey Decl, # 5 Exhibit 5 Hassan Dep Tr, # 6 Exhibit Tr, # 7 Exhibit 7 Fine Dep Exs, # 8 Exhibit 8 Ansari Decl w Exs A to C, # 9 Exhibit 9 Transl Ansari Ex A, # 10 Exhi Transl Ansari Ex B, # 11 Exhibit 11 Transl Ansari Ex C, # 12 Exhibit 12a Maaty Decl w Ex A Pt 1, # 13 Exhibit 12b A Pt 2, # 14 Exhibit Transl Maaty Ex A, # 15 Exhibit 14a Maazmi Decl, # 16 Exhibit 14b Maazmi Ex A, # 17 Exhibi Maazmi Ex B, # 18 Exhibit 14d Maazmi Ex C, # 19 Exhibit 15 Transl Maazmi Ex A, # 20 Exhibit 16 Transl Maazmi Exhibit 17 Transl Maazmi Ex C, # 22 Exhibit 18 Al Qadi Account Statements, # 23 Exhibit 1st RFAs, # 24 Exhibit 2 RFAs, # 25 Exhibit 21 3d RFAs)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Marshall, C Kevin) (E 12/06/2021) |
| )6/2021 | 7425 | AFFIDAVIT OF SERVICE of Summons, Complaint, Notice of Suit and Certified Translations of Each served on Isl Republic of Iran on 5/30/2021. Document filed by Sirak Betru. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In A Cases: 1:03−md−01570−GBD−SN, 1:18−cv−08297−GBD−SN.(Benett, Megan) (Entered: 12/06/2021) |
| )6/2021 | 7426 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Sirak Betru..(Benett, Megan) **Proposed to be reviewed and processed by Clerk's Office staff (No action required by chambers).** (Entered: 12/06/2021) |
| )6/2021 | 7427 | DECLARATION of Megan W. Benett in Support re: (7426 in 1:03−md−01570−GBD−SN) Proposed Clerk's Certific Default. Document filed by Sirak Betru. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Fil Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−08297−GBD−SN.(Benett, Megan) (Entered: 12/06/2021) |
| )6/2021 | 7428 | CLERK'S CERTIFICATE OF DEFAULT as to Defendant Islamic Republic of Iran, issued December 6, 2021. Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−08297−GBD−SN.(dt) (Entered: 12/06/2021) |
| )6/2021 | 7429 | ORDER granting (7403) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; granting (126) Motion to Su Party in case 1:18−cv−12276−GBD−SN. Amber A. Amundson as Personal Representative of the Estate of (Spc.) Cra Amundson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of (Spc Amundson shall be substituted for John Doe 2, being intended to designate the Personal Representative of the Estate Craig Amundson. Jermaine Cook as Personal Representative of the Estate of Helen Cook, deceased, and on behalf of survivors and all legally entitled beneficiaries and family members of Helen Cook shall be substituted for John Doe 1 intended to designate the Personal Representative of the Estate of Helen Cook. (HEREBY ORDERED by Magistrate Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12276−GBD−SI Modified on 12/6/2021 (ras). (Entered: 12/06/2021) |
| )6/2021 | 7430 | ORDER granting (7406) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; granting (138) Motion to Su Party in case 1:18−cv−12277−GBD−SN. Jamielah Persol, being intended to designate the Personal Representative of of DaJuan Hodges, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members Hodges shall be substituted for John Doe 28, being intended to designate the Personal Representative of the Estate of Hodges. Mary Ann Ledee, being intended to designate the Personal Representative of the Estate of Kenneth Charles I deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Charles be substituted for John Doe 36, being intended to designate the Personal Representative of the Estate of Kenneth Cha (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN. (ras) Modified on 12/6/2021 (ras). (Entered: 12/06/2021) |
| )7/2021 | 7431 | NOTICE of Plaintiffs' Motion Pursuant to Fed. R. Civ. P. 54(b) and the Court's Inherent Powers to Revise This Court 28, 2018 Order (ECF No. 3946). Document filed by Consolidated Amended Complaint Plaintiffs..(Carter, Sean) (Ent 12/07/2021) |

| | | |
|---|---|---|
| )7/2021 | 7432 | BRIEF re: 7431 Notice (Other) *Plaintiffs' Memorandum of Law in Support of Motion Pursuant to Fed. R. Civ. P. 54(. Court's Inherent Powers to Revise This Court's March 28, 2018 Order (ECF No. 3946)*. Document filed by Consolid Amended Complaint Plaintiffs..(Carter, Sean) (Entered: 12/07/2021) |
| )7/2021 | 7433 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter and Robert T. Haefele dated December 7 notification to the Court that Plaintiffs who have asserted claims against the Kingdom pursuant to the Consolidated A Complaint at ECF No. 3463 have filed a Motion requesting that the Court grant certain relief in light of Kaplan and H Document filed by Consolidated Amended Complaint Plaintiffs..(Carter, Sean) (Entered: 12/07/2021) |
| )7/2021 | 7434 | ORDER: The Court finds that Bauer, et al v. Al Qaeda Islamic, 02 Civ. 07236 (GBD) is related to the above caption Bauer action is to be consolidated with the MDL, In re: Terrorist Attacks on September 11. 2001, 03 MDL 1570 (GB The Court refers the Bauer action to Magistrate Judge Sarah Netburn in accordance with the referral order in the MD ORDERED. (Signed by Judge George B. Daniels on 12/07/2021) Filed In Associated Cases: 1:03−md−01570−GBD- 1:02−cv−07236−GBD (ama) (Entered: 12/07/2021) |
| )7/2021 | 7435 | LETTER addressed to Judge George B. Daniels from Plaintiffs' Executive Committees dated December 7, 2021 re: R Entry of Default agasint Wa'el Jelaidan. Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Ente 12/07/2021) |
| )8/2021 | 7436 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgement prepared pursuant to 22 Cl a copy of the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et. seq.), Order of Partial Judgement as to liability damages entered on October 5, 2021 ECF 70 (MDL ECF 7178) (Default Judgement), Affidavit of Translator (along v translations of the above documents in Farsi) mailed to DEFENDANT Islamic Republic of Iran, H.E. Dr. Mohammac Zarif, Foreign Minister of the Ministry of Foreign Affairs, Imam Khomeini Street, Imam Khomeini Square, Tehran, I 12/8/2021 by Federal Express tracking # 7753 9844 6100, to the United States Department of State, Attn: Jared Hess, Policy Review and Inter−Agency Liaison (CA/OCS/L), SA−17,10th Floor, 2201 C Street NW, Washington, DC 205: to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN(JKR) (Entered: 12/08/2021) |
| )8/2021 | 7439 | ORDER: If plaintiffs believe there is reason to resume activity in York, they may file a motion detailing the grounds continued viability. Otherwise, amendments and other activity should be docketed to the general MDL docket, No. 0: and, as necessary, the appropriate active individual case (e.g., Ashton). (Signed by Magistrate Judge Sarah Netburn o 12/8/2021) (ras) (Entered: 12/09/2021) |
| )8/2021 | 7440 | ORDER: The Ryan plaintiffs shall file a supplemental letter by December 21, 2021, addressing Samantar's implicatic service on the defendants identified in their motion at ECF No. 7367. The letter shall also indicate if the Ryan plaintif seek damages directly from the two individuals identified in that order. While the motion at ECF No. 7367 pertains o Ryan plaintiffs, the Ray plaintiffs have made substantially similar claims to the Ryan plaintiffs. See, e.g., ECF Nos. 6 They also have, and likely will continue to rely on the provisions of the FSIA to effect service on Iranian agencies, instrumentalities, and officials. Accordingly, in the interest of judicial economy, the Ray plaintiffs shall either join in filed by the Ryan plaintiffs or submit their own by the same date. (Signed by Magistrate Judge Sarah Netburn on 12/8 Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN, 1:20−cv−00266−GBD−SN. (ras 12/09/2021) |
| )8/2021 | 7441 | ORDER: In the interest of economy, the Court will permit plaintiffs in these cases to make a nunc pro tunc motion ac appropriate parties if the plaintiffs wish to do so. Therefore, the plaintiffs in the cases identified in this Order are ORI file a letter by December 14, 2021, indicating if they wish to make such a motion and if so, proposing a schedule for those amendments. (Signed by Magistrate Judge Sarah Netburn on 12/8/2021) Filed In Associated Cases: 1:03−md−01570−GBD−SN, et al. (ras) (Entered: 12/09/2021) |
| )9/2021 | 7437 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Judgments Pursuant to 22 CFR 93.2, Order of Judgment for Liability, Order of Partial Final Judgment for Wrongful Death/Solatium Plaintiffs, Order of Partial Fina for Personal Injury Damages, Clerk's Judgment, Instructions for Appealing Judgment, Foreign Sovereign Immunities U.S.C. 1602, et seq.), Affidavit of Translator (along with translations of the above documents in Farsi) mailed to DEI Iranian Ministry of Information and Security, Pasdaran Avenue, Golestan Yekom, Tehran, Iran on 12/08/2021 by Fec Express tracking # 2869 6603 4306, to the U.S. Department of State, Attn: Jared Hess, Office of Policy Review and Inter−Agency Liaison (CA/OCS/L), SA−17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−03162−GBD−SN(JKR) (Entered: 12/09/2021) |
| )9/2021 | 7438 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Judgments Pursuant to 22 CFR 93.2, Order of Judgment for Liability, Order of Partial Final Judgment for Wrongful Death/Solatium Plaintiffs, Order of Partial Fina for Personal Injury Damages, Clerk's Judgment, Instructions for Appealing Judgment, Foreign Sovereign Immunities U.S.C. 1602, et seq.), Affidavit of Translator (along with translations of the above documents in Farsi) mailed to DEI Islamic Republic of Iran, Ministry of Foreign Affairs, Imam Khomeini Street, United Nations Street, Tehran, Iran on by Federal Express tracking # 2869 6592 5354, to the U.S. Department of State, Attn: Jared Hess, Office of Policy Ro Inter−Agency Liaison (CA/OCS/L), SA−17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the |

| | | |
|---|---|---|
| | | of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−03162−GBD−SN(JKR) (Entered: 12/09/2021) |
| )9/2021 | 7442 | LETTER addressed to Judge George B. Daniels from Timothy B. Fleming dated December 9, 2021 re: Extension of Execution. Document filed by Havlish Plaintiffs. (Attachments: # 1 Exhibit Reuters article, # 2 Exhibit New York Ti # 3 Exhibit CNBC article)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Flemi Timothy) (Entered: 12/09/2021) |
| .0/2021 | 7443 | LETTER addressed to Magistrate Judge Sarah Netburn from Steven R. Pounian re: in response to ECF No. 7433 on b Ashton plaintiffs. Document filed by Kathleen Ashton.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Pounian, Steven) (Entered: 12/10/2021) |
| .0/2021 | 7444 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman, Esq. dated December 10, 2021 re: EC Document filed by Michael Bianco.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (E 12/10/2021) |
| .0/2021 | 7445 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter dated December 10, 2021 re: Plaintiffs w against Defendant Al Rajhi Bank and Al Rajhi Bank write in accordance with the Court's Order (EDF No. 7378) to jo update the Court concerning their meet−and−confer discussions. Document filed by Plaintiffs Executive Committees Sean) (Entered: 12/10/2021) |
| .0/2021 | 7446 | CLERK CERTIFICATE OF MAILING of one copy of the October 5th, 2021 Order Entering Default Judgment, Noti Default Judgment, Foreign Sovereign Immunities Act, Affidavit of Translator (along with Farsi translations of the ab documents) mailed to DEFENDANT Islamic Republic of Iran c/o Hossein Amir−Abdollahian, Ministry of Foreign A Foreign Affairs Ministry, MFA Building, Imam Khomeini Street, Imam Khomeini Square, Tehran, Iran on 12/09/202 Registered Mail tracking # RH003177231US, to the head of the ministry of foreign affairs, pursuant to the provisions Services Immunities Act, 28 U.S.C. § 1608(a)(3). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00416−GBD−SN.(JKR) Modified on 12/13/2021 (JVR). (Entered: 12/10/2021) |
| .0/2021 | 7447 | ORDER: The Havlish plaintiffs request that the Court extend their writ of execution. ECF No. 7442. That request is GRANTED...The Havlish writ has been stayed pending further order of the Court, to permit the government time to p statement of interest pursuant to 28 U.S.C. § 517. ECF No. 7269. Absent extension, the Havlish plaintiffs report that will expire on December 11, 2021. Additionally, the Court granted a motion to extend a comparable writ in Does 1 th Taliban, No. 20−mc−00740 (KPF), ECF No. 41, which will not expire until further order of the court. Accordingly, th plaintiffs' writ is hereby extended and will not expire until further order of the Court. (Signed by Magistrate Judge Sa on 12/10/2021) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN. (ras) (Entered: 1 |
| .0/2021 | 7448 | MEMO ENDORSEMENT on re: 7443 Letter, filed by Kathleen Ashton. ENDORSEMENT: The Ashton plaintiffs' re GRANTED in part. The Ashton plaintiffs, Consolidated Amended Complaint plaintiffs, and the Kingdom of Saudi A ordered to meet−and−confer and to submit a joint letter by December 17, 2021, proposing a briefing schedule for the motion or identifying any disputes between these parties. (Signed by Magistrate Judge Sarah Netburn on 12/10/2021) (Entered: 12/10/2021) |
| .3/2021 | 7449 | MEMO ENDORSEMENT on re: 7445 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The Part is granted. They shall submit a further status letter by December 20, 2021. The Parties are also reminded that jurisdic discovery against ARB is set to close on December 17, 2021. See ECF No. 6740. That deadline is now extended to D 20, 2021. The Parties' submission on that date should include a proposal for a suitable extension to cover the rest of th discovery process. (Signed by Magistrate Judge Sarah Netburn on 12/13/2021) (ras) (Entered: 12/13/2021) |
| .3/2021 | 7450 | CLERK CERTIFICATE OF MAILING of one copy of the Notice of Suit prepared in accordance with 22 CFR 93.2 v of the Foreign Sovereign Immunities Act of 1976, Civil Cover Sheet, Summons, Complaint deemed filed July 22, 202 Case Statement, Entry of Appearance, Affidavit of Translator (along with Persian−Farsi translations of each documen to Islamic Republic of Iran, c/o Mohammad Javad Zarif, Ministry of Foreign Affairs of Iran, Imam Khomeini Street, Khomeini Square, Tehran, Iran on 08/24/2021 by Registered Mail tracking # RH003034555US, to the head of the mi foreign affairs, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3). Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:21−cv−06247−GBD−SN.(JKR) (Entered: 12/13/2021) |
| .4/2021 | 7451 | MOTION to Amend/Correct (5 in 1:19−cv−11776−GBD−SN) Complaint,,,,,,,,,,,,,,,,,, (1 in 1:19−cv−11865−GBD−S Complaint,,,,,,,,,,,,,,,,,, . Document filed by August Bernaerts. (Attachments: # 1 Text of Proposed Order 1)Filed In Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11776−GBD−SN, 1:19−cv−11865−GBD−SN.(Goldman, Jerry) (Entere 12/14/2021) |
| .4/2021 | 7452 | MEMORANDUM OF LAW in Support re: (7451 in 1:03−md−01570−GBD−SN, 75 in 1:19−cv−11865−GBD−SN, 7 1:19−cv−11776−GBD−SN) MOTION to Amend/Correct (5 in 1:19−cv−11776−GBD−SN) Complaint,,,,,,,,,,,,,,,,,, (1 1:19−cv−11865−GBD−SN) Complaint,,,,,,,,,,,,,,,,,, . . Document filed by August Bernaerts. (Attachments: # 1 Exhil Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11776−GBD−SN, 1:19−cv−11865−GBD−SN.(Goldman, Jerry) (Entered: 12/14/2021) |

| | | |
|---|---|---|
| .4/2021 | 7453 | PROPOSED ORDER. Document filed by August Bernaerts. Related Document Number: [7451, 76, 75]..(Goldman, J **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 12/14/2021) |
| .4/2021 | 7454 | PROPOSED ORDER. Document filed by Michael Bianco. (Attachments: # 1 Exhibit A) Related Document Number 7333]..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 12/14/2021) |
| .4/2021 | 7455 | PROPOSED ORDER. Document filed by Michael Bianco. (Attachments: # 1 Exhibit A, # 2 Exhibit B) Related Docu Number: [7357, 7361]..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 12/14/2 |
| .5/2021 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 7453 Proposed Order 7455 Pro Order 7454 Proposed Order was reviewed and approved as to form. (km)** (Entered: 12/15/2021) |
| .5/2021 | 7456 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman, Esq. dated December 15, 2021 re: Pr Orders. Document filed by August Bernaerts.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11776−GBD−SN, 1:19−cv−11865−GBD−SN.(Goldman, Jerry) (Entered: 12/15/2021) |
| .5/2021 | 7457 | MOTION to Substitute Party. Old Party: John Doe 87, New Party: Peter Frank, as the Personal Representative of the Peter Frank . Document filed by Ber Barry Aron. (Attachments: # 1 Text of Proposed Order)Filed In Associated Case 1:03−md−01570−GBD−SN, 1:20−cv−09376−GBD−SN.(Goldman, Jerry) (Entered: 12/15/2021) |
| .5/2021 | 7458 | PROPOSED ORDER. Document filed by Ber Barry Aron. Related Document Number: [7457, 68]..(Goldman, Jerry) **Order to be reviewed by Clerk's Office staff.** (Entered: 12/15/2021) |
| .5/2021 | 7459 | MOTION to Substitute Party. Old Party: John Doe 92, New Party: Veronica Morris as the Personal Representative of of Eileen Flecha . Document filed by Michael Bianco. (Attachments: # 1 Text of Proposed Order)Filed In Associated 1:03−md−01570−GBD−SN, 1:20−cv−10902−GBD−SN.(Goldman, Jerry) (Entered: 12/15/2021) |
| .5/2021 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 7458 Proposed Order was revi approved as to form. (km)** (Entered: 12/15/2021) |
| .5/2021 | 7460 | PROPOSED ORDER. Document filed by Michael Bianco. Related Document Number: [7459, 55]..(Goldman, Jerry) **Order to be reviewed by Clerk's Office staff.** (Entered: 12/15/2021) |
| .5/2021 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 7460 Proposed Order was revi approved as to form. (km)** (Entered: 12/15/2021) |
| .5/2021 | 7461 | MOTION to Substitute Party. Old Party: John Doe 52, New Party: Josephine Romito as the Personal Representative Estate of James Romito . Document filed by Marinella Hemenway. (Attachments: # 1 Text of Proposed Order)Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN.(Goldman, Jerry) (Entered: 12/15/2021) |
| .5/2021 | 7462 | PROPOSED ORDER. Document filed by Marinella Hemenway. Related Document Number: [7461, 141]..(Goldman **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 12/15/2021) |
| .5/2021 | 7463 | MOTION to Substitute Party. Old Party: John Doe 53, New Party: Tracy Rowenhorst, as the Personal Representative Estate of Edward Rowenhorst . Document filed by Matthew Rowenhorst. (Attachments: # 1 Text of Proposed Order) Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12387−GBD−SN.(Goldman, Jerry) (Entered: 12/15/2021) |
| .5/2021 | 7464 | PROPOSED ORDER. Document filed by Matthew Rowenhorst. Related Document Number: [7463, 136]..(Goldman **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 12/15/2021) |
| .5/2021 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 7462 Proposed Order 7464 Pro Order was reviewed and approved as to form. (km)** (Entered: 12/15/2021) |
| .5/2021 | 7465 | NOTICE of Iran Notice of Amendment re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by Gordon Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12276−GBD−SN.(Goldman, Jerry) (Entered: 12/15 |
| .5/2021 | 7466 | NOTICE of Iran Notice of Amendment re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by Lloyd A In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11837−GBD−SN.(Goldman, Jerry) (Entered: 12/15/2021 |
| .5/2021 | 7467 | NOTICE of Iran Notice of Amendment re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by Roberta Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05320−GBD−SN.(Goldman, Jerry) (Entered: 12/15 |
| .5/2021 | 7468 | NOTICE of Iran Notice of Amendment re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by Marinel Hemenway. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN.(Goldman, Jerry) (E 12/15/2021) |
| .5/2021 | 7469 | NOTICE of Iran Notice of Amendment re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by Matthev Rowenhorst. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12387−GBD−SN.(Goldman, Jerry) (E 12/15/2021) |

| | | |
|---|---|---|
| .6/2021 | 7470 | ORDER granting (7451) Motion to Amend/Correct (7451 in 1:03−md−01570−GBD−SN, 76 in 1:19−cv−11776−GBI in 1:19−cv−11865−GBD−SN) MOTION to Amend/Correct (5 in 1:19−cv−11776−GBD−SN) Complaint(1 in 1:19−cv−11865−GBD−SN) Complaint, in case 1:03−md−01570−GBD−SN; granting (76) Motion to Amend/Correct 1:03−md−01570−GBD−SN, 76 in 1:19−cv−11776−GBD−SN, 75 in 1:19−cv−11865−GBD−SN) MOTION to Amen in 1:19−cv−11776−GBD−SN) Complaint (1 in 1:19−cv−11865−GBD−SN) Complaint, in case 1:19−cv−11776−GBI granting (75) Motion to Amend/Correct (7451 in 1:03−md−01570−GBD−SN, 76 in 1:19−cv−11776−GBD−SN, 75 in 1:19−cv−11865−GBD−SN) MOTION to Amend/Correct (5 in 1:19−cv−11776−GBD−SN) Complaint (1 in 1:19−cv−11865−GBD−SN) Complaint, in case 1:19−cv−11865−GBD−SN. Luke Girard Nee shall be corrected to Lu Nee in both cases identified in the Plaintiffs' motion. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Te Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11776−GBD−SN, 1:19−cv−11865−GBD−S (Entered: 12/16/2021) |
| .6/2021 | 7471 | MOTION Partial Final Judgment . Document filed by Michael Bianco. (Attachments: # 1 Text of Proposed Order, # # 3 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 12/16/2021) |
| .6/2021 | 7472 | MEMORANDUM OF LAW in Support re: (178 in 1:18−cv−05339−GBD−SN, 179 in 1:18−cv−05320−GBD−SN, 7( 1:20−cv−10460−GBD−SN, 194 in 1:18−cv−05306−GBD−SN, 139 in 1:18−cv−12387−GBD−SN, 143 in 1:18−cv−11837−GBD−SN, 7471 in 1:03−md−01570−GBD−SN, 70 in 1:20−cv−09376−GBD−SN, 82 in 1:19−cv−11865−GBD−SN, 141 in 1:18−cv−11870−GBD−SN, 144 in 1:18−cv−12277−GBD−SN, 57 in 1:20−cv−10902−GBD−SN, 130 in 1:18−cv−12276−GBD−SN) MOTION Partial Final Judgment . . Document filed b Bianco. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 12/16/2021) |
| .6/2021 | 7473 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (70 in 1:20−cv−10460−GBD−SN, 139 in 1:18−cv−12387 7471 in 1:03−md−01570−GBD−SN, 141 in 1:18−cv−11870−GBD−SN, 144 in 1:18−cv−12277−GBD−SN, 57 in 1:20−cv−10902−GBD−SN, 178 in 1:18−cv−05339−GBD−SN, 179 in 1:18−cv−05320−GBD−SN, 194 in 1:18−cv−05306−GBD−SN, 143 in 1:18−cv−11837−GBD−SN, 70 in 1:20−cv−09376−GBD−SN, 82 in 1:19−cv−11865−GBD−SN, 130 in 1:18−cv−12276−GBD−SN) MOTION Partial Final Judgment .. Document filed b Bianco. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 12/16/2021) |
| .6/2021 | 7474 | PROPOSED ORDER. Document filed by Michael Bianco. (Attachments: # 1 Exhibit A, # 2 Exhibit B) Related Docu Number: 7471 ..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 12/16/2021) |
| .7/2021 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 7474 Proposed Order was revi approved as to form. (km)** (Entered: 12/17/2021) |
| .7/2021 | 7475 | ORDER granting (7457) Motion to Substitute Party, in case 1:03−md−01570−GBD−SN; granting (68) Motion to Sul Party, in case 1:20−cv−09376−GBD−SN. Peter Frank, as the Personal Representative of the Estate of Peter Frank is s for John Doe 87, being intended to designate the Personal Representative of the Estate of Peter Frank. (HEREBY OR Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−09376−GBD−SN. (ras) Modified on 12/17/2021 (ras). (Entered: 12/17/2021) |
| .7/2021 | 7476 | ORDER granting (7459) Motion to Substitute Party, in case 1:03−md−01570−GBD−SN; granting (55) Motion to Sul Party, in case 1:20−cv−10902−GBD−SN. John Doe 92, being intended to designate the Personal Representative of th Eileen Flecha, is substituted for Veronica Morris as the Personal Representative of the Estate of Eileen Flecha. (HER ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GB 1:20−cv−10902−GBD−SN. (ras) Modified on 12/17/2021 (ras). (Entered: 12/17/2021) |
| .7/2021 | 7477 | ORDER granting (7461) Motion to Substitute Party, in case 1:03−md−01570−GBD−SN; granting (141) Motion to Su Party, in case 1:18−cv−12277−GBD−SN. Josephine Romito as the Personal Representative of the Estate of James Ro substituted for John Doe 52, being intended to designate the Personal Representative of the Estate of James Romito. ( ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GB 1:18−cv−12277−GBD−SN. (ras) Modified on 12/20/2021 (ras). (Entered: 12/17/2021) |
| .7/2021 | 7478 | ORDER granting (7463) Motion to Substitute Party, in case 1:03−md−01570−GBD−SN; granting (136) Motion to Su Party, in case 1:18−cv−12387−GBD−SN. Tracy Rowenhorst, as the Personal Representative of the Estate of Edward Rowenhorst is substituted for John Doe 53, being intended to designate the Personal Representative of the Estate of E Rowenhorst. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Case 1:03−md−01570−GBD−SN, 1:18−cv−12387−GBD−SN. (ras) Modified on 12/20/2021 (ras). (Entered: 12/17/2021) |
| .7/2021 | 7479 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated 12/17/2021 re: s hearing in Turkey for non−party witness Alp Karli. Document filed by Plaintiffs Executive Committees..(Benett, Me (Entered: 12/17/2021) |
| .7/2021 | 7480 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated December 17, 2021 re: Respo Court's order by memorandum endorsement at ECF No. 7448. Document filed by Kingdom of Saudi Arabia..(Kellog (Entered: 12/17/2021) |

| | | |
|---|---|---|
| .7/2021 | 7481 | MOTION to Compel Kingdom of Saudi Arabia to produce documents *and to revise this Court's March 2018 Order*. filed by Kathleen Ashton..(Pounian, Steven) (Entered: 12/17/2021) |
| .7/2021 | 7482 | DECLARATION of Steven R. Pounian in Support re: 7481 MOTION to Compel Kingdom of Saudi Arabia to produ documents *and to revise this Court's March 2018 Order*.. Document filed by Kathleen Ashton. (Attachments: # 1 Ex Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5).(Pounian, Steven) (Entered: 12/17/2021) |
| .7/2021 | 7483 | ***SELECTED PARTIES***DECLARATION of Steven R. Pounian in Support re: 7481 MOTION to Compel King Saudi Arabia to produce documents *and to revise this Court's March 2018 Order*.. Document filed by Dallah Avco T Arabia, FBI, Kingdom of Saudi Arabia, Plaintiffs Executive Committees, Kathleen Ashton. (Attachments: # 1 Appen Exhibit 6, # 3 Exhibit 7, # 4 Exhibit 8, # 5 Exhibit 9, # 6 Exhibit 10)Motion or Order to File Under Seal: 1900 .(Poun (Entered: 12/17/2021) |
| 20/2021 | 7484 | SEALED DOCUMENT placed in vault..(jus) (Entered: 12/20/2021) |
| 20/2021 | 7485 | NOTICE of Iran Notice of Amendment re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by Audrey In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−07306−GBD−SN.(Goldman, Jerry) (Entered: 12/20/2021 |
| 20/2021 | 7486 | MOTION for Stephen A. Corr to Withdraw as Attorney *for Plaintiffs*. Document filed by Fiona Havlish. (Attachmen of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN, 1:11−cv−07550−GBD−SN, 1:20−cv−00266−GBD−SN.(Corr, Stephen) (Entered: 12/20/2021) |
| 20/2021 | 7487 | JOINT LETTER addressed to Magistrate Judge Sarah Netburn from Nicole Erb dated December 20, 2021 re: Al Rajh Plaintiffs write in accordance with the Court's Order 7449 to jointly update the Court concerning their meet−and−con discussions. Jointly Agreed Upon Proposal for Extension of the deadline established in 7449 .. Document filed by Al Bank..(Erb, Nicole) (Entered: 12/20/2021) |
| 20/2021 | 7488 | MEMO ENDORSEMENT on re: 7487 Letter, filed by Al Rajhi Bank. ENDORSEMENT: The Parties' request is GR The Parties shall provide a further status letter by December 23, 2021. Jurisdictional discovery against ARB is extenc December 28, 2021. (Signed by Magistrate Judge Sarah Netburn on 12/20/2021) (ras) (Entered: 12/20/2021) |
| 20/2021 | 7489 | MOTION for Default Judgment as to *Ashton Plaintiffs Against the Taliban and Muhammad Omar*. Document filed b Ashton.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Maloney, Andrew) (Ent 12/20/2021) |
| 20/2021 | 7490 | DECLARATION of Andrew J. Maloney, III in Support re: (1576 in 1:02−cv−06977−GBD−SN) MOTION for Defau Judgment as to *Ashton Plaintiffs Against the Taliban and Muhammad Omar*.. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A1 − Decedent Citizens, # 2 Exhibit A2 − Decedent Non Citizens, # 3 Exhibit B1 − Citize Solatium, # 4 Exhibit B2 − Non−Citizens Solatium, # 5 Exhibit C1 − All other Solatiums, Citizens, # 6 Exhibit C2 − Solatiums, Non Citizens)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Malon Andrew) (Entered: 12/20/2021) |
| 20/2021 | 7491 | PROPOSED JUDGMENT. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A1 − Decedent Citizens, A2 − Decedent Non Citizens, # 3 Exhibit B1 − Citizens Solatium, # 4 Exhibit B2 − Non−Citizens Solatium, # 5 Exhi other Solatiums, Citizens, # 6 Exhibit C2 − All other Solatiums, Non Citizens).(Maloney, Andrew) **Proposed Judgm reviewed by Clerk's Office staff.** (Entered: 12/20/2021) |
| 21/2021 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (1578 in 1:02−cv−06977− Proposed Judgment, was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD 1:02−cv−06977−GBD−SN(dt)** (Entered: 12/21/2021) |
| 21/2021 | 7492 | ORDER granting (552) Motion to Withdraw as Attorney, Attorney Stephen A. Corr terminated in case 1:03−cv−09848−GBD−SN; granting (7486) Motion to Withdraw as Attorney, Attorney Stephen A. Corr terminated i 1:03−md−01570−GBD−SN; granting (366) Motion to Withdraw as Attorney, Attorney Stephen A. Corr terminated in 1:11−cv−07550−GBD−SN; granting (74) Motion to Withdraw as Attorney, Attorney Stephen A. Corr terminated in 1:20−cv−00266−GBD−SN. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN, 1:11−cv−07550−GBD−SN, 1:20−cv−00266−GBD− (Entered: 12/21/2021) |
| 21/2021 | 7493 | SUPPLEMENTAL LETTER MOTION for Leave to File Withdrawal of motion and to file new motion regarding ser *Two Individual Defendants* addressed to Magistrate Judge Sarah Netburn from Timothy B. Fleming dated December Document filed by Patricia Ryan.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN 1:20−cv−00266−GBD−SN.(Fleming, Timothy) (Entered: 12/21/2021) |
| 22/2021 | 7494 | MEMORANDUM DECISION AND ORDER: Accordingly, the Court reviews the Report for clear error. The Court Magistrate Judge Netburn's Report in full. Plaintiffs' Motion for Final Judgments, (ECF No. 7005), is GRANTED. It ORDERED that the Burnett Plaintiffs identified in the attached Exhibit A are awarded judgments for pain and sufferi as set forth in Exhibit A; and it is ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96 p annum, all interest compounded annually over the same period; and it is ORDERED that the Plaintiffs not appearing |

| | | |
|---|---|---|
| | | A and who were not previously awarded damages may submit in later stages applications for punitive, economic, and damages awards that may be approved on the same basis as currently approved for those Plaintiffs appearing on Exhi prior filings. The Clerk of Court is directed to close the motions in 03 MDL 1570, (ECF No. 7005), and 15 Civ. 9903 499), accordingly. SO ORDERED. (Signed by Judge George B. Daniels on 12/22/2021) (ks) (Entered: 12/22/2021) |
| 22/2021 | 7495 | LETTER addressed to Judge George B. Daniels from Andrew J. Maloney, III dated 12/22/2021 re: Ashton Motion fo judgment against the Taliban ECF 7489. Document filed by Kathleen Ashton.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Maloney, Andrew) (Entered: 12/22/2021) |
| 22/2021 | 7496 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter on behalf of the Federal Insurance Plaint Plaintiffs' Executive Committees dated December 22, 2021 re: a request that the Court rule on Plaintiffs' Motion for A of Damages as to the Taliban as filed in Federal Ins. Co. v. al Qaida, Case No. 1:03−cv−06978. Document filed by Pl Executive Committees. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 E 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I).(Carter, Sean) (Entered: 12/22/2021) |
| 22/2021 | 7497 | PROPOSED ORDER. Document filed by Plaintiffs Executive Committees. Related Document Number: 7496 ..(Cart **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 12/22/2021) |
| 22/2021 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 7497 Proposed Order was revi approved as to form. (dt)** (Entered: 12/22/2021) |
| 22/2021 | 7498 | LETTER addressed to Magistrate Judge Sarah Netburn from Federal Insurance Plaintiffs dated December 22, 2021 re that the Court rule on the Motion for Assessment of Damages as to the Taliban. Document filed by Federal Insurance (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, H, # 9 Exhibit I).(Carter, Sean) (Entered: 12/22/2021) |
| 22/2021 | 7499 | PROPOSED ORDER. Document filed by Federal Insurance Company et al., Plaintiffs. Related Document Number: 7 ..(Carter, Sean) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 12/22/2021) |
| 23/2021 | 7500 | LETTER addressed to Magistrate Judge Sarah Netburn from Nicole Erb dated December 23, 2021 re: Status Update Meet−And−Confer Discussions and Proposed Schedule for Jurisdictional Discovery. Document filed by Al Rajhi Bar Nicole) (Entered: 12/23/2021) |
| 27/2021 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 7499 Proposed Order was revi approved as to form. (km)** (Entered: 12/27/2021) |
| 27/2021 | 7501 | ORDER: The Court has reviewed the motions for default judgment at ECF Nos. 7357 and 7471 and identified two iss may require additional action. First, in the motion at ECF No. 7357, a judgment is requested for Donnie Brooks Taylo not appear, however, that Taylor or an authorized personal representative was added to the Bernaerts case. The only representative for the Taylor Estate the Court has been able to locate is "John Doe 75," a placeholder name that the B complaint suggests may not have been properly authorized as a personal representative. Second, a default judgment is being sought for Justin Cook as part of Agyeman. ECF No. 7474−1 at 3. It appears, however, that he was not added t but to Aamoth. ECF No. 7465 at 3. Counsel for these plaintiffs is ORDERED to file either a letter or appropriate mot addressing these issues by January 7, 2022. Any necessary amendments, corrections, or substitutions may be made nu tunc. (Signed by Magistrate Judge Sarah Netburn on 12/27/2021) Filed In Associated Cases: 1:03−md−01570−GBD− 1:18−cv−05320−GBD−SN, 1:18−cv−12276−GBD−SN, 1:19−cv−11865−GBD−SN. (ras) (Entered: 12/27/2021) |
| 27/2021 | 7502 | ORDER granting (7493) Letter Motion for Leave to File Document in case 1:03−md−01570−GBD−SN; granting (26 Motion for Leave to File Document in case 1:19−cv−00012−GBD−SN; granting (76) Letter Motion for Leave to File in case 1:20−cv−00266−GBD−SN. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) F Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN, 1:20−cv−00266−GBD−SN. (ras) (Entere 12/27/2021) |
| 27/2021 | 7503 | MEMO ENDORSEMENT on re: 7500 Letter filed by Al Rajhi Bank. ENDORSEMENT: The Parties's proposed sche GRANTED. Consistent with the Court's prior discovery order in this matter at ECF No. 6747, requests for admission served no later than May 11, 2022. (Signed by Magistrate Judge Sarah Netburn on 12/27/2021) (ras) (Entered: 12/27/ |
| 27/2021 | 7504 | ORDER: The Plaintiffs' Executive Committees ("PECs") has filed a motion to revise this Court's prior order pursuant Rule of Civil Procedure 54 (the "Rule 54 Motion"). ECF No. 7431. Separately, the Ashton Plaintiffs have filed a mot compel discovery and to revise a prior order (the "Motion to Compel"). ECF No. 7481. This order sets out the briefin for these motions. Saudi Arabia's opposition to the Rule 54 Motion and that portion of the Motion to Compel that rela revision of a prior order is due by February 7, 2022. Reply briefs from the PECs and the Ashton Plaintiffs are due by 2022. Saudi Arabia's opposition to that portion of the Motion to Compel that relates to discovery is due by January 10 Ashton Plaintiffs' reply is due by January 14, 2022. (Signed by Magistrate Judge Sarah Netburn on 12/27/2021) (ras) 12/27/2021) |
| 28/2021 | 7505 | MOTION to Substitute Party. Old Party: John Doe 75, New Party: Janice Dukes as the Personal Representative of the Donnie Taylor . Document filed by August Bernaerts.Filed In Associated Cases: 1:03−md−01570−GBD−SN, |

| | | |
|---|---|---|
| | | 1:19−cv−11865−GBD−SN.(Goldman, Jerry) (Entered: 12/28/2021) |
| 28/2021 | 7506 | PROPOSED ORDER. Document filed by August Bernaerts. Related Document Number: 7505 ..(Goldman, Jerry) **Pr Order to be reviewed by Clerk's Office staff.** (Entered: 12/28/2021) |
| 28/2021 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 7506 Proposed Order was revi approved as to form. (km)** (Entered: 12/28/2021) |
| 28/2021 | 7507 | PROPOSED ORDER. Document filed by Gordon Aamoth, Lloyd Abel, Lloyd Abel, Lloyd Abel, Sr, Roberta Agyem Barry Aron, Paul Asaro, August Bernaerts, Michael Bianco, Jessica Derubbio, Marianella Hemenway, Marinella Her Bakahityar Kamardinova, Bakhtiyar Kamardinova, Chang Kim, Matthew Rowenhorst. (Attachments: # 1 Exhibit A− Alphabetically by Last Name of 9/11 Decedent, # 2 Exhibit Exhibits B−1 to B−5 Alphabetically by Last Name of 9/1 Decedent) Related Document Number: 7471 ..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office** Modified on 12/29/2021 (km). (Entered: 12/28/2021) |
| 28/2021 | 7508 | DECLARATION of Jerry S. Goldman in Support re: (47 in 1:20−cv−10902−GBD−SN) MOTION FOR PARTIAL F JUDGMENT FOR DAMAGES .. Document filed by Gordon Aamoth, Lloyd Abel, Lloyd Abel, Lloyd Abel, Sr, Rob Agyeman, Ber Barry Aron, Paul Asaro, August Bernaerts, Julio Bernal, Brenda Bernard, Duane Bernard, Francis Ber Loretta Bernard, Richard Bernard, Wanda Bernard, Zerryl Bernard, Charles Bernardi, Charles Bernardi, Robert Bern Gregory Bernhardt, Mark Bernheimer, Mark Bernheimer, Mark Bernheimer, Nicholas Bernice, Michael Bernier, Wil Bernitt, IV., Janet Berns, Cindy Bernstein, Claudia Bernstein, David Bernstein, Diane Bernstein, Edward Bernstein, J Bernstein, Jeffrey Bernstein, Melissa Bernstein, Melissa Bernstein, Murray Bernstein, Norma Bernstein, Robert Bern Steven Bernstein, Stuart Bernstein, Robyn Bernstein Donati, Frank Berran, Trevor Berridge, Caroline Berrios, Eric B Ruben Berrios, Roslind Berrlow, Jorge Berrones, Alexander Berry, Ellen Berry, Kevin Berry, Marta Berry, Martin B Berry, Paula Berry, Reed Berry, William Berry, Joseph Bert, Thomas Berte, Michelle Berti, Darlene Bertoldi, Thoma Jr., Joseph Bertolino, Richard Bertorelli, Georgette Bertrand, Tyrone Bertrand, Charlotte Berwind, Bruce Beschner, S Beschta, George Besdansky, Thomas Besignano, Andrew Best, Lisa Best, Lyzbeth Best, Sylvanus Best, Frank Bester Betancourt, Nora Betancourt, Richard Betancourt, Diego Betancur, Cleave Bethea, Marvin Bethea, Valerie Bethke, A Ruth Betru, Sirak Betru, Evelyn Betso, Margarita Better, Christine Betterly, Christopher Betterly, Joanne Betterly, Sa Betterly, James Beuerman, Andrew Anthony Bevacqua, James Bevers, Richard Bevers, Joseph Bevilacqua, Theresa I Malik Bey, Monifa Bey, Maurice Bey−Muhammad, Daniel Beyar, Arlene Beyer, George Beyer, William Beyer, Tho Beyrer, Est. of Bharvaney, Kishore Bharvaney, Pandora Bharvaney, Savitri Bharvaney, Prakash Bhatt, Paleeta Bhola Bialkoski, Zbigniew Bialy, Catherine Bianchi, Joseph Bianchi, Michael Bianchino, Anthony Bianco, James Bianco, J Bianco, Michael Bianco, Natalia Bianco, Peter Bianco, Felicia Biase, Joseph Biassi, Adem Bicaj, Erica Bickart, Fran Bickart, Jeffrey Bickart, Richard Bickerton, Marie Bidetti, Walter Bieber, Roy Biederman, Israel Biegeleisen, Mirian Biegeleisen, Miriam Biegeleisen, Mordechai Biegeleisen, Moshe Biegeleisen, Douglas Biegler, Jan Bielawski, Stanis Bieluch, Artur Bienduga, Barbara Bienduga, Dariusz Bienduga, Leszek Bieniek, Ryszard Biernacki, Gregory Bierste Bierylo, David Biesty, Walter Bieszczad, Margaret Biggart, William Biggart, William Biggart, Brian Biggs, Kevin B Donald Bigi, Frank Bigit, Katherine Bigley, Soliman Biheiri, Anthony Bilardello, Marie Bilardello, Gerard Bilbao, M Bilbao, Irene Bilcher, Miles Bilcher, Joseph Bilella, Robert Bilella, John Bilello, Philip Bilello, Steven Bilich, Boris I Bartosz Bilinski, George Bille, Dorothy Billings, Gary Billings, Lelia Billings, Jabar Billingsley, Edward Billiteri, M Billotto, Herman Billups, Yuriy Bilonozhenko, Chris Bilotti, Lillian Bilotti, Linda Bilotti, Joseph Bilotto, Joseph Bin Bimonte, Ramzi Bin Al−Shibb, Mohammad Bin Faris, Abdulaziz Bin Hamad, Adel Muhammad Bin Kazem, Abdula Abdullah Bin Laden, Bakr Bin Laden, Haydar Bin Laden, Omar Bin Laden, Osama Bin Laden, Saad Bin Laden, Sale Laden, Salem Bin Laden, Tarek Bin Laden, Yeslam Bin Laden, Abdulrahman Bin Mahfouz, Adbullah Bin Said, Shei Bin−Laden, Ramzi Binalshibh, Ramzi Mohammed Binalshibh, Gerald Bingham, Karen Bingham, Christine Bini, Lil Milford Bink, Miroslaw Binko, Yeslam Binladin, Rinella Binns−Harty, Gaetana Biondo, Vincent Biondo, Charles Bi Cathy Lynn Birch, Kathleen Birch, Monique Bird, Patricia Birdsall, Raymond Birk, Glendina Birks, Richard Birks, K Birmingham, Robert Birmingham, Marcel Birnbaum, Sheila Birner, Larry Birnholz, Claude Birong, Kevin Biscardi, Bischoff, Eric Bischoff, Howard Bischoff, Sheri Bischoff, William Bischoff, Thomas Biscione, Aniello Biscuti, Anth Biscuti, Maria Biscuti, Frederick Biserta, Joseph Biserta, Ana Bishop, Debra Bishop, Gerard Bishop, Janet Bishop, R Bishop, Stephen Bishop, Theresa Bishop, William Bishop, Basmattie Bishundat, Bhola Bishundat, Ashley Bisman, S Bissessar, Gaitri Bissessar−Ramkishore, Laurence Bissett, Thomas Bisztyga, John Bitsko, James Bittles, Richard Bit Richard Bittles, Michael Bittner, Shawn Bittner, Michael Biuso, Fabrizio Bivona, Jerome Bivona, Michael Bivona, R Bivona, Adam Blacharsk, Adam Blacharski, Andrew Black, Daniel Black, David Black, Kenneth Black, Matthew Bl Black, Rohan Black, Thomas Black, Theodore Black Jr., Anthony Blackmon, Nellie Blackmon, Perry Blackmon, Per Blackmon, Jerome Blacks, David Blacksberg, Austine Blackson, Leon Blackwell, Robert Blackwell, Roslyn Blackw Blackwood, Anthony Blaeser, Francine Blaha, Irene Blaich, Peter Blaich, William Blaich, Colette Blaikie, Nicholas I Andre Blain, Kevin Blaine, Matthew Blair, Peter Blair, Robert Blair, Sydney Blair, Robert Blair, Jr., Cynthia Blaizes Blajch, Barbara Blake, Samantha Blake, Selvyn Blake, Selvyn Blake, Susan Blake, Thomas Blake, Taurian Blakeney Blanc, Alex Blanc, George Blanchard, Mark Blanchard, Angela Blanco, Anna Blanco, Edualdo Blanco, Gerardo Blan Blanco, James Blandeburgo, Alexander Blanding, Benjamin Blanding, Deborah Blanding, Dorothy Blanding, Hayley Jeremy Blanding, Gustavo Blandon, Joanna Blangiardo, Judith Blanshard, Joseph Blasi, Michael Blasi, Patricia Blasi Blaskovich, Neil Blass, Charles Blatt, Carol Blatt−Meyerson, Kenneth Blau, Richard Blazeski, Linda Bleck, Steven I Frank Bleier, Frank Bleier, Blessed Relief Foundation, Joseph Blessington, Cynthia Blest, Camille Blischke, Kenneth |

Frederick Bliss, Mary Blizzard, Matthew Bloch, Samantha Bloch, Alfred Block, Dorothy Block, Stuart Block, Alan I
Kristen Bloise, Ali Blokian, Christian Blom, Constance Blood, Kris Blood, Kris Blood, Madeline Blood, Michael Bl
Stephen Blood, Richard Blood, Sr., Martin Bloodnick, Meg Bloom, Anthony Blount, Joseph Blozis, Scot Blue, Mich
Robert Blum, Richard Blum Jr., Daniel Blumberg, Melvin Blyden, Godfrey Blythe, Kevin Boatwright, Giancarlo Bo
MacArthur Bobbitt, Michael Bobbitt, Perdo Bobe, Marc Bobkin, Lyudmila Bobrova, Carol Boccardi, Michael Bocca
Thomas Boccarossa, Anthony Bocchi, Elena Bocchi, Matthew Bocchi, Michael Bocchi, Nicholas Bocchi, Paul Bocch
Bocchi Esola, Lucy Bocchi Kraus, Michele Bocchi−Sandello, Ann Bocchi−Schwimmer, Richard Bocignone, Thoma
Joseph Bockin, Steven Bodarky, Linda Bodian, James Bodkin, Thomas Bodkin, William Bodnar, Deborah Bodner, S
Boehm, Louis Boero, John Boesch, Chris Boffa, John Boffa, Dorothy Bogdan, Dorothy Bogdan, Nicholas Bogdan, V
Bogert, Miriam Boggio, James Bogliole, Michelle Bogliole, Frank Bogucki, Thomas Bogue, Kenneth Bohan, Susan
Bette Bohlmann, John Bohmke, Richard Bohn, Yvette Boisnier, Maria Boisseau, Maria Boisseau, Timothy Bolan, M
Boland, Lorna Bolden, Luther Bolden, John Boldt, Nancy Bolger, Gregory Bolling, Robert Bollman, John Bombace,
Bomser, Joseph Bonamo, Steven Bonamo, Joseph Bonanno, Michael Bonanno, Thomas Bonanno, Charles Bonar, De
Bonaventura, Anne Bond, Barry Bond, Dennis Bond, Joshua Bond, Thomas Bond, Edison Bond, Jr., Kathleen Bond
Andrew Bondi, Carlos Bonet, Irene Bonet, John Bongiorno, Orazio Bongiovanni, John Bongirono, Celenia Bonifacio
Bonifacio, Carmen Bonilla, Damasa Bonilla, Felix Bonilla, Frank Bonilla, Jose Bonilla, Marcelo Bonilla, Milton Bon
Tamara Bonilla, Nadeen Bonilla−Hanif, Christopher Bonin, Sr., Jeffrey Bonk, Rosa Bonnano, Bernard Bonnelly, Jan
Bonnelly, Marissa Bonnelly, Hiram Bonner, Lincoln Bonner, Reginald Bonner, Cathyann Bonnett, Heather Bonnett,
Bonnett, Kody Bonnett, Alessio Bono, Joseph Bono, Juliana Bono, Denise Bonoli, Frank Bonomo, John Bonomo, M
Bonomo, Sonia Bonomo, Mark Bonsanti, Andy Bonseiro, John Bonsignore III, Michael Bonura, Bonyad Taavon Sep
Anthony Boodoo, Andrea Booher, Danielle Booker, Denzel Booker, Lawrence Booker, Lugenia Booker, Rose Booke
Booker, Sean Booker Jr., Matthew Booms, Nancy Booms, Thomas Booms, Richard Booms Jr., Jerry Boone, Johnnie
Rose Boone, Janice Booth, Paul Booth, Rachel Booth−Lauria, Debra Boothe, Lawrence Boothe, Eugenia Borawska,
Bordies, Kathryn Bordonaro, Ann Borello, Michael Borello, Thomas Borello, Hiram Borerro, Richard Borg, Victor B
Andrew Borgese, Cynthia Borgese, Cynthia Borghetti, Salvatore Borgognone, Gerald Borna, Ingrid Borneo, Angelic
Bornhoeft, Charles Bornhoeft, Robert Bornhoeft, Karen Bornstein−Mohr, Dawn Bornt, Paul Boronow, Claudine Bor
Borrero, Eileen Borrero, Jose Borrero, Nicholas Borrillo, James Borsare, John Borske, Robert Bortell, Robert Borukh
Boryczewski, Krystyna Boryczewski, Michael Boryczewski, Michele Boryczewski, Daniela Borza, Viorel Borza, An
Borzumato, Bosanska Idealna Futura, Doraline Bosboom, Paul Boscia, Abigail Bosco, Alfred Bosco, Laurie Bosco, M
Bosco, Michael Bosco, Paul Bosco, Peter Bosco, Ralph Bosco, Traci Bosco, Trevor Bosco, Richard Bosco, Jr., Traci
Bosco−Myhal, John Bosee, Kevin Boshell, Marlyse Bosley, Bosnia−Herzegovina Branch of Al−Haramain Islamic Fo
William Bost, Boston Old Colony Insurance Company, Kevin Bosworth, Yuly Botero, Lisa Bott, Jennifer Botta, John
Charles Botti, John Bottone, Maria Bottone, Richard Bottorff, Nelson Botwinick, Alban Boudreau, Brian Boudreau,
Boudreau−Perdomo, Mokhtar Boughougha, Patrick Boughton, Adele Bouie, Gary Boulanger, Erma Bourdier, France
Bourdier, Maria Bourdis, Sophia Bourdis, Ronald Bourgeois, William Bourgignon, Brian Bourke, Kevin Bourke, Iris
Thomas Bourne, Kathryn Bourquin, Hector Bourren, Barbara Boursiquot, Patrick Boutin, John Bouton, JoAnn Boutu
Kevin Bouyea, Barbara Bova, Anthony Bove, Michael Bove, Robert Bove, Leon Bovell, Clarence Bowden, James B
James Bowden, Matthew Bowden, Deborah Bowden Hart, Sara Bowden Hart, Alyson Bowden−Hart, Deborah Bowd
Sara Bowden−Hart, Carlos Bowe, Alexandra Bowen, Anastasia Bowen, Charles Bowen, Dennis Bowen, Eugene Bow
Eugene Bowen, Wilkie Bowen, Daphne Bowers, Ronald Bowers, Frederick Bowers Jr., Donald Bowles, Brent Bown
Bowman, Ernest Bowman, Helen Bowman, James Bowman, Linda Bowman, Jack Bowman Henry, Liam Bowman H
Shawn Bowman, Sr.,, Virgina Bowrosen, Virginia Bowrosen, Virginia Bowrosen DeCola, Michael Bowry, Kevin Bo
Bowser, Kathleen Box, Clive Boxhill, Deborah Boyars, Beata Boyarsky, Jolanta Boyarsky, Michael Boyarsky, Richa
Rodney Boyce, Annette Boyd, Janet Boyd, Mark Boyd, Phillip Boyd, Sertaira Boyd, Sheila Boyd, Tonya Boyd, Enis
Sheila Boyette, Angela Boykin, George Boykin III, Christopher Boyko, Alice Boyle, Allen Boyle, Barbara Boyle, Dy
James Boyle, James Boyle, James Boyle, John Boyle, Michael Boyle, Nathan Boyle, Patrick Boyle, Ronda Boyle, Ge
Boyle, Jr., Jimmie Lee Boyles, Simone Boyles, Daniel Boys, Dmitriy Bozhovskiy, George Braadt, Christopher Braca
Braca, Patricia Bracaliello, David Brace, David Brace, Heriberto Bracero, Kassandra Bracero, Manuel Bracero, Hava
Tim Bracken, Bertha Bracken−Gennaro, Jack Bradish, Stephen Bradish, Keith Bradkowski, Keith Bradkowski, Dona
Edward Bradley, Lasia Bradley, Lesia Bradley, Alexandria Bradshaw, Hugh Bradshaw, Hugh Bradshaw, Nathan Bra
Philip Bradshaw, Phillip Bradshaw, Shenan Bradshaw, Thomas Bradshaw, Denise Brady, Erin Brady, Grace Brady, J
Brady, James Brady, Jennifer Brady, Joan Brady, Mark Brady, Matthew Brady, Nancy Brady, Richard Brady, Robert
Susan Brady, Thomas Brady, William Brady, Jennifer Brady Ciezko, Robert Brager, Howard Bragg, Monica Bragg,
Brahim, Silvano Brajuha, Judith Bram Murphy, Joseph Brambach, Timothy Branan, Michael Brancato, Ernestine Bra
Rhonda Branch, Susan Brand, Thomas Brander, Lisa Brandes, Jeanne Brandofino, Frank Brandow, Patricia Brandow
Brannan, Joseph Brant, Dennis Brantley, Gail Brassil, Curtis Brathwaite, Jeffrey Bratjan, Jennifer Brauer, Andrew Br
William Brauner, James Braunreuther, Eric Braunstein, James Braunstein, William Brautigam, Jorge Bravo, Melva B
Marvin Breedlove, Tessalonika Breedlove, Cathleen Breen, John Breen, Joseph Breen, Ann Marie Breheny, Edward
Lucila Breinberg, Annette Breindel, Marianne Breitenbruck, Steven Breitman, Adrienne Breland−Gardner, Thomas B
Frank Brendana, Gary Brener, Melissa Brengel, Abraham Brenholtz, Gerald Brenkert, Gerard Brenkert, Anita Brenna
Brennan, Brian Brennan, Catherine Brennan, Catherine Brennan, Daniel Brennan, Darren Brennan, Ecaterini Brennan
Brennan, Ellen Brennan, Erica Brennan, Gail Brennan, Gary Brennan, Gerard Brennan, Grace Brennan, James Brenn
Brennan, John Brennan, John Brennan, Mark Brennan, Mary Brennan, Matthew Brennan, Michael Brennan, Michael
Paul Brennan, Raymond Brennan, Thomas Brennan, Virginia Brennan, William Brennan, Jennifer Brennan Waterhou

Thomas Brennan, Jr., Chase Brenneisen, Ronald Brenneisen, Keith Brenner, Anthony Brennie, Sharon Brenseke, Ste
Brenseke, Davison Brent, Paul Breslin, Sharon Breslin, William Bresnan, Raymond Bressingham, Meghan Brethel, C
Brett, Merlene Brew, Anne Brewer, Curtis Brewer, Curtis Brewer, Stephen Brewer, Vera Brewer, Andrea Brewi, Bre
Brewster, Costanzo Brian, Sullivan Brian, Sharon Brice, Joyce Bridgers, Monique Bridgewater, Paul Bridgewater, Lo
Briendel, Diane Brierley, Donald Brierley, John Brigandi, Vincent Briganti, Eleanora Briggman, Anthony Briggs, Tr
Anna Bright, Daniel Bright, Gary Bright, Jeffery Bright, Jeffery Bright, Jeffrey Bright, Hillary Briley, Francine Brill,
Brill, Anna Marie Brillantes, Paul Brincat, Darren Brindisi, John Brindisi, Ronald Bringman, Jr., Deborah Brink, Gre
Brinson, Joshua Brinson, Maureen Brinson, Vito Brinzo, Dennis Briordy, Ladwin Brissett, Keith Britt, Anthony Britt
Britton−Simion, Steven Brno, Paul Brobeck, Michael Brocato, Mark Broccolo, Jon Brock, Jon Gary Brock, Stephen
Brockington, Craig Brockman, Michal Brodacki, Andrew Broderick, Carolina Broderick, Denis Broderick, Elizabeth
James Broderick, Matthew Broderick, Peter Broderick, William Broderick, Michele Brodeur, Charles Brodil, Aleksa
Brodskiy, Irwin Brodsky, Brian Brody, Lori Brody, Michael Brody, Jordan Brofsky, Ursula Broghammer, Nancy Bro
Public Administrator, Kenneth Brooke, Roseann Brooke, Jeffrey Brooks, John Brooks, Lindsey Brooks, Mark Brook
Brooks, Tishena Brooks−Fonseca, Ronald Broome, Elaine Brophy, Kevin Brophy, Donald Brosan, Michael Broschar
Brosi, Jr., Edmond Brosnan, Frank Brosnan, George Brosnan, John Brosnan, Kevin Brosnan, Kieran Brosnan, Owen
Ellen Brotman, Susan Brotman, Barbara Broughel, Christopher Broughton, Marion Brow, Alan Brown, Barbara Brow
Brown, Charlane Brown, Charles Brown, Charles Brown, Chatory Brown, Christopher Brown, Christopher Brown, C
Brown, Daniel Brown, David Brown, Dawn Brown, Deborah Brown, Desaree Brown, Donald Brown, Ellen Brown, 
Ericka Brown, Estelle Brown, Everette Brown, Gail Brown, Gary Brown, George Brown, George Brown, Gerard Bro
Brown, James Brown, James Brown, James Brown, Jesse Brown, Joanne Brown, Jozette Brown, Judith Brown, Kath
Brown, Kevin Brown, Larry Brown, Leslie Brown, Linell Brown, Lisa Brown, Lisa Brown, Madlene Brown, Marcel
Mary Brown, Michael Brown, Michael Brown, Milton Brown, Murray Brown, Norman Brown, Patrick Brown, Paul
Paul Brown, Paul Brown, Peter Brown, Peter Brown, Peter Brown, Phyllis Brown, Raymond Brown, Raymond Brow
Brown, Robert Brown, Sandra Brown, Sean Brown, Sharon Brown, Sharon Brown, Shawn Brown, Sidney Brown, St
Teresa Brown, Thomas Brown, Thomas Brown, Thomas Brown, Tom Brown, Trevor Brown, Tyrone Brown, Vaness
William Brown, Dennis Browne, Kerry Browne, Michael Browne, Nekeisha Browne, Heather Browne−Dee, Gloria
Browne−Marshall, Mari−Ann Brownell, Maria Brozek, Christine Brozon, Anthony Brucculeri, Antonio Brucculeri, F
Brucculeri, David Bruce, Diane Bruce, Donald Bruce, Gazim Bruce, Richard Bruce, Robert Bruce, Shirley Bruce, Ste
Bruce, Christina Bruehert, Danielle Bruehert, Jo Anne Bruehert, JoAnne Bruehert, James Bruendl, Michael Bruestle,
Bruetsch, Richard Brugmann, Slawomir Brulinski, Michael Brumer, Peter Brunaes, Diana Brunell, Gerard Bruneus, A
Brunn, John Brunner, Steven Brunner, Adam Bruno, Anthony Bruno, Charles Bruno, Evelyn Bruno, Greg Bruno, He
Ida Bruno, James Bruno, Jason Bruno, Jennifer Bruno, Juan Bruno, Lawrence Bruno, Lisa Bruno, Raymond Bruno, F
Bruno, Stephen Bruno, Karen Bruns, Kevin Bruns, Melisa Brunschwig, David Brunsden, Thomas Brunton, Thomas 
Gerald Brusco, William Bruse, Sharon Bruster, James Bruzza, Kathleen Bruzza, Wayne Bryan, Aimee Bryant, Andre
Cassius Bryant, David Bryant, Eurydice Bryant, Melvin Bryant, Michael Bryant, Norman Bryant, Margaret Bryant−C
Eugene Bryce, Dawn Bryfogle, Carolyn Bryson, Warren Bub, John Bucalo, Joseph Buccellato, Joseph Buccello, Rich
Bucchieri, Norma Bucci, Ralph Bucci, Bernadina Buccigrossi, Kelly Buccola, Richard Buccola, Kevin Buchal, Ralph
Gerald Buchanan, Kelsey Buchanan, Lindsay Buchanan, William Buchanan, Laura Buck, Ruth Buck, Lisa Buckalew
Buckel, Alton Buckham, James Buckley, John Buckley, Kathleen Buckley, Mary Buckley, Michael Buckley, Alisha
Patricia Budd−Stewart, Patricia Budd−Stewart, Agus Budiman, Michael Budischewsky, Kathy Buell, Robert Buhrme
Michael Buhse, Sloan Buhse, Susan Buhse, Susan Buhse, Thomas Buhse, William Buhse, William Buhse, Christine 
Nancy Bukowski, Jacqueline Bullette, Cjader Bullock, Dirk Bulson, Mary Bulzomi, Nicholas Bulzomi, Stephen Bum
Bumbalo, Igor Bumshteyn, Cruz Bunay, Estanipslao Bunay, German Ernesto Bunay, Naive Bunay, Rosario Bunay, I
Buncom, Michelle Bundock, Bruce Buneo, Anthony Buonadonna, Gabriel Buonincontri, Joseph Buono, Maryann Bu
Matthew Buono, Vincent Buonocore, Mario Buonviaggio, Alan Buraghi, Walter Burak, Richard Burban, Jonathan B
James Burbridge, Lisa Burch, Ralph Burch, Semen Burd, Marco Burdi, Steven Burdman, Volodymyr Burdyliak, Dav
Vicki Burford, Srephen Burgarella, Charles Burge, Julius Burger, Darrell Burgess, Michelle Burgess, Amberina
Burgess−Greene, Fernando Burgos, Jason Burgos, Javier Burgos, Jose Burgos, Lester Burgos, Lina Burgos, Mayra B
Miriam Burgos, Sixto Burgos, Tammy Burgos, Brian Burik, Christopher Burke, David Burke, Edward Burke, Elizabe
James Burke, John Burke, John Burke, Julie Burke, Kevin Burke, Kevin Burke, Margaret Burke, Marianne Burke, M
Burke, Michael Burke, Michael Burke, Paul Burke, Peter Burke, Randy Burke, Stephen Burke, Stevie Burke, Terenc
Thomas Burke, Thomas Burke, William Burke, John Burke Jr., Jeffrey Burkes, John Burkhardt, Roseann Burmeister,
Burmester, Jr., Anna Burnett, Beverly Burnett, Deena Burnett, Halley Burnett, Madison Burnett, Thomas Burnett, Th
Burnett, Burnett & Ashton Plaintiffs, Burnett Plaintiffs, William Burnicke, Daniel Burns, Elizabeth Burns, Elizabeth
Gaydrean Burns, Judith Burns, Kathey Burns, Keith Burns, Kenneth Burns, Kevin Burns, Kevin Burns, Marylee Burn
Burns, Michael Burns, Oliver Burns, Patricia Burns, Paul Burns, Robert Burns, Sandra Burns, Terry Burns, William 
Sandra Burnside, Sandra Burnside Sturiano, James Buro, John Buro, Charles Burress, Elana Burriesci, Joseph Burrue
Leonard Burshtein, Donald Burslem, Kathryn Burst, Slawomir Bursztyn, Denise Burton, Jacqueline Burton, Julian B
Kerment Burton, Lynda Burton, Regina Burton, Scott Burton, Sidney Burton, Sandi Burwell, Waverly Busby, Jr., Al
John Busch, Maritza Busch, Robert Busch, James Busco, Douglas Bush, Jennie Bush, Joann Bush, Michelle Bush, R
Bush, David Businelli, Edwin Buskirk, Richard Busse, Alessandra Bustillo, Dissa Bustillo, Henry Bustillo, Laura Bu
Mirna Bustillo, Gilberto Bustillo, Jr., Est. of Gilberto Bustillo, Sr.,, Dennis Butcher, John Butcher, Yvonne Butcher, 
Butler, Colleen Butler, James Butler, Janine Butler, Joanne Butler, Joseph Butler, Kevin Butler, Lametric Butler, Mar
Butler, Martha Butler, Rennea Butler, Sarah Butler, Sasha Butler, Sean Butler, Sean Butler, Shantell Butler, Thomas

Thomas Butler, Tyrone Butler, Wallace Butler, Humayun Butt, Kevin Butt, Philip Butt, Anna Butterfield, Reno Butti
Denise Butts, Tara Butzbaugh, Wayne Buyes, Dennies Bwalya, Sharon Bwalya, Dorinda Bynum−Jones, Colin Byrne
Byrne, John Byrne, Maureen Byrne, Patricia Byrne, Robert Byrne, Robert Byrne, Thomas Byrne, Anna Byrnes, Dani
Elizabeth Byrnes, John Byrnes, Lawrence Byrnes, Patricia Byrnes, Patrick Byrnes, Thomas Byrnes, Lawrence Byrne
Byron, MARIA CASTRO−MORALES, ARTMAN CHIN, JOHN CHRISMAN, AMY CHRISTIAN, CNA Casualty
California, CO2e.com, LLC, COPENHAGEN REINSURANCE COMPANY (U.K.) LIMITED, MARION CORIGL
LUCILLE COTINARO, BAIRD CUBER, ROBERT CUPANI, FREDERIC CUSTODE, Lynne Caba, Rudy Caba, A
Caballero, Andres Caballero, Austin Caballero, Claudia Caballero, Donna Caballero, Enrique Caballero, Ezequiel Ca
Leslie Caballero, Maria Caballero, Natalia Caballero, Elida Caban, Jose Caban, Nelson Caban, Juvenal Cabareas, Ha
Danette Cabassa, David Cabassa, David Cabbad, Carmelita Cabey−Clinton, Jeffrey Cabonillas, Dionicio Cabral, Hea
Cabrera, Laben Cabrera, Marbin Cabrera, Ronnie Cabrera, Richard Cacace, Frederick Caccamo, Frank Caccavale, M
Caccavale, Julio Caceres, Luciano Caceres, Edward Cachia, Jamie Cachia, Joseph Cachia, Sharon Cacioppo, Julie Ca
Anita Caesar, Stanley Caesar, John Cafarella, Daniel Cafaro, Louis Cafiero, Zebiullah Cagatay, Elizabeth Caggiano,
Caggiano, Robert Caggiano, Albert Caggiano, Jr., Timothy Cagney, Brett Cahill, Christopher Cahill, James Cahill, Ja
James Cahill, Kathleen Cahill, Linda Cahill, Michael Cahill, Patrick Cahill, Sean Cahill, Nataliya Caiazzo, Erin Cain
Cain, Robert Cain, Walter Cain, Daniel Cain, III, Margaret Caines, Verna Caines, Eugene Cairns, Antony Cairo, Boli
Caivinagua, Jody Caizza, Hans Cajuste, Ryszard Cala, Patricia Calabrese, Paula Calabrese, Michael Calabria, Alexar
Calabro, Ashley Calabro, Carl Calabro, Daniel Calabro, Francine Calabro, Francis Calabro, Deborah Calandrillo, Phi
Calandrilo, Alfonse Calato, Adam Calbo, Susan Calcagno, Dilenia Calcano, Steven Caldara, Joseph A. Caldarera, Ar
Caldarola, Nancy Calderazzo, Ulises Calderin, Anthony Calderon, Cathy Calderon, David Calderon, Deborah Calder
Calderon, Jeremy Calderon, Marco Calderon, Mariza Calderon, Robert Calderon, Vanessa Calderon, Vicente Caldero
Calderon, Yolanda Calderon, Marilyn Calderon Brennan, Jose Calderon−Garcia, John Caldwell, Thomas Caldwell, D
Calemine, Humberto Cales, Kenneth Calewarts, Cynthia Calhoun, Emory Calhoun, Kevin Calhoun, Gary Cali, Domi
Jaclyn Calia, Janet Calia, John Calia, Richard Calia, Janet Calia− Donahue, Jeanna Calia− Micallef, Christine Calia−
Calia−Donohue, Jeanann Calia−Kuhn, Jeanna Calia−Micallef, Gloria Calicchia, Charles Caliendo, Paul Califano, De
Calise, Diane Calise, Michael Calise, Robert Calise, Salvatore Calise, Peter Calix, Peter Calixte, Marguerite Calixte−
Thomas Calkins, Timothy Calkins, Vincenzo Calla, Michael Callaghan, Alan Callahan, Angela Callahan, Darcy Call
Callahan, Edwin Callahan, Ellen Callahan, Harry Callahan, John Callahan, Kathy Callahan, Nora Callahan, Peter Cal
Richard Callahan, Robert Callahan, Rose Callahan, Thomas Callahan, Wayne Callahan, William Callahan, Joseph Ca
Esq, Christopher Callan, Doreen Callan, John Callan, Katherine Callan−Montemarano, Michael Callanan, Robert Ca
Calle, Felix Calle, Hermel Calle, Luis Calle, Marcia Calle, Dale Callender, Raymond Callinan, Mariana Callle, Antoi
Callori−Amatuccio, Christopher Callow, Elaine Callow, Rodney Callum, Anthony Calma, Patricia Caloia, Natalie Ca
John Caluori, Joseph Calvacca, Joseph Calvanese, Danielle Calvano, Clunis Calvert, Calvin Dubois, Joseph Cama, E
Camacho, George Camacho, Patrick Camacho, Ramona Camacho, Angelina Camaj, Frank Camaj, Katrina Camaj, K
Vincent Camaj, Ana Camareno, Jack Cambria, Jack Cambria, Louis Camello, Anthony Camera, Louis Camerada, Ma
Cameron, Michael Cameron, Paul Cameron, Sean Cameron, Paul Camhi, Wilton Camilo, Xiomara Camilo, Francisco
Richard Camiolo, David Camisa, Marta Camkiran−Grochowski, Vincent Cammarasana, Gerald Cammarata, Joseph
Joseph Cammarata, Magaret Cammarata, Michael Cammarata, Patricia Cammarata, Ronald Cammarata, Tina Camm
Campanella, Diana Campanello, Alexander Campbell, Bernadette Campbell, Bryan Campbell, Cecilia Campbell, Cha
Campbell, Cindy Campbell, Donald Campbell, Douglas Campbell, Earl Campbell, Ephraim Campbell, Frederick Car
Howard Campbell, Kerry Campbell, Kevin Campbell, Laurence Campbell, Leanne Campbell, Lori Campbell, Marga
Campbell, Michele Campbell, Peter Campbell, Richard Campbell, Shana Campbell, Tespha Campbell, Therese Camp
William Campbell, Tammie Campbell−Gardner, Althea Campbell−Wyse, Fred Campion, Charles Campisi, Matthew
Rosa Campisi, Elizabeth Campo, Paul Campo, Stephen Campo, Emilio Campos, Luis Campos, Abraham Campoverd
Campoverde, Marta Campoverde, Nelson Campoverde, Rodrigo Campozano, Consuelo Campuzano, Joaquin Campu
Vincent Canale, Edwin Canales, Johanna Canales, Donna Canari, Gerard Canavan, Kevin Canavan, Geovannia Canc
Cancilla, Elizabeth Candela, Est. of Candela, Est. of Candela, John Candela, John Candela, Joseph Candela, Joseph C
Juliette Candela, Thomas Candela, David Candelaria, Zulma Candelario, Robert Canderozzi, Maximo Canela, Angel
Alix Cange, Anthony Cangelosi, Michelle Cangelosi, Vincent Cangelosi, Vito Cangemi, Jeffrey Cangialosi, Peter Ca
Frank Cangiarella, Anthony Canino, Darlene Canino, Thomas Cann, Gregory Cannata, Lynn Cannata, Lynn Cannata
Cannava, Peter Cannavale, David Cannella, Robert Canning, Anthony Cannizzaro, Christopher Cannizzaro, Jackie C
Jacqueline Cannizzaro, Rosario Cannizzaro, Donald Cannon, Richard Cannon, Tara Cannon, Claudia Cano, Alfred C
Andrew Canonico, Andrea Cantafio−McClernon, Michael Cantante, Victoria Cantasano, Biagio Cantatore, Victor Ca
Cantor Fitzgerald & Co., Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Eu
Cantor Fitzgerald International, Cantor Fitzgerald Partners, Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P., Can
Limited, Davon Cantry, Brian Cantwell, Patrick Canty, Zhile Cao, Michael Capasso, Philip Capasso, Anne Capewell
Capewell, Peter Capitali, Clive Caplan, Charles Caple, Christopher Capo, Jesus Capo, Michael Capobianco, Stephen
Capobianco, Jr., John Capodanno, Lisa Capolino, Michael Capolino, Robert Capolongo, Lucia Capolupo, Rocco Cap
Adele Caporale, John Caporale, John Caporaso, Christina Caporicci, Lauren Caporicci, Lori Caporicci, Steve Capoto
Capotosto, Michael Capoziello, Robert Capoziello, James Capozzi, Ann Cappadonna, Phillip Cappadora, Anthony C
Vincent Cappelli, Dianne Cappetta, John Cappiello, Felicia Cappo, Camille Capretta, Art Capri, Kenneth Caprio, Jos
Capriotti, Dolores Caproni, Richard Caproni, Matthew Capuano, Edward Capurro, Brian Caputo, Charles Caputo, Da
David Caputo, Frank Caputo, Raffaela Caputo, Thomas Caputo, Segundo Carabajo, Idalia Caraballo, Maryland Caral
Caraballo, Yvette Caraballo, Nicholas Caracappa, Mary Caradonna, Elio Caramb, Frank Carapazza, Frank Carapazza

| | | |
|---|---|---|
| | | Carberry, Jose Carbo, Paul Carbo, Dawn Carbone, Frank Carbonell, Osvaldo Carbonell, Arthur Cardaio, Alfredo Car Edison Cardenas, Hector Cardenas, Maria Cardenas, Nilson Cardenas, Alicia Cardenas Solano, David Cardinale, Har Catterine Cardona, Jessica Cardona, Louis Cardona, Michael Cardona, Robert Cardona, Sasha Cardona, Manfred Car William Cardone, Alan Carena, Carol Carey, Edward Carey, Patrick Carey, Wayne Carey, Cathy Carilli, Cathy Caril Christopher Carini, Joseph Carini, Richard Carino, Daniel Carione, Larry Carito, Thomas Carl, John Carleton, Bruce Joseph Carley, John Carlin, Michael Carlin, Est. Carlino, Est. of Phyllis Carlino, Marie Carlino, Mary Carlino, Richa Salvatore Carlino, Angel Carlo, Christina Carlo, Dominick Carlo, Frank Carlo, Gladys Carlo, Michael Carlo, Robert Shirley Carlock, Darrick Carlone, Matthew Carlone, Nicholas Carlone, Israel Carlos, Craig Carlsen, Keith Carlsen, D Carlson, James Carlson, Kimberly Carlson, Lynda Carlson, Stephen Carlson, Stephen Carlson, William Carlson, Bria Carlstrom, Tom Carlstrom, Kevin Carlton, Karen Carlucci, Dawn Carluzzo, Pietro Carluzzo, Michael Carmody, Thor Carmody, Augustine Carnevale, Francis Carney, Paul Carney, Richard Carney, Vincent Carney, Deguarda Carno−Sn Cristina Caro, Teresa Carofano, Dominick Carolei, Sada Carolina, Charlie Carollo, James Carollo, Ralph Carone, Do Caropreso, Edward Caroselli, Paul Carosotto, Anthony Carozza, Marc Carozza, Scott Carpender, Alice Carpeneto, Jo Carpeneto, Frank Carpenito, Darryl Carpenter, David Carpenter, Gary Carpenter, Kristen Carpenter, Kristen Carpente Carpenter, Philip Carpenter, Jason Carpentieri, Joseph Carpentieri, Edward Carpino, Elvia Carpio, Gustavo Carpio, C Carr, James Carr, Kevin Carr, Michelle Carr, Patrick Carr, Paul Carr, Rodney Carr, Timothy Carr, Eligia Carradero, J Carrano, Robert Carrao, Miguel Carrasco, Monica Carrasco, Victor Carrasco, Adam Carrasquillo, Miriam Carrasquil Carraway, Joseph Carrazana, Mary Carrazana, John Carrera, Theodora Carreras, Angel Carrero, Ramon Carrero, Ray Annette Carretta, Peter Carretta, Christopher Carri, Joseph Carrieri, Daniel Carrigan, Joseph Carrigan, Linda Carrillo Carrillo, David Carrington, Janice Carrington, Malkisha Carrington, Patricia Carrington, Josephine Carrion, Alexand Brendan Carroll, Christopher Carroll, Daniel Carroll, David Carroll, Edward Carroll, Eleanor Carroll, Erick Carroll, I Carroll, James Carroll, John Carroll, Joseph Carroll, Kevin Carroll, Mary Carroll, Matthew Carroll, Michael Carroll, Carroll, Nancy Carroll, Olivia Carroll, Pete Carroll, Robert Carroll, Ruth Carroll, Sean Carroll, Timothy Carroll, Ton Toni Ann Carroll, William Carroll, Christopher Carrozza, June Carrozza, Luigi Carrubba, Linda Carrube, Andrew Ca Andrew Carson, Debra Carson, James Carson, James Carson, Jan Carstanjen, Yessica Cartag, Alexander Cartagena, C Cartagena, Haydee Cartagena, Ann Carter, Brent Carter, Cassandra Carter, Cynthia Carter, Deborah Carter, Jeffrey C Miriam Carter, Pamela Carter, Richard Carter, Robert Carter, June Carter−Perrine, Freddye Carter−Perry, Freddye Ca Patrick Cartier, Stephen Cartledge, Thomas Carton, Paula Carucci, Anthony Caruso, Christopher Caruso, Daniel Caru Caruso, John Caruso, Kim Caruso, Michael Caruso, Robert Caruso, Desiret Carvache, Beatriz Carvajal, Javier Carvaj Carvajal, Lizette Carvajal, Scott Carville, Kenny Carwile, Michael Casado, Craig Casalbore, Angilic Casalduc, Paul C Anthony Casale, Karen Casale, Mona Casale, Robert Casale, Richard Casaletto, Joseph Casaliggi, Nicole Casara, Joh Robert Casazza, David Casciello, Aileen Cascio, Evan Cascio, Janet Cascio, Maria Cascio, Michael Cascio, Paul Cas Raymond Cascio, Thomas Cascio, Vito Cascione, Paul Case, Thomas Casella, Frank Caserta, Frank Caserta, Ralph C Debra Casertano−Mouton, Brian Casey, Daniel Casey, Donald Casey, Gerard Casey, John Casey, Kevin Casey, Lynn Matthew Casey, Michael Casey, Patricia Casey, Thomas Casey, Angenette Cash, James Cash, John Cashin, Jessica C John Cashman, Isiris Casiano−Holland, Anthony Casilla, Carlos Casoria, Judith Casoria, Scott Casper, Salvatore Cas Michael Cassano, Robert Cassano, Brian Casse, Christian Casse, Stephen Casse, Renee Cassell, Joseph Cassella, Edw Cassidy, John Cassidy, Kevin Cassidy, Mary Cassidy, Rose Cassidy, Stephen Cassidy, Thomas Cassidy, Robert Cass Anthony Cassisi, Anthony Cassone, Richard Casta, Michael Castaldo, Sergio Castanda, Maria Castaneda, Alejandro Anthony Castano, Diana Castano, Francisco Castano, Steven Castano, Vincent Castano, Yolanda Castano, Jennifer C Jennifer Castelano, John Castelhano, Christine Castellano, Gregory Castellano, Joseph Castellano, Natalie Castellano Castellano, Peter Castellano, Rocco Castellano, John Castellanos, Judith Castellanos, Anthony Castelle, Connie Caste Salvatore Castelli, Paul Castellucci, Louis Castelluccio, Manuel Castillo, Nancy Castillo, Rodrigo Castillo, Victor Ca Castle, John Castoria, Daniel Castoro, Leonard Castrianno, Sr., Amanda Castrillon, Alvaro Castro, Charles Castro, C Castro, Jacobo Castro, Jairo Castro, Joseph Castro, Judith Castro, Julio Castro, Lucero Castro, Luz Castro, Monica C Castro, Olga Castro, Pablo Castro, Paul Castro, Samantha Castro, Daniel Casucci, David Catala, Brenda Catalanello, Catalanello, Alexandria Catalano, Angelo Catalano, Lorraine Catalano, Michael Catalano, Tracy Ann Catalano, Mich Cataline, Alan Cataneo, Laurie Cataneo, Charles Catanese, Victoria Catanese, Phil Catania, Donald Catanzaro, Glen Glenn Catanzaro, Paul Catanzaro, Roselinda Catanzaro, Joseph Catapano, Anamarie Catarelli, Santa Catarelli, John C Marguerite Catello, Anthony Catera, Marian Cato−Hay, Dewayne Catterton, Douglas Caufield, William Caughey, Jo Cavaelli, Paul Cavagnaro, Denise Cavaliere, Salvatore Cavaliere, Anthony Cavalieri, Vincent Cavalieri, Donna Cava Daniel Cavaretta, Nicholas Cavarretta, John Cavelli, Ashlee Cavitolo, James Cavolo, James Cavuto, Thomas Cawley Cayetano, Gina Cayne, Marissa Cayne, Raquel Cayne, Suzann Cayne, Claude Ceasar, Stanley Ceasar, Jr., Rozanne C Wilfred Cebollero, Jessica Derubbio, Marianella Hemenway, Marinella Hemenway, Bakahityar Kamardinova, Bakht Kamardinova, Chang Kim, Matthew Rowenhorst. (Attachments: # 1 Exhibit A−1 to A−12 Alphabetically by Last Na Decedent, # 2 Exhibit B−1 to B−5 Alphabetically by Last Name of 9/11 Decedent, # 3 Exhibit C−1 to C−7 Alphabeti Last Name of 9/11 Decedent, # 4 Exhibit Beauzile Declaration)Filed In Associated Cases: 1:03−md−01570−GBD−S al..(Goldman, Jerry) (Entered: 12/28/2021) |
| 28/2021 | 7509 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman dated 12/28/2021 Document filed by Aamoth, Roberta Agyeman, August Bernaerts.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05320−GBD−SN, 1:18−cv−12276−GBD−SN, 1:19−cv−11865−GBD−SN.(Goldman, Jerry) (Entered: 12/2 |
| 29/2021 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (144 in 1:18−cv−12387−GBD− 1:19−cv−11865−GBD−SN, 184 in 1:18−cv−05320−GBD−SN, 7507 in 1:03−md−01570−GBD−SN, 74 in** |

| | | |
|---|---|---|
| | | **1:20−cv−10460−GBD−SN, 75 in 1:20−cv−09376−GBD−SN, 182 in 1:18−cv−05339−GBD−SN, 198 in 1:18−cv−05306−GBD−SN, 149 in 1:18−cv−12277−GBD−SN, 147 in 1:18−cv−11837−GBD−SN, 145 in 1:18−cv−11870−GBD−SN, 135 in 1:18−cv−12276−GBD−SN, 62 in 1:20−cv−10902−GBD−SN) Proposed Order reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(km)** (Entered: 1 |
| 29/2021 | 7510 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment, Default Judgment on Liabi filed August 31, 2015, Final Order of Judgment on Behalf of Ashton 21 Plaintiffs, including the moving papers for P Motion deemed filed on October 5, 2021, Final Order of Judgment on Behalf of Ashton 22 Plaintiffs, including the m papers for Plaintiffs Motion deemed filed on October 5, 2021, Final Order of Judgment on Behalf of Ashton 23 Plain including the moving papers for Plaintiffs Motion deemed filed on October 5, 2021, Foreign Sovereign Immunities A Affidavit of Translator (along with translations of the above documents in Farsi) mailed to Islamic Republic of Iran, Mohammad Javad Zarif, Foreign Minister of the Ministry of Foreign Affairs, Imam Khomeini Street, Imam Khomeir Tehran, Iran on 12/29/2021 by Federal Express tracking # 8157 2471 5908, to the Secretary of State, Attn: Jared Hes Policy Review and Inter−Agency Liaison (CA/OCS/L), U.S. Department of State, SA−17, 10th Floor, 2201 C Street Washington, DC 20522, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). File Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(JKR) (Entered: 12/29/2021) |
| 29/2021 | 7511 | ORDER granting (7505) Motion to Substitute Party, in case 1:03−md−01570−GBD−SN; granting (87) Motion to Su Party, in case 1:19−cv−11865−GBD−SN. Janice Dukes as the Personal Representative of the Estate of Donnie Taylo substituted for John Doe 75, being intended to designate the Personal Representative of the Estate of Donnie Taylor. ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GB 1:19−cv−11865−GBD−SN. (ras) (Entered: 12/29/2021) |
| 29/2021 | 7512 | ORDER: Saudi Arabia and Kreindler & Kreindler shall submit a joint letter stating, with particularity, which redactic documents are disputed. That letter shall be submitted by January 6, 2022. (Signed by Magistrate Judge Sarah Netbur 12/29/2021) (ras) (Entered: 12/29/2021) |
| 30/2021 | 7513 | **FILING ERROR − DEFICIENT DOCKET ENTRY − (SEE DOCUMENT #7541)** MOTION to Amend/Correct 1:03−md−01570−GBD−SN) Judgment,,,,,,,,,,, . Document filed by Helen Colhoun. (Attachments: # 1 Text of Propos Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN.(Bonner, James) Modified 1/6/2022 (lb). (Entered: 12/30/2021) |
| 30/2021 | 7514 | DECLARATION of Joseph Peter Drennan, Esq. in Support re: (7513 in 1:03−md−01570−GBD−SN, 84 in 1:18−cv−12341−GBD−SN) MOTION to Amend/Correct (7178 in 1:03−md−01570−GBD−SN) Judgment,,,,,,,,,,, .. D filed by Helen Colhoun. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN.(Bonner (Entered: 12/30/2021) |
| 30/2021 | 7515 | MEMORANDUM OF LAW in Support re: (7513 in 1:03−md−01570−GBD−SN, 84 in 1:18−cv−12341−GBD−SN) I Amend/Correct (7178 in 1:03−md−01570−GBD−SN) Judgment,,,,,,,,,,, . . Document filed by Helen Colhoun. Filed I Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN.(Bonner, James) (Entered: 12/30/2021) |
| 31/2021 | 7516 | MOTION for Default Judgment as to *Bauer Plaintiffs Against the Taliban and Muhammad Omar*. Document filed by Bauer, et al, Virginia Bauer, et al..Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SI 1:02−cv−07236−GBD.(Capone, Dorothea) (Entered: 12/31/2021) |
| 31/2021 | 7517 | DECLARATION of Dorothea M. Capone in Support re: (7516 in 1:03−md−01570−GBD−SN, 132 in 1:02−cv−0723 1581 in 1:02−cv−06977−GBD−SN) MOTION for Default Judgment as to *Bauer Plaintiffs Against the Taliban and M Omar*.. Document filed by Virginia Bauer, et al, Virginia Bauer, et al.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # C)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD.(Capo Dorothea) (Entered: 12/31/2021) |
| 31/2021 | 7518 | PROPOSED JUDGMENT. Document filed by Virginia Bauer, et al, Virginia Bauer, et al.. (Attachments: # 1 Exhibit Exhibit B, # 3 Exhibit C).(Capone, Dorothea) **Proposed Judgment to be reviewed by Clerk's Office staff.** Modifie 1/3/2022 (km). (Entered: 12/31/2021) |
| 03/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 7518 Proposed Judgment was and approved as to form. (km)** (Entered: 01/03/2022) |
| 03/2022 | 7520 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment prepared in accordance wit 1608 & CFR 93.2, Order of Judgment as to Liability and for Partial Final Default Judgments, dated September 6, 201 5088, Order of Partial Final Judgment for Damages, Dated March 6, 2020, ECF No. 6040, Order Granting Judgment Tunc, for judgments entered on March 6, 2020 at ECF Nos.6034, 6037, 6038, 6039, and 6040, dated May 5, 2020, E Copy of 28 U.S.C. 1330, 1391(f), 1441(d), and 1602−1611, of Title 28, United States Code (Pub. L. 94−583; 90 Stat. the Foreign Sovereign Immunities Act (U.S.C. 1602, et seq.), Affidavit of Translator (along with Farsi translations of documents) mailed to DEFENDANT Minister of Foreign Affairs, c/o H.E. Mohammad Javad Zarif, Ministry of Fore of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehran, Iran on 01/03/2022 by Federal Express tracking # 7894, to the Department of State, Attn: Jared Hess, Office of Policy Review and Inter−Agency Liaison (CA/OCS/L), |

| | | |
|---|---|---|
| | | 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of Foreign Services Immunities A U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00044−GBD−SN(JKR) (Ente 01/03/2022) |
| )4/2022 | 7521 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS IN THE ABOVE−CAPTIONED MATTERS ON BEHAI PLAINTIFFS IDENTIFIED IN EXHIBITS A AND EXHIBITS B: IT IS HEREBY ORDERED that service of proce above−captioned matter(s) was effected upon Iran in accordance with 28 U.S.C. § 1608(a) for sovereign defendants a U.S.C. § 1608(b) for agencies and instrumentalities of sovereign defendants; and it is further ORDERED that partial judgment is entered against Iran on behalf of the Plaintiffs in the above−captioned matters, as identified in the attache A, who are each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of an individual the terrorist attacks on September 11, 2001, as indicated in the attached Exhibits A; and it is further ORDERED that I identified in the attached Exhibits A are awarded solatium damages of$12,500,000 per spouse, $8,500,000 per parent $8,500,000 per child, and $4,250,000 per sibling, as set forth in the attached Exhibits A; and it is further ORDERED final judgment is entered against Iran on behalf of the Plaintiffs in the above−captioned matters, as identified in the a Exhibits B, who are each the estate of a victim of the terrorist attacks on September 11, 2001, as indicated in the attac Exhibits B; and it is further ORDERED that Plaintiffs identified in the attached Exhibits B are awarded compensatory for decedents' pain and suffering in an amount of$2,000,000 per estate, as set forth in the attached Exhibits B; and it i ORDERED that Plaintiffs identified in the expert reports submitted in support of the Declaration of Jerry S. Goldman ("Goldman Declaration") (and identified in Exhibits B), are awarded economic damages as set forth in the attached E and as supported by the expert reports and analyses tendered in conjunction with the Goldman Declaration; and it is f ORDERED that the Plaintiffs identified in the attached Exhibits A and Exhibits B are awarded prejudgment interest c percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is furt ORDERED that the Plaintiffs identified in the attached Exhibits A and Exhibits B may submit an application for pun damages, economic damages, or other damages (to the extent such awards have not previously been ordered) at a late consistent with any future rulings made by this Court on this issue; and it is further ORDERED that the remaining Pla the above−captioned matters not appearing in the attached Exhibits A and Exhibits B may submit in later stages appli damages awards, and to the extent they are for solatium damages or by estates for compensatory damages or for dece and suffering from the September 11th attacks, they will be approved consistent with those approved herein for the P appearing in the attached Exhibits A and Exhibits B. (Signed by Judge George B. Daniels on 1/4/2022) Filed In Asso Cases: 1:03−md−01570−GBD−SN et al. (jca) (Entered: 01/04/2022) |
| )4/2022 | 7522 | AMENDED ORDER OF PARTIAL FINAL JUDGMENTS IN THE ABOVE−CAPTIONED MATTERS FOR LIAE FOR ALL PLAINTIFFS AND FOR DAMAGES FOR THE PLAINTIFFS IDENTIFIED IN EXHIBITS A: Upon co of the evidence and arguments submitted by Plaintiffs through their Motion for Partial Final Judgment against the De Islamic Republic of Iran ("Iran"), as to liability for all Plaintiffs named in the above−captioned matters, and as to dam certain Plaintiffs in the above−captioned matters who are each a spouse, parent, child, or sibling (or the estate of a sp parent, child, or sibling) of a victim killed in the terrorist attacks on September 11, 2001 as specifically identified in a Exhibits A−1 TO a−7 (collectively, "Exhibits A"), together with the entire record in this case, it is hereby: ORDEREI service of process in the above−captioned matters was properly effected upon Iran in accordance with 28 U.S.C. 160 sovereign defendants and 28 U.S.C. 1608(b) for agencies and instrumentalities of sovereign defendants: and it is furt ORDERED that the motion for judgment by default against Iran or behalf of the Plaintiffs in the above−captioned ma GRANTED and FINAL judgments as to liability are entered in favor of all plaintiffs against Iran in the cases set fort order; and it is further ORDERED that partial final judgment is entered against Iran of behalf of those Plaintiffs in th above−captioned matters who are identified in the attached Exhibits A who are each a spouse, parent, child or sibling estate of a spouse, parent, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as ind Exhibits A; and it is further ORDERED that Plaintiffs identified in Exhibits A are awarded solatium damages of $12, spouse, $8,500,00 per parent, $8,500,000 per child, and $4,250,000 per sibling as set forth in Exhibits A; and it is fur ORDERED that Plaintiffs identified in Exhibits A are awarded prejudgment interest of 4.96 percent per annum, comp annually, running from September 11, 2001 until the date of judgment; and it is further ORDERED that Plaintiffs ide Exhibits A may submit an application for punitive damages, economic damages or other damages (to the extent such have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; a further ORDERED that the remaining Plaintiffs in the above−captioned matters not appearing in Exhibits A may sub stages applications for damages awards, and to the extent such plaintiffs are similarly situated to those appearing in E the applications will be approved consistent with those approved herein for the Plaintiffs appearing in Exhibits A. (Si Judge George B. Daniels on 1/4/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (ate) (Entered: 0 |
| )4/2022 | 7523 | AMENDED ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS IN THE ABOVE−CAPTIONED MATTERS BEHALF OF THE PLAINTIFFS IDENTIFIED IN EXHIBITS A AND EXHIBITS B: ORDERED that partial final j entered against Iran on behalf of the Plaintiffs in the above−captioned matters, as identified in the attached Exhibits A each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling) of an individual killed in th attacks on September 11, 2001, as indicated in the attached Exhibits A; and it is further ORDERED that Plaintiffs ide the attached Exhibits A are awarded solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,00 and $4,250,000 per sibling, as set forth in the attached Exhibits A; and it is further ORDERED that partial final judgr entered against Iran on behalf of the Plaintiffs in the above−captioned matters, as identified in the attached Exhibits E each the estate of a victim of the terrorist attacks on September 11, 2001, as indicated in the attached Exhibits B; ORI |

| | | |
|---|---|---|
| | | that Plaintiffs identified in the attached Exhibits B are awarded compensatory damages for decedents' pain and suffer amount of $2,000,000 per estate,as set forth in the attached Exhibits B. ORDERED that the remaining Plaintiffs in th above−captioned matters not appearing in the attached Exhibits A and Exhibits B may submit in later stages applicati damages awards, and to the extent they are for solatium damages or by estates for compensatory damages or for dece and suffering from the September 11th attacks, they will be approved consistent with those approved herein for the P appearing in the attached Exhibits A and Exhibits B. And as set forth herein. SO ORDERED. (Signed by Judge Geor Daniels on 1/04/2022) (ama) (Main Document 7523 replaced on 1/10/2022) (jca). (Main Document 7523 replaced on (jca). Modified on 1/31/2022 (jca). (Entered: 01/04/2022) |
| )4/2022 | 7524 | NOTICE of Iran Notice of Amendment re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by Matthev Rowenhorst. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12387−GBD−SN.(Goldman, Jerry) (E 01/04/2022) |
| )4/2022 | 7525 | MOTION to Substitute Party. Old Party: John Doe 54, being intended to designate the Personal Representative of the Michael Russo, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has duly appointed by a court of competent jurisdiction ( or having been so appointed, his or her appointment has expired or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all entitled beneficiaries and family members of Michael Russo, New Party: Theresa Russo−Kempf, as the Personal Rep of the Estate of Edward Rowenhorst, deceased, and on behalf of all survivors and all legally entitled beneficiaries anc members of Michael Russo . Document filed by Matthew Rowenhorst. (Attachments: # 1 Text of Proposed Order)Fil Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12387−GBD−SN.(Goldman, Jerry) (Entered: 01/04/2022) |
| )4/2022 | 7526 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated January 4, 2022 for extension of the current deadlines for filing briefs regarding the parties initial Daubert motions. Document filed by Executive Committees..(Haefele, Robert) (Entered: 01/04/2022) |
| )4/2022 | 7527 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS IN THE ABOVE−CAPTIONED MATTERS ON BEHAI PLAINTIFFS IDENTIFIED IN EXHIBITS B: ORDERED that partial final judgment is entered against Iran on behal Plaintiffs in the above−captioned matters, as identified in the attached Exhibits B, who are each the estate of a victim terrorist attacks on September 11, 2001, as indicated in the attached Exhibits B; and it is further ORDERED that Plai identified in the attached Exhibits Bare awarded cornpensato1y damages for decedents' pain and suffering in an amou $2,000,000 per estate, as set forth in the attached Exhibits B; and it is further ORDERED that Plaintiffs identified in t reports submitted in support of the Declaration of Jerry S. Goldman, Esq. ("Goldman Declaration") (and identified in B), are awarded economic damages as set forth in the attached Exhibits B and as supported by the expert reports and tendered in conjunction with the Goldman Declaration; and it is further ORDERED that the Plaintiffs identified in th Exhibits B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from Septem 2001 until the date of judgment; and it is further ORDERED that the remaining Plaintiffs in the above−captioned mat appearing in the attached Exhibits B may submit in later stages applications for damages awards, and to the extent th solatium damages or by estates for compensatory damages or for decedents' pain and suffering from the September 1 they will be approved consistent with thoseapproved herein for the Plaintiffs appearing on the attached Exhibits B. A forth herein. SO ORDERED. (Signed by Judge George B. Daniels on 1/04/2022) (ama) (Main Document 7527 replac 1/10/2022) (jca). (Entered: 01/04/2022) |
| )4/2022 | 7528 | PROPOSED ORDER. Document filed by Matthew Rowenhorst. Related Document Number: [7525, 149]..(Goldman **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 01/04/2022) |
| )4/2022 | 7529 | MOTION to Substitute Party. Old Party: John Doe 77, being intended to designate the Personal Representative of the Janice Brown, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has r duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all entitled beneficiaries and family members of Janice Brown, New Party: Eric Johnson as the Personal Representative Estate of Janice Brown, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family mem Janice Brown . Document filed by BNY Mellon. (Attachments: # 1 Text of Proposed Order)Filed In Associated Case 1:03−md−01570−GBD−SN, 1:19−cv−11767−GBD−SN.(Goldman, Jerry) (Entered: 01/04/2022) |
| )4/2022 | 7530 | PROPOSED ORDER. Document filed by BNY Mellon. Related Document Number: [7529, 83]..(Goldman, Jerry) **Pr Order to be reviewed by Clerk's Office staff.** (Entered: 01/04/2022) |
| )4/2022 | 7531 | MOTION to Amend/Correct . Document filed by Marinella Hemenway. (Attachments: # 1 Text of Proposed Order)F Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN.(Goldman, Jerry) (Entered: 01/04/2022) |
| )4/2022 | 7532 | MEMORANDUM OF LAW in Support re: (7531 in 1:03−md−01570−GBD−SN, 153 in 1:18−cv−12277−GBD−SN) to Amend/Correct . . Document filed by Marinella Hemenway. Filed In Associated Cases: 1:03−md−01570−GBD−S 1:18−cv−12277−GBD−SN.(Goldman, Jerry) (Entered: 01/04/2022) |
| )4/2022 | 7533 | PROPOSED ORDER. Document filed by Marinella Hemenway. Related Document Number: [7531, 153]..(Goldman **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 01/04/2022) |

| | | |
|---|---|---|
| )4/2022 | 7534 | NOTICE of Iran Notice of Amendment. Document filed by Chang Kim. Filed In Associated Cases: 1:03−md−01570− 1:18−cv−11870−GBD−SN.(Goldman, Jerry) (Entered: 01/04/2022) |
| )4/2022 | 7535 | MOTION to Substitute Party. Old Party: Louise Flickinger, individually, as surviving parent of Carl M. Flickinger, N Lisa Madden as Personal Representative of the Estate of Louise Flickinger, deceased, the late parent of Carl M. Flick Document filed by Ber Barry Aron. (Attachments: # 1 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−09376−GBD−SN.(Goldman, Jerry) (Entered: 01/04/2022) |
| )4/2022 | 7536 | PROPOSED ORDER. Document filed by Ber Barry Aron. Related Document Number: [7535, 80]..(Goldman, Jerry) **Order to be reviewed by Clerk's Office staff.** (Entered: 01/04/2022) |
| )4/2022 | 7537 | NOTICE of Iran Notice of Amendment re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by Marinel Hemenway. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN.(Goldman, Jerry) (E 01/04/2022) |
| )4/2022 | 7538 | NOTICE of Iran Notice of Amendment re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by Jessica Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05306−GBD−SN.(Goldman, Jerry) (Entered: 01/04 |
| )4/2022 | 7539 | MOTION to Substitute Party. Old Party: John Doe 43, being intended to designate the Personal Representative of the Peter A. Nelson, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or ha duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all entitled beneficiaries and family members of Peter A. Nelson, John Doe 41, being intended to designate the Personal Representative of the Estate of Nurul Miah, deceased, said name being fictitious, her/his true name is not presently kı confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) aı of all survivors and all legally entitled beneficiaries and family members of Nurul Miah Nurul Miah, John Doe 41, be intended to designate the Personal Representative of the Estate of Nurul Miah, deceased, said name being fictitious, h name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has nc appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Nurul Miah, Jol being intended to designate the Personal Representative of the Estate of William A. Mathesen, deceased, said name b fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of comp jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, ar successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family n William A. Mathesen, New Party: Lyndsi Nelson as the Personal Representative of the Estate of Peter A. Nelson, dec on behalf of all survivors and all legally entitled beneficiaries and family members of Peter A. Nelson, Nur Miah as tl co−Personal Representative of the Estate of Nurul Miah, deceased, and on behalf of all survivors and all legally entitl beneficiaries and family members of Nurul Miah, Rokshana Miah as the co−Personal Representative of the Estate of Miah, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nurul Mia Mathesen as the Personal Representative of the Estate of William A. Mathesen, deceased, and on behalf of all survivc legally entitled beneficiaries and family members of William A. Mathesen . Document filed by Marinella Hemenway (Attachments: # 1 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN.(Goldman, Jerry) (Entered: 01/04/2022) |
| )4/2022 | 7540 | PROPOSED ORDER. Document filed by Marinella Hemenway. Related Document Number: [7539, 157]..(Goldman **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 01/04/2022) |
| )5/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (7528 in 1:03−md−01570−GBI in 1:18−cv−12387−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:18−cv−12387−GBD−SN(dt)** (Entered: 01/05/2022) |
| )5/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (84 in 1:19−cv−11767−GBD−S 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:19−cv−11767−GBD−SN(dt)** (Entered: 01/05/2022) |
| )5/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (155 in 1:18−cv−12277−GBD−: 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN(dt)** (Entered: 01/05/2022) |
| )5/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (7536 in 1:03−md−01570−GBI 1:20−cv−09376−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−09376−GBD−SN(dt)** (Entered: 01/05/2022) |
| )5/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (7540 in 1:03−md−01570−GBI in 1:18−cv−12277−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN(dt)** (Entered: 01/05/2022) |

| | | |
|---|---|---|
| )5/2022 | 7541 | **FILING ERROR − DEFICIENT DOCKET ENTRY − (SEE DOCUMENT #7561)** MOTION to Amend/Correct 1:03−md−01570−GBD−SN) Judgment,,,,,,,,,, . Document filed by Helen Colhoun.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN.(Bonner, James) Modified on 1/6/2022 (lb). (Entered: 01/05 |
| )5/2022 | 7542 | DECLARATION of Joseph Peter Drennan, Esq. in Support re: (87 in 1:18−cv−12341−GBD−SN, 7541 in 1:03−md−01570−GBD−SN) MOTION to Amend/Correct (7178 in 1:03−md−01570−GBD−SN) Judgment,,,,,,,,,, .. I filed by Helen Colhoun. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN.(Bonner (Entered: 01/05/2022) |
| )5/2022 | 7543 | MEMORANDUM OF LAW in Support re: (87 in 1:18−cv−12341−GBD−SN, 7541 in 1:03−md−01570−GBD−SN) I Amend/Correct (7178 in 1:03−md−01570−GBD−SN) Judgment,,,,,,,,,, . . Document filed by Helen Colhoun. Filed I Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN.(Bonner, James) (Entered: 01/05/2022) |
| )5/2022 | 7544 | PROPOSED JUDGMENT. Document filed by Helen Colhoun..(Bonner, James) **Proposed Judgment to be reviewe Clerk's Office staff.** (Entered: 01/05/2022) |
| )5/2022 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (90 in 1:18−cv−12341−GE 7544 in 1:03−md−01570−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN(dt)** (Entered: 01/05/2022) |
| )5/2022 | 7545 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment prepared in accordance wit 1608 & CFR 93.2, Order of Partial Final Judgment for Damages, Dated March 6, 2020, ECF No. 6037, Order Granti Judgments Nunc Pro Tunc, for judgments entered on March 6, 2020 at ECF Nos.6034, 6035, 6037, 6038, 6039, and May 5, 2020, ECF 6178, A Copy of 28 U.S.C. 1330, 1391(f), 1441(d), and 1602−1611, of Title 28, United States Co 94−583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (U.S.C. 1602, et seq.), Affidavit of Translator (alo Farsi translations of the above documents) mailed to DEFENDANT Islamic Revolutionary Guard Corps, c/o Moham Zarif, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehran, Iran on 01/05/20 Federal Express tracking # 7755 7910 3614, to the U.S Department of State, Attn: Jared Hess, Office of Policy Revie Inter−Agency Liaison (CA/OCS/L), SA−17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(JKR) (Entered: 01/05/2022) |
| )5/2022 | 7546 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment prepared in accordance wit 1608 & CFR 93.2, Order of Partial Final Judgment for Damages, Dated March 6, 2020, ECF No. 6037, Order Granti Judgments Nunc Pro Tunc, for judgments entered on March 6, 2020 at ECF Nos.6037, 6035, 6037, 6038, 6039, and May 5, 2020, ECF 6178, A Copy of 28 U.S.C. 1330, 1391(f), 1441(d), and 1602−1611, of Title 28, United States Co 94−583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (U.S.C. 1602, et seq.), Affidavit of Translator (alo Farsi translations of the above documents) mailed to DEFENDANT Minister of Foreign Affairs, c/o H.E. Mohamma Zarif, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehran, Iran on 01/05/20 Federal Express tracking # 7755 8004 8047, to the U.S. Department of State, Attn: Jared Hess, Office of Policy Revi Inter−Agency Liaison (CA/OCS/L), SA−17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(JKR) (Entered: 01/05/2022) |
| )5/2022 | 7547 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment prepared in accordance wit 1608 & CFR 93.2, Order of Partial Final Judgment for Damages, Dated March 6, 2020, ECF No. 6039, Order Granti Judgments Nunc Pro Tunc, for judgments entered on March 6, 2020 at ECF Nos.6034, 6035, 6037, 6038, 6039, and May 5, 2020, ECF 6178, A Copy of 28 U.S.C. 1330, 1391(f), 1441(d), and 1602−1611, of Title 28, United States Co 94−583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (U.S.C. 1602, et seq.), Affidavit of Translator (alo Farsi translations of the above documents) mailed to DEFENDANT Islamic Revolutionary Guard Corps, c/o Moham Zarif, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehran, Iran on 01/05/20 Federal Express tracking # 7755 9263 2666, to the U.S. Department of State, Attn: Jared Hess, Office of Policy Revi Inter−Agency Liaison (CA/OCS/L), SA−17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(JKR) (Entered: 01/05/2022) |
| )5/2022 | 7548 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment prepared in accordance wit 1608 & CFR 93.2, Order of Partial Final Judgment for Damages, Dated March 6, 2020, ECF No. 6039, Order Granti Judgments Nunc Pro Tunc, for judgments entered on March 6, 2020 at ECF Nos.6034, 6035, 6037, 6038, 6039, and May 5, 2020, ECF 6178, A Copy of 28 U.S.C. 1330, 1391(f), 1441(d), and 1602−1611, of Title 28, United States Co 94−583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (U.S.C. 1602, et seq.), Affidavit of Translator (alo Farsi translations of the above documents) mailed to DEFENDANT Minister of Foreign Affairs, c/o H.E. Mohamma Zarif, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehran, Iran on 01/05/20 Federal Express tracking # 7755 9218 1719, to the U.S. Department of State, Attn: Jared Hess, Office of Policy Revi Inter−Agency Liaison (CA/OCS/L), SA−17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(JKR) (Entered: 01/05/2022) |

| | | |
|---|---|---|
| )5/2022 | 7549 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment prepared in accordance witl 1608 & CFR 93.2, Order of Partial Final Judgment for Damages, Dated March 6, 2020, ECF No. 6034, Order Grantii Judgments Nunc Pro Tunc, for judgments entered on March 6, 2020 at ECF Nos.6034, 6035, 6037, 6038, 6039, and 6 May 5, 2020, ECF 6178, A Copy of 28 U.S.C. 1330, 1391(f), 1441(d), and 1602−1611, of Title 28, United States Co 94−583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (U.S.C. 1602, et seq.), Affidavit of Translator (alo Farsi translations of the above documents) mailed to DEFENDANT Islamic Revolutionary Guard Corps, c/o Moham Zarif, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehran, Iran on 01/05/20 Federal Express tracking # 7755 7984 5046, to the U.S. Department of State, Attn: Jared Hess, Office of Policy Revi Inter−Agency Liaison (CA/OCS/L), SA−17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(JKR) (Entered: 01/05/2022) |
| )5/2022 | 7550 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment prepared in accordance witl 1608 & CFR 93.2, Order of Partial Final Judgment for Damages, Dated March 6, 2020, ECF No. 6034, Order Grantii Judgments Nunc Pro Tunc, for judgments entered on March 6, 2020 at ECF Nos.6034, 6035, 6037, 6038, 6039, and 6 May 5, 2020, ECF 6178, A Copy of 28 U.S.C. 1330, 1391(f), 1441(d), and 1602−1611, of Title 28, United States Co 94−583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (U.S.C. 1602, et seq.), Affidavit of Translator (alo Farsi translations of the above documents) mailed to DEFENDANT Minister of Foreign Affairs, c/o H.E. Mohamma Zarif, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehran, Iran on 01/05/20 Federal Express tracking # 7755 7985 6514, to the U.S. Department of State, Attn: Jared Hess, Office of Policy Revi Inter−Agency Liaison (CA/OCS/L), SA−17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(JKR) (Entered: 01/05/2022) |
| )5/2022 | 7551 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment prepared in accordance witl 1608 & CFR 93.2, Order of Partial Final Judgment for Damages, Dated March 6, 2020, ECF No. 6038, Order Grantii Judgments Nunc Pro Tunc, for judgments entered on March 6, 2020 at ECF Nos.6034, 6035, 6037, 6038, 6039, and 6 May 5, 2020, ECF 6178, A Copy of 28 U.S.C. 1330, 1391(f), 1441(d), and 1602−1611, of Title 28, United States Co 94−583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (U.S.C. 1602, et seq.), Affidavit of Translator (alo Farsi translations of the above documents) mailed to DEFENDANT Minister of Foreign Affairs, c/o H.E. Mohamma Zarif, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehran, Iran on 01/05/20 Federal Express tracking # 7755 9399 1030, to the U.S. Department of State, Attn: Jared Hess, Office of Policy Revi Inter−Agency Liaison (CA/OCS/L), SA−17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(JKR) (Entered: 01/05/2022) |
| )5/2022 | 7552 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment prepared in accordance witl 1608 & CFR 93.2, Order of Partial Final Judgment for Damages, Dated March 6, 2020, ECF No. 6038, Order Grantii Judgments Nunc Pro Tunc, for judgments entered on March 6, 2020 at ECF Nos.6034, 6035, 6037, 6038, 6039, and 6 May 5, 2020, ECF 6178, A Copy of 28 U.S.C. 1330, 1391(f), 1441(d), and 1602−1611, of Title 28, United States Co 94−583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (U.S.C. 1602, et seq.), Affidavit of Translator (alo Farsi translations of the above documents) mailed to DEFENDANT Islamic Revolutionary Guard Corps, c/o Moham Zarif, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehran, Iran on 01/05/20 Federal Express tracking # 7755 9369 7225, to the U.S. Department of State, Attn: Jared Hess, Office of Policy Revi Inter−Agency Liaison (CA/OCS/L), SA−17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(JKR) (Entered: 01/05/2022) |
| )5/2022 | 7553 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment prepared in accordance witl 1608 & CFR 93.2, Order of Partial Final Judgment for Damages, Dated March 6, 2020, ECF No. 6035, Order Grantii Judgments Nunc Pro Tunc, for judgments entered on March 6, 2020 at ECF Nos.6034, 6035, 6037, 6038, 6039, and 6 May 5, 2020, ECF 6178, A Copy of 28 U.S.C. 1330, 1391(f), 1441(d), and 1602−1611, of Title 28, United States Co 94−583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (U.S.C. 1602, et seq.), Affidavit of Translator (alo Farsi translations of the above documents) mailed to DEFENDANT Minister of Foreign Affairs, c/o H.E. Mohamma Zarif, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehran, Iran on 01/05/20 Federal Express tracking # 7755 9467 1909, to the U.S. Department of State Attn: Jared Hess, Office of Policy Revie Inter−Agency Liaison (CA/OCS/L), SA−17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(JKR) (Entered: 01/05/2022) |
| )5/2022 | 7554 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment prepared in accordance witl 1608 & CFR 93.2, Order of Partial Final Judgment for Damages, Dated March 6, 2020, ECF No. 6035, Order Grantii Judgments Nunc Pro Tunc, for judgments entered on March 6, 2020 at ECF Nos.6034, 6035, 6037, 6038, 6039, and 6 May 5, 2020, ECF 6178, A Copy of 28 U.S.C. 1330, 1391(f), 1441(d), and 1602−1611, of Title 28, United States Co 94−583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (U.S.C. 1602, et seq.), Affidavit of Translator (alo Farsi translations of the above documents) mailed to DEFENDANT Islamic Revolutionary Guard Corps, c/o Moham |

| | | |
|---|---|---|
| | | Zarif, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehran, Iran on 01/05/20 Federal Express tracking # 7755 9478 2380, to the U.S. Department of State, Attn: Jared Hess, Office of Policy Revi Inter−Agency Liaison (CA/OCS/L), SA−17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(JKR) (Entered: 01/05/2022) |
| )5/2022 | 7555 | ORDER granting (7525) Motion to Substitute Party, in case 1:03−md−01570−GBD−SN; granting (149) Motion to Su Party, in case 1:18−cv−12387−GBD−SN. Theresa Russo−Kempf, as the Personal Representative of the Estate of Edv Rowenhorst, is substituted for John Doe 54, being intended to designate the Personal Representative of the Estate of l Russo. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12387−GBD−SN. (ras) Modified on 1/5/2022 (ras). (Entered: 01/05/2022) |
| )5/2022 | 7556 | MEMO ENDORSEMENT on re: 7526 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The Plai Executive Committees' request is GRANTED. The January 7, 2022, and February 7, 2022, deadlines for oppositions to Daubert motions are extended to January 14, 2022, and February 14, 2022 respectively. (Signed by Magistrate Jud Netburn on 1/5/2022) (ras) (Entered: 01/05/2022) |
| )5/2022 | 7557 | ORDER: By January 14, 2022, the Latent Injury Plaintiffs shall submit a letter indicating whether, given that only on for compensatory damages per plaintiff will be heard, they wish to supplement their motions. That letter should also i they plan to provide additional evidence, whether in support of their present claims or any new claims they may raise supplements to their motions. (Signed by Magistrate Judge Sarah Netburn on 1/5/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, et al. (ras) (Entered: 01/05/2022) |
| )5/2022 | 7558 | ORDER: The Court has received the Anaya Plaintiffs' motion to amend at ECF No. 7513. It appears, however, that th document filed as the supporting memorandum of law at ECF No. 7515 may have been filed in error. Accordingly, th Plaintiffs are ordered to either file a supporting memorandum of law or a letter stating that there is no error in the doc ECF No. 7515 by January 6, 2022. (Signed by Magistrate Judge Sarah Netburn on 1/5/2022) Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN. (ras) (Entered: 01/05/2022) |
| )5/2022 | 7559 | ORDER: In the past month, this MDL docket has grown to over 7500 entries. Accordingly, to facilitate the efficient p of motions, all proposed orders going forward must state which motion that proposed order addresses. This should be including the following text as the last line of the proposed order: *"Furthermore, the Court respectfully directs the Cl Court to terminate the motion at ECF No. ####."* Parties are not required to update any proposed ordered already file by Magistrate Judge Sarah Netburn on 1/5/2022) (ras) (Entered: 01/05/2022) |
| )5/2022 | 7560 | ORDER granting (7535) Motion to Substitute Party, in case 1:03−md−01570−GBD−SN; granting (80) Motion to Sul Party, in case 1:20−cv−09376−GBD−SN. Lisa Madden as the Personal Representative of the Estate of Louise Flickir substituted for Louise Flickinger, as the surviving parent of Carl M. Flickinger. (HEREBY ORDERED by Magistrate Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−09376−GBD−SI Modified on 1/6/2022 (ras). (Entered: 01/06/2022) |
| )5/2022 | 7565 | ORDER granting (7539) Motion to Substitute Party, in case 1:03−md−01570−GBD−SN; granting (157) Motion to Su Party, in case 1:18−cv−12277−GBD−SN. Lyndsi Nelson as the Personal Representative of the Estate of Peter A. Nel substituted for John Doe 43, being intended to designate the Personal Representative of the Estate of Peter A. Nelson and Rokshana Miah, as co−Personal Representatives of the Estate of Nurul Miah, are substituted for John Doe 41, be intended to designate the Personal Representatives of the Estate of Nurul Miah. Kathleen Mathesen, as the Personal Representative of the Estate of William A. Mathesen, is substituted for John Doe 39, being intended to designate the Representative of the Estate of William A. Mathesen. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (T Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN. (ras) Modified on 1/6/20 (Entered: 01/06/2022) |
| )5/2022 | 7567 | ORDER granting (7531) Motion to Amend/Correct (7531 in 1:03−md−01570−GBD−SN, 153 in 1:18−cv−12277−GI MOTION to Amend/Correct in case 1:03−md−01570−GBD−SN; granting (153) Motion to Amend/Correct (7531 in 1:03−md−01570−GBD−SN, 153 in 1:18−cv−12277−GBD−SN) MOTION to Amend/Correct in case 1:18−cv−12277−GBD−SN. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In A Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN (ras) (Entered: 01/06/2022) |
| )6/2022 | 7561 | AMENDED MOTION to Amend/Correct (7178 in 1:03−md−01570−GBD−SN) Judgment,,,,,,,,,, . Document filed b Colhoun.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN.(Bonner, James) (Entere 01/06/2022) |
| )6/2022 | 7562 | DECLARATION of Joseph Peter Drennan, Esq. in Support re: (92 in 1:18−cv−12341−GBD−SN, 7561 in 1:03−md−01570−GBD−SN) AMENDED MOTION to Amend/Correct (7178 in 1:03−md−01570−GBD−SN) Judgm Document filed by Helen Colhoun. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−S James) (Entered: 01/06/2022) |

| | | |
|---|---|---|
| )6/2022 | 7563 | MEMORANDUM OF LAW in Support re: (92 in 1:18−cv−12341−GBD−SN, 7561 in 1:03−md−01570−GBD−SN) MOTION to Amend/Correct (7178 in 1:03−md−01570−GBD−SN) Judgment,,,,,,,,,, . . Document filed by Helen Col In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN.(Bonner, James) (Entered: 01/06/2022) |
| )6/2022 | 7564 | PROPOSED JUDGMENT. Document filed by Helen Colhoun..(Bonner, James) **Proposed Judgment to be reviewe Clerk's Office staff.** (Entered: 01/06/2022) |
| )6/2022 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. 7564 Proposed Judgment reviewed and approved as to form. (km)** (Entered: 01/06/2022) |
| )6/2022 | 7566 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg date 6, 2022 re: in response to the Court's order at ECF No. 7512 regarding Saudi Arabia's proposed redactions to materia November 24, 2021. Document filed by Kreindler & Kreindler LLP, Plaintiffs Executive Committees, Dallah Avco T Arabia, FBI, Kingdom of Saudi Arabia, John Fawcett. (Attachments: # 1 Exhibit A)Motion or Order to File Under Se .(Kellogg, Michael) (Entered: 01/06/2022) |
| )6/2022 | 7568 | CLERK CERTIFICATE OF MAILING of one copy of the Notice of Lawsuit, Request to Waive Service of a Summo Cover Sheet, Summons, Complaint deemed filed April 22, 2021, Related Case Statement, Entry of Appearance & Af Translator (along with Farsi translations of each document) mailed to DEFENDANT Islamic Republic of Iran, c/o M Javad Zarif, Ministry of Foreign Affairs of Iran, Imam Khomeini Street, Imam Khomeini Sq., Tehran, Iran on 01/06/ Registered Mail tracking # RH003207888US, to the head of the ministry of foreign affairs, pursuant to the provisions Services Immunities Act, 28 U.S.C. § 1608(a)(3). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−03505−GBD−SN(jkr) (Entered: 01/06/2022) |
| )6/2022 | 7569 | CLERK CERTIFICATE OF MAILING of one copy of the Notice of Lawsuit, Civil Cover Sheet, Summons, Compla filed on February 17, 2021, Related Case Statement, Entry of Appearance & Affidavit of Translator (along with Persi translations of each document) mailed to DEFENDANT Islamic Republic of Iran, c/o Mohammad Javad Zarif, Minis Foreign Affairs of Iran, Imam Khomeini Street, Imam Khomeini Square, Tehran, Iran on 01/06/2022 by Registered M tracking # RE295920276US, to the head of the ministry of foreign affairs, pursuant to the provisions of Foreign Serv Immunities Act, 28 U.S.C. § 1608(a)(3). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−01394−G (Entered: 01/06/2022) |
| )6/2022 | 7570 | LETTER addressed to Magistrate Judge Sarah Netburn from Susan M. Davies, attorney for Anaya Plaintiffs dated Ja 2022 re: Response to January 5, 2022 Order ECF No. 7558. Document filed by Helen Colhoun.Filed In Associated C 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN.(Davies, Susan) (Entered: 01/06/2022) |
| )7/2022 | 7571 | MOTION For Partial Final Judgment . Document filed by Audrey Ades, Ber Barry Aron, Paul Asaro, Philip Asaro, M Bianco, Jessica Derubbio, Jeanmarie Hargrave, Marinella Hemenway, Chang Kim, BNY Mellon, Matthew Rowenho Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 01/07/2022) |
| )7/2022 | 7572 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (67 in 1:20−cv−10902−GBD−SN, 161 in 1:18−cv−12277 203 in 1:18−cv−05306−GBD−SN, 79 in 1:20−cv−10460−GBD−SN, 7571 in 1:03−md−01570−GBD−SN, 83 in 1:20−cv−09376−GBD−SN, 78 in 1:20−cv−09387−GBD−SN, 152 in 1:18−cv−12387−GBD−SN, 85 in 1:19−cv−11767−GBD−SN, 145 in 1:18−cv−07306−GBD−SN, 150 in 1:18−cv−11870−GBD−SN) MOTION For Par Judgment .. Document filed by Audrey Ades, Ber Barry Aron, Paul Asaro, Philip Asaro, Michael Bianco, Jessica De Jeanmarie Hargrave, Marinella Hemenway, Chang Kim, BNY Mellon, Matthew Rowenhorst. (Attachments: # 1 Exh Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry 01/07/2022) |
| )7/2022 | 7573 | MEMORANDUM OF LAW in Support re: (83 in 1:20−cv−09376−GBD−SN, 67 in 1:20−cv−10902−GBD−SN, 78 i 1:20−cv−09387−GBD−SN, 152 in 1:18−cv−12387−GBD−SN, 161 in 1:18−cv−12277−GBD−SN, 85 in 1:19−cv−11767−GBD−SN, 203 in 1:18−cv−05306−GBD−SN, 79 in 1:20−cv−10460−GBD−SN, 145 in 1:18−cv−07306−GBD−SN, 7571 in 1:03−md−01570−GBD−SN, 150 in 1:18−cv−11870−GBD−SN) MOTION For F Judgment . . Document filed by Audrey Ades, Ber Barry Aron, Paul Asaro, Philip Asaro, Michael Bianco, Jessica De Jeanmarie Hargrave, Marinella Hemenway, Chang Kim, BNY Mellon, Matthew Rowenhorst. Filed In Associated Ca 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 01/07/2022) |
| )7/2022 | 7574 | PROPOSED JUDGMENT. Document filed by Audrey Ades, Ber Barry Aron, Paul Asaro, Philip Asaro, Michael Bia Derubbio, Jeanmarie Hargrave, Marinella Hemenway, Chang Kim, BNY Mellon, Matthew Rowenhorst. (Attachment Exhibit A, # 2 Exhibit B).(Goldman, Jerry) **Proposed Judgment to be reviewed by Clerk's Office staff.** Modified (km). (Entered: 01/07/2022) |
| )7/2022 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (7574 in 1:03−md−01570− 155 in 1:18−cv−12387−GBD−SN, 81 in 1:20−cv−09387−GBD−SN, 88 in 1:19−cv−11767−GBD−SN, 206 in 1:18−cv−05306−GBD−SN, 148 in 1:18−cv−07306−GBD−SN, 82 in 1:20−cv−10460−GBD−SN, 86 in 1:20−cv−09376−GBD−SN, 70 in 1:20−cv−10902−GBD−SN, 153 in 1:18−cv−11870−GBD−SN, 164 in 1:18−cv−12277−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Associated Ca 1:03−md−01570−GBD−SN et al.(km)** (Entered: 01/07/2022) |

| | | |
|---|---|---|
| )7/2022 | 7575 | ORDER granting (7529) Motion to Substitute Party, in case 1:03−md−01570−GBD−SN; granting (83) Motion to Sul Party, in case 1:19−cv−11767−GBD−SN. Eric Johnson as the Personal Representative of the Estate of Janice Brown substituted for John Doe 77, being intended to designate the Personal Representative of the Estate of Janice Brown. ( ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GB 1:19−cv−11767−GBD−SN. (ras) Modified on 1/7/2022 (ras). Modified on 1/7/2022 (ras). (Entered: 01/07/2022) |
| )7/2022 | 7576 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Suit prepared in accordance with 22 CFR 93.2 copy of the Foreign Sovereign Immunities Act of 1976, Civil Cover Sheet, Summons, Complaint deemed filed July 2 Related Case Statement, Entry of Appearance & Affidavit of Translator (along with translations of the above docume Farsi) mailed to DEFENDANT Islamic Republic of Iran, c/o Mohammad Javad Zarif, Ministry of Foreign Affairs of Khomeini Street, Imam Khomeini Square, Tehran, Iran on 01/07/2022 by Certified Mail tracking # 70191120000052 the U.S. Department of State, Attn: Jared Hess, Office of Policy Review and Inter−Agency Liaison (CA/OCS/L), SA Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of Foreign Services Immunities Act, 28 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−06247−GBD−SN(jkr) (Entered: 01/07/: |
| )7/2022 | 7577 | MOTION for Default Judgment as to *Taliban and Muhammad Omar*. Document filed by Irene Dickey.Filed In Assoc Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) (Entered: 01/07/2022) |
| )7/2022 | 7578 | **FILING ERROR − DEFICIENT DOCKET ENTRY − (SEE DOCUMENT #7617) −** MOTION for Default Judg *Taliban and Muhammad Omar, Declaration of John F. Schutty, Esq. in Support of Motion*. Document filed by Irene I (Attachments: # 1 Exhibit Declaration of Irene Dickey with attached Economist Report, # 2 Exhibit Declaration of Ja Eaton with attached Economist Report, # 3 Exhibit Declaration of Joanne Kelly with attached Economist Report, # 4 Declaration of Lisa O'Brien with attached Economist Report, # 5 Exhibit Declaration of Dara Seaman with attached I Report, # 6 Exhibit Declaration of Lisa Sliwak with attached Economist Report, # 7 Exhibit Declaration of Allison W attached Economist Report, # 8 Exhibit Declaration of Eileen Lynch with attached Economist Report, # 9 Exhibit Sur Awards Requested by Plaintiffs on this Motion)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) Modified on 1/20/2022 (lb). (Entered: 01/07/2022) |
| )7/2022 | 7579 | MOTION for Default Judgment as to *Taliban and Muhammad Omar, Proposed Order Granting Default Judgment*. I filed by Irene Dickey. (Attachments: # 1 Exhibit LIST OF PLAINTIFFS & AWARDS FOR ENTRY OF PARTIAL I JUDGMENTS AGAINST THE TALIBAN AND MUHAMMAD OMAR)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) (Entered: 01/07/2022) |
| .0/2022 | 7580 | ORDER AND PARTIAL FINAL DEFAULT JUDGMENT: ORDERED that the following corrections are deemed m pro tune to Anaya Plaintiffs' First Amended Short Form Complaint filed on February 22, 2019 (Anaya ECF 29), and Final Judgment Entered on October 5, 2021 (MDL ECF 7178 and Anaya ECF70): As set forth herein. ORDERED th A and B to the Partial Final Judgment Entered on October 5, 2021 (MDL ECF 7178 and Anaya ECF 70) are correcte tune to conform to, respectively, Exhibits A and B attached hereto; and it is ORDERED that Plaintiffs are not require the Islamic Republic of Iran with an amended pleading reflecting the above corrections to the First Amended Short F Complaint, and that service of copies of the Partial Final Judgment entered on October 5, 2021 and this judgment on Republic of Iran shall be through diplomatic channels pursuant to 28U.S.C. § 1608(a)(4). Furthermore, the Court resp directs the Clerk of Court to termination the motion at MDL ECF No. 7561 (Anaya ECF No. 92). SO ORDERED., M terminated: (7561 in 1:03−md−01570−GBD−SN, 92 in 1:18−cv−12341−GBD−SN) AMENDED MOTION to Amen (7178 in 1:03−md−01570−GBD−SN) Judgment filed by Helen L. Colhoun. (Signed by Judge George B. Daniels on (ama) (Entered: 01/10/2022) |
| .0/2022 | 7581 | LETTER addressed to Judge George B. Daniels from Vermail V. Noel,a non−party, dated 1/6/22 re: I am writing this requesting to be added to the lawsuit concerning, in re: Terrorist Attacks on 9/11/01 etc. I have reached out to over tw different law firms just to hear them saying they are not taking any more clients. This has been going on since March after hearing about this lawsuit. I feel that it is unfair that others, as myself, are not able to get a lawyer to take us in a etc. My husband suffered fro day one mentally/emotionally and was diagnosed with schizophrenia which resulted fro the Towers collapse hearing the planes crashing into the buildings, feeling the ground tremble etc. He was put on hea medications all due to this horrifying act that took place at the World Trade Center. Fast−forward, dealing with his m conditions to find out all of his symptoms were coming from a rare cancer Cholaniocarcinoma, also known as Bile D Cancer.(sc) (Entered: 01/10/2022) |
| .0/2022 | 7582 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 01/10/2022) |
| .0/2022 | 7583 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated January 10, 2022 re: Sealed l Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 01/10/2022) |
| .0/2022 | 7584 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 7481 MOTION to Compel Kingdom of Sauc produce documents *and to revise this Court's March 2018 Order*. . Document filed by FBI, Kingdom of Saudi Arabia Avco Trans Arabia, Plaintiffs Executive Committees. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 E: Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)Motion or Order to File Under Se .(Kellogg, Michael) (Entered: 01/10/2022) |

| | | |
|---|---|---|
| .2/2022 | 7585 | ORDER: The Court has received Vermail V. Noel's letter, dated January 6, 2022, stating that she has been unable to f lawyer to assist her and requests to be added to this multidistrict litigation (MDL). That request must be denied. "[C]a consolidated for MDL pretrial proceedings ordinarily retain their separate identities." Gelboim v. Bank of Am. Corp., 405, 406 (2015). Thus, it is not possible to "join" In Re Terrorist Attacks on September 11, 2001, 03−md−1570, as a Rather, a plaintiff must start a case, which is then consolidated into this MDL, or an existing plaintiff may permit a ne to be added to an existing case. Therefore, even under the liberal construction this Court must afford pro se filings lik Estelle v. Gamble, 429 U.S. 97, 106 (1976), it is not possible to grant Ms. Noel the relief she seeks. If Ms. Noel wishe lawsuit related to the September 11 terrorist attacks without the assistance of counsel (i.e., pro se) then the Court dire the resources this District provides for pro se litigants at https://www.nysd.uscourts.gov/prose. The Court respectfully Clerk of the Court to mail a copy of this Order to Ms. Noel at 6 Connell Circle, Newark, DE 19711. (Signed by Magi Sarah Netburn on 1/12/2022) (ras) Transmission to Docket Assistant Clerk for processing. (Entered: 01/12/2022) |
| .2/2022 | 7586 | JOINT LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated January Joint request that the Court adjourn the deadline for Plaintiffs response to DIBs personal jurisdiction motion (ECF No Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 01/12/2022) |
| .3/2022 | | Mailed a copy of 7585 Order, to Vermail V. Noel at 6 Connell Circle, Newark, DE 19711. (dsh) (Entered: 01/13/202 |
| .3/2022 | 7587 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman dated 1/13/2022 Document filed by G Aamoth, Lloyd Abel, Lloyd Abel, Sr, Roberta Agyeman, Ber Barry Aron, Paul Asaro, Peter Asaro, Philip Asaro, Phi August Bernaerts, Michael Bianco, Jessica Derubbio, Marinella Hemenway, Bakahityar Kamardinova, Chang Kim, M Rowenhorst.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 01/13/2022) |
| .3/2022 | 7588 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (178 in 1:18−cv−05339−GBD−SN, 179 in 1:18−cv−05320−GBD−SN, 70 in 1:20−cv−10460−GBD−SN, 194 in 1:18−cv−05306−GBD−SN, 139 in 1:18−cv−12387−GBD−SN, 143 in 1:18−cv−11837−GBD−SN, 7471 in 1:03−md−01570−GBD−SN, 70 in 1:20−cv−09376−GBD−SN, 82 in 1:19−cv−11865−GBD−SN, 141 in 1:18−cv−11870−GBD−SN, 144 in 1:18−cv−12277−GBD−SN, 57 in 1:20−cv−10902−GBD−SN, 130 in 1:18−cv−12276−GBD−SN) MOTION Partial F Judgment .. Document filed by Gordon Aamoth, Lloyd Abel, Roberta Agyeman, Ber Barry Aron, Paul Asaro, Augus Michael Bianco, Jessica Derubbio, Marinella Hemenway, Bakahityar Kamardinova, Chang Kim, Matthew Rowenhor Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 01/13/2022) |
| .3/2022 | 7589 | MOTION For Partial Final Judgment . Document filed by Ber Barry Aron, August Bernaerts, Michael Bianco, Debor Jeanmarie Hargrave, Marinella Hemenway, BNY Mellon.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 01/13/2022) |
| .3/2022 | 7590 | MEMORANDUM OF LAW in Support re: (73 in 1:20−cv−10902−GBD−SN, 85 in 1:19−cv−11776−GBD−SN, 90 i 1:19−cv−11767−GBD−SN, 98 in 1:19−cv−11865−GBD−SN, 7589 in 1:03−md−01570−GBD−SN, 82 in 1:20−cv−09387−GBD−SN, 89 in 1:20−cv−09376−GBD−SN, 167 in 1:18−cv−12277−GBD−SN) MOTION For Parti Judgment . . Document filed by Ber Barry Aron, August Bernaerts, Michael Bianco, Deborah Bodner, Jeanmarie Har Marinella Hemenway, BNY Mellon. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) ( 01/13/2022) |
| .3/2022 | 7591 | MEMO ENDORSEMENT on re: 7586 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The Part is GRANTED. The Plaintiffs' Executive Committees shall file their response to Dubai Islamic Bank's motion at ECF by February 28, 2022. (Signed by Magistrate Judge Sarah Netburn on 1/13/2022) (ras) (Entered: 01/13/2022) |
| .3/2022 | 7592 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (90 in 1:19−cv−11767−GBD−SN, 98 in 1:19−cv−11865− 89 in 1:20−cv−09376−GBD−SN, 73 in 1:20−cv−10902−GBD−SN, 85 in 1:19−cv−11776−GBD−SN, 7589 in 1:03−md−01570−GBD−SN, 82 in 1:20−cv−09387−GBD−SN, 167 in 1:18−cv−12277−GBD−SN) MOTION For Par Judgment .. Document filed by Ber Barry Aron, August Bernaerts, Michael Bianco, Deborah Bodner, Jeanmarie Harg Marinella Hemenway, BNY Mellon. (Attachments: # 1 A, # 2 B, # 3 C, # 4 D, # 5 E, # 6 F, # 7 G, # 8 H, # 9 Exhibit Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit M Part II, # 15 Exhibit N, # 16 Exhibit O, # 1 # 18 Exhibit Q, # 19 Exhibit R, # 20 Exhibit S)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldma (Entered: 01/13/2022) |
| .3/2022 | 7593 | PROPOSED JUDGMENT. Document filed by Ber Barry Aron, August Bernaerts, Michael Bianco, Deborah Bodner, Hargrave, Marinella Hemenway, BNY Mellon. (Attachments: # 1 Exhibit A).(Goldman, Jerry) **Proposed Judgment reviewed by Clerk's Office staff.** (Entered: 01/13/2022) |
| .3/2022 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (7593 in 1:03−md−01570− 76 in 1:20−cv−10902−GBD−SN, 85 in 1:20−cv−09387−GBD−SN, 101 in 1:19−cv−11865−GBD−SN, 88 in 1:19−cv−11776−GBD−SN, 93 in 1:19−cv−11767−GBD−SN, 170 in 1:18−cv−12277−GBD−SN, 92 in 1:20−cv−09376−GBD−SN) Proposed Judgment, was reviewed and approved as to form. Filed In Associated Ca 1:03−md−01570−GBD−SN et al.(km)** (Entered: 01/13/2022) |
| .3/2022 | 7594 | MOTION for Default Judgment as to *Burlingame Plaintiffs Against the Taliban and Muhammad Omar*. Document fi Burlingame.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, |

| | | |
|---|---|---|
| | | 1:02−cv−07230−GBD−SN.(Granito, Frank) (Entered: 01/13/2022) |
| .3/2022 | 7595 | DECLARATION of Frank H. Granito, III in Support re: (1588 in 1:02−cv−06977−GBD−SN, 7594 in 1:03−md−01570−GBD−SN, 182 in 1:02−cv−07230−GBD−SN) MOTION for Default Judgment as to *Burlingame Pl Against the Taliban and Muhammad Omar*.. Document filed by Sheri Burlingame. (Attachments: # 1 Exhibit A−1, # A−2, # 3 Exhibit A−3, # 4 Exhibit B−1, # 5 Exhibit B−2, # 6 Exhibit C−1, # 7 Exhibit C−2)Filed In Associated Case: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN.(Granito, Frank) (Entered: 01/1 |
| .3/2022 | 7596 | PROPOSED JUDGMENT. Document filed by Sheri Burlingame..(Granito, Frank) **Proposed Judgment to be review Clerk's Office staff.** Modified on 1/13/2022 (km). (Entered: 01/13/2022) |
| .3/2022 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (7596 in 1:03−md−01570− 184 in 1:02−cv−07230−GBD−SN, 1590 in 1:02−cv−06977−GBD−SN) Proposed Judgment was reviewed and ap to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GB** (Entered: 01/13/2022) |
| .3/2022 | 7597 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MOTION for Douglass A Mitchell to Appear Pro Hac Vic *Havlish Plaintiffs*. Filing fee $ 200.00, receipt number NYSDC−25585634. **Motion and supporting papers to be re Clerk's Office staff.** Document filed by Havlish Plaintiffs. (Attachments: # 1 Exhibit Certificate of Good Standing − 2 Exhibit Certificate of Good Standing − DDC, # 3 Affidavit Declaration of Douglass Mitchell, # 4 Text of Proposed Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Mitchell, Doug Modified on 1/14/2022 (bcu). (Entered: 01/13/2022) |
| .3/2022 | 7598 | NOTICE OF APPEARANCE by Lee Scott Wolosky on behalf of Havlish Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Wolosky, Lee) (Entered: 01/13/2022) |
| .4/2022 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE−FILE Doc (7597 in 1:03−md−01570−GBD−SN, 554 in 1:03−cv−09848−GBD−SN) MOTION for Douglass A Mitchell to A Hac Vice *for the Havlish Plaintiffs*. Filing fee $ 200.00, receipt number NYSDC−25585634. Motion and support to be reviewed by Clerk's Office staff.</.. The filing is deficient for the following reason(s): missing Certificate Standing from the District of Columbia.;. Re−file the motion as a Motion to Appear Pro Hac Vice − attach the signed PDF − select the correct named filer/filers − attach valid Certificates of Good Standing issued within th days − attach Proposed Order.. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−** (Entered: 01/14/2022) |
| .4/2022 | 7599 | MOTION for Douglass A Mitchell to Appear Pro Hac Vice *for the Havlish Plaintiffs*. **Motion and supporting pape reviewed by Clerk's Office staff.** Document filed by Havlish Plaintiffs. (Attachments: # 1 Exhibit Certificate of Goo − Nevada, # 2 Affidavit Declaration of Douglass A Mitchell, # 3 Text of Proposed Order Proposed Order)Filed In As Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Mitchell, Douglass) (Entered: 01/14/2022) |
| .4/2022 | 7600 | ORDER: This Order resolves the Kingdom of Saudi Arabia's redaction request. ECF No. 7393. The parties are direct versions of the documents at ECF Nos. 7387, 7396−3, 7396−4, and 7396−5 with the redactions identified in this Ord by Magistrate Judge Sarah Netburn on 1/14/2022) (ras) (Entered: 01/14/2022) |
| .4/2022 | 7601 | LETTER addressed to Magistrate Judge Sarah Netburn from Barry Salzman dated January 14, 2022 re: the Court's Ja 2022 Order (ECF No. 7557). Document filed by Gerard Ahearn, Joanne Alcabes, Michelle Amin, Suzzanne Anderso Asciutto, Johnn Basci, Elaine Mandelkow.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Salzman, Ba (Entered: 01/14/2022) |
| .4/2022 | 7602 | JOINT MEMORANDUM OF LAW in Opposition re: 7345 MOTION TO EXCLUDE AND/OR LIMIT PROPOSED TESTIMONY OF JONATHAN BENTHALL, CHARLES W. FREEMAN, JONATHAN MARKS, AND JOHN SID Document filed by Al Qaeda Islamic Army, Abdulla Al Obaid, Abdullah Al Turki, Adnan Basha, International Islam Organization(IIRO), Muslim World League, Abdullah Naseef..(Nassar, Waleed) (Entered: 01/14/2022) |
| .4/2022 | 7603 | PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW. Document filed by John Fawcett..(Gerber, Mi (Entered: 01/14/2022) |
| .4/2022 | 7604 | DECLARATION of Aisha E.R. Bembry in Opposition re: 7345 MOTION TO EXCLUDE AND/OR LIMIT PROPO EXPERT TESTIMONY OF JONATHAN BENTHALL, CHARLES W. FREEMAN, JONATHAN MARKS, AND J SIDEL .. Document filed by Abdulla Al Obaid, Abdullah Al Turki, Adnan Basha, International Islamic Relief Organization(IIRO), Muslim World League, Abdullah Naseef. (Attachments: # 1 Exhibit AA, # 2 Exhibit AB, # 3 Ex 4 Exhibit AD, # 5 Exhibit AE, # 6 Exhibit AF, # 7 Exhibit AG, # 8 Exhibit AH, # 9 Exhibit AI, # 10 Exhibit AJ, # 11 AK, # 12 Exhibit AL, # 13 Exhibit AM, # 14 Exhibit AN, # 15 Exhibit AO, # 16 Exhibit AP, # 17 Exhibit AQ, # 18 # 19 Exhibit AS, # 20 Exhibit AT, # 21 Exhibit AU, # 22 Exhibit AV, # 23 Exhibit AW, # 24 Exhibit AX, # 25 Exhib Exhibit AZ, # 27 Exhibit AAA, # 28 Exhibit AAB, # 29 Exhibit AAC, # 30 Exhibit AAD, # 31 Exhibit AAE, # 32 E # 33 Exhibit AAG, # 34 Exhibit AAH, # 35 Exhibit AAI, # 36 Exhibit AAJ, # 37 Exhibit AAK, # 38 Exhibit AAL, # AAM).(Nassar, Waleed) (Entered: 01/14/2022) |

| | | |
|---|---|---|
| .4/2022 | 7605 | ***SELECTED PARTIES*** REPLY MEMORANDUM OF LAW in Support re: 7481 MOTION to Compel Kingd Saudi Arabia to produce documents *and to revise this Court's March 2018 Order*. . Document filed by FBI, Plaintiffs Committees, Kingdom of Saudi Arabia, Dallah Avco Trans Arabia, Kathleen Ashton. Motion or Order to File Under .(Pounian, Steven) (Entered: 01/14/2022) |
| .4/2022 | 7606 | MEMORANDUM OF LAW in Opposition re: (7342 in 1:03−md−01570−GBD−SN) JOINT MOTION TO EXCLUD EXPERT TESTIMONY OF JONATHAN WINER AND BRIAN MICHAEL JENKINS . . Document filed by Plainti Executive Committees. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Haefele, Robert) (Entered: 01/1 |
| .4/2022 | 7607 | ***SELECTED PARTIES***DECLARATION of Steven R. Pounian in Support re: 7481 MOTION to Compel King Saudi Arabia to produce documents *and to revise this Court's March 2018 Order*.. Document filed by Dallah Avco T Arabia, FBI, Kingdom of Saudi Arabia, Plaintiffs Executive Committees, Kathleen Ashton. (Attachments: # 1 Exhibi Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Ex 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18)Motion or Order to File Under Seal: 4255 .(Pounian, Steven) (Entered: 01/14/2022) |
| .4/2022 | 7608 | DECLARATION of Robert T. Haefele in Opposition re: (7342 in 1:03−md−01570−GBD−SN) JOINT MOTION TO EXCLUDE EXPERT TESTIMONY OF JONATHAN WINER AND BRIAN MICHAEL JENKINS .. Document file Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhib Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhib In Associated Cases: 1:03−md−01570−GBD−SN et al..(Haefele, Robert) (Entered: 01/14/2022) |
| .4/2022 | 7609 | DECLARATION of Jonathan Winer in Opposition re: (7342 in 1:03−md−01570−GBD−SN) JOINT MOTION TO E EXPERT TESTIMONY OF JONATHAN WINER AND BRIAN MICHAEL JENKINS .. Document filed by Plaintif Executive Committees. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Haefele, Robert) (Entered: 01/1 |
| .8/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (7599 in 1:03−md−01570− 556 in 1:03−cv−09848−GBD−SN) MOTION for Douglass A Mitchell to Appear Pro Hac Vice *for the Havlish P* Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and th deficiencies. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN(wb)** (Entered: 01 |
| .8/2022 | 7610 | ORDER: The Court respectfully directs the Clerk of the Court to unseal the document at ECF No. 7389. SO ORDER (Signed by Magistrate Judge Sarah Netburn on 1/18/2022) (js) (Entered: 01/18/2022) |
| .8/2022 | 7611 | ORDER: The Court has received the response in the seven cases seeking compensation for plaintiffs who were injure way on September 11, but did not perish until sometime afterwards (the "Latent Injury Plaintiffs"). On January 14, 20 Court issued an order directing the Latent Injury Plaintiffs to state if they would like additional time to supplement th for default judgment. The plaintiffs have stated that 120 days to supplement these motions would be appropriate. Tha granted. The Latent Injury Plaintiffs may submit any additional material they wish to provide by May 18, 2022. As w plaintiffs, the Latent Injury Plaintiffs may apply for punitive, economic, and other damages later, consistent with any future rulings, and will be permitted to supplement the record as part of applications for those damages. SO ORDERE by Magistrate Judge Sarah Netburn on 1/18/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (js) ( 01/18/2022) |
| .8/2022 | 7612 | CLERK CERTIFICATE OF MAILING of one copy of the Notice of Default Judgment prepared in accordance with 1608 & CFR 93.2, Order of Partial Final Judgment for Damages, Dated March 6, 2020, ECF No. 6034, Order Grantin Judgments Nunc Pro Tunc, for judgments entered on March 6, 2020 at ECF Nos.6034, 6035, 6037, 6038, 6039 and 6 May 5, 2020, ECF 6178, copy of 28 U.S.C. 1330, 1391(f), 1441(d) and 1602−1611, of Title 28, United States Code ( 94−583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act, Affidavit of Translator (along with Farsi translati above documents) mailed to DEFENDANT Central Bank of The Islamic Republic of Iran, Abdolnaser Hemmati, Go Mirdamad Blvd., No. 198, Tehran, Iran on 01/11/2022 by Registered Mail tracking # RH003213852US, to the head c agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S. 1608(b)(3)(B). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(jkr) (Entered: 01 |
| .8/2022 | 7613 | CLERK CERTIFICATE OF MAILING of one copy of the Notice of Default Judgment prepared in accordance with 1608 & CFR 93.2, Order of Partial Final Judgment for Damages, Dated March 6, 2020, ECF No. 6035, Order Grantin Judgments Nunc Pro Tunc, for judgments entered on March 6, 2020 at ECF Nos.6034, 6035, 6037, 6038, 6039 and 6 May 5, 2020, ECF 6178, copy of 28 U.S.C. 1330, 1391(f), 1441(d) and 1602−1611, of Title 28, United States Code ( 94−583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act, Affidavit of Translator (along with Farsi translati above documents) mailed to DEFENDANT Central Bank of The Islamic Republic of Iran, Abdolnaser Hemmati, Go Mirdamad Blvd., No. 198, Tehran, Iran on 01/11/2022 by Registered Mail tracking # RH003213818US, to the head c agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S. 1608(b)(3)(B). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(jkr) (Entered: 01 |
| .8/2022 | 7614 | CLERK CERTIFICATE OF MAILING of one copy of the Notice of Default Judgment prepared in accordance with 1608 & CFR 93.2, Order of Partial Final Judgment for Damages, Dated March 6, 2020, ECF No. 6037, Order Grantin Judgments Nunc Pro Tunc, for judgments entered on March 6, 2020 at ECF Nos.6034, 6035, 6037, 6038, 6039 and 6 |

| | | |
|---|---|---|
| | | May 5, 2020, ECF 6178, copy of 28 U.S.C. 1330, 1391(f), 1441(d) and 1602−1611, of Title 28, United States Code ( 94−583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act, Affidavit of Translator (along with Farsi translati above documents) mailed to DEFENDANT Central Bank of The Islamic Republic of Iran, Abdolnaser Hemmati, Go Mirdamad Blvd., No. 198, Tehran, Iran on 01/11/2022 by Registered Mail tracking # RH003213778US, to the head o agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S. 1608(b)(3)(B).Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(jkr) (Entered: 01/1 |
| 18/2022 | 7615 | PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW. Document filed by Kreindler & Kreindler LL (Attachments: # 1 Appendix Appendix A1, # 2 Appendix Appendix A2, # 3 Appendix Appendix B Redacted, # 4 Ap Appendix C1 Redacted, # 5 Appendix Appendix C2 Redacted, # 6 Appendix Appendix C3).(Frey, Lisa) (Entered: 01 |
| 19/2022 | 7616 | ORDER granting (556) Motion for Douglass A. Mitchell to Appear Pro Hac Vice in case 1:03−cv−09848−GBD−SN (7599) Motion for Douglass A. Mitchell to Appear Pro Hac Vice in case 1:03−md−01570−GBD−SN. (HEREBY OR Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN. (ras) (Entered: 01/19/2022) |
| 20/2022 | 7617 | **FILING ERROR − WRONG PDF FILE ASSOCIATED WITH DOCKET ENTRY −** MOTION for Default Jud *Taliban and Emir Muhammad Omar*. Document filed by Irene Dickey. (Attachments: # 1 Exhibit Declaration of Iren with attached Economist Report, # 2 Exhibit Declaration of Jacqueline Eaton with Economist Report, # 3 Exhibit De Joanne Kelly with Economist Report, # 4 Exhibit Declaration of Lisa O'Brien with Economist Report, # 5 Exhibit De Dara Seaman with Economist Report, # 6 Exhibit Declaration of Susan Sliwak with Economist Report, # 7 Exhibit D of Allison Wallice with Economist Report, # 8 Exhibit Declaration of Eileen Lynch with Economist Report, # 9 Exhi Summary List of Awards Requested on this Motion)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) Modified on 2/8/2022 (kj). (Entered: 01/20/2022) |
| 20/2022 | 7618 | MOTION for Default Judgment as to *The Taliban*. Document filed by All Plaintiffs, Burnett Plaintiffs.Filed In Assoc Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 01/20/2022) |
| 20/2022 | 7619 | MEMORANDUM OF LAW in Support re: (7618 in 1:03−md−01570−GBD−SN, 941 in 1:03−cv−09849−GBD−SN) for Default Judgment as to *The Taliban*. . Document filed by All Plaintiffs, Burnett Plaintiffs. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 01/20/2022) |
| 20/2022 | 7620 | **FILING ERROR − DEFICIENT DOCKET ENTRY −**DECLARATION of John M. Eubanks in Support re: (7618 1:03−md−01570−GBD−SN, 941 in 1:03−cv−09849−GBD−SN) MOTION for Default Judgment as to *The Taliban*.. filed by All Plaintiffs, Burnett Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B−1, # 3 Exhibit B−2, # 4 Exhibit Exhibit C−1, # 6 Exhibit C−2, # 7 Exhibit D−1, # 8 Exhibit D−2, # 9 Exhibit E−1, # 10 Exhibit E−2, # 11 Exhibit E− Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) Modified on 2/1/2022 (ll (Entered: 01/20/2022) |
| 20/2022 | 7621 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by All Plaintiffs, Burnett Plaintiff (Attachments: # 1 Exhibit B−1, # 2 Exhibit B−2, # 3 Exhibit B−3, # 4 Exhibit C−1, # 5 Exhibit C−2, # 6 Exhibit D−1 Exhibit D−2, # 8 Exhibit E−1, # 9 Exhibit E−2, # 10 Exhibit E−3).(Eubanks, John) **Proposed Default Judgment to reviewed by Clerk's Office staff.** (Entered: 01/20/2022) |
| 20/2022 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − PDF ERROR. Notice to Attorney John Schutty RE−FILE Document 7617 MOTION for Default Judgment as to *Taliban and Emir Muhammad Omar*. Wrong attached. (kj)** (Entered: 02/08/2022) |
| 21/2022 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. 7621 Propose Judgment was reviewed and approved as to form. (km)** (Entered: 01/21/2022) |
| 21/2022 | 7622 | ORDER: The Clerk of Court is directed to close the pending motions, (Case No. 03−md−1570, ECF Nos. 7022, 7029 7038, 7041, 7048, 7052; Case No. 20−cv−00315, ECF No. 31; Case No. 20−cv−00340, ECF No. 29; Case No. 20−cv ECF No. 24; Case No. 20−cv−00355, ECF No. 27; No. 20−cv−00411, ECF No. 28; Case No. 20−cv−00412, ECF No No. 20−cv−00415, ECF No. 30), accordingly. The motions may be restored to the calendar upon the submission of a additional material to supplement the record, as part of Plaintiffs' application for damages, pursuant to Magistrate Jud Netburn's January 18, 2022 Order. SO ORDERED., Motions terminated: (7048 in 1:03−md−01570−GBD−SN, 30 in 1:20−cv−00415−GBD−SN) MOTION for Default Judgment as to the Basci Plaintiffs filed by Johnn Basci, (7022 in 1:03−md−01570−GBD−SN, 27 in 1:20−cv−00355−GBD−SN) MOTION for Default Judgment as to the Ahearn Plai by Gerard Patrick Ahearn, (7038 in 1:03−md−01570−GBD−SN, 24 in 1:20−cv−00354−GBD−SN) MOTION for Def Judgment as to the Anderson Plaintiffs filed by Suzzanne Anderson, (29 in 1:20−cv−00340−GBD−SN, 7029 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to the Alcabes Plaintiffs filed by Joanne T Alcabes, ( 1:20−cv−00411−GBD−SN) MOTION for Default Judgment as to the Asciutto Plaintiffs filed by Georgia M. Asciutt 1:20−cv−00315−GBD−SN, 7052 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to the Mandelko Plaintiffs filed by Elaine E Mandelkow, (7034 in 1:03−md−01570−GBD−SN, 29 in 1:20−cv−00412−GBD−SN) MO Default Judgment as to the Amin Plaintiffs filed by Michelle Yvette Amin. (Signed by Judge George B. Daniels on 1 Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (ama) (Entered: 01/24/2022) |

| | | |
|---|---|---|
| 25/2022 | 7623 | CLERK CERTIFICATE OF MAILING of one copy of the Notice of Default Judgment prepared in accordance with 1608 & CFR 93.2, Order of Partial Final Judgment for Damages, Dated March 6, 2020, ECF No. 6039, Order Granti Judgments Nunc Pro Tunc, for judgments entered on March 6, 2020 at ECF Nos.6034, 6035, 6037, 6038, 6039 and 6 May 5, 2020, ECF 6178, copy of 28 U.S.C. 1330, 1391(f), 1441(d) and 1602−1611, of Title 28, United States Code ( 94−583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act, Affidavit of Translator (along with Farsi translati above documents) mailed to DEFENDANT Central Bank of The Islamic Republic of Iran, Abdolnaser Hemmati, Go Mirdamad Blvd., No. 198, Tehran, Iran on 01/25/2022 by Registered Mail tracking # RH003231771US, to the head o agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S 1608(b)(3)(B). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(jkr) (Main Docu replaced on 1/25/2022) (jkr) (Entered: 01/25/2022) |
| 25/2022 | 7624 | CLERK CERTIFICATE OF MAILING of one copy of the Notice of Default Judgment prepared in accordance with 1608 & CFR 93.2, Order of Partial Final Judgment for Damages, Dated March 6, 2020, ECF No. 6038, Order Granti Judgments Nunc Pro Tunc, for judgments entered on March 6, 2020 at ECF Nos.6034, 6035, 6037, 6038, 6039 and 6 May 5, 2020, ECF 6178, copy of 28 U.S.C. 1330, 1391(f), 1441(d) and 1602−1611, of Title 28, United States Code ( 94−583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act, Affidavit of Translator (along with Farsi translati above documents) mailed to DEFENDANT Central Bank of The Islamic Republic of Iran, Abdolnaser Hemmati, Go Mirdamad Blvd., No. 198, Tehran, Iran on 01/25/2022 by Registered Mail tracking RH003231754US, to the head of or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 16 Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(jkr) (Entered: 01/25/2022) |
| 25/2022 | 7625 | ***EX−PARTE*** REPLY TO LETTERS ROGATORY. The Clerk of the Court is respectfully directed to docket t under seal, with access restricted to the Court. (ras) (Entered: 01/25/2022) |
| 25/2022 | 7626 | ORDER: The Court has received a reply to one of the letters rogatory it has issued in this matter. That reply was issu government department of the foreign nation to whose judicial authority the Court's letters rogatory was issued. The filed that reply under seal. If any party wishes to alert the Court to a reason why this letter should not be unsealed, the so by January 28, 2022. (Signed by Magistrate Judge Sarah Netburn on 1/25/2022) (ras) (Entered: 01/25/2022) |
| 25/2022 | 7627 | LETTER addressed to Magistrate Judge Sarah Netburn from Aisha E. R. Bembry dated January 25, 2022 re: Request Conference Regarding Defendants' Objection to Declaration of Jonathan Winer. Document filed by International Isla Organization(IIRO), Muslim World League. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4). Aisha) (Entered: 01/25/2022) |
| 26/2022 | 7628 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman dated 1/26/2022 re: two proposed amendme Courts Order of Partial Final Default Judgments at ECF No. 7523. Document filed by Gordon Aamoth, Lloyd Abel, Lloyd Abel, Sr, Roberta Agyeman, Ber Barry Aron, Paul Asaro, August Bernaerts, Michael Bianco, Jessica Derubbi Hemenway, Bakahityar Kamardinova, Chang Kim, Matthew Rowenhorst. (Attachments: # 1 Text of Proposed Order Proposed Order with exhibits)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entere 01/26/2022) |
| 27/2022 | 7629 | LETTER MOTION for Extension of Time addressed to Magistrate Judge Sarah Netburn from Rebecca S. Tinio date 27, 2022. Document filed by UNITED STATES OF AMERICA..(Tinio, Rebecca) (Entered: 01/27/2022) |
| 27/2022 | 7630 | LETTER MOTION for Extension of Time addressed to Magistrate Judge Sarah Netburn from Rebecca S. Tinio date 27, 2022. Document filed by UNITED STATES OF AMERICA..(Tinio, Rebecca) (Entered: 01/27/2022) |
| 28/2022 | 7631 | ORDER granting (558) Letter Motion for Extension of Time in case 1:03−cv−09848−GBD−SN; granting (7629) Let for Extension of Time; granting (7630) Letter Motion for Extension of Time in case 1:03−md−01570−GBD−SN; gra Letter Motion for Extension of Time in case 1:09−cv−07055−GBD−SN. The Court has received the Government's re extension to determine if it will file a statement of interest in the above−referenced cases. As the affected plaintiffs c this extension, that request is GRANTED. The Government shall have until February 11, 2022, to submit any statem interest. The Faulkner plaintiffs and the Plaintiffs' Executive Committees shall similarly be permitted until February make or join the submissions directed by the Courts' orders at ECF Nos. 7354 and 7423. The Clerk of Court is respe directed to grant the motions at ECF Nos. 7629 and 7630 on In Re Terrorist Attacks docket, ECF No. 558 on the Hav and ECF No. 212 on the Faulkner docket. (Signed by Magistrate Judge Sarah Netburn on 1/28/2022) Filed In Associ 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN, 1:09−cv−07055−GBD−SN. (ras) (Entered: 01/28/2022) |
| 28/2022 | 7632 | MEMO ENDORSEMENT on re: (7629 in 1:03−md−01570−GBD−SN) LETTER MOTION for Extension of Time a Magistrate Judge Sarah Netburn from Rebecca S. Tinio dated January 27, 2022 filed by UNITED STATES OF AME (558 in 1:03−cv−09848−GBD−SN) LETTER MOTION for Extension of Time addressed to Magistrate Judge Sarah from Rebecca S. Tinio dated January 27, 2022 filed by UNITED STATES OF AMERICA granting [47 in 1:20−mc−00740−KPF] Letter Motion for Extension of Time. ENDORSEMENT: Application GRANTED. The Gove shall have until February 11, 2022, to file a Statement of Interest concerning this matter. The Clerk of Court is direct terminate the pending motion at docket entry 47. SO ORDERED. (Signed by Judge Katherine Polk Failla on 1/28/20 (Entered: 01/28/2022) |

| | | |
|---|---|---|
| 28/2022 | 7633 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated January 28, 2022 re: Joint sta concerning redactions. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 01/28/2022) |
| 28/2022 | 7634 | MOTION for Judgment *Burlingame II Plaintiffs Against the Taliban and Muhammad Omar*. Document filed by Sher Burlingame.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN.(Granito, Frank) (Entered: 01/28/2022) |
| 28/2022 | 7635 | DECLARATION of Frank H. Granito, III in Support re: (1597 in 1:02−cv−06977−GBD−SN, 7634 in 1:03−md−01570−GBD−SN, 187 in 1:02−cv−07230−GBD−SN) MOTION for Judgment *Burlingame II Plaintiffs Aga Taliban and Muhammad Omar*.. Document filed by Sheri Burlingame. (Attachments: # 1 Exhibit A−1, # 2 Exhibit A Exhibit B−1 through B−19)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN.(Granito, Frank) (Entered: 01/28/2022) |
| 28/2022 | 7636 | PROPOSED JUDGMENT. Document filed by Sheri Burlingame..(Granito, Frank) **Proposed Judgment to be review Clerk's Office staff.** Modified on 1/31/2022 (dt). (Entered: 01/28/2022) |
| 28/2022 | 7637 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated January 28, 202 Opposition to defendants letter−motion (ECF No. 7627) asking the Court to set a conference to address defendants ob the declaration of Plaintiffs expert Jonathan Winer (ECF No. 7609). Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 01/28/2022) |
| 31/2022 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (189 in 1:02−cv−07230−G 1599 in 1:02−cv−06977−GBD−SN, 7636 in 1:03−md−01570−GBD−SN) Proposed Judgment was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN(dt)** (Entered: 01/31/2022) |
| 31/2022 | 7638 | MEMO ENDORSEMENT on re: 7633 Letter filed by Kingdom of Saudi Arabia. ENDORSEMENT: The parties' req GRANTED. They shall submit a further joint update on the status of redactions by April 1, 2022. (Signed by Magistr Sarah Netburn on 1/31/2022) (ras) (Entered: 01/31/2022) |
| 31/2022 | 7639 | ORDER: The Clerk of the Court is respectfully directed to unseal the document at ECF No. 7625. (Signed by Magist Sarah Netburn on 1/31/2022) (ras) (Entered: 01/31/2022) |
| 31/2022 | 7640 | MOTION to Amend/Correct (6039 in 1:03−md−01570−GBD−SN) Default Judgment,,, . Document filed by Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Enter 01/31/2022) |
| 31/2022 | 7641 | MEMORANDUM OF LAW in Support re: (553 in 1:15−cv−09903−GBD−SN, 7640 in 1:03−md−01570−GBD−SN) to Amend/Correct (6039 in 1:03−md−01570−GBD−SN) Default Judgment,,, . . Document filed by Burnett Plaintiffs. Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 01/31/2022) |
| 31/2022 | 7642 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. Related Document Number: 7640 ..(Eubanks, John) **Pro Order to be reviewed by Clerk's Office staff.** (Entered: 01/31/2022) |
| 01/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (555 in 1:15−cv−09903−GBD− 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(dt)** (Entered: 02/01/2022) |
| 01/2022 | 7643 | MOTION for Default Judgment as to *Certain Plaintiffs' Motion for Entry of Default Judgment Against The Taliban A Muhammad Omar*. Document filed by Daniel Maher, Joseph Maher, Katherine Maher, Colin Ryan, Kristen Ryan, La Patricia Ryan. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order [Proposed Order])Filed In Ass Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD.(Pantazis, Dennis) (Entered: |
| 01/2022 | 7644 | MOTION for Default Judgment as to *Certain Plaintiffs' Motion for Entry of Default Judgment Against The Taliban A Muhammad Omar*. Document filed by Kristen Breitweiser. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of P Order [Proposed Order])Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN.(Pantazis, Dennis) (Entered: 02/01/2022) |
| 01/2022 | 7645 | MOTION for Default Judgment as to *Certain Plaintiffs' Motion for Entry of Default Judgment Against The Taliban*. filed by John Casazza, Gerard Casey, Jacob Kleinberg, Lauren Kleinberg, Mindy Kleinberg, Sam Kleinberg, Lorie V Matthew Van Auken, Sarah Van Auken. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Text of Prop [Proposed Order])Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Pantazis, Den (Entered: 02/01/2022) |
| 01/2022 | 7646 | DECLARATION of John M. Eubanks in Support re: (7618 in 1:03−md−01570−GBD−SN, 941 in 1:03−cv−09849−G MOTION for Default Judgment as to *The Taliban*.. Document filed by All Plaintiffs, Burnett Plaintiffs. (Attachments Exhibit A, # 2 Exhibit B−1, # 3 Exhibit B−2, # 4 Exhibit B−3, # 5 Exhibit C−1, # 6 Exhibit C−2, # 7 Exhibit D−1, # D−2, # 9 Exhibit E−1, # 10 Exhibit E−2, # 11 Exhibit E−3)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 02/01/2022) |

| | | |
|---|---|---|
| )7/2022 | 7647 | ORDER: The Defendants' motion is GRANTED in part. The reply briefs directed by the Court's order at ECF No. 71 submitted by February 18, 2022. The Defendants' reply brief may be up to 25 pages. (Signed by Magistrate Judge Sa on 2/7/2022) (ras) (Entered: 02/07/2022) |
| )7/2022 | 7648 | RESPONSE in Opposition to Motion re: 7481 MOTION to Compel Kingdom of Saudi Arabia to produce documents *revise this Court's March 2018 Order. Also in Opposition to 7431 NOTICE of Plaintiffs' Motion Pursuant to Fed. R. 54(b) and the Court's Inherent Powers to Revise This Court's March 28, 2018 Order (ECF No. 3946)*. Document file Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 02/07/2022) |
| )9/2022 | 7649 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment prepared pursuant to 22 CF a copy of the Foreign Sovereign Immunities Act (28 U.S.C 1602, et seq.), Order of Partial Judgment as to liability an damages entered on January 10, 2022 ECF 97 (MDL ECF 7580)("Corrected Default Judgment"), Affidavit of Transl with Farsi translations of the above documents) mailed to DEFENDANT Islamic Republic of Iran, Attn: Dr. Mohamm Zarif, Foreign Minister of the Ministry of Foreign Affairs, Imam Khomeini Street, Imam Khomeini Square, Tehran, I 02/09/2022 by Federal Express tracking #7759 7283 3575, to the U.S. Department of State, Attn: Jared Hess, Office Review and Inter−Agency Liaison (CA/OCS/L), SA−17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pu provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570− 1:18−cv−12341−GBD−SN(jkr) (Entered: 02/09/2022) |
| .0/2022 | 7650 | LETTER addressed to Judge George B. Daniels from Lee S. Wolosky dated February 10, 2022 re: a request to modif Court's October 14, 2015 case management order requiring all filings to be made on the MDL docket. Document file Havlish.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Wolosky, Lee) (Entere 02/10/2022) |
| .0/2022 | 7651 | NOTICE OF CHANGE OF ADDRESS by Timothy B. Fleming on behalf of Havlish Plaintiffs. New Address: Wiggi Pantazis Fisher Goldfarb, PLLC, 2202 18th Street, NW, #110, Washington, District of Columbia, United States of A 20009−1813, 202−467−4489. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(F Timothy) (Entered: 02/10/2022) |
| .1/2022 | 7652 | MOTION Partial Final Judgment *for Damages*. Document filed by Christine O'Neill.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 02/11/2022) |
| .1/2022 | 7653 | MEMORANDUM OF LAW in Support re: (604 in 1:04−cv−01076−GBD−SN) MOTION Partial Final Judgment *for* Document filed by Christine O'Neill, William Ott. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 02/11/2022) |
| .1/2022 | 7654 | MOTION to Add *Parties Against the Taliban*. Document filed by Christine O'Neill.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 02/11/2022) |
| .1/2022 | 7655 | DECLARATION of Jerry S. Goldman in Support re: (604 in 1:04−cv−01076−GBD−SN) MOTION Partial Final Jud *Damages*.. Document filed by Christine O'Neill. (Attachments: # 1 Exhibit Ex. A, # 2 Exhibit Ex. B, # 3 Exhibit Ex. Exhibit Ex. D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) ( 02/11/2022) |
| .1/2022 | 7656 | PROPOSED ORDER. Document filed by Christine O'Neill. (Attachments: # 1 Exhibit Ex. A, # 2 Exhibit Ex. B) Rela Document Number: 7652 ..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 02/ |
| .1/2022 | 7657 | MEMORANDUM OF LAW in Support re: (606 in 1:04−cv−01076−GBD−SN) MOTION to Add *Parties Against the* Document filed by Christine O'Neill. (Attachments: # 1 Appendix Appendix 1)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 02/11/2022) |
| .1/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (608 in 1:04−cv−01076−GBD− Proposed Order, was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN 1:04−cv−01076−GBD−SN(dt)** (Entered: 02/11/2022) |
| .1/2022 | 7658 | DECLARATION of Jerry S. Goldman in Support re: (7654 in 1:03−md−01570−GBD−SN, 606 in 1:04−cv−01076− MOTION to Add *Parties Against the Taliban*.. Document filed by Christine O'Neill. (Attachments: # 1 Exhibit Ex. A Amended Complaint Taliban Revised, # 2 Exhibit Ex. B− Intervenor Complaint Taliban)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 02/11/2022) |
| .1/2022 | 7659 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter and James F. Peterson dated February 11 supplemental letter addressing how litigation should proceed. Document filed by Plaintiffs Executive Committees..( (Entered: 02/11/2022) |
| .1/2022 | 7660 | PROPOSED ORDER. Document filed by Christine O'Neill. (Attachments: # 1 Appendix Appendix 1 to Complaint F 2022) Related Document Number: 7654 ..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staf** 02/11/2022) |

| | | |
|---|---|---|
| .1/2022 | 7661 | BRIEF *(Statement of Interest)*. Document filed by United States of America. (Attachments: # 1 Exhibit A − Executiv Exhibit B − OFAC License).(Tinio, Rebecca) (Entered: 02/11/2022) |
| .1/2022 | 7662 | LETTER addressed to Magistrate Judge Sarah Netburn from Rebecca S. Tinio dated February 11, 2022 Document fil UNITED STATES OF AMERICA..(Tinio, Rebecca) (Entered: 02/11/2022) |
| .4/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (611 in 1:04−cv−01076−GBD−; 1:03−md−01570−GBD−SN) Proposed Order, was reviewed and approved as to form. Filed In Associated Case 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN(dt)** (Entered: 02/14/2022) |
| .4/2022 | 7663 | LETTER addressed to Judge George B. Daniels from Plaintiffs' Executive Committees dated February 14, 2022 re: C to Havlish plaintiffs' letter request at ECF No. 7650. Document filed by Plaintiffs Executive Committees..(Haefele, R (Entered: 02/14/2022) |
| .4/2022 | 7664 | MOTION to Lift Stay of Judicial Enforcement of Writ of Execution . Document filed by Havlish Plaintiffs.Filed In A Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Wolosky, Lee) (Entered: 02/14/2022) |
| .4/2022 | 7665 | MEMORANDUM OF LAW in Support re: (7664 in 1:03−md−01570−GBD−SN, 564 in 1:03−cv−09848−GBD−SN) to Lift Stay of Judicial Enforcement of Writ of Execution . . Document filed by Havlish Plaintiffs. Filed In Associate 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Wolosky, Lee) (Entered: 02/14/2022) |
| .4/2022 | 7666 | DECLARATION of Douglass A. Mitchell in Support re: (7664 in 1:03−md−01570−GBD−SN, 564 in 1:03−cv−09848−GBD−SN) MOTION to Lift Stay of Judicial Enforcement of Writ of Execution .. Document filed by Plaintiffs. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)Filed In Associated Cases: 1:03−md−01570−GBI 1:03−cv−09848−GBD−SN.(Mitchell, Douglass) (Entered: 02/14/2022) |
| .4/2022 | 7667 | PROPOSED ORDER. Document filed by Havlish Plaintiffs. Related Document Number: 7664 ..(Wolosky, Lee) **Pro Order to be reviewed by Clerk's Office staff.** (Entered: 02/14/2022) |
| .5/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 7667 Proposed Order was revi approved as to form. (km)** (Entered: 02/15/2022) |
| .5/2022 | 7668 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Suit prepared in accordance with 22 CFR 93.2 copy of the Foreign Sovereign Immunities Act of 1976, Civil Cover Sheet, Summons, Complaint deemed filed April Related Case Statement, Entry of Appearance, Affidavit of Translator (along with translations of the documents in Fa to DEFENDANT Islamic Republic of Iran, c/o Mohammad Javad Zarif, Ministry of Foreign Affairs, Imam Khomein Imam Khomeini Square, Tehran, Iran on 02/15/2022 by Certified Mail tracking # 70191120000052433334, to the U. Department of State, Attn: Jared Hess, Office of Policy Review and Inter−Agency Liaison (CA/OCS/L), SA−17, 10tl 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−03505−GBD−SN(jkr) (Entered: 02/15/ |
| .5/2022 | 7669 | RESPONSE in Opposition to Motion re: (7664 in 1:03−md−01570−GBD−SN, 564 in 1:03−cv−09848−GBD−SN) M Lift Stay of Judicial Enforcement of Writ of Execution . *And Addressing ECF 7661*. Document filed by Kathleen Asl In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN, 1:02−cv−07236−GBD, 1:03−cv−09848−GBD−SN.(Kreindler, James) (Entered: 02/15/2022) |
| .5/2022 | 7670 | RESPONSE in Opposition to Motion re: (7664 in 1:03−md−01570−GBD−SN, 564 in 1:03−cv−09848−GBD−SN) M Lift Stay of Judicial Enforcement of Writ of Execution . *And Addressing ECF 7661*. Document filed by Plaintiffs Exe Committees. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN, 1:03−cv−09849−G 1:04−cv−01076−GBD−SN.(Haefele, Robert) (Entered: 02/15/2022) |
| .6/2022 | 7671 | ORDER: The Court has received two proposed attorney substitution orders at ECF Nos. 222 and 223 in Ashton, et al Kingdom of Saudi Arabia, No. 17−cv−2003. These orders have not been filed on the MDL docket at 03−md−1570 no filing party moved the Court to substitute the attorneys in question. Counsel are reminded that per the order at ECF N parties must, at minimum, file all papers on the main MDL docket, and may file on other related dockets as necessary directed by the Clerk of the Court. (Signed by Magistrate Judge Sarah Netburn on 2/16/2022) Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:17−cv−02003−GBD−SN. (ras) (Entered: 02/16/2022) |
| .6/2022 | 7672 | ORDER: The John Does 1 through 7 v. The Taliban, Case No. 20−mc−740 (KPF) ("Doe Creditors") is transferred an reassigned to this Court as related to the MDL, In re: Terrorist Attacks on September 11, 2001, 03 MDL 1570 (GBD) application to consolidate the Doe Creditors and Havlish, et al., v. Bin−Laden, et al., No. 03−cv−9848 (GBD) (SN) (t Creditors") will be and is hereby DENIED. The Havlish Creditors' letter application to modify the Court's October 14 management order, (ECF No. 3070), which requires that all filings to be made on the made on the MDL docket, is DI ORDERED (Signed by Judge George B. Daniels on 2/16/2022) (ama) (Entered: 02/16/2022) |
| .6/2022 | 7673 | REPLY to Response to Motion re: (564 in 1:03−cv−09848−GBD−SN) MOTION to Lift Stay of Judicial Enforcemen Execution . . Document filed by Havlish Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Wolosky, Lee) (Entered: 02/16/2022) |

| | | |
|---|---|---|
| .6/2022 | 7674 | ORDER: In light of the order at ECF No. 7671 transferring John Does 1 through 7 v. The Taliban et al., No. 20−mc− ("Doe") to this multidistrict litigation, the Clerk of the Court is respectfully directed to add the parties in that matter a parties in this multidistrict litigation, 03−md−1570. The purpose of this addition to allow the Doe plaintiffs to make f this multidistrict litigation related to the enforcement of their writ of execution against assets of the Taliban. For all is unrelated to the writ of execution, the Doe plaintiffs may file solely on the Doe docket. (Signed by Magistrate Judge Netburn on 2/16/2022) (ras) (Entered: 02/16/2022) |
| .6/2022 | 7675 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committee for Commercial Claims plaintiffs in the Federal Insurance action dated February 16, 2022 re: the Statement of Interest filed by the United Sta No. 7661) and related letters (ECF No. 7669 and ECF No. 7670). Document filed by Plaintiffs Executive Committees Sean) (Entered: 02/16/2022) |
| .6/2022 | 7676 | MOTION to Intervene . Document filed by Milly Amduso. (Attachments: # 1 Certificate of Service, # 2 Memorandu 3 Exhibit Intervenor complaint, # 4 Appendix Appendix A to Complaint).(Drexler, Adam) (Entered: 02/16/2022) |
| .6/2022 | 7677 | NOTICE OF APPEARANCE by Adam Matthew Drexler on behalf of Milly Amduso..(Drexler, Adam) (Entered: 02/ |
| .7/2022 | 7678 | AMENDED MOTION for Default Judgment as to *Taliban and Emir Muhammad Omar*. Document filed by Irene Di In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) (Entered: 02/17/2022) |
| .7/2022 | 7679 | ORDER: A telephone conference related to the writs of execution levied against Afghan assets held in the Federal Re of New York is set for February 22, 2022, at 9:30 a.m. EST. Counsel for the Havlish and John Does 1 through 7 plai Plaintiffs' Executive Committees, and the Government will be expected to propose how to proceed in this litigation. may observe this conference on this line: Toll−free: 844−867−6165, Paid caller: 409−207−6971, Access Code: 3610 Court will contact the parties to establish a conference line. Unauthorized recording and rebroadcasting of the confere YouTube, Twitch, audio−only streams, etc.) is strictly prohibited. Any unauthorized recordings will be investigated, found to engage in such behaviors may be subject to criminal sanctions. (Telephone Conference set for 2/22/2022 at before Magistrate Judge Sarah Netburn.) (Signed by Magistrate Judge Sarah Netburn on 2/17/2022) (ras) (Entered: 0 |
| .7/2022 | 7680 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −**AMENDED MOTION for Default Ju to *Taliban and Emir Muhammad Omar*. Document filed by Irene Dickey. (Attachments: # 1 Exhibit Declaration of I with attached Economist Report, # 2 Exhibit Declaration of Jacqueline Eaton with Economist Report, # 3 Exhibit De Joanne Kelly with Economist Report, # 4 Exhibit Declaration of Lisa O'Brien with Economist Report, # 5 Exhibit De Dara Seaman with Economist Report, # 6 Exhibit Declaration of Susan Sliwak with Economist Report, # 7 Exhibit D of Allison Wallice with Economist Report, # 8 Exhibit Declaration of Eileen Lynch with Economist Report, # 9 Exhi Summary List of Awards Requested on this Motion)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) Modified on 2/17/2022 (db). (Entered: 02/17/2022) |
| .7/2022 | 7681 | **FILING ERROR − WRONG PDF FILE ASSOCIATED WITH DOCKET ENTRY −** PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Irene Dickey. (Attachments: # 1 Exhibit Summary of A Requested by Plaintiffs).(Schutty, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** Modi 2/17/2022 (dt). (Entered: 02/17/2022) |
| .7/2022 | 7682 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MOTION for Robert M. Foote to Appear Pro Hac Vice . F 200.00, receipt number ANYSDC−25747644. **Motion and supporting papers to be reviewed by Clerk's Office sta** Document filed by Fiona Havlish. (Attachments: # 1 Affidavit Declaration, # 2 Exhibit Letter of Good Standing, # 3 Proposed Order Proposed Order for Admission).(Foote, Robert) Modified on 2/18/2022 (aea). (Entered: 02/17/2022) |
| .7/2022 | 7683 | DECLARATION of John F. Schutty, Esq. in Support re: (1604 in 1:02−cv−06977−GBD−SN) AMENDED MOTION Default Judgment as to *Taliban and Emir Muhammad Omar*.. Document filed by Irene Dickey. (Attachments: # 1 Ex Declaration of Irene Dickey with attached Economist Report, # 2 Exhibit Declaration of Jacqueline Eaton with Econ Report, # 3 Exhibit Declaration of Joanne Kelly with Economist Report, # 4 Exhibit Declaration of Lisa O'Brien with Report, # 5 Exhibit Declaration of Dara Seaman with Economist Report, # 6 Exhibit Declaration of Susan Sliwak wit Economist Report, # 7 Exhibit Declaration of Allison Wallice with Economist Report, # 8 Exhibit Declaration of Eil with Economist Report, # 9 Exhibit Summary List of Awards Requested on this Motion)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) (Entered: 02/17/2022) |
| .7/2022 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − PDF ERROR. Notice to Attorney Schutty, John RE−FILE Document (1605 in 1:02−cv−06977−GBD−SN, 7681 in 1:03−md−01570−GBD−SN) Proposed Defaul Judgment. The Attached Document is not a Default Judgment. Filed In Associated Cases: 1:03−md−01570−G 1:02−cv−06977−GBD−SN(dt)** (Entered: 02/17/2022) |
| .7/2022 | 7684 | NOTICE OF APPEARANCE by David A. Barrett on behalf of Havlish Plaintiffs..(Barrett, David) (Entered: 02/17/2 |
| .7/2022 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Joh Schutty to RE−FILE Document (1604 in 1:02−cv−06977−GBD−SN, 7680 in 1:03−md−01570−GBD−SN) AME MOTION for Default Judgment as to *Taliban and Emir Muhammad Omar*. Use the event type Declaration in S Motion found under the event list Replies, Opposition and Supporting Documents. Then link to the 7678 and 1** |

| | | |
|---|---|---|
| | | **Motions in their respective cases. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD** (Entered: 02/17/2022) |
| .8/2022 | 7685 | PROPOSED ORDER. Document filed by Irene Dickey. (Attachments: # 1 Exhibit Summary of Awards Requested b Related Document Number: 7678 ..(Schutty, John) **Proposed Order to be reviewed by Clerk's Office staff.** (Entere 02/18/2022) |
| .8/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (7685 in 1:03−md−01570−GBI in 1:02−cv−06977−GBD−SN) Proposed Order, was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(dt)** (Entered: 02/18/2022) |
| .8/2022 | 7686 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Suit prepared in accordance with 22 CFR 93.2 copy of the Foreign Sovereign Immunities Act of 1976, Civil Cover Sheet, Summons, Complaint deemed filed Febru 2021, Related Case Statement, Entry of Appearance, Affidavit of Translator (along with Farsi translations of the abov documents) mailed to DEFENDANT Islamic Republic of Iran, c/o Mohammad Javad Zarif, Ministry of Foreign Affa Khomeini Avenue, Imam Khomeini Square, Tehran, Iran on 02/15/2022 by Certified Mail tracking # 701911200000 to the U.S. Department of State, Attn: Jared Hess, Office of Policy Review and Inter−Agency Liaison (CA/OCS/L), S 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of Foreign Services Immunities A U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−01394−GBD−SN.(jkr) (Entere 02/18/2022) |
| .8/2022 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE−FILE Doc 7682 MOTION for Robert M. Foote to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−2 Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following re missing Certificate of Good Standing from Illinois (not the Registrar). Re−file the motion as a Motion to Appe Vice − attach the correct signed PDF − select the correct named filer/filers − attach valid Certificates of Good issued within the past 30 days − attach Proposed Order. (aea)** (Entered: 02/18/2022) |
| .8/2022 | 7687 | ORDER: Milly Amduso, by counsel, moves to intervene in this multidistrict litigation. ECF No. 7676. The Court has the motion and determined that further briefing on the issues presented is not required. Accordingly, no additional pa responding to that motion shall be submitted without leave of the Court. (Signed by Magistrate Judge Sarah Netburn 2/18/2022) (ras) (Entered: 02/18/2022) |
| .8/2022 | 7688 | REPLY MEMORANDUM OF LAW in Support re: 7342 JOINT MOTION TO EXCLUDE EXPERT TESTIMONY JONATHAN WINER AND BRIAN MICHAEL JENKINS . . Document filed by Abdullah Omar Naseef, Abdulla Al Abdullah Al Turki, Adnan Basha, International Islamic Relief Organization, Muslim World League..(Nassar, Waleed 02/18/2022) |
| .8/2022 | 7689 | DECLARATION of Aisha E.R. Bembry in Support re: 7342 JOINT MOTION TO EXCLUDE EXPERT TESTIMO JONATHAN WINER AND BRIAN MICHAEL JENKINS .. Document filed by Abdullah Omar Naseef, Abdulla Al Abdullah Al Turki, Adnan Basha, International Islamic Relief Organization, Muslim World League. (Attachments: # BA, # 2 Exhibit BB, # 3 Exhibit BC, # 4 Exhibit BD, # 5 Exhibit BE, # 6 Exhibit BF, # 7 Exhibit BG, # 8 Exhibit BH Exhibit BI, # 10 Exhibit BJ).(Nassar, Waleed) (Entered: 02/18/2022) |
| .8/2022 | 7690 | REPLY MEMORANDUM OF LAW in Support re: 7345 MOTION TO EXCLUDE AND/OR LIMIT PROPOSED TESTIMONY OF JONATHAN BENTHALL, CHARLES W. FREEMAN, JONATHAN MARKS, AND JOHN SID Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 02/18/2022) |
| .8/2022 | 7691 | DECLARATION of Robert T. Haefele in Support re: 7345 MOTION TO EXCLUDE AND/OR LIMIT PROPOSED TESTIMONY OF JONATHAN BENTHALL, CHARLES W. FREEMAN, JONATHAN MARKS, AND JOHN SID Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit AA, # 2 Exhibit AB, # 3 Exhibit AC, AD, # 5 Exhibit AE, # 6 Exhibit AF, # 7 Exhibit AG, # 8 Exhibit AH, # 9 Exhibit AI, # 10 Exhibit AJ).(Haefele, Rob (Entered: 02/18/2022) |
| 20/2022 | 7692 | NOTICE OF APPEARANCE by Joseph Evan Borson on behalf of United States of America..(Borson, Joseph) (Ente 02/20/2022) |
| 22/2022 | 7693 | NOTICE OF APPEARANCE by Theresa Marie Trzaskoma on behalf of Ashton Plaintiffs. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:03−cv−09848−GBD−SN.(Trzaskoma, Theresa) (Entered: 02/22/2022) |
| 22/2022 | 7694 | NOTICE OF APPEARANCE by Michael Tremonte on behalf of Ashton Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:03−cv−09848−GBD−SN.(Tremonte, Michael) (Entered: ( |
| 22/2022 | 7695 | NOTICE OF APPEARANCE by Kathryn Elise Ghotbi on behalf of Ashton Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:03−cv−09848−GBD−SN.(Ghotbi, Kathryn) (Entered: 02/ |

| | | |
|---|---|---|
| 22/2022 | 7696 | OPINION AND ORDER: re: (572 in 1:03−cv−09848−GBD−SN) MOTION to Intervene . filed by Milly Amduso, (7 1:03−md−01570−GBD−SN) MOTION to Intervene . The Amduso Plaintiffs' motion to intervene is DENIED. The C Court is respectfully directed to terminate the motions at ECF No. 7676 on In Re Terrorist Attacks, 03− md−1570, E on Havlish, No. 03−cv−9848, and ECF No. 56 on Doe, 20− mc−740. So Ordered (Signed by Magistrate Judge Sarah 2/22/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN (js) (Entered: 02/22/2 |
| 24/2022 | 7697 | NOTICE OF APPEARANCE by Lee Scott Wolosky on behalf of Hoglan Plaintiffs..(Wolosky, Lee) (Entered: 02/24/ |
| 24/2022 | 7698 | MOTION for Stuart H. Singer to Appear Pro Hac Vice *for the Havlish Plaintiffs*. Filing fee $ 200.00, receipt number NYSDC−25775980. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Ha Plaintiffs. (Attachments: # 1 Declaration of Stuart H. Singer, # 2 Certificate of Good Standing, # 3 Text of Proposed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Singer, Stuart) (Entered: 02/24/2022) |
| 24/2022 | 7699 | PROPOSED ORDER. Document filed by United States of America..(Vargas, Jeannette) **Proposed Order to be revi Clerk's Office staff.** (Entered: 02/24/2022) |
| 24/2022 | 7700 | LETTER addressed to Magistrate Judge Sarah Netburn from Jeannette A. Vargas dated 2/24/2022 re: Proposed Orde Doe and Havlish Writs. Document filed by UNITED STATES OF AMERICA.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Vargas, Jeannette) (Entered: 02/24/2022) |
| 25/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 7698 MOTION for Stuart to Appear Pro Hac Vice *for the Havlish Plaintiffs*. Filing fee $ 200.00, receipt number NYSDC−25775980. Moti supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no d (bcu)** (Entered: 02/25/2022) |
| 25/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 7699 Proposed Order was revi approved as to form. (km)** (Entered: 02/25/2022) |
| 25/2022 | 7701 | ORDER: The Court ORDERS that the assets of Da Afghanistan Bank (DAB) regulated by the Office of Foreign Ass License No. DABRESERVES−EO−2022−886895−1 of February 11, 2022 (the OFAC License) are not judicially res (including without limitation by any writs of execution or restraining notices). The Havlish writ dated August 27, 202 Doe writ dated September 27, 2021, judicially restraining the DAB assets not regulated by the OFAC License remain pending further order of this Court. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 2/25/2022) Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN (js) (Entered: 02/25/2022) |
| 25/2022 | 7702 | JOINT LETTER addressed to Magistrate Judge Sarah Netburn from Nicole Erb dated February 25, 2022 re: Status U Regarding Schedule for Jurisdictional Discovery. Document filed by Al Rajhi Bank..(Erb, Nicole) (Entered: 02/25/20 |
| 25/2022 | 7703 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated February 25, 202 Request for extension of time. Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 02/25 |
| 26/2022 | 7704 | JOINT LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated February re: Request that the Court adjourn the deadline for Plaintiffs response to DIBs personal jurisdiction motion (ECF Nos Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 02/26/2022) |
| 28/2022 | 7705 | MEMO ENDORSEMENT on re: 7702 Letter filed by Al Rajhi Bank. ENDORSEMENT: The parties' request is GRA They shall submit a status update on the schedule for jurisdictional discovery by March 11, 2022. (Signed by Magistr Sarah Netburn on 2/28/2022) (ras) (Entered: 02/28/2022) |
| 28/2022 | 7706 | MEMO ENDORSEMENT on re: 7703 Letter filed by Plaintiffs Executive Committees. ENDORSEMENT: The parti is GRANTED. All briefing on the continuation of the stay shall be due by March 1, 2022. All briefing on the turnove procedures shall be due by March 3, 2022. (Signed by Magistrate Judge Sarah Netburn on 2/28/2022) (ras) (Entered: 02/28/2022) |
| 28/2022 | 7707 | MEMO ENDORSEMENT on re: 7704 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The part is GRANTED. Any response to Dubai Islamic Bank's motion shall be made by March 22, 2022. (Signed by Magistra Sarah Netburn on 2/28/2022) (ras) (Entered: 02/28/2022) |
| 28/2022 | 7708 | MOTION for Robert M. Foote to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−25791632. **M supporting papers to be reviewed by Clerk's Office staff.** Document filed by Fiona Havlish. (Attachments: # 1 Su 2 Supplement, # 3 Text of Proposed Order).(Foote, Robert) (Entered: 02/28/2022) |
| 01/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 7708 MOTION for Rober to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−25791632. Motion and supporting pap reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered 03/01/2022) |
| 01/2022 | 7709 | ORDER: The Clerk of Court is directed to close the pending motions, (Case No. 18−cv−05306, ECF No. 194; Case N 9−cv−11767, ECF Nos. 60 and 73). These motions were addressed in Orders filed on the 03−md−1570 docket, respe |

| | | |
|---|---|---|
| | | (ECF Nos. 7523, 7522, and 7527). SO ORDERED., Motions terminated: (73 in 1:19−cv−11767−GBD−SN) MOTIO PARTIAL FINAL JUDGMENT FOR DAMAGES . filed by Michael Bianco, Jeanmarie Hargrave, Deborah Bodner, Peter Asaro, Ber Barry Aron, August Bernaerts, BNY Mellon, Philip Asaro, (60 in 1:19−cv−11767−GBD−SN) MOT Final Judgment . filed by Michael Bianco, (194 in 1:18−cv−05306−GBD−SN) MOTION Partial Final Judgment . file Michael Bianco. (Signed by Judge George B. Daniels on 3/01/2022) (ama) (Entered: 03/01/2022) |
| )1/2022 | 7710 | LETTER addressed to Magistrate Judge Sarah Netburn from Jeannette A. Vargas dated 3/1/2022 re: Petition for Disc Grand Jury Material Pursuant to Rule 6(e). Document filed by UNITED STATES OF AMERICA. (Attachments: # 1 Petition).(Vargas, Jeannette) (Entered: 03/01/2022) |
| )1/2022 | 7711 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter dated March 1, 2022 Document filed by Insurance Company et al., Plaintiffs..(Carter, Sean) (Entered: 03/01/2022) |
| )1/2022 | 7712 | LETTER addressed to Judge George B. Daniels from Plaintiffs Executive Committee For Personal Injury And Death dated 3/1/2022 re: Judicial Stay (ECF 7269). Document filed by Kathleen Ashton..(Kreindler, James) (Entered: 03/01 |
| )2/2022 | 7713 | TRANSCRIPT of Proceedings re: CONFERENCE held on 2/22/2022 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Kristen Carannante, (212) 805−0300. Transcript may be viewed at the court public terminal or through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 3/23/2022. Redacted Transcript Deadline set for 4/4/2022. Release Transcript Restriction set for 5/31/2022.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Moya, Goretti) 03/02/2022) |
| )2/2022 | 7714 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERI proceeding held on 2/22/22 has been filed by the court reporter/transcriber in the above−captioned matter. The partie seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...F Associated Cases: 1:03−md−01570−GBD−SN et al..(Moya, Goretti) (Entered: 03/02/2022) |
| )2/2022 | 7715 | LETTER addressed to Judge George B. Daniels from Lee Wolosky dated March 2, 2022 re: the Havlish Plaintiffs mo stay on their enforcement proceeding. Document filed by Havlish Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Wolosky, Lee) (Entered: 03/02/2022) |
| )2/2022 | 7716 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter, Robert T. Haefele and Steven R. Pounia of Plaintiffs' Executive Committees dated March 2, 2022 re: in Support of the U.S. Governments Petition for Disclos Grand Jury Material Pursuant to Rule 6(e). Document filed by Plaintiffs Executive Committees..(Carter, Sean) (Enter 03/02/2022) |
| )2/2022 | 7717 | ORDER granting (564) Motion re: (564 in 1:03−cv−09848−GBD−SN, 7664 in 1:03−md−01570−GBD−SN) MOTIO Stay of Judicial Enforcement of Writ of Execution in case 1:03−cv−09848−GBD−SN; granting (7664) Motion re: (56 1:03−cv−09848−GBD−SN, 7664 in 1:03−md−01570−GBD−SN) MOTION to Lift Stay of Judicial Enforcement of W Execution in case 1:03−md−01570−GBD−SN. The Havlish Plaintiffs and Plaintiffs' Executive Committees report tha no objections to lifting the stays on the enforcement of the writs of enforcement in Havlish, et al. v. Bin Laden, et al. Does 1 through 7 v. The Taliban et al. ECF Nos. 7711, 7712. As there is no opposition to lifting the stays in either of both stays are lifted. The Court respectfully directs the Clerk of the Court to GRANT the motions at ECF No. 7664 o 03−md−1570 and ECF No. 564 on 03−cv−9848.(Signed by Magistrate Judge Sarah Netburn on 3/2/2022). Filed In A Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN (ras) (Entered: 03/02/2022) |
| )2/2022 | 7718 | MEMO ENDORSEMENT on re: 7710 Letter, filed by UNITED STATES OF AMERICA. ENDORSEMENT: The Government's petition for the disclosure of possible grand jury material is GRANTED under Federal Rule of Crimina 6(e)(3)(E)(i). The Court has already determined on three separate occasions that the plaintiffs in this case need the typ materials at issue here. ECF Nos. 5193, 6672, 7102. As in those cases, the Government has likewise determined here no further need to keep these materials secret. Accordingly, disclosure of these materials is appropriate. Material disc this Order shall not be subject to the terms of the protective orders at ECF Nos. 1900 and 4255 and may be disclosed any redactions required by the Privacy Act. (Signed by Magistrate Judge Sarah Netburn on 3/2/2022) (ras) (Entered: |
| )2/2022 | 7719 | ORDER granting (582) Motion for Stuart H. Singer to Appear Pro Hac Vice in case 1:03−cv−09848−GBD−SN; gran Motion for Stuart H. Singer to Appear Pro Hac Vice in case 1:03−md−01570−GBD−SN. (HEREBY ORDERED by I Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−G (ras) (Entered: 03/02/2022) |
| )2/2022 | 7720 | ORDER granting 7708 Motion for Robert M. Foote to Appear Pro Hac Vice. (HEREBY ORDERED by Magistrate J Netburn) (Text Only Order) (ras) (Entered: 03/02/2022) |
| )3/2022 | 7721 | MOTION for Turnover of Assets From Garnishees Oaktree Capital Management, LP, Fleetscape Capital Holdings L Fleetscape Suez Rajan LLC . Document filed by Hoglan Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD 1:11−cv−07550−GBD−SN.(Wolosky, Lee) (Entered: 03/03/2022) |

| | | |
|---|---|---|
| )3/2022 | 7722 | MEMORANDUM OF LAW in Support re: (370 in 1:11−cv−07550−GBD−SN, 7721 in 1:03−md−01570−GBD−SN) for Turnover of Assets From Garnishees Oaktree Capital Management, LP, Fleetscape Capital Holdings Limited, and Suez Rajan LLC . . Document filed by Hoglan Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN.(Wolosky, Lee) (Entered: 03/03/2022) |
| )3/2022 | 7723 | DECLARATION of Douglass A. Mitchell in Support re: (370 in 1:11−cv−07550−GBD−SN, 7721 in 1:03−md−01570−GBD−SN) MOTION for Turnover of Assets From Garnishees Oaktree Capital Management, LP, F Capital Holdings Limited, and Fleetscape Suez Rajan LLC .. Document filed by Hoglan Plaintiffs. (Attachments: # 1 # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 1 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 # 26 Exhibit 26)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN.(Wolosky, Lee) ( 03/03/2022) |
| )3/2022 | 7724 | LETTER addressed to Magistrate Judge Sarah Netburn from Counsel for the Consolidated Amended Complaint Plai the Ashton Plaintiffs dated March 3, 2022 re: a modest reallocation of page lengths. Document filed by Consolidated Complaint Plaintiffs..(Carter, Sean) (Entered: 03/03/2022) |
| )3/2022 | 7725 | LETTER addressed to Judge George B. Daniels from Lee Wolosky dated March 3, 2022 re: Proposed Schedule for t Plaintiffs' Enforcement Proceeding. Document filed by Havlish Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Wolosky, Lee) (Entered: 03/03/2022) |
| )3/2022 | 7726 | LETTER addressed to Magistrate Judge Sarah Netburn from Federal Insurance Plaintiffs and Plaintiffs' Executive C for Commercial Claims dated March 3, 2022 re: proposal for further proceedings regarding Havlish and Doe Plaintif proceedings. Document filed by Federal Insurance Company et al., Plaintiffs..(Carter, Sean) (Entered: 03/03/2022) |
| )3/2022 | 7727 | LETTER addressed to Judge George B. Daniels from Plaintiffs Executive Committee For Personal Injury And Death dated 03/03/2022 re: Proposed Schedule for the Havlish Plaintiffs' Enforcement Proceeding. Document filed by Kath Ashton..(Kreindler, James) (Entered: 03/03/2022) |
| )4/2022 | 7728 | MOTION for John Arthur Eaves, Jr. to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−25816 **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Milly Amduso. (Attach Good Standing Certificate, # 2 Affidavit, # 3 Text of Proposed Order).(Eaves, John) (Entered: 03/04/2022) |
| )4/2022 | 7729 | SUGGESTION OF DEATH upon the record as to Alice Hoglan on December 22, 2020 *and Substitution of Candyce Personal Representative of her Estate*. Document filed by Hoglan PlaintiffsFiled In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN.(Fleming, Timothy) (Entered: 03/04/2022) |
| )4/2022 | 7730 | MEMO ENDORSEMENT on re: 7724 Letter, filed by Consolidated Amended Complaint Plaintiffs. ENDORSEME parties' request is GRANTED. The CAC Plaintiffs may submit a reply brief of up to 15 pages while the Ashton Plai a reply brief of up to 5 pages. (Signed by Magistrate Judge Sarah Netburn on 3/4/2022) (ras) Modified on 3/7/2022 ( (Entered: 03/07/2022) |
| )4/2022 | 7731 | REPORT & RECOMMENDATION re: (164 in 1:09−cv−07055−GBD−SN) MOTION for Summary Judgment filed Republic of Afghanistan. The Court recommends that the Islamic Republic of Afghanistan's motion for summary jud ECF No. 164 be DENIED as moot. The parties shall have fourteen days from the service of this Report and Recomm file written objections under 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure. A party n to another party's objections within fourteen days after being served with a copy. Fed. R. Civ. P. 72(b) (2). These obj be filed with the Clerk of Court, with courtesy copies delivered to the chambers of the Honorable George B. Daniels United States Courthouse, 500 Pearl Street, New York, New York 10007, and to any opposing parties. See 28 U.S.C. 636(b)(1); Federal Rules of Civil Procedure 6(a), 6(d), 72(b). Any requests for an extension of time for filing objectic addressed to Judge Daniels. The failure to file these timely objections will result in a waiver of those objections for p appeal. See 28 U.S.C. § 636(b)(1); Federal Rules of Civil Procedure 6(a), 6(d), 72(b); Thomas v. Arn, 474 U.S. 140 ( (Objections to R&R due by 3/18/2022.) (Signed by Magistrate Judge Sarah Netburn on 3/4/2022) Filed In Associate 1:03−md−01570−GBD−SN, 1:09−cv−07055−GBD−SN. (ras) (Entered: 03/07/2022) |
| )7/2022 | 7732 | ORDER granting 7728 Motion to Appear Pro Hac Vice. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) Order) (ras) (Entered: 03/07/2022) |
| )7/2022 | 7733 | ORDER: The motion at ECF No. 7729 to substitute Candyce Hoglan as the personal representative of the Estate of A pursuant to Federal Rule of Civil Procedure 25(a)(1) is GRANTED. Candyce Hoglan as the Personal Representative Estate of Alice Hoglan is substituted for Alice Hoglan. The Clerk of the Court is respectfully directed to amend the c Hoglan, et al. v. Iran, et al., No. 11−cv−7550, accordingly. (Signed by Magistrate Judge Sarah Netburn on 3/7/2022) Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN. (ras) (Entered: 03/07/2022) |
| )7/2022 | 7734 | Objection re: 7696 Memorandum & Opinion,, . Document filed by Milly Amduso..(Eaves, John) (Entered: 03/07/202 |

| | | |
|---|---|---|
| )9/2022 | 7735 | LETTER addressed to Magistrate Judge Sarah Netburn from Lee Wolosky dated March 9, 2022 re: the briefing sched Havlish Creditors anticipated motion. Document filed by Havlish Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Wolosky, Lee) (Entered: 03/09/2022) |
| )9/2022 | 7736 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Judgment Prepared in accordance with 22 CF Orders of Judgments for liability, dated September 3, 2019, May 28, 2019 & June 21, 2019 for the fourteen matters r the Notice of Judgment, Order of Partial Final Judgment, dated January 4, 2022, Instructions for Appealing the Judgr of 28 U.S.C 1330, 1391, 1441 & Foreign Sovereign Immunities Act (28 U.S.C 1602, et seq.) and Affidavit of Transla with translations of the above documents in Farsi) mailed to DEFENDANT Islamic Republic of Iran, Attn: H.E. Hos Amir−Abdollahian, Minister of Foreign Affairs, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam K Avenue, Tehran, Iran on 03/09/2022 by Federal Express tracking # 8163 9475 1779, to the U.S. Department of State, Hess, Office of Policy Review and Inter−Agency Liaison (CA/OCS/L), SA−17, 10th Floor, 2201 C Street NW, Wasl 20522, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). (jkr) (Entered: 03/09/ |
| )9/2022 | 7737 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Judgment Prepared in accordance with 22 CF Orders of Judgments for liability, dated September 3, 2019, May 28, 2019, June 21, 2019 and January 4, 2022 for the matters referenced in the Notice of Judgment, Order of Partial Final Judgment (MDL ECF No.7523) dated January 3 Instructions for Appealing the Judgments, Copy of 28 U.S.C 1330, 1391, 1441 & Foreign Sovereign Immunities Act 1602, et seq.) and Affidavit of Translator (along with translations of the above documents in Farsi) mailed to DEFEN Islamic Republic of Iran, Attn: H.E. Hossein Amir−Abdollahian, Minister of Foreign Affairs, Ministry of Foreign Af Islamic Republic of Iran, Imam Khomeini Avenue, Tehran, Iran on 03/09/2022 by Federal Express tracking # 8094 2 to the U.S. Department of State, Attn: Jared Hess, Office of Policy Review and Inter−Agency Liaison (CA/OCS/L),S Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of Foreign Services Immunities Act, 28 1608(a)(4). (jkr) (Entered: 03/09/2022) |
| )9/2022 | 7738 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Judgment Prepared in accordance with 22 CF Orders of Judgments for liability, dated January 4th, 2022 for the seven matters referenced above, Order of Partial Fi Judgment (MDL ECF No.7527) dated January 4, 2022, Instructions for Appealing the Judgments, Copy of 28 U.S.C 1441 & Foreign Sovereign Immunities Act (28 U.S.C 1602, et seq.) and Affidavit of Translator (along with translatio above documents in Farsi) mailed to DEFENDANT Islamic Republic of Iran, Attn: H.E. Hossein Amir−Abdollahian of Foreign Affairs, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehran, Ira 03/09/2022 by Federal Express tracking # 8117 9067 3281, to the U.S. Department of State, Attn: Jared Hess, Office Review and Inter−Agency Liaison (CA/OCS/L), SA−17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pur provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). (jkr) (Main Document 7738 replaced on 3/9/ (JVR). (Entered: 03/09/2022) |
| )9/2022 | 7739 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Judgment Prepared in accordance with 22 CF Orders of Partial Final Judgments for liability and damages (MDL ECF No.7522) dated January 4th, 2022 for the sev referenced above, Instructions for Appealing the Judgments, Copy of 28 U.S.C 1330, 1391, 1441 & Foreign Sovereig Immunities Act (28 U.S.C 1602, et seq.) and Affidavit of Translator (along with translations of the above documents mailed to DEFENDANT Islamic Republic of Iran, Attn: H.E. Hossein Amir−Abdollahian, Minister of Foreign Affai of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehran, Iran on 03/09/2022 by Federal tracking # 8161 1184 4995, to the U.S. Department of State, Attn: Jared Hess, Office of Policy Review and Inter−Ag Liaison (CA/OCS/L), SA−17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of Services Immunities Act, 28 U.S.C. § 1608(a)(4). (jkr) (Entered: 03/09/2022) |
| )9/2022 | 7740 | NOTICE of Plaintiffs' Reply Memorandum of Law in support of their Motion pursuant to Fed. R. Civ. P. 54(b) and T inherent powers to revise this Court's March 28, 2018 Order (ECF No. 3946) re: 7432 Brief, 7431 Notice (Other). Do filed by Consolidated Amended Complaint Plaintiffs..(Carter, Sean) (Entered: 03/09/2022) |
| )9/2022 | 7741 | NOTICE of Affirmation of J. Scott Tarbutton transmitting documents in support of Plaintiffs' Motion Pursuant to Fe 54(b) and the Court's inherent powers to revise this Court's March 28, 2018 Order (ECF No. 3946) re: 7740 Notice ( Document filed by Consolidated Amended Complaint Plaintiffs. (Attachments: # 1 Attachment A − Opening Brief, # Attachment B − Reply Brief, # 3 Attachment C − Joint FBI−CIA Intelligence Report).(Carter, Sean) (Entered: 03/09/ |
| )9/2022 | 7742 | LETTER addressed to Judge George B. Daniels from Megan W. Benett on behalf of the Ashton Plaintiffs dated 3/9/2 adopting the reply of the CAC Plaintiffs, ECF No. 7740. Document filed by Kathleen Ashton..(Benett, Megan) (Ente 03/09/2022) |
| .0/2022 | 7743 | LETTER addressed to Magistrate Judge Sarah Netburn from Jeannette A. Vargas dated 3/10/22 re: Status of the Gov Declassification Review Under Executive Order 14040. Document filed by UNITED STATES OF AMERICA. (Atta 1 Exhibit FBI Release Note).(Vargas, Jeannette) (Entered: 03/10/2022) |
| .0/2022 | 7744 | LETTER addressed to Magistrate Judge Sarah Netburn from Nicole Erb dated March 10, 2022 re: Status Update Reg Modified Schedule for Jurisdictional Discovery. Document filed by Al Rajhi Bank..(Erb, Nicole) (Entered: 03/10/202 |

| | | |
|---|---|---|
| .1/2022 | 7745 | LETTER addressed to Judge George B. Daniels from Consolidated Amended Complaint Plaintiffs and Ashton Plaint March 11, 2022 re: a request for oral argument on Plaintiffs' motions for reconsideration of this Court's March 28, 20 Document filed by Consolidated Amended Complaint Plaintiffs..(Carter, Sean) (Entered: 03/11/2022) |
| .1/2022 | 7746 | SUPPLEMENT TO CLERK CERTIFICATE OF MAILING UNEXECUTED for Notice of Suit, Iran Short Form Co deemed filed December 5, 2018, Summons deemed filed April 10, 2019, Foreign Sovereign Immunities Act, Certifie translations of the above documents, which conforms to the requirements of 22 C.F.R. 93.2 mailed to Islamic Republ H.E. Dr. Mohammad Javad Zarif, Foreign Minister of the Ministry of Foreign Affairs, Imam Khomeini Street, Imam Square, Tehran, Iran on 08/26/2021 by Registered Mail tracking # 7746 3214 8283, as per 7076 Clerk Certificate of M Confirmation that delivery was executed was not received by the Clerk's Office. (jkr) (Entered: 03/11/2022) |
| .1/2022 | 7747 | LETTER MOTION for Extension of Time *to serve expert reports* addressed to Magistrate Judge Sarah Netburn from Executive Committees dated 3/11/2022. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhi Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4).(Pounian, Steven) (Entered: 03/11/2022) |
| .1/2022 | 7748 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Megan W. Benett dated re: unredacted documents filed at ECF No. 7747. Document filed by FBI, Kingdom of Saudi Arabia, Plaintiffs Execu Committees, Dallah Avco Trans Arabia. (Attachments: # 1 Exhibit unredacted Exh 2 to ECF 7747, # 2 Exhibit unred to ECF 7747)Motion or Order to File Under Seal: 4255 .(Benett, Megan) (Entered: 03/11/2022) |
| .4/2022 | 7749 | MEMO ENDORSEMENT on re: 7744 Letter filed by Al Rajhi Bank. ENDORSEMENT: The Parties' request is GRA Discovery as to Al Rajhi Bank shall proceed on the schedule agreed to in this letter. (Signed by Magistrate Judge Sar on 3/14/22022) (ras) (Entered: 03/14/2022) |
| .4/2022 | 7750 | ORDER: This order sets out the briefing schedule for the turnover motions relating to the Da Afghanistan Bank Fund "DAB Funds") in Havlish, et al. v. Bin Laden, et al. ("Havlish") and John Does 1 through 7 v. The Taliban et al. ("Do Court has received the proposed schedules from the Havlish, Doe Plaintiffs, and the Plaintiffs' Executive Committees "PECs"). ECF Nos. 7725, 7726, and 7727, 7735, Doe, No. 20−mc−740, ECF No. 71. The following schedule shall go turnover motions proposed by the Havlish and Doe Plaintiffs: By March 21, 2022, the Havlish and Doe Plaintiffs sha motions for turnover as well as any motions addressing service issues (e.g., a motion for service by publication) relat DAB Funds. By April 20, 2022, the PECs may file a single brief of no more than 20 pages addressing any issues that believe are relevant to the Court's consideration of the Havlish and Doe Plaintiffs' turnover motions. This brief should issues the PECs believe the Court should consider in addressing these turnover motions. By April 27, 2022, the Havli Plaintiffs may file briefs of up to 10 pages each replying to the issues identified by the PECs. Alternatively, the two p file a single brief of up to 15 pages addressing those issues collectively. All papers for these motions shall be filed on MDL docket and the dockets for Havlish and Doe. (Signed by Magistrate Judge Sarah Netburn on 3/14/22022) (ras) ( 03/14/2022) |
| .4/2022 | 7751 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman dated 3/14/2022 re: Request for MDL Conso Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit Complaint, # 2 Exhibit Motion− Noti Emergency Attachment, # 3 Exhibit Dec in Support of Motion for Emergency Attachment, # 4 Exhibit Memo of Law emergency attachment, # 5 Exhibit Proposed Order re emergency attachment, # 6 Exhibit Hearing Schedule).(Goldm (Entered: 03/14/2022) |
| .5/2022 | 7752 | ORDER denying 7747 Letter Motion for Extension of Time. Despite the Court finding that only "extraordinary circu would merit yet another delay, the Plaintiffs seek this extension on a ground (delays in governmental production) that explicitly stated it would not entertain. Accordingly, the Plaintiffs' motion is DENIED, and the Clerk of the Court is r directed to deny the motion at ECF No. 7747. (Signed by Magistrate Judge Sarah Netburn on 3/15/2022) (ras) (Enter 03/15/2022) |
| .5/2022 | 7753 | LETTER addressed to Judge Valerie E. Caproni from Jerry S. Goldman dated 3/15/2022 re: Request for MDL Conso Document filed by Plaintiffs Executive Committees..(Goldman, Jerry) (Entered: 03/15/2022) |
| .5/2022 | 7754 | ORDER: While the Court has accepted John Does 1 through 7 v. The Taliban et al., No. 20−mc−740 ("Doe"), as a re two factors distinguish Doe from Owens. First, the Doe Plaintiffs already possess a judgment against the Taliban. Th the array of matters unrelated to September 11 Terrorist Attacks that the Court would be required to adjudicate. Indee Plaintiffs are currently proceeding on the same turnover schedule as other plaintiffs in In Re Terrorist Attacks on Sep 2001, ECF No. 7750, something that would plainly not be possible for the Owens Plaintiffs. Second, and more impor unique considerations of interbranch comity urged that Doe be accepted as a related case. At the time Doe was broug Court's attention, an attachment order in that case, along with one in this case, was preventing the implementing of U policy. Those attachment orders were preventing the President from reallocating certain Da Afghanistan Bank funds t an acute humanitarian crisis in Afghanistan. See ECF No. 7661 at 1112. Interbranch comity and a respect for the Pres preeminence in foreign affairs thus urged the incorporation of Doe into In Re Terrorist Attacks on September 11, 200 address the issues stemming from these writs in a rapid and uniform matter. Such urgent constitutional concerns are r here. Accordingly, the requirements to accept Owens as a related case are not met. (Signed by Magistrate Judge Saral on 3/15/2022) (ras) (Entered: 03/16/2022) |

| | | |
|---|---|---|
| .6/2022 | 7755 | LETTER MOTION for Discovery *Petition for Authorization to Disclose Grand Jury Materials Pursuant to Federal I Criminal Procedure 6(e)* addressed to Magistrate Judge Sarah Netburn from Jeannette A. Vargas dated 3/16/2022. Do filed by UNITED STATES OF AMERICA. (Attachments: # 1 Petition).(Vargas, Jeannette) (Entered: 03/16/2022) |
| .6/2022 | 7756 | MOTION for Entry of Default as to Kristen Breitweiser, as Personal Representative of the Estate of Ronald Breitwei Deceased, Kristen Breitweiser, and Caroline Breitweiser *The Breitweiser Plaintiffs' Motion for Entry of Final Defaul Against the Taliban and Muhammad Omar [substitute motion for MDL Doc. No. 7644]*. Document filed by Caroline Breitweiser, Kristen Breitweiser. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Text of Proposed Order [Proposed] In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN, 1:20−cv−00266−GBD−SN.(Pantazis, Dennis) (Entered: 03/16/2022) |
| .6/2022 | 7757 | DECLARATION of Dennis G. Pantazis in Support re: (194 in 1:02−cv−07230−GBD−SN, 1616 in 1:02−cv−06977−( 80 in 1:20−cv−00266−GBD−SN) MOTION for Entry of Default as to Kristen Breitweiser, as Personal Representativ Estate of Ronald Breitweiser, Deceased, Kristen Breitweiser, and Caroline Breitweiser *The Breitweiser Plaintiffs' Mo Entry of Final Default Judg. Document filed by Caroline Breitweiser, Kristen Breitweiser. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN, 1:20−cv−00266−GBD−SN.( Dennis) (Entered: 03/16/2022)* |
| .6/2022 | 7758 | MOTION for Entry of Default as to Patricia Ryan, as Personal Representative of the Estate of John J. Ryan, Decease Ryan, Kristen Ryan, Laura Ryan, Colin Ryan, Katherine Maher, as Personal Representative of the Estate of Daniel L Deceased, Katherine Maher, Daniel R. Maher, and Joseph F. Maher *The Ryan and Maher Plaintiffs' Motion for Entry Default Judgment Against the Taliban and Muhammad Omar [substitute motion for MDL Doc. No. 7643]*. Document Daniel Maher, Joseph Maher, Katherine Maher, Katherine Maher, Colin Ryan, John Ryan, John Ryan, Kristen Ryan, Ryan, Patricia Ryan. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD, 1:20−cv−00266−GBD−SN.(Pantazi (Entered: 03/16/2022) |
| .6/2022 | 7759 | DECLARATION of Dennis G. Pantazis in Support re: (139 in 1:02−cv−07236−GBD, 7758 in 1:03−md−01570−GBI in 1:20−cv−00266−GBD−SN, 1618 in 1:02−cv−06977−GBD−SN) MOTION for Entry of Default as to Patricia Ryar Personal Representative of the Estate of John J. Ryan, Deceased, Patricia Ryan, Kristen Ryan, Laura Ryan, Colin Rya Katherine Maher, as Personal Representative of the Estate of Daniel L. Maher, D. Document filed by Daniel Maher, J Maher, Katherine Maher, Katherine Maher, Colin Ryan, John Ryan, John Ryan, Kristen Ryan, Laura Ryan, Patricia I In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD, 1:20−cv−00266−GBD−SN.(Pantazis, Dennis) (Entered: 03/16/2022) |
| .6/2022 | 7760 | Objection re: 7752 Order on Motion for Extension of Time,, . Document filed by Plaintiffs Executive Committees..(F Steven) (Entered: 03/16/2022) |
| .8/2022 | 7761 | ORDER terminating (7643) Motion for Default Judgment; terminating (7644) Motion for Default Judgment in case 1:03−md−01570−GBD−SN; terminating (1600) Motion for Default Judgment; terminating (1601) Motion for Defaul in case 1:02−cv−06977−GBD−SN; terminating (190) Motion for Default Judgment in case 1:02−cv−07230−GBD−S terminating (135) Motion for Default Judgment in case 1:02−cv−07236−GBD. The Court has received the Plaintiffs' default judgments against the Taliban and Muhammad Omar. These motions at ECF Nos. 7756 and 7758 replace the motions at ECF Nos. 7644 and 7643 respectively. Accordingly, the Court respectfully directs the Clerk of the Court t the motions at ECF Nos. 7643 and 7644. (Signed by Magistrate Judge Sarah Netburn on 3/18/2022) Filed In Associat 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN, 1:02−cv−07236−GBD, 1:20−cv−00266−GBD−SN. (ras) (Entered: 03/18/2022) |
| .8/2022 | 7762 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated 3/18/2022 re: sta Request for International Judicial Assistance to take the testimony of Alp Karli in Turkey. Document filed by Plaintif Executive Committees..(Maloney, Andrew) (Entered: 03/18/2022) |
| 20/2022 | 7763 | MOTION for Partial Turnover of Assets From Garnishee Federal Reserve Bank of New York . Document filed by Ha Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Wolosky, Lee) (Entere 03/20/2022) |
| 20/2022 | 7764 | MEMORANDUM OF LAW in Support re: (597 in 1:03−cv−09848−GBD−SN, 7763 in 1:03−md−01570−GBD−SN) for Partial Turnover of Assets From Garnishee Federal Reserve Bank of New York . . Document filed by Havlish Pla Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Wolosky, Lee) (Entered: 03/20/2 |
| 20/2022 | 7765 | DECLARATION of Douglass A. Mitchell in Support re: (597 in 1:03−cv−09848−GBD−SN, 7763 in 1:03−md−01570−GBD−SN) MOTION for Partial Turnover of Assets From Garnishee Federal Reserve Bank of New Document filed by Havlish Plaintiffs. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exh Exhibit 6)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Mitchell, Douglass) (E 03/20/2022) |
| 20/2022 | 7766 | DECLARATION of Alex B. Zerden in Support re: (597 in 1:03−cv−09848−GBD−SN, 7763 in 1:03−md−01570−GB MOTION for Partial Turnover of Assets From Garnishee Federal Reserve Bank of New York .. Document filed by H |

| | | |
|---|---|---|
| | | Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Wolosky, Lee) (Enter 03/20/2022) |
| 20/2022 | 7767 | NOTICE of Doe Creditors' Motion for Turnover. Document filed by John Does 1 through 7..(Do Campo, Orlando) (E 03/20/2022) |
| 20/2022 | 7768 | PROPOSED ORDER. Document filed by Havlish Plaintiffs. Related Document Number: [7763, 597]..(Wolosky, Lee **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 03/20/2022) |
| 20/2022 | 7769 | MEMORANDUM OF LAW in Support re: 7767 Notice (Other) *of Motion in Support of Doe Creditors' Motion for T* Document filed by John Does 1 through 7. (Attachments: # 1 Exhibit A− Writ of Execution, # 2 Exhibit B− SOI in D # 3 Text of Proposed Order C− Proposed Order).(Do Campo, Orlando) (Entered: 03/20/2022) |
| 20/2022 | 7770 | DECLARATION of John Thornton in Support re: 7769 Memorandum of Law in Support,. Document filed by John D through 7..(Do Campo, Orlando) (Entered: 03/20/2022) |
| 20/2022 | 7771 | NOTICE of Filing Expert Declaration re: 7769 Memorandum of Law in Support,. Document filed by John Does 1 thr (Attachments: # 1 Exhibit A− Declaration of Alex Zerden).(Do Campo, Orlando) (Entered: 03/20/2022) |
| 21/2022 | 7772 | EMERGENCY LETTER MOTION for Discovery *re Request for International Judicial Assistance to take the testimo Karli in Turkey* addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated March 21, 2022. Docur by Dallah Avco Trans Arabia, Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit A).(Kellogg, Michael) (Entered: 03/21/2022) |
| 21/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (7768 in 1:03−md−01570−GBD in 1:03−cv−09848−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN(km)** (Entered: 03/21/2022) |
| 21/2022 | 7773 | RESPONSE re: (7734 in 1:03−md−01570−GBD−SN) Objection (non−motion) *by Amduso Plaintiffs to Magistrate Ju Netburn's February 22, 2022 Opinion and Order (MDL Dkt. 7696)*. Document filed by Havlish Plaintiffs. Filed In As Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Wolosky, Lee) (Entered: 03/21/2022) |
| 21/2022 | 7774 | ORDER granting 7772 Letter Motion for Discovery. The Kingdom of Saudi Arabia and Dallah Avco's motion for the withdraw its request for the Turkish authorities' assistance in taking the deposition of Alp Karli is GRANTED. Based letter submitted by the Plaintiffs' Executive Committees (PECs) at ECF No. 7762, the Court understands that the PEC seek Mr. Karli's deposition. Accordingly, Saudi Arabia and Dallah Avco's motion at ECF No. 7772 is effectively uno The Court therefore withdraws its May 11, 2021 request for international judicial assistance in taking Mr. Karli's dep ECF No. 6803. It thanks both the Turkish Court and Turkish Ministry of Justice for their assistance in this matter. Sa and Dallah Avco have requested that the Court convey copies of this Order to the Turkish Court and Turkish Ministry as quickly as possible. Accordingly, the Court will mail copies of this Order to the addresses provided in Saudi Arabi Dallah Avco's motion papers. It will also email the Turkish Ministry of Justice at the address provided in those paper of the Court is respectfully directed to grant the motion at ECF No. 7772. The Clerk of the Court is further respectful to mail or email copies of this Order to the addresses listed below as appropriate. (Signed by Magistrate Judge Sarah 3/21/2022) (ras) (Entered: 03/21/2022) |
| 21/2022 | | Transmission to Office of the Clerk of Court. Transmitted re: 7774 Order to the Office of the Clerk of Court for proc Please mail to: Turkish Court stanbul Adliye Saraystanbul 22. Asliye Hukuk Mahkemesialayan, stanbul AND Minist TC Adalet Bakanl, Adalet Bakanl Ek Binas Namk Kemal Mah. Milli Müdafaa Caddesi No:22 Kzlay − ankaya / ANK (Entered: 03/21/2022) |
| 21/2022 | | E−Mailed a copy of 7774 Order to diabgm@adalet.gov.tr. (ras) (Entered: 03/21/2022) |
| 21/2022 | | Mailed a copy of 7774 Order on Motion for Discovery to Turkish Court at stanbul Adliye Saray, stanbul 22. Asliye H Mahkemesi, alayan, stanbul; and to Ministry of Justice at TC Adalet Bakanl, Adalet Bakanl Ek Binas, Namk Kemal M Müdafaa Caddesi, No:22 Kzlay − ankaya / ANKARA. (kh) (Entered: 03/21/2022) |
| 21/2022 | 7775 | **FILING ERROR − DEFICIENT DOCKET ENTRY − (SEE DOCUMENT #7777)** AFFIDAVIT OF SERVICE o Creditors' Motion for Turnover of Assets served on Da Afghanistan Bank on 3/20/2021. Service was accepted by Sha Member of DAB's Supreme Council. Document filed by John Does 1 through 7..(Do Campo, Orlando) Modified on 3 (lb). (Entered: 03/21/2022) |
| 21/2022 | 7776 | AFFIDAVIT OF SERVICE of Havlish Plaintiffs' Motion for Partial Turnover of Assets From Garnishee Federal Res of New York served on Da Afghanistan Bank on 03/20/2022. Service was accepted by Dr. Shah Mehrabi, Member o Supreme Council. Document filed by Havlish Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Wolosky, Lee) (Entered: 03/21/2022) |
| 21/2022 | 7777 | AFFIDAVIT OF SERVICE of Doe Creditors' Motion for Turnover of Assets served on Da Afghanistan Bank on 03/2 Service was accepted by Shah Mehrabi, member of DAB's supreme council. Document filed by John Does 1 through Campo, Orlando) (Entered: 03/21/2022) |

| | | |
|---|---|---|
| 21/2022 | 7778 | JOINT LETTER addressed to Magistrate Judge Sarah Netburn from Dubai Islamic Bank dated March 21, 2022 re: Ex Deadline for Plaintiffs' Response to DIB's Personal Jurisdiction Motion. Document filed by Dubai Islamic Bank.Filed Associated Cases: 1:03−md−01570−GBD−SN et al..(Cottreau, Steven) (Entered: 03/21/2022) |
| 21/2022 | 7779 | MOTION to Serve *Taliban by Alternative Service*. Document filed by John Does 1 through 7..(Do Campo, Orlando) 03/21/2022) |
| 21/2022 | 7780 | MEMORANDUM OF LAW in Support re: 7779 MOTION to Serve *Taliban by Alternative Service*. . Document filed Does 1 through 7. (Attachments: # 1 Text of Proposed Order Proposed Order Granting Doe Creditors' Motion).(Do C Orlando) (Entered: 03/21/2022) |
| 21/2022 | 7781 | DECLARATION of Daniela Jaramillo in Support re: 7779 MOTION to Serve *Taliban by Alternative Service*.. Docu by John Does 1 through 7. (Attachments: # 1 Exhibit 1. USPS service suspension − Afghanistan, # 2 Exhibit 2. UPS s suspension− Afghanistan, # 3 Exhibit 3. FedEX service suspension − Afghanistan, # 4 Exhibit 4. DHL service suspen Afghanistan, # 5 Exhibit 5. U.S. Department of State Afghanistan travel advisory).(Do Campo, Orlando) (Entered: 03 |
| 21/2022 | 7782 | NOTICE of Motion for an Order Directing Alternative Service Upon the Taliban and Da Afghanistan Bank. Docume Havlish Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Wolosky, Lee 03/21/2022) |
| 21/2022 | 7783 | MOTION / Notice of Motion for an Order Directing Alternative Service Upon the Taliban and Da Afghanistan Bank filed by Havlish Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Wolo (Entered: 03/21/2022) |
| 21/2022 | 7784 | MEMORANDUM OF LAW in Support re: (605 in 1:03−cv−09848−GBD−SN, 7783 in 1:03−md−01570−GBD−SN) Notice of Motion for an Order Directing Alternative Service Upon the Taliban and Da Afghanistan Bank . . Documen Havlish Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Wolosky, Lee 03/21/2022) |
| 21/2022 | 7785 | DECLARATION of Douglass A. Mitchell in Support re: (605 in 1:03−cv−09848−GBD−SN, 7783 in 1:03−md−01570−GBD−SN) MOTION / Notice of Motion for an Order Directing Alternative Service Upon the Talib Afghanistan Bank .. Document filed by Havlish Plaintiffs. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhib In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Wolosky, Lee) (Entered: 03/21/2022) |
| 22/2022 | 7786 | PROPOSED ORDER. Document filed by Havlish Plaintiffs. Related Document Number: [7783 and 605]..(Wolosky, **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 03/22/2022) |
| 22/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (608 in 1:03−cv−09848−GBD− 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN(km)** (Entered: 03/22/2022) |
| 22/2022 | 7787 | ORDER: On March 16, 2022, the Plaintiffs filed objections to Magistrate Judge Netburn's Order denying their reques extension. Plaintiffs' objections are overruled because their request for an extension is based on grounds that the cour stated would not be sufficient to grant such an extension. Magistrate Judge Netburn's order denying Plaintiffs' request extension is neither clearly erroneous nor contrary to law. It is hereby AFFIRMED. The parties are ordered to procee to the schedule set out in Magistrate Judge Netburn's September 17, 2021 Order. (Signed by Judge George B. Daniels 3/22/2022) (ate) (Entered: 03/22/2022) |
| 22/2022 | 7788 | ORDER granting 7755 Letter Motion for Discovery. The Government's petition for the disclosure of grand jury mate GRANTED under Federal Rule of Criminal Procedure 6(e)(3) (E)(i). The Court has already determined on numerous that the Plaintiffs need the type of materials at issue here. See, e.g., ECF Nos. 5193, 6854, 6672, 7107, 7718. As in th the Government has likewise determined here that there is no further need to keep these materials secret. The Plaintif Executive Committees' arguments in favor of disclosure made at ECF No. 7716, that the Court credited in granting th at ECF No. 7718, are also substantially applicable here, as both relate to materials t o be disclosed pursuant to Preside Executive Order on Declassification Review of Certain Documents Concerning the Terrorist Attacks of September 1 Accordingly, disclosure of these materials is appropriate. Material disclosed under this Order shall not be subject to th the protective orders at ECF Nos. 1900 and 4255 and may be disclosed subject to any redactions required by the Priva The Clerk of the Court is respectfully directed to GRANT the motion at ECF No. 7755. (Signed by Magistrate Judge Netburn on 3/22/2022) (ras) (Entered: 03/22/2022) |
| 22/2022 | 7789 | MEMO ENDORSEMENT on re: 7778 Letter, filed by Dubai Islamic Bank. ENDORSEMENT: The parties' request i GRANTED. The Plaintiffs shall file any response to Dubai Islamic Bank's motion by April 29, 2022. (Signed by Mag Judge Sarah Netburn on 3/22/2022) (ras) (Entered: 03/22/2022) |
| 22/2022 | 7790 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter dated March 22, 2022 re: the Taliban jud applications and DAB turnover proceedings. Document filed by Federal Insurance Company et al., Plaintiffs. (Attach Attachment A − Spreadsheet).(Carter, Sean) (Entered: 03/22/2022) |

| | | |
|---|---|---|
| 22/2022 | 7791 | PROPOSED ORDER. Document filed by Federal Insurance Company et al., Plaintiffs. Related Document Number: 7 ..(Carter, Sean) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 03/22/2022) |
| 22/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 7791 Proposed Order was revi approved as to form. (km)** (Entered: 03/22/2022) |
| 22/2022 | 7792 | LETTER addressed to Magistrate Judge Sarah Netburn from Michel F. Baumeister dated 03/22/2022 re: Response to by Federal Insurance Plaintiffs, et al. regarding the Taliban judgment applications and DAB turnover proceedings. Do filed by Virginia Bauer, et al, Virginia Bauer, et al..Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD.(Baumeister, Michel) (Entered: 03/22/2022) |
| 23/2022 | 7793 | LETTER addressed to Magistrate Judge Sarah Netburn from Meryl Schwartz dated 03/22/2022 re: Response to Lette Federal Insurance Plaintiffs, et al. regarding the Taliban judgment applications and DAB turnover proceedings. Docu by Cheryl Schneider..(Schwartz, Meryl) (Entered: 03/23/2022) |
| 24/2022 | 7794 | PROPOSED STIPULATION AND ORDER. Document filed by Havlish Plaintiffs..(Wolosky, Lee) (Entered: 03/24/2 |
| 25/2022 | 7795 | LETTER addressed to Magistrate Judge Sarah Netburn from Andrew J. Maloney, III dated 03/25/2022 re: Response submitted by Meryl Schwartz ECF 7793, Michael Baumeister ECF 7792 and Sean Carter ECF 7790. Document filed Kathleen Ashton..(Maloney, Andrew) (Entered: 03/25/2022) |
| 25/2022 | 7796 | STIPULATION AND ORDER FOR THE PROTECTION AND EXCHANGE OF CONFIDENTIAL INFORMATIC PRODUCED BY NON−PARTY FEDERAL RESERVE BANK OF NEW YORK...regarding procedures to be follov shall govern the handling of confidential material...(See document.) (Signed by Magistrate Judge Sarah Netburn on 3 Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN. (ras) (Entered: 03/25/2022) |
| 28/2022 | 7797 | REPLY re: 7734 Objection (non−motion) . Document filed by Milly Amduso..(Eaves, John) (Entered: 03/28/2022) |
| 28/2022 | 7798 | NOTICE OF APPEARANCE by Bruce G. Paulsen on behalf of Fleetscape Suez Rajan, LLC..(Paulsen, Bruce) (Enter 03/28/2022) |
| 28/2022 | 7799 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Fleetscape Suez Rajan, LLC Fleetscape Capital Holdings Limited; Corporate Parent Oaktree Desert Sky Investment Fund II, L.P., Corporate Parer Brookfield Asset Management Inc. for Oaktree Capital Management, L.P.. Document filed by Oaktree Capital Mana L.P., Fleetscape Capital Holdings Limited, Fleetscape Suez Rajan, LLC..(Paulsen, Bruce) (Entered: 03/28/2022) |
| 28/2022 | 7800 | NOTICE OF APPEARANCE by Brian Paul Maloney on behalf of Fleetscape Capital Holdings Limited, Fleetscape S LLC, Oaktree Capital Management, L.P...(Maloney, Brian) (Entered: 03/28/2022) |
| 28/2022 | 7801 | MEMORANDUM OF LAW in Opposition re: (370 in 1:11−cv−07550−GBD−SN, 7721 in 1:03−md−01570−GBD−S MOTION for Turnover of Assets From Garnishees Oaktree Capital Management, LP, Fleetscape Capital Holdings L Fleetscape Suez Rajan LLC . . Document filed by Fleetscape Capital Holdings Limited, Fleetscape Suez Rajan, LLC, Capital Management, L.P., Oaktree Capital Management, L.P.. Filed In Associated Cases: 1:03−md−01570−GBD−S 1:11−cv−07550−GBD−SN.(Paulsen, Bruce) (Entered: 03/28/2022) |
| 28/2022 | 7802 | DECLARATION of Christian Tobias Backer in Opposition re: (370 in 1:11−cv−07550−GBD−SN, 7721 in 1:03−md−01570−GBD−SN) MOTION for Turnover of Assets From Garnishees Oaktree Capital Management, LP, F Capital Holdings Limited, and Fleetscape Suez Rajan LLC .. Document filed by Fleetscape Capital Holdings Limited Suez Rajan, LLC, Oaktree Capital Management, L.P., Oaktree Capital Management, L.P.. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN.(Paulsen, Bruce) (Entered: 03/28/2022) |
| 28/2022 | 7803 | DECLARATION of Martin Graham in Opposition re: (370 in 1:11−cv−07550−GBD−SN, 7721 in 1:03−md−01570− MOTION for Turnover of Assets From Garnishees Oaktree Capital Management, LP, Fleetscape Capital Holdings L Fleetscape Suez Rajan LLC .. Document filed by Fleetscape Capital Holdings Limited, Fleetscape Suez Rajan, LLC, Capital Management, L.P., Oaktree Capital Management, L.P.. (Attachments: # 1 Exhibit 1− Press Release, # 2 Exhil Permanent Certificate of Registry, # 3 Exhibit 3− Safety Management Certificate, # 4 Exhibit 4− Vessel Particulars, # 5− FSR Certificate of Formation, # 6 Exhibit 6− 2/16/21 Memorandum of Agreement, # 7 Exhibit 7− 2/18/21 Memor Agreement, # 8 Exhibit 8− Standard Bareboat Charter, # 9 Exhibit 9− Manager's Undertaking)Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN.(Paulsen, Bruce) (Entered: 03/28/2022) |
| 29/2022 | 7804 | ORDER in case 1:03−md−01570−GBD−SN; terminating (179 in 1:18−cv−05320−GBD−SN) MOTION Partial Final (57 in 1:19−cv−11776−GBD−SN) MOTION Partial Final Judgment, (70 in 1:19−cv−11776−GBD−SN) MOTION FO PARTIAL FINAL JUDGMENT FOR DAMAGES. Several motions in member cases in this multidistrict litigation re despite having been resolved. Those resolutions are reflected on the main MDL docket, but not on the member case d Accordingly, the Clerk of the Court is respectfully directed to terminate the following motions: Agyeman v. The Islar Republic of Iran, No. 18−cv−05320, ECF No. 179 (resolved by In Re Terrorist Attacks, No. 03−md−1570, ECF No. Bodner v. The Islamic Republic of Iran, No. 19−cv−11776, ECF No. 57 (resolved by In Re Terrorist Attacks, No. 03 ECF No. 7522); and Bodner v. The Islamic Republic of Iran, No. 19−cv−11776, ECF No. 70 (resolved by In Re Terr Attacks, No. 03−md−1570, ECF No. 7527). (Signed by Magistrate Judge Sarah Netburn on 3/29/2022) Filed In Asso |

| | | |
|---|---|---|
| | | Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05320−GBD−SN, 1:19−cv−11776−GBD−SN. (ras) (Entered: 03/29/20 |
| 29/2022 | 7805 | MOTION for Judgment *against Taliban and Muhammed Omar*. Document filed by Cheryl Schneider.Filed In Associ 1:03−md−01570−GBD−SN et al..(Schwartz, Meryl) (Entered: 03/29/2022) |
| 29/2022 | 7806 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** MOTION for Judgment *Declaration Schwartz*. Document filed by Cheryl Schneider. (Attachments: # 1 Exhibit Pain and Suffering, # 2 Exhibit Solatium)I Associated Cases: 1:03−md−01570−GBD−SN et al..(Schwartz, Meryl) Modified on 3/29/2022 (db). (Entered: 03/29/ |
| 29/2022 | 7807 | NOTICE OF APPEARANCE by Bruce G. Paulsen on behalf of Fleetscape Capital Holdings Limited, Oaktree Capita Management, L.P...(Paulsen, Bruce) (Entered: 03/29/2022) |
| 29/2022 | 7808 | MOTION for John C. Duane to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−25930054. **Mot supporting papers to be reviewed by Clerk's Office staff.** Document filed by Burnett Plaintiffs. (Attachments: # 1 Supplement, # 2 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Duane, John) 03/29/2022) |
| 29/2022 | 7809 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter dated March 29, 2022 re: Plaintiffs in the O'Neill and Federal Insurance cases write in furtherance of their letter of March 22, 2022 (ECF No. 7790). Document Federal Insurance Company et al., Plaintiffs..(Carter, Sean) (Entered: 03/29/2022) |
| 30/2022 | 7810 | LETTER addressed to Magistrate Judge Sarah Netburn from Michel F. Baumeister dated 03/30/2022 re: Response to by Federal Insurance Plaintiffs (ECF No. 7809) regarding their March 22, 2022 letter (ECF No. 7790) re Taliban judg applications and DAB turnover proceedings. Document filed by Virginia Bauer, et al, Virginia Bauer, et al..Filed In A Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD.(Baumeister, Michel) (Entere 03/30/2022) |
| 30/2022 | 7811 | LETTER addressed to Magistrate Judge Sarah Netburn from Michel F. Baumeister dated 03/30/2022 re: Response to by Federal Insurance Plaintiffs (ECF No. 7809) regarding their March 22, 2022 letter (ECF No. 7790) re Taliban judg applications and DAB turnover proceedings. Document filed by Virginia Bauer, et al, Virginia Bauer, et al..Filed In A Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD.(Baumeister, Michel) (Entere 03/30/2022) |
| 30/2022 | 7812 | CERTIFICATE OF SERVICE of Notice of Motion for Turnover served on Da Afghanistan Bank on 3/30/2022. Docu by John Does 1 through 7. (Attachments: # 1 Exhibit A− Tweet of Notice of Turnover in English and Pashto, # 2 Exh DAB Twitter Account).(Do Campo, Orlando) (Entered: 03/30/2022) |
| 30/2022 | 7813 | CERTIFICATE OF SERVICE of Notice of Motion for Turnover served on The Taliban on 3/30/2022. Document file Does 1 through 7. (Attachments: # 1 Exhibit A− Tweet of Notice of Turnover in English and Pashto, # 2 Exhibit B− Account of Zabiullah Mujahid, # 3 Exhibit C− Twitter Account of Dr. Mohammad Naeem Wardak, # 4 Exhibit D− T Account of Qari Yousaf Ahmadi, # 5 Exhibit E− Twitter Account of Suhail Shaheen).(Do Campo, Orlando) (Entered 03/30/2022) |
| 30/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 7808 MOTION for John C Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−25930054. Motion and supporting papers t reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (vba)** (Entere 03/30/2022) |
| 30/2022 | 7814 | LETTER addressed to Magistrate Judge Sarah Netburn from Orlando do Campo dated 03/30/2022 re: Update on serv adjudication of Turnover Motion. Document filed by John Does 1 through 7..(Do Campo, Orlando) (Entered: 03/30/2 |
| 30/2022 | 7815 | PROPOSED JUDGMENT. Document filed by Cheryl Schneider. (Attachments: # 1 Exhibit Pain and Suffering amou Exhibit Solatium amounts).(Schwartz, Meryl) **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered 03/30/2022) |
| 30/2022 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. 7815 Proposed Judgment reviewed and approved as to form. (km)** (Entered: 03/30/2022) |
| 30/2022 | 7816 | MOTION for Jennifer G. Guy to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−25937281. **Mo supporting papers to be reviewed by Clerk's Office staff.** Document filed by Burnett Plaintiffs. (Attachments: # 1 Supplement, # 2 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Guy, Jennifer 03/30/2022) |
| 30/2022 | 7817 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter dated March 30, 2022 re: Federal Insurar and O'Neill Plaintiffs' response to the unauthorized sur−reply letter at ECF Nos. 7810 and 7811. Document filed by F Insurance Company et al., Plaintiffs..(Carter, Sean) (Entered: 03/30/2022) |
| 30/2022 | 7818 | ORDER: The Court has received the proposal made by plaintiffs' firm Cozen O'Connor for the management of pendi judgments against the Taliban. ECF No. 7790. It has also received that firm's update to this proposal, ECF No. 7809, |

| | | |
|---|---|---|
| | | update, ECF No. 7817, and the responses from various firms to this proposal. ECF Nos. 7792, 7793, 7795, 7810, 781 Court has determined that additional briefing on this question is not presently required. Accordingly, no further paper filed regarding this proposal absent leave of the Court. (Signed by Magistrate Judge Sarah Netburn on 3/30/2022) (ra 03/30/2022) |
| 31/2022 | 7819 | CERTIFICATE OF SERVICE of Turnover motion, memorandum of law and declarations in support served on Da A Bank on 03/31/2022. Document filed by John Does 1 through 7. (Attachments: # 1 Exhibit A − Tweet in Pashto and English).(Do Campo, Orlando) (Entered: 03/31/2022) |
| 31/2022 | 7820 | CERTIFICATE OF SERVICE of Turnover motion, memorandum of law and declarations in support served on The T 03/31/2022. Document filed by John Does 1 through 7. (Attachments: # 1 Exhibit A − Tweet in Pashto and English).( Campo, Orlando) (Entered: 03/31/2022) |
| 31/2022 | 7821 | LETTER MOTION for Extension of Time addressed to Magistrate Judge Sarah Netburn from Andrew J. Maloney, II 03/31/2022. Document filed by Plaintiffs Executive Committees..(Maloney, Andrew) (Entered: 03/31/2022) |
| 31/2022 | 7823 | ORDER: On March 30, 2022, the Court received a letter from the Women's Forum on Afghanistan. The letters nine s are women who are "former Afghan government officials, members of Parliament, and civil society leaders" requesti Court consider the interests of the Afghan people in pending proceedings against assets of Da Afghanistan Bank. The interprets this Letter as a request for leave to accept it as an amicus brief. That request is granted, as further set forth. representative of the Afghan people is before the Court, even though the adjudication of entitlement to Da Afghanista assets may well impact their social and economic circumstances. Normally, a national government might be expected these interests and raise such concerns to the Court. Here, though, as the U.S. Government has pointed out, Afghanist recognized government. ECF No. 7661 at 34. This letter, which does not raise new legal issues or extend prior ones, t provides an appropriate means to give the Court information and insights that it would not otherwise have. The letter Women's Forum on Afghanistan is accepted as an amicus brief related to the pending proceedings against assets of D Afghanistan Bank. That letter is appended to this Order. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn 3/31/2022) (mml) (Entered: 04/01/2022) |
| 01/2022 | 7822 | ORDER granting 7821 Letter Motion for Extension of Time. Mr. Simon's expert report may be served by April 8, 20 (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 04/01/2022 |
| 01/2022 | 7824 | CERTIFICATE OF SERVICE of Turnover motion, memorandum of law and declarations in support served on Da A Bank on 4/1/2022. Document filed by John Does 1 through 7. (Attachments: # 1 Exhibit A− BCC of Pashto e−mail to Exhibit B− BCC of English e−mail to DAB).(Thornton, John) (Entered: 04/01/2022) |
| 01/2022 | 7825 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated April 1, 2022 re: Joint status concerning redactions. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 04/01/2022) |
| 04/2022 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE−FILE Doc (91 in 1:19−cv−00044−GBD−SN) MOTION for Jennifer G. Guy to Appear Pro Hac Vice . Filing fee $ 200.00, r number ANYSDC−25937281. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing deficient for the following reason(s): missing Certificate of Good Standing from Arizona. Re−file the motion as to Appear Pro Hac Vice − attach the correct signed PDF − select the correct named filer/filers − attach valid C of Good Standing issued within the past 30 days − attach Proposed Order. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(laq)** (Entered: 04/04/2022) |
| 04/2022 | 7826 | ORDER granting (953) Motion for John C. Duane to Appear Pro Hac Vice in case 1:03−cv−09849−GBD−SN; granti Motion for John C. Duane to Appear Pro Hac Vice in case 1:03−md−01570−GBD−SN; granting (689) Motion for Jo Duane to Appear Pro Hac Vice in case 1:04−cv−07279−GBD−SN; granting (560) Motion for John C. Duane to Appe Vice in case 1:15−cv−09903−GBD−SN; granting (51) Motion for John C. Duane to Appear Pro Hac Vice in case 1:18−cv−11493−GBD−SN; granting (50) Motion for John C. Duane to Appear Pro Hac Vice in case 1:18−cv−11504 granting (50) Motion for John C. Duane to Appear Pro Hac Vice in case 1:18−cv−11509−GBD−SN; granting (50) M John C. Duane to Appear Pro Hac Vice in case 1:18−cv−11515−GBD−SN; granting (50) Motion for John C. Duane t Pro Hac Vice in case 1:18−cv−11519−GBD−SN; granting (49) Motion for John C. Duane to Appear Pro Hac Vice in 1:18−cv−11582−GBD−SN; granting (48) Motion for John C. Duane to Appear Pro Hac Vice in case 1:18−cv−11619 granting (49) Motion for John C. Duane to Appear Pro Hac Vice in case 1:18−cv−11624−GBD−SN; granting (48) M John C. Duane to Appear Pro Hac Vice in case 1:18−cv−11664−GBD−SN; granting (41) Motion for John C. Duane t Pro Hac Vice in case 1:18−cv−12030−GBD−SN; granting (41) Motion for John C. Duane to Appear Pro Hac Vice in 1:18−cv−12118−GBD−SN; granting (42) Motion for John C. Duane to Appear Pro Hac Vice in case 1:18−cv−12318 granting (41) Motion for John C. Duane to Appear Pro Hac Vice in case 1:18−cv−12322−GBD−SN; granting (41) M John C. Duane to Appear Pro Hac Vice in case 1:19−cv−00026−GBD−SN; granting (98) Motion for John C. Duane t Pro Hac Vice in case 1:19−cv−00041−GBD−SN; granting (90) Motion for John C. Duane to Appear Pro Hac Vice in 1:19−cv−00044−GBD−SN. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) Filed In A Cases: 1:03−md−01570−GBD−SN et al. (ras) (Entered: 04/04/2022) |

| | | |
|---|---|---|
| )4/2022 | 7827 | MEMO ENDORSEMENT on re: 7825 Letter filed by Kingdom of Saudi Arabia. ENDORSEMENT: The Parties' req GRANTED. The parties shall submit another joint status letter by May 27, 2022. (Signed by Magistrate Judge Sarah 4/4/2022) (ras) (Entered: 04/04/2022) |
| )4/2022 | 7828 | NOTICE of Acknowledgement of Service from Da Afghanistan Bank re: 7824 Certificate of Service Other, 7767 No (Other). Document filed by John Does 1 through 7. (Attachments: # 1 Exhibit A− E−mail Response from DAB).(Do Orlando) (Entered: 04/04/2022) |
| )5/2022 | 7829 | MOTION for Jennifer G. Guy to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's staff.** Document filed by Burnett Plaintiffs. (Attachments: # 1 Affidavit, # 2 Supplement Cert of Good Standing AZ ( w/previous filing, ECF 7816), # 3 Supplement Cert of Good Standing GA, # 4 Supplement Cert of Good Standing SC of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Guy, Jennifer) (Entered: 04/05/2022 |
| )5/2022 | 7830 | OPINION & ORDER re: (605 in 1:03−cv−09848−GBD−SN, 7783 in 1:03−md−01570−GBD−SN) MOTION / Notic for an Order Directing Alternative Service Upon the Taliban and Da Afghanistan Bank, filed by Havlish Plaintiffs, (8 1:20−mc−00740−GBD) MOTION to Serve *Taliban by Alternative Service*, filed by John Does 1 through 7, (7779 in 1:03−md−01570−GBD−SN) MOTION to Serve *Taliban by Alternative Service*, filed by John Does 1 through 7. The grants in part the Doe and Havlish Plaintiffs' motion for alternative service on the Taliban and the Havlish Plaintiffs' supplemental service on Da Afghanistan Bank. The Doe Plaintiffs' motion for nunc pro tunc approval of their service The Doe and Havlish Plaintiffs shall serve the Taliban according to the procedures set out in Section I of this Opinion The Havlish Plaintiffs shall conduct supplemental service on Da Afghanistan Bank according to the procedures set ou II of this Opinion and Order. Should the Doe Plaintiffs wish to supplement their service on DAB, they may do so by mechanisms without further application to the Court. The Clerk of the Court is respectfully directed to terminate the ECF Nos. 7779 and 7783, as well as ECF No. 85 in Doe, No. 20−mc−740, and ECF No. 605 in Havlish, No. 03−cv− (Signed by Magistrate Judge Sarah Netburn on 4/5/2022) (ras) (Entered: 04/05/2022) |
| )5/2022 | 7831 | LETTER MOTION for Discovery *(request to lodge copies of evidence produced pursuant to the Hague Convention electronically and to update the Court)* addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Comr Personal Injury And Death Claims dated 4/5/2022. Document filed by Kathleen Ashton. (Benett, Megan) (Entered: 0 |
| )5/2022 | 7832 | DECLARATION of James Gavin Simpson in Support re: 7831 LETTER MOTION for Discovery *(request to lodge c evidence produced pursuant to the Hague Convention electronically and to update the Court)* addressed to Magistrat Sarah Netburn from Plaintiffs Executive Committee For Personal In. Document filed by Kathleen Ashton. (Attachme Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D).(Simpson, James) (Entered: 04/05/2022) |
| )6/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (956 in 1:03−cv−09849−G in 1:19−cv−00044−GBD−SN, 692 in 1:04−cv−07279−GBD−SN, 52 in 1:18−cv−11582−GBD−SN, 563 in 1:15−cv−09903−GBD−SN, 101 in 1:19−cv−00041−GBD−SN, 44 in 1:19−cv−00026−GBD−SN, 44 in 1:18−cv−12322−GBD−SN, 52 in 1:18−cv−11624−GBD−SN, 53 in 1:18−cv−11515−GBD−SN, 44 in 1:18−cv−12118−GBD−SN, 53 in 1:18−cv−11509−GBD−SN, 51 in 1:18−cv−11619−GBD−SN, 44 in 1:18−cv−12030−GBD−SN, 51 in 1:18−cv−11664−GBD−SN, 54 in 1:18−cv−11493−GBD−SN, 53 in 1:18−cv−11504−GBD−SN, 53 in 1:18−cv−11519−GBD−SN, 7829 in 1:03−md−01570−GBD−SN, 45 in 1:18−cv−12318−GBD−SN) MOTION for Jennifer G. Guy to Appear Pro Hac Vice . Motion and supporting pa reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Asso Cases: 1:03−md−01570−GBD−SN et al.(aea)** (Entered: 04/06/2022) |
| )6/2022 | 7833 | ORDER: Certain plaintiffs in Fed. Ins. Co. v. al Qaida, No. 03−cv−06978 (the "Federal Insurance Plaintiffs") move f final default judgment against the Taliban under Federal Rule of Civil Procedure 54(b). (Case No. 03−md−1570, ECI 7496.) This Motion is GRANTED. Accordingly, for the reasons set forth in the Court's Order at Case No. 03−md−15 No. 2502, adopting the Report and Recommendation at Case No. 03−md−1570, ECF No. 2479, partial final default ju under Federal Rule of Civil Procedure 54(b) is entered against the Taliban and in favor of the Federal Insurance Plain following amounts: As set forth herein. The Federal Insurance Plaintiffs are also awarded prejudgment interest at the percent, compounded annually. Pursuant to Federal Rule of Civil Procedure 62(a), the stay normally imposed under t lifted. The Federal Insurance Plaintiffs may execute on and enforce the judgment immediately. The Clerk of the Cour respectfully directed to prepare andenter a final judgment. To aid this preparation, the Federal Insurance Plaintiffs sha document calculating the prejudgment interest at their earliest convenience. SO ORDERED. (Signed by Judge Georg Daniels on 4/06/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−06978−GBD−SN (ama) Tra to Orders and Judgments Clerk for processing. (Entered: 04/06/2022) |
| )7/2022 | 7834 | ORDER: The request for a default judgment against the Taliban at ECF No. 7678 is an amended motion replacing the motion at ECF No. 7577. See ECF No. 7678 at 1. The Clerk of the Court is therefore respectfully directed to terminat motion at ECF No. 7577 and ECF No. 1584 in Ashton, et al. v. al Qaeda Islamic Army, et al., No. 02−cv−6977. Moti terminated: (1584 in 1:02−cv−06977−GBD−SN, 7577 in 1:03−md−01570−GBD−SN) MOTION for Default Judgme *Taliban and Muhammad Omar*, filed by Irene Dickey. (Signed by Magistrate Judge Sarah Netburn on 4/7/2022) File Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN. (ras) (Entere 04/07/2022) |

| | | |
|---|---|---|
| )7/2022 | 7835 | ORDER: The Court's review of the Burlingame Plaintiffs' motion for default judgment against the Taliban has reveal requiring clarification. In Exhibit A−1, ECF No. 7635−1, "Frederick Kelley" is listed as the plaintiff, while "Janet Ke listed as the decedent. The expert report submitted with this motion, however, identifies Frederick Kelley as the dece does the Sixth Amended Ashton complaint. ECF No. 1463 at 83. Accordingly, by April 11, 2022, the Burlingame Pla submit a letter confirming that Janet Kelley is the plaintiff for whom default judgment is sought and that Frederick K decedent. (Signed by Magistrate Judge Sarah Netburn on 4/7/2022) Filed In Associated Cases: 1:03−md−01570−GB 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN. (ras) (Entered: 04/07/2022) |
| )7/2022 | 7836 | LETTER addressed to Judge George B. Daniels from J. Scott Tarbutton dated April 7, 2022 re: submission of prejud interest calculation. Document filed by Federal Insurance Company et al., Plaintiffs. (Attachments: # 1 Exhibit A Dec J. Scott Tarbutton pursuant to the Court's April 6, 2022 Order and Instructions to the Federal Insurance Plaintiffs (EC 7833), # 2 Exhibit B Proposed Rule 54(b) Judgment).(Carter, Sean) (Entered: 04/07/2022) |
| )7/2022 | 7837 | ORDER: The Court's review of the Bauer Plaintiffs' motion for default judgment against the Taliban has revealed ite requiring clarification. ECF No. 7516. Exhibit C of that motion lists plaintiffs requesting solatium damages. ECF No. The exhibit states that these plaintiffs previously received identical solatium judgments as part of judgments against I "Iranian Judgments"). In those judgments, several plaintiffs' names were redacted because they were minor children. that their names may be listed in the new motion. These plaintiffs are listed in Table 1. It also appears that there may differences between plaintiffs' names in the Iranian Judgments and the names in Exhibit C. These parties' names in E what the Court believes their names were in the Iranian Judgments are in Table 2. The Bauer Plaintiffs shall file a lett 15, 2022, confirming that the parties in Table 1 are parties whose names were redacted in the original Iran default jud that, despite any name changes or typographical issues, the parties identified in Table 2 are the same people. (Signed Magistrate Judge Sarah Netburn on 4/7/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD. (ras) (Entered: 04/07/2022) |
| )7/2022 | 7838 | LETTER addressed to Magistrate Judge Sarah Netburn from Dorothea M. Capone dated 04/07/2022 re: Response to No. 7837) regarding clarification. Document filed by Virginia Bauer, et al, Virginia Bauer, et al..Filed In Associated 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD.(Capone, Dorothea) (Entered: 04/07 |
| )7/2022 | 7839 | ORDER: The request for a default judgment against the Taliban at ECF No. 7579 duplicates an updated motion at EC 7678. The Clerk of the Court is therefore respectfully directed to terminate the motion at ECF No. 7579 and at ECF N Ashton, et al. v. al Qaeda Islamic Army, et al., No. 02−cv−6977. Motions terminated: (1586 in 1:02−cv−06977−GBD in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Taliban and Muhammad Omar, Proposed Orde Default Judgment*, filed by Irene Dickey. (Signed by Magistrate Judge Sarah Netburn on 4/7/2022) Filed In Associate 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN. (ras) (Entered: 04/07/2022) |
| )7/2022 | 7840 | LETTER addressed to Magistrate Judge Sarah Netburn from Frank H. Granito, III dated April 7, 2022 re: in response Court's Order at ECF 7835. Document filed by Sheri Burlingame. (Attachments: # 1 Exhibit Corrected Exhibit 7595− Exhibit Corrected Exhibit 7635−1)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−S 1:02−cv−07230−GBD−SN.(Granito, Frank) (Entered: 04/07/2022) |
| )7/2022 | 7841 | ORDER granting (956) Motion for Jennifer G. Guy to Appear Pro Hac Vice in case 1:03−cv−09849−GBD−SN; gran Motion for Jennifer G. Guy to Appear Pro Hac Vice in case 1:03−md−01570−GBD−SN; granting (692) Motion for J Guy to Appear Pro Hac Vice in case 1:04−cv−07279−GBD−SN; granting (563) Motion for Jennifer G. Guy to Appea Vice in case 1:15−cv−09903−GBD−SN; granting (54) Motion for Jennifer G. Guy to Appear Pro Hac Vice in case 1:18−cv−11493−GBD−SN; granting (53) Motion for Jennifer G. Guy to Appear Pro Hac Vice in case 1:18−cv−11504−GBD−SN; granting (53) Motion for Jennifer G. Guy to Appear Pro Hac Vice in case 1:18−cv−11509−GBD−SN; granting (53) Motion for Jennifer G. Guy to Appear Pro Hac Vice in case 1:18−cv−11515−GBD−SN; granting (53) Motion for Jennifer G. Guy to Appear Pro Hac Vice in case 1:18−cv−11519−GBD−SN; granting (52) Motion for Jennifer G. Guy to Appear Pro Hac Vice in case 1:18−cv−11582−GBD−SN; granting (51) Motion for Jennifer G. Guy to Appear Pro Hac Vice in case 1:18−cv−11619−GBD−SN; granting (52) Motion for Jennifer G. Guy to Appear Pro Hac Vice in case 1:18−cv−11624−GBD−SN; granting (51) Motion for Jennifer G. Guy to Appear Pro Hac Vice in case 1:18−cv−11664−GBD−SN; granting (44) Motion for Jennifer G. Guy to Appear Pro Hac Vice in case 1:18−cv−12030−GBD−SN; granting (44) Motion for Jennifer G. Guy to Appear Pro Hac Vice in case 1:18−cv−12118−GBD−SN; granting (45) Motion for Jennifer G. Guy to Appear Pro Hac Vice in case 1:18−cv−12318−GBD−SN; granting (44) Motion for Jennifer G. Guy to Appear Pro Hac Vice in case 1:18−cv−12322−GBD−SN; granting (44) Motion for Jennifer G. Guy to Appear Pro Hac Vice in case 1:19−cv−00026−GBD−SN; granting (101) Motion for Jennifer G. Guy to Appear Pro Hac Vice in case 1:19−cv−00041−GBD−SN; granting (93) Motion for Jennifer G. Guy to Appear Pro Hac Vice in case 1:19−cv−00044−GBD−SN. (Signed by Magistrate Judge Sarah Netburn on 4/7/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (ras) (Entered: 04/07/2022) |
| )7/2022 | 7842 | PROPOSED STIPULATION AND ORDER. Document filed by Hoglan Plaintiffs..(Wolosky, Lee) (Entered: 04/07/2 |
| )7/2022 | 7843 | MOTION for Default Judgment as to *the Taliban for Burnett Plaintiffs with Liability Defaults and Final Judgments A Defendants*. Document filed by All Plaintiffs, Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−S |

| | | |
|---|---|---|
| | | 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 04/07/2022) |
| )7/2022 | 7844 | MEMORANDUM OF LAW in Support re: (7843 in 1:03−md−01570−GBD−SN, 958 in 1:03−cv−09849−GBD−SN) for Default Judgment as to *the Taliban for Burnett Plaintiffs with Liability Defaults and Final Judgments Against Ira Defendants*. . Document filed by All Plaintiffs, Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD− 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 04/07/2022) |
| )7/2022 | 7845 | DECLARATION of John M. Eubanks in Support re: (7843 in 1:03−md−01570−GBD−SN, 958 in 1:03−cv−09849−C MOTION for Default Judgment as to *the Taliban for Burnett Plaintiffs with Liability Defaults and Final Judgments A Defendants*.. Document filed by All Plaintiffs, Burnett Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B−1, # 3 E # 4 Exhibit B−3)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) 04/07/2022) |
| )7/2022 | 7846 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by All Plaintiffs, Burnett Plaintiff (Attachments: # 1 Exhibit B−1, # 2 Exhibit B−2, # 3 Exhibit B−3).(Eubanks, John) **Proposed Default Judgment to reviewed by Clerk's Office staff.** (Entered: 04/07/2022) |
| )7/2022 | 7847 | MOTION for Default Judgment as to *the Taliban for Certain Burnett Plaintiffs*. Document filed by All Plaintiffs, Bur Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Enter 04/08/2022) |
| )8/2022 | 7848 | MEMORANDUM OF LAW in Support re: (962 in 1:03−cv−09849−GBD−SN, 7847 in 1:03−md−01570−GBD−SN) for Default Judgment as to *the Taliban for Certain Burnett Plaintiffs*. . Document filed by All Plaintiffs, Burnett Plair In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 04/08/2022) |
| )8/2022 | 7849 | DECLARATION of John M. Eubanks in Support re: (962 in 1:03−cv−09849−GBD−SN, 7847 in 1:03−md−01570−C MOTION for Default Judgment as to *the Taliban for Certain Burnett Plaintiffs*.. Document filed by All Plaintiffs, Bu Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B−1, # 3 Exhibit B−2, # 4 Exhibit C−1, # 5 Exhibit C−2, # 6 Exh 7 Exhibit D−2, # 8 Exhibit D−3)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.( John) (Entered: 04/08/2022) |
| )8/2022 | 7850 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by All Plaintiffs, Burnett Plaintiff (Attachments: # 1 Exhibit B−1, # 2 Exhibit B−2, # 3 Exhibit C−1, # 4 Exhibit C−2, # 5 Exhibit D−1, # 6 Exhibit D−2 Exhibit D−3).(Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 04/08 |
| )8/2022 | 7851 | LETTER addressed to Magistrate Judge Sarah Netburn from John M. Eubanks dated 4/7/2022 re: Substitution of Mo Default Judgment as to the Taliban. Document filed by All Plaintiffs, Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 04/08/2022) |
| )8/2022 | 7852 | LETTER MOTION for Discovery *re: reimbursement of costs and attorneys' fees* addressed to Magistrate Judge Sara from Michael K. Kellogg dated April 8, 2022. Document filed by Kingdom of Saudi Arabia. (Attachments: # 1 Exhib Exhibit B − Declaration of Andrew C. Shen).(Kellogg, Michael) (Entered: 04/08/2022) |
| )8/2022 | 7853 | ORDER: The Court has identified motions that remain open despite having been addressed. These motions, their asso case, and the action on the main docket addressing that motion, are collected in Table 1. The Clerk of the Court is res directed to terminate the motions listed in the "Open Motion" column of this Table. (See document.) Motions termina 1:19−cv−11865−GBD−SN, 55 in 1:20−cv−09387−GBD−SN, 47 in 1:20−cv−09376−GBD−SN) MOTION Partial Fi Judgment, filed by Michael Bianco, (68 in 1:20−cv−09387−GBD−SN, 68 in 1:19−cv−11865−GBD−SN, 60 in 1:20−cv−09376−GBD−SN) MOTION FOR PARTIAL FINAL JUDGMENT FOR DAMAGES, filed by Michael Bia Jeanmarie Hargrave, Deborah Bodner, Paul Asaro, Peter Asaro, Ber Barry Aron, August Bernaerts, BNY Mellon, Ph (144 in 1:18−cv−12277−GBD−SN, 70 in 1:20−cv−09376−GBD−SN, 82 in 1:19−cv−11865−GBD−SN) MOTION Pa Judgment, filed by Michael Bianco. (Signed by Magistrate Judge Sarah Netburn on 4/8/2022) Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN, 1:19−cv−11865−GBD−SN, 1:20−cv−09376−GBD−SN, 1:20−cv−09387−GBD−SN. (ras) (Main Document 7853 replaced on 4/8/2022) (ras). (Entered: 04/08/2022) |
| )8/2022 | 7854 | STIPULATION AND SCHEDULING ORDER: Plaintiffs−Judgment Creditors Estate of Alice Hoglan, et al. ("the H Creditors"), and Respondents Oaktree Capital Management, LP, Fleetscape Capital Holdings Limited, and Fleetscape Rajan LLC ("Respondents"), by and through their undersigned counsel, have met and conferred, and hereby stipulate that the Hoglan Creditors' reply to Respondents' opposition to the Hoglan Creditors' turnover motion may be filed on April 25, 2022. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 4/8/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN. (ras) (Entered: 04/08/2022) |
| )8/2022 | 7855 | MEMO ENDORSEMENT on re: (7851 in 1:03−md−01570−GBD−SN, 966 in 1:03−cv−09849−GBD−SN) Letter. ENDORSEMENT: The Burnett Plaintiffs' request is GRANTED. The motions are ECF Nos. 7843 and 7847 are subs the motion at ECF No. 7618. The Clerk of the Court is respectfully directed to close the motion at ECF No. 7618. Mo terminated: (941 in 1:03−cv−09849−GBD−SN, 7618 in 1:03−md−01570−GBD−SN) MOTION for Default Judgmen *Taliban*. (Signed by Magistrate Judge Sarah Netburn on 4/8/2022) Filed In Associated Cases: 1:03−md−01570−GBD 1:03−cv−09849−GBD−SN. (ras) (Entered: 04/08/2022) |

| | | |
|---|---|---|
| .1/2022 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (961 in 1:03−cv−09849−GBD−SN, 7846 in 1:03−md−01570−GBD−SN) Proposed Default Judgment was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN(km)** (Entered: 04/ |
| .1/2022 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (965 in 1:03−cv−09849−GBD−SN, 7850 in 1:03−md−01570−GBD−SN) Proposed Default Judgment was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN(km)** (Entered: 04/ |
| .1/2022 | 7856 | NOTICE of Amendment. Document filed by Virginia Bauer, et al, Virginia Bauer, et al.. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD.(Capone, Dorothea) (Entered: 04/11/ |
| .1/2022 | 7857 | LETTER addressed to Judge George B. Daniels from Sean P. Carter dated April 11, 2022 re: final judgment against t contemplated by the Court's April 6, 2022 Order of Judgment (ECF No. 7833). Document filed by Federal Insurance et al., Plaintiffs..(Carter, Sean) (Entered: 04/11/2022) |
| .1/2022 | 7858 | NOTICE of Amendment. Document filed by Virginia Bauer, et al, Virginia Bauer, et al.. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD.(Capone, Dorothea) (Entered: 04/11/ |
| .1/2022 | 7859 | NOTICE of Amendment. Document filed by Virginia Bauer, et al, Virginia Bauer, et al.. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD.(Capone, Dorothea) (Entered: 04/11/ |
| .1/2022 | 7860 | NOTICE of Amendment. Document filed by Virginia Bauer, et al, Virginia Bauer, et al.. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD.(Capone, Dorothea) (Entered: 04/11/ |
| .1/2022 | 7861 | NOTICE of Amendment. Document filed by Virginia Bauer, et al, Virginia Bauer, et al.. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD.(Capone, Dorothea) (Entered: 04/11/ |
| .1/2022 | 7862 | NOTICE of Amendment. Document filed by Virginia Bauer, et al, Virginia Bauer, et al.. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD.(Capone, Dorothea) (Entered: 04/11/ |
| .1/2022 | 7863 | NOTICE of Amendment. Document filed by Virginia Bauer, et al, Virginia Bauer, et al.. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD.(Capone, Dorothea) (Entered: 04/11/ |
| .1/2022 | 7864 | NOTICE of Amendment. Document filed by Virginia Bauer, et al, Virginia Bauer, et al.. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD.(Capone, Dorothea) (Entered: 04/11/ |
| .1/2022 | 7865 | NOTICE of Amendment. Document filed by Virginia Bauer, et al, Virginia Bauer, et al.. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD.(Capone, Dorothea) (Entered: 04/11/ |
| .1/2022 | 7866 | ORDER: The Burnett Plaintiffs move to correct the partial final default judgment entered at ECF No. 6039 (the "Orig Judgment") under Federal Rule of Civil Procedure 60. ECF No. 7640. They have filed a proposed corrected order of default judgment (the "Proposed Amended Judgment.") ECF No. 7642. There are two issues with this Proposed Ame Judgment. First, it appears to include an incorrect date. The Burnett Plaintiffs request that the Proposed Amended Juc amended to include the line "the Plaintiffs identified in the expert reports attached as Exhibit C to the Declaration of Eubanks, dated January 22, 2020...." ECF No. 7641 at 4 (emphasis added). The Proposed Amended Judgment, howev "the Plaintiffs identified in the expert reports attached as Exhibit C to the Declaration of John M. Eubanks, dated Feb 2020...." ECF No. 7642 at 2 (emphasis added). Plaintiffs must confirm the correct date of the Eubanks Declaration. S Proposed Amended Judgment references appended exhibits but does not include those exhibits. The Burnett Plaintiff new proposed order addressing these items or a letter explaining why these items do not need to be addressed at their convenience. (Signed by Magistrate Judge Sarah Netburn on 4/11/2022) Filed In Associated Cases: 1:03−md−01570- 1:15−cv−09903−GBD−SN. (ras) (Entered: 04/11/2022) |
| .1/2022 | 7867 | NOTICE of Amendment. Document filed by Virginia Bauer, et al, Virginia Bauer, et al.. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD.(Capone, Dorothea) (Entered: 04/11/ |
| .1/2022 | 7868 | NOTICE of Amendment. Document filed by Virginia Bauer, et al, Virginia Bauer, et al.. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD.(Capone, Dorothea) (Entered: 04/11/ |
| .1/2022 | 7869 | LETTER addressed to Magistrate Judge Sarah Netburn from Dorothea M. Capone dated April 11, 2022 re: Notices o Amendment as to Defendants the Taliban and Muhammad Omar. Document filed by Virginia Bauer, et al, Virginia E al..Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD.(Capo Dorothea) (Entered: 04/11/2022) |
| .1/2022 | 7870 | ORDER: Increased interest in seeking judgments against the Taliban has prompted the filing of numerous default jud motions and notices of amendment that will likely support future such motions. These default judgment motions freq on the prior award of damages in this matter as support for a damages award against the Taliban. To facilitate the effi review of these motions, all future motions for default judgment against the Taliban or any other defendant shall prov following information as part of the proposed order for default judgment included with those papers: The ECF numbe prior damages awards to the party seeking damages in the motion; and the ECF number of the complaint, notice of ar |

| | | |
|---|---|---|
| | | substitution order, or other document adding the plaintiff to an action in which default judgment is sought. (Signed by Judge Sarah Netburn on 4/11/2022) (ras) (Entered: 04/11/2022) |
| 1/2022 | 7871 | LETTER MOTION for Discovery *re: reimbursement of costs and attorneys' fees* addressed to Magistrate Judge Sara from Robert K. Kry dated April 11, 2022. Document filed by Dallah Avco Trans Arabia. (Attachments: # 1 Exhibit D of Robert K. Kry).(Kry, Robert) (Entered: 04/11/2022) |
| 2/2022 | 7872 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. Related Document Number: 7640 ..(Eubanks, John) **Pro Order to be reviewed by Clerk's Office staff.** (Entered: 04/12/2022) |
| 2/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (569 in 1:15−cv−09903−GBD− 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN. (tp)** (Entered: 04/12/2022) |
| 3/2022 | 7873 | LETTER MOTION for Extension of Time to File Response/Reply as to 7852 LETTER MOTION for Discovery *re: reimbursement of costs and attorneys' fees* addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg da 2022., 7871 LETTER MOTION for Discovery *re: reimbursement of costs and attorneys' fees* addressed to Magistrate Sarah Netburn from Robert K. Kry dated April 11, 2022. addressed to Magistrate Judge Sarah Netburn from Plaintiff Committees dated 4/13/2022. Document filed by Plaintiffs Executive Committees..(Maloney, Andrew) (Entered: 04/ |
| 4/2022 | 7874 | ORDER granting 7873 Letter Motion for Extension of Time to File Response/Reply. The Plaintiffs' Executive Comm respond to both the Kingdom of Saudi Arabia's and Dallah Avco's motions for costs and fees by April 19, 2022. (HE ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 04/14/2022) |
| 5/2022 | 7875 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert T. Haefele, Sean P. Carter and Jerry S. Goldman April 15, 2022 re: Request for modification of the Courts order governing briefing in the Da Afghanistan Bank (DAE proceedings, ECF No. 7750. Document filed by Burnett Plaintiffs, Federal Insurance Company et al., Plaintiffs..(Hae Robert) (Entered: 04/15/2022) |
| 8/2022 | 7876 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman, Esq. dated April 18, 2022 re: Taliban Judgments. Document filed by Christine O'Neill.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 04/18/2022) |
| 8/2022 | 7877 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg date 2022 re: request for approval of redactions. Document filed by Dallah Avco Trans Arabia, John Fawcett, FBI, Plainti Executive Committees, Kingdom of Saudi Arabia, Kreindler & Kreindler LLP, Kingdom of Saudi Arabia. (Attachme Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)Motion or Order to File Under Seal: 7600 .(Kell Michael) (Entered: 04/18/2022) |
| 8/2022 | 7878 | MOTION to Substitute Party. Old Party: John Doe 98, New Party: Rosie Matricciano− Vetere . Document filed by N Amato. (Attachments: # 1 Text of Proposed Order Proposed Order to Substitute)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−10239−GBD.(Goldman, Jerry) (Entered: 04/18/2022) |
| 8/2022 | 7879 | MOTION to Substitute Party. Old Party: John Doe 73, New Party: Chundera Epps . Document filed by Rhonda Bran (Attachments: # 1 Text of Proposed Order Proposed Order to Substitute)Filed In Associated Cases: 1:03−md−01570− 1:19−cv−11767−GBD−SN.(Goldman, Jerry) (Entered: 04/18/2022) |
| 8/2022 | 7880 | NOTICE of Amendment to Add Plaintiffs. Document filed by Ber Barry Aron. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−09376−GBD−SN.(Goldman, Jerry) (Entered: 04/18/2022) |
| 8/2022 | 7881 | NOTICE of Amendment to Add Plaintiffs. Document filed by Audrey Ades. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−07306−GBD−SN.(Goldman, Jerry) (Entered: 04/18/2022) |
| 8/2022 | 7882 | NOTICE of Amendment to Add Plaintiffs. Document filed by Marianella Hemenway, Marinella Hemenway. Filed In Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN.(Goldman, Jerry) (Entered: 04/18/2022) |
| 8/2022 | 7883 | NOTICE of Amendment to Add Plaintiffs. Document filed by Horace Morris. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN.(Goldman, Jerry) (Entered: 04/18/2022) |
| 8/2022 | 7884 | MEMO ENDORSEMENT on re: 7875 Letter, filed by Burnett Plaintiffs, Federal Insurance Company et al., Plaintiff ENDORSEMENT: The Federal Insurance Plaintiffs' request is GRANTED. The Federal Insurance Plaintiffs, along w other plaintiffs participating the agreement described in the letter at ECF No. 7790 (the "Framework Agreement Plai submit a letter of no more than two pages confirming their intention to join in the turnover proceedings initiated by th Plaintiffs. The Ashton Plaintiffs may filed the 20−page brief originally allotted to the Plaintiffs' Executive Committee No. 7750. Other plaintiffs not joining in the Framework Agreement Plaintiffs' letter may join in this brief. (Signed by Judge Sarah Netburn on 4/18/2022) (ras) (Entered: 04/19/2022) |
| 9/2022 | 7885 | ORDER: The Plaintiffs' Executive Committees' (the "PECs") request to lodge certified copies of material with the Co they received from the Metropolitan Police Service (the "MPS Material") in response to a letters rogatory request. EC |

| | | |
|---|---|---|
| | | 7831. While the original letters rogatory required filing certified copies of this material, see ECF No. 6834−1 at 8, the and variety of material that the PECs propose to file will pose a logistical and management challenge for the Court. A by April 26, 2022, the PECs shall file a letter stating if they have any objection to the Court waiving the requirement certified copies of the MPS Material and the basis for that objection. (Signed by Magistrate Judge Sarah Netburn on 4 (ras) (Entered: 04/19/2022) |
| .9/2022 | 7886 | **FILING ERROR − DEFICIENT DOCKET ENTRY − FILER ERROR − (SEE #7897)**LETTER RESPONSE in to Motion addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated 4/19/2022 re: 78 LETTER MOTION for Discovery *re: reimbursement of costs and attorneys' fees* addressed to Magistrate Judge Sarah from Michael K. Kellogg dated April 8, 2022., 7871 LETTER MOTION for Discovery *re: reimbursement of costs an attorneys' fees* addressed to Magistrate Judge Sarah Netburn from Robert K. Kry dated April 11, 2022. . Document fi Plaintiffs Executive Committees. (Attachments: # 1 Exhibit Declaration of Andrew J. Maloney, III, # 2 Exhibit Anne 1).(Maloney, Andrew) Modified on 4/21/2022 (kj). (Entered: 04/19/2022) |
| .9/2022 | 7887 | NOTICE of Amendment. Document filed by Sheri Burlingame. Filed In Associated Cases: 1:03−md−01570−GBD−S 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN.(Granito, Frank) (Entered: 04/19/2022) |
| 20/2022 | 7888 | CLERK'S RULE 54(B) JUDGMENT re: (1107 in 1:03−cv−06978−GBD−SN, 7833 in 1:03− md−01570−GBD−SN) favor of Vigilant Insurance Company, against The Taliban; in favor of Chubb Custom Insurance Company against Th in favor of Chubb Custom Insurance Company, Chubb Indemnity Insurance Company against The Taliban; in favor o Insurance Company against The Taliban; in favor of Chubb Custom Insurance Company, Chubb Insurance Company Jersey against The Taliban; in favor of Chubb Custom Insurance Company, Chubb Insurance Company of Canada ag Taliban; in favor of Pacific Indemnity Company against The Taliban; in favor of Great Northern Insurance Company The Taliban; in favor of AXA Global Risks (UK) Limited against The Taliban; in favor of AXA Corporate Solutions SA against The Advice and Reformation Committee(ARC), The Taliban; in favor of AXA Reinsurance Company aga Advice and Reformation Committee(ARC), The Taliban; in favor of AXA RE against The Taliban; in favor of AXA Canadian Branch against The Taliban; in favor of AXA RE UK Plc against The Taliban; in favor of AXA Versicheru The Taliban; in favor of SPS RE against The Taliban; in favor of American Alternative Insurance Corporation agains Taliban; in favor of Axa Art Insurance Corp. against The Taliban; in favor of Axa Insurance Company against The T favor of PRINCETON EXCESS AND SURPLUS LINES INSURANCE COMPANY against The Taliban; in favor o Lakes Reinsurance (UK) PLC, Great Lakes Reinsurance U.K. PLC against The Taliban; in favor of One Beacon Ame Insurance Company against The Taliban; in favor of TIG Insurance Company against The Taliban in the amount of $14,672,806,120.64. Whereas, this matter having come before the Honorable George B. Daniels, United States Distri on the application of certain Plaintiffs in Federal Insurance Co., et al v. al Qaida, et al., 03−CV−06978 (GBD) (SN) (" Insurance Plaintiffs"), requesting that the Court extend its prior rulings on their Motion for Assessment of Damages a Qaeda, and laterHezbollah, to defendant the Taliban, as to which a default judgment as to liability was entered on Ap (Federal Insurance Dkt. No. 626), and enter a final judgment in favor of the Federal Insurance Plaintiffs and against t in accordance with those prior rulingspursuant to Fed. R. Civ. P. 54(b), and the Court, on April 6, 2022, having rende Order,attached as Exhibit A hereto, entering partial final judgment pursuant to Fed. R. Civ. P. 54(b)against defendant and in favor of the Federal Insurance Plaintiffs as set forth inExhibit A, and awarding prejudgment interest at the rate percent, compounded annually,and lifting the stay imposed by Federal Rule of Civil Procedure 62(a) so that the Fede Insurance Plaintiffs may execute on and enforce the judgment immediately (ECF No. 7833), andfurther directing the Court to prepare and enter a final judgment, it is, ORDERED, ADJUDGED AND DECREED: That judgment is here in favor of the Federal Insurance Plaintiffs and against defendant the Taliban in accordance with the Court's Order da 2022 as follows: (see judgment for amounts), along with prejudgment interest at 4.96%, compounded annually, amou aggregate prejudgment interest of $5,321,558,154.65. It is further ORDERED, ADJUDGED and DECREED that, for stated in the Court's Order dated April 6, 2022, the Court's entry of judgment against the Taliban is certified as final p Fed. R. Civ. P. 54(b ), and that the stay provided by Federal Rule of Civil Procedure 62(a) is lifted so that the Federal Plaintiffs may execute on and enforce the judgment immediately. (Signed by Clerk of Court Ruby Krajick on 4/20/20 (Attachments: # 1 Right to Appeal)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−06978−GBD−S (Entered: 04/20/2022) |
| 20/2022 | 7889 | ORDER granting (7878) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; granting (16) Motion to Sub Party in case 1:21−cv−10239−GBD. Rosie Matricciano−Vetere, as Personal Representative of the Estate of Marcellu Matricciano is substituted for John Doe 98, being intended to designate the Personal Representative of the Estate of M Matricciano. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:21−cv−10239−GBD. (ras) (Entered: 04/20/2022) |
| 20/2022 | | WRIT OF EXECUTION Issued on April 20, 2022, in favor of Vigilant Insurance Company, against The Taliban; in f Chubb Custom Insurance Company against The Taliban; in favor of Chubb Custom Insurance Company, Chubb Inde Insurance Company against The Taliban; in favor of Federal Insurance Company against The Taliban; in favor of Ch Insurance Company, Chubb Insurance Company of New Jersey against The Taliban; in favor of Chubb Custom Insur Company, Chubb Insurance Company of Canada against The Taliban; in favor of Pacific Indemnity Company agains Taliban; in favor of Great Northern Insurance Company against The Taliban; in favor of AXA Global Risks (UK) Li against The Taliban; in favor of AXA Corporate Solutions Assurance SA against The Advice and Reformation Committee(ARC), The Taliban; in favor of AXA Reinsurance Company against The Advice and Reformation Comm |

| | | |
|---|---|---|
| | | The Taliban; in favor of AXA RE against The Taliban; in favor of AXA RE Canadian Branch against The Taliban; in AXA RE UK Plc against The Taliban; in favor of AXA Versicherung against The Taliban; in favor of SPS RE agains Taliban; in favor of American Alternative Insurance Corporation against The Taliban; in favor of Axa Art Insurance against The Taliban; in favor of Axa Insurance Company against The Taliban; in favor of PRINCETON EXCESS AN SURPLUS LINES INSURANCE COMPANY against The Taliban; in favor of Great Lakes Reinsurance (UK) PLC, Lakes Reinsurance U.K. PLC against The Taliban; in favor of One Beacon America Insurance Company against The favor of TIG Insurance Company against The Taliban in the amount of $14,672,806,120.64. (Signed by Clerk of Cou Krajick on 4/20/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−06978−GBD−SN.(km) (Ent 04/20/2022) |
| 20/2022 | 7890 | LETTER MOTION for Extension of Time to File Response/Reply as to 7886 Response in Opposition to Motion,, ad Magistrate Judge Sarah Netburn from Michael K. Kellogg dated April 20, 2022. Document filed by Dallah Avco Tra Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 04/20/2022) |
| 20/2022 | 7891 | ORDER granting (7879) Motion to Substitute Party, in case 1:03−md−01570−GBD−SN; granting (99) Motion to Sul Party, in case 1:19−cv−11767−GBD−SN. Chundera Epps, as Personal Representative of the Estate of Geneva Epps is substituted for John Doe 73, as Personal Representative of the Estate of Geneva Epps. Chundera Epps, as Personal Representative of Christopher Samuel Epps is substituted for John Doe 74, being intended to designate the Personal Representative of the Estate of Christopher Samuel Epps. (HEREBY ORDERED by Magistrate Judge Sarah Netburn Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11767−GBD−SN. (ras) (Entered: 04/2 |
| 20/2022 | 7892 | LETTER addressed to Judge George B. Daniels from Theresa Trzaskoma dated April 20, 2022 re: Filing of Class Ac Complaint. Document filed by Zachary Wodenshek, Anne Wodenshek, Haley Wodenshek, Mollie Wodenshek, Sarah Wodenshek, William Wodenshek..(Trzaskoma, Theresa) (Entered: 04/20/2022) |
| 20/2022 | 7893 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter dated April 20, 2022 re: summary of how Framework Agreement Plaintiffs intend to proceed in connection with the ongoing turnover proceedings as to blocke DAB. Document filed by Federal Insurance Company et al., Plaintiffs..(Carter, Sean) (Entered: 04/20/2022) |
| 20/2022 | 7894 | MEMORANDUM OF LAW in Opposition re: 7763 MOTION for Partial Turnover of Assets From Garnishee Federa Bank of New York . *And in Opposition re: 7767 Doe Creditors' Motion for Partial Turnover of Assets from Garnishe Reserve Bank of New York*. Document filed by Ashton Plaintiffs..(Trzaskoma, Theresa) (Entered: 04/20/2022) |
| 20/2022 | 7895 | MOTION for Protective Order *Pursuant to CPLR § 5240*. Document filed by Ashton Plaintiffs..(Trzaskoma, Theresa 04/20/2022) |
| 21/2022 | 7896 | MOTION for Leave to File Brief of Amicus Curiae . Document filed by Afghan Civil Society Organizations. (Attach Exhibit Brief of Amicus Curiae).(Gallagher, Katherine) (Entered: 04/21/2022) |
| 21/2022 | 7897 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executi Committees dated 4/19/2022 re: 7852 LETTER MOTION for Discovery *re: reimbursement of costs and attorneys' fe* addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated April 8, 2022., 7871 LETTER MOTIO Discovery *re: reimbursement of costs and attorneys' fees* addressed to Magistrate Judge Sarah Netburn from Robert I dated April 11, 2022. . Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit Declaration, # Annex 1).(Maloney, Andrew) (Entered: 04/21/2022) |
| 21/2022 | 7898 | LETTER addressed to Judge George B. Daniels from Robert T. Haefele dated April 21, 2022 re: Request for new act made part of the MDL pursuant to the Court's 10/28/2019 Order. Document filed by Lisa Ortiz..(Haefele, Robert) (E 04/21/2022) |
| 21/2022 | 7899 | MOTION to File Amicus Brief . Document filed by Peaceful Tomorrows. (Attachments: # 1 Appendix Amicus Brief of Proposed Order Proposed Order).(Kaplan, Jacob) (Entered: 04/21/2022) |
| 21/2022 | 7900 | ORDER: Therefore, the request for a temporary restraining order is hereby DENIED. The Court will hold a conferen parties on April 26, 2022 at 11:00 a.m. to inform all interested parties regarding the process for addressing the outstar presently before the Court. And as set forth herein. SO ORDERED. (Signed by Judge George B. Daniels on 4/21/202 Modified on 4/22/2022 (ama). (Entered: 04/21/2022) |
| 21/2022 | | Set/Reset Hearings: Status Conference set for 4/26/2022 at 11:00 AM before Judge George B. Daniels. (ama) (Entere 04/21/2022) |
| 22/2022 | 7901 | ORDER granting 7890 Letter Motion for Extension of Time to File Response/Reply addressed to Magistrate Judge S Netburn from Michael K. Kellogg dated April 20, 2022. The Kingdom of Saudi Arabia shall have until April 25, 202 their reply in their motion for fees and costs. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only (ras) (Entered: 04/22/2022) |
| 22/2022 | 7902 | LETTER addressed to Judge George B. Daniels from Lee Wolosky dated April 22, 2022 re: Motion of "Peaceful Tor for Leave to File Amicus Brief. Document filed by Havlish Plaintiffs..(Wolosky, Lee) (Entered: 04/22/2022) |

| | | |
|---|---|---|
| 24/2022 | 7903 | MOTION for Leave to File Amicus Brief . Document filed by Naseer Faiq. (Attachments: # 1 Exhibit Proposed Ami Brief).(Arnpriester, Natasha) (Entered: 04/24/2022) |
| 25/2022 | 7904 | CERTIFICATE OF SERVICE of turnover motion papers served on Da Afghanistan Bank and the Taliban on April 2 April 24, 2022. Service was made by email and Twitter per MDL Dkt. 7830. Document filed by Havlish Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L).(Wolosky, Lee) (Entered: 04/25/2022) |
| 25/2022 | 7905 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dat 2022 re: 7852 LETTER MOTION for Discovery *re: reimbursement of costs and attorneys' fees* addressed to Magistr Sarah Netburn from Michael K. Kellogg dated April 8, 2022. . Document filed by Kingdom of Saudi Arabia. (Attach Exhibit A − Dirican Decl.).(Kellogg, Michael) (Entered: 04/25/2022) |
| 25/2022 | 7906 | MOTION to Vacate . Document filed by Matthew Rowenhorst.Filed In Associated Cases: 1:03−md−01570−GBD−S 1:18−cv−12387−GBD−SN.(Goldman, Jerry) (Entered: 04/25/2022) |
| 25/2022 | 7907 | DECLARATION of Jerry S. Goldman in Support re: (163 in 1:18−cv−12387−GBD−SN) MOTION to Vacate .. Docu by Matthew Rowenhorst. (Attachments: # 1 Text of Proposed Order)Filed In Associated Cases: 1:03−md−01570−GE 1:18−cv−12387−GBD−SN.(Goldman, Jerry) (Entered: 04/25/2022) |
| 25/2022 | 7908 | MEMORANDUM OF LAW in Support re: (163 in 1:18−cv−12387−GBD−SN) MOTION to Vacate . . Document fil Matthew Rowenhorst. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12387−GBD−SN.(Goldman (Entered: 04/25/2022) |
| 25/2022 | 7909 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Sarah Netburn from Robert K. Kry dated Ap re: 7871 LETTER MOTION for Discovery *re: reimbursement of costs and attorneys' fees* addressed to Magistrate Ju Netburn from Robert K. Kry dated April 11, 2022. . Document filed by Dallah Avco Trans Arabia. (Attachments: # 1 Reply Declaration of Robert K. Kry).(Kry, Robert) (Entered: 04/25/2022) |
| 25/2022 | 7910 | CERTIFICATE OF SERVICE of Turnover motion papers served on Da Afghanistan Bank and The Taliban on 4/20/ Document filed by John Does 1 through 7. (Attachments: # 1 Exhibit A− DAB Turnover website, # 2 Exhibit B− E− Twitter service on DAB, # 3 Exhibit C− Twitter service on Taliban).(Do Campo, Orlando) (Entered: 04/25/2022) |
| 25/2022 | 7911 | ORDER: The following is the public line for the April 26, 2022 conference at 11:00 AM Telephone Number: 888−36 Access Code: 4523890. SO ORDERED., ( Status Conference set for 4/26/2022 at 11:00 AM before Judge George B. (Signed by Judge George B. Daniels on 4/25/2022) (ama) (Entered: 04/25/2022) |
| 25/2022 | 7912 | LETTER addressed to Judge George B. Daniels from Theresa Trzaskoma and Megan Benett dated April 25, 2022 re: Limited Fund Class Action Complaint. Document filed by Wodenshek Class Plaintiffs..(Trzaskoma, Theresa) (Entere 04/25/2022) |
| 25/2022 | 7913 | LETTER addressed to Judge George B. Daniels from Lee Wolosky dated April 25, 2022 re: the April 26, 2022 Confe Document filed by Havlish Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Wolosky, Lee) (Entered: 04/25/2022) |
| 25/2022 | 7914 | NOTICE OF APPEARANCE by Noam Korati Biale on behalf of Ashton Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:03−cv−09848−GBD−SN.(Biale, Noam) (Entered: 04/25/ |
| 25/2022 | 7915 | REPLY MEMORANDUM OF LAW in Support re: (370 in 1:11−cv−07550−GBD−SN, 7721 in 1:03−md−01570−G MOTION for Turnover of Assets From Garnishees Oaktree Capital Management, LP, Fleetscape Capital Holdings L Fleetscape Suez Rajan LLC . . Document filed by Hoglan Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GB 1:11−cv−07550−GBD−SN.(Wolosky, Lee) (Entered: 04/25/2022) |
| 25/2022 | 7916 | DECLARATION of Douglass A. Mitchell in Support re: (370 in 1:11−cv−07550−GBD−SN, 7721 in 1:03−md−01570−GBD−SN) MOTION for Turnover of Assets From Garnishees Oaktree Capital Management, LP, F Capital Holdings Limited, and Fleetscape Suez Rajan LLC .. Document filed by Hoglan Plaintiffs. (Attachments: # 1 # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN.(Wolosky, Lee) (Entered: 04/25/2022) |
| 25/2022 | 7917 | LETTER addressed to Judge George B. Daniels from Megan Benett and Theresa Trzaskoma dated April 25, 2022 re: Appearance by Samuel Issacharoff. Document filed by Ashton Plaintiffs..(Trzaskoma, Theresa) (Entered: 04/25/2022 |
| 25/2022 | 7918 | MOTION for James A. Goldston to Appear Pro Hac Vice *for Naseer Faiq*. Filing fee $ 200.00, receipt number ANYSDC−26056157. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by N (Attachments: # 1 Affidavit Affidavit Declaration of James A. Goldston, # 2 Exhibit Certificate of Good Standing, # Proposed Order Text of Proposed Order).(Goldston, James) (Entered: 04/25/2022) |
| 26/2022 | | Minute Entry for proceedings held before Judge George B. Daniels: Status Conference held on 4/26/2022. Plaintiff C Anne Melissa Seelig and Court Reporter present. (Vega, Elizabeth) (Entered: 04/26/2022) |

| | | |
|---|---|---|
| 26/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 7918 MOTION for James Goldston to Appear Pro Hac Vice *for Naseer Faiq*. Filing fee $ 200.00, receipt number ANYSDC−26056157. M supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no d (aea)** (Entered: 04/26/2022) |
| 26/2022 | 7919 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated 4/26/2022 re: Le response to Order, ECF No. 7885. Document filed by Plaintiffs Executive Committees..(Simpson, James) (Entered: 0 |
| 27/2022 | 7920 | LETTER addressed to Judge George B. Daniels from Megan Benett and Theresa Trzaskoma dated April 27, 2022 re: Action Complaint. Document filed by Wodenshek Class Plaintiffs..(Trzaskoma, Theresa) (Entered: 04/27/2022) |
| 27/2022 | 7921 | ORDER granting 7918 Motion for James A. Goldston to Appear Pro Hac Vice. (HEREBY ORDERED by Magistrate Sarah Netburn) (Text Only Order) (ras) (Entered: 04/27/2022) |
| 27/2022 | 7922 | MEMO ENDORSEMENT on re: 7919 Letter terminating 7831 Letter Motion for Discovery. ENDORSEMENT: The requirement to file certified copies of the material identified in this letter is waived. The Clerk of the Court is respectf directed to terminate the motion at ECF No. 7831. (Signed by Magistrate Judge Sarah Netburn on 4/27/2022) (ras) (E 04/27/2022) |
| 27/2022 | 7923 | ORDER... Since a Plaintiff cannot maintain duplicate actions, the class action complaint is DISMISSED. The Clerk o directed to close the case accordingly. SO ORDERED. (Signed by Judge George B. Daniels on 4/27/22) (yv) (Entere 04/27/2022) |
| 27/2022 | 7924 | ORDER. Given the dismissal of the class action complaint in In re Approximately $3.5 Billion of Assets,Case No. 22−cv−03228, the motion to appear pro hac vice, (ECF No. 16, Case No. 22−cv−03228), is DENIED. SO ORDEREI by Judge George B. Daniels on 4/27/22) (yv) (Entered: 04/27/2022) |
| 27/2022 | 7925 | ORDER granting (616) Letter Motion for Leave to File Document; denying (618) Letter Motion to File Amicus Brie (620) Letter Motion for Leave to File Document in case 1:03−cv−09848−GBD−SN; granting (7896) Letter Motion fo File Document; denying (7899) Letter Motion to File Amicus Brief; granting (7903) Letter Motion for Leave to File in case 1:03−md−01570−GBD−SN; granting 101 Letter Motion for Leave to File Document; denying 102 Letter Mot Amicus Brief; granting 103 Letter Motion for Leave to File Document in case 1:20−mc−00740−GBD−SN. The Cour accepted four amici briefs on the pending turnover motion. Any further potential amici briefs must be filed with the C April 29, 2022. The Havlish Plaintiffs and Doe Plaintiffs may each file a single reply brief of up to 20 pages addressi arguments raised by the briefs of the Afghan Amici or any subsequent briefs by May 13, 2022. Alternatively, the Hav Doe Plaintiffs may file a single joint brief of up to 25 pages. The motions of the Afghan Amici are GRANTED. The C Court is respectfully directed to grant the motions at ECF Nos. 7896 and 7903, and the related motions at ECF Nos. 6 in Havlish, No. 03−cv−9848, and ECF Nos. 101 and 103 in Doe, No. 20−mc−740. The Clerk of the Court is respectf directed to deny the motion at ECF No. 7899, and the related motion at ECF No. 618 in Havlish, No. 03−cv−9848, ar Nos. 102 in Doe, No. 20−mc−740. (Signed by Magistrate Judge Sarah Netburn on 4/27/2022) Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN, 1:20−mc−00740−GBD−SN. (ras) (Entered: 04/27/2022) |
| 27/2022 | 7926 | **FILING ERROR − DEFICIENT DOCKET ENTRY − FILER ERROR −** NOTICE OF INTERLOCUTORY AP 7923 Order of Dismissal. Document filed by Wodenshek Class Plaintiffs. Form C and Form D are due within 14 days Court of Appeals, Second Circuit.(Trzaskoma, Theresa) Modified on 4/28/2022 (tp). (Entered: 04/27/2022) |
| 27/2022 | 7927 | JOINT LETTER MOTION for Extension of Time *Regarding DIB's Personal Jurisdiction Motion* addressed to Magis Sarah Netburn from Steven T. Cottreau dated April 27, 2022. Document filed by Dubai Islamic Bank.Filed In Associ 1:03−md−01570−GBD−SN et al..(Cottreau, Steven) (Entered: 04/27/2022) |
| 27/2022 | 7928 | REPLY to Response to Motion re: (597 in 1:03−cv−09848−GBD−SN, 7763 in 1:03−md−01570−GBD−SN) MOTIO Partial Turnover of Assets From Garnishee Federal Reserve Bank of New York . */ Havlish and Doe Creditors' Joint Ashton Plaintiffs' Opposition to Their Motions for Turnover of Assets From Garnishee Federal Reserve Bank of New* Document filed by Havlish Plaintiffs, John Does 1 through 7. Filed In Associated Cases: 1:03−md−01570−GBD−SN 1:03−cv−09848−GBD−SN.(Wolosky, Lee) (Entered: 04/27/2022) |
| 28/2022 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Theresa Trzaskoma RE−FILE Document No. 7926 Notice of Interlocutory Appeal. The filing is deficient for the following reason(s individual filer/filers were not selected for the appeal; the appeal fee was not paid; the appeal was not spread t corresponding case. Re−file the appeal using the event type Notice of Appeal found under the event list Appeal Documents − attach the correct signed PDF − select the correct named individual filer/filers − select the correc order/judgment being appealed. (tp)** (Entered: 04/28/2022) |
| 28/2022 | 7929 | ORDER granting (968) Letter Motion for Extension of Time in case 1:03−cv−09849−GBD−SN; denying as moot (74 for Summary Judgment; granting (7927) Letter Motion for Extension of Time in case 1:03−md−01570−GBD−SN; gr (800) Letter Motion for Extension of Time in case 1:04−cv−01923−GBD−SN; granting (712) Letter Motion for Exte Time in case 1:04−cv−05970−GBD−SN; granting (655) Letter Motion for Extension of Time in case 1:04−cv−07065−GBD−SN; granting (694) Letter Motion for Extension of Time in case 1:04−cv−07279−GBD−SN; g |

| | | |
|---|---|---|
| | | (1109) Letter Motion for Extension of Time in case 1:03−cv−06978−GBD−SN. The parties shall submit a joint letter explaining the reason for their impasse. That letter shall indicate whether court assistance in the form of a settlement or otherwise will aid the parties in resolving their dispute more expeditiously than a new motion. This letter shall be s Chambers by email, with all parties copied, by May 6, 2022. The letter shall not be filed on the docket. DIB may mak motion challenging personal jurisdiction on the following schedule. The new motion, along with supporting papers, s by June 17, 2022. The supporting memorandum of law for this motion shall be limited to 30 pages. The PECs shall fi opposition by August 3, 2022. That opposition shall be limited to 30 pages. DIB's reply to this opposition shall be file September 16, 2022, and shall be limited to 15 pages. The current April 29, 2022, deadline for the PECs to respond to existing motion is adjourned. The Clerk of the Court is respectfully directed to deny as moot the motion at ECF No. 7 grant the motion at ECF No. 7927. (Signed by Magistrate Judge Sarah Netburn on 4/28/2022) Filed In Associated Ca 1:03−md−01570−GBD−SN, et al. (ras) (Entered: 04/28/2022) |
| 28/2022 | 7930 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** AMENDED NOTICE OF INTERLO APPEAL from 7923 Order of Dismissal. Document filed by Estate of Christopher Wodenshek, Anne Wodenshek, Ha Wodenshek, Mollie Wodenshek, Sarah Wodenshek, William Wodenshek, Zachary Wodenshek. Filing fee $ 505.00, r number ANYSDC−26072216. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..( Theresa) Modified on 4/28/2022 (tp). (Entered: 04/28/2022) |
| 28/2022 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Theresa Trzaskoma t RE−FILE Document No. 7930 Amended Notice of Interlocutory Appeal. The filing is deficient for the followin reason(s): the wrong event type was used to file the appeal. Re−file the appeal using the event type Notice of Interlocutory Appeal found under the event list Appeal Documents − attach the correct signed PDF − select th named filer/filers − select the correct order/judgment being appealed − Do Not Pay the fee again. (tp)** (Entered: 04/28/2022) |
| 28/2022 | 7931 | NOTICE OF INTERLOCUTORY APPEAL from 7923 Order of Dismissal. Document filed by Estate of Christopher Wodenshek, Anne Wodenshek, Haley Wodenshek, Mollie Wodenshek, Sarah Wodenshek, William Wodenshek, Zac Wodenshek. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Trzaskoma, There Modified on 4/28/2022 (nd). (Entered: 04/28/2022) |
| 28/2022 | | Appeal Fee Paid electronically via Pay.gov: for 7931 Notice of Interlocutory Appeal. Filing fee $ 505.00. Pay.gov rec number ANYSDC−26072216, paid on 04/28/2022..(nd) (Entered: 04/28/2022) |
| 28/2022 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 7931 Notice of Int Appeal,..(nd) (Entered: 04/28/2022) |
| 28/2022 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 7931 Notice Interlocutory Appeal, filed by Estate of Christopher Wodenshek, William Wodenshek, Anne Wodenshek, Zachary W Sarah Wodenshek, Haley Wodenshek, Mollie Wodenshek were transmitted to the U.S. Court of Appeals..(nd) (Enter 04/28/2022) |
| 29/2022 | 7932 | NOTICE of Amended Brief of Amicus Curiae Naseer A. Faiq re: 7903 MOTION for Leave to File Amicus Brief .. D filed by Naseer Faiq. (Attachments: # 1 Exhibit Amended Amicus Brief).(Arnpriester, Natasha) (Entered: 04/29/2022 |
| 29/2022 | 7933 | **FILING ERROR − DEFICIENT DOCKET ENTRY** MOTION for Justin B. Cox to Appear Pro Hac Vice . Filing 200.00, receipt number ANYSDC−26078240. **Motion and supporting papers to be reviewed by Clerk's Office sta** Document filed by Naseer Faiq. (Attachments: # 1 Declaration of Justin B.Cox, # 2 Proposed Order).(Cox, Justin) M 5/2/2022 (vba). (Entered: 04/29/2022) |
| 29/2022 | 7934 | LETTER MOTION for Extension of Time *to Submit Supplemental Evidence and Renewed Motions for Default Judg Court's January 18, 2022 Order (ECF 7611)* addressed to Magistrate Judge Sarah Netburn from Barry Salzman dated 2022. Document filed by Gerard Ahearn, Joanne Alcabes, Michelle Amin, Suzzanne Anderson, Georgia Asciutto, Jo Elaine Mandelkow.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Salzman, Barry) (Entered: 04/29/20 |
| 29/2022 | 7935 | MOTION to File Amicus Brief *of Terry Kay Rockefeller*. Document filed by Terry K Rockefeller. (Attachments: # 1 Proposed Amicus Brief, # 2 Exhibit Proposed Order).(Kaplan, Jacob) (Entered: 04/29/2022) |
| 29/2022 | 7936 | MOTION *to Join the Turnover Proceedings and for Partial Turnover of Assets from Garnishee Federal Reserve Ban York*. Document filed by Federal Insurance Company et al., Plaintiffs..(Carter, Sean) (Entered: 04/29/2022) |
| 29/2022 | 7937 | MEMORANDUM OF LAW in Support re: 7936 MOTION *to Join the Turnover Proceedings and for Partial Turnov from Garnishee Federal Reserve Bank of New York*. . Document filed by Federal Insurance Company et al., Plaintiffs Sean) (Entered: 04/29/2022) |
| 29/2022 | 7938 | DECLARATION of Sean P. Carter in Support re: 7936 MOTION *to Join the Turnover Proceedings and for Partial T Assets from Garnishee Federal Reserve Bank of New York*.. Document filed by Federal Insurance Company et al., Pla (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit).(Carter, Sean) ( 04/29/2022) |

| | | |
|---|---|---|
| )9/2022 | 7939 | LETTER addressed to Magistrate Judge Sarah Netburn from Lee Wolosky dated April 29, 2022 re: Faiq Brief. Docu by Havlish Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Wolosky, (Entered: 04/29/2022) |
| )2/2022 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE−FILE Doc 7933 MOTION for Justin B. Cox to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−2607 Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following missing Certificate of Good Standing from Supreme Court of Oregon;. Re−file the motion as a Motion to App Hac Vice − attach the correct signed PDF − select the correct named filer/filers − attach valid Certificates of G Standing issued within the past 30 days − attach Proposed Order. (vba)** (Entered: 05/02/2022) |
| )2/2022 | 7940 | ORDER granting 7934 Letter Motion for Extension of Time. The Plaintiffs' request for a 90−day extension to submit evidence in support of their motions for default judgment is granted. ECF No. 7934. They shall submit all supplemen by August 16, 2022. This evidence may be submitted on a rolling basis. The Clerk of the Court is respectfully directe the motion at ECF No. 7934. (Signed by Magistrate Judge Sarah Netburn on 5/2/2022) (ras) (Entered: 05/02/2022) |
| )2/2022 | 7941 | ORDER denying (626) Motion to File Amicus Brief in case 1:03−cv−09848−GBD−SN; denying (7935) Motion to F Brief in case 1:03−md−01570−GBD−SN. This order addresses two outstanding issues on the participation of amici i matter. First, the Havlish Plaintiffs ask the Court to set aside the amicus brief of Naseer A. Faiq (the "Faiq Brief") ba claims about the duplicative nature of his brief and concerns about his diplomatic status. ECF No. 7939. Second, non Kay Rockefeller moves to submit an amicus brief (the "Rockefeller Brief"). ECF No. 7935. Both requests are denied. Havlish Plaintiffs' request to set aside the Faiq Brief is denied. They raise concerns that Mr. Faiq has not accurately r his diplomatic position and that accepting his brief could have implications for the recognition of an Afghan governm No. 7939 at 23. The Court, however, explicitly noted in its order accepting the Faiq Brief that Mr. Faiq does not repr government of Afghanistan, and that the Court's acceptance of this brief does not imply any such recognition. ECF N n.2. Any other confusion around the specifics of Mr. Faiq's diplomatic role is immaterial to the value the brief adds t deliberations and understandable given the tumultuous Afghan political situation. Alternatively, the Havlish Plaintiff the Faiq Brief raises arguments that are duplicative of other briefs or that are better raised by other parties. Having re brief and the others before it, the Court finds this argument to be without merit.The request to submit the Rockefeller also denied. While that brief is nominally submitted by Ms. Rockefeller, the Court notes that, save for a few introduc sections that have been changed to reflect her participation, this brief is a word−for−word copy of a brief submitted b organization Peaceful Tomorrows. Compare ECF No. 7899−1 (Peaceful Tomorrows) with ECF No. 7935−1 (Rockef The Court had already rejected a proposed amicus brief from that organization given its concerns that some of its me participating in this MDL as parties. ECF No. 7925 at 3. Ms. Rockefeller is a member of Peaceful Tomorrows, ECF 3, though she is not before the Court as a party. Having rejected the participation of Peaceful Tomorrows as an organ however, the Court does not consider it appropriate for that order to be circumvented by selecting a single member o organization to submit the same document. The Clerk of the Court is respectfully directed to deny the motion at ECF (Signed by Magistrate Judge Sarah Netburn on 5/2/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, et (Entered: 05/02/2022) |
| )3/2022 | 7942 | REPORT & RECOMMENDATION: The Plaintiffs are people injured or killed in the September 11, 2001 terrorist a ("September 11 Attacks"), their families, commercial entities that suffered property damage, and insurers who compe victims. O'Neill also alleges harms on behalf of a class. See Estate of John P. O'Neill, Sr., et al. v. Republic of the Su No. 18−cv−12114 (GDB)(SN) (Dec. 12, 2018) ("O'Neill"). All Plaintiffs allege that the Republic of Sudan aided the providing crucial support to the al Qaeda terrorist network. Sudan moves to dismiss these complaints under Federal R Civil Procedure 12(b)(1) and 12(b)(6). ECF No. 6575. The Court recommends dismissing certain federal, state, and i law claims but otherwise denying the motion. The Court recommends denying Sudan's motion to dismiss except as r specific claims. In particular, it recommends granting Sudan's motion to dismiss for the Plaintiffs' state law claims fo damages, conspiracy, aiding and abetting, intentional infliction of emotional distress, claims sounding in negligence, and battery claims brought after September 11, 2002. It also recommends granting the dismissal of the international l Finally, it recommends granting the dismissal of secondary ATA claims for all plaintiffs but the Ashton plaintiffs an plaintiffs in the event those plaintiffs are not certified as a class. The Court also recommends directing the Clerk of C vacate the Certificates of Default at ECF Nos. 2511 and 2575. If a Certificate of Default exists for the Fed. Ins. Co., t recommends that default be vacated as well. The parties shall have fourteen days from the service of this Report and Recommendation to file written objections under 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil A party may respond to another party's objections within fourteen days after being served with a copy. Rule 72(b)(2). objections shall be filed with the Clerk of the Court, with courtesy copies delivered to the chambers of the Honorable Daniels at the United States Courthouse, 500 Pearl Street, New York, New York 10007, and to any opposing parties. U.S.C. § 636(b)(1); Rule 6(a), 6(d), 72(b). Any requests for an extension of time for filing objections must be addres Daniels. The failure to file these timely objections will result in a waiver of those objections for purposes of appeal. S U.S.C. § 636(b)(1); Rule 6(a), 6(d), 72(b); Thomas v. Arn, 474 U.S. 140 (1985). (Objections to R&R due by 5/17/20 by Magistrate Judge Sarah Netburn on 5/3/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, et al. (ras) ( 05/03/2022) |
| )3/2022 | 7943 | AFFIDAVIT OF SERVICE of Federal Insurance Company Plaintiffs' Motion for Partial Turnover of Assets from Ga Federal Reserve Bank of New York served on Da Afghanistan Bank on May 2, 2022. Service was accepted by Dr. Sh |

| | | |
|---|---|---|
| | | Mohammad Mehrabi, Member of DAB's Supreme Council. Document filed by Federal Insurance Company et al., Plaintiffs..(Carter, Sean) (Entered: 05/03/2022) |
| )3/2022 | 7944 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter dated May 3, 2022 re: requesting the Cou its prior publication Order, ECF No. 7830, to apply to the Turnover Motion filed by the Federal Insurance Creditors. filed by Federal Insurance Company et al., Plaintiffs..(Carter, Sean) (Entered: 05/03/2022) |
| )3/2022 | 7958 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED. Writ of Execution served on Feder Bank of New York on 4/21/22. Service was accepted by David Gross, Sr. VP of Law Enforcement. Document filed b Insurance Company et al., Plaintiffs. (sc) (Entered: 05/05/2022) |
| )4/2022 | 7945 | ORDER terminating (7043) Motion for Default Judgment in case 1:03−md−01570 GBD−SN. The Clerk of Court is r directed to close the pending motion at ECF No. 7043 for the reasons identified by the Court in its order at ECF No. ' motion may be restored to the calendar upon the submission of any additional material to supplement the record, as p Plaintiffs' application for damages, pursuant to Magistrate Judge Netburn's January 18, 2022 Order. (ECF 7611.) SO ORDERED.. (Signed by Judge George B. Daniels on 5/4/2022) Filed In Associated Cases: 1:03−md−01570−GBD−S (kv) (Entered: 05/04/2022) |
| )4/2022 | 7946 | MEMO ENDORSEMENT on re: (7944 in 1:03−md−01570−GBD−SN) Letter, filed by Federal Insurance Company e Plaintiffs. ENDORSEMENT: The Federal Insurance Plaintiffs' request is GRANTED. They may achieve supplement alternative service on the Taliban and Da Afghanistan Bank using the methods authorized by the Court at ECF No. 78 (Signed by Magistrate Judge Sarah Netburn on 5/4/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−06978−GBD−SN. (ras) (Entered: 05/04/2022) |
| )4/2022 | 7947 | AMENDED MOTION for Justin B. Cox to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed b Office staff.** Document filed by Naseer Faiq. (Attachments: # 1 Affidavit Declaration of Justin B. Cox, # 2 Text of Pr Order Proposed Order).(Cox, Justin) (Entered: 05/04/2022) |
| )4/2022 | 7948 | ORDER denying without prejudice to renewal (945) Motion for Default Judgment in case 1:03−cv−09849−GBD−SN without prejudice to renewal (7645) Motion for Default Judgment in case 1:03−md−01570−GBD−SN. The Court's co about plaintiffs seeking duplicative judgments led to the institution of the safeguards ordered at ECF No. 3435. Given renewed filling of duplicative motions, counsel for the Burnett Plaintiffs and the plaintiffs filing the motion at ECF N shall meet, confer, and file a joint status letter with the Court by May 13, 2022. That letter shall explain whether the r in these motions is duplicative and if so, how it was that they were filed despite the safeguards ordered by the Court. Burnett Plaintiffs' motion for default judgment against the Taliban does not comply with the safeguard requirements, without prejudice to renew. Any such renewed motion shall comply with the requirements at ECF Nos. 3433 and 343 as the further requirements instituted by the Court's order at ECF No. 7870. The Clerk of the Court is respectfully dire terminate the motion at ECF No. 7645. (Signed by Magistrate Judge Sarah Netburn on 5/4/2022) Filed In Associated 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN. (ras) (Entered: 05/04/2022) |
| )4/2022 | 7949 | ORDER granting (7654) Motion to Add in case 1:03−md−01570−GBD−SN; granting (606) Motion to Add in case 1:04−cv−01076−GBD−SN. The ONeill Plaintiffs' motion is GRANTED, and it is further ORDERED that: The under complaint in O'Neill, No. 04−cv−1076, is amended to include the parties identified in the ONeill Plaintiffs' appendix 7660−1 as parties in the action against the Taliban; This amendment supplements, but does not displace, the underlyi complaint in O'Neill, No. 04−cv−1076; Prior rulings, orders, and judgments entered in this case remain in effect as to Further service on the Taliban is not required as a result of this amendment, and prior service orders apply, including order on service by publication at ECF Nos. 445, 488; and O'Neill Plaintiffs shall file the amended complaint authori Order by May 13, 2022. Any parties that have retained Anderson Kill P.C. before that date may be added to this amen complaint without further order of the Court. The terms of this Order shall apply with equal force to parties so added. of the Court is respectfully directed to terminate the motion at ECF No. 7654, and the related motion at ECF No. 606 No. 04−cv−1076. (Signed by Magistrate Judge Sarah Netburn on 5/4/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN. (ras) (Entered: 05/04/2022) |
| )4/2022 | 7950 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated May 4, 2022 re: Supplementa Proposed Findings of Fact and Conclusions of Law of Saudi Arabia Relating to Kreindler & Kreindler LLP's Violatio Court's Protective Orders (ECF No. 7389). Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entere 05/04/2022) |
| )4/2022 | 7951 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated May 4, 2022 re: Sealed filing filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 05/04/2022) |
| )5/2022 | 7952 | ***SELECTED PARTIES***DECLARATION of Andrew C. Shen re: 7950 Letter, . Document filed by Kingdom o Arabia, Plaintiffs Executive Committees, Dallah Avco Trans Arabia, John Fawcett, FBI, Kreindler & Kreindler LLP, Executive Committee. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)Motion to File Under Seal: 7951 .(Kellogg, Michael) (Entered: 05/05/2022) |

| | | |
|---|---|---|
| )5/2022 | 7953 | MOTION to Correct Judgment re: (5049 in 1:03−md−01570−GBD−SN, 5049 in 1:03−md−01570−GBD−SN) Judgm Terminate Motions,,,,,,,,,,,,, . Document filed by Chang Kim.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11870−GBD−SN.(Goldman, Jerry) (Entered: 05/05/2022) |
| )5/2022 | 7954 | DECLARATION of Jerry S. Goldman in Support re: (161 in 1:18−cv−11870−GBD−SN) MOTION to Correct Judgn (5049 in 1:03−md−01570−GBD−SN, 5049 in 1:03−md−01570−GBD−SN) Judgment, Terminate Motions,,,,,,,,,,,,, .. filed by Chang Kim. (Attachments: # 1 Text of Proposed Order Proposed Order − Rule 60(a) Motion for Corrections) Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11870−GBD−SN.(Goldman, Jerry) (Entered: 05/05/2022) |
| )5/2022 | 7955 | MEMORANDUM OF LAW in Support re: (161 in 1:18−cv−11870−GBD−SN) MOTION to Correct Judgment re: (5 1:03−md−01570−GBD−SN, 5049 in 1:03−md−01570−GBD−SN) Judgment, Terminate Motions,,,,,,,,,,,,, . . Docume Chang Kim. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11870−GBD−SN.(Goldman, Jerry) (E 05/05/2022) |
| )5/2022 | 7956 | MEMO ENDORSEMENT on re: 7951 Letter filed by Kingdom of Saudi Arabia. ENDORSEMENT: The Kingdom c Arabia's request is GRANTED. The unredacted Shen Declaration may be filed under seal. Redacted versions of the S Declaration and Exhibit D to that declaration may be filed with the redactions discussed in this letter. (Signed by Mag Judge Sarah Netburn on 5/5/2022) (ras) (Entered: 05/05/2022) |
| )5/2022 | 7957 | DECLARATION of Andrew C. Shen re: 7950 Letter, *REDACTED version in accordance with ECF No. 7956*. Docur by Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E Michael) (Entered: 05/05/2022) |
| )5/2022 | 7959 | MOTION to Amend/Correct (53 in 1:15−cv−09903−GBD−SN) Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, . Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 05/05/2022) |
| )5/2022 | 7960 | MEMORANDUM OF LAW in Support re: (570 in 1:15−cv−09903−GBD−SN, 7959 in 1:03−md−01570−GBD−SN) to Amend/Correct (53 in 1:15−cv−09903−GBD−SN) Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,, . Document filed by Burnett Plaintiffs. Filed In A Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 05/05/2022) |
| )5/2022 | 7961 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A) Related Document Numbe ..(Duane, John) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 05/05/2022) |
| )5/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (7961 in 1:03−md−01570−GBI in 1:15−cv−09903−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN. (tp)** (Entered: 05/05/2022) |
| )5/2022 | 7962 | LETTER addressed to Judge George B. Daniels from Megan Benett and Theresa Trzaskoma dated May 5, 2022 re: F Agreement, etc.. Document filed by Ashton Plaintiffs..(Trzaskoma, Theresa) (Entered: 05/05/2022) |
| )5/2022 | 7963 | ORDER: The plaintiffs in Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq, et al., 04−cv−1076 (the "O'Nei Plaintiffs") request a partial default judgment on behalf of certain plaintiffs. ECF No. 7652. That motion requests eco damages based on an expert report provided at ECF No. 7655−4. That expert report, however, references certain addi materials filed under seal. Id. at 43. The Court has not received these expert materials. The O'Neill Plaintiffs shall file component of the expert report at their earliest convenience. This document shall be filed on ECF with access restrict Court. Going forward, all expert reports submitted in support of a default judgment shall be filed on ECF. These mate be sealed, with access restricted to the Court and any applicable parties. (Signed by Magistrate Judge Sarah Netburn 5/5/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, et al. (ras) (Entered: 05/05/2022) |
| )5/2022 | 7964 | MOTION to Substitute Party. Old Party: As set forth in chart, New Party: As set forth in chart . Document filed by B Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 05/05/2022) |
| )5/2022 | 7965 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A) Related Document Numbe ..(Duane, John) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 05/05/2022) |
| )5/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 7947 AMENDED MOTIO Justin B. Cox to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. document has been reviewed and there are no deficiencies. (aea)** (Entered: 05/05/2022) |
| )5/2022 | 7966 | TRANSCRIPT of Proceedings re: CONFERENCE held on 4/26/2022 before Judge George B. Daniels. Court Reporter/Transcriber: Carol Ganley, (212) 805−0300. Transcript may be viewed at the court public terminal or purch through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 5/26/2022. Redacted Transcript Deadline set for 6/6/2022. Release |

| | | |
|---|---|---|
| | | Transcript Restriction set for 8/3/2022.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Moya, Goretti) ( 05/05/2022) |
| )5/2022 | 7967 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERI proceeding held on 4/26/22 has been filed by the court reporter/transcriber in the above−captioned matter. The partie: seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...F Associated Cases: 1:03−md−01570−GBD−SN et al..(Moya, Goretti) (Entered: 05/05/2022) |
| )5/2022 | 7968 | ORDER in case 1:03−cv−09848−GBD−SN; denying without prejudice to renewal (7678) Motion for Default Judgme 1:03−md−01570−GBD−SN; denying without prejudice to renewal (1603) Motion for Default Judgment in case 1:02−cv−06977−GBD−SN. The Burlingame Plaintiffs' motion for a default judgment is denied without prejudice to r through a motion with a properly limited scope. The Clerk of the Court is respectfully directed to terminate the motio No. 7678. (Signed by Magistrate Judge Sarah Netburn on 5/5/2022) Filed In Associated Cases: 1:03−md−01570−GB 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN, 1:03−cv−09848−GBD−SN. (ras) (Entered: 05/05/2022) |
| )5/2022 | 7969 | ***SELECTED PARTIES*** ORDER: The Court has received the document appended to this order from the Repub Turkey. The Clerk is respectfully directed to seal this order with access restricted to the Kingdom of Saudi Arabia, D and the Plaintiffs' Executive Committees. Any party who believes this document should continued to be sealed shall with the Court explaining why continued sealing is appropriate by May 10, 2022. The parties may, without violating share this material with other parties as they deem necessary to determine if there is any reason the appended docume remain sealed. (Signed by Magistrate Judge Sarah Netburn on 5/5/2022) (ras) (Entered: 05/05/2022) |
| )5/2022 | 7970 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman, Esq. c 5, 2022 re: ECF 7963. Document filed by Christine O'Neill. (Attachments: # 1 Exhibit Expert Report)Filed In Associ 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SNMotion or Order to File Under Seal: 7963 .(Goldman, Jerry) 05/05/2022) |
| )6/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (575 in 1:15−cv−09903−GBD−: 1:03−cv−09849−GBD−SN, 7965 in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN, 1:15−cv−09903−GBD−SN(k** (Entered: 05/06/2022) |
| )6/2022 | 7971 | ORDER granting 7947 Motion for Justin B. Cox to Appear Pro Hac Vice. (HEREBY ORDERED by Magistrate Judg Netburn) (Text Only Order) (ras) (Entered: 05/06/2022) |
| )6/2022 | 7972 | ORDER granting (7959) Motion to Amend/Correct (7959 in 1:03−md−01570−GBD−SN, 570 in 1:15−cv−09903−GI MOTION to Amend/Correct (53 in 1:15−cv−09903−GBD−SN) Amended Complaint in case 1:03−md−01570−GBD− granting (570) Motion to Amend/Correct (7959 in 1:03−md−01570−GBD−SN, 570 in 1:15−cv−09903−GBD−SN) M Amend/Correct (53 in 1:15−cv−09903−GBD−SN) Amended Complaint in case 1:15−cv−09903−GBD−SN. The Plai complaint is amended to reflect David B. Brandhorst's capacity as the Personal Representative of the Estate of David Gamboa−Brandhorst. The Plaintiffs shall comply with the Clerk of Court's instructions as set forth in ECF No. 4295 the addition of these plaintiffs to the action in ECF and the docketing system. (HEREBY ORDERED by Magistrate J Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN. (ras 05/06/2022) |
| )6/2022 | 7973 | MOTION for Default Judgment as to *liability*. Document filed by Sirak Betru.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−08297−GBD−SN.(Kreindler, James) (Entered: 05/06/2022) |
| )6/2022 | 7974 | DECLARATION of James P. Kreindler in Support re: (82 in 1:18−cv−08297−GBD−SN, 7973 in 1:03−md−01570−C MOTION for Default Judgment as to *liability*.. Document filed by Sirak Betru. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−08297−GBD−SN.(Kreindler, James) (Entered: 05/06/2022) |
| )6/2022 | 7975 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Sirak Betru..(Kreindler, James **Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 05/06/2022) |
| )6/2022 | 7976 | MOTION for Default Judgment as to *Betru wrongful death plaintiffs*. Document filed by Sirak Betru.Filed In Associa 1:03−md−01570−GBD−SN, 1:18−cv−08297−GBD−SN.(Kreindler, James) (Entered: 05/06/2022) |
| )6/2022 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (7975 in 1:03−md−01570−GBD−SN, 84 in 1:18−cv−08297−GBD−SN) Proposed Default Judgment was reviewed and ap to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−08297−GBD−SN(km)** (Entered: 05/06/ |
| )6/2022 | 7977 | DECLARATION of James P. Kreindler in Support re: (7976 in 1:03−md−01570−GBD−SN, 85 in 1:18−cv−08297−C MOTION for Default Judgment as to *Betru wrongful death plaintiffs*.. Document filed by Sirak Betru. (Attachments: A1, # 2 Exhibit A2, # 3 Exhibit B, # 4 Exhibit C)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−08297−GBD−SN.(Kreindler, James) (Entered: 05/06/2022) |

| | | |
|---|---|---|
| )6/2022 | 7978 | PROPOSED JUDGMENT. Document filed by Sirak Betru. (Attachments: # 1 Exhibit A1, # 2 Exhibit A2).(Kreindle **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 05/06/2022) |
| )6/2022 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (7978 in 1:03−md−01570− 87 in 1:18−cv−08297−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Associat 1:03−md−01570−GBD−SN, 1:18−cv−08297−GBD−SN(km)** (Entered: 05/06/2022) |
| )6/2022 | 7979 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from James P. Kreindler datec re: Expert Reports to Motion (ECF 7976), Declaration (ECF 7977), Proposed Judgment (ECF 7978). Document filed Betru(Individually), Sirak Betru. (Attachments: # 1 Exhibit expert report 1, # 2 Exhibit expert report 2, # 3 Exhibit ex 3, # 4 Exhibit expert report 4, # 5 Exhibit expert report 5, # 6 Exhibit expert report 6, # 7 Exhibit expert report 7, # 8 expert report 8, # 9 Exhibit expert report 9)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−08297−GBD−SNMotion or Order to File Under Seal: 7963 .(Kreindler, James) (Entered: 05/06/2022) |
| )6/2022 | 7980 | ORDER granting (973) Motion to Substitute Party, in case 1:03−cv−09849−GBD−SN; granting (7964) Motion to Su Party, in case 1:03−md−01570−GBD−SN; granting (574) Motion to Substitute Party, in case 1:15−cv−09903−GBD− Alberto Cruz−Santiago, in their own right as an injured party is substituted for DOE AP212, in their own right as an i party / DOE 101 as an injured person. John Murray as personal representative for the estate of Patricia Helen Murray spouse of John Joseph Murray, Jr., deceased is substituted for SPOUSE DOE AP19 as personal representative of the DOE AP19, deceased and on behalf of all beneficiaries of DOE AP19, deceased / DOE 07, individually as the spouse personal representative of the estate of DOE 07, deceased and on behalf of all survivors of DOE 07. John Murray as t successor personal representative of the estate of John Joseph Murray, Jr., deceased and on behalf of all survivors of . Murray, Jr. is substituted for spouse DOE AP19 as personal representative of the estate of DOE AP19, deceased and all beneficiaries of DOE AP19, deceased / DOE 07, individually as the spouse and as the personal representative of tl DOE 07, deceased and on behalf of all survivors of DOE 07. The Plaintiffs shall comply with the Clerk of Court's ins set forth in ECF No. 4295 regarding the addition of these plaintiffs to Burnett, et al. v. Al Baraka Inv. & Dev. Corp., 03−cv−9849 and Burnett, et al. v. Islamic Republic of Iran, et al., No. 15−cv−9903 in ECF and the docketing system. ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GB 1:03−cv−09849−GBD−SN, 1:15−cv−09903−GBD−SN. (ras) (Entered: 05/06/2022) |
| )6/2022 | 7981 | LETTER addressed to Judge George B. Daniels from Sean P. Carter and Robert T. Haefele dated May 6, 2022 re: Re extension of time. Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 05/06/2022) |
| )7/2022 | 7982 | LETTER addressed to Judge George B. Daniels from Lee Wolosky dated May 7, 2022 re: Ashton Plaintiffs Unautho Sur−Reply. Document filed by Havlish Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Wolosky, Lee) (Entered: 05/07/2022) |
| )8/2022 | 7983 | LETTER addressed to Judge George B. Daniels from Orlando do Campo dated May 8, 2022 re: Ashton Plaintiffs' let May 5, 2022. Document filed by John Does 1 through 7..(Thornton, John) (Entered: 05/08/2022) |
| )9/2022 | 7984 | ORDER: The Kingdom of Saudi Arabia requests to file redacted versions of documents related to the breach of the p orders. ECF No. 7877. Specifically, it proposes redactions to ECF Nos. 7066, 7078, 7078−1, and 7080 and proposes documents without redactions. While Saudi Arabia reports that Kreindler & Kreindler objects to proposed redactions 7080, no other filings have been made on this request. The Court has ruled that prior redactions addressing effectivel subject matter (i.e., the contents of the Musaed al Jarrah deposition) are proper. ECF No. 7600. The same analysis ap Saudi Arabia's request is granted. ECF Nos. 6988, 6988−1, 6989, and 6990 shall be filed without redactions. ECF No 7078, 7078−1, and 7080 shall be filed with the redactions proposed at ECF Nos. 7877−3, 7877−4, 7877−5, and 7877 respectively. ECF No. 7877 and its supporting exhibits may be maintained under seal as it provides no additional use information about these proceedings. (Signed by Magistrate Judge Sarah Netburn on 5/9/2022) (ras) (Entered: 05/09/ |
| )9/2022 | 7985 | MEMO ENDORSEMENT on re: 7981 Letter filed by Plaintiffs Executive Committees. ENDORSEMENT: The parti is granted. They shall file any requests for reconsideration or objections to the report and recommendation at ECF No June 2, 2022. (Signed by Magistrate Judge Sarah Netburn on 5/9/2022) (ras) (Entered: 05/09/2022) |
| )9/2022 | 7986 | ORDER: The Court has received the letter from Dubai Islamic Bank ("DIB") and the Plaintiffs Executive Committee directed by ECF No. 7929. Absent an interest from both parties in engaging in Court−supervised mediation, and in li certain other representations, the Court will not schedule a conference. Should the parties' position change, they are w communicate that to the Court. The parties will therefore proceed according to the schedule in ECF No. 7929. (Signe Magistrate Judge Sarah Netburn on 5/9/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, et al. (ras) (En 05/09/2022) |
| )9/2022 | 7987 | MOTION for Default Judgment as to *Motion for Entry of Partial Default Judgments on Behalf of Burnett/Iran Perso Plaintiffs (Burnett/Iran Personal Injury 6)*. Document filed by Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 05/09/2022) |
| )9/2022 | 7988 | MOTION for Daniel G. Bird to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−26122667. **Mo supporting papers to be reviewed by Clerk's Office staff.** Document filed by Kingdom of Saudi Arabia. (Attachm Affidavit of Daniel G. Bird, # 2 Exhibit Certificates of Good Standing, # 3 Text of Proposed Order Granting Pro Hac |

| | | |
|---|---|---|
| | | Admission).(Bird, Daniel) (Entered: 05/09/2022) |
| )9/2022 | 7989 | DECLARATION of John M. Eubanks in Support re: (7987 in 1:03−md−01570−GBD−SN, 583 in 1:15−cv−09903−C MOTION for Default Judgment as to *Motion for Entry of Partial Default Judgments on Behalf of Burnett/Iran Perso Plaintiffs (Burnett/Iran Personal Injury 6)*.. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A, # 2 E 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q)Filed In Associate 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 05/09/2022) |
| )9/2022 | 7990 | MOTION for Caroline A. Schechinger to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−261 **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Kingdom of Saudi Arab (Attachments: # 1 Affidavit of Caroline A. Schechinger, # 2 Exhibit Certificate of Good Standing, # 3 Text of Propos Granting Pro Hac Vice Admission).(Schechinger, Caroline) (Entered: 05/09/2022) |
| )9/2022 | 7991 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Exhibit A).(Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 05/09/2 |
| )9/2022 | 7992 | MOTION for David F. Shea to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−26122727. **Mo supporting papers to be reviewed by Clerk's Office staff.** Document filed by Kingdom of Saudi Arabia. (Attachm Affidavit of David F. Shea, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order Granting Pro Hac V Admission).(Shea, David) (Entered: 05/09/2022) |
| )9/2022 | 7993 | MEMORANDUM OF LAW in Support re: (7987 in 1:03−md−01570−GBD−SN, 583 in 1:15−cv−09903−GBD−SN) for Default Judgment as to *Motion for Entry of Partial Default Judgments on Behalf of Burnett/Iran Personal−Injury (Burnett/Iran Personal Injury 6)*. . Document filed by Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570- 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 05/09/2022) |
| )9/2022 | 7994 | ***SELECTED PARTIES***DECLARATION of John M. Eubanks in Support re: (7987 in 1:03−md−01570−GBD- 1:15−cv−09903−GBD−SN) MOTION for Default Judgment as to *Motion for Entry of Partial Default Judgments on Burnett/Iran Personal−Injury Plaintiffs (Burnett/Iran Personal Injury 6)*.. Document filed by Burnett Plaintiffs. (Att 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 E Q)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SNMotion or Order to File Under .(Eubanks, John) (Entered: 05/09/2022) |
| )9/2022 | 7995 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter and Robert T. Haefele dated May 9, 202 Response to the May 4, 2022 letter submitted by the Kingdom of Saudi Arabia (the Kingdom), ECF No. 7950. Docu by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 05/09/2022) |
| )9/2022 | 7996 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Steven R. Pounian dated 05/09/2022 re: opposition to ECF 7950−51. Document filed by Plaintiffs Executive Committees, FBI, Dallah Avco T Arabia, Kingdom of Saudi Arabia, Kathleen Ashton. (Attachments: # 1 Exhibit Declaration)Motion or Order to File U 1900 .(Pounian, Steven) (Entered: 05/10/2022) |
| .0/2022 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (7991 in 1:03−md−01570−GBD−SN, 585 in 1:15−cv−09903−GBD−SN) Proposed Default Judgment was reviewed and a to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(km)** (Entered: 05/10/ |
| .0/2022 | 7997 | MOTION for Jacob Max Kaplan to Withdraw as Attorney *of Non−Party Terry Kay Rockefeller*. Document filed by T Rockefeller..(Kaplan, Jacob) (Entered: 05/10/2022) |
| .0/2022 | 7998 | MOTION for Jacob Max Kaplan to Withdraw as Attorney *of Non−Party Peaceful Tomorrows*. Document filed by Pe Tomorrows..(Kaplan, Jacob) (Entered: 05/10/2022) |
| .0/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 7988 MOTION for Daniel Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−26122667. Motion and supporting paper reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (aea)** (Entere 05/10/2022) |
| .0/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 7990 MOTION for Caroli Schechinger to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−26122697. Motion and su papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies.** (Entered: 05/10/2022) |
| .0/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 7992 MOTION for David Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−26122727. Motion and supporting paper reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (aea)** (Entere 05/10/2022) |

| | | |
|---|---|---|
| .0/2022 | 7999 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated July 29, 2021 re: Sealed reply of letter−motion, ECF No. 6981 (Previously filed under seal on July 29, 2021). Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 05/10/2022) |
| .0/2022 | 8000 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg date 2021 re: 6981 LETTER MOTION for Discovery addressed to Magistrate Judge Sarah Netburn from Michael K. Kell July 23, 2021. *(Previously filed under seal on July 29, 2021)*. Document filed by Kingdom of Saudi Arabia..(Kellogg (Entered: 05/10/2022) |
| .0/2022 | 8001 | LETTER MOTION for Leave to File redacted versions of ECF Nos. 6981 and 6981−2 *(Previously filed under seal o 23, 2021)* addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated August 23, 2021. Document Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 05/10/2022) |
| .0/2022 | 8002 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg date 27, 2021 re: 7066 LETTER MOTION for Leave to File redacted versions of ECF Nos. 6981 and 6981−2 addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated August 23, 2021. *(Previously filed under seal on Au 2021)*. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 05/10/2022) |
| .1/2022 | 8003 | ORDER: The Court has received no submissions suggesting that the document received from the Republic of Turkey filed under seal at ECF No. 7969 should remain sealed. The Clerk of the Court is therefore respectfully directed to un order and appended document at ECF No. 7969. (Signed by Magistrate Judge Sarah Netburn on 5/11/2022) (ras) (En 05/11/2022) |
| .1/2022 | 8004 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated May 11, 2022 re: further supp No. 7950 and in reply to ECF No. 7995 and ECF No. 7996. Document filed by Kingdom of Saudi Arabia. (Attachme Exhibit A, # 2 Exhibit B).(Kellogg, Michael) (Entered: 05/11/2022) |
| .1/2022 | 8005 | ORDER granting (634) Motion to Withdraw as Attorney, in case 1:03−cv−09848−GBD−SN; granting (7997) Motion Withdraw as Attorney, in case 1:03−md−01570−GBD−SN. (HEREBY ORDERED by Magistrate Judge Sarah Netbu Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN. (ras) (Entered: 05/1 |
| .1/2022 | 8006 | ORDER granting (635) Motion to Withdraw as Attorney, in case 1:03−cv−09848−GBD−SN; granting (7998) Motion Withdraw as Attorney, in case 1:03−md−01570−GBD−SN. (HEREBY ORDERED by Magistrate Judge Sarah Netbu Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN. (ras) (Entered: 05/1 |
| .1/2022 | 8007 | ORDER granting 7988 Motion for Daniel G. Bird to Appear Pro Hac Vice. (HEREBY ORDERED by Magistrate Jud Netburn) (Text Only Order) (ras) (Entered: 05/11/2022) |
| .1/2022 | 8008 | ORDER terminating 8001 Letter Motion for Leave to File Document. This is a redacted version of a motion already a by the Court's order at ECF No. 7314. No further action is required. (HEREBY ORDERED by Magistrate Judge Sara (Text Only Order) (ras) (Entered: 05/11/2022) |
| .2/2022 | 8009 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment prepared in accordance with 1608 & 22 C.F.R 93.2 (in English and Farsi), Order of Partial Final Judgment for Damages, dated October 5, 2021, E 7180 (in English and Farsi), copy of 28 U.S.C. §§ 1330, 1391(f), 1441(d), and 1602 through 1611 of Title 28 (Pub. L 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. §§ 1602, et seq.) (in English and Farsi); and Tra Affidavits mailed to DEFENDANT Minister of Foreign Affairs, Ministry of Foreign Affairs of the Islamic Republic Imam Khomeini Avenue, Tehran, Iran, Attn: H.E. Mohammad Javad Zarif on 05/12/2022 by Federal Express trackin 7974 4760, to the U.S. Department of State, Attn: Jared Hess, Office of Policy Review and Inter−Agency Liaison (C SA−17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of Foreign Services Immu 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(jkr) (En 05/12/2022) |
| .2/2022 | 8010 | MOTION for Default Judgment as to *Burnett/Iran XXV Plaintiffs Set Forth on Exhibits A−1 and A−2*. Document file Plaintiffs, Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00041−GBD−SN.(Eubanks, John) (Entered: 05/12/2022) |
| .2/2022 | 8011 | MEMORANDUM OF LAW in Support re: (590 in 1:15−cv−09903−GBD−SN, 8010 in 1:03−md−01570−GBD−SN, 1:19−cv−00041−GBD−SN) MOTION for Default Judgment as to *Burnett/Iran XXV Plaintiffs Set Forth on Exhibits A A−2*. . Document filed by Arias Plaintiffs, Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00041−GBD−SN.(Eubanks, John) (Entered: 05/12/2022) |
| .2/2022 | 8012 | DECLARATION of John M. Eubanks in Support re: (8010 in 1:03−md−01570−GBD−SN, 590 in 1:15−cv−09903−G 106 in 1:19−cv−00041−GBD−SN) MOTION for Default Judgment as to *Burnett/Iran XXV Plaintiffs Set Forth on Ex and A−2*.. Document filed by Arias Plaintiffs, Burnett Plaintiffs. (Attachments: # 1 Exhibit A−1, # 2 Exhibit A−2, # 3 # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N, # 16 Exhibit O, # 17 Exhibit P)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00041−GBD−SN.(Eubanks, John) (Entered: 05/12 |

| | | |
|---|---|---|
| .2/2022 | 8013 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Arias Plaintiffs, Burnett Plaint (Attachments: # 1 Exhibit A−1, # 2 Exhibit A−2).(Eubanks, John) **Proposed Default Judgment to be reviewed by C Office staff.** (Entered: 05/12/2022) |
| .3/2022 | 8014 | ORDER granting 7990 Motion for Caroline A. Schechinger to Appear Pro Hac Vice. (HEREBY ORDERED by Mag Judge Sarah Netburn) (Text Only Order) (ras) (Entered: 05/13/2022) |
| .3/2022 | 8015 | ORDER granting 7992 Motion for David F. Shea to Appear Pro Hac Vice. (HEREBY ORDERED by Magistrate Jud Netburn) (Text Only Order) (ras) (Entered: 05/13/2022) |
| .3/2022 | 8016 | LETTER addressed to Magistrate Judge Sarah Netburn from Dennis G. Pantazis dated May 13, 2022 re: Compliance Court's Order dated May 4, 2022. Document filed by John Casazza, Patricia Casazza, Jacob Kleinberg, Lauren Kleinl Kleinberg, Sam Kleinberg, LORIE VAN AUKEN, MATTHEW VAN AUKEN, SARAH VAN AUKEN.Filed In Ass Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN, 1:20−cv−00266−GBD−SN.(Pantazis, Dennis) (Ente 05/13/2022) |
| .3/2022 | 8017 | AMENDED COMPLAINT amending 1568 30/60 Days Amended Complaint,, against The Taliban with JURY DEMAND.Document filed by Christine O'Neill. Related document: 1568 30/60 Days Amended Complaint,,. (Attach Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G).(Goldman, Jerry) ( 05/13/2022) |
| .3/2022 | 8018 | MOTION to Intervene / *NOTICE OF LIMITED MOTION TO INTERVENE BY JAMES OWENS, ET AL.*. Document James Owens, et al.. (Attachments: # 1 Appendix − Attachment A − List of Proposed Intervenors, # 2 Text of Propos Proposed Order to Intervene)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−06978−GBD−SN.(Mc Matthew) (Entered: 05/13/2022) |
| .3/2022 | 8019 | REPLY / *Havlish and Doe Creditors' Joint Reply to the Briefs of Amici Curiae Concerning Their Motions for Turnov From Garnishee Federal Reserve Bank of New York*. Document filed by Havlish Plaintiffs. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Wolosky, Lee) (Entered: 05/13/2022) |
| .3/2022 | 8020 | MEMORANDUM OF LAW in Support re: (8018 in 1:03−md−01570−GBD−SN, 1120 in 1:03−cv−06978−GBD−SN to Intervene / *NOTICE OF LIMITED MOTION TO INTERVENE BY JAMES OWENS, ET AL.*. . Document filed by J Owens, et al.. (Attachments: # 1 Exhibit − Proposed Memorandum of Law in Opposition to Turnover Motion (Dkt. N 2 Exhibit − Proposed Declaration with Exhibits in Support of Memorandum in Opposition to Turnover Motion (Dkt. 7936))Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−06978−GBD−SN.(McGill, Matthew) (Enter 05/13/2022) |
| .6/2022 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (8013 in 1:03−md−01570−GBD−SN, 109 in 1:19−cv−00041−GBD−SN, 593 in 1:15−cv−09903−GBD−SN) Proposed Defa Judgment was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00041−GBD−SN(km)** (Entered: 05/16/2022) |
| .7/2022 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners C. O'Neill added. Party added pursuant to 8017 Amended Complaint,.Document filed by C. O'Neill. Related document: 8017 Amended Complaint,..(Goldman, Jerry) (Entered: 05/17/2022) |
| .8/2022 | 8021 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment prepared in accordance with 1608 & 22 C.F.R 93.2 (in English and Farsi); Order of Partial Final Judgment for Damages, dated October 25, 2021, 524 (in English and Farsi); A copy of 28 U.S.C. §§ 1330, 1391(f), 1441(d), and 1602 through 1611 of Title 28 (Pub. I 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. §§ 1602, et seq.) (in English and Farsi) and Tran Affidavits mailed to DEFENDANT Islamic Revolutionary Guard Corps, Attn: H.E. Mohammad Javad Zarif, Ministe Affairs, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehran, Iran on 05/18/ Federal Express tracking # 7767 7203 2328, to the U.S. Department of State, Attn: Jared Hess, Office of Policy Revie Inter−Agency Liaison (CA/OCS/L), SA−17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(jkr) (Entered: 05/18/2022) |
| .8/2022 | 8022 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment prepared in accordance with 1608 & 22 C.F.R 93.2 (in English and Farsi), Order of Partial Final Judgment for Damages, dated October 25, 2021, 524 (in English and Farsi); A copy of 28 U.S.C. §§ 1330, 1391(f), 1441(d), and 1602 through 1611 of Title 28 (Pub. I 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. §§ 1602, et seq.) (in English and Farsi); and Tra Affidavits mailed to DEFENDANT Islamic Republic of Iran, Attn: H.E. Mohammad Javad Zarif, Minister of Foreign Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehran, Iran on 05/18/2022 by Express tracking # 7767 7211 3678, to the U.S. Department of State, Attn: Jared Hess, Office of Policy Review and Inter−Agency Liaison (CA/OCS/L), SA−17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(jkr) (Entered: 05/18/2022) |

| | | |
|---|---|---|
| .8/2022 | 8023 | CLERK CERTIFICATE OF MAILING of one copy of the Notice of Default Judgment prepared in accordance with 2 §1608 and 22 C.F.R. § 93.2, Order of Partial Final Judgment for Damages, dated October 25th, 2021, ECF 524, A co U.S.C. §§ 1330, 1391(f), 1441(d), and 1602 through 1611 (Pub. L. 94−583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. §§ 1602, et seq.), Translators Affidavits mailed to DEFENDANT Central Bank of the Isla Republic of Iran, Ali Salehabadi, Governor, Mirdamad Blvd., No. 198, Tehran, Iran on 05/18/2022 by Registered Ma # RH003368409US, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Fo Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(jkr) (Entered: 05/18/2022) |
| .8/2022 | 8024 | MOTION for Default Judgment as to *Plaintiffs' Notice of Motion for Entry of Partial Final Default Judgments on Be Arias Plaintiffs Identified at Exhibit A (Arias VI)*. Document filed by Arias Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00041−GBD−SN.(Eubanks, John) (Entered: 05/18/2022) |
| .8/2022 | 8025 | MEMORANDUM OF LAW in Support re: (110 in 1:19−cv−00041−GBD−SN, 8024 in 1:03−md−01570−GBD−SN) for Default Judgment as to *Plaintiffs' Notice of Motion for Entry of Partial Final Default Judgments on Behalf of Aric Identified at Exhibit A (Arias VI)*. . Document filed by Arias Plaintiffs. Filed In Associated Cases: 1:03−md−01570−G 1:19−cv−00041−GBD−SN.(Eubanks, John) (Entered: 05/18/2022) |
| .8/2022 | 8026 | DECLARATION of John M. Eubanks in Support re: (110 in 1:19−cv−00041−GBD−SN, 8024 in 1:03−md−01570−G MOTION for Default Judgment as to *Plaintiffs' Notice of Motion for Entry of Partial Final Default Judgments on Be Arias Plaintiffs Identified at Exhibit A (Arias VI)*.. Document filed by Arias Plaintiffs. (Attachments: # 1 Exhibit A, # B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00041−GBD−SN.(Eubanks, John) (Entered: 05/ |
| .8/2022 | 8027 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Arias Plaintiffs. (Attachments Exhibit A).(Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 05/18/2 |
| .8/2022 | 8028 | ***SELECTED PARTIES***DECLARATION of John M. Eubanks in Support re: (110 in 1:19−cv−00041−GBD−S 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Plaintiffs' Notice of Motion for Entry of Partial Fi Judgments on Behalf of Arias Plaintiffs Identified at Exhibit A (Arias VI)*.. Document filed by Arias Plaintiffs. (Attacl Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00041−GBD−SNMotion o File Under Seal: 7963 .(Eubanks, John) (Entered: 05/18/2022) |
| .8/2022 | 8029 | MOTION for Default Judgment as to *Plaintiffs' Motion for Entry of Partial Final Default Judgments on Behalf of Bu Plaintiffs Identified at Exhibits A and B (Burnett/Iran XXVI)*. Document filed by Burnett Plaintiffs.Filed In Associate 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 05/18/2022) |
| .8/2022 | 8030 | MEMORANDUM OF LAW in Support re: (8029 in 1:03−md−01570−GBD−SN, 597 in 1:15−cv−09903−GBD−SN) for Default Judgment as to *Plaintiffs' Motion for Entry of Partial Final Default Judgments on Behalf of Burnett/Iran Identified at Exhibits A and B (Burnett/Iran XXVI)*. . Document filed by Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 05/18/2022) |
| .8/2022 | 8031 | DECLARATION of John M. Eubanks in Support re: (8029 in 1:03−md−01570−GBD−SN, 597 in 1:15−cv−09903−G MOTION for Default Judgment as to *Plaintiffs' Motion for Entry of Partial Final Default Judgments on Behalf of Bu Plaintiffs Identified at Exhibits A and B (Burnett/Iran XXVI)*.. Document filed by Burnett Plaintiffs. (Attachments: # 1 # 2 Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eul John) (Entered: 05/18/2022) |
| .8/2022 | 8032 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Exhibit A, # 2 Exhibit B).(Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Er 05/18/2022) |
| .8/2022 | 8033 | ***SELECTED PARTIES***DECLARATION of John M. Eubanks in Support re: (8029 in 1:03−md−01570−GBD− 1:15−cv−09903−GBD−SN) MOTION for Default Judgment as to *Plaintiffs' Motion for Entry of Partial Final Defau Judgments on Behalf of Burnett/Iran Plaintiffs Identified at Exhibits A and B (Burnett/Iran XXVI)*.. Document filed by Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 1:03−md−01570−GE 1:15−cv−09903−GBD−SNMotion or Order to File Under Seal: 7963 .(Eubanks, John) (Entered: 05/18/2022) |
| .9/2022 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (8032 in 1:03−md−01570−GBD−SN, 600 in 1:15−cv−09903−GBD−SN) Proposed Default Judgment was reviewed and a to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(km)** (Entered: 05/19/ |
| .9/2022 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (113 in 1:19−cv−00041−GBD−SN, 8027 in 1:03−md−01570−GBD−SN) Proposed Default Judgment was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00041−GBD−SN(km)** (Entered: 05/ |
| .9/2022 | 8034 | ORDER: it is hereby ORDERED that the name of the 9/11 victim in lines 47−52 of Exhibit A to ECF No. 5049 be ch "John Christopher Henwood Jr." to "John Christopher Henwood." ORDERED that the Court's September 3, 2019 Par Judgment (ECF No. 5049) remains otherwise in force and that all other final judgments awarded to the Kim Plaintiff' |

| | | |
|---|---|---|
| | | in the September 3, 2019 Partial Final Judgment (ECF No. 5049) remain in effect. SO ORDERED. (Signed by Judge Daniels on 5/19/2022) (ama) (Entered: 05/19/2022) |
| .9/2022 | 8035 | MEMO ENDORSEMENT: on re: 7981 Letter filed by Plaintiffs Executive Committees. ENDORSEMENT: SO ORI Objections to R&R due by 6/2/2022) (Signed by Judge George B. Daniels on 5/19/2022) (ama) (Entered: 05/19/2022 |
| .9/2022 | 8036 | LETTER RESPONSE to Motion addressed to Magistrate Judge Sarah Netburn from Steven Pounian dated 07/27/202 LETTER MOTION for Discovery addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated July *(Previously filed under seal on July 27, 2021)*. Document filed by Plaintiffs Executive Committees. (Attachments: # 1).(Pounian, Steven) (Entered: 05/19/2022) |
| .9/2022 | 8037 | LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executi Committees dated 08/26/2021 re: 7066 LETTER MOTION for Leave to File redacted versions of ECF Nos. 6981 an addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated August 23, 2021. *(Previously filed und August 26, 2021)*. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A).(Benett, Megan 05/19/2022) |
| 20/2022 | 8038 | ORDER terminating (7953) Motion to Correct Judgment re: (7953 in 1:03−md−01570−GBD−SN, 161 in 1:18−cv−11870−GBD−SN) MOTION to Correct Judgment re: (5049 in 1:03−md−01570−GBD−SN, 5049 in 1:03−md−01570−GBD−SN) Judgment, Terminate Motions in case 1:03−md−01570−GBD−SN; terminating (161) M Correct Judgment re: (7953 in 1:03−md−01570−GBD−SN, 161 in 1:18−cv−11870−GBD−SN) MOTION to Correct re: (5049 in 1:03−md−01570−GBD−SN, 5049 in 1:03−md−01570−GBD−SN) Judgment, Terminate Motions in case 1:18−cv−11870−GBD−SN The relief sought in this motion was granted by Judge Daniels at ECF No. 8034. The Cler Court is therefore respectfully directed to terminate the open motion at ECF No. 7953. (HEREBY ORDERED by Ma Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11870−G (ras) (Entered: 05/20/2022) |
| 20/2022 | 8039 | NOTICE OF APPEARANCE by Michael Jon Pendell on behalf of Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Pendell, Michael) (Entered: 05/20/2022) |
| 20/2022 | 8040 | LETTER addressed to Judge George B. Daniels from John Oster dated 5/20/2022 re: DAB asset turnover proceeding Document filed by Federal Reserve Bank of New York.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−06978−GBD−SN, 1:03−cv−09848−GBD−SN.(Oster, John) (Entered: 05/20/2022) |
| 20/2022 | 8041 | FIRST MOTION for Annie Elizabeth Kouba to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC− **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Burnett Plaintiffs. (Atta 1 Affidavit Notarized Affidavit Kouba, # 2 Text of Proposed Order Proposed Order Kouba, # 3 Exhibit SC Cert of G Standing Kouba)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Kouba, Annie) (Entered: 05/20/2022) |
| 23/2022 | 8042 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment to the Islamic Republic of I pursuant to 28. U.S.C. §1608 and 22 C.F.R. § 93.2 (in English and Farsi), Order of Judgment as to Liability and for P Default Judgments, dated September 6, 2019, ECF No. 5088 (in English and Farsi), Order of Partial Final Judgment f Damages, dated October 5, 2021, ECF No. 7182 (in English and Farsi), A copy of 28 U.S.C. §§ 1330, 1391(f), 1441( 1602 through 1611 (Pub. L. 94−583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. §§ 1602, e English and Farsi); and Translators Affidavits (in English only) mailed to DEFENDANT Islamic Republic of Iran, M Foreign Affairs, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehran, Iran, A Mohammad Javad Zarif on 05/23/2022 by Federal Express tracking # 7767 6865 4473, to the U.S. Department of Sta Jared Hess, Office of Policy Review and Inter−Agency Liaison (CA/OCS/L), SA−17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00044−GBD−SN.(jkr) (Entered: 05/23/2022) |
| 23/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 8041 FIRST MOTION for Elizabeth Kouba to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−26177987. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no d (sgz)** (Entered: 05/23/2022) |
| 24/2022 | 8043 | MEMORANDUM DECISION AND ORDER for (164 in 1:09−cv−07055−GBD−SN) Motion for Summary Judgmer Islamic Republic of Afghanistan, (7731 in 1:03−md−01570−GBD−SN, 218 in 1:09−cv−07055−GBD−SN) Report an Recommendations,. No objections have been filed. This Court ADOPTS Magistrate Judge Netburn's Report and Recommendation. Magistrate Judge Netburn did not commit a clear error in recommending that the motion for summ judgment be denied as moot. The Republic has collapsed and no one else has appeared on Afghanistan's behalf. In sh now "Afghanistan is not currently participating in this case." (Report at 5.) Issuing a decision on its merits would de f the Republic to continue to represent Afghanistan's interests, which would amount to a "ghost" of a representation. (R 4−5.) Given these facts, there is no suggestion that Afghanistan continues to have a willingness... to participate in this (Report at 5.) The Report and Recommendation is ADOPTED. The summary judgment motion is dismissed as moot. will proceed with the FSIA's default judgment procedure, where the Court must assess its "subject matter jurisdiction Afghanistan." The Court of Clerk is directed to close the motion for summary judgment (ECF No. 164, Case No. 09− |

| | | |
|---|---|---|
| | | accordingly. SO ORDERED. (Signed by Judge George B. Daniels on 5/24/22) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:09−cv−07055−GBD−SN (yv) (Entered: 05/24/2022) |
| 24/2022 | 8044 | ORDER granting (981) Motion for Annie Elizabeth Kouba to Appear Pro Hac Vice in case 1:03−cv−09849−GBD−S (8041) Motion for Annie Elizabeth Kouba to Appear Pro Hac Vice in case 1:03−md−01570−GBD−SN; granting (702 for Annie Elizabeth Kouba to Appear Pro Hac Vice in case 1:04−cv−07279−GBD−SN; granting (603) Motion for An Elizabeth Kouba to Appear Pro Hac Vice in case 1:15−cv−09903−GBD−SN; granting (60) Motion for Annie Elizabe Appear Pro Hac Vice in case 1:18−cv−11493−GBD−SN; granting (59) Motion for Annie Elizabeth Kouba to Appear Vice in case 1:18−cv−11504−GBD−SN; granting (59) Motion for Annie Elizabeth Kouba to Appear Pro Hac Vice in 1:18−cv−11509−GBD−SN; granting (59) Motion for Annie Elizabeth Kouba to Appear Pro Hac Vice in case 1:18−cv−11515−GBD−SN; granting (59) Motion for Annie Elizabeth Kouba to Appear Pro Hac Vice in case 1:18−cv−11519−GBD−SN; granting (58) Motion for Annie Elizabeth Kouba to Appear Pro Hac Vice in case 1:18−cv−11582−GBD−SN; granting (57) Motion for Annie Elizabeth Kouba to Appear Pro Hac Vice in case 1:18−cv−11619−GBD−SN; granting (58) Motion for Annie Elizabeth Kouba to Appear Pro Hac Vice in case 1:18−cv−11624−GBD−SN; granting (57) Motion for Annie Elizabeth Kouba to Appear Pro Hac Vice in case 1:18−cv−11664−GBD−SN; granting (50) Motion for Annie Elizabeth Kouba to Appear Pro Hac Vice in case 1:18−cv−12030−GBD−SN; granting (50) Motion for Annie Elizabeth Kouba to Appear Pro Hac Vice in case 1:18−cv−12118−GBD−SN; granting (51) Motion for Annie Elizabeth Kouba to Appear Pro Hac Vice in case 1:18−cv−12318−GBD−SN; granting (50) Motion for Annie Elizabeth Kouba to Appear Pro Hac Vice in case 1:18−cv−12322−GBD−SN; granting (50) Motion for Annie Elizabeth Kouba to Appear Pro Hac Vice in case 1:19−cv−00026−GBD−SN; granting (116) Motion for Annie Elizabeth Kouba to Appear Pro Hac Vice in case 1:19−cv−00041−GBD−SN; granting (99) Motion for Annie Elizabeth Kouba to Appear Pro Hac Vice in case 1:19−cv−00044−GBD−SN. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In A Cases: 1:03−md−01570−GBD−SN, et al. (ras) (Entered: 05/24/2022) |
| 24/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (57 in 1:18−cv−11664−GB in 1:18−cv−12318−GBD−SN, 50 in 1:19−cv−00026−GBD−SN, 116 in 1:19−cv−00041−GBD−SN, 99 in 1:19−cv−00044−GBD−SN, 50 in 1:18−cv−12030−GBD−SN, 58 in 1:18−cv−11624−GBD−SN, 50 in 1:18−cv−12118−GBD−SN, 59 in 1:18−cv−11509−GBD−SN, 59 in 1:18−cv−11515−GBD−SN, 50 in 1:18−cv−12322−GBD−SN, 58 in 1:18−cv−11582−GBD−SN, 57 in 1:18−cv−11619−GBD−SN, 59 in 1:18−cv−11519−GBD−SN) FIRST MOTION for Annie Elizabeth Kouba to Appear Pro Hac Vice . Filing fee $ receipt number NYSDC−26177987. Motion and supporting papers to be reviewed by Clerk's Office staff.. The has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(sg** (Entered: 05/24/2022) |
| 25/2022 | 8045 | CLERK CERTIFICATE OF MAILING UNEXECUTED for Cover Letter, Complaint deemed filed on January 10, 20 of Suit prepared in accordance with 22 CFR 93.2 along with the text of FSIA 28 U.S.C 1602, et seq., Summons in a C deemed filed on January 13, 2020 & Affidavit of Translator(along with translations of the above documents in Farsi) DEFENDANT Iran's Ministry of Defense and Armed Forces Logistics, c/o H.E Mohammad Javad Zarif, Ministry of Affairs, Imam Khomeini Avenue, Tehran, Iran on 07/06/2021 by Federal Express tracking # 8627 3174 8701, as per 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. Confirmation that delivery was executed was not received Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−SN.(jkr) (Entered: 05/ |
| 25/2022 | 8046 | CLERK CERTIFICATE OF MAILING UNEXECUTED for Cover Letter, Complaint dated January 10, 2020 (Ryan Notice of Suit, pursuant to 22 C.F.R 93.2, along with the text of FSIA 28 U.S.C § 1602, et seq, Summons in a Civil A January 13, 2020 (Ryan Doc No. 6), Affidavit of translator (along with translations of the above documents into Fars DEFENDANT Iran's Ministry of Commerce, c/o Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khome Tehran, Iran on 07/06/2021 by Federal Express tracking # 8627 3174 8610, as per (6941 in 1:03−md−01570−GBD−S Certificate of Mailing. Confirmation that delivery was executed was not received by the Clerk's Office. Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−SN.(jkr) (Entered: 05/25/2022) |
| 25/2022 | 8047 | CLERK CERTIFICATE OF MAILING UNEXECUTED for Cover Letter, Complaint dated January 10, 2020 (Ryan Notice of Suit, pursuant to 22 C.F.R 93.2, along with the text of FSIA 28 U.S.C § 1602, et seq, Summons in a Civil A January 13, 2020 (Ryan Doc No. 6), Affidavit of translator (along with translations of the above documents into Fars DEFENDANT Islamic Republic of Iran, c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khome Tehran, Iran on 07/06/2021 by Federal Express tracking # 8627 3174 8697, as per (6940 in 1:03−md−01570−GBD−S Certificate of Mailing. Confirmation that delivery was executed was not received by the Clerk's Office. Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−SN.(jkr) (Entered: 05/25/2022) |
| 25/2022 | 8048 | CLERK CERTIFICATE OF MAILING UNEXECUTED for Cover Letter, Complaint deemed filed on January 10, 20 of Suit prepared in accordance with 22 CFR 93.2 along with the text of FSIA 28 U.S.C 1602, et seq., Summons in a C deemed filed on January 13, 2020 & Affidavit of Translator(along with translations of the above documents in Farsi) DEFENDANT Iran's Ministry of Economic Affairs and Finance, c/o Mohammad Javad Zarif, Minister of Foreign Af Khomeini Avenue, Tehran, Iran on 07/06/2021 by Federal Express tracking # 8627 3174 8620, as per (6942 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. Confirmation that delivery was executed was not received Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−SN.(jkr) (Entered: 05/ |

| | | |
|---|---|---|
| 25/2022 | 8049 | CLERK CERTIFICATE OF MAILING UNEXECUTED for Cover Letter, Complaint dated January 10, 2020 (Ryan Notice of Suit, pursuant to 22 C.F.R 93.2, along with the text of FSIA 28 U.S.C § 1602, et seq, Summons in a Civil A January 13, 2020 (Ryan Doc No. 6), Affidavit of translator (along with translations of the above documents into Fars DEFENDANT Iran's Ministry of Petroleum, c/o Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomei Tehran, Iran on 07/06/2021 by Federal Express tracking # 8627 3174 8675, as per (6943 in 1:03−md−01570−GBD−S Certificate of Mailing. Confirmation that delivery was executed was not received by the Clerk's Office. Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−SN(jkr) (Entered: 05/25/2022) |
| 25/2022 | 8050 | CLERK CERTIFICATE OF MAILING UNEXECUTED for Cover Letter, Complaint dated January 10, 2020 (Ryan Notice of Suit, pursuant to 22 C.F.R 93.2, along with the text of FSIA 28 U.S.C § 1602, et seq, Summons in a Civil A January 13, 2020 (Ryan Doc No. 6), Affidavit of translator (along with translations of the above documents into Fars DEFENDANT Islamic Revolutionary Guard Corps, c/o Mohammad Javad Zarif, Minister of Foreign Affairs, Imam I Avenue, Tehran, Iran on 07/06/2021 by Federal Express tracking # 8627 3174 8642, as per (6944 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. Confirmation that delivery was executed was not received Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−SN(jkr) (Entered: 05/ |
| 25/2022 | 8051 | CLERK CERTIFICATE OF MAILING UNEXECUTED for Cover Letter, Complaint dated January 10, 2020 (Ryan Notice of Suit, pursuant to 22 C.F.R 93.2, along with the text of FSIA 28 U.S.C § 1602, et seq, Summons dated Janua 2020 (Ryan Doc No. 6) and Affidavit of Translator (along with translations of the above documents into Farsi) maile DEFENDANT Iran's Ministry of Information and Security c/o H.E Mohammad Javad Zarif, Minister of Foreign Affa Khomeini Avenue, Tehran, Iran on 07/06/2021 by Federal Express tracking # 8627 3174 8631, as per (6945 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. Confirmation that delivery was executed was not received Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−SN.(jkr) (Entered: 05 |
| 25/2022 | 8052 | ORDER: Judge Daniels has denied the Islamic Republic of Afghanistan's motion for summary judgment in Faulkner Laden, et al., No. 09−cv−7055 as moot and directed the parties to proceed with the procedures for default judgment s the Foreign Sovereign Immunities Act. This will include an assessment of the Court's subject matter jurisdiction over ECF No. 8043 at 3. The plaintiffs shall submit a proposed schedule for this proceeding by May 30, 2022. (Signed by Judge Sarah Netburn on 5/25/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:09−cv−07055−GBD−S (Entered: 05/25/2022) |
| 26/2022 | 8053 | LETTER addressed to Judge George B. Daniels from Sean P. Carter and Robert T. Haefele dated May 26, 2022 re: re regarding modification of briefing schedule. Document filed by Plaintiffs Executive Committees..(Carter, Sean) (Ente 05/26/2022) |
| 27/2022 | 8054 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated May 27, 2022 re: Joint status concerning redactions. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 05/27/2022) |
| 27/2022 | 8055 | MOTION to Vacate 8018 MOTION to Intervene */ NOTICE OF LIMITED MOTION TO INTERVENE BY JAMES OV AL..* . Document filed by Federal Insurance Company..(Carter, Sean) (Entered: 05/27/2022) |
| 27/2022 | 8056 | MEMORANDUM OF LAW in Support re: 8055 MOTION to Vacate 8018 MOTION to Intervene */ NOTICE OF LIM MOTION TO INTERVENE BY JAMES OWENS, ET AL..* . . Document filed by Federal Insurance Company..(Carter, (Entered: 05/27/2022) |
| 27/2022 | 8057 | DECLARATION of J. Scott Tarbutton in Support re: 8055 MOTION to Vacate 8018 MOTION to Intervene */ NOTIC LIMITED MOTION TO INTERVENE BY JAMES OWENS, ET AL..* .. Document filed by Federal Insurance Company (Attachments: # 1 Exhibit A).(Carter, Sean) (Entered: 05/27/2022) |
| 30/2022 | 8058 | LETTER addressed to Magistrate Judge Sarah Netburn from James F. Peterson dated 05/30/2022 re: Proposed Sched Default Judgment Proceeding. Document filed by Lynn Faulkner..(Peterson, James) (Entered: 05/30/2022) |
| 31/2022 | 8059 | CERTIFICATE OF SERVICE of Havlish and Doe Creditors' turnover motion papers served on Da Afghanistan Bank Taliban on April 26, 2022. Service was made by Publication. Document filed by Havlish Plaintiffs. (Attachments: # 1 # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 1 R, # 19 Exhibit S, # 20 Exhibit T)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN Lee) (Entered: 05/31/2022) |
| 31/2022 | 8060 | LETTER MOTION for Extension of Time to File addressed to Magistrate Judge Sarah Netburn from Matthew D. Mc May 31, 2022. Document filed by James Owens, et al..Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−06978−GBD−SN.(McGill, Matthew) (Entered: 05/31/2022) |
| 31/2022 | 8061 | MEMO ENDORSEMENT on re: (226 in 1:09−cv−07055−GBD−SN) Letter filed by Lynn Faulkner, (8058 in 1:03−md−01570−GBD−SN) Letter filed by Lynn Faulkner. ENDORSEMENT: The Plaintiff's request is GRANTED motion for default judgment shall be submitted by June 30, 2022. (Signed by Magistrate Judge Sarah Netburn on 5/3 Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:09−cv−07055−GBD−SN. (ras) (Entered: 05/31/2022) |

| | | |
|---|---|---|
| 31/2022 | 8062 | MEMO ENDORSEMENT on re: 8053 Letter filed by Plaintiffs Executive Committees. ENDORSEMENT: The Parti is GRANTED. Any motion for reconsideration shall be submitted by June 10, 2022. Opposition to that motion shall b submitted by June 24. The deadline to submit objections to the report and recommendation at ECF No. 7942 is adjou pending further action of the Court. (Signed by Magistrate Judge Sarah Netburn on 5/31/2022) (ras) (Entered: 05/31/2 |
| 31/2022 | 8063 | MEMO ENDORSEMENT on re: 8054 Letter filed by Kingdom of Saudi Arabia. ENDORSEMENT: The Parties' req GRANTED. They shall submit a further joint status letter by July 26, 2022. (Signed by Magistrate Judge Sarah Netbu 5/31/2022) (ras) (Entered: 05/31/2022) |
| 31/2022 | 8064 | LETTER addressed to Judge George B. Daniels from Megan Benett and Theresa Trzaskoma dated 5/31/2022 re: [EC 8020, 8040, 8056]. Document filed by Ashton Plaintiffs..(Benett, Megan) (Entered: 05/31/2022) |
| 02/2022 | 8065 | MEMO ENDORSEMENT on re: (1123 in 1:03−cv−06978−GBD−SN, 8060 in 1:03−md−01570−GBD−SN) LETTE for Extension of Time to File addressed to Magistrate Judge Sarah Netburn from Matthew D. McGill dated May 31, by James Owens, et al. ENDORSEMENT: The Proposed Intervenors' request is GRANTED. They shall file a combi support of their motion and in opposition to the Federal Insurance Plaintiffs' cross−motion by June 10, 2022. This co reply shall be no more than 25 pages. (Signed by Magistrate Judge Sarah Netburn on 6/1/2022) Filed In Associated C 1:03−md−01570−GBD−SN, 1:03−cv−06978−GBD−SN. (ras) (Entered: 06/02/2022) |
| 02/2022 | 8066 | ORDER: The public dissemination of the MPS Material violated the Protective Order. No party shall publish or repul MPS material except as necessary for the prosecution or defense of this case. The parties shall meet and confer to det anything in the MPS Materials is confidential under the Protective Order. (Signed by Magistrate Judge Sarah Netburn 6/2/2022) (ras) (Entered: 06/02/2022) |
| 02/2022 | 8069 | ORDER terminating (8060) Letter Motion for Extension of Time to File in case 1:03−md−01570−GBD−SN; termina Letter Motion for Extension of Time to File in case 1:03−cv−06978−GBD−SN. This motion is substantively addresse Court's order at 8065. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associ 1:03−md−01570−GBD−SN, 1:03−cv−06978−GBD−SN. (ras) (Entered: 06/06/2022) |
| 03/2022 | 8067 | LETTER addressed to Magistrate Judge Sarah Netburn from Nicole Erb dated June 3, 2022 re: Status Update Regard Modified Schedule for Jurisdictional Discovery. Document filed by Al Rajhi Bank..(Erb, Nicole) (Entered: 06/03/202 |
| 03/2022 | 8068 | LETTER addressed to Judge George B. Daniels from Lee Wolosky dated 06/03/2022 re: related case statement in Sn Document filed by Havlish Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD 1:03−cv−09848−GBD−SN.(Wolosky, Lee) (Entered: 06/03/2022) |
| 06/2022 | 8070 | MEMO ENDORSEMENT on re: 8067 Letter filed by Al Rajhi Bank. ENDORSEMENT: The Parties' schedule is GR Discovery shall proceed on the schedule set out in this letter. (Signed by Magistrate Judge Sarah Netburn on 6/6/2022 (Entered: 06/06/2022) |
| 06/2022 | 8071 | NOTICE of Amendment to Add Plaintiffs. Document filed by Jessica Derubbio. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05306−GBD−SN.(Goldman, Jerry) (Entered: 06/06/2022) |
| 06/2022 | 8072 | NOTICE of Amendment to Add Plaintiffs. Document filed by Shirley Hemenway. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN.(Goldman, Jerry) (Entered: 06/06/2022) |
| 06/2022 | 8073 | NOTICE of Amendment to Add Plaintiffs. Document filed by BNY Mellon. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11767−GBD−SN.(Goldman, Jerry) (Entered: 06/06/2022) |
| 06/2022 | 8074 | MOTION to Substitute Party. Old Party: New Party: . Document filed by August Bernaerts. (Attachments: # 1 Text o Order Proposed Order to Substitute)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11865−GBD−SN.(Goldman, Jerry) (Entered: 06/06/2022) |
| 06/2022 | 8075 | MOTION to Substitute Party. Old Party: New Party: . Document filed by Marinella Hemenway. (Attachments: # 1 T Proposed Order Proposed Order to Substitute)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN.(Goldman, Jerry) (Entered: 06/06/2022) |
| 06/2022 | 8076 | NOTICE of Amendment. Document filed by Sheri Burlingame. Filed In Associated Cases: 1:03−md−01570−GBD−S 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN.(Granito, Frank) (Entered: 06/06/2022) |
| 07/2022 | 8077 | NOTICE of Amendment to Add Plaintiffs. Document filed by August Bernaerts. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11865−GBD−SN.(Goldman, Jerry) (Entered: 06/07/2022) |
| 07/2022 | 8078 | MOTION to Substitute Party. Old Party: New Party: . Document filed by Horace Morris. (Attachments: # 1 Text of P Order Proposed Order to Substitute)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN.(Goldman, Jerry) (Entered: 06/07/2022) |
| 07/2022 | 8079 | ORDER granting (8074) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; granting (111) Motion to Su Party in case 1:19−cv−11865−GBD−SN. Bradley D. Noack as the Personal Representative of the Estate of Katherine Noack is substituted for John Doe 85, being intended to designate the Personal Representative of the Estate of Kather |

| | | |
|---|---|---|
| | | McGarry Noack. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated 1:03−md−01570−GBD−SN, 1:19−cv−11865−GBD−SN. (ras) (Entered: 06/07/2022) |
| )7/2022 | 8080 | ORDER granting (8075) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; granting (182) Motion to Su Party in case 1:18−cv−12277−GBD−SN. Peggy H. Taylor as the Co−Personal Representative of the Estate of Charles substituted for John Doe 32, being intended to designate the Personal Representative of the Estate of Charles G. John ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GB 1:18−cv−12277−GBD−SN. (ras) (Entered: 06/07/2022) |
| )8/2022 | 8081 | MOTION for Default Judgment as to *Burlingame XII Plaintiffs against the Islamic Republic of Iran*. Document filed Burlingame.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN.(Granito, Frank) (Entered: 06/08/2022) |
| )8/2022 | 8082 | DECLARATION of Frank H. Granito, III in Support re: (217 in 1:02−cv−07230−GBD−SN, 8081 in 1:03−md−01570−GBD−SN, 1660 in 1:02−cv−06977−GBD−SN) MOTION for Default Judgment as to *Burlingame X Plaintiffs against the Islamic Republic of Iran*.. Document filed by Sheri Burlingame. (Attachments: # 1 Exhibit A)Fi Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN.(Granito, Fra (Entered: 06/08/2022) |
| )8/2022 | 8083 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** PROPOSED JUDGMENT. Docume Sheri Burlingame..(Granito, Frank) **Proposed Judgment to be reviewed by Clerk's Office staff.** Modified on 6/8/2( (Entered: 06/08/2022) |
| )8/2022 | 8084 | ORDER granting (8078) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; granting (191) Motion to Su Party in case 1:18−cv−05321−GBD−SN. Elias Rodriguez as the Personal Representative of the Estate of Mayra V. R substituted for Arnulfo Rodriguez as the Personal Representative of the Estate of Mayra V. Rodriguez. (HEREBY OI by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN. (ras) (Entered: 06/08/2022) |
| )8/2022 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Fra Granito to RE−FILE Document (219 in 1:02−cv−07230−GBD−SN, 1662 in 1:02−cv−06977−GBD−SN, 8083 in 1:03−md−01570−GBD−SN) Proposed Judgment. Use the event type Proposed Orders, Proposed Default Judgi In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN(km)** (Ei 06/08/2022) |
| )8/2022 | 8085 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Sheri Burlingame..(Granito, F **Proposed Default Judgment to be reviewed by Clerk's Office staff.** Modified on 6/8/2022 (km). (Entered: 06/08/2 |
| )8/2022 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (8085 in 1:03−md−01570−GBD−SN, 1663 in 1:02−cv−06977−GBD−SN, 220 in 1:02−cv−07230−GBD−SN) Proposed Def Judgment was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN(km)** (Entered: 06/08/2022) |
| .0/2022 | 8086 | ORDER: Smith v. The Islamic Emirate of Afghanistan, et al., No. 01−cv−10132, is now part of In re Terrorist Attack September 11, 2001, No. 03−md−1570. Accordingly, all papers in Smith should also be filed on the docket for In re Attacks from now on. (Signed by Magistrate Judge Sarah Netburn on 6/10/2022) (ras) (Entered: 06/10/2022) |
| .0/2022 | 8087 | NOTICE OF APPEARANCE by Dion G Rassias on behalf of Raymond Smith..(Rassias, Dion) (Entered: 06/10/2022 |
| .0/2022 | 8088 | MOTION for James E. Beasley, Jr. to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−262690 **and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Raymond Smith..(Beasley, Jame (Entered: 06/10/2022) |
| .0/2022 | 8089 | JOINT LETTER MOTION for Extension of Time *re DIB's Personal Jurisdiction Motion* addressed to Magistrate Juc Netburn from Steven T. Cottreau dated June 10, 2022. Document filed by Dubai Islamic Bank.Filed In Associated Ca 1:03−md−01570−GBD−SN et al..(Pritsker, Gabrielle) (Entered: 06/10/2022) |
| .0/2022 | 8090 | MOTION for Reconsideration re; 7942 Report and Recommendations,,,,,,,,,, *Motion for Partial Reconsideration*. Dc filed by Consolidated Amended Complaint Plaintiffs..(Carter, Sean) (Entered: 06/10/2022) |
| .0/2022 | 8091 | MEMORANDUM OF LAW in Opposition re: (8055 in 1:03−md−01570−GBD−SN) MOTION to Vacate (8018) MC Intervene */ NOTICE OF LIMITED MOTION TO INTERVENE BY JAMES OWENS, ET AL..* ., (8018 in 1:03−md−01570−GBD−SN, 1120 in 1:03−cv−06978−GBD−SN) MOTION to Intervene */ NOTICE OF LIMITED M( INTERVENE BY JAMES OWENS, ET AL.. −− REPLY IN SUPPORT OF LIMITED MOTION TO INTERVENE BY J. OWENS, ET AL., AND OPPOSITION TO THE FEDERAL INSURANCE CREDITORS' CROSS−MOTION TO VACA OWENS PREJUDGMENT ATTACHMENT*. Document filed by James Owens, et al.. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−06978−GBD−SN.(McGill, Matthew) (Entered: 06/10/2022) |

| | | |
|---|---|---|
| .3/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 8088 MOTION for James Jr. to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−26269090. Motion and supporting be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Ente 06/13/2022) |
| .3/2022 | 8092 | **FILING ERROR − DEFICIENT DOCKET ENTRY − DUPLICATE FILED − SEE DKT. 8088** MOTION for ja e.beasley, jr., esquire to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−26271551. **Motion an supporting papers to be reviewed by Clerk's Office staff.** Document filed by George Smith, George Smith, Raymo Raymond Smith, Timothy Soulas, Timothy Soulas, Jr.. (Attachments: # 1 Text of Proposed Order Proposed Order, # affidavit, # 3 Exhibit certificate of good standing).(Beasley, James) Modified on 6/13/2022 (aea). (Entered: 06/13/20 |
| .3/2022 | 8093 | JOINT LETTER MOTION for Extension of Time *to schedule deposition* addressed to Magistrate Judge Sarah Netbu Gregory G. Rapawy dated June 13, 2022. Document filed by Kingdom of Saudi Arabia..(Rapawy, Gregory) (Entered 06/13/2022) |
| .3/2022 | 8094 | ORDER granting 8088 Motion for James E. Beasley, Jr. to Appear Pro Hac Vice. (HEREBY ORDERED by Magistra Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 06/13/2022) |
| .4/2022 | 8095 | NOTICE OF APPEARANCE by James Beasley on behalf of Raymond Smith..(Beasley, James) (Entered: 06/14/202 |
| .4/2022 | 8096 | ORDER in case 1:03−cv−09849−GBD−SN; denying (8089) Letter Motion for Extension of Time in case 1:03−md−01570−GBD−SN. Now, the parties request a new six−week extension of that schedule to address discovery created by the U.S. Government's March 2022 release of additional September 11 documents. Under this proposed sc final briefing would not be complete until October 28, 2022. ECF No. 8089 at 2. The parties also warn that they want briefing to commence only "after the issues concerning additional discovery are resolved." Id. They do not propose a for raising these issues to the Court. As it stands, this motion will have been in stasis for more than nine months by th fully briefed in September. The Parties propose not only to draw this out further, but also to do so on an effectively pr basis, with the strong possibility of further extensions and supplemental motion practice. It is time to move this motio The Parties' request for an extension is denied. Briefing will continue on the schedule set out by the Court in its order 7929. The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 8089. SO ORDERED. (Sign Magistrate Judge Sarah Netburn on 6/14/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (mml) (I 06/14/2022) |
| .4/2022 | 8097 | NOTICE OF APPEARANCE by Dion G Rassias on behalf of Raymond Smith..(Rassias, Dion) (Entered: 06/14/2022 |
| .4/2022 | 8098 | ORDER granting 8093 Letter Motion for Extension of Time. The deposition of Barry Schiff may be scheduled for Ju (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 06/14/2022 |
| .4/2022 | 8099 | MOTION to Add *Parties Against the Taliban*. Document filed by Christine O'Neill.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 06/14/2022) |
| .4/2022 | 8100 | MEMORANDUM OF LAW in Support re: (625 in 1:04−cv−01076−GBD−SN, 8099 in 1:03−md−01570−GBD−SN) to Add *Parties Against the Taliban*. . Document filed by Christine O'Neill. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 06/14/2022) |
| .4/2022 | 8101 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (625 in 1:04−cv−01076−GBD−SN, 8099 in 1:03−md−01570−GBD−SN) MOTION to Add *Parties Against the Taliban*.. Document filed by Christine O'Neill. (A # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) ( 06/14/2022) |
| .4/2022 | 8102 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED ORDER. Document filed by Christine O'Neil (Attachments: # 1 Appendix 1) Related Document Number: 8099 ..(Goldman, Jerry) **Proposed Order to be reviewe Clerk's Office staff.** Modified on 6/14/2022 (km). (Entered: 06/14/2022) |
| .4/2022 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED ORDER. Notice to attorney Jerry Go RE−FILE Document No. 8102 Proposed Order. The filing is deficient for the following reason(s): The civil cas listed on the document is not correct. Re−file the document using the event type Proposed Order found under list Proposed Orders. (km)** (Entered: 06/14/2022) |
| .4/2022 | 8103 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter dated June 14, 2022 re: a request by the I Agreement Plaintiffs for an extension to file their reply brief. Document filed by Federal Insurance Company et al., Plaintiffs..(Carter, Sean) (Entered: 06/14/2022) |
| .4/2022 | 8104 | ORDER: The Court has received a letter from "September 11 Advocates," which that group requests be docketed. As is composed primarily of plaintiffs who are already part of this case and represented by counsel, the request to file a l independently of counsel is DENIED. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 6/14/2022) (m (Entered: 06/14/2022) |

| | | |
|---|---|---|
| .4/2022 | 8105 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman, Esq. dated June 14, 2022 re: Motion Parties Against the Taliban. Document filed by Christine O'Neill.Filed In Associated Cases: 1:03−md−01570−GBD− 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 06/14/2022) |
| .4/2022 | 8106 | MOTION to Add *Parties Against the Taliban (Updated)*. Document filed by Christine O'Neill.Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 06/14/2022) |
| .4/2022 | 8107 | MEMORANDUM OF LAW in Support re: (630 in 1:04−cv−01076−GBD−SN, 8106 in 1:03−md−01570−GBD−SN) to Add *Parties Against the Taliban (Updated)*. . Document filed by Christine O'Neill. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 06/14/2022) |
| .4/2022 | 8108 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (630 in 1:04−cv−01076−GBD−SN, 8106 in 1:03−md−01570−GBD−SN) MOTION to Add *Parties Against the Taliban (Updated)*.. Document filed by Christine (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Go Jerry) (Entered: 06/14/2022) |
| .4/2022 | 8109 | PROPOSED ORDER. Document filed by Christine O'Neill. (Attachments: # 1 Appendix 1) Related Document Numl ..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 06/14/2022) |
| .5/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 8109 Proposed Order was revi approved as to form. (km)** (Entered: 06/15/2022) |
| .5/2022 | 8110 | NOTICE of Amendment to Add Plaintiffs. Document filed by Marianella Hemenway. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN.(Goldman, Jerry) (Entered: 06/15/2022) |
| .5/2022 | 8111 | ORDER granting 8106 Motion to Add. The O'Neill Plaintiffs' motion is GRANTED, and it is further ORDERED tha underlying complaint in O'Neill, No. 04−cv−1076, is amended to include the 71 parties identified in the O'Neill Plain appendix at ECF No. 8109−1 (paragraphs 3017−3087) as parties in the action against the Taliban; This amendment s but does not displace, the underlying complaint in O'Neill, No. 04−cv−1076; Prior rulings, orders, and judgments ent case remain in effect as to all parties; Further service on the Taliban is not required as a result of this amendment, anc service orders apply, including the Court's order on service by publication at ECF Nos. 445, 488; and O'Neill Plaintif the amended complaint authorized by this Order and attached as an exhibit at ECF No. 8108−1 by June 22, 2022. The the Court is respectfully directed to terminate the motion at ECF No. 8106, and the related motion at ECF No. 630 in No. 04−cv−1076. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 6/15/2022) (mml) Modified on 6/1 (mml). (Entered: 06/15/2022) |
| .6/2022 | 8112 | NOTICE of Motion for Partial Final Judgment for Damages on Behalf of the Plaintiffs Identified in Exhibits A & B. filed by Gordon Aamoth, Lloyd Abel, Audrey Ades, Ber Barry Aron, Paul Asaro, August Bernaerts, Michael Bianco, Bodner, Jessica Derubbio, Marinella Hemenway, Bakahityar Kamardinova, Chang Kim, BNY Mellon, Horace Morri Rivelli, Matthew Rowenhorst, Laurence Schlissel. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Gol Jerry) (Entered: 06/16/2022) |
| .6/2022 | 8113 | MEMO ENDORSEMENT on re: 8103 Letter, filed by Federal Insurance Company et al., Plaintiffs. ENDORSEMEN federal Insurance Creditors' request is GRANTED. Their reply shall be due by June 22, 2022. SO ORDERED. ( Repl 6/22/2022.) (Signed by Magistrate Judge Sarah Netburn on 6/16/2022) (tg) (Entered: 06/16/2022) |
| .6/2022 | 8114 | Objection re: 8066 Order, . Document filed by Kathleen Ashton..(Pounian, Steven) (Entered: 06/16/2022) |
| .6/2022 | 8115 | SECOND AMENDED COMPLAINT amending 8017 Amended Complaint, against The Taliban with JURY DEMAND.Document filed by Christine O'Neill. Related document: 8017 Amended Complaint,. (Attachments: # 1 E 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G).(Goldman, Jerry) (Entered: 06/ |
| .6/2022 | 8116 | MEMORANDUM OF LAW in Support re: (169 in 1:18−cv−11870−GBD−SN, 193 in 1:18−cv−05321−GBD−SN, 8 1:03−md−01570−GBD−SN, 143 in 1:18−cv−11878−GBD−SN, 150 in 1:18−cv−12276−GBD−SN, 114 in 1:19−cv−11865−GBD−SN, 185 in 1:18−cv−12277−GBD−SN, 161 in 1:18−cv−11837−GBD−SN, 170 in 1:18−cv−05331−GBD−SN, 219 in 1:18−cv−05306−GBD−SN, 85 in 1:20−cv−10902−GBD−SN, 105 in 1:19−cv−11767−GBD−SN, 169 in 1:18−cv−12387−GBD−SN, 103 in 1:20−cv−09376−GBD−SN, 157 in 1:18−cv−07306−GBD−SN, 196 in 1:18−cv−05339−GBD−SN, 97 in 1:19−cv−11776−GBD−SN, 93 in 1:20−cv−10460−GBD−SN) Notice (Other), *of Motion for Partial Final Judgment as to Damages*. Document filed by Aamoth, Lloyd Abel, Audrey Ades, Ber Barry Aron, Paul Asaro, August Bernaerts, Michael Bianco, Deborah Bodne Derubbio, Marinella Hemenway, Bakahityar Kamardinova, Chang Kim, BNY Mellon, Horace Morris, Cheryl Rivelli Rowenhorst, Laurence Schlissel. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Ent 06/16/2022) |
| .6/2022 | 8117 | PROPOSED ORDER. Document filed by Gordon Aamoth, Lloyd Abel, Audrey Ades, Ber Barry Aron, Paul Asaro, A Bernaerts, Michael Bianco, Deborah Bodner, Jessica Derubbio, Marinella Hemenway, Bakahityar Kamardinova, Cha BNY Mellon, Horace Morris, Cheryl Rivelli, Matthew Rowenhorst, Laurence Schlissel. (Attachments: # 1 Exhibit A Exhibit B) Related Document Number: 8112 ..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office** |

| | | |
|---|---|---|
| | | Modified on 6/17/2022 (km). (Entered: 06/16/2022) |
| .6/2022 | 8118 | ***EX−PARTE***DECLARATION of Jerry S. Goldman in Support re: (193 in 1:18−cv−05321−GBD−SN, 8112 in 1:03−md−01570−GBD−SN, 161 in 1:18−cv−11837−GBD−SN, 170 in 1:18−cv−05331−GBD−SN, 219 in 1:18−cv−05306−GBD−SN, 105 in 1:19−cv−11767−GBD−SN, 169 in 1:18−cv−12387−GBD−SN, 157 in 1:18−cv−07306−GBD−SN, 97 in 1:19−cv−11776−GBD−SN, 93 in 1:20−cv−10460−GBD−SN, 169 in 1:18−cv−11870−GBD−SN, 143 in 1:18−cv−11878−GBD−SN, 150 in 1:18−cv−12276−GBD−SN, 114 in 1:19−cv−11865−GBD−SN, 185 in 1:18−cv−12277−GBD−SN, 85 in 1:20−cv−10902−GBD−SN, 103 in 1:20−cv−09376−GBD−SN, 196 in 1:18−cv−05339−GBD−SN) Notice (Other),. Document filed by Gordon Aamoth, Abel, Audrey Ades, Ber Barry Aron, Paul Asaro, August Bernaerts, Michael Bianco, Deborah Bodner, Jessica Derub Marinella Hemenway, Bakahityar Kamardinova, Chang Kim, BNY Mellon, Horace Morris, Cheryl Rivelli, Matthew Rowenhorst, Laurence Schlissel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibi 6 Exhibit D−3−2, # 7 Exhibit D−3−3, # 8 Exhibit D−3−4, # 9 Exhibit D−3−5, # 10 Exhibit D−3−6, # 11 Exhibit D−3 Exhibit D−3−8, # 13 Exhibit D−3−9, # 14 Exhibit D−3−10, # 15 Exhibit D−3−11, # 16 Exhibit D−3−12, # 17 Exhibi # 18 Exhibit D−3−14, # 19 Exhibit D−3−15, # 20 Exhibit D−3−16, # 21 Exhibit D−3−17, # 22 Exhibit D−3−18, # 23 D−3−19, # 24 Exhibit D−3−20, # 25 Exhibit D−3−21, # 26 Exhibit D−3−22, # 27 Exhibit D−3−23)Filed In Associate 1:03−md−01570−GBD−SN et al.Motion or Order to File Under Seal: 7963 .(Goldman, Jerry) (Entered: 06/16/2022) |
| .7/2022 | 8119 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MOTION for Eric J. Snyder to Withdraw as Attorney . Do filed by Dubai Islamic Bank. (Attachments: # 1 Exhibit E. Snyder Declaration in Support of Motion to Withdraw, # 2 Proposed Order Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Pritsker, Gabrielle) M 6/17/2022 (db). (Entered: 06/17/2022) |
| .7/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (159 in 1:18−cv−07306−GBD−S 1:18−cv−11870−GBD−SN, 116 in 1:19−cv−11865−GBD−SN, 171 in 1:18−cv−12387−GBD−SN, 8117 in 1:03−md−01570−GBD−SN, 187 in 1:18−cv−12277−GBD−SN, 105 in 1:20−cv−09376−GBD−SN, 145 in 1:18−cv−11878−GBD−SN, 163 in 1:18−cv−11837−GBD−SN, 95 in 1:20−cv−10460−GBD−SN, 172 in 1:18−cv−05331−GBD−SN, 195 in 1:18−cv−05321−GBD−SN, 87 in 1:20−cv−10902−GBD−SN, 107 in 1:19−cv−11767−GBD−SN, 221 in 1:18−cv−05306−GBD−SN, 152 in 1:18−cv−12276−GBD−SN) Proposed Order reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(km)** (Entered: 0 |
| .7/2022 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − DEFICIENT DOCKET ENTRY ERROR. Notic Attorney Gabrielle Ellisa Pritsker to RE−FILE Document (8119 in 1:03−md−01570−GBD−SN, 722 in 1:04−cv−05970−GBD−SN, 706 in 1:04−cv−07279−GBD−SN, 664 in 1:04−cv−07065−GBD−SN, 985 in 1:03−cv−09849−GBD−SN, 808 in 1:04−cv−01923−GBD−SN) MOTION for Eric J. Snyder to Withdraw as Atto ERROR(S): Supporting documents are filed separately, each receiving their own document # (NOT ATTACH Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(db)** (Entered: 06/17/2022) |
| .7/2022 | 8120 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman, Esq. dated June 17, 2022 re: Motion Final Judgment for Damages Against Iran. Document filed by Christine O'Neill..(Goldman, Jerry) (Entered: 06/17/20 |
| .7/2022 | 8121 | ORDER terminating 8099 Motion to Add. This motion is terminated per the party's request at ECF No. 8105. (HERE ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) (ras) (Entered: 06/17/2022) |
| .7/2022 | 8122 | MOTION for Eric J. Snyder to Withdraw as Attorney . Document filed by Dubai Islamic Bank.Filed In Associated C 1:03−md−01570−GBD−SN et al..(Pritsker, Gabrielle) (Entered: 06/17/2022) |
| .7/2022 | 8123 | DECLARATION of Eric J. Snyder in Support re: (1130 in 1:03−cv−06978−GBD−SN) MOTION for Eric J. Snyder t Withdraw as Attorney .. Document filed by Dubai Islamic Bank. Filed In Associated Cases: 1:03−md−01570−GBD− al..(Pritsker, Gabrielle) (Entered: 06/17/2022) |
| .7/2022 | 8124 | PROPOSED ORDER. Document filed by Dubai Islamic Bank. Related Document Number: 8122 ..(Pritsker, Gabriell **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 06/17/2022) |
| .7/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (8124 in 1:03−md−01570−GBD in 1:03−cv−06978−GBD−SN, 811 in 1:04−cv−01923−GBD−SN, 725 in 1:04−cv−05970−GBD−SN, 709 in 1:04−cv−07279−GBD−SN, 988 in 1:03−cv−09849−GBD−SN, 667 in 1:04−cv−07065−GBD−SN) Proposed Order reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(km)** (Entered: 0 |
| .7/2022 | 8125 | CERTIFICATE OF SERVICE of Federal Insurance Creditors' turnover motion papers served on The Taliban and Da Afghanistan Bank on June 15, 2022. Service was made by Publication. Document filed by Federal Insurance Compar Plaintiffs. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Ex Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exh 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−06978−GBD−SN.(Carter, Sean) (Entered: 06/17/2022) |
| .7/2022 | 8126 | MOTION for Summary Judgment *Notice of Motion*. Document filed by Dubai Islamic Bank..(Marshall, C Kevin) (Er 06/17/2022) |

| | | |
|---|---|---|
| .7/2022 | 8127 | MEMORANDUM OF LAW in Support re: 8126 MOTION for Summary Judgment *Notice of Motion. Brief in Suppo* Document filed by Dubai Islamic Bank..(Marshall, C Kevin) (Entered: 06/17/2022) |
| .7/2022 | 8128 | RULE 56.1 STATEMENT. Document filed by Dubai Islamic Bank..(Marshall, C Kevin) (Entered: 06/17/2022) |
| .7/2022 | 8129 | DECLARATION of Steven T. Cottreau in Support re: 8126 MOTION for Summary Judgment *Notice of Motion*.. Do filed by Dubai Islamic Bank. (Attachments: # 1 Exhibit Ex. 1 Sharif Decl., # 2 Exhibit Ex. 2 Engl. Transl., # 3 Exhib Engl. Transl., # 4 Exhibit Ex. 4 Dharsey Decl., # 5 Exhibit Ex. 5 Hassan Dep., # 6 Exhibit Ex. 6 Fine Dep., # 7 Exhib Fine Dep. Exs., # 8 Exhibit Ex. 8 Ansari Decl., # 9 Exhibit Ex. 9 Engl. Transl., # 10 Exhibit Ex. 10 Engl. Transl., # 1 Ex. 11 Engl. Transl., # 12 Exhibit Ex. 12 Maaty Decl., # 13 Exhibit Ex. 13 Engl. Transl., # 14 Exhibit Ex. 14 Maazm 15 Exhibit Ex. 15 Engl. Transl., # 16 Exhibit Ex. 16 Engl. Transl., # 17 Exhibit Ex. 17 Engl. Transl., # 18 Exhibit Ex Account Statement, # 19 Exhibit Ex. 19 Pls. RFAs 1, # 20 Exhibit Ex. 20 Pls. Supp. RFAs 2, # 21 Exhibit Ex. 21 Pls. 22 Exhibit Ex. 22 Pls. 2d Supp. RFAs 2, # 23 Exhibit Ex. 23 Pls. Supp. RFAs 3, # 24 Exhibit Ex. 24 Doc. 3, # 25 Exl Doc. 17, # 26 Exhibit Ex. 26 Doc. 31, # 27 Exhibit Ex. 27a Doc. 55 pt. 1, # 28 Exhibit Ex. 27b Doc. 55 pt. 2).(Marsh Kevin) (Entered: 06/17/2022) |
| 21/2022 | 8130 | ORDER granting (986) Motion to Withdraw as Attorney, in case 1:03−cv−09849−GBD−SN; granting (8122) Motior Withdraw as Attorney, in case 1:03−md−01570−GBD−SN; granting (809) Motion to Withdraw as Attorney, in case 1:04−cv−01923−GBD−SN; granting (723) Motion to Withdraw as Attorney, in case 1:04−cv−05970−GBD−SN; grai Motion to Withdraw as Attorney, in case 1:04−cv−07065−GBD−SN; granting (707) Motion to Withdraw as Attorney 1:04−cv−07279−GBD−SN; granting (1130) Motion to Withdraw as Attorney, in case 1:03−cv−06978−GBD−SN. (H ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GB al. (ras) (Entered: 06/21/2022) |
| 21/2022 | 8131 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated June 21, 2022 re: requesting renewed motion to dismiss and related filings. Document filed by Kingdom of Saudi Arabia. (Attachments: # 1 Exhil Exhibit B).(Kellogg, Michael) (Entered: 06/21/2022) |
| 21/2022 | 8132 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry Goldman dated 06/21/2022 re: Iran 24. Document Susan King..(Goldman, Jerry) (Entered: 06/21/2022) |
| 21/2022 | 8133 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated June 21, 2022 re: requesting agreed filing dates for response and reply. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered 06/21/2022) |
| 22/2022 | 8134 | MOTION to Substitute Party. Old Party: New Party: . Document filed by August Bernaerts. (Attachments: # 1 Text c Order Proposed Order to Substitute)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11865−GBD−SN.(Goldman, Jerry) (Entered: 06/22/2022) |
| 22/2022 | 8135 | MOTION to Substitute Party. Old Party: New Party: . Document filed by Deborah Bodner. (Attachments: # 1 Text of Order Proposed Order to Substitute)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11776−GBD−SN.(Goldman, Jerry) (Entered: 06/22/2022) |
| 22/2022 | 8136 | REPLY MEMORANDUM OF LAW in Support re: 8055 MOTION to Vacate 8018 MOTION to Intervene */ NOTICI LIMITED MOTION TO INTERVENE BY JAMES OWENS, ET AL.*. . . Document filed by Federal Insurance Company Plaintiffs..(Carter, Sean) (Entered: 06/22/2022) |
| 22/2022 | 8137 | MEMO ENDORSEMENT on re: 8133 Letter filed by Kingdom of Saudi Arabia. ENDORSEMENT: The Parties' req granted. The Kingdom of Saudi Arabia shall file its response to the Plaintiffs' objections at ECF No. 8114 by June 30 Plaintiffs' reply shall be due by July 8, 2022. (Signed by Magistrate Judge Sarah Netburn on 6/22/2022) (ras) (Entere 06/22/2022) |
| 23/2022 | 8138 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated June 23, 2022 re for extension of time to respond to ECF No. 8131. Document filed by Plaintiffs Executive Committees..(Haefele, Rol (Entered: 06/23/2022) |
| 23/2022 | 8139 | ORDER granting (8134) Motion to Substitute Party, in case 1:03−md−01570−GBD−SN; granting (118) Motion to Su Party, in case 1:19−cv−11865−GBD−SN. Josephine Fink as the Personal Representative of the Estate of Derek O. Sv substituted for John Doe 81, being intended to designate the Personal Representative of the Estate of Derek O. Sword (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11865−GBD−SN. (ras) (Entered: 06/23/2022) |
| 23/2022 | 8140 | MOTION for Lesley E. Roe to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−26319701. **Mo supporting papers to be reviewed by Clerk's Office staff.** Document filed by Dubai Islamic Bank. (Attachments: # Certificate of Good Standing, # 2 Affidavit Affidavit, # 3 Text of Proposed Order Proposed Order).(Roe, Lesley) (En 06/23/2022) |

| | | |
|---|---|---|
| 23/2022 | 8141 | NOTICE of Amendment to Add Plaintiffs. Document filed by Deborah Bodner. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11776−GBD−SN.(Goldman, Jerry) (Entered: 06/23/2022) |
| 23/2022 | 8142 | ORDER granting (8135) Motion to Substitute Party, in case 1:03−md−01570−GBD−SN; granting (101) Motion to Su Party, in case 1:19−cv−11776−GBD−SN. Katherine Collier as the co−Personal Representative of the Estate of Stephe Morris is substituted for John Doe 71, being intended to designate the Personal Representative of the Estate of Stephe Morris. Andrew Morris as the co−Personal Representative of the Estate of Stephen Philip Morris is also substituted fo 71, being intended to designate the Personal Representative of the Estate of Stephen Philip Morris. (HEREBY ORDE Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11776−GBD−SN. (ras) (Entered: 06/23/2022) |
| 24/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 8140 MOTION for Lesley Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−26319701. Motion and supporting paper reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered 06/24/2022) |
| 24/2022 | 8143 | RESPONSE in Opposition to Motion re: 8090 MOTION for Reconsideration re; 7942 Report and Recommendations *Motion for Partial Reconsideration*. . Document filed by Republic of the Sudan..(Curran, Christopher) (Entered: 06/2 |
| 24/2022 | 8144 | ORDER denying 30 Motion re: 30 MOTION nunc pro tunc Writ of Execution in case 1:20−mc−00740. No delay or i merits a nunc pro tunc order. The Doe Plaintiffs have not identified any such injustice or delay nor do such circumsta The Court permitted them to seek a writ of execution a little less than a month following their application. This applic moreover, failed to comport with the requirements for seeking a writ of execution. Thus, regardless of the stay, the w sought would not have been issued on the date for which they now seek a modification. Thus, nunc pro tunc modifica not remedy an injustice, but confer an inappropriate advantage. Accordingly, the motion for a nunc pro tunc modifica denied. The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 30. (Signed by Magistrate Sarah Netburn on 6/24/2022) (ras) (Entered: 06/27/2022) |
| 24/2022 | 8145 | MEMO ENDORSEMENT on re: 8138 Letter filed by Plaintiffs Executive Committees. ENDORSEMENT: The Plair request is GRANTED. They shall file their response to the Kingdom of Saudi Arabia's proposal at ECF No. 8131 by 2022. Any reply shall be filed by July 1, 2022. (Signed by Magistrate Judge Sarah Netburn on 6/24/2022) (ras) (Enter 06/27/2022) |
| 27/2022 | 8146 | MOTION to Add . Document filed by Christine O'Neill.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 06/27/2022) |
| 27/2022 | 8147 | MEMORANDUM OF LAW in Support re: (8146 in 1:03−md−01570−GBD−SN, 637 in 1:04−cv−01076−GBD−SN) to Add . . Document filed by Christine O'Neill. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 06/27/2022) |
| 27/2022 | 8148 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (8146 in 1:03−md−01570−GBD−SN, 637 in 1:04−cv−01076−GBD−SN) MOTION to Add .. Document filed by Christine O'Neill. (Attachments: # 1 Exhibit A)Fi Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 06/27/2022) |
| 27/2022 | 8149 | PROPOSED ORDER. Document filed by Christine O'Neill. Related Document Number: 8146 ..(Goldman, Jerry) **Pro Order to be reviewed by Clerk's Office staff.** (Entered: 06/27/2022) |
| 28/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (8149 in 1:03−md−01570−GBD in 1:04−cv−01076−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Case 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN(km)** (Entered: 06/28/2022) |
| 28/2022 | 8150 | ORDER granting (8146) Motion to Add in case 1:03−md−01570−GBD−SN; granting (637) Motion to Add in case 1:04−cv−01076−GBD−SN. The O'Neill Plaintiffs' motion is GRANTED, and it is further ORDERED that: The unde complaint in O'Neill, No. 04−cv−1076, is amended to include Maribeth Eccleston as a party in the action against the This amendment supplements, but does not displace, the underlying complaint in O'Neill, No. 04−cv−1076; Prior rul and judgments entered in this case remain in effect as to all parties; Further service on the Taliban is not required as a this amendment, and prior service orders apply, including the Court's order on service by publication at ECF Nos. 44 O'Neill Plaintiffs shall file the amended complaint authorized by this Order and attached as an exhibit at ECF No. 81 two days of the entry of this Order. The Clerk of the Court is respectfully directed to terminate the motion at ECF No the related motion at ECF No. 637 in O'Neill, No. 04−cv−1076. (Signed by Magistrate Judge Sarah Netburn on 6/28/ In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN. (ras) (Entered: 06/28/2022) |
| 28/2022 | 8151 | ORDER granting 8140 Motion for Lesley E. Roe to Appear Pro Hac Vice. (HEREBY ORDERED by Magistrate Jud Netburn) (Text Only Order) (ras) (Entered: 06/28/2022) |
| 28/2022 | 8152 | THIRD AMENDED COMPLAINT amending 8115 Amended Complaint, against The Taliban with JURY DEMANI filed by Christine O'Neill. Related document: 8115 Amended Complaint,. (Attachments: # 1 Exhibit A, # 2 Exhibit B Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G).(Goldman, Jerry) (Entered: 06/28/2022) |

| | | |
|---|---|---|
| 28/2022 | 8153 | SUPPLEMENTAL LETTER addressed to Magistrate Judge Sarah Netburn from Timothy B. Fleming dated June 28, Official Capacity of Two Defendants who are Individuals. Document filed by Patricia Ryan.Filed In Associated Case 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN, 1:20−cv−00266−GBD−SN.(Fleming, Timothy) (Entered: 0 |
| 28/2022 | 8154 | NOTICE of Amendment to Add Plaintiffs. Document filed by Deborah Bodner. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11776−GBD−SN.(Goldman, Jerry) (Entered: 06/28/2022) |
| 28/2022 | 8155 | MOTION to Direct *Clerk To Dispatch Documents To Agency And Instrumentality And Government Official Defenda Forth In 28 U.S.C. 1608(a)(4)*. Document filed by Patricia Ryan. (Attachments: # 1 Text of Proposed Order proposec order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−SN.(Fleming, Timothy) (Enter 06/28/2022) |
| 28/2022 | 8156 | MEMORANDUM OF LAW in Support re: (99 in 1:20−cv−00266−GBD−SN) MOTION to Direct *Clerk To Dispatch Documents To Agency And Instrumentality And Government Official Defendants As Set Forth In 28 U.S.C. 1608(a)(4* Document filed by Patricia Ryan. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−SN Timothy) (Entered: 06/28/2022) |
| 28/2022 | 8157 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated 6/28/2022 re: in ECF No. 8131. Document filed by Plaintiffs Executive Committees..(Pounian, Steven) (Entered: 06/28/2022) |
| 28/2022 | 8158 | LETTER MOTION for Extension of Time to File addressed to Magistrate Judge Sarah Netburn from James F. Peters 06/28/2022. Document filed by Lynn Faulkner..(Peterson, James) (Entered: 06/28/2022) |
| 29/2022 | 8159 | ORDER granting 8158 Letter Motion for Extension of Time to File. The Plaintiffs shall submit their motion for defau judgment by July 14, 2022. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) (ras) (Ent 06/29/2022) |
| 29/2022 | 8160 | LETTER addressed to Judge George B. Daniels from John M. Eubanks dated June 29, 2022 re: Pending motions for judgment. Document filed by Arias Plaintiffs, Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−S 1:03−cv−09849−GBD−SN, 1:19−cv−00041−GBD−SN.(Eubanks, John) (Entered: 06/29/2022) |
| 29/2022 | 8161 | LETTER addressed to Magistrate Judge Sarah Netburn from John M. Eubanks dated June 29, 2022 re: Plaintiffs mot ECF No. 7640. Document filed by Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 06/29/2022) |
| 30/2022 | 8162 | NOTICE of Plaintiffs' Removal of Parties Pursuant to Case Management Order #2, 12, ECF No. 247, and Federal Ru Procedure 15(d), as applied to Plaintiffs in the above−referenced matter through this Courts May 4, 2022 Order, ECF Document filed by Andrew Soulas, Christopher Soulas, Daniel Soulas, Katherine Soulas, Matthew Soulas, Timothy S (Attachments: # 1 Exhibit Attachment A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 06/30/2022) |
| 30/2022 | 8163 | ORDER granting (8155) Motion to Direct in case 1:03−md−01570−GBD−SN; granting (99) Motion to Direct in case 1:20−cv−00266−GBD−SN. This document relates to: Ryan, et al., v. Iran, et al., No. 20−cv−0266 The plaintiffs in Ry v. Iran, et al., No. 20−cv−0266, move to serve certain agents and instrumentalities of the Islamic Republic of Iran usi service procedures provided for by 28 U.S.C. § 1608(a)(4). This motion is granted. The service provisions in this Orc the following defendants: the National Iranian Oil Company, the National Iranian Tanker Company, the National Irar Company, the National Iranian Petrochemical Company, Iran Airlines, Hezbollah, Ayatollah Ali Hoseini−Khamenei, Leader of Iran, in his official capacity, and the estate of Ali Akbar Hashemi Rafsanjani, Deceased, former Chairman Expediency Discernment Council and former President of Iran. The Clerk of the Court is respectfully directed to disp letters rogatory previously issued by the Court, Complaint, Summons, Notice of Suit, a copy of the text of the FSIA, translations of each document, and certificates of translation and an individual cover letter for each Defendant, provic Plaintiffs' counsel, to the United States Department of State for diplomatic service on each of the defendants identifie This shall be done according to the procedures for service on a foreign state or political subdivision set out in 28 U.S. 1608(a)(4). The Clerk of the Court is further respectfully directed to record dispatching these materials on the docket of the Court is respectfully directed to terminate the motion at ECF No. 8155 and the related motion in Ryan, et al., v No. 20−cv−0266, ECF No. 99. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 6/30/2022) Filed In A Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−SN (mml) Transmission to Orders and Judgments Clerk processing. (Entered: 06/30/2022) |
| 30/2022 | 8164 | MOTION Partial Final Judgment . Document filed by BNY Mellon.Filed In Associated Cases: 1:03−md−01570−GB 1:18−cv−12277−GBD−SN, 1:19−cv−11767−GBD−SN.(Goldman, Jerry) (Entered: 06/30/2022) |
| 30/2022 | 8165 | DECLARATION of Jerry S. Goldman in Support re: (109 in 1:19−cv−11767−GBD−SN) MOTION Partial Final Jud Document filed by Marianella Hemenway, BNY Mellon. (Attachments: # 1 Exhibit A− to the Declaration, # 2 Exhib Declaration, # 3 Exhibit C− to the Declaration, # 4 Exhibit D−Signed declaration of Joseph W. Dixon (with Exhibits) Exhibit E − Signed declaration of Eric Johnson (with attached exhibits), # 6 Exhibit F−Signed declaration of Brian W exhibits))Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN, 1:19−cv−11767−GBD−SN.(Goldman, Jerry) (Entered: 06/30/2022) |

| | | |
|---|---|---|
| 30/2022 | 8166 | MEMORANDUM OF LAW in Support re: (109 in 1:19−cv−11767−GBD−SN) MOTION Partial Final Judgment . . filed by Marinella Hemenway, BNY Mellon. (Attachments: # 1 Text of Proposed Order Proposed Order, # 2 Exhibit Proposed Order, # 3 Exhibit B− to the Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN, 1:19−cv−11767−GBD−SN.(Goldman, Jerry) (Entered: 06/30/2022) |
| 30/2022 | 8167 | PROPOSED ORDER. Document filed by Marinella Hemenway, BNY Mellon. (Attachments: # 1 Exhibit A− to the Order, # 2 Exhibit B− to the Proposed Order) Related Document Number: 189 ..(Goldman, Jerry) **Proposed Order t reviewed by Clerk's Office staff.** (Entered: 06/30/2022) |
| 30/2022 | 8168 | OPPOSITION BRIEF re: 8114 Objection (non−motion) . Document filed by Kingdom of Saudi Arabia..(Kellogg, M (Entered: 06/30/2022) |
| 30/2022 | 8169 | REPLY MEMORANDUM OF LAW in Support re: 8090 MOTION for Reconsideration re; 7942 Report and Recommendations,,,,,,,,,, *Motion for Partial Reconsideration*. . Document filed by Consolidated Amended Complain Plaintiffs..(Carter, Sean) (Entered: 06/30/2022) |
| 30/2022 | 8170 | DECLARATION of J. Scott Tarbutton in Support re: 8090 MOTION for Reconsideration re; 7942 Report and Recommendations,,,,,,,,,, *Motion for Partial Reconsideration*.. Document filed by Consolidated Amended Complaint (Attachments: # 1 Exhibit 1).(Carter, Sean) (Entered: 06/30/2022) |
| 01/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (192 in 1:18−cv−12277−GBD− 1:03−md−01570−GBD−SN, 112 in 1:19−cv−11767−GBD−SN) Proposed Order was reviewed and approved as Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN, 1:19−cv−11767−GBD−SN(n** 07/01/2022) |
| 01/2022 | 8171 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated July 1, 2022 re: in further sup scheduling and related requests in ECF No. 8131 and in reply to ECF No. 8157. Document filed by Kingdom of Sau Arabia..(Kellogg, Michael) (Entered: 07/01/2022) |
| 01/2022 | 8172 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert K. Kry dated July 1, 2022 re: briefing schedule f dispositive motions (Dkts. 8131, 8157). Document filed by Dallah Avco Trans Arabia..(Kry, Robert) (Entered: 07/01 |
| 01/2022 | 8173 | MOTION for Alexis Nicole Lilly to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−26362398. **and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Burnett Plaintiffs. (Attachments Affidavit Affidavit of Alexis N. Lilly in Support of Motion for Pro Hac Vice, # 2 Supplement State of South Carolin of Good Standing for Alexis Nicole Lilly, # 3 Text of Proposed Order Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Lilly, Alexis) (Entered: 07/01/2022) |
| 05/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (52 in 1:18−cv−12322−GB in 1:18−cv−11582−GBD−SN, 61 in 1:18−cv−11515−GBD−SN, 60 in 1:18−cv−11624−GBD−SN, 119 in 1:19−cv−00041−GBD−SN, 102 in 1:19−cv−00044−GBD−SN, 61 in 1:18−cv−11509−GBD−SN, 61 in 1:18−cv−11504−GBD−SN, 52 in 1:18−cv−12118−GBD−SN, 715 in 1:04−cv−07279−GBD−SN, 995 in 1:03−cv−09849−GBD−SN, 59 in 1:18−cv−11664−GBD−SN, 8173 in 1:03−md−01570−GBD−SN, 59 in 1:18−cv−11619−GBD−SN, 52 in 1:18−cv−12030−GBD−SN, 53 in 1:18−cv−12318−GBD−SN, 62 in 1:18−cv−11493−GBD−SN, 61 in 1:18−cv−11519−GBD−SN, 52 in 1:19−cv−00026−GBD−SN, 606 in 1:15−cv−09903−GBD−SN) MOTION for Alexis Nicole Lilly to Appear Pro Hac Vice . Filing fee $ 200.00, recei NYSDC−26362398. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has b reviewed and there are no deficiencies. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(sgz)** (Entere 07/05/2022) |
| 05/2022 | 8174 | MOTION to Quash Deposition Subpoena . Document filed by Fleetscape Capital Holdings Limited, Fleetscape Suez LLC, Oaktree Capital Management, L.P...(Paulsen, Bruce) (Entered: 07/05/2022) |
| 05/2022 | 8175 | MEMORANDUM OF LAW in Support re: 8174 MOTION to Quash Deposition Subpoena . . Document filed by Fle Capital Holdings Limited, Fleetscape Suez Rajan, LLC, Oaktree Capital Management, L.P...(Paulsen, Bruce) (Entere 07/05/2022) |
| 05/2022 | 8176 | DECLARATION of Brian P. Maloney in Support re: 8174 MOTION to Quash Deposition Subpoena .. Document fil Fleetscape Capital Holdings Limited, Fleetscape Suez Rajan, LLC, Oaktree Capital Management, L.P.. (Attachments Exhibit 1 − Subpoena to Testify at Deposition, dated June 23, 2022, # 2 Exhibit 2 − Letter from Lee Wolosky to Bria Maloney, dated June 3, 2022, # 3 Exhibit 3 − Letter from Brian P. Maloney to Lee Wolosky, dated June 15, 2022).(M Brian) (Entered: 07/05/2022) |
| 06/2022 | 8177 | MOTION for Ebony W. Bobbitt to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−26373689. **M supporting papers to be reviewed by Clerk's Office staff.** Document filed by Burnett Plaintiffs. (Attachments: # 1 Affidavit, # 2 Exhibit SC Certificate of Good Standing, # 3 Exhibit NC Certificate of Good Standing, # 4 Text of Pro Order Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Bobbitt, Ebony) (Entered: 07/06 |

| | | |
|---|---|---|
| )6/2022 | 8178 | ORDER granting (995) Motion for Alexis Nicole Lilly to Appear Pro Hac Vice in case 1:03−cv−09849−GBD−SN; g (8173) Motion for Alexis Nicole Lilly to Appear Pro Hac Vice in case 1:03−md−01570−GBD−SN; granting (715) M Alexis Nicole Lilly to Appear Pro Hac Vice in case 1:04−cv−07279−GBD−SN; granting (606) Motion for Alexis Nic Appear Pro Hac Vice in case 1:15−cv−09903−GBD−SN; granting (62) Motion for Alexis Nicole Lilly to Appear Pro in case 1:18−cv−11493−GBD−SN; granting (61) Motion for Alexis Nicole Lilly to Appear Pro Hac Vice in case 1:18−cv−11504−GBD−SN; granting (61) Motion for Alexis Nicole Lilly to Appear Pro Hac Vice in case 1:18−cv−11509−GBD−SN; granting (61) Motion for Alexis Nicole Lilly to Appear Pro Hac Vice in case 1:18−cv−11515−GBD−SN; granting (61) Motion for Alexis Nicole Lilly to Appear Pro Hac Vice in case 1:18−cv−11519−GBD−SN; granting (60) Motion for Alexis Nicole Lilly to Appear Pro Hac Vice in case 1:18−cv−11582−GBD−SN; granting (59) Motion for Alexis Nicole Lilly to Appear Pro Hac Vice in case 1:18−cv−11619−GBD−SN; granting (60) Motion for Alexis Nicole Lilly to Appear Pro Hac Vice in case 1:18−cv−11624−GBD−SN; granting (59) Motion for Alexis Nicole Lilly to Appear Pro Hac Vice in case 1:18−cv−11664−GBD−SN; granting (52) Motion for Alexis Nicole Lilly to Appear Pro Hac Vice in case 1:18−cv−12030−GBD−SN; granting (52) Motion for Alexis Nicole Lilly to Appear Pro Hac Vice in case 1:18−cv−12118−GBD−SN; granting (53) Motion for Alexis Nicole Lilly to Appear Pro Hac Vice in case 1:18−cv−12318−GBD−SN; granting (52) Motion for Alexis Nicole Lilly to Appear Pro Hac Vice in case 1:18−cv−12322−GBD−SN; granting (52) Motion for Alexis Nicole Lilly to Appear Pro Hac Vice in case 1:19−cv−00026−GBD−SN; granting (119) Motion for Alexis Nicole Lilly to Appear Pro Hac Vice in case 1:19−cv−00041−GBD−SN; granting (102) Motion for Alexis Nicole Lilly to Appear Pro Hac Vice in case 1:19−cv−00044−GBD−SN. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) Filed In A Cases: 1:03−md−01570−GBD−SN, et al. (ras) (Entered: 07/06/2022) |
| )6/2022 | 8179 | MOTION to Substitute Party. Old Party: New Party: . Document filed by C. O'Neill. (Attachments: # 1 Text of Propo Proposed Order to Substitute)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Go Jerry) (Entered: 07/06/2022) |
| )6/2022 | 8180 | PROPOSED ORDER. Document filed by C. O'Neill. Related Document Number: [8179 and 644]..(Goldman, Jerry) **Order to be reviewed by Clerk's Office staff.** (Entered: 07/06/2022) |
| )7/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (645 in 1:04−cv−01076−GBD−: 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN(km)** (Entered: 07/07/2022) |
| )7/2022 | 8181 | MOTION Partial Final Judgment *Against the Taliban*. Document filed by Erik Aamoth.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 07/07/2022) |
| )7/2022 | 8182 | MEMORANDUM OF LAW in Support re: (646 in 1:04−cv−01076−GBD−SN, 8181 in 1:03−md−01570−GBD−SN) Partial Final Judgment *Against the Taliban*. . Document filed by Gordon Aamoth. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 07/07/2022) |
| )7/2022 | 8183 | ***SELECTED PARTIES***DECLARATION of Jerry S. Goldman, Esq. in Support re: (8181 in 1:03−md−01570− 646 in 1:04−cv−01076−GBD−SN) MOTION Partial Final Judgment *Against the Taliban*.. Document filed by Gordon Sr(individually, as surviving parent of Gordon McCannel Aamoth, Jr.), Gordon Aamoth. (Attachments: # 1 Exhibit A Exhibit B, # 3 Exhibit D, # 4 Exhibit D−3 Index, # 5 Exhibit D−3a, # 6 Exhibit D−3b, # 7 Exhibit D−3c, # 8 Exhibit Exhibit D−3e, # 10 Exhibit D−3f, # 11 Exhibit D−3g, # 12 Exhibit D−3h, # 13 Exhibit D−3i, # 14 Exhibit D−3j, # 15 D−3k)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SNMotion or Order to File Un 7963 .(Goldman, Jerry) (Entered: 07/07/2022) |
| )7/2022 | 8184 | PROPOSED ORDER. Document filed by Gordon Aamoth. (Attachments: # 1 Exhibit A, # 2 Exhibit B) Related Docu Number: 8181 ..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 07/07/2022) |
| )7/2022 | 8185 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman, Esq. dated July 7, 2022 re: ECF 8181 filed by Gordon Aamoth.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldm (Entered: 07/07/2022) |
| )7/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (8184 in 1:03−md−01570−GBI in 1:04−cv−01076−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN(km)** (Entered: 07/07/2022) |
| )7/2022 | 8186 | ORDER granting (8179) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; granting (644) Motion to Su Party in case 1:04−cv−01076−GBD−SN. Christine O'Neill, as Personal Representative of the Estate of Dorothy O'Ne substituted for Dorothy O'Neill. Christine O'Neill, as the Personal Representative of the Estate of John P. O'Neill, Sr. substituted for Christine O'Neill and John P. O'Neill, Jr., as the co− Personal Representatives of the Estate of John P. Karen Pabon, as the Personal Representative of the Estate of Israel Pabon, is substituted for Karen Pabon and Gia L. Morris−Kern, as the co−Personal Representatives of the Estate of Israel Pabon. Robert Lawson, as Personal Represen the Estate of Renee Baldwin, is substituted for John Doe 123, as Personal Representative of the Estate of Renee Bald Russell Barnes and Daniel Barnes, as co− Personal Representatives of the Estate of Yvette Mell are substituted for Jo 104, as Personal Representative of the Estate of Yvette Mell. (HEREBY ORDERED by Magistrate Judge Sarah Netb |

| | | |
|---|---|---|
| | | Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN. (ras) (Entered: 07/0 |
| )8/2022 | 8187 | LETTER addressed to Judge George B. Daniels from John F. Schutty, Esq. dated July 8, 2022 re: Requesting Briefin Liability of the Taliban to Plaintiffs Before Default Judgments Are Entered or Enforced. Document filed by Irene Dic (Attachments: # 1 Exhibit LTR to Judges Daniels & Netburn re Defects in Havlish Default Judgment Entered Agains Taliban)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) (Entered 07/08/2022) |
| )8/2022 | 8188 | NOTICE of Amendment to Add Plaintiffs. Document filed by Susan King..(Goldman, Jerry) (Entered: 07/08/2022) |
| )8/2022 | 8189 | NOTICE of Amendment to Add Plaintiffs. Document filed by Susan King..(Goldman, Jerry) (Entered: 07/08/2022) |
| )8/2022 | 8190 | NOTICE of Amendment to Add Plaintiffs. Document filed by Susan King..(Goldman, Jerry) (Entered: 07/08/2022) |
| )8/2022 | 8191 | MOTION for Default Judgment as to *Ashton 24 Wrongful Death Plaintiffs*. Document filed by Kathleen Ashton.Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 07/08/2022) |
| )8/2022 | 8192 | DECLARATION of James P. Kreindler in Support re: (1666 in 1:02−cv−06977−GBD−SN, 8191 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Ashton 24 Wrongful Death Plaintiffs*.. Document Kathleen Ashton. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 07/08/2022) |
| )8/2022 | 8193 | PROPOSED JUDGMENT. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exh C).(Kreindler, James) **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 07/08/2022) |
| )8/2022 | 8194 | ***SELECTED PARTIES*** LETTER addressed to Judge George B. Daniels from James P. Kreindler dated 7/8/20 Expert Reports to Motion (ECF 8191), Declaration (ECF 8192), Proposed Judgment (ECF 8193). Document filed by Ashton(as Administrator of the Estate of Thomas Ashton, deceased and on behalf of all survivors of Thomas Ashton) Ashton. (Attachments: # 1 Exhibit expert report 1, # 2 Exhibit expert report 2, # 3 Exhibit expert report 3, # 4 Exhibit report 4, # 5 Exhibit expert report 5, # 6 Exhibit expert report 6, # 7 Exhibit expert report 7)Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SNMotion or Order to File Under Seal: 7963 .(Kreindler, James 07/08/2022) |
| )8/2022 | 8195 | REPLY re: 8114 Objection (non−motion) . Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit 1).(Pouni (Entered: 07/08/2022) |
| )8/2022 | 8196 | MEMORANDUM OF LAW in Opposition re: (8174 in 1:03−md−01570−GBD−SN) MOTION to Quash Deposition (390 in 1:11−cv−07550−GBD−SN) MOTION to Quash Deposition Subpoena . */ Memorandum of Law in Opposition Respondents' Motion to Quash the Hoglan Creditors' Deposition Subpoena*. Document filed by Hoglan Plaintiffs. Fil Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN.(Wolosky, Lee) (Entered: 07/08/2022) |
| )8/2022 | 8197 | DECLARATION of Douglass A. Mitchell in Opposition re: (8174 in 1:03−md−01570−GBD−SN) MOTION to Quas Deposition Subpoena ., (390 in 1:11−cv−07550−GBD−SN) MOTION to Quash Deposition Subpoena .. Document fi Hoglan Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)Filed In As Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN.(Wolosky, Lee) (Entered: 07/08/2022) |
| .1/2022 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (1668 in 1:02−cv−06977−( 8193 in 1:03−md−01570−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Assoc Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(km)** (Entered: 07/11/2022) |
| .1/2022 | 8198 | ORDER terminating (951) Motion for Judgment; terminating (958) Motion for Default Judgment; terminating (962) Default Judgment in case 1:03−cv−09849−GBD−SN; terminating (7489) Motion for Default Judgment; terminating ( Motion for Default Judgment; terminating (7594) Motion for Default Judgment; terminating (7634) Motion for Judgr terminating (7652) Motion re: (951 in 1:03−cv−09849−GBD−SN, 7805 in 1:03−md−01570−GBD−SN, 615 in 1:04−cv−01076−GBD−SN, 381 in 1:11−cv−07550−GBD−SN, 1622 in 1:02−cv−06977−GBD−SN, 76 in 1:02−cv−07209−GBD−SN, 197 in 1:02−cv−07230−GBD−SN, 143 in 1:02−cv−07236−GBD, 85 in 1:20−cv−00266− 39 in 1:20−cv−10366−GBD−SN) MOTION for Judgment against Taliban and Muhammed Omar, (958 in 1:03−cv−09849−GBD−SN, 7843 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to the Taliban fo Plaintiffs with Liability Defaults and Final Judgments Against Iran Defendants, (962 in 1:03−cv−09849−GBD−SN, 7 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to the Taliban for Certain Burnett Plaintiffs, (7489 in 1:03−md−01570−GBD−SN, 1576 in 1:02−cv−06977−GBD−SN) MOTION for Default Judgment as to Ashton Plain Against the Taliban and Muhammad Omar, (7516 in 1:03−md−01570−GBD−SN, 1581 in 1:02−cv−06977−GBD−SN 1:02−cv−07236−GBD) MOTION for Default Judgment as to Bauer Plaintiffs Against the Taliban and Muhammad O in 1:03−md−01570−GBD−SN, 1588 in 1:02−cv−06977−GBD−SN, 182 in 1:02−cv−07230−GBD−SN) MOTION for Judgment as to Burlingame Plaintiffs Against the Taliban and Muhammad Omar, (7634 in 1:03−md−01570−GBD−S 1:02−cv−06977−GBD−SN, 187 in 1:02−cv−07230−GBD−SN) MOTION for Judgment Burlingame II Plaintiffs Aga Taliban and Muhammad Omar, (7652 in 1:03−md−01570−GBD−SN, 604 in 1:04−cv−01076−GBD−SN) MOTION I Judgment for Damages, (7756 in 1:03−md−01570−GBD−SN, 1616 in 1:02−cv−06977−GBD−SN, 194 in |

1:02−cv−07230−GBD−SN, 80 in 1:20−cv−00266−GBD−SN) MOTION for Entry of Default as to Kristen Breitweise
Personal Representative of the Estate of Ronald Breitweiser, Deceased, Kristen Breitweiser, and Caroline Breitweiser
Breitweiser Plaintiffs' Motion for Entry of Final Default, (7758 in 1:03−md−01570−GBD−SN, 1618 in
1:02−cv−06977−GBD−SN, 139 in 1:02−cv−07236−GBD, 82 in 1:20−cv−00266−GBD−SN) MOTION for Entry of I
to Patricia Ryan, as Personal Representative of the Estate of John J. Ryan, Deceased, Patricia Ryan, Kristen Ryan, La
Colin Ryan, Katherine Maher, as Personal Representative of the Estate of Daniel L. Maher, D, (8181 in
1:03−md−01570−GBD−SN, 646 in 1:04−cv−01076−GBD−SN) MOTION Partial Final Judgment Against the Taliba
terminating (7756) Motion for Entry of Default; terminating (7758) Motion for Entry of Default; terminating (7805) I
Judgment; terminating (7843) Motion for Default Judgment; terminating (7847) Motion for Default Judgment; termin
(8181) Motion re: (951 in 1:03−cv−09849−GBD−SN, 7805 in 1:03−md−01570−GBD−SN, 615 in 1:04−cv−01076−C
381 in 1:11−cv−07550−GBD−SN, 1622 in 1:02−cv−06977−GBD−SN, 76 in 1:02−cv−07209−GBD−SN, 197 in
1:02−cv−07230−GBD−SN, 143 in 1:02−cv−07236−GBD, 85 in 1:20−cv−00266−GBD−SN, 39 in 1:20−cv−10366−C
MOTION for Judgment against Taliban and Muhammed Omar, (958 in 1:03−cv−09849−GBD−SN, 7843 in
1:03−md−01570−GBD−SN) MOTION for Default Judgment as to the Taliban for Burnett Plaintiffs with Liability De
Final Judgments Against Iran Defendants, (962 in 1:03−cv−09849−GBD−SN, 7847 in 1:03−md−01570−GBD−SN) M
for Default Judgment as to the Taliban for Certain Burnett Plaintiffs, (7489 in 1:03−md−01570−GBD−SN, 1576 in
1:02−cv−06977−GBD−SN) MOTION for Default Judgment as to Ashton Plaintiffs Against the Taliban and Muhamm
(7516 in 1:03−md−01570−GBD−SN, 1581 in 1:02−cv−06977−GBD−SN, 132 in 1:02−cv−07236−GBD) MOTION f
Judgment as to Bauer Plaintiffs Against the Taliban and Muhammad Omar, (7594 in 1:03−md−01570−GBD−SN, 15
1:02−cv−06977−GBD−SN, 182 in 1:02−cv−07230−GBD−SN) MOTION for Default Judgment as to Burlingame Pla
Against the Taliban and Muhammad Omar, (7634 in 1:03−md−01570−GBD−SN, 1597 in 1:02−cv−06977−GBD−SN
1:02−cv−07230−GBD−SN) MOTION for Judgment Burlingame II Plaintiffs Against the Taliban and Muhammad Or
in 1:03−md−01570−GBD−SN, 604 in 1:04−cv−01076−GBD−SN) MOTION Partial Final Judgment for Damages, (7
1:03−md−01570−GBD−SN, 1616 in 1:02−cv−06977−GBD−SN, 194 in 1:02−cv−07230−GBD−SN, 80 in
1:20−cv−00266−GBD−SN) MOTION for Entry of Default as to Kristen Breitweiser, as Personal Representative of th
Ronald Breitweiser, Deceased, Kristen Breitweiser, and Caroline Breitweiser The Breitweiser Plaintiffs' Motion for E
Final Default, (7758 in 1:03−md−01570−GBD−SN, 1618 in 1:02−cv−06977−GBD−SN, 139 in 1:02−cv−07236−GB
1:20−cv−00266−GBD−SN) MOTION for Entry of Default as to Patricia Ryan, as Personal Representative of the Esta
J. Ryan, Deceased, Patricia Ryan, Kristen Ryan, Laura Ryan, Colin Ryan, Katherine Maher, as Personal Representati
Estate of Daniel L. Maher, D, (8181 in 1:03−md−01570−GBD−SN, 646 in 1:04−cv−01076−GBD−SN) MOTION Pa
Judgment Against the Taliban. in case 1:03−md−01570−GBD−SN; terminating (604) Motion re: (951 in
1:03−cv−09849−GBD−SN, 7805 in 1:03−md−01570−GBD−SN, 615 in 1:04−cv−01076−GBD−SN, 381 in
1:11−cv−07550−GBD−SN, 1622 in 1:02−cv−06977−GBD−SN, 76 in 1:02−cv−07209−GBD−SN, 197 in
1:02−cv−07230−GBD−SN, 143 in 1:02−cv−07236−GBD, 85 in 1:20−cv−00266−GBD−SN, 39 in 1:20−cv−10366−C
MOTION for Judgment against Taliban and Muhammed Omar, (958 in 1:03−cv−09849−GBD−SN, 7843 in
1:03−md−01570−GBD−SN) MOTION for Default Judgment as to the Taliban for Burnett Plaintiffs with Liability De
Final Judgments Against Iran Defendants, (962 in 1:03−cv−09849−GBD−SN, 7847 in 1:03−md−01570−GBD−SN) M
for Default Judgment as to the Taliban for Certain Burnett Plaintiffs, (7489 in 1:03−md−01570−GBD−SN, 1576 in
1:02−cv−06977−GBD−SN) MOTION for Default Judgment as to Ashton Plaintiffs Against the Taliban and Muhamm
(7516 in 1:03−md−01570−GBD−SN, 1581 in 1:02−cv−06977−GBD−SN, 132 in 1:02−cv−07236−GBD) MOTION f
Judgment as to Bauer Plaintiffs Against the Taliban and Muhammad Omar, (7594 in 1:03−md−01570−GBD−SN, 15
1:02−cv−06977−GBD−SN, 182 in 1:02−cv−07230−GBD−SN) MOTION for Default Judgment as to Burlingame Pla
Against the Taliban and Muhammad Omar, (7634 in 1:03−md−01570−GBD−SN, 1597 in 1:02−cv−06977−GBD−SN
1:02−cv−07230−GBD−SN) MOTION for Judgment Burlingame II Plaintiffs Against the Taliban and Muhammad Or
in 1:03−md−01570−GBD−SN, 604 in 1:04−cv−01076−GBD−SN) MOTION Partial Final Judgment for Damages, (7
1:03−md−01570−GBD−SN, 1616 in 1:02−cv−06977−GBD−SN, 194 in 1:02−cv−07230−GBD−SN, 80 in
1:20−cv−00266−GBD−SN) MOTION for Entry of Default as to Kristen Breitweiser, as Personal Representative of th
Ronald Breitweiser, Deceased, Kristen Breitweiser, and Caroline Breitweiser The Breitweiser Plaintiffs' Motion for E
Final Default, (7758 in 1:03−md−01570−GBD−SN, 1618 in 1:02−cv−06977−GBD−SN, 139 in 1:02−cv−07236−GB
1:20−cv−00266−GBD−SN) MOTION for Entry of Default as to Patricia Ryan, as Personal Representative of the Esta
J. Ryan, Deceased, Patricia Ryan, Kristen Ryan, Laura Ryan, Colin Ryan, Katherine Maher, as Personal Representati
Estate of Daniel L. Maher, D, (8181 in 1:03−md−01570−GBD−SN, 646 in 1:04−cv−01076−GBD−SN) MOTION Pa
Judgment Against the Taliban. ; terminating (615) Motion for Judgment; terminating (646) Motion re: (951 in
1:03−cv−09849−GBD−SN, 7805 in 1:03−md−01570−GBD−SN, 615 in 1:04−cv−01076−GBD−SN, 381 in
1:11−cv−07550−GBD−SN, 1622 in 1:02−cv−06977−GBD−SN, 76 in 1:02−cv−07209−GBD−SN, 197 in
1:02−cv−07230−GBD−SN, 143 in 1:02−cv−07236−GBD, 85 in 1:20−cv−00266−GBD−SN, 39 in 1:20−cv−10366−C
MOTION for Judgment against Taliban and Muhammed Omar, (958 in 1:03−cv−09849−GBD−SN, 7843 in
1:03−md−01570−GBD−SN) MOTION for Default Judgment as to the Taliban for Burnett Plaintiffs with Liability De
Final Judgments Against Iran Defendants, (962 in 1:03−cv−09849−GBD−SN, 7847 in 1:03−md−01570−GBD−SN) M
for Default Judgment as to the Taliban for Certain Burnett Plaintiffs, (7489 in 1:03−md−01570−GBD−SN, 1576 in
1:02−cv−06977−GBD−SN) MOTION for Default Judgment as to Ashton Plaintiffs Against the Taliban and Muhamm
(7516 in 1:03−md−01570−GBD−SN, 1581 in 1:02−cv−06977−GBD−SN, 132 in 1:02−cv−07236−GBD) MOTION f
Judgment as to Bauer Plaintiffs Against the Taliban and Muhammad Omar, (7594 in 1:03−md−01570−GBD−SN, 15
1:02−cv−06977−GBD−SN, 182 in 1:02−cv−07230−GBD−SN) MOTION for Default Judgment as to Burlingame Pla

| | | |
|---|---|---|
| | | Against the Taliban and Muhammad Omar, (7634 in 1:03−md−01570−GBD−SN, 1597 in 1:02−cv−06977−GBD−SN 1:02−cv−07230−GBD−SN) MOTION for Judgment Burlingame II Plaintiffs Against the Taliban and Muhammad Or in 1:03−md−01570−GBD−SN, 604 in 1:04−cv−01076−GBD−SN) MOTION Partial Final Judgment for Damages, (7 1:03−md−01570−GBD−SN, 1616 in 1:02−cv−06977−GBD−SN, 194 in 1:02−cv−07230−GBD−SN, 80 in 1:20−cv−00266−GBD−SN) MOTION for Entry of Default as to Kristen Breitweiser, as Personal Representative of tl Ronald Breitweiser, Deceased, Kristen Breitweiser, and Caroline Breitweiser The Breitweiser Plaintiffs' Motion for E Final Default, (7758 in 1:03−md−01570−GBD−SN, 1618 in 1:02−cv−06977−GBD−SN, 139 in 1:02−cv−07236−GB 1:20−cv−00266−GBD−SN) MOTION for Entry of Default as to Patricia Ryan, as Personal Representative of the Esta J. Ryan, Deceased, Patricia Ryan, Kristen Ryan, Laura Ryan, Colin Ryan, Katherine Maher, as Personal Representati Estate of Daniel L. Maher, D, (8181 in 1:03−md−01570−GBD−SN, 646 in 1:04−cv−01076−GBD−SN) MOTION Pa Judgment Against the Taliban. in case 1:04−cv−01076−GBD−SN; terminating (381) Motion for Judgment in case 1:11−cv−07550−GBD−SN; terminating (1576) Motion for Default Judgment; terminating (1581) Motion for Default terminating (1588) Motion for Default Judgment; terminating (1597) Motion for Judgment; terminating (1616) Motio of Default; terminating (1618) Motion for Entry of Default; terminating (1622) Motion for Judgment in case 1:02−cv−06977−GBD−SN; terminating (76) Motion for Judgment in case 1:02−cv−07209−GBD−SN; terminating (1 for Default Judgment; terminating (187) Motion for Judgment; terminating (194) Motion for Entry of Default; termin Motion for Judgment in case 1:02−cv−07230−GBD−SN; terminating (132) Motion for Default Judgment; terminatin Motion for Entry of Default; terminating (143) Motion for Judgment in case 1:02−cv−07236−GBD; terminating (80) Entry of Default; terminating (82) Motion for Entry of Default; terminating (85) Motion for Judgment in case 1:20−cv−00266−GBD−SN; terminating (39) Motion for Judgment in case 1:20−cv−10366−GBD−SN. The motions i are dismissed without prejudice to renew. The Clerk of the Court is respectfully directed to terminate them. These mo be refiled in compliance with this order. This order applies to all future motions seeking default judgments against non−sovereign defendants. (Signed by Magistrate Judge Sarah Netburn on 7/11/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, et al. (ras) (Entered: 07/11/2022) |
| .1/2022 | 8199 | REPLY MEMORANDUM OF LAW in Support re: (8174 in 1:03−md−01570−GBD−SN) MOTION to Quash Depos Subpoena ., (390 in 1:11−cv−07550−GBD−SN) MOTION to Quash Deposition Subpoena . . Document filed by Flee Capital Holdings Limited, Fleetscape Suez Rajan, LLC, Oaktree Capital Management, L.P., Oaktree Capital Manage Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN.(Paulsen, Bruce) (Entered: 07/11 |
| .1/2022 | 8200 | DECLARATION of Christian Tobias Backer in Support re: (8174 in 1:03−md−01570−GBD−SN) MOTION to Quas Deposition Subpoena ., (390 in 1:11−cv−07550−GBD−SN) MOTION to Quash Deposition Subpoena .. Document fi Fleetscape Capital Holdings Limited, Fleetscape Suez Rajan, LLC, Oaktree Capital Management, L.P., Oaktree Capi Management, L.P.. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN.(Paulsen, Bru (Entered: 07/11/2022) |
| .1/2022 | 8201 | DECLARATION of Bryan Groppi in Support re: (8174 in 1:03−md−01570−GBD−SN) MOTION to Quash Depositi Subpoena ., (390 in 1:11−cv−07550−GBD−SN) MOTION to Quash Deposition Subpoena .. Document filed by Fleet Capital Holdings Limited, Fleetscape Suez Rajan, LLC, Oaktree Capital Management, L.P., Oaktree Capital Manage (Attachments: # 1 Exhibit 1 − Amended and Restated Sublease dated April 10, 2019 (Pinebridge Sublease), # 2 Exhil Sublease dated April 10, 2019 (OCM Sublease))Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN.(Paulsen, Bruce) (Entered: 07/11/2022) |
| .2/2022 | 8202 | ORDER denying 7852 Letter Motion for Discovery; denying 7871 Letter Motion for Discovery. Saudi Arabia and Da motions for fees are therefore denied. The Clerk of the Court is respectfully directed to terminate the motions at ECF and 7871. (Signed by Magistrate Judge Sarah Netburn on 7/12/2022) (ras) (Entered: 07/12/2022) |
| .3/2022 | 8203 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman dated 07/13/2022 re: the U.S. Department of Justice−administered United States Victims of State Sponsored Terrorism(USVSST) Fund. Document filed by C. O'Neill..(Goldman, Jerry) (Entered: 07/13/2022) |
| .3/2022 | 8204 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman dated 07/13/2022 re: the U.S. Departn Justice−administered United States Victims of State Sponsored Terrorism(USVSST) Fund. Document filed by C. O'Neill..(Goldman, Jerry) (Entered: 07/13/2022) |
| .4/2022 | 8205 | LETTER addressed to Judge George B. Daniels from John F. Schutty, Esq. dated July 14, 2022 re: Order re Liability Taliban to Various Plaintiffs in This MDL Proceeding. Document filed by Irene Dickey.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) (Entered: 07/14/2022) |
| .4/2022 | 8206 | MOTION to Substitute Party. Old Party: Michael Trerotola, individually, as surviving spouse of Lisa Trerotola, New Elizabeth Trerotola as Personal Representative of the Estate of Michael Trerotola, deceased, the late spouse of Lisa T Document filed by Nicole Amato. (Attachments: # 1 Text of Proposed Order Proposed Order)Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:21−cv−10239−GBD.(Goldman, Jerry) (Entered: 07/14/2022) |
| .4/2022 | 8207 | NOTICE of Amendment to Add Plaintiffs re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by Nico Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−10239−GBD.(Goldman, Jerry) (Entered: 07/14/202 |

| | | |
|---|---|---|
| .4/2022 | 8208 | LETTER addressed to Judge George B. Daniels from Frank H. Granitto, III dated July 14, 2022 re: Pending motion f judgment against the Islamic Republic of Iran. Document filed by Sheri Burlingame.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN.(Granito, Frank) (Entered: 07/14 |
| .4/2022 | 8209 | LETTER addressed to Judge George B. Daniels from Lee Wolosky dated July 14, 2022 re: Notice of Withdrawal of Motion. Document filed by Hoglan Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN.(Wolosky, Lee) (Entered: 07/14/2022) |
| .4/2022 | 8210 | PROPOSED ORDER. Document filed by Hoglan Plaintiffs. Related Document Number: 8209 ..(Wolosky, Lee) **Prop Order to be reviewed by Clerk's Office staff.** (Entered: 07/14/2022) |
| .4/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (8210 in 1:03−md−01570−GBD in 1:11−cv−07550−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Case 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN(km)** (Entered: 07/14/2022) |
| .4/2022 | 8211 | MOTION for Default Judgment as to *Islamic Emirate of Afghanistan (Notice)*. Document filed by Lynn Faulkner..(Pe James) (Entered: 07/14/2022) |
| .4/2022 | 8212 | MEMORANDUM OF LAW in Support re: 8211 MOTION for Default Judgment as to *Islamic Emirate of Afghanista* . Document filed by Lynn Faulkner..(Peterson, James) (Entered: 07/14/2022) |
| .4/2022 | 8213 | DECLARATION of James F. Peterson in Support re: 8211 MOTION for Default Judgment as to *Islamic Emirate of (Notice)*.. Document filed by Lynn Faulkner. (Attachments: # 1 Exhibit 1, # 2 Exhibit 3, # 3 Exhibit 4).(Peterson, Jan (Entered: 07/14/2022) |
| .4/2022 | 8214 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED JUDGMENT. Document filed by Lynn Faulkner..(Peterson, James) **Proposed Judgment to be reviewed by Clerk's Office staff.** Modified on 7/15/2022 (tp 07/14/2022) |
| .5/2022 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED DEFAULT JUDGMENT. Notice to a James Peterson to RE−FILE Document No. 8214 Proposed Judgment,. The filing is deficient for the following (1) the wrong event type was used to file the proposed order; (2) A Clerks Certificate of Default is required bef seeking a default judgment, See ECF rule 16.1. (tp)** (Entered: 07/15/2022) |
| .5/2022 | 8215 | **FILING ERROR − DEFICIENT DOCKET ENTRY − FILER ERROR −** AMENDED COMPLAINT amending Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, against Islamic Republic of Iran, John Puma, Rosemary Puma, W Posa with JURY DEMAND. Related document: 3237 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,. (Attachme Appendix A).(Bonner, James) Modified on 7/20/2022 (kj). **As per email request dated 7/19/22 @ 5:30PM −** (Enter 07/15/2022) |
| .5/2022 | 8216 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MOTION for Austin Estelle to Appear Pro Hac Vice . Filin 200.00, receipt number ANYSDC−26420928. **Motion and supporting papers to be reviewed by Clerk's Office sta** Document filed by Stephanie DeSimone. Return Date set for 7/22/2022 at 09:00 AM. (Attachments: # 1 Affidavit Af Support, # 2 Text of Proposed Order Proposed Order).(Estelle, Austin) Modified on 7/18/2022 (sgz). (Entered: 07/15 |
| .5/2022 | 8217 | ORDER: This Order clarifies the Court's prior order at ECF No. 8163 regarding service on defendants in Ryan, et al., al., No. 20−cv−0266. In that Order, the Court authorized the use of the service procedures provided for by 28 U.S.C. 1608(a)(4) to serve various defendants. It also authorized the Clerk of the Court to facilitate this process through the various materials. To clarify, the Clerk of the Court cannot serve defendants under 28 U.S.C. § 1608(a)(4) itself. The Clerk of Court can issue letters rogatory for pick−up by an attorney, but the obligation to serve those letters and supp materials remains with the plaintiffs. Once the Clerk of Court issues the letters rogatory, the issuance of those letters the docket. Accordingly, the Ryan Plaintiffs shall file a copy of the letters rogatory they wish issued per their motion 8155. The obligation to serve these letters and supporting documents remains with the Ryan Plaintiffs. (Signed by Ma Judge Sarah Netburn on 7/15/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−S (Entered: 07/15/2022) |
| .5/2022 | 8218 | MEMO ENDORSEMENT on re: 8209 Letter terminating 7721 MOTION for Turnover of Assets, terminating 8174 M Quash Deposition Subpoena. ENDORSEMENT: The Parties' request is granted. The Clerk of the Court is respectfull to terminate the motions at ECF No. 7721 and ECF No. 8174, as well as the related motions in Hoglan, et al., v. Islan Republic of Iran, et al., 11−cv−7550, ECF No. 370 and ECF No. 390. (Signed by Magistrate Judge Sarah Netburn on (ras) (Entered: 07/15/2022) |
| .5/2022 | 8219 | ORDER: The Court has received the letters from the parties alerting it to the impending August deadline for applicati Victims of State Sponsored Terrorism Fund ("VSSTF"). The Court is reviewing the pending default judgment motion the Islamic Republic Iran. It will endeavor to adjudicate them with sufficient time to permit parties' applications to th The Court does not anticipate being able to process any default judgment requests filed after the entry of this Order b August deadline. Further letters requesting the Court's attention to this issue are disfavored. (Signed by Magistrate Ju Netburn on 7/15/2022) (ras) (Entered: 07/15/2022) |

| | | |
|---|---|---|
| .5/2022 | 8220 | ORDER granting (8206) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; granting (21) Motion to Sub Party in case 1:21−cv−10239−GBD. Elizabeth Trerotola as Personal Representative of the Estate of Michael Trerotol substituted for Michael Trerotola, individually, as surviving spouse of Lisa Trerotola. (HEREBY ORDERED by Mag Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−10239−G (Entered: 07/15/2022) |
| .5/2022 | 8221 | MOTION for Default Judgment as to *Plaintiffs' Motion for Entry of Partial Final Default Judgments on Behalf of Bu Plaintiffs Identified at Exhibits A and B (Burnett/Iran XXVII)*. Document filed by Burnett Plaintiffs.Filed In Associate 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 07/15/2022) |
| .5/2022 | 8222 | MEMORANDUM OF LAW in Support re: (8221 in 1:03−md−01570−GBD−SN, 610 in 1:15−cv−09903−GBD−SN) for Default Judgment as to *Plaintiffs' Motion for Entry of Partial Final Default Judgments on Behalf of Burnett/Iran Identified at Exhibits A and B (Burnett/Iran XXVII)*. . Document filed by Burnett Plaintiffs. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 07/15/2022) |
| .5/2022 | 8223 | DECLARATION of John M. Eubanks in Support re: (8221 in 1:03−md−01570−GBD−SN, 610 in 1:15−cv−09903−C MOTION for Default Judgment as to *Plaintiffs' Motion for Entry of Partial Final Default Judgments on Behalf of Bu Plaintiffs Identified at Exhibits A and B (Burnett/Iran XXVII)*.. Document filed by Burnett Plaintiffs. (Attachments: # A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John 07/15/2022) |
| .5/2022 | 8224 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Exhibit A, # 2 Exhibit B).(Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Er 07/15/2022) |
| .5/2022 | 8225 | MOTION for Default Judgment as to *the Ashton/Personal Injury 2 Plaintiffs*. Document filed by Kathleen Ashton.Fil Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 07/15/2022) |
| .5/2022 | 8226 | DECLARATION of James P. Kreindler in Support re: (1673 in 1:02−cv−06977−GBD−SN, 8225 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *the Ashton/Personal Injury 2 Plaintiffs*.. Documer Kathleen Ashton. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 07/15/2022) |
| .5/2022 | 8227 | PROPOSED JUDGMENT. Document filed by Kathleen Ashton..(Kreindler, James) **Proposed Judgment to be revi Clerk's Office staff.** (Entered: 07/15/2022) |
| .8/2022 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE−FILE Doc 8216 MOTION for Austin Estelle to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−264 Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following re missing Certificate of Good Standing from Supreme Court of Texas; Re−file the motion as a Motion to Appear Vice − attach the correct signed PDF − select the correct named filer/filers − attach valid Certificates of Good issued within the past 30 days − attach Proposed Order. (sgz)** (Entered: 07/18/2022) |
| .8/2022 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (613 in 1:15−cv−09903−GBD−SN, 8224 in 1:03−md−01570−GBD−SN) Proposed Default Judgment was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(km)** (Entered: 07/ |
| .8/2022 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (8227 in 1:03−md−01570− 1675 in 1:02−cv−06977−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Associ Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(km)** (Entered: 07/18/2022) |
| .8/2022 | 8228 | MOTION for Austin Estelle to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's O** Document filed by Stephanie DeSimone. Return Date set for 7/22/2022 at 09:00 AM. (Attachments: # 1 Affidavit Af Text of Proposed Order Proposed order, # 3 Supplement Certificate of good standing).(Estelle, Austin) (Entered: 07/ |
| .8/2022 | 8229 | ORDER granting (996) Motion for Ebony W. Bobbitt to Appear Pro Hac Vice in case 1:03−cv−09849−GBD−SN; gr (8177) Motion for Ebony W. Bobbitt to Appear Pro Hac Vice in case 1:03−md−01570−GBD−SN; granting (716) Mo Ebony W. Bobbitt to Appear Pro Hac Vice in case 1:04−cv−07279−GBD−SN; granting (607) Motion for Ebony W. Appear Pro Hac Vice in case 1:15−cv−09903−GBD−SN; granting (63) Motion for Ebony W. Bobbitt to Appear Pro case 1:18−cv−11493−GBD−SN; granting (62) Motion for Ebony W. Bobbitt to Appear Pro Hac Vice in case 1:18−cv−11504−GBD−SN; granting (62) Motion for Ebony W. Bobbitt to Appear Pro Hac Vice in case 1:18−cv−11509−GBD−SN; granting (62) Motion for Ebony W. Bobbitt to Appear Pro Hac Vice in case 1:18−cv−11515−GBD−SN; granting (62) Motion for Ebony W. Bobbitt to Appear Pro Hac Vice in case 1:18−cv−11519−GBD−SN; granting (61) Motion for Ebony W. Bobbitt to Appear Pro Hac Vice in case 1:18−cv−11582−GBD−SN; granting (60) Motion for Ebony W. Bobbitt to Appear Pro Hac Vice in case 1:18−cv−11619−GBD−SN; granting (61) Motion for Ebony W. Bobbitt to Appear Pro Hac Vice in case 1:18−cv−11624−GBD−SN; granting (60) Motion for Ebony W. Bobbitt to Appear Pro Hac Vice in case 1:18−cv−11664−GBD−SN; granting (53) Motion for Ebony W. Bobbitt to Appear Pro Hac Vice in case |

| | | |
|---|---|---|
| | | 1:18−cv−12030−GBD−SN; granting (53) Motion for Ebony W. Bobbitt to Appear Pro Hac Vice in case 1:18−cv−12118−GBD−SN; granting (54) Motion for Ebony W. Bobbitt to Appear Pro Hac Vice in case 1:18−cv−12318−GBD−SN; granting (53) Motion for Ebony W. Bobbitt to Appear Pro Hac Vice in case 1:18−cv−12322−GBD−SN; granting (53) Motion for Ebony W. Bobbitt to Appear Pro Hac Vice in case 1:19−cv−00026−GBD−SN; granting (120) Motion for Ebony W. Bobbitt to Appear Pro Hac Vice in case 1:19−cv−00041−GBD−SN; granting (103) Motion for Ebony W. Bobbitt to Appear Pro Hac Vice in case 1:19−cv−00044−GBD−SN. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In A Cases: 1:03−md−01570−GBD−SN, et al. (ras) (Entered: 07/18/2022) |
| .8/2022 | 8230 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman and Robert T. Haefele dated July 18, 2022 re 8187, 8205. Document filed by C. O'Neill, Burnett Plaintiffs..(Goldman, Jerry) (Entered: 07/18/2022) |
| .9/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 8228 MOTION for Austin Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document ha reviewed and there are no deficiencies. (sgz)** (Entered: 07/19/2022) |
| .9/2022 | 8231 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENT ON BEHALF OF BURLINGAME XII PLAINTIFFS IDEN AT EXHIBIT A: granting (8081) Motion for Default Judgment in case 1:03−md−01570−GBD−SN; granting (1660) Default Judgment in case 1:02−cv−06977−GBD−SN; granting (217) Motion for Default Judgment in case 1:02−cv−07230−GBD−SN. ORDERED that partial final judgment is entered against the Iran Defendants and on beha Plaintiffs in Burlingame, as identified in the attached Exhibit A, who are each a spouse, parent, child, or sibling ( or t a spouse, parent, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as indicated in and it is ORDERED that Plaintiffs identified in Exhibit A are awarded: solatium damages of$12,500,000 per spouse, per parent, $8,500,000 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and as set forth herein. FURTH the Court respectfully directs the Clerk of the Court to terminate the motions at ECF No. 8081, Case No 03−md−157 217, Case No. 02 cv−7230; and ECF No. 1660, Case No. 02−cv−6977. SO ORDERED. (Signed by Judge George B. 7/19/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GB (ama) (Entered: 07/19/2022) |
| .9/2022 | 8232 | MEMO ENDORSEMENT on ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS IN THE ABOVE−CAPTIO MATTERS ON BEHALF OF THE PLAINTIFFS IDENTIFIED IN EXHIBITS A AND EXHIBITS B: re: (159 in 1:18−cv−07306−GBD−SN, 171 in 1:18−cv−11870−GBD−SN, 116 in 1:19−cv−11865−GBD−SN, 171 in 1:18−cv−12387−GBD−SN, 8117 in 1:03−md−01570−GBD−SN, 187 in 1:18−cv−12277−GBD−SN, 105 in 1:20−cv−09376−GBD−SN, 145 in 1:18−cv−11878−GBD−SN, 163 in 1:18−cv−11837−GBD−SN, 95 in 1:20−cv−10460−GBD−SN, 172 in 1:18−cv−05331−GBD−SN, 195 in 1:18−cv−05321−GBD−SN, 87 in 1:20−cv−10902−GBD−SN, 198 in 1:18−cv−05339−GBD−SN, 107 in 1:19−cv−11767−GBD−SN, 221 in 1:18−cv−05306−GBD−SN, 152 in 1:18−cv−12276−GBD−SN) Proposed Order, filed by Michael Bianco, Jessica De jessica derubbio, BNY Mellon, Lloyd A. Abel, Sr., Gordon Aamoth, Sr., Bakahityar Kamardinova, Laurence Schliss Rivelli, Deborah Bodner, Paul Asaro, Chang Don Kim, Ber Barry Aron, August Bernaerts, Matthew Rowenhorst, Ma Hemenway, Horace Morris, Audrey Ades. ENDORSEMENT: SO ORDERED. (Signed by Judge George B. Daniels 7/19/2022) (ama) (Entered: 07/19/2022) |
| .9/2022 | 8233 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF BURNETT/IRAN PLAINTIFFS IDEN EXHIBITS A AND B: ORDERED that partial final judgment is entered against the Iran Defendants and on behalf of Plaintiffs in Burnett, et al. v. Islamic Rep. ollran, et al., Case No. 15−cv−9903 (GBD)(SN), as identified in the attach A, who are each a spouse, parent, child, or sibling ( or the estate of a spouse, parent, child, or sibling) of individuals k terrorist attacks on September 11, 2001, as indicated in Exhibit A, and it is ORDERED that Plaintiffs identified in Ex awarded: solatium damages of$12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,250,000 p as set forth in Exhibit A; and it is Furthermore, the Court respectfully directs the Clerk of the Court to terminate the n ECF No. 8029 in 03−MDL−1570 (GBD)(SN) and ECF No. 597 in 15−cv−9903 (GBD)(SN). And as set forth herein. ORDERED. granting (8029) Motion for Default Judgment in case 1:03−md−01570−GBD−SN; granting (597) Motio Default Judgment in case 1:15−cv−09903−GBD−SN. (Signed by Judge George B. Daniels on 7/19/2022) Filed In As Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN (ama) (Entered: 07/19/2022) |
| .9/2022 | 8234 | DEFAULT JUDGMENT ON LIABILITY: ORDERED that the Betru Plaintiffs' Motion for Judgment by Default as t Against the Islamic Republic of Iran is GRANTED and final judgment on liability is entered in favor of the Plaintiffs al. v. Islamic Republic of Iran, l 8−cv−8297 (GBD)(SN) and against the Islamic Republic of lran; ORDERED that th Plaintiffs are hereby referred to Magistrate Judge Sarah Netburn to resolve any remaining issues, including but not lin compensatory and punitive damages. Furthermore, the Court respectfully directs the Clerk of the Court to terminate t at ECF No. 7973, Case No. 03−md−1570 and ECF No. 82, Case No. l 8−cv−08297. SO ORDERED., Motions termin 1:18−cv−08297−GBD−SN, 7973 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to liability filed Betru. (Signed by Judge George B. Daniels on 7/19/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−08297−GBD−SN (ama) (Entered: 07/19/2022) |
| .9/2022 | 8235 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF ARIAS PLAINTIFFS IDENTIFIED A A: ORDERED that partial final judgment is entered against the Iran Defendants and on behalf of the Plaintiffs in Aria |

| | | |
|---|---|---|
| | | lslamic Rep. of/ran, Case No. 19−cv−41 (GBD)(SN), as identified in the attached Exhibit A, who are each the estate of the terrorist attacks on September11, 2001, as indicated in Exhibit A and it is ORDERED that Plaintiffs identified A are awarded: compensatory damages for decedents' pain and suffering in an amount of $2,000,000 per estate, as se Exhibit A; Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motionat ECF No. 8024 03−MDL−1570 (GBD)(SN) and ECF No. 110 in 19−cv−41. And as set forth herein. SO ORDERED. (GBD)(SN)., M terminated: (110 in 1:19−cv−00041−GBD−SN, 8024 in 1:03−md−01570−GBD−SN) MOTION for Default Judgmen Plaintiffs' Notice of Motion for Entry of Partial Final Default Judgments on Behalf of Arias Plaintiffs Identified at Ex (Arias VI) filed by Arias Plaintiffs. (Signed by Judge George B. Daniels on 7/19/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00041−GBD−SN (ama) (Entered: 07/19/2022) |
| .9/2022 | 8236 | DEFAULT JUDGMENT ON LIABILITY: ORDERED that the Betru Plaintiffs' Motion for Judgment by Default as t Against the Islamic Republic of Iran is GRANTED and final judgment on liability is entered in favor of the Plaintiffs al, v, Islamic Republic of Iran, 18−cv−8297 (GBD)(SN) and against the Islamic Republic of Iran; ORDERED that th Plaintiffs are hereby referred to Magistrate Judge Sarah Netburn to resolve any remaining issues, including but not lin compensatory and punitive damages. Furthermore, the Court respectfully directs the Clerk of the Court to terminate t at ECF No. 7973. Case No. 03−md−1570 and ECF No. 82, Case No. 18−cv−8297. SO ORDERED. (Signed by Judge Daniels on 7/19/2022) (ama) (Entered: 07/19/2022) |
| .9/2022 | 8237 | ORDER OF JUDGMENT: ORDERED that the Hamilton Plaintiffs' Motion for Default Judgment Against the Islami of lran as to Liability is GRANTED; andORDERED that the Hamilton Plaintiffs are hereby referred to Magistrate Ju Netburn to resolve any remaining issues, including but not limited to damages, both compensatory and punitive. The respectfully directs the Clerk of the Court to terminate the motion, ECF No. 36, Case No. 20−cv−10366., Motions ter (36 in 1:20−cv−10366−GBD−SN) MOTION for Default Judgment as to Liability Against Defendant Islamic Republ filed by Raynard D Hamilton, Jr, Patricia McAdams, Marie Munhall, Raynard Hamilton, Raymond Hamilton, Kathle Brenda Hamilton. (Signed by Judge George B. Daniels on 7/19/2022) (ama) (Entered: 07/19/2022) |
| .9/2022 | 8238 | CORRECTED ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF BURNETT/IRAN PLA IDENTIFIED AT EXHIBITS A AND B: ORDERED that Plaintiffs identified in Exhibit A are awarded: solatium dai $4,250,000 per sibling, as set forth in Exhibit A; and it is ORDERED that partial final judgment is entered against the Defendants and on behalf of the Plaintiffs in Thomas Burnett, Sr., et al. v. The Islamic Republic of Iran, et al., Case N 15−cv−9903 (GBD)(SN), as identified in the attached Exhibit B, who are each the estate of a victim ofthe terrorist att September 11, 2001, as indicated in Exhibit B, and it is decedents' pain and suffering in an amount of $2,000,000 per set forth in Exhibit B; and as set forth herein. FURTHERMORE, the Court respectfully directs the Clerk of the Court terminate the motion at ECF No. 7640. SO ORDERED., Motions terminated: (7640 in 1:03−md−01570−GBD−SN, 5 1:15−cv−09903−GBD−SN) MOTION to Amend/Correct (6039 in 1:03−md−01570−GBD−SN) Default Judgment fil Burnett Plaintiffs. (Signed by Judge George B. Daniels on 7/19/2022) Filed In Associated Cases: 1:03−md−01570−G 1:15−cv−09903−GBD−SN (ama) (Entered: 07/19/2022) |
| .9/2022 | 8239 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS IN THE ABOVE−CAPTIONED MATTERS ON BEHAI PLAINTIFFS IDENTIFIED IN EXHIBITS A AND EXHIBITS B: ORDERED that Plaintiffs identified in the attache A are awarded solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, and $4,25( sibling, as set forth in the attached Exhibits A; and it is further ORDERED that partial final judgment is entered agair behalf of the Plaintiffs in the above−captioned matters, as identified in the attached Exhibits B, who are each the esta victim of the terrorist attacks on September 11, 2001, as indicated in the attached Exhibits B; ORDERED that Plainti identified in the attached Exhibits B are awarded compensatory damages for decedents' pain and suffering in an amou $2,000,000 per estate,as set forth in the attached Exhibits B; and as set forth herein. Furthermore, the Court respectfu the Clerk of the Court to terminate the motions at ECF No. 7571, Case No. 03−md−1570; ECF No. 203, Case No. 18−cv−05306; ECFNo. 145, Case No. 18−cv−07306; ECF No. 150, Case No. 18−cv−11870; ECF No. 161, Case No. 18−cv−12277; ECF No. 152, Case No. 18−cv−12387; ECF No. 85, Case No. 19−cv−11767; ECF No. 83, Case No. 20−cv−09376; ECF No. 78, Case No. 20−cv−09387; ECF No. 79, Case No. 20− cv−10460; ECF No. 67, Case No. 20−cv−10902. SO ORDERED., Motions terminated: (67 in 1:20−cv−10902−GBD−SN, 145 in 1:18−cv−07306−GBI in 1:18−cv−12277−GBD−SN, 150 in 1:18−cv−11870−GBD−SN, 85 in 1:19−cv−11767−GBD−SN, 203 in 1:18−cv−05306−GBD−SN, 7571 in 1:03−md−01570−GBD−SN, 79 in 1:20−cv−10460−GBD−SN, 152 in 1:18−cv−12387−GBD−SN, 83 in 1:20−cv−09376−GBD−SN) MOTION For Partial Final Judgment filed by Michael Jeanmarie Hargrave, Jessica Derubbio, Chang Don Kim, jessica derubbio, Ber Barry Aron, BNY Mellon, Matthew R Marinella Hemenway, Paul Asaro, Audrey Ades, Philip Asaro. (Signed by Judge George B. Daniels on 7/19/2022) (a (Entered: 07/19/2022) |
| .9/2022 | 8240 | DECLARATION of John F. Schutty, Esq. in Support re: (1603 in 1:02−cv−06977−GBD−SN, 7678 in 1:03−md−01570−GBD−SN) AMENDED MOTION for Default Judgment as to *Taliban and Emir Muhammad Omar* Document filed by Irene Dickey. (Attachments: # 1 Exhibit Order Appointing Irene Dickey As Personal Rep., # 2 Ex Appointing Jacqueline Eaton As Personal Rep., # 3 Exhibit Order Appointing Joanne Kelly As Personal Rep., # 4 Ex Appointing Lisa O'Brien As Personal Rep., # 5 Exhibit Order Appointing Dara Seaman As Personal Rep., # 6 Exhibi Appointing Susan Sliwak As Personal Rep., # 7 Exhibit Order Appointing Allison Wallace As Personal Rep., # 8 Exl Appointing Eileen Lynch As Personal Rep., # 9 Exhibit Proposed List of Death Award)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) (Entered: 07/19/2022) |

| | | |
|---|---|---|
| .9/2022 | 8241 | **FILING ERROR − WRONG PDF FILE ASSOCIATED WITH DOCKET ENTRY −** PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Irene Dickey. (Attachments: # 1 Exhibit Proposed List ( Death Damage Awards).(Schutty, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** Modi 7/20/2022 (km). (Entered: 07/19/2022) |
| 20/2022 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − PDF ERROR. Notice to Attorney John Schutty RE−FILE Document (1678 in 1:02−cv−06977−GBD−SN, 8241 in 1:03−md−01570−GBD−SN) Proposed Defaul Judgment. Your document and docket entry need to match. Filed In Associated Cases: 1:03−md−01570−GBD− 1:02−cv−06977−GBD−SN(km)** (Entered: 07/20/2022) |
| 20/2022 | 8242 | ORDER: While the Burlingame Plaintiffs have filed papers to supplement their original, denied motion, they have no renewed motion so their default judgment request is not presently before the Court. In addition, any such renewed mo comply with the requirements for default judgments against non−sovereign defendants set out by the Court's order at 8198. In particular, the Court directs the Burlingame Plaintiffs' attention to the information that must be contained in exhibits for each plaintiff under the rules at ECF No. 8198 at 4, as well as the requirement that "[p]roposed orders gra default judgment must indicate that it is not binding on the determination of damages for defendants besides the one a whom default judgment is being sought." Id. at 5. (Signed by Magistrate Judge Sarah Netburn on 7/20/2022) Filed In Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN, 1:03−cv−09848−GBD− (Entered: 07/20/2022) |
| 20/2022 | 8243 | ORDER granting 8228 Motion for Austin Estelle to Appear Pro Hac Vice. (HEREBY ORDERED by Magistrate Jud Netburn) (Text Only Order) (ras) (Entered: 07/20/2022) |
| 20/2022 | 8244 | LETTER addressed to Magistrate Judge Sarah Netburn from James P. Kreindler dated 7/20/2022 re: supplementing E 8225 − Motion for Default Judgment. Document filed by Kathleen Ashton.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 07/20/2022) |
| 21/2022 | | *****DELETED DOCUMENT. Deleted document number 8236 DEFAULT JUDGMENT ON LIABILITY. The was incorrectly filed in this case. (ama)** Modified on 7/21/2022 (ama). (Entered: 07/21/2022) |
| 21/2022 | 8245 | PARTIAL FINAL JUDGMENT: ORDERED that partial final judgment is entered against Iran and on behalf of all B Plaintiffs in Betru et al. v. Islamic Republic of Iran., 18−cv−8297 (GBD) (SN) identified in the attached Exhibits A−1 and it is ORDERED that the Betru Plaintiffs identified in the attached Exhibits A−1 and A−2 are awarded compensat damages for: (1) pain and suffering in the amount of $2,000,000 for each plaintiff; and (2) economic loss in the amou in Exhibits A−1 and A−2; and (3) prejudgment interest of 4.96% compounded annually, running from September 11, the date of judgment; and it is Furthermore, the Court respectfully directs the Clerk of the Court to terminate the moti No. 7976, Case No. 03−md−1570; ECF No. 85, Case No. 18−cv−08297), accordingly. And as set forth herein. SO O Motions terminated: (7976 in 1:03−md−01570−GBD−SN, 85 in 1:18−cv−08297−GBD−SN) MOTION for Default Ju to Betru wrongful death plaintiffs filed by Sirak Betru. (Signed by Judge George B. Daniels on 7/20/2022) (ama) (En 07/21/2022) |
| 21/2022 | 8246 | MOTION to Substitute Party. Old Party: Old Party, New Party: New Party . Document filed by Kathleen Ashton. (At # 1 Text of Proposed Order Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Maloney, Andrew) (Entered: 07/21/2022) |
| 21/2022 | 8247 | MOTION for Default Judgment as to *Solatium Damages against Islamic Republic of Iran*. Document filed by Williar John Puma, Rosemary Puma.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN.(Bo James) (Entered: 07/21/2022) |
| 21/2022 | 8248 | DECLARATION of Joseph Peter Drennan, Esq. in Support re: (108 in 1:18−cv−12341−GBD−SN, 8247 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Solatium Damages against Islamic Republic of Ira* Document filed by William Posa, John Puma, Rosemary Puma. Filed In Associated Cases: 1:03−md−01570−GBD−S 1:18−cv−12341−GBD−SN.(Bonner, James) (Entered: 07/21/2022) |
| 21/2022 | 8249 | MEMORANDUM OF LAW in Support re: (108 in 1:18−cv−12341−GBD−SN, 8247 in 1:03−md−01570−GBD−SN) for Default Judgment as to *Solatium Damages against Islamic Republic of Iran*. . Document filed by William Posa, Jo Rosemary Puma. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN.(Bonner, James 07/21/2022) |
| 21/2022 | 8250 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED DEFAULT JUDGMENT pursuant to FRCP 5 Document filed by William Posa, John Puma, Rosemary Puma. (Attachments: # 1 Exhibit A).(Bonner, James) **Propo Default Judgment to be reviewed by Clerk's Office staff.** Modified on 7/26/2022 (km). (Entered: 07/21/2022) |
| 22/2022 | 8251 | ORDER granting (8246) Motion to Substitute Party, in case 1:03−md−01570−GBD−SN; granting (1681) Motion to S Party, in case 1:02−cv−06977−GBD−SN. The following parties are substituted in this case as set out at ECF No. 824 Brennan, Bob Cheatham, Robert Clark, Marianne Cruikshank, Robert Devitt, David Distefano, Eileen Geraty, Joseph Frederick Irby, Jan Kandell, Emmet P. Kelly, Ilia Rodriguez, Lloyd C. Mair, Jeffrey Lovit, Helen Passaro, Helen Pfe Theurkauf, Floyd Weil, Sheila Capparis, Arthur Cheatham, Regina Gans, Douglas A. Cruikshank, Joyce Devitt, Fran |

| | | |
|---|---|---|
| | | Distefano, Erin Durkin, Stephen Hromada, Kenneth Irby, Beatrice Kandell, James P. Kelly, Haydee C. Lillo, Yvonne Jason Seymour, Irene Durbin, Joseph and Mary Machinksi (Mary & Joseph Pfeifer), Thomas Francis Theurkauf, and Weil. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN. (ras) (Entered: 07/22/2022) |
| 22/2022 | 8252 | MOTION to Substitute Party. Old Party: New Party: . Document filed by Sheri Burlingame. (Attachments: # 1 Text o Order Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN.(Granito, Frank) (Entered: 07/22/2022) |
| 25/2022 | 8253 | MOTION to Substitute Party. Old Party: John Doe 94, New Party: Patricia A. Paul as the Personal Representative of of James Paul . Document filed by Michael Bianco. (Attachments: # 1 Text of Proposed Order Proposed Order to Substitute)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−10902−GBD−SN.(Goldman, Jerry) (Ent 07/25/2022) |
| 25/2022 | 8254 | ORDER granting (8252) Motion to Substitute Party, in case 1:03−md−01570−GBD−SN. The parties are substituted a for in the exhibit at ECF No. 8252−1. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN. (ras) (Entere 07/25/2022) |
| 25/2022 | 8255 | ORDER: The Court has reviewed the motion for default judgment for personal injuries sustained by the plaintiffs in A al. v. al Qaeda Islamic Army, et al., 02−cv−6977 (the "Ashton Plaintiffs"), at ECF No. 8225. That motion seeks dama John F. Jermyn, who passed away in 2019. The Court has been unable to locate the pleading substituting an appropria Mr. Jermyn as required by Federal Rule of Civil Procedure 25. The Ashton Plaintiffs are directed to identify this plea Court at their earliest convenience. (Signed by Magistrate Judge Sarah Netburn on 7/25/2022) Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN (ras) (Entered: 07/25/2022) |
| 25/2022 | 8256 | LETTER addressed to Magistrate Judge Sarah Netburn from Andrew J. Maloney, III dated 07/25/2022 re: Courts Ord No. 8255. Document filed by Kathleen Ashton.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Maloney, Andrew) (Entered: 07/25/2022) |
| 25/2022 | 8257 | MOTION to Substitute Party. Old Party: John F. Jermyn, New Party: John F. Jermyn, Jr. . Document filed by Kathlee (Attachments: # 1 Text of Proposed Order Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Maloney, Andrew) (Entered: 07/25/2022) |
| 25/2022 | 8258 | REPORT & RECOMMENDATION re: (7987 in 1:03−md−01570−GBD−SN, 583 in 1:15−cv−09903−GBD−SN) MO Default Judgment as to *Motion for Entry of Partial Default Judgments on Behalf of Burnett/Iran Personal−Injury Pla (Burnett/Iran Personal Injury 6)*, filed by Burnett Plaintiffs. The Court recommends granting pain and suffering dama out in Table 1 (See document.) These Plaintiffs should also be awarded prejudgment interest on these damages from 11, 2001, to the date of judgment, at a rate of 4.96 percent per annum, compounded annually. ECF No. 3358, adopted No. 3383. Plaintiffs may apply for punitive, economic, and other damages at a later date and in a manner consistent w applicable future Court rulings on the issue. Additionally, any Burnett personal injury plaintiffs not appearing in this were not previously awarded damages may still submit applications for damages awards in later stages. In light of the 2022 deadline to file with the United States Victims of State Sponsored Terrorism Fund, parties are encouraged to no Court as soon as possible if any objections will be filed. Upon resolution of this motion, the Court should terminate th ECF No. 7987, and the related motion in Burnett, No. 15−cv−9903, ECF No. 583. The parties shall have fourteen day service of this Report and Recommendation to file written objections under 28 U.S.C. § 636(b)(1) and Rule 72(b) of t Rules of Civil Procedure. A party may respond to another party's objections within fourteen days after being served w Fed. R. Civ. P. 72(b)(2). These objections shall be filed with the Clerk of the Court, with courtesy copies delivered to chambers of the Honorable George B. Daniels at the United States Courthouse, 500 Pearl Street, New York, New Yo and to any opposing parties. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b). Any requests for an extensio for filing objections must be addressed to Judge Daniels. The failure to file these timely objections will result in a wa those objections for purposes of appeal. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b); Thomas v. Arn, 4 140 (1985). (Objections to R&R due by 8/8/2022.) (Signed by Magistrate Judge Sarah Netburn on 7/25/2022) Filed I Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN. (ras) (Entered: 07/25/2022) |
| 26/2022 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED DEFAULT JUDGMENT. Notice to a James Bonner to RE−FILE Document No. (8250 in 1:03−md−01570−GBD−SN, 111 in 1:18−cv−12341−GBD−S Proposed Default Judgment. The filing is deficient for the following reason(s): The title of the document shoul proposed default judgment. Please remove the word Order from the title. Re−file the document using the even Proposed Default Judgment found under the event list Proposed Orders. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN(km)** (Entered: 07/26/2022) |
| 26/2022 | 8259 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED DEFAULT JUDGMENT pursuant to FRCP 5 Document filed by William Posa, John Puma, Rosemary Puma. (Attachments: # 1 Exhibit A).(Bonner, James) **Propo Default Judgment to be reviewed by Clerk's Office staff.** Modified on 7/26/2022 (km). (Entered: 07/26/2022) |

| | | |
|---|---|---|
| 26/2022 | 8260 | ORDER: The plaintiffs in Hamilton, et al., v. Islamic Republic of Iran., 20−cv−10366, have filed two motions for def judgment, Hamilton, ECF Nos. 47, 50, that were not also filed on the main docket for this multidistrict litigation. The Plaintiffs are reminded that all filings in this multidistrict litigation must be made on both the individual case docket a main multidistrict litigation docket. See ECF Nos. 6890, 7354. (Signed by Magistrate Judge Sarah Netburn on 7/26/2 In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−10366−GBD−SN. (ras) (Entered: 07/26/2022) |
| 26/2022 | 8261 | NOTICE of Iran Notice of Amendment re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by Michae Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−10902−GBD−SN.(Goldman, Jerry) (Entered: 07/26 |
| 26/2022 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED DEFAULT JUDGMENT. Notice to a James Bonner to RE−FILE Document No. (8259 in 1:03−md−01570−GBD−SN, 112 in 1:18−cv−12341−GBD−S Proposed Default Judgment. The filing is deficient for the following reason(s): The title of the document shoul proposed default judgment. Please remove the word Order from the title. Re−file the document using the even Proposed Default Judgment found under the event list Proposed Orders. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN(km)** (Entered: 07/26/2022) |
| 26/2022 | 8262 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by William Posa, John Puma, Ro Puma. (Attachments: # 1 Exhibit A).(Bonner, James) **Proposed Default Judgment to be reviewed by Clerk's Offic** Modified on 7/27/2022 (km). (Entered: 07/26/2022) |
| 26/2022 | 8263 | ORDER granting (8257) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; granting (1687) Motion to S Party in case 1:02−cv−06977−GBD−SN. John F. Jermyn, Jr. is substituted for John F. Jermyn. (HEREBY ORDEREI Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN. (ras) (Entered: 07/26/2022) |
| 26/2022 | 8264 | REPORT & RECOMMENDATION re: (7589 in 1:03−md−01570−GBD−SN) MOTION For Partial Final Judgment Michael Bianco, Jeanmarie Hargrave, Deborah Bodner, Ber Barry Aron, BNY Mellon, August Bernaerts, Marinella I The Court recommends finding that service was achieved on Iran and that the Plaintiffs who have been identified as f equivalents of family members be granted solatium damages as follows in Table 2: (See document.) The Court furthe recommends that Plaintiffs be awarded prejudgment interest on these damages from September 11, 2001, to the date judgment, at a rate of 4.96 percent per annum, compounded annually. ECF No. 3358, adopted at ECF No. 3383. Plai apply for punitive, economic, and other damages at a later date and in a manner consistent with any applicable future rulings on the issue. Additionally, any plaintiffs in these seven cases not appearing in this Motion who were not previ awarded damages may still submit applications for damages awards in later stages. In light of the August 1, 2022 dea with the United States Victims of State Sponsored Terrorism Fund, parties are encouraged to notify the Court as soon if any objections will be filed. Upon resolution of these motions, the Court may terminate the motion at ECF No. 758 related motions in Hemenway, No. 18−cv−12277, ECF No. 167; BNY Mellon, No. 19−cv−11767, ECF No. 90; Bodi 19−cv−11776, ECF No. 85; Bernaerts, No. 19−cv−11865, ECF No. 98; Aron, No. 20−cv−09376, ECF No. 89; Hargr 20−cv−09387, ECF No. 82; and Bianco, No. 20−cv−10902, ECF No. 73. The parties shall have fourteen days from t of this Report and Recommendation to file written objections under 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Fede of Civil Procedure. A party may respond to another party's objections within fourteen days after being served with a R. Civ. P. 72(b)(2). These objections shall be filed with the Clerk of the Court, with courtesy copies delivered to the the Honorable George B. Daniels at the United States Courthouse, 500 Pearl Street, New York, New York 10007, an opposing parties. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b). Any requests for an extension of time f objections must be addressed to Judge Daniels. The failure to file these timely objections will result in a waiver of th objections for purposes of appeal. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b); Thomas v. Arn, 474 U (1985). (Objections to R&R due by 8/9/2022.) (Signed by Magistrate Judge Sarah Netburn on 7/26/2022) Filed In As Cases: 1:03−md−01570−GBD−SN, et al. (ras) (Entered: 07/26/2022) |
| 26/2022 | 8265 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated July 26, 2022 re: Joint status concerning redactions. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 07/26/2022) |
| 26/2022 | 8266 | REPORT AND RECOMMENDATION re: (1673 in 1:02−cv−06977−GBD−SN, 8225 in 1:03−md−01570−GBD−SN for Default Judgment as to *the Ashton/Personal Injury 2 Plaintiffs*. filed by Kathleen Ashton. The Court recommends pain and suffering damages as set out in Table 1. These plaintiffs should also be awarded prejudgment interest on the from September 11, 2001, to the date of judgment, at a rate of 4.96 percent per annum, compounded annually. ECF N adopted by, ECF No. 3383. Plaintiffs may apply for punitive, economic, and other damages at a later date and in a m consistent with any applicable future Court rulings on the issue. Additionally, any Burnett personal injury plaintiffs n appearing in this motion who were not previously awarded damages may still submit applications for damages award stages. In light of the August 1, 2022 deadline to file with the United States Victims of State Sponsored Terrorism Fu are encouraged to notify the Court as soon as possible if any objections will be filed. Upon resolution of this motion, should terminate the motion at ECF No. 8225, and the related motion in Ashton, No. 02−cv−6977, ECF No. 1673. O R&R due by 8/9/2022 (Signed by Magistrate Judge Sarah Netburn on 7/26/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN (jca) (Entered: 07/26/2022) |
| 26/2022 | 8267 | REPORT & RECOMMENDATION re: (8164 in 1:03−md−01570−GBD−SN, 109 in 1:19−cv−11767−GBD−SN, 18 1:18−cv−12277−GBD−SN) MOTION Partial Final Judgment filed by BNY Mellon. The Court recommends finding |

| | | |
|---|---|---|
| | | was achieved on Iran and that the Plaintiffs who have been identified as functional equivalents of family members be solatium damages as follows in Table 2: (See document.) The Court further recommends that Plaintiffs be awarded p interest on these damages from September 11, 2001, to the date of judgment, at a rate of 4.96 percent per annum, con annually. ECF No. 3358, adopted at ECF No. 3383. Plaintiffs may apply for punitive, economic, and other damages a date and in a manner consistent with any applicable future Court rulings on the issue. Additionally, any plaintiffs in t cases not appearing in this Motion who were not previously awarded damages may still submit applications for dama in later stages. In light of the August 1, 2022 deadline to file with the United States Victims of State Sponsored Terro parties are encouraged to notify the Court as soon as possible if any objections will be filed. Upon resolution of these the Court may terminate the motion at ECF No. 8164, and the related motions in Hemenway, No. 18−cv−12277, ECI and BNY Mellon, No. 19−cv−11767, ECF No. 90. The parties shall have fourteen days from the service of this Repo Recommendation to file written objections under 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil A party may respond to another party's objections within fourteen days after being served with a copy. Fed. R. Civ. P These objections shall be filed with the Clerk of the Court, with courtesy copies delivered to the chambers of the Hon George B. Daniels at the United States Courthouse, 500 Pearl Street, New York, New York 10007, and to any opposi See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b). Any requests for an extension of time for filing objection addressed to Judge Daniels. The failure to file these timely objections will result in a waiver of those objections for p appeal. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b); Thomas v. Arn, 474 U.S. 140 (1985). (Objections due by 8/9/2022.) (Signed by Magistrate Judge Sarah Netburn on 7/26/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN, 1:19−cv−11767−GBD−SN. (ras) (Entered: 07/26/2022) |
| 26/2022 | 8268 | REPORT & RECOMMENDATION re: (590 in 1:15−cv−09903−GBD−SN, 8010 in 1:03−md−01570−GBD−SN, 10 1:19−cv−00041−GBD−SN) MOTION for Default Judgment as to *Burnett/Iran XXV Plaintiffs Set Forth on Exhibits A−2* filed by Arias Plaintiffs, Burnett Plaintiffs. The Court recommends finding that service was achieved on Iran an Plaintiffs who have been identified as functional equivalents of family members be granted solatium damages as foll Table 2: (See document.) The Court further recommends that Plaintiffs be awarded prejudgment interest on these da September 11, 2001, to the date of judgment, at a rate of 4.96 percent per annum, compounded annually. ECF No. 33 at ECF No. 3383. Plaintiffs may apply for punitive, economic, and other damages at a later date and in a manner cons any applicable future Court rulings on the issue. Additionally, any plaintiffs in these two cases not appearing in this M were not previously awarded damages may still submit applications for damages awards in later stages. In light of the 2022 deadline to file with the United States Victims of State Sponsored Terrorism Fund, parties are encouraged to no Court as soon as possible if any objections will be filed. Upon resolution of these motions, the Court may terminate t ECF No. 8010, and the related motions in Burnett, No. 15−cv−9903, ECF No. 590 and Arias, No. 19−cv−0041, ECF The parties shall have fourteen days from the service of this Report and Recommendation to file written objections u U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure. A party may respond to another party's ob within fourteen days after being served with a copy. Fed. R. Civ. P. 72(b)(2). These objections shall be filed with the the Court, with courtesy copies delivered to the chambers of the Honorable George B. Daniels at the United States C 500 Pearl Street, New York, New York 10007, and to any opposing parties. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. I 72(b). Any requests for an extension of time for filing objections must be addressed to Judge Daniels. The failure to f timely objections will result in a waiver of those objections for purposes of appeal. See 28 U.S.C. § 636(b)(1); Fed. R 6(a), 6(d), 72(b); Thomas v. Arn, 474 U.S. 140 (1985). (Objections to R&R due by 8/9/2022.) (Signed by Magistrate Sarah Netburn on 7/26/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00041−GBD−SN. (ras) (Entered: 07/26/2022) |
| 26/2022 | 8269 | REPORT & RECOMMENDATION re: (1666 in 1:02−cv−06977−GBD−SN, 8191 in 1:03−md−01570−GBD−SN) M for Default Judgment as to *Ashton 24 Wrongful Death Plaintiffs* filed by Kathleen Ashton. The Court recommends fi service was achieved on Iran and that the Plaintiffs in this Report and Recommendation be awarded solatium and eco damages as set out in Table 1 appended below. The Court further recommends that Plaintiffs be awarded prejudgmen these damages from September 11, 2001, to the date of judgment, at a rate of 4.96 percent per annum, compounded a ECF No. 3358, adopted at ECF No. 3383. Plaintiffs may apply for punitive, economic, and other damages at a later d manner consistent with any applicable future Court rulings on the issue. Additionally, any parties in these seven case appearing in this Motion who were not previously awarded damages may still submit applications for damages award stages. In light of the August 1, 2022 deadline to file with the United States Victims of State Sponsored Terrorism Fu are encouraged to notify the Court as soon as possible if any objections will be filed. Upon resolution of these motion may terminate the motion at ECF No. 8191, and the related motions in Ashton, No. 02−cv−6977, ECF No. 1666. The shall have fourteen days from the service of this Report and Recommendation to file written objections under 28 U.S 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure. A party may respond to another party's objections fourteen days after being served with a copy. Fed. R. Civ. P. 72(b)(2). These objections shall be filed with the Clerk with courtesy copies delivered to the chambers of the Honorable George B. Daniels at the United States Courthouse, Street, New York, New York 10007, and to any opposing parties. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6( Any requests for an extension of time for filing objections must be addressed to Judge Daniels. The failure to file the objections will result in a waiver of those objections for purposes of appeal. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. I 6(d), 72(b); Thomas v. Arn, 474 U.S. 140 (1985). (Objections to R&R due by 8/9/2022.) (Signed by Magistrate Judge Netburn on 7/26/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN. (ras) (En 07/26/2022) |

| | | |
|---|---|---|
| 26/2022 | 8270 | ORDER granting (8253) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; granting (91) Motion to Sub Party in case 1:20−cv−10902−GBD−SN. Patricia A. Paul as the Personal Representative of the Estate of James Paul substituted for John Doe 94, being intended to designate the Personal Representative of the Estate of James Paul. (HE ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GB 1:04−cv−01076−GBD−SN, 1:20−cv−10902−GBD−SN. (ras) (Entered: 07/26/2022) |
| 26/2022 | 8294 | ORDER in case 1:03−cv−09848−GBD−SN; terminating (60) Motion for Judgment in case 1:02−cv−06978−GBD−S terminating (58) Motion for Judgment in case 1:02−cv−07214−GBD−SN; terminating (441) Motion for Judgment in 1:02−cv−07300−GBD−SN; terminating (75) Motion for Judgment in case 1:18−cv−11888−GBD−SN; terminating (3 for Judgment; terminating (33) Motion for Judgment in case 1:18−cv−11890−GBD−SN; terminating (38) Motion for in case 1:18−cv−11891−GBD−SN; terminating (33) Motion for Judgment in case 1:18−cv−11892−GBD−SN; termin Motion for Judgment; terminating (45) Motion for Judgment in case 1:18−cv−11893−GBD−SN; terminating (34) Mo Judgment in case 1:18−cv−11896−GBD−SN; terminating (40) Motion for Judgment; terminating (41) Motion for Ju case 1:18−cv−11899−GBD−SN; terminating (70) Motion for Judgment; terminating (71) Motion for Judgment in ca 1:18−cv−11904−GBD−SN; terminating (38) Motion for Judgment in case 1:18−cv−11909−GBD−SN; terminating (4 for Judgment; terminating (48) Motion for Judgment in case 1:18−cv−11911−GBD−SN; terminating (37) Motion for terminating (38) Motion for Judgment in case 1:18−cv−11921−GBD−SN; terminating (72) Motion for Judgment; ter (73) Motion for Judgment in case 1:18−cv−11926−GBD−SN; terminating (33) Motion for Judgment; terminating (34 for Judgment in case 1:18−cv−11927−GBD−SN; terminating (32) Motion for Judgment; terminating (33) Motion for in case 1:18−cv−11929−GBD−SN; terminating (73) Motion for Judgment; terminating (74) Motion for Judgment in 1:18−cv−11941−GBD−SN; terminating (36) Motion for Judgment; terminating (37) Motion for Judgment in case 1:18−cv−11942−GBD−SN; terminating (48) Motion for Judgment; terminating (49) Motion for Judgment in case 1:18−cv−11944−GBD−SN; terminating (71) Motion for Judgment; terminating (72) Motion for Judgment in case 1:18−cv−11946−GBD−SN; terminating (37) Motion for Judgment; terminating (38) Motion for Judgment in case 1:18−cv−11949−GBD−SN; terminating (72) Motion for Judgment; terminating (73) Motion for Judgment in case 1:18−cv−11950−GBD−SN; terminating (37) Motion for Judgment; terminating (38) Motion for Judgment in case 1:18−cv−11951−GBD−SN; terminating (73) Motion for Judgment; terminating (74) Motion for Judgment in case 1:18−cv−11964−GBD−SN; terminating (70) Motion for Judgment; terminating (71) Motion for Judgment in case 1:18−cv−11965−GBD−SN; terminating (70) Motion for Judgment; terminating (71) Motion for Judgment in case 1:18−cv−11966−GBD−SN; terminating (70) Motion for Judgment; terminating (71) Motion for Judgment in case 1:18−cv−11967−GBD−SN; terminating (70) Motion for Judgment; terminating (71) Motion for Judgment in case 1:18−cv−11969−GBD−SN; terminating (70) Motion for Judgment; terminating (71) Motion for Judgment in case 1:18−cv−11970−GBD−SN; terminating (69) Motion for Judgment; terminating (70) Motion for Judgment in case 1:18−cv−11971−GBD−SN; terminating (37) Motion for Judgment; terminating (38) Motion for Judgment in case 1:18−cv−11983−GBD−SN; terminating (42) Motion for Judgment; terminating (43) Motion for Judgment in case 1:18−cv−11992−GBD−SN; terminating (42) Motion for Judgment in case 1:18−cv−11996−GBD−SN; terminating (5 for Judgment; terminating (55) Motion for Judgment in case 1:18−cv−12001−GBD−SN; terminating (36) Motion for terminating (37) Motion for Judgment in case 1:18−cv−12005−GBD−SN; terminating (37) Motion for Judgment; ter (38) Motion for Judgment in case 1:18−cv−12010−GBD−SN; terminating (45) Motion for Judgment; terminating (46 for Judgment in case 1:18−cv−12026−GBD−SN; terminating (37) Motion for Judgment; terminating (38) Motion for in case 1:18−cv−12034−GBD−SN; terminating (39) Motion for Judgment in case 1:18−cv−12039−GBD−SN; termin Motion for Judgment; terminating (79) Motion for Judgment in case 1:18−cv−12041−GBD−SN; terminating (37) Mo Judgment; terminating (38) Motion for Judgment in case 1:18−cv−12044−GBD−SN; terminating (39) Motion for Ju terminating (40) Motion for Judgment in case 1:18−cv−12052−GBD−SN; terminating (40) Motion for Judgment; ter (41) Motion for Judgment in case 1:18−cv−12067−GBD−SN; terminating (39) Motion for Judgment; terminating (40 for Judgment in case 1:18−cv−12071−GBD−SN; terminating (41) Motion for Judgment; terminating (42) Motion for in case 1:18−cv−12085−GBD−SN; terminating (38) Motion for Judgment; terminating (39) Motion for Judgment in 1:18−cv−12109−GBD−SN; terminating (110) Motion for Judgment; terminating (111) Motion for Judgment in case 1:18−cv−12114−GBD−SN; terminating (40) Motion for Judgment in case 1:18−cv−12118−GBD−SN; terminating (4 for Judgment in case 1:18−cv−12141−GBD−SN; terminating (35) Motion for Judgment; terminating (36) Motion for in case 1:18−cv−12144−GBD−SN; terminating (35) Motion for Judgment; terminating (36) Motion for Judgment in 1:18−cv−12145−GBD−SN; terminating (34) Motion for Judgment; terminating (35) Motion for Judgment in case 1:18−cv−12224−GBD−SN; terminating (34) Motion for Judgment; terminating (35) Motion for Judgment in case 1:18−cv−12256−GBD−SN; terminating (36) Motion for Judgment; terminating (37) Motion for Judgment in case 1:18−cv−12257−GBD−SN; terminating (72) Motion for Judgment; terminating (73) Motion for Judgment in case 1:18−cv−12270−GBD−SN; terminating (70) Motion for Judgment; terminating (71) Motion for Judgment in case 1:18−cv−12273−GBD−SN; terminating (70) Motion for Judgment; terminating (71) Motion for Judgment in case 1:18−cv−12274−GBD−SN; terminating (70) Motion for Judgment; terminating (71) Motion for Judgment in case 1:18−cv−12275−GBD−SN; terminating (145) Motion for Judgment; terminating (146) Motion for Judgment in case 1:18−cv−12276−GBD−SN; terminating (174) Motion for Judgment; terminating (175) Motion for Judgment in case 1:18−cv−12277−GBD−SN; terminating (31) Motion for Judgment in case 1:18−cv−12280−GBD−SN; terminating (3 for Judgment in case 1:18−cv−12286−GBD−SN; terminating (34) Motion for Judgment; terminating (35) Motion for in case 1:18−cv−12291−GBD−SN; terminating (30) Motion for Judgment; terminating (31) Motion for Judgment in 1:18−cv−12294−GBD−SN; terminating (31) Motion for Judgment in case 1:18−cv−12298−GBD−SN; terminating (3 for Judgment in case 1:18−cv−12301−GBD−SN; terminating (31) Motion for Judgment in case 1:18−cv−12305−GB |

terminating (40) Motion for Judgment; terminating (41) Motion for Judgment in case 1:18−cv−12318−GBD−SN; ter
(39) Motion for Judgment; terminating (40) Motion for Judgment in case 1:18−cv−12322−GBD−SN; terminating (37
for Judgment in case 1:18−cv−12337−GBD−SN; terminating (35) Motion for Judgment; terminating (36) Motion for
in case 1:18−cv−12338−GBD−SN; terminating (60) Motion for Judgment; terminating (61) Motion for Judgment in c
1:18−cv−12339−GBD−SN; terminating (102) Motion for Judgment; terminating (103) Motion for Judgment in case
1:18−cv−12341−GBD−SN; terminating (36) Motion for Judgment in case 1:18−cv−12344−GBD−SN; terminating (3
for Judgment; terminating (36) Motion for Judgment in case 1:18−cv−12347−GBD−SN; terminating (33) Motion for
terminating (34) Motion for Judgment in case 1:18−cv−12348−GBD−SN; terminating (36) Motion for Judgment; ter
(37) Motion for Judgment in case 1:18−cv−12349−GBD−SN; terminating (32) Motion for Judgment; terminating (33
for Judgment in case 1:18−cv−12350−GBD−SN; terminating (32) Motion for Judgment; terminating (33) Motion for
in case 1:18−cv−12351−GBD−SN; terminating (33) Motion for Judgment; terminating (34) Motion for Judgment in c
1:18−cv−12352−GBD−SN; terminating (34) Motion for Judgment; terminating (35) Motion for Judgment in case
1:18−cv−12353−GBD−SN; terminating (32) Motion for Judgment; terminating (33) Motion for Judgment in case
1:18−cv−12354−GBD−SN; terminating (33) Motion for Judgment; terminating (34) Motion for Judgment in case
1:18−cv−12358−GBD−SN; terminating (32) Motion for Judgment; terminating (33) Motion for Judgment in case
1:18−cv−12360−GBD−SN; terminating (36) Motion for Judgment in case 1:18−cv−12362−GBD−SN; terminating (6
for Judgment; terminating (64) Motion for Judgment in case 1:18−cv−12367−GBD−SN; terminating (34) Motion for
terminating (35) Motion for Judgment in case 1:18−cv−12368−GBD−SN; terminating (32) Motion for Judgment; ter
(33) Motion for Judgment in case 1:18−cv−12369−GBD−SN; terminating (81) Motion for Judgment; terminating (82
for Judgment in case 1:18−cv−12370−GBD−SN; terminating (33) Motion for Judgment; terminating (34) Motion for
in case 1:18−cv−12372−GBD−SN; terminating (35) Motion for Judgment in case 1:18−cv−12375−GBD−SN; termin
Motion for Judgment; terminating (34) Motion for Judgment in case 1:18−cv−12377−GBD−SN; terminating (34) Mo
Judgment; terminating (35) Motion for Judgment in case 1:18−cv−12378−GBD−SN; terminating (68) Motion for Jud
terminating (69) Motion for Judgment in case 1:18−cv−12381−GBD−SN; terminating (32) Motion for Judgment; ter
(33) Motion for Judgment in case 1:18−cv−12383−GBD−SN; terminating (161) Motion for Judgment; terminating (1
for Judgment in case 1:18−cv−12387−GBD−SN; terminating (37) Motion for Judgment; terminating (38) Motion for
in case 1:18−cv−12398−GBD−SN; terminating (35) Motion for Judgment; terminating (36) Motion for Judgment in c
1:18−cv−12399−GBD−SN; terminating (36) Motion for Judgment; terminating (37) Motion for Judgment in case
1:19−cv−00003−GBD−SN; terminating (268) Motion for Judgment; terminating (269) Motion for Judgment in case
1:19−cv−00012−GBD−SN; terminating (32) Motion for Judgment; terminating (33) Motion for Judgment in case
1:19−cv−00025−GBD−SN; terminating (39) Motion for Judgment; terminating (40) Motion for Judgment in case
1:19−cv−00026−GBD−SN; terminating (32) Motion for Judgment; terminating (33) Motion for Judgment in case
1:19−cv−00027−GBD−SN; terminating (32) Motion for Judgment; terminating (33) Motion for Judgment in case
1:19−cv−00028−GBD−SN; terminating (37) Motion for Judgment; terminating (38) Motion for Judgment in case
1:19−cv−00030−GBD−SN; terminating (41) Motion for Judgment; terminating (42) Motion for Judgment in case
1:19−cv−00031−GBD−SN; terminating (38) Motion for Judgment; terminating (39) Motion for Judgment in case
1:19−cv−00039−GBD−SN; terminating (38) Motion for Judgment; terminating (39) Motion for Judgment in case
1:19−cv−00040−GBD−SN; terminating (96) Motion for Judgment; terminating (97) Motion for Judgment in case
1:19−cv−00041−GBD−SN; terminating (88) Motion for Judgment; terminating (89) Motion for Judgment in case
1:19−cv−00044−GBD−SN; terminating (33) Motion for Judgment; terminating (34) Motion for Judgment in case
1:19−cv−00045−GBD−SN; terminating (37) Motion for Judgment; terminating (38) Motion for Judgment in case
1:19−cv−00048−GBD−SN; terminating (40) Motion for Judgment in case 1:19−cv−00050−GBD−SN; terminating (9
for Judgment in case 1:19−cv−11767−GBD−SN; terminating (92) Motion for Judgment; terminating (93) Motion for
in case 1:19−cv−11776−GBD−SN; terminating (105) Motion for Judgment; terminating (106) Motion for Judgment i
1:19−cv−11865−GBD−SN; terminating (86) Motion for Judgment in case 1:20−cv−00266−GBD−SN; terminating (5
for Judgment; terminating (57) Motion for Judgment in case 1:20−cv−00315−GBD−SN; terminating (54) Motion for
terminating (55) Motion for Judgment in case 1:20−cv−00340−GBD−SN; terminating (49) Motion for Judgment; ter
(50) Motion for Judgment in case 1:20−cv−00354−GBD−SN; terminating (52) Motion for Judgment; terminating (53
for Judgment in case 1:20−cv−00355−GBD−SN; terminating (53) Motion for Judgment; terminating (54) Motion for
in case 1:20−cv−00411−GBD−SN; terminating (54) Motion for Judgment; terminating (55) Motion for Judgment in c
1:20−cv−00412−GBD−SN; terminating (51) Motion for Judgment; terminating (52) Motion for Judgment in case
1:20−cv−00416−GBD−SN; terminating (96) Motion for Judgment; terminating (97) Motion for Judgment in case
1:20−cv−09376−GBD−SN; terminating (88) Motion for Judgment in case 1:20−cv−09387−GBD−SN; terminating (8
for Judgment; terminating (89) Motion for Judgment in case 1:20−cv−10460−GBD−SN; terminating (7) Motion for J
terminating (8) Motion for Judgment in case 1:20−cv−10615−GBD−SN; terminating (9) Motion for Judgment; termi
Motion for Judgment in case 1:20−cv−10657−GBD−SN; terminating (80) Motion for Judgment; terminating (81) Mo
Judgment in case 1:20−cv−10902−GBD−SN; terminating (33) Motion for Judgment; terminating (34) Motion for Jud
case 1:21−cv−01394−GBD−SN; terminating (37) Motion for Judgment; terminating (38) Motion for Judgment in cas
1:21−cv−03505−GBD−SN; terminating (27) Motion for Judgment; terminating (28) Motion for Judgment in case
1:21−cv−06247−GBD−SN; terminating (20) Motion for Judgment; terminating (19) Motion for Judgment in case
1:21−cv−07679−GBD; terminating (14) Motion for Judgment; terminating (15) Motion for Judgment in case
1:21−cv−10239−GBD; terminating (12) Motion for Judgment; terminating (13) Motion for Judgment in case
1:22−cv−01188−GBD. These motions are closed pursuant to the Court's order at ECF No. 8198 on the main MDL dc
03−md−1570. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Ca

| | | |
|---|---|---|
| | | 1:03−md−01570−GBD−SN, et al. (ras) (Entered: 07/29/2022) |
| :6/2022 | 8295 | ORDER terminating (612) Motion for Judgment; terminating (613) Motion for Judgment in case 1:03−cv−09848−GI terminating (7805) Motion for Judgment; terminating (7806) Motion for Judgment in case 1:03−md−01570−GBD−S terminating (616) Motion for Judgment in case 1:04−cv−01076−GBD−SN; terminating (555) Motion for Judgment; t (556) Motion for Judgment in case 1:04−cv−01922−GBD−SN; terminating (798) Motion for Judgment in case 1:04−cv−01923−GBD−SN; terminating (619) Motion for Judgment; terminating (620) Motion for Judgment in case 1:04−cv−06105−GBD−SN; terminating (710) Motion for Judgment in case 1:04−cv−05970−GBD−SN; terminating ( Motion for Judgment in case 1:04−cv−07065−GBD−SN; terminating (440) Motion for Judgment; terminating (441) I Judgment in case 1:04−cv−07216−GBD−SN; terminating (562) Motion for Judgment; terminating (563) Motion for J case 1:04−cv−07280−GBD−SN; terminating (400) Motion for Judgment; terminating (401) Motion for Judgment in c 1:04−cv−07281−GBD−FM; terminating (687) Motion for Judgment in case 1:04−cv−07279−GBD−SN; terminating Motion for Judgment; terminating (220) Motion for Judgment in case 1:09−cv−07055−GBD−SN; terminating (558) I Judgment; terminating (559) Motion for Judgment in case 1:15−cv−09903−GBD−SN; terminating (97) Motion for Ju terminating (98) Motion for Judgment in case 1:16−cv−07456−GBD−SN; terminating (150) Motion for Judgment; te (151) Motion for Judgment in case 1:16−cv−07853−GBD−SN; terminating (109) Motion for Judgment; terminating ( Motion for Judgment in case 1:16−cv−08070−GBD−SN; terminating (116) Motion for Judgment; terminating (117) I Judgment in case 1:16−cv−08884−GBD−SN; terminating (141) Motion for Judgment; terminating (142) Motion for J case 1:16−cv−09663−GBD−SN; terminating (140) Motion for Judgment; terminating (141) Motion for Judgment in c 1:16−cv−09937−GBD−SN; terminating (140) Motion for Judgment; terminating (141) Motion for Judgment in case 1:17−cv−00117−GBD−SN; terminating (116) Motion for Judgment; terminating (117) Motion for Judgment in case 1:17−cv−00348−GBD−SN; terminating (140) Motion for Judgment; terminating (141) Motion for Judgment in case 1:17−cv−00450−GBD−SN; terminating (227) Motion for Judgment; terminating (228) Motion for Judgment in case 1:17−cv−02003−GBD−SN; terminating (107) Motion for Judgment; terminating (108) Motion for Judgment in case 1:17−cv−02129−GBD−SN; terminating (134) Motion for Judgment; terminating (135) Motion for Judgment in case 1:17−cv−02651−GBD−SN; terminating (97) Motion for Judgment; terminating (98) Motion for Judgment in case 1:17−cv−03810−GBD−SN; terminating (116) Motion for Judgment; terminating (117) Motion for Judgment in case 1:17−cv−03887−GBD−SN; terminating (133) Motion for Judgment; terminating (134) Motion for Judgment in case 1:17−cv−03908−GBD−SN; terminating (103) Motion for Judgment; terminating (104) Motion for Judgment in case 1:17−cv−04201−GBD−SN; terminating (103) Motion for Judgment; terminating (104) Motion for Judgment in case 1:17−cv−05174−GBD−SN; terminating (101) Motion for Judgment; terminating (102) Motion for Judgment in case 1:17−cv−05471−GBD−SN; terminating (103) Motion for Judgment; terminating (104) Motion for Judgment in case 1:17−cv−06123−GBD−SN; terminating (81) Motion for Judgment; terminating (82) Motion for Judgment in case 1:17−cv−06519−GBD−SN; terminating (86) Motion for Judgment; terminating (87) Motion for Judgment in case 1:17−cv−07317−GBD−SN; terminating (98) Motion for Judgment; terminating (99) Motion for Judgment in case 1:17−cv−07914−GBD−SN; terminating (90) Motion for Judgment; terminating (91) Motion for Judgment in case 1:17−cv−08617−GBD−SN; terminating (81) Motion for Judgment; terminating (82) Motion for Judgment in case 1:18−cv−00538−GBD−SN; terminating (71) Motion for Judgment; terminating (72) Motion for Judgment in case 1:18−cv−00947−GBD−SN; terminating (117) Motion for Judgment; terminating (118) Motion for Judgment in case 1:18−cv−03162−GBD−SN; terminating (67) Motion for Judgment; terminating (68) Motion for Judgment in case 1:18−cv−03353−GBD−SN; terminating (213) Motion for Judgment; terminating (214) Motion for Judgment in case 1:18−cv−05306−GBD−SN; terminating (195) Motion for Judgment; terminating (196) Motion for Judgment in case 1:18−cv−05320−GBD−SN; terminating (185) Motion for Judgment; terminating (186) Motion for Judgment in case 1:18−cv−05321−GBD−SN; terminating (165) Motion for Judgment; terminating (166) Motion for Judgment in case 1:18−cv−05331−GBD−SN; terminating (191) Motion for Judgment; terminating (192) Motion for Judgment in case 1:18−cv−05339−GBD−SN; terminating (88) Motion for Judgment; terminating (89) Motion for Judgment in case 1:18−cv−05373−GBD−SN; terminating (73) Motion for Judgment; terminating (74) Motion for Judgment in case 1:18−cv−05383−GBD−SN; terminating (55) Motion for Judgment; terminating (56) Motion for Judgment in case 1:18−cv−06922−GBD−SN; terminating (63) Motion for Judgment in case 1:18−cv−07030−GBD−SN; terminating (1 for Judgment; terminating (152) Motion for Judgment in case 1:18−cv−07306−GBD−SN; terminating (52) Motion fo Judgment; terminating (53) Motion for Judgment in case 1:18−cv−07509−GBD−SN; terminating (77) Motion for Juc terminating (78) Motion for Judgment in case 1:18−cv−08297−GBD−SN; terminating (46) Motion for Judgment in c 1:18−cv−10779−GBD−SN; terminating (36) Motion for Judgment; terminating (37) Motion for Judgment in case 1:18−cv−10820−GBD−SN; terminating (42) Motion for Judgment in case 1:18−cv−11033−GBD−SN; terminating (4 for Judgment in case 1:18−cv−11051−GBD−SN; terminating (42) Motion for Judgment in case 1:18−cv−11140−GB terminating (47) Motion for Judgment in case 1:18−cv−11144−GBD−SN; terminating (43) Motion for Judgment in c 1:18−cv−11157−GBD−SN; terminating (47) Motion for Judgment in case 1:18−cv−11191−GBD−SN; terminating (4 for Judgment in case 1:18−cv−11212−GBD−SN; terminating (44) Motion for Judgment in case 1:18−cv−11250−GB terminating (42) Motion for Judgment in case 1:18−cv−11251−GBD−SN; terminating (43) Motion for Judgment in c 1:18−cv−11253−GBD−SN; terminating (46) Motion for Judgment in case 1:18−cv−11257−GBD−SN; terminating (4 for Judgment in case 1:18−cv−11259−GBD−SN; terminating (43) Motion for Judgment in case 1:18−cv−11274−GB terminating (43) Motion for Judgment in case 1:18−cv−11289−GBD−SN; terminating (44) Motion for Judgment in c 1:18−cv−11293−GBD−SN; terminating (43) Motion for Judgment in case 1:18−cv−11305−GBD−SN; terminating (4 for Judgment in case 1:18−cv−11308−GBD−SN; terminating (41) Motion for Judgment in case 1:18−cv−11311−GB terminating (44) Motion for Judgment in case 1:18−cv−11314−GBD−SN; terminating (56) Motion for Judgment in c |

| | | |
|---|---|---|
| | | 1:18−cv−11340−GBD−SN; terminating (43) Motion for Judgment in case 1:18−cv−11345−GBD−SN; terminating (4 for Judgment in case 1:18−cv−11346−GBD−SN; terminating (35) Motion for Judgment in case 1:18−cv−11361−GB terminating (42) Motion for Judgment in case 1:18−cv−11375−GBD−SN; terminating (44) Motion for Judgment in c 1:18−cv−11382−GBD−SN; terminating (41) Motion for Judgment in case 1:18−cv−11392−GBD−SN; terminating (6 for Judgment in case 1:18−cv−11416−GBD−SN; terminating (52) Motion for Judgment in case 1:18−cv−11417−GB terminating (34) Motion for Judgment in case 1:18−cv−11422−GBD−SN; terminating (33) Motion for Judgment in c 1:18−cv−11423−GBD−SN; terminating (41) Motion for Judgment in case 1:18−cv−11426−GBD−SN; terminating (4 for Judgment in case 1:18−cv−11429−GBD−SN; terminating (34) Motion for Judgment in case 1:18−cv−11431−GB terminating (34) Motion for Judgment in case 1:18−cv−11433−GBD−SN; terminating (34) Motion for Judgment in c 1:18−cv−11459−GBD−SN; terminating (41) Motion for Judgment in case 1:18−cv−11464−GBD−SN; terminating (4 for Judgment in case 1:18−cv−11479−GBD−SN; terminating (39) Motion for Judgment in case 1:18−cv−11481−GB terminating (43) Motion for Judgment in case 1:18−cv−11483−GBD−SN; terminating (35) Motion for Judgment in c 1:18−cv−11484−GBD−SN; terminating (40) Motion for Judgment in case 1:18−cv−11486−GBD−SN; terminating (5 for Judgment in case 1:18−cv−11493−GBD−SN; terminating (43) Motion for Judgment in case 1:18−cv−11500−GB terminating (49) Motion for Judgment in case 1:18−cv−11504−GBD−SN; terminating (49) Motion for Judgment in c 1:18−cv−11509−GBD−SN; terminating (49) Motion for Judgment in case 1:18−cv−11515−GBD−SN; terminating (3 for Judgment in case 1:18−cv−11517−GBD−SN; terminating (49) Motion for Judgment in case 1:18−cv−11519−GB terminating (40) Motion for Judgment in case 1:18−cv−11527−GBD−SN; terminating (36) Motion for Judgment in c 1:18−cv−11532−GBD−SN; terminating (40) Motion for Judgment in case 1:18−cv−11573−GBD−SN; terminating (4 for Judgment in case 1:18−cv−11578−GBD−SN; terminating (40) Motion for Judgment in case 1:18−cv−11584−GB terminating (47) Motion for Judgment in case 1:18−cv−11619−GBD−SN; terminating (48) Motion for Judgment in c 1:18−cv−11624−GBD−SN; terminating (43) Motion for Judgment in case 1:18−cv−11713−GBD−SN; terminating (4 for Judgment in case 1:18−cv−11727−GBD−SN; terminating (41) Motion for Judgment in case 1:18−cv−11757−GB terminating (38) Motion for Judgment in case 1:18−cv−11772−GBD−SN; terminating (37) Motion for Judgment in c 1:18−cv−11781−GBD−SN; terminating (41) Motion for Judgment in case 1:18−cv−11785−GBD−SN; terminating (3 for Judgment in case 1:18−cv−11798−GBD−SN; terminating (34) Motion for Judgment in case 1:18−cv−11803−GB terminating (34) Motion for Judgment in case 1:18−cv−11804−GBD−SN; terminating (40) Motion for Judgment in c 1:18−cv−11810−GBD−SN; terminating (49) Motion for Judgment in case 1:18−cv−11814−GBD−SN; terminating (4 for Judgment in case 1:18−cv−11831−GBD−SN; terminating (39) Motion for Judgment in case 1:18−cv−11833−GB terminating (45) Motion for Judgment in case 1:18−cv−11841−GBD−SN; terminating (40) Motion for Judgment in c 1:18−cv−11849−GBD−SN; terminating (35) Motion for Judgment in case 1:18−cv−11856−GBD−SN; terminating (3 for Judgment in case 1:18−cv−11862−GBD−SN; terminating (127) Motion for Judgment; terminating (128) Motion f Judgment in case 1:18−cv−11875−GBD−SN; terminating (121) Motion for Judgment; terminating (122) Motion for J case 1:18−cv−11876−GBD−SN; terminating (138) Motion for Judgment; terminating (139) Motion for Judgment in c 1:18−cv−11878−GBD−SN; terminating (71) Motion for Judgment; terminating (72) Motion for Judgment in case 1:18−cv−11880−GBD−SN; terminating (74) Motion for Judgment; terminating (75) Motion for Judgment in case 1:18−cv−11885−GBD−SN; terminating (43) Motion for Judgment; terminating (44) Motion for Judgment in case 1:18−cv−11886−GBD−SN; terminating (74) Motion for Judgment in case 1:18−cv−11888−GBD−SN; terminating (3 for Judgment; terminating (37) Motion for Judgment in case 1:18−cv−12402−GBD−SN; terminating (438) Motion fo Judgment; terminating (439) Motion for Judgment in case 1:03−cv−05071−GBD−SN; terminating (520) Motion for J terminating (521) Motion for Judgment in case 1:03−cv−05738−GBD−SN; terminating (55) Motion for Judgment; te (56) Motion for Judgment in case 1:20−cv−00415−GBD−SN; terminating (1105) Motion for Judgment in case 1:03−cv−06978−GBD−SN; terminating (431) Motion for Judgment; terminating (432) Motion for Judgment in case 1:03−cv−07036−GBD−SN; terminating (439) Motion for Judgment; terminating (440) Motion for Judgment in case 1:03−cv−08591−GBD−SN. These motions are closed pursuant to the Court's order at ECF No. 8198 on the main MD 03−md−1570. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Ca 1:03−md−01570−GBD−SN, et al. (ras) (Entered: 07/29/2022) |
| 27/2022 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (113 in 1:18−cv−12341−GBD−SN, 8262 in 1:03−md−01570−GBD−SN) Proposed Default Judgment was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN(km)** (Entered: 07/ |
| 27/2022 | 8271 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman, Esq. dated July 27, 2022 re: No Objections t & Recommendations, ECF Nos. 8264 & 8267. Document filed by Natalie Pollack.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 07/27/2022) |
| 27/2022 | 8272 | MEMO ENDORSEMENT on re: 8265 Letter filed by Kingdom of Saudi Arabia. ENDORSEMENT: The Parties' req granted. They shall submit a further joint status letter on September 30, 2022. (Signed by Magistrate Judge Sarah Net 7/27/2022) (ras) (Entered: 07/27/2022) |
| 27/2022 | 8273 | LETTER addressed to Judge George B. Daniels from John M. Eubanks dated July 27, 2022 re: Judge Netburns Repo Recommendation issued on July 25, 2022 (ECF No. 8258). Document filed by Burnett Plaintiffs.Filed In Associated 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 07/27/2022) |

| | | |
|---|---|---|
| 27/2022 | 8274 | MOTION for Default Judgment as to *the Taliban*. Document filed by Kathleen Ashton.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Maloney, Andrew) (Entered: 07/27/2022) |
| 27/2022 | 8275 | DECLARATION of Andrew J. Maloney, III in Support re: (1691 in 1:02−cv−06977−GBD−SN) MOTION for Defau Judgment as to *the Taliban*.. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A−1 Decedent Citizens, A−2 Decedent Non−Citizens, # 3 Exhibit B−1 Citizen Solatium, # 4 Exhibit B−2 Non−Citizen Solatium, # 5 Exhibit Declaration, # 6 Exhibit D Declaration)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Maloney, Andrew) (Entered: 07/27/2022) |
| 27/2022 | 8276 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED JUDGMENT. Document filed by Kathleen Ashton..(Maloney, Andrew) **Proposed Judgment to be reviewed by Clerk's Office staff.** Modified on 7/28/2022 (k (Entered: 07/27/2022) |
| 27/2022 | 8277 | LETTER addressed to Judge George B. Daniels from Lee Wolosky dated July 27, 2022 re: Deadlines for Taliban and Respond. Document filed by Havlish Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Wolosky, Lee) (Entered: 07/27/2022) |
| 28/2022 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED JUDGMENT. Notice to attorney An Maloney to RE−FILE Document No. (8276 in 1:03−md−01570−GBD−SN, 1693 in 1:02−cv−06977−GBD−SN) F Judgment. The filing is deficient for the following reason(s): Please remove the word Order from the title. It sh proposed judgment. Re−file the document using the event type Proposed Judgment found under the event list Orders. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(km)** (Entered: 07/28/ |
| 28/2022 | 8278 | PROPOSED JUDGMENT. Document filed by Kathleen Ashton..(Maloney, Andrew) **Proposed Judgment to be rev Clerk's Office staff.** (Entered: 07/28/2022) |
| 28/2022 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (1694 in 1:02−cv−06977−G 8278 in 1:03−md−01570−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(km)** (Entered: 07/28/2022) |
| 28/2022 | 8279 | LETTER addressed to Judge George B. Daniels from Andrew J. Maloney, III dated 07/28/2022 re: This Courts Repo Recommendations dated July 26, 2022. Document filed by Kathleen Ashton.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Maloney, Andrew) (Entered: 07/28/2022) |
| 28/2022 | 8280 | MOTION for Default Judgment as to *Economic Damages (Anaya/Iran III)*. Document filed by Helen Colhoun, M. D Ferrus, John Galvin, Thomas Getzendanner, Deodat Guman, Matthew Kauth, Vivian Lanham−Lowe, Eileen Lee, Ca Notaro.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN.(Bonner, James) (Entered 07/28/2022) |
| 28/2022 | 8281 | DECLARATION of Joseph Peter Drennan, Esq. in Support re: (8280 in 1:03−md−01570−GBD−SN, 114 in 1:18−cv−12341−GBD−SN) MOTION for Default Judgment as to *Economic Damages (Anaya/Iran III)*.. Document f Helen Colhoun. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN.(Bonner, James) (Entered: 07/28/2022) |
| 28/2022 | 8282 | ***EX−PARTE***DECLARATION of John E. Beauzile (Exhibit B to Declaration of Joseph Peter Drennan MDL E No.8281−2) in Support re: (8280 in 1:03−md−01570−GBD−SN, 114 in 1:18−cv−12341−GBD−SN) MOTION for D Judgment as to *Economic Damages (Anaya/Iran III)*.. Document filed by Helen Colhoun. (Attachments: # 1 Exhibit C.V.), # 2 Exhibit 2 (Estate of Liam Joseph Colhoun), # 3 Exhibit 3 (Estate of Carlos da Costa), # 4 Exhibit 4 (Estate E. Galvin), # 5 Exhibit 5 (Estate of Susan Getzedanner), # 6 Exhibit 6 (Estate of Babita Girjamatie Guman), # 7 Exhi of Don Jerome Kauth), # 8 Exhibit 8 (Estate of Gary H. Lee), # 9 Exhibit 9 (Estate of Michael Lowe), # 10 Exhibit 1 Daniela R. Notaro), # 11 Exhibit 11 (VCF FAQs April 2004))Filed In Associated Cases: 1:03−md−01570−GBD−SN 1:18−cv−12341−GBD−SNMotion or Order to File Under Seal: 7963 .(Bonner, James) (Entered: 07/28/2022) |
| 28/2022 | 8283 | MEMORANDUM DECISION AND ORDER granting (7987) Motion for Default Judgment in case 1:03−md−01570−GBD−SN; granting (583) Motion for Default Judgment in case 1:15−cv−09903−GBD−SN. Plaintif for Final Judgments, (ECF No. 7987), is GRANTED. It is ORDERED that the Burnett Plaintiffs identified in the atta Exhibit A are awarded judgments for pain and suffering damages as set forth in Exhibit A; and it is ORDERED that p interest is awarded to be calculated at a rate of 4.96 percent per annum, all interest compounded annually over the sa and it is ORDERED that the Plaintiffs not appearing on Exhibit A and who were not previously awarded damages ma later stages applications for punitive, economic, and/or other damages awards that may be approved on the same basi currently approved for those Plaintiffs appearing on Exhibit A or in prior filings. The Clerk of Court is directed to clo motions in 03 MDL 1570, (ECF No. 7987), and 15 Civ. 9903, (ECF No. 583), accordingly.. (Signed by Judge Georg on 7/28/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN (ate) (Entered: 07/ |
| 28/2022 | 8284 | MEMORANDUM OF LAW in Support re: (8280 in 1:03−md−01570−GBD−SN, 114 in 1:18−cv−12341−GBD−SN) for Default Judgment as to *Economic Damages (Anaya/Iran III)*. . Document filed by Helen Colhoun. Filed In Assoc 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN.(Bonner, James) (Entered: 07/28/2022) |

| | | |
|---|---|---|
| 28/2022 | 8285 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Helen Colhoun. (Attachments Exhibit A).(Bonner, James) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 07/28/2 |
| 28/2022 | 8286 | MEMORANDUM DECISION AND ORDER: in case 1:03−md−01570−GBD−SN; terminating (98) Motion for Judg terminating (109) Motion re: (98 in 1:19−cv−11767−GBD−SN, 89 in 1:20−cv−09387−GBD−SN) MOTION for Judg Declaration of Meryl Schwartz, (109 in 1:19−cv−11767−GBD−SN) MOTION Partial Final Judgment in case 1:19−cv−11767−GBD−SN; terminating (89) Motion for Judgment in case 1:20 cv−09387−GBD−SN. Plaintiffs' Moti Final Judgments, (ECF No. 7598), is GRANTED. It is ORDERED that the Plaintiffs identified in the attached Exhibi awarded judgments for solatium damages as set forth in Exhibit A; and it isORDERED that prejudgment interest is a be calculated at a rate of 4.96 percent per annum, all interest compounded annually over the same period; and it is OI that the Plaintiffs not appearing on Exhibit A and who were notpreviously awarded damages may submit in later stag applications for punitive, economic, and/or other damages awards that may be approved on the same basis as currentl for those Plaintiffs appearing on Exhibit A or in prior filings. The Clerk of Court is directed to close the motions in 0 1570, ECF No. 7987; Case No. 18−cv−12277, ECF No. 167; Case No. 19−cv−11767, ECF No. 90; Case No. 19−cv− ECF No. 85; Case No. 19−cv−11865, ECF No. 98; Case No. 20−cv−09376, ECF No. 89; Case No. 20−cv−09387, EC and Case No. 20−cv−10902, ECF No. 73, accordingly. SO ORDERED. (Signed by Judge George B. Daniels on 7/28 Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (ama) (Entered: 07/28/2022) |
| 28/2022 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (8285 in 1:03−md−01570−GBD−SN, 118 in 1:18−cv−12341−GBD−SN) Proposed Default Judgment was reviewed and a to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−12341−GB** (Entered: 07/28/2022) |
| 28/2022 | 8287 | MEMORANDUM DECISION AND ORDER: granting (8225) Motion for Default Judgment in case 1:03−md−01570−GBD−SN; granting (1673) Motion for Default Judgment in case 1:02−cv−06977−GBD−SN. Plaint for Final Judgments, (ECF No. 8225), is GRANTED. It is ORDERED that the Ashton Plaintiffs Timothy Frolich and Jermyn are awarded judgments for pain and suffering damages in the amounts of $7,000,000 and $5,000,000, respect is ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96 percent per annum, all interest co annually over the same period; and it is ORDERED that the Plaintiffs not appearing in this motion and who were not awarded damages may submit in later stages applications for punitive, economic, and/or other damages awards that n approved on the same basis as currently approved for these two Plaintiffs or in prior filings. The Clerk of Court is dir close the motions in 03−MDL−1570, (ECF No. 8225), and 02−cv−6977, (ECF No. 1673), Accordingly. SO ORDER by Judge George B. Daniels on 7/28/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977− (ama) (Entered: 07/28/2022) |
| 28/2022 | 8288 | MEMORANDUM DECISION AND ORDER: granting (8164) Motion re: (8164 in 1:03−md−01570−GBD−SN, 189 1:18−cv−12277−GBD−SN) MOTION Partial Final Judgment in case 1:03−md−01570−GBD−SN; granting (189) Mo (8164 in 1:03−md−01570−GBD−SN, 189 in 1:18−cv−12277−GBD−SN) MOTION Partial Final Judgment in case 1:18−cv−12277−GBD−SN. Plaintiffs' Motion for Final Judgments, (ECF No. 8164), is GRANTED. It is ORDERED Plaintiffs Joseph Dixon, Eric Johnson, and Brian Wilkes Joseph Dixon be awarded $8,500,000, $12,500,000, and $12 respectively, for solatium damages; and it is ORDERED that prejudgment interest is awarded to be calculated at a rat percent per annum, all interest compounded annually over the same period; and it is ORDERED that the Plaintiffs no on this motion and who were not previously awarded damages may submit in later stages applications for punitive, ec and/or other damages awards that may be approved on the same basis as currently approved for these Plaintiffs or in filings. The Clerk of Court is directed to close the motions in 03 MDL 1570, ECF No. 7987; No. 18−cv−12277, ECF and No. 19−cvl 1767, ECF No. 90. SO ORDERED. (Signed by Judge George B. Daniels on 7/28/2022) Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN, 1:19−cv−11767−GBD−SN (ama) (Entered: 07/28/2 |
| 28/2022 | 8289 | MEMORANDUM DECISION AND ORDER: granting (8191) Motion for Default Judgment in case 1:03−md−01570−GBD−SN; granting (1666) Motion for Default Judgment in case 1:02−cv−06977−GBD−SN. Plaint for Final Judgments, (ECF No. 8191), is GRANTED. It is ORDERED that the Plaintiffs identified in the attached Ex awarded judgments for pain and suffering damages as set forth in Exhibit A; and it is ORDERED that prejudgment ir awarded to be calculated at a rate of 4.96 percent per annum, all interest compounded annually over the same period; ORDERED that the Plaintiffs not appearing on Exhibit A and who were not previously awarded damages may submi stages applications for punitive, economic, and/or other damages awards that may be approved on the same basis as c approved for those Plaintiffs appearing on Exhibit A or in prior filings. The Clerk of Court is directed to close the mo MDL 1570, ECF No. 7987, and No. 02−cv−6977, ECF No. 1666. SO ORDERED (Signed by Judge George B. Danie 7/28/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN (ama) (Entered: 07/2 |
| 28/2022 | 8290 | ORDER: in case 1:03−md−01570−GBD−SN; granting (47) Motion for Default Judgment in case 1:20−cv−10366−G Upon consideration of the evidence and arguments submitted by the wrongful death Plaintiffs in the above−captioned together with the entire record in this case, it is hereby; ORDERED that partial final default judgment is entered on b those Plaintiffs in Hamillton, et al, v. Islamic Republic of Iran, 20−cv−10366 (GBD) (SN), identified in the attached and it is ORDERED that the Hamilton Plaintiffs identified in the attached Exhibit A are awarded solatium damages a in Exhibit A; and it is ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96% per annum compounded annually over the same period; and it is ORDERED that all Hamilton Plaintiffs may submit future appli |

| | | |
|---|---|---|
| | | punitive damages consistent with any future rulings of this Court; and it isORDERED that Plaintiff Raynard Hamilto submit a separate motion for partialfinal default judgment for pain and suffering incurred as a result of injuries he sus September 11, 2001; and it is ORDERED that the remaining Hamilton Plaintiffs not listed on Exhibit A may submit judgment in future stages. The Clerk of Court is directed to close the motion in Case No. 20−cv−10366, (ECF No. 47 accordingly. SO ORDERED. (Signed by Judge George B. Daniels on 7/28/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−10366−GBD−SN (ama) (Entered: 07/28/2022) |
| 28/2022 | 8291 | PARTIAL FINAL DEFAULT JUDGMENT: ORDERED that service of process was effectuated upon the Islamic Re Iran in accordance with 28 U.S.C. § 1608(a); and it is ORDERED that, there being no just reason for delay, partial fi judgment is entered against the Islamic Republic of Iran and in favor of Anaya/Iran Plaintiffs Rosemary Puma, John William J. Posa as personal representative of the Estate of Grace Posa, each of whom is ( or represents) a sibling of t Debra Ann DiMartino who was killed in the terrorist attacks on September 11, 2001; and it is ORDERED that Anaya Plaintiffs Rosemary Puma, John Puma, and William J. Posa as personal representative of the Estate of Grace Posa are awarded solatium damages of $4,250,000 against the lslamic Republic of Iran as set forth in Exhibit A hereto; and it ORDERED that Anaya/Iran Plaintiffs Rosemary Puma, John Puma, and William J. Posa as personal representative o of Grace Posa are each awarded prejudgment interest on the damages hereby awarded to be calculated at a rate of 4.9 per annum, compounded annually, running from September 11, 200 I until the date of this judgment; and it is ORDE Anaya/Iran Plaintiffs Rosemary Puma, John Puma, and William J. Posa as personal representative of the Estate of Gr may submit applications for punitive or other damages at a later date consistent with any future rulings of this Court; ORDERED that other Anaya/Iran Plaintiffs may submit in later stages applications for damages awards, and to the e seek solatium such applications will be approved consistent with those approved herein. Furthermore, the Court resp directs the Clerk of Court to terminate the motion at ECF 8247 in 03−MDL−1570 (GBD)(SN) and ECF No. 108 in 18−cv−12341 (GBD)(SN). SO ORDERED., Motions terminated: (8247 in 1:03−md−01570−GBD−SN, 108 in 1:18−cv−12341−GBD−SN) MOTION for Default Judgment as to solatium Damages against Islamic Republic of Ira Rosemary Puma, William J. Posa, John Puma. (Signed by Judge George B. Daniels on 7/28/2022) Filed In Associate 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−12341−GBD−SN (ama) (Entered: 07/28/2022) |
| 28/2022 | 8292 | LETTER addressed to Judge George B. Daniels from John M. Eubanks dated July 28, 2022 re: Judge Netburns Repo Recommendation issued on July 26, 2022 (ECF No. 8268). Document filed by Arias Plaintiffs, Burnett Plaintiffs.File Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00041−GBD−SN.(Eubanks, Jo (Entered: 07/28/2022) |
| 29/2022 | 8293 | MEMORANDUM DECISION AND ORDER: granting (8010) Motion for Default Judgment in case 1:03−md−01570−GBD−SN; granting (590) Motion for Default Judgment in case 1:15−cv−09903−GBD−SN; grantin Motion for Default Judgment in case 1:19−cv−00041−GBD−SN. Plaintiffs' Motion for Final Judgments, (ECF No. 8 GRANTED. It is ORDERED that the Plaintiffs identified in the attached Exhibit A are awarded judgments for pain a damages as set forth in Exhibit A; and it is ORDERED that prejudgment interest is awarded to be calculated at a rate percent per annum, all interest compounded annually over the same period; and it is ORDERED that the Plaintiffs no on Exhibit A and who were not previously awarded damages may submit in later stages applications for punitive, ecc and/or other damages awards that may be approved on the same basis as currently approved for those Plaintiffs appea Exhibit A or in prior filings. The Clerk of Court is directed to close the motions in 03 MDL 1570, ECF No. 8010; No 15−cv−9903, ECF No. 590; and No. 19−cv−0041, ECF o. 106. SO ORDERED. (Signed by Judge George B. Daniels 7/29/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00041−GB (ama) (Entered: 07/29/2022) |
| 29/2022 | 8296 | ORDER terminating 7589 Motion MOTION For Partial Final Judgment. This motion is substantively addressed by t order at ECF No. 8286. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) (ras) (Entered 07/29/2022) |
| 29/2022 | 8297 | REPORT & RECOMMENDATION re: (50 in 1:20−cv−10366−GBD−SN) MOTION for Default Judgment as to *Mo Partial Final Default Judgment on Behalf of Personal Injury Plaintiff Raynard Hamilton* filed by Raynard Hamilton. recommends granting pain and suffering damages as set out in Table 1. (See document.) Mr. Hamilton should also be prejudgment interest on these damages from September 11, 2001, to the date of judgment, at a rate of 4.96 percent pe compounded annually. ECF No. 3358 adopted by ECF No. 3383. He may apply for punitive, economic, and other da later date and in a manner consistent with any applicable future Court rulings on the issue. Additionally, any Hamilto injury plaintiffs not appearing in this motion who were not previously awarded damages may still submit application damages awards in later stages. In light of the August 1, 2022 deadline to file with the United States Victims of State Terrorism Fund, Mr. Hamilton is encouraged to notify the Court as soon as possible if any objections will be filed. U resolution of this motion, the Court should terminate the motion in Hamilton, No. 20−cv−10366, ECF No. 50. The pa have fourteen days from the service of this Report and Recommendation to file written objections under 28 U.S.C. § and Rule 72(b) of the Federal Rules of Civil Procedure. A party may respond to another party's objections within fou after being served with a copy. Fed. R. Civ. P. 72(b)(2). These objections shall be filed with the Clerk of the Court, w copies delivered to the chambers of the Honorable George B. Daniels at the United States Courthouse, 500 Pearl Stre York, New York 10007, and to any opposing parties. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b). An for an extension of time for filing objections must be addressed to Judge Daniels. The failure to file these timely obje result in a waiver of those objections for purposes of appeal. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72 |

| | | |
|---|---|---|
| | | Thomas v. Arn, 474 U.S. 140 (1985). (Objections to R&R due by 8/12/2022.) (Signed by Magistrate Judge Sarah Net 7/29/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−10366−GBD−SN. (ras) (Entered: 07/29 |
| 29/2022 | 8298 | MOTION for Default Judgment as to *Damages against the Taliban and Muhammad Omar*. Document filed by Virgi et al, Virginia Bauer, et al..Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD.(Capone, Dorothea) (Entered: 07/29/2022) |
| 29/2022 | 8299 | DECLARATION of Dorothea M. Capone in Support re: (167 in 1:02−cv−07236−GBD, 8298 in 1:03−md−01570−G 1701 in 1:02−cv−06977−GBD−SN) MOTION for Default Judgment as to *Damages against the Taliban and Muham* Document filed by Virginia Bauer, et al, Virginia Bauer, et al.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhib Exhibit C−2, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G)Filed In Associated Cases: 1:03−md−01570− 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD.(Capone, Dorothea) (Entered: 07/29/2022) |
| 29/2022 | 8300 | PROPOSED JUDGMENT. Document filed by Virginia Bauer, et al, Virginia Bauer, et al.. (Attachments: # 1 Exhibit Exhibit B, # 3 Exhibit C−1, # 4 Exhibit C−2).(Capone, Dorothea) **Proposed Judgment to be reviewed by Clerk's C** Modified on 8/1/2022 (km). (Entered: 07/29/2022) |
| 01/2022 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (169 in 1:02−cv−07236−G in 1:03−md−01570−GBD−SN, 1703 in 1:02−cv−06977−GBD−SN) Proposed Judgment was reviewed and appro form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD(** (Entered: 08/01/2022) |
| 01/2022 | 8301 | MOTION to Add *Parties Against the Taliban*. Document filed by Christine ONeill.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 08/01/2022) |
| 01/2022 | 8302 | MEMORANDUM OF LAW in Support re: (8301 in 1:03−md−01570−GBD−SN, 656 in 1:04−cv−01076−GBD−SN) to Add *Parties Against the Taliban*. . Document filed by Christine ONeill. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 08/01/2022) |
| 01/2022 | 8303 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (8301 in 1:03−md−01570−GBD−SN, 656 in 1:04−cv−01076−GBD−SN) MOTION to Add *Parties Against the Taliban*.. Document filed by Christine ONeill. (Att # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) ( 08/01/2022) |
| 01/2022 | 8304 | PROPOSED ORDER. Document filed by Christine ONeill. (Attachments: # 1 Appendix 1) Related Document Numb ..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** Modified on 8/1/2022 (km). (Entered: ( |
| 01/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (659 in 1:04−cv−01076−GBD− 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN(km)** (Entered: 08/01/2022) |
| 01/2022 | 8305 | MEMO ENDORSEMENT on re: (61 in 1:20−cv−10366−GBD−SN) Letter filed by Raynard Hamilton. ENDORSEM Court has received the this letter, which was filed only on the docket for Hamilton. The Court informed counsel for th Plaintiffs less than a week ago that filings in this multidistrict litigation must be filed on the main MDL docket, 03−M as well as in the member case. ECF No. 8260. In an MDL with hundreds of member cases, this requirement is essenti helping the Court review and process motions efficiently. Accordingly, the Court will not accept further filings from Hamilton Plaintiffs that are not filed on both the main MDL docket as well as the docket for Hamilton. (Signed by M Judge Sarah Netburn on 8/1/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−10366−GBD−S (Entered: 08/01/2022) |
| 01/2022 | 8306 | ORDER in case 1:03−md−01570−GBD−SN; denying without prejudice (41) Motion for Default Judgment in case 1:18−cv−12347−GBD−SN. Plaintiffs in Rodriquez, et al., v. Islamic Republic of Iran., 18−cv−12347, move for a def judgment. Rodriquez, 18−cv−12347, ECF No. 41. Motions for default judgment must comply with both this District's requirements for obtaining default judgments and specific requirements associated with this multidistrict litigation. T requirements for filing a motion for default judgment are provided in Section 16 of this District's Electronic Case Fili and Instructions. Additionally, there are several additional requirements for seeking a default judgment in this case se Court's orders at ECF Nos. 3435, 3362, and 7870. The Rodriquez Plaintiffs' motion does not comply with these requi is therefore denied without prejudice. Counsel for the Rodriguez Plaintiffs is directed to review both this District's rec for requesting a default judgment and the specific requirements for requesting a default judgment against a sovereign in this multidistrict litigation. The Clerk of the Court is respectfully directed to terminate the motion at Rodriquez, 18−cv−12347, ECF No. 41. (Signed by Magistrate Judge Sarah Netburn on 8/1/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12347−GBD−SN. (ras) (Entered: 08/01/2022) |
| 02/2022 | 8307 | LETTER MOTION for Local Rule 37.2 Conference *or, in the Alternative, for Leave to File Motion to Exclude the Supplementary Expert Report of Jonathan Winer,* addressed to Magistrate Judge Sarah Netburn from Steven T. Cottr August 2, 2022. Document filed by Dubai Islamic Bank. (Attachments: # 1 Exhibit Ex. 1 − Proposed Motion to Exclu Exhibit Ex. 2 − Proposed Brief in Support, # 3 Exhibit Ex. 3 − Proposed Declaration in Support, # 4 Exhibit Ex. A to Winer Report, # 5 Exhibit Ex. B to Ex. 3 − Plaintiffs' Letter, # 6 Exhibit Ex. C to Ex. 3 − Plaintiffs' Expert Disclosure |

| | | |
|---|---|---|
| | | Associated Cases: 1:03−md−01570−GBD−SN et al..(Cottreau, Steven) (Entered: 08/02/2022) |
| )2/2022 | 8308 | MEMORANDUM DECISION AND ORDER granting (50 1:20−cv−10366−GBD−SN) Motion for Default Judgmen Motion for Final Judgment, (ECF No. 50), is GRANTED. It is ORDERED that Raynard Hamilton is awarded judgm pain and suffering damages as set forth in Exhibit A; and it is ORDERED that prejudgment interest is awarded to be at a rate of 4.96 percent per annum, all interest compounded annually over the same period; and it is ORDERED that Hamilton Plaintiffs not appearing on this motion and who were not previously awarded damages may submit in later applications for punitive, economic, and/or other damages awards that may be approved on the same basis as currentl for Raynard Hamilton. The Clerk of Court is directed to close the motion in Hamilton, No. 20−cv−10366, ECF No. 5 accordingly SO ORDERED (Signed by Judge George B. Daniels on 8/2/2022) (jca) Transmission to Orders and Judg Clerk for processing. (Entered: 08/02/2022) |
| )2/2022 | 8309 | MOTION for Tammy Cauley Rivers to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−264948 **and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Burnett Plaintiffs. (Attachments Affidavit Affidavit of Tammy C. Rivers, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order Propo re Tammy C. Rivers Pro Hac Vice)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Rivers, Tammy) (E 08/02/2022) |
| )2/2022 | 8310 | ORDER OF PARTIAL FINAL DEFAULT JUDGMENTS ON BEHALF OF BURNETT/IRAN PLAINTIFF'S IDEN AT EXHIBITS A AND B: (BURNETT/IRAN XXVII): It is hereby; ORDERED that service of process was effected Iran Defendants in accordance with 28 U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § 1608(b) for agenci instrumentalities of sovereign defendants; ORDERED that partial final judgment is entered against the Iran Defendar behalf of the Plaintiffs in Burnett, et al. v. Islamic Rep. of iran. et al., Case No. 15−cv−9903 (GBD)(SN), as identifie attached Exhibit A, who arc each a spouse, parent, child, or sibling (or the estate of a spouse, parent, child, or sibling individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A, and it is ORDERED that P identified in Exhibit A are awarded: solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8,500,000 and $4,250,000 per sibling, as set forth in Exhibit A; and it is ORDERED that partial final judgment is entered agains Defendants and on behalf of the Plaintiffs in Burnett, et al. v. Islamic Rep. of Iran, et al., Case No. 15−cv−9903 (GBI identified in the attached Exhibit B, who are each the estate of a victim of the terrorist attacks on September 11, 2001 indicated in Exhibit B, and it is ORDERED that Plaintiffs identified in Exhibit B are awarded: compensatory damage decedents' pain and suffering in an amount of $2,000,000 per estate, as set forth in Exhibit B (to the extent not previo awarded); and it is ORDERED that Plaintiffs identified in Exhibits A and Bare awarded prejudgment interest of 4.96 annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is ORDERED tha identified in Exhibits A and B may submit an application for punitive damages, economic damages, or other damage extent such awards have not previously been ordered) at a later date consistent with any future rulings made by this C issue, and it is ORDERED that the remaining Burnett/Iran Plaintiffs not appearing on Exhibits A or B, may submit in applications for damages awards, and to the extent they are for solatium or by estates for compensatory damages' for pain and suffering from the September 11 attacks, they will be approved consistent with those approved herein for th appearing on Exhibits A and B. Furthermore, the Court respectfully directs the Clerk of the Court to terminate the mo No. 8221 in 03−MDL−1570 (GBD)(SN) and ECF No. 610 in 15−cv−9903 (GBD)(SN). SO ORDERED. Motions ter 8221 MOTION for Default Judgment as to *Plaintiffs' Motion for Entry of Partial Final Default Judgments on Behalf Burnett/Iran Plaintiffs Identified at Exhibits A and B (Burnett/Iran XXVII)*. filed by Burnett Plaintiffs. (Signed by Jud B. Daniels on 8/2/2022) (jca) (Entered: 08/02/2022) |
| )2/2022 | 8311 | PARTIAL FINAL DEFAULT JUDGMENT (ANAYA/IRAN III): It is hereby; ORDERED that service of process in above−captioned Marie Laure Anaya, et al. v. Islamic Republic of Iran, l: 18−cv−12341 (GBD) (SN) was effectuated Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a); and it is ORDERED that, there being no just reasor partial final judgment is entered against the Islamic Republic of Iran and in favor of Anaya/Iran Plaintiffs identified i hereto, who each represent the estate of an individual who was killed in the terrorist attacks on September 11, 2001, a in Exhibit A; and it is ORDERED that Anaya/Iran Plaintiffs identified in Exhibit A hereto are awarded economic dan forth in Exhibit A hereto and as supported by the expert reports and analyses tendered in conjunction with the Declar Joseph Peter Drennan executed on July 28, 2022; and it is ORDERED that Anaya/Iran Plaintiffs identified in Exhibit are each awarded prejudgment interest on the damages hereby awarded to be calculated at a rate of 4.96 percent per a compounded annually, running from September 11, 2001 until the date of this judgment; and it is ORDERED that Ar Plaintiffs identified in Exhibit A hereto may submit applications for punitive or other damages at a later date consiste future rulings of this Court; and it is ORDERED that other Anaya/Iran Plaintiffs may submit in later stages applicatic damages awards. Furthermore, the Court respectfully directs the Clerk of Court terminate the motion at ECF 8280 in 03−MDL−1570 (GBD)(SN) and ECF No. 114 in 18−cv−12341 (GBD)(SN). SO ORDERED. Motions terminated: 82 MOTION for Default Judgment as to *Economic Damages (Anaya/Iran III)*. filed by Vivian Lanham−Lowe, Carlo No Matthew J. Kauth, Eileen R. Lee, Helen L. Colhoun, Thomas Forbes Getzendanner, M. Rita Dacosta, John M. Galvir Guman, Ann Ferrus. (Signed by Judge George B. Daniels on 8/2/2022) (jca) (Entered: 08/02/2022) |
| )3/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (59 in 1:18−cv−12030−GB in 1:18−cv−12118−GBD−SN, 59 in 1:18−cv−12318−GBD−SN, 68 in 1:18−cv−11519−GBD−SN, 68 in 1:18−cv−11515−GBD−SN, 129 in 1:19−cv−00041−GBD−SN, 8309 in 1:03−md−01570−GBD−SN, 68 in 1:18−cv−11504−GBD−SN, 68 in 1:18−cv−11509−GBD−SN, 722 in 1:04−cv−07279−GBD−SN, 626 in** |

| | | |
|---|---|---|
| | | **1:15−cv−09903−GBD−SN, 58 in 1:18−cv−12322−GBD−SN, 58 in 1:19−cv−00026−GBD−SN, 67 in 1:18−cv−11624−GBD−SN, 69 in 1:18−cv−11493−GBD−SN, 67 in 1:18−cv−11582−GBD−SN, 1704 in 1:02−cv−06977−GBD−SN, 108 in 1:19−cv−00044−GBD−SN, 66 in 1:18−cv−11664−GBD−SN, 66 in 1:18−cv−11619−GBD−SN, 1003 in 1:03−cv−09849−GBD−SN) MOTION for Tammy Cauley Rivers to Appear Vice . Filing fee $ 200.00, receipt number NYSDC−26494814. Motion and supporting papers to be reviewed by Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(sgz)** (Entered: 08/03/2022) |
| )3/2022 | 8312 | NOTICE of Iran Notice of Amendment re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by Jessica Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05306−GBD−SN.(Goldman, Jerry) (Entered: 08/03 |
| )3/2022 | 8313 | NOTICE OF APPEARANCE by Regan Erica Samson on behalf of Gordon Aamoth, Lloyd Abel, Lloyd Abel, Audre Roberta Agyeman, Nicole Amato, Ber Barry Aron, Paul Asaro, August Bernaerts, Michael Bianco, Deborah Bodner, Bonomo, Rodney Bush, William Cintron−Lugos, David DeConto, Jessica Derubbio, Richard Deuel, Estate of John P Sr., Estate of John Patrick O'Neill Sr., Allison Garger, David Gordenstein, Jeanmarie Hargrave, Arthur Harris, Marin Hemenway, Alexander Jimenez, Bakahityar Kamardinova, Chang Kim, Kristian Kincaid, Stephanie Lang, BNY Mel Mercer, Maureen Moody−Theinert, Horace Morris, Michael Murray, C. I. O'Neill, Ana Ortiz, Mario Perez, Hopeton Cheryl Rivelli, Deborah Rooney, Matthew Rowenhorst, Laurence Schlissel, Barbara Spence, Michael Stackpole, Jacl Zelmanowitz. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Samson, Regan) (Entered: 08/03/2022) |
| )3/2022 | 8314 | LETTER addressed to Magistrate Judge Sarah Netburn from Steven Cottreau dated August 3, 2022 re: Corrected Cop Exhibit 2 to DIB's Letter−Motion at ECF 8307. Document filed by Dubai Islamic Bank. (Attachments: # 1 Exhibit 1 Copy of Ex. 2 to ECF 8307)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Cottreau, Steven) (Entered 08/03/2022) |
| )3/2022 | 8315 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 8126 MOTION for Summary Judgmer *Motion*. . Document filed by Plaintiffs Executive Committees. Motion or Order to File Under Seal: 1900 .(Carter, Sea (Entered: 08/03/2022) |
| )3/2022 | 8316 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 8126 MOTION for Summary Judgment *Noti Motion*. *Plaintiffs' Response to Dubai Islamic Bank's 56.1 Statement of Material Facts*. Document filed by Plaintiffs Committees. Motion or Order to File Under Seal: 1900 .(Carter, Sean) (Entered: 08/03/2022) |
| )3/2022 | 8317 | ***SELECTED PARTIES***DECLARATION of J. Scott Tarbutton in Opposition re: 8126 MOTION for Summary *Notice of Motion*.. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit Averment of Facts Exhibit Executive Order, # 3 Exhibit Norman email, # 4 Exhibit Report, # 5 Exhibit CIA document, # 6 Exhibit CIA # 7 Exhibit CIA document, # 8 Exhibit CIA document, # 9 Exhibit CIA document, # 10 Exhibit CIA document, # 11 CIA document, # 12 Exhibit CIA document, # 13 Exhibit Summary, # 14 Exhibit FBI document, # 15 Exhibit Indictr Exhibit Intelligence Assessment, # 17 Exhibit DIB document, # 18 Exhibit DIB document, # 19 Exhibit DIB docume Exhibit LA Times piece, # 21 Exhibit Exhibit to Hassan Deposition, # 22 Exhibit New York Times article, # 23 Exhi Deposition Transcript, # 24 Exhibit Deposition Exhibit Fine, # 25 Exhibit Discovery, # 26 Exhibit Discovery, # 27 E Indictment, # 28 Exhibit Kadi document, # 29 Exhibit LA Times, # 30 Exhibit FED PEC Bates Document, # 31 Exhi Agreement, # 32 Exhibit Dep Transcript, # 33 Exhibit Dep Transcript, # 34 Exhibit Document, # 35 Exhibit Docume Exhibit Fatwa, # 37 Exhibit Report, # 38 Exhibit Dep Exhibit, # 39 Exhibit Dep Exhibit, # 40 Exhibit Dep Exhibit, # NATO)Motion or Order to File Under Seal: 1900 .(Carter, Sean) (Entered: 08/03/2022) |
| )4/2022 | 8318 | ORDER granting (1003) Motion for Tammy Cauley Rivers to Appear Pro Hac Vice in case 1:03−cv−09849−GBD−S (8309) Motion for Tammy Cauley Rivers to Appear Pro Hac Vice in case 1:03−md−01570−GBD−SN; granting (722 for Tammy Cauley Rivers to Appear Pro Hac Vice in case 1:04−cv−07279−GBD−SN; granting (626) Motion for Tar Cauley Rivers to Appear Pro Hac Vice in case 1:15−cv−09903−GBD−SN; granting (69) Motion for Tammy Cauley I Appear Pro Hac Vice in case 1:18−cv−11493−GBD−SN; granting (68) Motion for Tammy Cauley Rivers to Appear Vice in case 1:18−cv−11504−GBD−SN; granting (68) Motion for Tammy Cauley Rivers to Appear Pro Hac Vice in 1:18−cv−11509−GBD−SN; granting (68) Motion for Tammy Cauley Rivers to Appear Pro Hac Vice in case 1:18−cv−11515−GBD−SN; granting (68) Motion for Tammy Cauley Rivers to Appear Pro Hac Vice in case 1:18−cv−11519−GBD−SN; granting (67) Motion for Tammy Cauley Rivers to Appear Pro Hac Vice in case 1:18−cv−11582−GBD−SN; granting (66) Motion for Tammy Cauley Rivers to Appear Pro Hac Vice in case 1:18−cv−11619−GBD−SN; granting (67) Motion for Tammy Cauley Rivers to Appear Pro Hac Vice in case 1:18−cv−11624−GBD−SN; granting (66) Motion for Tammy Cauley Rivers to Appear Pro Hac Vice in case 1:18−cv−11664−GBD−SN; granting (59) Motion for Tammy Cauley Rivers to Appear Pro Hac Vice in case 1:18−cv−12030−GBD−SN; granting (59) Motion for Tammy Cauley Rivers to Appear Pro Hac Vice in case 1:18−cv−12118−GBD−SN; granting (59) Motion for Tammy Cauley Rivers to Appear Pro Hac Vice in case 1:18−cv−12318−GBD−SN; granting (58) Motion for Tammy Cauley Rivers to Appear Pro Hac Vice in case 1:18−cv−12322−GBD−SN; granting (58) Motion for Tammy Cauley Rivers to Appear Pro Hac Vice in case 1:19−cv−00026−GBD−SN; granting (129) Motion for Tammy Cauley Rivers to Appear Pro Hac Vice in case 1:19−cv−00041−GBD−SN; granting (108) Motion for Tammy Cauley Rivers to Appear Pro Hac Vice in case 1:19−cv−00044−GBD−SN. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In / |

| | | |
|---|---|---|
| | | Cases: 1:03−md−01570−GBD−SN, et al. (ras) (Entered: 08/04/2022) |
| )4/2022 | 8319 | ***SELECTED PARTIES***AFFIRMATION of J. Scott Tarbutton in Support re: 8126 MOTION for Summary Juc *Notice of Motion*.. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit 23 − Fine Depositi Transcript (replacing placeholder))Motion or Order to File Under Seal: 1900 .(Carter, Sean) (Entered: 08/04/2022) |
| )5/2022 | 8320 | LETTER MOTION to Reopen *Restore Motion to Docket* addressed to Magistrate Judge Sarah Netburn from James F dated August 5, 2022. Document filed by Lynn Faulkner. (Attachments: # 1 Exhibit 1 (Docket Sheet), # 2 Exhibit 2 ( Default)).(Peterson, James) (Entered: 08/05/2022) |
| )5/2022 | 8321 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated August 5, 2022 r Response to DIBs August 2, 2022 letter [ECF No. 8307]. Document filed by Plaintiffs Executive Committees..(Haefe (Entered: 08/05/2022) |
| )5/2022 | 8322 | NOTICE of Iran Notice of Amendment re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by Bakahit Kamardinova. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05339−GBD−SN.(Goldman, Jerry) ( 08/05/2022) |
| )5/2022 | 8323 | CERTIFICATE OF SERVICE. Document filed by Raynard Hamilton. (Attachments: # 1 Exhibit Letter Requesting C Assistance with Service of Judgment via Diplomatic Channels)Filed In Associated Cases: 1:03−md−01570−GBD−SI 1:20−cv−10366−GBD−SN.(Perry, Amanda) (Entered: 08/05/2022) |
| )8/2022 | 8324 | MOTION to Correct Judgment re: (7522 in 1:03−md−01570−GBD−SN) Judgment,,,,,,,,,,, (7527 in 1:03−md−01570− Judgment,,,,,,, . Document filed by Ber Barry Aron, Paul Asaro, August Bernaerts, Deborah Bodner, Jeanmarie Hargi In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 08/08/2022) |
| )8/2022 | 8325 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment and its certified Farsi transl which conforms to the requirements of 22 C.F.R 93.2 (Notice), A True and certified copy of the August 31, 2015 def judgment on liability and the certified Farsi translation thereof. See Attachment A to the Notice, A True and certified July 19, 2022 Partial Final Order of Judgment and the moving papers for Plaintiffs Motion, and the certified Farsi tra the Default Judgment and Plaintiffs motion papers. See Attachment B to the Notice, Copy of the Foreign Sovereign I Act and the certified Farsi translation. See Attachment C to the Notice mailed to DEFENDANT Islamic Republic of I Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini Street, Imam Khom Tehran, Islamic Republic of Iran, by dispatch to the Secretary of State, Attn: Jared Hess, Office of Policy Review and Inter−Agency Liaison (CA/OCS/L), U.S. Department of State, SA−17, 10th Floor, 2201 C Street NW, Washington, I pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4), on 08/08/2022 by Federal Ex tracking # 7775 0659 6333.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN.(ehn) (Entered: 08/08/2022) |
| )8/2022 | 8326 | DECLARATION of Jerry S. Goldman in Support re: (111 in 1:19−cv−11776−GBD−SN, 103 in 1:20−cv−10460−GB in 1:19−cv−11865−GBD−SN, 101 in 1:20−cv−09387−GBD−SN, 8324 in 1:03−md−01570−GBD−SN, 115 in 1:20−cv−09376−GBD−SN) MOTION to Correct Judgment re: (7522 in 1:03−md−01570−GBD−SN) Judgment,,,,,,,, 1:03−md−01570−GBD−SN) Judgment,,,,,,, .. Document filed by Ber Barry Aron, Paul Asaro, August Bernaerts, Deb Bodner, Jeanmarie Hargrave. (Attachments: # 1 Text of Proposed Order Proposed Order− Rule 60(a) Motion for Corrections)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 08/08/2022) |
| )8/2022 | 8327 | MEMORANDUM OF LAW in Support re: (111 in 1:19−cv−11776−GBD−SN, 103 in 1:20−cv−10460−GBD−SN, 1: 1:19−cv−11865−GBD−SN, 101 in 1:20−cv−09387−GBD−SN, 8324 in 1:03−md−01570−GBD−SN, 115 in 1:20−cv−09376−GBD−SN) MOTION to Correct Judgment re: (7522 in 1:03−md−01570−GBD−SN) Judgment,,,,,,,, 1:03−md−01570−GBD−SN) Judgment,,,,,,, . . Document filed by Ber Barry Aron, Paul Asaro, August Bernaerts, Del Bodner, Jeanmarie Hargrave. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Enterec 08/08/2022) |
| .0/2022 | 8328 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Judgment prepared in accordance with 22 C.F Orders of Judgment for Liability, dated September 3, 2019, May 28, 2019, June 21, 2019, and January 4, 2022, Order Final Judgment for Damages, dated July 19, 2022, Instructions for Appealing Judgment, A copy of 28 U.S.C. 1330, 2 1391, 28. U.S.C. 1441, and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, ET SEQ.), Affidavit of translator DEFENDANT Minister of Foreign Affairs Ministry Foreign Affairs of the Islamic Republic of Iran Imam Khomeini Tehran, Iran ATTN: H.E. Hossein Amir−Abdollahian, by dispatch to the Secretary of State, Attn: Jared Hess, Office Review and Inter−Agency Liaison (CA/OCS/L), U.S. Department of State, SA−17, 10th Floor, 2201 C Street NW, W DC 20522 pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4), on 08/10/2022 by Express tracking # 8161 1184 4951. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(amf) (Entered: 08/ |
| .0/2022 | 8329 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Judgment prepared in accordance with 22 CFI Orders of Judgment for Liability, dated September 3, 2019, May 28, 2019, June 21, 2019, and January 4, 2022, Order Final Judgment for Damages, dated July 19, 2022, Instructions for Appealing Judgment, A copy of 28 U.S.C. 1330, 2 1391, 28 U.S.C. 1441, and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et seq.), in English and Farsi, Aff |

| | | |
|---|---|---|
| | | Translator mailed to DEFENDANT Minister of Foreign Affairs Ministry of Foreign Affairs of the Islamic Republic o Imam Khomeini Avenue Tehran, Iran ATTN: H.E. Hossein Amir−Abdollahian, by dispatch to the Secretary of State, Hess, Office of Policy Review and Inter−Agency Liaison (CA/OCS/L), U.S. Department of State, SA−17, 10th Floor Street NW, Washington, DC 20522 pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608 08/10/2022 by Federal Express tracking # 8161 1184 4962. Filed In Associated Cases: 1:03−md−01570−GBD−SN et (Entered: 08/10/2022) |
| .0/2022 | 8330 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Judgment prepared in accordance with 22 CFI Orders of Judgment for Liability, dated September 3, 2019 and January 4, 2022, Order of Partial Final Judgment for I dated July 28, 2022, Instructions for Appealing Judgment, A copy of 28 U.S.C. 1330, 28 U.S.C. 1391, 28 U.S.C. 144 Foreign Sovereign Immunities Act (28 U.S.C. 1602, et seq.), in English and Farsi, Affidavit of Translator mailed to DEFENDANT Minister of Foreign Affairs Ministry of Foreign Affairs of the Islamic Republic of Iran Imam Khomei Tehran, Iran ATTN: H.E. Hossein Amir−Abdollahian, by dispatch to the Secretary of State, Attn: Jared Hess, Office Review and Inter−Agency Liaison (CA/OCS/L), U.S. Department of State, SA−17, 10th Floor, 2201 C Street NW, W DC 20522 pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4), on 08/10/2022 by Express tracking # 8161 1184 4734. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(ehn) (Entered: 08/1 |
| .0/2022 | 8331 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Judgment prepared in accordance with 22 CFI Orders of Judgment for Liability, dated September 3, 2019, and January 4, 2022, Order of Partial Final Judgment for dated July 28, 2022, Instructions for Appealing Judgment, A copy of 28 U.S.C. 1330, 28 U.S.C. 1391, 28 U.S.C. 144 Foreign Sovereign Immunities Act (28 U.S.C. 1602, et seq.), in English and Farsi, Affidavit of Translator mailed to DEFENDANT Minister of Foreign Affairs Ministry of Foreign Affairs of the Islamic Republic of Iran Imam Khomei Tehran, Iran ATTN: H.E. Hossein Amir−Abdollahian, by dispatch to the Secretary of State, Attn: Jared Hess, Office Review and Inter−Agency Liaison (CA/OCS/L), U.S. Department of State, SA−17, 10th Floor, 2201 C Street NW, W DC 20522 pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4), on 08/10/2022 by Express tracking # 8161 1184 4745. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD− 1:19−cv−11767−GBD−SN.(amf) (Entered: 08/10/2022) |
| .1/2022 | 8332 | MOTION to Substitute Party. Old Party: John Doe 83, being intended to designate the Personal Representative of the Timothy Haviland, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has ex and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivo legally entitled beneficiaries and family members of Timothy Haviland, New Party: Barbara Keane, as Personal Repr of the Estate of Timothy Haviland, deceased, and on behalf of all survivors and all legally entitled beneficiaries and f members of Timothy Haviland . Document filed by Estate of John Patrick O'Neill Sr., BNY Mellon. (Attachments: # Proposed Order Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:19−cv−11767−GBD−SN.(Goldman, Jerry) (Entered: 08/11/2022) |
| .2/2022 | 8333 | ORDER granting (8332) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; granting (661) Motion to Su Party in case 1:04−cv−01076−GBD−SN; granting (127) Motion to Substitute Party in case 1:19−cv−11767−GBD−SI Keane, as Personal Representative of the Estate of Timothy Haviland, is substituted for John Doe 83, being intended the Personal Representative of the Estate of Timothy Haviland. (HEREBY ORDERED by Magistrate Judge Sarah Ne (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:19−cv−11767−GBD−SN. (ras) Modified on 8/12/2022 (ras). (Entered: 08/12/2022) |
| .2/2022 | 8334 | CLERK CERTIFICATE OF MAILING of two copies of the true and certified Notice of Default Judgment and its cer translation, which conforms to the requirements of 22 C.F.R. § 93.2 (Notice), a true and certified copy of the August Default Judgment on Liability and its certified Farsi translation. See Attachment A to the Notice, a true and certified July 19, 2022 Order for Default Judgment on Liability on behalf of Betru Plaintiffs, including the moving papers for Motion, and the certified Farsi translations of the Default Judgment and Plaintiffs motion papers. See Attachment B t Notice, a true and certified copy of the July 21, 2022 Order on Partial Final Judgment on behalf of Betru Wrongful D Plaintiffs, including the moving papers for Plaintiffs Motion, and the certified Farsi translations of the Default Judgm Plaintiffs motion papers. See Attachment C to the Notice, a true and certified copy of the July 28, 2022 Memorandun and Order of the Ashton 24 Wrongful Death Plaintiffs Motion for Final Judgments, including the moving papers for Motion, and the certified Farsi translations of the Report and Recommendation and Plaintiffs motion papers. See Atta to the Notice, a true and certified copy of the July 28, 2022 Memorandum Decision and Order of the Ashton/Personal Plaintiffs Motion for Final Judgments, including the moving papers for Plaintiffs Motion, and the certified Farsi trans the Report and Recommendation and Plaintiffs motion papers. See Attachment E to the Notice, a copy of the Foreign Immunities and the certified Farsi translation. See Attachment F to the Notice mailed to DEFENDANT Islamic Repu H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini Street, Imam K Square Tehran, Islamic Republic of Iran, by dispatch to the Secretary of State, Attn: Jared Hess, Office of Policy Rev Inter−Agency Liaison (CA/OCS/L), U.S. Department of State, SA−17, 10th Floor, 2201 C Street NW, Washington, I pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4), on 08/12/2022 by Federal Ex tracking # 7775 6272 9445. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−08297−GBD−SN(amf) (Main Document 1707 replaced on 8/16/2022) (amf). Modified on 8/16/2022 (amf). 08/12/2022) |

| | | |
|---|---|---|
| .2/2022 | 8335 | MOTION for Default Judgment as to *Burlingame Plaintiffs Against the Taliban and Muhammad Omar*. Document fi Burlingame.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN.(Granito, Frank) (Entered: 08/12/2022) |
| .2/2022 | 8336 | ORDER: Two transcripts in this case, located at ECF Nos. 7713 and 7996, are currently sealed, though the dates for t have passed. If any party has objections to the Court unsealing these transcripts, they should file a letter with the Cou explaining the grounds for those objections by August 17, 2022. Those letters may be sealed pursuant to this order. A objection, the Court will unseal the transcripts. (Signed by Magistrate Judge Sarah Netburn on 8/12/2022) (ras) (Ente 08/12/2022) |
| .2/2022 | 8337 | DECLARATION of Frank H. Granito, III in Support re: (1708 in 1:02−cv−06977−GBD−SN, 230 in 1:02−cv−07230 8335 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Burlingame Plaintiffs Against the Taliban Muhammad Omar*.. Document filed by Sheri Burlingame. (Attachments: # 1 Exhibit A−1, # 2 Exhibit A−2, # 3 Exhil Exhibit B−2, # 5 Exhibit C, # 6 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−C 1:02−cv−07230−GBD−SN.(Granito, Frank) (Entered: 08/12/2022) |
| .2/2022 | 8338 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED JUDGMENT. Document filed by Sheri Burlingame..(Granito, Frank) **Proposed Judgment to be reviewed by Clerk's Office staff.** Modified on 8/15/2022 ( (Entered: 08/12/2022) |
| .2/2022 | 8339 | LETTER addressed to Judge George B. Daniels from Megan Benett and Theresa Trzaskoma dated August 12, 2022 r Supplemental Authority. Document filed by Ashton Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN al..(Trzaskoma, Theresa) (Entered: 08/12/2022) |
| .5/2022 | 8340 | ORDER granting 8307 Letter Motion for Local Rule 37.2 Conference. Dubai Islamic Bank shall file its proposed mo exclude by August 16, 2022. The Plaintiffs' Executive Committees shall file any opposition to that motion by August Dubai Islamic Bank shall file any reply by September 6. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)( Order) (Netburn, Sarah) (Entered: 08/15/2022) |
| .5/2022 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED JUDGMENT. Notice to attorney Fra Granito to RE−FILE Document No. (8338 in 1:03−md−01570−GBD−SN, 232 in 1:02−cv−07230−GBD−SN, 171 1:02−cv−06977−GBD−SN) Proposed Judgment. The filing is deficient for the following reason(s): the title of th document should be a proposed judgment, please remove the word Order from the title. Re−file the document event type Proposed Judgment found under the event list Proposed Orders. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN(km)** (Entered: 08/15/2022) |
| .5/2022 | 8341 | PROPOSED JUDGMENT. Document filed by Sheri Burlingame..(Granito, Frank) **Proposed Judgment to be reviev Clerk's Office staff.** Modified on 8/15/2022 (km). (Entered: 08/15/2022) |
| .5/2022 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (1712 in 1:02−cv−06977−( 233 in 1:02−cv−07230−GBD−SN, 8341 in 1:03−md−01570−GBD−SN) Proposed Judgment was reviewed and ap to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GB** (Entered: 08/15/2022) |
| .5/2022 | 8342 | ORDER terminating (8320 in 1:03−md−01570−GBD−SN) LETTER MOTION to Reopen *Restore Motion to Docket* to Magistrate Judge Sarah Netburn from James F. Peterson dated August 5, 2022; terminating (237 in 1:09−cv−07055−GBD−SN) LETTER MOTION to Reopen *Restore Motion to Docket* addressed to Magistrate Judge Netburn from James F. Peterson dated August 5, 2022. in case 1:09−cv−07055−GBD−SN. This document relates to: Bin Laden, No. 09−cv−07055 Plaintiff Lynn Faulkner requests to reopen his motion for a default judgment as to the I Republic of Afghanistan, which was marked as deficient. The Court has reviewed the docket entries associated with t and confirmed that the motion for default judgment is open and pending adjudication. No further action by the Plainti necessary to facilitate a decision on the motion at this time. The Clerk of the Court is respectfully directed to terminat motion at ECF No. 8320 and the related motion at Faulkner v. Bin Laden, No. 09−cv−07055, 237. SO ORDERED. (S Magistrate Judge Sarah Netburn on 8/15/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:09−cv−07055−GBD−SN. (mml) (Entered: 08/15/2022) |
| .5/2022 | 8343 | MOTION to Exclude the "Supplementary Expert Report" of Jonathan Winer . Document filed by Dubai Islamic Banl Steven) (Entered: 08/15/2022) |
| .5/2022 | 8344 | MEMORANDUM OF LAW in Support re: 8343 MOTION to Exclude the "Supplementary Expert Report" of Jonath Document filed by Dubai Islamic Bank..(Cottreau, Steven) (Entered: 08/15/2022) |
| .5/2022 | 8345 | DECLARATION of Steven T. Cottreau, Esq. in Support re: 8343 MOTION to Exclude the "Supplementary Expert R Jonathan Winer .. Document filed by Dubai Islamic Bank. (Attachments: # 1 Exhibit A − Report of J. Winer, # 2 Exh Plaintiffs' Letter to S. Cottreau Regarding Report, # 3 Exhibit C − Plaintiffs' Expert Disclosure).(Cottreau, Steven) (E 08/15/2022) |

| | | |
|---|---|---|
| .6/2022 | 8346 | MOTION for Default Judgment as to *Ahearn Plaintiffs*. Document filed by Gerard Ahearn.Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:20−cv−00355−GBD−SN.(Salzman, Barry) (Entered: 08/16/2022) |
| .6/2022 | 8347 | MEMORANDUM OF LAW in Support re: (8346 in 1:03−md−01570−GBD−SN, 62 in 1:20−cv−00355−GBD−SN) I for Default Judgment as to *Ahearn Plaintiffs*. . Document filed by Gerard Ahearn. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00355−GBD−SN.(Salzman, Barry) (Entered: 08/16/2022) |
| .6/2022 | 8348 | AFFIDAVIT of Barry Salzman in Support re: (8346 in 1:03−md−01570−GBD−SN, 62 in 1:20−cv−00355−GBD−SN for Default Judgment as to *Ahearn Plaintiffs*.. Document filed by Gerard Ahearn. (Attachments: # 1 Exhibit A, # 2 Ex Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00355−GBD−SN.(Salzman, Barry) (Entered: 08/16/2022) |
| .6/2022 | 8349 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Gerard Ahearn..(Salzman, Bar **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 08/16/2022) |
| .6/2022 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (8349 in 1:03−md−01570−GBD−SN, 65 in 1:20−cv−00355−GBD−SN) Proposed Default Judgment was reviewed and ap to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00355−GBD−SN(km)** (Entered: 08/16/ |
| .6/2022 | 8350 | MOTION for Default Judgment as to *Alcabes Plaintiffs*. Document filed by Joanne Alcabes.Filed In Associated Case 1:03−md−01570−GBD−SN, 1:20−cv−00340−GBD−SN.(Salzman, Barry) (Entered: 08/16/2022) |
| .6/2022 | 8351 | REPLY MEMORANDUM OF LAW in Support re: (64 in 1:20−cv−00340−GBD−SN, 8350 in 1:03−md−01570−GB MOTION for Default Judgment as to *Alcabes Plaintiffs*. . Document filed by Joanne Alcabes. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:20−cv−00340−GBD−SN.(Salzman, Barry) (Entered: 08/16/2022) |
| .6/2022 | 8352 | DECLARATION of BARRY SALZMAN in Support re: (64 in 1:20−cv−00340−GBD−SN, 8350 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Alcabes Plaintiffs*.. Document filed by Joanne Alc (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O)Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00340−GBD−SN.(Salzman, Barry) (Entered: 08/16/2022) |
| .6/2022 | 8353 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED DEFAULT JUDGMENT pursuant to FRCP 5 Document filed by Joanne Alcabes..(Salzman, Barry) **Proposed Default Judgment to be reviewed by Clerk's Offic** Modified on 8/16/2022 (km). (Entered: 08/16/2022) |
| .6/2022 | 8354 | MOTION for Default Judgment as to *Anderson Plaintiffs*. Document filed by Suzzanne Anderson.Filed In Associated 1:03−md−01570−GBD−SN, 1:20−cv−00354−GBD−SN.(Salzman, Barry) (Entered: 08/16/2022) |
| .6/2022 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED DEFAULT JUDGMENT. Notice to a Barry Salzman to RE−FILE Document No. (67 in 1:20−cv−00340−GBD−SN, 8353 in 1:03−md−01570−GBD−S Proposed Default Judgment. The filing is deficient for the following reason(s): Please add a blank line where th calculations need to be entered. (ORDERED that the Alcabes Plaintiffs identified in Exhibits A and B are awa prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 un of judgment, in the amount of $_____________). Re−file the document using the event type Proposed Default Ju found under the event list Proposed Orders. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00340−GBD−SN(km)** (Entered: 08/16/2022) |
| .6/2022 | 8355 | MEMORANDUM OF LAW in Support re: (8354 in 1:03−md−01570−GBD−SN, 59 in 1:20−cv−00354−GBD−SN) I for Default Judgment as to *Anderson Plaintiffs*. . Document filed by Suzzanne Anderson. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00354−GBD−SN.(Salzman, Barry) (Entered: 08/16/2022) |
| .6/2022 | 8356 | DECLARATION of BARRY SALZMAN in Support re: (8354 in 1:03−md−01570−GBD−SN, 59 in 1:20−cv−00354−GBD−SN) MOTION for Default Judgment as to *Anderson Plaintiffs*.. Document filed by Suzzanne (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 # 17 Exhibit Q)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00354−GBD−SN.(Salzman, Barry) 08/16/2022) |
| .6/2022 | 8357 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Suzzanne Anderson..(Salzmar **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 08/16/2022) |
| .6/2022 | 8358 | MOTION for Default Judgment as to *Mandelkow Plaintiffs*. Document filed by Elaine Mandelkow.Filed In Associate 1:03−md−01570−GBD−SN, 1:20−cv−00315−GBD−SN.(Salzman, Barry) (Entered: 08/16/2022) |
| .6/2022 | 8359 | MEMORANDUM OF LAW in Support re: (8358 in 1:03−md−01570−GBD−SN, 66 in 1:20−cv−00315−GBD−SN) I for Default Judgment as to *Mandelkow Plaintiffs*. . Document filed by Elaine Mandelkow. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00315−GBD−SN.(Salzman, Barry) (Entered: 08/16/2022) |

| | | |
|---|---|---|
| .6/2022 | 8360 | DECLARATION of BARRY SALZMAN in Support re: (8358 in 1:03−md−01570−GBD−SN, 66 in 1:20−cv−00315−GBD−SN) MOTION for Default Judgment as to *Mandelkow Plaintiffs*.. Document filed by Elaine M (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N)Filed In Associated C 1:03−md−01570−GBD−SN, 1:20−cv−00315−GBD−SN.(Salzman, Barry) (Entered: 08/16/2022) |
| .6/2022 | 8361 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Elaine Mandelkow..(Salzman, **Proposed Default Judgment to be reviewed by Clerk's Office staff.** Modified on 8/17/2022 (km). (Entered: 08/16/ |
| .6/2022 | 8362 | MOTION for Default Judgment as to *Basci Plaintiffs*. Document filed by John Basci.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00415−GBD−SN.(Salzman, Barry) (Entered: 08/16/2022) |
| .6/2022 | 8363 | MOTION for Default Judgment as to *Burlingame II Plaintiffs Against the Taliban and Muhammad Omar*. Document Sheri Burlingame.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN.(Granito, Frank) (Entered: 08/16/2022) |
| .6/2022 | 8364 | DECLARATION of Frank H. Granito, III in Support re: (8363 in 1:03−md−01570−GBD−SN, 1713 in 1:02−cv−06977−GBD−SN, 234 in 1:02−cv−07230−GBD−SN) MOTION for Default Judgment as to *Burlingame II I Against the Taliban and Muhammad Omar*.. Document filed by Sheri Burlingame. (Attachments: # 1 Exhibit A−1, # A−2, # 3 Exhibit B−1 through B−19, # 4 Exhibit C, # 5 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN.(Granito, Frank) (Entered: 08/16/2022) |
| .6/2022 | 8365 | MEMORANDUM OF LAW in Support re: (8362 in 1:03−md−01570−GBD−SN, 65 in 1:20−cv−00415−GBD−SN) I for Default Judgment as to *Basci Plaintiffs*. . Document filed by John Basci. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00415−GBD−SN.(Salzman, Barry) (Entered: 08/16/2022) |
| .6/2022 | 8366 | PROPOSED JUDGMENT. Document filed by Sheri Burlingame..(Granito, Frank) **Proposed Judgment to be reviev Clerk's Office staff.** (Entered: 08/16/2022) |
| .6/2022 | 8367 | DECLARATION of BARRY SALZMAN in Support re: (65 in 1:20−cv−00415−GBD−SN, 8362 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Basci Plaintiffs*.. Document filed by John Basci. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N)Filed In Associated C 1:03−md−01570−GBD−SN, 1:20−cv−00415−GBD−SN.(Salzman, Barry) (Entered: 08/16/2022) |
| .6/2022 | 8368 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Johnn Basci..(Salzman, Barry) **Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 08/16/2022) |
| .6/2022 | 8369 | MOTION for Default Judgment as to *Asciutto Plaintiffs*. Document filed by Georgia Asciutto.Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:20−cv−00411−GBD−SN.(Salzman, Barry) (Entered: 08/16/2022) |
| .6/2022 | 8370 | MEMORANDUM OF LAW in Support re: (8369 in 1:03−md−01570−GBD−SN, 63 in 1:20−cv−00411−GBD−SN) I for Default Judgment as to *Asciutto Plaintiffs*. . Document filed by Georgia Asciutto. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00411−GBD−SN.(Salzman, Barry) (Entered: 08/16/2022) |
| .6/2022 | 8371 | DECLARATION of BARRY SALZMAN in Support re: (63 in 1:20−cv−00411−GBD−SN, 8369 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Asciutto Plaintiffs*.. Document filed by Georgia A (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 # 17 Exhibit Q)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00411−GBD−SN.(Salzman, Barry) 08/16/2022) |
| .6/2022 | 8372 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Georgia Asciutto..(Salzman, E **Proposed Default Judgment to be reviewed by Clerk's Office staff.** Modified on 8/17/2022 (km). (Entered: 08/16/ |
| .6/2022 | 8373 | MOTION for Default Judgment as to *Amin Plaintiffs*. Document filed by Michelle Amin.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00412−GBD−SN.(Salzman, Barry) (Entered: 08/16/2022) |
| .6/2022 | 8374 | MEMORANDUM OF LAW in Support re: (8373 in 1:03−md−01570−GBD−SN, 64 in 1:20−cv−00412−GBD−SN) I for Default Judgment as to *Amin Plaintiffs*. . Document filed by Michelle Amin. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00412−GBD−SN.(Salzman, Barry) (Entered: 08/16/2022) |
| .6/2022 | 8375 | AFFIDAVIT of Barry Salzman in Support re: (8373 in 1:03−md−01570−GBD−SN, 64 in 1:20−cv−00412−GBD−SN for Default Judgment as to *Amin Plaintiffs*.. Document filed by Michelle Amin. (Attachments: # 1 Exhibit A, # 2 Exh Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O)Filed In Associated Cases: 1:03−md−01570−GBD−S 1:20−cv−00412−GBD−SN.(Salzman, Barry) (Entered: 08/16/2022) |

| | | |
|---|---|---|
| .6/2022 | 8376 | MOTION to Amend/Correct *Exhibits*. Document filed by Virginia Bauer, et al, Virginia Bauer, et al..Filed In Associa 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD.(Capone, Dorothea) (Entered: 08/16/ |
| .6/2022 | 8377 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED DEFAULT JUDGMENT pursuant to FRCP 5 Document filed by Michelle Amin..(Salzman, Barry) **Proposed Default Judgment to be reviewed by Clerk's Offic** Modified on 8/24/2022 (tp). (Entered: 08/16/2022) |
| .6/2022 | 8378 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Joanne Alcabes..(Salzman, Ba **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 08/16/2022) |
| .6/2022 | 8379 | DECLARATION of Dorothea M. Capone in Support re: (8376 in 1:03−md−01570−GBD−SN, 170 in 1:02−cv−0723 1716 in 1:02−cv−06977−GBD−SN) MOTION to Amend/Correct *Exhibits*.. Document filed by Virginia Bauer, et al, Bauer, et al.. (Attachments: # 1 Exhibit 1)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−G 1:02−cv−07236−GBD.(Capone, Dorothea) (Entered: 08/16/2022) |
| .6/2022 | 8380 | PROPOSED ORDER. Document filed by Virginia Bauer, et al, Virginia Bauer, et al.. (Attachments: # 1 Exhibit A, # C−1).(Capone, Dorothea) **Proposed Order to be reviewed by Clerk's Office staff.** Modified on 8/17/2022 (km). (E 08/17/2022) |
| .7/2022 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (8357 in 1:03−md−01570−GBD−SN, 62 in 1:20−cv−00354−GBD−SN) Proposed Default Judgment was reviewed and ap to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00354−GBD−SN(km)** (Entered: 08/17/ |
| .7/2022 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (69 in 1:20−cv−00315−GBD−SN, 8361 in 1:03−md−01570−GBD−SN) Proposed Default Judgment was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00315−GBD−SN(km)** (Entered: 08/ |
| .7/2022 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (8368 in 1:03−md−01570−GBD−SN, 68 in 1:20−cv−00415−GBD−SN) Proposed Default Judgment was reviewed and ap to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00415−GBD−SN(km)** (Entered: 08/17/ |
| .7/2022 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (66 in 1:20−cv−00411−GBD−SN, 8372 in 1:03−md−01570−GBD−SN) Proposed Default Judgment was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00411−GBD−SN(km)** (Entered: 08/ |
| .7/2022 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (8377 in 1:03−md−01570−GBD−SN) Proposed Default Judgment was reviewed and approved as to form. Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00355−GBD−SN(km)** (Entered: 08/17/2022) |
| .7/2022 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (68 in 1:20−cv−00340−GBD−SN, 8378 in 1:03−md−01570−GBD−SN) Proposed Default Judgment was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00340−GBD−SN(km)** (Entered: 08/ |
| .7/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (8380 in 1:03−md−01570−GBD in 1:02−cv−07236−GBD, 1718 in 1:02−cv−06977−GBD−SN) Proposed Order was reviewed and approved as to Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD(km)** (I 08/17/2022) |
| .7/2022 | 8381 | MOTION to Substitute Party. Old Party: Susan Zalesne Retik, as Personal Representative of the Estate of David Reti and on behalf of all survivors and all legally entitled beneficiaries and family members of David Retik; Susan Zalesn Personal Representative of the Estate of David Retik, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of David Retik; Jessica Geier and Nicole Rasanen as the co−Personal Representati Estate of Eleanor Geier, deceased, the late spouse of Paul Hamilton Geier, New Party: Susan Zalesne Retik, as co− P Representative of the Estate of David Retik, deceased, and on behalf of all survivors and all legally entitled beneficia family members of David Retik; Mark Retik, as co− Personal Representative of the Estate of David Retik, deceased, behalf of all survivors and all legally entitled beneficiaries and family members of David Retik; Nicole Rasanen as th Representative of the Estate of Eleanor Geier, deceased, the late spouse of Paul Hamilton Geier . Document filed by Amato, Estate of John Patrick O'Neill Sr., Jeanmarie Hargrave. (Attachments: # 1 Text of Proposed Order Proposed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:20−cv−09387−GBD−SN, 1:21−cv−10239−GBD.(Goldman, Jerry) (Entered: 08/17/2022) |
| .7/2022 | 8382 | ORDER granting (8376) Motion to Amend/Correct (8376 in 1:03−md−01570−GBD−SN, 1716 in 1:02−cv−06977−G 170 in 1:02−cv−07236−GBD) MOTION to Amend/Correct *Exhibits* in case 1:03−md−01570−GBD−SN; granting (1 Motion to Amend/Correct (8376 in 1:03−md−01570−GBD−SN, 1716 in 1:02−cv−06977−GBD−SN, 170 in 1:02−cv−07236−GBD) MOTION to Amend/Correct *Exhibits* in case 1:02−cv−06977−GBD−SN; granting (170) Mot Amend/Correct (8376 in 1:03−md−01570−GBD−SN, 1716 in 1:02−cv−06977−GBD−SN, 170 in 1:02−cv−07236−G MOTION to Amend/Correct *Exhibits* in case 1:02−cv−07236−GBDThis document relates to: Ashton, et al., v. Islami of Iran, No. 02−cv−6977, Bauer, et al., v. Islamic Republic of Iran., No. 02−cv−7236, The Plaintiffs motion to correc |

| | | |
|---|---|---|
| | | granted. Their proposed default judgment and supporting declaration exhibits for the motion for default judgment at I 8298 are substituted as provided in Table 1, as set forth below. The Clerk of the Court is respectfully directed to term motion at ECF No. 8376, and the related motions in Ashton, No. 02−cv−6977, ECF No. 1716, and Bauer, No. 02−cv ECF No. 170. SO ORDERED.. (Signed by Magistrate Judge Sarah Netburn on 8/17/2022) Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD. (mml) (Entered: 08/17/2022) |
| .7/2022 | 8383 | ORDER: On August 12, 2022, the Court entered an order directing parties to file any objections to unsealing two trar That Order misidentified the second of these two transcripts to be unsealed, ECF No. 7966, as ECF No. 7996. If parti objections to unsealing ECF No. 7966, they may file them within 24 hours of the entry of this Order. These letters ma pursuant to this Order. The Clerk of the Court is respectfully directed to unseal the transcript at ECF No. 7713. SO O (Signed by Magistrate Judge Sarah Netburn on 8/17/2022) (mml). (Entered: 08/17/2022) |
| .7/2022 | 8384 | MOTION for David F. Shea to Withdraw as Attorney . Document filed by Kingdom of Saudi Arabia. (Attachments: Proposed Order Proposed Order).(Kellogg, Michael) (Entered: 08/17/2022) |
| .7/2022 | 8385 | MOTION to Correct Judgment re: (7522 in 1:03−md−01570−GBD−SN) Judgment,,,,,,,,,, (7527 in 1:03−md−01570− Judgment,,,,,,, . Document filed by August Bernaerts, BNY Mellon.Filed In Associated Cases: 1:03−md−01570−GBI 1:19−cv−11767−GBD−SN, 1:19−cv−11865−GBD−SN.(Goldman, Jerry) (Entered: 08/17/2022) |
| .7/2022 | 8386 | AMENDED MOTION for Default Judgment as to *Taliban and Omar Defendants*. Document filed by Irene Dickey.F Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) (Entered: 08/17/2022) |
| .7/2022 | 8387 | DECLARATION of John F. Schutty, Esq. in Support re: (1720 in 1:02−cv−06977−GBD−SN) AMENDED MOTION Default Judgment as to *Taliban and Omar Defendants*.. Document filed by Irene Dickey. (Attachments: # 1 Exhibit I Irene Dickey for Default Judgment Against TALIBAN, # 2 Exhibit Decl. of Jacqueline Eaton for Default Judgment A TALIBAN, # 3 Exhibit Decl. of Joanne Kelly for Default Judgment Against TALIBAN, # 4 Exhibit Decl. of Lisa O'I Default Judgment Against TALIBAN, # 5 Exhibit Decl. of Dara Seaman for Default Judgment Against TALIBAN, # Decl. of Susan Sliwak for Default Judgment Against TALIBAN, # 7 Exhibit Decl. of Allison Wallice for Default Jud Against TALIBAN, # 8 Exhibit Decl. of Eileen Lynch for Default Judgment Against TALIBAN, # 9 Exhibit Court C Appointing Personal Representatives of the 8 Decedent Estates, # 10 Exhibit List of Plaintiffs & Proposed Awards In Judgment Against the Taliban and Omar Muhammad)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) (Entered: 08/17/2022) |
| .7/2022 | 8388 | DECLARATION of Jerry S. Goldman in Support re: (132 in 1:19−cv−11865−GBD−SN) MOTION to Correct Judgn (7522 in 1:03−md−01570−GBD−SN) Judgment,,,,,,,,,, (7527 in 1:03−md−01570−GBD−SN) Judgment,,,,,,, .. Docun by August Bernaerts, BNY Mellon. (Attachments: # 1 Text of Proposed Order Proposed Order)Filed In Associated C 1:03−md−01570−GBD−SN, 1:19−cv−11767−GBD−SN, 1:19−cv−11865−GBD−SN.(Goldman, Jerry) (Entered: 08/1 |
| .7/2022 | 8389 | MEMORANDUM OF LAW in Support re: (1720 in 1:02−cv−06977−GBD−SN) AMENDED MOTION for Default as to *Taliban and Omar Defendants*. . Document filed by Irene Dickey. Filed In Associated Cases: 1:03−md−01570− 1:02−cv−06977−GBD−SN.(Schutty, John) (Entered: 08/17/2022) |
| .7/2022 | 8390 | MEMORANDUM OF LAW in Support re: (132 in 1:19−cv−11865−GBD−SN) MOTION to Correct Judgment re: (7 1:03−md−01570−GBD−SN) Judgment,,,,,,,,,, (7527 in 1:03−md−01570−GBD−SN) Judgment,,,,,,, . . Document filec Bernaerts, BNY Mellon. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11767−GBD−SN, 1:19−cv−11865−GBD−SN.(Goldman, Jerry) (Entered: 08/17/2022) |
| .7/2022 | 8391 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED DEFAULT JUDGMENT pursuant to FRCP Document filed by Irene Dickey. (Attachments: # 1 Exhibit List of Plaintiffs & Proposed Awards In Default Judgmer the Taliban and Omar Muhammad).(Schutty, John) **Proposed Default Judgment to be reviewed by Clerk's Office** Modified on 8/17/2022 (km). (Entered: 08/17/2022) |
| .7/2022 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED DEFAULT JUDGMENT. Notice to a John Schutty to RE−FILE Document No. (8391 in 1:03−md−01570−GBD−SN, 1723 in 1:02−cv−06977−GBD−S Proposed Default Judgment. The filing is deficient for the following reason(s): The title of the document shoul proposed default judgment (please remove the word Order from the title). Also, the section for pre−judgment please add a blank line with in the amount of $_________, so that the calculations can be added into the judgm Re−file the document using the event type Proposed Default Judgment found under the event list Proposed Or In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(km)** (Entered: 08/17/2022) |
| .7/2022 | 8392 | NOTICE OF CHANGE OF ADDRESS by Emily Bab Kirsch on behalf of Kreindler & Kreindler LLP. New Address Niehaus PLLC, 950 Third Avenue, Suite 1900, New York, New York, United States of America 10022, 6464157530 Emily) (Entered: 08/17/2022) |
| .7/2022 | 8393 | MOTION to Amend/Correct . Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associated 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 08/17/2022) |

| | | |
|---|---|---|
| .7/2022 | 8394 | MEMORANDUM OF LAW in Support re: (1009 in 1:03−cv−09849−GBD−SN, 8393 in 1:03−md−01570−GBD−SN to Amend/Correct . . Document filed by Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 08/17/2022) |
| .7/2022 | 8395 | DECLARATION of John M. Eubanks in Support re: (1009 in 1:03−cv−09849−GBD−SN, 8393 in 1:03−md−01570− MOTION to Amend/Correct .. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associated 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 08/17/2022) |
| .7/2022 | 8396 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A) Related Document Numbe ..(Eubanks, John) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/17/2022) |
| .7/2022 | 8397 | MOTION to Substitute Party. Old Party: As set forth in Exhibit A, New Party: As set forth in Exhibit A . Document f Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 08/17/2022) |
| .7/2022 | 8398 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A) Related Document Numbe ..(Eubanks, John) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/17/2022) |
| .8/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (8396 in 1:03−md−01570−GBD in 1:03−cv−09849−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN(km)** (Entered: 08/18/2022) |
| .8/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (8398 in 1:03−md−01570−GBD in 1:03−cv−09849−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN(km)** (Entered: 08/18/2022) |
| .8/2022 | 8399 | LETTER addressed to Judge George B. Daniels from Lee Wolosky dated August 18, 2022 re: Response to Ashton Pl Notice of Supplemental Authority (Dkt. 8339). Document filed by Havlish Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Wolosky, Lee) (Entered: 08/18/2022) |
| .8/2022 | 8400 | COMPLAINT against Muhammad Omar, The Islamic Emirate of Afghanistan, Al Qaeda Islamic Army, Sheikh Usar Bin−Muhammad Bin−Laden. Document filed by Deborah Grazioso..(Fleming, Timothy) (Entered: 08/18/2022) |
| .8/2022 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners Lauren Grazioso, Briana Grazioso, Carolee Azzarello, Hank C Karen Ventre, Krysty Grazioso, Arline Peabody−Bane, Brenda E. Jobe, Brian Major, Candyce Sue Hoglan, Joseph C Dian Dembinski added. Party added pursuant to 8400 Complaint. Related document: 8400 Complaint..(Fleming, Tim (Entered: 08/18/2022) |
| .8/2022 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners Loretta Haines, Stephen Bradish, Geraldine Deborah Spaeter, Dunn, Nicholas Chirchirillo, Michael Chirchirillo, Joanann Coale, Leslie Coale Brown, Daniel D. Coffey, M.D., Coll Mcdonald, Keith A. Bradkowski, Kathryn Collman, Carolyn Sutton, Vicki Lynn Michel added. Party added pursuant Complaint. Related document: 8400 Complaint..(Fleming, Timothy) (Entered: 08/18/2022) |
| .8/2022 | 8401 | REQUEST FOR ISSUANCE OF SUMMONS as to Islamic Emirate of Afghanistan a/k/a The Taliban; Muhammad C al−Qaeda Islamic Army; Sheikh Usamah bin−Muhammad bin−laden, Deceased, re: 8400 Complaint. Document filed Deborah Grazioso. (Attachments: # 1 Exhibit Rider to Summons).(Fleming, Timothy) (Entered: 08/18/2022) |
| .8/2022 | 8402 | CIVIL COVER SHEET filed..(Fleming, Timothy) (Entered: 08/18/2022) |
| .8/2022 | 8403 | FIRST RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Deborah Grazioso..(Fleming, Timothy) (Entered: 08/18/2022) |
| .8/2022 | 8404 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 1:22−cv−01188. Document filed by Deb Grazioso..(Fleming, Timothy) (Entered: 08/18/2022) |
| .9/2022 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners Steven Gengler, Charles Edward Gengler, Susan Bohan, Jason Jeannette Diehl, Emma Fernandez Regan, Cirilo Fernandez, Richard Fernandez, Renee L. Gamboa, Ranulf Gamboa, Maria Joule, Rachel G. Malubay, Jane G. Haller, Grace Parkinson−Goldshalk, Estate of, James Bond Goldshalk, Esta Aleese M. Hartmann, Kathryn Grazioso, Michael Grazioso added. Party added pursuant to 8400 Complaint. Related 8400 Complaint..(Fleming, Timothy) (Entered: 08/19/2022) |
| .9/2022 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners Carolee Azzarello, John G. Haller, Sandra Grazioso, Estate of Ventre, Krysty Grazioso, Douglas Halvorson, Evelyn Halvorson, Estate of, Kate Halvorson, Peter A. McDermott, Jea McDermott, Estate of, Sean Bitterman, Michaela Havlish, Lea Bitterman, Derrick Hobin, Ju−Hsiu Jian, Hweidar Jian William Jian added. Party added pursuant to 8400 Complaint. Related document: 8400 Complaint..(Fleming, Timoth 08/19/2022) |
| .9/2022 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners Kevin Jian, Anita Korsonsky, Dina LaFond, Patricia Caloia, E Lavelle, Estate of, Barbara Dziadek, Kathleen Palacio, Paul Lavelle, Stephanie Giglio, Michael A. LoGuidice, Carme LoGuidice, Estate of, Joesph Jr. Lostrangio, Cathryn Lostrangio, James Lostrangio, Erich Maerz added. Party added |

| | | |
|---|---|---|
| | | 8400 Complaint. Related document: 8400 Complaint..(Fleming, Timothy) (Entered: 08/19/2022) |
| .9/2022 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners Ramon Melendez, Jr., Ricky Melendez, Jesse Melendez, Tyle Florence Rosario, Margaret Montanez, Peter C. Milano, Jessica Milano, Alfred Milano, Frank Milano, Maureen Raci Thomas Milano, Jason Ruben f/k/a Rol Moreno, Leiana Moreno, Noelia Moreno, Eric Nunez, Neal Green added. Par pursuant to 8400 Complaint. Related document: 8400 Complaint..(Fleming, Timothy) (Entered: 08/19/2022) |
| .9/2022 | 8405 | MOTION to Substitute Party. Old Party: John Doe 66 as Personal Representative of the Estate of Nurul Miah, deceas spouse of Shakila Yasmin, New Party: Nur M. Miah, as Personal Representative of the Estate of Nurul Miah, decease spouse of Shakila Yasmin . Document filed by Matthew Rowenhorst. (Attachments: # 1 Text of Proposed Order 1)Fi Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:18−cv−12387−GBD−SN.(Goldman, Je (Entered: 08/19/2022) |
| .9/2022 | 8406 | PROPOSED ORDER. Document filed by Matthew Rowenhorst. Related Document Number: [8405, 664, 180]..(Gold **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/19/2022) |
| .9/2022 | 8407 | AFFIDAVIT OF SERVICE of Summons, Complaint, and Notice of Suit, and Translations of each served on Islamic Of Iran on June 15, 2022. Document filed by Nicole Amato. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Ass Cases: 1:03−md−01570−GBD−SN, 1:21−cv−10239−GBD.(Goldman, Jerry) (Entered: 08/19/2022) |
| .9/2022 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners Theresa Papasso, Salvatore Papasso, Vincent Papasso, Joel R. James Leslie Perry, Estate of, Janice Perry Montoya, Claudia Stallworth, Estate of, Anthony M. Hoffman, Reginald S Roosevelt Stallworth, Carl Stallworth, Cynthia Watts, Angela Stallworth−Blunt, Brian Christian, Amanda Rogers add added pursuant to 8400 Complaint. Related document: 8400 Complaint..(Fleming, Timothy) (Entered: 08/19/2022) |
| .9/2022 | 8408 | MOTION to Substitute Party. Old Party: As set forth in Exhibit A, New Party: As set forth in Exhibit A . Document f Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 08/19/2022) |
| .9/2022 | 8409 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A) Related Document Numbe ..(Eubanks, John) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/19/2022) |
| .9/2022 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners Diana Diaz, Carmen Romero, Estate of, Isaac Romero, Estate Rosenthal, Evan Rosenthal, Estate of, Seth Rosenthal, Estate of, Audrey Model, Leonard Rosenthal, Estate of, Floren Rosenthal, Estate of, Gary Reiss, Adam Reiss, Jordan Reiss, Jonathan Reiss, Jennifer Reiss, Alexander Rowe, Victor Raymond Santillan, Brielle Saracini, Kirsten Saracini added. Party added pursuant to 8400 Complaint. Related docun Complaint..(Fleming, Timothy) (Entered: 08/19/2022) |
| .9/2022 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners Lori Brody, Ellen Schertzer, Patricia Sloan, Matt Sloan, Sarah Raymond Smith, Marion Thomas, Estate of, Deborah Sallad, Estate of, Carl Smith, Kevin Smith, Korry Smith, Tanya Latricia Smith, Elaine Smith, Christine Jackson, Barbara Hargrove, Raymond Smith, Jr. added. Party added pursuant Complaint. Related document: 8400 Complaint..(Fleming, Timothy) (Entered: 08/19/2022) |
| .9/2022 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners Timothy P. Soulas, Jr., Andrew J. Soulas, Christopher Soulas, Soulas, Nicole Soulas, Daniel Soulas, Frederick Soulas, Stephen Soulas, Frederick Soulas, III, Dan Soulas, Michelle Jordan Steiner, Meredith Reverdito, Robert Steiner, Wilma Steiner, Estate of added. Party added pursuant to 8400 Co Related document: 8400 Complaint..(Fleming, Timothy) (Entered: 08/19/2022) |
| .9/2022 | 8410 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Nicole Amato..(Goldman, Jerry) **Propos document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** (Entered: 08/ |
| .9/2022 | 8411 | AFFIDAVIT of Jerry S. Goldman, Esq. in Support re: (8410 in 1:03−md−01570−GBD−SN, 29 in 1:21−cv−10239−C Proposed Clerk's Certificate of Default. Document filed by Nicole Amato. (Attachments: # 1 Exhibit A, # 2 Exhibit E Exhibit C, # 4 Exhibit D, # 5 Exhibit E)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−10239−GBD.(Goldman, Jerry) (Entered: 08/19/2022) |
| .9/2022 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners George W. Steiner, Kathleen Stergiopoulos, George Stergiopo Aaron Straub, Jonathan Straub, Michael Straub, Samuel Straub, Edward Straub, Stanley Straub, Matthew Straub, Sal Jeffrey Tino, Salvatore Tino, Jr., Joseph Nicklo, Mellanie Chafe, Christopher Barton, John Barton added. Party addec to 8400 Complaint. Related document: 8400 Complaint..(Fleming, Timothy) (Entered: 08/19/2022) |
| .9/2022 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners Michael Paige, Suzanne Ward−Baker, Estate of, Roy−Yetkuti Naomi−Ruth Shefi, Rina Joy Kaufman, Bessie Lebor, Estate of, Leon Lebor, Estate of, Barbara Lurman, Siew Nya A of, Kui Liong Lee, Winnie Lee, Jeanne Lee, LeRoy W. Homer, Estate of, Melodie Homer, Laurel Homer, John R. Jo of, Audrey R. Jones, Candy Moyer added. Party added pursuant to 8400 Complaint. Related document: 8400 Complaint..(Fleming, Timothy) (Entered: 08/19/2022) |

| | | |
|---|---|---|
| .9/2022 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners Amy Martinez, Louis Nacke, Estate of, Tanya Davis, Wayne Estate of, Gabrielle Hunter Davis, Malachai Roarke Davis, Noverta Davis−Dean, Joseph D. Mistrulli, Estate of, Philo Mistrulli, Angela Mistrulli−Cantone, Joseph Mistrulli, Mary Ann Mistrulli−Rosser, Anne Mistrulli, Estate of, Johnny Maria Lambert, Christopher E. Lunder, Estate of, Karen Lunder, Herman Ray, Denease Conley, Estate of, Cherrie L. Joyce Fletcher, Earl Ray, Estate of, Myra Byrd, Barbara Haynes−Jenkins, James Ray, Estate of, Odetta Haywood, Sta Estate of added. Party added pursuant to 8400 Complaint. Related document: 8400 Complaint..(Fleming, Timothy) (I 08/19/2022) |
| .9/2022 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners Aaron Adler, Alice Doerge Adler, Isabell Adler Dansiger, Jay Lauren Sarah Adler−Martinelli, Hank Grazioso, Theresa Cooke, Michelle Hargis, Christine Homer, Thomas Freimar Ilse Homer, Monique Homer, Marilyn Johnson, Cheryl Homer Wilson, Germaine Wilson, Andrew Brian Jordan, Jr., Lebor, Philip Lebor, Estate of, Danielle McGuire, Patrick McGuire, Estate of, Mara McGuire, Ryan McGuire, Shea M Sean McGuire, AnneMarie Medaglia, Diana Medaglia, Kathleen Medaglia−Dellapenna, MaryEllen Medaglia, Micha Medaglia, Elizabeth Medaglia−Cordes, Rocco Medaglia, Estate of, Joanne Mistrulli, Frank Mistrulli, Estate of added added pursuant to 8400 Complaint. Related document: 8400 Complaint..(Fleming, Timothy) (Entered: 08/19/2022) |
| .9/2022 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners Paula Nacke Jacobs, Dale Allen Nacke, Louis P. Nacke, Estat Philomena Millace Nacke, Estate of, Kenneth Nacke, Louis Paul Nacke II, Joseph Nicholas Nacke, Thomas Papasso, Mason, James Casazza, Caroline Breitweiser, DANIEL R. MAHER, JOSEPH F. MAHER, Colin Ryan, Kristen Ryar Ryan, Ethan Zeplin, Ryan Zeplin added. Party added pursuant to 8400 Complaint. Related document: 8400 Complaint..(Fleming, Timothy) (Entered: 08/19/2022) |
| .9/2022 | 8412 | EMERGENCY MOTION for Attachment of Defendant's assets in this District held in the name of Da Afghanistan B Notice of Ex Parte Emergency Motion for Order of Attachment . Document filed by Ashton Plaintiffs.Filed In Assoc 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:02−cv−07230−GBD−SN, 1:02−cv−07236−GBD.(Maloney, Andrew) (Entered: 08/19/2022) |
| .9/2022 | 8413 | MEMORANDUM OF LAW in Support re: (84 in 1:02−cv−07209−GBD−SN, 1724 in 1:02−cv−06977−GBD−SN, 84 1:03−md−01570−GBD−SN, 174 in 1:02−cv−07236−GBD, 237 in 1:02−cv−07230−GBD−SN) EMERGENCY MOT Attachment of Defendant's assets in this District held in the name of Da Afghanistan Bank / Notice of Ex Parte Emerg Motion for Order of Attachment . . Document filed by Ashton Plaintiffs. Filed In Associated Cases: 1:03−md−01570 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:02−cv−07230−GBD−SN, 1:02−cv−07236−GBD.(Maloney (Entered: 08/19/2022) |
| .9/2022 | 8414 | DECLARATION of Andrew J. Maloney, III in Support re: (84 in 1:02−cv−07209−GBD−SN, 1724 in 1:02−cv−06977−GBD−SN, 8412 in 1:03−md−01570−GBD−SN, 174 in 1:02−cv−07236−GBD, 237 in 1:02−cv−07230−GBD−SN) EMERGENCY MOTION for Attachment of Defendant's assets in this District held in th Da Afghanistan Bank / Notice of Ex Parte Emergency Motion for Order of Attachment .. Document filed by Ashton I Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:02−cv−07230−GBD−SN, 1:02−cv−07236−GBD.(Maloney, Andrew) (Entered: 08/19/2022) |
| .9/2022 | 8415 | PROPOSED ORDER. Document filed by Ashton Plaintiffs. Related Document Number: [ECF No. 8412]..(Maloney, **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/19/2022) |
| 20/2022 | 8416 | FIRST AMENDED COMPLAINT amending 8400 Complaint against Al Qaeda Islamic Army, Muhammad Omar, S Usamah Bin−Muhammad Bin−Laden, Islamic Emirate of Afghanistan.Document filed by Deborah Grazioso. Related 8400 Complaint..(Fleming, Timothy) (Entered: 08/20/2022) |
| 20/2022 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners Harley DiNardo, Ester DiNardo, Pio DiNardo, Andrew Econo Economos, Estate of, Olga Valinotti, Constance Finnicum, George Gabrielle, Mary Ellen Murach, Edward John Mur of, Richard J. Murach, Katherine Tynion added. Party added pursuant to 8416 Amended Complaint,. Related docume Amended Complaint,..(Fleming, Timothy) (Entered: 08/20/2022) |
| 20/2022 | 8417 | REQUEST FOR ISSUANCE OF SUMMONS as to Islamic Emirate of Afghanistan a/k/a The Taliban; Muhammad C al−Qaeda Islamic Army; Sheikh Usamah bin−Muhammad bin−laden, Deceased, re: (8416 in 1:03−md−01570−GBD Amended Complaint,. Document filed by Deborah Grazioso. (Attachments: # 1 Supplement Rider to Summons)Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−01188−GBD.(Fleming, Timothy) (Entered: 08/20/2022) |
| 20/2022 | 8418 | LETTER MOTION to Consolidate Cases 1:03−md−01570; 1:22−cv−01188 addressed to Magistrate Judge Sarah Net Timothy B. Fleming dated August 20, 2022. Document filed by Deborah Grazioso.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−01188−GBD.(Fleming, Timothy) (Entered: 08/20/2022) |
| 21/2022 | 8419 | LETTER addressed to Judge George B. Daniels from Lee Wolosky dated August 21, 2022 re: Ashton Plaintiffs Moti Attachment (Dkt. 8412). Document filed by Havlish Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN 1:01−cv−10132−GBD−SN, 1:02−cv−06977−GBD−SN, 1:03−cv−06978−GBD−SN, 1:03−cv−09848−GBD−SN.(Wo (Entered: 08/21/2022) |

| | | |
|---|---|---|
| 22/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (181 in 1:18−cv−12387−GBD−1:04−cv−01076−GBD−SN, 8406 in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:18−cv−12387−GBD−SN. (t** (Entered: 08/22/2022) |
| 22/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (8409 in 1:03−md−01570−GBD in 1:03−cv−09849−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN. (tp)** (Entered: 08/22/2022) |
| 22/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (177 in 1:02−cv−07236−GBD, 1:02−cv−06977−GBD−SN, 240 in 1:02−cv−07230−GBD−SN, 8415 in 1:03−md−01570−GBD−SN, 87 in 1:02−cv−07209−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:02−cv−07230−GBD−SN, 1:02−cv−07236−GBD. (tp)** (Entered: 08/22/2022) |
| 22/2022 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners Harley DiNardo(as Personal Representative of the Estate of E DiNardo a/k/a Ester DiNardo) added. Party added pursuant to 8416 Amended Complaint,. Related document: 8416 A Complaint,..(Fleming, Timothy) (Entered: 08/22/2022) |
| 22/2022 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners Andrew Economos(Individually as a surviving Sibling of Con Economos), Andrew Economos(as Co−Personal Representative of the Estate of Leon Economos), Olga Valinotti(Ind a surviving Sibling of Constantine Economos), Olga Valinotti(as Co−Personal Representative of the Estate of Leon E Harley DiNardo(as surviving Sibling of Marisa DiNardo−Schorpp), Pio DiNardo(as surviving Parent of Marisa DiNardo−Schorpp), Constance Finnicum(as a surviving Sibling of Richard Gabrielle), George Gabrielle(a/k/a Gabe G surviving Sibling of Richard Gabrielle), Mary Ellen Murach(Individually as a surviving Parent of Robert M. Murach Ellen Murach(as Personal Representative of the Estate of Edward John Murach), Richard J. Murach(as a surviving Si Robert M. Murach), Katherine Tynion added. Party added pursuant to 8416 Amended Complaint,. Related document Amended Complaint,..(Fleming, Timothy) (Entered: 08/22/2022) |
| 22/2022 | 8420 | MOTION for Leave to File Second Amended Complaint . Document filed by Deborah Grazioso. (Attachments: # 1 E Proposed Second Amended Complaint)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−01188−GB Timothy) (Entered: 08/22/2022) |
| 22/2022 | 8421 | MEMORANDUM OF LAW in Support re: (23 in 1:22−cv−01188−GBD, 8420 in 1:03−md−01570−GBD−SN) MOT Leave to File Second Amended Complaint . . Document filed by Deborah Grazioso. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−01188−GBD.(Fleming, Timothy) (Entered: 08/22/2022) |
| 22/2022 | 8422 | PROPOSED ORDER. Document filed by Deborah Grazioso. Related Document Number: 8420 ..(Fleming, Timothy) **Order to be reviewed by Clerk's Office staff.** (Entered: 08/22/2022) |
| 22/2022 | 8423 | LETTER addressed to Judge George B. Daniels from Megan Benett and Theresa Trzaskoma dated 8/22/2022 re: ECF and ECF No. 8419. Document filed by Ashton Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al Megan) (Entered: 08/22/2022) |
| 23/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (8422 in 1:03−md−01570−GBD 1:22−cv−01188−GBD) Proposed Order was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−01188−GBD. (tp)** (Entered: 08/23/2022) |
| 23/2022 | 8424 | ELECTRONIC SUMMONS ISSUED as to Islamic Emirate of Afghanistan, Muhammad Omar, Al−Qaeda, Sheikh U Bin−Muhhammad Bin−Laden. (gp) (Entered: 08/23/2022) |
| 23/2022 | 8425 | LETTER addressed to Judge George B. Daniels from the Federal Insurance Creditors, the Havlish Creditors, and the Agreement Plaintiffs dated August 23, 2022 re: Turnover Proceedings and the Framework Agreement [Note: letter is to both Judge Daniels and Judge Netburn]. Document filed by Federal Insurance Company et al., Plaintiffs..(Carter, S (Entered: 08/23/2022) |
| 23/2022 | 8426 | ORDER granting (8420) Motion for Leave to File Document in case 1:03−md−01570−GBD−SN; granting (23) Moti Leave to File Document in case 1:22−cv−01188−GBD. The Parties shall file the second amended complaint attached 8420−1. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−01188−GBD. (ras) (Entered: 08/23/2022) |
| 23/2022 | 8427 | ORDER terminating (8418) Letter Motion to Consolidate Cases in case 1:03−md−01570−GBD−SN; terminating (22 Motion to Consolidate Cases in case 1:22−cv−01188−GBD. Grazioso, et al. v. the Islamic Emirate of Afghanistan, et been accepted as a related case in this MDL. No further action is required. (HEREBY ORDERED by Magistrate Judg Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−01188−GBD. (ras) (En 08/23/2022) |

| | | |
|---|---|---|
| 23/2022 | 8428 | SECOND AMENDED COMPLAINT amending 8416 Amended Complaint, against Al Qaeda Islamic Army, Muhan Sheikh Usamah Bin−Muhammad Bin−Laden, Islamic Emirate of Afghanistan.Document filed by Deborah Grazioso. document: 8416 Amended Complaint,..(Fleming, Timothy) (Entered: 08/23/2022) |
| 23/2022 | 8429 | ORDER granting 8384 Motion to Withdraw as Attorney. (Attorney David F. Shea terminated) (HEREBY ORDEREI Magistrate Judge Sarah Netburn) (Text Only Order) (ras) (Entered: 08/23/2022) |
| 23/2022 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners Debra Zeplin(as Personal Representative of the Estate of Marc Zeplin, Deceased), JOSEPH F. MAHER added. Party added pursuant to 8428 Amended Complaint,. Related docume Amended Complaint,..(Fleming, Timothy) (Entered: 08/23/2022) |
| 23/2022 | 8430 | REQUEST FOR ISSUANCE OF SUMMONS as to Islamic Emirate of Afghanistan a/k/a The Taliban; Muhammad ( al−Qaeda Islamic Army; Sheikh Usamah bin−Muhammad bin−laden, Deceased, re: (8428 in 1:03−md−01570−GBD- Amended Complaint,. Document filed by Deborah Grazioso. (Attachments: # 1 Exhibit Rider to Summons)Filed In A Cases: 1:03−md−01570−GBD−SN, 1:22−cv−01188−GBD.(Fleming, Timothy) (Entered: 08/23/2022) |
| 23/2022 | 8431 | ORDER granting (8381) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; granting (663) Motion to Su Party in case 1:04−cv−01076−GBD−SN; granting (106) Motion to Substitute Party in case 1:20−cv−09387−GBD−SI (27) Motion to Substitute Party in case 1:21−cv−10239−GBD. Mark Retik and Susan Zalesne Retik, as the co−persoi representatives of the estate of David Retik, are substituted for Susan Zalesne Retik, as the personal representative of of David Retik. Nicole Rasanen as the personal representative of the estate of Eleanor Geier is substituted for Jessica Nicole Rasanen as the co−Personal Representatives of the Estate of Eleanor Geier. (HEREBY ORDERED by Magist Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SI 1:20−cv−09387−GBD−SN, 1:21−cv−10239−GBD. (ras) Modified on 8/23/2022 (ras). (Entered: 08/23/2022) |
| 23/2022 | 8432 | ORDER granting (8405) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; granting (664) Motion to Su Party in case 1:04−cv−01076−GBD−SN; granting (180) Motion to Substitute Party in case 1:18−cv−12387−GBD−SI Miah as personal representative of the estate of Nurul Miah is substituted for John Doe 66 as Personal Representative Estate of Nurul Miah. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associ 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:18−cv−12387−GBD−SN. (ras) (Entered: 08/23/2022) |
| 23/2022 | 8433 | ORDER granting (1013) Motion to Substitute Party in case 1:03−cv−09849−GBD−SN; granting (8397) Motion to Su Party in case 1:03−md−01570−GBD−SN. Parties are substituted into Burnett, et al., v. Al Baraka Inv. & Dev. Corp., 03−cv−9849, as provided for at ECF No. 8398−1. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN. (ras) (Entered: 08/23/202 |
| 23/2022 | 8434 | ORDER granting (1015) Motion to Substitute Party in case 1:03−cv−09849−GBD−SN; granting (8408) Motion to Su Party in case 1:03−md−01570−GBD−SN. Parties are substituted into Burnett, et al., v. Al Baraka Inv. & Dev. Corp., 03−cv−9849, as provided for at ECF No. 8409−1. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN. (ras) (Entered: 08/23/202 |
| 23/2022 | 8435 | LETTER addressed to Judge George B. Daniels from Lee Wolosky dated August 23, 2022 re: Ashton Plaintiffs Lette 22, 2022 (Dkt. 8423). Document filed by Havlish Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:01−cv−10132−GBD−SN, 1:02−cv−06977−GBD−SN, 1:03−cv−06978−GBD−SN, 1:03−cv−09848−GBD−SN.(Wo (Entered: 08/23/2022) |
| 23/2022 | 8436 | LETTER addressed to Judge George B. Daniels from Orlando do Campo dated August 23, 2022 re: Ashton Plaintiffs August 22, 2022 (Dkt. 8423) as it relates to Does 1 through 7. Document filed by John Does 1 through 7..(Do Campo (Entered: 08/23/2022) |
| 24/2022 | 8437 | ORDER: The Court has received a motion from certain Plaintiffs (the "Ashton Plaintiffs") seeking an order of attachi targeting funds held by Da Afghanistan Bank on an emergency basis (the "DAB Funds"). ECF No. 8412. It has also r opposition to that motion and proposal to establish a briefing schedule to further oppose the motion submitted by oth (the "Framework Plaintiffs"). ECF No. 8419. Finally, it has received the various further letters that parties have subm association with this motion. ECF Nos. 8423, 8435, 8436. The DAB Funds are secured by several writs and are in no danger of dissipation, nor will they be without further action of this Court. Accordingly, the Court will not address th for an order of attachment on an emergency basis. Any further briefing on the motion for attachment at ECF No. 841 pending further order of the Court. No further submissions shall be made in response to any of the letters made in rel motion for an order of attachment without leave of the Court. (Signed by Magistrate Judge Sarah Netburn on 8/24/20 (Entered: 08/24/2022) |
| 24/2022 | 8438 | AFFIDAVIT OF SERVICE. Islamic Republic of Iran served on 1/6/2020, answer due 3/6/2020. Service was made by Document filed by Joseph Rodriguez. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12347−GBD−SN.(Estelle, Austin) (Entered: 08/24/2022) |
| 24/2022 | 8439 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Michelle Amin..(Salzman, Ba **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 08/24/2022) |

| | | |
|---|---|---|
| 24/2022 | 8440 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Joseph Rodriguez..(Estelle, Austin) **Prop document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** (Entered: 08/ |
| 24/2022 | 8441 | DECLARATION of Austin Estelle . Document filed by Joseph Rodriguez. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12347−GBD−SN.(Estelle, Austin) (Entered: 08/24/2022) |
| 24/2022 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (8439 in 1:03−md−01570−GBD−SN, 68 in 1:20−cv−00412−GBD−SN) Proposed Default Judgment was reviewed and ap to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00412−GBD−SN. (tp)** (Entered: 08/24/ |
| 24/2022 | 8442 | CLERK'S CERTIFICATE OF DEFAULT as to Islamic Republic of Iran. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12347−GBD−SN. (tp) (Entered: 08/24/2022) |
| 24/2022 | 8443 | CLERK'S CERTIFICATE OF DEFAULT as to Islamic Republic of Iran. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−10239−GBD. (tp) (Entered: 08/24/2022) |
| 24/2022 | 8444 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED CLERK'S CERTIFICATE OF DEFAULT. D filed by Herman Ray. (Attachments: # 1 Exhibit Application for Clerk's Certificate of Default).(Fleming, Timothy) **P document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** Modified on (tp). Modified on 8/24/2022 (tp). (Entered: 08/24/2022) |
| 24/2022 | 8445 | AFFIDAVIT of Dennis Pantazis, Esq. in Support re: (276 in 1:19−cv−00012−GBD−SN) Proposed Clerk's Certificate Default,. Document filed by Herman Ray. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN.(Fleming, Timothy) (Entered: 08/24/2022) |
| 24/2022 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED CLERK'S CERTIFICATE OF DEF. Notice to Attorney Timothy Fleming. RE−FILE Document No. (276 in 1:19−cv−00012−GBD−SN, 8444 in 1:03−md−01570−GBD−SN) Proposed Clerk's Certificate of Default. The filing is deficient for the following rea proposed clerk's certificate of default was not filed separately. Re−file the document using the event type Prop Clerk's Certificate of Default found under the event list Proposed Orders − Re−file the affidavit and attach an supporting documents to the affidavit − select the correct filer/filers − attach the correct PDF that − lists the co date of the complaint, lists the correct name(s) of the party(ies) who was/were served, lists the correct date the was/were served, lists the correct filed date of the proof of service. Filed In Associated Cases: 1:03−md−01570− 1:19−cv−00012−GBD−SN(tp)** (Entered: 08/24/2022) |
| 24/2022 | 8446 | ORDER: Plaintiffs in Burlingame v. Bin Laden, et al., No. 02−cv−7230 (the "Burlingame Plaintiffs"), request severa connection with the process for briefing default judgment motions brought against the Taliban. ECF Nos. 8187, 8205 Burlingame Plaintiffs request that the Court (1) permit them to submit "adversary" briefing on other plaintiffs' default motions against the Taliban; (2) modify its case management orders on the format for default judgments against the T issue an order determining the permissibility of certain default actions against the Taliban; and (4) grant them leave t 60(b) motion challenging a judgment obtained by the plaintiffs in member case Havlish v. Bin Laden, et al., No. 03−c ECF No. 317 (the "Havlish Judgment"), which was secured almost a decade ago. These requests are denied. The Burl Plaintiffs lack standing to challenge other plaintiffs' default judgments through "adversary" briefing. They propose to other plaintiffs' motions on the grounds that these claims against the Taliban are untimely and that these plaintiffs are properly heirs of September 11 victims who may recover for their loss. ECF No. 8205 at 12. A "plaintiff generally mu his own legal rights and interests, and cannot rest his claim to relief on the legal rights or interests of third parties." Se of Md. v. Joseph H. Munson Co., 467 U.S. 947, 955 (1984) (quoting Warth v. Seldin, 422 U.S. 490, 499 (1975)) (inte quotation omitted). This limit on third party standing is, admittedly, prudential. Id. at 956. There are "exceptions [that third−party standing where the plaintiff can demonstrate (1) a close relationship to the injured party and (2) a barrier injured party's ability to assert its own interests." W.R. Huff Asset Mgmt. Co., LLC v. Deloitte & Touche LLP, 549 F 109 (2d Cir. 2008). The Burlingame Plaintiffs do not have a "close relationship" with the Taliban. They are Taliban v their own claims against the group. They seek to assert the Taliban's defenses against other terror victims in order to i their own prospects of recovery. ECF No. 8187 at 1 ("With the Taliban in default, some 'adversary' party needs to adv Court when certain plaintiffs, lacking standing and timely claims, seek money from a 'limited fund,' or those invalid c take money from court−authorized plaintiffs with timely, long−standing claims.") This purely adversarial relationship support third−party standing. Turning to the Burlingame Plaintiffs' other requests, the Court does not see any need to case management order at ECF No. 8198 at this time. Additionally, an order preemptively determining the standing a timeliness of all potential claims against the Taliban is not appropriate. The Court doubts that a single order could comprehensively or fairly address the full array of potential claims and claimants who might seek defaults. Finally, le Rule 60(b) motion is inappropriate as all deadlines for such a motion have passed. The Havlish Judgment the Burling Plaintiffs propose to challenge was entered nearly a decade ago. ECF No. 2624. Rule 60(c)(1) provides that motions 60(b) must be made within a reasonable time−−and for reasons [of mistake, surprise new evidence, or fraud] no more after the entry of the judgment or order or the date of the proceeding." "The one−year limitation period for Rule 60(b absolute and has clearly elapsed. Martha Graham Sch. & Dance Found., Inc. v. Martha Graham Ctr. of Contemp. Dan 466 F.3d 97, 100 (2d Cir. 2006) (internal quotations and citations omitted).Any motion would not be brought in a "re time" either. Reasonable time "is to be determined based on 'the particular circumstances of the case,' taking into acco reason for any delay, the possible prejudice to the non−moving party, and the interests of finality." Thai−Lao Lignite |

| | | |
|---|---|---|
| | | Gov't of Lao People's Democratic Republic, 864 F.3d 172, 182 (2d Cir. 2017) (quoting PRC Harris, Inc. v. Boeing Co 894, 897 (2d Cir. 1983)). The Court of Appeals has consistently found that delays extending beyond two years are no reasonable. See, e.g., Truskoski v. ESPN, Inc., 60 F.3d 74, 77 (2d Cir. 1995) (eighteen−month delay was not reasonal Rodriguez v. Mitchell, 252 F.3d 191, 201 (2d Cir. 2001) ("We do not think that three and one−half years from the dat was entered is a reasonable time."); Wang, 839 F. App'x at 646 (a five−year delay was unreasonable). District courts similarly found that Rule 60(b) motions are untimely after more than twenty−four months. See Sec. & Exch. Comm'n Bronson, No. 12−cv−6421 (KMK), 2022 WL 1287937, at *10 (S.D.N.Y. Apr. 29, 2022) (collecting eight cases in wh beyond 24 months were untimely). The Court does not see any compelling reason for this delay. The Burlingame Pla their disapproval of the award made under the Havlish Judgment at least as early as December 16, 2019. ECF No. 53 Despite noting their disapproval, they did not seek leave to make a Rule 60(b) motion until April 20, 2022, Havlish, N 03−cv−9848, ECF No. 615, 28 months later. Even this more favorably construed timeline puts them beyond the time courts in this District generally consider reasonable. In the absence of any evidence that the Burlingame Plaintiffs car timeliness requirements of Rule 60(c)(1), the Court declines to grant them leave to file a Rule 60(b) motion. (Signed Magistrate Judge Sarah Netburn on 8/24/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN. (ras) (Entered: 08/24/2022) |
| 24/2022 | 8447 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Herman Ray..(Fleming, Timothy) **Propo document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** (Entered: 08/ |
| 24/2022 | 8448 | AFFIDAVIT of Dennis Pantazis, Esq. in Support re: (278 in 1:19−cv−00012−GBD−SN) Proposed Clerk's Certificate Document filed by Herman Ray. (Attachments: # 1 Exhibit Application for Clerk's Certificate of Default)Filed In As Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN.(Fleming, Timothy) (Entered: 08/24/2022) |
| 24/2022 | 8449 | CLERK'S CERTIFICATE OF DEFAULT as to (1) Islamic Republic of Iran; (2) Iran's Ministry of Information and S Islamic Revolutionary Guard Corps; (4) Iran's Ministry of Petroleum; (5) Iran's Ministry of Economic Affairs and Fi Iran's Ministry of Commerce; (7) Iran's Ministry of Defense and Armed Forces Logistics; (8) Central Bank of the Isla Republic of Iran; (9) National Iranian Oil Company; (10) National Iranian Tanker Company; (11) National Iranian G Company; (12) National Iranian Petrochemical Company; (13) Iran Airlines; (14) Hezbollah; (15) Ayatollah Ali Hos Khamenei; and, (16) the Estate of Ali Akbar Hashemi Rafsanjani, Deceased. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN. (tp) (Entered: 08/24/2022) |
| 25/2022 | 8450 | ELECTRONIC SUMMONS ISSUED as to Al Qaida, Islamic Emirate of Afghanistan, Muhammad Omar, Sheikh Us Bin−Muhammad Bin−laden. (vf) (Entered: 08/25/2022) |
| 25/2022 | 8451 | MOTION to Add *Parties Against the Taliban*. Document filed by Christine ONeill.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 08/25/2022) |
| 25/2022 | 8452 | MEMORANDUM OF LAW in Support re: (8451 in 1:03−md−01570−GBD−SN, 668 in 1:04−cv−01076−GBD−SN) to Add *Parties Against the Taliban*. . Document filed by Christine ONeill. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 08/25/2022) |
| 25/2022 | 8453 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (8451 in 1:03−md−01570−GBD−SN, 668 in 1:04−cv−01076−GBD−SN) MOTION to Add *Parties Against the Taliban*.. Document filed by Christine ONeill. (Att # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) ( 08/25/2022) |
| 25/2022 | 8454 | PROPOSED ORDER. Document filed by Christine ONeill. (Attachments: # 1 Appendix 1) Related Document Numb 668]..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/25/2022) |
| 25/2022 | 8455 | MOTION for Partial Final Judgment Against the Taliban . Document filed by Christine ONeill.Filed In Associated C 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 08/25/2022) |
| 25/2022 | 8456 | MEMORANDUM OF LAW in Support re: (8455 in 1:03−md−01570−GBD−SN, 672 in 1:04−cv−01076−GBD−SN) for Partial Final Judgment Against the Taliban . . Document filed by Christine ONeill. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 08/25/2022) |
| 25/2022 | 8457 | ***SELECTED PARTIES***DECLARATION of Jerry S. Goldman, Esq. in Support re: (8455 in 1:03−md−01570− 672 in 1:04−cv−01076−GBD−SN) MOTION for Partial Final Judgment Against the Taliban .. Document filed by Ch ONeill. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit D, # 4 Exhibit D−3 Index, # 5 Exhibit D−3a, # 6 Exh # 7 Exhibit D−3c, # 8 Exhibit D−3d, # 9 Exhibit D−3e, # 10 Exhibit D−3f, # 11 Exhibit D−3g, # 12 Exhibit D−3h, # D−3i, # 14 Exhibit D−3j, # 15 Exhibit D−3k, # 16 Exhibit D−3l, # 17 Exhibit D−3m, # 18 Exhibit D−3n, # 19 Exhibi 20 Exhibit D−3p)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SNMotion or Orde Under Seal: 7963 .(Goldman, Jerry) (Entered: 08/25/2022) |
| 25/2022 | 8458 | PROPOSED ORDER. Document filed by Christine ONeill. (Attachments: # 1 Exhibit A, # 2 Exhibit B) Related Doc Number: [8455, 672]..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/25/20 |

| | | |
|---|---|---|
| 25/2022 | 8459 | MOTION for Partial Final Judgment Against the Taliban . Document filed by Christine ONeill.Filed In Associated C 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 08/25/2022) |
| 25/2022 | 8460 | MEMORANDUM OF LAW in Support re: (676 in 1:04−cv−01076−GBD−SN, 8459 in 1:03−md−01570−GBD−SN) for Partial Final Judgment Against the Taliban . . Document filed by Christine ONeill. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 08/25/2022) |
| 25/2022 | 8461 | ***SELECTED PARTIES***DECLARATION of Jerry S. Goldman, Esq. in Support re: (8459 in 1:03−md−01570− 676 in 1:04−cv−01076−GBD−SN) MOTION for Partial Final Judgment Against the Taliban .. Document filed by Ch ONeill. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD 1:04−cv−01076−GBD−SNMotion or Order to File Under Seal: 7963 .(Goldman, Jerry) (Entered: 08/25/2022) |
| 25/2022 | 8462 | PROPOSED ORDER. Document filed by Christine ONeill. (Attachments: # 1 Exhibit A, # 2 Exhibit B) Related Doc Number: [8459, 676]..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/25/20 |
| 26/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (671 in 1:04−cv−01076−GBD− 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN. (tp)** (Entered: 08/26/2022) |
| 26/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (675 in 1:04−cv−01076−GBD− 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN. (tp)** (Entered: 08/26/2022) |
| 26/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (679 in 1:04−cv−01076−GBD− 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN. (tp)** (Entered: 08/26/2022) |
| 26/2022 | 8463 | REPORT & RECOMMENDATION re: (62 in 1:01−cv−10132−GBD−SN) MOTION turnover of assets from garnish reserve bank of new york filed by Raymond Anthony Smith, (597 in 1:03−cv−09848−GBD−SN, 7763 in 1:03−md−01570−GBD−SN) MOTION for Partial Turnover of Assets From Garnishee Federal Reserve Bank of New by Havlish Plaintiffs, (7936 in 1:03−md−01570−GBD−SN) MOTION *to Join the Turnover Proceedings and for Par Turnover of Assets from Garnishee Federal Reserve Bank of New York* filed by Federal Insurance Company et al., Pl Taliban's victims have fought for years for justice, accountability, and compensation. They are entitled to no less. Bu limits what compensation the Court may authorize and those limits put the DAB's assets beyond its authority. Accord Court recommends dismissing these turnover motions. The Court lacks subject matter jurisdiction over the turnover r because the Judgment Creditors have not overcome DAB's immunity from jurisdiction. And even if they had, the Co find that DAB is an agency or instrumentality of the Taliban under TRIA § 201 without infringing on the President's constitutional recognition prerogative. Finally, if all that were not the case, the Judgment Creditors have not made the required by TRIA because they have not established that the relationship between the Taliban and DAB is the kind o relationship required for an entity to be an "agency or instrumentality." Upon resolution of these motions, the Clerk o may terminate the motions at ECF Nos. 7763, 7936, Havlish, No. 03−cv−09848, ECF No. 597, and Smith, No. 01−cv ECF No. 62. The parties shall have fourteen days from the service of this Report and Recommendation to file written under 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure. A party may respond to another objections within fourteen days after being served with a copy. Rule 72(b)(2). These objections shall be filed with the the Court, with courtesy copies delivered to the chambers of the Honorable George B. Daniels at the United States Co 500 Pearl Street, New York, New York 10007, and to any opposing parties. See 28 U.S.C. § 636(b)(1); Rule 6(a), 6( Any requests for an extension of time for filing objections must be addressed to Judge Daniels. The failure to file the objections will result in a waiver of those objections for purposes of appeal. See 28 U.S.C. § 636(b)(1); Rule 6(a), 6( Thomas v. Arn, 474 U.S. 140 (1985). (Objections to R&R due by 9/9/2022.) (Signed by Magistrate Judge Sarah Netb 8/26/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:01−cv−10132−GBD−SN, 1:03−cv−06978−GB 1:03−cv−09848−GBD−SN. (ras) (Entered: 08/26/2022) |
| 26/2022 | 8464 | MOTION to Amend/Correct . Document filed by Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GB 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 08/26/2022) |
| 26/2022 | 8465 | MEMORANDUM OF LAW in Support re: (1019 in 1:03−cv−09849−GBD−SN, 8464 in 1:03−md−01570−GBD−SN to Amend/Correct . . Document filed by Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 08/26/2022) |
| 26/2022 | 8466 | DECLARATION of John M. Eubanks in Support re: (1019 in 1:03−cv−09849−GBD−SN, 8464 in 1:03−md−01570− MOTION to Amend/Correct .. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associate 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 08/26/2022) |
| 26/2022 | 8467 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A) Related Document Numbe ..(Eubanks, John) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/26/2022) |
| 29/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (1022 in 1:03−cv−09849−GBD− in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Ca** |

| | | |
|---|---|---|
| | | 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN. (tp) (Entered: 08/29/2022) |
| ‹29/2022 | 8468 | LETTER addressed to Judge George B. Daniels from Lee Wolosky dated August 29, 2022 re: Request for Extension File Objections to Report and Recommendation. Document filed by Havlish Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:01−cv−10132−GBD−SN, 1:02−cv−06978−GBD−SN, 1:03−cv−09848−GBD−SN.(W Lee) (Entered: 08/29/2022) |
| ‹30/2022 | 8469 | ORDER: granting (8324) Motion to Correct Judgment re: (8324 in 1:03−md−01570−GBD−SN, 111 in 1:19−cv−11776−GBD−SN, 127 in 1:19−cv−11865−GBD−SN, 115 in 1:20−cv−09376−GBD−SN, 101 in 1:20−cv−09387−GBD−SN, 103 in 1:20−cv−10460−GBD−SN) MOTION to Correct Judgment re: (7522 in 1:03−md−01570−GBD−SN) Judgment (7527 in 1:03−md−01570−GBD−SN) Judgment, (83 in 1:19−cv−11776−GBI 1:20−cv−10460−GBD−SN, 7522 in 1:03−md−01570−GBD−SN, 77 in 1:20−cv−09376−GBD−SN, 76 in 1:20−cv−09387−GBD−SN, 93 in 1:19−cv−11865−GBD−SN) Judgment, (7527 in 1:03−md−01570−GBD−SN) Judg case 1:03−md−01570−GBD−SN; granting (111) Motion to Correct Judgment re: (8324 in 1:03−md−01570−GBD−S 1:19−cv−11776−GBD−SN, 127 in 1:19−cv−11865−GBD−SN, 115 in 1:20−cv−09376−GBD−SN, 101 in 1:20−cv−09387−GBD−SN, 103 in 1:20−cv−10460−GBD−SN) MOTION to Correct Judgment re: (7522 in 1:03−md−01570−GBD−SN) Judgment, (7527 in 1:03−md−01570−GBD−SN) Judgment, in case 1:19−cv−11776−GI granting (127) Motion to Correct Judgment re: (8324 in 1:03−md−01570−GBD−SN, 111 in 1:19−cv−11776−GBD−S 1:19−cv−11865−GBD−SN, 115 in 1:20−cv−09376−GBD−SN, 101 in 1:20−cv−09387−GBD−SN, 103 in 1:20−cv−10460−GBD−SN) MOTION to Correct Judgment re: (7522 in 1:03−md−01570−GBD−SN) Judgment, (752 1:03−md−01570−GBD−SN) Judgment, in case 1:19−cv−11865−GBD−SN; granting (115) Motion to Correct Judgm (8324 in 1:03−md−01570−GBD−SN, 111 in 1:19−cv−11776−GBD−SN, 127 in 1:19−cv−11865−GBD−SN, 115 in 1:20−cv−09376−GBD−SN, 101 in 1:20−cv−09387−GBD−SN, 103 in 1:20−cv−10460−GBD−SN) MOTION to Corr Judgment re: (7522 in 1:03−md−01570−GBD−SN) Judgment, (7527 in 1:03−md−01570−GBD−SN) Judgment, in ca 1:20−cv−09376−GBD−SN; granting (101) Motion to Correct Judgment re: (8324 in 1:03−md−01570−GBD−SN, 111 1:19−cv−11776−GBD−SN, 127 in 1:19−cv−11865−GBD−SN, 115 in 1:20−cv−09376−GBD−SN, 101 in 1:20−cv−09387−GBD−SN, 103 in 1:20−cv−10460−GBD−SN) MOTION to Correct Judgment re: (7522 in 1:03−md−01570−GBD−SN) Judgment, (7527 in 1:03−md−01570−GBD−SN) Judgment, in case 1:20−cv−09387−GI granting (103) Motion to Correct Judgment re: (8324 in 1:03−md−01570−GBD−SN, 111 in 1:19−cv−11776−GBD−S 1:19−cv−11865−GBD−SN, 115 in 1:20−cv−09376−GBD−SN, 101 in 1:20−cv−09387−GBD−SN, 103 in 1:20−cv−10460−GBD−SN) MOTION to Correct Judgment re: (7522 in 1:03−md−01570−GBD−SN) Judgment, (752 1:03−md−01570−GBD−SN) Judgment, in case 1:20−cv−10460−GBD−SN in case 1:19−cv−11776−GBD−SN. ORD the middle name of the 9/1 1 victim in line 69 of Exhibit A−2 and line 21 of Exhibit A−3 to ECF No. 7522, and line B−3 to ECF No. 7527 be changed from "S." to "J." ORDERED that the first name of the plaintiff in line 30 of Exhibi ECF No. 7522 be changed from "Rley" to "Riley."ORDERED that the last name of the plaintiffs in lines 41−43 of Ex to ECF No. 7522 be changed from "Narvas" to "Navas." ORDERED that the last name of the plaintiff in line 68 of E to ECF No. 7522 be changed from " Robertson−Jurcziak" to "Robertson−Jurczak." ORDERED that the first name of in line 52 of Exhibit A−6 to ECF No. 7522 be changed from "Christine" to "Christina." ORDERED that the Cou1t 's 2022 Partial Final Judgments (ECF Nos. 7522 and 7527) remain in force and that all other final judgments awarded t Asaro, Bernaerts, Bodner, and Hargrave Plaintiffs identified in the January 4, 2022 Partial Final Judgments (ECF No 7527) remain in effect. Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at E 8324. SO ORDERED. (Signed by Judge George B. Daniels on 8/30/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (ama) Modified on 9/1/2022 (ama). (Entered: 08/30/2022) |
| ‹30/2022 | 8470 | MEMO ENDORSEMENT: on re: (653 in 1:03−cv−09848−GBD−SN) Letter, filed by Havlish Plaintiffs, (125 in 1:20−mc−00740−GBD−SN) LETTER MOTION for Extension of Time to File Objections to Report and Recommen addressed to Judge George B. Daniels from Orlando do Campo dated August 29, 2022. filed by John Does 1 through ENDORSEMENT: SO ORDERED., ( Objections to R&R due by 10/11/2022) (Signed by Judge George B. Daniels o 8/30/2022) (ama) (Entered: 08/30/2022) |
| ‹30/2022 | 8471 | MEMORANDUM OF LAW in Opposition re: (8343 in 1:03−md−01570−GBD−SN) MOTION to Exclude the "Supp Expert Report" of Jonathan Winer . . Document filed by Plaintiffs Executive Committees. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Haefele, Robert) (Entered: 08/30/2022) |
| ‹30/2022 | 8472 | DECLARATION of Robert T. Haefele in Opposition re: (8343 in 1:03−md−01570−GBD−SN) MOTION to Exclude "Supplementary Expert Report" of Jonathan Winer .. Document filed by Plaintiffs Executive Committees. (Attachme Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Haefele, Rober 08/30/2022) |
| ‹30/2022 | 8473 | ORDER granting (8301) Motion to Add; granting (8451) Motion to Add in case 1:03−md−01570−GBD−SN; grantin Motion to Add; granting (668) Motion to Add in case 1:04−cv−01076−GBD−SN. These claims are not futile, will no delay these proceedings or prejudice the Taliban, and were not filed in bad faith or with a dilatory motive. The O'Nei motions are therefore GRANTED, and it is further ORDERED that: The underlying complaint in O'Neill, No. 04−cv amended to include the 42 parties identified in the O'Neill Plaintiffs' appendixes at ECF No. 8304−1 (¶¶ 3089−3116) No. 8454−1 (¶¶ 3117−3130) as parties in the action against the Taliban; These amendments supplement, but do not d underlying complaint in O'Neill, No. 04−cv−1076; Prior rulings, orders, and judgments entered in this case remain in |

| | | |
|---|---|---|
| | | all parties; Further service on the Taliban is not required as a result of these amendments, and prior service orders app including the Court's order on service by publication at ECF Nos. 445, 488; and The O'Neill Plaintiffs shall file an an consolidated complaint reflecting these additions by September 9, 2022. The Clerk of the Court is respectfully directe terminate the motions at ECF Nos. 8301 and 8451, and the related motions at ECF Nos. 656 and 668 in O'Neill, No. 04−cv−1076. (Signed by Magistrate Judge Sarah Netburn on 8/30/2022) Filed In Associated Cases: 1:03−md−01570 1:04−cv−01076−GBD−SN. (ras) Modified on 8/31/2022 (ras). (Entered: 08/31/2022) |
| 31/2022 | 8474 | **FILING ERROR − DEFICIENT DOCKET ENTRY − FILER ERROR −(SEE #8482)** NOTICE of Plaintiffs' Re Parties Pursuant to Case Management Order #2, 12, ECF No. 247, and Federal Rule of Civil Procedure 15(d), re: (33 1:03−md−01570−GBD−SN) Notice (Other), (3324 in 1:03−md−01570−GBD−SN) Notice (Other). Document filed b John Patrick O'Neill Sr., Jeanmarie Hargrave. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:20−cv−09387−GBD−SN.(Goldman, Jerry) Modified on 9/1/2022 (kj). (Entered: 08/31 |
| 31/2022 | 8475 | MOTION for Partial Final Judgment Against Iran . Document filed by Jessica Derubbio.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 08/31/2022) |
| 31/2022 | 8476 | ORDER: The Clerk of the Court is respectfully directed to unseal the transcript at ECF No. 7966. (Signed by Magistr Sarah Netburn on 8/31/2022) (ras) Transmission to Sealed Records Clerk for processing. (Entered: 08/31/2022) |
| 31/2022 | 8477 | MEMORANDUM OF LAW in Support re: (109 in 1:20−cv−10460−GBD−SN, 8475 in 1:03−md−01570−GBD−SN, 1:18−cv−05306−GBD−SN, 183 in 1:18−cv−12387−GBD−SN, 102 in 1:20−cv−10902−GBD−SN, 132 in 1:19−cv−11767−GBD−SN, 159 in 1:18−cv−12276−GBD−SN, 122 in 1:20−cv−09376−GBD−SN, 117 in 1:19−cv−11776−GBD−SN, 206 in 1:18−cv−05339−GBD−SN, 110 in 1:20−cv−09387−GBD−SN, 33 in 1:21−cv−10 MOTION for Partial Final Judgment Against Iran . . Document filed by Jessica Derubbio. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 08/31/2022) |
| 31/2022 | 8478 | ***SELECTED PARTIES***DECLARATION of Jerry S. Goldman, Esq. in Support re: (8475 in 1:03−md−01570− 231 in 1:18−cv−05306−GBD−SN, 102 in 1:20−cv−10902−GBD−SN, 132 in 1:19−cv−11767−GBD−SN, 122 in 1:20−cv−09376−GBD−SN, 117 in 1:19−cv−11776−GBD−SN, 33 in 1:21−cv−10239−GBD, 109 in 1:20−cv−10460− 183 in 1:18−cv−12387−GBD−SN, 159 in 1:18−cv−12276−GBD−SN, 206 in 1:18−cv−05339−GBD−SN, 110 in 1:20−cv−09387−GBD−SN) MOTION for Partial Final Judgment Against Iran .. Document filed by Jessica Derubbio (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit D−3a, # 6 Exhibit D−3b, # 7 Ex D−3c)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.Motion or Order to File Under Seal: 7963 .(Goldm (Entered: 08/31/2022) |
| 31/2022 | 8479 | PROPOSED ORDER. Document filed by Jessica Derubbio. (Attachments: # 1 Exhibit A, # 2 Exhibit B) Related Doc Number: 8475 ..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/31/2022) |
| 31/2022 | 8480 | MOTION for Default Judgment as to *Economic Damages for the Estate of Geoffrey E. Guja of*. Document filed by D Guja.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12370−GBD−SN.(Bonner, James) (Entered: ( |
| 31/2022 | 8481 | DECLARATION of Joseph Peter Drennan, Esq. in Support re: (8480 in 1:03−md−01570−GBD−SN, 89 in 1:18−cv−12370−GBD−SN) MOTION for Default Judgment as to *Economic Damages for the Estate of Geoffrey E. G* Document filed by Debra Guja. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12370−GBD−SN.( James) (Entered: 08/31/2022) |
| 31/2022 | 8482 | NOTICE of Plaintiffs' Removal of Parties Pursuant to Case Management Order #2, 12, ECF No. 247, and Federal Ru Procedure 15(d) re: (3331 in 1:03−md−01570−GBD−SN) Notice (Other), (3324 in 1:03−md−01570−GBD−SN) Noti Document filed by Mark Retik. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:20−cv−09387−GBD−SN.(Goldman, Jerry) (Entered: 08/31/2022) |
| 31/2022 | 8483 | ***EX−PARTE***DECLARATION of John E. Beauzile (Exhibit A to the Declaration of Joseph Peter Drennan) in (8480 in 1:03−md−01570−GBD−SN, 89 in 1:18−cv−12370−GBD−SN) MOTION for Default Judgment as to *Econo Damages for the Estate of Geoffrey E. Guja of*.. Document filed by Debra Guja. (Attachments: # 1 Exhibit 1 (CV of J Beauzile), # 2 Exhibit 2 (Expert Report re Economic Loss to Estate of Geoffrey E. Guja), # 3 Exhibit 3 (VCF FAQs A 2004))Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12370−GBD−SNMotion or Order to File Ur 7963 .(Bonner, James) (Entered: 08/31/2022) |
| 31/2022 | 8484 | MEMORANDUM OF LAW in Support re: (8480 in 1:03−md−01570−GBD−SN, 89 in 1:18−cv−12370−GBD−SN) M for Default Judgment as to *Economic Damages for the Estate of Geoffrey E. Guja of*. . Document filed by Debra Guja Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12370−GBD−SN.(Bonner, James) (Entered: 08/31/2022) |
| 31/2022 | 8485 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Debra Guja..(Bonner, James) **Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 08/31/2022) |
| 01/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (209 in 1:18−cv−05339−GBD− 1:19−cv−11767−GBD−SN, 112 in 1:20−cv−10460−GBD−SN, 162 in 1:18−cv−12276−GBD−SN, 120 in 1:19−cv−11776−GBD−SN, 125 in 1:20−cv−09376−GBD−SN, 8479 in 1:03−md−01570−GBD−SN, 186 in** |

| | | |
|---|---|---|
| | | **1:18−cv−12387−GBD−SN, 234 in 1:18−cv−05306−GBD−SN, 113 in 1:20−cv−09387−GBD−SN, 105 in 1:20−cv−10902−GBD−SN, 36 in 1:21−cv−10239−GBD) Proposed Order was reviewed and approved as to forn Associated Cases: 1:03−md−01570−GBD−SN et al. (tp)** (Entered: 09/01/2022) |
| )1/2022 | 8486 | FOURTH AMENDED COMPLAINT amending 8152 Amended Complaint, against The Taliban with JURY DEMAND.Document filed by Christine O'Neill. Related document: 8152 Amended Complaint,. (Attachments: # 1 E 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G).(Goldman, Jerry) (Entered: 09/ |
| )1/2022 | 8487 | ORDER granting Motion to Amend/Correct (1009 in 1:03−cv−09849−GBD−SN, 8393 in 1:03−md−01570−GBD−SI MOTION to Amend/Correct, (1019 in 1:03−cv−09849−GBD−SN, 8464 in 1:03−md−01570−GBD−SN.) The Burnet motion is therefore GRANTED: The claims of plaintiffs named in pleadings set out in this case between August 15, 2 January 3, 2005, are clarified to include the multiple capacities in which various plaintiffs are pursuing claims, as pro ECF Nos. 8396−1 and 8467−1; Under Rule 15(c), this Order amends the operative pleadings in this action and relates when each of the individuals originally named in the pleading were added to this action. The Clerk of the Court is res directed to terminate the motion at ECF Nos. 8393 and 8464, and the related motions at ECF Nos. 1009 and 1019 in l 03−cv−9849. (Signed by Magistrate Judge Sarah Netburn on 9/1/2022) Filed In Associated Cases: 1:03−md−01570− 1:03−cv−09849−GBD−SN. (ras) (Entered: 09/01/2022) |
| )1/2022 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (8485 in 1:03−md−01570−GBD−SN, 93 in 1:18−cv−12370−GBD−SN) Proposed Default Judgment was reviewed and ap to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−12370−GB** (Entered: 09/01/2022) |
| )1/2022 | 8488 | MOTION to Amend/Correct *Exhibit*. Document filed by Michael Giordano, Michael Giordano.Filed In Associated C 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD.(Capone, Dorothea) (Entered: 09/01/ |
| )1/2022 | 8489 | DECLARATION of Dorothea M. Capone in Support re: (8488 in 1:03−md−01570−GBD−SN, 1732 in 1:02−cv−06977−GBD−SN, 179 in 1:02−cv−07236−GBD) MOTION to Amend/Correct *Exhibit*.. Document filed by Giordano, Michael Giordano. (Attachments: # 1 Exhibit 1)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD.(Capone, Dorothea) (Entered: 09/01/2022) |
| )1/2022 | 8490 | PROPOSED ORDER. Document filed by Michael Giordano, Michael Giordano. (Attachments: # 1 Exhibit B).(Capo Dorothea) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 09/01/2022) |
| )2/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (181 in 1:02−cv−07236−GBD, 1 1:02−cv−06977−GBD−SN, 8490 in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD. (tp)** (I 09/02/2022) |
| )2/2022 | 8491 | MOTION to Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibit A . Document fil Virginia Bauer, et al, Virginia Bauer, et al.. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570- 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD, 1:17−cv−02003−GBD−SN.(Capone, Dorothea) (Entered: 09/02/2 |
| )2/2022 | 8492 | PROPOSED ORDER. Document filed by Virginia Bauer, et al, Virginia Bauer, et al.. Related Document Number: 84 ..(Capone, Dorothea) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 09/02/2022) |
| )2/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (8492 in 1:03−md−01570−GBD in 1:02−cv−06977−GBD−SN, 183 in 1:02−cv−07236−GBD, 241 in 1:17−cv−02003−GBD−SN) Proposed Order v reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GB 1:02−cv−07236−GBD, 1:17−cv−02003−GBD−SN. (tp)** (Entered: 09/02/2022) |
| )2/2022 | 8493 | ORDER granting (8488) Motion to Amend/Correct (8488 in 1:03−md−01570−GBD−SN, 1732 in 1:02−cv−06977−C 179 in 1:02−cv−07236−GBD) MOTION to Amend/Correct *Exhibit*. in case 1:03−md−01570−GBD−SN; granting (17 to Amend/Correct (8488 in 1:03−md−01570−GBD−SN, 1732 in 1:02−cv−06977−GBD−SN, 179 in 1:02−cv−07236− MOTION to Amend/Correct *Exhibit*. in case 1:02−cv−06977−GBD−SN; granting (179) Motion to Amend/Correct (8 1:03−md−01570−GBD−SN, 1732 in 1:02−cv−06977−GBD−SN, 179 in 1:02−cv−07236−GBD) MOTION to Amend *Exhibit*. in case 1:02−cv−07236−GBD. The Plaintiffs' motion to correct exhibits is granted. Their proposed default ju supporting declaration exhibits for the motion for default judgment at ECF No. 8298 are substituted as provided in Ta further set forth. The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 8488, and the rela motions in Ashton, No. 02−cv−6977, ECF No. 1732, and Bauer, No. 02−cv− 7236, ECF No. 179. SO ORDERED. (S Magistrate Judge Sarah Netburn on 9/2/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD (mml) (Entered: 09/02/2022) |
| )2/2022 | 8494 | MOTION for Default Judgment as to *Solatium Damages against Islamic Republic of Iran*. Document filed by Jamie Hawkins.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12370−GBD−SN.(Bonner, James) (Entere 09/02/2022) |

| | | |
|---|---|---|
| )2/2022 | 8495 | DECLARATION of Joseph Peter Drennan, Esq. in Support re: (8494 in 1:03−md−01570−GBD−SN, 94 in 1:18−cv−12370−GBD−SN) MOTION for Default Judgment as to *Solatium Damages against Islamic Republic of Ira* Document filed by Jamie Hawkins. (Attachments: # 1 Exhibit 1 (Declaration of Jamie K. Hawkins executed on July 2 2 Exhibit 2 (Declaration of Debra Guja executed on September 1, 2022))Filed In Associated Cases: 1:03−md−01570− 1:18−cv−12370−GBD−SN.(Bonner, James) (Entered: 09/02/2022) |
| )2/2022 | 8496 | MEMORANDUM OF LAW in Support re: (8494 in 1:03−md−01570−GBD−SN, 94 in 1:18−cv−12370−GBD−SN) M for Default Judgment as to *Solatium Damages against Islamic Republic of Iran*. . Document filed by Jamie Hawkins. Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12370−GBD−SN.(Bonner, James) (Entered: 09/02/2022) |
| )2/2022 | 8497 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Jamie Hawkins..(Bonner, Jam **Proposed Default Judgment to be reviewed by Clerk's Office staff.** Modified on 9/6/2022 (km). (Entered: 09/02/2 |
| )6/2022 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (8497 in 1:03−md−01570−GBD−SN, 97 in 1:18−cv−12370−GBD−SN) Proposed Default Judgment was reviewed and ap to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−12370−GB** (Entered: 09/06/2022) |
| )6/2022 | 8498 | NOTICE OF CHANGE OF ADDRESS by Paul Robert Niehaus on behalf of Kreindler & Kreindler LLP. New Addr & Niehaus PLLC, 950 Third Avenue, Suite 1900, New York, New York, New York 10022, 6464157530..(Niehaus, F (Entered: 09/06/2022) |
| )6/2022 | 8499 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Samuel Johnson..(Estelle, Austin) **Propo document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** (Entered: 09/ |
| )6/2022 | 8500 | ORDER granting (8491) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; granting (1735) Motion to S Party in case 1:02−cv−06977−GBD−SN; granting (182) Motion to Substitute Party in case 1:02−cv−07236−GBD; gr (240) Motion to Substitute Party in case 1:17−cv−02003−GBD−SN. Dorothy Bauer, Karen A. Mee, Donald Schlag, J Heidi Bauer−Pollard, Thomas Mee, Patricia A. Schlag, and Dolores York are substituted as provided for in the docur No. 8491−1. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Case 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD, 1:17−cv−02003−GBD−SN. (ras) (E 09/06/2022) |
| )6/2022 | 8501 | DECLARATION of Austin Estelle . Document filed by Samuel Johnson. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12344−GBD−SN.(Estelle, Austin) (Entered: 09/06/2022) |
| )6/2022 | 8502 | CLERK'S CERTIFICATE OF DEFAULT as to Islamic Republic of Iran. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12344−GBD−SN. (tp) (Entered: 09/06/2022) |
| )6/2022 | 8503 | REPLY MEMORANDUM OF LAW in Support re: (725 in 1:04−cv−07279−GBD−SN) MOTION to Exclude the 'Supplementary Expert Report" of Jonathan Winer . . Document filed by Dubai Islamic Bank. Filed In Associated Ca 1:03−md−01570−GBD−SN et al..(Cottreau, Steven) (Entered: 09/06/2022) |
| )6/2022 | 8504 | DECLARATION of Steven T. Cottreau in Support re: (725 in 1:04−cv−07279−GBD−SN) MOTION to Exclude the 'Supplementary Expert Report" of Jonathan Winer .. Document filed by Dubai Islamic Bank. (Attachments: # 1 Exhil Expert Report dated 03/10/2020, # 2 Exhibit B − Rebuttal Report dated 02/02/2021, # 3 Exhibit C − New York Time dated 07/08/1999, # 4 Exhibit D − Letter dated 07/29/2022, # 5 Exhibit E − Letter dated 05/06/2022)Filed In Associa 1:03−md−01570−GBD−SN et al..(Cottreau, Steven) (Entered: 09/06/2022) |
| )7/2022 | 8505 | ***SELECTED PARTIES*** LETTER MOTION to Compel Dubai Islamic Bank (DIB) to supplement deficient dis responses pursuant to Fed R. Civ. Proc. 26(e) addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated September 7, 2022. Document filed by Dubai Islamic Bank, Plaintiffs Executive Committees.Filed Associated Cases: 1:03−md−01570−GBD−SN et al.Motion or Order to File Under Seal: 4255 .(Haefele, Robert) (En 09/07/2022) |
| )7/2022 | 8506 | ORDER re: 8475 in 1:03−md−01570−GBD−SN MOTION for Partial Final Judgment Against Iran. Plaintiffs in elev move for partial final judgments against the Islamic Republic of Iran. ECF No. 8475. The Court's review has identifie issues that require clarification. The motion seeks economic damages but the Court has not been able to locate expert supporting the award of damages to Brett O. Freiman, ECF No. 8479−2 at 1, or Lisa Trerotola. Id. at 8. The table of e reports in the moving papers also indicates that reports for these two plaintiffs have not been submitted. See ECF No. 44. Plaintiffs shall submit expert reports to the Court supporting the award of damages to these two plaintiffs at their convenience. The motion also involves actions by estates, where the person seeking damages has not yet been appoin estate's personal representative. ECF No. 8478 at 6. The Court has, and will continue, to accept counsels' representati who has been appointed the personal representative of an estate, but requires further information on what authority pe parties who have not yet been appointed an estate's personal representative to bring actions on behalf of that estate. P shall submit a letter addressing this matter by September 16, 2022. (Signed by Magistrate Judge Sarah Netburn on 9/ Filed In Associated Cases: 1:03−md−01570−GBD−SN, et al. (ras) (Entered: 09/07/2022) |

| | | |
|---|---|---|
| )7/2022 | 8507 | ***SELECTED PARTIES***DECLARATION of Robert T. Haefele in Support re: (742 in 1:04−cv−05970−GBD−S 1:03−cv−09849−GBD−SN, 1155 in 1:03−cv−06978−GBD−SN, 8505 in 1:03−md−01570−GBD−SN, 732 in 1:04−cv−07279−GBD−SN, 684 in 1:04−cv−07065−GBD−SN, 829 in 1:04−cv−01923−GBD−SN) LETTER MOTIO Compel Dubai Islamic Bank (DIB) to supplement deficient discovery responses pursuant to Fed R. Civ. Proc. 26(e) a Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated September 7, 2022.. Document filed by Islamic Bank, Plaintiffs Executive Committees. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit Exhibit 4, # 6 Exhibit 4.1, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14)Filed In Associated Cases: 1:03−md−01570−GBD−SN al.Motion or Order to File Under Seal: 4255 .(Haefele, Robert) (Entered: 09/07/2022) |
| )8/2022 | 8508 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment prepared in accordance witl U.S.C. §1608 and 22 C.F.R. § 93.2 (in English and Farsi), Order of Partial Final Judgment for Damages, dated July 1 ECF 8238 (in English and Farsi), A copy of 28 U.S.C. §§ 1330, 1391(f), 1441(d), and 1602 through 1611 (Pub. L. 94 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. §§ 1602, et seq.) (in English and Farsi), and Transl Affidavits (in English only) mailed to DEFENDANT Central Bank of the Islamic Republic of Iran Ali Salehabadi Gc Mirdamad Blvd., No. 198 Tehran Islamic Republic of Iran on 9/8/2022 by Registered Mail tracking # RH003484183 head of the agency or instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities U.S.C. § 1608(b)(3)(B). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(amf) (E 09/08/2022) |
| )8/2022 | 8509 | ***SELECTED PARTIES***DECLARATION of Jerry S. Goldman, Esq. in Support re: (8475 in 1:03−md−01570− 231 in 1:18−cv−05306−GBD−SN, 102 in 1:20−cv−10902−GBD−SN, 132 in 1:19−cv−11767−GBD−SN, 122 in 1:20−cv−09376−GBD−SN, 117 in 1:19−cv−11776−GBD−SN, 33 in 1:21−cv−10239−GBD, 109 in 1:20−cv−10460− 183 in 1:18−cv−12387−GBD−SN, 159 in 1:18−cv−12276−GBD−SN, 206 in 1:18−cv−05339−GBD−SN, 110 in 1:20−cv−09387−GBD−SN) MOTION for Partial Final Judgment Against Iran .. Document filed by Jessica Derubbio (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.Motion or O Under Seal: 7963 .(Goldman, Jerry) (Entered: 09/08/2022) |
| )9/2022 | 8510 | LETTER MOTION for Extension of Time to File Response/Reply as to (8505 in 1:03−md−01570−GBD−SN) LETT MOTION to Compel Dubai Islamic Bank (DIB) to supplement deficient discovery responses pursuant to Fed R. Civ. addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated September 7, 2022. *LETTE MOTION for Extension* addressed to Magistrate Judge Sarah Netburn from Gabrielle E. Pritsker dated September 9, Document filed by Dubai Islamic Bank.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Pritsker, Gabri (Entered: 09/09/2022) |
| )9/2022 | 8511 | MOTION for Partial Final Judgment Against Iran . Document filed by Kathleen Shagi.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−10239−GBD.(Goldman, Jerry) (Entered: 09/09/2022) |
| )9/2022 | 8512 | MEMORANDUM OF LAW in Support re: (8511 in 1:03−md−01570−GBD−SN, 39 in 1:21−cv−10239−GBD) MOT Partial Final Judgment Against Iran . . Document filed by Kathleen Shagi. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−10239−GBD.(Goldman, Jerry) (Entered: 09/09/2022) |
| )9/2022 | 8513 | ***SELECTED PARTIES***DECLARATION of John M. Eubanks, Esq. in Support re: (8511 in 1:03−md−01570− 39 in 1:21−cv−10239−GBD) MOTION for Partial Final Judgment Against Iran .. Document filed by Kathleen Shagi( Personal Representative of the Estate of Michael Shagi, deceased, and on behalf of all survivors and all legally entitle beneficiaries and family members of Michael Shagi), Kathleen Shagi(individually, as surviving spouse of Michael Sh Kathleen Shagi. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−10239−GBDMotion or Order to File Under Seal: 7963 .(Goldman, Jerry) (Ent 09/09/2022) |
| )9/2022 | 8514 | PROPOSED ORDER. Document filed by Kathleen Shagi. Related Document Number: [8511, 39]..(Goldman, Jerry) **Order to be reviewed by Clerk's Office staff.** (Entered: 09/09/2022) |
| )9/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (42 in 1:21−cv−10239−GBD, 8 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:21−cv−10239−GBD. (tp)** (Entered: 09/09/2022) |
| )9/2022 | 8515 | ORDER: The Court has begun its review of motions for default judgments against the Taliban. Several of these motic a default judgment against not only the Taliban, but against Muhammad Omar, its founder and former leader. See EC 8274, 8335, 8363, 8386. The Taliban remains active, but by all available accounts Muhammad Omar has been dead s 2015 and likely died sometime in 2013. Federal Rule of Civil Procedure 25(a)(1) provides that "[i]f a party dies and t not extinguished, the court may order substitution of the proper party." If a suitable motion substituting the proper pa brought within 90 days after service of a statement noting death, "the action by or against the decedent must be dismi Given Omar's apparent death, the Plaintiffs' Executive Committees are ordered to submit a letter stating (1) if there is that Omar's death should not be noted on the record pursuant to Rule 25(a)(2); (2) when the relevant plaintiffs will fil substituting the proper party for Omar; or (3) indicating if dismissal of claims related to Omar is appropriate given hi death. This letter shall be filed by September 16, 2022. (Signed by Magistrate Judge Sarah Netburn on 9/9/2022) File |

| | | |
|---|---|---|
| | | Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN, 1:02−cv−07 (ras) (Entered: 09/09/2022) |
| )9/2022 | 8516 | ORDER terminating 8510 Letter Motion. This order sets out the procedures and schedule for adjudicating the Plainti Executive Committees' ("PECs") motion to compel Dubai Islamic Bank (DIB). The PECs report that efforts to resolv through a meet−and−confer have proven fruitless. ECF No. 8505 at 23. Accordingly, the Court does not find a need f pre−motion conference under Local Rule 37.2. DIB shall respond to the PECs' motion in a letter response of no more pages. That response shall be submitted by September 19, 2022. The PECs shall file any reply to that response by Se 2022. Any reply shall be no more than three pages. The Clerk of the Court is respectfully directed to terminate the m ECF No. 8510. (Signed by Magistrate Judge Sarah Netburn on 9/9/2022) (ras) (Entered: 09/09/2022) |
| .2/2022 | 8517 | ORDER granting (8385) Motion to Correct Judgment re: (8385 in 1:03−md−01570−GBD−SN) MOTION to Correct re: (7522 in 1:03−md−01570−GBD−SN) Judgment,,,,,,,,,, (7527 in 1:03−md−01570−GBD−SN) Judgment,,,,,, . in c 1:03−md−01570−GBD−SN. It is hereby: ORDERED that the middle name of the plaintiff in line 39 of Exhibit A−3 t 7522 be changed from "Noberto" to "Norberto." ORDERED that the middle name of the 9/11 victim in line 7 of Exh ECF No. 7527 be changed from "James" to "Gregory." ORDERED that the middle name of the 9/11 victim in line 4 B−3 to ECF No. 7527 be changed from "Girard" to "Gerard." ORDERED that the Court's January 4, 2022 Partial Fin Judgments (ECF Nos. 7522 and 7527) remain in force and that all other final judgments awarded to the BNY Mellon Bernaerts Plaintiffs identified in the January 4, 2022 Partial Final Judgments (ECF Nos. 7522 and 7527) remain in ef Furthem1ore, the Court respectfully directs the Clerk of the Court to terminate the motion at ECF No. 8385. SO ORD (Signed by Judge George B. Daniels on 9/12/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11767−GBD−SN, 1:19−cv−11865−GBD−SN (ks) (Entered: 09/12/2022) |
| .2/2022 | 8518 | NOTICE of IRAN NOTICE OF AMENDMENT re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed b Ades. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−07306−GBD−SN.(Goldman, Jerry) (Entered 09/12/2022) |
| .2/2022 | 8519 | NOTICE of Iran Notice of Amendment re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by August Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11865−GBD−SN.(Goldman, Jerry) (Entered: 09/1 |
| .5/2022 | 8520 | MOTION for Default Judgment as to *Rodriguez I Plaintiffs*. Document filed by Neil Shatzoff.Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:18−cv−12347−GBD−SN.(Estelle, Austin) (Entered: 09/15/2022) |
| .5/2022 | 8521 | MEMORANDUM OF LAW in Support re: (8520 in 1:03−md−01570−GBD−SN, 55 in 1:18−cv−12347−GBD−SN) for Default Judgment as to *Rodriguez I Plaintiffs*. . Document filed by Neil Shatzoff. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12347−GBD−SN.(Estelle, Austin) (Entered: 09/15/2022) |
| .5/2022 | 8522 | **FILING ERROR − DEFICIENT DOCKET ENTRY − (SEE DOCUMENT#8526)** DECLARATION of Austin E Support re: (8520 in 1:03−md−01570−GBD−SN, 55 in 1:18−cv−12347−GBD−SN) MOTION for Default Judgment *Rodriguez I Plaintiffs*.. Document filed by Neil Shatzoff. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12347−GBD−SN.(Estelle, Austin) Modified on 9/15/2022 (lb). (Entered: 09/15/2022) |
| .5/2022 | 8523 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED DEFAULT JUDGMENT pursuant to FRCP Document filed by Neil Shatzoff..(Estelle, Austin) **Proposed Default Judgment to be reviewed by Clerk's Office s** Modified on 9/15/2022 (km). (Entered: 09/15/2022) |
| .5/2022 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED DEFAULT JUDGMENT. Notice to Austin Estelle to RE−FILE Document No. (58 in 1:18−cv−12347−GBD−SN, 8523 in 1:03−md−01570−GBD−SN Default Judgment. The filing is deficient for the following reason(s): The title of the document should be a pro default judgment (please remove the word Order from the title). Also, the section for pre−judgment interest, p blank line with in the amount of $_________, so that the calculations can be added into the judgment. Re−file document using the event type Proposed Default Judgment found under the event list Proposed Orders. Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12347−GBD−SN(km)** (Entered: 09/15/2022) |
| .5/2022 | 8524 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 09/15/2022) |
| .5/2022 | 8525 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Neil Shatzoff..(Estelle, Austin **Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 09/15/2022) |
| .5/2022 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (8525 in 1:03−md−01570−GBD−SN, 59 in 1:18−cv−12347−GBD−SN) Proposed Default Judgment was reviewed and ap to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12347−GBD−SN. (tp)** (Entered: 09/15/ |
| .5/2022 | 8526 | DECLARATION of Austin Estelle in Support re: (8520 in 1:03−md−01570−GBD−SN, 55 in 1:18−cv−12347−GBD MOTION for Default Judgment as to *Rodriguez I Plaintiffs*.. Document filed by Neil Shatzoff. Filed In Associated C 1:03−md−01570−GBD−SN, 1:18−cv−12347−GBD−SN.(Estelle, Austin) (Entered: 09/15/2022) |

| | | |
|---|---|---|
| .5/2022 | 8527 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman, Esq. dated September 15, 2022 re: E( 8506. Document filed by Jessica Derubbio.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, J( (Entered: 09/15/2022) |
| .6/2022 | 8528 | MOTION for Partial Final Judgment Against the Taliban . Document filed by Christine ONeill.Filed In Associated C 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 09/16/2022) |
| .6/2022 | 8529 | MEMORANDUM OF LAW in Support re: (684 in 1:04−cv−01076−GBD−SN, 8528 in 1:03−md−01570−GBD−SN) for Partial Final Judgment Against the Taliban . . Document filed by Christine ONeill. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 09/16/2022) |
| .6/2022 | 8530 | ***SELECTED PARTIES***DECLARATION of Jerry S. Goldman, Esq. in Support re: (8528 in 1:03−md−01570− 684 in 1:04−cv−01076−GBD−SN) MOTION for Partial Final Judgment Against the Taliban .. Document filed by Ch O'Neill, Christine ONeill. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit D, # 4 Exhibit D−3 Index, # 5 Exh 6 Exhibit D−3b, # 7 Exhibit D−3c)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SI Order to File Under Seal: 7963 .(Goldman, Jerry) (Entered: 09/16/2022) |
| .6/2022 | 8531 | PROPOSED ORDER. Document filed by Christine ONeill. (Attachments: # 1 Exhibit A, # 2 Exhibit B) Related Doc Number: [8528, 684]..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 09/16/20 |
| .6/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (687 in 1:04−cv−01076−GBD− 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN. (tp)** (Entered: 09/16/2022) |
| .6/2022 | 8532 | REPLY MEMORANDUM OF LAW in Support re: 8126 MOTION for Summary Judgment *Notice of Motion*. . Docu by Dubai Islamic Bank..(Cottreau, Steven) (Entered: 09/16/2022) |
| .6/2022 | 8533 | DECLARATION of Steven T. Cottreau in Support re: 8126 MOTION for Summary Judgment *Notice of Motion*.. Do filed by Dubai Islamic Bank. (Attachments: # 1 Exhibit A − DIB Response to Plaintiff's Counterstatement, # 2 Exhib Dharsey Second Declaration, # 3 Exhibit C − Y. Lootah Declaration).(Cottreau, Steven) (Entered: 09/16/2022) |
| .6/2022 | 8534 | LETTER MOTION for Oral Argument *for Dubai Islamic Bank's Motion for Summary Judgment* addressed to Magist Sarah Netburn from Steven T. Cottreau dated September 16, 2022. Document filed by Dubai Islamic Bank..(Cottreau (Entered: 09/16/2022) |
| .6/2022 | 8535 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated September 16, 2( Response to the Courts September 9, 2022 Order, ECF No. 8515. Document filed by Plaintiffs Executive Committee: Robert) (Entered: 09/16/2022) |
| .9/2022 | 8536 | MOTION to Substitute Party. Old Party: John Doe 55, being intended to designate the Personal Representative of the Nolbert Salomon, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or h duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired or she has ceased to serve, and his or her successor has not yet been appointed) on behalf of the Estate, and on behalf survivors and all legally entitled beneficiaries and family members of Nolbert Salomon;Amy Mulderry as the Persona Representative of the Estate of Stephen Mulderry, deceased, on behalf of the Estate, and on behalf of all survivors an entitled beneficiaries and family members of Stephen Mulderry; Amy Mulderry as the Personal Representative of the Stephen Mulderry, deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiari family members of Stephen Mulderry, New Party: Edison Salomon, as the Personal Representative of the Estate of N Salomon, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Nolber Amy Mulderry as the co−Personal Representative of the Estate of Stephen Mulderry, deceased, on behalf of the Estat behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Mulderry; Peter Mulderry co−Personal Representative of the Estate of Stephen Mulderry, deceased, on behalf of the Estate, and on behalf of all and all legally entitled beneficiaries and family members of Stephen Mulderry . Document filed by Christine ONeill.I Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:18−cv−12387−GBD−SN.(Goldman, Je (Entered: 09/19/2022) |
| .9/2022 | 8537 | PROPOSED ORDER. Document filed by Christine ONeill. Related Document Number: [8536, 688, 190]..(Goldman **Proposed Order to be reviewed by Clerk's Office staff.** Modified on 9/19/2022 (km). (Entered: 09/19/2022) |
| .9/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (191 in 1:18−cv−12387−GBD− 1:03−md−01570−GBD−SN, 689 in 1:04−cv−01076−GBD−SN) Proposed Order was reviewed and approved as Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:18−cv−12387−GBD−SN(k** (Entered: 09/19/2022) |
| .9/2022 | 8538 | NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, tl plaintiff(s) and or their counsel(s), hereby give notice that the above−captioned action is voluntarily dismissed, witho against the defendant(s) Kingdom of Saudi Arabia. Document filed by Burnett Plaintiffs. **Proposed document to be and processed by Clerk's Office staff (No action required by chambers).**. (Attachments: # 1 Exhibit A)Filed In A |

| | | |
|---|---|---|
| | | Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 09/19/2022) |
| .9/2022 | 8539 | LETTER addressed to Magistrate Judge Sarah Netburn from Steven T. Cottreau dated 9/19/2022 re: Plaintiffs' Motio Compel Defendant Dubai Islamic Bank to Produce Documents. Document filed by Dubai Islamic Bank. (Attachment Affidavit Declaration of Steven T. Cottreau in Support of Brief, # 2 Exhibit 1 − Order dated 7/11/2018, # 3 Exhibit 2 Deposition, # 4 Exhibit 3 − DIB's Memorandum dated 11/13/2017, # 5 Exhibit 4 − DIB's Memorandum dated 9/30/2( Exhibit 5 − Letter dated 9/8/2011, # 7 Exhibit 6 − Letter dated 7/7/2011, # 8 Exhibit 7 − Email dated 7/15/2011, # 9 E Transcript of March 22, 2016 Hearing, # 10 Exhibit 9 − Third Declaration of H. Dharsey, # 11 Exhibit 10 − Declarati Maazmi, # 12 Exhibit 11 − Second Declaration of H. Dharsey, # 13 Exhibit 12 − B. Jenkins Deposition, # 14 Exhibit Plaintiffs' Amended Initial Disclosures, # 15 Exhibit 14 − Plaintiffs' Discovery Chart, # 16 Exhibit 15 − Declaration c Lootah, # 17 Exhibit 16 − Declaration of A. Ansari, # 18 Exhibit 17 − Letter dated 10/10/2016, # 19 Exhibit 18 − Let 7/29/2022, # 20 Exhibit 19 − First Declaration of H. Dharsey)Filed In Associated Cases: 1:03−md−01570−GBD−SN al..(Cottreau, Steven) (Entered: 09/19/2022) |
| .9/2022 | 8540 | REPORT & RECOMMENDATION: The Plaintiffs' Executive Committees agree with the Court's assessment that M Omar is dead. They also state that they do not intend to move to substitute another party for him. ECF No. 8535. The therefore recommends that Omar be dismissed with prejudice from all actions in this multidistrict litigation pursuant Rule of Civil Procedure 25(a)(1). It further recommends that this dismissal not otherwise affect pending motions for c against the Taliban. The parties shall have fourteen days from the service of this Report and Recommendation to file objections under 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure. A party may respond party's objections within fourteen days after being served with a copy. Fed. R. Civ. P. 72(b)(2). These objections shal with the Clerk of Court, with courtesy copies delivered to the chambers of the Honorable George B. Daniels at the Ur Courthouse, 500 Pearl Street, New York, New York 10007, and to any opposing parties. See 28 U.S.C. § 636(b)(1); F Rules of Civil Procedure 6(a), 6(d), 72(b). Any requests for an extension of time for filing objections must be address Daniels. The failure to file these timely objections will result in a waiver of those objections for purposes of appeal. S U.S.C. § 636(b)(1); Federal Rules of Civil Procedure 6(a), 6(d), 72(b); Thomas v. Arn, 474 U.S. 140 (1985). (Objecti due by 10/4/2022.) (Signed by Magistrate Judge Sarah Netburn on 9/20/2022) (ras) Modified on 9/20/2022 (ras). (En 09/20/2022) |
| .9/2022 | 8541 | ORDER: Plaintiffs in Ashton, et al. v. al Qaeda Islamic Army, et al., No. 02−cv−6977, and member case Burlingame Bin Laden, et al., No. 02−cv−7230, move for default judgment against the Taliban. ECF No. 8363. In support, they h set of expert reports under seal and by disc. ECF No. 8364−3. The Court has directed that all expert reports submittec of a default judgment shall be filed on ECF. These materials may be sealed, with access restricted to the Court and ar applicable parties. ECF No. 7963. The plaintiffs shall therefore file their experts reports on ECF in accordance with tl their earliest convenience. For avoidance of doubt, the Court's order at ECF No. 7963 applies to all motions for defau regardless of the defendant and supersedes the Court's prior order on filing expert reports at ECF No. 7067. (Signed b Magistrate Judge Sarah Netburn on 9/19/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN. (ras) (Entered: 09/20/2022) |
| 20/2022 | | *****NOTICE TO COURT REGARDING NOTICE OF VOLUNTARY DISMISSAL Document No. 8538 Notic Voluntary Dismissal, was reviewed and referred to for approval for the following reason(s): the plaintiff(s) file voluntary dismissal and it did not dismiss all of the parties or the action in its entirety. (tp)** (Entered: 09/20/202 |
| 20/2022 | 8542 | ORDER: The Kingdom of Saudi Arabia moves to set a schedule for a renewed motion to dismiss. ECF No. 8131. The does not find it appropriate to set such a schedule at this time given the pending motions under Rule 54. See ECF Nos 7481. Saudi Arabia's motion is denied without prejudice to renew following the resolution of the Rule 54 motions. (S Magistrate Judge Sarah Netburn on 9/20/2022) (ras) (Entered: 09/20/2022) |
| 20/2022 | 8543 | ORDER granting (8536) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; granting (688) Motion to Su Party in case 1:04−cv−01076−GBD−SN; granting (190) Motion to Substitute Party in case 1:18−cv−12387−GBD−SI Salomon as the Personal Representative of the Estate of Nolbert Salomon is substituted for John Doe 55; Amy Mulde co−Personal Representative of the Estate of Stephen Mulderry and Peter Mulderry as the co−Personal Representative Estate of Stephen Mulderry are substituted for Amy Mulderry as the Personal Representative of the Estate of Stephen (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:18−cv−12387−GBD−SN. (ras) (Entered: 09/21/2022) |
| 21/2022 | 8544 | ***SELECTED PARTIES*** OPINION & ORDER re: 7418 LETTER MOTION for Oral Argument *in connection November 1−2 Hearing* addressed to Magistrate Judge Sarah Netburn from Emily Kirsch dated December 3, 2021, fi Kreindler & Kreindler LLP. Kreindler & Kreindler and John Fawcett willfully breached the Court's protective orders embarrass Saudi Arabia and gain an advantage in this case. When the Court tried to investigate this breach, Kreindler Kreindler engaged in a sustained campaign of delay and obstruction. Given this conduct, sanctions under Rule 37(b) a appropriate for both the firm and Fawcett. Fawcett is barred from further participating in this case in any capacity. Kr Kreindler will be removed immediately from the Plaintiffs' Executive Committees and required to pay the attorneys' costs for Saudi Arabia associated with this breach. One year after the entry of this Order, the PECs shall submit a lett Court certifying that they have checked with plaintiffs' counsel and confirmed that Fawcett has not worked on this ca party in the preceding year. Kreindler & Kreindler's request to add members to the Plaintiffs' Executive Committees a |

| | | |
|---|---|---|
| | | 7153 is denied. The Court respectfully directs the Clerk of the Court to deny the motion for oral argument at ECF No Opinion and Order shall be SEALED with access restricted to the Plaintiffs' Executive Committees, Saudi Arabia, an The parties shall make any requests to redact material in this Opinion and Order by September 28, 2022. (Signed by I Judge Sarah Netburn on 9/21/2022) (ras) (Entered: 09/21/2022) |
| 22/2022 | 8545 | MOTION to Substitute Party. Old Party: John Doe 135 being intended to designate the Personal Representative of the William Howard Pohlmann, deceased, said name being fictitious, her/his true name is not presently known, confirme has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointmen expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of al and all legally entitled beneficiaries and family members of William Howard Pohlmann, New Party: Linda Pohlmann Personal Representative of the Estate of William Howard Pohlmann, deceased, and on behalf of all survivors and all entitled beneficiaries and family members of William Howard Pohlmann . Document filed by Christine ONeill.Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 09/22/2022) |
| 22/2022 | 8546 | PROPOSED ORDER. Document filed by Christine ONeill. Related Document Number: [8545, 691]..(Goldman, Jerr **Proposed Order to be reviewed by Clerk's Office staff.** Modified on 9/22/2022 (nd). (Entered: 09/22/2022) |
| 22/2022 | 8547 | ORDER: The Clerk of the Court is respectfully directed to grant John Fawcett access to the Report and Recommenda No. 8544. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 9/22/2022) (mml) (Entered: 09/22/2022) |
| 22/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (8546 in 1:03−md−01570−GBD in 1:04−cv−01076−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN(nd)** (Entered: 09/22/2022) |
| 22/2022 | 8548 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Frank H. Granitto, III da September 22, 2022 re: Expert Reports to Motion (ECF 8363), Declaration (ECF 8364), Proposed Judgment (ECF 83 Document filed by Maureen Dominguez, Maureen Dominguez. (Attachments: # 1 Exhibit expert report, # 2 Exhibit e report, # 3 Exhibit expert report, # 4 Exhibit expert report, # 5 Exhibit expert report, # 6 Exhibit expert report, # 7 Ex report, # 8 Exhibit expert report, # 9 Exhibit expert report, # 10 Exhibit expert report, # 11 Exhibit expert report, # 12 expert report, # 13 Exhibit expert report, # 14 Exhibit expert report, # 15 Exhibit expert report, # 16 Exhibit expert re Exhibit expert report, # 18 Exhibit expert report, # 19 Exhibit expert report)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SNMotion or Order to File Under S .(Granito, Frank) (Entered: 09/22/2022) |
| 23/2022 | 8549 | AMENDED REPORT & RECOMMENDATION: The Court's Report and Recommendation on Sudan's motion to di ECF No. 7942 is modified according to the terms of this Amended Report and Recommendation. The Clerk of the Co respectfully directed to terminate the motion at ECF No. 8090. Absent further order of the Court, any objections to th Report and Recommendation and Amended Report and Recommendation shall be filed with Judge Daniels within 14 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). (Objections to R&R due by 10/7/2022). Motions terminated: (8090 in 1:03−md−01570−GBD−SN) MOTION for Reconsideration re; (7942) Report and Recommendation *Motion for Parti Reconsideration* filed by Consolidated Amended Complaint Plaintiffs. (Signed by Magistrate Judge Sarah Netburn or 9/23/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (mml) (Entered: 09/23/2022) |
| 23/2022 | 8550 | LETTER addressed to Judge George B. Daniels from Emily Kirsch dated September 23, 2022 re: Request for Extens to File Objections to Opinion and Order. Document filed by Kreindler & Kreindler LLP..(Kirsch, Emily) (Entered: 0 |
| 23/2022 | 8551 | MOTION for Catherine Bridget Altier to Withdraw as Attorney . Document filed by American Casualty Company of Pennsylvania, Continental Casualty Comapny, Continental Casualty Company, National Fire Insurance Company of National Fire Insurance Company of Hartford, Transcontinental Insurance Company, Transportation Insurance Comp Forge Insurance Company.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−05970−GBD−SN.(Altie Catherine) (Entered: 09/23/2022) |
| 23/2022 | 8552 | DECLARATION of Catherine B. Altier in Support re: (752 in 1:04−cv−05970−GBD−SN) MOTION for Catherine E Altier to Withdraw as Attorney .. Document filed by American Casualty Company of Reading, Pennsylvania, Contin Casualty Comapny, Continental Casualty Company, National Fire Insurance Company of Hartford, National Fire Ins Company of Hartford, Transcontinental Insurance Company, Transportation Insurance Company, Valley Forge Insur Company. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−05970−GBD−SN.(Altier, Catherine) (Er 09/23/2022) |
| 26/2022 | 8553 | MEMO ENDORSEMENT: on re: 8550 Letter filed by Kreindler & Kreindler LLP. ENDORSEMENT: SO ORDERE Objections to R&R due by 10/21/2022) (Signed by Judge George B. Daniels on 9/26/2022) (ama) (Entered: 09/26/20 |
| 26/2022 | 8554 | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i): Pursuant to Rule 41(a)(1)(A)(i) Federal Rules of Civil Procedure, Plaintiff Sally Spinosa hereby voluntarily dismisses without prejudice her claims ag Defendant the Kingdom of Saudi Arabia in the above−captioned Ashton et al v. Kingdom of Saudi Arabia, 1: 17−cv−02003−(GBD)−(SN) This Notice of Voluntary Dismissal is limited only to dismissing Plaintiff Sally Spinosa from this action. All other Plaintiffs maintain and continue to prosecute their claims against the Defendant. SO ORDI |

| | | |
|---|---|---|
| | | (Signed by Judge George B. Daniels on 9/26/2022) (ama) (Entered: 09/26/2022) |
| 26/2022 | 8555 | PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i): Pursuant Civ. P. 41(a)(1)(A)(i), the Plaintiffs listed on Exhibit A attached hereto hereby voluntarily dismiss without prejudice against all Defendants in the above−captioned Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al., Case No. 03−cv− (GBD)(SN). This Notice of Voluntary Dismissal is limited only to dismissing the claims as noted in Exhibit A from t All other Plaintiffs maintain and continue to prosecute their claims against the Defendants in the above−captioned ca ORDERED. (Signed by Judge George B. Daniels on 9/26/2022) (ama) (Entered: 09/26/2022) |
| 26/2022 | 8556 | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R,C,P. 41(a)(1)(A)(i): Pursuant to Rule 41(a)(1)(A)(i) Federal Rules of Civil Procedure, Plaintiff Daniel T. Higgins hereby voluntarily dismisses without prejudice his clain the Defendant the Kingdom of Saudi Arabia in the above−captioned Giambrone et al v. Kingdom of Saudi Arabia, 1:18−cv−11525−(GBD)−(SN)). This Notice of Voluntary Dismissal is limited only to dismissing Plaintiff Daniel T. I hereby from this action. All other Plaintiffs maintain and continue to prosecute their claims against the Defendant. SC ORDERED. (Signed by Judge George B. Daniels on 9/26/2022) (ama) (Entered: 09/26/2022) |
| 26/2022 | 8557 | PROPOSED ABSTRACT OF JUDGMENT. Filing fee $ 11.00, receipt number NYSDC−26731833. Abstract of Judg Picked up by the Party. Document filed by Havlish Plaintiffs. (Attachments: # 1 Exhibit Exhibit A − Judgment Debto Exhibit Exhibit B − Judgment Creditors) Document Number of Related Judgment: 2624 ..(Fleming, Timothy) **Propo document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** (Entered: 09/ |
| 26/2022 | 8558 | PROPOSED ABSTRACT OF JUDGMENT. Filing fee $ 11.00, receipt number NYSDC−26731985. Abstract of Judg Picked up by the Party. Document filed by Havlish Plaintiffs. (Attachments: # 1 Exhibit Exhibit A − Judgment Debto Exhibit Exhibit B − Judgment Creditors) Document Number of Related Judgment: 2624 ..(Fleming, Timothy) **Propo document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** (Entered: 09/ |
| 26/2022 | | ABSTRACT OF JUDGMENT ISSUED on September 26, 2022 for the amount of $6,048,513,805.00 as listed in the & Judgment # 12,1850 In favor of all Plaintiffs against all Sovereign Defendants and Non−Severeign Defendants. Ab Judgment to be Picked up by the Party. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GB (Entered: 09/26/2022) |
| 26/2022 | | ABSTRACT OF JUDGMENT ISSUED on September 26, 2022 for the amount of $6,048,513,805.00 as listed in the & Judgment # 12,1850 In favor of all Plaintiffs against all Sovereign Defendants and Non−Severeign Defendants. Ab Judgment to be Picked up by the Party. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GB (Entered: 09/26/2022) |
| 26/2022 | 8559 | MOTION for Default Judgment as to *The Taliban*. Document filed by Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 09/26/2022) |
| 26/2022 | 8560 | MEMORANDUM OF LAW in Support re: (8559 in 1:03−md−01570−GBD−SN, 1040 in 1:03−cv−09849−GBD−SN for Default Judgment as to *The Taliban*. . Document filed by Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 09/26/2022) |
| 26/2022 | 8561 | DECLARATION of John M. Eubanks in Support re: (1040 in 1:03−cv−09849−GBD−SN, 8559 in 1:03−md−01570− MOTION for Default Judgment as to *The Taliban*.. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A Exhibit B−1, # 3 Exhibit B−2, # 4 Exhibit B−3, # 5 Exhibit C−1, # 6 Exhibit C−2, # 7 Exhibit C−3, # 8 Exhibit D−1, D−2, # 10 Exhibit D−3, # 11 Exhibit E−1, # 12 Exhibit E−2)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 09/26/2022) |
| 26/2022 | 8562 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED DEFAULT JUDGMENT pursuant to FRCP 5 Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B−1, # 3 Exhibit B−2, # 4 Exhibit B− Exhibit C−1, # 6 Exhibit C−2, # 7 Exhibit C−3, # 8 Exhibit D−1, # 9 Exhibit D−2, # 10 Exhibit D−3, # 11 Exhibit E− Exhibit E−2).(Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** Modified on 10 (km). (Entered: 09/26/2022) |
| 26/2022 | 8563 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Con dated September 26, 2022 re: Reply in support of the PECs motion to compel at ECF No. 8505. Document filed by D Islamic Bank, Plaintiffs Executive Committees.Motion or Order to File Under Seal: 4255 .(Haefele, Robert) (Entered 09/26/2022) |
| 27/2022 | 8564 | ORDER granting (8551) Motion to Withdraw as Attorney in case 1:03−md−01570−GBD−SN; granting (752) Motion Withdraw as Attorney in case 1:04−cv−05970−GBD−SN. (Attorney Catherine Bridget Altier terminated.) (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GB 1:04−cv−05970−GBD−SN. (ras) (Entered: 09/27/2022) |
| 27/2022 | 8565 | ORDER granting (8545) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; granting (691) Motion to Su Party in case 1:04−cv−01076−GBD−SN. Linda Pohlmann, as the Personal Representative of the Estate of William H Pohlmann is substituted for John Doe 135 being intended to designate the Personal Representative of the Estate of W |

| | | |
|---|---|---|
| | | Howard Pohlmann. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associate 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN. (ras) (Entered: 09/27/2022) |
| 27/2022 | 8566 | REPORT & RECOMMENDATION re: (8494 in 1:03−md−01570−GBD−SN, 94 in 1:18−cv−12370−GBD−SN) MO Default Judgment as to *Solatium Damages against Islamic Republic of Iran* filed by Jamie K. Hawkins. The Court re finding that service was achieved on Iran and that Ms. Hawkins be granted solatium damages as follows in Table 2: ( document.) The Court further recommends that Ms. Hawkins be awarded prejudgment interest on these damages fror September 11, 2001, to the date of judgment, at a rate of 4.96 percent per annum, compounded annually. ECF No. 33 at ECF No. 3383. Plaintiffs in Chairnoff, No. 18−cv−12370, may apply for punitive, economic, and other damages at and in a manner consistent with any applicable future Court rulings on the issue. Additionally, plaintiffs in this case r appearing in these motions who were not previously awarded damages may still submit applications for damages awa stages. Upon resolution of these motions, the Court may terminate the motion at ECF No. 8494, and the related motio Chairnoff, et al. v. Islamic Republic of Iran, No. 18−cv−12370, at ECF No. 94. The parties shall have fourteen days f service of this Report and Recommendation to file written objections under 28 U.S.C. § 636(b)(1) and Rule 72(b) of Rules of Civil Procedure. A party may respond to another party's objections within fourteen days after being served v Fed. R. Civ. P. 72(b)(2). These objections shall be filed with the Clerk of the Court, with courtesy copies delivered to chambers of the Honorable George B. Daniels at the United States Courthouse, 500 Pearl Street, New York, New Yo and to any opposing parties. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b). Any requests for an extensio for filing objections must be addressed to Judge Daniels. The failure to file these timely objections will result in a wa those objections for purposes of appeal. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b); Thomas v. Arn, 140 (1985). (Objections to R&R due by 10/11/2022.) (Signed by Magistrate Judge Sarah Netburn on 9/27/2022) File Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−12370−GBD−SN. (ras) (Entere 09/27/2022) |
| 28/2022 | 8567 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated September 28, 2022 re: Septe 2022 Opinion and Order. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 09/28/2022) |
| 28/2022 | 8568 | MOTION for Judgment *as to Liability and for Partial Final Damages Judgments against the Taliban for Moving Pla* Document filed by Estate of John Patrick O'Neill Sr..Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 09/28/2022) |
| 28/2022 | 8569 | DECLARATION of Jerry S. Goldman in Support re: (694 in 1:04−cv−01076−GBD−SN) MOTION for Judgment *as and for Partial Final Damages Judgments against the Taliban for Moving Plaintiffs*.. Document filed by Estate of Jo O'Neill Sr.. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 09/28/2022) |
| 28/2022 | 8570 | LETTER addressed to Judge George B. Daniels from Sean P. Carter and Robert T. Haefele dated September 28, 202 on behalf of all Plaintiffs with claims against the Republic of the Sudan, request that the Court endorse the parties' pr agreed−upon schedule for briefing of any objections to Judge Netburn's Report and Recommendation (ECF No. 7942 Document filed by Plaintiffs Executive Committees..(Carter, Sean) (Entered: 09/28/2022) |
| 28/2022 | 8571 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** PROPOSED ORDER. Document fil Estate of John Patrick O'Neill Sr.. (Attachments: # 1 Exhibit A) Related Document Number: 8568 ..(Goldman, Jerry) **Order to be reviewed by Clerk's Office staff.** Modified on 10/4/2022 (km). (Entered: 09/28/2022) |
| 28/2022 | 8572 | MEMORANDUM OF LAW in Support re: (694 in 1:04−cv−01076−GBD−SN) MOTION for Judgment *as to Liabili Partial Final Damages Judgments against the Taliban for Moving Plaintiffs*. . Document filed by Estate of John Patri Sr.. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 0 |
| 28/2022 | 8573 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Emily Kirsch dated Sept 2022 re: Response to KSA Letter regarding redactions. Document filed by Kreindler & Kreindler LLP, Kingdom of S Arabia, Kingdom of Saudi Arabia, Kingdom of Saudi Arabia, Kingdom of Saudi Arabia, FBI, Plaintiffs Executive Committees.Motion or Order to File Under Seal: 8544 .(Kirsch, Emily) (Entered: 09/28/2022) |
| 29/2022 | 8574 | MEMO ENDORSEMENT on re: 8570 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The Part schedule is GRANTED. Objections to the Report and Recommendation shall be filed by November 4, 2022, oppositi filed by December 2, and replies shall be filed by December 16. (Signed by Magistrate Judge Sarah Netburn on 9/29/ (Entered: 09/29/2022) |
| 29/2022 | 8575 | ORDER: The Court has received no requests for redactions to the opinion and order at ECF No. 8544. The Clerk of t respectfully directed to unseal that document. (Signed by Magistrate Judge Sarah Netburn on 9/29/2022) (ras) (Entere 09/29/2022) |
| 29/2022 | 8576 | MEMO ENDORSEMENT: on re: 8570 Letter filed by Plaintiffs Executive Committees. ENDORSEMENT: SO ORI Objections to R&R due by 11/4/2022, Responses due by 12/2/2022, Replies due by 12/16/2022.) (Signed by Judge G Daniels on 9/29/2022) (ama) (Entered: 09/29/2022) |

| | | |
|---|---|---|
| 29/2022 | 8577 | MOTION for Judgment *as to Liability for Additional O'Neill Plaintiffs as against the Taliban and for Partial Final D Judgments against the Taliban for Moving Plaintiffs*. Document filed by Estate of John Patrick O'Neill Sr..Filed In A Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 09/29/2022) |
| 29/2022 | 8578 | ***SELECTED PARTIES***DECLARATION of Jerry S. Goldman in Support re: (698 in 1:04−cv−01076−GBD−S MOTION for Judgment *as to Liability for Additional O'Neill Plaintiffs as against the Taliban and for Partial Final D Judgments against the Taliban for Moving Plaintiffs*.. Document filed by Estate of John Patrick O'Neill Sr.. (Attachm Exhibit A−1, # 2 Exhibit A−2, # 3 Exhibit B−1, # 4 Exhibit B−2, # 5 Exhibit D−3 Expert Reports Index, # 6 Exhibit Reports)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SNMotion or Order to File U 7963 .(Goldman, Jerry) (Entered: 09/29/2022) |
| 29/2022 | 8579 | PROPOSED ORDER. Document filed by Estate of John Patrick O'Neill Sr.. (Attachments: # 1 Exhibit A−1, # 2 Exh 3 Exhibit B−1, # 4 Exhibit B−2) Related Document Number: 8577 ..(Goldman, Jerry) **Proposed Order to be review Clerk's Office staff.** (Entered: 09/29/2022) |
| 29/2022 | 8580 | MEMORANDUM OF LAW in Support re: (698 in 1:04−cv−01076−GBD−SN) MOTION for Judgment *as to Liabili Additional O'Neill Plaintiffs as against the Taliban and for Partial Final Damages Judgments against the Taliban for Plaintiffs*. . Document filed by Estate of John Patrick O'Neill Sr.. Filed In Associated Cases: 1:03−md−01570−GBD− 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 09/29/2022) |
| 29/2022 | 8581 | ORDER in case 1:03−md−01570−GBD−SN; denying (41) Motion for Default Judgment in case 1:18−cv−12344−GB Plaintiffs in Johnson, et al., v. Islamic Republic of Iran., No. 18−cv−12344, have moved for default judgment. Johnso 41. This motion does not comply with the requirements for seeking a default judgment in this multidistrict litigation o general rules for obtaining default judgments in this district. The motion was not filed on both the individual case doc main multidistrict litigation docket. See ECF Nos. 6890, 7354. Additionally, the proposed default judgment and decla not included as separate events in ECF. See SDNY, Electronic Case Filing Rules & Instructions § 16 (May 2, 2022). motion is therefore denied with leave to refile in compliance with these rules. The Clerk of the Court is respectfully d terminate the motion in Johnson, ECF No. 41. (Signed by Magistrate Judge Sarah Netburn on 9/29/2022) Filed In As Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12344−GBD−SN. (ras) (Entered: 09/29/2022) |
| 29/2022 | 8582 | LETTER addressed to Judge George B. Daniels from Lee Wolosky dated September 29, 2022 re: Request for Extens to File Objections to Report and Recommendation (Dkt. 8463). Document filed by Havlish Plaintiffs.Filed In Associa 1:03−md−01570−GBD−SN, 1:01−cv−10132−GBD−SN, 1:03−cv−06978−GBD−SN, 1:03−cv−09848−GBD−SN.(W Lee) (Entered: 09/29/2022) |
| 30/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (8579 in 1:03−md−01570−GBD in 1:04−cv−01076−GBD−SN) Proposed Order, was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN(tp)** (Entered: 09/30/2022) |
| 30/2022 | 8583 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated September 30, 2022 re: Requ ECF No. 8573. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 09/30/2022) |
| 30/2022 | 8584 | PROPOSED ABSTRACT OF JUDGMENT. Filing fee $ 11.00, receipt number NYSDC−26758154. Abstract of Judg Picked up by the Party. Document filed by Havlish Plaintiffs. (Attachments: # 1 Exhibit Exhibit A − Judgment Debto Exhibit Exhibit B − Judgment Creditors) Document Number of Related Judgment: 2624 ..(Fleming, Timothy) **Propo document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** (Entered: 09/ |
| 30/2022 | 8585 | PROPOSED ABSTRACT OF JUDGMENT. Filing fee $ 11.00, receipt number NYSDC−26758300. Abstract of Judg Picked up by the Party. Document filed by Havlish Plaintiffs. (Attachments: # 1 Exhibit Exhibit A − Judgment Debto Exhibit Exhibit B − Judgment Creditors) Document Number of Related Judgment: 2624 ..(Fleming, Timothy) **Propo document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** (Entered: 09/ |
| 30/2022 | 8586 | MOTION for Post−Judgment Attachment . Document filed by Joint Taliban Creditors..(Carter, Sean) (Entered: 09/30 |
| 30/2022 | 8587 | MEMORANDUM OF LAW in Support re: 8586 MOTION for Post−Judgment Attachment . . Document filed by Joi Creditors..(Carter, Sean) (Entered: 09/30/2022) |
| 30/2022 | 8588 | PROPOSED ORDER. Document filed by Joint Taliban Creditors. Related Document Number: 8586 ..(Carter, Sean) **Order to be reviewed by Clerk's Office staff.** (Entered: 09/30/2022) |
| 30/2022 | 8589 | MOTION for Judgment *as to Liability and for Partial Final Damages Judgments against the Taliban*. Document file of John Patrick O'Neill Sr..Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Gold (Entered: 09/30/2022) |
| 30/2022 | 8590 | ORDER: The Plaintiffs' Executive Committees ("PECs") request a conference to address how the Court can decide m default judgment against the Taliban in a way that permits plaintiffs to "proceed on equal footing with one another." 8535 at 2. The PECs shall submit a letter with their proposal for how this could be achieved by October 14, 2022. (Si Magistrate Judge Sarah Netburn on 9/30/2022) (ras) (Entered: 09/30/2022) |

| | | |
|---|---|---|
| 30/2022 | 8591 | ***SELECTED PARTIES***DECLARATION of Jerry S. Goldman in Support re: (702 in 1:04−cv−01076−GBD−S MOTION for Judgment *as to Liability and for Partial Final Damages Judgments against the Taliban*.. Document file of John Patrick O'Neill Sr.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit D− Expert Reports Index, # 4 Exh 5 Exhibit D−2, # 6 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SNMo Order to File Under Seal: 8541 .(Goldman, Jerry) (Entered: 09/30/2022) |
| 30/2022 | 8592 | PROPOSED ORDER. Document filed by Estate of John Patrick O'Neill Sr.. (Attachments: # 1 Exhibit A, # 2 Exhibi Document Number: 8589 ..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 09/ |
| 30/2022 | 8593 | MEMORANDUM OF LAW in Support re: (702 in 1:04−cv−01076−GBD−SN) MOTION for Judgment *as to Liabili Partial Final Damages Judgments against the Taliban*. . Document filed by Estate of John Patrick O'Neill Sr.. Filed I Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 09/30/2022) |
| 30/2022 | | ABSTRACT OF JUDGMENT ISSUED on September 30, 2022 In favor of all Plaintiffs against all Sovereign Defend Non−Severeign Defendants in various amounts. Abstract of Judgment to be Picked up by the Party. Filed In Associat 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN. (tp) (Entered: 09/30/2022) |
| 30/2022 | 8594 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated September 30, 2022 re: Joint update concerning redactions. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 09/30/202 |
| 30/2022 | | ABSTRACT OF JUDGMENT ISSUED on September 30, 2022 In favor of all Plaintiffs against all Sovereign Defend Non−Severeign Defendants in various amounts. Abstract of Judgment to be Picked up by the Party. Filed In Associat 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN. (tp) (Entered: 09/30/2022) |
| 30/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 8588 Proposed Order was revi approved as to form. (tp)** (Entered: 09/30/2022) |
| 30/2022 | 8595 | MOTION for Judgment *As Against the Taliban on Behalf of the Personal Injury Plaintiffs*. Document filed by Estate Patrick O'Neill Sr..Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jer (Entered: 09/30/2022) |
| 30/2022 | 8596 | ***SELECTED PARTIES***DECLARATION of Jerry S. Goldman in Support re: (706 in 1:04−cv−01076−GBD−S MOTION for Judgment *As Against the Taliban on Behalf of the Personal Injury Plaintiffs*.. Document filed by Estate Patrick O'Neill Sr.. (Attachments: # 1 Exhibit A−1, # 2 Exhibit A−2, # 3 Exhibit C, # 4 Exhibit C−1, # 5 Exhibit C−2 Exhibit C−3, # 7 Exhibit C−4, # 8 Exhibit D, # 9 Exhibit D− Expert Report Index, # 10 Exhibit D− Expert Reports, # E, # 12 Exhibit E−2, # 13 Exhibit E−3, # 14 Exhibit E−4, # 15 Exhibit E−5, # 16 Exhibit E−6, # 17 Exhibit E−7, # 18 E−8, # 19 Errata E−9, # 20 Exhibit E−10, # 21 Exhibit E−11, # 22 Exhibit E−12, # 23 Exhibit E−13, # 24 Exhibit F, # F−1, # 26 Exhibit F−2)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SNMotion or File Under Seal: 8541 .(Goldman, Jerry) (Entered: 09/30/2022) |
| 30/2022 | 8597 | PROPOSED ORDER. Document filed by Estate of John Patrick O'Neill Sr.. (Attachments: # 1 Exhibit A−1, # 2 Exh Related Document Number: 8595 ..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** Mod 10/3/2022 (nd). (Entered: 09/30/2022) |
| 30/2022 | 8598 | MEMORANDUM OF LAW in Support re: (706 in 1:04−cv−01076−GBD−SN) MOTION for Judgment *As Against t on Behalf of the Personal Injury Plaintiffs*. . Document filed by Estate of John Patrick O'Neill Sr.. Filed In Associated 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 09/30/2022) |
| 03/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (8597 in 1:03−md−01570−GBD in 1:04−cv−01076−GBD−SN) Proposed Order, was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN(nd)** (Entered: 10/03/2022) |
| 04/2022 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED DEFAULT JUDGMENT. Notice to a John Eubanks to RE−FILE Document No. (8562 in 1:03−md−01570−GBD−SN, 1043 in 1:03−cv−09849−GBD− Proposed Default Judgment. The filing is deficient for the following reason(s): The title of the document needs the event type. Please leave a space in the default judgment for the interest calculations to be calculated and en the default judgment. Re−file the document using the event type Proposed Default Judgment found under the Proposed Orders. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN(km)** (Enter 10/04/2022) |
| 04/2022 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Jer Goldman to RE−FILE Document (696 in 1:04−cv−01076−GBD−SN, 8571 in 1:03−md−01570−GBD−SN) Propo Use the event type Proposed Order, Proposed Judgment. Please leave a space in the judgment for the interest calculations to be calculated and added into the judgment. Filed In Associated Cases: 1:03−md−01570−GBD− 1:04−cv−01076−GBD−SN(km)** (Entered: 10/04/2022) |
| 04/2022 | 8599 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** PROPOSED ORDER. Document fil Estate of John Patrick O'Neill Sr.. (Attachments: # 1 Exhibit A) Related Document Number: 8568 ..(Goldman, Jerry) **Order to be reviewed by Clerk's Office staff.** Modified on 10/4/2022 (km). (Entered: 10/04/2022) |

| | | |
|---|---|---|
| )4/2022 | 8600 | MEMO ENDORSEMENT on re: 8594 Letter filed by Kingdom of Saudi Arabia. ENDORSEMENT: The Parties' req granted. They shall submit a further joint status letter on November 30, 2022. (Signed by Magistrate Judge Sarah Net 10/4/2022) (ras) (Entered: 10/04/2022) |
| )4/2022 | 8601 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated October 4, 2022 modified schedule for completion of jurisdictional fact discovery as to Al Rajhi Bank. Document filed by Plaintiffs E Committees..(Carter, Sean) (Entered: 10/04/2022) |
| )4/2022 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Jer Goldman to RE−FILE Document (8599 in 1:03−md−01570−GBD−SN, 710 in 1:04−cv−01076−GBD−SN) Propo Your document and event type need to match. Please remove the word Order from the title of the document. U event type Proposed Order, Proposed Judgment. Also, any section where pre−judgment interest needs to be ca please leave a space for the calculations to be added (ex: interest in the amount of $_______). Filed In Associat 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN(km)** (Entered: 10/04/2022) |
| )4/2022 | 8602 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Exhibit A, # 2 Exhibit B−1, # 3 Exhibit B−2, # 4 Exhibit B−3, # 5 Exhibit C−1, # 6 Exhibit C−2, # 7 Exhibit C−3, # 8 D−1, # 9 Exhibit D−2, # 10 Exhibit D−3, # 11 Exhibit E−1, # 12 Exhibit E−2).(Eubanks, John) **Proposed Default Ju be reviewed by Clerk's Office staff.** (Entered: 10/04/2022) |
| )4/2022 | 8603 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated October 4, 2022 response to ECF No. 8544. Document filed by Plaintiffs Executive Committees..(Flowers, Jodi) (Entered: 10/04/2022 |
| )4/2022 | 8604 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated October 4, 2022 re: extensior deadline to file a motion for attorneys' fees and costs. Document filed by Kingdom of Saudi Arabia..(Kellogg, Micha (Entered: 10/04/2022) |
| )4/2022 | 8605 | MEMO ENDORSEMENT on re: 8601 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The Part schedule is GRANTED. Discovery shall proceed on the schedule set out in this letter. (Signed by Magistrate Judge Sa Netburn on 10/4/2022) (ras) (Entered: 10/04/2022) |
| )4/2022 | 8606 | NOTICE OF APPEARANCE by Edward M. Spiro on behalf of Kreindler & Kreindler LLP..(Spiro, Edward) (Entere 10/04/2022) |
| )4/2022 | 8607 | PROPOSED ORDER TO SHOW CAUSE WITH EMERGENCY RELIEF. Document filed by Kreindler & Kreindle LLP..(Spiro, Edward) **Proposed Order to Show Cause to be reviewed by Clerk's Office staff.** (Entered: 10/04/202 |
| )4/2022 | 8608 | BRIEF re: 8607 Proposed Order to Show Cause With Emergency Relief . Document filed by Kreindler & Kreindler I Edward) (Entered: 10/04/2022) |
| )5/2022 | 8609 | LETTER MOTION for Oral Argument *Re: Motion by Order to Show Cause to Stay Order Pending Resolution of Ru Objections* addressed to Judge George B. Daniels from Edward M. Spiro dated October 4, 2022. Document filed by K Kreindler LLP..(Spiro, Edward) (Entered: 10/05/2022) |
| )5/2022 | 8610 | **FILING ERROR − DEFICIENT DOCKET ENTRY − FILER ERROR −(SEE #8613)** DECLARATION of And Maloney re: 8607 Proposed Order to Show Cause With Emergency Relief . Document filed by Kreindler & Kreindle (Attachments: # 1 Exhibit 1 − Judge Richard C. Casey's June 16, 2004 Order (ECF 248), # 2 Exhibit 2 − November 1 Hearing Transcript, # 3 Exhibit 3 − Magistrate Judge Netburn's October 4, 2021 Order (ECF 7167), # 4 Exhibit 4 − M Judge Netburn's October 21, 2021 Order (ECF 7277), # 5 Exhibit 5 − October 29, 2021 Hearing Transcript, # 6 Exhil Magistrate Judge Netburn's November 1, 2021 Order (ECF 7311), # 7 Exhibit 7 − Magistrate Judge Netburn's Noven Order (ECF 7310), # 8 Exhibit 8 − Magistrate Judge Netburn's September 21, 2022 Order (ECF 8544)).(Spiro, Edwar Modified on 10/7/2022 (kj). (Entered: 10/05/2022) |
| )5/2022 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (1045 in 1:03−cv−09849−GBD−SN, 8602 in 1:03−md−01570−GBD−SN) Proposed Default Judgment was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN(km)** (Entered: 10/ |
| )5/2022 | 8611 | MEMO ENDORSEMENT: on re: (1165 in 1:03−cv−06978−GBD−SN, 8582 in 1:03−md−01570−GBD−SN, 83 in 1:01−cv−10132−GBD−SN, 659 in 1:03−cv−09848−GBD−SN) Letter, filed by Havlish Plaintiffs. ENDORSEMENT ORDERED., ( Objections to R&R due by 11/10/2022) (Signed by Judge George B. Daniels on 10/05/2022) Filed In Cases: 1:03−md−01570−GBD−SN, 1:01−cv−10132−GBD−SN, 1:03−cv−06978−GBD−SN, 1:03−cv−09848−GBD− (Entered: 10/05/2022) |
| )5/2022 | 8612 | MEMO ENDORSEMENT on re: 8604 Letter filed by Kingdom of Saudi Arabia. ENDORSEMENT: The extension r GRANTED. Any motion for attorneys' fees shall be filed by October 12, 2022. (Signed by Magistrate Judge Sarah N 10/5/2022) (ras) (Entered: 10/05/2022) |
| )5/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER TO SHOW CAUSE WITH EMERGENCY RI Document No. 8607 Proposed Order to Show Cause With Emergency Relief was reviewed and approved as to** |

| | | |
|---|---|---|
| | | (Entered: 10/05/2022) |
| )5/2022 | 8613 | DECLARATION of Andrew Maloney re: 8607 Proposed Order to Show Cause With Emergency Relief . Document Kreindler & Kreindler LLP. (Attachments: # 1 Exhibit 1 − Judge Richard C. Casey's June 16, 2004 Order (ECF 248). 2 − November 1−2, 2021 Hearing Transcript, # 3 Exhibit 3 − Magistrate Judge Netburn's October 4, 2021 Order (EC Exhibit 4 − Magistrate Judge Netburn's October 21, 2021 Order (ECF 7277), # 5 Exhibit 5 − October 29, 2021 Heari Transcript, # 6 Exhibit 6 − Magistrate Judge Netburn's November 1, 2021 Order (ECF 7311), # 7 Exhibit 7 − Magistr Netburn's November 1, 2021 Order (ECF 7310), # 8 Exhibit 8 − Magistrate Judge Netburn's September 21, 2022 Ord 8544), # 9 Exhibit 9 − Redline Comparison Against Original Declaration of Andrew Maloney (ECF 8610)).(Spiro, E (Entered: 10/05/2022) |
| )5/2022 | 8614 | LETTER addressed to Magistrate Judge Sarah Netburn from Emily Kirsch dated October 5, 2022 re: Compliance wit Court's September 21, 2022 Order. Document filed by Kreindler & Kreindler LLP..(Kirsch, Emily) (Entered: 10/05/2 |
| )6/2022 | 8615 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Estate of John Patrick O'Neill (Attachments: # 1 Exhibit A).(Goldman, Jerry) **Proposed Default Judgment to be reviewed by Clerk's Office staf** on 10/6/2022 (km). (Entered: 10/06/2022) |
| )6/2022 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (711 in 1:04−cv−01076−GBD−SN, 8615 in 1:03−md−01570−GBD−SN) Proposed Default Judgment was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN(km)** (Entered: 10/ |
| )6/2022 | 8616 | LETTER addressed to Judge George B. Daniels from Michael K. Kellogg dated October 6, 2022 re: Motion by Propo To Show Cause for Stay Pending Resolution of Rule 72(a) Objections filed by Kreindler & Kreindler LLP. Documen Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 10/06/2022) |
| )7/2022 | 8617 | LETTER addressed to Judge George B. Daniels from Edward M. Spiro dated October 7, 2022 re: Saudia Arabia's Le No. 8616). Document filed by Kreindler & Kreindler LLP..(Spiro, Edward) (Entered: 10/07/2022) |
| )7/2022 | 8618 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED ABSTRACT OF JUDGMENT. Filing fee $ 1 receipt number NYSDC−26788944. Abstract of Judgment to be Mailed by the Court. Document filed by Havlish Pla (Attachments: # 1 Exhibit Exhibit A − Judgment Debtors, # 2 Exhibit Exhibit B − Judgment Creditors) Document Nu Related Judgment: 2624 ..(Fleming, Timothy) **Proposed document to be reviewed and processed by Clerk's Offic action required by chambers).** Modified on 10/7/2022 (km). (Entered: 10/07/2022) |
| )7/2022 | 8619 | PROPOSED ABSTRACT OF JUDGMENT. Abstract of Judgment to be Mailed by the Court. Document filed by Ha Plaintiffs. (Attachments: # 1 Exhibit Exhibit A − Judgment Debtors, # 2 Exhibit Exhibit B − Judgment Creditors) Do Number of Related Judgment: 2624 ..(Fleming, Timothy) **Proposed document to be reviewed and processed by Cl Office staff (No action required by chambers).** (Entered: 10/07/2022) |
| )7/2022 | | ABSTRACT OF JUDGMENT ISSUED on October 7, 2022, in favor of all Plaintiffs against all Sovereign Defendan Non−Severeign Defendants in various amounts. Abstract of Judgment mailed by the Court.(km) (Entered: 10/07/202 |
| .1/2022 | 8620 | LETTER addressed to Judge George B. Daniels from Plaintiffs Executive Committees dated October 11, 2022 re: Re ECF Nos. 8608 & 8610. Document filed by Plaintiffs Executive Committees..(Flowers, Jodi) (Entered: 10/11/2022) |
| .1/2022 | 8621 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated October 11, 202 argument on the PECs Motion to Compel Dubai Islamic Bank (DIB), ECF No. 8505. Document filed by Plaintiffs Ex Committees..(Haefele, Robert) (Entered: 10/11/2022) |
| .2/2022 | 8622 | NOTICE OF APPEARANCE by Timothy B. Fleming on behalf of Caroline Breitweiser, Kristen Breitweiser. Filed I Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN.(Fleming, Ti (Entered: 10/12/2022) |
| .2/2022 | 8623 | MOTION for Attorney Fees *Pursuant to Opinion and Order of September 21, 2022*. Document filed by Kingdom of Arabia..(Kellogg, Michael) (Entered: 10/12/2022) |
| .2/2022 | 8624 | DECLARATION of Andrew C. Shen in Support re: 8623 MOTION for Attorney Fees *Pursuant to Opinion and Ord September 21, 2022*.. Document filed by Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 E 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J).(Kellogg, Micha (Entered: 10/12/2022) |
| .2/2022 | 8625 | NOTICE of of Amendment. Document filed by Caroline Breitweiser, Kristen Breitweiser. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN.(Fleming, Timothy) (Entered: 1 |
| .2/2022 | 8626 | MOTION for Default Judgment as to *the Taliban*. Document filed by Caroline Breitweiser, Kristen Breitweiser. (Att 1 Exhibit Exhibit A re: Estates, # 2 Exhibit Exhibit B re: Solatium)Filed In Associated Cases: 1:03−md−01570−GBD 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN.(Fleming, Timothy) (Entered: 10/12/2022) |

| | | |
|---|---|---|
| .2/2022 | 8627 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED DEFAULT JUDGMENT pursuant to FRCP 5 Document filed by Caroline Breitweiser, Kristen Breitweiser..(Fleming, Timothy) **Proposed Default Judgment to b by Clerk's Office staff.** Modified on 10/13/2022 (km). (Entered: 10/12/2022) |
| .2/2022 | 8628 | DECLARATION of Timothy B. Fleming in Support re: (1767 in 1:02−cv−06977−GBD−SN, 248 in 1:02−cv−07230− 8626 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *the Taliban*.. Document filed by Caroline Breitweiser, Kristen Breitweiser. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN 1:02−cv−07230−GBD−SN.(Fleming, Timothy) (Entered: 10/12/2022) |
| .3/2022 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED DEFAULT JUDGMENT. Notice to a Timothy Fleming to RE−FILE Document No. (249 in 1:02−cv−07230−GBD−SN, 8627 in 1:03−md−01570−GBI in 1:02−cv−06977−GBD−SN) Proposed Default Judgment. The filing is deficient for the following reason(s): Tl document and filing event need to match (please remove the word Order from the title). The section of the defa judgment (where interest needs to be calculated) please add, interest in the amount of $________, so that the ir calculations can be added in. Re−file the document using the event type Proposed Default Judgment found und event list Proposed Orders. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN(km)** (Entered: 10/13/2022) |
| .3/2022 | 8629 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Caroline Breitweiser, Kristen Breitweiser..(Fleming, Timothy) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** Modified on (km). (Entered: 10/13/2022) |
| .3/2022 | 8630 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated October 13, 202 Request for one−week extension of October 14, 2022 deadline referenced in ECF No. 8590. Document filed by Plain Executive Committees..(Haefele, Robert) (Entered: 10/13/2022) |
| .3/2022 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (251 in 1:02−cv−07230−GBD−SN, 1770 in 1:02−cv−06977−GBD−SN, 8629 in 1:03−md−01570−GBD−SN) Proposed De Judgment was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN(km)** (Entered: 10/13/2022) |
| .3/2022 | 8631 | MOTION for Partial Final Judgment Against Iran . Document filed by Jessica Derubbio.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 10/13/2022) |
| .3/2022 | 8632 | MEMORANDUM OF LAW in Support re: (193 in 1:18−cv−12387−GBD−SN, 203 in 1:18−cv−05320−GBD−SN, 2 1:18−cv−05306−GBD−SN, 138 in 1:19−cv−11865−GBD−SN, 213 in 1:18−cv−05339−GBD−SN, 44 in 1:21−cv−10 8631 in 1:03−md−01570−GBD−SN, 116 in 1:20−cv−10460−GBD−SN, 135 in 1:18−cv−11875−GBD−SN, 166 in 1:18−cv−12276−GBD−SN, 207 in 1:18−cv−12277−GBD−SN, 179 in 1:18−cv−05331−GBD−SN, 171 in 1:18−cv−11837−GBD−SN, 124 in 1:19−cv−11776−GBD−SN, 129 in 1:20−cv−09376−GBD−SN, 152 in 1:18−cv−11878−GBD−SN, 202 in 1:18−cv−05321−GBD−SN, 181 in 1:18−cv−11870−GBD−SN) MOTION for Part Judgment Against Iran . . Document filed by Jessica Derubbio. Filed In Associated Cases: 1:03−md−01570−GBD−S al..(Goldman, Jerry) (Entered: 10/13/2022) |
| .3/2022 | 8633 | ***SELECTED PARTIES***DECLARATION of Jerry S. Goldman, Esq. in Support re: (203 in 1:18−cv−05320−G 207 in 1:18−cv−12277−GBD−SN, 179 in 1:18−cv−05331−GBD−SN, 171 in 1:18−cv−11837−GBD−SN, 124 in 1:19−cv−11776−GBD−SN, 181 in 1:18−cv−11870−GBD−SN, 193 in 1:18−cv−12387−GBD−SN, 238 in 1:18−cv−05306−GBD−SN, 138 in 1:19−cv−11865−GBD−SN, 213 in 1:18−cv−05339−GBD−SN, 44 in 1:21−cv−10 8631 in 1:03−md−01570−GBD−SN, 116 in 1:20−cv−10460−GBD−SN, 135 in 1:18−cv−11875−GBD−SN, 166 in 1:18−cv−12276−GBD−SN, 129 in 1:20−cv−09376−GBD−SN, 152 in 1:18−cv−11878−GBD−SN, 202 in 1:18−cv−05321−GBD−SN) MOTION for Partial Final Judgment Against Iran .. Document filed by Jessica Derubbio (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit D−3 Index, # 6 Exhibit D−3a, # D−3b)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.Motion or Order to File Under Seal: 7963 .(Goldn (Entered: 10/13/2022) |
| .3/2022 | 8634 | PROPOSED ORDER. Document filed by Jessica Derubbio. (Attachments: # 1 Exhibit A, # 2 Exhibit B) Related Doc Number: 8631 ..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 10/13/2022) |
| .3/2022 | 8635 | LETTER MOTION for Leave to File Excess Pages *for K&K's Rule 72 Objections* addressed to Judge George B. Dan Edward M. Spiro dated October 13, 2022. Document filed by Kreindler & Kreindler LLP..(Spiro, Edward) (Entered: 10/13/2022) |
| .4/2022 | 8636 | NOTICE of of Amendment. Document filed by Colin Ryan, Kristen Ryan, Laura Ryan. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD.(Fleming, Timothy) (Entered: 10/14/ |
| .4/2022 | 8637 | NOTICE OF APPEARANCE by Timothy B. Fleming on behalf of Colin Ryan, Kristen Ryan, Laura Ryan, Patricia R In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD.(Fleming, Tim (Entered: 10/14/2022) |

| | | |
|---|---|---|
| .4/2022 | 8638 | MOTION for Default Judgment as to *the Taliban*. Document filed by Katherine Maher, Katherine Maher, Colin Ryan Ryan, Laura Ryan, Patricia Ryan. (Attachments: # 1 Exhibit A re: Estates, # 2 Exhibit B re: Solatium)Filed In Associ 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD.(Fleming, Timothy) (Entered: 10/14/ |
| .4/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (216 in 1:18−cv−05339−GBD−S 1:03−md−01570−GBD−SN, 196 in 1:18−cv−12387−GBD−SN, 155 in 1:18−cv−11878−GBD−SN, 206 in 1:18−cv−05320−GBD−SN, 169 in 1:18−cv−12276−GBD−SN, 241 in 1:18−cv−05306−GBD−SN, 205 in 1:18−cv−05321−GBD−SN, 210 in 1:18−cv−12277−GBD−SN, 127 in 1:19−cv−11776−GBD−SN, 182 in 1:18−cv−05331−GBD−SN, 132 in 1:20−cv−09376−GBD−SN, 174 in 1:18−cv−11837−GBD−SN, 47 in 1:21−cv−10239−GBD, 141 in 1:19−cv−11865−GBD−SN, 184 in 1:18−cv−11870−GBD−SN, 119 in 1:20−cv−10460−GBD−SN, 138 in 1:18−cv−11875−GBD−SN) Proposed Order was reviewed and approved as to Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(nd)** (Entered: 10/14/2022) |
| .4/2022 | 8639 | MEMO ENDORSEMENT on re: 8630 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The exte request is GRANTED. The PEC letter proposal shall be filed by October 21, 2022. (Signed by Magistrate Judge Sara on 10/14/2022) (ras) (Entered: 10/14/2022) |
| .4/2022 | 8640 | DECLARATION of Timothy B. Fleming in Support re: (189 in 1:02−cv−07236−GBD, 1773 in 1:02−cv−06977−GB 8638 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *the Taliban*.. Document filed by Katherin Katherine Maher, Colin Ryan, Kristen Ryan, Laura Ryan, Patricia Ryan. Filed In Associated Cases: 1:03−md−01570 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD.(Fleming, Timothy) (Entered: 10/14/2022) |
| .4/2022 | 8641 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Katherine Maher, Katherine M Ryan, Kristen Ryan, Laura Ryan, Patricia Ryan..(Fleming, Timothy) **Proposed Default Judgment to be reviewed b Office staff.** Modified on 10/17/2022 (km). (Entered: 10/14/2022) |
| .7/2022 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (8641 in 1:03−md−01570−GBD−SN, 1775 in 1:02−cv−06977−GBD−SN, 191 in 1:02−cv−07236−GBD) Proposed Default was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977− 1:02−cv−07236−GBD(km)** (Entered: 10/17/2022) |
| .7/2022 | 8642 | MEMORANDUM DECISION AND ORDER: denying without prejudice 8609 Letter Motion for Oral Argument. Th Kreindler & Kreindler's motion by proposed order to show cause for a stay is DENIED without prejudice. Regarding forthcoming Rule 72(a) objections to Judge Netburn's Opinion and Order, upon full briefing and submission, this Cou prepared to hear oral argument on December 8, 2022 at 10:00 a.m. The Clerk of the Court is directed to close the ope motion at ECF No. 8609. And as set forth herein. SO ORDERED. (Signed by Judge George B. Daniels on 10/17/202 (Entered: 10/17/2022) |
| .7/2022 | | Set/Reset Hearings: Oral Argument set for 12/8/2022 at 10:00 AM before Judge George B. Daniels. (ama) (Entered: |
| .7/2022 | 8643 | NOTICE OF APPEARANCE by Craig S Tarasoff on behalf of Kreindler & Kreindler LLP..(Tarasoff, Craig) (Entere 10/17/2022) |
| .7/2022 | 8644 | LETTER MOTION for Leave to File short form complaint after severance *of the Ryan and Maher Plaintiffs' claims f et al. v. al Qaeda Army* addressed to Magistrate Judge Sarah Netburn from Timothy B. Fleming and Dennis G. Panta October 17, 2022. Document filed by Daniel Maher, Joseph Maher, Katherine Maher, Katherine Maher, Colin Ryan, Ryan, Laura Ryan, Patricia Ryan.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN 1:02−cv−07236−GBD, 1:20−cv−00266−GBD−SN.(Fleming, Timothy) (Entered: 10/17/2022) |
| .7/2022 | 8645 | LETTER addressed to Judge George B. Daniels from Naseer A. Faiq dated October 17, 2022 re: Notice of Suppleme Authority Regarding Report & Recommendation. Document filed by Naseer Faiq. (Attachments: # 1 Supplement US Statement of Interest in Cabellero v. FARC).(Arnpriester, Natasha) (Entered: 10/17/2022) |
| .8/2022 | 8646 | ORDER: granting 8635 Letter Motion for Leave to File Excess Pages. SO ORDERED. (Signed by Judge George B. I 10/18/2022) (ama) (Entered: 10/18/2022) |
| .8/2022 | 8647 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated October 18, 202 Courtesy copies of Plaintiffs' Daubert filings. Document filed by Plaintiffs Executive Committees..(Haefele, Robert) 10/18/2022) |
| .8/2022 | 8648 | LETTER addressed to Magistrate Judge Sarah Netburn from Dorothea M. Capone dated October 18, 2022 re: in Resp Timothy Flemings letter to Court dated Oct. 17, 2022 (ECF No. 8644) regarding claims for Ryan and Maher Plaintiff Document filed by Virginia Bauer, et al, Virginia Bauer, et al.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhib Exhibit D, # 5 Exhibit E, # 6 Exhibit F)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBI 1:02−cv−07236−GBD.(Capone, Dorothea) (Entered: 10/18/2022) |
| 20/2022 | 8649 | LETTER addressed to Judge George B. Daniels from Edward M. Spiro dated October 20, 2022 re: Request for Two−Business−Day Extension of Filing Deadline. Document filed by Kreindler & Kreindler LLP..(Spiro, Edward) (] 10/20/2022) |

| | | |
|---|---|---|
| 20/2022 | 8650 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Sarah Netburn from Timothy B. Fleming and Pantazis dated October 20, 2022 re: (192 in 1:02−cv−07236−GBD, 8644 in 1:03−md−01570−GBD−SN, 1786 in 1:02−cv−06977−GBD−SN) LETTER MOTION for Leave to File short form complaint after severance *of the Ryan a Plaintiffs' claims from Bauer, et al. v. al Qaeda Army* addressed to Magistrate Judge Sarah Netburn from Timothy B. and Dennis G. Pantazis . Document filed by Daniel Maher, Joseph Maher, Katherine Maher, Katherine Maher, Colin Kristen Ryan, Laura Ryan, Patricia Ryan. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−C 1:02−cv−07236−GBD.(Fleming, Timothy) (Entered: 10/20/2022) |
| 20/2022 | 8651 | MEMO ENDORSEMENT: on re: 8649 Letter filed by Kreindler & Kreindler LLP. ENDORSEMENT: SO ORDERE Objections to R&R due by 10/25/2022) (Signed by Judge George B. Daniels on 10/20/2022) (ama) (Entered: 10/20/2 |
| 20/2022 | 8652 | MOTION to Substitute Party. Old Party: John Doe 91, being intended to designate the Personal Representative of the Otis Tolbert, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has no appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/ has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally beneficiaries and family members of Otis Tolbert, New Party: Shari Tolbert as the Personal Representative of the Est Tolbert, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Otis Tol Document filed by Michael Bianco. (Attachments: # 1 Text of Proposed Order Proposed Order to Substitute)Filed In Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:20−cv−10902−GBD−SN.(Goldman, Jerry) (Entere 10/20/2022) |
| 20/2022 | 8653 | NOTICE of of Amendment. Document filed by Sheri Burlingame. Filed In Associated Cases: 1:03−md−01570−GBD 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN.(Granito, Frank) (Entered: 10/20/2022) |
| 20/2022 | 8654 | LETTER addressed to Magistrate Judge Sarah Netburn from Aisha E. Bembry dated October 20, 2022 re: Courtesy c Joint Defendants' Daubert filings. Document filed by International Islamic Relief Organization, Muslim World League..(Bembry, Aisha) (Entered: 10/20/2022) |
| 20/2022 | 8655 | NOTICE of Amendment. Document filed by Est. of Bharvaney, Kishore Bharvaney, Savitri Bharvaney. Filed In Ass Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD.(Capone, Dorothea) (Entered 10/20/2022) |
| 20/2022 | 8656 | MOTION to Amend/Correct *First Amended Complaint filed on February 2, 2019 in Anaya v. Iran, 18−cv−12341*. D filed by Jasmine Lanham.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN.(Bonne (Entered: 10/20/2022) |
| 20/2022 | 8657 | DECLARATION of Patrick Joseph Donahue in Support re: (125 in 1:18−cv−12341−GBD−SN, 8656 in 1:03−md−01570−GBD−SN) MOTION to Amend/Correct *First Amended Complaint filed on February 2, 2019 in An 18−cv−12341*.. Document filed by Jasmine Lanham. (Attachments: # 1 Exhibit 1)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN.(Bonner, James) (Entered: 10/20/2022) |
| 20/2022 | 8658 | MEMORANDUM OF LAW in Support re: (125 in 1:18−cv−12341−GBD−SN, 8656 in 1:03−md−01570−GBD−SN) to Amend/Correct *First Amended Complaint filed on February 2, 2019 in Anaya v. Iran, 18−cv−12341*. . Document Jasmine Lanham. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN.(Bonner, James 10/20/2022) |
| 20/2022 | 8659 | PROPOSED ORDER. Document filed by Jasmine Lanham. Related Document Number: [8656 in 03−1570; 125 in 18−12341]..(Bonner, James) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 10/20/2022) |
| 20/2022 | 8660 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman & Andrew J. Maloney, III dated Octo 2022 re: Taliban Judgments. Document filed by Christine ONeill.Filed In Associated Cases: 1:03−md−01570−GBD− 1:02−cv−06977−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 10/20/2022) |
| 21/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (8659 in 1:03−md−01570−GBD in 1:18−cv−12341−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN(nd)** (Entered: 10/21/2022) |
| 21/2022 | 8661 | ***SELECTED PARTIES*** LETTER MOTION for Leave to File Declaration of Jerry S. Goldman and Updated P Order addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman dated 10/21/2022. Document filed by Est Patrick O'Neill Sr.. (Attachments: # 1 Exhibit Declaration of Jerry S. Goldman, # 2 Exhibit A−1 (DECLARATION), A−2 (DECLARATION), # 4 Exhibit C, # 5 Exhibit C−1, # 6 Exhibit C−2, # 7 Exhibit C−3, # 8 Exhibit C−4, # 9 Exh Exhibit D Expert Reports, # 11 Exhibit D−1, # 12 Exhibit E, # 13 Exhibit E−2, # 14 Exhibit E−3, # 15 Exhibit E−4, # E−5, # 17 Exhibit E−6, # 18 Exhibit E−7, # 19 Exhibit E−8, # 20 Exhibit E−9, # 21 Exhibit E−10, # 22 Exhibit E−11 Exhibit E−12, # 24 Exhibit E−13, # 25 Exhibit F, # 26 Exhibit F−1, # 27 Exhibit F−2, # 28 Text of Proposed Order P Order, # 29 Exhibit A−1 (PROPOSED ORDER), # 30 Exhibit A−2 (PROPOSED ORDER))Filed In Associated Case 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SNMotion or Order to File Under Seal: 8541 .(Goldman, Jerry) 10/21/2022) |

| | | |
|---|---|---|
| 21/2022 | 8662 | LETTER addressed to Judge George B. Daniels from John F. Schutty, Esq. dated October 21, 2022 re: MDLECF#85 Requesting Advice on How Taliban Default Judgment Applications Might be Resolved Fairly. Document filed by Ire Dickey.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) (Entered: 10/21/2022) |
| 21/2022 | 8663 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated 10/21/2022 re: C Order (ECF No. 8590) responding to how the Court can decide pending, or soon to be pending, motions for default ju against the Taliban in a way that permits those plaintiffs to proceed on equal footing with one another. Document file Plaintiffs Executive Committees. (Attachments: # 1 Exhibit Exhibit A).(Haefele, Robert) (Entered: 10/21/2022) |
| 21/2022 | 8664 | ORDER granting (8652) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; granting (712) Motion to Su Party in case 1:04−cv−01076−GBD−SN; granting (109) Motion to Substitute Party in case 1:20−cv−10902−GBD−SI Tolbert, as the Personal Representative of the Estate of Otis Tolbert is substituted for John Doe 91 being intended to the Personal Representative of the Estate of Otis Tolbert. (HEREBY ORDERED by Magistrate Judge Sarah Netburn Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:20−cv−10902−G (ras) (Entered: 10/21/2022) |
| 21/2022 | 8665 | ORDER granting (8656) Motion to Amend/Correct (8656 in 1:03−md−01570−GBD−SN, 125 in 1:18−cv−12341−GI The First Amended Short Form Complaint filed in Marie Laure Anaya, et al. v. Islamic Republic of Iran, 1:18−cv−12 February 2, 2019 is amended nunc pro tunc to change plaintiff Jasmine Lanham's name to Jasmine Jackman. Service amended pleading on the Islamic Republic of Iran is waived. The Clerk of Court is respectfully directed to amend the captions for Marie Laure Anaya, et al. v. Islamic Republic of Iran, 1:18−cv−12341 and In re Terrorist Attacks on Sep 2001, 1:03−md−01570 to reflect the plaintiff's correct name, and to terminate the motions at 18−cv−12341 ECF No. 03−md−01570 ECF No. 8656. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed I Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN. (ras) (Entered: 10/21/2022) |
| 24/2022 | 8666 | LETTER addressed to Magistrate Judge Sarah Netburn from Ashton Plaintiffs dated October 24, 2022 re: Court's Ord No. 8590 pertaining to Taliban default judgments. Document filed by Sheri G. Burlingame..(O'Grady, Jeanne) (Enter 10/24/2022) |
| 24/2022 | 8667 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** PROPOSED DEFAULT JUDGMEN to FRCP 55(b)(2). Document filed by Irene Dickey. (Attachments: # 1 Exhibit List of Ashton−Burlingame−Dickey P Proposed Default Judgment Awards Against the Taliban & Mohammed Omar).(Schutty, John) **Proposed Default Ju be reviewed by Clerk's Office staff.** Modified on 10/25/2022 (km). (Entered: 10/24/2022) |
| 25/2022 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Joh to RE−FILE Document (1804 in 1:02−cv−06977−GBD−SN, 8667 in 1:03−md−01570−GBD−SN) Proposed Defa Judgment. The document and the event type do not match. Use the event type Proposed Orders, Proposed jud Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(km)** (Entered: 10/25/2022) |
| 25/2022 | 8668 | PROPOSED JUDGMENT. Document filed by Irene Dickey. (Attachments: # 1 Exhibit List of Ashton−Burlingame− Plaintiffs & Proposed Default Judgment Awards Against the Taliban & Mohammed Omar).(Schutty, John) **Proposed to be reviewed by Clerk's Office staff.** (Entered: 10/25/2022) |
| 25/2022 | 8669 | ORDER granting (8661) Letter Motion for Leave to File Document in case 1:03−md−01570−GBD−SN; granting (71 Motion for Leave to File Document in case 1:04−cv−01076−GBD−SN. The Clerk of Court is directed to substitute th Goldman Declaration, Exhibits, and Proposed Order (8661−1 through 8661−30) for the original declaration, exhibits, proposed order docketed at 8596 and 8597. The Court will consider the corrected filings in connection with 8595. (H ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GB 1:04−cv−01076−GBD−SN. (ras) (Entered: 10/25/2022) |
| 25/2022 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (8668 in 1:03−md−01570− 1806 in 1:02−cv−06977−GBD−SN) Proposed Judgment, was reviewed and approved as to form. Filed In Assoc Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN. (tp)** (Entered: 10/25/2022) |
| 25/2022 | 8670 | LETTER addressed to Magistrate Judge Sarah Netburn from Emily Kirsch dated October 25, 2022 re: Hearing Trans Document filed by Kreindler & Kreindler LLP. (Attachments: # 1 Exhibit Transcript of Hearing − Nov. 1, 2021, # 2 Transcript of Hearing − Nov. 2, 2021).(Kirsch, Emily) (Entered: 10/25/2022) |
| 25/2022 | 8671 | **FILING ERROR − WRONG PDF FILE ASSOCIATED WITH DOCKET ENTRY −** ***SELECTED PARTIES***APPEAL OF MAGISTRATE JUDGE DECISION to District Court. Document filed by John Fawcett, Kingdom of Saudi Arabia, Kreindler & Kreindler LLP. Copies of Appeal of Magistrate Judge Decision to District Co on Attorney(s) of Record: Selected Parties by ECF. (Attachments: # 1 Exhibit KK 1, # 2 Exhibit KK 2, # 3 Exhibit K Exhibit KK 4, # 5 Exhibit KK 5, # 6 Exhibit KK 8, # 7 Exhibit KK 9, # 8 Exhibit KK 14, # 9 Exhibit KK 18, # 10 Ex 20, # 11 Exhibit KK 29, # 12 Exhibit KK 34, # 13 Exhibit KK 35, # 14 Exhibit KK 36, # 15 Exhibit KK 41, # 16 Exh # 17 Exhibit KK 51, # 18 Exhibit KK 52, # 19 Exhibit KK 53, # 20 Exhibit KK 54, # 21 Exhibit KK 55, # 22 Exhibit 23 Exhibit KK 57, # 24 Exhibit KK 58, # 25 Exhibit KK 61, # 26 Exhibit KK 62, # 27 Exhibit KK 63, # 28 Exhibit K Exhibit KK 65, # 30 Exhibit KK 66, # 31 Exhibit KK 67, # 32 Exhibit KK 69, # 33 Exhibit KK 73, # 34 Exhibit KK |

| | | |
|---|---|---|
| | | Exhibit KK 102, # 36 Exhibit KSAX−0002, # 37 Exhibit KSAX−0010, # 38 Exhibit KSAX−0011, # 39 Exhibit KSA 40 Exhibit KSAX−0014, # 41 Exhibit KSAX−0015, # 42 Exhibit KSAX−0018, # 43 Exhibit KSAX−0023, # 44 Exh KSAX−0031, # 45 Exhibit KSAX−0032, # 46 Exhibit KSAX−0038, # 47 Exhibit KSAX−0039, # 48 Exhibit KSAX- Exhibit KSAX−0042, # 50 Exhibit KSAX−0043, # 51 Exhibit KSAX−0043A, # 52 Exhibit KSAX−0048C, # 53 Exh KSAX−0049, # 54 Exhibit KSAX−0051, # 55 Exhibit KSAX−0056A, # 56 Exhibit KSAX−0056B, # 57 Exhibit KS # 58 Exhibit KSAX−0056J, # 59 Exhibit KSAX−0058, # 60 Exhibit KSAX−0059, # 61 Exhibit KSAX−0062A, # 62 KSAX−0062B, # 63 Exhibit KSAX−0067, # 64 Exhibit KSAX−0068, # 65 Exhibit KSAX−0074, # 66 Exhibit KSAX 67 Exhibit KSAX−0082, # 68 Exhibit KSAX−0084, # 69 Exhibit KSAX−0086, # 70 Exhibit KSAX−0093, # 71 Exh KSAX−0097, # 72 Exhibit KSAX−0098, # 73 Exhibit KSAX−0099, # 74 Exhibit KSAX−0100, # 75 Exhibit KSAX- Exhibit KSAX−0108, # 77 Exhibit KSAX−0108A, # 78 Exhibit KSAX−0109, # 79 Exhibit KSAX−0109A, # 80 Exh KSAX−0110, # 81 Exhibit KSAX−0110A, # 82 Exhibit KSAX−0112, # 83 Exhibit KSAX−0112A, # 84 Exhibit KS 85 Exhibit KSAX−0118, # 86 Exhibit KSAX−0118A, # 87 Exhibit KSAX−0120, # 88 Exhibit KSAX−0121, # 89 Ex KSAX−0134, # 90 Exhibit KSAX−0135, # 91 Exhibit KSAX−0136, # 92 Exhibit KSAX−0142, # 93 Exhibit KSAX- Exhibit KSAX−0151, # 95 Exhibit KSAX−0152)Motion or Order to File Under Seal: 1900 .(Kirsch, Emily) Modifie 10/25/2022 (tp). (Entered: 10/25/2022) |
| 25/2022 | 8672 | MOTION for Default Judgment as to *Naomi Furman*. Document filed by Naomi Furman.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12344−GBD−SN.(Estelle, Austin) (Entered: 10/25/2022) |
| 25/2022 | 8673 | MEMORANDUM OF LAW in Support re: (50 in 1:18−cv−12344−GBD−SN) MOTION for Default Judgment as to *Furman*. . Document filed by Naomi Furman. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12344−GBD−SN.(Estelle, Austin) (Entered: 10/25/2022) |
| 25/2022 | 8674 | LETTER addressed to Magistrate Judge Sarah Netburn from Emily Kirsch dated October 25, 2022 re: Appendix of E be Unsealed. Document filed by Kreindler & Kreindler LLP..(Kirsch, Emily) (Entered: 10/25/2022) |
| 25/2022 | 8675 | DECLARATION of Austin Estelle in Support re: (50 in 1:18−cv−12344−GBD−SN) MOTION for Default Judgment *Naomi Furman*.. Document filed by Naomi Furman. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12344−GBD−SN.(Estelle, Austin) (Entered: 10/25/2022) |
| 25/2022 | 8676 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Naomi Furman..(Estelle, Aust **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 10/25/2022) |
| 25/2022 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − PDF ERROR. Notice to Attorney Emily Kirsch RE−FILE Document 8671 Appeal of Magistrate Judge Decision to District Court. (tp)** (Entered: 10/25/2022) |
| 25/2022 | 8677 | MOTION to Add *Parties Against the Taliban*. Document filed by Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 10/25/2022) |
| 25/2022 | 8678 | MEMORANDUM OF LAW in Support re: (8677 in 1:03−md−01570−GBD−SN, 1046 in 1:03−cv−09849−GBD−SN to Add *Parties Against the Taliban*. . Document filed by Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 10/25/2022) |
| 25/2022 | 8679 | DECLARATION of John M. Eubanks in Support re: (8677 in 1:03−md−01570−GBD−SN, 1046 in 1:03−cv−09849− MOTION to Add *Parties Against the Taliban*.. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Fil Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 10/25/2022) |
| 25/2022 | 8680 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. Related Document Number: 8677 ..(Eubanks, John) **Pro Order to be reviewed by Clerk's Office staff.** (Entered: 10/25/2022) |
| 25/2022 | 8681 | ***SELECTED PARTIES***Objection re: 8544 Memorandum & Opinion,,,,,, *Imposing Sanctions on Kreindler & K LLP*. Document filed by Plaintiffs Executive Committees, Kingdom of Saudi Arabia, Kingdom of Saudi Arabia, King Saudi Arabia, Kingdom of Saudi Arabia, Kreindler & Kreindler LLP. Motion or Order to File Under Seal: 1900 .(Spi (Entered: 10/25/2022) |
| 26/2022 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (8676 in 1:03−md−01570−GBD−SN, 53 in 1:18−cv−12344−GBD−SN) Proposed Default Judgment was reviewed and ap to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12344−GBD−SN(km)** (Entered: 10/26/ |
| 26/2022 | 8682 | ***SELECTED PARTIES***NOTICE of Appendix of Exhibits Entered Into Evidence in Connection with Novemb 2021 Hearing re: 8681 Objection (non−motion),. Document filed by Plaintiffs Executive Committees, Kingdom of Sa Kreindler & Kreindler LLP. (Attachments: # 1 Exhibit KK 1, # 2 Exhibit KK 2, # 3 Exhibit KK 3, # 4 Exhibit KK 4, KK 5, # 6 Exhibit KK 8, # 7 Exhibit KK 9, # 8 Exhibit KK 14, # 9 Exhibit KK 18, # 10 Exhibit KK 20, # 11 Exhibit 12 Exhibit KK 34, # 13 Exhibit KK 35, # 14 Exhibit KK 36, # 15 Exhibit KK 41, # 16 Exhibit KK 43, # 17 Exhibit K Exhibit KK 52, # 19 Exhibit KK 53, # 20 Exhibit KK 54, # 21 Exhibit KK 55, # 22 Exhibit KK 56, # 23 Exhibit KK Exhibit KK 58, # 25 Exhibit KK 61, # 26 Exhibit KK 62, # 27 Exhibit KK 63, # 28 Exhibit KK 64, # 29 Exhibit KK Exhibit KK 66, # 31 Exhibit KK 67, # 32 Exhibit KK 69, # 33 Exhibit KK 73, # 34 Exhibit KK 87, # 35 Exhibit KK Exhibit KSAX−0002, # 37 Exhibit KSAX−0010, # 38 Exhibit KSAX−0011, # 39 Exhibit KSAX−0012, # 40 Exhibit |

| | | |
|---|---|---|
| | | KSAX−0014, # 41 Exhibit KSAX−0015, # 42 Exhibit KSAX−0018, # 43 Exhibit KSAX−0023, # 44 Exhibit KSAX- Exhibit KSAX−0032, # 46 Exhibit KSAX−0038, # 47 Exhibit KSAX−0039, # 48 Exhibit KSAX−0040, # 49 Exhibit KSAX−0042, # 50 Exhibit KSAX−0043, # 51 Exhibit KSAX−0043A, # 52 Exhibit KSAX−0048C, # 53 Exhibit KSA 54 Exhibit KSAX−0051, # 55 Exhibit KSAX−0056A, # 56 Exhibit KSAX−0056B, # 57 Exhibit KSAX−0056F, # 58 KSAX−0056J, # 59 Exhibit KSAX−0058, # 60 Exhibit KSAX−0059, # 61 Exhibit KSAX−0062A, # 62 Exhibit KSA # 63 Exhibit KSAX−0067, # 64 Exhibit KSAX−0068, # 65 Exhibit KSAX−0074, # 66 Exhibit KSAX−0079, # 67 Ex KSAX−0082, # 68 Exhibit KSAX−0084, # 69 Exhibit KSAX−0086, # 70 Exhibit KSAX−0093, # 71 Exhibit KSAX- Exhibit KSAX−0098, # 73 Exhibit KSAX−0099, # 74 Exhibit KSAX−0100, # 75 Exhibit KSAX−0101, # 76 Exhibit KSAX−0108, # 77 Exhibit KSAX−0108A, # 78 Exhibit KSAX−0109, # 79 Exhibit KSAX−0109A, # 80 Exhibit KSA 81 Exhibit KSAX−0110A, # 82 Exhibit KSAX−0112, # 83 Exhibit KSAX−0112A, # 84 Exhibit KSAX−0115, # 85 E KSAX−0118, # 86 Exhibit KSAX−0118A, # 87 Exhibit KSAX−0120, # 88 Exhibit KSAX−0121, # 89 Exhibit KSAX 90 Exhibit KSAX−0135, # 91 Exhibit KSAX−0136, # 92 Exhibit KSAX−0142, # 93 Exhibit KSAX−0150, # 94 Exh KSAX−0151, # 95 Exhibit KSAX−0152)Motion or Order to File Under Seal: 1900 .(Kirsch, Emily) (Entered: 10/26/ |
| 26/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (8680 in 1:03−md−01570−GBD in 1:03−cv−09849−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN(km)** (Entered: 10/26/2022) |
| 26/2022 | 8683 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated October 26, 202 Response to Ashton counsels October 24, 2022 letter (ECF No. 8666). Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 10/26/2022) |
| 26/2022 | 8684 | LETTER addressed to Judge George B. Daniels from Michael K. Kellogg dated October 26, 2022 re: filing dates re F Objections. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 10/26/2022) |
| 26/2022 | 8685 | MEMORANDUM OF LAW in Opposition re: 8623 MOTION for Attorney Fees *Pursuant to Opinion and Order of S 21, 2022*. . Document filed by Kreindler & Kreindler LLP..(Tarasoff, Craig) (Entered: 10/26/2022) |
| 27/2022 | 8686 | MEMO ENDORSEMENT: on re: 8684 Letter filed by Kingdom of Saudi Arabia. ENDORSEMENT: SO ORDERED Responses due by 11/15/2022, Replies due by 12/1/2022.) (Signed by Judge George B. Daniels on 10/27/2022) (ama 10/27/2022) |
| 27/2022 | 8687 | MOTION for Default Judgment as to *stepchildren of the late Michael W. Lowe against Islamic Republic of Iran*. Doc by Donovan Lanham, Gary Lanham, Jasmine Lanham.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN.(Bonner, James) (Entered: 10/27/2022) |
| 27/2022 | 8688 | DECLARATION of P. Joseph Donahue in Support re: (130 in 1:18−cv−12341−GBD−SN, 8687 in 1:03−md−01570− MOTION for Default Judgment as to *stepchildren of the late Michael W. Lowe against Islamic Republic of Iran*.. Do filed by Donovan Lanham, Gary Lanham, Jasmine Lanham. (Attachments: # 1 Exhibit 1 (Declaration of Vivian Lanh # 2 Exhibit 2 (Declaration of Donovan Lanham), # 3 Exhibit 3 (Declaration of Gary Lanham), # 4 Exhibit 4 (Declara Jasmine Jackman (nee Lanham)))Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN James) (Entered: 10/27/2022) |
| 27/2022 | 8689 | MEMORANDUM OF LAW in Support re: (130 in 1:18−cv−12341−GBD−SN, 8687 in 1:03−md−01570−GBD−SN) for Default Judgment as to *stepchildren of the late Michael W. Lowe against Islamic Republic of Iran*. . Document fil Donovan Lanham, Gary Lanham, Jasmine Lanham. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN.(Bonner, James) (Entered: 10/27/2022) |
| 28/2022 | 8690 | NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, th plaintiff(s) and or their counsel(s), hereby give notice that the above−captioned action is voluntarily dismissed, witho against the defendant(s) Islamic Republic of Iran, Al Baraka Investment & Development Corp.. Document filed by B Plaintiffs. **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by cha** Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN, 1:15−cv−09903−GBD−SN.(Eub (Entered: 10/28/2022) |
| 28/2022 | 8691 | MOTION to Add *Parties Against the Taliban*. Document filed by Christine ONeill.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 10/28/2022) |
| 28/2022 | 8692 | MEMORANDUM OF LAW in Support re: (717 in 1:04−cv−01076−GBD−SN, 8691 in 1:03−md−01570−GBD−SN) to Add *Parties Against the Taliban*. . Document filed by Christine ONeill. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 10/28/2022) |
| 28/2022 | 8693 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (717 in 1:04−cv−01076−GBD−SN, 8691 in 1:03−md−01570−GBD−SN) MOTION to Add *Parties Against the Taliban*.. Document filed by Christine ONeill. (At # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) ( 10/28/2022) |

| | | |
|---|---|---|
| 28/2022 | 8694 | PROPOSED ORDER. Document filed by Christine ONeill. (Attachments: # 1 Appendix 1) Related Document Numb ..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** Modified on 10/31/2022 (km). (Enterec 10/28/2022) |
| 31/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (8694 in 1:03−md−01570−GBI in 1:04−cv−01076−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN(km)** (Entered: 10/31/2022) |
| 31/2022 | | *****NOTICE TO COURT REGARDING NOTICE OF VOLUNTARY DISMISSAL Document No. (634 in 1:15−cv−09903−GBD−SN, 1050 in 1:03−cv−09849−GBD−SN, 8690 in 1:03−md−01570−GBD−SN) Notice of Vo Dismissal,, was reviewed and referred to Judge George B. Daniels for approval for the following reason(s): the filed their voluntary dismissal and it did not dismiss all of the parties or the action in its entirety. Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN, 1:15−cv−09903−GBD−SN(nd)** (Entered: 10/31/20 |
| 31/2022 | 8695 | ORDER granting (8691) Motion to Add in case 1:03−md−01570−GBD−SN; granting (717) Motion to Add in case 1:04−cv−01076−GBD−SN. These claims are not futile, will not unduly delay these proceedings or prejudice the Tali were not filed in bad faith or with a dilatory motive. The O'Neill Plaintiffs' motion is therefore GRANTED, and it is f ORDERED that: The underlying complaint in O'Neill, No. 04−cv−01076, is amended to include the eight parties ide the O'Neill Plaintiffs' exhibit at ECF No. 8693−1, 31313138, as parties in the action against the Taliban; These amen supplement, but do not displace, the underlying operative complaint in O'Neill, No. 04−cv−01076; Prior rulings, orde judgments entered in this case remain in effect as to all parties; Further service on the Taliban is not required as a resu amendments, and prior service orders apply, including the Court's order on service by publication at ECF Nos. 445, 4 The O'Neill Plaintiffs shall file the amended complaint authorized by this Order by November 9, 2022. The Clerk of t respectfully directed to terminate the motion at ECF No. 8691 and the related motion at ECF No. 717 in O'Neill, No. 04−cv−01076. (Signed by Magistrate Judge Sarah Netburn on 10/31/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN. (ras) (Entered: 10/31/2022) |
| 01/2022 | 8696 | ORDER granting (1046) Motion to Add in case 1:03−cv−09849−GBD−SN; granting (8677) Motion to Add in case 1:03−md−01570−GBD−SN. The Burnett Plaintiffs' motion is therefore GRANTED, and it is further ORDERED that underlying complaint in Burnett, No. 03−cv−09849, is amended to include the 529 parties identified in the Burnett Pl exhibit at ECF No. 8679−1 as parties in the action against the Taliban; These amendments supplement, but do not dis underlying operative complaint in Burnett, No. 03−cv−09849; Prior rulings, orders, and judgments entered in this cas effect as to all parties; and Further service on the Taliban is not required as a result of these amendments, and prior se orders apply, including the Court's order on service by publication at ECF Nos. 445, 488. The Clerk of the Court is re directed to terminate the motion at ECF No. 8677 and the related motion at ECF No. 1046 in Burnett, No. 03−cv−098 (Signed by Magistrate Judge Sarah Netburn on 11/1/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN. (ras) (Entered: 11/01/2022) |
| 01/2022 | 8697 | ORDER: All parties are ORDERED to include John Fawcett and the Federal Bureau of Investigation as selected part filing under seal any documents related to the Court's Opinion and Order at ECF No. 8544. The Clerk of Court is resp directed to grant John Fawcett and the Federal Bureau of Investigation access to ECF Nos. 8681 and 8682. (Signed b Magistrate Judge Sarah Netburn on 11/1/2022) (ras) (Entered: 11/01/2022) |
| 01/2022 | 8698 | ORDER: On October 26, 2022, the Court received ECF No. 8682, filed provisionally under seal. If any party oppose ECF No. 8682, it must file objections or proposed redactions by November 9, 2022. (Signed by Magistrate Judge Sar on 11/1/2022) (ras) (Entered: 11/01/2022) |
| 02/2022 | 8699 | REPLY MEMORANDUM OF LAW in Support re: 8623 MOTION for Attorney Fees *Pursuant to Opinion and Orde September 21, 2022.* . Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 11/02/2022) |
| 03/2022 | 8700 | MOTION to Stay *Nonmonetary Sanctions Pending Resolution of Rule 72 Objections*. Document filed by Kreindler & LLP..(Spiro, Edward) (Entered: 11/03/2022) |
| 03/2022 | 8701 | DECLARATION of Andrew Maloney in Support re: 8700 MOTION to Stay *Nonmonetary Sanctions Pending Resolu Rule 72 Objections*.. Document filed by Kreindler & Kreindler LLP..(Spiro, Edward) (Entered: 11/03/2022) |
| 03/2022 | 8702 | FIFTH AMENDED COMPLAINT amending 8486 Amended Complaint, against The Taliban with JURY DEMAND filed by Christine O'Neill. Related document: 8486 Amended Complaint,. (Attachments: # 1 Exhibit A, # 2 Exhibit B Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G).(Goldman, Jerry) (Entered: 11/03/2022) |
| 04/2022 | 8703 | ORDER: A conference is SCHEDULED for Friday, November 18, 2022, at 10:00 a.m. in Courtroom 110, Thurgood Courthouse, 40 Foley Square, New York, New York, to discuss the status of any live claims against the Taliban and t Kingdom of Saudi Arabia. (Status Conference set for 11/18/2022 at 10:00 AM in Courtroom 110, 40 Centre Street, N NY 10007 before Magistrate Judge Sarah Netburn.) (Signed by Magistrate Judge Sarah Netburn on 11/4/2022) Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD, 1:20−cv−00266− (ras) (Entered: 11/04/2022) |

| | | |
|---|---|---|
| )4/2022 | 8704 | ORDER: On September 20, 2022, the Court ordered the Plaintiffs' Executive Committees ("PECs") to submit a letter "how the Court can decide motions for default judgment against the Taliban in a way that permits plaintiffs to 'procee footing with one another.'" ECF No. 8590 (quoting ECF No. 8535 at 2). The Court received the PECs' proposal and r from other plaintiffs' attorneys. ECF Nos. 8662, 8663, 8666, 8683. To discuss the concerns raised in those letters, a c SCHEDULED for Friday, November 18, 2022, at 10:30 a.m. in Courtroom 110, Thurgood Marshall Courthouse, 40 l Square, New York, New York. If this date is unavailable for any party, please contact Courtroom Deputy Rachel Slus immediately at (212) 805−0286. In addition to scheduling concerns, counsel should be prepared to address substantiv requirements for Taliban default judgment motions that would permit the Court to properly and efficiently adjudicate state law claims. (Status Conference set for 11/18/2022 at 10:30 AM in Courtroom 110, 40 Centre Street, New York, before Magistrate Judge Sarah Netburn.) (Signed by Magistrate Judge Sarah Netburn on 11/4/2022) (ras) (Entered: 1 |
| )4/2022 | 8705 | BRIEF re: 8549 Report and Recommendations,,,, Terminate Motions,,, . Document filed by Consolidated Amended C Plaintiffs..(Carter, Sean) (Entered: 11/04/2022) |
| )4/2022 | 8706 | BRIEF re: 8705 Brief *Declaration In Support of Brief, ECF #8705*. Document filed by Consolidated Amended Comp Plaintiffs. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2).(Carter, Sean) (Entered: 11/04/2022) |
| )4/2022 | 8707 | OBJECTION to 7942 , 8549 Report and Recommendations *Consolidated Amended Complaint Plaintiffs' Objections Court's May 3, 2022 Report & Recommendation and September 23, 2022 Amended Report & Recommendation* Docu by Consolidated Amended Complaint Plaintiffs..(Carter, Sean) (Entered: 11/04/2022) |
| )4/2022 | 8708 | DECLARATION of J. Scott Tarbutton in Support re: 8707 Objection to Report and Recommendations,. Document fi Consolidated Amended Complaint Plaintiffs. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2).(Carter, Sean) (Entered: 11/ |
| )4/2022 | 8709 | MOTION to Amend/Correct . Document filed by Kathleen Ashton.Filed In Associated Cases: 1:03−md−01570−GBI 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:02−cv−07230−GBD−SN, 1:02−cv−07236−GBD.(Maloney (Entered: 11/04/2022) |
| )4/2022 | 8710 | MEMORANDUM OF LAW in Support re: (8709 in 1:03−md−01570−GBD−SN, 1821 in 1:02−cv−06977−GBD−SN 1:02−cv−07209−GBD−SN, 253 in 1:02−cv−07230−GBD−SN, 197 in 1:02−cv−07236−GBD) MOTION to Amend/C Document filed by Kathleen Ashton. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD- 1:02−cv−07209−GBD−SN, 1:02−cv−07230−GBD−SN, 1:02−cv−07236−GBD.(Maloney, Andrew) (Entered: 11/04/ |
| )4/2022 | 8711 | DECLARATION of Andrew J. Maloney, III in Support re: (1821 in 1:02−cv−06977−GBD−SN, 8709 in 1:03−md−01570−GBD−SN, 89 in 1:02−cv−07209−GBD−SN, 253 in 1:02−cv−07230−GBD−SN, 197 in 1:02−cv−07 MOTION to Amend/Correct .. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A (Ashton Plaintiffs), B (Bauer Plaintiffs), # 3 Exhibit C (Burlingame Plaintiffs), # 4 Exhibit D (Schneider Plaintiffs))Filed In Associated C 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:02−cv−07230−GBD−SN, 1:02−cv−07236−GBD.(Maloney, Andrew) (Entered: 11/04/2022) |
| )4/2022 | 8712 | PROPOSED ORDER. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A (Ashton Plaintiffs), # 2 Exh (Bauer Plaintiffs), # 3 Exhibit C (Burlingame Plaintiffs), # 4 Exhibit D (Schneider Plaintiffs)) Related Document Nu ..(Maloney, Andrew) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 11/04/2022) |
| )4/2022 | 8713 | MOTION to Add *Parties Against the Taliban*. Document filed by Kathleen Ashton.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:02−cv−07230−GBD−SN, 1:02−cv−07236−GBD.(Maloney, Andrew) (Entered: 11/04/2022) |
| )4/2022 | 8714 | MEMORANDUM OF LAW in Support re: (201 in 1:02−cv−07236−GBD, 93 in 1:02−cv−07209−GBD−SN, 8713 in 1:03−md−01570−GBD−SN, 1825 in 1:02−cv−06977−GBD−SN, 257 in 1:02−cv−07230−GBD−SN) MOTION to Ac *Against the Taliban*. . Document filed by Kathleen Ashton. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:02−cv−07230−GBD−SN, 1:02−cv−07236−GBD.(Maloney (Entered: 11/04/2022) |
| )4/2022 | 8715 | DECLARATION of Andrew J. Maloney, III in Support re: (201 in 1:02−cv−07236−GBD, 93 in 1:02−cv−07209−GE 8713 in 1:03−md−01570−GBD−SN, 1825 in 1:02−cv−06977−GBD−SN, 257 in 1:02−cv−07230−GBD−SN) MOTIC *Parties Against the Taliban*.. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A (Ashton Additional P 2 Exhibit B (Bauer Additional Plaintiffs), # 3 Exhibit C (Burlingame Additional Plaintiffs), # 4 Exhibit D (Schneider Plaintiffs), # 5 Exhibit E (May 12, 2006 Judgment−ECF 1797))Filed In Associated Cases: 1:03−md−01570−GBD−S 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:02−cv−07230−GBD−SN, 1:02−cv−07236−GBD.(Maloney (Entered: 11/04/2022) |
| )4/2022 | 8716 | PROPOSED ORDER. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A (Ashton Additional Plaintif Exhibit B (Bauer Additional Plaintiffs), # 3 Exhibit C (Burlingame Additional Plaintiffs), # 4 Exhibit D (Schneider A Plaintiffs)) Related Document Number: 8713 ..(Maloney, Andrew) **Proposed Order to be reviewed by Clerk's Offi** (Entered: 11/04/2022) |

| | | |
|---|---|---|
| )4/2022 | 8717 | Objection re: 7942 Report and Recommendations,,,,,,,,,, 8549 Report and Recommendations,,,, Terminate Motions,,, *Republic of the Sudan's Objections to the Magistrate Judge's Report and Recommendation*. Document filed by Repul Sudan..(Curran, Christopher) (Entered: 11/04/2022) |
| )7/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (92 in 1:02−cv−07209−GBD−S 1:02−cv−07230−GBD−SN, 8712 in 1:03−md−01570−GBD−SN, 200 in 1:02−cv−07236−GBD, 1824 in 1:02−cv−06977−GBD−SN) Proposed Order, was reviewed and approved as to form. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:02−cv−07230−GBD−SN, 1:02−cv−07236−GBD. (tp)** (Entered: 11/07/2022) |
| )7/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (1828 in 1:02−cv−06977−GBD- in 1:03−md−01570−GBD−SN, 204 in 1:02−cv−07236−GBD, 96 in 1:02−cv−07209−GBD−SN, 260 in 1:02−cv−07230−GBD−SN) Proposed Order, was reviewed and approved as to form. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:02−cv−07230−GBD−SN, 1:02−cv−07236−GBD. (tp)** (Entered: 11/07/2022) |
| )7/2022 | 8718 | MOTION to Amend/Correct *Exhibits*. Document filed by Kathleen Ashton.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:02−cv−07230−GBD−SN, 1:02−cv−07236−GBD.(Maloney, Andrew) (Entered: 11/07/2022) |
| )7/2022 | 8719 | DECLARATION of Andrew J. Maloney, III in Support re: (261 in 1:02−cv−07230−GBD−SN, 205 in 1:02−cv−0723 in 1:02−cv−07209−GBD−SN, 8718 in 1:03−md−01570−GBD−SN, 1835 in 1:02−cv−06977−GBD−SN) MOTION to Amend/Correct *Exhibits*.. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit 1 (corrected Exhibit B), # 2 (corrected Exhibit C))Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:02−cv−07230−GBD−SN, 1:02−cv−07236−GBD.(Maloney, Andrew) (Entered: 11/07/2 |
| )7/2022 | 8720 | ***SELECTED PARTIES*** OPINION & ORDER re: (742 in 1:04−cv−05970−GBD−SN, 1028 in 1:03−cv−09849−GBD−SN, 1155 in 1:03−cv−06978−GBD−SN, 8505 in 1:03−md−01570−GBD−SN, 732 in 1:04−cv−07279−GBD−SN, 684 in 1:04−cv−07065−GBD−SN, 829 in 1:04−cv−01923−GBD−SN) LETTER MOTIO Compel Dubai Islamic Bank (DIB) to supplement deficient discovery responses pursuant to Fed R. Civ. Proc. 26(e) a Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated September 7, 2022, filed by Plaintiffs E Committees. The PECs' motion to compel is GRANTED in part and DENIED in part. The Clerk of the Court is respe directed to terminate the motion to compel at ECF No. 8505. This Opinion and Order shall be SEALED with access r the Plaintiffs' Executive Committees, Dubai Islamic Bank, and the Federal Bureau of Investigation. The parties shall requests to redact material in this Opinion and Order by November 14, 2022. (Signed by Magistrate Judge Sarah Netl 11/7/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, et al. (ras) (Entered: 11/07/2022) |
| )7/2022 | 8721 | ORDER granting (8713) Motion to Add in case 1:03−md−01570−GBD−SN; granting(1825) Motion to Add in case 1:02−cv−06977−GBD−SN; granting (93) Motion to Add in case 1:02−cv−07209−GBD−SN; granting (257) Motion t case 1:02−cv−07230−GBD−SN; granting (201) Motion to Add in case 1:02−cv−07236−GBD. These claims are not f not unduly delay these proceedings or prejudice the Taliban, and were not filed in bad faith or with a dilatory motive. Ashton Plaintiffs' motion is therefore GRANTED, and it is further ORDERED that: The underlying Sixth Amended C in Ashton, No. 02−cv−06977, is amended to include the parties identified in the Ashton Plaintiffs' exhibits at ECF No 8715−2, 8715−3, and 8715−4 as parties in the action against the Taliban; These amendments supplement, but do not the underlying operative Sixth Amended Complaint in Ashton, No. 02−cv−06977; Prior rulings, orders, and judgmen in this case remain in effect as to all parties; and Further service on the Taliban is not required as a result of these amo and prior service orders apply, including the Court's order on service by publication at ECF No. 445. The Clerk of the respectfully directed to terminate the motion at ECF No. 8713 and the related motions at ECF No. 1825 in Ashton, N 02−cv−06977, ECF No. 201 in Bauer, No. 02−cv−07236, ECF No. 257 in Burlingame, No. 02−cv−07230, and ECF I Schneider, No. 02−cv−07209. (Signed by Magistrate Judge Sarah Netburn on 11/7/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:02−cv−07230−GBD−SN, 1:02−cv−07236−GBD. (ras) (Entered: 11/07/2022) |
| )7/2022 | 8722 | PROPOSED ORDER. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit 1 (corrected Exhibit B), # 2 Ex (corrected Exhibit C)) Related Document Number: 8718 ..(Maloney, Andrew) **Proposed Order to be reviewed by C Office staff.** (Entered: 11/07/2022) |
| )7/2022 | 8723 | ORDER granting (8709) Motion to Amend/Correct in case 1:03−md−01570−GBD−SN; granting (1821) Motion to Amend/Correct in case 1:02−cv−06977−GBD−SN; granting (89) Motion to Amend/Correct in case 1:02−cv−07209− granting (253) Motion to Amend/Correct in case 1:02−cv−07230−GBD−SN; granting (197) Motion to Amend/Corre 1:02−cv−07236−GBD. The Ashton Plaintiffs' motion is therefore GRANTED, and it is further ORDERED that: The the plaintiffs named in the Ashton Plaintiffs' Sixth Amended Complaint, ECF No. 1463, are clarified to include the n capacities in which various plaintiffs are pursuing claims, as provided in ECF Nos. 8711−1, 8711−2, 8711−3, and 87 Under Rule 15(c), this Order amends the operative pleadings and relates back to when each of the individuals origina in the pleadings were added to this action; and The Ashton Plaintiffs shall add the additional capacities of these plain names of formerly minor plaintiffs to the Ashton ECF docket in compliance with ECF No. 4295. The Clerk of the Co respectfully directed to terminate the motion at ECF No. 8709 and the related motions at ECF No. 1821 in Ashton, N |

| | | |
|---|---|---|
| | | 02−cv−06977, ECF No. 197 in Bauer, No. 02−cv−07236, ECF No. 253 in Burlingame, No. 02−cv−07230, and ECF I Schneider, No. 02−cv−07209. (Signed by Magistrate Judge Sarah Netburn on 11/7/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:02−cv−07230−GBD−SN, 1:02−cv−07236−GBD (ras) (Entered: 11/07/2022) |
| )8/2022 | 8724 | LETTER addressed to Judge George B. Daniels from Lee Wolosky dated November 8, 2022 re: Length and Structure Objections to Report and Recommendation.. Document filed by Havlish Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:01−cv−10132−GBD−SN, 1:03−cv−06978−GBD−SN, 1:03−cv−09848−GBD−SN.(W Lee) (Entered: 11/08/2022) |
| )8/2022 | 8725 | MOTION to Substitute Party. Old Party: John Doe 134 being intended to designate the Personal Representative of the Frederick Kuo, Jr., deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has ex and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivo legally entitled beneficiaries and family members of Frederick Kuo, Jr., New Party: Michael R. Kuo as the Personal Representative of the Estate of Frederick Kuo, Jr., deceased, and on behalf of all survivors and all legally entitled ben and family members of Frederick Kuo, Jr. . Document filed by Estate of John Patrick O'Neill Sr.. (Attachments: # 1 T Proposed Order Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN. Jerry) (Entered: 11/08/2022) |
| )8/2022 | 8726 | LETTER addressed to Magistrate Judge Sarah Netburn from Emily Kirsch dated November 8, 2022 re: KSA Motion Attorneys' Fees. Document filed by Kreindler & Kreindler LLP..(Kirsch, Emily) (Entered: 11/08/2022) |
| )9/2022 | 8727 | LETTER addressed to Magistrate Judge Sarah Netburn from Emily Kirsch dated November 8, 2022 re: KSA Motion Attorneys' Fees (Corrected to include Exhibit A). Document filed by Kreindler & Kreindler LLP..(Kirsch, Emily) (Er 11/09/2022) |
| )9/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (100 in 1:02−cv−07209−GBD−S 1:03−md−01570−GBD−SN, 264 in 1:02−cv−07230−GBD−SN, 1838 in 1:02−cv−06977−GBD−SN, 208 in 1:02−cv−07236−GBD) Proposed Order, was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:02−cv−07230−GBD−SN, 1:02−cv−07236−GBD. (tp)** (Entered: 11/09/2022) |
| )9/2022 | 8728 | ORDER granting (8725) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; granting (723) Motion to Su Party in case 1:04−cv−01076−GBD−SN. The Motion to Substitute is granted. Michael R. Kuo as the Personal Repres the Estate of Frederick Kuo, Jr. is substituted for John Doe 134, being intended to designate the Personal Representat Estate of Frederick Kuo, Jr. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In A Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN. (ras) (Entered: 11/09/2022) |
| )9/2022 | 8729 | ORDER granting (8718) MOTION to Amend/Correct *Exhibits* in case 1:03−md−01570−GBD−SN; granting (1835) I Amend/Correct *Exhibits* in case 1:02−cv−06977−GBD−SN; granting (97) MOTION to Amend/Correct *Exhibits* in ca 1:02−cv−07209−GBD−SN; granting (261) MOTION to Amend/Correct *Exhibits* in case 1:02−cv−07230−GBD−SN; (205) MOTION to Amend/Correct *Exhibits* in case 1:02−cv−07236−GBD. The Motion to Correct is granted. The Co at ECF No. 8721 is modified to replace references to the original exhibits at ECF Nos. 8715−2 and 8715−3 with the c exhibits at ECF Nos. 8719−1 and 8719−2. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only O In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:02−cv−07230−GBD−SN, 1:02−cv−07236−GBD. (ras) (Entered: 11/09/2022) |
| )9/2022 | 8730 | ORDER: In response to Magistrate Judge Netburn's August 26, 2022 Report and Recommendation, (ECF No. 8463), Judgment "Joint Creditors" may submit one consolidated objections brief of no more than 60 pages in length. In respo Naseer A. Faiq's Notice of Supplemental Authority, (ECF No. 8645), the Joint Creditors may submit one consolidate no more than 20 pages in length. SO ORDERED. (Signed by Judge George B. Daniels on 11/09/2022) (ama) (Entere 11/09/2022) |
| )9/2022 | 8731 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated November 9, 2022 re: propos redactions. Document filed by Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit A).(Kellogg, Michael) (Entered: 11/09/2022) |
| .0/2022 | 8732 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman dated 11/10/2022 re: Estate No Longe Document filed by Estate of John Patrick O'Neill Sr..Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 11/10/2022) |
| .0/2022 | 8733 | Objection re: (8463 in 1:03−md−01570−GBD−SN) Report and Recommendations,,,,,,,,,, */ Joint Creditors' Objection Magistrate Judge Netburn's August 26, 2022 Report & Recommendation*. Document filed by Havlish Plaintiffs. Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:01−cv−10132−GBD−SN, 1:03−cv−06978−GBD−SN, 1:03−cv−09848−GBD−SN.(Wolosky, Lee) (Entered: 11/10/2022) |

| | | |
|---|---|---|
| .0/2022 | 8734 | DECLARATION of William W. Burke−White in Support re: (8733 in 1:03−md−01570−GBD−SN) Objection (non− Document filed by Havlish Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:01−cv−10132−GBD 1:03−cv−06978−GBD−SN, 1:03−cv−09848−GBD−SN.(Wolosky, Lee) (Entered: 11/10/2022) |
| .0/2022 | 8735 | BRIEF re: (8645 in 1:03−md−01570−GBD−SN) Letter, *Joint Creditors Memorandum of Law in Response to the Not Supplemental Authority Submitted by Amicus Curiae Naseer Faiq and in Further Support of Their Objections to Mag Judge Netburns August 26, 2022 Report and Recommendation*. Document filed by Federal Insurance Company et al., Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:01−cv−10132−GBD−SN, 1:02−cv−06978−GBD 1:03−cv−09848−GBD−SN.(Carter, Sean) (Entered: 11/10/2022) |
| .1/2022 | 8736 | MOTION for Daniel V. Dorris to Withdraw as Attorney . Document filed by Kingdom of Saudi Arabia. (Attachment of Proposed Order Proposed Order).(Kellogg, Michael) (Entered: 11/11/2022) |
| .1/2022 | 8737 | MOTION for Default Judgment as to *Burlingame III Plaintiffs Against the Taliban*. Document filed by Sheri Burling In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN.(Granito, I (Entered: 11/11/2022) |
| .1/2022 | 8738 | DECLARATION of Frank H. Granito, III in Support re: (8737 in 1:03−md−01570−GBD−SN, 267 in 1:02−cv−07230−GBD−SN, 1847 in 1:02−cv−06977−GBD−SN) MOTION for Default Judgment as to *Burlingame II Against the Taliban*.. Document filed by Sheri Burlingame. (Attachments: # 1 Exhibit A−1, # 2 Exhibit A−2, # 3 Exh Exhibit C)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN.(Granito, Frank) (Entered: 11/11/2022) |
| .1/2022 | 8739 | PROPOSED JUDGMENT. Document filed by Sheri Burlingame..(Granito, Frank) **Proposed Judgment to be review Clerk's Office staff.** Modified on 11/14/2022 (nd). (Entered: 11/11/2022) |
| .4/2022 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (1849 in 1:02−cv−06977−( 269 in 1:02−cv−07230−GBD−SN, 8739 in 1:03−md−01570−GBD−SN) Proposed Judgment was reviewed and a to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GB** (Entered: 11/14/2022) |
| .4/2022 | 8740 | MEMO ENDORSEMENT on re: 8731 Letter filed by Kingdom of Saudi Arabia. ENDORSEMENT: The party's requ GRANTED. Kreindler & Kreindler shall refile ECF Nos. 8682−35 and 8682−59 with the redactions previously order No. 7600, in accordance with the parties' understanding of that order as reflected in ECF No. 8731−1. (Signed by Ma Judge Sarah Netburn on 11/10/2022) (ras) (Entered: 11/14/2022) |
| .4/2022 | 8741 | ORDER: Members of the public may listen to the proceeding scheduled in this case for Friday, November 18, 2022, a a.m., by dialing (877) 226−8164 and using access code 377681. (Signed by Magistrate Judge Sarah Netburn on 11/14 (ras) (Entered: 11/14/2022) |
| .4/2022 | 8742 | ORDER granting 8736 Motion to Withdraw as Attorney. (Attorney Daniel V. Dorris terminated in case 1:03−md−01 (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) (ras) (Entered: 11/14/2022) |
| .4/2022 | 8743 | LETTER addressed to Magistrate Judge Sarah Netburn from Steven T. Cottreau dated November 14, 2022 re: Redact Order (ECF 8720). Document filed by Dubai Islamic Bank.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Cottreau, Steven) (Entered: 11/14/2022) |
| .4/2022 | 8744 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated November 14, 2 Courts Order (ECF No. 8720). Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 11/14 |
| .5/2022 | 8745 | MOTION for Judgment *as to Liability for Additional O'Neill Plaintiffs as against the Taliban and for Partial Final D Judgments against the Taliban for Moving Plaintiffs*. Document filed by Estate of John Patrick O'Neill Sr..Filed In A Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 11/15/2022) |
| .5/2022 | 8746 | ***EX−PARTE***DECLARATION of Jerry S. Goldman in Support re: (726 in 1:04−cv−01076−GBD−SN, 8745 in 1:03−md−01570−GBD−SN) MOTION for Judgment *as to Liability for Additional O'Neill Plaintiffs as against the Ta for Partial Final Damages Judgments against the Taliban for Moving Plaintiffs*.. Document filed by Estate of John P O'Neill Sr.. (Attachments: # 1 Exhibit A, # 2 Exhibit B−1, # 3 Exhibit B−2, # 4 Exhibit D, # 5 Exhibit D− Expert Rep # 6 Exhibit D− Expert Reports)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SNM Order to File Under Seal: 8541 .(Goldman, Jerry) (Entered: 11/15/2022) |
| .5/2022 | 8747 | PROPOSED ORDER. Document filed by Estate of John Patrick O'Neill Sr.. (Attachments: # 1 Exhibit A, # 2 Exhibi Exhibit B−2) Related Document Number: 8745 ..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Offi** (Entered: 11/15/2022) |
| .5/2022 | 8748 | MEMORANDUM OF LAW in Support re: (726 in 1:04−cv−01076−GBD−SN, 8745 in 1:03−md−01570−GBD−SN) for Judgment *as to Liability for Additional O'Neill Plaintiffs as against the Taliban and for Partial Final Damages Ju against the Taliban for Moving Plaintiffs*. . Document filed by Estate of John Patrick O'Neill Sr.. Filed In Associated 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 11/15/2022) |

| | | |
|---|---|---|
| .5/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (8747 in 1:03−md−01570−GBD in 1:04−cv−01076−GBD−SN) Proposed Order, was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN. (tp)** (Entered: 11/15/2022) |
| .5/2022 | 8749 | EX PARTE MOTION for Service by Publication *and Other Alternative Service of Process Upon the Taliban*. Docum Deborah Grazioso.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−01188−GBD.(Fleming, Timothy 11/15/2022) |
| .5/2022 | 8750 | DECLARATION of Timothy B. Fleming in Support re: (32 in 1:22−cv−01188−GBD) EX PARTE MOTION for Ser Publication *and Other Alternative Service of Process Upon the Taliban*.. Document filed by Deborah Grazioso. (Atta 1 Exhibit Ex. A − FedEx website, # 2 Exhibit Ex. B − DHL website, # 3 Exhibit Ex. C − UPS website, # 4 Exhibit Ex USPS website, # 5 Exhibit Ex. E − State Dept. website, # 6 Exhibit Ex. F − Twitter profile, # 7 Exhibit Ex. G − Twitt 8 Exhibit Ex. H − Twitter profile, # 9 Exhibit Ex. I − Twitter profile, # 10 Exhibit Ex. J − Twitter profile, # 11 Exhib Twitter profile, # 12 Exhibit Ex. L − Draft Legal Notice, # 13 Exhibit Ex. M − Cert. of Service in Owens v. Taliban)I Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−01188−GBD.(Fleming, Timothy) (Entered: 11/15/2022) |
| .5/2022 | 8751 | OPPOSITION BRIEF re: 8681 Objection (non−motion), *Kreindler & Kreindler's Rule 72 Objections to the Septemb Opinion and Order*. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 11/15/2022) |
| .5/2022 | 8752 | MEMORANDUM OF LAW in Support re: (8749 in 1:03−md−01570−GBD−SN, 32 in 1:22−cv−01188−GBD) EX P MOTION for Service by Publication *and Other Alternative Service of Process Upon the Taliban*. . Document filed by Grazioso. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−01188−GBD.(Fleming, Timothy) (Entere 11/15/2022) |
| .5/2022 | 8753 | PROPOSED ORDER. Document filed by Deborah Grazioso. Related Document Number: 8749 ..(Fleming, Timothy) **Order to be reviewed by Clerk's Office staff.** (Entered: 11/15/2022) |
| .5/2022 | 8754 | Objection re: 8544 Memorandum & Opinion,,,,,, *Imposing Sanctions on Kreindler & Kreindler LLP (Public Version 8681 Filed on October 25, 2022)*. Document filed by Kreindler & Kreindler LLP..(Spiro, Edward) (Entered: 11/15/2 |
| .6/2022 | 8755 | LETTER MOTION for Leave to File Corrected Exhibits A−1, A−2, B−1 and B−2 addressed to Magistrate Judge Sar from Frank H. Granitto, III dated November 16, 2022. Document filed by Sheri Burlingame. (Attachments: # 1 Exhib Exhibit A−2, # 3 Exhibit B−1, # 4 Exhibit B−2)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN.(Granito, Frank) (Entered: 11/16/2022) |
| .6/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 8753 Proposed Order was revi approved as to form. (nb)** (Entered: 11/16/2022) |
| .6/2022 | 8756 | LETTER addressed to Judge George B. Daniels from Megan Benett and Theresa Trzaskoma dated 11/16/2022 re: Joi Joint Creditors' Objections to Report and Recommendation. Document filed by Ashton Plaintiffs.Filed In Associated 1:03−md−01570−GBD−SN, 1:01−cv−10132−GBD−SN, 1:02−cv−06977−GBD−SN, 1:03−cv−06978−GBD−SN, 1:03−cv−09848−GBD−SN.(Trzaskoma, Theresa) (Entered: 11/16/2022) |
| .7/2022 | 8757 | PROPOSED ORDER. Document filed by Jamie Hawkins. Related Document Number: 8566 ..(Davies, Susan) **Propo to be reviewed by Clerk's Office staff.** (Entered: 11/17/2022) |
| .7/2022 | 8758 | DECLARATION of Susan M. Davies in Support re: (8494 in 1:03−md−01570−GBD−SN, 94 in 1:18−cv−12370−GE MOTION for Default Judgment as to *Solatium Damages against Islamic Republic of Iran*.. Document filed by Jamie Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12370−GBD−SN.(Davies, Susan) (Entered: 11/17/ |
| .7/2022 | 8759 | LETTER addressed to Magistrate Judge Sarah Netburn from Timothy B. Fleming and Dennis G. Pantazis dated Nov 2022 re: Hearing set for November 18, 2022. Document filed by Daniel Maher, Joseph Maher, Joseph Maher, Kather Katherine Maher, Colin Ryan, Kristen Ryan, Patricia Ryan, Patricia Ryan.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD, 1:17−cv−02003−GBD−SN, 1:20−cv−00266−GBD−SN.(Fleming, Timothy) (Entered: 11/17/2022) |
| .7/2022 | 8760 | OPPOSITION BRIEF re: 8700 MOTION to Stay *Nonmonetary Sanctions Pending Resolution of Rule 72 Objections*. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 11/17/2022) |
| .7/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (99 in 1:18−cv−12370−GBD−S 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:18−cv−12370−GBD−SN. (tp)** (Entered: 11/17/2022) |
| .7/2022 | 8761 | LETTER addressed to Magistrate Judge Sarah Netburn from Dorothea M. Capone dated November 17, 2022 re: in R Letter filed by Timothy B. Fleming dated November 17, 2022 re: Hearing set for November 18, 2022.. Document file Virginia Bauer, et al, Virginia Bauer, et al..Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977− 1:02−cv−07236−GBD, 1:17−cv−02003−GBD−SN.(Capone, Dorothea) (Entered: 11/17/2022) |

| | | |
|---|---|---|
| .8/2022 | 8762 | LETTER addressed to Judge George B. Daniels from Orlando do Campo dated November 18, 2022 re: Response to A Plaintiffs' Letter MDL Dkt. 8756. Document filed by John Does 1 through 7..(Do Campo, Orlando) (Entered: 11/18/2 |
| .8/2022 | 8763 | LETTER addressed to Judge George B. Daniels from Michael J. Radine dated November 18, 2022 re: Participation o Congressional Amici. Document filed by Congressional Amici.Filed In Associated Cases: 1:03−md−01570−GBD−S 1:01−cv−10132−GBD−SN, 1:03−cv−06978−GBD−SN, 1:03−cv−09848−GBD−SN.(Radine, Michael) (Entered: 11/1 |
| .8/2022 | 8764 | ORDER granting (8755) Letter Motion for Leave to File Document in case 1:03−md−01570−GBD−SN; granting (18 Motion for Leave to File Document in case 1:02−cv−06977−GBD−SN; granting (270) Letter Motion for Leave to Fil Document in case 1:02−cv−07230−GBD−SN. The Burlingame Plaintiffs' request is granted. The Court will consider corrected exhibits at 8755−1, 8755−2, 8755−3, 8755−4 in connection with the Motion for Final Judgments Against th ECF No. 8335, in place of the original exhibits at 8337−1, 8337−2 8337−3, and 8337−4. (Signed by Magistrate Judge Netburn on 11/18/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN. (ras) (Entered: 11/18/2022) |
| .8/2022 | 8765 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman dated 11/18/2022 re: Taliban Liability Judgments. Document filed by Estate of John Patrick O'Neill Sr..Filed In Associated Cases: 1:03−md−01570−GBD− 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 11/18/2022) |
| .8/2022 | 8766 | LETTER addressed to Magistrate Judge Sarah Netburn from Megan Benett, Theresa Trzaskoma, Noam Biale dated 1 Supplement to Proposal Discussed at Court Conference to Put Plaintiffs "on Equal Footing". Document filed by Asht Plaintiffs..(Biale, Noam) (Entered: 11/18/2022) |
| .8/2022 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Status Conference held on 11/18/2022. A Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD, 1:20−cv−00266−GBD−SN ( (Entered: 12/07/2022) |
| 21/2022 | 8767 | LETTER addressed to Judge George B. Daniels from John F. Schutty, Esq. dated November 21, 2022 re: Suggestions Ensuring Taliban Wrongful Death Default Judgments Are Entered & Executed Properly & Fairly. Document filed by Dickey. (Attachments: # 1 Exhibit Summaries of Applicable State Wrongful Death Lawl)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) (Entered: 11/21/2022) |
| 22/2022 | 8768 | NOTICE of Appendix of Exhibits Entered Into Evidence in Connection with November 1−2, 2021 Hearing re: 8754 ( (non−motion). Document filed by Kreindler & Kreindler LLP. (Attachments: # 1 Exhibit KK 1, # 2 Exhibit KK 2, # 3 KK 3, # 4 Exhibit KK 4, # 5 Exhibit KK 5, # 6 Exhibit KK 8, # 7 Exhibit KK 9, # 8 Exhibit KK 14, # 9 Exhibit KK 1 Exhibit KK 20, # 11 Exhibit KK 29, # 12 Exhibit KK 34, # 13 Exhibit KK 35, # 14 Exhibit KK 36, # 15 Exhibit KK Exhibit KK 43, # 17 Exhibit KK 51, # 18 Exhibit KK 52, # 19 Exhibit KK 53, # 20 Exhibit KK 54, # 21 Exhibit KK Exhibit KK 56, # 23 Exhibit KK 57, # 24 Exhibit KK 58, # 25 Exhibit KK 61, # 26 Exhibit KK 62, # 27 Exhibit KK Exhibit KK 64, # 29 Exhibit KK 65, # 30 Exhibit KK 66, # 31 Exhibit KK 67, # 32 Exhibit KK 69, # 33 Exhibit KK Exhibit KK 87, # 35 Exhibit KK 102, # 36 Exhibit KSAX−0002, # 37 Exhibit KSAX−0010, # 38 Exhibit KSAX−00 Exhibit KSAX−0012, # 40 Exhibit KSAX−0014, # 41 Exhibit KSAX−0015, # 42 Exhibit KSAX−0018, # 43 Exhibit KSAX−0031, # 44 Exhibit KSAX−0032, # 45 Exhibit KSAX−0038, # 46 Exhibit KSAX−0039, # 47 Exhibit KSAX− Exhibit KSAX−0042, # 49 Exhibit KSAX−0043, # 50 Exhibit KSAX−0043A, # 51 Exhibit KSAX−0048C, # 52 Exh KSAX−0049, # 53 Exhibit KSAX−0051, # 54 Exhibit KSAX−0056A, # 55 Exhibit KSAX−0056B, # 56 Exhibit KSA # 57 Exhibit KSAX−0056J, # 58 Exhibit KSAX−0058, # 59 Exhibit KSAX−0059, # 60 Exhibit KSAX−0062A, # 61 KSAX−0062B, # 62 Exhibit KSAX−0067, # 63 Exhibit KSAX−0068, # 64 Exhibit KSAX−0074, # 65 Exhibit KSAX 66 Exhibit KSAX−0082, # 67 Exhibit KSAX−0084, # 68 Exhibit KSAX−0086, # 69 Exhibit KSAX−0093, # 70 Exh KSAX−0097, # 71 Exhibit KSAX−0098, # 72 Exhibit KSAX−0099, # 73 Exhibit KSAX−0100, # 74 Exhibit KSAX− Exhibit KSAX−0108, # 76 Exhibit KSAX−0108A, # 77 Exhibit KSAX−0109, # 78 Exhibit KSAX−0109A, # 79 Exh KSAX−0110, # 80 Exhibit KSAX−0110A, # 81 Exhibit KSAX−0112, # 82 Exhibit KSAX−0112A, # 83 Exhibit KSA 84 Exhibit KSAX−0118, # 85 Exhibit KSAX−0118A, # 86 Exhibit KSAX−0120, # 87 Exhibit KSAX−0121, # 88 Ex KSAX−0134, # 89 Exhibit KSAX−0135, # 90 Exhibit KSAX−0136, # 91 Exhibit KSAX−0138, # 92 Exhibit KSAX− Exhibit KSAX−0142, # 94 Exhibit KSAX−0150, # 95 Exhibit KSAX−0151, # 96 Exhibit KSAX−0152).(Kirsch, Em (Entered: 11/22/2022) |
| 22/2022 | 8769 | LETTER addressed to Judge George B. Daniels from Plaintiffs Executive Committees dated November 22, 2022 re: extension of time to file oppositions and replies related to the objections to Judge Netburns Report and Recommenda No. 7942). Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 11/22/2022) |
| 23/2022 | 8770 | ORDER: The Court previously granted leave to amend the complaint in Estate of John P. O'Neill, Sr., et al. v. The Re Iraq, et al., No. 04−cv−01076 ("O'Neill"), to add plaintiffs with claims against the Taliban. See ECF Nos. 7949, 8111 8473, 8695. Those orders stated that "[p]rior rulings, orders, and judgments entered in this case remain in effect as to Id. To clarify, the Court thereby extended the O'Neill liability judgments against the Taliban, ECF Nos. 3067, 3163, a to all plaintiffs added to O'Neill pursuant to the Court's orders at ECF Nos. 7949, 8111, 8150, 8473, and 8695. (Signe Magistrate Judge Sarah Netburn on 11/23/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN. (ras) (Entered: 11/23/2022) |

| | | |
|---|---|---|
| 23/2022 | 8771 | LETTER addressed to Judge George B. Daniels from David Y. Livshiz dated 11/23/2022 re: Participation of Former Government Official Amici. Document filed by Former Government Official Amici..(Livshiz, David) (Entered: 11/2 |
| 25/2022 | 8772 | REPLY MEMORANDUM OF LAW in Support re: 8700 MOTION to Stay *Nonmonetary Sanctions Pending Resolu 72 Objections*. . Document filed by Kreindler & Kreindler LLP..(Spiro, Edward) (Entered: 11/25/2022) |
| 25/2022 | 8773 | LETTER addressed to Judge George B. Daniels from Naseer A. Faiq dated November 25, 2022 re: Objections to Au 2022 Report & Recommendation. Document filed by Naseer Faiq..(Arnpriester, Natasha) (Entered: 11/25/2022) |
| 26/2022 | 8774 | LETTER addressed to Magistrate Judge Sarah Netburn from Lee Wolosky dated November 26, 2022 re: Response to Plaintiffs' Post−Conference Letter (Dkt. 8766). Document filed by Havlish Plaintiffs..(Wolosky, Lee) (Entered: 11/26 |
| 28/2022 | 8775 | MEMO ENDORSEMENT on re: 8769 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: SO ORD (Signed by Judge George B. Daniels on 11/28/2022) (rro) (Entered: 11/28/2022) |
| 29/2022 | 8776 | MEMORANDUM DECISION AND ORDER: Therefore, the Court does not find that it will benefit from further brie late future date from the proposed amici curiae. The letter requests from Osen LLC and Freshfields Bruckhaus Dering are DENIED. And as set forth herein. SO ORDERED. (Signed by Judge George B. Daniels on 11/29/2022) (ama) (E 11/29/2022) |
| 30/2022 | 8777 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated November 30, 2022 re: Joint update concerning redactions. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 11/30/202 |
| 01/2022 | 8778 | ORDER: To aid in resolving default judgment motions against the Taliban, the Court requests briefing on two questi qualifies as a proper plaintiff in a federal claim against the Taliban? 2. Should the Court sua sponte invoke the statute limitations for claims against the Taliban? Any party wishing to address these issues shall file a brief of no more than double−spaced, by December 22, 2022. (Signed by Magistrate Judge Sarah Netburn on 12/1/2022) (ras) (Entered: 12 |
| 01/2022 | 8779 | ORDER: The Court asked the parties to propose how it "can decide motions for default judgment against the Taliban that permits plaintiffs to 'proceed on equal footing with one another.'" ECF No. 8590 (quoting ECF No. 8535 at 2). T reviewed responsive letters from the Plaintiffs' Executive Committees ("PECs") and other plaintiffs' attorneys, as wel arguments made at the conference held on November 18, 2022. See ECF Nos. 8662, 8663, 8666, 8683, 8766, 8767, 8 careful consideration of the parties' positions, the Court has decided that it will issue separate orders adjudicating eac for default judgment against the Taliban. Any order granting default judgment will include language staying its effec will consider further action on these orders after the District Court has resolved the Rule 72 objections to the Court's Recommendation at ECF No. 8463. (Signed by Magistrate Judge Sarah Netburn on 12/1/2022) (ras) (Entered: 12/01/ |
| 01/2022 | 8780 | MEMO ENDORSEMENT on re: 8777 Letter filed by Kingdom of Saudi Arabia. ENDORSEMENT: The Parties' req granted. They shall file a further joint status report by January 31, 2023. (Signed by Magistrate Judge Sarah Netburn 12/1/2022) (ras) Modified on 12/6/2022 (ras). (Entered: 12/01/2022) |
| 01/2022 | 8781 | REPLY MEMORANDUM OF LAW in Support re: 8681 Objection (non−motion), *to Magistrate Judge Sarah Netbu September 21, 2022 Order Imposing Sanctions on Kreindler & Kreindler LLP*. Document filed by Kreindler & Krein LLP..(Spiro, Edward) (Entered: 12/01/2022) |
| 02/2022 | 8782 | TRANSCRIPT of Proceedings re: CONFERENCE held on 11/18/2022 before Magistrate Judge Sarah Netburn. Cour Reporter/Transcriber: Kristen Carannante, (212) 805−0300. Transcript may be viewed at the court public terminal or through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 12/23/2022. Redacted Transcript Deadline set for 1/3/2023. Releas Transcript Restriction set for 3/2/2023.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(McGuirk, Kelly 12/02/2022) |
| 02/2022 | 8783 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFER proceeding held on 11/18/2022 has been filed by the court reporter/transcriber in the above−captioned matter. The pa seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...F Associated Cases: 1:03−md−01570−GBD−SN et al..(McGuirk, Kelly) (Entered: 12/02/2022) |
| 02/2022 | 8784 | TRANSCRIPT of Proceedings re: CONFERNECE held on 11/18/2022 before Magistrate Judge Sarah Netburn. Cour Reporter/Transcriber: Kristen Carannante, (212) 805−0300. Transcript may be viewed at the court public terminal or through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 12/23/2022. Redacted Transcript Deadline set for 1/3/2023. Releas Transcript Restriction set for 3/2/2023.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(McGuirk, Kelly 12/02/2022) |
| 02/2022 | 8785 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFER proceeding held on 11/18/2022 has been filed by the court reporter/transcriber in the above−captioned matter. The pa seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...F |

| | | |
|---|---|---|
| | | Associated Cases: 1:03−md−01570−GBD−SN et al..(McGuirk, Kelly) (Entered: 12/02/2022) |
| )2/2022 | 8786 | PROPOSED ORDER. Document filed by Daniel Maher, Joseph Maher, Joseph Maher, Katherine Maher, Katherine I Colin Ryan, Kristen Ryan, Laura Ryan, Patricia Ryan, Patricia Ryan, Patricia Ryan. Related Document Number: 532 ..(Fleming, Timothy) **Proposed Order to be reviewed by Clerk's Office staff.** Modified on 12/5/2022 (km). (Entere 12/02/2022) |
| )2/2022 | 8787 | LETTER addressed to Judge George B. Daniels from Plaintiffs Executive Committees dated December 2, 2022 re: R filings of Kreindler & Kreindler and the Kingdom of Saudi Arabia. Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 12/02/2022) |
| )5/2022 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (1876 in 1:02−cv−06977−GBD- 1:02−cv−07236−GBD, 8786 in 1:03−md−01570−GBD−SN, 251 in 1:17−cv−02003−GBD−SN) Proposed Order v reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GB 1:02−cv−07236−GBD, 1:17−cv−02003−GBD−SN(km)** (Entered: 12/05/2022) |
| )5/2022 | 8788 | LETTER addressed to Judge George B. Daniels from Gregory G. Rapawy dated December 5, 2022 re: Permission to Personal Electronic Devices and Laptop Computers to Hearing on December 8, 2022. Document filed by Kingdom o Arabia. (Attachments: # 1 Text of Proposed Order Application to Bring Personal Electronic Devices).(Rapawy, Greg (Entered: 12/05/2022) |
| )5/2022 | 8789 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman dated 12/05/2022 re: Permission to Bring Per Electronic Devices and Laptop Computers to Hearing on December 8, 2022. Document filed by Estate of John P.O'N (Attachments: # 1 Text of Proposed Order Application to Bring Personal Electronic Devices).(Goldman, Jerry) (Ente 12/05/2022) |
| )6/2022 | 8790 | ORDER: The following is the public line for the December 8, 2022 conference at 10:00 a.m.: Telephone Number: 844−767−5679; Access Code: 7220459.SO ORDERED., ( Telephonic Oral Argument set for 12/8/2022 at 10:00 AM Judge George B. Daniels.) (Signed by Judge George B. Daniels on 12/06/2022) (ama) (Entered: 12/06/2022) |
| )6/2022 | 8791 | MEMORANDUM OF LAW in Opposition re: (8717 in 1:03−md−01570−GBD−SN) Objection (non−motion), . Docu by Kathleen Ashton. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Maloney, A (Entered: 12/06/2022) |
| )6/2022 | 8792 | OBJECTION to 7942 , 8549 Report and Recommendations *Plaintiffs' Memorandum of law in Opposition to the Repu Sudan's Objections to the Court's May 3, 2022 Report & Recommendation and September 23, 2022 Amended Report Recommendation* Document filed by Consolidated Amended Complaint Plaintiffs..(Carter, Sean) (Entered: 12/06/202 |
| )6/2022 | 8793 | MEMORANDUM OF LAW in Opposition re: 8707 Objection to Report and Recommendations, . Document filed by of the Sudan..(Curran, Christopher) (Entered: 12/06/2022) |
| )7/2022 | 8794 | LETTER MOTION for Leave to File order to transfer judgment and filings *re: Iran from Bauer/Ashton to Ryan, et al al.* addressed to Magistrate Judge Sarah Netburn from Timothy B. Fleming dated December 7, 2022. Document filed Maher, Joseph Maher, Katherine Maher, Katherine Maher, Colin Ryan, Joseph Ryan, Joseph Ryan, Kristen Ryan, Pa Patricia Ryan. (Attachments: # 1 Text of Proposed Order proposed order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD, 1:20−cv−00266−GBD−SN.(Flemin (Entered: 12/07/2022) |
| )8/2022 | | Minute Entry for proceedings held before Judge George B. Daniels: Oral Argument held on 12/8/2022 re: (8700 in 1:03−md−01570−GBD−SN) MOTION to Stay *Nonmonetary Sanctions Pending Resolution of Rule 72 Objections*. fi Kreindler & Kreindler LLP, (8681 in 1:03−md−01570−GBD−SN) Objection (non−motion), filed by Kreindler & Kre Interested Party Counsel: Edward M. Spiro; Defense Counsel: Gregory G. Rapawy and Court Reporter Present. Asso Cases: 1:03−md−01570−GBD−SN et al.(Vega, Elizabeth) (Entered: 12/09/2022) |
| .1/2022 | 8795 | LETTER addressed to Judge George B. Daniels from Michel F. Baumeister dated December 11, 2022 re: in Respons December 8, 2022 hearing. Document filed by Virginia Bauer, et al...(Baumeister, Michel) (Entered: 12/11/2022) |
| .2/2022 | 8796 | ORDER: To assist the Court, the Maher and Ryan Plaintiffs must file a letter with the following information: For eac a list of all plaintiffs and a list of all defendants; and for each new case, a list of all pending matters (with ECF numbe Bauer/Ashton related to the Maher and Ryan Plaintiffs' claims against the defendant(s) in the new case. (Signed by M Judge Sarah Netburn on 12/12/2022) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD- 1:02−cv−07236−GBD, 1:17−cv−02003−GBD−SN. (ras) (Entered: 12/12/2022) |
| .2/2022 | 8797 | LETTER MOTION for Leave to File Excess Pages *for Parties' Replies in Support of Rule 72 Objections* addressed to George B. Daniels from Nicole Erb dated December 12, 2022. Document filed by Republic of the Sudan..(Erb, Nicol 12/12/2022) |

| | | |
|---|---|---|
| .3/2022 | 8798 | ORDER: granting 8797 Letter Motion for Leave to File Excess Pages. SO ORDERED. (Signed by Judge George B. I 12/13/2022) (ama) (Entered: 12/13/2022) |
| .3/2022 | 8799 | LETTER addressed to Judge George B. Daniels from Plaintiffs Executive Committees dated December 13, 2022 re: I Ashton counsel Michel Baumeister (ECF No. 8795). Document filed by Plaintiffs Executive Committees..(Haefele, F (Entered: 12/13/2022) |
| .3/2022 | 8800 | LETTER addressed to Judge George B. Daniels from Frank H. Granito, III dated December 13, 2022 re: in Response December 8, 2022 hearing. Document filed by Sheri Burlingame.Filed In Associated Cases: 1:03−md−01570−GBD− 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN.(Granito, Frank) (Entered: 12/13/2022) |
| .3/2022 | 8801 | TRANSCRIPT of Proceedings re: ARGUMENT held on 12/8/2022 before Judge George B. Daniels. Court Reporter/Transcriber: Pamela Utter, (212) 805−0300. Transcript may be viewed at the court public terminal or purcha through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 1/3/2023. Redacted Transcript Deadline set for 1/13/2023. Release Transcript Restriction set for 3/13/2023.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(McGuirk, Kell 12/13/2022) |
| .3/2022 | 8802 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a ARGUME proceeding held on 12/8/2022 has been filed by the court reporter/transcriber in the above−captioned matter. The part seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...F Associated Cases: 1:03−md−01570−GBD−SN et al..(McGuirk, Kelly) (Entered: 12/13/2022) |
| .3/2022 | 8803 | MDL CONSOLIDATION ORDER: As this case, King, et al. v. Islamic Republic of Iran, No. 22−cv−05193, has bee filed in this District and, based on the Courts review, appears to be within the scope of the multidistrict litigation, it is ORDERED that it is transferred to In re Terrorist Attacks on September 11, 2001, No. 03−md−01570, for coordinate consolidated pretrial proceedings. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 12/13/2022) Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−05193−GBD−SN. (mml) (Entered: 12/13/2022) |
| .4/2022 | 8804 | ORDER in case 1:03−md−01570−GBD−SN; terminating (16) Motion to Substitute Party in case 1:22−cv−05193−GI Michael R. Kuo as the Personal Representative of the Estate of Frederick Kuo, Jr. is substituted for John Doe 134, be intended to designate the Personal Representative of the Estate of Frederick Kuo, Jr. (HEREBY ORDERED by Magi Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−05193−GBD−SI (Entered: 12/14/2022) |
| .4/2022 | 8805 | LETTER addressed to Judge George B. Daniels from Lee Wolosky dated December 14, 2022 re: Response to Mr. Na Faiq's November 25, 2022 Letter (Dkt. 8733).. Document filed by Havlish Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:01−cv−10132−GBD−SN, 1:03−cv−06978−GBD−SN, 1:03−cv−09848−GBD−SN.(W Lee) (Entered: 12/14/2022) |
| .9/2022 | 8806 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter dated December 19, 2022 re: Request for file a Motion to Compel and for a modified schedule for completion of jurisdictional fact discovery as to Al Rajhi Ba Document filed by Plaintiffs Executive Committees..(Carter, Sean) (Entered: 12/19/2022) |
| 20/2022 | 8807 | MEMORANDUM OF LAW in Support re: 8707 Objection to Report and Recommendations, *Consolidated Amended Plaintiffs' Reply Brief in further support of their limited objections to the Court's May 3, 2022 Report & Recommenda No. 7942)*. Document filed by Consolidated Amended Complaint Plaintiffs..(Carter, Sean) (Entered: 12/20/2022) |
| 20/2022 | 8808 | REPLY MEMORANDUM OF LAW in Support re: 8717 Objection (non−motion), *to the Magistrate Judge's Report Recommendation 7942 and Amended Report & Recommendation 8549* . Document filed by Republic of the Sudan..(C Christopher) (Entered: 12/20/2022) |
| 21/2022 | 8809 | LETTER addressed to Judge George B. Daniels from Christopher M. Curran dated December 21, 2022 re: Requestin Argument on Sudan's Rule 72 Objections (ECF No. 8717 ). Document filed by Republic of the Sudan..(Curran, Chris (Entered: 12/21/2022) |
| 21/2022 | 8810 | LETTER addressed to Magistrate Judge Sarah Netburn from Nicole Erb dated December 21, 2022 re: Response to Pl Letter to the Court Dated Monday, December 19, 2022 8806 . Document filed by Al Rajhi Bank..(Erb, Nicole) (Enter 12/21/2022) |
| 22/2022 | 8811 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committee for Commercial Claims December 22, 2022 re: response to Judge Netburn's December 1, 2022 Order soliciting briefs on two questions (ECF Document filed by Plaintiffs' Executive Committee for Commercial Claims..(Carter, Sean) (Entered: 12/22/2022) |
| 22/2022 | 8812 | ORDER: The Court therefore GRANTS this portion of the PECs' request. No further extensions to ARB jurisdictiona will be granted. The PECs also requested permission to file a twenty−five−page motion to compel on or before Decer 2022. ECF No. 8806 at 3. ARB suggests that such a request is premature because the parties have not exhausted the meet−and−confer process or identified the issues upon which they have reached an impasse. ECF No. 8810 at 3. The |

| | | |
|---|---|---|
| | | ORDERS the parties to meet and confer regarding any outstanding or potential discovery disputes by January 10, 202 January 13, 2023, the parties shall submit a joint letter to the Court of no more than five pages with: 1) short summar remaining disputes; and 2) the parties' joint or separate proposals for a process to address those disputes. (Signed by M Judge Sarah Netburn on 12/22/2022) (ras) (Entered: 12/22/2022) |
| 22/2022 | 8813 | BRIEF re: 8778 Order, *IN RESPONSE TO THE COURTS DIRECTION AT ECF NO. 8778*. Document filed by Plaint Executive Committees..(Haefele, Robert) (Entered: 12/22/2022) |
| 22/2022 | 8814 | BRIEF re: (8778 in 1:03−md−01570−GBD−SN) Order, *Memorandum of Points & Authorities re Law to be Applied i Death Applications Filed Against the Taliban*. Document filed by Irene Dickey.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) (Entered: 12/22/2022) |
| 23/2022 | 8815 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman dated 12/23/2022 Document filed by John P.O'Neill, Sr...(Goldman, Jerry) (Entered: 12/23/2022) |
| 03/2023 | 8816 | ORDER: terminating (7906) Motion to Vacate (7906 in 1:03−md−01570−GBD−SN, 163 in 1:18−cv−12387−GBD−S MOTION to Vacate in case 1:03−md−01570−GBD−SN; terminating (163) Motion to Vacate (7906 in 1:03−md−01570−GBD−SN, 163 in 1:18−cv−12387−GBD−SN) MOTION to Vacate in case 1:18−cv−12387−GBD− ORDERED that the final judgment for solatium damages entered on behalf of Wesley Graf in the Court's January 4, 2 of Partial Final Default Judgments (ECF No. 7521,Exhibit A−11 at line 1 ), against the Islamic Republic of Iran is vacated;ORDERED that the Court's January 4, 2022 Order of Partial Final Default Judgments (ECF No. 7521) remai otherwise in force and that all other final judgments awarded to the Rowenhorst Plaintiffs identified in the January 4, of Partial Final Default Judgments (ECF No. 7521) remain in effect. The clerk of the court is directed to close the mo No. 7906 in 03MD1570 and ECF No. 163 in 18cv12387. SO ORDERED. (Signed by Judge George B. Daniels on 1/0 Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12387−GBD−SN (ama) (Entered: 01/03/2023) |
| 03/2023 | 8817 | PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i): Pursuant Civ. P. 41 (a)(1)(A)(i), the following Plaintiffs hereby voluntarily dismiss without prejudice their claims against all D in Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al., Case No. 03−cv−9849 (GBD)(SN), and Burnett, et al. v. Islar Iran, et al., Case No.1 5−cv−9903 (GBD)(SN): as set forth herein. The claims for Ms. Hannaford, in her individual ca as the Personal Representative of the Estate of Kevin James Hannaford, and for her two children are proceeding in Ba v.al Qaeda lslamic Army, et al., Case No. 02−cv−7236 (GBD)(SN), which is also consolidated as part of Ashton, et a Qaeda Islamic Army, et al., Case No. 02−cv−6977 (GBD)(SN). Dorothea Capone, counsel in the Bauer case, has revi approved this Notice. This Notice of Voluntary Dismissal is limited only to dismissing the claims as noted above fror action. All other Plaintiffs maintain and continue to prosecute their claims against the Defendants in the above−captic SO ORDERED. (Signed by Judge George B. Daniels on 1/03/2023) Filed In Associated Cases: 1:03−md−01570−GB 1:03−cv−09849−GBD−SN, 1:15−cv−09903−GBD−SN (ama) (Entered: 01/03/2023) |
| 06/2023 | 8818 | MOTION to Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibit A . Document fil Kathleen Ashton. (Attachments: # 1 Exhibit A (chart of parties), # 2 Text of Proposed Order (proposed order))Filed I Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−08297−GBD−SN.(Maloney, A (Entered: 01/06/2023) |
| 09/2023 | 8819 | MDL CONSOLIDATION ORDER: As this case, Strauss, et al. v. Islamic Republic of Iran, No. 22−cv−10823, has be filed in this District and, based on the Court's review, appears to be within the scope of the multidistrict litigation, it is ORDERED that it is transferred to In re Terrorist Attacks on September 11, 2001, No. 03−md−01570, for coordinate consolidated pretrial proceedings. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 1/9/2023) (mml) (E 01/09/2023) |
| 09/2023 | 8820 | ORDER granting (8818) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; granting (1893) Motion to S Party in case 1:02−cv−06977−GBD−SN; granting (101) Motion to Substitute Party in case 1:18−cv−08297−GBD−SN individuals listed in the motion shall be substituted as provided in Exhibit A at ECF No. 8818−1. (HEREBY ORDER Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−08297−GBD−SN. (ras) (Entered: 01/09/2023) |
| 10/2023 | 8821 | MOTION to Add Party(ies) Sophia Suarez, Ramon Suarez *to Ashton Sixth Amended Complaint*. Document filed by K Ashton.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Maloney, Andrew) (Ente 01/10/2023) |
| 10/2023 | 8822 | DECLARATION of Andrew J. Maloney, III in Support re: (8821 in 1:03−md−01570−GBD−SN, 1895 in 1:02−cv−06977−GBD−SN) MOTION to Add Party(ies) Sophia Suarez, Ramon Suarez *to Ashton Sixth Amended Co* Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A (additional plaintiffs list))Filed In Associated Case 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Maloney, Andrew) (Entered: 01/10/2023) |
| 10/2023 | 8823 | PROPOSED ORDER. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A (additional plaintiffs list)) R Document Number: 8821 ..(Maloney, Andrew) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 0 |

| | | |
|---|---|---|
| .1/2023 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (8823 in 1:03−md−01570−GBD in 1:02−cv−06977−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(km)** (Entered: 01/11/2023) |
| .1/2023 | 8824 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter on behalf of Plaintiffs' Executive Commi January 11, 2023 re: Plaintiffs with claims against Al Rajhi Bank seek an extension until January 20, 2023, for submi their joint letter. Document filed by Plaintiffs Executive Committees..(Carter, Sean) (Entered: 01/11/2023) |
| .1/2023 | 8825 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman dated 1/11/2023 re: Consent Orders G Substitution of Attorneys. Document filed by Estate of John Patrick O'Neill Sr.. (Attachments: # 1 Exhibit A Consent Granting Substitution of Attorney for Annalisa Genco, # 2 Exhibit B Consent order Granting Substitution of Attorney Genco, # 3 Exhibit C Consent order Granting Substitution of Attorney for Diane Genco, as the Personal Representati Estate of Peter Genco, # 4 Exhibit D Consent order Granting Substitution of Attorney for Victoria Genco, # 5 Exhibit order Granting Substitution of Attorney for Brian Leistman, # 6 Exhibit F Consent order Granting Substitution of Att Donald Leistman, as the Personal Representative of the Estate of David Leistman, # 7 Exhibit G Consent order Grant Substitution of Attorney for Katherine Leistman, # 8 Exhibit H Consent order Granting Substitution of Attorney for M Leistman, # 9 Exhibit I Consent order Granting Substitution of Attorney for Kimberly Trudel as the Personal Represe the Estate of Frederick Rimmele III, # 10 Exhibit J Consent order Granting Substitution of Attorney for Kimberly Tru Exhibit K Consent order Granting Substitution of Attorney for Donald Scauso, # 12 Exhibit L Consent order Granting Substitution of Attorney for Janlyn Scauso, # 13 Exhibit M Consent order Granting Substitution of Attorney for Janly as the Personal Representative of the Estate of Dennis Scauso, # 14 Exhibit N Consent order Granting Substitution of for Juliette Scauso, # 15 Exhibit O Consent order Granting Substitution of Attorney for Darcie Bailey−Scauso, # 16 E Consent order Granting Substitution of Attorney for Gabrielle Scauso, # 17 Exhibit Q Consent order Granting Substit Attorney for David Spampinato, # 18 Exhibit R Consent order Granting Substitution of Attorney for Donald Spampin Exhibit S Consent order Granting Substitution of Attorney for Laurie Spampinato, # 20 Exhibit T Consent order Gran Substitution of Attorney for Laurie Spampinato, as the Personal Representative of the Estate of Donald Spampinato, U Consent order Granting Substitution of Attorney for Peter Spampinato, # 22 Exhibit V Consent order Granting Sub Attorney for Cella Woo−Yuen, # 23 Exhibit W Consent order Granting Substitution of Attorney for Cella Woo−Yuen Personal Representative of the Estate of Elkin Yuen)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 01/11/2023) |
| .2/2023 | 8826 | ORDER granting (8821) Motion to Add in case 1:03−md−01570−GBD−SN; granting (1895) Motion to Add in case 1:02−cv−06977−GBD−SN. The Ashton Plaintiffs' motion is therefore GRANTED, and it is further ORDERED that: underlying Sixth Amended Complaint in Ashton, No. 02−cv−06977, is amended to include the parties identified in th Plaintiffs' exhibits at ECF No. 8822−1 as parties in the action against the Taliban; These amendments supplement, bu displace, the underlying operative Sixth Amended Complaint in Ashton, No. 02−cv−06977; Prior rulings, orders, and entered in this case remain in effect as to all parties; and Further service on the Taliban is not required as a result of th amendments, and prior service orders apply, including the Court's order on service by publication at ECF No. 445. Th the Court is respectfully directed to terminate the motion at ECF No. 8821 and the related motion at ECF No. 1895 in No. 02−cv−06977. (Signed by Magistrate Judge Sarah Netburn on 1/12/2023) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN. (ras) (Entered: 01/12/2023) |
| .2/2023 | 8827 | MEMO ENDORSEMENT on re: 8824 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The part extension request is GRANTED. They shall file a joint letter on January 20, 2023. (Signed by Magistrate Judge Sarah on 1/12/2023) (ras) (Entered: 01/12/2023) |
| .2/2023 | 8828 | MEMORANDUM DECISION AND ORDER: denying 8700 Motion to Stay re: 8700 MOTION to Stay Nonmonetar Pending Resolution of Rule 72 Objections. Attorneys from Kreindler & Kreindler may continue to advocate for 9/11 and draw on their expertise litigating against the Kingdom of Saudi Arabia, but this Court,will not now restore them t during its review of the Objections to Magistrate Judge Netburn's Opinion and Order. As ordered by Magistrate Judge on September 21, 2022, (see Op. at 63), the following Kreindler & Kreindler attorneys remain removed from the PEC Kreindler, Justin T. Green, Andrew J. Maloney, and Marc S. Moller, (see Case Management Order No. 3, Paragraph Court will also not disturb Magistrate JudgeNetburn's denial of Kreindler & Kreindler's request to replace Justin T. G Steven R. Pounian and Marc S. Moller with Megan Wolfe Benett on the PEC. (See Op. at 64 (denying request at ECF 7153).) Therefore, Kreindler & Kreindler' s motion to stay nonmonetary sanctions pending resolution of its Rule 72 O is DENIED. The Clerk of Court is directed to close the open motion at ECF No. 8700. SO ORDERED. (Signed by Ju B. Daniels on 1/12/2023) (ama) (Entered: 01/12/2023) |
| .2/2023 | 8829 | MEMO ENDORSEMENT on re: (1898 in 1:02−cv−06977−GBD−SN, 738 in 1:04−cv−01076−GBD−SN, 8825 in 1:03−md−01570−GBD−SN) Letter filed by Estate of John Patrick O'Neill Sr. ENDORSEMENT: The Plaintiffs' requ substitution of counsel in their claims against the Taliban, as set forth in ECF Nos. 8825−1 through 8825−23, are GR Kreindler & Kreindler LLP will remain counsel for these Plaintiffs in their claims against other defendants, so the cle remove Kreindler & Kreindler LLP's appearance on behalf of Plaintiffs from the docket. To ensure the docket likewis Anderson Kill P.C.'s representation of these Plaintiffs, the Court requests that Anderson Kill P.C. file notices of appea behalf of these Plaintiffs. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 1/12/2023) Filed In Associ 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:04−cv−01076−GBD−SN. (mml) (Entered: 01/12/2023) |

| | | |
|---|---|---|
| .6/2023 | 8830 | MOTION for Default Judgment as to *Gaston*. Document filed by Beatrice Gaston.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12337−GBD−SN.(Estelle, Austin) (Entered: 01/16/2023) |
| .6/2023 | 8831 | MEMORANDUM OF LAW in Support re: (55 in 1:18−cv−12337−GBD−SN) MOTION for Default Judgment as to Document filed by Beatrice Gaston. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12337−GBD− Austin) (Entered: 01/16/2023) |
| .6/2023 | 8832 | DECLARATION of Austin Estelle in Support re: (55 in 1:18−cv−12337−GBD−SN) MOTION for Default Judgment *Gaston*.. Document filed by Beatrice Gaston. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12337−GBD−SN.(Estelle, Austin) (Entered: 01/16/2023) |
| .6/2023 | 8833 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(1). Document filed by Beatrice Gaston..(Estelle, Aus **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/16/2023) |
| .7/2023 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (8833 in 1:03−md−01570−GBD−SN, 58 in 1:18−cv−12337−GBD−SN) Proposed Default Judgment was reviewed and ap to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12337−GBD−SN. (tp)** (Entered: 01/17/ |
| .9/2023 | 8834 | ORDER: Regarding the Rule 72 objections (ECF No. 8717) to Magistrate Judge Netburn's Reports and Recommenda Nos. 7942 and 8549) on the Republic of Sudan's January 8, 2021 motion to dismiss (ECF No. 6574), this Court is pre hear oral argument on April 19, 2023 at 10:00 a.m. SO ORDERED. Oral Argument set for 4/19/2023 at 10:00 AM be George B. Daniels. (Signed by Judge George B. Daniels on 1/19/2023) Filed In Associated Cases: 1:03−md−01570− et al. (kv) Modified on 1/19/2023 (kv). (Entered: 01/19/2023) |
| 20/2023 | 8835 | PROPOSED CONSENT ORDER. Document filed by Kristen Breitweiser. (Attachments: # 1 Affidavit Declaration o Schutty, Esq. in Support of Consent Order for Substitution of Attorneys).(Schutty, John) (Entered: 01/20/2023) |
| 20/2023 | 8836 | PROPOSED ORDER FOR SUBSTITUTION OF ATTORNEY. Document filed by Patricia Ryan. (Attachments: # 1 Declaration of John F. Schutty, Esq. in Support of Substitution of Attorneys).(Schutty, John) (Entered: 01/20/2023) |
| 20/2023 | 8837 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter dated January 20, 2023 re: Joint Letter to Honorable Sarah Netburn from Plaintiffs and Al Rajhi Bank Pursuant to the Courts December 22, 2022 Order at ECF Document filed by Plaintiffs Executive Committees..(Carter, Sean) (Entered: 01/20/2023) |
| 23/2023 | 8838 | LETTER addressed to Magistrate Judge Sarah Netburn from Dorothea M. Capone dated 01/23/2023 re: Ryan Plainti Proposed Consent Order for Substitution of Attorney filed by John Schutty on 01/20/2023. Document filed by Virgin al, Virginia Bauer, et al.. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD, 1:17−cv−02003−GBD−SN.(Capone, Dorothea) (Entered: 01/23/ |
| 23/2023 | 8839 | NOTICE OF APPEARANCE by Alexander Greene on behalf of Janlyn Scauso. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Greene, Alexander) (Entered: 01/23/2023) |
| 23/2023 | 8840 | NOTICE OF APPEARANCE by Bruce Elliot Strong on behalf of Janlyn Scauso. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Strong, Bruce) (Entered: 01/23/2023) |
| 23/2023 | 8841 | NOTICE OF APPEARANCE by Jerry Stephen Goldman on behalf of Janlyn Scauso. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Goldman, Jerry) (Entered: 01/23/2023) |
| 23/2023 | 8842 | NOTICE OF APPEARANCE by Ethan Greenberg on behalf of Janlyn Scauso. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Greenberg, Ethan) (Entered: 01/23/2023) |
| 23/2023 | 8843 | NOTICE OF APPEARANCE by Regan Erica Samson on behalf of Janlyn Scauso. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Samson, Regan) (Entered: 01/23/2023) |
| 23/2023 | 8844 | LETTER addressed to Magistrate Judge Sarah Netburn from James P. Kreindler dated 01/23/2023 re: ECF 8835 and Proposed Consent Orders for Substitution of Attorney. Document filed by Kathleen Ashton.Filed In Associated Case 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN, 1:02−cv−07236−GBD, 1:17−cv−02003−GBD−SN.(Kreindler, James) (Entered: 01/23/2023) |
| 24/2023 | 8845 | LETTER addressed to Magistrate Judge Sarah Netburn from John F. Schutty, Esq. dated January 24, 2023 re: Respor of Dorothea Capone (ECF#8838) re Status of Ryan Family Claims. Document filed by Patricia Ryan.Filed In Associa 1:03−md−01570−GBD−SN, 1:17−cv−02003−GBD−SN.(Schutty, John) (Entered: 01/24/2023) |
| 24/2023 | 8846 | ORDER: On January 20, 2023, the Plaintiffs' Executive Committees ("PECs") and Defendant Al Rajhi Bank ("ARB" joint letter summarizing their outstanding discovery disputes. ECF No. 8837. Both parties acknowledge that some of outstanding disputes could be resolved or refined in the meet−and−confer process, but others have reached impasse. considering the parties' proposals and the approaching discovery deadline, the Court ORDERS the parties to further r confer regarding the outstanding discovery disputes. If the disputes cannot be resolved, the PECs may file a motion to or before February 24, 2023, supported by a brief of up to 15 pages, double−spaced. The motion should address all ou discovery disputes between the parties. Within 14 days of the PECs' filing, ARB may file a response brief of up to 15 |

| | | |
|---|---|---|
| | | double−spaced. Within seven days of ARB's response, the PECs' may file a reply brief of up to five pages, double−sp (Signed by Magistrate Judge Sarah Netburn on 1/24/2023) (ras) (Entered: 01/24/2023) |
| :6/2023 | 8847 | LETTER addressed to Magistrate Judge Sarah Netburn from Timothy B. Fleming and Dennis G. Pantazis dated Janu 2023 re: Maher Plaintiffs' Lists per Order at MDL ECF 8796. Document filed by Daniel Maher, Joseph Maher, Josep Katherine Maher, Katherine Maher. (Attachments: # 1 Exhibit Maher Lists)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD, 1:17−cv−02003−GBD−SN, 1:20−cv−00266−GBD−SN.(Fleming, Timothy) (Entered: 01/26/2023) |
| :7/2023 | 8848 | LETTER addressed to Magistrate Judge Sarah Netburn from Timothy B. Fleming and Dennis G. Pantazis dated Janu 2023 re: Maher Plaintiffs' Lists per Order at MDL ECF 8796. Document filed by Daniel Maher, Joseph Maher, Kathe Maher, Katherine Maher.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD, 1:20−cv−00266−GBD−SN.(Fleming, Timothy) (Entered: 01/27/2023) |
| :7/2023 | 8849 | MOTION for Default Judgment as to *Ashton 25 Wrongful Death Plaintiffs*. Document filed by Kathleen Ashton.Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 01/27/2023) |
| :7/2023 | 8850 | DECLARATION of James P. Kreindler in Support re: (1913 in 1:02−cv−06977−GBD−SN, 8849 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Ashton 25 Wrongful Death Plaintiffs*.. Document Kathleen Ashton. (Attachments: # 1 Exhibit A (list of plaintiffs), # 2 Exhibit B (list of plaintiffs), # 3 Exhibit C (expe declaration), # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Krei James) (Entered: 01/27/2023) |
| :7/2023 | 8851 | PROPOSED JUDGMENT. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A (list of plaintiffs), # 2 I (list of plaintiffs)).(Kreindler, James) **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/27/ |
| :0/2023 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (8851 in 1:03−md−01570− 1915 in 1:02−cv−06977−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Associ Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(km)** (Entered: 01/30/2023) |
| :1/2023 | 8852 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated January 31, 2023 re: Joint sta concerning redactions. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 01/31/2023) |
| )1/2023 | 8853 | MEMO ENDORSEMENT on re: 8852 Letter filed by Kingdom of Saudi Arabia. ENDORSEMENT: The Parties' req granted. They shall file a further joint status report by March 31, 2023. (Signed by Magistrate Judge Sarah Netburn o (ras) (Entered: 02/01/2023) |
| )1/2023 | 8854 | ***EX−PARTE*** LETTER addressed to Judge George B. Daniels from James P. Kreindler dated 02/01/2023 re: E Reports to Motion (ECF 8849), Declaration (ECF 8850), Proposed Judgment (ECF 8851). Document filed by Kathle (Attachments: # 1 Exhibit Expert Report 1, # 2 Exhibit Expert Report 2, # 3 Exhibit Expert Report 3, # 4 Exhibit Exp 4)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SNMotion or Order to File Under : .(Kreindler, James) (Entered: 02/01/2023) |
| )2/2023 | 8855 | LETTER addressed to Judge George B. Daniels from Lee Wolosky dated February 2, 2023 re: New Civil Action (Bu Against the Taliban and Da Afghanistan Bank.. Document filed by Havlish Plaintiffs. (Attachments: # 1 Exhibit A − Complaint)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:01−cv−10132−GBD−SN, 1:03−cv−06978−GB 1:03−cv−09848−GBD−SN.(Wolosky, Lee) (Entered: 02/02/2023) |
| )2/2023 | 8856 | LETTER addressed to Judge George B. Daniels from Edward M. Spiro dated February 2, 2023 re: Petition for a Writ Mandamus. Document filed by Kreindler & Kreindler LLP. (Attachments: # 1 Supplement Petition for a Writ of Mar the United States District Court for the Southern District of New York).(Spiro, Edward) (Entered: 02/02/2023) |
| )2/2023 | 8857 | MOTION for Modification of Prior Rule 6(e) Orders to Permit Public Disclosure of Grand Jury Information . Docum FBI..(Vargas, Jeannette) (Entered: 02/02/2023) |
| )3/2023 | 8858 | ORDER granting 8857 MOTION for Modification of Prior Rule 6(e) Orders to Permit Public Disclosure of Grand Ju Information. The Court GRANTS the FBI's motion to modify the Rule 6(e) orders. The grand jury information at issu Nos. 5193, 6672, and 6854 is no longer subject to the FBI Protective Order and, conditional on any appropriate redac including those required by the Privacy Act, may be publicly disclosed. (Signed by Magistrate Judge Sarah Netburn c 2/3/2023) (ras) (Entered: 02/03/2023) |
| )5/2023 | 8859 | LETTER MOTION for Leave to File Petition for Mandamus with redaction addressed to Magistrate Judge Sarah Net Emily Kirsch dated February 5, 2023. Document filed by Kreindler & Kreindler LLP..(Kirsch, Emily) (Entered: 02/0 |
| )6/2023 | 8860 | ORDER granting in part and denying in part 8859 Letter Motion for Leave to File Document. The party's request is C in part and DENIED in part. Kreindler & Kreindler is directed to file a redacted version of the Petition on the public c MDL counsel who want access to the unredacted version at ECF No. 8856−1 may email Netburn_NYSDChambers@nysd.uscourts.gov. (Signed by Magistrate Judge Sarah Netburn on 2/6/2023) (ras) (Enter 02/06/2023) |

| | | |
|---|---|---|
| )7/2023 | 8861 | LETTER addressed to Judge George B. Daniels from Edward M. Spiro dated February 7, 2023 re: Petition for a Writ Mandamus. Document filed by Kreindler & Kreindler LLP. (Attachments: # 1 Supplement Redacted Petition for a W Mandamus to the United States District Court for the Southern District of New York).(Spiro, Edward) (Entered: 02/0 |
| )7/2023 | 8862 | MEMORANDUM DECISION AND ORDER: denying 7481 Letter Motion to Compel. Because Kaplan and Honickı principles of aiding−and−abetting liability under 18 U.S.C. § 2333(d) are inapposite to Plaintiffs' claims against a for under 28 U.S.C. § 1605B, CAC Plaintiffs' motion to revise the March 2018 Order is DENIED. For the same reasons a lack of good cause to reopen document discovery or to reconsider previous discovery orders, Ashton Plaintiffs' motio production is also DENIED. The Clerk of Court is directed to close the open motion at ECF No. 7481. SO ORDERE by Judge George B. Daniels on 2/07/2023) (ama) (Entered: 02/07/2023) |
| .6/2023 | 8863 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated February 16, 2023 re: renewi for schedule for renewed motion to dismiss and related filings. Document filed by Kingdom of Saudi Arabia..(Kellog (Entered: 02/16/2023) |
| .7/2023 | 8864 | MOTION to Amend/Correct *Notice of Plaintiffs Motion to Amend the Courts February 7, 2023 Order to Certify Con Questions of Law for Interlocutory Appeal under 28 U.S.C. § 1292(b) and to Stay Further Proceedings as to the King Saudi Arabia*. Document filed by Consolidated Amended Complaint Plaintiffs..(Carter, Sean) (Entered: 02/17/2023) |
| .7/2023 | 8865 | MEMORANDUM OF LAW in Support re: 8864 MOTION to Amend/Correct *Notice of Plaintiffs Motion to Amend t February 7, 2023 Order to Certify Controlling Questions of Law for Interlocutory Appeal under 28 U.S.C. § 1292(b) Further Proceedings as to the Kingdom of S . Document filed by Consolidated Amended Complaint Plaintiffs..(Carte (Entered: 02/17/2023)* |
| 21/2023 | 8866 | MEMORANDUM DECISION AND ORDER: denying (597) Motion re: (597 in 1:03−cv−09848−GBD−SN, 7763 in 1:03−md−01570−GBD−SN) MOTION for Partial Turnover of Assets From Garnishee Federal Reserve Bank of New (7895 in 1:03−md−01570−GBD−SN) MOTION for Protective Order Pursuant to CPLR § 5240., (7936 in 1:03−md−01570−GBD−SN) MOTION to Join the Turnover Proceedings and for Partial Turnover of Assets from Ga Federal Reserve Bank of New York., (8018 in 1:03−md−01570−GBD−SN, 1120 in 1:03−cv−06978−GBD−SN) MO Intervene NOTICE OF LIMITED MOTION TO INTERVENE BY JAMES OWENS, ET AL., (8055 in 1:03−md−01570−GBD−SN) MOTION to Vacate (8018) MOTION to Intervene NOTICE OF LIMITED MOTION T INTERVENE BY JAMES OWENS, ET AL., (8412 in 1:03−md−01570−GBD−SN, 1724 in 1:02−cv−06977−GBD−S EMERGENCY MOTION for Attachment of Defendant's assets in this District held in the name of Da Afghanistan B Notice of Ex Parte Emergency Motion for Order of Attachment, (8586 in 1:03−md−01570−GBD−SN) MOTION for Post−Judgment Attachment, (62 in 1:01−cv−10132−GBD−SN) MOTION turnover of assets from garnishee federal r of new york in case 1:03−cv−09848−GBD−SN; denying (7763) Motion re: (597 in 1:03−cv−09848−GBD−SN, 7763 1:03−md−01570−GBD−SN) MOTION for Partial Turnover of Assets From Garnishee Federal Reserve Bank of New (7895 in 1:03−md−01570−GBD−SN) MOTION for Protective Order Pursuant to CPLR § 5240., (7936 in 1:03−md−01570−GBD−SN) MOTION to Join the Turnover Proceedings and for Partial Turnover of Assets from Ga Federal Reserve Bank of New York., (8018 in 1:03−md−01570−GBD−SN, 1120 in 1:03−cv−06978−GBD−SN) MO Intervene NOTICE OF LIMITED MOTION TO INTERVENE BY JAMES OWENS, ET AL., (8055 in 1:03−md−01570−GBD−SN) MOTION to Vacate (8018) MOTION to Intervene NOTICE OF LIMITED MOTION T INTERVENE BY JAMES OWENS, ET AL., (8412 in 1:03−md−01570−GBD−SN, 1724 in 1:02−cv−06977−GBD−S EMERGENCY MOTION for Attachment of Defendant's assets in this District held in the name of Da Afghanistan B Notice of Ex Parte Emergency Motion for Order of Attachment., (8586 in 1:03−md−01570−GBD−SN) MOTION for Post−Judgment Attachment., (62 in 1:01−cv−10132−GBD−SN) MOTION turnover of assets from garnishee federal bank of new york. ; denying as moot (7895) Motion for Protective Order. ; denying (7936) Motion re: (597 in 1:03−cv−09848−GBD−SN, 7763 in 1:03−md−01570−GBD−SN) MOTION for Partial Turnover of Assets From Gar Federal Reserve Bank of New York., (7895 in 1:03−md−01570−GBD−SN) MOTION for Protective Order Pursuant 5240., (7936 in 1:03−md−01570−GBD−SN) MOTION to Join the Turnover Proceedings and for Partial Turnover of from Garnishee Federal Reserve Bank of New York., (8018 in 1:03−md−01570−GBD−SN, 1120 in 1:03−cv−06978− MOTION to Intervene NOTICE OF LIMITED MOTION TO INTERVENE BY JAMES OWENS, ET AL., (8055 in 1:03−md−01570−GBD−SN) MOTION to Vacate (8018) MOTION to Intervene NOTICE OF LIMITED MOTION T INTERVENE BY JAMES OWENS, ET AL., (8412 in 1:03−md−01570−GBD−SN, 1724 in 1:02−cv−06977−GBD−S EMERGENCY MOTION for Attachment of Defendant's assets in this District held in the name of Da Afghanistan B Notice of Ex Parte Emergency Motion for Order of Attachment, (8586 in 1:03−md−01570−GBD−SN) MOTION for Post−Judgment Attachment, (62 in 1:01−cv−10132−GBD−SN) MOTION turnover of assets from garnishee federal r of new york ; denying as moot (8018) Motion to Intervene; denying as moot (8055) Motion to Vacate (597 in 1:03−cv−09848−GBD−SN, 7763 in 1:03−md−01570−GBD−SN) MOTION for Partial Turnover of Assets From Gar Federal Reserve Bank of New Yor, (7895 in 1:03−md−01570−GBD−SN) MOTION for Protective Order Pursuant to 5240., (7936 in 1:03−md−01570−GBD−SN) MOTION To Join the Turnover Proceedings and for Partial Turnover o from Garnishee Federal Reserve Bank of New York., (8018 in 1:03−md−01570−GBD−SN, 1120 in 1:03−cv−06978− MOTION to Intervene / NOTICE OF LIMITED MOTION TO INTERVENE BY JAMES OWENS, ET AL., (8055 i 1:03−md−01570−GBD−SN) MOTION to Vacate (8018) MOTION to Intervene NOTICE OF LIMITED MOTION T INTERVENE BY JAMES OWENS, ET AL., (8412 in 1:03−md−01570−GBD−SN, 1724 in 1:02−cv−06977−GBD−S EMERGENCY MOTION for Attachment of Defendant's assets in this District held in the name of Da Afghanistan B |

| | | |
|---|---|---|
| | | of Ex Parte Emergency Motion for Order of Attachment, (8586 in 1:03−md−01570−GBD−SN) MOTION for Post−Ju Attachment, (62 in 1:01−cv−10132−GBD−SN) MOTION turnover of assets from garnishee federal reserve bank of n denying as moot (8412) Motion to Attach ; denying as moot (8586) Motion re: (597 in 1:03−cv−09848−GBD−SN, 7 1:03−md−01570−GBD−SN) MOTION for Partial Turnover of Assets From Garnishee Federal Reserve Bank of New (7895 in 1:03−md−01570−GBD−SN) MOTION for Protective Order Pursuant to CPLR § 5240., (7936 in 1:03−md−01570−GBD−SN) MOTION to Join the Turnover Proceedings and for Partial Turnover of Assets from Ga Federal Reserve Bank of New York., (8018 in 1:03−md−01570−GBD−SN, 1120 in 1:03−cv−06978−GBD−SN) MO Intervene / NOTICE OF LIMITED MOTION TO INTERVENE BY JAMES OWENS, ET AL., (8055 in 1:03−md−01570−GBD−SN) MOTION to Vacate (8018) MOTION to Intervene / NOTICE OF LIMITED MOTION INTERVENE BY JAMES OWENS, ET AL., (8412 in 1:03−md−01570−GBD−SN, 1724 in 1:02−cv−06977−GBD−S EMERGENCY MOTION for Attachment of Defendant's assets in this District held in the name of Da Afghanistan B Notice of Ex Parte Emergency Motion for Order of Attachment, (8586 in 1:03−md−01570−GBD−SN) MOTION for Post−Judgment Attachment., (62 in 1:01−cv−10132−GBD−SN) MOTION turnover of assets from garnishee federal bank of new york in case 1:03−md−01570−GBD−SN; denying (62) Motion re: (597 in 1:03−cv−09848−GBD−SN, 7 1:03−md−01570−GBD−SN) MOTION for Partial Turnover of Assets From Garnishee Federal Reserve Bank of New (7895 in 1:03−md−01570−GBD−SN) MOTION for Protective Order Pursuant to CPLR § 5240., (7936 in 1:03−md−01570−GBD−SN) MOTION to Join the Turnover Proceedings and for Partial Turnover of Assets from Ga Federal Reserve Bank of New York., (8018 in 1:03−md−01570−GBD−SN, 1120 in 1:03−cv−06978−GBD−SN) MO Intervene / NOTICE OF LIMITED MOTION TO INTERVENE BY JAMES OWENS, ET AL., (8055 in 1:03−md−01570−GBD−SN) MOTION to Vacate (8018) MOTION to Intervene / NOTICE OF LIMITED MOTION INTERVENE BY JAMES OWENS, ET AL., (8412 in 1:03−md−01570−GBD−SN, 1724 in 1:02−cv−06977−GBD−S EMERGENCY MOTION for Attachment of Defendant's assets in this District held in the name of Da Afghanistan B Notice of Ex Parte Emergency Motion for Order of Attachment, (8586 in 1:03−md−01570−GBD−SN) MOTION for Post−Judgment Attachment., (62 in 1:01−cv−10132−GBD−SN) MOTION turnover of assets from garnishee federal bank of new york in case 1:01−cv−10132−GBD−SN; denying as moot (1724) Motion to Attach in case 1:02−cv−06977−GBD−SN; denying as moot (1120) Motion to Intervene in case 1:03−cv−06978−GBD−SN. The Jud Creditors are entitled to collect on their default judgments and be made whole for the worst terrorist attack in our nati history, but they cannot do so with the funds of the central bank of Afghanistan. Pursuant to the FSIA, TRIA, and the Constitution, the Taliban−not the former Islamic Republic of Afghanistan or the Afghan people−must pay for the Tal liability in the 9/11 Attacks. Therefore, the Judgment Creditors' motions for turnover of DAB funds (ECF Nos. 7763, 7936 in 03−md−1570; ECF No. 62 in 01−cv−10132; ECF No. 597 in 03−cv−9848) are DENIED. The Judgment Cre motion for post−judgment attachment (ECF No. 8586 in 03−md−1570), Ashton Plaintiffs' motion for attachment (EC in 03−md−1570; ECF No. 1724 in 02−cv−6977), Ashton Plaintiffs' motion for a protective order (ECF No. 7895 in 03−md−1570), Owens Proposed Intervenors' motion to intervene (ECF No. 8018 in 03−md−1570; ECF No. 1120 in 03−cv−6978), and Federal Insurance Creditors' motion to vacate (ECF No. 8055 in 03−md−1570) are DENIED as m Clerk of Court is directed to close the motions accordingly. SO ORDERED. (Signed by Judge George B. Daniels on Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:01−cv−10132−GBD−SN, 1:02−cv−06977−GBD−SN, 1:03−cv−06978−GBD−SN, 1:03−cv−09848−GBD−SN (ama) (Entered: 02/21/2023) |
| 21/2023 | 8867 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter on behalf of Plaintiffs' Executive Commi February 21, 2023 re: request for a one week extension due to Covid−related issues. Document filed by Plaintiffs PI Committee..(Carter, Sean) (Entered: 02/21/2023) |
| 21/2023 | 8868 | ORDER: in case 1:03−md−01570−GBD−SN; terminating (84) Motion to Attach in case 1:02−cv−07209−GBD−SN; (237) Motion to Attach in case 1:02−cv−07230−GBD−SN; terminating (174) Motion to Attach in case 1:02−cv−072 The Clerk of Court is directed to close the open motions at ECF No. 84 in 02−cv−07209, ECF No. 237 in 02−cv−072 ECF No. 174 in 02−cv−07236, as having been resolved by this Court's Order at ECF No. 8866. SO ORDERED. (Sig Judge George B. Daniels on 2/21/2023) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−07209−GB 1:02−cv−07230−GBD−SN, 1:02−cv−07236−GBD (ama) (Entered: 02/21/2023) |
| 21/2023 | 8869 | LETTER MOTION to Stay re: (8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN) Order on Mo Miscellaneous Relief,, Order on Motion for Protective Order,, Order on Motion to Intervene, Order on Motion to Vac on Motion to Attach,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, addressed to Judge George B. Daniels from Wolosky dated February 21, 2023. Document filed by Havlish Plaintiffs.Filed In Associated Cases: 1:03−md−01570− 1:01−cv−10132−GBD−SN, 1:03−cv−06978−GBD−SN, 1:03−cv−09848−GBD−SN.(Wolosky, Lee) (Entered: 02/21/ |
| 21/2023 | 8870 | MOTION for Reconsideration re; 8862 Order on Motion to Compel,, . Document filed by Kathleen Ashton..(Pounian (Entered: 02/21/2023) |
| 21/2023 | 8871 | LETTER addressed to Magistrate Judge Sarah Netburn from Steven R. Pounian dated February 21, 2023 re: Respons 8863 and Request for Status Conference. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit 1, # 2 Exhib Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16).(Pounian, Steven) (Entered: 02/2 |

| | | |
|---|---|---|
| 22/2023 | 8872 | MEMO ENDORSEMENT on re: 8867 Letter, filed by Plaintiffs PI Executive Committee. ENDORSEMENT: The pa request is GRANTED. Plaintiffs shall file any motion to compel discovery as to ARB by March 3, 2023. SO ORDER (Motions due by 3/3/2023.) (Signed by Magistrate Judge Sarah Netburn on 2/22/2023) (kv) (Entered: 02/22/2023) |
| 22/2023 | 8873 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated February 22, 20 Proposed schedule for next steps regarding the claims against the Kingdom of Saudi Arabia (and Dallah Avco) and re Saudi Arabias February 16, 2023 letter (ECF No. 8863). Document filed by Plaintiffs Executive Committees..(Haefel (Entered: 02/22/2023) |
| 23/2023 | 8874 | LETTER MOTION for Discovery addressed to Magistrate Judge Sarah Netburn from Steven T. Cottreau dated 02/23 Document filed by Dubai Islamic Bank.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Cottreau, Steve (Entered: 02/23/2023) |
| 24/2023 | 8875 | LETTER RESPONSE to Motion addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committee February 24, 2023 re: (1062 in 1:03−cv−09849−GBD−SN, 702 in 1:04−cv−07065−GBD−SN, 847 in 1:04−cv−01923−GBD−SN, 1187 in 1:03−cv−06978−GBD−SN, 8874 in 1:03−md−01570−GBD−SN, 765 in 1:04−cv−05970−GBD−SN, 750 in 1:04−cv−07279−GBD−SN) LETTER MOTION for Discovery addressed to Magi Sarah Netburn from Steven T. Cottreau dated 02/23/2023. . Document filed by Plaintiffs Executive Committees. File Associated Cases: 1:03−md−01570−GBD−SN et al..(Haefele, Robert) (Entered: 02/24/2023) |
| 24/2023 | 8876 | MEMORANDUM DECISION AND ORDER denying (682) Motion to Stay re: (682 in 1:03−cv−09848−GBD−SN, 8 1:03−md−01570−GBD−SN, 102 in 1:01−cv−10132−GBD−SN, 1186 in 1:03−cv−06978−GBD−SN) LETTER MOT re: (8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:0 in case 1:03−cv−09848−GBD−SN; denying (8869) Motion to Stay re: (682 1:03−cv−09848−GBD−SN, 8869 in 1:03−md−01570−GBD−SN, 102 in 1:01−cv−10132−GBD−SN, 1186 in 1:03−cv−06978−GBD−SN) LETTER MOTION to Stay re: (8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:0 i 1:03−md−01570−GBD−SN; denying (102) Motion to Stay re: (682 in 1:03−cv−09848−GBD−SN, 8869 in 1:03−md−01570−GBD−SN, 102 in 1:01−cv−10132−GBD−SN, 1186 in 1:03−cv−06978−GBD−SN) LETTER MOT re: (8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:0 in case 1:01−cv−10132−GBD−SN; denying (1186) Motion to Stay re: (682 1:03−cv−09848−GBD−SN, 8869 in 1:03−md−01570−GBD−SN, 102 in 1:01−cv−10132−GBD−SN, 1186 in 1:03−cv−06978−GBD−SN) LETTER MOTION to Stay re: (8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:0 i 1:03−cv−06978−GBD−SN. The Judgment Creditors have failed to meet the standard for a stay. Therefore, the Judgm Creditors' letter motion to stay this Court's Decision dated February 21, 2023 (ECF No. 8869 in 03−md−1570: ECF N 0l−cv−10132; ECF No. 1186 in 03−cv−06978; ECF No. 682 in 03−cv−09848; ECF No. 144 in 20−mc−00740) is DE Clerk of Court is directed to close the open letter motions accordingly. SO ORDERED.. (Signed by Judge George B. 2/24/2023) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:01−cv−10132−GBD−SN, 1:03−cv−06978−GB 1:03−cv−09848−GBD−SN (ks) (Entered: 02/24/2023) |
| 24/2023 | 8877 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Sarah Netburn from Steven T. Cottreau date 02/24/2023 re: (750 in 1:04−cv−07279−GBD−SN) LETTER MOTION for Discovery addressed to Magistrate Judge Netburn from Steven T. Cottreau dated 02/23/2023. . Document filed by Dubai Islamic Bank. Filed In Associated Ca 1:03−md−01570−GBD−SN et al..(Cottreau, Steven) (Entered: 02/24/2023) |
| 24/2023 | 8878 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated February 24, 2023 re: further Saudi Arabia's proposed briefing schedule. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entere 02/24/2023) |
| 24/2023 | 8879 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** NOTICE OF APPEAL from (681 in 1:03−cv−09848−GBI in 1:03−cv−09848−GBD−SN, 681 in 1:03−cv−09848−GBD−SN, 681 in 1:03−cv−09848−GBD−SN, 681 in 1:03−cv−09848−GBD−SN, 681 in 1:03−cv−09848−GBD−SN, 681 in 1:03−cv−09848−GBD−SN, 681 in 1:03−cv−09848−GBD−SN) Order on Motion for Protective Order,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, Order on Motion for Miscell Relief,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, Order on Motion to Intervene,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, Order on Moti Vacate,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, Order on Motion to Attach,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,, Document filed by Havlish Plaintiffs. Filing fee $ 505.00, receipt number NYSDC−27389560. Form C and Form D a within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Exhibit A − List of Havlish Judgment Cre In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Wolosky, Lee) Modified on 2/27/202 (Entered: 02/24/2023) |
| 27/2023 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Lee Wolosky to RE− Document No. (8879 in 1:03−md−01570−GBD−SN; 684 in 1:03−cv−9848−GBD−SN) Notice of Appeal. The fili** |

| | | |
|---|---|---|
| | | **deficient for the following reason(s): the PDF attached to the docket entry for the appeal does not list the Lead number; the order/judgment being appealed is not entered in the member case. Correct the PDF − Re−file the using the event type Notice of Appeal found under the event list Appeal Documents − attach the correct signed select the correct named filer/filers − select the correct order/judgment being appealed − Do Not Pay the Appe Again. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN(tp)** (Entered: 02/27/20 |
| 27/2023 | 8880 | LETTER addressed to Magistrate Judge Sarah Netburn from Steven R. Pounian dated 2/27/2023 re: in further suppor for status conference and in response to ECF 8878. Document filed by Kathleen Ashton..(Pounian, Steven) (Entered: 02/27/2023) |
| 27/2023 | 8881 | NOTICE OF APPEAL from (681 in 1:03−cv−09848−GBD−SN, 681 in 1:03−cv−09848−GBD−SN, 681 in 1:03−cv−09848−GBD−SN, 681 in 1:03−cv−09848−GBD−SN, 681 in 1:03−cv−09848−GBD−SN, 681 in 1:03−cv−09848−GBD−SN, 681 in 1:03−cv−09848−GBD−SN, 681 in 1:03−cv−09848−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN) Order on Motion for Protective Order,,,,,,,,,,,,,,,,,, Order on Motion for Miscellaneous Relief,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, Order on Motion to Intervene,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, Order on Motion to Vacate,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, Order on Mot Attach,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,. Document filed by Havlish Plaintiffs. Form Form D are due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Exhibit A − List of Havlis Creditors)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Wolosky, Lee) (Enter 02/27/2023) |
| 27/2023 | 8882 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert K. Kry dated February 27, 2023 re: reply re: brie schedule for dispositive motion (Dkt. 8863). Document filed by Dallah Avco Trans Arabia..(Kry, Robert) (Entered: 0 |
| 27/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (685 in 1:03−cv−09848−GBD−SN, 8881 in 1:03−md−01570−GBD−SN) Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN. (tp) (Entered: 02/27/2023) |
| 27/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for (685 in 1:03−cv−09848−GBD−SN, 8881 in 1:03−md−01570−GBD−SN) Notice of Appeal, filed by Havlish Plaintiffs were t to the U.S. Court of Appeals. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN. (tp 02/27/2023) |
| 28/2023 | 8883 | **FILING ERROR − NO ORDER SELECTED FOR APPEAL −** NOTICE OF APPEAL. Document filed by John l through 7. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Do Campo, Orlando on 3/1/2023 (tp). (Entered: 02/28/2023) |
| 28/2023 | 8884 | RESPONSE in Opposition to Motion re: 8870 MOTION for Reconsideration re; 8862 Order on Motion to Compel,, . MOTION to Amend/Correct *Notice of Plaintiffs Motion to Amend the Courts February 7, 2023 Order to Certify Con Questions of Law for Interlocutory Appeal under 28 U.S.C. § 1292(b) and to Stay Further Proceedings as to the King Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 02/28/2023)* |
| 28/2023 | 8885 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** MOTION to Sever *and to Transfer l Filings to Associated and New Cases*. Document filed by Daniel Maher, Joseph Maher, Joseph Maher, Katherine Ma Katherine Maher. (Attachments: # 1 Exhibit Lists of Defendants and Plleadings to be Transferred)Filed In Associated 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD, 1:17−cv−02003−GBD−SN, 1:20−cv−00266−GBD−SN.(Fleming, Timothy) Modified on 3/1/2023 (db). (Entered: 02/28/2023) |
| 01/2023 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Tin Fleming to RE−FILE Document 8885 MOTION to Sever *and to Transfer Docketed Filings to Associated and Ne* Use the event type Letter found under the event list Other Documents. (db)** (Entered: 03/01/2023) |
| 01/2023 | 8886 | LETTER addressed to Magistrate Judge Sarah Netburn from Timothy B. Fleming and Dennis G. Pantazis dated Febr 2023 re: Maher Plaintiffs' Lists per Order at MDL ECF 8796. Document filed by Daniel Maher, Joseph Maher, Josep Katherine Maher, Katherine Maher. (Attachments: # 1 Exhibit Lists of Defendants and Plleadings to be Transferred)F Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD, 1:17−cv−02003− 1:20−cv−00266−GBD−SN.(Fleming, Timothy) (Entered: 03/01/2023) |
| 01/2023 | 8887 | AFFIDAVIT OF SERVICE of Summons, Complaint, and Notice of Suit and Translations of each served on Islamic l Iran on 01/09/2023. Document filed by Susan King. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated ( 1:03−md−01570−GBD−SN, 1:22−cv−05193−GBD−SN.(Goldman, Jerry) (Entered: 03/01/2023) |
| 01/2023 | 8888 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated March 1, 2023 r oppositions of Kingdom of Saudi Arabia (ECF 8878) and Dallah Avco (ECF 8882) to PECs proposed schedule. Docu by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 03/01/2023) |

| | | |
|---|---|---|
| )2/2023 | 8889 | MOTION for Default Judgment as to *Economic Damages for the Estates of Debra Ann Dimartino, Anthony Dionisio Richard Bradway Hall, Andrew Marshall King, Michael A. Marti, and Michael Joseph Duffy (Anaya V)*. Document f Joseph DiMartino.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN.(Bonner, Jame 03/02/2023) |
| )2/2023 | 8890 | LETTER addressed to Judge George B. Daniels from Plaintiffs Executive Committees dated March 2, 2023 re: Requ extension of time. Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 03/02/2023) |
| )2/2023 | 8891 | DECLARATION of Joseph Peter Drennan, Esq. in Support re: (8889 in 1:03−md−01570−GBD−SN, 139 in 1:18−cv−12341−GBD−SN) MOTION for Default Judgment as to *Economic Damages for the Estates of Debra Ann I Anthony Dionisio, Jr., Richard Bradway Hall, Andrew Marshall King, Michael A. Marti, and Michael Joseph Duffy (* Document filed by Joseph DiMartino. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBI 1:18−cv−12341−GBD−SN.(Bonner, James) (Entered: 03/02/2023) |
| )2/2023 | 8892 | REPLY MEMORANDUM OF LAW in Support re: 8870 MOTION for Reconsideration re; 8862 Order on Motion to . Document filed by Kathleen Ashton..(Pounian, Steven) (Entered: 03/02/2023) |
| )2/2023 | 8893 | ***EX−PARTE***DECLARATION of John E. Beauzile (Exhibit B to Declaration of Joseph Peter Drennan MDL E No.8891) in Support re: (8889 in 1:03−md−01570−GBD−SN, 139 in 1:18−cv−12341−GBD−SN) MOTION for Defa Judgment as to *Economic Damages for the Estates of Debra Ann Dimartino, Anthony Dionisio, Jr., Richard Bradway Andrew Marshall King, Michael A. Marti, and Michael Joseph Duffy (Anaya V)*.. Document filed by Joseph DiMartin (Attachments: # 1 Exhibit 1 (Beauzile C.V.), # 2 Exhibit 2 (Report for the Estate of Debra Ann Dimartino), # 3 Exhib for the Estate of Anthony Dionisio, Jr.), # 4 Exhibit 4 (Report for the Estate of Richard Bradway Hall), # 5 Exhibit 5 the Estate of Andrew Marshall King), # 6 Exhibit 6 (Report for the Estate of Michael A. Marti), # 7 Exhibit 7 (VCF I Exhibit 8 (Report for the Estate of Joseph Michael Duffy))Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SNMotion or Order to File Under Seal: 7963 .(Bonner, James) (Entered: 03/02/2023) |
| )2/2023 | 8894 | MEMORANDUM OF LAW in Support re: (8889 in 1:03−md−01570−GBD−SN, 139 in 1:18−cv−12341−GBD−SN) for Default Judgment as to *Economic Damages for the Estates of Debra Ann Dimartino, Anthony Dionisio, Jr., Richa Bradway Hall, Andrew Marshall King, Michael A. Marti, and Michael Joseph Duffy (Anaya V)*. . Document filed by DiMartino. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN.(Bonner, James) (Ent 03/02/2023) |
| )2/2023 | 8895 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Joseph DiMartino. (Attachmer Exhibit A).(Bonner, James) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 03/02/2 |
| )2/2023 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (143 in 1:18−cv−12341−GBD−SN, 8895 in 1:03−md−01570−GBD−SN) Proposed Default Judgment was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−12341−GBD−SN(km)** (Entered: 03/02/2023) |
| )2/2023 | 8896 | ORDER: This order sets out the motion briefing schedule on the motions to dismiss from Defendants Kingdom of Sa and Dallah Avco ("Defendants") and the parties' related Daubert motions. Plaintiffs and Defendants' simultaneous Da motions are due by May 1, 2023. Plaintiffs and Defendants' simultaneous oppositions to Daubert motions are due by 2023.Plaintiffs and Defendants' simultaneous replies in support of Daubert motions are due by July 24, 2023. Defend motions to dismiss are due by October 6, 2023. Plaintiffs' oppositions to Defendants' motions to dismiss are due by D 2023. Defendants' replies in support of their motions to dismiss are due by January 19, 2024. Any further application regard to the parties' submissions shall be directed to Magistrate Judge Sarah Netburn, who will address any applicati issue any further orders related to this briefing schedule. SO ORDERED., ( Motions due by 10/6/2023., Responses du 12/8/2023, Replies due by 1/19/2024.) (Signed by Judge George B. Daniels on 3/02/2023) Filed In Associated Cases 1:03−md−01570−GBD−SN et al. (ama) (Entered: 03/02/2023) |
| )2/2023 | 8897 | LETTER MOTION for Discovery addressed to Magistrate Judge Sarah Netburn from Nicole Erb dated March 2, 202 Document filed by Al Rajhi Bank. (Attachments: # 1 Exhibit A).(Erb, Nicole) (Entered: 03/02/2023) |
| )2/2023 | 8898 | LETTER MOTION for Conference addressed to Magistrate Judge Sarah Netburn from Dennis G. Pantazis dated Ma Document filed by Caroline Breitweiser, Kristen Breitweiser, Colin Ryan, Kristen Ryan, Laura Ryan, Patricia Ryan, Ryan.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN 1:02−cv−07236−GBD, 1:20−cv−00266−GBD−SN.(Pantazis, Dennis) (Entered: 03/02/2023) |
| )3/2023 | 8899 | LETTER addressed to Judge George B. Daniels from Steven R. Pounian dated March 3, 2023 re: to clarify a stateme letter docketed at ECF 8890. Document filed by Kathleen Ashton..(Pounian, Steven) (Entered: 03/03/2023) |
| )3/2023 | 8900 | MEMO ENDORSEMENT on re: 8890 Letter filed by Plaintiffs Executive Committees. ENDORSEMENT SO ORDI (Replies due by 3/10/2023.) (Signed by Judge George B. Daniels on 3/3/2023) (jca) (Entered: 03/03/2023) |
| )3/2023 | 8901 | REPORT & RECOMMENDATION: re: (8354 in 1:03−md−01570−GBD−SN, 59 in 1:20−cv−00354−GBD−SN) MC Default Judgment as to *Anderson Plaintiffs*, filed by Suzzanne Anderson, (8346 in 1:03−md−01570−GBD−SN, 62 in |

| | | |
|---|---|---|
| | | 1:20−cv−00355−GBD−SN) MOTION for Default Judgment as to *Ahearn Plaintiffs*, filed by Gerard Patrick Ahearn, 1:03−md−01570−GBD−SN, 64 in 1:20−cv−00412−GBD−SN) MOTION for Default Judgment as to *Amin Plaintiffs*, Michelle Yvette Amin, (8358 in 1:03−md−01570−GBD−SN, 66 in 1:20−cv−00315−GBD−SN) MOTION for Defaul as to *Mandelkow Plaintiffs*, filed by Elaine E Mandelkow, (8362 in 1:03−md−01570−GBD−SN, 65 in 1:20−cv−00415−GBD−SN) MOTION for Default Judgment as to *Basci Plaintiffs*, filed by Johnn Basci, (64 in 1:20−cv−00340−GBD−SN, 8350 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Alcabes Plai* by Joanne T Alcabes, (8369 in 1:03−md−01570−GBD−SN, 63 in 1:20−cv−00411−GBD−SN) MOTION for Default as to *Asciutto Plaintiffs*, filed by Georgia M Asciutto. The Court recommends GRANTING the motions for partial de judgment brought on behalf of the Latent Injury Decedents and DENYING the motions for partial default judgment b Surviving Family Members. It recommends awarding Latent Injury Decedents damages as described in Section V an in the attached exhibit, awarding prejudgment interest of 4.96 percent compounded annually running from Septembe until the date of judgment, and permitting them to apply for punitive, economic, or other damages at a later date. (Ob R&R due by 3/17/2023.) (Signed by Magistrate Judge Sarah Netburn on 3/3/2023) Filed In Associated Cases: 1:03−md−01570−GBD−SN, et al. (ras) (Entered: 03/03/2023) |
| )3/2023 | 8902 | SECOND MOTION to Compel *the Production of Documents from Defendant, Al Rajhi Bank*. Document filed by Pla Executive Committees..(Carter, Sean) (Entered: 03/03/2023) |
| )3/2023 | 8903 | ***EX−PARTE*** MEMORANDUM OF LAW in Support re: 8902 SECOND MOTION to Compel *the Productior Documents from Defendant, Al Rajhi Bank*. . Document filed by Plaintiffs Executive Committees. Motion or Order tc Seal: 1900 .(Carter, Sean) (Entered: 03/03/2023) |
| )3/2023 | 8904 | ***EX−PARTE***DECLARATION of J. Scott Tarbutton in Support re: 8902 SECOND MOTION to Compel *the P of Documents from Defendant, Al Rajhi Bank*.. Document filed by Plaintiffs Executive Committees. (Attachments: # # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 1 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21A, # 22 Exhibit 21B, # 23 Exhibit 22)Motion or Order tc Seal: 1900 .(Carter, Sean) (Entered: 03/03/2023) |
| )6/2023 | 8905 | OPINION & ORDER re: (1144 in 1:03−cv−06978−GBD−SN) MOTION to Exclude the "Supplementary Expert Rep Jonathan Winer, filed by Dubai Islamic Bank, (1006 in 1:03−cv−09849−GBD−SN) MOTION to Exclude the "Supple Expert Report" of Jonathan Winer, filed by Dubai Islamic Bank, (735 in 1:04−cv−05970−GBD−SN) MOTION to Ex "Supplementary Expert Report" of Jonathan Winer, filed by Dubai Islamic Bank, (725 in 1:04−cv−07279−GBD−SN) to Exclude the 'Supplementary Expert Report" of Jonathan Winer, filed by Dubai Islamic Bank, (677 in 1:04−cv−07065−GBD−SN) MOTION to Exclude the "Supplementary Expert Report" of Jonathan Winer, filed by Du Bank, (822 in 1:04−cv−01923−GBD−SN) MOTION to Exclude the "Supplementary Expert Report" of Jonathan Wir Dubai Islamic Bank, (8343 in 1:03−md−01570−GBD−SN) MOTION to Exclude the "Supplementary Expert Report" Jonathan Winer, filed by Dubai Islamic Bank. DIB's motion to strike Winer III is GRANTED. The Clerk of the Cour respectfully directed to terminate the motion at ECF No. 8343. (Signed by Magistrate Judge Sarah Netburn on 3/6/20 Associated Cases: 1:03−md−01570−GBD−SN, et al. (ras) (Entered: 03/06/2023) |
| )6/2023 | 8906 | ORDER denying without prejudice (1062) Letter Motion for Discovery in case 1:03−cv−09849−GBD−SN; denying prejudice (8874) Letter Motion for Discovery in case 1:03−md−01570−GBD−SN; denying without prejudice (847) L Motion for Discovery in case 1:04−cv−01923−GBD−SN; denying without prejudice (765) Letter Motion for Discove 1:04−cv−05970−GBD−SN; denying without prejudice (702) Letter Motion for Discovery in case 1:04−cv−07065−G denying without prejudice (750) Letter Motion for Discovery in case 1:04−cv−07279−GBD−SN; denying without pr (1187) Letter Motion for Discovery in case 1:03−cv−06978−GBD−SN. In light of the Court's order striking Winer II No. 8905, the Court orders the parties to meet and confer and file a status letter by March 17, 2023, proposing next st (Signed by Magistrate Judge Sarah Netburn on 3/6/2023) Filed In Associated Cases: 1:03−md−01570−GBD−SN et a (Entered: 03/06/2023) |
| )7/2023 | 8907 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter dated March 7, 2023 re: apprising the Co technical difficulties encountered by Plaintiffs while filing Second Motion to Compel on Friday, March 3, 2023. Doc by Plaintiffs Executive Committees..(Carter, Sean) (Entered: 03/07/2023) |
| )7/2023 | 8908 | LETTER MOTION for Extension of Time *to File Objections to Report and Recommendation (Dkt. 8901) and Supple Evidence* addressed to Judge George B. Daniels from Barry Salzman dated March 7, 2023. Document filed by Gerarc Joanne Alcabes, Michelle Amin, Suzzanne Anderson, Georgia Asciutto, Johnn Basci, Elaine Mandelkow.Filed In As Cases: 1:03−md−01570−GBD−SN et al..(Salzman, Barry) (Entered: 03/07/2023) |
| )7/2023 | 8909 | ***EX−PARTE***LETTER RESPONSE to Motion addressed to Magistrate Judge Sarah Netburn from Sean P. Car March 7, 2023 re: 8897 LETTER MOTION for Discovery addressed to Magistrate Judge Sarah Netburn from Nicole March 2, 2023. . Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)Motion or Order to File Under Seal: 1900 .(Carter, Sean) (I 03/07/2023) |

| | | |
|---|---|---|
| )8/2023 | 8910 | NOTICE OF APPEAL from (8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN) Order on Mo Miscellaneous Relief,, Order on Motion for Protective Order,, Order on Motion to Intervene, Order on Motion to Vac on Motion to Attach. Document filed by Federal Insurance Company et al., Plaintiffs. Filing fee $ 505.00, receipt nur NYSDC−27443672. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. Filed In As Cases: 1:03−md−01570−GBD−SN, 1:03−cv−06978−GBD−SN.(Carter, Sean) Modified on 3/9/2023 (nd). (Entered: ( |
| )9/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (1194 in 1:03−cv−06978−GBD−SN, 8910 in 1:03−md−01570−GBD−SN) Notice of Appeal,,. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−06978−GBD−SN.(nd) (Entered: 03/09/2023) |
| )9/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for (1194 in 1:03−cv−06978−GBD−SN, 8910 in 1:03−md−01570−GBD−SN) Notice of Appeal,, filed by Federal Insurance Comp Plaintiffs were transmitted to the U.S. Court of Appeals. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−06978−GBD−SN.(nd) (Entered: 03/09/2023) |
| )9/2023 | 8911 | MEMORANDUM DECISION AND ORDER granting (989) Motion for Summary Judgment; denying (1035) Letter Oral Argument in case 1:03−cv−09849−GBD−SN; granting (8126) Motion for Summary Judgment; denying (8534) Motion for Oral Argument in case 1:03−md−01570−GBD−SN; granting (812) Motion for Summary Judgment; deny Letter Motion for Oral Argument in case 1:04−cv−01923−GBD−SN; granting (726) Motion for Summary Judgment; (749) Letter Motion for Oral Argument in case 1:04−cv−05970−GBD−SN; granting (668) Motion for Summary Judg denying (691) Letter Motion for Oral Argument in case 1:04−cv−07065−GBD−SN; granting (710) Motion for Summ Judgment; denying (739) Letter Motion for Oral Argument in case 1:04−cv−07279−GBD−SN; granting (1134) Motio Summary Judgment; denying (1161) Letter Motion for Oral Argument in case 1:03−cv−06978−GBD−SN. Plaintiffs' facts fail to meet the burden for establishing this Court's personal jurisdiction over DIB. Therefore, DIB's motion for judgment for lack of personal jurisdiction is GRANTED. DIB's request for an evidentiary hearing is DENIED as unn and moot. DIB's request for oral argument is likewise DENIED. The Clerk of Court is directed to close the open moti Nos. 8126 and 8534 in 03−md−01570; ECF Nos. 1134 and 1161 in 03−cv−06978; ECF Nos. 989 and 1035 in 03−cv− ECF Nos. 812 and 836 in 04−cv−01923; ECF Nos. 726 and 749 in 04−cv−05970; ECF Nos. 668 and 691 in 04−cv−0 Nos. 710 and 739 in 04−cv−07279). SO ORDERED. (Signed by Judge George B. Daniels on 3/9/2023) Filed In Asso Cases: 1:03−md−01570−GBD−SN et al. (va) Modified on 3/21/2023 (kgo). (Entered: 03/09/2023) |
| )9/2023 | 8912 | LETTER REPLY to Response to Motion addressed to Magistrate Judge Sarah Netburn from Nicole Erb dated 03/09/ 8897 LETTER MOTION for Discovery addressed to Magistrate Judge Sarah Netburn from Nicole Erb dated March 2 Document filed by Al Rajhi Bank..(Erb, Nicole) (Entered: 03/09/2023) |
| .0/2023 | 8913 | ORDER granting (8898 in 1:03−md−01570−GBD−SN, 1921 in 1:02−cv−06977−GBD−SN, 282 in 1:02−cv−07230− 230 in 1:02−cv−07236−GBD, 129 in 1:20−cv−00266−GBD−SN) Letter Motion for Conference. At counsel's request conference is SCHEDULED for Thursday, March 16, 2023, at 3:30 p.m., to discuss issues related to the Ryan and Ma families' claims. At that time, counsel from each firm that currently represents or formerly represented the Ryan and/ families should dial into the Court's dedicated teleconferencing line at (877) 402−9757 and enter Access Code 79386 followed by the pound (#) key. If this date is unavailable for any party, counsel must contact Courtroom Deputy Rach immediately at (212) 805−0286. (Telephone Conference set for 3/16/2023 at 03:30 PM before Magistrate Judge Sara (Signed by Magistrate Judge Sarah Netburn on 3/10/2023) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN, 1:02−cv−07236−GBD, 1:20−cv−00266−GBD−SN. (ras) (Er 03/10/2023) |
| .0/2023 | 8914 | **FILING ERROR − NO ORDER SELECTED FOR APPEAL −** AMENDED NOTICE OF APPEAL re: (1194 in 1:03−cv−06978−GBD−SN, 8910 in 1:03−md−01570−GBD−SN) Notice of Appeal,,. Document filed by Federal Insu Company et al., Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−06978−GBD−SN.(Carte Modified on 3/10/2023 (tp). (Entered: 03/10/2023) |
| .0/2023 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Sean Carter to RE−F Document No. (1196 in 1:03−cv−06978−GBD−SN, 8914 in 1:03−md−01570−GBD−SN) Amended Notice of App filing is deficient for the following reason(s): the order/judgment being appealed was not selected. Re−file the a using the event type Amended Notice of Appeal found under the event list Appeal Documents − attach the corr PDF − select the correct named filer/filers − select the correct order/judgment being appealed. Filed In Associa 1:03−md−01570−GBD−SN, 1:03−cv−06978−GBD−SN(tp)** (Entered: 03/10/2023) |
| .0/2023 | 8915 | AMENDED NOTICE OF APPEAL re: (1194 in 1:03−cv−06978−GBD−SN, 8910 in 1:03−md−01570−GBD−SN) N Appeal,, (8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD− in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN) Order on Motion for Miscellaneous Relief,, Order for Protective Order,, Order on Motion to Intervene, Order on Motion to Vacate, Order on Motion to Attach,,,,,,,,,,,,, Document filed by Federal Insurance Company et al., Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−S 1:03−cv−06978−GBD−SN.(Carter, Sean) Modified on 3/13/2023 (tp). (Entered: 03/10/2023) |

| | | |
|---|---|---|
| .0/2023 | 8916 | REPLY MEMORANDUM OF LAW in Support re: 8864 MOTION to Amend/Correct *Notice of Plaintiffs Motion to Courts February 7, 2023 Order to Certify Controlling Questions of Law for Interlocutory Appeal under 28 U.S.C. § to Stay Further Proceedings as to the Kingdom of S* . Document filed by Consolidated Amended Complaint Plaintiffs. *Sean) (Entered: 03/10/2023)* |
| .3/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (8915 in 1:03−md−01570−GBD−SN, 1197 in 1:03−cv−06978−GBD−SN) Amended Notice of Appeal. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:03−cv−06978−GBD−SN. (tp) (Entered: 03/13/2023) |
| .3/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for (8915 in 1:03−md−01570−GBD−SN, 1197 in 1:03−cv−06978−GBD−SN) Amended Notice of Appeal,, filed by Federal Insur Company et al., Plaintiffs were transmitted to the U.S. Court of Appeals. Filed In Associated Cases: 1:03−md−01570 1:03−cv−06978−GBD−SN. (tp) (Entered: 03/13/2023) |
| .3/2023 | 8917 | MOTION for Default Judgment as to *Motion for Entry of Partial Default Judgments on Behalf of Burnett/Iran Perso Plaintiffs (Burnett/Iran Personal Injury 7)*. Document filed by Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 03/13/2023) |
| .3/2023 | 8918 | MEMORANDUM OF LAW in Support re: (643 in 1:15−cv−09903−GBD−SN, 8917 in 1:03−md−01570−GBD−SN) for Default Judgment as to *Motion for Entry of Partial Default Judgments on Behalf of Burnett/Iran Personal−Injury (Burnett/Iran Personal Injury 7)*. . Document filed by Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570- 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 03/13/2023) |
| .3/2023 | 8919 | DECLARATION of John M. Eubanks in Support re: (8917 in 1:03−md−01570−GBD−SN, 643 in 1:15−cv−09903−C MOTION for Default Judgment as to *Motion for Entry of Partial Default Judgments on Behalf of Burnett/Iran Perso Plaintiffs (Burnett/Iran Personal Injury 7)*.. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A, # 2 E 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Euba (Entered: 03/13/2023) |
| .3/2023 | 8920 | MEMORANDUM DECISION AND ORDER terminating (8346) Motion for Default Judgment; terminating (8350) Default Judgment; terminating (8354) Motion for Default Judgment; terminating (8358) Motion for Default Judgmen terminating (8362) Motion for Default Judgment; terminating (8369) Motion for Default Judgment; terminating (837 for Default Judgment; granting (8908) Letter Motion for Extension of Time in case 1:03−md−01570−GBD−SN; term (66) Motion for Default Judgment; granting (78) Letter Motion for Extension of Time in case 1:20−cv−00315−GBD- terminating (64) Motion for Default Judgment; granting (77) Letter Motion for Extension of Time in case 1:20−cv−00340−GBD−SN; terminating (59) Motion for Default Judgment; granting (71) Letter Motion for Extensio case 1:20−cv−00354−GBD−SN; terminating (62) Motion for Default Judgment; granting (74) Letter Motion for Exte Time in case 1:20−cv−00355−GBD−SN; terminating (63) Motion for Default Judgment; granting (75) Letter Motion Extension of Time in case 1:20−cv−00411−GBD−SN; terminating (64) Motion for Default Judgment; granting (77) Motion for Extension of Time in case 1:20−cv−00412−GBD−SN; terminating (65) Motion for Default Judgment; gra Letter Motion for Extension of Time in case 1:20−cv−00415−GBD−SN. This Court GRANTS Plaintiffs' request for extension to file the supplemental evidence. This Court RECOMMITS this matter to Magistrate Judge Netburn to rec review Plaintiffs' supplemental evidence and issue a Supplemental Report and Recommendation, consistent with this Upon service of the Supplemental Report and Recommendation, the parties shall have fourteen days to file written ob that Report and Recommendation. See 28 U.S.C. § 636(b)(l)(C); Fed. R. Civ. P. 72(b)(2). The Clerk of Court is direc the open motions (ECF Nos. 8346, 8350, 8354, 8358, 8362, 8369, 8373, and 8908 in 03−md−01570; ECF Nos. 66 an cv−00315; ECF Nos. 64 and 77 in 20−cv−00340; ECF Nos. 59 and 71 in 20−cv−00354; ECF Nos. 62 and 74 in 20− ECF Nos. 63 and 75 in 20−cv−00411; ECF Nos. 64 and 77 in 20−cv−00412; ECF Nos. 65 and 77 in 20−cv−00415). ORDERED.. (Signed by Judge George B. Daniels on 3/13/2023) Filed In Associated Cases: 1:03−md−01570−GBD- (kv) (Entered: 03/13/2023) |
| .3/2023 | 8921 | ***EX−PARTE***DECLARATION of John M. Eubanks in Support re: (643 in 1:15−cv−09903−GBD−SN, 8917 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Motion for Entry of Partial Default Judgments on Burnett/Iran Personal−Injury Plaintiffs (Burnett/Iran Personal Injury 7)*.. Document filed by Burnett Plaintiffs. (Atta 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SNMotion or Order to File Under Seal: 5716 .(Eubanks, John) (Entered: 03/13/2023) |
| .3/2023 | 8922 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Exhibit A).(Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 03/13/2 |
| .3/2023 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (8922 in 1:03−md−01570−GBD−SN, 647 in 1:15−cv−09903−GBD−SN) Proposed Default Judgment was reviewed and a to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(km)** (Entered: 03/13/ |
| .3/2023 | 8923 | ORDER: As set forth in this Order, the parties shall: file any letters concerning the Daubert motions by March 22, 20 letters concerning the motion to dismiss practice by April 5, 2023; and meet and confer with the FBI by April 14, 202 discuss a reasonable confidentiality review. (Signed by Magistrate Judge Sarah Netburn on 3/13/2023) Filed In Assoc Cases: 1:03−md−01570−GBD−SN, et al. (ras) (Entered: 03/13/2023) |

| | | |
|---|---|---|
| .4/2023 | 8924 | LETTER addressed to Judge George B. Daniels from Plaintiffs' Executive Committee for Personal Injury and Death dated March 14, 2023 re: the Court's Order of March 13, 2023. Document filed by Plaintiffs PI Executive Committee Jodi) (Entered: 03/14/2023) |
| .4/2023 | 8925 | REPORT AND RECOMMENDATION re: (8568 in 1:03−md−01570−GBD−SN) MOTION for Judgment *as to Liab Partial Final Damages Judgments against the Taliban for Moving Plaintiffs*. filed by Estate of John Patrick O'Neill S Court recommends GRANTING partial final default judgment as to the U.S. citizen plaintiffs listed in ECF Nos. 827 8275−3 (other than the five whose claims will be adjudicated with the motion at ECF No. 8568 in accordance with E 8660), 8299−1, 8299−2, 8299−3, 8337−1, 8337−3, 8337−4, 8364−1, No. 18−cv−03353 at ECF Nos. 76−1, 76−2, and A, subject to the corrections and caveats described there. To that end, it recommends awarding these plaintiffs damag provided in ECF Nos. 8275−1, 8275−3, 8299−1, 8299−3, 8337−1, 8337−3, 8337−4, 8364−1, No. 18−cv−03353 at E 76−1, 76−2, and Appendix A; awarding pre−judgment interest assessed at 4.96 percent per annum, compounded annu period from September 11, 2001, until the date of the judgment for damages; and permitting these plaintiffs to seek p economic, and other appropriate damages at a later date, to the extent such damages were not sought in these motions recommends DENYING all other motions with leave to re−file. It further recommends permitting all plaintiffs in the apply for default judgment awards in later stages, to the extent such awards have not already been addressed. Objecti due by 3/28/2023 (Signed by Magistrate Judge Sarah Netburn on 3/14/2023) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN, 1:02−cv−07236−GBD, 1:18−cv−03353−GBD−SN (tg) Modified on 3/15/2023 (tg). (Entered: 03/14/2023) |
| .4/2023 | 8926 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Susan M. King..(Goldman, Jerry) **Propo document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** (Entered: 03/ |
| .4/2023 | 8927 | AFFIRMATION of Jerry S. Goldman in Support re: (22 in 1:22−cv−05193−GBD−SN) Proposed Clerk's Certificate Document filed by Susan M. King. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exh In Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−05193−GBD−SN.(Goldman, Jerry) (Entered: 03/14/202 |
| .5/2023 | 8928 | CLERK'S CERTIFICATE OF DEFAULT as to Islamic Republic of Iran. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−05193−GBD−SN. (tp) (Entered: 03/15/2023) |
| .5/2023 | 8929 | AMENDED REPORT AND RECOMMENDATION re: 8925 Report and Recommendation. This Report & Recomm solely amends exhibit numbers referenced in ECF No. 8925. Appendix A no longer includes a proposed correction th corrected in their amended exhibits. (Objections to R&R due by 3/28/2023.) (Signed by Magistrate Judge Sarah Netb 3/15/2023) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GB 1:02−cv−07236−GBD, 1:18−cv−03353−GBD−SN. (ras) (Entered: 03/15/2023) |
| .6/2023 | 8930 | ORDER: The Plaintiffs' Executive Committee for Personal Injury and Death Claims ("PEC") has filed a letter seekin preserve their rights to object to Magistrate Judge Sarah Netburn's March 3, 2023 Report and Recommendation (ECF (PEC Mar. 14, 2023 Letter, ECF No. 8924.) In its March 13, 2023 Order (the "Order"), this Court recommitted the m Magistrate Judge Netburn, granted Plaintiffs' request for an extension to file supplemental evidence, and denied as m Plaintiffs' request for an extension to file objections to the March 3, 2023 Report and Recommendation. (See Order, 8920.) Because this Court recommitted the matter to the Magistrate Judge, Magistrate Judge Netburn will be issuing Supplemental Report and Recommendation based on supplemental evidence filed by Plaintiffs. (See id. at 3.) All par have fourteen days from the date of service of the Supplemental Report and Recommendation to file any written obje of the Magistrate Judge's final recommendations. (See id. (citing 28 U.S.C. § 636(b)(1)(C); also citing Fed. R. Civ. P SO ORDERED. (Signed by Judge George B. Daniels on 3/16/2023) (ks) (Entered: 03/16/2023) |
| .6/2023 | 8931 | MOTION for Brice G. Jastrow to Withdraw as Attorney . Document filed by John Fawcett.Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Jastrow, Brice) (Entered: 03/16/2023) |
| .6/2023 | 8932 | DECLARATION of Brice Jastrow in Support re: (1925 in 1:02−cv−06977−GBD−SN) MOTION for Brice G. Jastro Withdraw as Attorney .. Document filed by John Fawcett. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Jastrow, Brice) (Entered: 03/16/2023) |
| .6/2023 | 8933 | PROPOSED ORDER. Document filed by John Fawcett. Related Document Number: 8931 ..(Jastrow, Brice) **Propos be reviewed by Clerk's Office staff.** (Entered: 03/16/2023) |
| .6/2023 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (1927 in 1:02−cv−06977−GBD in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(km)** (Entered: 03/16/2023) |
| .6/2023 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Telephone Conference held on 3/16/2023 Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−07230−GBD−SN, 1:02−cv−07236−GBD, 1:20−cv−00266− (ras) (Entered: 04/06/2023) |
| .7/2023 | 8934 | LETTER addressed to Magistrate Judge Sarah Netburn from Steven T. Cottreau dated March 17, 2023 re: Status Lett Regarding Dubai Islamic Bank Pursuant to Order at MDL ECF 8906. Document filed by Dubai Islamic Bank.Filed I Associated Cases: 1:03−md−01570−GBD−SN et al..(Cottreau, Steven) (Entered: 03/17/2023) |

| | | |
|---|---|---|
| .7/2023 | 8935 | ***EX−PARTE*** MEMORANDUM OF LAW in Opposition re: 8902 SECOND MOTION to Compel *the Produc Documents from Defendant, Al Rajhi Bank.* . Document filed by Al Rajhi Bank. Motion or Order to File Under Seal: Nicole) (Entered: 03/17/2023) |
| .7/2023 | 8936 | ***EX−PARTE***DECLARATION of Nicole Erb in Opposition re: 8902 SECOND MOTION to Compel *the Prod Documents from Defendant, Al Rajhi Bank.*. Document filed by Al Rajhi Bank. (Attachments: # 1 Exhibit 1, # 2 Exhi Exhibit 3, # 4 Exhibit 4)Motion or Order to File Under Seal: 1900 .(Erb, Nicole) (Entered: 03/17/2023) |
| 20/2023 | 8937 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated March 20, 2023 for one−week extension of the deadline set by the Courts March 13, 2023 Order at ECF No. 8923. Document filed by Executive Committees..(Haefele, Robert) (Entered: 03/20/2023) |
| 21/2023 | 8938 | **FILING ERROR − DEFICIENT DOCKET ENTRY − (SEE DOCUMENT#8939)** LETTER addressed to Judge Daniels from Plaintiffs' Executive Committees dated March 20, 2023 re: OBJECTIONS TO THE COURTS MARCH OPINION & ORDER (ECF No. 8905). Document filed by Plaintiffs Executive Committees..(Haefele, Robert) Modif 3/21/2023 (lb). (Entered: 03/21/2023) |
| 21/2023 | 8939 | Objection re: 8905 Memorandum & Opinion,,,,, *(correction of ECF 8938)*. Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 03/21/2023) |
| 21/2023 | 8940 | Objection re: (8923 in 1:03−md−01570−GBD−SN) Order, . Document filed by Kathleen Ashton. Filed In Associated 1:03−md−01570−GBD−SN, 1:17−cv−02003−GBD−SN.(Pounian, Steven) (Entered: 03/21/2023) |
| 21/2023 | 8941 | ORDER granting (8931) Motion to Withdraw as Attorney, in case 1:03−md−01570−GBD−SN; granting (1925) Moti Withdraw as Attorney, in case 1:02−cv−06977−GBD−SN. The motion to withdraw as counsel is GRANTED. The Cl Court is respectfully directed to remove Brice Jastrow from the docket as counsel for John Fawcett. (HEREBY ORD Magistrate Judge Sarah Netburn)(Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN (ras) (Entered: 03/21/2023) |
| 21/2023 | 8942 | LETTER addressed to Magistrate Judge Sarah Netburn from Megan W. Benett dated 3/21/2023 re: ECF 8929 Report Recommendation. Document filed by Kathleen Ashton.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN, 1:02−cv−07236−GBD, 1:18−cv−03353−GBD−SN.(Benett, (Entered: 03/21/2023) |
| 21/2023 | 8943 | MEMO ENDORSEMENT on re: (52 in 1:18−cv−12109−GBD−SN) Notice (Other) filed by Swiss Re Europe S.A., S Reinsurance Company Ltd., Westport Insurance Corporation, Swiss Re International S.E., Swiss Reinsurance Americ Corporation. ENDORSEMENT: The Court grants Sara E. Ortiz leave to withdraw as counsel. (Signed by Magistrate Sarah Netburn on 3/21/2023) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12109−GBD−SN (ra 03/21/2023) |
| 21/2023 | 8944 | ORDER re: (8835 in 1:03−md−01570−GBD−SN) Proposed Consent Order filed by Kristen Breitweiser, (8836 in 1:03−md−01570−GBD−SN) Proposed Order for Substitution of Attorney filed by Patricia Ryan. The Court orders th substitution of counsel described in ECF Nos. 8835 and 8836. John F. Schutty of the Law Office of John F. Schutty, substituted in place of Wiggins, Childs, Pantazis, Fisher & Goldfarb LLC as counsel of record for Kristen Breitweise individually; Kristen Breitweiser as personal representative of the Estate of Ronald Michael Breitweiser; Caroline Br Patricia Ryan, individually; Patricia Ryan as personal representative of the Estate of John J. Ryan, Jr.; Laura Ryan; C and Kristen Ryan. (Signed by Magistrate Judge Sarah Netburn on 3/21/2023) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (ras) (Entered: 03/21/2023) |
| 21/2023 | 8945 | MEMO ENDORSEMENT on re: 8937 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The PEC extension request is GRANTED. The Plaintiffs' letter discussing Daubert issues shall be filed March 29, 2023. (Signe Magistrate Judge Sarah Netburn on 3/21/2023) (ras) (Entered: 03/21/2023) |
| 22/2023 | 8946 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated March 22, 2023 re: Daubert r Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 03/22/2023) |
| 22/2023 | 8947 | MEMORANDUM DECISION AND ORDER: granting (8494) Motion for Default Judgment in case 1:03−md−01570−GBD−SN; granting (94) Motion for Default Judgment in case 1:18−cv−12370−GBD−SN. Plaintiff for partial final default judgment as to solatium damages against the Islamic Republic oflran, (ECF No. 8494), is GR is ORDERED that Plaintiff Jamie K. Hawkins be awarded $8,500,000 for solatium damages; and it is ORDERED tha prejudgment interest is awarded at a rate of 4.96 percent per annum, all interest compounded annually for the period September 11, 2001 until the date of the judgment for damages; and it isORDERED that Plaintiffs not appearing on t and who were not previously awarded damages may submit in later stages applications for punitive, economic, and/o damages awards that may be approved on the same basis as currently approved for this Plaintiff or in prior filings. Th Court is directed to close the open motions (ECF No. 8494 in 03−md−1570; ECF No. 94 in 18−cv−12370). SO ORD (Signed by Judge George B. Daniels on 3/22/2023) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12370−GBD−SN (ama) (Entered: 03/22/2023) |

| | | |
|---|---|---|
| 23/2023 | 8948 | MEMO ENDORSEMENT on re: (773 in 1:04−cv−05970−GBD−SN, 8934 in 1:03−md−01570−GBD−SN, 1199 in 1:03−cv−06978−GBD−SN, 854 in 1:04−cv−01923−GBD−SN, 1070 in 1:03−cv−09849−GBD−SN, 710 in 1:04−cv−07065−GBD−SN, 758 in 1:04−cv−07279−GBD−SN) Letter, filed by Dubai Islamic Bank. ENDORSEMEN Court declines to reopen discovery at this juncture. If the Court of Appeals reverses the Court's decision granting sum judgment in favor of DIB, the Court will consider any appropriate applications at that time. (Signed by Magistrate Ju Netburn on 3/23/2023) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (ras) (Entered: 03/23/2023) |
| 23/2023 | 8949 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated March 23, 2023 re: Request t Filing Dates. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 03/23/2023) |
| 23/2023 | 8950 | NOTICE OF APPEAL from (8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN, 8866 in 1:03−md−01570−GBD−SN) Order on Mo Miscellaneous Relief,, Order on Motion for Protective Order,, Order on Motion to Intervene, Order on Motion to Vac on Motion to Attach,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,. Document filed by Ashton Plaintiffs. Filin 505.00, receipt number NYSDC−27511440. Form C and Form D are due within 14 days to the Court of Appeals, Sec Circuit. (Attachments: # 1 Exhibit Exhibit A − Memorandum Decision and Order, # 2 Exhibit Exhibit B − List of Pla In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:02−cv−07230−GBD−SN, 1:02−cv−07236−GBD.(Trzaskoma, Theresa) (Entered: 03/23/2023) |
| 24/2023 | 8951 | LETTER addressed to Judge George B. Daniels from Plaintiffs Executive Committees dated March 24, 2023 re: The Amended Report and Recommendation at ECF No. 8929. Document filed by Plaintiffs Executive Committees..(Haef (Entered: 03/24/2023) |
| 24/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (236 in 1:02−cv−07236−GBD, 1931 in 1:02−cv−06977−GBD−SN, 111 in 1:02−cv−07209−GBD−SN, 8950 in 1:03−md−01570−GBD−SN, 288 in 1:02−cv−07230−GBD−SN) Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:02−cv−07230−GBD−SN, 1:02−cv−07236−GBD. (tp) (Entered: 03/24/2023) |
| 24/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for (236 in 1:02−cv−07236−GBD, 1931 in 1:02−cv−06977−GBD−SN, 111 in 1:02−cv−07209−GBD−SN, 8950 in 1:03−md−01570−GBD−SN, 288 in 1:02−cv−07230−GBD−SN) Notice of Appeal,filed by Ashton Plaintiffs were tra the U.S. Court of Appeals. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:02−cv−07230−GBD−SN, 1:02−cv−07236−GBD. (tp) (Entered: 03/24/2023) |
| 24/2023 | 8952 | LETTER addressed to Magistrate Judge Sarah Netburn from Steven T. Cottreau dated March 24, 2023 re: requesting agreed filing dates for response and reply.. Document filed by Dubai Islamic Bank.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Cottreau, Steven) (Entered: 03/24/2023) |
| 24/2023 | 8953 | ***EX−PARTE*** REPLY MEMORANDUM OF LAW in Support re: 8902 SECOND MOTION to Compel *the Pr Documents from Defendant, Al Rajhi Bank*. . Document filed by Plaintiffs Executive Committees. Motion or Order to Seal: 1900 .(Carter, Sean) (Entered: 03/24/2023) |
| 24/2023 | 8954 | ***EX−PARTE***DECLARATION of J. Scott Tarbutton in Support re: 8902 SECOND MOTION to Compel *the P of Documents from Defendant, Al Rajhi Bank*.. Document filed by Plaintiffs Executive Committees. Motion or Order Under Seal: 1900 .(Carter, Sean) (Entered: 03/24/2023) |
| 27/2023 | 8955 | MEMO ENDORSEMENT on re: 8952 Letter, filed by Dubai Islamic Bank. ENDORSEMENT: SO ORDERED. (Sig Magistrate Judge Sarah Netburn on 3/27/2023) (ras) (Entered: 03/27/2023) |
| 27/2023 | 8956 | MEMO ENDORSEMENT on re: 8949 Letter filed by Kingdom of Saudi Arabia. ENDORSEMENT: SO ORDERED by Magistrate Judge Sarah Netburn on 3/27/2023) (ras) (Entered: 03/27/2023) |
| 27/2023 | 8957 | TRANSCRIPT of Proceedings re: CONFERENCE held on 3/16/2023 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Khristine Sellin, (212) 805−0300. Transcript may be viewed at the court public terminal or pur through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 4/17/2023. Redacted Transcript Deadline set for 4/27/2023. Releas Transcript Restriction set for 6/26/2023.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(McGuirk, Kell 03/27/2023) |
| 27/2023 | 8958 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFER proceeding held on 3/16/2023 has been filed by the court reporter/transcriber in the above−captioned matter. The part seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...F Associated Cases: 1:03−md−01570−GBD−SN et al..(McGuirk, Kelly) (Entered: 03/27/2023) |

| | | |
|---|---|---|
| 28/2023 | 8959 | MOTION to Set Aside (8929 in 1:03−md−01570−GBD−SN) Report and Recommendations,, *Fed. R. Civ. P. 72(b)(2) Objections*. Document filed by Irene Dickey.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) (Entered: 03/28/2023) |
| 28/2023 | 8960 | DECLARATION of John F. Schutty, Esq. in Support re: (1934 in 1:02−cv−06977−GBD−SN) MOTION to Set Aside 1:03−md−01570−GBD−SN) Report and Recommendations,, *Fed. R. Civ. P. 72(b)(2) Objections*.. Document filed by Dickey. (Attachments: # 1 Exhibit A. Summaries of Applicable State Wrongful Death Lawl)Filed In Associated Case 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) (Entered: 03/28/2023) |
| 28/2023 | 8961 | DECLARATION of Plaintiff Lisa O'Brien in Support re: (1934 in 1:02−cv−06977−GBD−SN) MOTION to Set Asid 1:03−md−01570−GBD−SN) Report and Recommendations,, *Fed. R. Civ. P. 72(b)(2) Objections*.. Document filed by Dickey. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) (Entered 03/28/2023) |
| 28/2023 | 8962 | NOTICE of notice of motion to renew and extend judgment against the taliban the islamic emirate of afghanistan and queda/islamic army. Document filed by Raymond Smith..(Beasley, James) (Entered: 03/28/2023) |
| 28/2023 | 8963 | FIRST MOTION for Summary Judgment *to renew and extend judgment against the taliban the islamic emirate of afg and al queda/islamic army*. Document filed by Raymond Smith..(Beasley, James) (Entered: 03/28/2023) |
| 28/2023 | 8964 | MEMORANDUM OF LAW in Support re: 8963 FIRST MOTION for Summary Judgment *to renew and extend judg against the taliban the islamic emirate of afghanistan and al queda/islamic army*. . Document filed by Raymond Smith..(Beasley, James) (Entered: 03/28/2023) |
| 28/2023 | 8965 | RULE 56.1 STATEMENT. Document filed by Raymond Smith..(Beasley, James) (Entered: 03/28/2023) |
| 28/2023 | 8966 | **FILING ERROR − DEFICIENT DOCKET ENTRY − FILER ERROR −(SEE #8968)** AFFIDAVIT of dion g. ra esquire in Support re: 8963 FIRST MOTION for Summary Judgment *to renew and extend judgment against the talib islamic emirate of afghanistan and al queda/islamic army*.. Document filed by Raymond Smith..(Beasley, James) Mo 3/29/2023 (kj). (Entered: 03/28/2023) |
| 28/2023 | 8967 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED ORDER. Document filed by Raymond Smith Document Number: 8963 ..(Beasley, James) **Proposed Order to be reviewed by Clerk's Office staff.** Modified on : (km). (Entered: 03/28/2023) |
| 28/2023 | 8968 | AFFIDAVIT of Dion G. Rassias, Esq. in Support re: 8963 FIRST MOTION for Summary Judgment *to renew and ex judgment against the taliban the islamic emirate of afghanistan and al queda/islamic army*.. Document filed by Rayn Smith..(Beasley, James) (Entered: 03/28/2023) |
| 28/2023 | 8969 | LETTER addressed to Magistrate Judge Sarah Netburn from Jeanne M. O'Grady dated March 28, 2023 re: March 15, Report and Recommendation. Document filed by Sheri Burlingame.Filed In Associated Cases: 1:03−md−01570−GB 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN, 1:02−cv−07236−GBD.(O'Grady, Jeanne) (Entered: 03/28/20 |
| 28/2023 | 8970 | LETTER addressed to Magistrate Judge Sarah Netburn from Nicole Erb dated March 28, 2023 re: Letter requesting t Court disregard and strike the declaration of J. Scott Tarbutton (ECF No. 8954) in Support re: 8902 SECOND MOTI Compel the Production of Documents from Defendant, Al Rajhi Bank. Document filed by Al Rajhi Bank..(Erb, Nicol (Entered: 03/28/2023) |
| 29/2023 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED ORDER. Notice to attorney James B RE−FILE Document No. 8967 Proposed Order. The filing is deficient for the following reason(s): The wrong c number is listed on the document. Please remove "By the Court" at the bottom of the order and replace it with Ordered line with the Judge's name for signature. Re−file the document using the event type Proposed Order under the event list Proposed Orders. (km)** (Entered: 03/29/2023) |
| 29/2023 | 8971 | PROPOSED ORDER. Document filed by Raymond Smith. Related Document Number: 8963 ..(Beasley, James) **Pro Order to be reviewed by Clerk's Office staff.** (Entered: 03/29/2023) |
| 29/2023 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 8971 Proposed Order was revi approved as to form. (nd)** (Entered: 03/29/2023) |
| 29/2023 | 8972 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated March 29, 2023 Proposed scope of Plaintiffs Daubert motions and page limits for Daubert briefing. Document filed by Plaintiffs Exec Committees..(Haefele, Robert) (Entered: 03/29/2023) |
| 30/2023 | 8973 | MEMORANDUM DECISION AND ORDER: terminating (8298) Motion for Default Judgment; terminating (8335) Default Judgment; terminating (8363) Motion for Default Judgment; terminating (8386) Motion for Default Judgmen terminating (8959) Motion to Set Aside (8298 in 1:03−md−01570−GBD−SN, 1701 in 1:02−cv−06977−GBD−SN, 16 1:02−cv−07236−GBD) MOTION for Default Judgment as to Damages against the Taliban and Muhammad Omar., (8 1:03−md−01570−GBD−SN, 1708 in 1:02−cv−06977−GBD−SN, 230 in 1:02−cv−07230−GBD−SN) MOTION for D |

| | | |
|---|---|---|
| | | Judgment as to Burlingame Plaintiffs Against the Taliban and Muhammad Omar., (8363 in 1:03−md−01570−GBD−S 1:02−cv−06977−GBD−SN, 234 in 1:02−cv−07230−GBD−SN) MOTION for Default Judgment as to Burlingame II I Against the Taliban and Muhammad Omar., (8386 in 1:03−md−01570−GBD−SN, 1720 in 1:02−cv−06977−GBD−SN AMENDED MOTION for Default Judgment as to Taliban and Omar Defendants., (8959 in 1:03−md−01570−GBD− 1:02−cv−06977−GBD−SN) MOTION to Set Aside (8929 in 1:03−md−01570−GBD−SN) Report and Recommendati R. Civ. P. 72(b)(2) Objections., (1691 in 1:02−cv−06977−GBD−SN) MOTION for Default Judgment as to the Taliba 1:18−cv−03353−GBD−SN) MOTION for Default Judgment as to in case 1:03−md−01570−GBD−SN; terminating (1 Motion for Default Judgment; terminating (1701) Motion for Default Judgment; terminating (1708) Motion for Defau Judgment; terminating (1713) Motion for Default Judgment; terminating (1720) Motion for Default Judgment; termin (1934) Motion to Set Aside (8298 in 1:03−md−01570−GBD−SN, 1701 in 1:02−cv−06977−GBD−SN, 167 in 1:02−cv−07236−GBD) MOTION for Default Judgment as to Damages against the Taliban and Muhammad Omar., ( 1:03−md−01570−GBD−SN, 1708 in 1:02−cv−06977−GBD−SN, 230 in 1:02−cv−07230−GBD−SN) MOTION for D Judgment as to Burlingame Plaintiffs Against the Taliban and Muhammad Omar., (8363 in 1:03−md−01570−GBD−S 1:02−cv−06977−GBD−SN, 234 in 1:02−cv−07230−GBD−SN) MOTION for Default Judgment as to Burlingame II I Against the Taliban and Muhammad Omar, (8386 in 1:03−md−01570−GBD−SN, 1720 in 1:02−cv−06977−GBD−SN AMENDED MOTION for Default Judgment as to Taliban and Omar Defendants., (8959 in 1:03−md−01570−GBD− 1:02−cv−06977−GBD−SN) MOTION to Set Aside (8929 in 1:03−md−01570−GBD−SN) Report and Recommendati Civ. P. 72(b)(2) Objections., (1691 in 1:02−cv−06977−GBD−SN) MOTION for Default Judgment as to the Taliban., 1:18−cv−03353−GBD−SN) MOTION for Default Judgment as to. in case 1:02−cv−06977−GBD−SN; terminating (2 for Default Judgment; terminating (234) Motion for Default Judgment in case 1:02−cv−07230−GBD−SN; terminatin Motion for Default Judgment in case 1:02−cv−07236−GBD; terminating (75) Motion for Default Judgment in case 1:18−cv−03353−GBD−SN. This Court GRANTS partial final default judgment as to U.S. citizen Plaintiffs listed in E 8275−1, 8275−3 (other than the five Plaintiffs' claims that will be adjudicated with the motion at ECF No. 8568, see 9), 8364−1, 8380−1, 8380−2, 8490−1, 8755−1, 8755−3,11 and Report Appendix A, subject to the corrections and cav described therein. It is ORDERED that U.S. citizen Plaintiffs are awarded damages as provided in ECF Nos. 8275−1, 8275−3,14 8364−1, 8380−1, 8380−2, 8490−1, 8755−1, 8755−3, and Report Appendix A; and it is ORDERED that pr interest is awarded at a rate of 4.96 percent per annum, all interest compounded annually for the period from Septemb until the date of the judgment for damages; and it is ORDERED that these Plaintiffs may apply for punitive, economi other damages at a later date, to the extent such damages were not sought in these motions. Default judgment motion 75 in Case No. l 8−cv−03353 and all noncitizenPlaintiffs' motions are DENIED without prejudice and with leave to r Muhammad Omar is dismissed from all actions in this multidistrict litigation. The Clerk of Court is directed to close motions (ECF Nos. 8274, 8298, 8335, 8363, 8386, and 8959 in 03−md−01570; ECF Nos. 1691, 1701, 1708, 1713, 17 1934 in 02−cv−06977; ECF Nos. 230 and 234 in 02−cv−07230; ECF No. 167 in 02−cv−07236; ECF No. 75 in 18−cv SO ORDERED.. (Signed by Judge George B. Daniels on 3/30/2023) Filed In Associated Cases: 1:03−md−01570−GI 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN, 1:02−cv−07236−GBD, 1:18−cv−03353−GBD−SN (ama) (E 03/30/2023) |
| 30/2023 | 8974 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter dated March 30, 2023 re: ARB's letter at 8970. Document filed by Plaintiffs Executive Committees..(Carter, Sean) (Entered: 03/30/2023) |
| 30/2023 | 8975 | MEMO ENDORSEMENT on re: (291 in 1:02−cv−07230−GBD−SN, 8969 in 1:03−md−01570−GBD−SN, 1937 in 1:02−cv−06977−GBD−SN, 239 in 1:02−cv−07236−GBD) Letter March 15, 2023 Report and Recommendation, filed G. Burlingame. ENDORSEMENT : The Court declines to impose any deadline for refiling motions denied in ECF N ORDERED. (Signed by Magistrate Judge Sarah Netburn on 3/30/23) Filed In Associated Cases: 1:03−md−01570−GI 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN, 1:02−cv−07236−GBD (yv) (Entered: 03/30/2023) |
| 30/2023 | 8976 | PARTIAL FINAL DEFAULT JUDGMENT FOR THE ESTATE OF GEOFFREY E. GUJA: ORDERED that servic in the above−captioned Hugh A. Chairnoff, et al. v.Islamic Republic of Iran, 1: 18−cv−123 70 (GBD) (SN) was effec the Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a); and it isORDERED that, there being no just rea delay, partial final judgment is entered against the Islamic Republic of Iran and in favor of the Estate of Geoffrey E. G was killed in the terrorist attacks on September 11, 2001; and it is ORDERED that the Estate of Geoffrey E. Guja is a compensatory damages for economic losses in the amount of $2,891,993 as supported by the expert report and analys in conjunction with the Declaration of Joseph Peter Drennan executed on August 31, 2022; and it is ORDERED that of Geoffrey E. Guja is awarded prejudgment interest on the damages hereby awarded to be calculated at a rate of 4.96 per annum, compoundedannually, running from September 11, 2001 until the date of this judgment, in the amount of $5,100,780.39; and it is ORDERED that the Estate of Geoffrey E. Guja may submit applications for punitive or other a later date consistent with any future rulings of this Court; and it is ORDERED that other Chairnoff/Iran Plaintiffs m in later stages applicationsfor damages awards. Furthermore, this Court respectfully directs the Clerk of Court to term motion at ECF No. 8480 in 03−MDL−1570 (GBD)(SN) and ECF No. 89 in 18−cv−12370 (GBD) (SN). SO ORDER Motions terminated: 8480 MOTION for Default Judgment as to Economic Damages for the Estate of Geoffrey E. Gu by Debra Guja. (Signed by Judge George B. Daniels on 3/28/2023) (ama) (Entered: 03/30/2023) |
| 31/2023 | 8977 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated March 31, 2023 re: joint statu concerning redactions. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 03/31/2023) |

| | | |
|---|---|---|
| )3/2023 | 8978 | ORDER OF PARTIAL FINAL JUDGMENTS IN THE ABOVE−CAPTIONED MATTERS, FOR LIABILITY FOR PLAINTIFFS, AND FOR DAMAGES FOR THE PLAINTIFFS IDENTIFIED IN EXHIBITS A AND EXHIBITS B (8475) Motion re: (8475 in 1:03−md−01570−GBD−SN, 231 in 1:18−cv−05306−GBD−SN, 206 in 1:18−cv−05339−( 159 in 1:18−cv−12276−GBD−SN, 183 in 1:18−cv−12387−GBD−SN, 132 in 1:19−cv−11767−GBD−SN, 117 in 1:19−cv−11776−GBD−SN, 122 in 1:20−cv−09376−GBD−SN, 110 in 1:20−cv−09387−GBD−SN, 109 in 1:20−cv−10460−GBD−SN, 102 in 1:20−cv−10902−GBD−SN, 33 in 1:21−cv−10239−GBD) MOTION for Partial Fi Judgment Against Iran in case 1:03−md−01570−GBD−SN; granting (231) Motion re: (8475 in 1:03−md−01570−GB in 1:18−cv−05306−GBD−SN, 206 in 1:18−cv−05339−GBD−SN, 159 in 1:18−cv−12276−GBD−SN, 183 in 1:18−cv−12387−GBD−SN, 132 in 1:19−cv−11767−GBD−SN, 117 in 1:19−cv−11776−GBD−SN, 122 in 1:20−cv−09376−GBD−SN, 110 in 1:20−cv−09387−GBD−SN, 109 in 1:20−cv−10460−GBD−SN, 102 in 1:20−cv−10902−GBD−SN, 33 in 1:21−cv−10239−GBD) MOTION for Partial Final Judgment Against Iran in case 1:18−cv−05306−GBD−SN; granting (206) Motion re: (8475 in 1:03−md−01570−GBD−SN, 231 in 1:18−cv−05306− 206 in 1:18−cv−05339−GBD−SN, 159 in 1:18−cv−12276−GBD−SN, 183 in 1:18−cv−12387−GBD−SN, 132 in 1:19−cv−11767−GBD−SN, 117 in 1:19−cv−11776−GBD−SN, 122 in 1:20−cv−09376−GBD−SN, 110 in 1:20−cv−09387−GBD−SN, 109 in 1:20−cv−10460−GBD−SN, 102 in 1:20−cv−10902−GBD−SN, 33 in 1:21−cv−10 MOTION for Partial Final Judgment Against Iran in case 1:18−cv−05339−GBD−SN; granting (159) Motion re: (847 1:03−md−01570−GBD−SN, 231 in 1:18−cv−05306−GBD−SN, 206 in 1:18−cv−05339−GBD−SN, 159 in 1:18−cv−12276−GBD−SN, 183 in 1:18−cv−12387−GBD−SN, 132 in 1:19−cv−11767−GBD−SN, 117 in 1:19−cv−11776−GBD−SN, 122 in 1:20−cv−09376−GBD−SN, 110 in 1:20−cv−09387−GBD−SN, 109 in 1:20−cv−10460−GBD−SN, 102 in 1:20−cv−10902−GBD−SN, 33 in 1:21−cv−10239−GBD) MOTION for Partial Fi Judgment Against Iran in case 1:18−cv−12276−GBD−SN; granting (183) Motion re: (8475 in 1:03−md−01570−GBI in 1:18−cv−05306−GBD−SN, 206 in 1:18−cv−05339−GBD−SN, 159 in 1:18−cv−12276−GBD−SN, 183 in 1:18−cv−12387−GBD−SN, 132 in 1:19−cv−11767−GBD−SN, 117 in 1:19−cv−11776−GBD−SN, 122 in 1:20−cv−09376−GBD−SN, 110 in 1:20−cv−09387−GBD−SN, 109 in 1:20−cv−10460−GBD−SN, 102 in 1:20−cv−10902−GBD−SN, 33 in 1:21−cv−10239−GBD) MOTION for Partial Final Judgment Against Iran in case 1:18−cv−12387−GBD−SN; granting (132) Motion re: (8475 in 1:03−md−01570−GBD−SN, 231 in 1:18−cv−05306− 206 in 1:18−cv−05339−GBD−SN, 159 in 1:18−cv−12276−GBD−SN, 183 in 1:18−cv−12387−GBD−SN, 132 in 1:19−cv−11767−GBD−SN, 117 in 1:19−cv−11776−GBD−SN, 122 in 1:20−cv−09376−GBD−SN, 110 in 1:20−cv−09387−GBD−SN, 109 in 1:20−cv−10460−GBD−SN, 102 in 1:20−cv−10902−GBD−SN, 33 in 1:21−cv−10 MOTION for Partial Final Judgment Against Iran in case 1:19−cv−11767−GBD−SN; granting (117) Motion re: (847 1:03−md−01570−GBD−SN, 231 in 1:18−cv−05306−GBD−SN, 206 in 1:18−cv−05339−GBD−SN, 159 in 1:18−cv−12276−GBD−SN, 183 in 1:18−cv−12387−GBD−SN, 132 in 1:19−cv−11767−GBD−SN, 117 in 1:19−cv−11776−GBD−SN, 122 in 1:20−cv−09376−GBD−SN, 110 in 1:20−cv−09387−GBD−SN, 109 in 1:20−cv−10460−GBD−SN, 102 in 1:20−cv−10902−GBD−SN, 33 in 1:21−cv−10239−GBD) MOTION for Partial Fi Judgment Against Iran in case 1:19−cv−11776−GBD−SN; granting (122) Motion re: (8475 in 1:03−md−01570−GBI in 1:18−cv−05306−GBD−SN, 206 in 1:18−cv−05339−GBD−SN, 159 in 1:18−cv−12276−GBD−SN, 183 in 1:18−cv−12387−GBD−SN, 132 in 1:19−cv−11767−GBD−SN, 117 in 1:19−cv−11776−GBD−SN, 122 in 1:20−cv−09376−GBD−SN, 110 in 1:20−cv−09387−GBD−SN, 109 in 1:20−cv−10460−GBD−SN, 102 in 1:20−cv−10902−GBD−SN, 33 in 1:21−cv−10239−GBD) MOTION for Partial Final Judgment Against Iran in case 1:20−cv−09376−GBD−SN; granting (110) Motion re: (8475 in 1:03−md−01570−GBD−SN, 231 in 1:18−cv−05306− 206 in 1:18−cv−05339−GBD−SN, 159 in 1:18−cv−12276−GBD−SN, 183 in 1:18−cv−12387−GBD−SN, 132 in 1:19−cv−11767−GBD−SN, 117 in 1:19−cv−11776−GBD−SN, 122 in 1:20−cv−09376−GBD−SN, 110 in 1:20−cv−09387−GBD−SN, 109 in 1:20−cv−10460−GBD−SN, 102 in 1:20−cv−10902−GBD−SN, 33 in 1:21−cv−10 MOTION for Partial Final Judgment Against Iran in case 1:20−cv−09387−GBD−SN; granting (109) Motion re: (847 1:03−md−01570−GBD−SN, 231 in 1:18−cv−05306−GBD−SN, 206 in 1:18−cv−05339−GBD−SN, 159 in 1:18−cv−12276−GBD−SN, 183 in 1:18−cv−12387−GBD−SN, 132 in 1:19−cv−11767−GBD−SN, 117 in 1:19−cv−11776−GBD−SN, 122 in 1:20−cv−09376−GBD−SN, 110 in 1:20−cv−09387−GBD−SN, 109 in 1:20−cv−10460−GBD−SN, 102 in 1:20−cv−10902−GBD−SN, 33 in 1:21−cv−10239−GBD) MOTION for Partial Fi Judgment Against Iran in case 1:20−cv−10460−GBD−SN; granting (102) Motion re: (8475 in 1:03−md−01570−GBI in 1:18−cv−05306−GBD−SN, 206 in 1:18−cv−05339−GBD−SN, 159 in 1:18−cv−12276−GBD−SN, 183 in 1:18−cv−12387−GBD−SN, 132 in 1:19−cv−11767−GBD−SN, 117 in 1:19−cv−11776−GBD−SN, 122 in 1:20−cv−09376−GBD−SN, 110 in 1:20−cv−09387−GBD−SN, 109 in 1:20−cv−10460−GBD−SN, 102 in 1:20−cv−10902−GBD−SN, 33 in 1:21−cv−10239−GBD) MOTION for Partial Final Judgment Against Iran in case 1:20−cv−10902−GBD−SN; granting (33) Motion re: (8475 in 1:03−md−01570−GBD−SN, 231 in 1:18−cv−05306−( 206 in 1:18−cv−05339−GBD−SN, 159 in 1:18−cv−12276−GBD−SN, 183 in 1:18−cv−12387−GBD−SN, 132 in 1:19−cv−11767−GBD−SN, 117 in 1:19−cv−11776−GBD−SN, 122 in 1:20−cv−09376−GBD−SN, 110 in 1:20−cv−09387−GBD−SN, 109 in 1:20−cv−10460−GBD−SN, 102 in 1:20−cv−10902−GBD−SN, 33 in 1:21−cv−10 MOTION for Partial Final Judgment Against Iran in case 1:21−cv−10239−GBD. It is hereby ORDERED that service was properly effected upon Iran in accordance with 28 U.S.C. § 1608(a) for sovereign defendants and 28 U.S.C. § 16 agencies and instrumentalities of sovereign defendants; and it is further ORDERED that the motion for judgment by against Iran on behalf of the Plaintiffs in the above−captioned matters is GRANTED and FINAL judgments as to liat entered in favor of all plaintiffs against Iran in the following cases: as set forth herein. ORDERED that Plaintiffs iden Exhibits A are awarded solatium damages of$12,500,000 per spouse, $8,500,000 per parent, $8,500,000 per child, an $4,250,000 per sibling, as set forth in Exhibits A; and it is further ORDERED that partial final judgment is entered ag on behalf of the Plaintiffsin the above−captioned matters, as identified in the attached Exhibits B, who are each the es |

| | | |
|---|---|---|
| | | victim of the terrorist attacks on September 11, 2001, as indicated in the attached Exhibits B; ORDERED that Plainti identified in the attached Exhibits B are awarded compensatory damages for decedents' pain and suffering in an amou $2,000,000 per estate, as set forth in the attached Exhibits B; ORDERED that Plaintiffs identified in Exhibits A and E are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 200 date of judgment; and it is furtherORDERED that Plaintiffs identified in Exhibits A and Exhibits B may submit anap punitive damages, economic damages, or other damages (to the extent such awards have not previously been ordered date consistent with any future rulings made by this Court on this issue. This Court respectfully directs the Clerk of C terminate the motions at ECF No. 8475 in 03−md−01570; ECF No. 231 in 18−cv−05306; ECF No. 206 in 18−cv−05 ECFNo. 159 in 18−cv−12276; ECF No. I 83 in 18−cv−12387; ECF No. 132 in 19−cv−11767; ECF No. 117 in 19−cv ECF No. 122 in 20−cv−09376; ECF No. 110 in 20−cv−09387; ECF No. 109 in 20−cv−10460; ECF No. 102 in 20−cv and ECF No. 33 in 21 cv−10239. And as set forth herein. SO ORDERED,. (Signed by Judge George B. Daniels on 4/ Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (ama) (Entered: 04/03/2023) |
| )4/2023 | 8979 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees on behalf Plaintiffs wit against Al Rajhi Bank and ARB dated April 4, 2023 re: Joint Letter in accordance with the Court's Order at ECF No. Document filed by Plaintiffs Executive Committees..(Carter, Sean) (Entered: 04/04/2023) |
| )4/2023 | 8980 | NOTICE of Plaintiffs' Removal of Parties Pursuant to Case Management Order #2, 12, ECF No. 247, and Federal Ru Procedure 15(d) re: (3331 in 1:03−md−01570−GBD−SN) Notice (Other), (3324 in 1:03−md−01570−GBD−SN) Noti Document filed by Susan M. King. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−05193−GBD−SN.(Goldman, Jerry) (Entered: 04/04/2023) |
| )4/2023 | 8981 | OPPOSITION BRIEF *re: The Ashton Plaintiffs' Rule 72 Objections to the March 13, 2023 Order*. Document filed by of Saudi Arabia..(Kellogg, Michael) (Entered: 04/04/2023) |
| )4/2023 | 8982 | MEMO ENDORSEMENT on re: 8977 Letter filed by Kingdom of Saudi Arabia. ENDORSEMENT: The Parties' req granted. They shall file a further joint status report by May 31, 2023. (Signed by Magistrate Judge Sarah Netburn on (ras) (Entered: 04/04/2023) |
| )4/2023 | 8983 | ORDER: The conference scheduled for Tuesday, April 11, 2023, at 3:00 p.m. will be held in Courtroom 110, Thurgo Courthouse, 40 Foley Square, New York, New York. See ECF No. 8923. (Status Conference set for 4/11/2023 at 03: Courtroom 110, 40 Centre Street, New York, NY 10007 before Magistrate Judge Sarah Netburn.) (Signed by Magistr Sarah Netburn on 4/4/2023) (ras) (Entered: 04/04/2023) |
| )4/2023 | 8984 | ORDER terminating (8644) Letter Motion for Leave to File Document; terminating (8794) Letter Motion for Leave t Document in case 1:03−md−01570−GBD−SN; terminating (1786) Letter Motion for Leave to File Document; termin (1880) Letter Motion for Leave to File Document in case 1:02−cv−06977−GBD−SN; terminating (192) Letter Motio to File Document; terminating (218) Letter Motion for Leave to File Document in case 1:02−cv−07236−GBD; termi Motion to Sever in case 1:17−cv−02003−GBD−SN; terminating (114) Letter Motion for Leave to File Document; ter (121) Letter Motion for Leave to File Document; terminating (126) Motion to Sever in case 1:20−cv−00266−GBD−S Court ORDERS that all claims by the Maher Plaintiffs against all defendants are severed from Ashton/Bauer nunc pr January 9, 2020. The Maher Plaintiffs' claims in Ryan and Grazioso will continue to be prosecuted in those cases and does not impact the status of those claims. The docket entries listed in Appendix A−as well as any other service even discovery, filings, proceedings, and orders previously applicable to the Maher Plaintiffs claims in Ryan−are deemed incorporated into Ryan and are applicable to and binding upon the Maher Plaintiffs in Ryan. The Court respectfully d Clerk of the Court to open three new cases to be styled Maher, et al. v. Kingdom of Saudi Arabia, et al., Maher, et al. Emirate of Afghanistan a/k/a The Taliban, et al., and Maher, et al. v. Republic of the Sudan. These three new cases sh accepted into this multidistrict litigation case, In re Terrorist Attacks on September 11, 2001, No. 03−md−01570, ass Judge George B. Daniels, and referred to Judge Sarah Netburn in accordance with ECF No. 3418. Once these cases h opened, the Clerk's Office will contact counsel to arrange payment of the filing fees. The Maher Plaintiffs' severed cl than those prosecuted in Ryan and Grazioso) are transferred into these three new cases as prescribed in Appendices E This order shall be filed in each new case. The Clerk of the Court is respectfully directed to docket in each case the c amended complaints, and entries of default included in the list of docket entries in Appendices B, C, and D. All dock listed in Appendices B, C, and D−as well as any other complaints, service events, defaults, discovery, filings, procee orders previously applicable to the Maher Plaintiffs' claims against the relevant defendants−are deemed incorporated new cases and are applicable to and binding upon the Maher Plaintiffs in each of the new cases. The Clerk of the Cou respectfully directed to terminate the motions at ECF Nos. 8644, 8794, and 8885 and the related motions in Ashton v No. 02−cv−06977, ECF Nos. 1786, 1880, and 1918; Bauer, No. 02−cv−07236, ECF Nos. 192, 218, and 227; Ashton No. 17−cv−02003, ECF No. 259; and Ryan, No. 20−cv−00266, ECF Nos. 114, 121, and 126. (Signed by Magistrate Netburn on 4/4/2023) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD, 1:17−cv−02003−GBD−SN, 1:20−cv−00266−GBD−SN. (ras) Transmission to Civil Case Ope Clerk for processing. (Entered: 04/04/2023) |
| )4/2023 | 8985 | ORDER: The Court ORDERS that: the Ryan and Breitweiser Plaintiffs' claims and judgments in Ashton are restored condition as of January 1, 2019, nunc pro tunc; the default judgment for economic damages entered in favor of Patric personal representative of the Estate of John Ryan, Jr. against Iran at ECF No. 5999, and filed concurrently in Ryan, I |

| | | |
|---|---|---|
| | | 20−cv−00266 at ECF No. 10, is transferred and incorporated into Ashton nunc pro tunc to February 19, 2020; and the Breitweiser Plaintiffs must file either a notice consistent with Rule 41(a)(1)(A) or a status letter within 14 days. The C Court is respectfully directed to correct the May 29, 2018 docket entries listing Plaintiff Kristen Breitweiser as termin on the docket sheet and the list of parties. (Signed by Magistrate Judge Sarah Netburn on 4/4/2023) Filed In Associat 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:20−cv−00266−GBD−SN. (ras) (Entered: 04/04/2023) |
| )5/2023 | 8986 | LETTER addressed to Judge George B. Daniels from John F. Schutty, Esq. dated April 5, 2023 re: April 11 Conferen Document filed by Irene Dickey.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN. John) (Entered: 04/05/2023) |
| )5/2023 | 8987 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated April 5, 2023 re: motion to di issues. Document filed by Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C).(Kel Michael) (Entered: 04/05/2023) |
| )5/2023 | 8988 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated April 5, 2023 re: dismiss issues. Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 04/05/2023) |
| )5/2023 | 8989 | LETTER addressed to Magistrate Judge Sarah Netburn from Steven R. Pounian dated April 5, 2023 re: motion to dis Document filed by Kathleen Ashton..(Pounian, Steven) (Entered: 04/05/2023) |
| )5/2023 | 8990 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert K. Kry dated April 5, 2023 re: dispositive motio Document filed by Dallah Avco Trans Arabia..(Kry, Robert) (Entered: 04/05/2023) |
| )5/2023 | 8991 | MEMO ENDORSEMENT on re: (234 in 1:02−cv−07236−GBD, 8942 in 1:03−md−01570−GBD−SN, 1929 in 1:02−cv−06977−GBD−SN, 286 in 1:02−cv−07230−GBD−SN, 87 in 1:18−cv−03353−GBD−SN) Letter, filed by Kat Ashton. ENDORSEMENT: The Court ORDERS counsel for the Lefft Plaintiffs to respond to this letter by Monday, 2023, and appear for a conference on Tuesday, April 11, 2023, at 2:30 p.m. in Courtroom 110, Thurgood Marshall Co 40 Foley Square, New York, New York, to discuss the issues raised herein. Ashton counsel are requested to appear as (Status Conference set for 4/11/2023 at 02:30 PM in Courtroom 110, 40 Centre Street, New York, NY 10007 before I Judge Sarah Netburn.) (Signed by Magistrate Judge Sarah Netburn on 4/5/2023) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN, 1:02−cv−07236−GBD, 1:18−cv−03353−GBD−SN. (ras) (Entered: 04/05/2023) |
| )6/2023 | 8992 | MOTION for Certificate of Appealability *Pursuant to 28 U.S.C. Section 1292(b)*. Document filed by Irene Dickey. R set for 4/20/2023 at 09:30 AM.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(S John) (Entered: 04/06/2023) |
| )6/2023 | 8993 | MEMORANDUM OF LAW in Support re: (1945 in 1:02−cv−06977−GBD−SN) MOTION for Certificate of Appeala *Pursuant to 28 U.S.C. Section 1292(b)*. . Document filed by Irene Dickey. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) (Entered: 04/06/2023) |
| )7/2023 | 8994 | ORDER: Members of the public may listen to the proceedings scheduled in this case for Tuesday, April 11, 2023, at and 3:00 p.m. by dialing (844) 721−7241 and using access code 8085550. (Signed by Magistrate Judge Sarah Netbur 4/7/2023) (ras) (Entered: 04/07/2023) |
| .0/2023 | 8995 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated April 10, 2023 re for extension of the deadline for Plaintiffs Daubert motions. Document filed by Plaintiffs Executive Committees..(Ha Robert) (Entered: 04/10/2023) |
| .0/2023 | 8996 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated April 10, 2023 re: opposition for extension. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 04/10/2023) |
| .0/2023 | 8997 | MEMO ENDORSEMENT on re: 8986 Letter filed by Irene Dickey. ENDORSEMENT: The Court DENIES counsel' address alleged conflicts of interest during the April 11, 2023 conference. Litigants who are concerned with potential may always raise these issues with their attorneys, seek new counsel, file complaints, or, where appropriate, move to counsel. See Ceglia v. Zuckerberg, No. 10−cv−00569 (RJA)(LGF), 2012 WL 12995636, at *13 (W.D.N.Y. June 28, (explaining that disqualification of counsel is within the district court's discretion and is disfavored in the Second Circ the Court sees no evidence that the purported conflicts threaten the "'integrity of the adversary process.'" Hempstead v. Inc. Vill. of Valley Stream, 409 F.3d 127, 132 (2d Cir. 2005) (quoting Bd. of Educ. v. Nyquist, 590 F.2d 1241, 124 1979)). It has given and will continue to give due regard to all arguments raised by attorneys in this multidistrict litig whether or not those attorneys are members of the Plaintiffs' Executive Committees. The Court has expressly address issues raised by Mr. Schutty and no further proceedings are warranted. See, e.g., ECF Nos. 8704 (scheduling confere to address issues raised by Mr. Schutty), 8778 (ordering additional briefing on issues raised by Mr. Schutty), 8929 (R Recommendation addressing issues raised by Mr. Schutty), 8973 (Order adopting Report & Recommendation addres objections filed by Mr. Schutty). (Signed by Magistrate Judge Sarah Netburn on 4/10/2023) (ras) (Entered: 04/10/202 |
| .0/2023 | 8998 | MOTION for Celia A. McLaughlin to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−275877 **and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Republic of the Sudan. (Attachn |

| | | |
|---|---|---|
| | | Affidavit in Support of Motion for Admission of Celia A. McLaughlin Pro Hac Vice, # 2 Exhibit Certificate of Good NY, # 3 Exhibit Certificate of Good Standing DC, # 4 Text of Proposed Order Proposed Order).(McLaughlin, Celia) 04/10/2023) |
| 1/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 8998 MOTION for Celia A McLaughlin to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−27587736. Motion and su papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (** (Entered: 04/11/2023) |
| 1/2023 | | NOTICE: The conference scheduled for 2:30 p.m. today is CANCELLED. The 3:00 p.m. conference will proceed as (ras) (Entered: 04/11/2023) |
| 1/2023 | 8999 | REPLY re: (8940 in 1:03−md−01570−GBD−SN) Objection (non−motion) . Document filed by Kathleen Ashton. Fil Associated Cases: 1:03−md−01570−GBD−SN, 1:17−cv−02003−GBD−SN.(Pounian, Steven) (Entered: 04/11/2023) |
| 1/2023 | 9000 | MEMO ENDORSEMENT on re: 8995 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The PEC extension request is GRANTED. The PECs and the Kingdom of Saudi Arabia shall file Daubert motions by May 12, Oppositions are due June 26, 2023, and replies are due August 4, 2023. No further extension requests will be granted adopts the parties' joint proposal as to page limits. See ECF Nos. 8946, 8972. The parties may file opening briefs of u pages, opposition briefs of up to 70 pages, and reply briefs of up to 35 pages. (Signed by Magistrate Judge Sarah Net 4/11/2023) (ras) (Entered: 04/11/2023) |
| 1/2023 | 9001 | OPPOSITION BRIEF re: (8939 in 1:03−md−01570−GBD−SN) Objection (non−motion) . Document filed by Dubai Bank.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Cottreau, Steven) (Entered: 04/11/2023) |
| 1/2023 | 9002 | LETTER MOTION to Compel *the Production of Documents from Plaintiffs* addressed to Magistrate Judge Sarah Net Nicole Erb dated April 11, 2023. Document filed by Al Rajhi Bank. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 E Exhibit 4, # 5 Exhibit 5).(Erb, Nicole) (Entered: 04/11/2023) |
| 1/2023 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Status Conference held on 4/11/2023. (ras 04/26/2023) |
| 2/2023 | 9003 | ORDER: The following is the public line for the April 19, 2023 conference at 10:00 a.m.: Telephone Number: 844−2 Access Code: 2013419. SO ORDERED., ( Oral Argument set for 4/19/2023 at 10:00 AM before Judge George B. Da (Signed by Judge George B. Daniels on 4/12/2023) (ama) (Entered: 04/12/2023) |
| 2/2023 | 9004 | MEMO ENDORSEMENT on re: (92 in 1:18−cv−03353−GBD−SN) Letter. ENDORSEMENT: A conference is SCH for Monday, April 17, 2023, at 3:00 p.m., to discuss issues related to the Lefft plaintiffs' motion for default judgment Taliban. At that time, Lefft counsel should dial into the Court's dedicated teleconferencing line at (877) 402−9757 an Access Code 7938632, followed by the pound (#) key. Ashton counsel are requested to join as well. If this date is una any party, counsel must contact Courtroom Deputy Rachel Slusher immediately at (212) 805−0286. The Court remin counsel that any materials filed in this matter must also be filed on the main multidistrict litigation docket at No. 03− See ECF No. 7354. (Telephone Conference set for 4/17/2023 at 03:00 PM before Magistrate Judge Sarah Netburn.) ( Magistrate Judge Sarah Netburn on 4/12/2023) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−03353−GBD−SN. (ras) (Entered: 04/12/2023) |
| 3/2023 | 9005 | MOTION for Matthew S. Leddicotte to Withdraw as Attorney . Document filed by Al Rajhi Bank. (Attachments: # 1 Proposed Order Approving Matthew S. Leddicotte's Motion to Withdraw as Counsel)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Leddicotte, Matthew) (Entered: 04/13/2023) |
| 3/2023 | 9006 | DECLARATION of Matthew S. Leddicotte in Support re: (9005 in 1:03−md−01570−GBD−SN) MOTION for Matth Leddicotte to Withdraw as Attorney .. Document filed by Al Rajhi Bank. Filed In Associated Cases: 1:03−md−0157 et al..(Leddicotte, Matthew) (Entered: 04/13/2023) |
| 3/2023 | 9007 | MOTION for Matthew S. Leddicotte to Withdraw as Attorney . Document filed by Republic of the Sudan, Republic Sudan. (Attachments: # 1 Text of Proposed Order Approving Matthew S. Leddicotte's Motion to Withdraw)Filed In Cases: 1:03−md−01570−GBD−SN et al..(Leddicotte, Matthew) (Entered: 04/13/2023) |
| 3/2023 | 9008 | DECLARATION of Matthew S. Leddicotte in Support re: (9007 in 1:03−md−01570−GBD−SN) MOTION for Matth Leddicotte to Withdraw as Attorney .. Document filed by Republic of the Sudan, Republic of the Sudan. Filed In Ass Cases: 1:03−md−01570−GBD−SN et al..(Leddicotte, Matthew) (Entered: 04/13/2023) |
| 3/2023 | 9009 | TRANSCRIPT of Proceedings re: CONFERENCE held on 4/11/2023 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Amy Walker, (212) 805−0300. Transcript may be viewed at the court public terminal or purcha through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 5/4/2023. Redacted Transcript Deadline set for 5/15/2023. Release Transcript Restriction set for 7/12/2023.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Moya, Goretti) 04/13/2023) |

| | | |
|---|---|---|
| .3/2023 | 9010 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERI proceeding held on 4/11/23 has been filed by the court reporter/transcriber in the above−captioned matter. The partie: seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...F Associated Cases: 1:03−md−01570−GBD−SN et al..(Moya, Goretti) (Entered: 04/13/2023) |
| .4/2023 | 9011 | MOTION for Michael Gerber to Withdraw as Attorney . Document filed by John Fawcett.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Rubin, Jeannie) (Entered: 04/14/2023) |
| .4/2023 | 9012 | DECLARATION of Michael Gerber in Support re: (1953 in 1:02−cv−06977−GBD−SN) MOTION for Michael Gerb Withdraw as Attorney .. Document filed by John Fawcett. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Rubin, Jeannie) (Entered: 04/14/2023) |
| .4/2023 | 9013 | PROPOSED ORDER. Document filed by John Fawcett. Related Document Number: 9011 ..(Rubin, Jeannie) **Propos to be reviewed by Clerk's Office staff.** (Entered: 04/14/2023) |
| .4/2023 | 9014 | JOINT LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated April 14, Meet and confer about confidentiality issues pursuant to March 13, 2023 Order (ECF No. 8923). Document filed by I Executive Committees..(Haefele, Robert) (Entered: 04/14/2023) |
| .4/2023 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (9013 in 1:03−md−01570−GBD in 1:02−cv−06977−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Case 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(nd)** (Entered: 04/14/2023) |
| .4/2023 | 9015 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter dated April 14, 2023 re: Plaintiffs with cl against Al Rajhi Bank write in opposition to Al Rajhi Bank's Motion to Compel (ECF No. 9002). Document filed by Executive Committees..(Carter, Sean) (Entered: 04/14/2023) |
| .7/2023 | 9016 | NOTICE OF APPEARANCE by Janine Ann Balzofiore on behalf of Continental Casualty Company..(Balzofiore, Jan (Entered: 04/17/2023) |
| .7/2023 | 9017 | LETTER addressed to Magistrate Judge Sarah Netburn from Nicole Erb dated April 17, 2023 re: Request for the Cou endorsement of the Parties' proposal re Plaintiffs' submission of an averment/statement of the facts and evidence on w Plaintiffs will rely and Al Rajhi Bank's withdrawal of Requests for Admission and Interrogatories. Document filed by Bank..(Erb, Nicole) (Entered: 04/17/2023) |
| .7/2023 | 9018 | LETTER addressed to Magistrate Judge Sarah Netburn from Megan W. Benett dated 4/17/2023 re: technical issues a plaintiffs to the docket. Document filed by Kathleen Ashton.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Benett, Megan) (Entered: 04/17/2023) |
| .7/2023 | 9019 | PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i): Pursuant Civ. P. 41(a)(1)(A)(i), the following Plaintiffs hereby voluntarily dismiss without prejudice their claims against all De Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al., Case No. 03−cv−9849 (GBD)(SN), and Burnett, et al. v. Islamic Iran, et al., Case No. 15−cv−9903 (GBD)(SN): as set forth herein. The claims for Ms. Hannaford, in her individual ca as the Personal Representative of the Estate of Kevin James Hannaford, and for her two children are proceeding in Ba v.al Qaeda Islamic Army, et al., Case No. 02−cv−7236 (GBD)(SN), which is also consolidated as part of Ashton, et a Qaeda Islamic Army, et al., Case No. 02−cv−6977 (GBD)(SN). Dorothea Capone, counsel in the Bauer case, has rev approved this Notice. This Notice of Voluntary Dismissal is limited only to dismissing the claims as noted above fror action. All other Plaintiffs maintain and continue to prosecute their claims against the Defendants in the above−captic SO ORDERED. (Signed by Judge George B. Daniels on 4/17/2023) . ** Party Eileen Hannaford (Individually and as Spouse of KEVIN J. HANNAFORD, Deceased), Eileen Hannaford (as Administratrix of the Estate of KEVIN J. HANNAFORD, Deceased), Eileen Hannaford (as mother and Natural Guardian of P.H., a minor, as surviving Child c J. HANNAFORD, Deceased) and Eileen Hannaford (as Mother and Natural Guardian of K.J.H., a minor, as surviving KEVIN J. HANNAFORD, Deceased) terminated. (ama) Modified on 4/17/2023 (ama). (Entered: 04/17/2023) |
| .7/2023 | 9020 | MEMORANDUM DECISION AND ORDER: denying 8864 Motion to Amend/Correct 8864 MOTION to Amend/C Notice of Plaintiffs Motion to Amend the Courts February 7, 2023 Order to Certify Controlling Questions of Law for Interlocutory Appeal under 28 U.S.C. § 1292(b) and to Stay Further Proceedings as to the Kingdom of S, 8870 MOT Reconsideration re; 8862 Order on Motion to Compel ; denying 8870 Motion for Reconsideration re 8864 MOTION Amend/Correct Notice of Plaintiffs Motion to Amend the Courts February 7, 2023 Order to Certify Controlling Ques Law for Interlocutory Appeal under 28 U.S.C. § 1292(b) and to Stay Further Proceedings as to the Kingdom of S file Consolidated Amended Complaint Plaintiffs, 8870 MOTION for Reconsideration re; 8862 Order on Motion to Comp Kathleen Ashton. Because Ashton Plaintiffs' motion for reconsideration of this Court's Decision is both meritless and procedurally improper, Ashton Plaintiffs' motion for reconsideration (ECF No. 8870) is DENIED. Because CAC Plai establish the exceptional circumstances necessary to certify an interlocutory appeal, CAC Plaintiffs' motion to certify 8864) is DENIED. The Clerk of Court is directed to close the open motions at ECF Nos. 8864 and 8870. SO ORDER (Signed by Judge George B. Daniels on 4/17/2023) (ama) (Entered: 04/17/2023) |

| | | |
|---|---|---|
| .7/2023 | 9021 | ORDER granting 8998 Motion for Celia A. McLaughlin to Appear Pro Hac Vice. (Signed by Magistrate Judge Sarah on 4/17/2023) (ras) (Entered: 04/17/2023) |
| .7/2023 | 9022 | ORDER granting (689) Motion to Withdraw as Attorney; granting (691) Motion to Withdraw as Attorney in case 1:03−cv−09848−GBD−SN; granting (1076) Motion to Withdraw as Attorney; granting (1078) Motion to Withdraw a in case 1:03−cv−09849−GBD−SN; granting (9005) Motion to Withdraw as Attorney; granting (9007) Motion to Witl Attorney in case 1:03−md−01570−GBD−SN; granting (743) Motion to Withdraw as Attorney; granting (745) Motior Withdraw as Attorney in case 1:04−cv−01076−GBD−SN; granting (576) Motion to Withdraw as Attorney; granting ( Motion to Withdraw as Attorney in case 1:04−cv−01922−GBD−SN; granting (860) Motion to Withdraw as Attorney (862) Motion to Withdraw as Attorney in case 1:04−cv−01923−GBD−SN; granting (115) Motion to Withdraw as Att granting (117) Motion to Withdraw as Attorney in case 1:01−cv−10132−GBD−SN; granting (635) Motion to Withdr Attorney; granting (637) Motion to Withdraw as Attorney in case 1:04−cv−06105−GBD−SN; granting (779) Motion Withdraw as Attorney; granting (781) Motion to Withdraw as Attorney in case 1:04−cv−05970−GBD−SN; granting ( Motion to Withdraw as Attorney; granting (718) Motion to Withdraw as Attorney in case 1:04−cv−07065−GBD−SN (457) Motion to Withdraw as Attorney; granting (459) Motion to Withdraw as Attorney in case 1:04−cv−07216−GBI granting (578) Motion to Withdraw as Attorney; granting (580) Motion to Withdraw as Attorney in case 1:04−cv−07280−GBD−SN; granting (416) Motion to Withdraw as Attorney; granting (418) Motion to Withdraw as A case 1:04−cv−07281−GBD−FM; granting (764) Motion to Withdraw as Attorney; granting (766) Motion to Withdrav Attorney in case 1:04−cv−07279−GBD−SN; granting (250) Motion to Withdraw as Attorney; granting (252) Motion Withdraw as Attorney in case 1:09−cv−07055−GBD−SN; granting (413) Motion to Withdraw as Attorney; granting ( Motion to Withdraw as Attorney in case 1:11−cv−07550−GBD−SN; granting (1947) Motion to Withdraw as Attorne (1949) Motion to Withdraw as Attorney in case 1:02−cv−06977−GBD−SN; granting (79) Motion to Withdraw as Att granting (81) Motion to Withdraw as Attorney in case 1:02−cv−06978−GBD−SN; granting (114) Motion to Withdrav Attorney; granting (116) Motion to Withdraw as Attorney in case 1:02−cv−07209−GBD−SN; granting (74) Motion t as Attorney; granting (76) Motion to Withdraw as Attorney in case 1:02−cv−07214−GBD−SN; granting (295) Motio Withdraw as Attorney; granting (297) Motion to Withdraw as Attorney in case 1:02−cv−07230−GBD−SN; granting ( Motion to Withdraw as Attorney; granting (246) Motion to Withdraw as Attorney in case 1:02−cv−07236−GBD; gra Motion to Withdraw as Attorney; granting (459) Motion to Withdraw as Attorney in case 1:02−cv−07300−GBD−SN (650) Motion to Withdraw as Attorney; granting (652) Motion to Withdraw as Attorney in case 1:15−cv−09903−GBI granting (114) Motion to Withdraw as Attorney; granting (116) Motion to Withdraw as Attorney in case 1:16−cv−07456−GBD−SN; granting (166) Motion to Withdraw as Attorney; granting (168) Motion to Withdraw as A case 1:16−cv−07853−GBD−SN; granting (126) Motion to Withdraw as Attorney; granting (128) Motion to Withdrav Attorney in case 1:16−cv−08070−GBD−SN; granting (133) Motion to Withdraw as Attorney; granting (135) Motion Withdraw as Attorney in case 1:16−cv−08884−GBD−SN; granting (158) Motion to Withdraw as Attorney; granting ( Motion to Withdraw as Attorney in case 1:16−cv−09663−GBD−SN; granting (157) Motion to Withdraw as Attorney (159) Motion to Withdraw as Attorney in case 1:16−cv−09937−GBD−SN; granting (157) Motion to Withdraw as Att granting (159) Motion to Withdraw as Attorney in case 1:17−cv−00117−GBD−SN; granting (133) Motion to Withdr Attorney; granting (135) Motion to Withdraw as Attorney in case 1:17−cv−00348−GBD−SN; granting (157) Motion Withdraw as Attorney; granting (159) Motion to Withdraw as Attorney in case 1:17−cv−00450−GBD−SN; granting ( Motion to Withdraw as Attorney; granting (271) Motion to Withdraw as Attorney in case 1:17−cv−02003−GBD−SN (124) Motion to Withdraw as Attorney; granting (126) Motion to Withdraw as Attorney in case 1:17−cv−02129−GBI granting (151) Motion to Withdraw as Attorney; granting (153) Motion to Withdraw as Attorney in case 1:17−cv−02651−GBD−SN; granting (114) Motion to Withdraw as Attorney; granting (116) Motion to Withdraw as A case 1:17−cv−03810−GBD−SN; granting (133) Motion to Withdraw as Attorney; granting (135) Motion to Withdrav Attorney in case 1:17−cv−03887−GBD−SN; granting (150) Motion to Withdraw as Attorney; granting (152) Motion Withdraw as Attorney in case 1:17−cv−03908−GBD−SN; granting (120) Motion to Withdraw as Attorney; granting ( Motion to Withdraw as Attorney in case 1:17−cv−04201−GBD−SN; granting (120) Motion to Withdraw as Attorney (122) Motion to Withdraw as Attorney in case 1:17−cv−05174−GBD−SN; granting (118) Motion to Withdraw as Att granting (120) Motion to Withdraw as Attorney in case 1:17−cv−05471−GBD−SN; granting (119) Motion to Withdr Attorney; granting (121) Motion to Withdraw as Attorney in case 1:17−cv−06123−GBD−SN; granting (97) Motion t as Attorney; granting (99) Motion to Withdraw as Attorney in case 1:17−cv−06519−GBD−SN; granting (102) Motio Withdraw as Attorney; granting (104) Motion to Withdraw as Attorney in case 1:17−cv−07317−GBD−SN; granting ( Motion to Withdraw as Attorney; granting (116) Motion to Withdraw as Attorney in case 1:17−cv−07914−GBD−SN (106) Motion to Withdraw as Attorney; granting (108) Motion to Withdraw as Attorney in case 1:17−cv−08617−GBI granting (97) Motion to Withdraw as Attorney; granting (99) Motion to Withdraw as Attorney in case 1:18−cv−00538−GBD−SN; granting (87) Motion to Withdraw as Attorney; granting (89) Motion to Withdraw as Att case 1:18−cv−00947−GBD−SN; granting (133) Motion to Withdraw as Attorney; granting (135) Motion to Withdrav Attorney in case 1:18−cv−03162−GBD−SN; granting (94) Motion to Withdraw as Attorney; granting (96) Motion to as Attorney in case 1:18−cv−03353−GBD−SN; granting (252) Motion to Withdraw as Attorney; granting (254) Moti Withdraw as Attorney in case 1:18−cv−05306−GBD−SN; granting (216) Motion to Withdraw as Attorney; granting ( Motion to Withdraw as Attorney in case 1:18−cv−05320−GBD−SN; granting (215) Motion to Withdraw as Attorney (217) Motion to Withdraw as Attorney in case 1:18−cv−05321−GBD−SN; granting (192) Motion to Withdraw as Att granting (194) Motion to Withdraw as Attorney in case 1:18−cv−05331−GBD−SN; granting (227) Motion to Withdr Attorney; granting (229) Motion to Withdraw as Attorney in case 1:18−cv−05339−GBD−SN; granting (104) Motion Withdraw as Attorney; granting (106) Motion to Withdraw as Attorney in case 1:18−cv−05373−GBD−SN; granting ( |

to Withdraw as Attorney; granting (91) Motion to Withdraw as Attorney in case 1:18−cv−05383−GBD−SN; granting
Motion to Withdraw as Attorney; granting (73) Motion to Withdraw as Attorney in case 1:18−cv−06922−GBD−SN;
(78) Motion to Withdraw as Attorney; granting (80) Motion to Withdraw as Attorney in case 1:18−cv−07030−GBD−
granting (178) Motion to Withdraw as Attorney; granting (180) Motion to Withdraw as Attorney in case
1:18−cv−07306−GBD−SN; granting (68) Motion to Withdraw as Attorney; granting (70) Motion to Withdraw as Att
case 1:18−cv−07509−GBD−SN; granting (106) Motion to Withdraw as Attorney; granting (108) Motion to Withdrav
Attorney in case 1:18−cv−08297−GBD−SN; granting (62) Motion to Withdraw as Attorney; granting (64) Motion to
as Attorney in case 1:18−cv−10779−GBD−SN; granting (52) Motion to Withdraw as Attorney; granting (54) Motion
Withdraw as Attorney in case 1:18−cv−10820−GBD−SN; granting (58) Motion to Withdraw as Attorney; granting (6
to Withdraw as Attorney in case 1:18−cv−11033−GBD−SN; granting (61) Motion to Withdraw as Attorney; granting
Motion to Withdraw as Attorney in case 1:18−cv−11051−GBD−SN; granting (58) Motion to Withdraw as Attorney;
(60) Motion to Withdraw as Attorney in case 1:18−cv−11140−GBD−SN; granting (63) Motion to Withdraw as Attor
granting (65) Motion to Withdraw as Attorney in case 1:18−cv−11144−GBD−SN; granting (59) Motion to Withdraw
Attorney; granting (61) Motion to Withdraw as Attorney in case 1:18−cv−11157−GBD−SN; granting (63) Motion to
as Attorney; granting (65) Motion to Withdraw as Attorney in case 1:18−cv−11191−GBD−SN; granting (60) Motion
Withdraw as Attorney; granting (62) Motion to Withdraw as Attorney in case 1:18−cv−11212−GBD−SN; granting (6
to Withdraw as Attorney; granting (62) Motion to Withdraw as Attorney in case 1:18−cv−11250−GBD−SN; granting
Motion to Withdraw as Attorney; granting (60) Motion to Withdraw as Attorney in case 1:18−cv−11251−GBD−SN;
(59) Motion to Withdraw as Attorney; granting (61) Motion to Withdraw as Attorney in case 1:18−cv−11253−GBD−
granting (62) Motion to Withdraw as Attorney; granting (64) Motion to Withdraw as Attorney in case
1:18−cv−11257−GBD−SN; granting (58) Motion to Withdraw as Attorney; granting (60) Motion to Withdraw as Att
case 1:18−cv−11259−GBD−SN; granting (59) Motion to Withdraw as Attorney; granting (61) Motion to Withdraw a
in case 1:18−cv−11274−GBD−SN; granting (59) Motion to Withdraw as Attorney; granting (61) Motion to Withdrav
Attorney in case 1:18−cv−11289−GBD−SN; granting (60) Motion to Withdraw as Attorney; granting (62) Motion to
as Attorney in case 1:18−cv−11293−GBD−SN; granting (59) Motion to Withdraw as Attorney; granting (61) Motion
Withdraw as Attorney in case 1:18−cv−11305−GBD−SN; granting (60) Motion to Withdraw as Attorney; granting (6
to Withdraw as Attorney in case 1:18−cv−11308−GBD−SN; granting (57) Motion to Withdraw as Attorney; granting
Motion to Withdraw as Attorney in case 1:18−cv−11311−GBD−SN; granting (60) Motion to Withdraw as Attorney;
(62) Motion to Withdraw as Attorney in case 1:18−cv−11314−GBD−SN; granting (72) Motion to Withdraw as Attor
granting (74) Motion to Withdraw as Attorney in case 1:18−cv−11340−GBD−SN; granting (59) Motion to Withdraw
Attorney; granting (61) Motion to Withdraw as Attorney in case 1:18−cv−11345−GBD−SN; granting (58) Motion to
as Attorney; granting (60) Motion to Withdraw as Attorney in case 1:18−cv−11346−GBD−SN; granting (51) Motion
Withdraw as Attorney; granting (53) Motion to Withdraw as Attorney in case 1:18−cv−11361−GBD−SN; granting (5
to Withdraw as Attorney; granting (60) Motion to Withdraw as Attorney in case 1:18−cv−11375−GBD−SN; granting
Motion to Withdraw as Attorney; granting (62) Motion to Withdraw as Attorney in case 1:18−cv−11382−GBD−SN;
(57) Motion to Withdraw as Attorney; granting (59) Motion to Withdraw as Attorney in case 1:18−cv−11392−GBD−
granting (81) Motion to Withdraw as Attorney; granting (83) Motion to Withdraw as Attorney in case
1:18−cv−11416−GBD−SN; granting (68) Motion to Withdraw as Attorney; granting (70) Motion to Withdraw as Att
case 1:18−cv−11417−GBD−SN; granting (50) Motion to Withdraw as Attorney; granting (52) Motion to Withdraw a
in case 1:18−cv−11422−GBD−SN; granting (49) Motion to Withdraw as Attorney; granting (51) Motion to Withdrav
Attorney in case 1:18−cv−11423−GBD−SN; granting (57) Motion to Withdraw as Attorney; granting (59) Motion to
as Attorney in case 1:18−cv−11426−GBD−SN; granting (57) Motion to Withdraw as Attorney; granting (59) Motion
Withdraw as Attorney in case 1:18−cv−11429−GBD−SN; granting (50) Motion to Withdraw as Attorney; granting (5
to Withdraw as Attorney in case 1:18−cv−11431−GBD−SN; granting (50) Motion to Withdraw as Attorney; granting
Motion to Withdraw as Attorney in case 1:18−cv−11433−GBD−SN; granting (50) Motion to Withdraw as Attorney;
(52) Motion to Withdraw as Attorney in case 1:18−cv−11459−GBD−SN; granting (57) Motion to Withdraw as Attor
granting (59) Motion to Withdraw as Attorney in case 1:18−cv−11464−GBD−SN; granting (57) Motion to Withdraw
Attorney; granting (59) Motion to Withdraw as Attorney in case 1:18−cv−11479−GBD−SN; granting (55) Motion to
as Attorney; granting (57) Motion to Withdraw as Attorney in case 1:18−cv−11481−GBD−SN; granting (59) Motion
Withdraw as Attorney; granting (61) Motion to Withdraw as Attorney in case 1:18−cv−11483−GBD−SN; granting (5
to Withdraw as Attorney; granting (53) Motion to Withdraw as Attorney in case 1:18−cv−11484−GBD−SN; granting
Motion to Withdraw as Attorney; granting (59) Motion to Withdraw as Attorney in case 1:18−cv−11485−GBD−SN;
(56) Motion to Withdraw as Attorney; granting (58) Motion to Withdraw as Attorney in case 1:18−cv−11486−GBD−
granting (56) Motion to Withdraw as Attorney; granting (58) Motion to Withdraw as Attorney in case
1:18−cv−11488−GBD−SN; granting (56) Motion to Withdraw as Attorney; granting (58) Motion to Withdraw as Att
case 1:18−cv−11489−GBD−SN; granting (80) Motion to Withdraw as Attorney; granting (82) Motion to Withdraw a
in case 1:18−cv−11493−GBD−SN; granting (59) Motion to Withdraw as Attorney; granting (61) Motion to Withdrav
Attorney in case 1:18−cv−11500−GBD−SN; granting (79) Motion to Withdraw as Attorney; granting (81) Motion to
as Attorney in case 1:18−cv−11504−GBD−SN; granting (79) Motion to Withdraw as Attorney; granting (81) Motion
Withdraw as Attorney in case 1:18−cv−11509−GBD−SN; granting (79) Motion to Withdraw as Attorney; granting (8
to Withdraw as Attorney in case 1:18−cv−11515−GBD−SN; granting (57) Motion to Withdraw as Attorney; granting
Motion to Withdraw as Attorney in case 1:18−cv−11516−GBD−SN; granting (50) Motion to Withdraw as Attorney;
(52) Motion to Withdraw as Attorney in case 1:18−cv−11517−GBD−SN; granting (79) Motion to Withdraw as Attor
granting (81) Motion to Withdraw as Attorney in case 1:18−cv−11519−GBD−SN; granting (59) Motion to Withdraw

Attorney; granting (61) Motion to Withdraw as Attorney in case 1:18−cv−11525−GBD−SN; granting (56) Motion to
as Attorney; granting (58) Motion to Withdraw as Attorney in case 1:18−cv−11527−GBD−SN; granting (52) Motion
Withdraw as Attorney; granting (54) Motion to Withdraw as Attorney in case 1:18−cv−11532−GBD−SN; granting (5
to Withdraw as Attorney; granting (58) Motion to Withdraw as Attorney in case 1:18−cv−11573−GBD−SN; granting
Motion to Withdraw as Attorney; granting (58) Motion to Withdraw as Attorney in case 1:18−cv−11575−GBD−SN;
(57) Motion to Withdraw as Attorney; granting (59) Motion to Withdraw as Attorney in case 1:18−cv−11578−GBD−
granting (50) Motion to Withdraw as Attorney; granting (52) Motion to Withdraw as Attorney in case
1:18−cv−11580−GBD−SN; granting (78) Motion to Withdraw as Attorney; granting (80) Motion to Withdraw as Att
case 1:18−cv−11582−GBD−SN; granting (58) Motion to Withdraw as Attorney; granting (60) Motion to Withdraw a
in case 1:18−cv−11583−GBD−SN; granting (56) Motion to Withdraw as Attorney; granting (58) Motion to Withdrav
Attorney in case 1:18−cv−11584−GBD−SN; granting (77) Motion to Withdraw as Attorney; granting (79) Motion to
as Attorney in case 1:18−cv−11619−GBD−SN; granting (78) Motion to Withdraw as Attorney; granting (80) Motion
Withdraw as Attorney in case 1:18−cv−11624−GBD−SN; granting (59) Motion to Withdraw as Attorney; granting (6
to Withdraw as Attorney in case 1:18−cv−11645−GBD−SN; granting (77) Motion to Withdraw as Attorney; granting
Motion to Withdraw as Attorney in case 1:18−cv−11664−GBD−SN; granting (61) Motion to Withdraw as Attorney;
(63) Motion to Withdraw as Attorney in case 1:18−cv−11685−GBD−SN; granting (57) Motion to Withdraw as Attor
granting (59) Motion to Withdraw as Attorney in case 1:18−cv−11695−GBD−SN; granting (60) Motion to Withdraw
Attorney; granting (62) Motion to Withdraw as Attorney in case 1:18−cv−11713−GBD−SN; granting (61) Motion to
as Attorney; granting (63) Motion to Withdraw as Attorney in case 1:18−cv−11717−GBD−SN; granting (53) Motion
Withdraw as Attorney; granting (55) Motion to Withdraw as Attorney in case 1:18−cv−11724−GBD−SN; granting (6
to Withdraw as Attorney; granting (65) Motion to Withdraw as Attorney in case 1:18−cv−11727−GBD−SN; granting
Motion to Withdraw as Attorney; granting (54) Motion to Withdraw as Attorney in case 1:18−cv−11743−GBD−SN;
(58) Motion to Withdraw as Attorney; granting (60) Motion to Withdraw as Attorney in case 1:18−cv−11745−GBD−
granting (52) Motion to Withdraw as Attorney; granting (54) Motion to Withdraw as Attorney in case
1:18−cv−11748−GBD−SN; granting (51) Motion to Withdraw as Attorney; granting (53) Motion to Withdraw as Att
case 1:18−cv−11754−GBD−SN; granting (50) Motion to Withdraw as Attorney; granting (52) Motion to Withdraw a
in case 1:18−cv−11755−GBD−SN; granting (57) Motion to Withdraw as Attorney; granting (59) Motion to Withdrav
Attorney in case 1:18−cv−11757−GBD−SN; granting (50) Motion to Withdraw as Attorney; granting (52) Motion to
as Attorney in case 1:18−cv−11761−GBD−SN; granting (57) Motion to Withdraw as Attorney; granting (59) Motion
Withdraw as Attorney in case 1:18−cv−11762−GBD−SN; granting (56) Motion to Withdraw as Attorney; granting (5
to Withdraw as Attorney in case 1:18−cv−11768−GBD−SN; granting (60) Motion to Withdraw as Attorney; granting
Motion to Withdraw as Attorney in case 1:18−cv−11769−GBD−SN; granting (54) Motion to Withdraw as Attorney;
(56) Motion to Withdraw as Attorney in case 1:18−cv−11772−GBD−SN; granting (56) Motion to Withdraw as Attor
granting (58) Motion to Withdraw as Attorney in case 1:18−cv−11773−GBD−SN; granting (53) Motion to Withdraw
Attorney; granting (55) Motion to Withdraw as Attorney in case 1:18−cv−11774−GBD−SN; granting (49) Motion to
as Attorney; granting (51) Motion to Withdraw as Attorney in case 1:18−cv−11775−GBD−SN; granting (53) Motion
Withdraw as Attorney; granting (55) Motion to Withdraw as Attorney in case 1:18−cv−11776−GBD−SN; granting (5
to Withdraw as Attorney; granting (54) Motion to Withdraw as Attorney in case 1:18−cv−11780−GBD−SN; granting
Motion to Withdraw as Attorney; granting (55) Motion to Withdraw as Attorney in case 1:18−cv−11781−GBD−SN;
(50) Motion to Withdraw as Attorney; granting (52) Motion to Withdraw as Attorney in case 1:18−cv−11784−GBD−
granting (57) Motion to Withdraw as Attorney; granting (59) Motion to Withdraw as Attorney in case
1:18−cv−11785−GBD−SN; granting (62) Motion to Withdraw as Attorney; granting (64) Motion to Withdraw as Att
case 1:18−cv−11795−GBD−SN; granting (52) Motion to Withdraw as Attorney; granting (54) Motion to Withdraw a
in case 1:18−cv−11798−GBD−SN; granting (55) Motion to Withdraw as Attorney; granting (57) Motion to Withdrav
Attorney in case 1:18−cv−11800−GBD−SN; granting (50) Motion to Withdraw as Attorney; granting (52) Motion to
as Attorney in case 1:18−cv−11803−GBD−SN; granting (50) Motion to Withdraw as Attorney; granting (52) Motion
Withdraw as Attorney in case 1:18−cv−11804−GBD−SN; granting (56) Motion to Withdraw as Attorney; granting (5
to Withdraw as Attorney in case 1:18−cv−11810−GBD−SN; granting (58) Motion to Withdraw as Attorney; granting
Motion to Withdraw as Attorney in case 1:18−cv−11812−GBD−SN; granting (65) Motion to Withdraw as Attorney;
(67) Motion to Withdraw as Attorney in case 1:18−cv−11814−GBD−SN; granting (60) Motion to Withdraw as Attor
granting (62) Motion to Withdraw as Attorney in case 1:18−cv−11831−GBD−SN; granting (55) Motion to Withdraw
Attorney; granting (57) Motion to Withdraw as Attorney in case 1:18−cv−11833−GBD−SN; granting (62) Motion to
as Attorney; granting (64) Motion to Withdraw as Attorney in case 1:18−cv−11834−GBD−SN; granting (184) Motio
Withdraw as Attorney; granting (186) Motion to Withdraw as Attorney in case 1:18−cv−11837−GBD−SN; granting (
to Withdraw as Attorney; granting (62) Motion to Withdraw as Attorney in case 1:18−cv−11839−GBD−SN; granting
Motion to Withdraw as Attorney; granting (63) Motion to Withdraw as Attorney in case 1:18−cv−11841−GBD−SN;
(51) Motion to Withdraw as Attorney; granting (53) Motion to Withdraw as Attorney in case 1:18−cv−11847−GBD−
granting (56) Motion to Withdraw as Attorney; granting (58) Motion to Withdraw as Attorney in case
1:18−cv−11849−GBD−SN; granting (57) Motion to Withdraw as Attorney; granting (59) Motion to Withdraw as Att
case 1:18−cv−11854−GBD−SN; granting (51) Motion to Withdraw as Attorney; granting (53) Motion to Withdraw a
in case 1:18−cv−11855−GBD−SN; granting (51) Motion to Withdraw as Attorney; granting (53) Motion to Withdrav
Attorney in case 1:18−cv−11856−GBD−SN; granting (51) Motion to Withdraw as Attorney; granting (53) Motion to
as Attorney in case 1:18−cv−11857−GBD−SN; granting (50) Motion to Withdraw as Attorney; granting (52) Motion
Withdraw as Attorney in case 1:18−cv−11862−GBD−SN; granting (58) Motion to Withdraw as Attorney; granting (6

to Withdraw as Attorney in case 1:18−cv−11866−GBD−SN; granting (56) Motion to Withdraw as Attorney; granting
Motion to Withdraw as Attorney in case 1:18−cv−11867−GBD−SN; granting (51) Motion to Withdraw as Attorney;
(53) Motion to Withdraw as Attorney in case 1:18−cv−11868−GBD−SN; granting (194) Motion to Withdraw as Atto
granting (196) Motion to Withdraw as Attorney in case 1:18−cv−11870−GBD−SN; granting (53) Motion to Withdraw
Attorney; granting (55) Motion to Withdraw as Attorney in case 1:18−cv−11872−GBD−SN; granting (63) Motion to
as Attorney; granting (65) Motion to Withdraw as Attorney in case 1:18−cv−11874−GBD−SN; granting (148) Motio
Withdraw as Attorney; granting (150) Motion to Withdraw as Attorney in case 1:18−cv−11875−GBD−SN; granting (
Motion to Withdraw as Attorney; granting (140) Motion to Withdraw as Attorney in case 1:18−cv−11876−GBD−SN
(165) Motion to Withdraw as Attorney; granting (167) Motion to Withdraw as Attorney in case 1:18−cv−11878−GBI
granting (88) Motion to Withdraw as Attorney; granting (90) Motion to Withdraw as Attorney in case
1:18−cv−11880−GBD−SN; granting (91) Motion to Withdraw as Attorney; granting (93) Motion to Withdraw as Att
case 1:18−cv−11885−GBD−SN; granting (60) Motion to Withdraw as Attorney; granting (62) Motion to Withdraw a
in case 1:18−cv−11886−GBD−SN; granting (91) Motion to Withdraw as Attorney; granting (93) Motion to Withdrav
Attorney in case 1:18−cv−11888−GBD−SN; granting (48) Motion to Withdraw as Attorney; granting (50) Motion to
as Attorney in case 1:18−cv−11890−GBD−SN; granting (54) Motion to Withdraw as Attorney; granting (56) Motion
Withdraw as Attorney in case 1:18−cv−11891−GBD−SN; granting (49) Motion to Withdraw as Attorney; granting (5
to Withdraw as Attorney in case 1:18−cv−11892−GBD−SN; granting (61) Motion to Withdraw as Attorney; granting
Motion to Withdraw as Attorney in case 1:18−cv−11893−GBD−SN; granting (50) Motion to Withdraw as Attorney;
(52) Motion to Withdraw as Attorney in case 1:18−cv−11896−GBD−SN; granting (56) Motion to Withdraw as Attor
granting (58) Motion to Withdraw as Attorney in case 1:18−cv−11899−GBD−SN; granting (87) Motion to Withdraw
Attorney; granting (89) Motion to Withdraw as Attorney in case 1:18−cv−11904−GBD−SN; granting (54) Motion to
as Attorney; granting (56) Motion to Withdraw as Attorney in case 1:18−cv−11909−GBD−SN; granting (53) Motion
Withdraw as Attorney; granting (55) Motion to Withdraw as Attorney in case 1:18−cv−11910−GBD−SN; granting (6
to Withdraw as Attorney; granting (65) Motion to Withdraw as Attorney in case 1:18−cv−11911−GBD−SN; granting
Motion to Withdraw as Attorney; granting (55) Motion to Withdraw as Attorney in case 1:18−cv−11921−GBD−SN;
(89) Motion to Withdraw as Attorney; granting (91) Motion to Withdraw as Attorney in case 1:18−cv−11926−GBD−
granting (49) Motion to Withdraw as Attorney; granting (51) Motion to Withdraw as Attorney in case
1:18−cv−11927−GBD−SN; granting (48) Motion to Withdraw as Attorney; granting (50) Motion to Withdraw as Att
case 1:18−cv−11929−GBD−SN; granting (50) Motion to Withdraw as Attorney; granting (52) Motion to Withdraw a
in case 1:18−cv−11939−GBD−SN; granting (90) Motion to Withdraw as Attorney; granting (92) Motion to Withdrav
Attorney in case 1:18−cv−11941−GBD−SN; granting (52) Motion to Withdraw as Attorney; granting (54) Motion to
as Attorney in case 1:18−cv−11942−GBD−SN; granting (64) Motion to Withdraw as Attorney; granting (66) Motion
Withdraw as Attorney in case 1:18−cv−11944−GBD−SN; granting (88) Motion to Withdraw as Attorney; granting (9
to Withdraw as Attorney in case 1:18−cv−11946−GBD−SN; granting (53) Motion to Withdraw as Attorney; granting
Motion to Withdraw as Attorney in case 1:18−cv−11949−GBD−SN; granting (89) Motion to Withdraw as Attorney;
(91) Motion to Withdraw as Attorney in case 1:18−cv−11950−GBD−SN; granting (53) Motion to Withdraw as Attor
granting (55) Motion to Withdraw as Attorney in case 1:18−cv−11951−GBD−SN; granting (90) Motion to Withdraw
Attorney; granting (92) Motion to Withdraw as Attorney in case 1:18−cv−11964−GBD−SN; granting (87) Motion to
as Attorney; granting (89) Motion to Withdraw as Attorney in case 1:18−cv−11965−GBD−SN; granting (87) Motion
Withdraw as Attorney; granting (89) Motion to Withdraw as Attorney in case 1:18−cv−11966−GBD−SN; granting (8
to Withdraw as Attorney; granting (89) Motion to Withdraw as Attorney in case 1:18−cv−11967−GBD−SN; granting
Motion to Withdraw as Attorney; granting (89) Motion to Withdraw as Attorney in case 1:18−cv−11969−GBD−SN;
(87) Motion to Withdraw as Attorney; granting (89) Motion to Withdraw as Attorney in case 1:18−cv−11970−GBD−
granting (86) Motion to Withdraw as Attorney; granting (88) Motion to Withdraw as Attorney in case
1:18−cv−11971−GBD−SN; granting (53) Motion to Withdraw as Attorney; granting (55) Motion to Withdraw as Att
case 1:18−cv−11983−GBD−SN; granting (58) Motion to Withdraw as Attorney; granting (60) Motion to Withdraw a
in case 1:18−cv−11992−GBD−SN; granting (59) Motion to Withdraw as Attorney; granting (61) Motion to Withdrav
Attorney in case 1:18−cv−11996−GBD−SN; granting (70) Motion to Withdraw as Attorney; granting (72) Motion to
as Attorney in case 1:18−cv−12001−GBD−SN; granting (52) Motion to Withdraw as Attorney; granting (54) Motion
Withdraw as Attorney in case 1:18−cv−12005−GBD−SN; granting (53) Motion to Withdraw as Attorney; granting (5
to Withdraw as Attorney in case 1:18−cv−12009−GBD−SN; granting (53) Motion to Withdraw as Attorney; granting
Motion to Withdraw as Attorney in case 1:18−cv−12010−GBD−SN; granting (57) Motion to Withdraw as Attorney;
(59) Motion to Withdraw as Attorney in case 1:18−cv−12015−GBD−SN; granting (61) Motion to Withdraw as Attor
granting (63) Motion to Withdraw as Attorney in case 1:18−cv−12026−GBD−SN; granting (70) Motion to Withdraw
Attorney; granting (72) Motion to Withdraw as Attorney in case 1:18−cv−12030−GBD−SN; granting (53) Motion to
as Attorney; granting (55) Motion to Withdraw as Attorney in case 1:18−cv−12034−GBD−SN; granting (55) Motion
Withdraw as Attorney; granting (57) Motion to Withdraw as Attorney in case 1:18−cv−12039−GBD−SN; granting (9
to Withdraw as Attorney; granting (96) Motion to Withdraw as Attorney in case 1:18−cv−12041−GBD−SN; granting
Motion to Withdraw as Attorney; granting (55) Motion to Withdraw as Attorney in case 1:18−cv−12043−GBD−SN;
(53) Motion to Withdraw as Attorney; granting (55) Motion to Withdraw as Attorney in case 1:18−cv−12044−GBD−
granting (55) Motion to Withdraw as Attorney; granting (57) Motion to Withdraw as Attorney in case
1:18−cv−12052−GBD−SN; granting (54) Motion to Withdraw as Attorney; granting (56) Motion to Withdraw as Att
case 1:18−cv−12060−GBD−SN; granting (56) Motion to Withdraw as Attorney; granting (58) Motion to Withdraw a
in case 1:18−cv−12067−GBD−SN; granting (55) Motion to Withdraw as Attorney; granting (57) Motion to Withdrav

Attorney in case 1:18−cv−12071−GBD−SN; granting (57) Motion to Withdraw as Attorney; granting (59) Motion to
as Attorney in case 1:18−cv−12085−GBD−SN; granting (53) Motion to Withdraw as Attorney; granting (55) Motion
Withdraw as Attorney in case 1:18−cv−12100−GBD−SN; granting (56) Motion to Withdraw as Attorney; granting (5
to Withdraw as Attorney in case 1:18−cv−12109−GBD−SN; granting (130) Motion to Withdraw as Attorney; grantin
Motion to Withdraw as Attorney in case 1:18−cv−12114−GBD−SN; granting (70) Motion to Withdraw as Attorney;
(72) Motion to Withdraw as Attorney in case 1:18−cv−12118−GBD−SN; granting (56) Motion to Withdraw as Attor
granting (58) Motion to Withdraw as Attorney in case 1:18−cv−12141−GBD−SN; granting (53) Motion to Withdraw
Attorney; granting (55) Motion to Withdraw as Attorney in case 1:18−cv−12143−GBD−SN; granting (51) Motion to
as Attorney; granting (53) Motion to Withdraw as Attorney in case 1:18−cv−12144−GBD−SN; granting (51) Motion
Withdraw as Attorney; granting (53) Motion to Withdraw as Attorney in case 1:18−cv−12145−GBD−SN; granting (5
to Withdraw as Attorney; granting (52) Motion to Withdraw as Attorney in case 1:18−cv−12224−GBD−SN; granting
Motion to Withdraw as Attorney; granting (52) Motion to Withdraw as Attorney in case 1:18−cv−12256−GBD−SN;
(52) Motion to Withdraw as Attorney; granting (54) Motion to Withdraw as Attorney in case 1:18−cv−12257−GBD−
granting (89) Motion to Withdraw as Attorney; granting (91) Motion to Withdraw as Attorney in case
1:18−cv−12270−GBD−SN; granting (88) Motion to Withdraw as Attorney; granting (90) Motion to Withdraw as Att
case 1:18−cv−12272−GBD−SN; granting (87) Motion to Withdraw as Attorney; granting (89) Motion to Withdraw a
in case 1:18−cv−12273−GBD−SN; granting (87) Motion to Withdraw as Attorney; granting (89) Motion to Withdraw
Attorney in case 1:18−cv−12274−GBD−SN; granting (87) Motion to Withdraw as Attorney; granting (89) Motion to
as Attorney in case 1:18−cv−12275−GBD−SN; granting (180) Motion to Withdraw as Attorney; granting (182) Moti
Withdraw as Attorney in case 1:18−cv−12276−GBD−SN; granting (220) Motion to Withdraw as Attorney; granting (
Motion to Withdraw as Attorney in case 1:18−cv−12277−GBD−SN; granting (47) Motion to Withdraw as Attorney;
(49) Motion to Withdraw as Attorney in case 1:18−cv−12280−GBD−SN; granting (53) Motion to Withdraw as Attor
granting (55) Motion to Withdraw as Attorney in case 1:18−cv−12286−GBD−SN; granting (50) Motion to Withdraw
Attorney; granting (52) Motion to Withdraw as Attorney in case 1:18−cv−12291−GBD−SN; granting (46) Motion to
as Attorney; granting (48) Motion to Withdraw as Attorney in case 1:18−cv−12294−GBD−SN; granting (47) Motion
Withdraw as Attorney; granting (49) Motion to Withdraw as Attorney in case 1:18−cv−12298−GBD−SN; granting (4
to Withdraw as Attorney; granting (49) Motion to Withdraw as Attorney in case 1:18−cv−12301−GBD−SN; granting
Motion to Withdraw as Attorney; granting (49) Motion to Withdraw as Attorney in case 1:18−cv−12305−GBD−SN;
(52) Motion to Withdraw as Attorney; granting (54) Motion to Withdraw as Attorney in case 1:18−cv−12309−GBD−
granting (70) Motion to Withdraw as Attorney; granting (72) Motion to Withdraw as Attorney in case
1:18−cv−12318−GBD−SN; granting (69) Motion to Withdraw as Attorney; granting (71) Motion to Withdraw as Att
case 1:18−cv−12322−GBD−SN; granting (47) Motion to Withdraw as Attorney; granting (49) Motion to Withdraw a
in case 1:18−cv−12326−GBD−SN; granting (48) Motion to Withdraw as Attorney; granting (50) Motion to Withdraw
Attorney in case 1:18−cv−12328−GBD−SN; granting (47) Motion to Withdraw as Attorney; granting (49) Motion to
as Attorney in case 1:18−cv−12334−GBD−SN; granting (47) Motion to Withdraw as Attorney; granting (49) Motion
Withdraw as Attorney in case 1:18−cv−12335−GBD−SN; granting (47) Motion to Withdraw as Attorney; granting (4
to Withdraw as Attorney in case 1:18−cv−12336−GBD−SN; granting (62) Motion to Withdraw as Attorney; granting
Motion to Withdraw as Attorney in case 1:18−cv−12337−GBD−SN; granting (51) Motion to Withdraw as Attorney;
(53) Motion to Withdraw as Attorney in case 1:18−cv−12338−GBD−SN; granting (76) Motion to Withdraw as Attor
granting (78) Motion to Withdraw as Attorney in case 1:18−cv−12339−GBD−SN; granting (147) Motion to Withdra
Attorney; granting (149) Motion to Withdraw as Attorney in case 1:18−cv−12341−GBD−SN; granting (49) Motion t
as Attorney; granting (51) Motion to Withdraw as Attorney in case 1:18−cv−12343−GBD−SN; granting (63) Motion
Withdraw as Attorney; granting (65) Motion to Withdraw as Attorney in case 1:18−cv−12344−GBD−SN; granting (5
to Withdraw as Attorney; granting (52) Motion to Withdraw as Attorney in case 1:18−cv−12346−GBD−SN; granting
Motion to Withdraw as Attorney; granting (73) Motion to Withdraw as Attorney in case 1:18−cv−12347−GBD−SN;
(49) Motion to Withdraw as Attorney; granting (51) Motion to Withdraw as Attorney in case 1:18−cv−12348−GBD−
granting (52) Motion to Withdraw as Attorney; granting (54) Motion to Withdraw as Attorney in case
1:18−cv−12349−GBD−SN; granting (48) Motion to Withdraw as Attorney; granting (50) Motion to Withdraw as Att
case 1:18−cv−12350−GBD−SN; granting (48) Motion to Withdraw as Attorney; granting (50) Motion to Withdraw a
in case 1:18−cv−12351−GBD−SN; granting (49) Motion to Withdraw as Attorney; granting (51) Motion to Withdraw
Attorney in case 1:18−cv−12352−GBD−SN; granting (50) Motion to Withdraw as Attorney; granting (52) Motion to
as Attorney in case 1:18−cv−12353−GBD−SN; granting (48) Motion to Withdraw as Attorney; granting (50) Motion
Withdraw as Attorney in case 1:18−cv−12354−GBD−SN; granting (49) Motion to Withdraw as Attorney; granting (5
to Withdraw as Attorney in case 1:18−cv−12358−GBD−SN; granting (48) Motion to Withdraw as Attorney; granting
Motion to Withdraw as Attorney in case 1:18−cv−12360−GBD−SN; granting (52) Motion to Withdraw as Attorney;
(54) Motion to Withdraw as Attorney in case 1:18−cv−12362−GBD−SN; granting (79) Motion to Withdraw as Attor
granting (81) Motion to Withdraw as Attorney in case 1:18−cv−12367−GBD−SN; granting (50) Motion to Withdraw
Attorney; granting (52) Motion to Withdraw as Attorney in case 1:18−cv−12368−GBD−SN; granting (48) Motion to
as Attorney; granting (50) Motion to Withdraw as Attorney in case 1:18−cv−12369−GBD−SN; granting (112) Motio
Withdraw as Attorney; granting (114) Motion to Withdraw as Attorney in case 1:18−cv−12370−GBD−SN; granting (
to Withdraw as Attorney; granting (51) Motion to Withdraw as Attorney in case 1:18−cv−12372−GBD−SN; granting
Motion to Withdraw as Attorney; granting (52) Motion to Withdraw as Attorney in case 1:18−cv−12374−GBD−SN;
(51) Motion to Withdraw as Attorney; granting (53) Motion to Withdraw as Attorney in case 1:18−cv−12375−GBD−
granting (50) Motion to Withdraw as Attorney; granting (52) Motion to Withdraw as Attorney in case

| | | |
|---|---|---|
| | | 1:18−cv−12376−GBD−SN; granting (49) Motion to Withdraw as Attorney; granting (51) Motion to Withdraw as Att case 1:18−cv−12377−GBD−SN; granting (50) Motion to Withdraw as Attorney; granting (52) Motion to Withdraw a in case 1:18−cv−12378−GBD−SN; granting (85) Motion to Withdraw as Attorney; granting (87) Motion to Withdrav Attorney in case 1:18−cv−12381−GBD−SN; granting (48) Motion to Withdraw as Attorney; granting (50) Motion to as Attorney in case 1:18−cv−12383−GBD−SN; granting (208) Motion to Withdraw as Attorney; granting (210) Moti Withdraw as Attorney in case 1:18−cv−12387−GBD−SN; granting (53) Motion to Withdraw as Attorney; granting (5 to Withdraw as Attorney in case 1:18−cv−12398−GBD−SN; granting (51) Motion to Withdraw as Attorney; granting Motion to Withdraw as Attorney in case 1:18−cv−12399−GBD−SN; granting (52) Motion to Withdraw as Attorney; (54) Motion to Withdraw as Attorney in case 1:18−cv−12402−GBD−SN; granting (52) Motion to Withdraw as Attor granting (54) Motion to Withdraw as Attorney in case 1:19−cv−00003−GBD−SN; granting (290) Motion to Withdrav Attorney; granting (292) Motion to Withdraw as Attorney in case 1:19−cv−00012−GBD−SN; granting (48) Motion to as Attorney; granting (50) Motion to Withdraw as Attorney in case 1:19−cv−00025−GBD−SN; granting (69) Motion Withdraw as Attorney; granting (71) Motion to Withdraw as Attorney in case 1:19−cv−00026−GBD−SN; granting (4 to Withdraw as Attorney; granting (50) Motion to Withdraw as Attorney in case 1:19−cv−00027−GBD−SN; granting Motion to Withdraw as Attorney; granting (50) Motion to Withdraw as Attorney in case 1:19−cv−00028−GBD−SN; (53) Motion to Withdraw as Attorney; granting (55) Motion to Withdraw as Attorney in case 1:19−cv−00030−GBD− granting (57) Motion to Withdraw as Attorney; granting (59) Motion to Withdraw as Attorney in case 1:19−cv−00031−GBD−SN; granting (54) Motion to Withdraw as Attorney; granting (56) Motion to Withdraw as Att case 1:19−cv−00039−GBD−SN; granting (54) Motion to Withdraw as Attorney; granting (56) Motion to Withdraw a in case 1:19−cv−00040−GBD−SN; granting (141) Motion to Withdraw as Attorney; granting (143) Motion to Withdr Attorney in case 1:19−cv−00041−GBD−SN; granting (119) Motion to Withdraw as Attorney; granting (121) Motion Withdraw as Attorney in case 1:19−cv−00044−GBD−SN; granting (49) Motion to Withdraw as Attorney; granting (5 to Withdraw as Attorney in case 1:19−cv−00045−GBD−SN; granting (53) Motion to Withdraw as Attorney; granting Motion to Withdraw as Attorney in case 1:19−cv−00048−GBD−SN; granting (56) Motion to Withdraw as Attorney; (58) Motion to Withdraw as Attorney in case 1:19−cv−00050−GBD−SN; granting (454) Motion to Withdraw as Atto granting (456) Motion to Withdraw as Attorney in case 1:03−cv−05071−GBD−SN; granting (536) Motion to Withdr Attorney; granting (538) Motion to Withdraw as Attorney in case 1:03−cv−05738−GBD−SN; granting (151) Motion Withdraw as Attorney; granting (153) Motion to Withdraw as Attorney in case 1:19−cv−11767−GBD−SN; granting ( Motion to Withdraw as Attorney; granting (140) Motion to Withdraw as Attorney in case 1:19−cv−11776−GBD−SN (151) Motion to Withdraw as Attorney; granting (153) Motion to Withdraw as Attorney in case 1:19−cv−11865−GB granting (137) Motion to Withdraw as Attorney; granting (139) Motion to Withdraw as Attorney in case 1:20−cv−00266−GBD−SN; granting (82) Motion to Withdraw as Attorney; granting (84) Motion to Withdraw as Att case 1:20−cv−00315−GBD−SN; granting (81) Motion to Withdraw as Attorney; granting (83) Motion to Withdraw a in case 1:20−cv−00340−GBD−SN; granting (75) Motion to Withdraw as Attorney; granting (77) Motion to Withdrav Attorney in case 1:20−cv−00354−GBD−SN; granting (78) Motion to Withdraw as Attorney; granting (80) Motion to as Attorney in case 1:20−cv−00355−GBD−SN; granting (79) Motion to Withdraw as Attorney; granting (81) Motion Withdraw as Attorney in case 1:20−cv−00411−GBD−SN; granting (81) Motion to Withdraw as Attorney; granting (8 to Withdraw as Attorney in case 1:20−cv−00412−GBD−SN; granting (81) Motion to Withdraw as Attorney; granting Motion to Withdraw as Attorney in case 1:20−cv−00415−GBD−SN; granting (68) Motion to Withdraw as Attorney; (70) Motion to Withdraw as Attorney in case 1:20−cv−00416−GBD−SN; granting (1205) Motion to Withdraw as Att granting (1207) Motion to Withdraw as Attorney in case 1:03−cv−06978−GBD−SN; granting (447) Motion to Withd Attorney; granting (449) Motion to Withdraw as Attorney in case 1:03−cv−07036−GBD−SN; granting (143) Motion Withdraw as Attorney; granting (145) Motion to Withdraw as Attorney in case 1:20−cv−09376−GBD−SN; granting ( Motion to Withdraw as Attorney; granting (130) Motion to Withdraw as Attorney in case 1:20−cv−09387−GBD−SN (456) Motion to Withdraw as Attorney; granting (458) Motion to Withdraw as Attorney in case 1:03−cv−08591−GB granting (78) Motion to Withdraw as Attorney; granting (80) Motion to Withdraw as Attorney in case 1:20−cv−10366−GBD−SN; granting (130) Motion to Withdraw as Attorney; granting (132) Motion to Withdraw as A case 1:20−cv−10460−GBD−SN; granting (26) Motion to Withdraw as Attorney; granting (28) Motion to Withdraw a in case 1:20−cv−10615−GBD−SN; granting (28) Motion to Withdraw as Attorney; granting (30) Motion to Withdrav Attorney in case 1:20−cv−10657−GBD−SN; granting (121) Motion to Withdraw as Attorney; granting (123) Motion Withdraw as Attorney in case 1:20−cv−10902−GBD−SN; granting (53) Motion to Withdraw as Attorney; granting (5 to Withdraw as Attorney in case 1:21−cv−01394−GBD−SN; granting (53) Motion to Withdraw as Attorney; granting Motion to Withdraw as Attorney in case 1:21−cv−03505−GBD−SN; granting (47) Motion to Withdraw as Attorney; (49) Motion to Withdraw as Attorney in case 1:21−cv−06247−GBD−SN; granting (40) Motion to Withdraw as Attor granting (42) Motion to Withdraw as Attorney in case 1:21−cv−07679−GBD; granting (58) Motion to Withdraw as A granting (60) Motion to Withdraw as Attorney in case 1:21−cv−10239−GBD; granting (45) Motion to Withdraw as A granting (47) Motion to Withdraw as Attorney in case 1:22−cv−01188−GBD; granting (28) Motion to Withdraw as A granting (30) Motion to Withdraw as Attorney in case 1:22−cv−05193−GBD−SN; granting (18) Motion to Withdraw Attorney; granting (20) Motion to Withdraw as Attorney in case 1:22−cv−10823−GBD−SN; granting (4) Motion to W Attorney; granting (6) Motion to Withdraw as Attorney in case 1:23−cv−02844−GBD−SN; granting (9) Motion to W Attorney; granting (11) Motion to Withdraw as Attorney in case 1:23−cv−02845−GBD−SN; granting (9) Motion to W Attorney; granting (11) Motion to Withdraw as Attorney in case 1:23−cv−02846−GBD−SN. (HEREBY ORDERED Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, et al. (ra 04/17/2023) |

| | | |
|---|---|---|
| .7/2023 | 9023 | ORDER granting (9011) Motion to Withdraw as Attorney in case 1:03−md−01570−GBD−SN; granting (1953) Motio Withdraw as Attorney in case 1:02−cv−06977−GBD−SN. The motion to withdraw as counsel is GRANTED. The Cl Court is respectfully directed to remove Michael Gerber from the docket as counsel for John Fawcett. (HEREBY OR Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN. (ras) (Entered: 04/17/2023) |
| .7/2023 | 9024 | OPINION & ORDER re: (8749 in 1:03−md−01570−GBD−SN, 32 in 1:22−cv−01188−GBD) EX PARTE MOTION by Publication *and Other Alternative Service of Process Upon the Taliban*, filed by Deborah Grazioso. The Court GR Grazioso Plaintiffs' motion for alternative service and directs them to serve the Taliban by publication and via Twitte described above. The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 8749 and the rela at ECF No. 32 in No. 22−cv−01188. (Signed by Magistrate Judge Sarah Netburn on 4/17/2023) Filed In Associated C 1:03−md−01570−GBD−SN, 1:22−cv−01188−GBD. (ras) (Entered: 04/17/2023) |
| .7/2023 | 9025 | MEMO ENDORSEMENT on re: 9014 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The part submit a joint letter with their proposal for streamlining the confidentiality review process by May 22, 2023. (Signed Magistrate Judge Sarah Netburn on 4/17/2023) (ras) (Entered: 04/17/2023) |
| .7/2023 | 9026 | ORDER: The Court modifies the briefing schedule for the Kingdom's motion and imposes the following page limits parties' briefs: October 6, 2023: the Kingdom's motion to dismiss (30 pages) December 8, 2023: the PECs' opposition and Ashton counsel's opposition (35 pages) January 19, 2024: the Kingdom's reply (60 pages) February 9, 2024: the sur−reply (15 pages) and Ashton counsel's sur−reply (10 pages) Plaintiffs are strongly encouraged to coordinate to re duplicative filings and arguments. The Court imposes the following page limits for Dallah Avco's motion: October 6, Dallah Avco's motion to dismiss (40 pages) December 8, 2024: the PECs' opposition (40 pages) January 19, 2024: Da reply (20 pages) (Signed by Magistrate Judge Sarah Netburn on 4/17/2023) Filed In Associated Cases: 1:03−md−01570−GBD−SN, et al. (ras) (Entered: 04/17/2023) |
| .7/2023 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Telephone Conference held on 4/17/2023 Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−03353−GBD−SN. (ras) (Entered: 05/05/2023) |
| .8/2023 | 9027 | LETTER addressed to Magistrate Judge Sarah Netburn from Nicole Erb dated April 18, 2023 re: Proposed deposition Document filed by Al Rajhi Bank. (Attachments: # 1 Exhibit − Proposed Deposition Protocol).(Erb, Nicole) (Entered 04/18/2023) |
| .8/2023 | 9028 | ORDER. At this time, however, the Court declines to issue an Order to Show Cause under Rule 11(c)(3). It instead a Lefft counsel that this order serves as a final warning and requires him to take certain remedial steps. By April 25, 20 counsel must file a declaration on the main MDL docket confirming that he has reviewed and understands his obligat Rule 11; the Court's directions for filing on the main MDL docket, see ECF No. 7354 at 4; and the orders regarding c safeguards for default judgment motions at ECF Nos. 3433, 3435, 7870, 7963, and 8198. The declaration must also s has reviewed the Lefft docket sheet (and the docket sheet of any other MDL member case in which he has entered his appearance as counsel) and list: (i) his clients, (ii) the defendants against which each client asserts claims, (iii) the nat claims (i.e. the legal and factual basis for those claims), and (iv) the complaint through which each claim is asserted. Additionally, Lefft counsel must coordinate with Ashton counsel and, by April 28, 2023, take appropriate steps to co Notices of Amendment filed on the Lefft docket that incorrectly invoked the Ashton complaint, see No. 18−cv−0335 Nos. 39, 45, or file a status letter. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 4/18/23) Filed In A Cases: 1:03−md−01570−GBD−SN, 1:18−cv−03353−GBD−SN (yv) (Entered: 04/19/2023) |
| .9/2023 | 9029 | NOTICE of Conforming to Sudan Consolidated Amended Complaint. Document filed by John O'Neill, Justin Strauss Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:22−cv−10823−GBD−SN.(Goldman, Je (Entered: 04/19/2023) |
| .9/2023 | | Minute Entry for proceedings held before Judge George B. Daniels: Oral Argument held on 4/19/2023 re: 8717 Obje (non−motion), filed by Republic of the Sudan. Plaintiff Counsel: Sean P. CarterDefense Counsel: Christopher Mark C Republic of Sudan and Court Reporter present. (Vega, Elizabeth) (Entered: 04/19/2023) |
| .9/2023 | 9030 | NOTICE of Iran Notice of Amendment re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by August Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11865−GBD−SN.(Goldman, Jerry) (Entered: 04/1 |
| .9/2023 | 9031 | NOTICE of Iran Notice of Amendment re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by Michae Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−10902−GBD−SN.(Goldman, Jerry) (Entered: 04/1 |
| .9/2023 | 9032 | NOTICE of Iran Notice of Amendment re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by Jessica Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05306−GBD−SN.(Goldman, Jerry) (Entered: 04/1 |
| .9/2023 | 9033 | NOTICE of Iran Notice of Amendment re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by Marinel Hemenway. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN.(Goldman, Jerry) (E 04/19/2023) |

| | | |
|---|---|---|
| .9/2023 | 9034 | NOTICE of Iran Notice of Amendment re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by Susan M Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−05193−GBD−SN.(Goldman, Jerry) (Entered: 04/19 |
| .9/2023 | 9035 | MOTION to Substitute Party. Old Party: John Doe 135 being intended to designate the Personal Representative of the William Howard Pohlmann, deceased, said name being fictitious, her/his true name is not presently known, confirme has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointmen expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of al and all legally entitled beneficiaries and family members of William Howard Pohlmann; Dennis Ketcham as Persona Representative of the Estate of Raenell Ketcham, deceased, the late parent of Douglas D. Ketcham, New Party: Linda as the Personal Representative of the Estate of William Howard Pohlmann, deceased, and on behalf of all survivors a legally entitled beneficiaries and family members of William Howard Pohlmann; Denyse D. Kruse as Personal Repre the Estate of Raenell Ketcham, deceased, the late parent of Douglas D. Ketcham . Document filed by Estate of John I O'Neill Sr., Susan M. King.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:22−cv−05193−GBD−SN.(Goldman, Jerry) (Entered: 04/19/2023) |
| .9/2023 | 9036 | PROPOSED ORDER. Document filed by Estate of John Patrick O'Neill Sr., Susan M. King. Related Document Num ..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** Modified on 4/19/2023 (nd). (Entered: ( |
| .9/2023 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (9036 in 1:03−md−01570−GBD in 1:04−cv−01076−GBD−SN, 37 in 1:22−cv−05193−GBD−SN) Proposed Order, was reviewed and approved as Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:22−cv−05193−GBD−SN(n** 04/19/2023) |
| .9/2023 | 9037 | LETTER MOTION for Discovery *Seeking Protective Order re: Deposition of the Bank's Chairman* addressed to Mag Judge Sarah Netburn from Nicole Erb dated April 19, 2023. Document filed by Al Rajhi Bank. (Attachments: # 1 Ex Exhibit 2, # 3 Exhibit 3).(Erb, Nicole) (Entered: 04/19/2023) |
| .9/2023 | 9038 | LETTER MOTION for Discovery *Seeking Protective Order re: Rule 30(b)(6) Deposition* addressed to Magistrate Ju Netburn from Nicole Erb dated April 19, 2023. Document filed by Al Rajhi Bank. (Attachments: # 1 Exhibit 1, # 2 E Exhibit 3).(Erb, Nicole) (Entered: 04/19/2023) |
| .9/2023 | 9039 | ***EX−PARTE*** LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter on behalf of Plaintif Executive Committees dated April 19, 2023 re: Plaintiffs with claims against Al Rajhi Bank Motion to Compel. Docu by Plaintiffs Executive Committees.Motion or Order to File Under Seal: 4255 .(Carter, Sean) (Entered: 04/19/2023) |
| .9/2023 | 9040 | ***EX−PARTE*** LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter dated April 19, 2023 Declaration of J. Scott Tarbutton in support of ECF No. 9039. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)Mo Order to File Under Seal: 4255 .(Carter, Sean) (Entered: 04/19/2023) |
| 21/2023 | 9041 | MOTION for Default Judgment as to *Tailban by Certain Ashton−Dickey Plaintiffs*. Document filed by Irene Dickey. Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) (Entered: 04/21/2023) |
| 21/2023 | 9042 | DECLARATION of John F. Schutty, Esq. in Support re: (1959 in 1:02−cv−06977−GBD−SN) MOTION for Default as to *Tailban by Certain Ashton−Dickey Plaintiffs*.. Document filed by Irene Dickey. (Attachments: # 1 Exhibit A: D of Kristen Breitweiser with Attached Economist Report, # 2 Exhibit B: Declaration of Patricia Ryan with Attached E Report, # 3 Exhibit C: Court Orders Appointing Personal Representatives, # 4 Exhibit D: List of Plaintiffs and Reque Awards)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) (Entered 04/21/2023) |
| 21/2023 | 9043 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** PROPOSED DEFAULT JUDGMEN to FRCP 55(b)(2). Document filed by Irene Dickey. (Attachments: # 1 Exhibit A: List of Plaintiffs and Requested Awards).(Schutty, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** Modified on 4/21/20 (Entered: 04/21/2023) |
| 21/2023 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Joh to RE−FILE Document (1961 in 1:02−cv−06977−GBD−SN, 9043 in 1:03−md−01570−GBD−SN) Proposed Defa Judgment. Use the event type Proposed Orders, Proposed Judgment. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(km)** (Entered: 04/21/2023) |
| 21/2023 | 9044 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman dated 4/21/2023 re: Sudan Complaint filed by Maria Aguilar.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:23−cv−03246−GBD.(Goldman, Jer (Entered: 04/21/2023) |
| 21/2023 | 9045 | PROPOSED JUDGMENT. Document filed by Irene Dickey. (Attachments: # 1 Exhibit A: List of Plaintiffs and Requ Awards).(Schutty, John) **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 04/21/2023) |

| | | |
|---|---|---|
| 21/2023 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (1962 in 1:02−cv−06977−( 9045 in 1:03−md−01570−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Assoc Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(km)** (Entered: 04/21/2023) |
| 24/2023 | 9046 | TRANSCRIPT of Proceedings re: ORAL ARGUMENT held on 4/19/2023 before Judge George B. Daniels. Court Reporter/Transcriber: Alena Lynch, (212) 805−0300. Transcript may be viewed at the court public terminal or purcha through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 5/15/2023. Redacted Transcript Deadline set for 5/25/2023. Releas Transcript Restriction set for 7/24/2023.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(McGuirk, Kell 04/24/2023) |
| 24/2023 | 9047 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a ORAL AF proceeding held on 4/19/2023 has been filed by the court reporter/transcriber in the above−captioned matter. The part seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...F Associated Cases: 1:03−md−01570−GBD−SN et al..(McGuirk, Kelly) (Entered: 04/24/2023) |
| 24/2023 | 9048 | ORDER granting (9035) Motion to Substitute Party, in case 1:03−md−01570−GBD−SN; granting (751) Motion to Su Party, in case 1:04−cv−01076−GBD−SN; granting (36) Motion to Substitute Party, in case 1:22−cv−05193−GBD−SI Pohlmann as the Personal Representative of the Estate of William Howard Pohlmann, and on behalf of all survivors, entitled beneficiaries, and family members of William Howard Pohlmann, is substituted for John Doe 135, being inte designate the Personal Representative of the Estate of William Howard Pohlmann. Denyse D. Kruse as Personal Repr of the Estate of Raenell Ketcham, the late parent of Douglas D. Ketcham, is substituted for Dennis Ketcham as Perso Representative of the Estate of Raenell Ketcham, the late parent of Douglas D. Ketcham. (HEREBY ORDERED by I Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−G 1:22−cv−05193−GBD−SN. (ras) (Entered: 04/24/2023) |
| 24/2023 | 9049 | NOTICE OF APPEARANCE by Bruce Elliot Strong on behalf of Maria Aguilar. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:23−cv−03246−GBD.(Strong, Bruce) (Entered: 04/24/2023) |
| 24/2023 | 9050 | NOTICE OF APPEARANCE by Alexander Greene on behalf of Maria Aguilar. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:23−cv−03246−GBD.(Greene, Alexander) (Entered: 04/24/2023) |
| 24/2023 | 9051 | ***EX−PARTE***LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Sarah Netburn fro Carter dated 4/24/2023 re: 9038 LETTER MOTION for Discovery *Seeking Protective Order re: Rule 30(b)(6) Depos* addressed to Magistrate Judge Sarah Netburn from Nicole Erb dated April 19, 2023. . Document filed by Plaintiffs E Committees. Motion or Order to File Under Seal: 4255 .(Carter, Sean) (Entered: 04/24/2023) |
| 24/2023 | 9052 | ***EX−PARTE***DECLARATION of J. Scott Tarbutton in Opposition re: 9038 LETTER MOTION for Discovery *Protective Order re: Rule 30(b)(6) Deposition* addressed to Magistrate Judge Sarah Netburn from Nicole Erb dated A 2023.. Document filed by Plaintiffs PI Executive Committee. (Attachments: # 1 Exhibit 1)Motion or Order to File Ur 4255 .(Carter, Sean) (Entered: 04/24/2023) |
| 24/2023 | 9053 | ***EX−PARTE***LETTER RESPONSE in Opposition to Motion addressed to Magistrate Judge Sarah Netburn fro Carter dated 4/24/2023 re: 9037 LETTER MOTION for Discovery *Seeking Protective Order re: Deposition of the Ba Chairman* addressed to Magistrate Judge Sarah Netburn from Nicole Erb dated April 19, 2023. . Document filed by F Executive Committee. Motion or Order to File Under Seal: 4255 .(Carter, Sean) (Entered: 04/24/2023) |
| 24/2023 | 9054 | ***EX−PARTE***DECLARATION of J. Scott Tarbutton in Opposition re: 9037 LETTER MOTION for Discovery *Protective Order re: Deposition of the Bank's Chairman* addressed to Magistrate Judge Sarah Netburn from Nicole E April 19, 2023.. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 I 3)Motion or Order to File Under Seal: 4255 .(Carter, Sean) (Entered: 04/24/2023) |
| 24/2023 | 9055 | LETTER addressed to Magistrate Judge Sarah Netburn from Nicole Erb dated April 24, 2023 re: 9039 LETTER MO Compel addressed to Magistrate Judge Sarah Netburn from Sean P. Carter dated April 19, 2023. Document filed by A Bank. (Attachments: # 1 Exhibit 1 − Al Rajhi Bank's Responses and Objections to Plaintiffs' Second Set of Consolida Jurisdictional Requests for Production of Documents Directed to Al Rajhi Bank, # 2 Exhibit 2 − Letter to Plaintiffs fr Rajhi Bank dated December 17, 2021, # 3 Exhibit 3 − Letter to Plaintiffs from Al Rajhi Bank dated January 19, 2023 Exhibit 4 − Letter to Plaintiffs from Al Rajhi Bank dated April 11, 2023, # 5 Exhibit 5 − Letter to Plaintiffs from Al I dated April 19, 2023, # 6 Exhibit 6 − Letter to Al Rajhi Bank from Plaintiffs dated April 18, 2023).(Erb, Nicole) (Ent 04/24/2023) |
| 25/2023 | 9056 | LETTER addressed to Magistrate Judge Sarah Netburn from Andrew C. Laufer dated 04/25/2023 re: Declaration in F Court Order. Document filed by Andrew Leftt. (Attachments: # 1 Supplement Declaration of Andrew C. Laufer, # 2 I Exhibit A).(Laufer, Andrew) (Entered: 04/25/2023) |
| 25/2023 | 9057 | REPLY re: 9001 Opposition Brief *and in further support of Plaintiffs' Objections (ECF No. 8939)*. Document filed by Executive Committees..(Haefele, Robert) (Entered: 04/25/2023) |

| | | |
|---|---|---|
| 26/2023 | 9058 | ***EX−PARTE*** LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter on behalf of Plaintif Executive Committees dated April 26, 2023 re: Reply in support of Plaintiffs' third motion to compel Al Rajhi Bank, 9039 and 9040. Document filed by Plaintiffs Executive Committees.Motion or Order to File Under Seal: 4255 .(Carte (Entered: 04/26/2023) |
| 27/2023 | 9059 | LETTER addressed to Magistrate Judge Sarah Netburn from Nicole Erb dated April 27, 2023 re: Plaintiffs' oppositio 9051 ) to the Bank's motion for a protective order to strike certain subject areas in Plaintiffs' Revised Notice of Oral I of Defendant Al Rajhi Bank Pursuant to Rule 30(b)(6) (ECF No. 9038 ). Document filed by Al Rajhi Bank..(Erb, Nic (Entered: 04/27/2023) |
| 27/2023 | 9060 | OPINION & ORDER re: 7342 JOINT MOTION TO EXCLUDE EXPERT TESTIMONY OF JONATHAN WINER BRIAN MICHAEL JENKINS, filed by Abdullah Omar Naseef, International Islamic Relief Organization, Abdullah Turki, Muslim World League, Abdullah Bin Saleh Al Obaid, Adnan Basha, 7345 MOTION TO EXCLUDE AND/O PROPOSED EXPERT TESTIMONY OF JONATHAN BENTHALL, CHARLES W. FREEMAN, JONATHAN MA JOHN SIDEL, filed by Plaintiffs Executive Committees. The parties' cross−motions to exclude expert witnesses are in part and DENIED in part. See ECF Nos. 7342, 7345. Freeman's testimony is excluded in its entirety; all other witn permitted to testify consistent with the limitations outlined in this opinion. The Clerk of the Court is respectfully dire terminate the motions at ECF Nos. 7342 and 7345. (Signed by Magistrate Judge Sarah Netburn on 4/27/2023) (ras) ( 04/27/2023) |
| 27/2023 | 9061 | LETTER addressed to Magistrate Judge Sarah Netburn from Nicole Erb dated April 27, 2023 re: Plaintiffs' unauthori (ECF No. 9058 ) in support of Plaintiffs third motion to compel (ECF No. 9039 ). Document filed by Al Rajhi Bank.. Nicole) (Entered: 04/27/2023) |
| 27/2023 | 9062 | LETTER addressed to Magistrate Judge Sarah Netburn from Nicole Erb dated April 27, 2023 re: Plaintiffs' oppositio 9053 ) to Al Rajhi Bank's motion for protective order (ECF No. 9037 ). Document filed by Al Rajhi Bank..(Erb, Nico (Entered: 04/27/2023) |
| 28/2023 | 9063 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter on behalf of Plaintiffs' Executive Commi April 28, 2023 re: Misstatements in Al Rajhi Bank's unauthorized sur−reply letter at ECF No. 9061, and untimely rep ECF No. 9062. Document filed by Plaintiffs Executive Committees..(Carter, Sean) (Entered: 04/28/2023) |
| 28/2023 | 9064 | LETTER addressed to Magistrate Judge Sarah Netburn from Andrew C. Laufer dated April 28, 2023 re: In re Terrori on September 11, 2001 − MDL − 03−MD−01570 (GBD) (SN) and Leftt v. Kingdom of Saudia Arabia − 18−CV−033 Document filed by Andrew Leftt. (Attachments: # 1 Exhibit Exhibit A − Notice of Amendment, # 2 Exhibit Exhibit Notice of Amendment)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−03353−GBD−SN.(Laufer, (Entered: 04/28/2023) |
| 28/2023 | 9065 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman, Steven T. Cottreau, Aisha E. R. Bembry, Or Mohammedi, Amy Rothstein dated 4/28/2023 re: Class Motion. Document filed by Estate of John P.O'Neill, Sr..File Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN.(Goldman, Jerry) (Entered: 04/28/2023) |
| 01/2023 | 9066 | LETTER addressed to Magistrate Judge Sarah Netburn from Barry Salzman dated May 1, 2023 re: Submission of Su Evidence following Report and Recommendation (Dkt. 8901). Document filed by Gerard Ahearn, Joanne Alcabes, M Amin, Suzzanne Anderson, Georgia Asciutto, Johnn Basci, Elaine Mandelkow. (Attachments: # 1 Exhibit A, # 2 Exh Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Salzman, Barry) (Entered: 05/ |
| 02/2023 | 9067 | MOTION for Daniel V. Dorris to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−27684820. **M supporting papers to be reviewed by Clerk's Office staff.** Document filed by Kingdom of Saudi Arabia. (Attachm Affidavit in Support of Motion for Admission of Daniel V. Dorris Pro Hac Vice, # 2 Exhibit Certificate of Good Sta 3 Exhibit Certificate of Good Standing IL, # 4 Text of Proposed Order Proposed Order).(Dorris, Daniel) (Entered: 05 |
| 02/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 9067 MOTION for Daniel to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−27684820. Motion and supporting pap reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered 05/02/2023) |
| 03/2023 | 9068 | JOINT LETTER addressed to Judge George B. Daniels from Plaintiffs Executive Committees dated May 3, 2023 re: extension of time to file objections. Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 05/03/2023) |
| 03/2023 | 9069 | JOINT LETTER addressed to Magistrate Judge Sarah Netburn from Aisha E. Bembry dated May 3, 2023 re: Request meet and confer on next steps. Document filed by Abdulla Al Obaid, Abdullah Al Turki, Adnan Basha, International Relief Organization, Muslim World League, Abdullah Naseef..(Bembry, Aisha) (Entered: 05/03/2023) |
| 04/2023 | 9070 | MEMO ENDORSEMENT: on re: 9068 Letter filed by Plaintiffs Executive Committees. ENDORSEMENT: SO ORI Motions due by 5/31/2023.) (Signed by Judge George B. Daniels on 5/04/2023) (ama) Modified on 5/4/2023 (ama). ( 05/04/2023) |

| | | |
|---|---|---|
| )4/2023 | | Set/Reset Deadlines: Motions due by 5/31/2023. (ama) (Entered: 05/04/2023) |
| )5/2023 | 9071 | MEMO ENDORSEMENT on re: 9069 Letter, filed by International Islamic Relief Organization, Abdullah Omar Nas Abdullah Muhsen Al Turki, Muslim World League, Adnan Basha, Abdulla Al Obaid. ENDORSEMENT: SO ORDE (Signed by Magistrate Judge Sarah Netburn on 5/5/2023) (tg) (Entered: 05/05/2023) |
| )5/2023 | 9072 | ORDER: Per the Court's April 4, 2023 Order, counsel for "the Ryan and Breitweiser Plaintiffs must file either a notic with Rule 41(a)(1)(A) or a status letter" by May 12, 2023. ECF No. 8985 at 3. SO ORDERED. (Signed by Magistrate Sarah Netburn on 5/5/2023) (tg) (Entered: 05/05/2023) |
| )5/2023 | 9073 | MEMO ENDORSEMENT on re: 9064 Letter, filed by Andrew Leftt. ENDORSEMENT: The Court requests that cou its October 28, 2019 Order (which includes updated template forms) and file revised Notices of Amendment by May The Court will then substitute the corrected Notices of Amendment for the defective notices at ECF Nos. 39 and 45 i 18−cv−03353. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 5/5/2023) (tg) (Entered: 05/05/2023) |
| )8/2023 | 9074 | NOTICE of Iran Notice of Amendment re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by Horace Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN.(Goldman, Jerry) (Entered: 05/08 |
| )9/2023 | 9075 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MOTION for Michael Mahaffey to Appear Pro Hac Vice . *$200.00, receipt number ANYSDC−27716219.* **Motion and supporting papers to be reviewed by Clerk's Office st** Document filed by Al Rajhi Bank. (Attachments: # 1 Affidavit in Support of Motion for Admission for Michael Mah Hac Vice, # 2 Exhibit Certificate of Good Standing (District of Columbia), # 3 Text of Proposed Order Granting Pro Admission).(Mahaffey, Michael) Modified on 5/9/2023 (sgz). (Entered: 05/09/2023) |
| )9/2023 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE−FILE Doc 9075 MOTION for Michael Mahaffey to Appear Pro Hac Vice .** ***Filing fee $200.00, receipt number ANYSDC−2*** **Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following re Case numbers listed on documents, Motion only filed in once case. Re−file the motion as a Motion to Appear P Vice − attach the correct signed PDF − select the correct named filer/filers − attach valid Certificates of Good issued within the past 30 days − attach Proposed Order. (sgz)** (Entered: 05/09/2023) |
| )9/2023 | 9076 | ORDER granting 9067 Motion for Daniel V. Dorris to Appear Pro Hac Vice. (HEREBY ORDERED by Magistrate J Netburn) (Text Only Order) (ras) (Entered: 05/09/2023) |
| )9/2023 | 9077 | ORDER: The Court extends discovery related to ARB until June 16, 2023, so it can rule on the parties' motions to co motions to quash. Additionally, the Court adopts the parties' schedule for expert discovery and the agreement that Pla provide a statement of jurisdictional facts and evidence, as explained above. (Signed by Magistrate Judge Sarah Netb 5/9/2023) (ras) (Entered: 05/09/2023) |
| .0/2023 | 9078 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter on behalf of Plaintiffs' Executive Commi May 10, 2023 re: PECs May 10, 2023 Letter to Judge Netburn seeking urgent guidance concerning the import of the Order at ECF No. 9077. Document filed by Plaintiffs Executive Committees..(Carter, Sean) (Entered: 05/10/2023) |
| .0/2023 | 9079 | LETTER addressed to Magistrate Judge Sarah Netburn from Nicole Erb on behalf of Al Rajhi Bank dated May 10, 2 response to PECs May 10, 2023 Letter to Judge Netburn at ECF No. 9078 . Document filed by Al Rajhi Bank..(Erb, (Entered: 05/10/2023) |
| .0/2023 | 9080 | MOTION for Michael Mahaffey to Appear Pro Hac Vice . *Filing fee $ 200.00, receipt number ANYSDC−27716219.* **and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Al Rajhi Bank, Al Rajhi Bank. (Attachments: # 1 Affidavit in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Stand (District of Columbia), # 3 Text of Proposed Order Granting Pro Hac Vice Admission)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Mahaffey, Michael) Modified on 5/10/2023 (sgz). (Entered: 05/10/2023) |
| .0/2023 | 9081 | ORDER re: 9078 Letter, filed by Plaintiffs Executive Committees, 9079 Letter filed by Al Rajhi Bank. The Rule 30( deposition shall go forward on May 11, 2023. See ECF Nos. 9078, 9079. Although the Court does not interpret this o so, the parties shall meet and confer after the deposition and notify the Court by May 18, 2023, whether the depositio mooted (in full or in part) the motion at ECF No. 9038. (Signed by Magistrate Judge Sarah Netburn on 5/10/2023) (r (Entered: 05/10/2023) |
| .0/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (128 in 1:17−cv−06123−G 111 in 1:17−cv−07317−GBD−SN, 167 in 1:17−cv−00450−GBD−SN, 168 in 1:16−cv−09663−GBD−SN, 123 in 1:17−cv−07914−GBD−SN, 167 in 1:17−cv−00117−GBD−SN, 115 in 1:17−cv−08617−GBD−SN, 143 in 1:17−cv−03887−GBD−SN, 167 in 1:16−cv−09937−GBD−SN, 175 in 1:16−cv−07853−GBD−SN, 161 in 1:17−cv−02651−GBD−SN, 9080 in 1:03−md−01570−GBD−SN, 160 in 1:17−cv−03908−GBD−SN) MOTION for Mahaffey to Appear Pro Hac Vice .** ***Filing fee $ 200.00, receipt number ANYSDC−27716219.*** **Motion and suppo papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Associated Cases: 1:03−md−01570−GBD−SN et al.(sgz)** (Entered: 05/10/2023) |

| | | |
|---|---|---|
| .1/2023 | 9082 | NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, tl plaintiff(s) and or their counsel(s), hereby give notice that the above−captioned action is voluntarily dismissed, witho and without costs against the defendant(s) All Defendants. Document filed by Patricia Ryan. **Proposed document to reviewed and processed by Clerk's Office staff (No action required by chambers).**. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−SN.(Schutty, John) (Entered: 05/11/2023) |
| .1/2023 | 9083 | NOTICE of Saudi Arabia First Notice of Amendment. Document filed by Andrew Leftt. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−03353−GBD−SN.(Laufer, Andrew) (Entered: 05/11/2023) |
| .1/2023 | 9084 | NOTICE of Saudi Arabia Second Notice of Amendment. Document filed by Andrew Leftt. Filed In Associated Case: 1:03−md−01570−GBD−SN, 1:18−cv−03353−GBD−SN.(Laufer, Andrew) (Entered: 05/11/2023) |
| .1/2023 | 9085 | ORDER granting (9080) Motion for Michael Mahaffey to Appear Pro Hac Vice in case 1:03−md−01570−GBD−SN; (175) Motion for Michael Mahaffey to Appear Pro Hac Vice in case 1:16−cv−07853−GBD−SN; granting (168) Moti Michael Mahaffey to Appear Pro Hac Vice in case 1:16−cv−09663−GBD−SN; granting (167) Motion for Michael M Appear Pro Hac Vice in case 1:16−cv−09937−GBD−SN; granting (167) Motion for Michael Mahaffey to Appear Pro in case 1:17−cv−00117−GBD−SN; granting (167) Motion for Michael Mahaffey to Appear Pro Hac Vice in case 1:17−cv−00450−GBD−SN; granting (161) Motion for Michael Mahaffey to Appear Pro Hac Vice in case 1:17−cv−02651−GBD−SN; granting (143) Motion for Michael Mahaffey to Appear Pro Hac Vice in case 1:17−cv−03887−GBD−SN; granting (160) Motion for Michael Mahaffey to Appear Pro Hac Vice in case 1:17−cv−03908−GBD−SN; granting (128) Motion for Michael Mahaffey to Appear Pro Hac Vice in case 1:17−cv−06123−GBD−SN; granting (111) Motion for Michael Mahaffey to Appear Pro Hac Vice in case 1:17−cv−07317−GBD−SN; granting (123) Motion for Michael Mahaffey to Appear Pro Hac Vice in case 1:17−cv−07914−GBD−SN; granting (115) Motion for Michael Mahaffey to Appear Pro Hac Vice in case 1:17−cv−08617−GBD−SN. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Cases: 1:03−md−01570−GBD−SN, et al. (ras) (Entered: 05/11/2023) |
| .2/2023 | | *****NOTICE TO COURT REGARDING NOTICE OF VOLUNTARY DISMISSAL Document No. (9082 in 1:03−md−01570−GBD−SN, 146 in 1:20−cv−00266−GBD−SN) Notice of Voluntary Dismissal was reviewed and to Judge George B. Daniels for approval for the following reason(s): the plaintiff(s) filed their voluntary dismi did not dismiss all of the parties or the action in its entirety. Filed In Associated Cases: 1:03−md−01570−GBD- 1:20−cv−00266−GBD−SN(km)** (Entered: 05/12/2023) |
| .2/2023 | 9086 | ORDER: Counsel for the Plaintiffs in Lefft et al. v. Kingdom of Saudi Arabia, No. 18−cv−03353 ("Lefft") recently fi Notices of Amendment to remedy errors identified in previous Notices of Amendment. See ECF Nos. 9028 (Order ac errors in prior Notices of Amendment), 9083, 9084 (new Notices of Amendment).1The Court's Notice of Amendmen requires counsel to identify for each new plaintiff the "Paragraphs of [the] Complaint Discussing [the] 9/11 Decedent 5234. This information is necessary because a Notice of Amendment is appropriate only for "a new plaintiff asserting solatium damages with respect to a deceased family member whose estate previously filed claims against" the defend new Notices of Amendment filed on behalf of the Lefft plaintiffs do not include citations to any complaint, as require template. See ECF Nos. 9083, 9084. To correct this oversight, the Court again encourages counsel to review its Octol 2019 Order to determine whether the relevant plaintiffs meet the requirements for inclusion in a Notice of Amendme No. 5234. Counsel should file a status letter or, if appropriate, corrected Notices of Amendment by May 19, 2023. (S Magistrate Judge Sarah Netburn on 5/12/2023) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−03353−GBD−SN. (ras) (Entered: 05/12/2023) |
| .2/2023 | 9087 | LETTER addressed to Magistrate Judge Sarah Netburn from Nicole Erb dated May 12, 2023 re: Al Rajhi Bank's mot protective order (ECF No. 9037 ). Document filed by Al Rajhi Bank..(Erb, Nicole) (Entered: 05/12/2023) |
| .2/2023 | 9088 | ***SELECTED PARTIES*** MOTION to Preclude *Expert Testimony*. Document filed by FBI, Plaintiffs Executive Committees, Dallah Avco Trans Arabia, Kingdom of Saudi Arabia.Motion or Order to File Under Seal: 4255 .(Kello Michael) (Entered: 05/12/2023) |
| .2/2023 | 9089 | ***SELECTED PARTIES***DECLARATION of Gregory G. Rapawy in Support re: 9088 MOTION to Preclude *E Testimony*.. Document filed by FBI, Dallah Avco Trans Arabia, Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8 Part 1, # 9 Exhibit 8 P Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 E 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35, # 37 Exhibit 36, # 38 Exhibit 37, # 39 Exhibit 38, # 40 # 41 Exhibit 40, # 42 Exhibit 41, # 43 Exhibit 42, # 44 Exhibit 43, # 45 Exhibit 44, # 46 Exhibit 45, # 47 Exhibit 46, Exhibit 47, # 49 Exhibit 48, # 50 Exhibit 49, # 51 Exhibit 50, # 52 Exhibit 51, # 53 Exhibit 52, # 54 Exhibit 53, # 55 # 56 Exhibit 55, # 57 Exhibit 56)Motion or Order to File Under Seal: 4255 .(Rapawy, Gregory) (Entered: 05/12/2023 |
| .2/2023 | 9090 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert K. Kry dated May 12, 2023 re: Joinder in KSA I Motion (Dkt. 9088). Document filed by Dallah Avco Trans Arabia..(Kry, Robert) (Entered: 05/12/2023) |

| | | |
|---|---|---|
| .2/2023 | 9091 | ***SELECTED PARTIES*** MOTION to Preclude *Expert Testimony*. Document filed by Plaintiffs Executive Com Dallah Avco Trans Arabia, FBI, Kingdom of Saudi Arabia.Motion or Order to File Under Seal: 4255 .(Haefele, Robe (Entered: 05/13/2023) |
| .3/2023 | 9092 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 9091 MOTION to Preclude *Expert Testim* Document filed by Plaintiffs Executive Committees, Dallah Avco Trans Arabia, FBI, Kingdom of Saudi Arabia, Plai Executive Committee. Motion or Order to File Under Seal: 4255 .(Haefele, Robert) (Entered: 05/13/2023) |
| .3/2023 | 9093 | **FILING ERROR − DEFICIENT DOCKET ENTRY (SEE 9118 DECLARATION) −** ***SELECTED PARTIES***DECLARATION of Robert T. Haefele in Support re: 9091 MOTION to Preclude *Expert Testimony*.. D filed by Plaintiffs Executive Committees, Dallah Avco Trans Arabia, FBI, Kingdom of Saudi Arabia. (Attachments: # 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 # 56 Exhibit 56, # 57 Exhibit 57, # 58 Exhibit 58, # 59 Exhibit 59, # 60 Exhibit 60, # 61 Exhibit 61, # 62 Exhibit 62, Exhibit 63, # 64 Exhibit 64, # 65 Exhibit 65, # 66 Exhibit 66, # 67 Exhibit 67, # 68 Exhibit 68, # 69 Exhibit 69, # 70 # 71 Exhibit 71, # 72 Exhibit 72, # 73 Exhibit 73, # 74 Exhibit 74, # 75 Exhibit 75, # 76 Exhibit 76, # 77 Exhibit 77, Exhibit 78, # 79 Exhibit 79, # 80 Exhibit 80, # 81 Exhibit 81, # 82 Exhibit 82a, # 83 Exhibit 82b, # 84 Exhibit 82c, # 83, # 86 Exhibit 84, # 87 Exhibit 85, # 88 Exhibit 86, # 89 Exhibit 87, # 90 Exhibit 88, # 91 Exhibit 89a, # 92 Exhibi Exhibit 89c, # 94 Exhibit 89d, # 95 Exhibit 89e, # 96 Exhibit 90, # 97 Exhibit 91, # 98 Exhibit 92, # 99 Exhibit 93a, # Exhibit 93b, # 101 Exhibit 94a, # 102 Exhibit 94b, # 103 Exhibit 95, # 104 Exhibit 96, # 105 Exhibit 97, # 106 Exhib Exhibit 99, # 108 Exhibit 100, # 109 Exhibit 101, # 110 Exhibit 102)Motion or Order to File Under Seal: 4255 .(Hae Robert) Modified on 6/9/2023 (db). As per ECF−ERROR Email Correspondence received on 6/8/2023 @ 6:13pm. (E 05/13/2023) |
| .5/2023 | 9094 | ***EX−PARTE*** LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter on behalf of Plaintif Executive Committees dated May 15, 2023 re: response to ARBs May 12, 2023 letter at ECF No. 9087. Document fi Plaintiffs Executive Committees.Motion or Order to File Under Seal: 1900 .(Carter, Sean) (Entered: 05/15/2023) |
| .8/2023 | 9095 | LETTER addressed to Judge George B. Daniels from John F. Schutty, Esq. dated May 18, 2023 re: Filing of Petition Mandamus. Document filed by Patricia Ryan. (Attachments: # 1 Exhibit A. Petition for Writ of Mandamus, # 2 Exhil Appendix to Petition Volume 1, Part 1, # 3 Exhibit B−1. Appendix to Petition Volume 1, Part 2, # 4 Exhibit B−2. Ap Petition Volume 2)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John 05/18/2023) |
| .8/2023 | 9096 | LETTER addressed to Magistrate Judge Sarah Netburn from Nicole Erb dated May 18, 2023 re: Order at ECF No. 90 Document filed by Al Rajhi Bank..(Erb, Nicole) (Entered: 05/18/2023) |
| .8/2023 | 9097 | MOTION for Judgment *by Default as to Liability and Damages*. Document filed by Horace Morris.Filed In Associat 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 05/18/2023) |
| .8/2023 | 9098 | ***SELECTED PARTIES***DECLARATION of Jerry S. Goldman in Support re: (41 in 1:22−cv−05193−GBD−SN MOTION for Judgment *by Default as to Liability and Damages*.. Document filed by Horace Morris(individually, as s spouse of Odessa V. Morris), Horace Morris. (Attachments: # 1 Exhibit A−1, # 2 Exhibit A−2, # 3 Exhibit A−3, # 4 I A−4, # 5 Exhibit A−5, # 6 Exhibit A−6, # 7 Exhibit A−7, # 8 Exhibit B−1, # 9 Exhibit B−2, # 10 Exhibit B−3, # 11 E # 12 Exhibit B−5, # 13 Exhibit B−6, # 14 Exhibit B−7, # 15 Exhibit B−8, # 16 Exhibit B−9, # 17 Exhibit B−10, # 18 B−11, # 19 Exhibit B−12, # 20 Exhibit C, # 21 Exhibit C−1, # 22 Exhibit C−2, # 23 Exhibit C−3, # 24 Exhibit C−4, # D Expert Report Index, # 26 Exhibit D, # 27 Exhibit D−3a, # 28 Exhibit D3−b, # 29 Exhibit D−3c, # 30 Exhibit E, # E− Ex A., # 32 Exhibit E− Ex. B (Part 1), # 33 Exhibit E− Ex. B (Part 2), # 34 Exhibit E− Ex. B (Part 3), # 35 Exhibi (Part 4), # 36 Exhibit E− Ex. B (Part 5), # 37 Exhibit E− Ex. B (Part 6), # 38 Exhibit E− Ex. B (Part 7), # 39 Exhibit I (Part 8), # 40 Exhibit E− Ex. B (Part 9), # 41 Exhibit E− Ex. B (Part 10), # 42 Exhibit E− Ex. B (Part 11), # 43 Exhib # 44 Exhibit F−1, # 45 Exhibit F−2, # 46 Exhibit F−3, # 47 Exhibit F−4, # 48 Exhibit F−5, # 49 Exhibit F−6, # 50 Ex 51 Exhibit G)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.Motion or Order to File Under Seal: 7963 . Jerry) (Entered: 05/18/2023) |
| .8/2023 | 9099 | MEMORANDUM OF LAW in Support re: (203 in 1:18−cv−11870−GBD−SN, 137 in 1:20−cv−09387−GBD−SN, 2: 1:18−cv−05321−GBD−SN, 189 in 1:18−cv−12276−GBD−SN, 9097 in 1:03−md−01570−GBD−SN, 139 in 1:20−cv−10460−GBD−SN, 152 in 1:20−cv−09376−GBD−SN, 263 in 1:18−cv−05306−GBD−SN, 174 in 1:18−cv−11878−GBD−SN, 41 in 1:22−cv−05193−GBD−SN, 157 in 1:18−cv−11875−GBD−SN, 187 in 1:18−cv−07306−GBD−SN, 161 in 1:19−cv−11865−GBD−SN, 67 in 1:21−cv−10239−GBD, 230 in 1:18−cv−12277− MOTION for Judgment *by Default as to Liability and Damages*. . Document filed by Horace Morris. Filed In Associ 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 05/18/2023) |

| | | |
|---|---|---|
| .8/2023 | 9100 | PROPOSED ORDER. Document filed by Horace Morris. (Attachments: # 1 Errata A−1, # 2 Exhibit A−2, # 3 Exhibi Exhibit A−4, # 5 Exhibit A−5, # 6 Exhibit A−6, # 7 Exhibit A−7, # 8 Exhibit B−1, # 9 Exhibit B−2, # 10 Exhibit B−: Exhibit B−4, # 12 Exhibit B−5, # 13 Exhibit B−6, # 14 Exhibit B−7, # 15 Exhibit B−8, # 16 Exhibit B−9, # 17 Exhib 18 Exhibit B−11, # 19 Exhibit B−12, # 20 Exhibit G) Related Document Number: 9097 ..(Goldman, Jerry) **Proposed be reviewed by Clerk's Office staff.** (Entered: 05/18/2023) |
| .9/2023 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (233 in 1:18−cv−12277−GBD−: 1:18−cv−05321−GBD−SN, 133 in 1:20−cv−10902−GBD−SN, 266 in 1:18−cv−05306−GBD−SN, 190 in 1:18−cv−07306−GBD−SN, 44 in 1:22−cv−05193−GBD−SN, 9100 in 1:03−md−01570−GBD−SN, 192 in 1:18−cv−12276−GBD−SN, 140 in 1:20−cv−09387−GBD−SN, 70 in 1:21−cv−10239−GBD, 155 in 1:20−cv−09376−GBD−SN, 177 in 1:18−cv−11878−GBD−SN, 164 in 1:19−cv−11865−GBD−SN, 160 in 1:18−cv−11875−GBD−SN, 142 in 1:20−cv−10460−GBD−SN, 206 in 1:18−cv−11870−GBD−SN) Proposed Order reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (tp)** (Entered: 0 |
| .9/2023 | 9101 | LETTER addressed to Magistrate Judge Sarah Netburn from james e. beasley, jr., esquire and dion g. rassias, esquire 19, 2023 re: motion status request. Document filed by Raymond Smith..(Beasley, James) (Entered: 05/19/2023) |
| .9/2023 | 9102 | LETTER addressed to Magistrate Judge Sarah Netburn from Andrew C. Laufer dated May 19, 2023 re: Status Letter Court's Order of May 12, 2023. Document filed by Andrew Leftt.Filed In Associated Cases: 1:03−md−01570−GBD− 1:18−cv−03353−GBD−SN.(Laufer, Andrew) (Entered: 05/19/2023) |
| .9/2023 | 9103 | LETTER addressed to Magistrate Judge Sarah Netburn from Andrew C. Laufer dated May 19, 2023 re: Corrected Sta Pursuant to Court's Order of May 12, 2023. Document filed by Andrew Leftt.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−03353−GBD−SN.(Laufer, Andrew) (Entered: 05/19/2023) |
| 22/2023 | 9104 | JOINT LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated May 22, 2023 re: con review. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 05/22/2023) |
| 31/2023 | 9105 | JOINT LETTER addressed to Magistrate Judge Sarah Netburn from Aisha E. Bembry dated May 31, 2023 re: Parties for Next Steps. Document filed by Abdullah Al Turki, Adnan Basha, International Islamic Relief Organization, Musl League, Abdullah Naseef, Abdulla Obaid..(Bembry, Aisha) (Entered: 05/31/2023) |
| 31/2023 | 9106 | MOTION for Judgment *for Damages for Plaintiff Rachel Uchitel*. Document filed by August Bernaerts.Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11865−GBD−SN.(Goldman, Jerry) (Entered: 05/31/2023) |
| 31/2023 | 9107 | DECLARATION of Jerry S. Goldman in Support re: (9106 in 1:03−md−01570−GBD−SN, 165 in 1:19−cv−11865−C MOTION for Judgment *for Damages for Plaintiff Rachel Uchitel*.. Document filed by August Bernaerts. (Attachmen Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)Filed In Associated Cases: 1:03−md−01570−GI 1:19−cv−11865−GBD−SN.(Goldman, Jerry) (Entered: 05/31/2023) |
| 31/2023 | 9108 | MEMORANDUM OF LAW in Support re: (165 in 1:19−cv−11865−GBD−SN, 9106 in 1:03−md−01570−GBD−SN) for Judgment *for Damages for Plaintiff Rachel Uchitel*. . Document filed by August Bernaerts. Filed In Associated C 1:03−md−01570−GBD−SN, 1:19−cv−11865−GBD−SN.(Goldman, Jerry) (Entered: 05/31/2023) |
| 31/2023 | 9109 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED ORDER. Document filed by August Bernaert (Attachments: # 1 Exhibit A) Related Document Number: 9106 ..(Goldman, Jerry) **Proposed Order to be reviewed Office staff.** Modified on 6/1/2023 (tp). (Entered: 05/31/2023) |
| 31/2023 | 9110 | Objection re: 9060 Memorandum & Opinion,,, . Document filed by Plaintiffs Executive Committees..(Haefele, Rober 05/31/2023) |
| 31/2023 | 9111 | DECLARATION of Robert T. Haefele in Support re: 9110 Objection (non−motion). Document filed by Plaintiffs Ex Committees. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3).(Haefele, Robert) (Entered: 05/31/2023) |
| 31/2023 | 9112 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated May 31, 2023 re: Joint status concerning redactions. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 05/31/2023) |
| 31/2023 | 9113 | Objection re: 9060 Memorandum & Opinion,,, . Document filed by World Assembly of Muslim Youth..(Mohammed (Entered: 05/31/2023) |
| 31/2023 | 9114 | LETTER addressed to Judge George B. Daniels from James L. Bernard dated May 31, 2023 re: James L. Bernard Le Common Benefit Fund pending motion. Document filed by Havlish Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN.(Bernard, James) (Entered: 05/31/2023) |
| 31/2023 | 9115 | DECLARATION of Omar Mohammedi . Document filed by World Assembly of Muslim Youth. (Attachments: # 1 E Freeman Report, # 2 Exhibit Freeman Dep. Tr. Excerpts, # 3 Exhibit Winer Dep. Tr. Excerpts, # 4 Exhibit Winer Rep Excerpts, # 5 Exhibit Winer Rebuttal Rpt Excerpts, # 6 Exhibit Santiago decision order, # 7 Exhibit Arnaout Sentenc # 8 Exhibit LBI 1993 Meeting minutes, # 9 Exhibit 1993 Juhani Letter to Batterjee, # 10 Exhibit 1993 Juhani Letter t Abdulaziz, # 11 Exhibit Arnaout Sentencing Order, # 12 Exhibit 7th Cir. Decision, # 13 Exhibit Monograph).(Mohar |

| | | |
|---|---|---|
| | | Omar) (Entered: 05/31/2023) |
| )1/2023 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED ORDER. Notice to attorney Jerry Go RE−FILE Document No. (168 in 1:19−cv−11865−GBD−SN, 9109 in 1:03−md−01570−GBD−SN) Proposed Ord filing is deficient for the following reason(s): Re−file the document using the event type Proposed Default Judg found under the event list Proposed Orders. − select the correct filer/filers − attach the correct signed (scanned image) and dated PDF. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11865−GBD−SN. (tp)** ( 06/01/2023) |
| )1/2023 | 9116 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by August Bernaerts. (Attachmen Exhibit A).(Goldman, Jerry) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 06/01/2 |
| )1/2023 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (169 in 1:19−cv−11865−GBD−SN) Proposed Default Judgment was reviewed and approved as to form. Filed In Associ Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11865−GBD−SN. (tp)** (Entered: 06/01/2023) |
| )2/2023 | 9117 | MEMO ENDORSEMENT on re: (9102 in 1:03−md−01570−GBD−SN, 109 in 1:18−cv−03353−GBD−SN) Letter, fil Andrew Leftt. ENDORSEMENT: Counsel is directed to file a status letter or, if appropriate, corrected Notices of Am by June 16, 2023. (Signed by Magistrate Judge Sarah Netburn on 6/2/2023) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−03353−GBD−SN.. (ras) (Entered: 06/02/2023) |
| )8/2023 | 9118 | ***SELECTED PARTIES***DECLARATION of Robert T. Haefele in Support re: 9091 MOTION to Preclude *Expe Testimony*.. Document filed by FBI, Kingdom of Saudi Arabia, Dallah Avco Trans Arabia, Plaintiffs Executive Comm (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 1 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56, # 57 Exhibit 57, # 58 Exhibit 58, # 59 Exhibit 59, # 60 Exhibit 60, # 61 # 62 Exhibit 62, # 63 Exhibit 63, # 64 Exhibit 64, # 65 Exhibit 65, # 66 Exhibit 66, # 67 Exhibit 67, # 68 Exhibit 68, Exhibit 69, # 70 Exhibit 70, # 71 Exhibit 71, # 72 Exhibit 72, # 73 Exhibit 73, # 74 Exhibit 74, # 75 Exhibit 75, # 76 # 77 Exhibit 77, # 78 Exhibit 78, # 79 Exhibit 79, # 80 Exhibit 80, # 81 Exhibit 81, # 82 Exhibit 82, # 83 Exhibit 83, Exhibit 84, # 85 Exhibit 85, # 86 Exhibit 86, # 87 Exhibit 87, # 88 Exhibit 88, # 89 Exhibit 89a, # 90 Exhibit 89b, # 9 89c, # 92 Exhibit 89d, # 93 Exhibit 89e, # 94 Exhibit 90, # 95 Exhibit 91, # 96 Exhibit 92, # 97 Exhibit 93a, # 98 Exh 99 Exhibit 94a, # 100 Exhibit 94b, # 101 Exhibit 95, # 102 Exhibit 96, # 103 Exhibit 97, # 104 Exhibit 98, # 105 Exh 106 Exhibit 100, # 107 Exhibit 101, # 108 Exhibit 102)Motion or Order to File Under Seal: 4255 .(Haefele, Robert) ( 06/08/2023) |
| )8/2023 | 9119 | JOINT LETTER addressed to Judge George B. Daniels from Aisha E. Bembry dated June 8, 2023 re: Filing Dates an Limits for Rule 72 Objections. Document filed by Abdullah Omar Naseef, Abdulla Al Obaid, Abdullah Al Turki, Ad International Islamic Relief Organization(IIRO), Muslim World League..(Bembry, Aisha) (Entered: 06/08/2023) |
| .2/2023 | 9120 | MEMO ENDORSEMENT on re: 9119 Letter, filed by Abdullah Omar Naseef, Abdullah Muhsen Al Turki, Muslim V League, International Islamic Relief Organization(IIRO), Adnan Basha, Abdulla Al Obaid. ENDORSEMENT: SO O (Signed by Judge George B. Daniels on 6/12/2023) (kv) (Entered: 06/12/2023) |
| .4/2023 | 9121 | LETTER addressed to Judge George B. Daniels from Jodi Westbrook Flowers dated June 14, 2023 re: 9114 − Letter to Judge George B. Daniels from James L. Bernard dated May 31, 2023 re: Common Benefit Fund pending motion. I filed by Plaintiffs PI Executive Committee..(Flowers, Jodi) (Entered: 06/14/2023) |
| .5/2023 | 9122 | MEMO ENDORSEMENT on re: 9104 Letter filed by Kingdom of Saudi Arabia. ENDORSEMENT: The Court adop parties' joint proposal. (Signed by Magistrate Judge Sarah Netburn on 6/15/2023) (ras) (Entered: 06/15/2023) |
| .5/2023 | 9123 | MEMO ENDORSEMENT on re: 9112 Letter filed by Kingdom of Saudi Arabia. ENDORSEMENT: The parties' req granted. Within 30 days of the completion of confidentiality review for the Daubert motions and motions to dismiss, shall file a status letter regarding redactions to prior sealed filings. (Signed by Magistrate Judge Sarah Netburn on 6/1 (ras) (Entered: 06/15/2023) |
| .5/2023 | 9124 | ORDER: Counsel from Anderson Kill P.C. contacted the Court in March to advise that it planned to re−file its motio No. 8589 (and possibly others) in light of recent decisions issued in this multidistrict litigation. Counsel should advis by June 21, 2023, whether it intends to withdraw existing motions or whether the Court should adjudicate those moti (Signed by Magistrate Judge Sarah Netburn on 6/15/2023) (ras) (Entered: 06/15/2023) |
| .5/2023 | 9125 | ORDER: The Court extends discovery related to Defendant al Rajhi Bank until July 14, 2023, so the parties have tim with the Courts forthcoming ruling on the pending motions to compel and motions to quash. (Signed by Magistrate Ju Netburn on 6/15/2023) (ras) (Entered: 06/15/2023) |

| | | |
|---|---|---|
| .5/2023 | 9126 | ORDER: Plaintiffs in Burlingame v. Bin Laden, et al., No. 02−cv−07230 ("Plaintiffs") − both United States citizens a noncitizens − filed a motion for default judgment against the "Taliban Defendants." See ECF No. 8737, 8738, 8739. T later issued a decision on similar motions that has implications for this one. See ECF No. 8973. In its decision, the Co denied without prejudice motions brought by noncitizens and (2) dismissed Defendant Muhammad Omar from all act multidistrict litigation. Id. at 46. In light of that decision, the Court requests that counsel file a letter by June 21, 2023 the Court on two issues: (See document.) Further, while reviewing the Plaintiffs' filings, the Court identified certain discrepancies. In the June 21 letter, counsel should confirm or correct the following proposed corrections to the exhib Plaintiffs' requested judgments: (See document.) Counsel need not file corrected exhibits reflecting these changes but confirm in writing if each of the Court's proposed corrections are correct and should be adopted. (Signed by Magistra Sarah Netburn on 6/15/2023) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN. (ras) (Entered: 06/15/2023) |
| .5/2023 | 9127 | MEMO ENDORSEMENT on re: 9105 Letter, filed by International Islamic Relief Organization, Abdullah Omar Nas Abdullah Muhsen Al Turki, Abdulla Al Obaid, Muslim World League, Adnan Basha. ENDORSEMENT: The Court conference for Monday, June 26, 2023, at 4:00 p.m., to discuss the parties' proposed briefing schedule. At that time, c should dial into the Court's dedicated teleconferencing line at (877) 402−9757 and enter Access Code 7938632, follov pound (#) key. If this date is unavailable for any party, counsel must contact Courtroom Deputy Rachel Slusher imme (212) 805−0286. Among other things, the parties should be prepared to discuss what guidance they have taken from t prior Daubert decision on their intention to challenge additional experts and how many experts they intend to move a (Telephone Conference set for 6/26/2023 at 04:00 PM before Magistrate Judge Sarah Netburn.) (Signed by Magistrat Sarah Netburn on 6/15/2023) (ras) (Entered: 06/15/2023) |
| .5/2023 | 9128 | ORDER: Plaintiffs in Gaston, et al. v. The Islamic Republic of Iran, No. 18−cv−12337, filed a motion for default jud against Iran. See ECF Nos. 8830, 8831, 8832, 8833. According to the exhibits, the Estate of Betsy Martinez (the "Est requesting $8,500,000 which is inconsistent with the compensatory damages framework used for those killed in the 9 Attacks. See ECF No. 8832 at 6. The Court has consistently awarded the estates of people killed on 9/11 $2,000,000.0 and suffering, plus economic damages as established by each plaintiff's evidence. By June 21, 2023, counsel should f (1) correcting the amount the Estate is seeking or explaining why a departure from the framework is warranted and (2 confirming that the Estate has not previously received any awards for compensatory damages in this case. (Signed by Judge Sarah Netburn on 6/15/2023) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12337−GBD−S (Entered: 06/15/2023) |
| .5/2023 | 9129 | **FILING ERROR − DEFICIENT DOCKET ENTRY (SEE 9130 MOTION) −** MOTION for Judgment *as to Liab Partial Final Damages*. Document filed by Jessica Derubbio.Filed In Associated Cases: 1:03−md−01570−GBD−SN (Goldman, Jerry) Modified on 6/16/2023 (db). As per ECF−ERROR Email Correspondence received on 6/16/2023 @ (Entered: 06/15/2023) |
| .5/2023 | 9130 | MOTION for Judgment *as to Liability and for Partial Final Damages*. Document filed by Estate of John Patrick O'N Sr..Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 06 |
| .5/2023 | 9131 | ***SELECTED PARTIES***DECLARATION of Jerry S. Goldman in Support re: (756 in 1:04−cv−01076−GBD−S 1:03−md−01570−GBD−SN) MOTION for Judgment *as to Liability and for Partial Final Damages*.. Document filed of John Patrick O'Neill Sr., Estate of John Patrick O'Neill Sr.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit Exhibit D−1, # 5 Exhibit D−2)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SNMo Order to File Under Seal: 8541 .(Goldman, Jerry) (Entered: 06/15/2023) |
| .5/2023 | 9132 | MEMORANDUM OF LAW in Support re: (756 in 1:04−cv−01076−GBD−SN, 9130 in 1:03−md−01570−GBD−SN) for Judgment *as to Liability and for Partial Final Damages*. . Document filed by Estate of John Patrick O'Neill Sr.. F Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 06/15/2023) |
| .5/2023 | 9133 | PROPOSED ORDER. Document filed by Estate of John Patrick O'Neill Sr.. (Attachments: # 1 Exhibit A, # 2 Exhibit Document Number: 9130 ..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 06/ |
| .5/2023 | 9134 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman dated 6/15/2023 re: Revised Taliban J Motion. Document filed by Estate of John Patrick O'Neill Sr..Filed In Associated Cases: 1:03−md−01570−GBD−SN 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 06/15/2023) |
| .6/2023 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (9133 in 1:03−md−01570−GBD in 1:04−cv−01076−GBD−SN) Proposed Order, was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN(tp)** (Entered: 06/16/2023) |
| .6/2023 | 9135 | MOTION for Judgment *as to Liability and for Partial Final Judgment for Damages*. Document filed by Laurence Sc In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05331−GBD−SN, 1:22−cv−05193−GBD−SN.(Goldman (Entered: 06/16/2023) |
| .6/2023 | 9136 | ***SELECTED PARTIES***DECLARATION of Jerry S. Goldman in Support re: (201 in 1:18−cv−05331−GBD−S 1:22−cv−05193−GBD−SN, 9135 in 1:03−md−01570−GBD−SN) MOTION for Judgment *as to Liability and for Part Judgment for Damages*.. Document filed by Laurence Schlissel, Susan M. King. (Attachments: # 1 Exhibit A, # 2 Ex |

| | | |
|---|---|---|
| | | 3 Exhibit B−2, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit D−1)Filed In Associated Cases: 1:03−md−01570−GBD−SN 1:18−cv−05331−GBD−SN, 1:22−cv−05193−GBD−SNMotion or Order to File Under Seal: 7963 .(Goldman, Jerry) ( 06/16/2023) |
| .6/2023 | 9137 | MEMORANDUM OF LAW in Support re: (201 in 1:18−cv−05331−GBD−SN, 9135 in 1:03−md−01570−GBD−SN, 1:22−cv−05193−GBD−SN) MOTION for Judgment *as to Liability and for Partial Final Judgment for Damages*. . Do filed by Laurence Schlissel. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05331−GBD−SN, 1:22−cv−05193−GBD−SN.(Goldman, Jerry) (Entered: 06/16/2023) |
| .6/2023 | 9138 | PROPOSED ORDER. Document filed by Laurence Schlissel. (Attachments: # 1 Exhibit A, # 2 Exhibit B−1, # 3 Exh Related Document Number: 9135 ..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Ente 06/16/2023) |
| .6/2023 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (9138 in 1:03−md−01570−GBD in 1:18−cv−05331−GBD−SN, 49 in 1:22−cv−05193−GBD−SN) Proposed Order, was reviewed and approved as Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05331−GBD−SN, 1:22−cv−05193−GBD−SN. (t** (Entered: 06/16/2023) |
| .6/2023 | 9139 | LETTER addressed to Magistrate Judge Sarah Netburn from Frank H. Granito, III dated June 16, 2023 re: Response Court's Order at ECF 9126. Document filed by Sheri Burlingame.Filed In Associated Cases: 1:03−md−01570−GBD− 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN.(Granito, Frank) (Entered: 06/16/2023) |
| .6/2023 | 9140 | NOTICE of Saudi Arabia Notice of Amendment. Document filed by Andrew Leftt. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−03353−GBD−SN.(Laufer, Andrew) (Entered: 06/16/2023) |
| .6/2023 | 9141 | NOTICE of Saudi Arabia Second Notice of Amendment. Document filed by Andrew Leftt. Filed In Associated Case 1:03−md−01570−GBD−SN, 1:18−cv−03353−GBD−SN.(Laufer, Andrew) (Entered: 06/16/2023) |
| .6/2023 | 9142 | LETTER addressed to Magistrate Judge Sarah Netburn from Andrew C. Laufer dated June 16, 2023 re: Leftt Plaintif Court Regarding Filings. Document filed by Andrew Leftt.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−03353−GBD−SN.(Laufer, Andrew) (Entered: 06/16/2023) |
| 20/2023 | 9143 | MOTION for David Joseph Dickens to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−2789475 **and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Beatrice Gaston. (Attachments: Affidavit of David J. Dickens, # 2 Exhibit Certificate of Good Standing, # 3 Text of Proposed Order Granting Pro Ha Admission)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Dickens, David) (Entered: 06/20/2023) |
| 20/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (60 in 1:18−cv−12399−GB 9143 in 1:03−md−01570−GBD−SN, 72 in 1:18−cv−12337−GBD−SN, 143 in 1:17−cv−00348−GBD−SN, 59 in 1:18−cv−12346−GBD−SN, 72 in 1:18−cv−12344−GBD−SN, 60 in 1:18−cv−12338−GBD−SN, 62 in 1:18−cv−12398−GBD−SN, 58 in 1:18−cv−12348−GBD−SN, 49 in 1:21−cv−07679−GBD) MOTION for David Jo Dickens to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−27894756. Motion and supporti to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(sgz)** (Entered: 06/20/2023) |
| 21/2023 | 9144 | LETTER addressed to Magistrate Judge Sarah Netburn from David J. Dickens dated 06/21/2023 re: Motion for Defau Judgment. Document filed by Beatrice Gaston.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12337−GBD−SN.(Dickens, David) (Entered: 06/21/2023) |
| 23/2023 | 9145 | MOTION to Substitute Party. Old Party: John Doe 8 being intended to designate the Personal Representative of the E Patricia A. Cody, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or ha duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all entitled beneficiaries and family members of Patricia A. Cody, New Party: Beth Schutte as the Personal Representativ Estate of Patricia A. Cody, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family m Patricia A. Cody . Document filed by Gordon Aamoth.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:18−cv−12276−GBD−SN.(Goldman, Jerry) (Entered: 06/23/2023) |
| 23/2023 | 9146 | PROPOSED ORDER. Document filed by Gordon Aamoth. Related Document Number: 9145 ..(Goldman, Jerry) **Pro Order to be reviewed by Clerk's Office staff.** (Entered: 06/23/2023) |
| 23/2023 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (9146 in 1:03−md−01570−GBD in 1:18−cv−12276−GBD−SN, 762 in 1:04−cv−01076−GBD−SN) Proposed Order was reviewed and approved a Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:18−cv−12276−GBD−SN(k** (Entered: 06/23/2023) |
| 23/2023 | 9147 | MOTION for Judgment *by Default as to Liability and Partial Final Judgments for Damages*. Document filed by Jess Derubbio.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 06/23/2023) |

| | | |
|---|---|---|
| 23/2023 | 9148 | MEMORANDUM OF LAW in Support re: (144 in 1:20−cv−10460−GBD−SN, 157 in 1:20−cv−09376−GBD−SN, 2: 1:18−cv−05321−GBD−SN, 235 in 1:18−cv−12277−GBD−SN, 208 in 1:18−cv−11870−GBD−SN, 142 in 1:20−cv−09387−GBD−SN, 50 in 1:22−cv−05193−GBD−SN, 9147 in 1:03−md−01570−GBD−SN, 195 in 1:18−cv−12276−GBD−SN, 171 in 1:19−cv−11865−GBD−SN, 162 in 1:18−cv−11875−GBD−SN, 268 in 1:18−cv−05306−GBD−SN, 135 in 1:20−cv−10902−GBD−SN, 179 in 1:18−cv−11878−GBD−SN, 72 in 1:21−cv−10: 192 in 1:18−cv−07306−GBD−SN) MOTION for Judgment *by Default as to Liability and Partial Final Judgments fo* . Document filed by Jessica Derubbio. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) 06/23/2023) |
| 23/2023 | 9149 | ***SELECTED PARTIES***DECLARATION of Jerry S. Goldman in Support re: (50 in 1:22−cv−05193−GBD−SN 1:18−cv−11875−GBD−SN, 135 in 1:20−cv−10902−GBD−SN, 179 in 1:18−cv−11878−GBD−SN, 157 in 1:20−cv−09376−GBD−SN, 235 in 1:18−cv−12277−GBD−SN, 171 in 1:19−cv−11865−GBD−SN, 144 in 1:20−cv−10460−GBD−SN, 208 in 1:18−cv−11870−GBD−SN, 9147 in 1:03−md−01570−GBD−SN, 268 in 1:18−cv−05306−GBD−SN, 72 in 1:21−cv−10239−GBD, 230 in 1:18−cv−05321−GBD−SN, 142 in 1:20−cv−09387− 195 in 1:18−cv−12276−GBD−SN, 192 in 1:18−cv−07306−GBD−SN) MOTION for Judgment *by Default as to Liabi Partial Final Judgments for Damages*.. Document filed by Jessica Derubbio. (Attachments: # 1 Exhibit A−1, # 2 Exh 3 Exhibit A−3, # 4 Exhibit A−4, # 5 Exhibit A−5, # 6 Exhibit A−6, # 7 Exhibit A−7, # 8 Exhibit B−1, # 9 Exhibit B− Exhibit B−3, # 11 Exhibit B−4, # 12 Exhibit B−5, # 13 Exhibit B−6, # 14 Exhibit B−7, # 15 Exhibit B−8, # 16 Exhib 17 Exhibit B−10, # 18 Exhibit B−11, # 19 Exhibit B−12, # 20 Exhibit C, # 21 Exhibit C−1, # 22 Exhibit C−2 Part 1, Exhibit C−2 Part 2, # 24 Exhibit C−2 Part 3, # 25 Exhibit C−3, # 26 Exhibit C−4 part 1, # 27 Exhibit C−4 Part 2, # 2: D− Expert reports index, # 29 Exhibit D, # 30 Exhibit D−3a, # 31 Exhibit D−3b, # 32 Exhibit D−bc, # 33 Exhibit E− Exhibit E − Ex. B Part 1, # 35 Exhibit E − Ex. B Part 2, # 36 Exhibit E − Ex. B Part 3, # 37 Exhibit E − Ex. B Part 4, Exhibit E − Ex. B Part 5, # 39 Exhibit E − Ex. B Part 6, # 40 Exhibit E − Ex. B Part 7, # 41 Exhibit E − Ex. B Part 8, Exhibit E − Ex. B Part 9, # 43 Exhibit E − Ex. B Part 10, # 44 Exhibit E − Ex. B Part 11, # 45 Exhibit E − Ex. B Part Exhibit E − Ex. B Part 13, # 47 Exhibit E − Ex. B Part 14, # 48 Exhibit E − Ex. B Part 15, # 49 Exhibit E − Ex. B Par Exhibit E − Ex. B Part 17, # 51 Exhibit E − Ex. B Part 18, # 52 Exhibit E − Ex. B Part 19, # 53 Exhibit E− Ex C, # 5: E− Signed Declaration, # 55 Exhibit F−1, # 56 Exhibit F−2, # 57 Exhibit F−3, # 58 Exhibit F−4, # 59 Exhibit F−5, # F−6, # 61 Exhibit F−7, # 62 Exhibit G)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.Motion or Order Under Seal: 9147 .(Goldman, Jerry) (Entered: 06/23/2023) |
| 23/2023 | 9150 | PROPOSED ORDER. Document filed by Jessica Derubbio. (Attachments: # 1 Exhibit A−1, # 2 Exhibit A−2, # 3 Ex 4 Exhibit A−4, # 5 Exhibit A−5, # 6 Exhibit A−6, # 7 Exhibit A−7, # 8 Exhibit B−1, # 9 Exhibit B−2, # 10 Exhibit B Exhibit B−4, # 12 Exhibit B−5, # 13 Exhibit B−6, # 14 Exhibit B−7, # 15 Exhibit B−8, # 16 Exhibit B−9, # 17 Exhib 18 Exhibit B−11, # 19 Exhibit B−12, # 20 Exhibit G) Related Document Number: 9147 ..(Goldman, Jerry) **Proposed be reviewed by Clerk's Office staff.** (Entered: 06/23/2023) |
| 23/2023 | 9151 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman dated 6/23/2023 re: revised Iran Judg Motion. Document filed by Jessica Derubbio.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman (Entered: 06/23/2023) |
| 23/2023 | 9152 | MOTION for Judgment *as to Liability and for Partial Final Damages*. Document filed by Susan M. King.Filed In As Cases: 1:03−md−01570−GBD−SN, 1:22−cv−05193−GBD−SN.(Goldman, Jerry) (Entered: 06/23/2023) |
| 23/2023 | 9153 | MEMO ENDORSEMENT on re: 9134 in case 03−md−01570; 760 in case 04−cv−01076 Letter, terminating (8589) M Judgment in case 1:03−md−01570−GBD−SN; terminating (702) Motion for Judgment in case 1:04−cv−01076−GBD ENDORSEMENT: The request is GRANTED. The Clerk of the Court is respectfully directed to terminate the motio No. 8589 in No. 03−md−01570 and ECF No. 702 in No. 04−cv−01076. (Signed by Magistrate Judge Sarah Netburn 6/23/2023) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN. (ras) Modified on 6/ (ras). (Entered: 06/23/2023) |
| 23/2023 | 9154 | ***SELECTED PARTIES***DECLARATION of Jerry S. Goldman in Support re: (55 in 1:22−cv−05193−GBD−SN 1:03−md−01570−GBD−SN) MOTION for Judgment *as to Liability and for Partial Final Damages*.. Document filed M King, Susan M. King. (Attachments: # 1 Exhibit A, # 2 Exhibit B− Ex A Part 1, # 3 Exhibit B− Ex B Part 2, # 4 E Ex B, # 5 Exhibit B− Ex C, # 6 Exhibit B− Ex D, # 7 Exhibit B− signed Declaration, # 8 Exhibit C, # 9 Exhibit D, # D−3−1)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−05193−GBD−SNMotion or Order to File U 7963 .(Goldman, Jerry) (Entered: 06/23/2023) |
| 23/2023 | 9155 | MEMORANDUM OF LAW in Support re: (55 in 1:22−cv−05193−GBD−SN, 9152 in 1:03−md−01570−GBD−SN) M for Judgment *as to Liability and for Partial Final Damages*. . Document filed by Susan M. King. Filed In Associated 1:03−md−01570−GBD−SN, 1:22−cv−05193−GBD−SN.(Goldman, Jerry) (Entered: 06/23/2023) |
| 23/2023 | 9156 | PROPOSED ORDER. Document filed by Susan M. King. (Attachments: # 1 Exhibit A) Related Document Number: ..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 06/23/2023) |
| 26/2023 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (165 in 1:18−cv−11875−GBD− 1:18−cv−12277−GBD−SN, 195 in 1:18−cv−07306−GBD−SN, 138 in 1:20−cv−10902−GBD−SN, 160 in 1:20−cv−09376−GBD−SN, 53 in 1:22−cv−05193−GBD−SN, 198 in 1:18−cv−12276−GBD−SN, 75 in 1:21−cv−10** |

| | | |
|---|---|---|
| | | **174 in 1:19−cv−11865−GBD−SN, 233 in 1:18−cv−05321−GBD−SN, 182 in 1:18−cv−11878−GBD−SN, 145 in 1:20−cv−09387−GBD−SN, 271 in 1:18−cv−05306−GBD−SN, 211 in 1:18−cv−11870−GBD−SN, 147 in 1:20−cv−10460−GBD−SN, 9150 in 1:03−md−01570−GBD−SN) Proposed Order, was reviewed and approved a Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(tp)** (Entered: 06/26/2023) |
| 26/2023 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (9156 in 1:03−md−01570−GBD 1:22−cv−05193−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−05193−GBD−SN. (tp)** (Entered: 06/26/2023) |
| 26/2023 | 9157 | ORDER granting 9143 Motion for David Joseph Dickens to Appear Pro Hac Vice. (HEREBY ORDERED by Magist Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 06/26/2023) |
| 26/2023 | 9158 | PARTIAL FINAL DEFAULT JUDGMENT FORc RODRIGUEZ I PLAINTIFFS IDENTIFIED IN EXHIBIT A: it i ORDERED that service of process was effected upon Iran in accordance with 28 U.S.C. § 1608(a) for sovereign defe it is further ORDERED that the Rodriguez Plaintiffs' Motion for Judgment by Default against the Islamic Republic o GRANTED and final judgment on liability is entered against the Islamic Republic of Iran, consistent with ECF No. 3 favor of the Rodriguez Plaintiffs identified in Exhibit A; and it is further ORDERED that partial final judgment is ent behalf of the Rodriguez Plaintiffs identified in Exhibit A against the Islamic Republic of Iran; and it is further ORDE Plaintiffs identified in Exhibit A are awarded solatium damages in the amount set forth in Exhibit A and may, at a lat submit applications for punitive damages, or other damages (to the extent such awards have not previously been orde consistent with any future rulings made by this Court on this issue; and it is further ORDERED that the Rodriguez Pl identified in Exhibit A are awarded prejudgment interest at a rate of 4.96% per annum, compounded annually, runnin September 11, 2001 until the date of judgment. Furthermore, this Court respectfully directs the Clerk of Court to term motions at ECF No. 8520 in Case No. 03−md−1570 and ECF No. 55 in Case No. 18−cv−12347. SO ORDERED., M terminated: 8520 MOTION for Default Judgment as to Rodriguez I Plaintiffs filed by Neil Shatzoff. (Signed by Judg Daniels on 6/26/2023) (ama) (Entered: 06/26/2023) |
| 26/2023 | 9159 | FINAL JUDGMENT ON BEHALF OF ASHTON 25 PLAINTIFFS IDENTIFIED AT EXHIBITS A AND B: it is he ORDERED that service of process was effected upon Iran in accordance with 28 U.S.C. § 1608(a) for sovereign defe it is further ORDERED that final judgment is entered against Iran and on behalf of the Plaintiffs in Ashton, as identif attached who are the Personal Representatives of the estates of victims killed in the terrorist attacks on September 11, described in Exhibit A; and it is further ORDERED that Plaintiffs, on behalf of the estates identified in Exhibit A, are economic damages as set forth in Exhibit A and as supported by the expert reports and analyses submitted at ECF No it is further ORDERED that Plaintiffs, on behalf of the estates identified in Exhibit A, are awarded final damages jud include the economic losses listed in Exhibit A, as well as Plaintiffs' previously awarded compensatory damages for pain and suffering at ECF No. 3226, in an amount of $2,000,000 per estate; and it is further ORDERED that Plaintiff in Exhibit 8, who are each an immediate family member of individuals killed in the terrorist attacks on September 11 described in Exhibit B, are awarded solatium damages in the amounts set forth in Exhibit B; and it is further ORDER Plaintiffs identified in Exhibit B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, from September 11, 2001 until the date of judgment; and it is further ORDERED that Plaintiffs Jill A. Gartenberg Pil Machcinski & Joseph Pfeifer are awarded on their economic damages awards identified in Exhibit A prejudgment int 4.96 percent per annum, compounded annually, running from November 1, 2022 until the date of judgment; and it is ORDERED that Plaintiffs Carmen Suarez and Evelyn Tepedino are awarded on their economic damages awards iden Exhibit A prejudgment interest of 4.96 percent per annum, compounded annually, running from February 1, 2023 unt of judgment; and it is further ORDERED that Plaintiffs identified in Exhibits A and B may submit an application for damages, or other damages (to the extent such awards have not previously been ordered), at a later date consistent wi future rulings made by this Court on this issue. Furthermore, this Court respectfully directs the Clerk of Court to clos motions at ECF No. 8849 in Case No. 03−md−1570 and ECF No. 1913 in Case No. 02−cv−6977. SO ORDERED., M terminated: 8849 MOTION for Default Judgment as to *Ashton 25 Wrongful Death Plaintiffs filed by Kathleen Ashton by Judge George B. Daniels on 6/26/2023) (ama) Modified on 6/26/2023 (ama). (Entered: 06/26/2023)* |
| 26/2023 | 9160 | PARTIAL FINAL DEFAULT JUDGMENT FOR PLAINTIFF NAOMI FURMAN: it is hereby; ORDERED that ser process was effected upon Iran in accordance with 28 U.S.C. § 1608(a) for sovereign defendants; and it is further OR that Plaintiff's Motion for Judgment by Default against the Islamic Republic of Iran is GRANTED and final judgmen liability is entered against the Islamic Republic of Iran, consistent with ECF No. 3443, and in favor of Plaintiff; and i ORDERED that partial final judgment is entered on behalf of Plaintiff against the Islamic Republic of Iran and is not any other defendant; and it is further ORDERED that Plaintiff is awarded solatium damages in the amount of $8,500, may, at a later date, submit an application for punitive damages, or other damages (to the extent such awards have no been ordered) consistent with any future rulings made by this Court on this issue; and it is further ORDERED that Pl awarded prejudgment interest at a rate of 4.96 percent per annum, compounded annually, running from September 11 the date of judgment. Furthermore, this Court respectfully directs the Clerk of Court to terminate the motions at ECF Case No. 03−md−1570 and ECF No. 50 in Case No.18−cv−12344. SO ORDERED., Motions terminated: 8672 MOT Default Judgment as to Naomi Furman filed by Naomi Furman. (Signed by Judge George B. Daniels on 6/26/2023) ( Modified on 6/26/2023 (ama). Modified on 6/26/2023 (ama). (Entered: 06/26/2023) |

| | | |
|---|---|---|
| :6/2023 | 9161 | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i): PLEASE TAKE NOTI Plaintiffs Kristen Breitweiser, Caroline Breitweiser,Patricia Ryan, Laura Ryan, Colin Ryan, and Kristen Ryan by and undersigned counsel, pursuant to the Federal Rules of Civil Procedure, Rule 41 (a)(1)(A)(i), hereby voluntarily dismi claims against the named Defendants in the above−referenced action without prejudice. Fed. R. Civ. Proc. Rule 41 pr relevant part: as set forth herein. Here, none of the Defendants have served an answer and none of the Defendants hav motion for summary judgment Accordingly, the above−referenced Plaintiffs' claims against Iran may be dismissed w prejudice and without an Order of the Court. SO ORDERED. (Signed by Judge George B. Daniels on 6/26/2023) File Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−SN (ama) (Entered: 06/26/2023) |
| :6/2023 | 9162 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter on behalf of Plaintiffs' Executive Commi Jun 26, 2023 re: Plaintiffs letter to Judge Netburn requesting the Court provisionally adjourn the deadlines for expert and Plaintiffs jurisdictional averment as to Al Rajhi Bank. Document filed by Plaintiffs Executive Committees..(Cart (Entered: 06/26/2023) |
| :6/2023 | 9163 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 9088 MOTION to Preclude *Expert Testimon* Document filed by Kingdom of Saudi Arabia, FBI, Dallah Avco Trans Arabia, Plaintiffs Executive Committees. Mot Order to File Under Seal: 4255 .(Haefele, Robert) (Entered: 06/26/2023) |
| :6/2023 | 9164 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 9091 MOTION to Preclude *Expert Tes* Document filed by FBI, Dallah Avco Trans Arabia, Plaintiffs Executive Committees, Kingdom of Saudi Arabia. Mot Order to File Under Seal: 4255 .(Kellogg, Michael) (Entered: 06/26/2023) |
| :6/2023 | 9165 | ***SELECTED PARTIES***DECLARATION of Robert T. Haefele in Opposition re: 9088 MOTION to Preclude *E Testimony*.. Document filed by Kingdom of Saudi Arabia, FBI, Dallah Avco Trans Arabia, Plaintiffs Executive Comm (Attachments: # 1 Exhibit 1, # 2 Exhibit 1A, # 3 Exhibit 1B, # 4 Exhibit 2, # 5 Exhibit 2A, # 6 Exhibit 3, # 7 Exhibit Exhibit 4, # 9 Exhibit 4A, # 10 Exhibit 4B, # 11 Exhibit 5, # 12 Exhibit 6, # 13 Exhibit 7, # 14 Exhibit 8, # 15 Exhibi Exhibit 10, # 17 Exhibit 11, # 18 Exhibit 12, # 19 Exhibit 13, # 20 Exhibit 14, # 21 Exhibit 15, # 22 Exhibit 16, # 23 16A, # 24 Exhibit 17, # 25 Exhibit 17A, # 26 Exhibit 18, # 27 Exhibit 18A, # 28 Exhibit 19, # 29 Exhibit 19A, # 30 E # 31 Exhibit 20A, # 32 Exhibit 21, # 33 Exhibit 21A, # 34 Exhibit 22, # 35 Exhibit 22A, # 36 Exhibit 23, # 37 Exhibi Exhibit 24, # 39 Exhibit 24A, # 40 Exhibit 25, # 41 Exhibit 26, # 42 Exhibit 27, # 43 Exhibit 28, # 44 Exhibit 29, # 4 30)Motion or Order to File Under Seal: 4255 .(Haefele, Robert) (Entered: 06/26/2023) |
| :6/2023 | 9166 | ***SELECTED PARTIES***DECLARATION of Gregory G. Rapawy in Opposition re: 9091 MOTION to Preclude *Testimony*.. Document filed by FBI, Dallah Avco Trans Arabia, Plaintiffs Executive Committees, Kingdom of Saudi (Attachments: # 1 Exhibit 57, # 2 Exhibit 58, # 3 Exhibit 59, # 4 Exhibit 60, # 5 Exhibit 61, # 6 Exhibit 62, # 7 Exhib Exhibit 64, # 9 Exhibit 65, # 10 Exhibit 66, # 11 Exhibit 67, # 12 Exhibit 68, # 13 Exhibit 69, # 14 Exhibit 70, # 15 E 16 Exhibit 72, # 17 Exhibit 73, # 18 Exhibit 74, # 19 Exhibit 75, # 20 Exhibit 76, # 21 Exhibit 77, # 22 Exhibit 78, # 79, # 24 Exhibit 80, # 25 Exhibit 81, # 26 Exhibit 82, # 27 Exhibit 83, # 28 Exhibit 84, # 29 Exhibit 85, # 30 Exhibit Exhibit 87, # 32 Exhibit 88, # 33 Exhibit 89, # 34 Exhibit 90, # 35 Exhibit 91, # 36 Exhibit 92, # 37 Exhibit 93)Motic to File Under Seal: 4255 .(Rapawy, Gregory) (Entered: 06/26/2023) |
| :6/2023 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Telephone Conference held on 6/26/2023 Reporter present. (ras) (Entered: 07/07/2023) |
| :7/2023 | 9167 | FINAL JUDGMENT ON BEHALF OF THE BURLINGAME III PLAINTIFFS AGAINST THE TALIBAN DEFEN is hereby; ORDERED that each Estate of the Burlingame 9/11 Decedents listed in Exhibit A−1 is awarded damages f suffering against the Taliban Defendants in the amount of $2,000,000 per decedent; and it is further ORDERED that of the Burlingame 9/11 Decedents listed in Exhibit A−1 is awarded damages for economic losses against the Taliban in the amounts set forth therein; and it is further ORDERED that each individual listed in Exhibit A−1 is awarded sol damages in the amounts set forth therein; and it is further ORDERED that Plaintiffs listed in Exhibit A−1 who assert under the Anti Terrorism Act (18 U.S.C. 2333) are awarded treble damages; and it is further ORDERED that Plaintif Cooper−Savage, as Personal Representative of the Estate of Julian Cooper, is entitled to prejudgment interest on the rate of 4.96 percent per annum, compounded annually for the period from January 3, 2020 until the date of the judgm damages; and it is further ORDERED that Plaintiff Susan Nolan, as Personal Representative of the Estate of Thomas entitled to prejudgment interest on the award at the rate of 4.96 percent per annum, compounded annually for the peri January 3, 2020 until the date of the judgment for damages; and it is further ORDERED that Plaintiffs Chava Furmar Andrew Furman, as Co−Personal Representatives of the Estate of Steven Furman, are entitled to prejudgment interes award at the rate of 4.96 percent per annum, compounded annually for the period from November 19, 2018 until the d judgment for damages; and it is further ORDERED that Plaintiffs in Exhibits A−1 may submit an application for pun damages, or other damages (to the extent such awards have not previously been ordered), at a later date consistent wi future rulings made by this Court on this issue; and it is further ORDERED that this judgment is not binding on the determination of damages for defendants other than the Taliban. Furthermore, this Court respectfully directs the Clerl to close the motions at ECF No. 8737 in Case No. 03−md−1570, ECF No. 1847 in Case No. 02−cv−6977, and ECF N Case No. 02−cv−7230. SO ORDERED., Motions terminated: (8737 in 1:03−md−01570−GBD−SN, 267 in 1:02−cv−07230−GBD−SN, 1847 in 1:02−cv−06977−GBD−SN) MOTION for Default Judgment as to Burlingame II Against the Taliban filed by Sheri G. Burlingame. (Signed by Judge George B. Daniels on 6/27/2023) Filed In Assoc 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN (ama) Modified on 6/27/2023 (a |

| | | |
|---|---|---|
| | | (Entered: 06/27/2023) |
| 27/2023 | 9168 | REPORT AND RECOMMENDATION re: (8511 in 1:03−md−01570−GBD−SN, 39 in 1:21−cv−10239−GBD) MOT Partial Final Judgment Against Iran, filed by Kathleen Shagi. The Court recommends granting pain and suffering dan economic damages, and prejudgment interest as set out in the Report. It further recommends permitting Mr. Shagi's e apply for punitive or other damages at a later date. (Objections to R&R due by 7/11/2023.) (Signed by Magistrate Juc Netburn on 6/27/2023) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−10239−GBD (ras) (Entered 06/27/2023) |
| 28/2023 | 9169 | MEMO ENDORSEMENT on re: 9151 Letter terminating (9097) Motion for Judgment in case 1:03−md−01570−GBI terminating (263) Motion for Judgment in case 1:18−cv−05306−GBD−SN; terminating (225) Motion for Judgment ii 1:18−cv−05321−GBD−SN; terminating (187) Motion for Judgment in case 1:18−cv−07306−GBD−SN; terminating ( Motion for Judgment in case 1:18−cv−11870−GBD−SN; terminating (157) Motion for Judgment in case 1:18−cv−11875−GBD−SN; terminating (174) Motion for Judgment in case 1:18−cv−11878−GBD−SN; terminating ( Motion for Judgment in case 1:18−cv−12276−GBD−SN; terminating (230) Motion for Judgment in case 1:18−cv−12277−GBD−SN; terminating (161) Motion for Judgment in case 1:19−cv−11865−GBD−SN; terminating ( Motion for Judgment in case 1:20−cv−09376−GBD−SN; terminating (137) Motion for Judgment in case 1:20−cv−09387−GBD−SN; terminating (139) Motion for Judgment in case 1:20−cv−10460−GBD−SN; terminating ( Motion for Judgment in case 1:20−cv−10902−GBD−SN; terminating (67) Motion for Judgment in case 1:21−cv−102 terminating (41) Motion for Judgment in case 1:22−cv−05193−GBD−SN. ENDORSEMENT: The request is GRANT Clerk of the Court is respectfully directed to terminate the motion at ECF No. 9097 in No. 03−md−01570 and the rela motions at ECF No. 263 in No. 18−cv−05306; ECF No. 225 in No. 18−cv−05321; ECF No. 187 in No. 18−cv−0730( 203 in No. 18−cv−11870; ECF No. 157 in No. 18−cv−11875; ECF No. 174 in No. 18−cv−11878; ECF No. 189 in No 18−cv−12276; ECF No. 230 in No. 18−cv−12277; ECF No. 161 in No. 19−cv−11865; ECF No. 152 in No. 20−cv−0( No. 137 in No. 20−cv−09387; ECF No. 139 in No. 20−cv−10460; ECF No. 131 in No. 20−cv−10902; ECF No. 67 in 21−cv−10239; ECF No. 41 in No. 22−cv−05193. (Signed by Magistrate Judge Sarah Netburn on 6/28/2023) Filed In Cases: 1:03−md−01570−GBD−SN, et al. (ras) (Entered: 06/28/2023) |
| 28/2023 | 9170 | ORDER granting (9145) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; granting (761) Motion to Su Party in case 1:04−cv−01076−GBD−SN; granting(193) Motion to Substitute Party in case 1:18−cv−12276−GBD−SN Schutte, as Personal Representative of the Estate of Patricia A. Cody, is substituted for John Doe 8, being intended to the Personal Representative of the Estate of Patricia A. Cody. (HEREBY ORDERED by Magistrate Judge Sarah Netl Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:18−cv−12276−G (ras) (Entered: 06/28/2023) |
| 28/2023 | 9171 | MEMO ENDORSEMENT on re: 9162 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: the Plair request is GRANTED. The Court adjourns the expert discovery schedule approved in ECF No. 9077. The parties sho joint letter with their proposed expert discovery schedule or schedules within one week of the Court's forthcoming or addressing the pending fact discovery motions. (Signed by Magistrate Judge Sarah Netburn on 6/28/2023) (ras) (Ente 06/28/2023) |
| 28/2023 | 9172 | ORDER: At their request, all judgments and claims by the Ryan and Breitweiser Plaintiffs, as defined in ECF No. 89 been transferred or dismissed from Ryan, et al. v. Islamic Republic of Iran, et al., No. 20−cv−00266. See ECF Nos. 8 (restoring and transferring claims and judgments), 9082 (notice of voluntary dismissal), 9161 (approval of voluntary For the reasons stated at the Court's March 16, 2023 conference, and in light of the status of the Ryan Plaintiffs' clain referenced above, the Clerk of the Court is respectfully directed to change the caption of Case No. 20−cv−00266 to K Maher, Individually, and as Personal Representative of the Estate of Daniel L. Maher, et al. v. Islamic Republic of Ira (Signed by Magistrate Judge Sarah Netburn on 6/28/2023) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−SN. (ras) (Entered: 06/28/2023) |
| 28/2023 | 9173 | ORDER: The Court directs the Charity Defendants to challenge the three identified plaintiffs' experts according to th schedule: July 31, 2023: Charity Defendants' Daubert motion(s) and brief(s) of up to 70 pages total; September 15, 20 Plaintiffs' opposition brief of up to 70 pages; and October 16, 2023: Charity Defendants' reply brief(s) of up to 30 pag the case proceeds to trial, Plaintiffs will be permitted to challenge additional defense experts in pre−trial briefing. Pla agreement to defer briefing does not constitute a waiver of any challenge. (Signed by Magistrate Judge Sarah Netburi 6/28/2023) (ras) (Entered: 06/28/2023) |
| 28/2023 | 9174 | ORDER: The Court directs counsel to re−file these documents by July 6, 2023, and monitor the docket for any defici notices until the Clerk's Office reviews the new filing. Additionally, counsel should (1) identify the plaintiff who is e assert claims on behalf of Louis Gaston (who was deceased when the Gaston complaint was filed); (2) ensure that tha properly added to Gaston, No. 18−cv−12337; and (3) file a letter by July 6, 2023, stating the plaintiff's name, confirn counsel represents that plaintiff, and citing any relevant docket entries. (Signed by Magistrate Judge Sarah Netburn o 6/28/2023) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12337−GBD−SN. (ras) (Entered: 06/28 |
| 29/2023 | 9175 | MEMORANDUM DECISION AND ORDER: ORDER denying (8992) Motion for Certificate of Appealability in ca 1:03−md−01570−GBD−SN; denying (1945) Motion for Certificate of Appealability in case 1:02−cv−06977−GBD−S Dickey Plaintiffs fail to establish the exceptional circumstances necessary to certify an interlocutory appeal or to gran |

| | | |
|---|---|---|
| | | Dickey Plaintiffs' motion to certify an interlocutory appeal and stay all proceedings against the Taliban (ECF No. 899 1945 in No. 02−cv−06977) is DENIED. The Clerk of Court is directed to close the open motions at ECF No. 8992 in 03−md−1570 and ECF No. 1945 in Case No. 02−cv−6977. SO ORDERED. (Signed by Judge George B. Daniels on Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN, 1:02−cv−07236−GBD, 1:18−cv−03353−GBD−SN (ama) (Entered: 06/29/2023) |
| 29/2023 | 9176 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman dated 6/29/2023 re: Shagi. Document filed by Amato.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−10239−GBD.(Goldman, Jerry) (Entered: 06 |
| 30/2023 | 9177 | MEMORANDUM OF LAW in Opposition re: 9113 Objection (non−motion) . Document filed by Plaintiffs Executiv Committees..(Haefele, Robert) (Entered: 06/30/2023) |
| 30/2023 | 9178 | DECLARATION of Robert T. Haefele in Opposition re: 9113 Objection (non−motion). Document filed by Plaintiffs Committees. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3).(Haefele, Robert) (Entered: 06/30/2023) |
| 30/2023 | 9179 | MEMORANDUM OF LAW in Opposition *to PECs Rule 72 Objection 9110 (non−motion)*. Document filed by Worl of Muslim Youth..(Mohammedi, Omar) (Entered: 06/30/2023) |
| 30/2023 | 9180 | DECLARATION of Omar T. Mohammedi re: 9179 Memorandum of Law in Opposition *to PECs Rule 72 Objection* Document filed by World Assembly of Muslim Youth. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9).(Mohammedi, Omar) (Entered: 06/30/2023) |
| 06/2023 | 9181 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Beatrice Gaston..(Dickens, David) **Prop document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** (Entered: 07/ |
| 06/2023 | 9182 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** AFFIDAVIT of David J. Dickens *in Request for Clerk's Entry of Default*. Document filed by Beatrice Gaston. (Attachments: # 1 Exhibit Request for Cler Certificate of Default)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12337−GBD−SN.(Dickens, Modified on 7/6/2023 (tp). (Entered: 07/06/2023) |
| 06/2023 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Dav to RE−FILE Document (77 in 1:18−cv−12337−GBD−SN, 9182 in 1:03−md−01570−GBD−SN) Affidavit,. Use th type Declaration in Opposition (non−motion) found under the event list Other Answers. Filed In Associated C 1:03−md−01570−GBD−SN, 1:18−cv−12337−GBD−SN. (tp)** (Entered: 07/06/2023) |
| 06/2023 | 9183 | DECLARATION of David J. Dickens in Opposition. Document filed by Beatrice Gaston. (Attachments: # 1 Exhibit Clerk's Certificate of Default)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12337−GBD−SN.(Di David) (Entered: 07/06/2023) |
| 06/2023 | 9184 | ORDER of USCA (Certified Copy) USCA Case Number 23−258 (L); 23−263 (Con); 23−304 (Con);, 23−346 (Con); (Con); 23−354 (L); 23−797 (Con). Appellants move for a stay, pending appeal, of the district court orders challenged appeal. Upon due consideration, it is hereby ORDERED that the motions are DENIED because Appellants have not r requisite standard. See Nken v. Holder, 556 U.S. 418, 43435 (2009). To the extent any of the motions should be cons seeking a preliminary injunction, that relief also is DENIED for failure to meet the requisite standard. JTH Tax, LLC 62 F.4th 658, 667 (2d Cir. 2023). Appellants in the appeals docketed under 23−258, 23−263, 23−304, and 23−346 als add the Federal Reserve Bank of New York as an appellee. Upon due consideration it is hereby ORDERED that the r DENIED, without prejudice to the Federal Reserve Bank of New York itself moving to either intervene in these appe appear as amicus curiae. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 7/6/2023..(nd) (E 07/06/2023) |
| 06/2023 | 9185 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman dated 7/06/2023 Document filed by C O'Neill..(Goldman, Jerry) (Entered: 07/06/2023) |
| 06/2023 | 9186 | LETTER addressed to Magistrate Judge Sarah Netburn from David J. Dickens dated 07/06/2023 re: Gaston v. Islami of Iran, Estate of Louis Gaston. Document filed by Beatrice Gaston.Filed In Associated Cases: 1:03−md−01570−GB 1:18−cv−12337−GBD−SN.(Dickens, David) (Entered: 07/06/2023) |
| 07/2023 | 9187 | MOTION to Amend/Correct *certain Plaintiffs' names*. Document filed by Deborah Bowden Hart, Rose Dalessandro, Dambrosi, Joanna Glick, Sasha Tanner.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:17−cv−02003−GBD−SN.(Capone, Dorothea) (Entered: 07/07/2023) |
| 07/2023 | 9188 | DECLARATION of Dorothea M. Capone in Support re: (280 in 1:17−cv−02003−GBD−SN, 9187 in 1:03−md−01570−GBD−SN) MOTION to Amend/Correct *certain Plaintiffs' names*.. Document filed by Deborah Bo Rose Dalessandro, Jacqueline Dambrosi, Joanna Glick, Sasha Tanner. (Attachments: # 1 Exhibit Exhibit)Filed In Ass Cases: 1:03−md−01570−GBD−SN, 1:17−cv−02003−GBD−SN.(Capone, Dorothea) (Entered: 07/07/2023) |
| 07/2023 | 9189 | PROPOSED ORDER. Document filed by Deborah Bowden Hart, Rose Dalessandro, Jacqueline Dambrosi, Joanna G Tanner. (Attachments: # 1 Exhibit Exhibit) Related Document Number: [9187, 280]..(Capone, Dorothea) **Proposed reviewed by Clerk's Office staff.** (Entered: 07/07/2023) |

| | | |
|---|---|---|
| )7/2023 | 9190 | ORDER: Three plaintiffs in Anaya, et al. v. Islamic Republic of Iran, No. 18−cv−12341 ("Anaya"), moved for defaul against the Islamic Republic of Iran. See ECF Nos. 8687, 8688, 8689. They did not, however, file a proposed order as by Section 16.2(b) of this District's Electronic Case Filing Rules and Instructions. Counsel should file a proposed ord motion by July 14, 2023. (Signed by Magistrate Judge Sarah Netburn on 7/7/2023) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN. (ras) (Entered: 07/07/2023) |
| )7/2023 | 9191 | REPORT & RECOMMENDATION re: (130 in 1:18−cv−12341−GBD−SN, 8687 in 1:03−md−01570−GBD−SN) MO Default Judgment as to *stepchildren of the late Michael W. Lowe against Islamic Republic of Iran*, filed by Gary Lan Donovan Lanham, Jasmine Jackman. The Plaintiffs have demonstrated functionally equivalent relationships, so the C recommends granting their motion and awarding each Plaintiff solatium damages of $8,500,000 with prejudgment in rate of 4.96 percent per annum, compounded annually, from September 11, 2001, to the date of judgment. See ECF N (adopting 4.96 percent prejudgment interest rate). The Court further recommends permitting the Plaintiffs to apply fo or other damages later and in a manner consistent with any applicable future Court rulings. The parties shall have fou from the service of this Report and Recommendation to file written objections under 28 U.S.C. § 636(b)(1) and Rule Federal Rules of Civil Procedure. A party may respond to another party's objections within fourteen days after being a copy. Fed. R. Civ. P. 72(b)(2). These objections shall be filed with the Clerk of the Court, with courtesy copies deli chambers of the Honorable George B. Daniels at the United States Courthouse, 500 Pearl Street, New York, New Yo and to any opposing parties. See 28 U.S.C. § 636 (b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b). Any requests for an extensi for filing objections must be addressed to Judge Daniels. The failure to file these timely objections will result in a wa those objections for purposes of appeal. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b); Thomas v. Arn, 140 (1985). (Objections to R&R due by 7/21/2023.) (Signed by Magistrate Judge Sarah Netburn on 7/7/2023) Filed I Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN. (ras) (Entered: 07/07/2023) |
| )7/2023 | 9192 | ORDER denying (8626) Motion for Default Judgment; denying (8638) Motion for Default Judgment in case 1:03−md−01570−GBD−SN; denying (1767) Motion for Default Judgment; denying (1773) Motion for Default Judgm 1:02−cv−06977−GBD−SN; denying (248) Motion for Default Judgment in case 1:02−cv−07230−GBD−SN; denying Motion for Default Judgment in case 1:02−cv−07236−GBD. In October, plaintiffs from the Ryan, Maher, and Breitw families (collectively, "Plaintiffs") filed two motions for default judgment against the Taliban. See ECF No. 8626, 86 that time, plaintiffs on both motions have changed counsel and some have switched or clarified which member cases are affiliated with. See ECF Nos. 8944, 8984, 8985. Because of these changes, adjudicating Plaintiffs' default judgme as filed could cause confusion. The Court therefore denies the Plaintiffs' motions with leave to re−file. The Clerk of t respectfully directed to terminate the motions at ECF Nos. 8626 and 8638, and the related motions in Ashton, No. 02 at ECF Nos. 1767 and 1773; Burlingame, No. 02−cv−07230, at ECF No. 248; and Bauer, No. 02−cv−07236, at ECF (Signed by Magistrate Judge Sarah Netburn on 7/7/2023) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN, 1:02−cv−07236−GBD. (ras) (Entered: 07/07/2023) |
| )7/2023 | 9193 | MOTION to Substitute Party. Old Party: as set forth in Exhibit, New Party: as set forth in Exhibit . Document filed by Bauer, Thomas Beatini, Anita Brennan, Mary Carlino, Salvatore Carlino, Anna Powell, Josephine Zisa. (Attachments Exhibit Exhibit)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236 1:17−cv−02003−GBD−SN.(Capone, Dorothea) (Entered: 07/07/2023) |
| )7/2023 | 9194 | PROPOSED ORDER. Document filed by Robert Bauer, Thomas Beatini, Anita Brennan, Mary Carlino, Salvatore Ca Powell, Josephine Zisa. (Attachments: # 1 Exhibit Exhibit) Related Document Number: [9193, 1973, 255, 283]..(Cap Dorothea) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 07/07/2023) |
| )7/2023 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (9189 in 1:03−md−01570−GBD in 1:17−cv−02003−GBD−SN) Proposed Order, was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:17−cv−02003−GBD−SN. (tp)** (Entered: 07/07/2023) |
| )7/2023 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (256 in 1:02−cv−07236−GBD, 9 1:03−md−01570−GBD−SN, 284 in 1:17−cv−02003−GBD−SN, 1974 in 1:02−cv−06977−GBD−SN) Proposed Ord reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GB 1:02−cv−07236−GBD, 1:17−cv−02003−GBD−SN. (tp)** (Entered: 07/07/2023) |
| )9/2023 | 9195 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** PROPOSED ORDER. Document fil Jasmine Jackman, Donovan Lanham, Gary Lanham. Related Document Number: 8687 ..(Bonner, James) **Proposed O reviewed by Clerk's Office staff.** Modified on 7/10/2023 (nd). (Entered: 07/09/2023) |
| .0/2023 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Jan to RE−FILE Document (158 in 1:18−cv−12341−GBD−SN, 9195 in 1:03−md−01570−GBD−SN) Proposed Orde event type Proposed Judgment found under the event list Proposed Orders. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN(nd)** (Entered: 07/10/2023) |
| .0/2023 | 9196 | PROPOSED JUDGMENT. Document filed by Donovan Lanham, Gary Lanham..(Bonner, James) (Entered: 07/10/20 |
| .0/2023 | 9197 | TRANSCRIPT of Proceedings re: CONFERNECE held on 6/26/2023 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Rebecca Forman, (212) 805−0300. Transcript may be viewed at the court public terminal or pu through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma |

| | | |
|---|---|---|
| | | obtained through PACER. Redaction Request due 7/31/2023. Redacted Transcript Deadline set for 8/10/2023. Releas Transcript Restriction set for 10/10/2023.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(McGuirk, Ke (Entered: 07/10/2023) |
| .0/2023 | 9198 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERI proceeding held on 6/26/2023 has been filed by the court reporter/transcriber in the above−captioned matter. The part seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...F Associated Cases: 1:03−md−01570−GBD−SN et al..(McGuirk, Kelly) (Entered: 07/10/2023) |
| .0/2023 | 9199 | AMENDED MOTION for Default Judgment as to *the Islamic Republic of Iran*. Document filed by Beatrice Gaston, Gaston, Georgina Gaston, Maria Gaston, Ariel Martinez.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12337−GBD−SN.(Dickens, David) (Entered: 07/10/2023) |
| .0/2023 | 9200 | MEMORANDUM OF LAW in Support re: (82 in 1:18−cv−12337−GBD−SN) AMENDED MOTION for Default Ju to *the Islamic Republic of Iran*. . Document filed by Beatrice Gaston, Francis Gaston, Georgina Gaston, Maria Gastor Martinez. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12337−GBD−SN.(Dickens, David) (Ente 07/10/2023) |
| .0/2023 | 9201 | DECLARATION of David J. Dickens in Support re: (82 in 1:18−cv−12337−GBD−SN) AMENDED MOTION for D Judgment as to *the Islamic Republic of Iran*.. Document filed by Beatrice Gaston, Francis Gaston, Georgina Gaston, Gaston, Ariel Martinez. (Attachments: # 1 Exhibit A : Claimants seeking Default)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12337−GBD−SN.(Dickens, David) (Entered: 07/10/2023) |
| .0/2023 | 9202 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** PROPOSED JUDGMENT. Docume Beatrice Gaston, Francis Gaston, Georgina Gaston, Maria Gaston, Ariel Martinez..(Dickens, David) **Proposed Judg reviewed by Clerk's Office staff.** Modified on 7/11/2023 (km). (Entered: 07/10/2023) |
| .1/2023 | 9203 | NOTICE of to Conform to Sudan Consolidated Amended Complaint or Ashton Sudan Amended Complaint. Docume Celestine Kone. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:23−cv−05790−GBD.(Goldman, Jerry) (En 07/11/2023) |
| .1/2023 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Dav to RE−FILE Document (9202 in 1:03−md−01570−GBD−SN, 85 in 1:18−cv−12337−GBD−SN) Proposed Judgm the event type Proposed Orders, Proposed Default Judgment. Filed In Associated Cases: 1:03−md−01570−GB 1:18−cv−12337−GBD−SN(km)** (Entered: 07/11/2023) |
| .1/2023 | 9204 | NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, th plaintiff(s) and or their counsel(s), hereby give notice that the above−captioned action is voluntarily dismissed, witho against the defendant(s) The Republic of the Sudan. Document filed by Maria Aguilar. **Proposed document to be re processed by Clerk's Office staff (No action required by chambers).**. Filed In Associated Cases: 1:03−md−01570 1:23−cv−03246−GBD.(Goldman, Jerry) (Entered: 07/11/2023) |
| .1/2023 | 9205 | MEMO ENDORSEMENT on re: (9186 in 1:03−md−01570−GBD−SN, 79 in 1:18−cv−12337−GBD−SN) Letter, file Beatrice Gaston. ENDORSEMENT: In view of these developments, the Court will consider the Gaston Plaintiffs' am motion for default judgment at ECF No. 9199 and any additional amended motions in lieu of the motion at ECF No. Clerk of the Court is respectfully directed to terminate the open motion on the main multidistrict litigation docket, No 03−md−01570 at ECF No. 8830, and the related motion in Gaston, No. 18−cv−12337 at ECF No. 55. (Signed by Ma Judge Sarah Netburn on 7/11/2023) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12337−GBD− (Entered: 07/11/2023) |
| .1/2023 | 9206 | MEMO ENDORSEMENT on re: (279 in 1:17−cv−02003−GBD−SN) Letter filed by Eileen Hannaford, Michele Ferr York. ENDORSEMENT: Counsel's request is granted. Counsel is directed to update the Court's ECF System to refle plaintiffs previously identified by initials (K.J.H, surviving child of Kevin J. Hannaford; P.H., surviving child of Kev Hannaford; D.T.J., surviving child of Donald T. Jones, II; A.Y., surviving child of Kevin P. York) have now reached majority and are pursuing individual claims on their own behalf as Kevin J. Hannaford, Jr.; Patrick J. Hannaford; Do Jones, III; and Aidan York. (Signed by Magistrate Judge Sarah Netburn on 7/11/2023) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:17−cv−02003−GBD−SN. (ras) (Entered: 07/11/2023) |
| .1/2023 | 9207 | ORDER granting (9187) Motion to Amend/Correct (9187 in 1:03−md−01570−GBD−SN, 280 in 1:17−cv−02003−GE MOTION to Amend/Correct *certain Plaintiffs' names*, in case 1:03−md−01570−GBD−SN; granting (280) Motion to Amend/Correct (9187 in 1:03−md−01570−GBD−SN, 280 in 1:17−cv−02003−GBD−SN) MOTION to Amend/Corre *Plaintiffs' names*, in case 1:17−cv−02003−GBD−SN. Counsel for the Bauer Plaintiffs is directed to correct certain Pl names in the Court's ECF system as set out in ECF No. 9189−1 (current names: Deborah Bowden Hart, Jacqueline D Joanna Glick, Rose Keller D'Alessandro, Sasha Tanner; corrected names: Deborah Bowden, Jacqueline Scales, Joann Rose Keller, Sasha Butler). (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In A Cases: 1:03−md−01570−GBD−SN, 1:17−cv−02003−GBD−SN. (ras) (Entered: 07/11/2023) |

| | | |
|---|---|---|
| .1/2023 | 9208 | ORDER granting (9193) Motion to Substitute Party, in case 1:03−md−01570−GBD−SN; granting (1973) Motion to S Party, in case 1:02−cv−06977−GBD−SN; granting (255) Motion to Substitute Party, in case 1:02−cv−07236−GBD; g (283) Motion to Substitute Party, in case 1:17−cv−02003−GBD−SN. The following parties are substituted in this case at ECF No. 9194−1: Rosemary Bauer, Robert G. Bauer; Jeffery Pickett, Thomas Beatini; John O. Brennan and Mary Magee, Anita Brennan; Leonard DiVittorio, Mary Carlino; Leonard DiVittorio, Salvatore Carlino; Teresa Reller, Ann Rosemary Martie, Josephine Zisa. Counsel for the Bauer Plaintiffs is directed to enter the substituted named in the Co system. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD, 1:17−cv−02003−GBD−SN. (ras) (E 07/11/2023) |
| .1/2023 | 9209 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Beatrice Gaston, Francis Gasto Georgina Gaston, Maria Gaston, Ariel Martinez..(Dickens, David) **Proposed Default Judgment to be reviewed by C Office staff.** (Entered: 07/11/2023) |
| .1/2023 | 9210 | OPINION & ORDER re: 8902 SECOND MOTION to Compel *the Production of Documents from Defendant, Al Raj* filed by Plaintiffs Executive Committees, 9038 LETTER MOTION for Discovery *Seeking Protective Order re: Rule Deposition* addressed to Magistrate Judge Sarah Netburn from Nicole Erb dated April 19, 2023 filed by Al Rajhi Ban LETTER MOTION for Discovery addressed to Magistrate Judge Sarah Netburn from Nicole Erb dated March 2, 202 Al Rajhi Bank, 9002 LETTER MOTION to Compel *the Production of Documents from Plaintiffs* addressed to Magis Sarah Netburn from Nicole Erb dated April 11, 2023 filed by Al Rajhi Bank, 9037 LETTER MOTION for Discovery *Protective Order re: Deposition of the Bank's Chairman* addressed to Magistrate Judge Sarah Netburn from Nicole E April 19, 2023 filed by Al Rajhi Bank. The parties' discovery motions are granted in part and denied in part as describ The discovery required by this Order should be completed by August 11, 2023, unless the parties seek and are grante reasonable extension of that deadline. The parties' joint letter outlining the remaining disputes related to ARB's Motio Compel is due July 17, 2023. The Clerk of the Court is respectfully directed to terminate the motions at ECF Nos. 88 9002, 9037, and 9038. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 7/11/2023) (mml) (Entered: 0 |
| .2/2023 | | *****NOTICE TO COURT REGARDING NOTICE OF VOLUNTARY DISMISSAL Document No. (9204 in 1:03−md−01570−GBD−SN, 13 in 1:23−cv−03246−GBD) Notice of Voluntary Dismissal was reviewed and refer Judge George B. Daniels for approval for the following reason(s): the plaintiff(s) filed their voluntary dismissa not dismiss all of the parties or the action in its entirety. Filed In Associated Cases: 1:03−md−01570−GBD−SN 1:23−cv−03246−GBD(km)** (Entered: 07/12/2023) |
| .2/2023 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (87 in 1:18−cv−12337−GBD−SN, 9209 in 1:03−md−01570−GBD−SN) Proposed Default Judgment was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12337−GBD−SN(km)** (Entered: 07/ |
| .2/2023 | 9211 | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i): Pursuant to Fed. R. Civ 41(a)(1)(A)(i), the plaintiffs herein and their counsel hereby give notice that the above−captioned action is voluntarily without prejudice against the defendant The Republic of the Sudan. SO ORDERED. (Signed by Judge George B. Dan 7/12/2023) (ama) (Entered: 07/12/2023) |
| .2/2023 | | *****DELETED DOCUMENT. Deleted document number 9212 Notice of Voluntary Dismissal. The document w incorrectly filed in this case. (ama)** (Entered: 07/13/2023) |
| .7/2023 | 9212 | MEMORANDUM DECISION AND ORDER: Kreindler & Kreindler' s multiple violations of this Court's Protective inadequate investigation into the leak of the Al Jarrah transcript, obstruction of this Court's subsequent inquiry, and fr motions practice to evade accountability are sanctionable. The record indicates an intent by Kreindler & Kreindler to and undermine the Court's management of this complex multi district litigation. Such misconduct warrants, in the lea sanctions imposed by Magistrate Judge Netburn. This Court will no longer entertain the distractions presented by Kre Kreindler' s misconduct and its resistance to the consequences of its own actions. (See also 10/11/22 Letter to Judge D Magistrate Judge Netburn from PECs (It is not "productive to engage in any further distractions created by the Kreind firm.").) Particularly for a case that aims to resolve liability for the 9/11 Attacks, all Plaintiffs deserve counsel who re rule of law, and the American people deserve a court focused on the merits to close one of the most horrific chapters American history. Therefore, Kreindler & Kreindler's Rule 72 Objections to Magistrate Judge Netburn's Opinion, (EC 8681), are OVERRULED. Kreindler & Kreindler's separate Objections regarding its MPS−related breach of the Gene Protective Order, (ECF No. 8114), are also OVERRULED. Magistrate Judge Netburn's Opinions and Orders, (ECF N and 8544), are CONFIRMED. John Fawcett remains barred from further participation in this case. (Op. at 59.) Should benefit fund be established and the PEC members seek an award for their service, Kreindler & Kreindler attorneys are from seeking any contribution for the PECs' work performed from July 5, 2021, when their firm undermined the PEC leaking the transcript, onward. (Id. at 5 8−5 9.) Kreindler & Kreindler shall pay Saudi Arabia reasonable attorneys' fe associated with investigating and addressing the breach of the Protective Orders, to be determined by the Magistrate J at 59; see also Def.'s Mot. for Attorneys' Fees, ECF No. 8623.) Kreindler & Kreindler attorneys shall not serve on the including specifically the following removed firm attorneys: James P. Kreindler, Justin T. Green, Andrew J.Maloney, S. Moller. (See Case Management Order No. 3, Paragraph 6.) This Court further confirms Magistrate Judge Netburn's Kreindler & Kreindler's request to replace Justin T. Green with Steven R. Pounian and Marc S. Moller with Megan W on the PECs. 10 (See Op. at 64 (denying request at ECF No. 7153). SO ORDERED. (Signed by Judge George B. Dan |

| | | |
|---|---|---|
| | | 7/17/2023) (ama) Modified on 8/1/2023 (ama). (Entered: 07/17/2023) |
| .7/2023 | 9213 | MEMORANDUM DECISION AND ORDER: granting (8511) Motion re: (8511 in 1:03−md−01570−GBD−SN, 39 i 1:21−cv−10239−GBD) MOTION for Partial Final Judgment Against Iran in case 1:03−md−01570−GBD−SN; granti Motion re: (8511 in 1:03−md−01570−GBD−SN, 39 in 1:21−cv−10239−GBD) MOTION for Partial Final Judgment in case 1:21−cv−10239−GBD. Plaintiffs motion for partial final default judgment, (ECF No. 8511), is GRANTED. It ORDERED that Plaintiff is awarded judgment for pain and suffering damages of $7,000,000.00; and it is further ORI that prejudgment interest is awarded for these pain and suffering damages at a rate of 4.96 percent per annum, compo annually, from September 11, 2001, to the date of judgment; and it is further ORDERED that Plaintiff is awarded jud economic damages of$309,790.00; and it is further ORDERED that prejudgment interest is awarded for these econor damages at a rate of 4.96 percent per annum, compounded annually, from July 1, 2022, to the date of judgment; and i ORDERED that Plaintiff may, at a later date, submit applications for punitive damages, or other damages (to the exte awards have not previously been ordered) consistent with any future rulings made by this Court on this issue. The Cl is directed to close the open motions at ECF No. 8511 in Case No. 03−md−1570 and ECF No. 39 in Case No. 21−cv- ORDERED. (Signed by Judge George B. Daniels on 7/17/2023) Filed In Associated Cases: 1:03−md−01570−GBD− 1:21−cv−10239−GBD (ama) (Entered: 07/17/2023) |
| .7/2023 | 9214 | JOINT LETTER addressed to Magistrate Judge Sarah Netburn from Nicole Erb dated July 17, 2023 re: in accordance Court's Orders 9171 and 9210 , to jointly update the Court on the Parties' meet−and−confer discussions and proposed for the remainder of limited jurisdictional discovery. Document filed by Al Rajhi Bank..(Erb, Nicole) (Entered: 07/1 |
| .8/2023 | 9215 | MEMO ENDORSEMENT on re: 9214 Letter, filed by Al Rajhi Bank. ENDORSEMENT: The parties' request is GR Jurisdictional discovery shall proceed on the schedule outlined in this letter. The parties will submit a joint letter disc outstanding disputes with respect to Al Rajhi Bank's Motion to Compel by July 21, 2023. SO ORDERED. (Expert Di due by 12/20/2023. Fact Discovery due by 9/1/2023.) (Signed by Magistrate Judge Sarah Netburn on 7/18/2023) (mn (Entered: 07/18/2023) |
| .8/2023 | 9216 | REPORT & RECOMMENDATION: For the reasons discussed above and in its March 3, 2023 Report and Recomme see ECF No. 8901 at 120, the Court recommends: (1) GRANTING motions for partial default judgment brought on b Latent Injury Decedents listed in Appendix A; (2) awarding them damages as described in Exhibit A; (3) awarding th prejudgment interest of 4.96 percent compounded annually running from September 11, 2001, until the date of judgm permitting them to apply for punitive, economic, or other damages later; and (5) DENYING the motions for partial d judgment brought by Surviving Family Members. Objections to R&R due by 8/1/2023. (Signed by Magistrate Judge Netburn on 7/18/2023) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (mml) (Entered: 07/18/2023) |
| 20/2023 | 9217 | CLERK CERTIFICATE OF MAILING UNEXECUTED for Cover Letter, Second Amended Complaint, dated May (Ray Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U 1602, et seq., Amended Summons, dated August 7, 2019, Notarized affidavits from the Translator mailed to Hezbolla Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Street, Tehran, Iran 11369, 982166739191 By via Federal Express, Tracking No. 7726 5512 0212, to the U.S.Department of State, SA−29, 4 th Floor, 2201 C Stree Washington, DC 20520 Attn: Secretary of State, Director of Consular Services, Office of Policy Review and Inter−A Liaison (CA/OCS/PRI), pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4) 04/29/2021 as per (6781 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. Confirmation that delivery was was not received by the Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GB (BC) (Entered: 07/20/2023) |
| 20/2023 | 9218 | CLERK CERTIFICATE OF MAILING UNEXECUTED for (2) copies of Cover Letter, Second Amended Complain may 6, 2019 (Ray Doc. No 139), Notice of Suit, Pursuant to 22 CFR 93.2, dated May 6, 2019, along with the text of U.S.C. 1602, et seq., Amended Summons, dated August 7, 2019, Notarized affidavits from the Translator mailed to E Akbar Hashemi Rafsanjani, c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Street, T 11369 982166739191 by dispatching via Federal Express, Tracking No. 7726 5511 9506, to the U.S. Department of SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520 Attn: Secretary of State, Director of Consular Services Policy Review and Inter−Agency Liaison (CA/OCS/PRI), pursuant to the provisions of the Foreign Sovereign Immu 28 U.S.C. § 1608(a)(4) on 04/29/2021 as per (6782 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. Con that delivery was executed was not received by the Clerk's Office.Filed In Associated Cases: 1:03−md−01570−GBD- 1:19−cv−00012−GBD−SN (BC) (Entered: 07/20/2023) |
| 20/2023 | 9219 | CLERK CERTIFICATE OF MAILING UNEXECUTED for Cover Letter, Second Amended Complaint, dated May (Ray Doc. No 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U 1602, et seq, Amended Summons, dated August 7, 2019, Notarized affidavits from the Translator mailed to National Petrochemical Company c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs Imam Khomeini Street Tehra 11369 9821667391911 by dispatch to the Secretary of State, Attn:Secretary of State, Director of Consular Services, Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Stree Washington, DC 20520 on 4/28/2021 by Federal Express tracking # 772655120094, as per (6778 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. Confirmation that delivery was executed was not received Clerk's Office.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN(BC) (Entered: 07/ |

| | | |
|---|---|---|
| 20/2023 | 9220 | CLERK CERTIFICATE OF MAILING UNEXECUTED for Cover Letter, Second Amended Complaint, dated May ( (Ray Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U 1602, et seq., Amended Summons, dated August 7, 2019 and Notarized affidavits from the Translators mailed to Aya Hoseini−Khamenei c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs Imam Khomeini Street Tehran, Irar 982166739191 by dispatch to the Secretary of State, Attn: Secretary of State, Director of Consular Services, Office o Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, on 4/28/2021 by Federal Express tracking # 772655119414, as per (6777 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. Confirmation that delivery was executed was not received Clerk's Office.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN(BC) (Entered: 07/: |
| 20/2023 | 9221 | CLERK CERTIFICATE OF MAILING UNEXECUTED for Cover Letter, Second Amended Complaint, dated May ( (Ray Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U 1602, et seq., Amended Summons, dated August 7, 2019, Notarized affidavits from the Translator mailed to National Company, C/O H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Street, Tehran, Iran 1136 982166739191 Attn: Secretary of State, Director of Consular Services, Office of Policy Review and Inter−Agency Li (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520 on 4/28/202 Federal Express tracking # 772655119815, as per (6783 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. Confirmation that delivery was executed was not received by the Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN (BC) (Entered: 07/20/2023) |
| 20/2023 | 9222 | CLERK CERTIFICATE OF MAILING UNEXECUTED for Cover Letter, Second Amended Complaint, dated May ( (Ray Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U 1602, et seq., Amended Summons, dated August 7, 2019, Notarized affidavits from the Translator mailed to National Tanker Company, c/o Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Street, Tehran, Iran 113 982166739191 Attn: Secretary of State, Director of Consular Services, Office of Policy Review and Inter−Agency Li (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520 on 4/29/202 Federal Express tracking # 772655119697, as per (6784 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. Confirmation that delivery was executed was not received by the Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN (BC) (Entered: 07/20/2023) |
| 20/2023 | 9223 | CLERK CERTIFICATE OF MAILING UNEXECUTED for Cover Letter, Second Amended Complaint, dated May ( (Ray Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U 1602, et seq., Amended Summons, dated August 7, 2019 and Notarized affidavits from the Translators mailed to Nat Iranian Gas Company c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs Imam Khomeini Street Tehran, I 982166739191 Attn: Secretary of State, Director of Consular Services, Office of Policy Review and Inter−Agency Li (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520 on 4/28/202 Federal Express tracking # 772655119815, as per (6779 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. Confirmation that delivery was executed was not received by the Clerk's Office. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN (BC) (Entered: 07/20/2023) |
| 20/2023 | 9224 | CLERK CERTIFICATE OF MAILING UNEXECUTED for Cover Letter, Second Amended Complaint, dated May ( (Ray Doc. No. 139), Notice of Suit, pursuant to 22 C.F.R. 93.2, dated May 6, 2019, along with the text of FSIA, 28 U 1602, et seq., Amended Summons, dated August 7, 2019, Notarized affidavits from the Translator mailed to DEFENI Airlines a/k/a Iran Air, c/o H.E. Mohammad Javad Zarif, Minister of Foreign Affairs, Imam Khomeini Street, Tehran 11369, 982166739191, by dispatching via Federal Express to the U.S. Department of State, SA−29, 4th Floor, 2201 ( NW, Washington, DC 20520 Attn: Secretary of State, Director of Consular Services, Office of Policy Review and Int Liaison (CA/OCS/PRI), pursuant to the provisions of the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4) 04/28/2021 by Federal Express tracking # 772655120290, as per (6772 in 1:03−md−01570−GBD−SN) Clerk Certific Mailing,,,,. Confirmation that delivery was executed was not received by the Clerk's Office. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN (BC) (Entered: 07/20/2023) |
| 21/2023 | 9225 | JOINT LETTER addressed to Magistrate Judge Sarah Netburn from Nicole Erb dated July 21, 2023 re: in accordance Court's Orders 9210 and 9215 , to jointly update the Court on outstanding disputes with respect to the Bank's Motion 9002 .. Document filed by Al Rajhi Bank..(Erb, Nicole) (Entered: 07/21/2023) |
| 21/2023 | 9226 | Objection *:WAMY's Reply Brief to Plaintiffs' Opposition To WAMY's Rule 72 Objections*. Document filed by WAMY International, Inc...(Mohammedi, Omar) (Entered: 07/21/2023) |
| 21/2023 | 9227 | DECLARATION of Omar Mohammedi *in Support of Reply Brief (9226)*. Document filed by WAMY International, I (Attachments: # 1 Exhibit Exhibit B to Freeman's Report, # 2 Exhibit Excerpts from Amb. Freeman's Deposition Tra Exhibit Excerpts from Jonathan Winer's Deposition Transcript, # 4 Exhibit Adel Baterjee's Declaration, # 5 Exhibit V June 14 1996 LBI Minutes, # 6 Exhibit Winer 918 − Sep 2 1996 LBI Liquidation letter, # 7 Exhibit Winer fn 207 − U Press Release, # 8 Exhibit Winer fn 205 − USDOT Press Release).(Mohammedi, Omar) (Entered: 07/21/2023) |
| 21/2023 | 9228 | REPLY MEMORANDUM OF LAW in Support re: 9110 Objection (non−motion) *Plaintiffs' Reply to Defendants' Re [ECF No. 9179] to Plaintiffs' Objections [ECF No. 9110] to the Court's April 27, 2023, Opinion and Order [ECF No* Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 07/21/2023) |

| | | |
|---|---|---|
| 21/2023 | 9229 | DECLARATION of Robert T. Haefele in Support re: 9228 Reply Memorandum of Law in Support,. Document filed Plaintiffs Executive Committees. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11).(Haefele, Robert) (Entered: 07 |
| 24/2023 | 9230 | MEMORANDUM DECISION AND ORDER: granting (8687) Motion for Default Judgment; granting (9130) Motio Judgment in case 1:03−md−01570−GBD−SN; granting (130) Motion for Default Judgment in case 1:18−cv−12341− Plaintiffs' motion for partial final default judgment, (ECF No. 8687), is GRANTED. It is ORDERED that Plaintiffs D Lanham, Gary Lanham, and Jasmine Jackman are each awarded judgment for solatium damages in the amount of $8, and it is further ORDERED that prejudgment interest is awarded for these solatium damages at a rate of 4.96 percent compounded annually, from September 11, 2001, to the date of judgment; and it is further ORDERED that Plaintiffs later date, submit applications for punitive damages, or other damages (to the extent such awards have not previously ordered) consistent with any future rulings made by this Court on this issue. The Clerk of Court is directed to close th motions at ECF No. 8687 in Case No. 03− md−1570 and ECF No. 130 in Case No. 18−cv−12341. SO ORDERED. ( Judge George B. Daniels on 7/24/2023) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GB (ama) Modified on 8/1/2023 (ama). (Entered: 07/24/2023) |
| 24/2023 | 9231 | MEMORANDUM DECISION AND ORDER: Because Ashton Plaintiffs have neither demonstrated good cause to re discovery nor provided new evidence to justify altering the jurisdictional discovery period at this late date, Ashton Pl Objections to the Order denying their letter motion for leave to file a motion to compel, (ECF No. 8940; ECF No. 26 17−cv−2003), are OVERRULED. SO ORDERED. (Signed by Judge George B. Daniels on 7/24/2023) Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:17−cv−02003−GBD−SN (ama) (Entered: 07/24/2023) |
| 25/2023 | 9232 | ***SELECTED PARTIES***Objection re: 9210 Memorandum & Opinion,,,,,, *Requiring The Bank's Chairman To A An Oral Deposition Currently Noticed For August 30−31, 2023*. Document filed by Al Rajhi Bank. Motion or Order Under Seal: 1900 .(Erb, Nicole) (Entered: 07/25/2023) |
| 25/2023 | 9233 | ***SELECTED PARTIES***DECLARATION of Nicole Erb *in Support of Al Rajhi Bank's Objection to the Magist Opinion and Order Requiring the Bank's Chairman to Appear for Oral Deposition*. Document filed by Al Rajhi Bank (Attachments: # 1 Exhibit A)Motion or Order to File Under Seal: 1900 .(Erb, Nicole) (Entered: 07/25/2023) |
| 27/2023 | 9234 | AFFIDAVIT OF SERVICE of Summons, Complaint, and Notice of Suit and Translations of each served on Islamic Iran on 5/23/2023. Document filed by Justin Strauss. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated 1:03−md−01570−GBD−SN, 1:22−cv−10823−GBD−SN.(Goldman, Jerry) (Entered: 07/27/2023) |
| 27/2023 | 9235 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Justin Strauss..(Goldman, Jerry) **Propos document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** (Entered: 07 |
| 27/2023 | 9236 | AFFIRMATION of Jerry S. Goldman re: (31 in 1:22−cv−10823−GBD−SN) Proposed Clerk's Certificate of Default, filed by Justin Strauss. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−10823−GBD−SN.(Goldman, Jerry) (Entered: 07/27/2023) |
| 27/2023 | 9237 | CLERK'S CERTIFICATE OF DEFAULT as to the Islamic Republic of Iran. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−10823−GBD−SN.(km) (Entered: 07/27/2023) |
| 27/2023 | 9238 | FIRST LETTER MOTION for Leave to File Sur−Reply *to Plaintiffs' Reply (ECF 9228)* addressed to Judge George B from Omar Mohammedi dated July 27, 2023. Document filed by World Assembly of Muslim Youth..(Mohammedi, (Entered: 07/27/2023) |
| 28/2023 | 9239 | LETTER RESPONSE in Opposition to Motion addressed to Judge George B. Daniels from Plaintiffs Executive Com dated July 28, 2023 re: 9238 FIRST LETTER MOTION for Leave to File Sur−Reply *to Plaintiffs' Reply (ECF 9228)* to Judge George B. Daniels from Omar Mohammedi dated July 27, 2023. . Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 07/28/2023) |
| 31/2023 | 9240 | ORDER denying 9238 Letter Motion for Leave to File Document. Defendants' letter motion, (ECF No. 9238), for lea sur−reply to Plaintiffs' Reply, (ECF No. 9228), is DENIED. The Clerk of Court is respectfully directed to close ECF SO ORDERED. (Signed by Judge George B. Daniels on 7/31/2023) (jca) (Entered: 07/31/2023) |
| 31/2023 | 9241 | MEMORANDUM DECISION AND ORDER: Adopting REPORT AND RECOMMENDATION: for 7141 Report a Recommendation. Magistrate Judge Netburn's Report, (ECF No. 7141), is ADOPTED. This Court strikes Defendant Jelaidan's answer and enters a default judgment against Jelaidan. It is hereby ORDERED that the Plaintiffs Executive Committees' request for Judgment by Default against Defendant Wael Hamza Jelaidan is GRANTED. Final judgmen liability is entered in favor of Plaintiffs and against Wael Hamza Jelaidan for all cases pending in this multi district li which he is named as a party. SO ORDERED. (Signed by Judge George B. Daniels on 7/31/2023) (ama) Transmissio and Judgments Clerk for processing. (Entered: 07/31/2023) |
| 31/2023 | 9242 | MEMORANDUM DECISION AND ORDER: Because Plaintiffs have not demonstrated that Magistrate Judge Netbu 6, 2023 Order was "clearly erroneous" or "contrary to law," Plaintiffs' Rule 72 Objections to the Order granting Defe motion to strike, (ECF No. 8939), are OVERRULED. The Order to strike Winer III is CONFIRMED. SO ORDERE |

| | | |
|---|---|---|
| | | by Judge George B. Daniels on 7/31/2023) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (ama) Modif 8/1/2023 (ama). (Entered: 07/31/2023) |
| 31/2023 | 9243 | MEMORANDUM DECISION AND ORDER:terminating (5675) Motion to Certify Class in case 1:03−md−01570−C terminating (705) Motion to Certify Class in case 1:04−cv−01923−GBD−SN. This Court adopts Magistrate Judge Ne Report by denying the O'Neill Plaintiffs' motion for class certification, (ECF No. 5675), concluding that O'Neill Plair failed to prove by a preponderance of the evidence that class certification is proper under Rule 23. This Court also ad Report's recommendations to grant the O'Neill Plaintiffs' motion to add the Estate of John F. O'Neill as a Plaintiff. Th Plaintiffs' motion for leave to amend the First Consolidated Complaint is denied without prejudice. This Court furthe O'Neill Plaintiffs' request for any stay of proceedings. This Court directs the Clerk of Court to close the open motions No. 5675 in 03−md− 1570 and ECF No. 705 in 04−cv−1923 accordingly. SO ORDERED. (Signed by Judge George on 7/31/2023) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN (ama) Modified o (ama). (Entered: 07/31/2023) |
| 31/2023 | 9244 | LETTER addressed to Judge George B. Daniels from Plaintiffs Executive Committees on behalf of Plaintiffs with cla Al Rajhi Bank dated July 31, 2023 re: Request for approval of briefing schedule in connection with Al Rajhi Banks R Objections. Document filed by Plaintiffs Executive Committees..(Carter, Sean) (Entered: 07/31/2023) |
| 31/2023 | 9245 | CONSENT LETTER MOTION for Leave to File Amended Short Form Complaint to add parties *Joanne Mistrulli, a Representative of the Estate of Frank Mistrulli, Deceased, a surviving Sibling of Joseph D. Mistrulli; and Michael Lo Sr. as Personal Representative of the Estate of Carmello LoGuidice, Deceased, a surviving Parent of Catherine Lisa LoGuidice,Vito Garfi, as Personal Representative of the Estate of Francesco Garfi, Deceased; Marianna Garfi, surv Parent of Francesco Garfi, Deceased; Salvatore Garfi, surviving Parent of Francesco Garfi, Deceased; and, Vito Ga surviving Sibling of Francesco Garfi, Deceased,* addressed to Magistrate Judge Sarah Netburn from Timothy B. Flem July 31, 2023. Document filed by Danielle McGuire, Mara McGuire, Ryan McGuire, Sean McGuire, Shea McGuire. (Attachments: # 1 Exhibit Amended Short Form Complaint, # 2 Appendix Corrected and Amended Appendix)Filed I Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00031−GBD−SN.(Fleming, Timothy) (Entered: 07/31/2023 |
| 31/2023 | 9246 | MOTION JOINT MOTION TO EXCLUDE THE EXPERT TESTIMONY OF EVAN KOHLMANN AND MATTH LEVITT . Document filed by Abdullah Al Obaid, Abdullah bin Al−Turki, Adnan Basha, International Islamic Relief Organization(IIRO), Muslim World League, Abdullah Naseef..(Bembry, Aisha) (Entered: 07/31/2023) |
| 31/2023 | 9247 | MEMORANDUM OF LAW in Support re: 9246 MOTION JOINT MOTION TO EXCLUDE THE EXPERT TESTI EVAN KOHLMANN AND MATTHEW LEVITT . . Document filed by Abdulla Al Obaid, Abdullah Al Turki, Adna International Islamic Relief Organization(IIRO), Muslim World League, Abdullah Naseef..(Bembry, Aisha) (Entered 07/31/2023) |
| 31/2023 | 9248 | MOTION to Preclude *Testimony of Victor Comras*. Document filed by Yasin Kadi, Yassin Kadi..(Salerno, Peter) (En 07/31/2023) |
| 31/2023 | 9249 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** MOTION to Preclude *Memorandum Support of Motion to Exclude Testimony of Victor Comras*. Document filed by Yasin Kadi, Yassin Kadi..(Salerno, Pe Modified on 8/1/2023 (db). (Entered: 07/31/2023) |
| 31/2023 | 9250 | DECLARATION of AISHA BEMBRY in Support re: 9246 MOTION JOINT MOTION TO EXCLUDE THE EXPE TESTIMONY OF EVAN KOHLMANN AND MATTHEW LEVITT .. Document filed by Abdulla Al Obaid, Abdul Turki, Adnan Basha, International Islamic Relief Organization(IIRO), Muslim World League, Abdullah Naseef. (Att 1 Exhibit 01−Catalog of Impermissible Testimony, # 2 Exhibit 02−Expert Report of Evan Kohlmann dated March 10 Exhibit 03−Excerpt Trial Testimony from United States v. Paracha, No. 03 CR 1197 (S.D.N.Y. Nov. 2, 2005), # 4 Ex 04−Excerpt of Regina v. Faqih (Jan. 23, 2007, # 5 Exhibit 06−Rebuttal Report of Expert Evan Francois Kohlmann da February 2, 2021, # 6 Exhibit 07−Evan Kohlmanns CV, # 7 Exhibit 08−Excerpt of Hearing Transcript from United S Abu Ali, 05 Cr. 53 (GBL) (E.D. Va.), (Oct. 28, 2005), # 8 Exhibit 09−Another Saudi hijacker turns up in Tunis, # 9 E 10−Excerpt from September 2018 FATF Anti−money laundering and counter−terrorist financing measures, # 10 Exh 11−Excerpt of CRA Report: PEC−WAMY031448, PEC−WAMY031448, PEC−WAMY031455−58, # 11 Exhibit 12 Arab Cohort−Volunteers Cover indicating the publishing company as House of Learning Printing Press Co, # 12 Exh 13−Excerpt of Daubert Hearing from United States v. Hausa, No.12CR00134(BMC) (E.D.N.Y February 6, 2017), # 14−FrontPageMagazine.com, Saudis Spread Hate Speech in U.S, # 14 Exhibit 15−NY TIME MAGAZINE, The Less Anwar al−Awlaki, # 15 Exhibit 16−Human Rights Watch Fact Sheet: Flawed Guantanamo Assessment File, Decemb 16 Exhibit 17−Human Rights Watch Issue Brief: Guantanamo Detainee Transfers, December 2018, # 17 Exhibit 18−JTF−GTMO Risk Matrix for the Charitable Sector, # 18 Exhibit 19−Excerpt of Mammar Ameurs JTF GTMO De Assessment, # 19 Exhibit 20−Unclassified Summary of Evidence for Administrative Review Board in the Case of Ar Mammar, # 20 Exhibit 21−Excerpt of Unclassified Summary of Evidence for Administrative Review Board in the Ca Hussein, Hassan, # 21 Exhibit 22−Expert Report of John Barron dated August. 7, 2020, # 22 Exhibit 23−Excerpt of E Report of Jonathan M. Winer dated March 10, 2020, # 23 Exhibit 24−Excerpt of 9/11 Commission Report, # 24 Supp 25−OFAC Sanction List Search Result for Benevolence International Foundation, # 25 Exhibit 26−February 23, 199 from WAMY to Adel Batterjee, # 26 Exhibit 27−WAMYSA029936 (LBI flyer documents) and WAMYSA057782 (l documents), # 27 Exhibit 28−LBI Envelope, # 28 Exhibit 29−May 11, 1993 Letter from WAMY to Prince Abdulaziz |

| | | |
|---|---|---|
| | | Exhibit 30−Times of India, WAMY Sets Its Foot in Hyderabad, # 30 Exhibit 31−Excerpt of Matthew A. Levitt Depo Transcripts, # 31 Exhibit 32−Invoices for Services Provided by Matthew Levitt, # 32 Exhibit 33−Memorandum from A. Levitt to Barbara Hammerle, # 33 Exhibit 34−Expert Report of Matthew A. Levitt dated March 9, 2020, # 34 Exh 35−June 28, 2019 Subpoena Matthew A. Levitt to Testify, # 35 Exhibit 36−August 16, 2019 Letter from Paul Ahern, Treasury Response to Sean OConnor and Robert Haefele, # 36 Exhibit 37−Excerpt from Jimmy Gurule Deposition T dated July 7, 2021, # 37 Exhibit 38−Expert Rebuttal Report of Dr. Matthew Levitt dated January 18, 2021, # 38 Exhi 39−Expert Report of Jimmy Gurule dated February 1, 2021, # 39 Exhibit 40−Matthew A. Levitts CV, # 40 Exhibit 41−Unclassified Summary of Evidence for Administrative Review Board in the Case of Qahtani, Said Muhammad H Exhibit 42−Complaint filed in Sana−Bell, Inc. v. BMI Real Estate, # 42 Exhibit 43−Plaintiffs Proposed Findings of F Conclusion of Laws filed in Sana−Bell, Inc. v. BMI Real Estate, # 43 Exhibit 05−Excerpt of Evan Kohlmann Deposi Transcript).(Bembry, Aisha) (Entered: 07/31/2023) |
| 31/2023 | 9251 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** MOTION to Preclude *Declaration o Salerno in Support of Motion to Exclude Testimony of Victor Comras*. Document filed by Yasin Kadi, Yassin Kadi. (Attachments: # 1 Exhibit Comras Report, # 2 Exhibit Comras Rebuttal Report, # 3 Exhibit Comras Depo Excerpts, # Comras Depo Corrigendum, # 5 Exhibit Comras, Flawed Diplomacy, # 6 Exhibit Comras blog post, # 7 Exhibit Guru Excerpts, # 8 Exhibit FATF Report, # 9 Exhibit Kadi OFAC Statement, # 10 Exhibit Kadi OFAC Statement, # 11 Ex Depo Excerpts pt. 1, # 12 Exhibit Kadi Depo Excerpts pt. 2, # 13 Exhibit Kadi Depo Errata Sheet, # 14 Exhibit Kadi OFAC Questions, # 15 Exhibit FBI Witness Interview, # 16 Exhibit Swiss FBI Final Report, # 17 Exhibit Swiss Poli Supplementary Report, # 18 Exhibit OFAC Partial TDY Report, # 19 Exhibit OFAC Complete TDY Report, # 20 Ex AHAMAA Desig Press Release, # 21 Exhibit Zindani Desig Press Release, # 22 Exhibit Bergen, The OBL I Know E 23 Exhibit Ltr terminating Swiss Investig., # 24 Exhibit Treas Dep't Desig Julaidan, # 25 Exhibit Benthall, Charitable Excerpts, # 26 Exhibit 9−11 Comm'n Staff Interview with Patrick Fitzgerald).(Salerno, Peter) Modified on 8/1/2023 ( (Entered: 07/31/2023) |
| 01/2023 | 9252 | MEMO ENDORSEMENT: on re: 9244 Letter filed by Plaintiffs Executive Committees. ENDORSEMENT: SO ORI Responses due by 8/9/2023, Replies due by 8/17/2023.) (Signed by Judge George B. Daniels on 7/31/2023) (ama) (E 08/01/2023) |
| 01/2023 | 9253 | CLERK'S DEFAULT JUDGMENT in favor of plaintiffs and against Wael Hamza Jelaidan. It is, ORDERED, ADJU AND DECREED: That for the reasons stated in the Court's Memorandum Decision and Order dated July 31, 2023, M Judge Netburn's Report, (ECF No. 7141), is ADOPTED. This Court strikes Defendant Wael Jelaidan's answer and en default judgment against Jelaidan. The Plaintiffs Executive Committees' request for Judgment by Default against Def Wael Hamza Jelaidan is GRANTED. Final judgment on liability is entered in favor of Plaintiffs and against Wael Ha Jelaidan for all cases pending in this multi district litigation for which he is named as a party. (Signed by Clerk of Co Krajick on 8/1/2023) (Attachments: # 1 Appeal Package) (km) (Entered: 08/01/2023) |
| 01/2023 | 9254 | NOTICE of NOTICE OF FILING OF CORRECTED EXHIBIT TO THE DECLARATION OF AISHA BEMBRY re Declaration in Support of Motion,,,,,,,,,,,,,,. Document filed by Abdulla Al Obaid, Abdullah Al Turki, Adnan Basha, International Islamic Relief Organization(IIRO), Muslim World League, Abdullah Naseef. (Attachments: # 1 Exhibit CORRECTED 01−Catalog of Impermissible Testimony).(Bembry, Aisha) (Entered: 08/01/2023) |
| 01/2023 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Pet Salerno to RE−FILE Document 9249 MOTION to Preclude *Memorandum of Law in Support of Motion to Excl Testimony of Victor Comras*.. Use the event type Memorandum in Support of Motion found under the event list Opposition and Supporting Documents. (db)** (Entered: 08/01/2023) |
| 01/2023 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Pet Salerno to RE−FILE Document 9251 MOTION to Preclude *Declaration of Peter C. Salerno in Support of Motio Exclude Testimony of Victor Comras*.. Use the event type Declaration in Support of Motion found under the eve Replies, Opposition and Supporting Documents. (db)** (Entered: 08/01/2023) |
| 01/2023 | 9255 | MEMORANDUM OF LAW in Support re: 9249 MOTION to Preclude *Memorandum of Law in Support of Motion to Testimony of Victor Comras*. . Document filed by Yasin Kadi, Yassin Kadi..(Salerno, Peter) (Entered: 08/01/2023) |
| 01/2023 | 9256 | DECLARATION of Peter C. Salerno in Support re: 9248 MOTION to Preclude *Testimony of Victor Comras*.. Docun by Yasin Kadi, Yassin Kadi. (Attachments: # 1 Exhibit Ex A−Comras Expert Report, # 2 Exhibit Ex B−Comras Rebu Report, # 3 Exhibit Ex C−Comras Deposition Excerpts, # 4 Exhibit Ex D−Comras Deposition Corrigendum, # 5 Exh E−Comras, Flawed Diplomacy Excerpts, # 6 Exhibit Ex F−Comras, "It's Time to Put Yasin Al Kadi Out of Business! Exhibit Ex G−Gurule Deposition Excerpts, # 8 Exhibit Ex H−FATF, Risk of Terrorist Abuse in Non−Profit Organisa Exhibit Ex I1−Kadi OFAC Statement Pt. 1, # 10 Exhibit Ex I2−Kadi OFAC Statement Pt. 2, # 11 Exhibit Ex J1−Kad Deposition Excerpts Pt. 1, # 12 Exhibit Ex J2−Kadi Deposition Excerpts Pt. 2, # 13 Exhibit Ex K−Kadi Deposition E # 14 Exhibit Ex L−Kadi Answers to OFAC Questions, # 15 Exhibit Ex M−FBI Witness Interview 6−2−2004, # 16 Ex N−Swiss FBI Final Rep 5−20−2005 Excerpts, # 17 Exhibit Ex O−Swiss Police Supplementary Rep 11−5−2007 Exce Exhibit Ex P−OFAC TDY Rep−partial with Bates pages Comras cites, # 19 Exhibit Ex Q−OFAC TDY Complete Re Exhibit Ex R−OFAC AHAMAA Desig Press Release 5−6−2004, # 21 Exhibit Ex S−OFAC Zindani Desig Press Rele 2−24−2004, # 22 Exhibit Ex T−Bergen, The Osama bin Laden I Know Excerpts, # 23 Exhibit Ex U−Letter from Swi |

| | | |
|---|---|---|
| | | AG 12−17−2007 announcing end of investig of Yassin Kadi, # 24 Exhibit Ex V−OFAC Julaidan Desig Press Release # 25 Exhibit Ex W−Benthall et al, The Charitable Crescent Excerpts, # 26 Exhibit Ex X−Memorandum of 9−11 Com dtd 1−28−2004 re Interview of Patrick Fitzgerald).(Salerno, Peter) (Entered: 08/01/2023) |
| )1/2023 | 9257 | OBJECTION to (98 in 1:20−cv−00415−GBD−SN, 94 in 1:20−cv−00315−GBD−SN, 93 in 1:20−cv−00412−GBD−S 1:20−cv−00354−GBD−SN, 90 in 1:20−cv−00355−GBD−SN, 91 in 1:20−cv−00411−GBD−SN, 93 in 1:20−cv−00340−GBD−SN, 9216 in 1:03−md−01570−GBD−SN), (8901 in 1:03−md−01570−GBD−SN, 76 in 1:20−cv−00412−GBD−SN, 77 in 1:20−cv−00315−GBD−SN, 76 in 1:20−cv−00415−GBD−SN, 73 in 1:20−cv−00355−GBD−SN, 70 in 1:20−cv−00354−GBD−SN, 74 in 1:20−cv−00411−GBD−SN, 76 in 1:20−cv−00340−GBD−SN) Report and Recommendations Document filed by Gerard Ahearn, Joanne Alcabes, Mich Suzzanne Anderson, Georgia Asciutto, Johnn Basci, Elaine Mandelkow. Filed In Associated Cases: 1:03−md−01570 et al..(Salzman, Barry) (Entered: 08/01/2023) |
| )1/2023 | 9259 | CLERK'S DEFAULT JUDGMENT in favor of Donovan Lanham, Gary Lanham, Jasmine Jackman against Islamic R Iran in the amount of $33,026,271.97. It is, ORDERED, ADJUDGED AND DECREED: That for the reasons stated i Court's Memorandum Decision and Order dated July 24, 2023, Plaintiffs' motion for partial final default judgment, (E 8687), is GRANTED. It is ORDERED that Plaintiffs Donovan Lanham, Gary Lanham, and Jasmine Jackman are eac judgment for solatium damages in the amount of $8,500,000.00; and it is further ORDERED that prejudgment interes awarded for these solatium damages at a rate of 4.96 percent per annum, compounded annually, from September 11, date of judgment, in the amount of $24,526,271.97; and it is further ORDERED that Plaintiffs may, at a later date, su applications for punitive damages, or other damages (to the extent such awards have not previously been ordered) co with any future rulings made by this Court on this issue. (Signed by Clerk of Court Ruby Krajick on 8/1/2023) (Attac Appeal Package) (km) (Entered: 08/02/2023) |
| )2/2023 | 9258 | CERTIFICATE OF SERVICE of Second Amended Complaint and Summons served on The Taliban on June 6, 2023 filed by Deborah Grazioso. (Attachments: # 1 Exhibit Exhibit A − Notice, # 2 Exhibit Exhibit B − Web site, # 3 Exhi C − Al Quds, # 4 Exhibit Exhibit D − NYT, # 5 Exhibit Exhibit E − NYT Int'l, # 6 Exhibit Exhibit F − Twitter)Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−01188−GBD.(Fleming, Timothy) (Entered: 08/02/2023) |
| )2/2023 | 9260 | NOTICE of Iran Notice of Amendment re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by August Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11865−GBD−SN.(Goldman, Jerry) (Entered: 08/02 |
| )2/2023 | 9261 | MOTION to Substitute Party. Old Party: John Doe 79, being intended to designate the Personal Representative of the Raymond Sanchez, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has ex and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivo legally entitled beneficiaries and family members of Raymond Sanchez, New Party: Raymond Sanchez, Jr., as the Pe Representative of the Estate of Raymond Sanchez, deceased, and on behalf of all survivors and all legally entitled be and family members of Raymond Sanchez . Document filed by C. O'Neill, August Bernaerts, Estate of John Patrick C Susan M. King.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:19−cv−11865− 1:22−cv−05193−GBD−SN.(Goldman, Jerry) (Entered: 08/02/2023) |
| )2/2023 | 9262 | PROPOSED ORDER. Document filed by Susan M. King. Related Document Number: 9261 ..(Goldman, Jerry) **Prop Order to be reviewed by Clerk's Office staff.** Modified on 8/2/2023 (km). (Entered: 08/02/2023) |
| )2/2023 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (181 in 1:19−cv−11865−GBD− 1:04−cv−01076−GBD−SN, 63 in 1:22−cv−05193−GBD−SN, 9262 in 1:03−md−01570−GBD−SN) Proposed Ord reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GB 1:19−cv−11865−GBD−SN, 1:22−cv−05193−GBD−SN(km)** (Entered: 08/02/2023) |
| )4/2023 | 9263 | ORDER granting (9261) Motion to Substitute Party, in case 1:03−md−01570−GBD−SN; granting (767) Motion to Su Party, in case 1:04−cv−01076−GBD−SN; granting (180) Motion to Substitute Party, in case 1:19−cv−11865−GBD− granting (62) Motion to Substitute Party, in case 1:22−cv−05193−GBD−SN. As set out in ECF No. 9262, Raymond S Jr., as the Personal Representative of the Estate of Raymond Sanchez is substituted for John Doe 79, being intended t the Personal Representative of the Estate of Raymond Sanchez; and Ayleen Arroyo, as the Personal Representative o of Ayleen J. Santiago is substituted for John Doe 131, being intended to designate the Personal Representative of the Ayleen J. Santiago. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associate 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:19−cv−11865−GBD−SN, 1:22−cv−05193−GBD−SN. (ra 08/04/2023) |
| )4/2023 | 9264 | ORDER granting (9245) Letter Motion for Leave to File Document in case 1:03−md−01570−GBD−SN; granting (68 Motion for Leave to File Document in case 1:19−cv−00031−GBD−SN. (HEREBY ORDERED by Magistrate Judge Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00031−GBD−SN. (ras 08/04/2023) |
| )4/2023 | 9265 | ***SELECTED PARTIES*** REPLY MEMORANDUM OF LAW in Support re: 9088 MOTION to Preclude *Expe Testimony*. . Document filed by Plaintiffs Executive Committees, Dallah Avco Trans Arabia, FBI, Kingdom of Saudi |

| | | |
|---|---|---|
| | | Motion or Order to File Under Seal: 4255 .(Kellogg, Michael) (Entered: 08/04/2023) |
| )4/2023 | 9266 | NOTICE of Amendment to Add Plaintiffs. Document filed by Susan M. King. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−05193−GBD−SN.(Goldman, Jerry) (Entered: 08/04/2023) |
| )4/2023 | 9267 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert K. Kry dated August 4, 2023 re: Joinder in KSA reply (Dkt. 9265). Document filed by Dallah Avco Trans Arabia..(Kry, Robert) (Entered: 08/04/2023) |
| )4/2023 | 9268 | ***SELECTED PARTIES***DECLARATION of Gregory G. Rapawy in Support re: 9265 Reply Memorandum of I Support of Motion,. Document filed by Dallah Avco Trans Arabia, Plaintiffs Executive Committees, FBI, Kingdom o Arabia. (Attachments: # 1 Exhibit 94, # 2 Exhibit 95, # 3 Exhibit 96, # 4 Exhibit 97, # 5 Exhibit 98, # 6 Exhibit 99, # 100)Motion or Order to File Under Seal: 4255 .(Kellogg, Michael) (Entered: 08/04/2023) |
| )4/2023 | 9269 | ***SELECTED PARTIES*** REPLY MEMORANDUM OF LAW in Support re: 9091 MOTION to Preclude *Expe Testimony*. . Document filed by Plaintiffs Executive Committees, Dallah Avco Trans Arabia, Kingdom of Saudi Arab Motion or Order to File Under Seal: 4255 .(Haefele, Robert) (Entered: 08/04/2023) |
| )4/2023 | 9270 | ***SELECTED PARTIES***DECLARATION of Robert T. Haefele in Support re: 9091 MOTION to Preclude *Expe Testimony*.. Document filed by Plaintiffs Executive Committees, Dallah Avco Trans Arabia, Kingdom of Saudi Arab (Attachments: # 1 Exhibit 103, # 2 Exhibit 104, # 3 Exhibit 105, # 4 Exhibit 106, # 5 Exhibit 107, # 6 Exhibit 108, # 109, # 8 Exhibit 110, # 9 Exhibit 111, # 10 Exhibit 112, # 11 Exhibit 113, # 12 Exhibit 114, # 13 Exhibit 115, # 14 E # 15 Exhibit 117, # 16 Exhibit 118, # 17 Exhibit 119, # 18 Exhibit 120, # 19 Exhibit 121, # 20 Exhibit 122, # 21 Exhi 22 Exhibit 124, # 23 Exhibit 125)Motion or Order to File Under Seal: 4255 .(Haefele, Robert) (Entered: 08/04/2023) |
| )7/2023 | 9271 | NOTICE of to Conform to Sudan Consolidated Amended Complaint or Ashton Sudan Amended Complaint re: (6539 1:03−md−01570−GBD−SN) Notice (Other). Document filed by Jessica Derubbio. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05306−GBD−SN, 1:18−cv−05321−GBD−SN, 1:19−cv−11865−GBD−SN, 1:23−cv−05790−GBD.(Goldman, Jerry) (Entered: 08/07/2023) |
| )8/2023 | 9272 | MEMORANDUM DECISION AND ORDER: Adopting REPORT AND RECOMMENDATION: Because Plaintiffs demonstrated that Magistrate Judge Netburn's April 30, 2021Order was "clearly erroneous" or "contrary to law," Plai 72 Objections to the Order, (ECF No. 6804), are OVERRULED. Magistrate Judge Netburn's April 30, 2021 Order, (I 6789), is CONFIRMED. SO ORDERED. (Signed by Judge George B. Daniels on 8/08/2023) (ama) (Entered: 08/08/2 |
| )8/2023 | 9273 | JOINT LETTER addressed to Magistrate Judge Sarah Netburn from Edward M. Spiro dated August 8, 2023 re: Kreir Kreindler LLP and Kingdom of Saudi Arabias Settlement of October 12, 2022 Fees Application, ECF No. 8623. Doc by Kreindler & Kreindler LLP..(Spiro, Edward) (Entered: 08/08/2023) |
| )9/2023 | 9274 | MEMORANDUM DECISION AND ORDER: Plaintiffs' motions for partial default judgment are GRANTED as to t Injury Decedents and DENIED as to the Surviving Family Members. It is ORDERED Plaintiffs' Motion for Judgmen Default against the Islamic Republic of Iran is GRANTED and final judgment on liability is entered against the Islam of Iran, consistent with ECF No. 3443, and in favor of the Plaintiffs identified in Appendix A of the Report at ECF N and it is further ORDERED that Plaintiffs identified in Appendix A of the Report at ECF No. 9216 are each awarded for pain and suffering damages in the amount indicated; and it is further ORDERED that prejudgment interest is awa these pain and suffering damages at a rate of 4. 96 percent per annum, compounded annually, from September 11, 20 date of judgment; and it is further ORDERED that the motions for partial default judgment on behalf of Latent Injury Rebecca A. Buck, Dennis M. Organ, Robert Carlo Rossi, Michael F. Shipsey, and Donna Siciliano are DENIED with refile once the proper parties are substituted; and it is further ORDERED that the motions for partial default judgmen by the Surviving Family Members are DENIED; and it is further ORDERED that Plaintiffs may, at a later date, subm applications for punitive damages, or other damages (to the extent such awards have not previously been ordered) co with any future rulings made by this Court on this issue. SO ORDERED. (Signed by Judge George B. Daniels on 8/0 Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (ama) (Entered: 08/09/2023) |
| )9/2023 | 9275 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 9232 Objection (non−motion), *Memo of L support of Plaintiffs' Opposition to Al Rajhi Bank's Objections to Magistrate Judge's Opinion and Order Requiring th Chairman to Appear for Oral Deposition*. Document filed by Al Rajhi Bank, Plaintiffs Executive Committees. Motio to File Under Seal: 1900 .(Carter, Sean) (Entered: 08/09/2023) |
| )9/2023 | 9276 | ***SELECTED PARTIES***DECLARATION of William N. Clark, Jr. re: 9275 Memorandum of Law in Support, *of William N. Clark, Jr. in support of Plaintiffs' Opposition to Al Rajhi Bank's Objections to the Magistrate Judge's C Order Requiring the Bank's Chairman to Appear for Oral Deposition*. Document filed by Al Rajhi Bank, Plaintiffs E Committees. Motion or Order to File Under Seal: 1900 .(Carter, Sean) (Entered: 08/09/2023) |
| .0/2023 | 9277 | NOTICE of to Conform to Consolidated Amended Complaint re: (3463 in 1:03−md−01570−GBD−SN) Amended Co Document filed by Jessica Derubbio. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) ( 08/10/2023) |

| | | |
|---|---|---|
| .0/2023 | 9278 | MEMORANDUM DECISION AND ORDER: Adopting REPORT AND RECOMMENDATION: for (7942 and 854 1:03−md−01570−GBD−SN) Report and Recommendation. This Court ADOPTS Magistrate Judge Netburn's Report denying Sudan's motion to dismiss, (ECF No. 6574), for lack of subject−matter jurisdiction and finding that this Cour jurisdiction over the claims against Sudan. Plaintiffs have sufficiently pled their 28 U.S.C. § 1605A(c) and (d), ATA liability, and civil RICO claims. Plaintiffs have also sufficiently pled state law trespass claims, and Ashton and Burne have sufficiently pled state law assault and battery claims. This Court also ADOPTS the Report by granting Sudan's r dismiss for failure to state a claim as to the (1) Plaintiffs' state law claims for punitive damages, conspiracy, aiding an intentional infliction of emotional distress, negligence, and assault and battery brought after September 11, 2002; and Plaintiffs' international law claims. This Court declines to adopt the Report regarding the Plaintiffs' ATS claims and s liability ATA claims, hereby granting Sudan's motion to dismiss for failure to state a claim as to Plaintiffs' ATS clain aiding−and−abetting and conspiracy claims. This Court directs the Clerk of Court to vacate the Certificates of Defaul Nos. 2511 and 2575 and the associated Certificate dated September 9, 2005 for Federal Insurance Company. The Cle is directed to close the open motion at ECF No. 6574 accordingly. SO ORDERED. Motions terminated: (6574 in 1:03−md−01570−GBD−SN) MOTION to Dismiss Sudan's Notice of Its Consolidated Motion to Dismiss the Amend Complaints for Lack of Subject−Matter Jurisdiction Lack of Personal Jurisdiction, And For Failure to State a Claim f Republic of the Sudan. (Signed by Judge George B. Daniels on 8/10/2023) (ama) Modified on 8/10/2023 (ama). (Ent 08/10/2023) |
| .1/2023 | 9279 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated August 11, 2023 for oral argument. Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 08/11/2023) |
| .1/2023 | 9280 | ORDER denying (1040) Motion for Default Judgment in case 1:03−cv−09849−GBD−SN; denying (8559) Motion fo Judgment in case 1:03−md−01570−GBD−SN. The Court schedules a conference for Wednesday, September 6, 2023, p.m. in Courtroom 110, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Counsel should be discuss whether the above−referenced forms should be modified and how the procedures for preparing default judgm can be improved. For the reasons stated, the Court denies with leave to refile the motion for default judgment filed by in Burnett, No. 03−cv−09849. The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 855 related motion at ECF No. 1040 in No. 03−cv−09849. (Signed by Magistrate Judge Sarah Netburn on 8/11/2023) File Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN. (ras) (Entered: 08/11/2023) |
| .1/2023 | | Set/Reset Hearings: Status Conference set for 9/6/2023 at 02:00 PM in Courtroom 110, 40 Centre Street, New York, before Magistrate Judge Sarah Netburn. (ras) (Entered: 08/11/2023) |
| .1/2023 | 9281 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated 08/11/2023 re: opposition to request for oral argument. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 08/11/2023) |
| .4/2023 | 9282 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED CLERK'S CERTIFICATE OF DEFAULT. D filed by Stephanie Desimone..(Dickens, David) **Proposed document to be reviewed and processed by Clerk's Offi (No action required by chambers).** Modified on 8/14/2023 (nd). (Entered: 08/14/2023) |
| .4/2023 | 9283 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** DECLARATION of David J. Dickens in Support re: (55 in 1:21−cv−07679−GBD) Proposed Clerk's Certificate of Default. Document filed by Stephanie Desimone. (Attachmen Exhibit A: Request for Certificate of Default)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−07679−GBD.(Dickens, David) Modified on 8/14/2023 (nd). (Entered: 08/14/2023) |
| .4/2023 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED CLERK'S CERTIFICATE OF DEF. Notice to Attorney David Dickens. RE−FILE Document No. (55 in 1:21−cv−07679−GBD, 9282 in 1:03−md−01570−GBD−SN) Proposed Clerk's Certificate of Default,. The filing is deficient for the following re the proposed clerk's certificate of default lists the wrong filed date for the complaint. Re−file the document usi event type Proposed Clerk's Certificate of Default found under the event list Proposed Orders − select the corr filer/filers − attach the correct PDF that − lists the correct filed date of the complaint, lists the correct name(s) party(ies) who was/were served, lists the correct date the party(ies) was/were served, lists the correct filed date proof of service. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−07679−GBD(nd)** (Entered: 08/ |
| .4/2023 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − DEFICIENT DOCKET ENTRY ERROR. Notic Attorney David Dickens to RE−FILE Document (56 in 1:21−cv−07679−GBD, 9283 in 1:03−md−01570−GBD−S Declaration in Support. ERROR(S): docket entry linked to deficient filing. Re−file Declaration in support afte re−filing Clerk's Certificate of Default. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−07679−** (Entered: 08/14/2023) |
| .4/2023 | 9284 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Stephanie Desimone..(Dickens, David) **P document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** Modified on (km). (Entered: 08/14/2023) |
| .4/2023 | 9285 | DECLARATION of David J. Dickens in Support re: (57 in 1:21−cv−07679−GBD) Proposed Clerk's Certificate of D Document filed by Stephanie Desimone. (Attachments: # 1 Exhibit A: Request for Certificate of Default)Filed In Ass Cases: 1:03−md−01570−GBD−SN, 1:21−cv−07679−GBD.(Dickens, David) (Entered: 08/14/2023) |

| | | |
|---|---|---|
| .4/2023 | 9286 | CLERK'S CERTIFICATE OF DEFAULT as to the Islamic Republic of Iran.(km) (Entered: 08/14/2023) |
| .4/2023 | 9287 | OPINION & ORDER re: (193 in 1:18−cv−12387−GBD−SN, 203 in 1:18−cv−05320−GBD−SN, 238 in 1:18−cv−05306−GBD−SN, 138 in 1:19−cv−11865−GBD−SN, 213 in 1:18−cv−05339−GBD−SN, 44 in 1:21−cv−10 8631 in 1:03−md−01570−GBD−SN, 116 in 1:20−cv−10460−GBD−SN, 135 in 1:18−cv−11875−GBD−SN, 166 in 1:18−cv−12276−GBD−SN, 207 in 1:18−cv−12277−GBD−SN, 179 in 1:18−cv−05331−GBD−SN, 171 in 1:18−cv−11837−GBD−SN, 124 in 1:19−cv−11776−GBD−SN, 129 in 1:20−cv−09376−GBD−SN, 152 in 1:18−cv−11878−GBD−SN, 202 in 1:18−cv−05321−GBD−SN, 181 in 1:18−cv−11870−GBD−SN) MOTION for Part Judgment Against Iran filed by Jessica Derubbio, jessica derubbio. The Court denies this motion with leave to refile. appreciates counsel's efforts to address all the relevant factual and legal issues in its papers and asks that any future m raise any arguments specific to liability for IIED, wrongful death, or survival under New York, Pennsylvania, and Vi and (2) indicate, for each plaintiff, the state in which the relevant decedent was killed. The Clerk of the Court is respe directed to terminate the motion at ECF No. 8631. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 8/ Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (mml) (Entered: 08/14/2023) |
| .4/2023 | 9288 | MOTION to Substitute Party. Old Party: John Beug, as the Personal Representative of the Estate of Carolyn Beug, de on behalf of all survivors and all legally entitled beneficiaries and family members of Carolyn Beug, John Doe 115, b intended to designate the Personal Representative of the Estate of Veronique N. Bowers, deceased, said name being f her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent juri having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her suc not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Ve Bowers; John Doe 110, being intended to designate the Personal Representative of the Estate of Vernon P. Cherry, de said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed b competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiarie family members of Vernon P. Cherry; William Cintron−Lugos a/k/a William Cintron, as the Personal Representative Estate of Edna Cintron, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family mem Edna Cintron; Alfonso Cisneros, as the Personal Representative of the Estate of Juan Pablo Alvarez Cisneros, deceas behalf of all survivors and all legally entitled beneficiaries and family members of Juan Pablo Alvarez Cisneros; John being intended to designate the Personal Representative of the Estate of Dennis J. Gomes, deceased, said name being her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent juri having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her suc not yet been appointed), on behalf of the Estate and on behalf of all survivors and all legally entitled beneficiaries and members of Dennis J. Gomes; John Doe 124, as Personal Representative of the Estate of William Bright, the late par L. Bright; ohn Doe 32, being intended to designate the Personal Representative of the Estate of Charles G. John, dece name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a c competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiarie family members of Charles G. John; John Doe 119 as the Personal Representative of the Estate of Dwain Mattson, de late sibling of sibling of Dean E. Mattson; John Doe 123, as Personal Representative of Renee Baldwin, deceased, th sibling of Cecelia E. Richard; John Doe 113, being intended to designate as the Personal Representative of the Estate V. Rodriguez, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has r duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, or she has ceased to serve, and his or her successor has not yet been appointed), and on behalf of all survivors and all entitled beneficiaries and family members of Mayra V. Rodriguez; John Doe 71, being intended to designate as the P Representative of the Estate of Stephen Philip Morris, deceased, said name being fictitious, her/his true name is not p known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appoir her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointec behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Philip Morris; John Doe 8 intended to designate the Personal Representative of the Estate of Derek O. Sword, deceased, said name being fictitic true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor l been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Derek O. S Joanne Hrycak, individually, as surviving spouse of Marian R. Hrycak; Joanne Hrycak, as the Personal Representativ Estate of Marian R. Hrycak, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family r Marian R. Hrycak; Anne McCloskey, as the Personal Representative of the Estate of Katie M. McCloskey, deceased, behalf of all survivors and all legally entitled beneficiaries and family members of Katie M. McCloskey, New Party: Paula MayerBeug, as the Personal Representative of the Estate of Carolyn Beug, deceased, and on behalf of all surviv legally entitled beneficiaries and family members of Carolyn Beug; Dior P. Gordon, as the Personal Representative o of Veronique N. Bowers, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family mer Veronique N. Bowers; Selena Cherry−Daniel, as the Personal Representative of the Estate of Vernon P. Cherry, dece on behalf of all survivors and all legally entitled beneficiaries and family members of Vernon P. Cherry; Stephen P. F Esq., as the Personal Representative of the Estate of Edna Cintron, deceased, and on behalf of all survivors and all leg entitled beneficiaries and family members of Edna Cintron; Lidia P. Alvarez, as the Personal Representative of the Es Juan Pablo Alvarez Cisneros, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family |

| | | |
|---|---|---|
| | | of Juan Pablo Alvarez Cisneros; Cynthia Gomes, as the Personal Representative of the Estate of Dennis J. Gomes, de on behalf of all survivors and all legally entitled beneficiaries and family members of Dennis J. Gomes; Jennifer Lov Personal Representative of the Estate of William Bright, the late parent of Gary L. Bright; Peggy H. Taylor, as the Pe Representative of the Estate of Charles G. John, deceased, and on behalf of all survivors and all legally entitled benef family members of Charles G. John; Theresa M. Mattson as the Personal Representative of the Estate of Dwain Matts deceased, the late sibling of sibling of Dean E. Mattson; Robert Lawson, as Personal Representative of Renee Baldwi deceased, the late sibling of Cecelia E. Richard; Elias Rodriguez, as the Personal Representative of the Estate of May Rodriguez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mayr Rodriguez; Katherine Collier and Andrew Morris, as the co−Personal Representatives of the Estate of Stephen Philip deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Philip M Josephine Fink, as the Personal Representative of the Estate of Derek O. Sword, deceased, and on behalf of all surviv legally entitled beneficiaries and family members of Derek O. Sword; Gregory Hrycak, as Personal Representative of of Joanne Hrycak, deceased, the late spouse of Marian R. Hrycak; Gregory Hrycak, as the Personal Representative of of Marian R. Hrycak, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family membe Marian R. Hrycak; Noah McCloskey, as the Personal Representative of the Estate of Katie M. McCloskey, deceased, behalf of all survivors and all legally entitled beneficiaries and family members of Katie M. McCloskey . Document f Susan M. King.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:22−cv−05193− 1:22−cv−10823−GBD−SN.(Goldman, Jerry) (Entered: 08/14/2023) |
| .4/2023 | 9289 | PROPOSED ORDER. Document filed by Susan M. King. Related Document Number: 9288 ..(Goldman, Jerry) **Prop Order to be reviewed by Clerk's Office staff.** (Entered: 08/14/2023) |
| .4/2023 | 9290 | MOTION to Substitute Party. Old Party: John Doe 1, being intended to designate the Personal Represen tative of the (Lt.) Brian G. Ahearn, deceased, sai;d name being fictitious, her/his true name is not presently known, confirmed, and been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has ex and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivo legally entitled beneficiaries and family members of (Lt.) Brian G. Ahearn; John Doe 2, being intended to designate t Representative of the Estate of (Spc.) Craig Amundson, deceased, said name being fictitious, her/his true name is not known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appoir her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointec behalf of all survivors and all legally entitled beneficiaries and family members of (Spc.) Craig Amundson; John Doe intended to designate the Personal Representative of the Estate of Arlene T. Babakitis, deceased, said name being fict her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent juri having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her suc not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Ar Babakitis; John Doe 10, being intended to designate the Personal Representative of the Estate of Helen Cook, decease name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a c competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiarie family members of Helen Cook; John Doe 12, being intended to designate the Personal Representative of the Estate c Debek, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not beer appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/ has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally beneficiaries and family members of Tara Debek; John Doe 13 as Personal Representative of the Estate of Alberta De deceased, the late parent of Francis DeMartini; John Doe 14 as Personal Representative of the Estate of Alfred DeMa deceased, the late parent of Francis DeMartini; John Doe 20, being intended to designate the Personal Representative Estate of Michelle H. Goldstein, deceased, said name being fictitious, her/his true name is not presently known, confi and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appo expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of al and all legally entitled beneficiaries and family members of Michelle H. Goldstein; John Doe 27, being intended to de Personal Representative of the Estate of Ronald J. Hemenway, deceased, said name being fictitious, her/his true name presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not y appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald J. Heme Doe 28, being intended to designate the Personal Representative of the Estate of DaJuan Hodges, deceased, said nam fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of comp jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, ar successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family n DaJuan Hodges; John Doe 34, being intended to designate the Personal Representative of the Estate of Ronald Philip deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly a a court of competent jurisdiction (or having been so appointed, his or her appointment has expired,, and/or he or she l to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled be and family members of Ronald Philip Kloepfer; John Doe 36, being intended to designate the Personal Representativ Estate of Kenneth Charles Ledee, deceased, said name being fictitious, her/his true name is not presently known, con and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appo |

expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of al and all legally entitled beneficiaries and family members of Kenneth Charles Ledee; John Doe 37, being intended to the Personal Representative of the Estate of Nancy Liz, deceased, said name being fictitious, her/his true name is not known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appoir her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed behalf of all survivors and all legally entitled beneficiaries and family members of Nancy Liz; John Doe 38, being int designate the Personal Representative of the Estate of Louis N. Mariani, deceased, said name being fictitious, her/his is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not y appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Louis N. Mariar Doe 39, being intended to designate the Personal Representative of the Estate of William A. Mathesen, deceased, saic being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court o jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, ar successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family n William A. Mathesen; John Doe 41, being intended to designate the Personal Representative of the Estate of Nurul M deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly a a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she h serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled bene family members of Nurul Miah; John Doe 43, being intended to designate the Personal Representative of the Estate o Nelson, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not bee appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/ has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally beneficiaries and family members of Peter A. Nelson; John Doe 47, being intended to designate the Personal Represe the Estate of Laura Ragonese−Snik, deceased, said name being fictitious, her/his true name is not presently known, c and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appo expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of al and all legally entitled beneficiaries and family members of Laura Ragonese−Snik; John Doe 48, being intended to de Personal Representative of the Estate of John Rhodes, deceased, said name being fictitious, her/his true name is not p known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appoir her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed behalf of all survivors and all legally entitled beneficiaries and family members of John Rhodes; John Doe 49, as the Representative of the Estate of Vernon A. Richard, deceased, and on behalf of all survivors and all legally entitled be and family members of Vernon A. Richard; John Doe 50, as the coPersonal Representative of the Estate of Vernon A deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vernon A. Richa Doe 51, being intended to designate the Personal Representative of the Estate of Marsha A. Rodriguez, deceased, saic being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court o jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, ar successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family n Marsha A. Rodriguez; John Doe 52, being intended to designate the Personal Representative of the Estate of James R deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly a a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she h serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled bene family members of James Romito; John Doe 53, being intended to designate the Personal Representative of the Estat Rowenhorst, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has nc appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/ has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally beneficiaries and family members of Edward Rowenhorst; John Doe 54, being intended to designate the Personal Rep of the Estate of Michael Russo, deceased, said name being fictitious, her/his true name is not presently known, confir has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointmen expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of al and all legally entitled beneficiaries and family members of Michael Russo; John Doe 55, being intended to designat Personal Representative of the Estate of Nolbert Salomon, deceased, said name being fictitious, her/his true name is r presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not y appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Nolbert Salomo Doe 57, being intended to designate the Personal Representative of the Estate of Gregory Sikorsky, deceased, said na fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of comp jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, ar successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family n Gregory Sikorsky; John Doe 58, being intended to designate the Personal Representative of the Estate of Arthur Simc deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly a a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she h serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled bene family members of Arthur Simon; John Doe 59, as Personal Representative of the Estate of Kenneth Simon, deceasec

child of Arthur Simon; John Doe 60, being intended to designate the Personal Representative of the Estate of Kenneth deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly a a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she h serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled bene family members of Kenneth Simon; John Doe 61, as Personal Representative of the Estate of Arthur Simon, decease parent of Kenneth Simon; John Doe 62, being intended to designate the Personal Representative of the Estate of Tim Stackpole, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/ has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally beneficiaries and family members of Timothy Stackpole; John Doe 63, being intended to designate the Personal Repr of the Estate of Robert F. Wallace, deceased, said name being fictitious, her/his true name is not presently known, co and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appo expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of al and all legally entitled beneficiaries and family members of Robert F. Wallace; John Doe 66 as Personal Representati Estate of Nurul Miah, deceased, the late spouse of Shakila Yasmin; John Doe 32, being intended to designate the Per Representative of the Estate of Charles G. John, deceased, said name being fictitious, her/his true name is not present confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) a of all survivors and all legally entitled beneficiaries and family members of Charles G. John; Jane Doe 69, as Persona Representative of the Estate of William J. Houston, deceased, the late sibling of Charles J. Houston; Jane Doe 16, bei to designate the Personal Representative of the Estate of Sandra N. Foster, deceased, said name being fictitious, her/h name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has n appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Sandra N. Foste 42, being intended to designate the Personal Representative of the Estate of Philip D. Miller, deceased, said name bei fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of com jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, a successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family n Philip D. Miller; Jane Doe 6, being intended to designate the Personal Representative of the Estate of Vivian Casaldu deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly a a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she h serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled bene family members of Vivian Casalduc; Jane Doe 8, being intended to designate the Personal Representative of the Esta Patricia A. Cody, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or h duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all entitled beneficiaries and family members of Patricia A. Cody;, New Party: Debra Ahearn, as the Personal Represent Estate of (Lt.) Brian G. Ahearn, deceased, and on behalf of all survivors and all legally entitled beneficiaries and fam members of (Lt.) Brian G. Ahearn; Amber A. Amundson, as the Personal Representative of the Estate of (Spc.) Craig Amundson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of (Spc Amundson; James Babakitis, as the Personal Representative of the Estate of Arlene T. Babakitis, deceased, and on be survivors and all legally entitled beneficiaries and family members of Arlene T. Babakitis; Jermaine Cook, as the Per Representative of the Estate of Helen Cook, deceased, and on behalf of all survivors and all legally entitled beneficia family members of Helen Cook; Dariusz Debek, as the Personal Representative of the Estate of Tara Debek, decease behalf of all survivors and all legally entitled beneficiaries and family members of Tara Debek; Alfred DeMartini, as Personal Representative of the Estate of Alberta DeMartini, deceased, the late parent of Francis DeMartini; Paul De Personal Representative of the Estate of Alfred DeMartini; Edward Goldstein, as the Personal Representative of the E Michelle H. Goldstein, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family memb Michelle H. Goldstein; Marinella Hemenway, as the Personal Representative of the Estate of Ronald J. Hemenway, d and on behalf of all survivors and all legally entitled beneficiaries and family members of Ronald J. Hemenway; Jam Persol, as the Personal Representative of the Estate of DaJuan Hodges, deceased, and on behalf of all survivors and a entitled beneficiaries and family members of DaJuan Hodges; Dawn Kloepfer, as the Personal Representative of the Ronald Philip Kloepfer, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family mem Ronald Philip Kloepfer; Mary Ann Ledee, as the Personal Representative of the Estate of Kenneth Charles Ledee, de on behalf of all survivors and all legally entitled beneficiaries and family members of Kenneth Charles Ledee; Matth LizRamirez, as the Personal Representative of the Estate of Nancy Liz, deceased, and on behalf of all survivors and a entitled beneficiaries and family members of Nancy Liz; Lauren Peters, as the Personal Representative of the Estate Mariani, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Louis N Kathleen Mathesen, as the Personal Representative of the Estate of William A. Mathesen, deceased, and on behalf of survivors and all legally entitled beneficiaries and family members of William A. Mathesen; Nur Miah and Rokshana the co−Personal Representatives of the Estate of Nurul Miah, deceased, and on behalf of all survivors and all legally beneficiaries and family members of Nurul Miah; Lyndsi Nelson, as the Personal Representative of the Estate of Pete Nelson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Peter A. John J. Buro, as the Personal Representative of the Estate of Laura Ragonese−Snik, deceased, and on behalf of all su

| | | |
|---|---|---|
| | | all legally entitled beneficiaries and family members of Laura Ragonese−Snik; Linda Rhodes, as the Personal Repres the Estate of John Rhodes, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family m John Rhodes; Vernon A. Richard II, as the co−Personal Representative of the Estate of Vernon A. Richard, deceased, behalf of all survivors and all legally entitled beneficiaries and family members of Vernon A. Richard; Vernessa Rich co−Personal Representative of the Estate of Vernon A. Richard, deceased, and on behalf of all survivors and all legal beneficiaries and family members of Vernon A. Richard; Daniel Rodriguez, as the Personal Representative of the Est Marsha A. Rodriguez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family memb Marsha A. Rodriguez; Josephine Romito, as the Personal Representative of the Estate of James Romito, deceased, an of all survivors and all legally entitled beneficiaries and family members of James Romito; Tracy Rowenhorst, as the Representative of the Estate of Edward Rowenhorst, deceased, and on behalf of all survivors and all legally entitled b and family members of Edward Rowenhorst; Theresa Russo−Kempf, as the Personal Representative of the Estate of Russo, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Edison Salomon, as the Personal Representative of the Estate of Nolbert Salomon, deceased, and on behalf of all surv all legally entitled beneficiaries and family members of Nolbert Salomon; Marie Sikorsky, as the Personal Represent Estate of Gregory Sikorsky, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family r Gregory Sikorsky; Jennifer Simon Berardi, as the Personal Representative of the Estate of Arthur Simon, deceased, a behalf of all survivors and all legally entitled beneficiaries and family members of Arthur Simon; Karen Simon, as Pe Representative of the Estate of Kenneth Simon, deceased, the late child of Arthur Simon; Karen Simon, as the Persor Representative of the Estate of Kenneth Simon, deceased, and on behalf of all survivors and all legally entitled benef family members of Kenneth Simon; Jennifer Simon Berardi, as the Personal Representative of the Estate of Arthur Si deceased, the late parent of Kenneth Simon; Tara Stackpole, as the Personal Representative of the Estate of Timothy deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Stackpo Wallace, as the Personal Representative of the Estate of Robert F. Wallace, deceased, and on behalf of all survivors a legally entitled beneficiaries and family members of Robert F. Wallace; Nur Miah and Rokshana Miah, as the co−Per Representatives of the Estate of Nurul Miah, deceased, the late spouse of Shakila Yasmin; Peggy H. Taylor, as the Pe Representative of the Estate of Charles G. John, deceased, and on behalf of all survivors and all legally entitled benef family members of Charles G. John; Kelly Marchese as Personal Representative of the Estate of William J. Houston; Hill, as the Personal Representative of the Estate of Sandra N. Foster, deceased, and on behalf of all survivors and all entitled beneficiaries and family members of Sandra N. Foster; Arlene Miller and Sheryl Miller Bechor, as the co−Pe Representatives of the Estate of Philip D. Miller, deceased, and on behalf of all survivors and all legally entitled bene and family members of Philip D. Miller; Yon−Paul Casalduc, as the Personal Representative of the Estate of Vivian deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Vivian Casalduc Schutte, as the Personal Representative of the Estate of Patricia A. Cody, deceased, and on behalf of all survivors and entitled beneficiaries and family members of Patricia A. Cody; . Document filed by Gordon Aamoth.Filed In Associa 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 08/14/2023) |
| .4/2023 | 9291 | PROPOSED ORDER. Document filed by Gordon Aamoth. Related Document Number: 9290 ..(Goldman, Jerry) **Pro Order to be reviewed by Clerk's Office staff.** (Entered: 08/14/2023) |
| .4/2023 | 9292 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 9232 Objection (non−motion), *Reply Men of Law in Support of Al Rajhi Banks Objections to Magistrate Judge's Opinion and Order Requiring the Bank's Chai Appear for Oral Deposition*. Document filed by Al Rajhi Bank. Motion or Order to File Under Seal: 1900 .(Erb, Nico (Entered: 08/14/2023) |
| .5/2023 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (67 in 1:22−cv−05193−GBD−S 1:22−cv−10823−GBD−SN, 772 in 1:04−cv−01076−GBD−SN, 9289 in 1:03−md−01570−GBD−SN) Proposed Or reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GB 1:22−cv−05193−GBD−SN, 1:22−cv−10823−GBD−SN. (tp)** (Entered: 08/15/2023) |
| .5/2023 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (102 in 1:18−cv−12270−GBD− 1:18−cv−12275−GBD−SN, 100 in 1:18−cv−12272−GBD−SN, 99 in 1:18−cv−12273−GBD−SN, 9291 in 1:03−md−01570−GBD−SN, 99 in 1:18−cv−12274−GBD−SN) Proposed Order was reviewed and approved as to Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (tp)** (Entered: 08/15/2023) |
| .5/2023 | 9293 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman dated 8/15/2023 re: Non−Citizen Iran Document filed by Laurence Schlissel.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05331−GBD 1:22−cv−05193−GBD−SN.(Goldman, Jerry) (Entered: 08/15/2023) |
| .5/2023 | 9294 | NOTICE OF INTERLOCUTORY APPEAL from 9212 Memorandum & Opinion,,,,,,,,,,. Document filed by Kreindl Kreindler LLP. Filing fee $ 505.00, receipt number ANYSDC−28152887. Form C and Form D are due within 14 day Court of Appeals, Second Circuit..(Spiro, Edward) (Entered: 08/15/2023) |
| .6/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 9294 Notice of Int Appeal.(km) (Entered: 08/16/2023) |

| | | |
|---|---|---|
| .6/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 9294 Notice Interlocutory Appeal, filed by Kreindler & Kreindler LLP were transmitted to the U.S. Court of Appeals.(km) (Entere 08/16/2023) |
| .6/2023 | 9295 | MOTION for Default Judgment as to *for the Strauss Plaintiffs Against Islamic Republic of Iran as to Liabilty and for Final Judgments for Damages*. Document filed by Bakahityar Kamardinova.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 08/16/2023) |
| .6/2023 | 9296 | MEMORANDUM OF LAW in Support re: (186 in 1:19−cv−11865−GBD−SN, 9295 in 1:03−md−01570−GBD−SN, 1:18−cv−11875−GBD−SN, 150 in 1:20−cv−09387−GBD−SN, 143 in 1:20−cv−10902−GBD−SN, 69 in 1:22−cv−05193−GBD−SN, 239 in 1:18−cv−05339−GBD−SN, 244 in 1:18−cv−12277−GBD−SN, 37 in 1:22−cv−10823−GBD−SN) MOTION for Default Judgment as to *for the Strauss Plaintiffs Against Islamic Republic to Liabilty and for Partial Final Judgments for Damages*. . Document filed by Bakahityar Kamardinova. Filed In Ass Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 08/16/2023) |
| .6/2023 | 9297 | ***SELECTED PARTIES***DECLARATION of Jerry S. Goldman in Support re: (186 in 1:19−cv−11865−GBD−S 1:18−cv−11875−GBD−SN, 143 in 1:20−cv−10902−GBD−SN, 9295 in 1:03−md−01570−GBD−SN, 150 in 1:20−cv−09387−GBD−SN, 69 in 1:22−cv−05193−GBD−SN, 239 in 1:18−cv−05339−GBD−SN, 244 in 1:18−cv−12277−GBD−SN, 37 in 1:22−cv−10823−GBD−SN) MOTION for Default Judgment as to *for the Strauss P Against Islamic Republic of Iran as to Liabilty and for Partial Final Judgments for Damages*.. Document filed by Ba Kamardinova. (Attachments: # 1 Exhibit A−1, # 2 Exhibit A−2, # 3 Exhibit A−3, # 4 Exhibit A−4, # 5 Exhibit B−1, # B−2, # 7 Exhibit B−3, # 8 Exhibit B−4, # 9 Exhibit B−5, # 10 Exhibit B−6, # 11 Exhibit B−7, # 12 Exhibit C−1, # 13 C−2, # 14 Exhibit D, # 15 Exhibit D− Expert Reports, # 16 Exhibit D−−Expert Report Index)Filed In Associated Cas 1:03−md−01570−GBD−SN et al.Motion or Order to File Under Seal: 7963 .(Goldman, Jerry) (Entered: 08/16/2023) |
| .6/2023 | 9298 | PROPOSED ORDER. Document filed by Bakahityar Kamardinova. (Attachments: # 1 Exhibit A−1, # 2 Exhibit A−2 Exhibit A−3, # 4 Exhibit A−4, # 5 Exhibit B−1, # 6 Exhibit B−2, # 7 Exhibit B−3, # 8 Exhibit B−4, # 9 Exhibit B−5, B−6, # 11 Exhibit B−7) Related Document Number: 9295 ..(Goldman, Jerry) **Proposed Order to be reviewed by Cl Office staff.** (Entered: 08/16/2023) |
| .6/2023 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (174 in 1:18−cv−11875−GBD− 1:19−cv−11865−GBD−SN, 153 in 1:20−cv−09387−GBD−SN, 40 in 1:22−cv−10823−GBD−SN, 146 in 1:20−cv−10902−GBD−SN, 72 in 1:22−cv−05193−GBD−SN, 247 in 1:18−cv−12277−GBD−SN, 242 in 1:18−cv−05339−GBD−SN, 9298 in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(km)** (Entered: 08/16/2023) |
| .7/2023 | 9299 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman dated 8/17/2023 re: Iran 27. Documer Estate of John P.O'Neill, Sr...(Goldman, Jerry) (Entered: 08/17/2023) |
| 21/2023 | 9300 | NOTICE of to Conform to Sudan Consolidated Amended Complaint or Ashton Sudan Amended Complaint re: 6539 (Other). Document filed by Christine O'Neill..(Goldman, Jerry) (Entered: 08/21/2023) |
| 21/2023 | 9301 | NOTICE of to Conform to Consolidated Amended Complaint re: 3463 Amended Complaint,. Document filed by Chr O'Neill..(Goldman, Jerry) (Entered: 08/21/2023) |
| 21/2023 | 9302 | MEMO ENDORSEMENT ON 9293 LETTER terminating (9135) Motion for Judgment in case 1:03−md−01570−GE ENDORSEMENT: The request is GRANTED. The Clerk of Court is respectfully directed to terminate the motions a 9135 in No. 03−md−01570, ECF No. 201 in No. 18−cv−05331, and ECF No. 46 in No. 22−cv−05193. SO ORDERE by Magistrate Judge Sarah Netburn on 8/21/2023) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05331−GBD−SN, 1:22−cv−05193−GBD−SN (mml) (Entered: 08/21/2023) |
| 21/2023 | 9303 | ORDER granting (9288) Motion to Substitute Party, in case 1:03−md−01570−GBD−SN; granting (771) Motion to Su Party, in case 1:04−cv−01076−GBD−SN; granting (66) Motion to Substitute Party, in case 1:22−cv−05193−GBD−SI (35) Motion to Substitute Party, in case 1:22−cv−10823−GBD−SN. The following parties are substituted in this case in ECF No. 9288: Lauren Paula Mayer−Beug, John Beug; Dior P. Gordon, John Doe 115, being intended to designate Personal Representative of the Estate of Veronique N. Bowers; Selena Cherry−Daniel, John Doe 110, being intended designate the Personal Representative of the Estate of Vernon P. Cherry; Stephen P. Heuston, William Cintron−Lugo William Cintron; Lidia P. Alvarez, Alfonso Cisneros; Cynthia Gomes, John Doe 127, being intended to designate the Representative of the Estate of Dennis J. Gomes; Jennifer Love, John Doe 124, being intended to designate the Perso Representative of the Estate of William Bright; Peggy H. Taylor, John Doe 32, being intended to designate the Persor Representative of the Estate of Charles G. John; Theresa M. Mattson, John Doe 119, being intended to designate the Representative of the Estate of Dwain Mattson; Robert Lawson, John Doe 123, being intended to designate the Perso Representative of Renee Baldwin; Elias Rodriguez, John Doe 113, being intended to designate the Personal Represen the Estate of Mayra V. Rodriguez; Katherine Collier and Andrew Morris, John Doe 71, being intended to designate th Representative of the Estate of Stephen Philip Morris; Josephine Fink, John Doe 81, being intended to designate the Representative of the Estate of Derek O. Sword; Gregory Hrycak, Joanne Hrycak; Noah McCloskey, Anne McClosk (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:22−cv−05193−GBD−SN, 1:22−cv−10823−GBD−SN. (ra |

| | | |
|---|---|---|
| | | 08/22/2023) |
| 21/2023 | 9304 | ORDER granting (9290) Motion to Substitute Party, in case 1:03−md−01570−GBD−SN; granting (101) Motion to Su Party, in case 1:18−cv−12270−GBD−SN; granting (99) Motion to Substitute Party, in case 1:18−cv−12272−GBD−SN (98) Motion to Substitute Party, in case 1:18−cv−12273−GBD−SN; granting (98) Motion to Substitute Party, in case 1:18−cv−12274−GBD−SN; granting(98) Motion to Substitute Party, in case 1:18−cv−12275−GBD−SN. The followi are substituted in this case as set out in ECF No. 9290: Amber A. Amundson, John Doe 2, being intended to designat Personal Representative of the Estate of Craig Amundson; James Babakitis, John Doe 3, being intended to designate Personal Representative of the Estate of Arlene T. Babakitis; Jermaine Cook, John Doe 10, being intended to designa Personal Representative of the Estate of Helen Cook; Dariusz Debek, John Doe 12, being intended to designate the P Representative of the Estate of Tara Debek; Alfred DeMartini, John Doe 13 being intended to designate the Personal Representative of the Estate of Alberta DeMartini; Paul DeMartini, John Doe 14 being intended to designate the Pers Representative of the Estate of Alfred DeMartini; Edward Goldstein, John Doe 20, being intended to designate the Pe Representative of the Estate of Michelle H. Goldstein; Marinella Hemenway, John Doe 27, being intended to designa Personal Representative of the Estate of Ronald J. Hemenway; Jamielah Persol, John Doe 28, being intended to desig Personal Representative of the Estate of DaJuan Hodges; Dawn Kloepfer, John Doe 34, being intended to designate t Representative of the Estate of Ronald Philip Kloepfer; Mary Ann Ledee, John Doe 36, being intended to designate t Representative of the Estate of Kenneth Charles Ledee; Matthew J. Liz−Ramirez, John Doe 37, being intended to des Personal Representative of the Estate of Nancy Liz; Lauren Peters, John Doe 38, being intended to designate the Pers Representative of the Estate of Louis N. Mariani; Kathleen Mathesen, John Doe 39, being intended to designate the P Representative of the Estate of William A. Mathesen; Nur Miah and Rokshana Miah, John Doe 41 and John Doe 66, intended to designate the Personal Representatives of the Estate of Nurul Miah; Lyndsi Nelson, John Doe 43, being in designate the Personal Representative of the Estate of Peter A. Nelson; John J. Buro, John Doe 47, being intended to the Personal Representative of the Estate of Laura Ragonese−Snik; Linda Rhodes, John Doe 48, being intended to de Personal Representative of the Estate of John Rhodes; Vernon A. Richard II, John Doe 49, being intended to designat co−Personal Representative of the Estate of Vernon A. Richard; Vernessa Richard, John Doe 50, being intended to de co−Personal Representative of the Estate of Vernon A. Richard; Daniel Rodriguez, John Doe 51, being intended to de Personal Representative of the Estate of Marsha A. Rodriguez; Josephine Romito, John Doe 52, being intended to des Personal Representative of the Estate of James Romito; Tracy Rowenhorst, John Doe 53, being intended to designate Personal Representative of the Estate of Edward Rowenhorst; Theresa Russo−Kempf, John Doe 54, being intended to the Personal Representative of the Estate of Michael Russo; Edison Salomon, John Doe 55, being intended to designa Personal Representative of the Estate of Nolbert Salomon; Marie Sikorsky, John Doe 57, being intended to designate Personal Representative of the Estate of Gregory Sikorsky; Jennifer Simon Berardi, John Doe 58 and John Doe 61, be intended to designate the Personal Representatives of the Estate of Arthur Simon; Karen Simon, John Doe 59 and Joh being intended to designate the Personal Representatives of the Estate of Kenneth Simon; Tara Stackpole, John Doe 6 intended to designate the Personal Representative of the Estate of Timothy Stackpole; Nancy Wallace, John Doe 63, intended to designate the Personal Representative of the Estate of Robert F. Wallace; Peggy H. Taylor, John Doe 32, intended to designate the Personal Representative of the Estate of Charles G. John; Kelly Marchese, Jane Doe 69, bei to designate the Personal Representative of the Estate of William J. Houston; Lawrence Hill, Jane Doe 16, being inte designate the Personal Representative of the Estate of Sandra N. Foster; Arlene Miller and Sheryl Miller Bechor, Jan being intended to designate the Personal Representative of the Estate of Philip D. Miller; Yon−Paul Casalduc, Jane D intended to designate the Personal Representative of the Estate of Vivian Casalduc; Beth Schutte, Jane Doe 8, being i designate the Personal Representative of the Estate of Patricia A. Cody. (HEREBY ORDERED by Magistrate Judge Netburn) (Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, et al. (ras) (Entered: 08/22/2023 |
| 23/2023 | 9305 | MEMORANDUM DECISION AND ORDER: Defendant's Rule 72(a) Objections to Magistrate Judge Netburn's Ord the oral deposition of Abdullah bin Sulaiman al Rajhi, (ECF No. 9232), are OVERRULED. Magistrate Judge Netbur 2023 Order, (ECF No. 9210), is CONFIRMED. and as set forth herein. SO ORDERED. (Signed by Judge George B. 8/23/2023) (ama) (Entered: 08/23/2023) |
| 24/2023 | 9306 | MOTION for Stephen Albright to Withdraw as Attorney *for Republic of Iraq & Saddam Hussein*. Document filed by (Attachments: # 1 Affidavit Declaration in Support of Motion, # 2 Proposed Order Proposed Order).(Albright, Stephe (Entered: 08/24/2023) |
| 24/2023 | 9307 | MOTION for Reconsideration re; 9278 Order Adopting Report and Recommendations, Terminate Motions,,,,,,,,,,,,, *1 Clarification or Partial Reconsideration*. Document filed by Plaintiffs Executive Committees..(Goldman, Jerry) (Ent 08/24/2023) |
| 29/2023 | 9308 | NOTICE of to Conform to Sudan Consolidated Amended Complaint or Ashton Sudan Amended Complaint re: 6539 (Other). Document filed by Estate of John P.O'Neill, Sr...(Goldman, Jerry) (Entered: 08/29/2023) |
| 29/2023 | 9309 | NOTICE of to Conform to Consolidated Amended Complaint re: 3463 Amended Complaint,. Document filed by Esta P.O'Neill, Sr...(Goldman, Jerry) (Entered: 08/29/2023) |
| 29/2023 | 9310 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert C. Sheps for Plaintiffs dated August 29, 2023 re: Subpoena. Document filed by The Charter Oak Fire Insurance Company..(Sheps, Robert) (Entered: 08/29/2023) |

| | | |
|---|---|---|
| 30/2023 | 9311 | ORDER: Members of the public may listen to the conference scheduled in this case for Wednesday, September 6, 20 p.m. by dialing (877) 402−9757 and using access code 7938632, followed by the pound (#) key. (Signed by Magistra Sarah Netburn on 8/30/2023) (ras) (Entered: 08/30/2023) |
| 30/2023 | 9312 | NOTICE of to Conform to Consolidated Amended Complaint re: 3463 Amended Complaint,. Document filed by Chr O'Neill..(Goldman, Jerry) (Entered: 08/30/2023) |
| 30/2023 | 9313 | NOTICE of to Conform to Sudan Consolidated Amended Complaint or Ashton Sudan Amended Complaint re: 6539 (Other). Document filed by Christine O'Neill..(Goldman, Jerry) (Entered: 08/30/2023) |
| 31/2023 | 9314 | NOTICE of to Conform to Consolidated Amended Complaint re: 3463 Amended Complaint,. Document filed by Chr O'Neill..(Goldman, Jerry) (Entered: 08/31/2023) |
| 31/2023 | 9315 | NOTICE of to Conform to Sudan Consolidated Amended Complaint or Ashton Sudan Amended Complaint re: 6539 (Other). Document filed by Christine O'Neill..(Goldman, Jerry) (Entered: 08/31/2023) |
| 31/2023 | 9316 | LETTER addressed to Judge George B. Daniels from Douglass A. Mitchell dated August 31, 2023 re: Hoglan Plainti for an AO−451. Document filed by Hoglan Plaintiffs. (Attachments: # 1 Exhibit A − May 11, 2020 Exemplification Certificate).(Mitchell, Douglass) (Entered: 08/31/2023) |
| 31/2023 | 9317 | MEMORANDUM DECISION AND ORDER: Responding and Federal Insurance Plaintiffs' Rule 72 Objections to M Judge Netburn's September 30, 2020 Opinion and Order, (ECF Nos. 6520 and 6522), are OVERRULED. Magistrate Netburn's 2019 and 2020 Opinions and Orders, (ECF Nos. 5180 and 6481), are CONFIRMED. Plaintiffs are ordered confer and to submit jointly or individually a specific plan for structuring a common benefit fund. Plaintiffs are also c comply with Magistrate Judge Netburn's instructions by submitting sworn declarations and supporting evidence to as ascertaining the proper size of the common benefit fee and the appropriateness of any specific proposed distribution. proposed requests regarding the specific nature of a common benefit fund, a common benefit fee, or any specific distr shall be supervised by Magistrate Judge Netburn, and subject to review and approval by both the Magistrate Judge ar District Court. SO ORDERED. (Signed by Judge George B. Daniels on 8/31/2023) (ama) (Entered: 08/31/2023) |
| 01/2023 | 9318 | ORDER: Yesterday, Judge Daniels overruled objections to an order related to the creation of a common benefit fund. Nos. 5180 (granting motion for common benefit fund), 6481(denying reconsideration of ECF No. 5180), 9317 (overr objections to ECF No. 6481).1 He ordered the parties to (1) "meet and confer and to submit jointly or individually a s for structuring a common benefit fund" and (2) "submit[] sworn declarations and supporting evidence to assist in asce proper size of the common benefit fee and the appropriateness of any specific proposed distribution." ECF No. 9317 parties should be prepared to discuss a timeline for these filings at the conference scheduled for next Wednesday, Sep 2023, at 2:00 p.m. (Signed by Magistrate Judge Sarah Netburn on 9/1/2023) (ras) (Entered: 09/01/2023) |
| 01/2023 | 9319 | LETTER addressed to Magistrate Judge Sarah Netburn from John M. Eubanks dated 9/1/2023 re: Burnett Plaintiffs' I Regarding ECF No. 9280. Document filed by All Plaintiffs, Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 09/01/2023) |
| 05/2023 | 9320 | MOTION for Judgment *as to Liability and for Partial Final Judgment for Damages*. Document filed by Jessica Deru In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 09/05/2023) |
| 05/2023 | 9321 | ***SELECTED PARTIES***DECLARATION of Jerry S. Goldman in Support re: (220 in 1:18−cv−12387−GBD−S 1:18−cv−12276−GBD−SN, 241 in 1:18−cv−05321−GBD−SN, 188 in 1:18−cv−11878−GBD−SN, 217 in 1:18−cv−11870−GBD−SN, 228 in 1:18−cv−05320−GBD−SN, 210 in 1:18−cv−05331−GBD−SN, 175 in 1:18−cv−11875−GBD−SN, 279 in 1:18−cv−05306−GBD−SN, 9320 in 1:03−md−01570−GBD−SN, 190 in 1:19−cv−11865−GBD−SN, 248 in 1:18−cv−12277−GBD−SN, 166 in 1:20−cv−09376−GBD−SN, 75 in 1:22−cv−05193−GBD−SN, 153 in 1:20−cv−10460−GBD−SN, 196 in 1:18−cv−11837−GBD−SN, 85 in 1:21−cv−10 243 in 1:18−cv−05339−GBD−SN, 150 in 1:19−cv−11776−GBD−SN) MOTION for Judgment *as to Liability and for Final Judgment for Damages*.. Document filed by Jessica Derubbio. (Attachments: # 1 Exhibit Index of Correspondin Reports, # 2 Exhibit A−1, # 3 Exhibit A−2, # 4 Exhibit A−3, # 5 Exhibit A−4, # 6 Exhibit A−5, # 7 Exhibit A−6, # 8 A−7, # 9 Exhibit A−8, # 10 Exhibit A−9, # 11 Exhibit A−10, # 12 Exhibit A−11, # 13 Exhibit A−12, # 14 Exhibit A− Exhibit A−14, # 16 Exhibit A−15, # 17 Exhibit A−16, # 18 Exhibit A−17, # 19 Exhibit B−1, # 20 Exhibit B−2, # 21 B−3, # 22 Exhibit B−4, # 23 Exhibit B−5, # 24 Exhibit B−6, # 25 Exhibit B−7, # 26 Exhibit B−8, # 27 Exhibit B−9, Exhibit B−10, # 29 Exhibit B−11, # 30 Exhibit B−12, # 31 Exhibit B−13, # 32 Exhibit B−14, # 33 Exhibit B−15, # 3 B−16, # 35 Exhibit C−1, # 36 Exhibit C−2, # 37 Exhibit C−3, # 38 Exhibit D, # 39 Exhibit D−3a, # 40 Exhibit D−3b Associated Cases: 1:03−md−01570−GBD−SN et al.Motion or Order to File Under Seal: 7963 .(Goldman, Jerry) (Ent 09/05/2023) |
| 05/2023 | 9322 | MEMORANDUM OF LAW in Support re: (196 in 1:18−cv−11837−GBD−SN, 248 in 1:18−cv−12277−GBD−SN, 1 1:20−cv−09376−GBD−SN, 85 in 1:21−cv−10239−GBD, 220 in 1:18−cv−12387−GBD−SN, 205 in 1:18−cv−12276− 210 in 1:18−cv−05331−GBD−SN, 175 in 1:18−cv−11875−GBD−SN, 241 in 1:18−cv−05321−GBD−SN, 75 in 1:22−cv−05193−GBD−SN, 188 in 1:18−cv−11878−GBD−SN, 243 in 1:18−cv−05339−GBD−SN, 153 in 1:20−cv−10460−GBD−SN, 279 in 1:18−cv−05306−GBD−SN, 217 in 1:18−cv−11870−GBD−SN, 150 in 1:19−cv−11776−GBD−SN, 9320 in 1:03−md−01570−GBD−SN, 228 in 1:18−cv−05320−GBD−SN, 190 in |

| | | |
|---|---|---|
| | | 1:19−cv−11865−GBD−SN) MOTION for Judgment *as to Liability and for Partial Final Judgment for Damages*. . Do filed by Jessica Derubbio. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 0 |
| )5/2023 | 9323 | PROPOSED ORDER. Document filed by Jessica Derubbio. (Attachments: # 1 Exhibit A−1, # 2 Exhibit A−2, # 3 Ex 4 Exhibit A−4, # 5 Exhibit A−5, # 6 Exhibit A−6, # 7 Exhibit A−7, # 8 Exhibit A−8, # 9 Exhibit A−9, # 10 Exhibit A Exhibit A−11, # 12 Exhibit A−12, # 13 Exhibit A−13, # 14 Exhibit A−14, # 15 Exhibit A−15, # 16 Exhibit A−16, # 1 A−17, # 18 Exhibit B−1, # 19 Exhibit B−2, # 20 Exhibit B−3, # 21 Exhibit B−4, # 22 Exhibit B−5, # 23 Exhibit B−6 Exhibit B−7, # 25 Exhibit B−8, # 26 Exhibit B−9, # 27 Exhibit B−10, # 28 Exhibit B−11, # 29 Exhibit B−12, # 30 Ex B−13, # 31 Exhibit B−14, # 32 Exhibit B−15, # 33 Exhibit B−16) Related Document Number: 9320 ..(Goldman, Jerr **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 09/05/2023) |
| )5/2023 | 9324 | MOTION for Default Judgment as to *Solatium Damages against Islamic Republic of Iran*. Document filed by Kathle Delatizky.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN.(Bonner, James) (Ente 09/05/2023) |
| )5/2023 | 9325 | DECLARATION of Joseph Peter Drennan, Esq. in Support re: (9324 in 1:03−md−01570−GBD−SN, 165 in 1:18−cv−12341−GBD−SN) MOTION for Default Judgment as to *Solatium Damages against Islamic Republic of Ira* Document filed by Kathleen Delatizky. (Attachments: # 1 Exhibit 1 (Declaration of Kathleen Marie Delatizky), # 2 E (Declaration of Donna M. Hall))Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN.( James) (Entered: 09/05/2023) |
| )5/2023 | 9326 | MEMORANDUM OF LAW in Support re: (9324 in 1:03−md−01570−GBD−SN, 165 in 1:18−cv−12341−GBD−SN) for Default Judgment as to *Solatium Damages against Islamic Republic of Iran*. . Document filed by Kathleen Delati In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN.(Bonner, James) (Entered: 09/05/2023) |
| )5/2023 | 9327 | PROPOSED JUDGMENT. Document filed by Kathleen Delatizky..(Bonner, James) **Proposed Judgment to be revi Clerk's Office staff.** (Entered: 09/05/2023) |
| )6/2023 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (282 in 1:18−cv−05306−GBD− 1:19−cv−11865−GBD−SN, 208 in 1:18−cv−12276−GBD−SN, 88 in 1:21−cv−10239−GBD, 199 in 1:18−cv−11837−GBD−SN, 169 in 1:20−cv−09376−GBD−SN, 251 in 1:18−cv−12277−GBD−SN, 156 in 1:20−cv−10460−GBD−SN, 246 in 1:18−cv−05339−GBD−SN, 78 in 1:22−cv−05193−GBD−SN, 213 in 1:18−cv−05331−GBD−SN, 9323 in 1:03−md−01570−GBD−SN, 153 in 1:19−cv−11776−GBD−SN, 231 in 1:18−cv−05320−GBD−SN, 191 in 1:18−cv−11878−GBD−SN, 220 in 1:18−cv−11870−GBD−SN, 178 in 1:18−cv−11875−GBD−SN, 223 in 1:18−cv−12387−GBD−SN, 244 in 1:18−cv−05321−GBD−SN) Proposed Order reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(tp)** (Entered: 09 |
| )6/2023 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (9327 in 1:03−md−01570− 168 in 1:18−cv−12341−GBD−SN) Proposed Judgment was reviewed and approved as to form. Filed In Associa 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN. (tp)** (Entered: 09/06/2023) |
| )6/2023 | 9328 | NOTICE OF APPEARANCE by Jeremy Benjamin Shockett on behalf of Estate of John P.O'Neill, Sr., Estate of John O'Neill Sr., Estate of of John P. O'Neill, Sr.. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−0107 1:04−cv−01922−GBD−SN, 1:04−cv−01923−GBD−SN.(Shockett, Jeremy) (Entered: 09/06/2023) |
| )6/2023 | 9329 | NOTICE OF APPEARANCE by Jeremy Benjamin Shockett on behalf of Gordon Aamoth, Lloyd Abel, Audrey Ades Agyeman, Margarite Bonomo, C. I. O'Neill. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Shockett, (Entered: 09/06/2023) |
| )6/2023 | 9330 | NOTICE OF APPEARANCE by Jeremy Benjamin Shockett on behalf of Rodney Bush, William Cintron−Lugos, Da DeConto, Jessica Derubbio, Richard Deuel, Allison Garger, David Gordenstein, Arthur Harris, Marinella Hemenway Humphrey, Thomas Humphrey, Alexander Jimenez, Bakahityar Kamardinova, Chang Kim, Kristian Kincaid, Stepha Queen Mercer, Maureen Moody−Theinert. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Shockett, Je (Entered: 09/06/2023) |
| )6/2023 | 9331 | NOTICE OF APPEARANCE by Jeremy Benjamin Shockett on behalf of Deborah Bodner, BNY Mellon, Horace Mo Michael Murray, Ana Ortiz, Mario Perez, Hopeton Richards, Cheryl Rivelli, Deborah Rooney, Matthew Rowenhorst Schlissel, Barbara Spence, Michael Stackpole, Jack Zelmanowitz. Filed In Associated Cases: 1:03−md−01570−GBD al..(Shockett, Jeremy) (Entered: 09/06/2023) |
| )6/2023 | 9332 | NOTICE OF APPEARANCE by Jeremy Benjamin Shockett on behalf of Nicole Amato, Ber Barry Aron, Paul Asaro Bernaerts, Michael Bianco, Jeanmarie Hargrave, Susan M. King, Celestine Kone, Justin Strauss. Filed In Associated 1:03−md−01570−GBD−SN et al..(Shockett, Jeremy) (Entered: 09/06/2023) |
| )6/2023 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Status Conference held on 9/6/2023. (ras) 09/08/2023) |

| | | |
|---|---|---|
| )7/2023 | 9333 | ORDER: During yesterday's hearing, attorneys for plaintiffs agreed to participate in a settlement conference to discus of the Common Benefit Fund addressed in various orders at ECF Nos. 5180, 6481, and 9317. Judge Parker has agree over the settlement conference, so counsel should contact her chambers email, Parker_NYSDChambers@nysd.uscou schedule an appropriate date. The Plaintiffs' Executive Committees and Havlish counsel shall file a joint status letter days of that settlement conference. The deadlines for filings referred to in Judge Daniels's Order, ECF No. 9317 at 7, until further order of the Court. (Signed by Magistrate Judge Sarah Netburn on 9/7/2023) (ras) (Entered: 09/07/2023) |
| )7/2023 | 9334 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** NOTICE OF APPEAL from (9278 i 1:03−md−01570−GBD−SN, 9278 in 1:03−md−01570−GBD−SN) Order Adopting Report and Recommendations, Te Motions,,,,,,,,,,,,,. Document filed by Republic of the Sudan, Republic of the Sudan. Filing fee $ 505.00, receipt numb NYSDC−28255643. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. Filed In As Cases: 1:03−md−01570−GBD−SN et al..(Curran, Christopher) Modified on 9/8/2023 (km). (Entered: 09/07/2023) |
| )8/2023 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Christopher Curran RE−FILE Document No. (143 in 1:18−cv−12114−GBD−SN, 1093 in 1:03−cv−09849−GBD−SN, 39 in 1:20−cv−10615−GBD−SN, 1220 in 1:03−cv−06978−GBD−SN, 39 in 1:20−cv−10657−GBD−SN, 9334 in 1:03−md−01570−GBD−SN) Notice of Appeal. The filing is deficient for the following reason(s): the wrong ever used to file the appeal. Re−file the appeal using the event type Notice of Interlocutory Appeal found under the Appeal Documents − attach the correct signed PDF − select the correct named filer/filers − select the correct order/judgment being appealed. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(km)** (Entered: 09/( |
| )8/2023 | 9335 | ORDER granting 9306 Motion to Withdraw as Attorney. Stephen Albright's motion to withdraw as counsel is GRAN Clerk of the Court is respectfully directed to remove Stephen Albright from the docket as counsel for defendant The l Iraq and terminated defendant Saddam Hussein. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Or (ras) (Entered: 09/08/2023) |
| )8/2023 | 9336 | NOTICE OF INTERLOCUTORY APPEAL from (9278 in 1:03−md−01570−GBD−SN, 9278 in 1:03−md−01570−G Order Adopting Report and Recommendations, Terminate Motions,,,,,,,,,,,,,. Document filed by Republic of the Suda of the Sudan. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. Filed In Associate 1:03−md−01570−GBD−SN et al..(Curran, Christopher) Modified on 9/11/2023 (km). (Entered: 09/08/2023) |
| .1/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (1094 in 1:03−cv−09849−GBD−SN, 591 in 1:04−cv−01922−GBD−SN, 40 in 1:20−cv−10657−GBD−SN, 1983 in 1:02−cv−06977−GBD−SN, 40 in 1:20−cv−10615−GBD−SN, 9336 in 1:03−md−01570−GBD−SN, 794 in 1:04−cv−05970−GBD−SN) Notice of Interlocutory Appeal Filed In Associated Cases: 1:03−md−01570−GBD−SN e (Entered: 09/11/2023) |
| .1/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for (1094 in 1:03−cv−09849−GBD−SN, 591 in 1:04−cv−01922−GBD−SN, 40 in 1:20−cv−10657−GBD−SN, 1983 in 1:02−cv−06977−GBD−SN, 40 in 1:20−cv−10615−GBD−SN, 9336 in 1:03−md−01570−GBD−SN, 794 in 1:04−cv−05970−GBD−SN) Notice of Interlocutory Appeal, filed by Republic of the Sudan were transmitted to the U Appeals. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(km) (Entered: 09/11/2023) |
| .1/2023 | | Appeal Fee Paid electronically via Pay.gov: for (1094 in 1:03−cv−09849−GBD−SN, 591 in 1:04−cv−01922−GBD−S 1:20−cv−10657−GBD−SN, 1983 in 1:02−cv−06977−GBD−SN, 144 in 1:18−cv−12114−GBD−SN, 40 in 1:20−cv−10615−GBD−SN, 9336 in 1:03−md−01570−GBD−SN, 794 in 1:04−cv−05970−GBD−SN) Notice of Interl Appeal,. Filing fee $ 505.00. Pay.gov receipt number NYSDC−28255643, paid on 09/07/2023. Filed In Associated C 1:03−md−01570−GBD−SN et al..(nd) (Entered: 09/11/2023) |
| .1/2023 | 9337 | LETTER addressed to Judge George B. Daniels from Megan W. Benett dated 9/11/2023 re: Request for new action t part of the MDL pursuant to the Court's July 10, 2018 Amended Order. Document filed by Denise Esposito..(Benett, (Entered: 09/11/2023) |
| .1/2023 | 9338 | LETTER addressed to Judge George B. Daniels from Megan W. Benett dated 9/11/2023 re: Request for new action t part of the MDL pursuant to the Court's December 1, 2020 Order. Document filed by Kelly Anne..(Benett, Megan) (I 09/11/2023) |
| .3/2023 | 9339 | ORDER SCHEDULING SETTLEMENT CONFERENCE: A counsel−only settlement conference in this matter is he scheduled for Tuesday, December 19, 2023 at 10:00 a.m. in Courtroom 17−D, United States Courthouse, 500 Pearl S York, New York. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre−conference submissions must be by the Court no later than December 12, 2023 by 5:00 p.m. SO ORDERED. ( Settlement Conference set for 12/19/20 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Katharine H. Parker.) (Signe Magistrate Judge Katharine H. Parker on 9/13/2023) (vfr) (Entered: 09/13/2023) |
| .4/2023 | 9340 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated September 14, 2023 re: Fee F Withdrawal. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 09/14/2023) |

| | | |
|---|---|---|
| .4/2023 | 9341 | ORDER withdrawing 8623 Motion for Attorney Fees. In light of the parties' settlement, the motion is withdrawn witl subject to those reservations set forth in the Kingdom's September 14, 2023 letter. (HEREBY ORDERED by Magistr Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 09/14/2023) |
| .5/2023 | 9342 | TRANSCRIPT of Proceedings re: CONFERNECE held on 9/6/2023 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Sadie Herbert, (212) 805−0310. Transcript may be viewed at the court public terminal or purch through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 10/6/2023. Redacted Transcript Deadline set for 10/16/2023. Relea Transcript Restriction set for 12/14/2023.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(McGuirk, Ke (Entered: 09/15/2023) |
| .5/2023 | 9343 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERI proceeding held on 9/6/2023 has been filed by the court reporter/transcriber in the above−captioned matter. The partie seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...F Associated Cases: 1:03−md−01570−GBD−SN et al..(McGuirk, Kelly) (Entered: 09/15/2023) |
| .5/2023 | 9344 | REPLY MEMORANDUM OF LAW in Opposition re: 9246 MOTION JOINT MOTION TO EXCLUDE THE EXPI TESTIMONY OF EVAN KOHLMANN AND MATTHEW LEVITT ., 9248 MOTION to Preclude *Testimony of Vic Comras*. . Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 09/15/2023) |
| .5/2023 | 9345 | DECLARATION of Robert T. Haefele in Opposition re: 9246 MOTION JOINT MOTION TO EXCLUDE THE EXI TESTIMONY OF EVAN KOHLMANN AND MATTHEW LEVITT ., 9248 MOTION to Preclude *Testimony of Vic Comras*.. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit Exhibit 4, # 5 Exhibit 4A, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30).(Haefele, Robert) (Entered: 09/15/2023) |
| 20/2023 | 9346 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman dated 9/20/2023 re: Iran 28. Documer Christine O'Neill..(Goldman, Jerry) (Entered: 09/20/2023) |
| 20/2023 | 9347 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman dated 9/20/2023 re: Iran Judgments G Subset. Document filed by Estate of John Patrick O'Neill Sr.. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 09/20/2023) |
| 20/2023 | 9348 | MANDATE of USCA (Certified Copy) USCA Case Number 23−821. Petitioners seek a writ of mandamus directing court to vacate certain default judgments and dismiss certain complaints. Upon due consideration, it is hereby ORDE the petition is DENIED because Petitioners have not demonstrated that they are entitled to mandamus relief. See Che Dist. Ct. for D.C., 542 U.S. 367, 38081 (2004).. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issue Mandate: 9/20/2023. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(nd) (Entere 09/20/2023) |
| 21/2023 | 9349 | ORDER denying (9199) Motion for Default Judgment in case 1:03−md−01570−GBD−SN; denying (82) Motion for I Judgment in case 1:18−cv−12337−GBD−SN. This document relates to: Gaston, et al. v. The Islamic Republic of Iran 18−cv−12337Plaintiffs in Gaston, et al. v. The Islamic Republic of Iran, No. 18−cv−12337 ("Gaston"), filed this ame motion for default judgment against Iran after the Court raised issues with their prior motion. See ECF Nos. 8830 (pr denied at ECF No. 9205), 9199 (current motion). Like its predecessor, this motion cannot be adjudicated because no certificate of default has been issued. See ECF No. 9174 (raising identical issue with the Gaston Plaintiffs' motion at 8830); Loc. Civ. R. 55.2 (permitting parties to seek default judgments after a Clerk's certificate of default is issued); I Filing R. & Instructions 16.1 ("A Clerk's Certificate of Default is required before seeking a default judgment.").The C Plaintiffs' motion is therefore denied; they may re−file once the Clerk of Court has issued a certificate of default as to Gaston, No. 18−cv−12337. Counsel is directed to review Local Civil Rules 55.1 and 55.2 and Section 16 of the Distr Electronic Case Filing Rules. The Clerk of Court is respectfully directed to terminate the open motions in No. 03−md ECF No. 9199, and Gaston, No. 18−cv−12337 at ECF No. 82. SO ORDERED. (Signed by Magistrate Judge Sarah N 9/21/2023) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12337−GBD−SN (mml) (Entered: 09/2 |
| 21/2023 | 9350 | **FILING ERROR − NO ORDER SELECTED FOR APPEAL −** NOTICE OF CROSS APPEAL. Document filed l Insurance Company et al., Plaintiffs. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Carter, Sean) Modified on 9/22/2023 (km). (Entered: 09/21/2023) |
| 21/2023 | 9351 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated September 21, 20 Pursuant to the Courts September 21, 2022 Order & Opinion (ECF No. 8544). Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 09/21/2023) |
| 21/2023 | 9352 | **FILING ERROR − NO ORDER SELECTED FOR APPEAL −** NOTICE OF CROSS APPEAL. Document filed l Plaintiffs. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Haefele, Robert) Mo 9/22/2023 (km). (Entered: 09/21/2023) |

| | | |
|---|---|---|
| 22/2023 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Sean Carter to RE−F Document No. 9350 Notice of Cross Appeal. The filing is deficient for the following reason(s): the order/judgm appealed was not selected. Re−file the appeal using the event type Notice of Cross Appeal found under the even Appeal Documents − attach the correct signed PDF − select the correct named filer/filers − select the correct order/judgment being appealed. (km)** (Entered: 09/22/2023) |
| 22/2023 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Robert Haefele to RE Document No. 9352 Notice of Cross Appeal. The filing is deficient for the following reason(s): the order/judgm appealed was not selected. Re−file the appeal using the event type Notice of Cross Appeal found under the even Appeal Documents − attach the correct signed PDF − select the correct named filer/filers − select the correct order/judgment being appealed. (km)** (Entered: 09/22/2023) |
| 22/2023 | 9353 | NOTICE OF CROSS APPEAL from 9278 Order Adopting Report and Recommendations, Terminate Motions,,,,,,,,,, Document filed by Federal Insurance Company et al., Plaintiffs. Form C and Form D are due within 14 days to the Co Appeals, Second Circuit..(Carter, Sean) (Entered: 09/22/2023) |
| 22/2023 | 9354 | NOTICE OF CROSS APPEAL from 9278 Order Adopting Report and Recommendations, Terminate Motions,,,,,,,,,, Document filed by Burnett Plaintiffs. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Haefele, Robert) (Entered: 09/22/2023) |
| 22/2023 | | Appeal Fee Due: for 9353 Notice of Cross Appeal. Appeal fee due by 10/6/2023.(km) (Entered: 09/22/2023) |
| 22/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 9353 Notice of Cro Appeal.(km) (Entered: 09/22/2023) |
| 22/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 9353 Notice Appeal, filed by Federal Insurance Company et al., Plaintiffs were transmitted to the U.S. Court of Appeals.(km) (En 09/22/2023) |
| 22/2023 | | Appeal Fee Due: for 9354 Notice of Cross Appeal. Appeal fee due by 10/6/2023.(km) (Entered: 09/22/2023) |
| 22/2023 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 9354 Notice of Cro Appeal.(km) (Entered: 09/22/2023) |
| 22/2023 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 9354 Notice Appeal, filed by Burnett Plaintiffs were transmitted to the U.S. Court of Appeals. (km) (Entered: 09/22/2023) |
| 22/2023 | 9355 | ORDER: As discussed in the September 6, 2023 conference, the Court has developed draft materials for use in conne default judgment motions. The attached materials include a proposed checklist, cover sheet, and set of tables. (Couns request a copy of the underlying Excel file by emailing Netburn_NYSDChambers@nysd.uscourts.gov.) Counsel shou these materials and file any comments, suggestions, or questions by October 6, 2023. The Court will consider these r it finalizes these materials and any new instructions for filing default judgment motions. SO ORDERED. (Signed by Judge Sarah Netburn on 9/22/2023) (mml) (Entered: 09/22/2023) |
| 26/2023 | | Appeal Fee Paid electronically via Pay.gov: for 9353 Notice of Cross Appeal filed by Federal Insurance Company et Plaintiffs. Filing fee $ 505.00. Pay.gov receipt number ANYSDC−28322997, paid on 9/21/2023..(nd) (Entered: 09/26 |
| 26/2023 | | Appeal Fee Payment: for 9354 Notice of Cross Appeal,. Filing fee $ 505.00, receipt number ANYSDC−28340299..(H Robert) (Entered: 09/26/2023) |
| 28/2023 | 9356 | NOTICE of to Conform to Consolidated Amended Complaint re: (3463 in 1:03−md−01570−GBD−SN) Amended Co Document filed by Gladys Lopez. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:23−cv−08305−GBD.(Go Jerry) (Entered: 09/28/2023) |
| 28/2023 | 9357 | NOTICE of to Conform to Sudan Consolidated Amended Complaint or Ashton Sudan Amended Complaint re: (6539 1:03−md−01570−GBD−SN) Notice (Other). Document filed by Gladys Lopez. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:23−cv−08305−GBD.(Goldman, Jerry) (Entered: 09/28/2023) |
| 02/2023 | 9358 | REPORT & RECOMMENDATION re: (8917 in 1:03−md−01570−GBD−SN, 643 in 1:15−cv−09903−GBD−SN) MO Default Judgment as to *Motion for Entry of Partial Default Judgments on Behalf of Burnett/Iran Personal−Injury Pla (Burnett/Iran Personal Injury 7)*. filed by Burnett Plaintiffs. The Court recommends granting the Burnett VII Plaintif and awarding pain and suffering damages to: Anex Joseph Desinor in the amount of $5,000,000; Kevin M. Shea in th of $7,000,000; and Raymond E. Streker in the amount of $5,000,000. These plaintiffs should be awarded prejudgmen on their damages from September 11, 2001, through the date of judgment at a rate of 4.96 percent per annum, compo annually. See ECF No. 3362. They may apply for punitive, economic, or other damages later, consistent with future C rulings on this issue. All other Burnett plaintiffs may submit applications for damages in later stages. Objections to R 10/16/2023. (Signed by Magistrate Judge Sarah Netburn on 10/2/2023) Filed In Associated Cases: 1:03−md−01570− 1:15−cv−09903−GBD−SN. (mml) (Entered: 10/02/2023) |

| | | |
|---|---|---|
| )5/2023 | 9359 | PARTIAL FINAL DEFAULT JUDGMENT FOR ANAYA/IRAN V PLAINTIFFS IDENTIFIED IN EXHIBIT A: it ORDERED that service of process in the above−captioned Alarie Laure Anaya, et al. v. Islamic Republic of Iran, 1:18−cv−12341 (GBD) (SN) was effectuated upon the Islamic Republic of Iran in accordance with 28 U.S.C. § 1608 ORDERED that, there being no just reason for delay, partial final judgment is entered against the Islamic Republic of favor of Anaya/Iran Plaintiffs identified in Exhibit A hereto, who each represent the estate of an individual who was l terrorist attacks on September 11, 2001, as indicated in Exhibit A; and it is ORDERED that Anaya/Iran Plaintiffs ider Exhibit A hereto are awarded economic damages as set forth in Exhibit A hereto and as supported by the expert repor analyses tendered in conjunction with the Declaration of Joseph Peter Drennan executed on March2, 2023 (MDL EC Anaya ECF No. 140); and it is ORDERED that Anaya/Iran Plaintiffs identified in Exhibit A hereto are each awarded prejudgment interest on the damages hereby awarded to be calculated at a rate of 4.96 percent perannum, compounde running from January 1, 2023 until the date of this judgment for plaintiffs Donna M. Hall, Judith King, and Rosalie A and running from March 1, 2023 until the date of this judgment for plaintiffs Joseph Dimartino, Lucille Dionisio, Pet Dionisio, and Barbara M. Duffy; and it is ORDERED that Anaya/Iran Plaintiffs identified in Exhibit A hereto may su applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is OR that other Anaya/Iran Plaintiffs may submit in later stages applications for damages awards. Furthermore, the Clerk o directed to close the motion at ECF No. 8889 in 03−md−1570 (GBD) (SN) and ECF No. 139 in 18−cv−12341 (GBD ORDERED., Motions terminated: 8889 MOTION for Default Judgment as to Economic Damages for the Estates of I Dimartino, Anthony Dionisio, Jr., Richard Bradway Hall, Andrew Marshall King, Michael A. Marti, and Michael Jos (Anaya V) filed by Joseph DiMartino. (Signed by Judge George B. Daniels on 10/05/2023) (ama) (Entered: 10/05/20 |
| )5/2023 | 9360 | NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, tl plaintiff(s) and or their counsel(s), hereby give notice that the above−captioned action is voluntarily dismissed, witho against the defendant(s) Kingdom of Saudi Arabia. Document filed by Burnett Plaintiffs. **Proposed document to be and processed by Clerk's Office staff (No action required by chambers).**. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 10/05/2023) |
| )5/2023 | 9361 | NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, tl plaintiff(s) and or their counsel(s), hereby give notice that the above−captioned action is voluntarily dismissed, witho against the defendant(s) Islamic Republic of Iran. Document filed by Burnett Plaintiffs. **Proposed document to be r and processed by Clerk's Office staff (No action required by chambers).**. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00044−GBD−SN.(Eubanks, John) (Entered: 10/0 |
| )6/2023 | | *****NOTICE TO COURT REGARDING NOTICE OF VOLUNTARY DISMISSAL Document No. (1097 in 1:03−cv−09849−GBD−SN, 9360 in 1:03−md−01570−GBD−SN) Notice of Voluntary Dismissal,, was reviewed a referred to Judge George B. Daniels for approval for the following reason(s): the plaintiff(s) filed their volunta dismissal and it did not dismiss all of the parties or the action in its entirety. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN(nd)** (Entered: 10/06/2023) |
| )6/2023 | | *****NOTICE TO COURT REGARDING NOTICE OF VOLUNTARY DISMISSAL Document No. (665 in 1:15−cv−09903−GBD−SN, 9361 in 1:03−md−01570−GBD−SN, 132 in 1:19−cv−00044−GBD−SN) Notice of Vol Dismissal,, was reviewed and referred to Judge George B. Daniels for approval for the following reason(s): the filed their voluntary dismissal and it did not dismiss all of the parties or the action in its entirety. Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00044−GBD−SN(nd)** (Entered: 10/06/20 |
| )6/2023 | 9362 | MOTION to Dismiss *, or in the alternative*., MOTION for Summary Judgment . Document filed by Dallah Avco Tra Arabia..(Kry, Robert) (Entered: 10/06/2023) |
| )6/2023 | 9363 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 9362 MOTION to Dismiss *, or in the alte* MOTION for Summary Judgment . . Document filed by Kathleen Ashton(as Administrator of the Estate of Thomas A deceased and on behalf of all survivors of Thomas Ashton), Ernesto Barrera(Personal Representative of the Estate of DEBARRERA, Deceased), Daniel Maher, Federal Insurance Company, Continental Casualty Company, Kingdom of Arabia, Dallah Avco Trans Arabia, Gladys Salvo. Motion or Order to File Under Seal: 9122 .(Kry, Robert) (Entered: 10/06/2023) |
| )6/2023 | 9364 | ***SELECTED PARTIES***RULE 56.1 STATEMENT. Document filed by Federal Insurance Company, Ernesto Barrera(Personal Representative of the Estate of ANA DEBARRERA, Deceased), Kathleen Ashton(as Administrator Estate of Thomas Ashton, deceased and on behalf of all survivors of Thomas Ashton), Continental Casualty Compan of Saudi Arabia, Gladys Salvo, Dallah Avco Trans Arabia, Daniel Maher. Motion or Order to File Under Seal: 9122 . Robert) (Entered: 10/06/2023) |
| )6/2023 | 9365 | ***SELECTED PARTIES***DECLARATION of Eric R. Nitz in Support re: 9362 MOTION to Dismiss *, or in the a* MOTION for Summary Judgment .. Document filed by Ernesto Barrera(Personal Representative of the Estate of AN DEBARRERA, Deceased), Federal Insurance Company, Continental Casualty Company, Kathleen Ashton(as Admin the Estate of Thomas Ashton, deceased and on behalf of all survivors of Thomas Ashton), Kingdom of Saudi Arabia, Salvo, Daniel Maher, Dallah Avco Trans Arabia. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhib Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11 pt. 1, # 12 Exhib 13 Exhibit 11 pt. 3, # 14 Exhibit 12 pt. 1, # 15 Exhibit 12 pt. 2, # 16 Exhibit 13, # 17 Exhibit 14, # 18 Exhibit 15, # 1 |

| | | |
|---|---|---|
| | | 16, # 20 Exhibit 17, # 21 Exhibit 18, # 22 Exhibit 19, # 23 Exhibit 20, # 24 Exhibit 21, # 25 Exhibit 22, # 26 Exhibit Exhibit 24, # 28 Exhibit 25, # 29 Exhibit 26, # 30 Exhibit 27, # 31 Exhibit 28, # 32 Exhibit 29, # 33 Exhibit 30, # 34 # 35 Exhibit 32, # 36 Exhibit 33, # 37 Exhibit 34, # 38 Exhibit 35, # 39 Exhibit 36, # 40 Exhibit 37, # 41 Exhibit 38, Exhibit 39, # 43 Exhibit 40, # 44 Exhibit 41, # 45 Exhibit 42, # 46 Exhibit 43, # 47 Exhibit 44, # 48 Exhibit 45, # 49 # 50 Exhibit 47, # 51 Exhibit 48, # 52 Exhibit 49, # 53 Exhibit 50, # 54 Exhibit 51, # 55 Exhibit 52, # 56 Exhibit 53, Exhibit 54, # 58 Exhibit 55, # 59 Exhibit 56, # 60 Exhibit 57, # 61 Exhibit 58, # 62 Exhibit 59, # 63 Exhibit 60, # 64 # 65 Exhibit 62, # 66 Exhibit 63, # 67 Exhibit 64, # 68 Exhibit 65, # 69 Exhibit 66, # 70 Exhibit 67, # 71 Exhibit 68, Exhibit 69, # 73 Exhibit 70, # 74 Exhibit 71, # 75 Exhibit 72, # 76 Exhibit 73, # 77 Exhibit 74, # 78 Exhibit 75, # 79 # 80 Exhibit 77, # 81 Exhibit 78, # 82 Exhibit 79, # 83 Exhibit 80, # 84 Exhibit 81, # 85 Exhibit 82, # 86 Exhibit 83, Exhibit 84, # 88 Exhibit 85, # 89 Exhibit 86, # 90 Exhibit 87, # 91 Exhibit 88, # 92 Exhibit 89, # 93 Exhibit 90, # 94 # 95 Exhibit 92, # 96 Exhibit 93, # 97 Exhibit 94, # 98 Exhibit 95, # 99 Exhibit 96)Motion or Order to File Under Sea .(Kry, Robert) (Entered: 10/06/2023) |
| )6/2023 | 9366 | LETTER addressed to Judge George B. Daniels from Robert K. Kry dated Oct. 6, 2023 re: Oral Argument Request. I filed by Dallah Avco Trans Arabia..(Kry, Robert) (Entered: 10/06/2023) |
| )6/2023 | 9367 | LETTER addressed to Judge George B. Daniels from Megan W. Benett dated 10/6/2023 re: notification of a new acti part of the MDL pursuant to the Court's July 10, 2018 Amended Order. Document filed by Kathleen Ashton..(Benett, (Entered: 10/06/2023) |
| )6/2023 | 9368 | MOTION to Dismiss . Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 10/06/2023) |
| )6/2023 | 9369 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 9368 MOTION to Dismiss . . Document f Dallah Avco Trans Arabia, FBI, Plaintiffs Executive Committees, Kingdom of Saudi Arabia. Motion or Order to File Seal: 4255 .(Kellogg, Michael) (Entered: 10/06/2023) |
| )6/2023 | 9370 | ***SELECTED PARTIES***DECLARATION of Gregory G. Rapawy in Support re: 9368 MOTION to Dismiss .. I filed by Plaintiffs Executive Committees, Dallah Avco Trans Arabia, FBI, Kingdom of Saudi Arabia. (Attachments: # 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 # 56 Exhibit 56, # 57 Exhibit 57, # 58 Exhibit 58, # 59 Exhibit 59, # 60 Exhibit 60, # 61 Exhibit 61, # 62 Exhibit 62, Exhibit 63, # 64 Exhibit 64, # 65 Exhibit 65, # 66 Exhibit 66, # 67 Exhibit 67, # 68 Exhibit 68, # 69 Exhibit 69, # 70 # 71 Exhibit 71, # 72 Exhibit 72, # 73 Exhibit 73, # 74 Exhibit 74, # 75 Exhibit 75, # 76 Exhibit 76, # 77 Exhibit 77, Exhibit 78, # 79 Exhibit 79, # 80 Exhibit 80, # 81 Exhibit 81, # 82 Exhibit 82, # 83 Exhibit 83, # 84 Exhibit 84, # 85 # 86 Exhibit 86, # 87 Exhibit 87, # 88 Exhibit 88, # 89 Exhibit 89, # 90 Exhibit 90, # 91 Exhibit 91, # 92 Exhibit 92, Exhibit 93, # 94 Exhibit 94, # 95 Exhibit 95, # 96 Exhibit 96, # 97 Exhibit 97, # 98 Exhibit 98, # 99 Exhibit 99, # 10( 100, # 101 Exhibit 101, # 102 Exhibit 102, # 103 Exhibit 103, # 104 Exhibit 104, # 105 Exhibit 105, # 106 Exhibit 1( Exhibit 107, # 108 Exhibit 108, # 109 Exhibit 109, # 110 Exhibit 110, # 111 Exhibit 111, # 112 Exhibit 112, # 113 E: # 114 Exhibit 114, # 115 Exhibit 115, # 116 Exhibit 116, # 117 Exhibit 117, # 118 Exhibit 118, # 119 Exhibit 119, # 120, # 121 Exhibit 121, # 122 Exhibit 122, # 123 Exhibit 123, # 124 Exhibit 124, # 125 Exhibit 125, # 126 Exhibit 1: Exhibit 127, # 128 Exhibit 128, # 129 Exhibit 129, # 130 Exhibit 130, # 131 Exhibit 131, # 132 Exhibit 132, # 133 E: # 134 Exhibit 134, # 135 Exhibit 135, # 136 Exhibit 136, # 137 Exhibit 137, # 138 Exhibit 138, # 139 Exhibit 139, # 140, # 141 Exhibit 141, # 142 Exhibit 142, # 143 Exhibit 143, # 144 Exhibit 144, # 145 Exhibit 145, # 146 Exhibit 14 Exhibit 147, # 148 Exhibit 148, # 149 Exhibit 149, # 150 Exhibit 150, # 151 Exhibit 151, # 152 Exhibit 152, # 153 E: # 154 Exhibit 154, # 155 Exhibit 155, # 156 Exhibit 156, # 157 Exhibit 157, # 158 Exhibit 158, # 159 Exhibit 159)M Order to File Under Seal: 4255 .(Rapawy, Gregory) (Entered: 10/06/2023) |
| .1/2023 | 9371 | ORDER The Court was unable to locate economic reports for 18 plaintiffs: Steven Paul Chucknick, Emerita De La P Joseph Doherty III, Patrick Thomas Dwyer, John E. Eichler, Timothy Joseph Finnerty, Carl Martin Flickinger, Miche Goldstein, Joseph John Hasson III, William Jose Jimeno, Nancy Liz, Kathy Nancy Mazza, John McLoughlin, James Murphy IV, Joseph Michael Navas, Keith Kevin OConnor, Patrick John OShea, and Joanne Rubino. Counsel should reports under seal by October 20, 2023. By the same date, counsel should review the table attached to this order and ( that it lists the correct personal representative for each estate seeking a judgment, or (2) submit any corrections with c relevant docket entries. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 10/11/23) Filed In Associate 1:03−md−01570−GBD−SN et al. (yv) (Entered: 10/11/2023) |
| .1/2023 | 9372 | ORDER. The Court recently shared draft materials for use in connection with default judgment motions and asked co any comments, suggestions, or questions by October 6. ECF No. 9355.1 No responses were filed. Before finalizing th the Court requests that the Plaintiffs Executive Committees file a letter by October 16, 2023, indicating whether they comments or suggestions on the proposed materials. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on (yv) (Entered: 10/11/2023) |

| | | |
|---|---|---|
| .2/2023 | 9373 | ORDER: That leaves the Plaintiffs with two avenues for seeking relief. They may pursue recovery under the ATA notwithstanding the Court's interpretation of its scope. Or they may pursue recovery under another cause of action, su common law wrongful death. See No. 02−cv−06977, ECF No. 465 at 235 (Sixth Amended Consolidated Master Con asserting Plaintiffs' common law wrongful death claims against the Taliban). It is unclear which avenue the Plaintiffs Compare ECF Nos. 9041 at 3, 9042 at 14 (requesting but not calculating treble damages under the ATA), with ECF N (proposed order including no request for treble damages under the ATA). Rather than speculate, the Court requests th clarify what relief the Plaintiffs are requesting. If the Plaintiffs seek damages under the ATA, counsel should file a ne order that requests and calculates those damages. If the Plaintiffs seek damages under state common law, counsel sho memorandum of law addressing the Court's recent choice−of−law analysis, see ECF No. 9287, as well as liability and These filings should be submitted by October 27, 2023. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn 10/12/2023) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GI 1:02−cv−07236−GBD (mml) (Entered: 10/12/2023) |
| .6/2023 | 9374 | REPLY MEMORANDUM OF LAW in Support re: 9248 MOTION to Preclude *Testimony of Victor Comras*. . Docu by Yassin Al Kadi, Yasin Kadi, Yassin Kadi..(Salerno, Peter) (Entered: 10/16/2023) |
| .6/2023 | 9375 | JOINT REPLY MEMORANDUM OF LAW in Support re: 9246 MOTION JOINT MOTION TO EXCLUDE THE E TESTIMONY OF EVAN KOHLMANN AND MATTHEW LEVITT . . Document filed by Abdullah Al Obaid, Abd Turki, Adnan Basha, International Islamic Relief Organization, Muslim World League, Abdullah Naseef..(Bembry, A (Entered: 10/16/2023) |
| .6/2023 | 9376 | DECLARATION of AISHA BEMBRY in Support re: 9246 MOTION JOINT MOTION TO EXCLUDE THE EXPE TESTIMONY OF EVAN KOHLMANN AND MATTHEW LEVITT .. Document filed by Abdullah Al Obaid, Abdu Turki, Adnan Basha, International Islamic Relief Organization(IIRO), Muslim World League, Abdullah Naseef. (Atta 1 Exhibit 44−Excerpt Transcript Pages of Evan Kohlmann, # 2 Exhibit 45−WAMY Camp Handbook, # 3 Exhibit 46− Report of Khalid Yahya Blankinship, # 4 Exhibit 47−Table).(Bembry, Aisha) (Entered: 10/16/2023) |
| .7/2023 | 9377 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committee for Personal Injury and Claims dated 10/16/2023 re: the Court's 10/11/2023 Order regarding default−judgment templates. Document filed by Executive Committee for Personal Injury and Death Claims..(Eubanks, John) (Entered: 10/17/2023) |
| .7/2023 | 9378 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Jerry Goldman dated 10/ Response to Courts Order 10/11/23. Document filed by Christine O'Neill, Christine O'Neill. (Attachments: # 1 Exhib Exhibit D Index, # 3 Exhibit D−3a, # 4 Exhibit D−3b, # 5 Exhibit D−3c)Filed In Associated Cases: 1:03−md−01570− et al.Motion or Order to File Under Seal: 7963 .(Goldman, Jerry) (Entered: 10/17/2023) |
| .7/2023 | 9379 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry Goldman dated 10/17/2023 re: Response to Courts 10/11/23. Document filed by Christine O'Neill.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldma (Entered: 10/17/2023) |
| .8/2023 | 9380 | MEMO ENDORSEMENT on re: (159 in 1:20−cv−09387−GBD−SN, 214 in 1:18−cv−12276−GBD−SN, 199 in 1:19−cv−11865−GBD−SN, 175 in 1:20−cv−09376−GBD−SN, 84 in 1:22−cv−05193−GBD−SN, 250 in 1:18−cv−05321−GBD−SN, 9379 in 1:03−md−01570−GBD−SN, 197 in 1:18−cv−11878−GBD−SN, 93 in 1:21−cv−10239−GBD, 226 in 1:18−cv−11870−GBD−SN, 152 in 1:20−cv−10902−GBD−SN, 184 in 1:18−cv−11875 162 in 1:20−cv−10460−GBD−SN, 257 in 1:18−cv−12277−GBD−SN, 205 in 1:18−cv−07306−GBD−SN, 288 in 1:18−cv−05306−GBD−SN) Letter filed by Christine O'Neill. ENDORSEMENT: The name of the personal represent estate of Alex F. Ciccone is changed from Stefanie Ciccone to Stefanie Oliva to reflect the plaintiff's name change. (S Magistrate Judge Sarah Netburn on 10/18/2023) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (rro) (M Document 9380 replaced on 10/19/2023) (dsh). Modified on 10/19/2023 (dsh). (Entered: 10/19/2023) |
| .9/2023 | 9381 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** AMENDED MOTION for Default Judgment as to *the Def Taliban*. Document filed by Kristen Breitweiser. (Attachments: # 1 Affidavit Amended Declaration of John F. Schutt Exhibit A. Declaration of Kristen Breitweiser, # 3 Exhibit B. Declaration of Patricia Ryan, # 4 Exhibit C. Court Orde Appointing "Personal Representatives", # 5 Exhibit D. Default Judgment Awards Requested by Breitweiser and Ryan Families)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) Modifie 10/26/2023 (db). (Entered: 10/19/2023) |
| .9/2023 | 9382 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** PROPOSED ORDER. Document fil Kristen Breitweiser. (Attachments: # 1 Exhibit A. Default Judgment Awards Requested by Breitweiser & Ryan Fami Related Document Number: 9381 ..(Schutty, John) **Proposed Order to be reviewed by Clerk's Office staff.** Modifi 10/19/2023 (km). (Entered: 10/19/2023) |
| .9/2023 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Joh to RE−FILE Document (1996 in 1:02−cv−06977−GBD−SN, 9382 in 1:03−md−01570−GBD−SN) Proposed Ord event type Proposed Orders, Proposed Judgment. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(km)** (Entered: 10/19/2023) |

| | | |
|---|---|---|
| .9/2023 | 9383 | PROPOSED JUDGMENT. Document filed by Kristen Breitweiser. (Attachments: # 1 Exhibit A. Default Judgment A Requested by Breitweiser & Ryan Families).(Schutty, John) **Proposed Judgment to be reviewed by Clerk's Office** Modified on 10/20/2023 (nd). (Entered: 10/19/2023) |
| .9/2023 | 9384 | LETTER MOTION for Conference addressed to Magistrate Judge Sarah Netburn from James L. Bernard dated Octol 2023. Document filed by Fiona Havlish.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GB 1:03−cv−09848−GBD−SN, 1:04−cv−01076−GBD−SN, 1:15−cv−09903−GBD−SN.(Bernard, James) (Entered: 10/1 |
| 20/2023 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (1997 in 1:02−cv−06977−( 9383 in 1:03−md−01570−GBD−SN) Proposed Judgment, was reviewed and approved as to form. Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(nd)** (Entered: 10/20/2023) |
| 20/2023 | 9385 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated October 20, 2023 re: Exhibits Renewed Motion to Dismiss. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 10/20/2023 |
| 20/2023 | 9386 | LETTER addressed to Magistrate Judge Sarah Netburn from Michel F. Baumeister dated October 20, 2023 re: in resp Havlish Counsel letter motion for conference (ECF 9384) dated Oct. 19, 2023.. Document filed by Virginia Bauer, et Bauer, et al..Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Baumeister, Michel) (Entered: 10/20/2023 |
| 20/2023 | 9387 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter on behalf of the Federal Insurance Plaint October 20, 2023 re: Response to letter. Document filed by Federal Insurance Company et al., Plaintiffs..(Carter, Sea 10/20/2023) |
| 26/2023 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − DEFICIENT DOCKET ENTRY ERROR. Notic Attorney John Francis Schutty to RE−FILE Document 9381 AMENDED MOTION for Default Judgment as t *Defendant Taliban*. ERROR(S): Supporting documents are filed separately, each receiving their own documen** (Entered: 10/26/2023) |
| 26/2023 | 9388 | MEMO ENDORSEMENT on re: 9385 Letter filed by Kingdom of Saudi Arabia. ENDORSEMENT: Docket Service the Court that altering attorney filings in this manner is against policy. Counsel is encouraged to re−file the declaratio exhibits, but the Court recognizes that this may be burdensome. If counsel chooses not to re−file, the Court will take discrepancies in ECF No. 9370 and specify which numbering it is using (i.e. slip−sheet numbers or ECF numbers) to exhibits in any decision on the Renewed Motion to Dismiss. (Signed by Magistrate Judge Sarah Netburn on 10/26/20 (Entered: 10/26/2023) |
| 26/2023 | 9389 | ORDER terminating 9384 Letter Motion for Conference re: 9384 LETTER MOTION for Conference addressed to M Judge Sarah Netburn from James L. Bernard dated October 19, 2023. Counsel's request leaves the Court with no clea how it can be useful in this matter. As an interim measure, the Court is willing to holding an off−the−record teleconfe all interested parties to determine what role (if any) the Court should play at this time. Counsel for the interested parti meet and confer and file a letter by October 31, 2023, either (1) withdrawing the request for a conference or (2) propo and times during the November 1−9 period when counsel for all interested parties are available. (Signed by Magistrat Sarah Netburn on 10/26/2023) (ate) (Entered: 10/26/2023) |
| 27/2023 | 9390 | ***SELECTED PARTIES***DECLARATION of Gregory G. Rapawy in Support re: 9368 MOTION to Dismiss .. I filed by Dallah Avco Trans Arabia, FBI, Plaintiffs Executive Committees, Kingdom of Saudi Arabia. (Attachments: 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 # 56 Exhibit 56, # 57 Exhibit 57, # 58 Exhibit 58, # 59 Exhibit 59, # 60 Exhibit 60, # 61 Exhibit 61, # 62 Exhibit 62, Exhibit 63, # 64 Exhibit 64, # 65 Exhibit 65, # 66 Exhibit 66, # 67 Exhibit 67, # 68 Exhibit 68, # 69 Exhibit 69, # 70 # 71 Exhibit 71, # 72 Exhibit 72, # 73 Exhibit 73, # 74 Exhibit 74, # 75 Exhibit 75, # 76 Exhibit 76, # 77 Exhibit 77, Exhibit 78, # 79 Exhibit 79, # 80 Exhibit 80, # 81 Exhibit 81, # 82 Exhibit 82, # 83 Exhibit 83, # 84 Exhibit 84, # 85 # 86 Exhibit 86, # 87 Exhibit 87, # 88 Exhibit 88, # 89 Exhibit 89, # 90 Exhibit 90, # 91 Exhibit 91, # 92 Exhibit 92, Exhibit 93, # 94 Exhibit 94, # 95 Exhibit 95, # 96 Exhibit 96, # 97 Exhibit 97, # 98 Exhibit 98, # 99 Exhibit 99, # 10( 100, # 101 Exhibit 101, # 102 Exhibit 102, # 103 Exhibit 103, # 104 Exhibit 104, # 105 Exhibit 105, # 106 Exhibit 1( Exhibit 107, # 108 Exhibit 108, # 109 Exhibit 109, # 110 Exhibit 110, # 111 Exhibit 111, # 112 Exhibit 112, # 113 E # 114 Exhibit 114, # 115 Exhibit 115, # 116 Exhibit 116, # 117 Exhibit 117, # 118 Exhibit 118, # 119 Exhibit 119, # 120, # 121 Exhibit 121, # 122 Exhibit 122, # 123 Exhibit 123, # 124 Exhibit 124, # 125 Exhibit 125, # 126 Exhibit 1: Exhibit 127, # 128 Exhibit 128, # 129 Exhibit 129, # 130 Exhibit 130, # 131 Exhibit 131, # 132 Exhibit 132, # 133 E # 134 Exhibit 134, # 135 Exhibit 135, # 136 Exhibit 136, # 137 Exhibit 137, # 138 Exhibit 138, # 139 Exhibit 139, # 140, # 141 Exhibit 141, # 142 Exhibit 142, # 143 Exhibit 143, # 144 Exhibit 144, # 145 Exhibit 145, # 146 Exhibit 14 Exhibit 147, # 148 Exhibit 148, # 149 Exhibit 149, # 150 Exhibit 150, # 151 Exhibit 151, # 152 Exhibit 152, # 153 E # 154 Exhibit 154, # 155 Exhibit 155, # 156 Exhibit 156, # 157 Exhibit 157, # 158 Exhibit 158, # 159 Exhibit 159)M |

| | | |
|---|---|---|
| | | Order to File Under Seal: 4255 .(Rapawy, Gregory) (Entered: 10/27/2023) |
| 30/2023 | 9391 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert K. Kry dated October 30, 2023 re: public filing o 9363 & 9364. Document filed by Dallah Avco Trans Arabia..(Kry, Robert) (Entered: 10/30/2023) |
| 30/2023 | 9392 | MEMORANDUM OF LAW in Support re: 9362 MOTION to Dismiss *, or in the alternative*. MOTION for Summary *. (publicly filed version of Dkt. 9363)*. Document filed by Dallah Avco Trans Arabia..(Kry, Robert) (Entered: 10/30/2 |
| 30/2023 | 9393 | RULE 56.1 STATEMENT. Document filed by Dallah Avco Trans Arabia..(Kry, Robert) (Entered: 10/30/2023) |
| 31/2023 | 9394 | LETTER MOTION for Conference addressed to Magistrate Judge Sarah Netburn from James L. Bernard dated 10/31 Document filed by Fiona Havlish.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN 1:03−cv−09848−GBD−SN, 1:04−cv−01076−GBD−SN, 1:15−cv−09903−GBD−SN.(Bernard, James) (Entered: 10/31 |
| 31/2023 | 9395 | AMENDED MOTION for Default Judgment as to *the Taliban*. Document filed by Kristen Breitweiser.Filed In Assoc Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) (Entered: 10/31/2023) |
| 31/2023 | 9396 | DECLARATION of John F. Schutty, Esq. in Support re: (2001 in 1:02−cv−06977−GBD−SN) AMENDED MOTION Default Judgment as to *the Taliban*.. Document filed by Kristen Breitweiser. (Attachments: # 1 Exhibit A. To AMEN DECLARATION of John Schutty, Declaration of Kristen Breitweiser Filed in Support of Default Judgment Applicat the Taliban, # 2 Exhibit B. To AMENDED DECLARATION of John Schutty, Declaration of Patricia Ryan Filed in S Default Judgment Application Against the Taliban, # 3 Exhibit C. Letters of Administration, # 4 Exhibit D. Default J Awards Requested by Breitweiser & Ryan Families)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) (Entered: 10/31/2023) |
| 31/2023 | 9397 | PROPOSED JUDGMENT. Document filed by Kristen Breitweiser. (Attachments: # 1 Exhibit A. Default Judgment A Requested by Breitweiser & Ryan Families).(Schutty, John) **Proposed Judgment to be reviewed by Clerk's Office** Modified on 10/31/2023 (nd). (Entered: 10/31/2023) |
| 31/2023 | 9398 | PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i): Pursuant Civ. P. 41(a)(1)(A)(i), the following Plaintiffs hereby voluntarily dismiss without prejudice their claims against all De Burnett, et al. v. Islamic Rep. of Iran, et al., Case No. 15−cv−9903 (GBD)(SN), and Prior, et al. v. Islamic Rep. of Ira 19−cv−00044 (GBD)(SN): and as set forth herein. This Notice of Voluntary Dismissal is limited only to dismissing t noted above from this action. All other Plaintiffs maintain and continue to prosecute their claims against the Defenda above−captioned case. SO ORDERED. (Signed by Judge George B. Daniels on 10/31/2023) (ama) (Entered: 10/31/2 |
| 31/2023 | 9399 | PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i): Pursuant Civ. P. 41 (a)(1)(A)(i), the following Plaintiffs hereby voluntarily dismiss without prejudice their claims against all D in Burnett, et al. v. Al Baraka Inv. & Dev. Corp., et al., Case No. 03−cv−9849 (GBD)(SN): as set forth herein. This N Voluntary Dismissal is limited only to dismissing the claims as noted above from this action. All other Plaintiffs mai continue to prosecute their claims against the Defendants in the above−captioned case. SO ORDERED. (Signed by Ju George B. Daniels on 10/31/2023) (ama) (Entered: 10/31/2023) |
| 01/2023 | 9400 | MEMORANDUM DECISION AND ORDER: granting (8917) Motion for Default Judgment in case 1:03−md−01570−GBD−SN; granting (643) Motion for Default Judgment in case 1:15−cv−09903−GBD−SN. Plainti for Partial Final Default Judgments (ECFNo. 8917) is GRANTED. It is: ORDERED that the Burnett Plaintiffs identi attached Exhibit A are awarded judgments for pain and suffering damages as set forth in Exhibit A; and it is ORDER prejudgment interest is awarded to be calculated at a rate of 4.96 percent per annum, all interest compounded annuall same period; and it is ORDERED that to the extent they have not done so already, the Plaintiffs identified in Exhibit submit in later stages applications for punitive, economic, and/or other damagesawards. ORDERED that the Plaintiff appearing on Exhibit A and who were not previously awarded damages may submit in later stages applications for pu economic, and/or other damages awards. The Clerk of Court is directed to close the motions at ECF No. 8917 in 03− and ECF No. 643 in 15−cv−9903. SO ORDERED. (Signed by Judge George B. Daniels on 11/01/2023) Filed In Ass Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN (ama) (Entered: 11/01/2023) |
| 01/2023 | 9401 | MOTION for Robert Keith Morgan to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−2850967 **and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Stephanie Desimone, Stephanie Louis Gaston, Samuel Johnson, James Knight, Joseph Rodriguez. (Attachments: # 1 Affidavit Affidavit in support, # Order Proposed order)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Morgan, Robert) (Entered: 11/01 |
| 01/2023 | 9402 | ORDER granting (706) Letter Motion for Conference re: (706 in 1:03−cv−09848−GBD−SN, 9394 in 1:03−md−01570−GBD−SN) LETTER MOTION for Conference addressed to Magistrate Judge Sarah Netburn from Bernard dated 10/31/2023. in case 1:03−cv−09848−GBD−SN; granting (9394) Letter Motion for Conference re: (706 1:03−cv−09848−GBD−SN, 9394 in 1:03−md−01570−GBD−SN) LETTER MOTION for Conference addressed to M Judge Sarah Netburn from James L. Bernard dated 10/31/2023. in case 1:03−md−01570−GBD−SN. The Court will h off−the−record teleconference in this matter on Friday, November 3, 2023, at 11:00 a.m. The Court will email the thr attorneys listed on the filings at ECF Nos. 9384, 9386, and 9387 to arrange a dedicated teleconference line. Counsel f interested parties may join by coordinating directly with those three attorneys. SO ORDERED. Telephone Conferenc |

| | | |
|---|---|---|
| | | 11/3/2023 at 11:00 AM before Magistrate Judge Sarah Netburn. (Signed by Magistrate Judge Sarah Netburn on 11/1/ In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN (mml) (Entered: 11/01/2023) |
| )2/2023 | 9403 | ORDER terminating (9041) Motion for Default Judgment in case 1:03−md−01570−GBD−SN; terminating (1959) M Default Judgment in case 1:02−cv−06977−GBD−SN. Counsel for the Ashton−Dickey Plaintiffs filed an amended mo default judgment at ECF No. 9395 that replaces the motion pending at ECF No. 9041. The Clerk of Court is therefore respectfully directed to terminate the open motion at ECF No. 9041. (HEREBY ORDERED by Magistrate Judge Sar Netburn)(Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN (dsh) 11/02/2023) |
| )2/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. (64 in 1:18−cv−12348−GB in 1:18−cv−12398−GBD−SN, 66 in 1:18−cv−12338−GBD−SN, 62 in 1:21−cv−07679−GBD, 87 in 1:18−cv−12347−GBD−SN, 79 in 1:18−cv−12344−GBD−SN, 9401 in 1:03−md−01570−GBD−SN, 149 in 1:17−cv−00348−GBD−SN, 65 in 1:18−cv−12346−GBD−SN, 66 in 1:18−cv−12399−GBD−SN, 91 in 1:18−cv−12337−GBD−SN) MOTION for Robert Keith Morgan to Appear Pro Hac Vice . Filing fee $ 200.00, r number NYSDC−28509674. Motion and supporting papers to be reviewed by Clerk's Office staff. The docume been reviewed and there are no deficiencies. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(va)** (E 11/02/2023) |
| )2/2023 | 9404 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** AMENDED COMPLAINT amending 3237 Amended Cor against Islamic Republic of Iran with JURY DEMAND.Document filed by John Doe 67, Heily Fortuna, Lester Fortu Lopez, Roya Touran. Related document: 3237 Amended Complaint(Goldman, Jerry) Modified on 11/6/2023 (gp). (E 11/02/2023) |
| )2/2023 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners Patricia Fennelly, Justin Rodriguez, Michael Reynolds added. added pursuant to 9404 Amended Complaint,. Related document: 9404 Amended Complaint,..(Goldman, Jerry) (Ente 11/02/2023) |
| )2/2023 | 9405 | REQUEST FOR ISSUANCE OF AMENDED SUMMONS as to Islamic Republic of Iran c/o Ministry of Foreign Af Khomeini Avenue Tehran, Iran, re: 9404 Amended Complaint,. Document filed by John Doe 67, Heily Fortuna, Lest Gladys Lopez, Roya Touran..(Goldman, Jerry) (Entered: 11/02/2023) |
| )2/2023 | 9406 | AMENDED MOTION for Default Judgment as to *the Taliban*. Document filed by Irene Dickey.Filed In Associated ( 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) (Entered: 11/02/2023) |
| )2/2023 | 9407 | DECLARATION of John F. Schutty Esq. in Support re: (2005 in 1:02−cv−06977−GBD−SN) AMENDED MOTION Judgment as to *the Taliban*.. Document filed by Irene Dickey. (Attachments: # 1 Exhibit A. To Amended Declaration Schutty Esq., Declaration of Irene Dickey Filed in Support of Default Judgment Application Against the Taliban, # 2 To Amended Declaration of John Schutty Esq., Declaration of Jacquline Eaton Filed in Support of Default Judgment Application Against the Taliban, # 3 Exhibit C. To Amended Declaration of John Schutty Esq., Declaration of Joann Filed in Support of Default Judgment Application Against the Taliban, # 4 Exhibit D. To Amended Declaration of Jo Esq., Declaration of Lisa O'Brien Filed in Support of Default Judgment Application Against the Taliban, # 5 Exhibit Amended Declaration of John Schutty Esq., Declaration of Dara Seaman Filed in Support of Default Judgment Appli Against the Taliban, # 6 Exhibit F. To Amended Declaration of John Schutty Esq., Declaration of Susan Sliwak Filed of Default Judgment Application Against the Taliban, # 7 Exhibit G. To Amended Declaration of John Schutty Esq., of Allison Wallice Filed in Support of Default Judgment Application Against the Taliban, # 8 Exhibit H. To Amende Declaration of John Schutty Esq., Declaration of Eileen Lynch Filed in Support of Default Judgment Application Aga Taliban, # 9 Exhibit I. Letter of Administration, # 10 Exhibit J. Default Judgment Awards Requested by Following Plaintiffs)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) (Entere 11/02/2023) |
| )2/2023 | 9408 | PROPOSED JUDGMENT. Document filed by Irene Dickey. (Attachments: # 1 Exhibit A. Default Judgment Awards by Following Plaintiffs).(Schutty, John) **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 11/( |
| )3/2023 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (9408 in 1:03−md−01570− 2007 in 1:02−cv−06977−GBD−SN) Proposed Judgment, was reviewed and approved as to form. Filed In Assoc Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN. (tp)** (Entered: 11/03/2023) |
| )3/2023 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Telephone Conference held on 11/3/2023 Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN(dsh) (Entered: 11/03/2023) |
| )3/2023 | 9409 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated November 3, 202 public filing of currently sealed Daubert briefs. Document filed by Plaintiffs Executive Committees..(Haefele, Robert 11/03/2023) |
| )3/2023 | 9410 | NOTICE of to Conform to Consolidated Amended Complaint re: (3463 in 1:03−md−01570−GBD−SN) Amended Co Document filed by Christine O'Neill. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:23−cv−08305−GBD. Jerry) (Entered: 11/03/2023) |

| | | |
|---|---|---|
| )3/2023 | 9411 | NOTICE of to Conform to Sudan Consolidated Amended Complaint or Ashton Sudan Amended Complaint re: (6539 1:03−md−01570−GBD−SN) Notice (Other). Document filed by Christine O'Neill. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:23−cv−08305−GBD.(Goldman, Jerry) (Entered: 11/03/2023) |
| )6/2023 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Jerry Goldman re Document No. 9404 Amended Complaint. The filing is deficient for the following reason(s): AS PER CHAMBI Court's leave has not been granted.. File the Exhibit to Pleading event found under the event list Other Docum attach either opposing party's written consent or Court's leave. (gp)** (Entered: 11/06/2023) |
| )6/2023 | 9412 | ORDER with respect to (9406) Motion for Default Judgment in case 1:03−md−01570−GBD−SN; with respect to (20 for Default Judgment in case 1:02−cv−06977−GBD−SN. The Ashton−Dickey plaintiffs recently filed an "Amended I Final Judgments Against the Taliban." ECF No. 9406. It is unclear what motion this filing intended to amend or repla Court requests that counsel file a letter by November 13, 2023, identifying the underlying motion and, if appropriate, withdrawing it. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 11/6/2023) Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN. (mml) (Entered: 11/06/2023) |
| )6/2023 | 9413 | ORDER granting 9401 Motion for Robert Keith Morgan to Appear Pro Hac Vice (HEREBY ORDERED by Magistra Sarah Netburn)(Text Only Order) (dsh) (Entered: 11/06/2023) |
| )7/2023 | 9414 | MEMO ENDORSEMENT on re: 9409 Letter filed by Plaintiffs Executive Committees. ENDORSEMENT: The Cour the parties' proposal. The parties should publicly file redacted copies of ECF Nos. 9088, 9092, 9163, 9164, 9265, and Doing so will not waive any right to seek removal of current redactions. SO ORDERED. (Signed by Magistrate Judg Netburn on 11/6/2023) (mml) (Entered: 11/07/2023) |
| )7/2023 | 9415 | LETTER addressed to Magistrate Judge Sarah Netburn from John F. Schutty, Esq. dated November 7, 2023 re: Respo Order of MJ Netburn (MDL ECF No. 9412). Document filed by Irene Dickey. (Attachments: # 1 Exhibit A. Memora & Decision dated March 30, 2023)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SI John) (Entered: 11/07/2023) |
| )7/2023 | 9416 | ORDER OF PARTIAL FINAL JUDGMENTS IN THE ABOVE−CAPTIONED MATTERS FOR LIABILITY FOR AND STRAUSS PLAINTIFFS AND FOR DAMAGES ON BEHALF OF PLAINTIFFS IDENTIFIED IN EXHIBIT B: ORDERED that the motion for judgment by default against Iran on behalf of the Plaintiffs in the above−captioned GRANTED and judgments as to liability are entered in favor of all Plaintiffs against Iran in the following cases: as se herein. ORDERED that partial final judgment is entered against Iran on behalf of those Plaintiffsin the above−captior who are identified in the attached Exhibit A who are each a spouse, parent, child or sibling ( or the estate of a spouse, child, or sibling) of individuals killed in the terrorist attacks on September 11, 2001, as indicated in Exhibit A; ORDE Plaintiffs identified in Exhibit A are awarded solatium damages of $12,500,000 per spouse, $8,500,000 per parent, $8 per child, and $4,250,000 per sibling, as set forth in Exhibit A; and it is further ORDERED that partial final judgmen against Iran on behalf of the Plaintiffs in the above−captioned matters, as identified in the attached Exhibit B, who ar estate of a victim of the terrorist attacks on September 11, 200 I, as indicated in the attached Exhibit B; and it is furth ORDERED that Plaintiffs identified in the attached Exhibit B are awarded compensatory damages for decedents' pai suffering in an amount of $2,000,000 per estate, as set forth in the attached Exhibit B; and it is further ORDERED tha identified in the expert reports submitted in support of the Declaration of Jerry S. Goldman, Esq. ("Goldman Declarat No. 9297) are awarded economic damages as set forth in the attached Exhibit B and as supported by the expert report analyses tendered in conjunction with the Goldman Declaration; and it is further ORDERED that Plaintiffs identified A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2 the date of judgment; and it is further ORDERED that Plaintiffs receiving pain and suffering damages identified in E awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 u of judgment; and it is further ORDERED that Plaintiffs receiving economic damages identified in Exhibit B are awar prejudgment interest of 4.96 percent per annum, compounded annually, running from August 1, 2023 until the date o and it is further ORDERED that the remaining Plaintiffs in the above−captioned matters not appearing in Exhibits A submit in later stages applications for damages awards. as set forth herein. SO ORDERED., Motions terminated: (244 1:18−cv−12277−GBD−SN, 150 in 1:20−cv−09387−GBD−SN, 171 in 1:18−cv−11875−GBD−SN, 186 in 1:19−cv−11865−GBD−SN, 239 in 1:18−cv−05339−GBD−SN, 143 in 1:20−cv−10902−GBD−SN, 69 in 1:22−cv−05193−GBD−SN, 9295 in 1:03−md−01570−GBD−SN, 37 in 1:22−cv−10823−GBD−SN) MOTION for De Judgment as to for the Strauss Plaintiffs Against Islamic Republic of Iran as to Liabilty and for Partial Final Judgmen Damages filed by Bakahityar Kamardinova. (Signed by Judge George B. Daniels on 11/06/2023) (ama) (Entered: 11/ |
| )8/2023 | 9417 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Herman Ray. (Attachments: # 1 Exhibit I Application).(Fleming, Timothy) **Proposed document to be reviewed and processed by Clerk's Office staff (No a required by chambers).** (Entered: 11/08/2023) |
| )8/2023 | 9418 | AFFIDAVIT of Dennis G. Pantazis, Esq. in Support re: (311 in 1:19−cv−00012−GBD−SN) Proposed Clerk's Certific Default,. Document filed by Herman Ray. (Attachments: # 1 Exhibit Ex. A − Diplomatic Notes)Filed In Associated C 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN.(Fleming, Timothy) (Entered: 11/08/2023) |

| | | |
|---|---|---|
| )8/2023 | 9419 | CLERK'S CERTIFICATE OF DEFAULT as to the herein named defendants. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN. (tp) (Entered: 11/08/2023) |
| )8/2023 | 9420 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Katherine Maher. (Attachments: # 1 Exh Application).(Fleming, Timothy) **Proposed document to be reviewed and processed by Clerk's Office staff (No a required by chambers).** (Entered: 11/08/2023) |
| )8/2023 | 9421 | AFFIDAVIT of Dennis G. Pantazis, Esq. in Support re: (153 in 1:20−cv−00266−GBD−SN) Proposed Clerk's Certific Default,. Document filed by Katherine Maher. (Attachments: # 1 Exhibit Ex. A − Photo of Returned USPS Packages, Ex. B − Diplomatic Notes 2022, # 3 Exhibit Ex. C − Diplomatic Notes 2023)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−SN.(Fleming, Timothy) (Entered: 11/08/2023) |
| )8/2023 | 9422 | CLERK'S CERTIFICATE OF DEFAULT as to the herein named defendants. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00266−GBD−SN. (tp) (Entered: 11/08/2023) |
| )8/2023 | 9423 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Deborah Grazioso. (Attachments: # 1 Ex − Application).(Fleming, Timothy) **Proposed document to be reviewed and processed by Clerk's Office staff (No required by chambers).** (Entered: 11/08/2023) |
| )8/2023 | 9424 | AFFIDAVIT of Dennis G. Pantazis, Esq. in Support re: (60 in 1:22−cv−01188−GBD) Proposed Clerk's Certificate of Document filed by Deborah Grazioso. (Attachments: # 1 Exhibit Ex. A − FedEx, # 2 Exhibit Ex. B − USPS)Filed In Cases: 1:03−md−01570−GBD−SN, 1:22−cv−01188−GBD.(Fleming, Timothy) (Entered: 11/08/2023) |
| )8/2023 | 9425 | CLERK'S CERTIFICATE OF DEFAULT as to the herein named defendants. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−01188−GBD.(tp) (Entered: 11/08/2023) |
| .0/2023 | 9426 | MEMORANDUM OF LAW in Support re: 9088 MOTION to Preclude *Expert Testimony*. *(Previously filed under sea 12, 2023)*. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 11/10/2023) |
| .0/2023 | 9427 | MEMORANDUM OF LAW in Support re: 9091 MOTION to Preclude *Expert Testimony*. *(Previously filed under sea 13, 2023)*. Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 11/10/2023) |
| .0/2023 | 9428 | MEMORANDUM OF LAW in Opposition re: 9088 MOTION to Preclude *Expert Testimony*. *(Previously filed under June 26, 2023 as ECF No. 9163)*. Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 11 |
| .0/2023 | 9429 | REPLY MEMORANDUM OF LAW in Support re: 9091 MOTION to Preclude *Expert Testimony*. *(Previously filed on August 4, 2023 as ECF No. 9269)*. Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entere 11/10/2023) |
| .0/2023 | 9430 | MEMORANDUM OF LAW in Opposition re: 9091 MOTION to Preclude *Expert Testimony*. *(Previously filed under June 26, 2023)*. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 11/10/2023) |
| .0/2023 | 9431 | REPLY MEMORANDUM OF LAW in Support re: 9088 MOTION to Preclude *Expert Testimony*. *(Previously filed on August 4, 2023)*. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 11/10/2023) |
| .3/2023 | 9432 | NOTICE OF CHANGE OF ADDRESS by Aisha E R Bembry on behalf of Addullah Bin Abdul Muhsen Al Turki, A Obaid, Adnan Basha, International Islamic Relief Organization(IIRO), Muslim World League, Abdullah Naseef. New Lewis Baach Kaufmann Middlemiss PLLC, 1050 K Street N.W, Suite 400, Washington, DC, United States 20001, 2028338900..(Bembry, Aisha) (Entered: 11/13/2023) |
| .3/2023 | 9433 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated November 13, 2023 re: Appro Redacted Motion to Dismiss Filings. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 11/ |
| .4/2023 | 9434 | MEMO ENDORSEMENT on re: 9433 Letter filed by Kingdom of Saudi Arabia. ENDORSEMENT: The Court appro parties' proposal. Counsel should file public versions of documents associated with Saudi Arabia's and Dallah Avco's motions to dismiss in the manner described in this letter. Doing so will not waive any right to seek removal of redacti included in those filings. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 11/14/2023) (mml) (Entere 11/14/2023) |
| .4/2023 | 9435 | ORDER: Finalized versions of the default judgment motion cover sheet, standardized exhibits, and checklist can be a emailing Netburn_NYSDchambers@nysd.uscourts.gov. Plaintiffs' counsel should use these forms in preparing all fut judgment motions. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 11/14/2023) (mml) (Entered: 11/ |
| .5/2023 | 9436 | MEMORANDUM OF LAW in Support re: 9368 MOTION to Dismiss . *(Previously filed under seal on October 6, 20* Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 11/15/2023) |
| 20/2023 | 9437 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs with claims against Al Rajhi Bank and Al Raj dated November 20, 2023 re: requesting the Court's approval of a revised schedule for the completion of expert disco the filing of Plaintiffs' jurisdictional averment. Document filed by Plaintiffs Executive Committees..(Carter, Sean) (E 11/20/2023) |

| | | |
|---|---|---|
| 20/2023 | 9438 | NOTICE OF APPEARANCE by Michael J. Quirk on behalf of Burnett Plaintiffs..(Quirk, Michael) (Entered: 11/20/2 |
| 20/2023 | 9439 | MOTION to Substitute Party. Old Party: Edward Ahearn,individually, as surviving parent of (Lt.)Brian G. Ahearn; S Reoch,individually, as surviving parent of Arlene T. Babakitis; Sadie Reoch,individually, as surviving parent of Arle Babakitis; Yvette Mell,individually, as surviving parent of Matthew Barnes; Alexander Blanding,individually, as surv sibling of Harry J. Blanding; Michael Boccardi,individually, as surviving parent of Michael A. Boccardi; Anna M. B Personal Representative of the Estate of William Bright, deceased, the late parent of Gary L. Bright; Michelle L. Hornback,individually, as surviving sibling of Gary L. Bright, Julio Masa Lebron,individually, as surviving parent of Centeno; Selena Cherry−Daniel as Personal Representative of the Estate of Ryan Cherry, deceased, the late child of Cherry; William Cintron−Lugos as the Personal Representative of the Estate of Edna Cintron,deceased, and on behal survivors and all legally entitled beneficiaries and family members of Edna Cintron; William Cintron−Lugos a/k/a W Cintron,individually, as surviving spouse of Edna Cintron; Elizabeth Cleary, individually, as surviving parent of Kev Cleary; Miguel Angel Rodriguez, individually,as surviving sibling of Jose Depena; Joan Aiello,individually, as surviv of John E. Eichler; Helen Ericson as the Personal Representative of the Estate of Ulf Ramm Ericson,deceased, and or all survivors and all legally entitled beneficiaries and family members of Ulf Ramm Ericson; Helen Ericson as the Pe Representative of the Estate of Ulf Ramm Ericson,deceased, and on behalf of all survivors and all legally entitled ber and family members of Ulf Ramm Ericson; Lori Feely as the Personal Representative of the Estate of Francis J. Feely and on behalf of all survivors and all legally entitled beneficiaries and family members of Francis J. Feely; Patricia Feely,individually, as surviving parent of Francis J. Feely; Anne Marie Hartney as Personal Representative of the Est Margaret Colette Fegan, deceased, the late parent of Sean B. Fegan; Chang Don Kim as Personal Representative of th Soh Ryang Kim, deceased,the late parent of Lawrence Don Kim; Ellen Vigeant,individually, as surviving parent of G Frank; Bonnie Freiman a/k/a Bonnie Freiman−Magnes, individually,as surviving parent of Brett O. Freiman; Tyler W individually, as surviving child of Edwin J. Graf, III; Rozelda Bailey−Green, individually, as surviving parent of Der Green; David D. Henwood Jr.,individually, as surviving parent of John Christopher Henwood Jr.; David Cannella,ind as surviving child of Judith Hofmiller; Joanne Hrycak as the Personal Representative of the Estate of Marian R. Hryc deceased,and on behalf of all survivors and all legally entitled beneficiaries and family members of Marian R. Hrycal Hrycak,individually, as surviving spouse of Marian R. Hrycak; Anne Juleff as the Personal Representative of the Esta Thomas M. Kelly, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members o Michael Kelly; Anne K. Juleff,individually, as surviving spouse of Thomas M. Kelly; Eileen Kennedy,individually, a parent of Thomas Kennedy; William Kennedy, individually, as surviving parent of Thomas Kennedy; Karen Barrett a Representative of the Estate of Richard King, deceased, the late spouse of Lucille T. King; Michael B. Kuras,individu surviving sibling of Patricia A. Kuras; Antoinette Lauria as the Personal Representative of the Estate of Stephen J. La deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen J. Lauria Antoinette Lauria,individually, as surviving parent of Stephen J. Lauria; John A. Lenoir, individually, as surviving pa John R. Lenoir; Jose Liz a/k/a Domingo Liz as Personal Representative of the Estate of Jose Liz, Sr.,deceased, the lat Nancy Liz; Deborah Maloney, individually, as surviving sibling of William A. Mathesen; Stephen Mathesen, individ surviving sibling of William A. Mathesen; Robert T. Ogren,individually, as surviving parent of Joseph J. Ogren; Dwa individually, as surviving sibling of Dean E. Mattson; Elizabeth (Beth)McCarthy (nee McHale) as Personal Represen Estate of John F. McHale, deceased, the late parent of Thomas McHale; Judith McNeil,individually, as surviving sibl Walter A. McNeil; Queen Mercer as the Personal Representative of the Estate of Wesley Mercer, deceased, and on be survivors and all legally entitled beneficiaries and family members of Wesley Mercer; Queen Mercer,individually, as spouse of Wesley Mercer; Elaine Moccia as the Co−Personal Representative of the Estate of Frank V. Moccia, decea behalf of all survivors and all legally entitled beneficiaries and family members of Frank V. Moccia; Elaine Moccia, individually, as surviving spouse of Frank V. Moccia; Anne Muldowney, individually, as surviving parent of Richard Muldowney Jr.; Ana Pena di Ottenwalder, individually, as surviving parent of Isidro D. Ottenwalder; Deborah Palme Co−Personal Representative of the Estate of Orio J. Palmer, deceased, and on behalf of all survivors and all legally en beneficiaries and family members of Orio J. Palmer; Deborah Palmer,individually, as surviving spouse of Orio J. Pal Reynolds,individually, as surviving parent of Bruce A. Reynolds; Renee Baldwin,individually, as surviving sibling o Richard; Mazie Lawson,individually, as surviving parent of Cecelia E. Richard; Lynda Rivelli Wall,individually, as s sibling of Joseph Rivelli Jr.; Geraldina Oquindo, as the Personal Representative of the Estate of Arnulfo Rodriguez,in as surviving spouse of Mayra V. Rodriguez; Salvatore Romagnolo,individually, as surviving parent of Joseph M. Ro Antoinette Rubino as the Personal Representative of the Estate of Joanne Rubino, deceased, and on behalf of all surv legally entitled beneficiaries and family members of Joanne Rubino; Antoinette Rubino,individually, as surviving pa Joanne Rubino; Frank Saiya,individually, as surviving sibling of Edward Saiya; Carolina Salas,individually, as surviv of Hernando R. Salas; John F. Signer,individually, as surviving sibling of Dianne Signer; James R. Sullivan,individua surviving parent of Christopher P. Sullivan; Frances Swift,individually, as surviving parent of Thomas F. Swift; Jame (via POA: Peter T. Swift),individually, as surviving sibling of Thomas F. Swift; Carmen Guzman,individually, as sur parent of David Vera; Clotilda Vola as the Personal Representative of the Estate of Maria P. Vola, deceased, and on b survivors and all legally entitled beneficiaries and family members of Maria P. Vola; Clotilda Vola,individually, as su sibling of Maria P. Vola; Clotilda Vola as Personal Representative of the Estate of John Vola, deceased, the late pare P. Vola; Clotilda Vola as Personal Representative of the Estate of Rita Vola, deceased, the late parent of Maria P. Vo Watson,individually, as surviving parent of Kenneth Watson; Norman Wells as the Personal Representative of the Es Sun Pak Wells,deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of C Pak Wells; Norman Wells,individually, as surviving parent of Chin Sun Pak Wells; Jack Zelmanowitz as the Persona Representative of the Estate of Abraham Zelmanowitz, deceased,and on behalf of all survivors and all legally entitled |

beneficiaries and family members of Abraham Zelmanowitz; Jack Zelmanowitz,individually, as surviving sibling of A Zelmanowitz; Benedict Salamone,individually, as surviving parent of John P. Salamone; Carrie Tillman as the Persor Representative of the Estate of Veronique N. Bowers,deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Veronique N. Bowers; Itauma Ette as the Personal Representative of the Estate o Ette, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sadie Ette; Murillo as the Personal Representative of the Estate of Mauricio Gonzalez,deceased, and on behalf of all survivors ar legally entitled beneficiaries and family members of Mauricio Gonzalez; Anne McCloskey as the Personal Represent Estate of Katie M. McCloskey,deceased, and on behalf of all survivors and all legally entitled beneficiaries and famil of Katie M. McCloskey; Nelson Johnson as the Co−Personal Representative of the Estate of Ada L. Mason, deceased behalf of all survivors and all legally entitled beneficiaries and family members of Ada L. Mason; John Doe 104, as t Representative of the Estate of Yvette Mell, deceased, the late parent of Matthew Barnes; John Doe 124, as Personal Representative of the Estate of William Bright, deceased, the late parent of Gary L. Bright; John Doe 100, as Persona Representative of the Estate of Julio Masa Lebron, deceased, the late parent of Ana M. Centeno; John Doe 119 as the Representative of the Estate of Dwain Mattson, deceased, the late sibling of sibling of Dean E. Mattson; John Doe 12 Personal Representative of Renee Baldwin, deceased, the late sibling of Cecelia E. Richard; ohn Doe 115, being inter designate the Personal Representative of the Estate of Veronique N. Bowers, deceased, said name being fictitious,her name is not presently known,confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or h so appointed, his or her appointment has expired, and/or he or she has ceased to serve,and his or her successor has no appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Veronique N. B Anne McCloskey as the Personal Representative of the Estate of Katie M. McCloskey,deceased, and on behalf of all and all legally entitled beneficiaries and family members of Katie M. McCloskey, New Party: Robert Langdon, as the Representative of the Estate of Edward Ahearn, deceased, the late parent of (Lt.) Brian G. Ahearn; Evelyn Pettignanc Reoch, as co−Personal Representatives of the Estate of Sadie Reoch,deceased, the late parent of Arlene T. Babakitis; Corrado as Personal Representative of the Estate of Patricia Albero, deceased, the late parent of Gary Albero; Daniel Russell Barnes, as co−Personal Representatives of the Estate of Yvette Mell; Esther Jackson−Blanding, as the Person Representative of the Estate of Alexander Blanding; Michelle Bronson as Personal Representative of the Estate of M Boccardi, deceased, the late parent of Michael A. Boccardi; Jennifer Love, as Personal Representative of the Estate o Bright, deceased, the late parent of Gary L. Bright; Michael Hornback II, as Personal Representative of the Estate of Hornback, deceased, the late sibling of Gary L. Bright; Antonia Torres Ayala, as Personal Representative of the Estat Masa Lebron, deceased, the late parent of Ana M. Centeno; Scott Donovan, Esq. as Personal Representative of the Es Ryan Cherry,deceased, the late child of Vernon P. Cherry; Stephen P. Heuston, Esq. as the Personal Representative o of Edna Cintron, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Cintron; Stephen P. Heuston, Esq. as Personal Representative for the Estate of William Cintron−Lugos a/k/a William Christopher James Cleary and Patricia Mary Cleary as Co−Personal Representative of the Estate of Elizabeth Cleary, the late parent of Kevin F. Cleary; Yanet Del Carmen Rodriguez De La Cruz, as Personal Representative of the Estat Angel Rodriguez, deceased, the late sibling of Jose Depena; Christopher Aiello as Personal Representative of the Est Aiello; Catherine Ericson as the Personal Representative of the Estate of Ulf Ramm Ericson, deceased, and on behalf survivors and all legally entitled beneficiaries and family members of Ulf Ramm Ericson; Catherine Ericson, as Perso Representative of the Estate of Helen Carole Ericson, deceased, the late spouse of Ulf Ramm Ericson; Jennifer Artola Personal Representative of the Estate of Francis J. Feely, deceased, and on behalf of all survivors and all legally entit beneficiaries and family members of Francis J. Feely; Alice Feely as Personal Representative of the Estate of Patricia deceased,the late parent of Francis J. Feely; Peter Fegan as Personal Representative of the Estate of Margaret Colette Fegan,deceased, the late parent of Sean B. Fegan; Catherine Fleming as Personal Representative of the Estate of Soh Kim, deceased, the late parent of Lawrence Don Kim; Felicia Cappo and Laurie Vigeant, as co−Personal Representat Estate of Ellen Vigeant; Petagaye Allen as Personal Representative of the Estate of Bonnie Freiman a/k/a Bonnie Freiman−Magnes,deceased, the late parent of Brett O. Freiman; Karen A. Parker as Personal Representative of the Es Tyler W. Graf,deceased, the late child of Edwin J. Graf, III; Kevin Anthony Green as Personal Representative of the Razelda Bailey−Green, deceased, the late parent of Derrick A. Green; David Henwood III as the Personal Representa Estate of David D. Henwood Jr.; Kenneth Alan Davidson as Personal Representative of the Estate of David Cannella the late child of Judith Hofmiller; Gregory Hrycak as the Personal Representative of the Estate of Marian R. Hrycak, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marian R.Hrycak; Gregory personal Representative of the Estate of Joanne Hrycak; Anne K. Blauvelt as the Personal Representative of the Estat Thomas M. Kelly, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members o M. Kelly; Anne K. Blauvelt individually, as surviving spouse of Thomas M. Kelly; Brian Kennedy, as Personal Repr of the Estate of Eileen Kennedy,deceased, the late parent of Thomas Kennedy; Brian Kennedy, as Personal Represen Estate of William Kennedy,deceased, the late parent of Thomas Kennedy; Raymond Murray, as Personal Representat Estate of Richard King,deceased, the late spouse of Lucille T. King; Thomas Kuras as Personal Representative of the Michael B. Kuras,deceased, the late sibling of Patricia A. Kuras; Catherine Lauria as the Personal Representative of t Stephen J. Lauria, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members o J. Lauria; Catherine Lauria as Personal Representative of the Estate of Antoinette Lauria, deceased, the late parent of Lauria; Patrick Lenoir as Personal Representative of the Estate of John A. Lenoir, deceased, the late parent of John R Jose Domingo Liz as Personal Representative of the Estate of Jose Liz, Sr.,deceased, the late parent of Nancy Liz; Ta as Personal Representative of the Estate of Deborah Moloney,deceased, the late sibling of William A. Mathesen; Joan Mathesen, as Personal Representative of the Estate of Stephen Mathesen; James Davies, as Personal Representative o

| | | |
|---|---|---|
| | | of Robert T. Ogren,deceased, the late parent of Joseph J. Ogren; Theresa M. Mattson as the Personal Representative of Dwain Mattson, deceased, the late sibling of Dean E. Mattson; Elizabeth (Beth)McCarthy (nee McHale)and Joseph as co−Personal Representatives of the Estate of John F. McHale; Kim McNeil−Hightower as Personal Representative Estate of Judith McNeil,deceased, the late sibling of Walter A. McNeil; Kimberly Lee King Anderson as the Persona Representative of the Estate of Wesley Mercer, deceased, and on behalf of all survivors and all legally entitled benefi family members of Wesley Mercer; Kimberly Lee King Anderson as Personal Representative of the Estate of Queen deceased,the late spouse of Wesley Mercer; Frank Moccia, Jr. as the co−Personal Representative of the Estate of Fran Moccia, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Frank V Frank Moccia, Jr. as Personal Representative of the Estate of Elaine Moccia, deceased, the late spouse of Frank V. M Mary Muldowney as Personal Representative of the Estate of Anne Muldowney, deceased, the late parent of Richard Muldowney Jr.; Rafael Ottenwalder, as Personal Representative for the Estate of Ana Pena di Ottenwalder, deceased parent of Isidro D. Ottenwalder; Dana M. Runfola as the co−Personal Representative of the Estate of Orio J. Palmer, and on behalf of all survivors and all legally entitled beneficiaries and family members of Orio J. Palmer; Dana M. R Keith Palmer, as co−Personal Representatives for the Estate of Deborah Palmer,deceased, the late spouse of Orio J. P Aaron Andre Scott as Personal Representative of the Estate of J.A. Reynolds,deceased, the late parent of Bruce A. Re Robert Lawson, as Personal Representative of the Estate of Renee Baldwin, deceased, the late sibling of Cecelia E. R Valerie Walls as the Personal Representative for the Estate of Mazie Lawson, deceased, the late parent of Cecelia E. James G. Wall as Personal Representative of the Estate of Lynda M. Wall, deceased, the lates sibling of Joseph Rivel Rodriguez, as Personal Representative of the Estate of Arnulfo Rodriguez, deceased, the late spouse of Mayra V. Roc Maria Romagnolo, as Personal Representative of the Estate of Salvatore Romagnolo, deceased, the late parent of Jose Romagnolo; Anthony Rubino as the Personal Representative of the Estate of Joanne Rubino, deceased, and on behalf survivors and all legally entitled beneficiaries and family members of Joanne Rubino; Anthony Rubino as Personal Representative of the Estate of Antoinette Rubino, deceased, the late parent of Joanne Rubino; Ruthellen Saiya, as Pe Representative of the Estate of Frank Saiya,deceased, the late sibling of Edward Saiya; Carlos Salas, as the Personal Representative of the Estate of Carolina Salas, deceased, the late spouse of Hernando R. Salas; John T. Signer and Ja Signer as co−Personal Representatives of the Estate of John F. Signer,deceased, the late sibling of Dianne Signer; Ro Sullivan as Personal Representative of the Estate of James R. Sullivan, deceased, the late parent of Christopher P. Su Kathleen F. Deloughery, as Personal Representative of the Estate of Frances Swift,deceased, the late parent of Thoma Elisabeth L. Swift, as Personal Representative of the Estate of James S. Swift, deceased, the late sibling of Thomas F Migdalia Lopez, as Personal Representative of the Estate of Carmen Guzman, deceased, the late parent of David Vera Vola as the Personal Representative of the Estate of Maria P. Vola,deceased, and on behalf of all survivors and all leg entitled beneficiaries and family members of Maria P. Vola; Anthony Vola and Brittney Vola, as Co−Personal Repre of the Estate of Clotilda Vola,deceased, the late sibling of Maria P. Vola; Anthony Vola as Personal Representative o of John Vola, deceased, the late parent of Maria P. Vola; Anthony Vola as Personal Representative of the Estate of R deceased, the late parent of Maria P. Vola; Glenn Watson, as the Personal Representative of the Estate of Andrew Wa deceased, the late parent of Kenneth Watson; Kum Son Wells as the Personal Representative of the Estate of Chin Su Wells, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Chin Sun Chin Yong Wells, as the Personal Representative of the Estate of Norman Wells, deceased, the late parent of Chin Su Wells; Evelyn Zelmanowitz as the Personal Representative of the Estate of Abraham Zelmanowitz, deceased,and on survivors and all legally entitled beneficiaries and family members of Abraham Zelmanowitz; Evelyn Zelmanowitz, a Personal Representative of the Estate of Jack Zelmanowitz, deceased, the late sibling of Abraham Zelmanowitz; Shar Salamone as Personal Representative of the Estate of Benedict Salamone, deceased, the late parent of John P. Salamo Gordon as the Personal Representative of the Estate of Veronique N. Bowers, deceased, and on behalf of all survivor legally entitled beneficiaries and family members of Veronique N. Bowers; Benjamin Edokpayi as the Personal Repr of the Estate of Sadie Ette,deceased, and on behalf of all survivors and all legally entitled beneficiaries and family me Sadie Ette; Evan V. Vandommelen−Gonzalez as the Personal Representative of the Estate of Mauricio Gonzalez,dece on behalf of all survivors and all legally entitled beneficiaries and family members of Mauricio Gonzalez; Noah R. M as the Personal Representative of the Estate of Katie M. McCloskey, deceased, and on behalf of all survivors and all entitled beneficiaries and family members of Katie M. McCloskey; Nelson Johnson as the Personal Representative of of Ada L. Mason,deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members o Mason; Daniel Barnes and Russell Barnes, as co−Personal Representatives of the Estate of Yvette Mell; Jennifer Lov Personal Representative of the Estate of William Bright, deceased, the late parent of Gary L. Bright; Antonia Torres Personal Representative of the Estate of Julio Masa Lebron, deceased, the late parent of Ana M. Centeno; Theresa M the Personal Representative of the Estate of Dwain Mattson, deceased, the late sibling of Dean E. Mattson; Robert La Personal Representative of the Estate of Renee Baldwin, deceased, the late sibling of Cecelia E. Richard; Dior P. Gor Personal Representative of the Estate of Veronique N. Bowers, deceased, and on behalf of all survivors and all legall beneficiaries and family members of Veronique N. Bowers; Noah R. McCloskey as the Personal Representative of th Katie M. McCloskey, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family membe M. McCloskey . Document filed by Christine O'Neill.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(G Jerry) (Entered: 11/20/2023) |
| 20/2023 | 9440 | PROPOSED ORDER. Document filed by Christine O'Neill. Related Document Number: 9439 ..(Goldman, Jerry) **Pro Order to be reviewed by Clerk's Office staff.** (Entered: 11/20/2023) |

| | | |
|---|---|---|
| 21/2023 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (104 in 1:18−cv−11926−GBD−S 1:18−cv−12273−GBD−SN, 105 in 1:18−cv−12275−GBD−SN, 106 in 1:18−cv−11885−GBD−SN, 9440 in 1:03−md−01570−GBD−SN, 102 in 1:18−cv−11965−GBD−SN, 106 in 1:18−cv−11888−GBD−SN, 104 in 1:18−cv−11950−GBD−SN, 105 in 1:18−cv−11941−GBD−SN, 782 in 1:04−cv−01076−GBD−SN, 105 in 1:18−cv−11964−GBD−SN, 100 in 1:18−cv−12381−GBD−SN, 101 in 1:18−cv−11971−GBD−SN, 102 in 1:18−cv−11970−GBD−SN, 102 in 1:18−cv−11969−GBD−SN, 102 in 1:18−cv−11967−GBD−SN, 103 in 1:18−cv−11880−GBD−SN, 102 in 1:18−cv−11904−GBD−SN, 108 in 1:18−cv−12270−GBD−SN, 102 in 1:18−cv−11966−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(km)** (Entered: 11/21/2023) |
| 21/2023 | 9441 | LETTER addressed to Magistrate Judge Sarah Netburn from Andrew C. Laufer dated November 21, 2023 re: Reques action to be made part of MDL. Document filed by Michael Altman, Andrew Leftt, Jill Massa, Michael Zemelman..( Andrew) (Entered: 11/21/2023) |
| 21/2023 | 9442 | LETTER addressed to Magistrate Judge Sarah Netburn from Andrew C. Laufer dated November 21, 2023 re: Reques action to be made part of MDL. Document filed by Michael Altman, Andrew Leftt, Jill Massa, Michael Zemelman..( Andrew) (Entered: 11/21/2023) |
| 21/2023 | 9443 | ORDER granting 9439 Motion to Substitute Party. The parties are substituted as provided for in Exhibit A at ECF No (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (dsh) Modified on 11/21/2023 (dsh). ( 11/21/2023) |
| 21/2023 | 9444 | MEMO ENDORSEMENT on re: 9437 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The Cou the parties' request. The parties shall proceed with expert discovery and the filing of the jurisdictional averment as pro this letter. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 11/21/2023) (dsh) (Entered: 11/21/2023) |
| 22/2023 | 9445 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees and counsel for the As Plaintiffs dated November 22, 2023 re: request for a brief extension of time, from December 8 to December 20, 2023 consolidated oppositions. Document filed by Plaintiffs Executive Committees..(Carter, Sean) (Entered: 11/22/2023) |
| 22/2023 | 9446 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated November 22, 2023 re: Oppo PEC Request for Extension. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 11/22/2023) |
| 22/2023 | 9447 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees and counsel for the As Plaintiffs dated November 22, 2023 re: reply to Saudi Arabias opposition (ECF No. 9446). Document filed by Plainti Executive Committees..(Haefele, Robert) (Entered: 11/22/2023) |
| 28/2023 | 9448 | ORDER: Accordingly, the Court will extend the remaining briefing deadlines so the Plaintiffs have time to combine t separate drafts. This consolidation process will reduce the need to duplicate information across separate briefs. In rec that fact, the Court will also reduce the page limits for the Plaintiffs consolidated briefing. The parties will follow this briefing schedule and page limits for the Kingdoms motion to dismiss: December 20, 2023: the Plaintiffs' opposition January 31, 2024: the Kingdoms reply (60 pages); and February 21, 2024: the Plaintiffs' sur−reply (20 pages).The par follow this modified briefing schedule (with unchanged page limits) for Dallah Avcos motion to dismiss: December 2 the Plaintiffs' opposition (40 pages); and January 31, 2024: Dallah Avco's reply (20 pages). SO ORDERED. (Signed Magistrate Judge Sarah Netburn on 11/28/2023) (dsh) (Entered: 11/28/2023) |
| 28/2023 | 9449 | REPORT & RECOMMENDATION: The Court recommends entering partial final judgments and awarding pain and solatium, and economic damages to the plaintiffs as described in this Report and as listed in Exhibit A. Plaintiffs liste A should be awarded prejudgment interest of 4.96 percent per annum, compounded annually. For pain and suffering a solatium damages, interest should run from September 11, 2001, until the date of judgment. For economic damages, i should run from: June 1, 2022, for the Estates of David Gary Carlone and Steven Paul Chucknick; September 1, 2022 William Jose Jimeno and John McLoughlin; October 1, 2022, for the Estates of John E. Eichler, Virginia E. Fox, Mic Goldstein, and Thomas Michael Regan; November 1, 2022, for the Estates of Emerita De La Pena, John Joseph Dohe Kathy Nancy Mazza, and John Rhodes; December 1, 2022, for the Estates of Patrick Thomas Dwyer, Carl Martin Fli Joseph John Hasson III, James Frances Murphy IV, Joseph Michael Navas, Keith Kevin O'Connor, and Patrick John January 1, 2023, for the Estates of Timothy Joseph Finnerty, David Eliot Retik, and Donald Walter Robertson Jr.; Ma 2023, for the Estates of Judith Berquis Diaz−Sierra, Nancy Liz, and Robert David Peraza; and April 1, 2023, for the E Joanne Rubino; until the date of judgment. The Court recommends denying without prejudice plaintiffs' motion for pa damages judgments for the estates of Victoria Alvarez−Brito, Mario Brito, Frederick Kuo Jr., and Michael Lomax. A in these member cases should be permitted to submit further applications for damages consistent with any future rulin Court. Objections to R&R due by 12/12/2023. (Signed by Magistrate Judge Sarah Netburn on 11/28/2023) Filed In A Cases: 1:03−md−01570−GBD−SN et al. (mml) (Entered: 11/28/2023) |
| 01/2023 | 9450 | NOTICE of of Amendment to Add Plaintiffs. Document filed by Mercedes Hernandez Molina. Filed In Associated C 1:03−md−01570−GBD−SN, 1:18−cv−11875−GBD−SN.(Goldman, Jerry) (Entered: 12/01/2023) |
| 01/2023 | 9451 | NOTICE of Amendment to Add Plaintiffs. Document filed by Elinore Hartz. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Goldman, Jerry) (Entered: 12/01/2023) |

| | | |
|---|---|---|
| )4/2023 | 9452 | NOTICE of to Conform to Consolidated Amended Complaint re: (3463 in 1:03−md−01570−GBD−SN) Amended Co Document filed by Christine O'Neill. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11875−GBD−SN.(Goldman, Jerry) (Entered: 12/04/2023) |
| )4/2023 | 9453 | NOTICE of to Conform to Sudan Consolidated Amended Complaint or Ashton Sudan Amended Complaint re: (6539 1:03−md−01570−GBD−SN) Notice (Other). Document filed by Christine O'Neill. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11875−GBD−SN.(Goldman, Jerry) (Entered: 12/04/2023) |
| )4/2023 | 9454 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated December 4, 2023 re: Federa Evidence 702 Amendment. Document filed by Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit A).(Kellogg, Mi (Entered: 12/04/2023) |
| )5/2023 | 9455 | NOTICE of Saudi Arabia Notice of Amendment re: (3463 in 1:03−md−01570−GBD−SN) Amended Complaint,. Do filed by Elinore Hartz. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:17−cv−02003−GBD−SN.(Goldman (Entered: 12/05/2023) |
| )5/2023 | 9456 | NOTICE of Sudan Notice of Amendment re: (6539 in 1:03−md−01570−GBD−SN) Notice (Other). Document filed b Hartz. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Goldman, Jerry) (Entered 12/05/2023) |
| )7/2023 | 9457 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman dated 12/07/2023 re: No Objections. Docume Christine O'Neill.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 12/07/202 |
| )7/2023 | 9458 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated December 7, 202 Response to Saudi Arabias December 4, 2023 correspondence (ECF No. 9454). Document filed by Plaintiffs Executi Committees..(Haefele, Robert) (Entered: 12/07/2023) |
| )8/2023 | 9459 | SEALED DOCUMENT placed in vault..(jus) (Entered: 12/08/2023) |
| )8/2023 | 9460 | LETTER addressed to Magistrate Judge Sarah Netburn from The law firms of Motley Rice, Kreindler & Kreindler, A Kill and Speiser Krause dated December 8, 2023 re: Proposed form of order relating to the Havlish Plaintiff Counsels Common Benefit Fund (ECF No. 3235, Renewed ECF No. 4289). Document filed by Burnett Plaintiffs. (Attachment Proposed Order Private Settlement Agreement).(Migliori, Donald) (Entered: 12/08/2023) |
| )8/2023 | 9461 | LETTER addressed to Magistrate Judge Sarah Netburn from James Gavin Simpson of Kreindler & Kreindler for Ash Plaintiffs dated 12/08/2023 re: 2023 Metropolitan Police Service (MPS) Production. Document filed by Kathleen Asl (Attachments: # 1 Exhibit Declaration of James Simpson, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C).(Simpson, Jam (Entered: 12/08/2023) |
| .2/2023 | 9462 | ORDER: Counsel for the Havlish Plaintiffs, having reached a private settlementagreement with the law firms of Motl LLC; Kreindler & Kreindler LLP;Speiser Krause, PC; and Anderson Kill PC, on behalf of their firms and clients, the Plaintiffs' Renewed Motion for an Order Creating a Common BenefitFund and Authorizing Certain Disbursements T (MDL Dkt. No. 4289 & 4291) ("the Motion"), is hereby dismissed with prejudice as against Motley RiceLLC, Kreinc Kreindler LLP; Speiser Krause, PC; and Anderson Kill PC andtheir clients. Counsel for any other party with claims a Islamic Republic of Iran impacted by the Motion may contact counsel for the Havlish Plaintiffs if interested in attemp reach a private settlement of the Motion. SO ORDERED. (Signed by Judge George B. Daniels on 12/12/2023) Filed Associated Cases: 1:03−md−01570−GBD−SN et al. (ama) (Entered: 12/12/2023) |
| .2/2023 | 9463 | MANDATE of USCA (Certified Copy) USCA Case Number 23−178. Petitioner seeks a writ of mandamus directing court to vacate a sanctions order and moves for leave to file a redacted public version of the petition. Upon due consi is hereby ORDERED that the motion to file a redacted petition is GRANTED but the mandamus petition is DENIED Petitioner has not demonstrated that it lacks an adequate, alternative means of obtaining relief, that its right to the wri and indisputable, and that granting the writ is appropriate under the circumstances. See Cheney v. U.S. Dist. Ct. for D U.S. 367, 38081 (2004). Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 12/12/2 (Entered: 12/12/2023) |
| .2/2023 | | Transmission of USCA Mandate/Order to the District Judge re: 9463 USCA Mandate.(km) (Entered: 12/12/2023) |
| .2/2023 | 9464 | LETTER addressed to Magistrate Judge Katharine H. Parker from John F. Schutty dated December 12, 2023 re: Com Benefit Fund. Document filed by Irene Dickey.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) (Entered: 12/12/2023) |
| .3/2023 | 9465 | MEMO ENDORSEMENT on re: (2013 in 1:02−cv−06977−GBD−SN, 9464 in 1:03−md−01570−GBD−SN) Letter C Benefit Fund filed by Irene Dickey. ENDORSEMENT: Per this Court's prior order, a settlement demand must be ma settlement conference and a counter must be made settlement conference. Counsel shall have such exchange before 1 and shall email this court on 12/15/2023 as to their respective positions and whether they are both agreeable to teleph participation in the settlement conference by Mr. Schutty. SO ORDERED. (Signed by Magistrate Judge Katharine H. 12/13/23) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN (yv) (Entered: 12/13/2( |

| | | |
|---|---|---|
| .3/2023 | 9466 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert K. Kry dated December 13, 2023 re: public filin Avco's declaration and exhibits. Document filed by Dallah Avco Trans Arabia..(Kry, Robert) (Entered: 12/13/2023) |
| .3/2023 | 9467 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman dated 12/13/2023 re: Iran 29. Docume Christine O'Neill..(Goldman, Jerry) (Entered: 12/13/2023) |
| .4/2023 | 9468 | MEMORANDUM DECISION AND ORDER: terminating (9147) Motion for Judgment in case 1:03−md−01570−GI terminating (268) Motion for Judgment in case 1:18−cv−05306−GBD−SN; terminating (230) Motion for Judgment i 1:18−cv−05321−GBD−SN; terminating (192) Motion for Judgment in case 1:18−cv−07306−GBD−SN; terminating ( Motion for Judgment in case 1:18−cv−11870−GBD−SN; terminating (162) Motion for Judgment in case 1:18−cv−11875−GBD−SN; terminating (179) Motion for Judgment in case 1:18−cv−11878−GBD−SN; terminating ( Motion for Judgment in case 1:18−cv−12276−GBD−SN; terminating (235) Motion for Judgment in case 1:18−cv−12277−GBD−SN; terminating (171) Motion for Judgment in case 1:19−cv−11865−GBD−SN; terminating ( Motion for Judgment in case 1:20−cv−09376−GBD−SN; terminating (142) Motion for Judgment in case 1:20−cv−09387−GBD−SN; terminating (144) Motion for Judgment in case 1:20−cv−10460−GBD−SN; terminating ( Motion for Judgment in case 1:20−cv−10902−GBD−SN; terminating (72) Motion for Judgment in case 1:21−cv−102 terminating (50) Motion for Judgment; terminating (55) Motion for Judgment in case 1:22−cv−05193−GBD−SN. Pla Motion for Partial Final Judgments for Damages (ECF No. 9147) is GRANTED IN PART AND DENIED PART. It ORDERED that Plaintiffs' motion for partial final damages judgments for the estates of Victoria Alvarez−Brito, Mari Frederick Kuo Jr., and Michael Lomax is DENIED without prejudice; and it is ORDERED that the Plaintiffs identifie attached Exhibit A are awarded judgments for pain and suffering, solatium, and economic damages as set forth in Exl it is ORDERED that prejudgment interest is awarded to be calculated at a rate of 4.96 percent per annum as set forth Section IIE, all interest compounded annually over the same period; and it is ORDERED that to the extent they have already, the Plaintiffs identified inExhibit A may submit in later stages applications for punitive, economic, and/or ot damages awards; and it is ORDERED that the Plaintiffs not appearing on Exhibit A and who were not previously aw damages may submit in later stages applications for punitive, economic, and/or other damages awards. The Clerk of ( directed to close the motions at: as set forth herein. SO ORDERED.. (Signed by Judge George B. Daniels on 12/14/2 In Associated Cases: 1:03−md−01570−GBD−SN et al. (ama) (Entered: 12/14/2023) |
| .4/2023 | 9469 | MEMO ENDORSEMENT on re: 9441 Letter filed by Michael Zemelman, Jill Massa, Andrew Leftt, Michael Altmar ENDORSEMENT: This request is denied without prejudice because the Court has been unable to locate the Bernath of Saudi Arabia case or, consequently, determine whether counsel has filed a Related Case Statement. Any new appli Bernath to be made part of the MDL should list the Bernath case number. Before filing such a request, counsel shoul any appropriate filings, such as the Related Case Statement, have been docketed in the Bernath case. SO ORDERED. Magistrate Judge Sarah Netburn on 12/14/2023) (mml) (Entered: 12/14/2023) |
| .4/2023 | 9470 | MEMO ENDORSEMENT on re: 9442 Letter filed by Michael Zemelman, Jill Massa, Andrew Leftt, Michael Altmar ENDORSEMENT: This request is denied without prejudice because the Court has been unable to locate the Ayala v. of Saudi Arabia case or, consequently, determine whether counsel has filed a Related Case Statement. Any new appli Ayala to be made part of the MDL should list the Ayala case number. Before filing such a request, counsel should ve any appropriate filings, such as the Related Case Statement, have been docketed in the Ayala case. SO ORDERED. ( Magistrate Judge Sarah Netburn on 12/14/2023) (mml) (Entered: 12/14/2023) |
| .4/2023 | 9471 | MEMO ENDORSEMENT on re: 9466 Letter filed by Dallah Avco Trans Arabia. ENDORSEMENT: Dallah Avco's granted; it may refile its declaration and exhibits as described in this letter. ECF No. 9365 will remain on the docket SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 12/14/2023) (mml) (Entered: 12/14/2023) |
| .5/2023 | 9472 | MOTION for Kathryn E. Ghotbi to Withdraw as Attorney . Document filed by Ashton Plaintiffs. (Attachments: # 1 A Declaration In Support of Motion for Withdrawal, # 2 Proposed Order Proposed Order Granting Motion for Withdrav Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:03−cv−09848−GBD−SN.(Ghotbi, Katl (Entered: 12/15/2023) |
| .5/2023 | 9473 | NOTICE TO COUNSEL: Attorneys that Judge Katharine H. Parker has given permission to participate by phone/Zoo counsel−only settlement conference scheduled for Tuesday, December 19, 2023 at 10:00 a.m. in Courtroom 17−D, U Courthouse, 500 Pearl Street, New York, New York are reminded that they are required to provide devices and zoom this proceeding Counsel are directed to complete the attached electronic devices request form and submit it to the Co Chambers email. re: 9339 Order (ca) (Entered: 12/15/2023) |
| .8/2023 | 9474 | NOTICE of to Conform to Sudan Consolidated Amended Complaint or Ashton Sudan Amended Complaint re: (6539 1:03−md−01570−GBD−SN) Notice (Other). Document filed by Patricia Fennelly. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:23−cv−10824−GBD.(Goldman, Jerry) (Entered: 12/18/2023) |
| .8/2023 | 9475 | NOTICE of to Conform to Consolidated Amended Complaint re: (3463 in 1:03−md−01570−GBD−SN) Amended Co Document filed by Patricia Fennelly. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:23−cv−10824−GBD. Jerry) (Entered: 12/18/2023) |

| | | |
|---|---|---|
| .8/2023 | 9476 | LETTER MOTION for Leave to File Voluminous Exhibits Via Hard Drive addressed to Magistrate Judge Sarah Netl Jodi Westbrook Flowers and Sean Carter dated 12/18/2023. Document filed by Plaintiffs Executive Committees..(Qu Michael) (Entered: 12/18/2023) |
| .9/2023 | 9477 | DECLARATION of Eric R. Nitz (public version of Dkt. 9365) in Support re: 9362 MOTION to Dismiss *, or in the a* MOTION for Summary Judgment .. Document filed by Dallah Avco Trans Arabia. (Attachments: # 1 Exhibit 1, # 2 I 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 1 11 pt. 1, # 12 Exhibit 11 pt. 2, # 13 Exhibit 11 pt. 3, # 14 Exhibit 12 pt. 1, # 15 Exhibit 12 pt. 2, # 16 Exhibit 13, # 17 # 18 Exhibit 15, # 19 Exhibit 16, # 20 Exhibit 17, # 21 Exhibit 18, # 22 Exhibit 19, # 23 Exhibit 20, # 24 Exhibit 21, Exhibit 22, # 26 Exhibit 23, # 27 Exhibit 24, # 28 Exhibit 25, # 29 Exhibit 26, # 30 Exhibit 27, # 31 Exhibit 28, # 32 # 33 Exhibit 30, # 34 Exhibit 31, # 35 Exhibit 32, # 36 Exhibit 33, # 37 Exhibit 34, # 38 Exhibit 35, # 39 Exhibit 36, Exhibit 37, # 41 Exhibit 38, # 42 Exhibit 39, # 43 Exhibit 40, # 44 Exhibit 41, # 45 Exhibit 42, # 46 Exhibit 43, # 47 # 48 Exhibit 45, # 49 Exhibit 46, # 50 Exhibit 47, # 51 Exhibit 48, # 52 Exhibit 49, # 53 Exhibit 50, # 54 Exhibit 51, Exhibit 52, # 56 Exhibit 53, # 57 Exhibit 54, # 58 Exhibit 55, # 59 Exhibit 56, # 60 Exhibit 57, # 61 Exhibit 58, # 62 # 63 Exhibit 60, # 64 Exhibit 61, # 65 Exhibit 62, # 66 Exhibit 63, # 67 Exhibit 64, # 68 Exhibit 65, # 69 Exhibit 66, Exhibit 67, # 71 Exhibit 68, # 72 Exhibit 69, # 73 Exhibit 70, # 74 Exhibit 71, # 75 Exhibit 72, # 76 Exhibit 73, # 77 # 78 Exhibit 75, # 79 Exhibit 76, # 80 Exhibit 77, # 81 Exhibit 78, # 82 Exhibit 79, # 83 Exhibit 80, # 84 Exhibit 81, Exhibit 82, # 86 Exhibit 83, # 87 Exhibit 84, # 88 Exhibit 85, # 89 Exhibit 86, # 90 Exhibit 87, # 91 Exhibit 88, # 92 # 93 Exhibit 90, # 94 Exhibit 91, # 95 Exhibit 92, # 96 Exhibit 93, # 97 Exhibit 94, # 98 Exhibit 95, # 99 Exhibit 96). Robert) (Entered: 12/19/2023) |
| .9/2023 | | Minute Entry for proceedings held before Magistrate Judge Katharine H. Parker − Courtroom 17D: Settlement Confe on 12/19/2023. (ca) (Entered: 12/19/2023) |
| .9/2023 | 9478 | ORDER in case 1:03−cv−09848−GBD−SN; granting (9472) Motion to Withdraw as Attorney. in case 1:03−md−01570−GBD−SN (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) Filed In A Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:03−cv−09848−GBD−SN (dsh) (Entered: 12/19/20 |
| .9/2023 | 9479 | ORDER granting 9476 Letter Motion for Leave to File Document. The Plaintiffs' request is granted. Any hard drive( must be USB−enabled. SO ORDERED.. (Signed by Magistrate Judge Sarah Netburn on 12/19/2023) (ks) (Entered: 1 |
| 20/2023 | 9480 | ORDER SCHEDULING SHOW CAUSE HEARING: The following law firms are ordered to show cause why they s be sanctioned for failing to appear at the settlement conference scheduled on December 19, 2023 as ordered by this c Miller Firm, LLC, Sullivan Papain Block McGrath Coffinas & Cannavo P.C. The Show Cause Hearing will be held c Thursday, February 15, 2024 at 2:30 p.m. in Courtroom 17−D, United States Courthouse, 500 Pearl Street, New Yorl York. Counsel for the Havlish Plaintiffs shall also attend the hearing. Other parties are excused from the hearing. SO ORDERED. Show Cause Hearing set for 2/15/2024 at 02:30 PM in Courtroom 17D, 500 Pearl Street, New York, NY before Magistrate Judge Katharine H. Parker. (Signed by Magistrate Judge Katharine H. Parker on 12/20/2023) (vfr) 12/20/2023) |
| 20/2023 | 9481 | ORDER SCHEDULING SETTLEMENT STATUS CONFERENCE: A counsel−only telephonic Settlement Status C in this matter with counsel for the Havlish Plaintiffs, attorneys at Crowell & Moring, LLP and Barasch & McGarry, F hereby scheduled for Friday, January 5, 2024 at 11:00 a.m. At the scheduled time,counsel shall call the Court's confe (866) 434−5269, Access code: 4858267. The Court will separately circulate a security code to counsel for the call. S ORDERED. ( Telephone Conference set for 1/5/2024 at 11:00 AM before Magistrate Judge Katharine H. Parker.) (Si Magistrate Judge Katharine H. Parker on 12/20/2023) (vfr) (Entered: 12/20/2023) |
| 20/2023 | 9482 | ORDER SCHEDULING SETTLEMENT STATUS CONFERENCE: A counsel−only telephonic Settlement Status C in this matter is hereby scheduled for Friday, January 5, 2024 at 10:00 a.m. with counsel for the Havlish Plaintiffs an for the following firms: Joseph Peter Drennan, Attorney−at Law, Fleischman Bonner & Rocco LLP, The Donahue L LLC, Law Office of P. York Mclane, At the scheduled time, counsel shall call the Court's conference line at (866) 43 Access code: 4858267. The Court will separately circulate a security code to counsel for the call. SO ORDERED. ( T Conference set for 1/5/2024 at 10:00 AM before Magistrate Judge Katharine H. Parker.) (Signed by Magistrate Judge H. Parker on 12/20/2023) (vfr) (Entered: 12/20/2023) |
| 20/2023 | 9483 | ORDER SCHEDULING SETTLEMENT STATUS CONFERENCE: A counsel−only telephonic Settlement Status C in this matter is hereby scheduled for Friday, January 26, 2024 at 10:00 a.m. with counsel for the Havlish Plaintiffs a for the following firms: Cozen O'Conner, Ford Marrin Esposito Witmeyer & Gleser, LLP. At the scheduled time, cou call the Court's conference line at (866) 434−5269, Access code: 4858267. The Court will separately circulate a secu counsel for the call. SO ORDERED. ( Telephone Conference set for 1/26/2024 at 10:00 AM before Magistrate Judge H. Parker.) (Signed by Magistrate Judge Katharine H. Parker on 12/20/2023) (vfr) (Entered: 12/20/2023) |
| 20/2023 | 9484 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: (9362 in 1:03−md−01570−GBD−SN, 1:03−md−01570−GBD−SN) MOTION to Dismiss *, or in the alternative*. MOTION for Summary Judgment . . Docu by Kingdom of Saudi Arabia, Dallah Avco Trans Arabia, Plaintiffs Executive Committees. Filed In Associated Case 1:03−md−01570−GBD−SN et al.Motion or Order to File Under Seal: 9122 .(Goldman, Jerry) (Entered: 12/20/2023) |

| | | |
|---|---|---|
| 20/2023 | 9485 | ***SELECTED PARTIES***COUNTER STATEMENT TO (9364 in 1:03−md−01570−GBD−SN) Rule 56.1 Stater in 1:03−md−01570−GBD−SN) Rule 56.1 Statement. Document filed by Plaintiffs Executive Committees, Dallah Av Arabia, Kingdom of Saudi Arabia. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.Motion or Order to F Seal: 9122 .(Goldman, Jerry) (Entered: 12/20/2023) |
| 20/2023 | 9486 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 9368 MOTION to Dismiss . . Docume Plaintiffs Executive Committees, Ashton Plaintiffs, FBI, Dallah Avco Trans Arabia, Kingdom of Saudi Arabia. Moti to File Under Seal: 4255 .(Haefele, Robert) (Entered: 12/20/2023) |
| 20/2023 | 9487 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees and Ashton Plaintiffs d December 20, 2023 re: Plaintiffs sealed filings being made today responding to Saudi Arabias October 6, 2023 Renev to Dismiss [ECF No. 9368] and Dallah Avcos October 6, 2023 Renewed Motion to Dismiss or in the Alternative for Judgment [ECF No. 9362]. Document filed by Ashton Plaintiffs, Plaintiffs Executive Committees..(Haefele, Robert) 12/20/2023) |
| 20/2023 | 9488 | ***SELECTED PARTIES***DECLARATION of Robert T. Haefele in Opposition re: 9362 MOTION to Dismiss *, alternative*. MOTION for Summary Judgment ., 9368 MOTION to Dismiss .. Document filed by Plaintiffs Executive Committees, Ashton Plaintiffs, FBI, Dallah Avco Trans Arabia, Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit or Order to File Under Seal: 4255 .(Haefele, Robert) (Entered: 12/20/2023) |
| 20/2023 | 9489 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 9368 MOTION to Dismiss . . Document file Kathleen Ashton. Motion or Order to File Under Seal: 1900 .(Pounian, Steven) (Entered: 12/21/2023) |
| 21/2023 | 9490 | ***SELECTED PARTIES*** RESPONSE to Motion re: 9368 MOTION to Dismiss . *Declaration of Gavin Simpson Opposition to 9368* . Document filed by Plaintiffs Executive Committees, FBI, Kathleen Ashton(as Administrator of of Thomas Ashton, deceased and on behalf of all survivors of Thomas Ashton), Dallah Avco Trans Arabia, Kingdom Arabia, Kathleen Ashton. Motion or Order to File Under Seal: 1900 .(Simpson, James) (Entered: 12/21/2023) |
| 21/2023 | 9491 | CLERK CERTIFICATE OF MAILING of two copies of the Notices of Judgment prepared in accordance with 22 CF Order of Judgment for Liability dated June 21, 2019, September 3, 2019, and January 4, 2022, in six (6) above−refer matters; Order of Partial Final Judgments, ECF No. 9416, dated November 6, 2023, and filed November 7, 2023; Inst Appealing Judgment; a copy of 28 U.S.C. 1330, 1391(f), 1441, and the Foreign Sovereign Immunities Act (28 U.S.C seq.); affidavit of translator mailed to Minister of Foreign Affairs Ministry of Foreign Affairs of the Islamic Republic Imam Khomeini Avenue Tehran, Iran ATTN: H.E. Hossein Amir−Abdollahian on 12/21/2023 by Federal Express tra 8161 1184 4230, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Ag Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pu the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, et al. (ras) (Entered: 12/21/2023) |
| 21/2023 | 9492 | CLERK CERTIFICATE OF MAILING of two copies of the Summons, Complaint deemed filed on July 6th, 2023, In Form Amended Complaint filed on August 4th, 2023, Notice to Conform to Sudan Consolidated Amended Complain 11th, 2023 and August 7th, 2023, Notice to Conform to Consolidated Amended Complaint filed August 10th, 2023, C Sheet, Related Case Statement, Notice of Suit prepared in accordance with 22 C.F.R. § 93.2 and with a copy of 28 U. 1330, 1391(f), 1441(d) and 1602−1611, Affidavit of Translator & Translations of the above−mentioned documents m DEFENDANT Minister of Foreign Affairs, Attn: H.E. Hossein Amir−Abdollahian, Ministry of Foreign Affairs of the Republic of Iran, Iman Khomeini Avenue, Tehran, Iran on 12/21/2023 by Federal Express tracking # 8161 1184 2937 Secretary of State, Attn: Jared Hess, Office of Policy Review and Inter−Agency Liaison (CA/OCS/L), U.S. Departme SA−17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of Foreign Services Immu 28 U.S.C. § 1608(a)(4) (ras) (Entered: 12/21/2023) |
| 22/2023 | 9493 | LETTER addressed to Judge George B. Daniels from James L, Bernard dated December 22, 2023 re: to report anothe settlement in connection with the common benefit fund matters. Document filed by Havlish Plaintiffs. (Attachments: Proposed Order − Settlement).(Bernard, James) (Entered: 12/22/2023) |
| 22/2023 | 9494 | ORDER: Counsel for the Havlish Plaintiffs, having reached a private settlement agreement with the law firm of Baur Samuels, P.C., on behalf of their firm and clients; the Havlish Plaintiffs Renewed Motion for an Order Creating a Co Benefit Fund and Authorizing Certain Disbursements Therefrom (MDL Dkt. No 4289 and 4291)("the Motion"), is he dismissed with prejudice as against Baumeister & Samuels, P.C., and their clients. SO ORDERED. (Signed by Judge Daniels on 12/22/2023) (ama) (Entered: 12/22/2023) |
| 27/2023 | 9495 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MOTION for Charles Ross Heyl to Withdraw as Attorney filed by Burnett Plaintiffs. (Attachments: # 1 Affidavit Declaration In Support of Motion to Withdraw, # 2 Proposed Granting Motion to Withdraw)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Heyl, Charles) Modified 12/28/2023 (db). (Entered: 12/27/2023) |
| 28/2023 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − DEFICIENT DOCKET ENTRY ERROR. Notic Attorney Charles Heyl to RE−FILE Document (91 in 1:18−cv−11664−GBD−SN, 84 in 1:18−cv−12318−GBD−S 1:18−cv−11515−GBD−SN, 92 in 1:18−cv−11624−GBD−SN, 93 in 1:18−cv−11509−GBD−SN, 93 in** |

| | | |
|---|---|---|
| | | **1:18−cv−11504−GBD−SN, 84 in 1:18−cv−12118−GBD−SN, 135 in 1:19−cv−00044−GBD−SN, 92 in 1:18−cv−11582−GBD−SN, 671 in 1:15−cv−09903−GBD−SN, 9495 in 1:03−md−01570−GBD−SN, 83 in 1:18−cv−12322−GBD−SN, 84 in 1:18−cv−12030−GBD−SN, 91 in 1:18−cv−11619−GBD−SN, 93 in 1:18−cv−11519−GBD−SN, 781 in 1:04−cv−07279−GBD−SN, 83 in 1:19−cv−00026−GBD−SN, 1101 in 1:03−cv−09849−GBD−SN, 155 in 1:19−cv−00041−GBD−SN, 94 in 1:18−cv−11493−GBD−SN) MOTION for Ch Heyl to Withdraw as Attorney . ERROR(S): Supporting documents are filed separately (NOT AS ATTACHM each receiving their own document #. First refile Motion, then file any supporting documents found under the Replies, Oppositions and Supporting Documents, then link them to the new Motion. Filed In Associated Cases 1:03−md−01570−GBD−SN et al.(db)** (Entered: 12/28/2023) |
| 28/2023 | 9496 | MOTION for Charles Ross Heyl to Withdraw as Attorney . Document filed by Burnett Plaintiffs.Filed In Associated 1:03−md−01570−GBD−SN et al..(Heyl, Charles) (Entered: 12/28/2023) |
| 28/2023 | 9497 | DECLARATION of Charles Ross Heyl in Support re: (84 in 1:18−cv−12322−GBD−SN, 93 in 1:18−cv−11624−GBD in 1:19−cv−00041−GBD−SN, 85 in 1:18−cv−12118−GBD−SN, 95 in 1:18−cv−11493−GBD−SN, 85 in 1:18−cv−12318−GBD−SN, 672 in 1:15−cv−09903−GBD−SN, 782 in 1:04−cv−07279−GBD−SN, 9496 in 1:03−md−01570−GBD−SN, 94 in 1:18−cv−11509−GBD−SN, 1102 in 1:03−cv−09849−GBD−SN, 85 in 1:18−cv−12030−GBD−SN, 84 in 1:19−cv−00026−GBD−SN, 94 in 1:18−cv−11504−GBD−SN, 94 in 1:18−cv−11515−GBD−SN, 92 in 1:18−cv−11664−GBD−SN, 136 in 1:19−cv−00044−GBD−SN, 92 in 1:18−cv−11619−GBD−SN, 94 in 1:18−cv−11519−GBD−SN, 93 in 1:18−cv−11582−GBD−SN) MOTION for Charle Heyl to Withdraw as Attorney .. Document filed by Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570−C al..(Heyl, Charles) (Entered: 12/28/2023) |
| 28/2023 | 9498 | PROPOSED ORDER FOR WITHDRAWAL OF ATTORNEY. Document filed by Burnett Plaintiffs. Related Docun Number: 9496 ..(Heyl, Charles) (Entered: 12/28/2023) |
| 29/2023 | 9499 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated December 29, 2023 re: Seale Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 12/29/2023) |
| 29/2023 | 9500 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg date December 29, 2023 re: Plaintiffs' Sealed Filings on December 20, 2023. Document filed by Plaintiffs Executive Com Dallah Avco Trans Arabia, FBI, Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C Exhibit D, # 5 Exhibit E, # 6 Exhibit F − Part 1, # 7 Exhibit F − Part 2, # 8 Exhibit F − Part 3, # 9 Exhibit G − Part 1, Exhibit G − Part 2, # 11 Exhibit H)Motion or Order to File Under Seal: 4255 .(Kellogg, Michael) (Entered: 12/29/202 |
| 29/2023 | 9501 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Robert K. Kry dated Dec 2023 re: Joinder in KSA Motion to Strike (Dkt. 9500). Document filed by FBI, Dallah Avco Trans Arabia, Kingdom Arabia, Plaintiffs Executive Committees. (Attachments: # 1 Exhibit 1)Motion or Order to File Under Seal: 4255 .(Kry (Entered: 12/29/2023) |
| 02/2024 | 9502 | ORDER granting 9496 Motion to Withdraw as Attorney. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) Order) (dsh) (Entered: 01/02/2024) |
| 03/2024 | 9503 | CLERK CERTIFICATE OF MAILING of two copies of the 1. Notice of Judgment prepared in accordance with 22 C 2. One Order of Judgment dated May 28, 2019 and two Orders of Judgment dated June 21, 2019; 3. Multiple Partial Judgments dates September 3, 2019; 4. Amended Order of Partial Final Judgment dated January 4, 2022 (multiple ca 5. Order of Partial Final Judgment dated April 3, 2023; 6. Order of Partial Final Judgment dated November 7, 2023; Memorandum Decision and Order, ECF No. 9468, dated December 14, 2023; 8. Instructions for Appealing Judgment of 28 U.S.C. 1330, 28 U.S.C. 1391, U.S.C. 1441, and the Foreign Sovereign Immunities Act; 10. Affidavit of Transla to Minister of Foreign Affairs Ministry of Foreign Affairs of the Islamic Republic of Iran Imam Khomeini Avenue T ATTN: H.E. Hossein Amir−Abdollahian on 1/3/2024 by Federal Express tracking # 8161 1184 2878, to the Secretary Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Depart State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services I Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, et al.(ras) Modified on 1/5/2024 (Main Document 9503 replaced on 1/5/2024) (ras). (Entered: 01/03/2024) |
| 04/2024 | 9504 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Con and counsel for the Ashton Plaintiffs dated January 4, 2024 re: Response to Saudi Arabias Letter−Motion to Strike (E Document filed by Dallah Avco Trans Arabia, Plaintiffs Executive Committees, Kingdom of Saudi Arabia, FBI.Moti to File Under Seal: 4255 .(Haefele, Robert) (Entered: 01/04/2024) |
| 04/2024 | 9505 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Con and counsel for the Ashton Plaintiffs dated January 4, 2024 re: Response to the letter motion of Dallah Avco, ECF No Document filed by Dallah Avco Trans Arabia, Plaintiffs Executive Committees, Kingdom of Saudi Arabia, FBI.Moti to File Under Seal: 4255 .(Haefele, Robert) (Entered: 01/04/2024) |

| | | |
|---|---|---|
| )5/2024 | | Minute Entry for proceedings held before Magistrate Judge Katharine H. Parker: A counsel−only telephonic Settleme Telephone Conference with counsel for the Havlish Plaintiffs and attorneys for the following firms: Joseph Peter Dre Attorney−at Law, Fleischman Bonner & Rocco LLP, The Donahue Law Firm, LLC, Law Office of P. York Mclane, 1/5/2024. AT&T Conference Line − NOT RECORDED − NO TRANSCRIPT (ca) (Entered: 01/05/2024) |
| )5/2024 | | Minute Entry for proceedings held before Magistrate Judge Katharine H. Parker: counsel−only Settlement Status Cor with counsel for the Havlish Plaintiffs, attorneys at Crowell & Moring, LLP and Barasch & McGarry, P.C. held on 1/ Microsoft Teams − NOT RECORDED − NO TRANSCRIPT (ca) (Entered: 01/05/2024) |
| )5/2024 | 9506 | REPORT & RECOMMENDATION: The Court recommends granting Mr. Dhingra's motion in part; entering a partia judgment against Iran in his favor; and awarding him $10,000,000 in pain and suffering and $255,582 in economic da Dhingra should be awarded prejudgment interest at a rate of 4.96 percent per annum, compounded annually. See ECF 9155 at 3941. Interest on his pain and suffering damages should run from September 11, 2001, until the date of judgn Interest on his economic damages should run from September 1, 2022, until the date of judgment. See ECF No. 9154 All King plaintiffs, including Mr. Dhingra, should be permitted to submit further applications for damages, including damages, consistent with any future rulings of the Court. Objections to R&R due by 1/19/2024. (Signed by Magistrat Sarah Netburn on 1/5/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−05193−GBD−SN (mm 01/05/2024) |
| )5/2024 | 9507 | REPORT & RECOMMENDATION: The Court recommends granting Ms. Uchitel's motion, finding her relationship O'Grady equivalent to that of a spouse, and awarding her $12,500,000 in damages with prejudgment interest of 4.96 annum, compounded annually, from September 11, 2001, to the date of judgment. All Bernaerts plaintiffs should be seek punitive or other damages later, consistent with future Court orders. Objections to R&R due by 1/19/2024. (Sigr Magistrate Judge Sarah Netburn on 1/5/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11865−GBD−SN (mml) (Entered: 01/05/2024) |
| )5/2024 | 9508 | MOTION for Justin D. Rattey to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−28776083. **Mo supporting papers to be reviewed by Clerk's Office staff.** Document filed by Dubai Islamic Bank. (Attachments: # Affidavit in Support of Motion for Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing (Maryland), # Certificate of Good Standing (District of Columbia), # 4 Proposed Order Text of Proposed Order Granting Pro Hac V Admission)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Rattey, Justin) Modified on 1/8/2024 (rju). on 1/9/2024 (rju). (Entered: 01/05/2024) |
| )8/2024 | 9509 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated January 8, 2024 re: Sealed Fi Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 01/08/2024) |
| )8/2024 | 9510 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg date 8, 2024 re: Reply in Support of 9500 KSA Letter−Motion to Strike. Document filed by FBI, Dallah Avco Trans Arab Plaintiffs Executive Committees, Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit I, # 2 Exhibit J)Motion or Orc Under Seal: 4255 .(Kellogg, Michael) (Entered: 01/08/2024) |
| )8/2024 | 9511 | LETTER addressed to Magistrate Judge Sarah Netburn from Robert K. Kry dated January 8, 2024 re: Reply re: Joind Motion to Strike (Dkt. 9501). Document filed by Dallah Avco Trans Arabia..(Kry, Robert) (Entered: 01/08/2024) |
| )8/2024 | 9512 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman dated 01/08/2024 re: No Objections to Repor Recommendations at ECF Nos. 9506 and 9507. Document filed by August Bernaerts, Susan M. King.Filed In Associ 1:03−md−01570−GBD−SN, 1:19−cv−11865−GBD−SN, 1:22−cv−05193−GBD−SN.(Goldman, Jerry) (Entered: 01/( |
| )8/2024 | 9513 | ORDER: The motion at ECF No. 9384 was resolved by ECF No. 9389. Accordingly, the Clerk of Court is respectfull to close the related motions in four member cases: Ashton, et al. v. Al Qaeda Islamic Army, et al., No. 02−cv−06977, 1998; Havlish, et al. v. Bin Laden, et al., No. 03−cv−09848, ECF No. 704; O'Neill, et al. v. The Republic of Iraq, et a 04−cv−01076, ECF No. 778; and Burnett, et al. v. The Islamic Republic of Iran, et al., No. 15−cv−09903, ECF No. 6 motion at ECF No. 9394 was resolved by ECF No. 9402. Accordingly, the Clerk of Court is respectfully directed to c related motions in three member cases: Ashton, et al. v. Al Qaeda Islamic Army, et al., No. 02−cv−06977, ECF No. 2 O'Neill, et al. v. The Republic of Iraq, et al., No. 04−cv−01076, ECF No. 780; and Burnett, et al. v. The Islamic Repu et al., No. 15−cv−09903, ECF No. 667. The motion at ECF No. 9439 was resolved by ECF No. 9443. Accordingly, tl Court is respectfully directed to close the related motions in 19 member cases: O'Neill, et al. v. The Republic of Iraq, 04−cv−01076, ECF No. 781; Abel, et al. v. Kingdom of Saudi Arabia, No. 18−cv−11880, ECF No. 102; Bonomo, et Kingdom of Saudi Arabia, No. 18−cv−11885, ECF No. 105; Cintron−Lugos, et al. v. Kingdom of Saudi Arabia, No. 18−cv−11888, ECF No. 105; DeConto, et al. v. Kingdom of Saudi Arabia, No. 18−cv−11904, ECF No. 101; Lang, et Kingdom of Saudi Arabia, No. 18−cv−11926, ECF No. 103; Gordenstein, et al. v. Kingdom of Saudi Arabia, No. 18- ECF No. 104; Garger, et al. v. Kingdom of Saudi Arabia, No. 18−cv−11950, ECF No. 103; Bush, et al. v. Kingdom c Arabia, No. 18−cv−11964, ECF No. 104; Mercer, et al. v. Kingdom of Saudi Arabia, No. 18−cv−11965, ECF No. 10 et al. v. Kingdom of Saudi Arabia, No. 18−cv−11966, ECF No. 101; Perez, et al. v. Kingdom of Saudi Arabia, No. 18−cv−11967, ECF No. 101; Richards, et al. v. Kingdom of Saudi Arabia, No. 18−cv−11969, ECF No. 101; Rooney, Kingdom of Saudi Arabia, No. 18−cv−11970, ECF No. 101; Spence, et al. v. Kingdom of Saudi Arabia, No. 18−cv− No. 100; Aamoth, et al. v. Kingdom of Saudi Arabia, No. 18−cv−12270, ECF Kincaid, et al. v. Kingdom of Saudi Ar |

| | | |
|---|---|---|
| | | 18−cv−12273, ECF No. 104; Stackpole, et al. v. Kingdom of Saudi Arabia, No. 18−cv−12275, ECF No. 104; and Ze et al. v. Kingdom of Saudi Arabia, No. 18−cv−12381, ECF No. 99. SO ORDERED. (Signed by Magistrate Judge Sar on 1/8/2024) (mml) (Entered: 01/08/2024) |
| )8/2024 | 9514 | LETTER MOTION for Extension of Time addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg da 8, 2024. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 01/08/2024) |
| )9/2024 | 9515 | ORDER: The motion at ECF No. 9401 was resolved by ECF No. 9413. Accordingly, the Clerk of Court is respectfull to close the related motions in ten member cases: Desimone, et al. v. Kingdom of Saudi Arabia, No. 17−cv−00348, E 149; Gaston, et al. v. Islamic Republic of Iran, No. 18−cv−12337, ECF No. 91; Gaston, et al. v. Kingdom of Saudi A 18−cv−12338, ECF No. 66; Johnson, et al. v. Islamic Republic of Iran, No. 18−cv−12344, ECF No. 79; Johnson, et a Kingdom of Saudi Arabia, No. 18−cv−12346, ECF No. 65; Rodriguez, et al. v. Islamic Republic of Iran, No. 18−cv− ECF No. 87; Rodriguez, et al. v. Kingdom of Saudi Arabia, No. 18−cv−12348, ECF No. 64; Knight, et al. v. Islamic Iran, No. 18−cv−12398, ECF No. 68; Knight, et al. v. Kingdom of Saudi Arabia, No. 18−cv−12399, ECF No. 66; anc et al. v. Islamic Republic of Iran, No. 21−cv−07679, ECF No. 62. SO ORDERED. (Signed by Magistrate Judge Sara on 1/9/2024) (mml) (Main Document 9515 replaced on 1/10/2024) (dsh). Modified on 1/10/2024 (dsh). (Entered: 01/ |
| )9/2024 | 9516 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees and counsel for the As Plaintiffs dated January 9, 2024 re: Request for authorization to re−file Plaintiffs submissions with corrections to erra Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 01/09/2024) |
| )9/2024 | 9517 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees and counsel for the As Plaintiffs dated January 9, 2024 re: Opposition to second item included in the submission last night by counsel for Sa (ECF No. 9514). Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 01/09/2024) |
| )9/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 9508 MOTION for Justin to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−28776083. Motion and supporting pape reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered 01/09/2024) |
| )9/2024 | 9518 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees and counsel for the As Plaintiffs dated January 9, 2024 re: Request for oral argument. Document filed by Plaintiffs Executive Committees..( Robert) (Entered: 01/09/2024) |
| )9/2024 | 9519 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated January 9, 2024 re: Reply Ex Request. Document filed by Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit A).(Kellogg, Michael) (Entered: 01 |
| )9/2024 | 9520 | ORDER: granting 9514 Letter Motion for Extension of Time. The Court grants the Defendants' request for a briefing and the Plaintiffs' request for leave to file corrected submissions. The parties will follow this modified briefing sched Kingdom's motion to dismiss: January 17, 2024: the Plaintiffs' corrected opposition and Errata Sheet (which may be f means authorized in ECF No. 9479), March 4, 2024: the Kingdom's reply; and March 25, 2024: the Plaintiffs' sur−rep parties will follow this modified briefing schedule for Dallah Avco's motion to dismiss: January 17, 2024: the Plainti corrected opposition and Errata Sheet (which may be filed by the means authorized in ECF No. 9479); and March 4, Dallah Avco's reply. The Court grants in part the request for an extension to the redaction deadline. Given the volume documents submitted in connection with the Plaintiffs' opposition, a moderate extension is appropriate. The Kingdom submit proposed redactions to the Plaintiffs' corrected submissions by March 19, 2024.The Clerk of Court is respectf directed to terminate the motion at ECF No. 9514. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 1/ (ama) (Entered: 01/09/2024) |
| )9/2024 | | Set/Reset Deadlines: Responses due by 1/17/2024 Replies due by 3/4/2024. Surreplies due by 3/25/2024. (ama) (Ente 01/09/2024) |
| )9/2024 | 9521 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated January 9, 2024 re: Response Plaintiffs' Request for Oral Argument. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 01 |
| .0/2024 | 9522 | MEMORANDUM AND DECISION AND ORDER: The objections to Magistrate Judge Netburn's Order denying the Plaintiffs' motion to intervene are OVERRULED. The Order is AFFIRMED in its entirety. SO ORDERED. (Signed l George B. Daniels on 1/10/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN (Entered: 01/10/2024) |
| .0/2024 | 9523 | ORDER granting 9508 Motion for Justin D. Rattey to Appear Pro Hac Vice (HEREBY ORDERED by Magistrate Ju Netburn)(Text Only Order) (dsh) (Entered: 01/10/2024) |
| .0/2024 | 9524 | **FILING ERROR − DEFICIENT DOCKET ENTRY − FILER ERROR −** NOTICE OF APPEAL from 9462 Ord Document filed by Cozen O'Connor P.C., Sidley Austin LLP, Ellis George Cipollone, Federal Insurance Company et Plaintiffs. Filing fee $ 605.00, receipt number ANYSDC−28792212. Form C and Form D are due within 14 days to t Appeals, Second Circuit. (Attachments: # 1 Exhibit Order dated December 12, 2023, ECF 9462, # 2 Exhibit Order fil September 30, 2019, ECF 5180, # 3 Exhibit Order filed September 30, 2020, ECF 6481, # 4 Exhibit Order filed Augu |

| | | |
|---|---|---|
| | | 2023, ECF 9317).(Carter, Sean) Modified on 1/10/2024 (tp). (Entered: 01/10/2024) |
| .0/2024 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Sean Carter to RE−F Document No. 9524 Notice of Appeal. The filing is deficient for the following reason(s): (1) not all of the filers r were selected for the appeal; (2) not all of the mentioned documents being appealed were selected. Re−file the a using the event type Notice of Appeal found under the event list Appeal Documents − attach the correct signed select the correct named filer/filers − select the correct order/judgment being appealed − Do Not Pay The Appe Again. (tp)** (Entered: 01/10/2024) |
| .0/2024 | 9525 | **FILING ERROR − DEFICIENT DOCKET ENTRY − FILER ERROR −** NOTICE OF APPEAL from 6481 Mem & Opinion,,,,,, 9462 Order,,, 5180 Memorandum & Opinion,,,, 9317 Memorandum & Opinion,,,,.. Form C and Form within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Exhibit A Order ECF 9462, # 2 Exhibit B 5180, # 3 Exhibit C Order ECF 6481, # 4 Exhibit D Order ECF 9317).(Carter, Sean) Modified on 1/11/2024 (nd). (En 01/10/2024) |
| .1/2024 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Sean Carter to RE−F Document No. 9525 Notice of Appeal,,.. The filing is deficient for the following reason(s): (a) the wrong event ty used to file the appeal; (b) individual filers were NOT selected for the appeal.. Re−file the appeal using the eve Notice of Interlocutory Appeal found under the event list Appeal Documents − attach the correct signed PDF - correct named filer/filers − select the correct order/judgment being appealed. (nd)** (Entered: 01/11/2024) |
| .1/2024 | 9526 | MOTION to Add Party(ies) as set forth in exhibit A . Document filed by Burnett Plaintiffs.Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 01/11/2024) |
| .1/2024 | 9527 | **FILING ERROR − DEFICIENT DOCKET ENTRY − (SEE 9531 Memorandum)** MEMORANDUM OF LAW i re: (1108 in 1:03−cv−09849−GBD−SN, 9526 in 1:03−md−01570−GBD−SN) MOTION to Add Party(ies) as set forth A . . Document filed by Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) Modified on 1/16/2024 (db). As per ECF−ERROR Email Corresponden on 1/11/2024 @ 6:05pm. (Entered: 01/11/2024) |
| .1/2024 | 9528 | DECLARATION of John M. Eubanks in Support re: (1108 in 1:03−cv−09849−GBD−SN, 9526 in 1:03−md−01570− MOTION to Add Party(ies) as set forth in exhibit A .. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhib In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 01/11/2024) |
| .1/2024 | 9529 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A) Related Document Numbe ..(Eubanks, John) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 01/11/2024) |
| .1/2024 | 9530 | NOTICE OF INTERLOCUTORY APPEAL from 6481 Memorandum & Opinion , 9462 Order,,, 5180 Memorandum Opinion,,,, 9317 Memorandum & Opinion, . Document filed by AIG Assurance Company, AIG Insurance Company Rico, AIG Insurance Company of Canada, AIG Property Casualty Company, AIG Specialty Insurance Company, AIU Company, AXA Corporate Solutions Assurance SA, AXA Global Risks (UK) Limited, AXA RE, AXA RE Canadian AXA RE UK Plc, AXA Versicherung, Allstate Insurance Company, American Alternative Insurance Corporation, Ar Economy Insurance Company, American Employers' Insurance Company, American Fire and Casualty Company, Ar Home Assurance Company, American Safety Casualty Insurance Company, American Safety Indemnity Company, A Insurance Corp., Boston Old Colony Insurance Company, Chartis Excess Limited, Chubb Custom Insurance Compar Indemnity Insurance Company, Chubb Insurance Company of Canada, Chubb Insurance Company of New Jersey, Co and Industry Insurance Company, Commercial Insurance Company of Newark, N.J., Continental Insurance Company Continental Insurance Company of New Jersey, Copenhagen Reinsurance Company (UK) LTD, Cozen O'Connor P.C George Cipollone, Employers Insurance Company of Wausau, Excelsior Insurance Company, Federal Insurance Con Fidelity and Casualty Company of New York, General Insurance Company Of America, General Security Indemnity Of Arizona, General Security National Insurance Company, Glens Falls Insurance Company, Granite State Insurance Great Lakes Reinsurance (UK) PLC, Great Northern Insurance Company, Hiscox Dedicated Corporate Member, Ltd. Insurance Company of New York, Illinois National Insurance CO, Indiana Insurance Company, Lexington Insurance Liberty Insurance Corporation, Liberty Insurance Underwriters Inc., Liberty Life Assurance Company of Boston, Lib of Texas Insurance Company, Liberty Managing Agency Limited, Liberty Mutual Fire Insurance Company, Liberty I Insurance Company, Liberty Mutual Insurance Europe Limited, Marlon Insurance Company Limited, Muenchener Rueckversicherungs Gesellschaft Aktiengesellschaft In Muenchen, National Ben Franklin Insurance Company of Illi National Union Fire Company of Pittsburgh, PA., New Hampshire Insurance Company, New Reinsurance Company, Odyssey Reinsurance Company, One Beacon America Insurance Company, One Beacon Insurance Company, Pacific Company, Peerless Insurance Company, QBE INSURANCE (INTERNATIONAL) LTD., Safeco Insurance Compan America, Scor Global P&C Se, Scor UK Company Limited, Sidley Austin LLP, The Camden Fire Insurance Associa First Liberty Insurance Corporation, The Insurance Company of The State of Pennsylvania, The Midwestern Indemn Company, The Netherlands Insurance Company, The Ohio Casualty Insurance Company, The Princeton Excess & Su Insurance Company, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1003, UNDERWRITING MEMB LLOYD'S SYNDICATE 1121, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1209, UNDERWRITIN MEMBERS OF LLOYD'S SYNDICATE 1236, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1243, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1308, UNDERWRITING MEMBERS OF LLOYD'S |

| | | |
|---|---|---|
| | | SYNDICATE 2, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2003, UNDERWRITING MEMBERS LLOYD'S SYNDICATE 2020, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 205, UNDERWRITIN MEMBERS OF LLOYD'S SYNDICATE 228, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 271, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 376, UNDERWRITING MEMBERS OF LLOYD'S SY 510, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 529, UNDERWRITING MEMBERS OF LLOYD SYNDICATE 53, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 535, UNDERWRITING MEMBERS LLOYD'S SYNDICATE 55, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 557, UNDERWRITING OF LLOYD'S SYNDICATE 588, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 672, UNDERWRIT MEMBERS OF LLOYD'S SYNDICATE 807, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 861, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 991, UnionAmerica Insurance Company Ltd., Vigilant Company, Wausau Business Insurance Company, Wausau Underwriters Insurance Company, West American Insurai Company, Wurttembergische Versicherung AG. Form C and Form D are due within 14 days to the Court of Appeals. Circuit. (Attachments: # 1 Exhibit A Order ECF 9462, # 2 Exhibit B Order ECF 5180, # 3 Exhibit C Order ECF 6481 Exhibit D Order ECF 9317).(Carter, Sean) Modified on 1/11/2024 (nd). (Entered: 01/11/2024) |
| 1/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (1111 in 1:03−cv−09849−GBD- in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN(nd)** (Entered: 01/11/2024) |
| 1/2024 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 9530 Notice of Int Appeal.(nd) (Entered: 01/11/2024) |
| 1/2024 | | Appeal Fee Paid electronically via Pay.gov: for 9530 Notice of Interlocutory Appeal. Filing fee $ 605.00. Pay.gov re number ANYSDC−28792212, paid on 1/10/2024..(nd) (Entered: 01/11/2024) |
| 1/2024 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 9530 Notice Interlocutory Appeal filed by General Security Indemnity Company Of Arizona, American Safety Casualty Insurance AXA Corporate Solutions Assurance SA, Wausau Business Insurance Company, AIG Assurance Company, The Prin Excess & Surplus Lines Insurance Company, Chubb Insurance Company of Canada, Liberty Mutual Insurance Europ Marlon Insurance Company Limited, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2020, Commerci Company of Newark, N.J., General Insurance Company Of America, Safeco Insurance Company of America, Emplo Insurance Company of Wausau, AXA RE UK Plc, QBE INSURANCE (INTERNATIONAL) LTD., UNDERWRITI MEMBERS OF LLOYD'S SYNDICATE 807, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 205, Cl Custom Insurance Company, UnionAmerica Insurance Company Ltd., Wausau Underwriters Insurance Company, A Liberty Insurance Corporation, One Beacon America Insurance Company, UNDERWRITING MEMBERS OF LLO SYNDICATE 1308, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 271, New Hampshire Insurance C American Alternative Insurance Corporation, Illinois National Insurance CO, AIG Insurance Company of Canada, G Security National Insurance Company, Excelsior Insurance Company, LIBERTY MANAGING AGENCY LIMITED UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1121, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 672, Commerce and Industry Insurance Company, The Insurance Company of The State of Pennsylva Insurance Company, American Fire and Casualty Company, Great Lakes Reinsurance (UK) PLC, Muenchener Rueckversicherungs Gesellschaft Aktiengesellschaft In Muenchen, Fidelity and Casualty Company of New York, An Employers' Insurance Company, Copenhagen Reinsurance Company (UK) LTD, New Reinsurance Company, Ltd., UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2, Ellis George Cipollone, National Union Fire Compa Pittsburgh, PA., Peerless Insurance Company, AMERICAN FIRE AND CASUALTY COMPANY, Allstate Insuranc Company, AIG Property Casualty Company, Chubb Insurance Company of New Jersey, Chartis Excess Limited, AX Versicherung, Continental Insurance Company of New Jersey, Wurttembergische Versicherung AG, AIG Specialty I Company, Chubb Indemnity Insurance Company, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 535, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1209, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1243, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 55, Odyssey Reinsurance Compa Mutual Fire Insurance Company, The Ohio Casualty Insurance Company, Indiana Insurance Company, The Midwest Indemnity Company, Liberty Managing Agency Limited, AXA Global Risks (UK) Limited, Sidley Austin LLP, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 228, UNDERWRITING MEMBERS OF LLOYD'S SY 1236, American Economy Insurance Company, Cozen O'Connor P.C., AIG Insurance Company − Puerto Rico, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 53, Hiscox Dedicated Corporate Member, Ltd., West A Insurance Company, National Ben Franklin Insurance Company of Illinois, American Safety Indemnity Company, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2003, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 557, Vigilant Insurance Company, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 861, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 376, UNDERWRITING MEMBERS OF LLOYD'S SY 1003, Boston Old Colony Insurance Company, AXA RE Canadian Branch, Pacific Indemnity Company, UNDERWI MEMBERS OF LLOYD'S SYNDICATE 991, Liberty Life Assurance Company of Boston, Lexington Insurance Co Scor UK Company Limited, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 529, Glens Falls Insuranc Liberty Insurance Underwriters Inc., LIBERTY LLOYDS OF TEXAS INSURANCE COMPANY, UNDERWRITIN MEMBERS OF LLOYD'S SYNDICATE 510, Liberty Lloyds of Texas Insurance Company, The First Liberty Insura Corporation, Continental Insurance Company, The Camden Fire Insurance Association, Axa Art Insurance Corp., Sc |

| | | |
|---|---|---|
| | | P&C Se, AIU Insurance Company, The Netherlands Insurance Company, American Home Assurance Company, Libe Insurance Company, Great Northern Insurance Company, UNDERWRITING MEMBERS OF LLOYD'S SYNDICA Granite State Insurance Company, One Beacon Insurance Company, Homeland Insurance Company of New York we transmitted to the U.S. Court of Appeals..(nd) (Entered: 01/11/2024) |
| 1/2024 | 9531 | MEMORANDUM OF LAW in Support re: (1108 in 1:03−cv−09849−GBD−SN, 9526 in 1:03−md−01570−GBD−SN to Add Party(ies) as set forth in exhibit A . *CORRECTED*. Document filed by Burnett Plaintiffs. Filed In Associated 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 01/11/2024) |
| 2/2024 | 9532 | ORDER granting (1108) Motion to Add in case 1:03−cv−09849−GBD−SN; granting (9526) Motion to Add in case 1:03−md−01570−GBD−SN. These claims are not futile, will not unduly delay these proceedings or prejudice the Tal were not filed in bad faith or with a dilatory motive. The Burnett Plaintiffs' motion is therefore GRANTED, and it is ORDERED that: The underlying complaint in Burnett, No. 03−cv−09849, is amended to include the 4 parties identifi Burnett Plaintiffs' exhibit at ECF No. 9528−1 as parties in the action against the Taliban; These amendments supplem not displace, the underlying operative complaint in Burnett, No. 03−cv−09849; Prior rulings, orders, and judgments e this case remain in effect as to all parties; and Further service on the Taliban is not required as a result of these amend prior service orders apply, including the Court's order on service by publication at ECF Nos. 445, 488. The Clerk of C respectfully directed to terminate the motion at ECF No. 9526 and the related motion at ECF No. 1108 in Burnett, No 03−cv−09849. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 1/12/2024) Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN. (mml) (Entered: 01/12/2024) |
| 6/2024 | 9533 | MOTION to Add Party(ies) as set forth in exhibit A . Document filed by Burnett Plaintiffs.Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 01/16/2024) |
| 6/2024 | 9534 | MEMORANDUM OF LAW in Support re: (9533 in 1:03−md−01570−GBD−SN, 1114 in 1:03−cv−09849−GBD−SN to Add Party(ies) as set forth in exhibit A . . Document filed by Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 01/16/2024) |
| 6/2024 | 9535 | DECLARATION of John M. Eubanks in Support re: (9533 in 1:03−md−01570−GBD−SN, 1114 in 1:03−cv−09849− MOTION to Add Party(ies) as set forth in exhibit A .. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhib In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 01/16/2024) |
| 6/2024 | 9536 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. Related Document Number: 9533 ..(Eubanks, John) **Pro Order to be reviewed by Clerk's Office staff.** (Entered: 01/16/2024) |
| 6/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (1117 in 1:03−cv−09849−GBD− in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN(nd)** (Entered: 01/16/2024) |
| 7/2024 | 9537 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: (9362 in 1:03−md−01570−GBD−SN, 9 1:03−md−01570−GBD−SN) MOTION to Dismiss *, or in the alternative*. MOTION for Summary Judgment . *CORRE* Document filed by Dallah Avco Trans Arabia, Kingdom of Saudi Arabia, Plaintiffs Executive Committees. Filed In A Cases: 1:03−md−01570−GBD−SN et al.Motion or Order to File Under Seal: 9122 .(Goldman, Jerry) (Entered: 01/17 |
| 7/2024 | 9538 | ***SELECTED PARTIES***DECLARATION of Jerry S. Goldman, Esq. in Opposition re: (9362 in 1:03−md−01570−GBD−SN, 9362 in 1:03−md−01570−GBD−SN) MOTION to Dismiss *, or in the alternative*. MOTI Summary Judgment .. Document filed by Dallah Avco Trans Arabia, Plaintiffs Executive Committees, Kingdom of S Arabia. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.Motion or Order to File Under Seal: 9122 .(Gold (Entered: 01/17/2024) |
| 7/2024 | 9539 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 9368 MOTION to Dismiss . . Docume FBI, Plaintiffs Executive Committees, Kingdom of Saudi Arabia, Ashton Plaintiffs, Dallah Avco Trans Arabia. Moti to File Under Seal: 4255 .(Haefele, Robert) (Entered: 01/17/2024) |
| 7/2024 | 9540 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Con and counsel for the Ashton Plaintiffs dated January 17, 2024 re: Plaintiffs sealed filings being made today responding Arabias October 6, 2023 Renewed Motion to Dismiss [ECF No. 9368] and Dallah Avcos October 6, 2023 Renewed M Dismiss or in the Alternative for Summary Judgment [ECF No. 9362]. Document filed by Kingdom of Saudi Arabia, Avco Trans Arabia, FBI, Ashton Plaintiffs, Plaintiffs Executive Committees.Motion or Order to File Under Seal: 425 Robert) (Entered: 01/17/2024) |
| 8/2024 | 9541 | ***SELECTED PARTIES***DECLARATION of Robert T. Haefele in Opposition re: 9368 MOTION to Dismiss .. filed by Ashton Plaintiffs, Plaintiffs Executive Committees, Dallah Avco Trans Arabia, FBI, Kingdom of Saudi Arab (Attachments: # 1 Exhibit 1)Motion or Order to File Under Seal: 4255 .(Haefele, Robert) (Entered: 01/18/2024) |
| 8/2024 | 9542 | ***SELECTED PARTIES*** RESPONSE in Opposition to Motion re: 9368 MOTION to Dismiss . . Document file Kingdom of Saudi Arabia, Dallah Avco Trans Arabia, FBI, Kathleen Ashton(as s Surviving Spouse), Plaintiffs Execu Committees, Kathleen Ashton. Motion or Order to File Under Seal: 1900 .(Simpson, James) (Entered: 01/18/2024) |

| | | |
|---|---|---|
| .8/2024 | 9543 | ***SELECTED PARTIES*** RESPONSE to Motion re: 9368 MOTION to Dismiss . *Declaration of James Gavin S Opposition to 9368* . Document filed by FBI, Plaintiffs Executive Committees, Kingdom of Saudi Arabia, Dallah Av Arabia, Kathleen Ashton. Motion or Order to File Under Seal: 1900 .(Simpson, James) (Entered: 01/18/2024) |
| .8/2024 | 9544 | MOTION for Default Judgment as to *Death Claims against the Taliban*. Document filed by Burnett Plaintiffs.Filed I Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 01/18/2024) |
| .8/2024 | 9545 | MEMORANDUM OF LAW in Support re: (9544 in 1:03−md−01570−GBD−SN, 1118 in 1:03−cv−09849−GBD−SN for Default Judgment as to *Death Claims against the Taliban*. . Document filed by Burnett Plaintiffs. Filed In Associ 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 01/18/2024) |
| .8/2024 | 9546 | DECLARATION of John M. Eubanks in Support re: (1118 in 1:03−cv−09849−GBD−SN, 9544 in 1:03−md−01570− MOTION for Default Judgment as to *Death Claims against the Taliban*.. Document filed by Burnett Plaintiffs. (Atta 1 Exhibit A, # 2 Exhibit B−1, # 3 Exhibit B−2)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 01/18/2024) |
| .8/2024 | 9547 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Exhibit A, # 2 Exhibit B−1, # 3 Exhibit B−2).(Eubanks, John) **Proposed Default Judgment to be reviewed by Cler staff.** (Entered: 01/18/2024) |
| .8/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. 9547 Propose Judgment, was reviewed and approved as to form. (tp)** (Entered: 01/18/2024) |
| .9/2024 | 9548 | MOTION for Default Judgment as to *Solatium Claims against the Taliban*. Document filed by Burnett Plaintiffs.File Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 01/19/2024) |
| .9/2024 | 9549 | MEMORANDUM OF LAW in Support re: (1122 in 1:03−cv−09849−GBD−SN, 9548 in 1:03−md−01570−GBD−SN for Default Judgment as to *Solatium Claims against the Taliban*. . Document filed by Burnett Plaintiffs. Filed In Ass Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 01/19/2024) |
| .9/2024 | 9550 | DECLARATION of John M. Eubanks in Support re: (1122 in 1:03−cv−09849−GBD−SN, 9548 in 1:03−md−01570− MOTION for Default Judgment as to *Solatium Claims against the Taliban*.. Document filed by Burnett Plaintiffs. (A # 1 Exhibit A, # 2 Exhibit B−1, # 3 Exhibit B−2, # 4 Exhibit C)Filed In Associated Cases: 1:03−md−01570−GBD−S 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 01/19/2024) |
| .9/2024 | 9551 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Exhibit A, # 2 Exhibit B−1, # 3 Exhibit B−2, # 4 Exhibit C).(Eubanks, John) **Proposed Default Judgment to be rev Clerk's Office staff.** (Entered: 01/19/2024) |
| .9/2024 | 9552 | AMENDED NOTICE OF APPEAL re: 9530 Notice of Interlocutory Appeal,,,,,, 6481 Memorandum & Opinion,,,,,, Order,,, 5180 Memorandum & Opinion,,,, 9317 Memorandum & Opinion,,,,. Document filed by AIG Assurance Co Insurance Company − Puerto Rico, AIG Insurance Company of Canada, AIG Property Casualty Company, AIG Spe Insurance Company, AIU Insurance Company, AMERICAN FIRE AND CASUALTY COMPANY, AXA Corporat Assurance SA, AXA Global Risks (UK) Limited, AXA RE, AXA RE Canadian Branch, AXA RE UK Plc, AXA Re Company, AXA Versicherung, American Alternative Insurance Corporation, American Economy Insurance Compa American Employers' Insurance Company, American Home Assurance Company, American Safety Casualty Insura Company, American Safety Indemnity Company, Axa Art Insurance Corp., Axa Insurance Company, Boston Old C Insurance Company, Chartis Excess Limited, Chubb Custom Insurance Company, Chubb Indemnity Insurance Com Insurance Company of Canada, Chubb Insurance Company of New Jersey, Commerce and Industry Insurance Comp Commercial Insurance Company of Newark, N.J., Continental Insurance Company, Continental Insurance Company Jersey, Copenhagen Reinsurance Company (UK) LTD, Excelsior Insurance Company, Federal Insurance Company, Casualty Company of New York, General Insurance Company Of America, General Security Indemnity Company O General Security National Insurance Company, Glens Falls Insurance Company, Granite State Insurance Company, Reinsurance (UK) PLC, Great Northern Insurance Company, Hiscox Dedicated Corporate Member, Ltd., Homeland Company of New York, Illinois National Insurance CO, Indiana Insurance Company, Lexington Insurance Company Insurance Corporation, Liberty Insurance Underwriters Inc., Liberty Life Assurance Company of Boston, Liberty Ll Texas Insurance Company, Liberty Managing Agency Limited, Liberty Mutual Fire Insurance Company, Liberty Mu Insurance Company, Liberty Mutual Insurance Europe Limited, Marlon Insurance Company Limited, Muenchener Rueckversicherungs Gesellschaft Aktiengesellschaft In Muenchen, National Ben Franklin Insurance Company of Illi National Union Fire Company of Pittsburgh, PA., New Hampshire Insurance Company, New Reinsurance Company, Odyssey Reinsurance Company, One Beacon America Insurance Company, One Beacon Insurance Company, Pacifi Company, Peerless Insurance Company, QBE INSURANCE (INTERNATIONAL) LTD., Safeco Insurance Compan America, Scor Global P&C Se, Scor UK Company Limited, The Camden Fire Insurance Association, The First Libe Insurance Corporation, The Insurance Company of The State of Pennsylvania, The Midwestern Indemnity Company, Netherlands Insurance Company, The Ohio Casualty Insurance Company, The Princeton Excess & Surplus Lines Ins Company, The Underwriting Members of Lloyd's Syndicate 1121, The Underwriting Members of Lloyd's Syndicate Underwriting Members of Lloyd's Syndicate 1243, The Underwriting Members of Lloyd's Syndicate 1308, The Und Members of Lloyd's Syndicate 205, The Underwriting Members of Lloyd's Syndicate 228, The Underwriting Memb |

| | | |
|---|---|---|
| | | Lloyd's Syndicate 510, The Underwriting Members of Lloyd's Syndicate 529, The Underwriting Members of Lloyd's 53, The Underwriting Members of Lloyd's Syndicate 55, The Underwriting Members of Lloyd's Syndicate 991, The Underwriting Members of Lloyds Syndicate 1861, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 100 UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1121, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1209, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1236, UNDERWRITING MEMB LLOYD'S SYNDICATE 1243, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1308, UNDERWRITIN MEMBERS OF LLOYD'S SYNDICATE 2, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2003, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2020, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 205, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 228, UNDERWRITING MEMBEI LLOYD'S SYNDICATE 271, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 376, UNDERWRITINC MEMBERS OF LLOYD'S SYNDICATE 510, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 529, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 53, UNDERWRITING MEMBERS OF LLOYD'S SY 535, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 55, UNDERWRITING MEMBERS OF LLOYD' SYNDICATE 557, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 588, UNDERWRITING MEMBEI LLOYD'S SYNDICATE 672, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 807, UNDERWRITINC MEMBERS OF LLOYD'S SYNDICATE 861, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 991, Vi Insurance Company, Wausau Business Insurance Company, Wausau Underwriters Insurance Company, Wurttemberg Versicherung AG. (Attachments: # 1 Exhibit A, Order at ECF #9462, # 2 Exhibit B, Order at ECF #5180, # 3 Exhibit ECF #6481, # 4 Exhibit D, Order at ECF #9317).(Carter, Sean) (Entered: 01/19/2024) |
| .9/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. 9551 Propose Judgment, was reviewed and approved as to form. (tp)** (Entered: 01/19/2024) |
| .9/2024 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 9552 Amended No Appeal. (tp) (Entered: 01/19/2024) |
| .9/2024 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 9552 Amended No Appeal. (tp) (Entered: 01/19/2024) |
| .9/2024 | | First Supplemental ROA Sent to USCA (Electronic File). Certified Supplemental Indexed record on Appeal Electron 9552 Amended Notice of Appeal,,,,, filed by The Underwriting Members of Lloyd's Syndicate 1121, General Securit Company Of Arizona, American Safety Casualty Insurance Company, AXA Corporate Solutions Assurance SA, Wau Business Insurance Company, AIG Assurance Company, The Princeton Excess & Surplus Lines Insurance Company Insurance Company of Canada, Liberty Mutual Insurance Europe Limited, Marlon Insurance Company Limited, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2020, Commercial Insurance Company of Newark, N.. Insurance Company Of America, The Underwriting Members of Lloyd's Syndicate 529, Safeco Insurance Company AXA RE UK Plc, QBE INSURANCE (INTERNATIONAL) LTD., UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 807, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 205, Chubb Custom Insurance Con Underwriting Members of Lloyd's Syndicate 991, Wausau Underwriters Insurance Company, AXA RE, Liberty Insu Corporation, One Beacon America Insurance Company, UNDERWRITING MEMBERS OF LLOYD'S SYNDICAT UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 271, New Hampshire Insurance Company, American A Insurance Corporation, Illinois National Insurance CO, AIG Insurance Company of Canada, General Security Nation Insurance Company, Excelsior Insurance Company, The Underwriting Members of Lloyd's Syndicate 1308, LIBERT MANAGING AGENCY LIMITED, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1121, UNDERWI MEMBERS OF LLOYD'S SYNDICATE 672, Commerce and Industry Insurance Company, The Insurance Compan State of Pennsylvania, Federal Insurance Company, American Fire and Casualty Company, The Underwriting Memb Lloyd's Syndicate 1236, Great Lakes Reinsurance (UK) PLC, Muenchener Rueckversicherungs Gesellschaft Aktieng In Muenchen, Fidelity and Casualty Company of New York, American Employers' Insurance Company, Copenhager Reinsurance Company (UK) LTD, New Reinsurance Company, Ltd., UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2, National Union Fire Company of Pittsburgh, PA., Peerless Insurance Company, AMERICAN FIRE CASUALTY COMPANY, AXA Reinsurance Company, AIG Property Casualty Company, Chubb Insurance Compa Jersey, Chartis Excess Limited, AXA Versicherung, Continental Insurance Company of New Jersey, Wurttembergisc Versicherung AG, AIG Specialty Insurance Company, Chubb Indemnity Insurance Company, The Underwriting Me Lloyd's Syndicate 53, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 535, UNDERWRITING MEMB LLOYD'S SYNDICATE 1209, Axa Insurance Company, UNDERWRITING MEMBERS OF LLOYD'S SYNDICA The Underwriting Members of Lloyd's Syndicate 55, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 5 Mutual Fire Insurance Company, The Ohio Casualty Insurance Company, Odyssey Reinsurance Company, The Unde Members of Lloyds Syndicate 1861, The Underwriting Members of Lloyd's Syndicate 1243, Indiana Insurance Comp Midwestern Indemnity Company, Liberty Managing Agency Limited, AXA Global Risks (UK) Limited, UNDERWI MEMBERS OF LLOYD'S SYNDICATE 228, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1236, A Economy Insurance Company, The Underwriting Members of Lloyd's Syndicate 205, AIG Insurance Company – Pu UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 53, Hiscox Dedicated Corporate Member, Ltd., Nation Franklin Insurance Company of Illinois, American Safety Indemnity Company, UNDERWRITING MEMBERS OF SYNDICATE 2003, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 557, Vigilant Insurance Company UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 861, UNDERWRITING MEMBERS OF LLOYD'S S |

| | | |
|---|---|---|
| | | 376, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1003, Boston Old Colony Insurance Company, A Canadian Branch, Pacific Indemnity Company, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 991, L Assurance Company of Boston, Lexington Insurance Company, Scor UK Company Limited, UNDERWRITING ME OF LLOYD'S SYNDICATE 529, Glens Falls Insurance Company, Liberty Insurance Underwriters Inc., LIBERTY L OF TEXAS INSURANCE COMPANY, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 510, Liberty I Texas Insurance Company, The First Liberty Insurance Corporation, Continental Insurance Company, The Camden F Insurance Association, Axa Art Insurance Corp., Scor Global P&C Se, AIU Insurance Company, The Netherlands In Company, American Home Assurance Company, Liberty Mutual Insurance Company, The Underwriting Members o Syndicate 510, Great Northern Insurance Company, The Underwriting Members of Lloyd's Syndicate 228, UNDERV MEMBERS OF LLOYD'S SYNDICATE 588, Granite State Insurance Company, One Beacon Insurance Company, I Insurance Company of New York were transmitted to the U.S. Court of Appeals..(tp) (Entered: 01/19/2024) |
| .9/2024 | 9553 | MOTION for Default Judgment as to *Personal Injury Claims against the Taliban*. Document filed by Burnett Plaintif Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 01/19/2024) |
| .9/2024 | 9554 | MEMORANDUM OF LAW in Support re: (1126 in 1:03−cv−09849−GBD−SN, 9553 in 1:03−md−01570−GBD−SN for Default Judgment as to *Personal Injury Claims against the Taliban*. . Document filed by Burnett Plaintiffs. Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 01/19/2024) |
| .9/2024 | 9555 | DECLARATION of John M. Eubanks in Support re: (1126 in 1:03−cv−09849−GBD−SN, 9553 in 1:03−md−01570− MOTION for Default Judgment as to *Personal Injury Claims against the Taliban*.. Document filed by Burnett Plainti (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 01/19/2024) |
| .9/2024 | 9556 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Exhibit A, # 2 Exhibit B, # 3 Exhibit C).(Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's O** (Entered: 01/19/2024) |
| 22/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (1129 in 1:03−cv−09849−GBD−SN, 9556 in 1:03−md−01570−GBD−SN) Proposed Default Judgment, was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN(nd)** (Entered: 01/2 |
| 22/2024 | 9557 | MEMORANDUM DECISION AND ORDER granting (9106) Motion for Judgment in case 1:03−md−01570−GBD− granting (165) Motion for Judgment in case 1:19−cv−11865−GBD−SN. Plaintiff's motion for partial final default jud solatium damages against the Islamic Republic of Iran is GRANTED. It is ORDERED that Plaintiff Rachel Uchitel b $12,500,000.00 in solatium damages; and it is ORDERED that prejudgment interest is awarded at a rate of 4.96 perce annum, all interest compounded annually for the period from September 11, 2001 until the date of judgment; and it is ORDERED that, to the extent they have not already done so, all Bernaerts Plaintiffs are permitted to seek punitive or damages at a later date, consistent with future Court orders. The Clerk of Court is directed to close the open motions 9106 in 03−md−1570 and ECF No. 165 in 19−cv−11865. SO ORDERED. (Signed by Judge George B. Daniels on 1/ Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11865−GBD−SN (yv) (Entered: 01/22/2024) |
| 22/2024 | 9558 | NOTICE OF INTERLOCUTORY APPEAL from 6481 Memorandum & Opinion,,,,,, 9494 Order,, 5180 Memorandu Opinion,,,, 9317 Memorandum & Opinion,,,,. Document filed by Bankers Standard Insurance Co., ACE Global Mark Syndicate 2488, AIG Assurance Company, AIG Insurance Company − Puerto Rico, AIG Insurance Company of Can Property Casualty Company, AIG Specialty Insurance Company, AIU Insurance Company, AXA Corporate Solution Assurance SA, AXA Global Risks (UK) Limited, AXA RE, AXA RE Canadian Branch, AXA RE UK Plc, AXA Rei Company, AXA Versicherung, American Alternative Insurance Corporation, American Economy Insurance Compan American Employers' Insurance Company, American Fire and Casualty Company, American Home Assurance Comp American Safety Casualty Insurance Company, American Safety Indemnity Company, Boston Old Colony Insurance COPENHAGEN REINSURANCE COMPANY (U.K.) LIMITED, Chartis Excess Limited, Chubb Custom Insurance Chubb Indemnity Insurance Company, Chubb Insurance Company of Canada, Chubb Insurance Company of New Je Commerce and Industry Insurance Company, Commercial Insurance Company of Newark, N.J., Continental Casualty Continental Insurance Company of New Jersey, Excelsior Insurance Company, Federal Insurance Company, Fidelity Casualty Company of New York, General Insurance Company Of America, General Security Indemnity Company O General Security National Insurance Company, Glens Falls Insurance Company, Great Lakes Reinsurance (UK) PLC Northern Insurance Company, Hiscox Dedicated Corporate Member, Ltd., Homeland Insurance Company of New Yo National Insurance CO, Indiana Insurance Company, LIBERTY LLOYDS OF TEXAS INSURANCE COMPANY, I MANAGING AGENCY LIMITED, LM Insurance Corporation, LM Property and Casualty Insurance Company, Lib Insurance Corporation, Liberty Insurance Underwriters Inc., Liberty Life Assurance Company of Boston, Liberty Mu Insurance Company, Liberty Mutual Insurance Company, Liberty Mutual Insurance Europe Limited, Marlon Insuran Company Limited, Muenchener Rueckversicherungs Gesellschaft Aktiengesellschaft In Muenchen, National Ben Fra Insurance Company of Illinois, National Union Fire Company of Pittsburgh, PA., Odyssey Reinsurance Company, O America Insurance Company, One Beacon Insurance Company, Pacific Indemnity Company, Peerless Insurance Cor QBE INSURANCE (INTERNATIONAL) LTD., SCOR CANADA REINSURANCE COMPANY, SCOR REINSUR ASIA−PACIFIC PTE LIMITED, SCOR REINSURANCE COMPANY (ASIA) LIMITED, SCOR Reinsurance Com |

| | | |
|---|---|---|
| | | Insurance Company, The Camden Fire Insurance Association, The First Liberty Insurance Corporation, The Insuranc of The State of Pennsylvania, The Midwestern Indemnity Company, The Netherlands Insurance Company, The Ohio Insurance Company, The Princeton Excess & Surplus Lines Insurance Company, The Underwriting Members of Llo Syndicate 1121, The Underwriting Members of Lloyd's Syndicate 1236, The Underwriting Members of Lloyd's Synd The Underwriting Members of Lloyd's Syndicate 1308, The Underwriting Members of Lloyd's Syndicate 205, The U Members of Lloyd's Syndicate 228, The Underwriting Members of Lloyd's Syndicate 510, The Underwriting Membe Lloyd's Syndicate 529, The Underwriting Members of Lloyd's Syndicate 53, The Underwriting Members of Lloyd's S 55, The Underwriting Members of Lloyd's Syndicate 991, The Underwriting Members of Lloyds Syndicate 1861, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1003, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1121, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1209, UNDERWRITING MEMB LLOYD'S SYNDICATE 1236, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1243, UNDERWRITIN MEMBERS OF LLOYD'S SYNDICATE 1308, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2003, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2020, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 205, UNDERWRITING MEMBE LLOYD'S SYNDICATE 228, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 271, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 376, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 510, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 529, UNDERWRITING MEMBERS OF LLOYD'S SY 53, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 535, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 55, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 557, UNDERWRITING MEMBERS LLOYD'S SYNDICATE 588, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 672, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 807, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 861, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 991, Vigilant Insurance Company, WEST AMERICAN INSURANCE COMPANY, Wausau Business Insurance Company, Wausau Underwriters Insurance Company, West Insurance Company, Wurttembergische Versicherung AG. Form C and Form D are due within 14 days to the Court o Second Circuit. (Attachments: # 1 Exhibit A, 12/22/2023 Order at ECF #9494, # 2 Exhibit B, 9/30/2019 Order at ECI Exhibit C, 9/30/2020 Order at ECF 6481, # 4 Exhibit D, 8/31/2023 Order at ECF 9317, # 5 Appendix Rider, attaching alphabetical list of Plaintiffs/Appellants for the convenience of the Court).(Carter, Sean) Modified on 1/22/2024 (km) 01/22/2024) |
| 22/2024 | | Appeal Fee Due: for 9558 Notice of Interlocutory Appeal. Appeal fee due by 2/5/2024.(km) (Entered: 01/22/2024) |
| 22/2024 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 9558 Notice of Int Appeal.(km) (Entered: 01/22/2024) |
| 22/2024 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 9558 Notice Interlocutory Appeal filed by The Underwriting Members of Lloyd's Syndicate 1121, General Security Indemnity Co Arizona, American Safety Casualty Insurance Company, AXA Corporate Solutions Assurance SA, Wausau Business Company, AIG Assurance Company, The Princeton Excess & Surplus Lines Insurance Company, Chubb Insurance C Canada, LM Property and Casualty Insurance Company, Liberty Mutual Insurance Europe Limited, Marlon Insuranc Limited, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2020, Commercial Insurance Company of Ne General Insurance Company Of America, The Underwriting Members of Lloyd's Syndicate 529, AXA RE UK Plc, Q INSURANCE (INTERNATIONAL) LTD., UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 807, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 205, Chubb Custom Insurance Company, The Underw Members of Lloyd's Syndicate 991, Wausau Underwriters Insurance Company, SCOR Reinsurance Company, AXA Insurance Corporation, One Beacon America Insurance Company, UNDERWRITING MEMBERS OF LLOYD'S SY 1308, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 271, American Alternative Insurance Corporatio Insurance Company, LM PROPERTY AND CASUALTY INSURANCE COMPANY, Illinois National Insurance Co Insurance Company of Canada, General Security National Insurance Company, Continental Casualty Company, SCO CANADA REINSURANCE COMPANY, Excelsior Insurance Company, The Underwriting Members of Lloyd's Syn 1308, LIBERTY MANAGING AGENCY LIMITED, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 672, Commerce and Industry Insurance Company, The Company of The State of Pennsylvania, SCOR REINSURANCE COMPANY (ASIA) LIMITED, Federal Insurance American Fire and Casualty Company, The Underwriting Members of Lloyd's Syndicate 1236, Great Lakes Reinsura PLC, Muenchener Rueckversicherungs Gesellschaft Aktiengesellschaft In Muenchen, Fidelity and Casualty Compan York, American Employers' Insurance Company, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2, Na Union Fire Company of Pittsburgh, PA., Peerless Insurance Company, AMERICAN FIRE AND CASUALTY COM AXA Reinsurance Company, AIG Property Casualty Company, Chubb Insurance Company of New Jersey, Chartis E Limited, AXA Versicherung, Continental Insurance Company of New Jersey, Wurttembergische Versicherung AG, A Specialty Insurance Company, Chubb Indemnity Insurance Company, The Underwriting Members of Lloyd's Syndic UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 535, UNDERWRITING MEMBERS OF LLOYD'S SY 1209, ACE Global Markets Syndicate 2488, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1243, The Underwriting Members of Lloyd's Syndicate 55, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 55, Li Mutual Fire Insurance Company, The Ohio Casualty Insurance Company, Odyssey Reinsurance Company, The Unde Members of Lloyds Syndicate 1861, COPENHAGEN REINSURANCE COMPANY (U.K.) LIMITED, The Underw Members of Lloyd's Syndicate 1243, Indiana Insurance Company, The Midwestern Indemnity Company, Liberty Ma |

| | | |
|---|---|---|
| | | Agency Limited, AXA Global Risks (UK) Limited, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 22 UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 1236, American Economy Insurance Company, The U Members of Lloyd's Syndicate 205, AIG Insurance Company − Puerto Rico, UNDERWRITING MEMBERS OF LL SYNDICATE 53, Hiscox Dedicated Corporate Member, Ltd., West American Insurance Company, SCOR REINSU ASIA−PACIFIC PTE LIMITED, National Ben Franklin Insurance Company of Illinois, American Safety Indemnity UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2003, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 557, Vigilant Insurance Company, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 861, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 376, UNDERWRITING MEMBERS OF LLOYD'S S 1003, Boston Old Colony Insurance Company, AXA RE Canadian Branch, Pacific Indemnity Company, UNDERWI MEMBERS OF LLOYD'S SYNDICATE 991, Liberty Life Assurance Company of Boston, UNDERWRITING MEM LLOYD'S SYNDICATE 529, Glens Falls Insurance Company, LM Insurance Corporation, Liberty Insurance Under LIBERTY LLOYDS OF TEXAS INSURANCE COMPANY, UNDERWRITING MEMBERS OF LLOYD'S SYND 510, Liberty Lloyds of Texas Insurance Company, The First Liberty Insurance Corporation, The Camden Fire Insura Association, AIU Insurance Company, The Netherlands Insurance Company, American Home Assurance Company, Mutual Insurance Company, The Underwriting Members of Lloyd's Syndicate 510, Great Northern Insurance Compa Underwriting Members of Lloyd's Syndicate 228, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 588, AMERICAN INSURANCE COMPANY, One Beacon Insurance Company, Homeland Insurance Company of New transmitted to the U.S. Court of Appeals.(km) (Entered: 01/22/2024) |
| 22/2024 | | Appeal Fee Payment: for 9558 Notice of Interlocutory Appeal,,,,,,,,,,,,,,,,,,,,. Filing fee $ 605.00, receipt number ANYSDC−28841054..(Carter, Sean) (Entered: 01/22/2024) |
| 23/2024 | 9559 | ORDER granting (1114) Motion to Add in case 1:03−cv−09849−GBD−SN; granting (9533) Motion to Add in case 1:03−md−01570−GBD−SN. These claims are not futile, will not unduly delay these proceedings or prejudice the Tal were not filed in bad faith or with a dilatory motive. The Burnett Plaintiffs' motion is therefore GRANTED, and it is ORDERED that: The underlying complaint in Burnett, No. 03−cv−09849, is amended to include the 13 parties identi Burnett Plaintiffs' exhibit at ECF No. 9535−1 as parties in the action against the Taliban; These amendments supplem not displace, the underlying operative complaint in Burnett, No. 03−cv−09849; Prior rulings, orders, and judgments e this case remain in effect as to all parties; and Further service on the Taliban is not required as a result of these amend prior service orders apply, including the Court's orders on service by publication at ECF Nos. 445, 488. The Clerk of respectfully directed to terminate the motion at ECF No. 9533 and the related motion at ECF No. 1114 in Burnett, No 03−cv−09849. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 1/23/2024) Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN (mml) (Entered: 01/23/2024) |
| 25/2024 | 9560 | ***SELECTED PARTIES***SUPPLEMENTAL LETTER addressed to Magistrate Judge Sarah Netburn from Mich Kellogg dated January 25, 2024 re: Supplement to 9500 Letter−Motion to Strike. Document filed by FBI, Dallah Avc Arabia, Plaintiffs Executive Committees, Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit K, # 2 Exhibit L, # 3 M)Motion or Order to File Under Seal: 4255 .(Kellogg, Michael) (Entered: 01/25/2024) |
| 25/2024 | 9561 | LETTER addressed to Magistrate Judge Sarah Netburn from John F. Schutty dated January 25, 2024 re: Taliban Judg Document filed by Irene Dickey.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN. John) (Entered: 01/25/2024) |
| 26/2024 | 9562 | ***SELECTED PARTIES*** ORDER re: 9500 Letter, filed by Kingdom of Saudi Arabia. The Court grants in part in part the Defendants' motion. The Court is provisionally docketing this Order under seal, with access limited to the counsel for the Ashton plaintiffs, the Kingdom of Saudi Arabia, and Dallah Avco, because it discusses filings that re If the parties object to any information in this Order becoming public, they should submit proposed redactions by Fe 2024. (Signed by Magistrate Judge Sarah Netburn on 01/26/2024) (ras) (Entered: 01/26/2024) |
| 26/2024 | | Minute Entry for proceedings held before Magistrate Judge Katharine H. Parker: Settlement Status Telephone Confe Havlish Plaintiffs and attorneys for Cozen OConner & Ford Marrin Esposito Witmeyer & Gleser, LLPheld on 1/26/2 Conference Line − NOT RECORDED − NO TRANSCRIPT (ca) (Entered: 01/29/2024) |
| 30/2024 | 9563 | NOTICE OF APPEARANCE by Nicolle Kownacki on behalf of Al Rajhi Bank. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Kownacki, Nicolle) (Entered: 01/30/2024) |
| 30/2024 | 9564 | ORDER denying as moot (9406) Motion for Default Judgment in case 1:03−md−01570−GBD−SN; denying as moot Motion for Default Judgment in case 1:02−cv−06977−GBD−SN. The Court will adjudicate the Ashton−Breitweiser/ plaintiffs' application at ECF No. 9395 in due course. As for the Ashton−Burlingame−Dickey plaintiffs, no further ac needed. Contrary to counsel's assertions, the Court's amended Report and Recommendation includes an "Appendix A awards for those plaintiffs. ECF No. 8929 at 16−17. And Judge Daniels's decision adopting the Report awarded judg plaintiffs listed in that appendix, see ECF No. 8973 at 10, as well as to an additional plaintiff inadvertently omitted f see id. at 10, n.15. Accordingly, the relief counsel requests has already been granted by Judge Daniels. The Ashton−Burlingame−Dickey plaintiffs' amended motion for default judgment is therefore denied as moot. The Clerk respectfully directed to close the open motions at ECF No. 9406 and in No. 02−cv−06977 at ECF No. 2005. SO ORD (Signed by Magistrate Judge Sarah Netburn on 1/30/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN. (mml) (Entered: 01/30/2024) |

| | | |
|---|---|---|
| )1/2024 | 9565 | SEALED DOCUMENT placed in vault..(nmo) (Entered: 02/01/2024) |
| )1/2024 | 9566 | CLERK CERTIFICATE OF MAILING of one copy of the One (1) copy of the Notice of Default Judgment prepared accordance with 28 U.S.C. §1608 and 22 C.F.R. § 93.2, Report & Recommendation issued by Magistrate Judge Netb October 2, 2023, ECF No. 9358, Memorandum Decision and Order issued by District Judge Daniels, dated Novembe ECF No. 9400, a copy of 28 U.S.C. §§ 1330, 1391(f), 1441(d), and 1602 through 1611 (Pub. L. 94−583; 90 Stat. 289 Foreign Sovereign Immunities Act (28 U.S.C. §§ 1602, et seq.), Translator's Affidavit (along with translations of the documents into Farsi)mailed to Central Bank of the Islamic Republic of Iran Ali Salehabadi, Governor Mirdamad Bl Tehran Islamic Republic of Iran on 2/1/2024 by USPS Certified Mail tracking # RB596336890US, to the head of the instrumentality of the foreign state, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608( Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN. (ras) (Entered: 02/01/2024) |
| )1/2024 | 9567 | CLERK CERTIFICATE OF MAILING of two copies of 1. the Notice of Default Judgment prepared in accordance w U.S.C. §1608 and 22 C.F.R. § 93.2; 2. Report & Recommendation issued by Magistrate Judge Netburn, dated Octobe ECF No. 9358; 3. Memorandum Decision and Order issued by District Judge Daniels, dated November 1, 2023, ECF 4. A copy of 28 U.S.C. §§ 1330, 1391(f), 1441(d), and 1602 through 1611 (Pub. L. 94−583; 90 Stat. 2891) and the Fo Sovereign Immunities Act (28 U.S.C. §§ 1602, et seq.); 5. Translators Affidavit to Defendant Islamic Revolutionary Corps on 2/1/2024 by Federal Express tracking # 7749 4594 5582, via dispatch to the Secretary of State, Attn: Direct Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN. (ras) (Entered: 02/01 |
| )1/2024 | 9568 | CLERK CERTIFICATE OF MAILING of two copies of 1. the Notice of Default Judgment prepared in accordance w U.S.C. §1608 and 22 C.F.R. § 93.2; 2. Report & Recommendation issued by Magistrate Judge Netburn, dated Octobe ECF No. 9358; 3. Memorandum Decision and Order issued by District Judge Daniels, dated November 1, 2023, ECF 4. A copy of 28 U.S.C. §§ 1330, 1391(f), 1441(d), and 1602 through 1611 (Pub. L. 94−583; 90 Stat. 2891) and the Fo Sovereign Immunities Act (28 U.S.C. §§ 1602, et seq.); 5. Translators Affidavit to Defendant Islamic Republic of Ira 2/1/2024 by Federal Express tracking # 7749 4599 5289, via dispatch to the Secretary of State, Attn: Director of Con Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 16 Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN. (ras) (Entered: 02/01/2024) |
| )8/2024 | 9569 | NOTICE OF APPEARANCE by Robert Keith Morgan on behalf of Stephanie DeSimone, Beatrice Gaston, Samuel J James Knight, Joseph Rodriguez, Joseph Rodriguez. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(M Robert) (Entered: 02/08/2024) |
| )9/2024 | 9570 | MOTION for Reconsideration re; 9562 Order,, . Document filed by Plaintiffs Executive Committees..(Haefele, Robe (Entered: 02/09/2024) |
| )9/2024 | 9571 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 9570 MOTION for Reconsideration re; 9 *and Plaintiffs' FRCP 72 Objections*. Document filed by Ashton Plaintiffs, Kingdom of Saudi Arabia, FBI, Plaintiffs E Committees, Dallah Avco Trans Arabia. Motion or Order to File Under Seal: 4255 .(Haefele, Robert) (Entered: 02/0 |
| )9/2024 | 9572 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees and Ashton Plaintiffs d February 9, 2024 re: Order of January 26, 2024, ECF No. 9562. Document filed by Plaintiffs Executive Committees.. Robert) (Entered: 02/09/2024) |
| .2/2024 | 9573 | ORDER: It has been reported that the Havlish plaintiffs have reached an agreement with the Miller Firm plaintiffs. A the Miller Firm is excused from the Order to Show Cause hearing scheduled for February 15, 2024. SO ORDERED. Magistrate Judge Katharine H. Parker on 2/12/2024) (vfr) (Entered: 02/12/2024) |
| .4/2024 | 9574 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated February 14, 2024 re: Filing Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 02/14/2024) |
| .4/2024 | | NOTICE TO COUNSEL: REMINDER of the Show Cause Hearing scheduled on Thursday, February 15, 2024 at 2:3 before Judge Katharine H. Parker in Courtroom 17−D, United States Courthouse, 500 Pearl Street, New York, New 9480 Order to Show Cause(ca) (Entered: 02/14/2024) |
| .4/2024 | 9575 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by James Knight..(Morgan, Robert) **Propos document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** Modified on (km). (Entered: 02/14/2024) |
| .4/2024 | 9576 | MEMO ENDORSEMENT on re: 9574 Letter filed by Kingdom of Saudi Arabia. ENDORSEMENT: The parties' req granted. Any oppositions should be filed by February 23, 2024, and any reply should be filed by March 1, 2024. SO (Replies due by 3/1/2024. Responses due by 2/23/2024.) (Signed by Magistrate Judge Sarah Netburn on 2/14/2024) ( (Entered: 02/14/2024) |

| | | |
|---|---|---|
| .4/2024 | 9577 | DECLARATION of Robert Keith Morgan . Document filed by James Knight. (Attachments: # 1 Exhibit A. Request Certificate of Default)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12398−GBD−SN.(Morgan, F (Entered: 02/14/2024) |
| .4/2024 | 9578 | MEMO ENDORSEMENT on re: 9572 Letter filed by Plaintiffs Executive Committees. ENDORSEMENT: Because objected to making the Order at ECF No. 9562 public in its entirety, the Court respectfully directs the Clerk of Court By February 21, 2024, counsel for the Kingdom of Saudi Arabia and Dallah Avco shall respond to Plaintiffs' request other docket entries discussed in this letter. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 2/14/202 (Entered: 02/14/2024) |
| .5/2024 | 9579 | CLERK'S CERTIFICATE OF DEFAULT as to the Islamic Republic of Iran.(km) (Entered: 02/15/2024) |
| .5/2024 | | Minute Entry for proceedings held before Magistrate Judge Katharine H. Parker − Courtroom 17D: Settlement Confe on 2/15/2024. (ca) (Entered: 02/15/2024) |
| .5/2024 | 9580 | ORDER. By 2/29/2024, Counsel for the Havlish plaintiffs shall provide a settlement status update to Magistrate Judg regarding any outstanding issues between and among them and the other plaintiff's firms concerning distribution of a fees related to the common benefit fund. Such update shall be to Judge Parker's Chambers email with a subject line c the case caption and "Settlement Communication." (HEREBY ORDERED by Magistrate Judge Katharine H. Parker) Order) (Parker, Katharine) (Entered: 02/15/2024) |
| .5/2024 | 9581 | CONSENT MOTION to Add *Parties Against the O'Neill Defendants*. Document filed by C. O'Neill. (Attachments: # Appendix 1, # 2 Appendix 2, # 3 Appendix 3, # 4 Appendix 4)Filed In Associated Cases: 1:03−md−01570−GBD−SN 1:04−cv−01923−GBD−SN.(Goldman, Jerry) (Entered: 02/15/2024) |
| .5/2024 | 9582 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (880 in 1:04−cv−01923−GBD−SN, 9581 in 1:03−md−01570−GBD−SN) CONSENT MOTION to Add *Parties Against the O'Neill Defendants*.. Document filed l O'Neill. (Attachments: # 1 Exhibit A, # 2 Exhibit A−AG Combined to Proposed Amended Complaint, # 3 Appendix Appendix 2, # 5 Appendix 3, # 6 Appendix 4)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN.(Goldman, Jerry) (Entered: 02/15/2024) |
| .5/2024 | 9583 | CONSENT MEMORANDUM OF LAW in Support re: (880 in 1:04−cv−01923−GBD−SN, 9581 in 1:03−md−01570−GBD−SN) CONSENT MOTION to Add *Parties Against the O'Neill Defendants*. . Document filed O'Neill. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN.(Goldman, Jerry) (Entere 02/15/2024) |
| .5/2024 | 9584 | PROPOSED ORDER. Document filed by C. O'Neill. (Attachments: # 1 Appendix 1, # 2 Appendix 2, # 3 Appendix 3 Appendix 4) Related Document Number: [9581; 880]..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's staff.** Modified on 2/16/2024 (nd). (Entered: 02/15/2024) |
| .6/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (9584 in 1:03−md−01570−GBD in 1:04−cv−01923−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN(nd)** (Entered: 02/16/2024) |
| 20/2024 | 9585 | LETTER addressed to Magistrate Judge Sarah Netburn from Nicole Erb dated February 20, 2024 re: Joint request for of briefing schedule in connection with Al Rajhi Bank's Renewed Motion to Dismiss.. Document filed by Al Rajhi Ba Nicole) (Entered: 02/20/2024) |
| 21/2024 | 9586 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** PROPOSED JUDGMENT. Docume Jamie Hawkins. (Attachments: # 1 Exhibit (March 22, 2023 Memorandum Decision and Order)).(Bonner, James) **Pro Judgment to be reviewed by Clerk's Office staff.** Modified on 2/21/2024 (tp). (Entered: 02/21/2024) |
| 21/2024 | 9587 | MOTION to Substitute Party. Old Party: John Doe 1116 being intended to designate the Personal Representative of t avid Ruddle,deceased, said name being fictitious,her/his true name is not presently nown, confirmed,and/or has not b appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/ has ceased to serve, and his or her successor has not et been appointed)and on behalf of all survivors and all legally e beneficiaries and family members of David Ruddle, New Party: Amanda Ruddle as the Personal Representative of th David Ruddle,deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Da . Document filed by Susan M. King.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−S 1:22−cv−05193−GBD−SN.(Goldman, Jerry) (Entered: 02/21/2024) |
| 21/2024 | 9588 | PROPOSED ORDER. Document filed by Susan M. King. Related Document Number: 9587 ..(Goldman, Jerry) **Prop Order to be reviewed by Clerk's Office staff.** (Entered: 02/21/2024) |
| 21/2024 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED JUDGMENT. Notice to attorney Jan to RE−FILE Document No. (9586 in 1:03−md−01570−GBD−SN, 126 in 1:18−cv−12370−GBD−SN) Proposed J The filing is deficient for the following reason(s): the wrong event type was used to file the proposed order. Re document using the event type Proposed Default Judgment found under the event list Proposed Orders. − sele correct filer/filers − attach the correct signed (scanned signature image) and dated PDF. Filed In Associated C** |

| | | |
|---|---|---|
| | | **1:03−md−01570−GBD−SN, 1:18−cv−12370−GBD−SN(tp)** (Entered: 02/21/2024) |
| 21/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (96 in 1:22−cv−05193−GBD−S 1:04−cv−01076−GBD−SN, 9588 in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:22−cv−05193−GBD−SN. (t** (Entered: 02/21/2024) |
| 21/2024 | 9589 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated February 21, 2024 re: ECF N Plaintiffs' Request to Unseal. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 02/21/2024 |
| 22/2024 | 9590 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Jamie Hawkins. (Attachments Exhibit (March 22, 2023 Memorandum Decision and Order)).(Bonner, James) **Proposed Default Judgment to be re Clerk's Office staff.** (Entered: 02/22/2024) |
| 22/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (127 in 1:18−cv−12370−GBD−SN, 9590 in 1:03−md−01570−GBD−SN) Proposed Default Judgment, was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12370−GBD−SN. (tp)** (Entered: 02/ |
| 22/2024 | 9591 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees and counsel for the As Plaintiffs dated February 22, 2024 re: Response to Saudi Arabias February 21, 2024 letter (ECF No. 9589). Documen Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 02/22/2024) |
| 23/2024 | 9592 | MOTION to Substitute Attorney. Old Attorney: Jonathan C. Reiter, New Attorney: John F. Schutty . Document filed Dimino.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) (Entered 02/23/2024) |
| 23/2024 | 9593 | DECLARATION of John F. Schutty in Support re: (2024 in 1:02−cv−06977−GBD−SN) MOTION to Substitute Atto Attorney: Jonathan C. Reiter, New Attorney: John F. Schutty .. Document filed by Nancy Dimino. (Attachments: # 1 Consent Order Granting Substitution of Attorney)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) (Entered: 02/23/2024) |
| 23/2024 | 9594 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees and Ashton Plaintiffs d February 23, 2024 re: Correction to a misunderstanding reflected in our letter submitted to the Court last night (ECF Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 02/23/2024) |
| 23/2024 | 9595 | RESPONSE in Opposition to Motion re: 9570 MOTION for Reconsideration re; 9562 Order,, . . Document filed by K Saudi Arabia..(Kellogg, Michael) (Entered: 02/23/2024) |
| 26/2024 | 9596 | MEMO ENDORSEMENT on re: 9585 Letter, filed by Al Rajhi Bank. ENDORSEMENT: The parties' joint request is GRANTED. The Plaintiffs' jurisdictional averment and Al Rajhi Bank's renewed motion to dismiss will be filed in ac with the schedule and procedures detailed in this letter. SO ORDERED. (Motions due by 5/7/2024. Replies due by 8/ Responses due by 7/1/2024.) (Signed by Magistrate Judge Sarah Netburn on 2/26/2024) (mml) (Entered: 02/26/2024 |
| 27/2024 | 9597 | MEMORANDUM DECISION AND ORDER: in case 1:03−cv−09848−GBD−SN; granting (9307) Motion for Recon re (9307 in 1:03−md−01570−GBD−SN) MOTION for Reconsideration re; (9278) Order Adopting Report and Recommendations, Terminate Motions. Motion for Clarification or Partial Reconsideration filed by Plaintiffs Execut Committees in case 1:03−md−01570−GBD−SN. Plaintiffs' motion for clarification is GRANTED. The Dismissal Ord clarified as follows: ( l) Plaintiffs' timely wrongful death and survival claims remain in this litigation; and (2) this Co yet ruled on the O'Neill Plaintiffs' class action allegations against Sudan or Saudi Arabia. The Clerk of Court is direct terminate the motion at ECF No. 9307. SO ORDERED. (Signed by Judge George B. Daniels on 2/27/2024) Filed In Cases: 1:03−md−01570−GBD−SN et al. (ama) (Entered: 02/27/2024) |
| 27/2024 | 9598 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees and Ashton Plaintiffs d February 27, 2024 re: Supplemental authority for Plaintiffs request to unseal (ECF Nos. 9572, 9591, 9594). Documen Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 02/27/2024) |
| 27/2024 | 9599 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated February 27, 2024 re: Plainti ECF No. 9598. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 02/27/2024) |
| 29/2024 | 9600 | ORDER: The motion to substitute at ECF No. 9587 is granted. Amanda Ruddle as the Personal Representative of the David Ruddle is substituted for John Doe 116, being intended to designate the Personal Representative of the Estate o Ruddle. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 2/29/2024) (dsh) (Entered: 02/29/2024) |
| 29/2024 | 9601 | ORDER: The motion to substitute counsel at ECF No. 9592 is granted.SO ORDERED. (Signed by Magistrate Judge Netburn on 2/29/2024) (dsh) (Entered: 02/29/2024) |
| 01/2024 | 9602 | ***SELECTED PARTIES*** REPLY MEMORANDUM OF LAW in Support re: 9570 MOTION for Reconsiderati Order,, . . Document filed by Dallah Avco Trans Arabia, Ashton Plaintiffs, FBI, Kingdom of Saudi Arabia, Plaintiffs Committees. Motion or Order to File Under Seal: 1900 .(Haefele, Robert) (Entered: 03/01/2024) |

| | | |
|---|---|---|
| )1/2024 | 9603 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Con and Ashton Plaintiffs dated March 1, 2024 re: Limited errata to Ex. 10F−TR. Document filed by Dallah Avco Trans Ashton Plaintiffs, FBI, Kingdom of Saudi Arabia, Plaintiffs Executive Committees. (Attachments: # 1 Errata 03/01/2 or Order to File Under Seal: 1900 .(Haefele, Robert) (Entered: 03/01/2024) |
| )4/2024 | 9604 | **FILING ERROR − DEFICIENT DOCKET ENTRY FILED AGAINST PARTY ERROR −** NOTICE OF VOLU DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) and or their cou hereby give notice that the above−captioned action is voluntarily dismissed, without prejudice against the defendant( Defendants. Document filed by Burnett Plaintiffs. **Proposed document to be reviewed and processed by Clerk's C (No action required by chambers).**. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) Modified on 3/5/2024 (tp). (Entered: 03/04/2024) |
| )4/2024 | 9605 | SUGGESTION OF DEATH upon the record as to as set forth on exhibit A on as set forth on exhibit A . Document fi Burnett PlaintiffsFiled In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John 03/04/2024) |
| )4/2024 | 9606 | SUGGESTION OF DEATH upon the record as to as to as set forth on exhibit A on as to as set forth on exhibit A . D filed by Burnett PlaintiffsFiled In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Euban (Entered: 03/04/2024) |
| )4/2024 | 9607 | ***SELECTED PARTIES*** REPLY MEMORANDUM OF LAW in Support re: 9362 MOTION to Dismiss *, or in alternative*. MOTION for Summary Judgment . . Document filed by Plaintiffs Executive Committees, FBI, Dallah Av Arabia, The Kingdom of Saudi Arabia. Motion or Order to File Under Seal: 4255 .(Kry, Robert) (Entered: 03/04/202 |
| )4/2024 | 9608 | ***SELECTED PARTIES*** RESPONSE re: 9541 Declaration in Opposition to Motion, *Response to Plaintiffs' Av Facts*. Document filed by Plaintiffs Executive Committees, FBI, Dallah Avco Trans Arabia, The Kingdom of Saudi Motion or Order to File Under Seal: 4255 .(Kry, Robert) (Entered: 03/04/2024) |
| )4/2024 | 9609 | ***SELECTED PARTIES***DECLARATION of Eric R. Nitz (Reply) in Support re: 9362 MOTION to Dismiss *, o alternative*. MOTION for Summary Judgment .. Document filed by FBI, Plaintiffs Executive Committees, Dallah Av Arabia, The Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit 97, # 2 Exhibit 98, # 3 Exhibit 99, # 4 Exhibit 100, 101, # 6 Exhibit 102)Motion or Order to File Under Seal: 4255 .(Kry, Robert) (Entered: 03/04/2024) |
| )4/2024 | 9610 | ***SELECTED PARTIES*** REPLY MEMORANDUM OF LAW in Support re: 9368 MOTION to Dismiss . . Do filed by FBI, Plaintiffs Executive Committees, Dallah Avco Trans Arabia, Kingdom of Saudi Arabia. Motion or Orde Under Seal: 4255 .(Kellogg, Michael) (Entered: 03/04/2024) |
| )4/2024 | 9611 | ***SELECTED PARTIES***DECLARATION of Gregory G. Rapawy in Support re: 9368 MOTION to Dismiss .. I filed by FBI, Dallah Avco Trans Arabia, Plaintiffs Executive Committees, Kingdom of Saudi Arabia. (Attachments: 160, # 2 Exhibit 161, # 3 Exhibit 162A, # 4 Exhibit 162B, # 5 Exhibit 163, # 6 Exhibit 164, # 7 Exhibit 165, # 8 Exhi Exhibit 167, # 10 Exhibit 168, # 11 Exhibit 169, # 12 Exhibit 170, # 13 Exhibit 171, # 14 Exhibit 172, # 15 Exhibit 1 Exhibit 174, # 17 Exhibit 175, # 18 Exhibit 176, # 19 Exhibit 177, # 20 Exhibit 178, # 21 Exhibit 179, # 22 Exhibit 1 Exhibit 181, # 24 Exhibit 182, # 25 Exhibit 183, # 26 Exhibit 184, # 27 Exhibit 185, # 28 Exhibit 186, # 29 Exhibit 1 Exhibit 188, # 31 Exhibit 189, # 32 Exhibit 190, # 33 Exhibit 191, # 34 Exhibit 192, # 35 Exhibit 193, # 36 Exhibit 1 Exhibit 195, # 38 Exhibit 196, # 39 Exhibit 197, # 40 Exhibit 198, # 41 Exhibit 199, # 42 Exhibit 200, # 43 Exhibit 2 Exhibit 202, # 45 Exhibit 203, # 46 Exhibit 204, # 47 Exhibit 205, # 48 Exhibit 206, # 49 Exhibit 207, # 50 Exhibit 2 Exhibit 209, # 52 Exhibit 210, # 53 Exhibit 211, # 54 Exhibit 212, # 55 Exhibit 213, # 56 Exhibit 214, # 57 Exhibit 2 Exhibit 216, # 59 Exhibit 217, # 60 Exhibit 218, # 61 Exhibit 219, # 62 Exhibit 220, # 63 Exhibit 221, # 64 Exhibit 2 Exhibit 223, # 66 Exhibit 224, # 67 Exhibit 225, # 68 Exhibit 226, # 69 Exhibit 227 Part 1 of 2, # 70 Exhibit 227 Par 71 Exhibit 228, # 72 Exhibit 229, # 73 Exhibit 230, # 74 Exhibit 231, # 75 Exhibit 232, # 76 Exhibit 233, # 77 Exhib Exhibit 235 Part 1 of 2, # 79 Exhibit 235 Part 2 of 2, # 80 Exhibit 236, # 81 Exhibit 237, # 82 Exhibit 238, # 83 Exhil 84 Exhibit 240, # 85 Exhibit 241, # 86 Exhibit 242, # 87 Exhibit 243, # 88 Exhibit 244 Part 1 of 2, # 89 Exhibit 244 I # 90 Exhibit 245, # 91 Exhibit 246, # 92 Exhibit 247, # 93 Exhibit 248, # 94 Exhibit 249, # 95 Exhibit 250, # 96 Exh 97 Exhibit 252, # 98 Exhibit 253, # 99 Exhibit 254, # 100 Exhibit 255, # 101 Exhibit 256, # 102 Exhibit 257, # 103 E # 104 Exhibit 259, # 105 Exhibit 260, # 106 Exhibit 261, # 107 Exhibit 262, # 108 Exhibit 263, # 109 Exhibit 264, # 265, # 111 Exhibit 266, # 112 Exhibit 267, # 113 Exhibit 268, # 114 Exhibit 269, # 115 Exhibit 270, # 116 Exhibit 2 Exhibit 272, # 118 Exhibit 273, # 119 Exhibit 274, # 120 Exhibit 275, # 121 Exhibit 276, # 122 Exhibit 277, # 123 E # 124 Exhibit 279, # 125 Exhibit 280, # 126 Exhibit 281, # 127 Exhibit 282, # 128 Exhibit 283, # 129 Exhibit 284, # 285, # 131 Exhibit 286, # 132 Exhibit 287, # 133 Exhibit 288, # 134 Exhibit 289, # 135 Exhibit 290, # 136 Exhibit 2 Exhibit 292, # 138 Exhibit 293)Motion or Order to File Under Seal: 4255 .(Kellogg, Michael) (Entered: 03/04/2024) |
| )5/2024 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT VOLUNTARY DISMISSAL. Notice to Attorney J Eubanks. RE−FILE Document No. (1132 in 1:03−cv−09849−GBD−SN, 9604 in 1:03−md−01570−GBD−SN) No Voluntary Dismissal. The filing is deficient for the following reason(s): the wrong party/parties whom the volu dismissal is against was/were selected (Do Not Select Any Group). Re−file the document using the event type N Voluntary Dismissal found under the event list Notices − select the correct filer/filers − select the correct party voluntary dismissal is against − and attach the correct signed PDF. Filed In Associated Cases:** |

| | | |
|---|---|---|
| | | **1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN(tp)** (Entered: 03/05/2024) |
| )5/2024 | 9612 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter on behalf of Plaintiffs' Executive Commi March 5, 2024 re: PECs on behalf of Plaintiffs with claims against Al Rajhi Bank write to request the Court's authori: file evidence under seal on CD/DVD. Document filed by Plaintiffs Executive Committees..(Carter, Sean) (Entered: 0 |
| )5/2024 | 9613 | NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, tl plaintiff(s) and or their counsel(s), hereby give notice that the above−captioned action is voluntarily dismissed, witho against the defendant(s) All Burnett Defendants. Document filed by Burnett Plaintiffs. **Proposed document to be re processed by Clerk's Office staff (No action required by chambers).**. Filed In Associated Cases: 1:03−md−01570 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 03/05/2024) |
| )6/2024 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT VOLUNTARY DISMISSAL. Notice to Attorney J Eubanks. RE−FILE Document No. 9613 Notice of Voluntary Dismissal. The filing is deficient for the following the individual parties whom the voluntary dismissal is against were NOT selected. Re−file the document using type Notice of Voluntary Dismissal found under the event list Notices − select the correct filer/filers − select th party/parties the voluntary dismissal is against − and attach the correct signed PDF. (nd)** (Entered: 03/06/2024) |
| )6/2024 | 9614 | **FILING ERROR − DEFICIENT DOCKET ENTRY FILED AGAINST PARTY ERROR −** NOTICE OF VOLU DISMISSAL, the plaintiff(s) and or their counsel(s), hereby give notice that the above−captioned action is voluntaril without prejudice against the defendant(s) All Burnett Defendants. Document filed by John Acerno, Gary Carpentier, Cosban, Nancy Kelly, David Rodriguez, Ana Rosario, James Stewart, Richard Stewart. **Proposed Order to be revie Clerk's Office staff.**. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, Modified on 3/7/2024 (tp). (Entered: 03/06/2024) |
| )7/2024 | 9615 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated March 6, 2024 re for modest extension of time and expansion of page limit for Plaintiffs surreply. Document filed by Plaintiffs Executi Committees..(Haefele, Robert) (Entered: 03/07/2024) |
| )7/2024 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT VOLUNTARY DISMISSAL. Notice to Attorney J Eubanks. RE−FILE Document No. (1135 in 1:03−cv−09849−GBD−SN, 9614 in 1:03−md−01570−GBD−SN) No Voluntary Dismissal. The filing is deficient for the following reason(s): the wrong party/parties whom the volu dismissal is against was/were selected (Do Not Select Any Group). Re−file the document using the event type N Voluntary Dismissal found under the event list Notices − select the correct filer/filers − select the correct party voluntary dismissal is against − and attach the correct signed PDF. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN(tp)** (Entered: 03/07/2024) |
| )7/2024 | 9616 | NOTICE OF VOLUNTARY DISMISSAL, the plaintiff(s) and or their counsel(s), hereby give notice that the above− action is voluntarily dismissed, without prejudice against the defendant(s) Kingdom of Saudi Arabia. Document filed Acerno, Gary Carpentier, Nancy Cosban, Nancy Kelly, David Rodriguez, Ana Rosario, James Stewart, Richard Stew **Proposed Order to be reviewed by Clerk's Office staff.**. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) Modified on 3/8/2024 (nd). (Entered: 03/07/2024) |
| )7/2024 | 9617 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated March 7, 2024 re: Response t March 6, 2024 Letter. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 03/07/2024) |
| )7/2024 | 9618 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated March 7, 2024 re Saudi Arabias letter (ECF No. 9617). Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Enterec 03/07/2024) |
| )7/2024 | 9619 | MEMO ENDORSEMENT on re: 9612 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The PEC is GRANTED. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 3/7/2024) (mml) (Entered: 03/07/202 |
| )7/2024 | 9620 | MEMO ENDORSEMENT on re: (9605 in 1:03−md−01570−GBD−SN, 1133 in 1:03−cv−09849−GBD−SN) Suggest Death filed by Burnett Plaintiffs. ENDORSEMENT: The Burnett Plaintiffs' request is GRANTED. As set out in Exhi attached, Barbara A. Geidel will be substituted as personal representative for Ralph William Geidel Sr.; Patricia McK personal representative for Agnes Jane McKenna; Severino Rogan Tamayo Jr. as personal representative for Severinc Tamayo Sr.; and Jason Reed Tieste as personal representative for Ronald Bruce Tieste in No. 03−cv−09849. Counsel update the ECF system accordingly; future requests should be filed as motions in ECF and may be filed in multiple m cases. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 3/7/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN. (mml) (Entered: 03/07/2024) |
| )7/2024 | 9621 | MEMO ENDORSEMENT on re: (9606 in 1:03−md−01570−GBD−SN, 681 in 1:15−cv−09903−GBD−SN) Suggestic filed by Burnett Plaintiffs. ENDORSEMENT: The Burnett Plaintiffs' request is GRANTED. As set out in Exhibit A, Barbara A. Geidel will be substituted as personal representative for Ralph William Geidel Sr.; Patricia McKenna as p representative for Agnes Jane McKenna; Severino Rogan Tamayo Jr. as personal representative for Severino Yabut T Jason Reed Tieste as personal representative for Ronald Bruce Tieste; and Leonard Vollkommer as personal represen Christine Vollkommer in No. 15−cv−09903. Counsel shall update the ECF system accordingly; future requests shoul |

| | | |
|---|---|---|
| | | motions in ECF and may be filed in multiple member cases. SO ORDERED. (Signed by Magistrate Judge Sarah Netl 3/7/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN. (mml) (Entered: 03/07 |
| )8/2024 | | *****NOTICE TO COURT REGARDING NOTICE OF VOLUNTARY DISMISSAL Document No. (1136 in 1:03−cv−09849−GBD−SN, 9616 in 1:03−md−01570−GBD−SN) Notice of Voluntary Dismissal,, was reviewed a referred to Judge George B. Daniels for approval for the following reason(s): the plaintiff(s) filed their volunta dismissal and it did not dismiss all of the parties or the action in its entirety. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN(nd)** (Entered: 03/08/2024) |
| )8/2024 | 9622 | SUGGESTION OF DEATH upon the record as to as set forth on exhibit A on as set forth on exhibit A . Document fi Burnett PlaintiffsFiled In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John 03/08/2024) |
| )8/2024 | 9623 | SUGGESTION OF DEATH upon the record as to as set forth on exhibit A on as set forth on exhibit A . Document fi Burnett PlaintiffsFiled In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John 03/08/2024) |
| )8/2024 | 9624 | ***SELECTED PARTIES***RULE 56.1 STATEMENT. Document filed by Al Rajhi Bank, Plaintiffs Executive Co Motion or Order to File Under Seal: 1900 .(Carter, Sean) (Entered: 03/08/2024) |
| )8/2024 | 9625 | ***SELECTED PARTIES***AFFIRMATION of J. Scott Tarbutton re: 9624 Rule 56.1 Statement *Plaintiffs' Averme Jurisdictional Facts and Evidence and/or Statement of Facts Pursuant to Rule 56.1*. Document filed by Al Rajhi Ban Executive Committees. Motion or Order to File Under Seal: 1900 .(Carter, Sean) (Entered: 03/08/2024) |
| )8/2024 | 9628 | SEALED DOCUMENT placed in vault..(jus) (Entered: 03/11/2024) |
| .1/2024 | 9626 | ORDER: On February 22, 2024, Plaintiff Jamie K. Hawkins filed a proposed default judgment order. (ECF No. 9590 this Court already granted Plaintiff relief by virtue of its March 22, 2023 Memorandum Decision and Order (ECF No Court declines to separately do so here. Plaintiffs request is DENIED as moot. SO ORDERED. (Signed by Judge Geo Daniels on 3/11/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12370−GBD−SN (mml) (En 03/11/2024) |
| .1/2024 | 9627 | PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2): Pursuant to Fe P. 41(a)(2), the following Plaintiffs hereby voluntarily dismiss without prejudice their claims against all Defendants i et al. v. Al Baraka Inv. & Dev. Corp., et al., Case No. 03−cv−9849 (GBD)(SN): 1. John J. Acerno, Individually, as an Party (initially filed: ECF No. 26, 29; 1:02−cv−01616−JR; P1313, November 22, 2002); 2. Kristin M. Brethel, Indivi Child of Daniel J. Brethel, Deceased (initially filed: ECF No. Hand Filed; 1:03−cv−9849; P5004, March 10, 2004); 3 Carpentier, Individually, as an Injured Party, (initially filed: ECF No. Hand Filed; 1:03−cv−9849; P5016, March 10, Nancy A. Cosban, Individually, as Parent of Daniel E. Stewart, Deceased (initially filed: ECF No. 77; 1:02−cv−0161 P2574, February 21, 2003); 5. Russel F. Cosban−Stewart, Individually, as Sibling of Daniel E. Stewart, Deceased (in ECF No. 77; 1:02−cv−01616−JR; P2710, February 21, 2003); 6. Jessica M. Feldman, Individually, as Fiancee of Sco Coleman, Deceased (initially filed: ECF No. 232; 1:02−cv−01616−JR; AP239 (DOE 106), August 1, 2003); 7. Geral Deceased (initially filed: ECF No. 313; 1:02−cv−01616−JR; P4655, September 10, 2003); 8. Nancy Kelly, Individua Ex−Spouse of James M. Roux, Deceased (initially filed: ECF No. 313; 1:02−cv−01616−JR; P4721, September 10, 20 Manuel D. Molina, Deceased (initially filed: ECF No. 26, 29; 1:02−cv−01616−JR at 2188, November 22, 2002); 10. Nussberger, Individually, as Spouse of Robert Harry Nussberger, Deceased (initially filed: ECF No. 1; 1:02−cv−0 16 AP46 (DOE 23), August 15, 2002); 11. Alan M. Nussberger, Individually, as Child of Robert Harry Nussberger, Dec (initially filed: ECF No. 1; 1:02−cv−01616−JR; AP48 (DOE 23), August 15, 2002); 12. Robert A. Nussberger, Indivi Child of Robert Harry Nussberger, Deceased (initially filed: ECF No. 1; 1:02−cv−01616−JR; AP47 (DOE 23), Augu 2002);13. David Bartolo Rodriguez, Deceased (initially filed: ECF No. 77; 1:02−cv−01616−JR; P2604, February 21, Ana Rosario, Individually, as Domestic Partner of Emencio Dario Hidalgo, Deceased (initially filed: ECF No. 26, 29 1:02−cv−01616−JR at 2045, November 22, 2002); 15. Hugo Manuel Sanay−Perefiel, Deceased, (initially filed: ECF Filed; 1:03−cv−9849; P5251, March 10, 2004); 16. Richard W. Stewart, Individually, as Parent of Daniel E. Stewart, (initially filed: ECF No. 77; 1:02−cv−01616−JR; P2709, February 21, 2003); 17. James R. Stewart, Individually, as S Daniel E. Stewart, Deceased (initially filed: ECF No. 77; 1:02−cv−01616−JR; P2708, February 21, 2003); 18. D.C., Individually, as Child of Rosemarie C. Carlson, Deceased (initially filed: ECF 432, P4787, December 19, 2003; 8393 8487); 19. J.D.C., Individually, as Child of Rosemarie C. Carlson, Deceased (initially filed: ECF 432, P4787, Decem 2003; 8393−1, at 73, 8487); 20. K.C., Individually, as Child of Rosemarie C. Carlson, Deceased (initially filed: ECF December 19, 2003; 8393−1, at 73, 8487); 21. S.R.C., Individually, as Child of Rosemarie C. Carlson, Deceased (init ECF 432, P4787, December 19, 2003; 8393−1, at 73, 8487); This Notice of Voluntary Dismissal is limited only to di the claims as noted above from this action. All other Plaintiffs maintain and continue to prosecute their claims agains Defendants in the above−captioned case. SO ORDERED. Party Nancy A. Cosban, Jessica M. Feldman (Individually, of Scott T. Coleman, Deceased), Nancy Kelly, David Rodriguez, Ana Rosario, James R. Stewart, Richard W. Stewar Acerno and Gary E. Carpentier terminated. (Signed by Judge George B. Daniels on 3/11/2024) Filed In Associated C 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN (mml) (Entered: 03/11/2024) |

| | | |
|---|---|---|
| .1/2024 | 9629 | MOTION to Add Party(ies) as set forth in exhibit A . Document filed by Burnett Plaintiffs.Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 03/11/2024) |
| .1/2024 | 9630 | MEMORANDUM OF LAW in Support re: (9629 in 1:03−md−01570−GBD−SN, 1140 in 1:03−cv−09849−GBD−SN to Add Party(ies) as set forth in exhibit A . . Document filed by Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 03/11/2024) |
| .1/2024 | 9631 | DECLARATION of John M. Eubanks in Support re: (9629 in 1:03−md−01570−GBD−SN, 1140 in 1:03−cv−09849− MOTION to Add Party(ies) as set forth in exhibit A .. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhib In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 03/11/2024) |
| .1/2024 | 9632 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. Related Document Number: 9629 ..(Eubanks, John) **Pro Order to be reviewed by Clerk's Office staff.** (Entered: 03/11/2024) |
| .1/2024 | 9633 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees and Ashton Plaintiffs c 11, 2024 re: Request to unseal ECF No. 9602. Document filed by Plaintiffs Executive Committees..(Haefele, Robert) 03/11/2024) |
| .1/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (1143 in 1:03−cv−09849−GBD- in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN. (tp)** (Entered: 03/11/2024) |
| .1/2024 | 9634 | ORDER: The Court reviewed the parties' letters at ECF Nos. 9572, 9589, 9591, 9594, 9598, and 9599 concerning the of materials related to the motion to strike filed by the Kingdom of Saudi Arabia and Dallah Avco. Per the parties' ag the Court respectfully directs the Clerk of Court to unseal the following main documents: 9500 9501 9504 9505 9510 9571. Per the parties' agreement, the Court respectfully directs the Clerk of Court to unseal the following attachment: The Court also directs the parties to publicly file the following attachments with the agreed redactions: 9500−4 9500- 9500−8. The remaining documents discussed in the parties' letters, listed below, and any other documents filed under connection with the Kingdom of Saudi Arabia's and Dallah Avco's renewed motions to dismiss should be reviewed o schedule to which the parties and the Federal Bureau of Investigation agreed: 9500−2 9500−3 9500−9 9500−10 9500 9501−1 9510−1 9510−2 9560−1 9560−2 9543, Exhibit 10F 9543, Exhibit 10K. SO ORDERED. (Signed by Magistra Sarah Netburn on 3/11/2024) (mml) (Entered: 03/11/2024) |
| .1/2024 | 9635 | **FILING ERROR − DEFICIENT DOCKET ENTRY − WRONG RELATED CASE ERROR −** LETTER MOTI Leave to File Proposed form of judgment addressed to Judge George B. Daniels from Susan M. Davies dated March Document filed by Jamie K. Hawkins. (Attachments: # 1 Appendix Proposed Form of Judgment)Filed In Associated 1:03−md−01570−GBD−SN, 1:18−cv−12367−GBD−SN.(Davies, Susan) Modified on 3/13/2024 (lb). (Entered: 03/11 |
| .1/2024 | 9636 | LETTER MOTION for Leave to File Proposed form of judgment addressed to Judge George B. Daniels from Susan l dated 3/11/2024. Document filed by Jamie Hawkins. (Attachments: # 1 Appendix Proposed Form of Judgment)Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12370−GBD−SN.(Davies, Susan) (Entered: 03/11/2024) |
| .2/2024 | 9637 | ORDER granting (1140) Motion to Add in case 1:03−cv−09849−GBD−SN; granting (9629) Motion to Add in case 1:03−md−01570−GBD−SN. These claims are not futile, will not unduly delay these proceedings or prejudice the Tal were not filed in bad faith or with a dilatory motive. The Burnett Plaintiffs' motion is therefore GRANTED, and it is ORDERED that: The underlying complaint in Burnett, No. 03−cv−09849, is amended to include the three parties ide the Burnett Plaintiffs' exhibit at ECF No. 9631−1 as parties in the action against the Taliban; These amendments supp do not displace, the underlying operative complaint in Burnett, No. 03−cv−09849; Prior rulings, orders, and judgmen in this case remain in effect as to all parties; and Further service on the Taliban is not required as a result of these am and prior service orders apply, including the Court's orders on service by publication at ECF Nos. 445, 488.The Clerk respectfully directed to terminate the motion at ECF No. 9629 and the related motion at ECF No. 1140 in Burnett, No 03−cv−09849.SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 3/12/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN. (mml) Modified on 3/13/2024 (mml). (Entered: 03/12/2024 |
| .2/2024 | 9638 | MEMO ENDORSEMENT on re: 9615 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The Plai request for a three−week extension is GRANTED; their request for an expansion of the page limit for their sur−reply DENIED. Plaintiffs shall file a brief of no more than 20 pages by April 15, 2024. SO ORDERED. (Surreplies due by (Signed by Magistrate Judge Sarah Netburn on 3/12/2024) (mml) (Entered: 03/12/2024) |
| .2/2024 | 9639 | MEMO ENDORSEMENT on re: (9622 in 1:03−md−01570−GBD−SN, 681 in 1:15−cv−09903−GBD−SN) Suggestic filed by Burnett Plaintiffs, (684 in 1:15−cv−09903−GBD−SN) Suggestion of Death filed by Burnett Plaintiffs. ENDORSEMENT: The Burnett Plaintiffs' motion to substitute parties as set out in Exhibit A is GRANTED. Susan L Kinney is substituted for Walter S. Cramer as Personal Representative of the Estate of Christopher Seton Cramer; Su Keasler is substituted for Denise K. Keasler as Personal Representative of the Estate of Karol Ann Keasler. Future ap must be filed using the "motion to substitute party" event in ECF, may be filed in multiple member cases, and shall ic 9/11 decedent, the existing personal representative, and the new personal representative. SO ORDERED. (Signed by Judge Sarah Netburn on 3/12/24) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN Modified on 3/14/2024 (yv). (Entered: 03/13/2024) |

| | | |
|---|---|---|
| .2/2024 | 9642 | MEMO ENDORSEMENT on re: 9633 Letter filed by Plaintiffs Executive Committees. ENDORSEMENT: The PEC unopposed request is granted. The Clerk of Court is respectfully directed to unseal ECF No. 9602. As stated in the Co filed yesterday, "any other documents filed under seal in connection with the Kingdom of Saudi Arabia's and Dallah renewed motions to dismiss should be reviewed on the schedule to which the parties and the Federal Bureau of Inves agreed." ECF No. 9634 at 2. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 3/12/2024) (mml) (Ente 03/13/2024) |
| .2/2024 | 9643 | ORDER granting (9581) Motion to Add in case 1:03−md−01570−GBD−SN; granting (880) Motion to Add in case 1:04−cv−01923−GBD−SN. The O'Neill Plaintiffs' motion to add new plaintiffs as set out in ECF No. 9584−1−4 (Ap 1−4) is GRANTED, and it is further ORDERED that: The O'Neill Plaintiffs will file the amended complaint, which s and amends the underlying complaint at ECF No. 1570, by March 21, 2024; Service of the amended complaint on the Defendants is not required; Service of the amended complaint on the Non−Defaulting Defendants is not required; Th Non−Defaulting Defendants' prior responsive pleadings and motions to dismiss are deemed to apply to the plaintiffs through this motion, such that no new motion to dismiss or answer need be filed in response to the amended complai Non−Defaulting Defendants' rights to raise defenses, including lack of personal jurisdiction, are preserved notwithsta provisions of this Order excusing the O'Neill Plaintiffs from serving the amended complaint and the Non−Defaulting from responding to it; The amended complaint does not affect any prior service, orders,decisions, or judgments enter case, and these remain in effect as to all parties; All parties will be bound by all prior and future orders, decisions, an entered in this case (including dispositive, non−dispositive, case management, discovery, and scheduling orders), sub applicable appellate rights; In particular, the plaintiffs added through this motion will be bound by the DIB dismissal ECF No. 8911 subject to applicable appellate rights, can join in any Federal Rule of Civil Procedure 54(b) motion ag can be parties in any subsequent appeal against DIB, and agree to be bound by any ruling by an appellate court as to The plaintiffs added through this motion and the Non−Defaulting Defendants will be bound by the Court's decision a 2312; All unexpired statutes of limitation are tolled from February 15, 2024, until March 21, 2024; and The Non−De Defendants may raise any substantive issues involving timeliness or viability of the claims added through this motion plenary briefing is ordered. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 9581 and t motion at ECF No. 880 in O'Neill, No. 04−cv−01923. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn o 3/12/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN. (mml) Modified on 3 (mml). (Main Document 9643 replaced on 3/14/2024) (mml). (Entered: 03/13/2024) |
| .2/2024 | | Set/Reset Deadlines: Amended Pleadings due by 3/21/2024. Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN. (mml) (Entered: 03/13/2024) |
| .2/2024 | 9644 | MEMO ENDORSEMENT on re: (1138 in 1:03−cv−09849−GBD−SN) Suggestion of Death filed by Burnett Plaintiff ENDORSEMENT: The Burnett Plaintiffs' request for substitution is DENIED. The case number listed in Exhibit A is associated with this MDL. Any corrected motion must be filed using the "motion to substitute party" event in ECF, n in multiple member cases, and shall identify the 9/11 decedent, the existing personal representative, and the new pers representative. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 3/12/2024) (va) (Entered: 03/14/2024 |
| .3/2024 | 9640 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees and Ashton Plaintiffs d 3/13/2024 re: in response to the Courts Order of 03/11/2024 regarding the unsealing of judicial records (ECF No. 963 Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit Usman Madha Declaration (previously filed under se No. 9500−4), # 2 Exhibit William Adams Declaration (previously filed under seal at ECF Nos. 9500−6, −7 and −8)). James) (Entered: 03/13/2024) |
| .3/2024 | 9641 | MOTION for Shalom D. Jacks to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−29075730. **Mo supporting papers to be reviewed by Clerk's Office staff.** Document filed by Burnett Plaintiffs. (Attachments: # 1 support, # 2 Exhibit Good Standing, # 3 Proposed Order Pro Hac Vice)Filed In Associated Cases: 1:03−md−01570−( al..(Jacks, Shalom) Modified on 3/18/2024 (dsh). (Entered: 03/13/2024) |
| .5/2024 | 9645 | ORDER SCHEDULING SETTLEMENT STATUS CONFERENCE: A counsel−only telephonic Settlement Status C in this matter is hereby scheduled for Monday, April 1, 2024 at 4:30 p.m. with counsel for the Havlish Plaintiffs and for the following firms: Cozen O'Conner, Ford Marrin Esposito Witmeyer & Gleser, LLP. Counsel for the parties wil invitation by Judge Parker's chambers prior to the scheduled conference date. SO ORDERED. ( Telephone Conferen 4/1/2024 at 04:30 PM before Magistrate Judge Katharine H. Parker.) (Signed by Magistrate Judge Katharine H. Park 3/15/2024) (vfr) (Entered: 03/15/2024) |
| .5/2024 | 9646 | MOTION for Default Judgment as to *Burnett/Iran Plaintiffs Identified at Exhibits A and B (Burnett/Iran XXVIII)*. Do filed by Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubar (Entered: 03/15/2024) |
| .5/2024 | 9647 | MEMORANDUM OF LAW in Support re: (687 in 1:15−cv−09903−GBD−SN, 9646 in 1:03−md−01570−GBD−SN) for Default Judgment as to *Burnett/Iran Plaintiffs Identified at Exhibits A and B (Burnett/Iran XXVIII)*. . Document fi Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, Joh 03/15/2024) |

| | | |
|---|---|---|
| .5/2024 | 9648 | ***SELECTED PARTIES***DECLARATION of John M. Eubanks in Support re: (687 in 1:15−cv−09903−GBD−S 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Burnett/Iran Plaintiffs Identified at Exhibits A and (Burnett/Iran XXVIII)*.. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit Exhibit C−2)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SNMotion or Order to F Seal: 7963 .(Eubanks, John) (Entered: 03/15/2024) |
| .5/2024 | 9649 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Supplement Default Judgment Motion Cover Sheet, # 2 Exhibit A, # 3 Exhibit B).(Eubanks, John) **Proposed Default to be reviewed by Clerk's Office staff.** (Entered: 03/15/2024) |
| .5/2024 | 9650 | LETTER addressed to Magistrate Judge Sarah Netburn from John M. Eubanks dated March 15, 2024 re: The Courts Endorsement of March 13, 2024, denying the Burnett Plaintiffs request for substitution (ECF No. 1145). Document f Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John 03/15/2024) |
| .5/2024 | 9651 | MOTION to Substitute Party. Old Party: Denise K. Keasler as Personal Representative of the Estate of Karol Ann Ke Party: Susan K. Keasler as Successor Representative of the Estate of Karol Ann Keasler, Deceased . Document filed Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Enter 03/15/2024) |
| .8/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (9649 in 1:03−md−01570−GBD−SN, 690 in 1:15−cv−09903−GBD−SN) Proposed Default Judgment, was reviewed and a as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(tp)** (Entered: 03/1 |
| .8/2024 | 9652 | ORDER in case 1:03−cv−09848−GBD−SN; granting (9641) Motion for Shalom D. Jacks to Appear Pro Hac Vice in 1:03−md−01570−GBD−SN (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) Filed In A Cases: 1:03−md−01570−GBD−SN et al. (dsh) (Entered: 03/18/2024) |
| .8/2024 | 9653 | ORDER in case 1:03−cv−09849−GBD−SN; granting (9641) Motion for Shalom D. Jacks to Appear Pro Hac Vice in 1:03−md−01570−GBD−SN (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) Filed In A Cases: 1:03−md−01570−GBD−SN et al. (dsh) (Entered: 03/18/2024) |
| .9/2024 | 9654 | ORDER re: 9651 MOTION to Substitute Party. Old Party: Denise K. Keasler as Personal Representative of the Estate Ann Keasler, New Party: Susan K. Keasler as Successor Representative of the Estate of Karol Ann Keasler, Deceased Burnett Plaintiffs. Susan K. Keasler is substituted for Denise K. Keasler as Personal Representative of the Estate of K Keasler. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) (dsh) (Entered: 03/19/2024) |
| 20/2024 | 9655 | AMENDED COMPLAINT amending 1570 30/60 Days Amended Complaint,, against Hassan A.A. Bahafzallah, Ma Bahareth, Ali Ghaleb Himmat, Tatex Trading GMBHT, Yasin Al−Qadi, Yousef M. Nada & Co. Gesellschaft M.B.H. M. Nada, Youssef M. Nada & CO., Akida Bank Private Limited, Akida Investment Co. LTD., Al Barakaat Exchange Hamel Al Barakati, Albert Fredrich Armand Huber, Dubai Islamic Bank, Benevolence International Foundation, Rab World Assembly of Muslim Youth, Nasco Business Residence, Nasco Nasreddin Holdings,A.S., Nascoservice S.R.L S.A., Ahmad I. Nasreddin, Nasreddin Company Nasco Sas Di Ahmed Idris Nassneddin Ec, Nasreddin Foundation, N Group International Holding Limited, Nasreddin International Group Limited Holding, Saar Foundation, Al Taqwa E Taqwa Trade Property and and Industry, Ltd., Al−Haramain Islamic Foundation, Inc., Triple−B Trading Company, E Mahmoud Arnaout, Muslim World League, Muwaffa Foundation, Nada International Anstalt, Nada Management Org S.A., International Islamic Relief Organization with JURY DEMAND.Document filed by Christine O'Neill. Related 1570 30/60 Days Amended Complaint,,. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhib Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z, # 27 Exhibit AA, # 28 Exhibit AB, # 29 E # 30 Exhibit AD, # 31 Exhibit AE, # 32 Exhibit AF, # 33 Exhibit AG, # 34 Appendix 1, # 35 Appendix 2, # 36 Appe Appendix 4).(Goldman, Jerry) (Entered: 03/20/2024) |
| 21/2024 | 9656 | LETTER addressed to Magistrate Judge Sarah Netburn from John F. Schutty dated March 21, 2024 re: Breitweiser & Motion for Default Judgment Against the Taliban. Document filed by Kristen Breitweiser.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) (Entered: 03/21/2024) |
| 21/2024 | 9657 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated March 21, 2024 re: Extension for Redactions of Reply in Support of Renewed Motion to Dismiss and Related Filings. Document filed by Kingdom Arabia..(Kellogg, Michael) (Entered: 03/21/2024) |
| 25/2024 | 9658 | MEMO ENDORSEMENT on re: 9657 Letter, filed by Kingdom of Saudi Arabia. ENDORSEMENT: The party's unc request at ECF No. 9657 is granted. The period for reviewing Saudi Arabia's reply and related filings is extended to A 2024. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 3/25/2024) (mml) (Entered: 03/25/2024) |
| 25/2024 | 9659 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED CLERK'S CERTIFICATION OF A JUDGM BE REGISTERED IN ANOTHER DISTRICT. Clerk's Certification of a Judgment to be Registered in Another Distr |

| | | |
|---|---|---|
| | | Picked up by Party. Document filed by Hoglan Plaintiffs. (Attachments: # 1 Copy of Judgment to be certified) Docur Number of Related Judgment: [241 in 11−cv−07550]..(Fleming, Timothy) **Proposed document to be reviewed and by Clerk's Office staff (No action required by chambers).** Modified on 3/26/2024 (tp). (Entered: 03/25/2024) |
| 25/2024 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners William Carson, Stephen Carson, Deborah Forde, Deborah Fo Thompson Hernandez, Kai Thompson Hernandez, Grace Salinardi, Grace Salinardi, Jason Salinardi, Jason Salinardi, Salinardi, Debra Roberts, Debra Roberts, Michael Roberts, Jeffrey Roberts, Daniel Roberts, Taylor Roberts added. Pa pursuant to 9655 Amended Complaint,,,,,,,. Related document: 9655 Amended Complaint,,,,,,,.(Goldman, Jerry) (En 03/25/2024) |
| 26/2024 | 9660 | MOTION for Default Judgment as to *Burnett/Iran Personal−Injury Plaintiffs (Burnett/Iran Personal Injury 8)*. Docu by Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, J (Entered: 03/26/2024) |
| 26/2024 | 9661 | MEMORANDUM OF LAW in Support re: (693 in 1:15−cv−09903−GBD−SN, 9660 in 1:03−md−01570−GBD−SN) for Default Judgment as to *Burnett/Iran Personal−Injury Plaintiffs (Burnett/Iran Personal Injury 8)*. . Document file Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, Joh 03/26/2024) |
| 26/2024 | 9662 | PROPOSED CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT. C Certification of a Judgment to be Registered in Another District to be Picked up by Party. Document filed by Hoglan (Attachments: # 1 Copy of Hoglan Judgment to be certified) Document Number of Related Judgment: [241 in 11−cv−07550]..(Fleming, Timothy) **Proposed document to be reviewed and processed by Clerk's Office staff (N required by chambers).** (Entered: 03/26/2024) |
| 26/2024 | 9663 | ***SELECTED PARTIES***DECLARATION of John M. Eubanks in Support re: (693 in 1:15−cv−09903−GBD−S 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Burnett/Iran Personal−Injury Plaintiffs (Burnett/ Personal Injury 8)*.. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhib In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SNMotion or Order to File Under Seal: 57 .(Eubanks, John) (Entered: 03/26/2024) |
| 26/2024 | 9664 | DECLARATION of John M. Eubanks in Support re: (693 in 1:15−cv−09903−GBD−SN, 9660 in 1:03−md−01570−C MOTION for Default Judgment as to *Burnett/Iran Personal−Injury Plaintiffs (Burnett/Iran Personal Injury 8)*.. Docu by Burnett Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exh Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 03/26/2024) |
| 26/2024 | 9665 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Supplement Default Judgment Motion Cover Sheet, # 2 Exhibit A).(Eubanks, John) **Proposed Default Judgment to reviewed by Clerk's Office staff.** (Entered: 03/26/2024) |
| 26/2024 | | CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT ISSUED on Ma 2024 in favor of Plaintiffs, comprised of the thirteen (13) Decedent's Estate Plaintiffs and the two hundred, three (20 Individual Family Members Plaintiffs, against all sixteen (16) Defendants listed here in the attached Judgment, in the $1,346,375,000.00. Certification of a Judgment to be Registered in Another District to be Picked up by Party. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:11−cv−07550−GBD−SN. (tp) (Entered: 03/26/2024) |
| 26/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (9665 in 1:03−md−01570−GBD−SN, 697 in 1:15−cv−09903−GBD−SN) Proposed Default Judgment, was reviewed and a as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN. (tp)** (Entered: 03/ |
| 26/2024 | 9666 | MEMORANDUM DECISION AND ORDER granting in part and denying in part (9152) Motion for Judgment in cas 1:03−md−01570−GBD−SN. Plaintiffs' Motion for Final Judgment as to Liability and Partial Final Judgment for Dam No. 9152) is GRANTED IN PART. It is: ORDERED that Plaintiffs Motion for Final Judgment as to Liability is GRA final judgment on liability is entered against the Islamic Republic of Iran and in favor of Plaintiff; and it is ORDERE Plaintiff is awarded $10,000,000.00 in personal injury damages; and it is ORDERED that Plaintiff is awarded $255,5 economic damages; and it is ORDERED that prejudgment interest is awarded and to be calculated at a rate of 4.96 pe annum as set forth supra in Section V.C, all interest compounded annually over the same period; and it is ORDERED extent he has not done so already, Plaintiff may submit in later stages applications for punitive, economic, and/or oth awards; and it is ORDERED that all King plaintiffs who were not previously awarded damages may submit in later s applications for punitive, economic, and/or other damages awards. The Clerk of Court is directed to close the motion 9152 and enter partial final default judgment for Plaintiff. SO ORDERED.. (Signed by Judge George B. Daniels on 3 Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−05193−GBD−SN (ks) Transmission to Orders and Clerk for processing. Modified on 4/17/2024 (ks). (Entered: 03/26/2024) |

| | | |
|---|---|---|
| )1/2024 | | Minute Entry for proceedings held before Magistrate Judge Katharine H. Parker: Settlement Status Telephone Confer on 4/1/2024. Teams Teleconference Lien − NOT RECORDED − NO TRANSCRIPT (ca) (Entered: 04/01/2024) |
| )2/2024 | 9667 | ORDER SCHEDULING SETTLEMENT CONFERENCE: A counsel−only settlement conference in this matter is he scheduled for Wednesday, May 22, 2024 at 10:00 a.m. in Courtroom 17−D, United States Courthouse, 500 Pearl Stre York, New York with counsel from the following firms: Kreindler & Kreindler LLP, Anderson Kill, Motley Rice LL O'Conner. Counsel for the following firms are directed to report to Courtroom 17−D, United States Courthouse, 500 New York, New York on Wednesday, May 22, 2024 at 2:00 p.m. Counsel for the Havlish Plaintiffs, Ford Marrin Esp Witmeyer & Gleser, LLP, Cozen O'Conner. Pre−conference submissions of no more than five pages must be receive Court no later than May 15, 2024 by 5:00 p.m. SO ORDERED. Settlement Conference set for 5/22/2024 at 10:00 AM Courtroom 17D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Katharine H. Parker. Settlement Co set for 5/22/2024 at 02:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge K Parker. (Signed by Magistrate Judge Katharine H. Parker on 4/2/2024) (vfr) (Entered: 04/02/2024) |
| )3/2024 | 9668 | CLERK'S PARTIAL JUDGMENT re: (100 in 1:22−cv−05193−GBD−SN, 9666 in 1:03−md−01570−GBD−SN) Mem Decision & Order. It is, ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Memo Decision and Order dated March 26, 2024, Plaintiffs' Motion for Final Judgment as to Liability and Partial Final Judg Damages (ECF No. 9152) is GRANTED IN PART. It is: ORDERED that Plaintiffs Motion for Final Judgment as to GRANTED and final judgment on liability is entered against the Islamic Republic of Iran and in favor of Plaintiff; an ORDERED that Plaintiff is awarded $10,000,000.00 in personal injury damages plus the prejudgment interest at the r 4.96% per annum compounded annually from September 11, 2001 until entry of this judgment for the amount of $19,816,523.73; and it is ORDERED that Plaintiff is awarded $255,582.00 in economic damages plus the prejudgme at the rate of 4.96% per annum compounded annually from September 1, 2022 until the date of entry of this judgmen amount of $20,149.90 and it is ORDERED that to the extent he has not done so already, Plaintiff may submit in later applications for punitive, economic, and/or other damages awards; and it is ORDERED that all King plaintiffs who w previously awarded damages may submit in later stages applications for punitive, economic, and/or other damages av (Signed by Clerk of Court Ruby Krajick on 4/3/2024) (Attachments: # 1 Notice of right to appeal)Filed In Associated 1:03−md−01570−GBD−SN, 1:22−cv−05193−GBD−SN (nd) (Entered: 04/03/2024) |
| )3/2024 | 9669 | MOTION to Substitute Party. Old Party: Stephanie Desimone as Representative of the Estate, New Party: Stephanie as the Personal Representative of the Estate of Patrick Dunn . Document filed by Stephanie Desimone.Filed In Assoc 1:03−md−01570−GBD−SN, 1:21−cv−07679−GBD.(Morgan, Robert) (Entered: 04/03/2024) |
| )3/2024 | 9670 | PROPOSED ORDER. Document filed by Stephanie Desimone. (Attachments: # 1 Exhibit Exhibit A) Related Docum Number: 9669 ..(Morgan, Robert) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 04/03/2024) |
| )4/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (9670 in 1:03−md−01570−GBD 1:21−cv−07679−GBD) Proposed Order was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−07679−GBD(km)** (Entered: 04/04/2024) |
| )5/2024 | 9671 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** PROPOSED JUDGMENT. Docume Jamie Hawkins. (Attachments: # 1 Exhibit Proposed Form of Judgment).(Davies, Susan) **Proposed Judgment to be by Clerk's Office staff.** Modified on 4/5/2024 (km). Modified on 4/5/2024 (km). (Entered: 04/05/2024) |
| )5/2024 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Sus to RE−FILE Document (9671 in 1:03−md−01570−GBD−SN, 132 in 1:18−cv−12370−GBD−SN) Proposed Judg letter and the default judgment need to be filed separately. Refile the default judgment under Proposed Order Proposed Default Judgment. The letter is filed under Other Filings, Other Documents, Letter. Filed In Associa 1:03−md−01570−GBD−SN, 1:18−cv−12370−GBD−SN(km)** (Entered: 04/05/2024) |
| )5/2024 | 9672 | LETTER addressed to Judge George B. Daniels from Susan M. Davies dated March 11, 2024 re: Proposed form of D Judgment for Jamie K. Hawkins. Document filed by Jamie Hawkins.Filed In Associated Cases: 1:03−md−01570−GE 1:18−cv−12370−GBD−SN.(Davies, Susan) (Entered: 04/05/2024) |
| )5/2024 | 9673 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** PROPOSED JUDGMENT. Docume Jamie Hawkins..(Davies, Susan) **Proposed Judgment to be reviewed by Clerk's Office staff.** Modified on 4/5/2024 (Entered: 04/05/2024) |
| )5/2024 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Sus to RE−FILE Document (134 in 1:18−cv−12370−GBD−SN, 9673 in 1:03−md−01570−GBD−SN) Proposed Judg the event type Proposed Orders, Proposed Default Judgment. (The signature date also needs to be changed fro February to April). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12370−GBD−SN(km)** (Ent 04/05/2024) |
| )5/2024 | 9674 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Jamie Hawkins..(Davies, Susa **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 04/05/2024) |

| | | |
|---|---|---|
| )8/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (9674 in 1:03−md−01570−GBD−SN, 135 in 1:18−cv−12370−GBD−SN) Proposed Default Judgment was reviewed and a to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12370−GBD−SN(km)** (Entered: 04/08/ |
| )9/2024 | 9675 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated April 9, 2024 re: for extension of time. Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 04/09/2024) |
| )9/2024 | 9676 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated April 9, 2024 re: Plaintiffs let No. 9675. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 04/09/2024) |
| .0/2024 | 9677 | MOTION for Default Judgment as to *Ashton 26 Plaintiffs*. Document filed by Kathleen Ashton.Filed In Associated C 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 04/10/2024) |
| .0/2024 | 9678 | DECLARATION of James P. Kreindler in Support re: (9677 in 1:03−md−01570−GBD−SN, 2036 in 1:02−cv−06977−GBD−SN) MOTION for Default Judgment as to *Ashton 26 Plaintiffs*.. Document filed by Kathleen (Attachments: # 1 Exhibit D (Economist Declaration), # 2 Exhibit E (Economist Reports filed separately under seal)) Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 04/10/2024) |
| .0/2024 | 9679 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** PROPOSED JUDGMENT. Docume Kathleen Ashton. (Attachments: # 1 Exhibit A (Default Judgment Motion Cover Sheet), # 2 Exhibit B−1 (List of Plai Exhibit B−2 (List of Plaintiffs), # 4 Exhibit C (List of Plaintiffs)).(Kreindler, James) **Proposed Judgment to be revi Clerk's Office staff.** Modified on 4/10/2024 (km). (Entered: 04/10/2024) |
| .0/2024 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Jan Kreindler to RE−FILE Document (2038 in 1:02−cv−06977−GBD−SN, 9679 in 1:03−md−01570−GBD−SN) Pro Judgment. The title of your document needs to match the event type used. (The title of your document does no attached documents. Your attached documents say default judgment). Use the event type Proposed Orders, Pr default judgment. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(km)** (Enter 04/10/2024) |
| .0/2024 | 9680 | ***SELECTED PARTIES*** LETTER addressed to Judge George B. Daniels from James P. Kreindler dated 4/10/2 Expert reports−Exhibit E to Motion (ECF 9677), Declaration (ECF 9678), Proposed Judgment (ECF 9679). Documen Kathleen Ashton(as Administrator of the Estate of Thomas Ashton, deceased and on behalf of all survivors of Thoma Kathleen Ashton. (Attachments: # 1 Exhibit Expert Report #1, # 2 Exhibit Expert Report #2, # 3 Exhibit Expert Repo Exhibit Expert Report #4, # 5 Exhibit Expert Report #5, # 6 Exhibit Expert Report #6, # 7 Exhibit Expert Report #7, Expert Report #8, # 9 Exhibit Expert Report #9, # 10 Exhibit Expert Report #10, # 11 Exhibit Expert Report #11, # 1 Expert Report #12, # 13 Exhibit Expert Report #13, # 14 Exhibit Expert Report #14, # 15 Exhibit Expert Report #15, Exhibit Expert Report #16, # 17 Exhibit Expert Report #17, # 18 Exhibit Expert Report #18, # 19 Exhibit Expert Rep 20 Exhibit Expert Report #20, # 21 Exhibit Expert Report #21, # 22 Exhibit Expert Report #22, # 23 Exhibit Expert I # 24 Exhibit Expert Report #24, # 25 Exhibit Expert Report #25, # 26 Exhibit Expert Report #26, # 27 Exhibit Exper #27, # 28 Exhibit Expert Report #28)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD− or Order to File Under Seal: 7963 .(Kreindler, James) (Entered: 04/10/2024) |
| .0/2024 | 9681 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Kathleen Ashton. (Attachmen Exhibit A (Default Judgment Motion Cover Sheet), # 2 Exhibit B−1 (List of Plaintiffs), # 3 Exhibit B−2 (List of Plai Exhibit C (List of Plaintiffs)).(Kreindler, James) **Proposed Default Judgment to be reviewed by Clerk's Office sta** (Entered: 04/10/2024) |
| .0/2024 | 9682 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated April 10, 2024 re to the April 9, 2024 letter from Michael Kellogg (ECF No. 9676). Document filed by Plaintiffs Executive Committee Robert) (Entered: 04/10/2024) |
| .1/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (2040 in 1:02−cv−06977−GBD−SN, 9681 in 1:03−md−01570−GBD−SN) Proposed Default Judgment was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(km)** (Entered: 04/ |
| .1/2024 | 9683 | ORDER granting 9669 Motion to Substitute Party. The parties are substituted as described in ECF No. 9670−1 to cor omission of Patrick Dunn's name from the complaint alleging claims brought by Stephanie Desimone as the personal representative of his estate. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (dsh) (Ent 04/11/2024) |
| .1/2024 | 9684 | MOTION for Audrey A. Beck to Withdraw as Attorney *for Defendant Dubai Islamic Bank*. Document filed by Duba Bank.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Beck, Audrey) (Entered: 04/11/2024) |
| .1/2024 | 9685 | DECLARATION of Audrey A. Beck in Support re: (792 in 1:04−cv−07279−GBD−SN) MOTION for Audrey A. Be Withdraw as Attorney *for Defendant Dubai Islamic Bank*.. Document filed by Dubai Islamic Bank. Filed In Associat 1:03−md−01570−GBD−SN et al..(Beck, Audrey) (Entered: 04/11/2024) |

| | | |
|---|---|---|
| .2/2024 | 9686 | MEMO ENDORSEMENT on re: 9675 Letter filed by Plaintiffs Executive Committees. ENDORSEMENT: The Plai requests are GRANTED. The sur−reply shall be filed by April 19, 2024; exhibits may be filed under seal via a CD, D USB−enabled hard drive. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 4/12/2024) (mml) (Enterec 04/12/2024) |
| .2/2024 | | Set/Reset Deadlines: Surreplies due by 4/19/2024. (mml) (Entered: 04/12/2024) |
| .5/2024 | 9687 | ORDER re: 9684 MOTION for Audrey A. Beck to Withdraw as Attorney *for Defendant Dubai Islamic Bank*. filed by Islamic Bank. ORDER granting 9684 Motion for Audrey A. Beck to Withdraw as Attorney. (HEREBY ORDERED b Magistrate Judge Sarah Netburn) (Text Only Order) (dsh) (Entered: 04/15/2024) |
| .5/2024 | 9688 | ORDER re: 9684 MOTION for Audrey A. Beck to Withdraw as Attorney *for Defendant Dubai Islamic Bank*. filed by Islamic Bank. ORDER granting 9684 Motion for Audrey A. Beck to Withdraw as Attorney. (HEREBY ORDERED b Magistrate Judge Sarah Netburn) (Text Only Order) (dsh) (Entered: 04/15/2024) |
| .6/2024 | 9689 | MOTION for Default Judgment as to *Betru 3 Plaintiff*. Document filed by Sirak Betru.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−08297−GBD−SN.(Kreindler, James) (Entered: 04/16/2024) |
| .6/2024 | 9690 | DECLARATION of James P. Kreindler in Support re: (123 in 1:18−cv−08297−GBD−SN, 9689 in 1:03−md−01570− MOTION for Default Judgment as to *Betru 3 Plaintiff*.. Document filed by Sirak Betru. (Attachments: # 1 Exhibit B ( list))Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−08297−GBD−SN.(Kreindler, James) (Entered: 04/16/2024) |
| .6/2024 | 9691 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Sirak Betru. (Attachments: # 1 (Default Judgment Motion Cover Sheet), # 2 Exhibit B (Plaintiff List)).(Kreindler, James) **Proposed Default Judgm reviewed by Clerk's Office staff.** (Entered: 04/16/2024) |
| .6/2024 | 9692 | ORDER granting (9636) Motion for Leave to File Document in case 1:03−md−01570−GBD−SN; granting (130) Mo Leave to File Document in case 1:18−cv−12370−GBD−SN. The Clerk of Court is directed to enter partial final defau for Plaintiff Jamie K. Hawkins consistent with this Court's March 22, 2023 Memorandum Decision and Order. (ECF The Clerk of Court is further directed to close the motions at ECF No. 9363 in 03−md−1570 and ECF No. 130 in 18− SO ORDERED. (Signed by Judge George B. Daniels on 4/16/2024) Filed In Associated Cases: 1:03−md−01570−GB 1:18−cv−12370−GBD−SN (ks) Transmission to Orders and Judgments Clerk for processing. (Entered: 04/16/2024) |
| .7/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (125 in 1:18−cv−08297−GBD−SN, 9691 in 1:03−md−01570−GBD−SN) Proposed Default Judgment, was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−08297−GBD−SN(nd)** (Entered: 04/1 |
| .7/2024 | 9693 | PROPOSED CONSENT ORDER. Document filed by Dae Jin Ryook. (Attachments: # 1 Exhibit Declaration of Sand in Support of Application to Substitute Counsel).(Kelly, Sandra) (Entered: 04/17/2024) |
| .7/2024 | 9694 | CLERK'S PARTIAL JUDGMENT re: (136 in 1:18−cv−12370−GBD−SN, 9692 in 1:03−md−01570−GBD−SN) Ord Motion for Leave to File Document,, (8947 in 1:03−md−01570−GBD−SN, 108 in 1:18−cv−12370−GBD−SN) Order for Default Judgment,.It is, ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's M Decision and Order dated March 22, 2023 and order dated April 16, 2024, Plaintiff's motion for partial final default ju to solatium damages against the Islamic Republic of Iran, (ECF No. 8494), is GRANTED. It is ORDERED that Plain K. Hawkins be awarded $8,500,000 for solatium damages; and it is ORDERED that prejudgment interest is awarded 4.96 percent per annum, all interest compounded annually for the period from September 11, 2001 until the date of th for the amount of $16,890,954.57. and it is ORDERED that Plaintiffs not appearing on this motion and who were not awarded damages may submit in later stages applications for punitive, economic, and/or other damages awards that m approved on the same basis as currently approved for this Plaintiff or in prior filings. (Signed by Clerk of Court Ruby 4/17/2024) (Attachments: # 1 Notice of Right to Appeal)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12370−GBD−SN (nd) (Entered: 04/17/2024) |
| .8/2024 | 9695 | NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, th plaintiff(s) and or their counsel(s), hereby give notice that the above−captioned action is voluntarily dismissed, witho and without costs against the defendant(s) Islamic Republic of Iran, Islamic Revolunitionary of Guard Corps, The Ce of the Islamic Republic of Iran,. Document filed by Vincent Bailey, Ina Barnes, John Benedetto, James Berghorn, Eil Bertorelli−Zangrillo, Barbara Bridges, Julio Caceres, Craig Carlson, Gary Carpentier, Judy Cirri, Denise DiLeo Fishe Donohue, Heather Downey, Neil Fitzpatrick, Kenneth Gunther, James Holly, Anna Ivantsov, Jane Jones, Arnold Led Vyacheslav Ligay, Peter Lynch, Suzanne McDermott, Thomas McGrade, Sheila McPherson, Kenneth Muxie, James Antoinette Ognibene, Monique Padilla−Ferrer, Maria Penafiel, Catherine Powell, Teresa Roig, Ana Rosario, Asmare Alberto Santoro, Ann Simpkin, David Sozio, Richard Stewart, Alex Tabeek, James Weisenburger, Jr., Karla Weiss, E Williams. **Proposed document to be reviewed and processed by Clerk's Office staff (No action required by chan** Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00041−GBD−SN, 1:19−cv−00044−GBD−SN.(Eubanks, John) Modified on 4/19/2024 (nd). (Entered: 04/18/2024) |

| | | |
|---|---|---|
| .8/2024 | 9696 | MOTION to Add Party(ies) as set forth in Exhibit A *against the Taliban*. Document filed by Kathleen Ashton.Filed I Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Maloney, Andrew) (Entered: 04/18/2024 |
| .8/2024 | 9697 | MEMORANDUM OF LAW in Support re: (9696 in 1:03−md−01570−GBD−SN, 2045 in 1:02−cv−06977−GBD−SN to Add Party(ies) as set forth in Exhibit A *against the Taliban*. . Document filed by Kathleen Ashton. Filed In Associ 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Maloney, Andrew) (Entered: 04/18/2024) |
| .8/2024 | 9698 | DECLARATION of Andrew J. Maloney, III in Support re: (9696 in 1:03−md−01570−GBD−SN, 2045 in 1:02−cv−06977−GBD−SN) MOTION to Add Party(ies) as set forth in Exhibit A *against the Taliban*.. Document file Kathleen Ashton. (Attachments: # 1 Exhibit A (List of Plaintiffs), # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Maloney, Andrew) (Entered: 04/18/2024) |
| .8/2024 | 9699 | PROPOSED ORDER. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A (List of Plaintiffs)) Related Number: [ECF 9696 in 03−MDL−1570 and ECF 2045 in 02−cv−6977]..(Maloney, Andrew) **Proposed Order to be r by Clerk's Office staff.** (Entered: 04/18/2024) |
| .8/2024 | 9700 | MOTION to Amend/Correct */Clarify Pleadings for Multiple−Capacity Claims*. Document filed by Kathleen Ashton.] Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Maloney, Andrew) (Entered: 04/18/2024 |
| .8/2024 | 9701 | MEMORANDUM OF LAW in Support re: (9700 in 1:03−md−01570−GBD−SN, 2049 in 1:02−cv−06977−GBD−SN to Amend/Correct */Clarify Pleadings for Multiple−Capacity Claims*. . Document filed by Kathleen Ashton. Filed In Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Maloney, Andrew) (Entered: 04/18/2024) |
| .8/2024 | 9702 | DECLARATION of Andrew J. Maloney, III in Support re: (9700 in 1:03−md−01570−GBD−SN, 2049 in 1:02−cv−06977−GBD−SN) MOTION to Amend/Correct */Clarify Pleadings for Multiple−Capacity Claims*.. Docume Kathleen Ashton. (Attachments: # 1 Exhibit A (List of Plaintiffs), # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Maloney, Andrew) (Entered: 04/18/2024) |
| .8/2024 | 9703 | PROPOSED ORDER. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A (List of Plaintiffs)) Related Number: [ECF 9700 in 03−MDL−1570 and ECF 2049 in 02−cv−6977]..(Maloney, Andrew) **Proposed Order to be r by Clerk's Office staff.** (Entered: 04/18/2024) |
| .8/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (9699 in 1:03−md−01570−GBI in 1:02−cv−06977−GBD−SN) Proposed Order, was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN. (tp)** (Entered: 04/18/2024) |
| .8/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (9703 in 1:03−md−01570−GBI in 1:02−cv−06977−GBD−SN) Proposed Order, was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN. (tp)** (Entered: 04/18/2024) |
| .8/2024 | 9704 | MOTION to Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibit A . Document fil Kathleen Ashton. (Attachments: # 1 Exhibit A (List of Plaintiffs))Filed In Associated Cases: 1:03−md−01570−GBD- 1:02−cv−06977−GBD−SN.(Maloney, Andrew) (Entered: 04/18/2024) |
| .8/2024 | 9705 | PROPOSED ORDER. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A (List of Plaintiffs)) Related Number: [ECF 9704 in 03−MDL−1570 and ECF 2053 in 02−cv−6977]..(Maloney, Andrew) **Proposed Order to be r by Clerk's Office staff.** (Entered: 04/18/2024) |
| .9/2024 | | *****NOTICE TO COURT REGARDING NOTICE OF VOLUNTARY DISMISSAL Document No. (698 in 1:15−cv−09903−GBD−SN, 9695 in 1:03−md−01570−GBD−SN, 145 in 1:19−cv−00044−GBD−SN, 165 in 1:19−cv−00041−GBD−SN) Notice of Voluntary Dismissal,,,,, was reviewed and referred to Judge George B. Da approval for the following reason(s): the plaintiff(s) filed their voluntary dismissal and it did not dismiss all of or the action in its entirety;. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00041−GBD−SN, 1:19−cv−00044−GBD−SN(nd)** (Entered: 04/19/2024) |
| .9/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (9705 in 1:03−md−01570−GBI in 1:02−cv−06977−GBD−SN) Proposed Order, was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN. (tp)** (Entered: 04/19/2024) |
| .9/2024 | 9706 | ***SELECTED PARTIES*** REPLY MEMORANDUM OF LAW in Opposition re: 9368 MOTION to Dismiss . . filed by FBI, Ashton Plaintiffs, Kingdom of Saudi Arabia, Plaintiffs Executive Committees. Motion or Order to File 4255 .(Haefele, Robert) (Entered: 04/19/2024) |
| .9/2024 | 9707 | ***SELECTED PARTIES***DECLARATION of Robert T. Haefele in Opposition re: 9368 MOTION to Dismiss .. filed by Ashton Plaintiffs, Dallah Avco Trans Arabia, FBI, Plaintiffs Executive Committees, Kingdom of Saudi Arab (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 # 25 Exhibit Y, # 26 Exhibit Z, # 27 Exhibit AA, # 28 Exhibit BB, # 29 Exhibit CC, # 30 Exhibit DD, # 31 Exhibit E |

| | | |
|---|---|---|
| | | Exhibit FF, # 33 Exhibit GG, # 34 Exhibit HH, # 35 Exhibit II, # 36 Exhibit JJ, # 37 Exhibit KK, # 38 Exhibit LL, # MM, # 40 Exhibit NN, # 41 Exhibit OO, # 42 Exhibit PP, # 43 Exhibit QQ, # 44 Exhibit RR, # 45 Exhibit SS, # 46 E # 47 Exhibit UU, # 48 Exhibit VV, # 49 Exhibit WW, # 50 Exhibit XX, # 51 Exhibit YY, # 52 Exhibit ZZ, # 53 Exhi 54 Exhibit BBB, # 55 Exhibit CCC, # 56 Exhibit DDD, # 57 Exhibit EEE, # 58 Exhibit FFF, # 59 Exhibit GGG, # 60 HHH, # 61 Exhibit III, # 62 Exhibit JJJ, # 63 Exhibit KKK, # 64 Exhibit LLL, # 65 Exhibit MMM, # 66 Exhibit NNN Exhibit OOO, # 68 Exhibit PPP, # 69 Exhibit QQQ, # 70 Exhibit RRR, # 71 Exhibit SSS, # 72 Exhibit TTT, # 73 Ex # 74 Exhibit VVV, # 75 Exhibit WWW)Motion or Order to File Under Seal: 4255 .(Haefele, Robert) (Entered: 04/19 |
| .9/2024 | 9708 | ***SELECTED PARTIES***DECLARATION of Robert T. Haefele in Opposition re: 9368 MOTION to Dismiss .. filed by Dallah Avco Trans Arabia, Ashton Plaintiffs, FBI, Plaintiffs Executive Committees, Kingdom of Saudi Arab (Attachments: # 1 Exhibit 696, # 2 Exhibit 697, # 3 Exhibit 698, # 4 Exhibit 699, # 5 Exhibit 700, # 6 Exhibit 700A, 711A, # 8 Exhibit 711B, # 9 Exhibit 711C, # 10 Exhibit 711D)Motion or Order to File Under Seal: 4255 .(Haefele, R (Entered: 04/19/2024) |
| .9/2024 | 9709 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees and Ashton Plaintiffs d 19, 2024 re: Courts Order at ECF No. 9026. Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (E 04/19/2024) |
| .9/2024 | 9710 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees and Ashton Plaintiffs d 19, 2024 re: Sealed filings. Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 04/19/20 |
| .9/2024 | 9711 | ***SELECTED PARTIES***DECLARATION of James Gavin Simpson in Opposition re: 9368 MOTION to Dismi Document filed by Dallah Avco Trans Arabia, Plaintiffs Executive Committees, FBI, Kingdom of Saudi Arabia, Ash Plaintiffs, Kathleen Ashton. Motion or Order to File Under Seal: 4255 .(Simpson, James) (Entered: 04/20/2024) |
| .9/2024 | 9713 | SEALED DOCUMENT placed in vault..(jus) (Entered: 04/22/2024) |
| 22/2024 | 9712 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg date 2024 re: Corrections to ECF Nos. 9611−1 and 9611−41. Document filed by Dallah Avco Trans Arabia, FBI, Plaintiff Committees, Kingdom of Saudi Arabia. (Attachments: # 1 Errata Exhibit 199 Corrected)Motion or Order to File Und 4255 .(Kellogg, Michael) (Entered: 04/22/2024) |
| 22/2024 | 9714 | PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i): Pursuant Civ. P. 41(a)(1)(A)(i), the following Plaintiffs hereby voluntarily dismiss without prejudice their claims against all D Burnett, et al. v. Islamic Rep. of Iran, et al., Case No. 15−cv−9903 (GBD)(SN),Arias, etal. v. Islamic Rep. of Iran, 1:19−cv−00041 and Prior, et al. v. Islamic Rep. of Iran, 1: 19−cv−00044 (GBD)(SN): 1. Vincent H. Bailey, as the Pe Representative of the Estate of Andrew Joseph Bailey, Deceased (initially filed: ECF 1: 15−cv−09903, 53, at 3278); Lorraine Barnes, Individually, as Spouse of Roy J. Barnes, Deceased (initially filed: ECF 1:19−cv−00041, 1, Appx. p James W. Berghorn, Individually, as an Injured Party (initially filed: ECF 1:15−cv−09903, 53, at 3697); 4. Julio Cace Personal Representative of the Estate of Lillian Caceres, Deceased (initially filed: ECF 1:19−cv−00041−UA, 5); 5. C Carlson, Individually, as Ex−Spouse of Rosemarie C. Carlson, Deceased (initially filed: ECF 1: 15−cv−09903, 53, at Gary E. Carpentier, Individually, as an Injured Party (initially filed: ECF 1: 15−cv−09903, 53, at 3782); 7. Dana Don Personal Representative of the Estate of Dennis M. Cook, Deceased (initially filed: ECF 1 :03−md−01570, 5511, Exh Amy Waters Davidson, as the Personal Representative of the Estate of Scott Davidson, Deceased (initially filed: ECF 15−cv−09903, 53, at 526); 9. Simone Mitchell, Individually, as domestic partner of Clinton Davis, Sr., Deceased (ini ECF 1:15−cv−09903, 53, at 1526); 10. Heather Downey, Individually, as an Injured Party (initially filed: ECF 1:15− 53, at 3933); 11. Neil C. Fitzpatrick, Individually, as an Injured Party (initially filed: ECF 1: 15−cv−09903, 53, at 40 Sheila M. Fuller, Individually, as an Injured Party (initially filed: ECF 1: 15−cv−09903, 53, at 4023); 13. Kenneth M Individually, as an Injured Party (initially filed: ECF 1: 15−cv−09903, 53, at 4094); 14. Ana Rosario, Individually, as partner of Emencio Dario Hidalgo, Deceased (initially filed: ECF 1:15−cv−09903, 53, at 1592); 15. James Holly, Ind as an Injured Party (initially filed: ECF 1: 15−cv−09903, 53, at 4156); 16. Anna V. Ivantsov, Individually, as Spouse Aleksandr Ivantsov, Deceased (initially filed: ECF 1:15−cv−09903, 53, at 3609); 17. Anna V. lvantsov, as the Person Representative of the Estate of Aleksandr Ivantsov, Deceased (initially filed: ECF 1: 15−cv−09903, 53, at 3609); 18. Lederman, Individually, as an Injured Party (initially filed: ECF 1: 15−cv−09903, 53, at 4280); 19. Vyacheslav Ligay Individually, as Personal Representative of the Estate of Zhentta Ligay, Deceased (initially filed: ECF 1 :15−cv−099 3508); 20. Vyacheslav Ligay, Individually, as Spouse of Zhentta Ligay, Deceased (initially filed: ECF 1: 15−cv−099 3508); 21. Peter J. Lynch, as Personal Representative of the Estate of James Francis Lynch, Deceased (initially filed: 15−cv−09903, 53, at 2229); 22. Sheila McPherson, Individually, as Sibling of Colin R. McArthur, Deceased (initially 1: 15−cv−09903, 53, at 3161 ); 23. Suzanne P. McDermott, as Personal Representative of the Estate of Matthew Tho McDermott, Deceased (initially filed: ECF 1: 15−cv−09903, 53, at 3289); 24. Thomas F. McGrade, Individually, as a Party (initially filed: ECF 1: 15−cv−09903, 53, at 4403); 25. Barbara Bridges, as Personal Representative of the Estat Moore, Deceased (initially filed: ECF 1: 15−cv−09903, 53, at 3027); 26. Kenneth J. Muxie, Individually, as an Injure (initially filed: ECF 1: 15−cv−09903, 53, at 4493); 27. Patricia M. Nussberger, Individually, as Spouse of Robert H. Injured (initially filed: ECF 1:15−cv−09903, 53, at4518); 28. Alan M. Nussberger, Individually, as Child of Robert H Nussberger, Injured (initially filed: ECF 1: 15−cv−09903, 53, at 4516); 29. Robert A. Nussberger, Individually, as Ch Robert H. Nussberger, Injured (initially filed: ECF 1: 15−cv−09903, 53, at 4515); 30. James O'Brien, as Personal Rep |

| | | |
|---|---|---|
| | | of the Estate of James O'Brien, Jr., Deceased (initially filed: ECF 1:15−cv−09903, 53, at 3066); 31. Antoinette D. Og Personal Representative of the Estate of Philip P. Ognibene, Deceased (initially filed: ECF 1:15−cv−09903, 53, at 12 Catherine Powell, as Personal Representative of the Estate of Scott A. Powell, Deceased (initially filed: ECF 1:15−cv 53, at 406); 33. Asmareli Sago, as Domestic Partner and as Personal Representative of the Estate of Antonio Pratt, De (initially filed: ECF 1: 15−cv−09903, 53, at 2692); 34. Teresa Roig, Individually, as Ex−Spouse of Julio Roig, Jr., Inj (initially filed: ECF 1: l 5−cv−09903, 53); 35. Maria Carmen Penafiel, as Personal Representative of the Estate of Hu Sanay−Perefiel, Deceased (initially filed: ECF 1:15−cv−09903, 53, at 3460); 36. Alberto A. Santoro, as Personal Rep of the Estate of Mario L. Santoro, Deceased (initially filed: ECF 1: 19−cv−00044, 1, Appx. at 10, 4 778 at 6); 37. An as Personal Representative of the Estate of Jane L. Simpkin, Deceased (initially filed: ECF 1: 15−cv−09903, 53, at 34 David Sozio, Individually, as an Injured Party (initially filed: ECF 1 :15−cv−09903, 53, at 4777); 39. Richard W. Ste Personal Representative of the Estate of Daniel E. Stewart (initially filed: ECF 1: 19−cv−00044, 1, Appx, pg. 11; 1 :03−md−01570, 4778 at 6); 40. Diana Stewart, Individually, as Ex−Spouse of Michael James Stewart, Deceased (init ECF 1: 15−cv−09903, 53, at 241 ); 41. Alex Tabeek, Individually, as Ex−Spouse of Joann Tabeek, Deceased (initiall ECF 1: 15−cv−09903, 53, at 562); 42. Eileen M. Bertorelli, Individually, as Niece of John M. Talignani, Deceased (in filed: ECF 1 :15−cv−09903, 53, at 2338); 43. Monique Padilla−Ferrer, Individually, as Ex−Spouse of Michael A. Tri Deceased (initially filed: ECF 1:15−cv−09903, 53, at 1685); 44. James S. Weisenburger, Jr., Individually, as an Injur (initially filed: ECF 1: 15−cv−09903, 53, at 4911 ); 45. Karla Weiss, Individually, as Ex−Spouse of David Martin We (initially filed: ECF 1: 15−cv−09903, 53, at 2065); 46. Denise Dileo Fisher, Individually, as Ex−Spouse of Thomas J Deceased (initially filed: ECF 1 :15−cv−09903, 53, at 1365); 47. Judy C. Cirri, Individually, as Ex−Spouse of Robert Sr., Deceased (initially filed: ECF 1: 15−cv−09903, 53, at 2221 ); 48. Edward D. Williams, Individually, as Spouse o M. Beckles, Deceased (initially filed: ECF 1:15−cv−09903, 53, at 2647); 49. Jane Jones, Individually, as Ex−Spouse Stuart Gilbey, Deceased (initially filed: ECF 1: 15−cv−09903, 53, at 1417); 50. Doe AP91, Individually, as Ex−Spou AP91, Deceased (initially filed: ECF 1: 15−cv−09903, 53, at 176); and 51. John Benedetto, Individually, as Ex−Spou Denise Lenore Benedetto, Deceased (initially filed: ECF 1: 15−cv−09903, 53, at 586). This Notice of Voluntary Dism limited only to dismissing the claims as noted above from this action. None of the opposing parties in these actions ha either an answer or a motion for summary judgment. All other Plaintiffs maintain and continue to prosecute their clai the Defendants in the above−captioned case. SO ORDERED. (Signed by Judge George B. Daniels on 4/22/2024) (ks 04/23/2024) |
| 23/2024 | 9715 | MOTION to Amend/Correct (9546 in 1:03−md−01570−GBD−SN) Declaration in Support of Motion, (9550 in 1:03−md−01570−GBD−SN) Declaration in Support of Motion, . Document filed by Burnett Plaintiffs.Filed In Assoc Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 04/23/2024) |
| 23/2024 | 9716 | DECLARATION of John M. Eubanks in Support re: (9715 in 1:03−md−01570−GBD−SN, 1155 in 1:03−cv−09849− MOTION to Amend/Correct (9546 in 1:03−md−01570−GBD−SN) Declaration in Support of Motion, (9550 in 1:03−md−01570−GBD−SN) Declaration in Support of Motion, .. Document filed by Burnett Plaintiffs. (Attachments Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Eubanks, John) (Entered: 04/23/2024) |
| 23/2024 | 9717 | PROPOSED ORDER. Document filed by Burnett Plaintiffs..(Eubanks, John) **Proposed Order to be reviewed by Cl Office staff.** (Entered: 04/23/2024) |
| 24/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (1157 in 1:03−cv−09849−GBD− in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN(nd)** (Entered: 04/24/2024) |
| 24/2024 | 9718 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees and Ashton Plaintiffs d 24, 2024 re: Request for oral argument concerning Saudi Arabias motion to dismiss (ECF No. 9368). Document filed Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 04/24/2024) |
| 24/2024 | 9719 | LETTER MOTION to Substitute Attorney. Old Attorney: Joseph E. Borson, New Attorney: Sarah Normand & Rebe (already appeared) *Request to Withdraw by Joseph E. Borson* addressed to Magistrate Judge Sarah Netburn from Jose Borson dated April 24, 2024. Document filed by United States of America..(Borson, Joseph) (Entered: 04/24/2024) |
| 24/2024 | 9720 | LETTER addressed to Judge George B. Daniels from Plaintiffs Executive Committees and Ashton Plaintiffs dated Ap 2024 re: Request for oral argument concerning Saudi Arabias motion to dismiss (ECF No. 9368). Document filed by Executive Committees..(Haefele, Robert) (Entered: 04/24/2024) |
| 25/2024 | 9721 | NOTICE of of Iran Notice of Amendment re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by Matt Rowenhorst. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12387−GBD−SN.(Goldman, Jerry) (E 04/25/2024) |
| 25/2024 | 9722 | NOTICE of of Iran Notice of Amendment re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by Robe Agyeman. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05320−GBD−SN.(Goldman, Jerry) (Ent 04/25/2024) |

| | | |
|---|---|---|
| 25/2024 | 9723 | MOTION to Substitute Party. Old Party: Jody Myers, as Personal Representative of the Estate of Terrence McGuire, the late sibling of Patrick McGuire, deceased, the late sibling of Patrick McGuire, New Party: Michael McGuire, as P Representative of the Estate of Terrence McGuire, deceased, the late sibling of Patrick McGuire . Document filed by Bodner.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:19−cv−11776−GBD−SN.(Goldman, Jerry) (Entered: 04/25/2024) |
| 25/2024 | 9724 | PROPOSED ORDER. Document filed by Deborah Bodner. Related Document Number: 9723 ..(Goldman, Jerry) **Pro Order to be reviewed by Clerk's Office staff.** (Entered: 04/25/2024) |
| 25/2024 | 9725 | ORDER granting 9715 Motion to Amend/Correct 9715 MOTION to Amend/Correct (9546 in 1:03−md−01570−GBD Declaration in Support of Motion, (9550 in 1:03−md−01570−GBD−SN) Declaration in Support of Motion, . The exh in support of the default judgment motions at ECF Nos. 9544 and 9548 are substituted as provided in ECF No. 9717. ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (dsh) (Entered: 04/25/2024) |
| 25/2024 | 9726 | ORDER granting 9704 Motion to Substitute Party. The parties are substituted as provided in the exhibit at ECF No. 9 Plaintiffs' counsel shall add the substituted parties to the ECF docket. (HEREBY ORDERED by Magistrate Judge Sa Netburn)(Text Only Order) (dsh) (Entered: 04/25/2024) |
| 25/2024 | 9727 | ORDER: This document relates to: Ashton, et al. v. Al Qaeda Islamic Army, et al., No. 02−cv−06977; Ashton, et al. of Saudi Arabia, No. 17−cv−02003. The Court orders the substitution of counsel described in ECF No. 9693.1 Sandra of Ray Robinson Law Co., LPA, is substituted for Megan Benett of Kreindler & Kreindler LLP as counsel of record Ryook. (Signed by Magistrate Judge Sarah Netburn on 4/25/2024) Filed In Associated Cases: 1:03−md−01570−GBD 1:02−cv−06977−GBD−SN, 1:17−cv−02003−GBD−SN (ate) (Entered: 04/25/2024) |
| 25/2024 | 9728 | ORDER granting (9700) Motion to Amend/Correct (9700 in 1:03−md−01570−GBD−SN, 2049 in 1:02−cv−06977−G MOTION to Amend/Correct */Clarify Pleadings for Multiple−Capacity Claims*. in case 1:03−md−01570−GBD−SN; g (2049) Motion to Amend/Correct (9700 in 1:03−md−01570−GBD−SN, 2049 in 1:02−cv−06977−GBD−SN) MOTIO Amend/Correct */Clarify Pleadings for Multiple−Capacity Claims*. in case 1:02−cv−06977−GBD−SN. The Ashton Pl claims are not futile, will not unduly delay these proceedings or prejudice defendants, and were not filed in bad faith dilatory motive. Their motion is therefore GRANTED, and it is further ORDERED that: The claims of the plaintiffs n the Ashton Plaintiffs' Sixth Amended Complaint, ECF No. 1463, are clarified to include the capacities in which vario are pursuing claims, as provided in ECF No. 9703−1; Under Rule 15(c), this Order amends the operative pleadings an back to when each of the individuals originally named in the pleadings were added to this action; and Plaintiffs' coun add the additional capacities of these plaintiffs and the names of formerly minor plaintiffs to the ECF docket in comp ECF No. 4295. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 9700 and the related m ECF No. 2049 in No. 02−cv−06977. (Signed by Magistrate Judge Sarah Netburn on 4/25/2024) Filed In Associated C 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN (ate) (Entered: 04/25/2024) |
| 25/2024 | 9729 | ORDER granting (9696) Motion to Add in case 1:03−md−01570−GBD−SN; granting (2045) Motion to Add in case 1:02−cv−06977−GBD−SN. The Ashton Plaintiffs' claims are not futile, will not unduly delay these proceedings or pr Taliban, and were not filed in bad faith or with a dilatory motive. Their motion is therefore GRANTED, and it is furth ORDERED that: The Ashton Plaintiffs' Sixth Amended Complaint, ECF No. 1463,is amended to include the individu identified in the exhibit at ECF No. 9699−1 as parties in the action against the Taliban; These amendments suppleme not displace, the Ashton Plaintiffs' Sixth Amended Complaint, ECF No. 1463; Prior rulings, orders, and judgments en this case remain in effect as to all parties; and Further service on the Taliban is not required as a result of these amend prior service orders apply, including the Court's orders on service by publication at ECF No. 445. The Clerk of Court respectfully directed to terminate the motion at ECF No. 9696 and the related motion at ECF No. 2045 in Ashton, No 02−cv−06977.. (Signed by Magistrate Judge Sarah Netburn on 4/25/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN (ate) (Entered: 04/25/2024) |
| 26/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (9724 in 1:03−md−01570−GBD in 1:19−cv−11776−GBD−SN, 790 in 1:04−cv−01076−GBD−SN) Proposed Order was reviewed and approved as Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:19−cv−11776−GBD−SN(k** (Entered: 04/26/2024) |
| 26/2024 | 9730 | CLERK'S PARTIAL JUDGMENT re: (210 in 1:19−cv−11865−GBD−SN, 9557 in 1:03−md−01570−GBD−SN) Ord Motion for Judgment,,,,. in favor of August Bernaerts against Islamic Republic Of Iran, Islamic Republic of Iran in th of $ 37,383,986.20.It is, ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Mem Decision and Order dated January 22, 2024, Plaintiff's motion for partial final default judgment as to solatium damag the Islamic Republic of Iran is GRANTED. It is ORDERED that Plaintiff Rachel Uchitel be awarded $12,500,000.00 damages; and it is ORDERED that prejudgment interest is awarded at a rate of 4.96 percent per annum, all interest co annually for the period from September 11, 2001 until the date of judgment in the amount of $24,883,986.20; and it i ORDERED that, to the extent they have not already done so, all Bernaerts. Plaintiffs are permitted to seek punitive or damages at a later date, consistent with future Court orders. (Signed by Clerk of Court Ruby Krajick on 4/26/2024) (Attachments: # 1 Notice of right to appeal)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11865− (nd) (Entered: 04/26/2024) |

| | | |
|---|---|---|
| 26/2024 | 9731 | ORDER granting 9719 Letter Motion to Substitute Attorney. Joseph Borson's motion to withdraw as counsel is GRA Clerk of Court is respectfully directed to remove Joseph Borson from the docket as counsel for the United States of A (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (dsh) (Entered: 04/26/2024) |
| 26/2024 | 9732 | ORDER re: 9723 MOTION to Substitute Party. Old Party: Jody Myers, as Personal Representative of the Estate of T McGuire, deceased, the late sibling of Patrick McGuire, deceased, the late sibling of Patrick McGuire, New Party: M McGuire, as Personal Rep filed by Deborah Bodner. The motion to substitute is granted as provided in ECF No. 9724 McGuire is substituted for Jody Myers as Personal Representative of the Estate of Terrence McGuire. (HEREBY OR Magistrate Judge Sarah Netburn) (Text Only Order) (dsh) (Entered: 04/26/2024) |
| 30/2024 | 9733 | MOTION for Default Judgment as to *Non−National 9/11 Decedents (Burnett Non−Nationals 1)*. Document filed by Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00044−GBD−SN.(Eubanks, John) (Entered: 04/30/2024) |
| 30/2024 | 9734 | MEMORANDUM OF LAW in Support re: (700 in 1:15−cv−09903−GBD−SN, 147 in 1:19−cv−00044−GBD−SN, 97 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Non−National 9/11 Decedents (Burnett Non−Nat* Document filed by Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD 1:19−cv−00044−GBD−SN.(Eubanks, John) (Entered: 04/30/2024) |
| 30/2024 | 9735 | ***SELECTED PARTIES***DECLARATION of John M. Eubanks in Support re: (700 in 1:15−cv−09903−GBD−S 1:19−cv−00044−GBD−SN, 9733 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Non−Nationa Decedents (Burnett Non−Nationals 1)*.. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhib Exhibit C−1, # 4 Exhibit C−2)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00044−GBD−SNMotion or Order to File Under Seal: 5716 .(Eubanks, John) (Entered: 04/30/2024) |
| 30/2024 | 9736 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Cover Sheet Default Judgment Motion Cover Sheet, # 2 Exhibit A, # 3 Exhibit B).(Eubanks, John) **Proposed Defaul to be reviewed by Clerk's Office staff.** (Entered: 04/30/2024) |
| 30/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (9736 in 1:03−md−01570−GBD−SN, 703 in 1:15−cv−09903−GBD−SN, 150 in 1:19−cv−00044−GBD−SN) Proposed Defa Judgment, was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00044−GBD−SN. (tp)** (Entered: 04/30/2024) |
| 01/2024 | 9737 | NOTICE OF APPEARANCE by Nicholas Papain on behalf of Jill Accardi..(Papain, Nicholas) (Entered: 05/01/2024) |
| 01/2024 | 9738 | NOTICE OF APPEARANCE by Nicholas Papain on behalf of Raymond Alexander..(Papain, Nicholas) (Entered: 05/ |
| 01/2024 | 9739 | NOTICE OF APPEARANCE by Nicholas Papain on behalf of Evelyn Betso..(Papain, Nicholas) (Entered: 05/01/202 |
| 01/2024 | 9740 | MOTION for Default Judgment as to *Liability and Damages*. Document filed by Stephanie Desimone.Filed In Assoc 1:03−md−01570−GBD−SN, 1:21−cv−07679−GBD.(Morgan, Robert) (Entered: 05/01/2024) |
| 01/2024 | 9741 | MEMORANDUM OF LAW in Support re: (9740 in 1:03−md−01570−GBD−SN, 70 in 1:21−cv−07679−GBD) MOT Default Judgment as to *Liability and Damages*. . Document filed by Stephanie Desimone. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−07679−GBD.(Morgan, Robert) (Entered: 05/01/2024) |
| 01/2024 | 9742 | DECLARATION of Robert Keith Morgan in Support re: (9740 in 1:03−md−01570−GBD−SN, 70 in 1:21−cv−07679 MOTION for Default Judgment as to *Liability and Damages*.. Document filed by Stephanie Desimone. (Attachments Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−07679−GBD.(Morgan, Robert) (Entered 05/01/2024) |
| 01/2024 | 9743 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Stephanie Desimone. (Attachm Exhibit A, # 2 Exhibit B−1,B−2).(Morgan, Robert) **Proposed Default Judgment to be reviewed by Clerk's Office** (Entered: 05/01/2024) |
| 01/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (9743 in 1:03−md−01570−GBD−SN, 73 in 1:21−cv−07679−GBD) Proposed Default Judgment, was reviewed and appro form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−07679−GBD. (tp)** (Entered: 05/01/2024) |
| 01/2024 | 9744 | LETTER MOTION to Expedite *consideration of Kathleen Marie Delatizky Motion for Solatium Damages MDL ECF* addressed to Magistrate Judge Sarah Netburn from Susan M. Davies dated May 1, 2024. Document filed by Kathleen Delatizky.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN.(Davies, Susan) (Enter 05/01/2024) |
| 02/2024 | 9745 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman dated 5/02/2024 re: VSST Fund Update. Doc by Christine O'Neill..(Goldman, Jerry) (Entered: 05/02/2024) |

| | | |
|---|---|---|
| )2/2024 | 9746 | MOTION to Amend/Correct (9648 in 1:03−md−01570−GBD−SN) Declaration in Support of Motion,, (9649 in 1:03−md−01570−GBD−SN) Proposed Default Judgment, . Document filed by Burnett Plaintiffs.Filed In Associated 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 05/02/2024) |
| )2/2024 | 9747 | DECLARATION of John M. Eubanks in Support re: (704 in 1:15−cv−09903−GBD−SN, 9746 in 1:03−md−01570−C MOTION to Amend/Correct (9648 in 1:03−md−01570−GBD−SN) Declaration in Support of Motion,, (9649 in 1:03−md−01570−GBD−SN) Proposed Default Judgment, .. Document filed by Burnett Plaintiffs. (Attachments: # 1 I A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 05/( |
| )2/2024 | 9748 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. Related Document Number: 9746 ..(Eubanks, John) **Pro Order to be reviewed by Clerk's Office staff.** (Entered: 05/02/2024) |
| )2/2024 | 9749 | MOTION for Default Judgment as to *Non−National 9/11 Personal−Injury Plaintiffs (Burnett Non−Nationals 2)*. Do filed by Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubar (Entered: 05/02/2024) |
| )2/2024 | 9750 | MEMORANDUM OF LAW in Support re: (9749 in 1:03−md−01570−GBD−SN, 707 in 1:15−cv−09903−GBD−SN) for Default Judgment as to *Non−National 9/11 Personal−Injury Plaintiffs (Burnett Non−Nationals 2)*. . Document fi Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, Joh 05/02/2024) |
| )2/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (706 in 1:15−cv−09903−GBD−: Proposed Order was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN 1:15−cv−09903−GBD−SN. (tp)** (Entered: 05/02/2024) |
| )2/2024 | 9751 | ***SELECTED PARTIES***DECLARATION of John M. Eubanks in Support re: (707 in 1:15−cv−09903−GBD−S 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Non−National 9/11 Personal−Injury Plaintiffs (B Non−Nationals 2)*.. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, : D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SNMotion or Order to File Under Seal: 5716 .(Eubanks, John) ( 05/02/2024) |
| )2/2024 | 9752 | DECLARATION of John M. Eubanks in Support re: (707 in 1:15−cv−09903−GBD−SN, 9749 in 1:03−md−01570−C MOTION for Default Judgment as to *Non−National 9/11 Personal−Injury Plaintiffs (Burnett Non−Nationals 2)*.. Dc filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 05/02/2024) |
| )2/2024 | 9753 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Cover Sheet Default Judgment Motion Cover Sheet, # 2 Exhibit A).(Eubanks, John) **Proposed Default Judgment to reviewed by Clerk's Office staff.** (Entered: 05/02/2024) |
| )2/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (9753 in 1:03−md−01570−GBD−SN, 711 in 1:15−cv−09903−GBD−SN) Proposed Default Judgment, was reviewed and a as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN. (tp)** (Entered: 05/( |
| )2/2024 | 9754 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter dated May 2, 2024 re: PECs on behalf of with claims against Al Rajhi Bank seek the Court's authorization to refile under seal a corrected version of Plaintiffs' (ECF # 9624). Document filed by Plaintiffs Executive Committees..(Carter, Sean) (Entered: 05/02/2024) |
| )2/2024 | 9755 | MOTION for Default Judgment as to *Burnett/Iran XXIX, Arias 7 and Prior 6 Plaintiffs*. Document filed by Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00041−GBD 1:19−cv−00044−GBD−SN.(Eubanks, John) (Entered: 05/02/2024) |
| )2/2024 | 9756 | MEMORANDUM OF LAW in Support re: (712 in 1:15−cv−09903−GBD−SN, 167 in 1:19−cv−00041−GBD−SN, 9' 1:03−md−01570−GBD−SN, 151 in 1:19−cv−00044−GBD−SN) MOTION for Default Judgment as to *Burnett/Iran X 7 and Prior 6 Plaintiffs*. . Document filed by Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−S 1:15−cv−09903−GBD−SN, 1:19−cv−00041−GBD−SN, 1:19−cv−00044−GBD−SN.(Eubanks, John) (Entered: 05/02 |
| )2/2024 | 9757 | ***SELECTED PARTIES***DECLARATION of John M. Eubanks in Support re: (167 in 1:19−cv−00041−GBD−S 1:15−cv−09903−GBD−SN, 9755 in 1:03−md−01570−GBD−SN, 151 in 1:19−cv−00044−GBD−SN) MOTION for D Judgment as to *Burnett/Iran XXIX, Arias 7 and Prior 6 Plaintiffs*.. Document filed by Burnett Plaintiffs. (Attachment Exhibit A−1, # 2 Exhibit A−2, # 3 Exhibit A−3, # 4 Exhibit B, # 5 Exhibit C)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00041−GBD−SN, 1:19−cv−00044−GBD−SNMot Order to File Under Seal: 5716 .(Eubanks, John) (Entered: 05/02/2024) |
| )2/2024 | 9758 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Cover Sheet Default Judgment Motion Cover Sheet, # 2 Exhibit A−1, # 3 Exhibit A−2, # 4 Exhibit A−3, # 5 Exhibit B).(Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 05/02/2024) |

| | | |
|---|---|---|
| )2/2024 | 9759 | NOTICE OF APPEARANCE by Jennifer Ann Jude on behalf of FBI, UNITED STATES OF AMERICA..(Jude, Jenı (Entered: 05/02/2024) |
| )3/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (154 in 1:19−cv−00044−GBD−SN, 715 in 1:15−cv−09903−GBD−SN, 170 in 1:19−cv−00041−GBD−SN, 9758 in 1:03−md−01570−GBD−SN) Proposed Default Judgment was reviewed and approved as to form. Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00041−GBD−SN, 1:19−cv−00044−GBI** (Entered: 05/03/2024) |
| )3/2024 | 9760 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg date 2024 re: Supplemental Evidentiary Objections. Document filed by FBI, Plaintiffs Executive Committees, Dallah Avc Arabia, Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Motion or Order to File Under Seal: 4 .(Kellogg, Michael) (Entered: 05/03/2024) |
| )6/2024 | 9761 | NOTICE of Iran Notice of Amendment re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by Gordon Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12276−GBD−SN.(Goldman, Jerry) (Entered: 05/06 |
| )6/2024 | 9762 | ORDER granting 9746 Motion to Amend/Correct 9746 MOTION to Amend/Correct (9648 in 1:03−md−01570−GBI Declaration in Support of Motion,, (9649 in 1:03−md−01570−GBD−SN) Proposed Default Judgment, . The exhibits support of the default judgment motion at ECF No. 9646 are substituted as provided in 9748. (HEREBY ORDERED Magistrate Judge Sarah Netburn)(Text Only Order) (dsh) (Entered: 05/06/2024) |
| )6/2024 | 9763 | MEMO ENDORSEMENT on re: 9754 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The Plai unopposed request is granted. A corrected version of the averment with the errata sheet should be filed by May 13, 2( ORDERED. (Signed by Magistrate Judge Sarah Netburn on 5/6/2024) (mml) (Entered: 05/06/2024) |
| )7/2024 | 9764 | ***SELECTED PARTIES***RULE 56.1 STATEMENT. Document filed by Liberty Insurance Corporation, Liberty Underwriters Inc., Liberty Life Assurance Company of Boston, Liberty Lloyds of Texas Insurance Company, Liberty Agency Limited(For and on behalf of the Lloyd's Underwriting Members from time to time of Lloyd's Syndicates 44 282 ), Liberty Mutual Fire Insurance Company, Liberty Mutual Insurance Company, Liberty Mutual Insurance Europ Marlon Insurance Company Limited, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 861, SCOR CAN REINSURANCE COMPANY, SCOR REINSURANCE ASIA−PACIFIC PTE LIMITED, SCOR REINSURANCE ( (ASIA) LIMITED, SCOR Reinsurance Company, Scor Global P&C Se, Scor UK Company Limited, QBE INSURAI (INTERNATIONAL) LTD., West American Insurance Company, Odyssey Reinsurance Company, Wausau Business Company, Wausau Underwriters Insurance Company, LM Insurance Corporation, LM Property and Casualty Insurar Company, American Economy Insurance Company, American Fire and Casualty Company, American Safety Casual Company, American Safety Indemnity Company, Indiana Insurance Company, Excelsior Insurance Company, Emplc Insurance Company of Wausau, The Midwestern Indemnity Company, The Netherlands Insurance Company, The Oh Insurance Company, The Underwriting Members of Lloyd's Syndicate 1121, The Underwriting Members of Lloyd's 1236, The Underwriting Members of Lloyd's Syndicate 1243, The Underwriting Members of Lloyd's Syndicate 1308 Underwriting Members of Lloyd's Syndicate 205, The Underwriting Members of Lloyd's Syndicate 228, The Underw Members of Lloyd's Syndicate 510, The Underwriting Members of Lloyd's Syndicate 529, The Underwriting Membe Lloyd's Syndicate 53, The Underwriting Members of Lloyd's Syndicate 55, The Underwriting Members of Lloyd's Sy 991, Al Rajhi Bank, Unionamerica Insurance Company Limited, General Insurance Company Of America, General S Indemnity Company Of Arizona, General Security National Insurance Company, The First Liberty Insurance Corpor Plaintiffs Executive Committees. Motion or Order to File Under Seal: 4255 .(Carter, Sean) (Entered: 05/07/2024) |
| )7/2024 | 9765 | ***SELECTED PARTIES***DECLARATION of J. Scott Tarbutton re: 9764 Rule 56.1 Statement,,,,,,,, *Transmittin in support of Plaintiffs' "CORRECTED" Averment of Jurisdictional Facts and Evidence and/or Statement of Facts Pu Rule 56.1, as authorized by the Court's Order at ECF No. 9763*. Document filed by QBE INSURANCE (INTERNAT LTD., SCOR CANADA REINSURANCE COMPANY, SCOR REINSURANCE ASIA−PACIFIC PTE LIMITED, S REINSURANCE COMPANY (ASIA) LIMITED, SCOR Reinsurance Company, Odyssey Reinsurance Company, Sa Insurance Company of America, The First Liberty Insurance Corporation, Wausau Business Insurance Company, Wa Underwriters Insurance Company, Unionamerica Insurance Company Limited, Peerless Insurance Company, Indiana Company, LM Insurance Corporation, LM Property and Casualty Insurance Company, American Economy Insurance American Fire and Casualty Company, American Safety Casualty Insurance Company, American Safety Indemnity ( Al Rajhi Bank, Marlon Insurance Company Limited, Excelsior Insurance Company, UNDERWRITING MEMBERS LLOYD'S SYNDICATE 861, West American Insurance Company, Employers Insurance Company of Wausau, The Indemnity Company, The Netherlands Insurance Company, The Ohio Casualty Insurance Company, The Underwritir of Lloyd's Syndicate 1121, The Underwriting Members of Lloyd's Syndicate 1236, The Underwriting Members of Ll Syndicate 1243, The Underwriting Members of Lloyd's Syndicate 1308, The Underwriting Members of Lloyd's Synd The Underwriting Members of Lloyd's Syndicate 228, The Underwriting Members of Lloyd's Syndicate 510, The Un Members of Lloyd's Syndicate 529, The Underwriting Members of Lloyd's Syndicate 53, The Underwriting Member Syndicate 55, The Underwriting Members of Lloyd's Syndicate 991, General Insurance Company Of America, Gene Indemnity Company Of Arizona, General Security National Insurance Company, Liberty Insurance Corporation, Lib Insurance Underwriters Inc., Liberty Life Assurance Company of Boston, Liberty Lloyds of Texas Insurance Compa Managing Agency Limited(For and on behalf of the Lloyd's Underwriting Members from time to time of Lloyd's Syr |

| | | |
|---|---|---|
| | | 4472, 190 and 282 ), Liberty Mutual Fire Insurance Company, Liberty Mutual Insurance Company, Liberty Mutual In Europe Limited, Plaintiffs Executive Committees. (Attachments: # 1 Exhibit 1 Errata Worksheet)Motion or Order to Seal: 4255 .(Carter, Sean) (Entered: 05/07/2024) |
| )7/2024 | 9766 | MOTION for Default Judgment as to . Document filed by Jill Accardi.Filed In Associated Cases: 1:03−md−01570−G 1:21−cv−06247−GBD−SN.(Papain, Nicholas) (Entered: 05/07/2024) |
| )7/2024 | 9767 | MEMORANDUM OF LAW in Support re: (9766 in 1:03−md−01570−GBD−SN, 64 in 1:21−cv−06247−GBD−SN) M for Default Judgment as to . . Document filed by Jill Accardi. Filed In Associated Cases: 1:03−md−01570−GBD−SN 1:21−cv−06247−GBD−SN.(Papain, Nicholas) (Entered: 05/07/2024) |
| )7/2024 | 9768 | DECLARATION of Nicholas Papain in Support re: (9766 in 1:03−md−01570−GBD−SN, 64 in 1:21−cv−06247−GB MOTION for Default Judgment as to .. Document filed by Jill Accardi. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhib Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−06247−GBD−SN.(Papain, Nicholas) (Entered: 05/07/2024) |
| )7/2024 | 9769 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU PROPOSED ORDER. Document fil Accardi. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) Related Document Number: 9766 ..(Papain Proposed Order to be reviewed by Clerk's Office staff. Modified on 5/7/2024 (km). (Entered: 05/07/2024)** |
| )7/2024 | 9770 | MOTION for Default Judgment as to . Document filed by Evelyn Betso.Filed In Associated Cases: 1:03−md−01570− 1:21−cv−01394−GBD−SN.(Papain, Nicholas) (Entered: 05/07/2024) |
| )7/2024 | 9771 | MEMORANDUM OF LAW in Support re: (70 in 1:21−cv−01394−GBD−SN, 9770 in 1:03−md−01570−GBD−SN) M for Default Judgment as to . . Document filed by Evelyn Betso. Filed In Associated Cases: 1:03−md−01570−GBD−S 1:21−cv−01394−GBD−SN.(Papain, Nicholas) (Entered: 05/07/2024) |
| )7/2024 | 9772 | LETTER addressed to Magistrate Judge Sarah Netburn from Nicole Erb dated May 7, 2024 re: Motion to Strike Plain Untimely Expert Report. Document filed by Al Rajhi Bank..(Erb, Nicole) (Entered: 05/07/2024) |
| )7/2024 | 9773 | DECLARATION of Nicholas Papain in Support re: (70 in 1:21−cv−01394−GBD−SN, 9770 in 1:03−md−01570−GB MOTION for Default Judgment as to .. Document filed by Evelyn Betso. (Attachments: # 1 Exhibit A, # 2 Exhibit B, C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhib Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z, # 27 Exhi 28 Exhibit BB, # 29 Exhibit CC, # 30 Exhibit DD, # 31 Exhibit EE)Filed In Associated Cases: 1:03−md−01570−GB 1:21−cv−01394−GBD−SN.(Papain, Nicholas) (Entered: 05/07/2024) |
| )7/2024 | 9774 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** PROPOSED ORDER. Document fil Evelyn Betso. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) Related Document Number: 9770 ..(Papain **Proposed Order to be reviewed by Clerk's Office staff.** Modified on 5/7/2024 (km). (Entered: 05/07/2024) |
| )7/2024 | 9775 | LETTER addressed to Magistrate Judge Sarah Netburn from Jeannette A. Vargas dated May 7, 2024 re: Termination Document filed by FBI..(Vargas, Jeannette) (Entered: 05/07/2024) |
| )7/2024 | 9776 | MOTION for Default Judgment as to . Document filed by Raymond Alexander.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−03505−GBD−SN.(Papain, Nicholas) (Entered: 05/07/2024) |
| )7/2024 | 9777 | MEMORANDUM OF LAW in Support re: (9776 in 1:03−md−01570−GBD−SN, 74 in 1:21−cv−03505−GBD−SN) M for Default Judgment as to . . Document filed by Raymond Alexander. Filed In Associated Cases: 1:03−md−01570−G 1:21−cv−03505−GBD−SN.(Papain, Nicholas) (Entered: 05/07/2024) |
| )7/2024 | 9778 | DECLARATION of Nicholas Papain in Support re: (74 in 1:21−cv−03505−GBD−SN, 9776 in 1:03−md−01570−GB MOTION for Default Judgment as to .. Document filed by Raymond Alexander. (Attachments: # 1 Exhibit A, # 2 Ex Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 E 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z, # 27 Ex # 28 Exhibit BB, # 29 Exhibit CC, # 30 Exhibit DD, # 31 Exhibit EE, # 32 Exhibit FF, # 33 Exhibit GG, # 34 Exhibit Exhibit II, # 36 Exhibit JJ, # 37 Exhibit KK, # 38 Exhibit LL, # 39 Exhibit MM, # 40 Exhibit NN, # 41 Exhibit OO, # PP, # 43 Exhibit QQ, # 44 Exhibit RR, # 45 Exhibit SS)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−03505−GBD−SN.(Papain, Nicholas) (Entered: 05/07/2024) |
| )7/2024 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Nic Papain to RE−FILE Document (67 in 1:21−cv−06247−GBD−SN, 9769 in 1:03−md−01570−GBD−SN) Proposed Use the event type Proposed Orders, Proposed Default Judgment. Filed In Associated Cases: 1:03−md−01570− 1:21−cv−06247−GBD−SN(km)** (Entered: 05/07/2024) |

| | | |
|---|---|---|
| )7/2024 | 9779 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** PROPOSED ORDER. Document fil Raymond Alexander. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) Related Document Number: 9776 ..( Nicholas) **Proposed Order to be reviewed by Clerk's Office staff.** Modified on 5/7/2024 (km). (Entered: 05/07/202 |
| )7/2024 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Nic Papain to RE−FILE Document (9774 in 1:03−md−01570−GBD−SN, 73 in 1:21−cv−01394−GBD−SN) Proposed Use the event type Proposed Orders, Proposed Default Judgment. Filed In Associated Cases: 1:03−md−01570− 1:21−cv−01394−GBD−SN(km)** (Entered: 05/07/2024) |
| )7/2024 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Nic Papain to RE−FILE Document (9779 in 1:03−md−01570−GBD−SN, 77 in 1:21−cv−03505−GBD−SN) Proposed Use the event type Proposed Orders, Proposed Default Judgment. Filed In Associated Cases: 1:03−md−01570− 1:21−cv−03505−GBD−SN(km)** (Entered: 05/07/2024) |
| )7/2024 | 9780 | MEMORANDUM OF LAW in Opposition re: 9368 MOTION to Dismiss . *(Previously filed under seal on January 1 ECF No. 9539)*. Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 05/07/2024) |
| )7/2024 | 9781 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees and Ashton Plaintiffs d 7, 2024 re: Redacted filing previously filed under seal on January 17, 2024 at ECF No. 9539. Document filed by Plai Executive Committees..(Haefele, Robert) (Entered: 05/07/2024) |
| )7/2024 | 9782 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Jill Accardi. (Attachments: # 1 # 2 Exhibit B, # 3 Exhibit C).(Papain, Nicholas) **Proposed Default Judgment to be reviewed by Clerk's Office sta** (Entered: 05/07/2024) |
| )7/2024 | 9783 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Evelyn Betso. (Attachments: # A, # 2 Exhibit B, # 3 Exhibit C).(Papain, Nicholas) **Proposed Default Judgment to be reviewed by Clerk's Office** (Entered: 05/07/2024) |
| )7/2024 | 9784 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Raymond Alexander. (Attachm Exhibit A, # 2 Exhibit B, # 3 Exhibit C).(Papain, Nicholas) **Proposed Default Judgment to be reviewed by Clerk's staff.** (Entered: 05/07/2024) |
| )7/2024 | 9785 | MOTION to Dismiss ., MOTION for Summary Judgment .( Responses due by 7/1/2024) Document filed by Al Rajhi Bank..(Curran, Christopher) (Entered: 05/07/2024) |
| )7/2024 | 9786 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 9785 MOTION to Dismiss . MOTION for Judgment . . Document filed by Plaintiffs Executive Committees, Al Rajhi Bank. Motion or Order to File Under Seal .(Curran, Christopher) (Entered: 05/07/2024) |
| )7/2024 | 9787 | ***SELECTED PARTIES***RULE 56.1 STATEMENT. Document filed by Plaintiffs Executive Committees, Al Ra Motion or Order to File Under Seal: 1900 .(Curran, Christopher) (Entered: 05/07/2024) |
| )7/2024 | 9788 | ***SELECTED PARTIES***DECLARATION of Nicole Erb in Support re: 9785 MOTION to Dismiss . MOTION Summary Judgment .. Document filed by Plaintiffs Executive Committees, Al Rajhi Bank. (Attachments: # 1 Exhibit (Objections to Plaintiffs' Exhibits))Motion or Order to File Under Seal: 1900 .(Erb, Nicole) (Entered: 05/07/2024) |
| )7/2024 | 9789 | ***SELECTED PARTIES***DECLARATION of Nicole Erb in Support re: 9785 MOTION to Dismiss . MOTION Summary Judgment .. Document filed by Plaintiffs Executive Committees, Al Rajhi Bank,. (Attachments: # 1 Exhibi Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Ex 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, Exhibit 56, # 57 Exhibit 57, # 58 Exhibit 58, # 59 Exhibit 59 Part 1, # 60 Exhibit 59 Part 2, # 61 Exhibit 61, # 62 Exh 63 Exhibit 63, # 64 Exhibit 64, # 65 Exhibit 65, # 66 Exhibit 66, # 67 Exhibit 67, # 68 Exhibit 68, # 69 Exhibit 69, # 70, # 71 Exhibit 71, # 72 Exhibit 72, # 73 Exhibit 73, # 74 Exhibit 74, # 75 Exhibit 75, # 76 Exhibit 76, # 77 Exhibit Exhibit 78, # 79 Exhibit 79, # 80 Exhibit 80, # 81 Exhibit 81, # 82 Exhibit 82, # 83 Exhibit 83, # 84 Exhibit 84, # 85 # 86 Exhibit 86, # 87 Exhibit 87, # 88 Exhibit 88, # 89 Exhibit 89, # 90 Exhibit 90, # 91 Exhibit 91, # 92 Exhibit 92, Exhibit 93)Motion or Order to File Under Seal: 1900 .(Curran, Christopher) (Entered: 05/07/2024) |
| )8/2024 | 9790 | ***SELECTED PARTIES***COUNTER STATEMENT TO 9764 Rule 56.1 Statement,,,,,,,,,. Document filed by Al Bank, Plaintiffs Executive Committees. Motion or Order to File Under Seal: 4255 .(Curran, Christopher) (Entered: 0 |
| )8/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (68 in 1:21−cv−06247−GBD−SN, 9782 in 1:03−md−01570−GBD−SN) Proposed Default Judgment was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−06247−GBD−SN(km)** (Entered: 05/( |

| | | |
|---|---|---|
| )8/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (74 in 1:21−cv−01394−GBD−SN, 9783 in 1:03−md−01570−GBD−SN) Proposed Default Judgment was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−01394−GBD−SN(km)** (Entered: 05/( |
| )8/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (9784 in 1:03−md−01570−GBD−SN, 78 in 1:21−cv−03505−GBD−SN) Proposed Default Judgment was reviewed and ap to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−03505−GBD−SN(km)** (Entered: 05/08/ |
| )8/2024 | 9791 | MEMO ENDORSEMENT on re: 9775 Letter filed by FBI. ENDORSEMENT: Counsel's request is granted. The Cle is respectfully directed to remove Jeannette Vargas as counsel of record for the United States. SO ORDERED. Attorr Jeannette Anne Vargas terminated. (Signed by Magistrate Judge Sarah Netburn on 5/8/2024) (mml) (Entered: 05/08/2 |
| )8/2024 | 9792 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Con and Ashton Plaintiffs dated May 8, 2024 re: Errata for three exhibits in support of Plaintiffs sur−reply (ECF No. 970 Document filed by Plaintiffs Executive Committees, FBI, Ashton Plaintiffs, Kingdom of Saudi Arabia, Dallah Avco Arabia. (Attachments: # 1 Exhibit 701 (corrected), # 2 Exhibit 706 (corrected), # 3 Exhibit 12A (corrected))Motion o File Under Seal: 4255 .(Haefele, Robert) (Entered: 05/08/2024) |
| )8/2024 | 9793 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Con and Ashton Plaintiffs dated May 8, 2024 re: Response to Saudi Arabias May 3, 2024 letter, ECF No. 9760. Documen Plaintiffs Executive Committees, FBI, Ashton Plaintiffs, Kingdom of Saudi Arabia, Dallah Avco Trans Arabia. (Atta 1 Exhibit 1)Motion or Order to File Under Seal: 4255 .(Haefele, Robert) (Entered: 05/08/2024) |
| )9/2024 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners Patricia Carrington((spouse of 9/11 Decedent Jeremy Carringt Matthew Clark, Paula Hayes Cottoy((as Personal Representative of the Estate of Abeeku Ngozi Cottoy, child of 9/11 Conrod Cottoy, Sr.)), Keithroy Maynard, II, Joanna Ostrowski((spouse of 9/11 decedent James Ostrowski)), Gina Ta Jennifer Harvey Castelano, Antoinette McCarthy, Mary Vogt, John O'Shea, David Rosenberg, Sonia Shah added. Pa pursuant to 1463 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, Related document: 1463 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,.(Maloney, Andrew) (Entered: 05/09/2024) |
| )9/2024 | 9794 | CLERK CERTIFICATE OF MAILING of two copies of four (4) Notices of Default Judgment mailed to Islamic Rep Iran H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini St., Imam Sq. Tehran, Islamic Republic of Iran on 5/9/2024 via dispatch to the Secretary of State, Attn: Director of Consular Se Office of Policy Review and Inter−Agency Liaison (L/CA/POG/GCI), U.S. Department of State, SA−17, 10th Floor, Street NW, Washington, DC 20522, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 160 Federal Express tracking # 7761 6037 8431. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341 1:18−cv−12370−GBD−SN/ (ras) (Entered: 05/09/2024) |
| .0/2024 | 9795 | REPLY MEMORANDUM OF LAW in Support re: 9368 MOTION to Dismiss . *(Previously filed under seal on Mar* Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 05/10/2024) |
| .0/2024 | 9796 | MEMORANDUM OF LAW in Opposition re: 9362 MOTION to Dismiss *, or in the alternative*. MOTION for Sumn Judgment . *CORRECTED. (Previously filed under seal on January 17, 2024 as ECF No. 9537)*. Document filed by P Executive Committees..(Haefele, Robert) (Entered: 05/10/2024) |
| .0/2024 | 9797 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees and Ashton Plaintiffs c 10, 2024 re: Redacted filing previously filed under seal on January 17, 2024 at ECF No. 9537. Document filed by Pla Executive Committees..(Haefele, Robert) (Entered: 05/10/2024) |
| .0/2024 | 9798 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter dated Ma re: Plaintiffs with claims against Al Rajhi Bank write in response to ARB's May 7, 2024 letter, ECF No. 9772. Docur by Al Rajhi Bank, Peerless Insurance Company, General Insurance Company Of America, General Security Indemni Company Of Arizona, General Security National Insurance Company, Wausau Business Insurance Company, Wausa Underwriters Insurance Company, Excelsior Insurance Company, American Economy Insurance Company, America Casualty Company, American Safety Casualty Insurance Company, Liberty Insurance Corporation, Liberty Insurance Underwriters Inc., Liberty Life Assurance Company of Boston, Liberty Lloyds of Texas Insurance Company, Liberty Agency Limited(For and on behalf of the Lloyd's Underwriting Members from time to time of Lloyd's Syndicates 44 282 ), Liberty Mutual Fire Insurance Company, Liberty Mutual Insurance Company, Liberty Mutual Insurance Europ Employers Insurance Company of Wausau, QBE INSURANCE (INTERNATIONAL) LTD., Scor Global P&C Se, S Company Limited, West American Insurance Company, Indiana Insurance Company, LM Insurance Corporation, LM and Casualty Insurance Company, Marlon Insurance Company Limited, Odyssey Reinsurance Company, The First L Insurance Corporation, The Midwestern Indemnity Company, The Netherlands Insurance Company, The Ohio Casua Insurance Company, The Underwriting Members of Lloyd's Syndicate 1121, The Underwriting Members of Lloyd's S 1236, The Underwriting Members of Lloyd's Syndicate 1243, The Underwriting Members of Lloyd's Syndicate 1308 Underwriting Members of Lloyd's Syndicate 205, The Underwriting Members of Lloyd's Syndicate 228, The Underw Members of Lloyd's Syndicate 510, The Underwriting Members of Lloyd's Syndicate 529, The Underwriting Membe Lloyd's Syndicate 53, The Underwriting Members of Lloyd's Syndicate 55, The Underwriting Members of Lloyd's Sy |

| | | |
|---|---|---|
| | | 991, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 861, UnionAmerica Insurance Company Ltd., SC CANADA REINSURANCE COMPANY, SCOR REINSURANCE ASIA−PACIFIC PTE LIMITED, SCOR Reinsur Company, Safeco Insurance Company of America, UNDERWRITING MEMBERS OF LLOYD'S SYNDICATE 2. (Attachments: # 1 Affidavit Declaration of J. Scott Tarbutton, # 2 Exhibit 1 Declaration of Ben Railsback, # 3 Exhibi Deposition of Abdullah al Rajhi, # 4 Exhibit 3 Deposition of Robert Pasley, # 5 Exhibit 4 Deposition of Fawzi al Hobayb)Motion or Order to File Under Seal: 1900 .(Carter, Sean) (Entered: 05/10/2024) |
| .0/2024 | 9799 | ORDER: On May 9, 2024, the Court received the attached letter from Zacarias Moussaoui. It was sent from U.S. Pen Florence ADMAX by U.S. mail and postmarked May 3, 2024. It was addressed to U.S. District Judge George B. Dar Daniel Patrick Moynihan United States Courthouse. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on (tg) (Entered: 05/13/2024) |
| .3/2024 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners James Della Bella(as Personal Representative of the Estate of Della Bella), James Della Bella(as Personal Representative of the Estate of Vincent J. Della Bella, spouse of 9/11 dec Andrea Della Bella), Fern Rosenbaum, Fern Rosenbaum, Laura Andrucki Izzo(as Personal Representative of the Esta Andrucki), Kristin O'Grady Evans, Kristin O'Grady Evans, Barbara Boyle(as Personal Representative of the Estate of Boyle, parent of 9/11 decedent Michael Boyle), Theresa King(as Personal Representative of the Estate of Elizabeth A child of 9/11 decedent Robert King Jr.), Raymond Bayer, Kenneth Irby(as Personal Representative of the Estate of Fr Irby, parent of 9/11 decedent Stephanie Irby), James Kelly, Suk Tan Chin(as Personal Representative of the Estate of Chin, parent of 9/11 decedent Robert Chin), Peapack−Gladstone Bank, Thomas Virgilio, Thomas Virgilio, Bettyann Martineau(as Personal Representative of the Estate of Ronnah J. Martineau, parent of 9/11 decedent Brian E. Martine Bettyann Martineau(as Personal Representative of the Estate of Edward L. Martineau Jr., parent of 9/11 decedent Bri Martineau), Thomas Theurkauf, III, Dickstein Charles, Dickstein William, Douglas Cruikshank, David Braca, Kara V Kara Walker, Kara Walker, Lance Fry, BNY Mellon(as Personal Representative of the Estate of Victor Hugo Paz Gu Andrew H. Curoe, David M. Hempstead, Katherine Rohner, Katherine Rohner, Edward Brennan(as Personal Represe the Estate of Gail Brennan, parent of 9/11 decedent Edward A. Brennan III), Leigh Macadlo, Leigh Macadlo, Arthur Joyce Devitt, Leslie Dunlevy, Elizabeth Van Duyne, Barbara Jackman(as Personal Representative of the Estate of Ro Jackman, Parent of 9/11 decedent Brooke Alexandra Jackman), Steven Kandell, Stephen Perroncino, Stephen Perron Marilyn Rimmele, Melissa Brunschwig, Craig Nussbaum, Melissa Brunschwig, Craig Nussbaum, Judith Weil, Micha Angelini(as Personal Representative of the Estate of Joseph J. Angelini Sr.), Michael P. Angelini(as Personal Represe the Estate of Anne N. Angelini, spouse of 9/11 decedent Joseph J. Angelini Sr.), Sharon Baker−Gual, Martin Rambou Katherine McSweeney added. Party added pursuant to 1463 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,. Related document: 1463 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,..(Maloney, Andrew) (E 05/13/2024) |
| .4/2024 | 9800 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Nicole Erb dated May 14 Reply in support of Al Rajhi Bank's May 7, 2024 Letter−Motion to Strike Plaintiffs' Untimely Expert Report, ECF N Document filed by Al Rajhi Bank, Plaintiffs Executive Committees.Motion or Order to File Under Seal: 1900 .(Erb, I (Entered: 05/14/2024) |
| .4/2024 | 9801 | MOTION for Christopher M. Young to Withdraw as Attorney *for Kingdom of Saudi Arabia*. Document filed by King Saudi Arabia. (Attachments: # 1 Proposed Order to Withdraw Christopher M. Young as Attorney of Record).(Kellog (Entered: 05/14/2024) |
| .4/2024 | 9802 | MOTION for Default Judgment as to *Burlingame XIII Plaintiffs*. Document filed by Sheri Burlingame.Filed In Assoc Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN.(Granito, Frank) (Entere 05/14/2024) |
| .4/2024 | 9803 | DECLARATION of Frank H. Granito, III in Support re: (9802 in 1:03−md−01570−GBD−SN, 2059 in 1:02−cv−06977−GBD−SN, 319 in 1:02−cv−07230−GBD−SN) MOTION for Default Judgment as to *Burlingame XII Plaintiffs*.. Document filed by Sheri Burlingame. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN.(Granito, Frank) (Entered: 05/14/2024) |
| .4/2024 | 9804 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Sheri Burlingame. (Attachmen Exhibit A (Default Judgment Motion Cover Sheet), # 2 Exhibit B (Plaintiff List)).(Granito, Frank) **Proposed Default to be reviewed by Clerk's Office staff.** Modified on 5/14/2024 (km). (Entered: 05/14/2024) |
| .4/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (2061 in 1:02−cv−06977−GBD−SN, 321 in 1:02−cv−07230−GBD−SN, 9804 in 1:03−md−01570−GBD−SN) Proposed Def Judgment was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN(km)** (Entered: 05/14/2024) |
| .5/2024 | 9805 | ORDER granting 9801 Motion to Withdraw as Attorney. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) Order) (dsh) (Entered: 05/15/2024) |

| | | |
|---|---|---|
| .6/2024 | 9806 | MOTION to Amend/Correct (1 in 1:21−cv−10239−GBD) Complaint,,,,,,,,,,,,,,,, . Document filed by Nicole Amato.F Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−10239−GBD.(Goldman, Jerry) (Entered: 05/16/2024) |
| .6/2024 | 9807 | MEMORANDUM OF LAW in Support re: (103 in 1:21−cv−10239−GBD, 9806 in 1:03−md−01570−GBD−SN) MO Amend/Correct (1 in 1:21−cv−10239−GBD) Complaint,,,,,,,,,,,,,,,, . . Document filed by Nicole Amato. Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:21−cv−10239−GBD.(Goldman, Jerry) (Entered: 05/16/2024) |
| .6/2024 | 9808 | PROPOSED ORDER. Document filed by Nicole Amato. Related Document Number: 9806 ..(Goldman, Jerry) **Propo to be reviewed by Clerk's Office staff.** (Entered: 05/16/2024) |
| .6/2024 | 9809 | ORDER ADJOURNING SETTLEMENT CONFERENCES: The settlement conferences in this matter scheduled for Wednesday, May 22, 2024 at 10:00 a.m. and Wednesday, May 22, 2024 at 2:00 p.m. in Courtroom 17−D, United Sta Courthouse, 500 Pearl Street, New York, New York are hereby adjourned. Counsel is directed to update the court by 2024 via email as to the rescheduling of these conferences. SO ORDERED. (Signed by Magistrate Judge Katharine H 5/16/2024) (vfr) (Entered: 05/16/2024) |
| .6/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (9808 in 1:03−md−01570−GBD in 1:21−cv−10239−GBD) Proposed Order was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−10239−GBD(km)** (Entered: 05/16/2024) |
| .6/2024 | 9811 | MOTION to Substitute Party. Old Party: as set forth in Exhibit, New Party: as set forth in Exhibit . Document filed b Brennan, John Brennan, Est of Richard Hoadley, Est of Virginia Hoadley, Est of Walter Hoadley, Est. of Hoadley, Es Hoadley, Est. of Hoadley, Richard Hoadley, Aubrey Parris, Valerie Speller, John York. (Attachments: # 1 Exhibit Ex In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD, 1:17−cv−02003−GBD−SN.(Capone, Dorothea) (Entered: 05/16/2024) |
| .6/2024 | 9812 | PROPOSED ORDER. Document filed by John Brennan, Est. of Hoadley, Est. of Hoadley, Richard Hoadley, Aubrey Valerie Speller, John York. (Attachments: # 1 Exhibit Exhibit) Related Document Number: 9811 ..(Capone, Dorothea **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 05/16/2024) |
| .7/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (321 in 1:17−cv−02003−GBD−S 1:02−cv−07236−GBD, 9812 in 1:03−md−01570−GBD−SN, 2063 in 1:02−cv−06977−GBD−SN) Proposed Order reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GB 1:02−cv−07236−GBD, 1:17−cv−02003−GBD−SN(km)** (Entered: 05/17/2024) |
| 20/2024 | 9813 | MOTION for Judgment *for Damages on Behalf of the Plaintiffs Identified in Exhibit A and Exhibit B*. Document filec Roberta Agyeman.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 05/20/202 |
| 20/2024 | 9814 | MEMORANDUM OF LAW in Support re: (198 in 1:18−cv−11875−GBD−SN, 224 in 1:18−cv−12276−GBD−SN, 98 1:03−md−01570−GBD−SN, 106 in 1:21−cv−10239−GBD, 2064 in 1:02−cv−06977−GBD−SN, 214 in 1:18−cv−07306−GBD−SN, 231 in 1:18−cv−12387−GBD−SN, 206 in 1:18−cv−11837−GBD−SN, 155 in 1:18−cv−11876−GBD−SN, 103 in 1:22−cv−05193−GBD−SN, 239 in 1:18−cv−05320−GBD−SN, 268 in 1:18−cv−12277−GBD−SN, 259 in 1:18−cv−05321−GBD−SN, 163 in 1:19−cv−11776−GBD−SN, 171 in 1:20−cv−10460−GBD−SN, 183 in 1:20−cv−09376−GBD−SN, 215 in 1:19−cv−11865−GBD−SN, 170 in 1:20−cv−09387−GBD−SN, 168 in 1:19−cv−11767−GBD−SN) MOTION for Judgment *for Damages on Behalf of the Identified in Exhibit A and Exhibit B*. . Document filed by Roberta Agyeman. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 05/20/2024) |
| 20/2024 | 9815 | ***SELECTED PARTIES***DECLARATION of Jerry S. Goldman in Support re: (224 in 1:18−cv−12276−GBD−S 1:02−cv−06977−GBD−SN, 268 in 1:18−cv−12277−GBD−SN, 163 in 1:19−cv−11776−GBD−SN, 171 in 1:20−cv−10460−GBD−SN, 168 in 1:19−cv−11767−GBD−SN, 198 in 1:18−cv−11875−GBD−SN, 9813 in 1:03−md−01570−GBD−SN, 106 in 1:21−cv−10239−GBD, 214 in 1:18−cv−07306−GBD−SN, 231 in 1:18−cv−12387−GBD−SN, 206 in 1:18−cv−11837−GBD−SN, 155 in 1:18−cv−11876−GBD−SN, 103 in 1:22−cv−05193−GBD−SN, 239 in 1:18−cv−05320−GBD−SN, 259 in 1:18−cv−05321−GBD−SN, 183 in 1:20−cv−09376−GBD−SN, 215 in 1:19−cv−11865−GBD−SN, 170 in 1:20−cv−09387−GBD−SN) MOTION for Jud *Damages on Behalf of the Plaintiffs Identified in Exhibit A and Exhibit B*.. Document filed by Maureen Moody−Thei Personal Representative of the Estate of Thomas (Capt.) Moody, deceased, and on behalf of all survivors and all lega beneficiaries and family members of Thomas (Capt.) Moody), Horace Morris, Audrey Ades, Gordon Aamoth, Sr(as t Representative of the Estate of Gordon McCannell Aamoth, Jr., deceased, and on behalf of all survivors and all legall beneficiaries and family members of Gordon McCannel Aamoth, Jr.), Alexander Jimenez(individually, as surviving s Eliezer Jimenez (Jr.)), Lloyd A. Abel, Sr, Roberta Agyeman. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit Exhibit C−3, # 5 Exhibit C−3a, # 6 Exhibit C−3b, # 7 Exhibit C−3c, # 8 Exhibit C−3d, # 9 Exhibit C−3e)Filed In Ass Cases: 1:03−md−01570−GBD−SN et al.Motion or Order to File Under Seal: 7963 .(Goldman, Jerry) (Entered: 05/20 |
| 20/2024 | 9816 | ***SELECTED PARTIES***DECLARATION of Jerry S. Goldman in Support re: (224 in 1:18−cv−12276−GBD−S 1:02−cv−06977−GBD−SN, 268 in 1:18−cv−12277−GBD−SN, 163 in 1:19−cv−11776−GBD−SN, 171 in 1:20−cv−10460−GBD−SN, 168 in 1:19−cv−11767−GBD−SN, 198 in 1:18−cv−11875−GBD−SN, 9813 in 1:03−md−01570−GBD−SN, 106 in 1:21−cv−10239−GBD, 214 in 1:18−cv−07306−GBD−SN, 231 in |

| | | |
|---|---|---|
| | | 1:18−cv−12387−GBD−SN, 206 in 1:18−cv−11837−GBD−SN, 155 in 1:18−cv−11876−GBD−SN, 103 in 1:22−cv−05193−GBD−SN, 239 in 1:18−cv−05320−GBD−SN, 259 in 1:18−cv−05321−GBD−SN, 183 in 1:20−cv−09376−GBD−SN, 215 in 1:19−cv−11865−GBD−SN, 170 in 1:20−cv−09387−GBD−SN) MOTION for Jud *Damages on Behalf of the Plaintiffs Identified in Exhibit A and Exhibit B*.. Document filed by Maureen Moody−Thei Personal Representative of the Estate of Thomas (Capt.) Moody, deceased, and on behalf of all survivors and all lega beneficiaries and family members of Thomas (Capt.) Moody), Horace Morris, Audrey Ades, Gordon Aamoth, Sr(as t Representative of the Estate of Gordon McCannell Aamoth, Jr., deceased, and on behalf of all survivors and all legall beneficiaries and family members of Gordon McCannel Aamoth, Jr.), Alexander Jimenez(individually, as surviving s Eliezer Jimenez (Jr.)), Lloyd A. Abel, Sr, Roberta Agyeman. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit Exhibit C−3, # 5 Exhibit C−3a, # 6 Exhibit C−3b, # 7 Exhibit C−3c, # 8 Exhibit C−3d, # 9 Exhibit C−3e)Filed In As Cases: 1:03−md−01570−GBD−SN et al.Motion or Order to File Under Seal: 7963 .(Goldman, Jerry) (Entered: 05/20 |
| 20/2024 | 9817 | PROPOSED ORDER. Document filed by Roberta Agyeman. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit Document Number: 9813 ..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 05/ |
| 20/2024 | 9818 | MOTION for Judgment *as to Liability and for Partial Final Judgment for Damages*. Document filed by Alexander Jimenez.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11875−GBD−SN, 1:18−cv−12276−GBD− 1:22−cv−05193−GBD−SN.(Goldman, Jerry) (Entered: 05/20/2024) |
| 20/2024 | 9819 | MEMORANDUM OF LAW in Support re: (9818 in 1:03−md−01570−GBD−SN, 108 in 1:22−cv−05193−GBD−SN, 1:18−cv−12276−GBD−SN, 203 in 1:18−cv−11875−GBD−SN) MOTION for Judgment *as to Liability and for Partia Judgment for Damages*. . Document filed by Alexander Jimenez. Filed In Associated Cases: 1:03−md−01570−GBD− 1:18−cv−11875−GBD−SN, 1:18−cv−12276−GBD−SN, 1:22−cv−05193−GBD−SN.(Goldman, Jerry) (Entered: 05/2 |
| 20/2024 | 9820 | ***SELECTED PARTIES***DECLARATION of Jerry S. Goldman in Support re: (9818 in 1:03−md−01570−GBD− 1:18−cv−11875−GBD−SN, 108 in 1:22−cv−05193−GBD−SN, 229 in 1:18−cv−12276−GBD−SN) MOTION for Jud *Liability and for Partial Final Judgment for Damages*.. Document filed by Gordon Aamoth, Sr(as the Personal Repre the Estate of Gordon McCannell Aamoth, Jr., deceased, and on behalf of all survivors and all legally entitled benefici family members of Gordon McCannel Aamoth, Jr.), Alexander Jimenez(individually, as surviving sibling of Eliezer (Jr.)), Alexander Jimenez. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit C−3, # 5 Exhibit C− Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11875−GBD−SN, 1:18−cv−12276−GBD−SN, 1:22−cv−05193−GBD−SNMotion or Order to File Under Seal: 7963 .(Goldman, Jerry) (Entered: 05/20/2024) |
| 20/2024 | 9821 | PROPOSED ORDER. Document filed by Alexander Jimenez. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhib Related Document Number: 9818 ..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Ente 05/20/2024) |
| 21/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (263 in 1:18−cv−05321−GBD− 1:20−cv−09376−GBD−SN, 228 in 1:18−cv−12276−GBD−SN, 235 in 1:18−cv−12387−GBD−SN, 172 in 1:19−cv−11767−GBD−SN, 107 in 1:22−cv−05193−GBD−SN, 9817 in 1:03−md−01570−GBD−SN, 243 in 1:18−cv−05320−GBD−SN, 2068 in 1:02−cv−06977−GBD−SN, 202 in 1:18−cv−11875−GBD−SN, 210 in 1:18−cv−11837−GBD−SN, 167 in 1:19−cv−11776−GBD−SN, 175 in 1:20−cv−10460−GBD−SN, 174 in 1:20−cv−09387−GBD−SN, 219 in 1:19−cv−11865−GBD−SN, 110 in 1:21−cv−10239−GBD, 218 in 1:18−cv−07306−GBD−SN, 272 in 1:18−cv−12277−GBD−SN) Proposed Order, was reviewed and approved as t Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(tp)** (Entered: 05/21/2024) |
| 21/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (206 in 1:18−cv−11875−GBD− 1:18−cv−12276−GBD−SN, 111 in 1:22−cv−05193−GBD−SN, 9821 in 1:03−md−01570−GBD−SN) Proposed Or reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11875−GB 1:18−cv−12276−GBD−SN, 1:22−cv−05193−GBD−SN. (tp)** (Entered: 05/21/2024) |
| 23/2024 | 9822 | LETTER MOTION to Seal addressed to Magistrate Judge Sarah Netburn from Nicholas Papain, Esq. dated May 23, Document filed by Jill Accardi.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−06247−GBD−SN.( Nicholas) (Entered: 05/23/2024) |
| 23/2024 | 9823 | LETTER MOTION to Seal addressed to Magistrate Judge Sarah Netburn from Nicholas Papain, Esq. dated May 23, Document filed by Raymond Alexander.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−03505−GBD−SN.(Papain, Nicholas) (Entered: 05/23/2024) |
| 23/2024 | 9824 | LETTER MOTION to Seal addressed to Magistrate Judge Sarah Netburn from Nicholas Papain, Esq. dated May 23, Document filed by Evelyn Betso.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−01394−GBD−SN Nicholas) (Entered: 05/23/2024) |
| 24/2024 | 9825 | MOTION for Judgment *for Partial Damages*. Document filed by Alexander Jimenez.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11875−GBD−SN.(Goldman, Jerry) (Entered: 05/24/2024) |
| 24/2024 | 9826 | MEMORANDUM OF LAW in Support re: (207 in 1:18−cv−11875−GBD−SN, 9825 in 1:03−md−01570−GBD−SN) for Judgment *for Partial Damages*. . Document filed by Alexander Jimenez. Filed In Associated Cases: |

| | | |
|---|---|---|
| | | 1:03−md−01570−GBD−SN, 1:18−cv−11875−GBD−SN.(Goldman, Jerry) (Entered: 05/24/2024) |
| 24/2024 | 9827 | DECLARATION of Jerry S. Goldman in Support re: (207 in 1:18−cv−11875−GBD−SN, 9825 in 1:03−md−01570−G MOTION for Judgment *for Partial Damages*.. Document filed by Alexander Jimenez. (Attachments: # 1 Exhibit A, # B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11875−GBD−SN.(Goldman, Jerry) (Entered: 05/24/2024) |
| 24/2024 | 9828 | PROPOSED ORDER. Document filed by Alexander Jimenez. (Attachments: # 1 Exhibit A, # 2 Exhibit B) Related D Number: 9825 ..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 05/24/2024) |
| 24/2024 | 9829 | MOTION for Judgment *for Partial Damages Against the Islamic Republic of Iran*. Document filed by August Bernae Morris.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN, 1:19−cv−11865−GBD−SN.(Goldman, Jerry) (Entered: 05/24/2024) |
| 24/2024 | 9830 | NOTICE OF VOLUNTARY DISMISSAL pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, th plaintiff(s) and or their counsel(s), hereby give notice that the above−captioned action is voluntarily dismissed, witho and without costs against the defendant(s) Islamic Republic of Iran. Document filed by Beatrice Gaston. **Proposed do be reviewed and processed by Clerk's Office staff (No action required by chambers).**. Filed In Associated Cases 1:03−md−01570−GBD−SN et al..(Morgan, Robert) (Entered: 05/24/2024) |
| 24/2024 | 9831 | MEMORANDUM OF LAW in Support re: (264 in 1:18−cv−05321−GBD−SN, 220 in 1:19−cv−11865−GBD−SN, 98 1:03−md−01570−GBD−SN) MOTION for Judgment *for Partial Damages Against the Islamic Republic of Iran*. . Do filed by Horace Morris. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN, 1:19−cv−11865−GBD−SN.(Goldman, Jerry) (Entered: 05/24/2024) |
| 24/2024 | 9832 | ***SELECTED PARTIES***DECLARATION of Jerry S. Goldman in Support re: (220 in 1:19−cv−11865−GBD−S 1:03−md−01570−GBD−SN, 264 in 1:18−cv−05321−GBD−SN) MOTION for Judgment *for Partial Damages Agains Islamic Republic of Iran*.. Document filed by Horace Morris, August Bernaerts, August Bernaerts. (Attachments: # 1 # 2 Exhibit B, # 3 Exhibit B−3, # 4 Exhibit B−3)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN, 1:19−cv−11865−GBD−SNMotion or Order to File Under Seal: 9829 .(Goldman, Jerry) ( 05/24/2024) |
| 24/2024 | 9833 | PROPOSED ORDER. Document filed by August Bernaerts, Horace Morris. (Attachments: # 1 Exhibit A, # 2 Exhibi Document Number: 9829 ..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 05/ |
| 24/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (9828 in 1:03−md−01570−GBD in 1:18−cv−11875−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:18−cv−11875−GBD−SN. (tp)** (Entered: 05/24/2024) |
| 24/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (267 in 1:18−cv−05321−GBD−S 1:03−md−01570−GBD−SN, 223 in 1:19−cv−11865−GBD−SN) Proposed Order, was reviewed and approved as Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN, 1:19−cv−11865−GBD−SN. (t** (Entered: 05/24/2024) |
| 24/2024 | 9834 | ORDER granting 9806 Motion to Amend/Correct 9806 MOTION to Amend/Correct (1 in 1:21−cv−10239−GBD) Complaint,,,,,,,,,,,,,,,, . The complaint in No. 21−cv−10239 at ECF No. 1 is corrected to change plaintiff Christine Pe name to Christine Kuveikis. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (dsh) (En 05/24/2024) |
| 28/2024 | | *****NOTICE TO COURT REGARDING NOTICE OF VOLUNTARY DISMISSAL Document No. 9830 Notic Voluntary Dismissal was reviewed and referred to Judge George B. Daniels for approval for the following reas plaintiff(s) filed their voluntary dismissal and it did not dismiss all of the parties or the action in its entirety. (k** (Entered: 05/28/2024) |
| 28/2024 | 9835 | ORDER granting 9811 Motion to Substitute Party. The parties are substituted as provided in ECF No. 9811−1. (HER ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (dsh) Modified on 5/28/2024 (dsh). (Entered: 05/2 |
| 28/2024 | 9836 | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i): Pursuant to Fed. R. Civ 41(a)(1)(A)(i) the following Plaintiffs voluntarily dismiss without prejudice their claims against the Defendant, Islam of Iran, in Knight, et al. v. Islamic Republic of Iran, Case No. 18−cv−12398 (GBD)(SN), Johnson, et al. v. Islamic Re Iran, Case No. 18−cv−12344 (GBD)(SN), Desimone, et al. v. Islamic Republic of Iran, Case No. 21−cv− 07679 (GB Gaston, et al. v. Islamic Republic of Iran, Case No. 18−cv−12337 (GBD)(SN), and Rodriguez, et al. v. Islamic Repub Case No. 18−cv−12347 (GBD)(SN): 1. Steven Scarpitta, Individually, as a sibling of Michelle Scarpitta, deceased (in filed: ECF No. 4; 18−cv−12398; Allegation 37 of Appendix 1, January 2, 2019); 2. Steven Scarpitta, as Administrato Estate of Michelle Scarpitta, deceased (initially filed: ECF No. 4; 18−cv−12398; Allegation 37 of Appendix 1, Januar 3. Naomi Furman, as Administrator of the Estate of Steven Furman, deceased (initially filed: ECF No. 1; 18−cv−123 Allegation 34 of Appendix 1; December 29, 2018); 4. Alexandra Desimone, Individually, as a child of Patrick Dunn, (initially filed: ECF No. 4; 21−cv−07679; Allegation 2 of Appendix 1; September 27, 2021). 5. Georgina Gaston, Ind |

| | | |
|---|---|---|
| | | as a parent of Betsy Martinez, deceased (initially filed: ECF No. 18−cv−12337, Allegation 32 of Appendix 1; Decem 2018). 6. Ronald Coronato, Individually, as a stepchild of Peter Freund, deceased (initially filed; ECF No. 1; 18−cv− Allegation 19 of Appendix 1; December 30, 2018). 7. Ronald Coronato, as Administrator of the Estate of Peter Freun (initially filed; ECF No. 1; 18−cv−12347; Allegation 19 of Appendix 1; December 30, 2018). 8. Marjorie Farley, Ind as a parent of Paige Farley, deceased (initially filed; ECF No. 1; 18−cv−12347; Allegation 32 of Appendix 1; Decem 2018). 9. Marjorie Farley, as Administrator of the Estate of Paige Farley, deceased (initially filed; ECF No. 1; 18−cv- Allegation 32 of Appendix 1; December 30, 2018). 10. Joseph Herman, Individually, as the spouse of Chantal Vincel (initially filed; ECF No. 1; 18−cv−12347; Allegation 46 of Appendix 1; December 30, 2018). 11. Joseph Herman, as Administrator of the Estate of Chantal Vincelli, deceased (initially filed; ECF No. l; 18−cv−12347; Allegation 46 of December 30, 2018). 12. Rufus McDay, Individually, as a parent of Tonyell McDay, deceased (initially filed; ECF N 18−cv−12347; Allegation 61 of Appendix 1; December 30, 2018). 13. Rufus McDay, as Administrator of the Estate McDay, deceased (initially filed; ECF No. 1; 18−cv−12347; Allegation 61 of Appendix 1; December 30, 2018). This Voluntary Dismissal is limited only to dismissing the claims as noted above from these actions. The Defendant in the has not served an answer or motion for summary judgment. All other Plaintiffs maintain and continue to prosecute th against the Defendant in the above−captioned cases. SO ORDERED (Signed by Judge George B. Daniels on 5/28/20 Associated Cases: 1:03−md−01570−GBD−SN et al. (ks) (Entered: 05/28/2024) |
| 30/2024 | 9837 | ORDER: Oral argument on Defendant Dallah Avco Trans Arabia Company's motion to dismiss (ECF No. 9362) and Kingdom of Saudi Arabia's motion to dismiss (ECF No. 9368) is scheduled for July 10, 2024 at 9:45 a.m. SO ORDE (Signed by Judge George B. Daniels on 5/30/2024) ( Oral Argument set for 7/10/2024 at 09:45 AM before Judge Ge Daniels.) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (ks) (Entered: 05/30/2024) |
| 30/2024 | 9838 | MOTION to Substitute Party. Old Party: Amy Mulderry as the Personal Representative of the Estate of Stephen Mul deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family meml Stephen Mulderry; Amy Mulderry as the Personal Representative of the Estate of Stephen Mulderry, deceased, on be Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Mulderry, Amy Mulderry as the co−Personal Representative of the Estate of Stephen Mulderry, deceased, on behalf of the Estat behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Mulderry; Peter Mulderry co−Personal Representative of the Estate of Stephen Mulderry, deceased, on behalf of the Estate, and on behalf of all and all legally entitled beneficiaries and family members of Stephen Mulderry . Document filed by Estate of John Pat O'Neill Sr..Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:22−cv−05193−GBD−SN.(Goldman, Jerry) (Entered: 05/30/2024) |
| 30/2024 | 9839 | MOTION to Substitute Party. Old Party: Luis Jimenez, Sr., as Administrator of the Estate of Luis Jimenez, Jr., New Jimenez, as Administrator of the Estate of Luis Jimenez, Jr. . Document filed by Rosa Jimenez.Filed In Associated C 1:03−md−01570−GBD−SN, 1:18−cv−12347−GBD−SN.(Morgan, Robert) (Entered: 05/30/2024) |
| 30/2024 | 9840 | PROPOSED ORDER. Document filed by Rosa Jimenez. (Attachments: # 1 Exhibit Exhibit A) Related Document Nu ..(Morgan, Robert) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 05/30/2024) |
| 30/2024 | 9841 | PROPOSED ORDER. Document filed by Estate of John Patrick O'Neill Sr.. Related Document Number: 9838 ..(Gol Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** Modified on 5/30/2024 (km). (Entered: 05/30/2024) |
| 30/2024 | 9842 | REPLY MEMORANDUM OF LAW in Support re: 9362 MOTION to Dismiss *, or in the alternative*. MOTION for Judgment . *(Previously filed under seal at Dkt. 9607 on March 4, 2024)*. Document filed by Dallah Avco Trans Arab Robert) (Entered: 05/30/2024) |
| 30/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (97 in 1:18−cv−12347−GBD−S 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:18−cv−12347−GBD−SN(km)** (Entered: 05/30/2024) |
| 30/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (9841 in 1:03−md−01570−GBD in 1:22−cv−05193−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:22−cv−05193−GBD−SN(km)** (Entered: 05/30/2024) |
| 30/2024 | 9843 | MOTION for Judgment *as to Bauer II Plaintiffs*. Document filed by Kristen Carpenter, Joan Parker, Stephanie Parke Suarez, Carol Suarez, Manuel Suarez. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Filed In Associated 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD.(Capone, Dorothea) (Entered: 05/30 |
| 30/2024 | 9844 | DECLARATION of Dorothea M. Capone in Support re: (9843 in 1:03−md−01570−GBD−SN, 2071 in 1:02−cv−06977−GBD−SN, 272 in 1:02−cv−07236−GBD) MOTION for Judgment *as to Bauer II Plaintiffs*.. Docum Kristen Carpenter, Joan Parker, Stephanie Parker, Bryan Suarez, Carol Suarez, Manuel Suarez. (Attachments: # 1 Ex Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GB 1:02−cv−07236−GBD.(Capone, Dorothea) (Entered: 05/30/2024) |
| 30/2024 | 9845 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Kristen Carpenter, Joan Parke Parker, Bryan Suarez, Carol Suarez, Manuel Suarez. (Attachments: # 1 Exhibit A − Default Judgment Motion Cover |

| | | |
|---|---|---|
| | | Exhibit B, # 3 Exhibit C, # 4 Exhibit D).(Capone, Dorothea) **Proposed Default Judgment to be reviewed by Clerk' staff.** (Entered: 05/30/2024) |
| 31/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (9845 in 1:03−md−01570−GBD−SN, 274 in 1:02−cv−07236−GBD, 2073 in 1:02−cv−06977−GBD−SN) Proposed Default was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977- 1:02−cv−07236−GBD(nd)** (Entered: 05/31/2024) |
| 31/2024 | 9846 | MOTION to Substitute Party. Old Party: Joanne Cherry as the Personal Representative of the Estate of Vernon P. Ch deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family meml Vernon P. Cherry, New Party: Selena CherryDaniel as the Personal Representative of the Estate of Vernon P. Cherry on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ve Cherry . Document filed by Estate of John Patrick O'Neill Sr..Filed In Associated Cases: 1:03−md−01570−GBD−SN 1:04−cv−01076−GBD−SN, 1:18−cv−05320−GBD−SN.(Goldman, Jerry) (Entered: 05/31/2024) |
| 31/2024 | 9847 | PROPOSED ORDER. Document filed by Estate of John Patrick O'Neill Sr.. Related Document Number: 9846 ..(Gol Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** Modified on 5/31/2024 (nd). (Entered: 05/31/2024) |
| 31/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (796 in 1:04−cv−01076−GBD− 1:18−cv−05320−GBD−SN, 9847 in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:18−cv−05320−GBD−SN(n** 05/31/2024) |
| 31/2024 | 9848 | MOTION for Judgment *for Partial Damages*. Document filed by Roberta Agyeman.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05320−GBD−SN, 1:21−cv−10239−GBD, 1:22−cv−05193−GBD−SN, 1:22−cv−10823−GBD−SN.(Goldman, Jerry) (Entered: 05/31/2024) |
| 31/2024 | 9849 | MEMORANDUM OF LAW in Support re: (51 in 1:22−cv−10823−GBD−SN, 247 in 1:18−cv−05320−GBD−SN, 11 1:22−cv−05193−GBD−SN, 113 in 1:21−cv−10239−GBD, 9848 in 1:03−md−01570−GBD−SN) MOTION for Judgm *Partial Damages*. . Document filed by Roberta Agyeman. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05320−GBD−SN, 1:21−cv−10239−GBD, 1:22−cv−05193−GBD−SN, 1:22−cv−10823−GBD−SN.(Goldma (Entered: 05/31/2024) |
| 31/2024 | 9850 | ***SELECTED PARTIES***DECLARATION of Jerry S. Goldman in Support re: (51 in 1:22−cv−10823−GBD−SN 1:18−cv−05320−GBD−SN, 9848 in 1:03−md−01570−GBD−SN, 115 in 1:22−cv−05193−GBD−SN, 113 in 1:21−cv−10239−GBD) MOTION for Judgment *for Partial Damages*.. Document filed by Roberta Agyeman. (Attach Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit C−3, # 5 Exhibit C−3a, # 6 Exhibit C−3b, # 7 Exhibit C−3c, # 8 C−3d, # 9 Exhibit C−3e)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05320−GBD−SN, 1:21−cv−10239−GBD, 1:22−cv−05193−GBD−SN, 1:22−cv−10823−GBD−SNMotion or Order to File Under Seal: 7 .(Goldman, Jerry) (Entered: 05/31/2024) |
| 31/2024 | 9851 | PROPOSED ORDER. Document filed by Roberta Agyeman. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit Document Number: 9848 ..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 05/ |
| 31/2024 | 9852 | LETTER addressed to Magistrate Judge Sarah Netburn from Nicole Erb dated May 31, 2024 re: Al Rajhi Bank seeks authorization to refile under seal corrected versions of ECF Nos. 9788, 9789, and 9790. Document filed by Al Rajhi Nicole) (Entered: 05/31/2024) |
| 03/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (250 in 1:18−cv−05320−GBD− 1:22−cv−10823−GBD−SN, 9851 in 1:03−md−01570−GBD−SN, 118 in 1:22−cv−05193−GBD−SN, 116 in 1:21−cv−10239−GBD) Proposed Order, was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05320−GBD−SN, 1:21−cv−10239−GBD, 1:22−cv−05193−GBD−SN, 1:22−cv−10823−GBD−SN(nd)** (Entered: 06/03/2024) |
| 03/2024 | 9853 | MOTION for Default Judgment as to *the Estate of Angel R. Ortiz*. Document filed by Lisa Ortiz..(Eubanks, John) (E 06/03/2024) |
| 03/2024 | 9854 | MEMORANDUM OF LAW in Support re: 9853 MOTION for Default Judgment as to *the Estate of Angel R. Ortiz*. . filed by Lisa Ortiz..(Eubanks, John) (Entered: 06/03/2024) |
| 03/2024 | 9855 | ***SELECTED PARTIES***DECLARATION of John M. Eubanks in Support re: 9853 MOTION for Default Judg *the Estate of Angel R. Ortiz*.. Document filed by Lisa Ortiz, Lisa Ortiz. (Attachments: # 1 Exhibit A, # 2 Exhibit B)M Order to File Under Seal: 5716 .(Eubanks, John) (Entered: 06/03/2024) |
| 03/2024 | 9856 | DECLARATION of John M. Eubanks in Support re: 9853 MOTION for Default Judgment as to *the Estate of Angel* Document filed by Lisa Ortiz. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Eubanks, John) (Entered: 06/03/2024) |

| | | |
|---|---|---|
| )3/2024 | 9857 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Lisa Ortiz. (Attachments: # 1 ( Sheet Default Judgment Motion Cover Sheet, # 2 Exhibit A).(Eubanks, John) **Proposed Default Judgment to be rev Clerk's Office staff.** (Entered: 06/03/2024) |
| )3/2024 | 9858 | ORDER GRANTING PARTIAL FINAL JUDGMENT AGAINST THE TALIBAN FOR THE ASHTON−DICKEY PLAINTIFFS LISTED IN EXHIBITS A AND B: It is hereby ORDERED that service of process in the above−captio was properly effectuated upon the Taliban (see ECF Nos. 445, 709, 735, 1797); and it is ORDERED that paiiial final is entered on behalf of the Ashton−Dickey Plaintiffs identified in the attached Exhibits A and B against the Taliban; a ORDERED that the Ashton−Dickey Plaintiffs identified in the attached Exhibit A are awarded economic damages as Exhibit A and as supported by the expert reports and analyses tendered in conjunction with the Amended Schutty De (see ECF Nos. 9396−1, 9396−2); and it is ORDERED that the Ashton−Dickey Plaintiffs identified in the attached Ex awarded compensatory damages for decedents' pain and suffering in an amount of $2,000,000.00 per estate, as set fo attached Exhibit A; and it is ORDERED that the Ashton−Dickey Plaintiffs identified in the attached Exhibit B are aw solatium damages as set forth in Exhibit B; and it is ORDERED that Plaintiffs receiving pain and suffering damages the attached Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running f September 11, 2001 until the date of judgment; and it is further ORDERED that Plaintiffs receiving economic damag identified in the attached Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annua from June 28, 2017 until the date of judgment for Plaintiff Kristen Breitweiser, as Personal Representative of the Esta Ronald Breitweiser; and running from February 11, 2020 until the date of judgment for Plaintiff Patricia Ryan, as Ex the Estate of John J. Ryan Jr.; and it is further ORDERED that Plaintiffs identified in Exhibit Bare awarded prejudgm of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and ORDERED that the Ashton−Dickey Plaintiffs identified in the attached Exhibits A and B are awarded treble damage Anti−Terrorism Act, 18 U.S.C. § 2333 for the amounts claimed; and it is ORDERED that the Ashton−Dickey Plainti identified in the attached Exhibits A and B may submit future applications for punitive or other damages at a later dat with any future rulings of this Court; and it is ORDERED that the Ashton−Dickey Plaintiffs not appearing on Exhibit may submit in later stages applications for damages awards to the extent they have not done so already. The Clerk of directed to enter partial final default judgment for the Plaintiffs listed in Exhibits A and B. The Clerk of Court is furth to close the motions at ECF No. 9395 in 03−md−1570 and ECF No. 2001 in 02−cv−6977. SO ORDERED (Signed b George B. Daniels on 6/3/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN, 1:02−cv−07236−GBD (ks) (Entered: 06/03/2024) |
| )4/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. 9857 Propose Judgment was reviewed and approved as to form. (km)** (Entered: 06/04/2024) |
| )4/2024 | 9859 | MOTION for Default Judgment as to *Burlingame XIV Plaintiffs*. Document filed by Sheri Burlingame.Filed In Assoc Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN.(Granito, Frank) (Entere 06/04/2024) |
| )4/2024 | 9860 | DECLARATION of Frank H. Granito, III in Support re: (9859 in 1:03−md−01570−GBD−SN, 325 in 1:02−cv−07230−GBD−SN, 2075 in 1:02−cv−06977−GBD−SN) MOTION for Default Judgment as to *Burlingame X Plaintiffs*.. Document filed by Sheri Burlingame. (Attachments: # 1 Exhibit C (Economist Reports filed separately un seal))Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN Frank) (Entered: 06/04/2024) |
| )4/2024 | 9861 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Sheri Burlingame. (Attachmen Exhibit A (Default Judgment Motion Cover Sheet), # 2 Exhibit B (Plaintiff List)).(Granito, Frank) **Proposed Default to be reviewed by Clerk's Office staff.** Modified on 6/5/2024 (km). (Entered: 06/04/2024) |
| )4/2024 | 9862 | ***SELECTED PARTIES*** LETTER addressed to Judge George B. Daniels from Frank H. Granito, III dated June Expert Reports − Exhibit C to Motion (ECF 9859), Declaration (9860), Proposed Default Judgment (9861). Documen Sheri G. Burlingame, Sheri Burlingame. (Attachments: # 1 Exhibit C−1 Expert Report, # 2 Exhibit C−2 Expert Repo Exhibit C−3 Expert Report, # 4 Exhibit C−4 Expert Report)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SNMotion or Order to File Under Seal: 7963 .(Granito, Frank) (E 06/04/2024) |
| )5/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (2077 in 1:02−cv−06977−GBD−SN, 9861 in 1:03−md−01570−GBD−SN, 327 in 1:02−cv−07230−GBD−SN) Proposed Def Judgment was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN(km)** (Entered: 06/05/2024) |
| )5/2024 | 9863 | ORDER re: (9838 in 1:03−md−01570−GBD−SN) MOTION to Substitute Party. Old Party: Amy Mulderry as the Per Representative of the Estate of Stephen Mulderry, deceased, on behalf of the Estate, and on behalf of all survivors an entitled beneficiaries and family members of Steph filed by Estate of John Patrick O'Neill Sr. Amy Mulderry and Pet Mulderry, as co−personal representatives of the Estate of Stephen Mulderry, are substituted for Amy Mulderry, as pe representative of the Estate of Stephen Mulderry. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text C Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:22−cv−05193−GBD−SN (dsh 06/05/2024) |

| | | |
|---|---|---|
| )5/2024 | 9864 | ORDER: On May 30, 2024, the Court received the attached letter from Zacarias Moussaoui. It was sent from U.S. Pe Florence ADMAX by U.S. mail and postmarked May 25, 2024. It was addressed to U.S. District Judge George B. Da Daniel Patrick Moynihan United States Courthouse. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on (ks) (Entered: 06/05/2024) |
| )5/2024 | 9866 | MEMO ENDORSEMENT on re: 9852 Letter, filed by Al Rajhi Bank. ENDORSEMENT: Al Rajhi Bank's request is SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 6/5/2024) (mml) (Entered: 06/06/2024) |
| )6/2024 | 9865 | ORDER granting (9839) Motion to Substitute Party. in case 1:03−md−01570−GBD−SN; granting (96) Motion to Sul Party. in case 1:18−cv−12347−GBD−SN (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Ord Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12347−GBD−SN (dsh) Modified on 6/6/2024 (dsh). (Entere 06/06/2024) |
| )6/2024 | 9867 | ORDER granting (9846) Motion to Substitute Party. in case 1:03−md−01570−GBD−SN; granting (795) Motion to Su Party. in case 1:04−cv−01076−GBD−SN; granting (245) Motion to Substitute Party. in case 1:18−cv−05320−GBD−S Cherry−Daniel is substituted for Joanne Cherry as personal representative of the Estate of Vernon P. Cherry. (HEREI ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBI 1:04−cv−01076−GBD−SN, 1:18−cv−05320−GBD−SN (dsh) Modified on 6/6/2024 (dsh). (Entered: 06/06/2024) |
| )6/2024 | 9868 | MOTION to Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibit A . Document fi Kathleen Ashton. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Maloney, Andrew) (Entered: 06/06/2024) |
| )6/2024 | 9869 | PROPOSED ORDER. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A) Related Document Numbe Document Number: [ECF 9868 in 03−MDL−1570 and ECF 2079 in 02−cv−6977]]..(Maloney, Andrew) **Proposed O reviewed by Clerk's Office staff.** (Entered: 06/06/2024) |
| )6/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (9869 in 1:03−md−01570−GBI in 1:02−cv−06977−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(km)** (Entered: 06/06/2024) |
| )6/2024 | 9870 | ***SELECTED PARTIES***DECLARATION of Nicole Erb in Support re: 9785 MOTION to Dismiss . MOTION Summary Judgment .. Document filed by Al Rajhi Bank, Plaintiffs Executive Committees. (Attachments: # 1 Exhibit (Objections to Plaintiffs' Exhibits)Motion or Order to File Under Seal: 1900 .(Erb, Nicole) (Entered: 06/06/2024) |
| )6/2024 | 9871 | ***SELECTED PARTIES***DECLARATION of Nicole Erb in Support re: 9785 MOTION to Dismiss . MOTION Summary Judgment .. Document filed by Al Rajhi Bank, Plaintiffs Executive Committees,. (Attachments: # 1 Exhibi Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Ex 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52, # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, Exhibit 56, # 57 Exhibit 57, # 58 Exhibit 58, # 59 Exhibit 59 Part 1, # 60 Exhibit 59 Part 2, # 61 Exhibit 61, # 62 Exh 63 Exhibit 63, # 64 Exhibit 64, # 65 Exhibit 65, # 66 Exhibit 66, # 67 Exhibit 67, # 68 Exhibit 68, # 69 Exhibit 69, # 70, # 71 Exhibit 71, # 72 Exhibit 72, # 73 Exhibit 73, # 74 Exhibit 74, # 75 Exhibit 75, # 76 Exhibit 76, # 77 Exhibit Exhibit 78, # 79 Exhibit 79, # 80 Exhibit 80, # 81 Exhibit 81, # 82 Exhibit 82, # 83 Exhibit 83, # 84 Exhibit 84, # 85 # 86 Exhibit 86, # 87 Exhibit 87, # 88 Exhibit 88, # 89 Exhibit 89, # 90 Exhibit 90, # 91 Exhibit 91, # 92 Exhibit 92, Exhibit 93)Motion or Order to File Under Seal: 1900 .(Curran, Christopher) (Entered: 06/06/2024) |
| )6/2024 | 9872 | ***SELECTED PARTIES***COUNTER STATEMENT TO 9764 Rule 56.1 Statement,,,,,,,,,. Document filed by Al Bank, Plaintiffs Executive Committees. Motion or Order to File Under Seal: 4255 .(Curran, Christopher) (Entered: 06 |
| )7/2024 | 9873 | MOTION for Default Judgment as to *Burnett/Iran Personal Injury 9 Plaintiffs*. Document filed by Burnett Plaintiffs. Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 06/07/2024) |
| )7/2024 | 9874 | MEMORANDUM OF LAW in Support re: (720 in 1:15−cv−09903−GBD−SN, 9873 in 1:03−md−01570−GBD−SN) for Default Judgment as to *Burnett/Iran Personal Injury 9 Plaintiffs*. . Document filed by Burnett Plaintiffs. Filed In Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 06/07/2024) |
| )7/2024 | 9875 | ***SELECTED PARTIES***DECLARATION of John M. Eubanks in Support re: (720 in 1:15−cv−09903−GBD−S 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Burnett/Iran Personal Injury 9 Plaintiffs*.. Docum Burnett Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN 1:15−cv−09903−GBD−SNMotion or Order to File Under Seal: 5716 .(Eubanks, John) (Entered: 06/07/2024) |
| )7/2024 | 9876 | DECLARATION of John M. Eubanks in Support re: (720 in 1:15−cv−09903−GBD−SN, 9873 in 1:03−md−01570−C MOTION for Default Judgment as to *Burnett/Iran Personal Injury 9 Plaintiffs*.. Document filed by Burnett Plaintiffs |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 06/07/2024) |
| )7/2024 | 9877 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Cover Sheet Default Judgment Motion Cover Sheet, # 2 Exhibit A).(Eubanks, John) **Proposed Default Judgment to reviewed by Clerk's Office staff.** (Entered: 06/07/2024) |
| )7/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (9877 in 1:03−md−01570−GBD−SN, 724 in 1:15−cv−09903−GBD−SN) Proposed Default Judgment was reviewed and a to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(km)** (Entered: 06/07/ |
| )7/2024 | 9878 | MOTION for Default Judgment as to *Burnett/Iran XXX Plaintiffs*. Document filed by Burnett Plaintiffs.Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 06/07/2024) |
| )7/2024 | 9879 | MOTION for Default Judgment as to *Ashton 27 Plaintiffs*. Document filed by Kathleen Ashton.Filed In Associated C 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 06/07/2024) |
| )7/2024 | 9880 | MEMORANDUM OF LAW in Support re: (725 in 1:15−cv−09903−GBD−SN, 9878 in 1:03−md−01570−GBD−SN) for Default Judgment as to *Burnett/Iran XXX Plaintiffs*. . Document filed by Burnett Plaintiffs. Filed In Associated C 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 06/07/2024) |
| )7/2024 | 9881 | DECLARATION of John M. Eubanks in Support re: (725 in 1:15−cv−09903−GBD−SN, 9878 in 1:03−md−01570−C MOTION for Default Judgment as to *Burnett/Iran XXX Plaintiffs*.. Document filed by Burnett Plaintiffs. (Attachmen Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Ente 06/07/2024) |
| )7/2024 | 9882 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Cover Sheet Default Judgment Motion Cover Sheet, # 2 Exhibit A).(Eubanks, John) **Proposed Default Judgment to reviewed by Clerk's Office staff.** (Entered: 06/07/2024) |
| )7/2024 | 9883 | DECLARATION of James P. Kreindler in Support re: (2081 in 1:02−cv−06977−GBD−SN) MOTION for Default Ju to *Ashton 27 Plaintiffs*.. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit B − identification of parties, C − party declaration, # 3 Exhibit D − medical record, # 4 Exhibit E − Court appointment)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 06/07/2024) |
| )7/2024 | 9884 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Kathleen Ashton. (Attachment Exhibit A − Civil Cover Sheet, # 2 Exhibit B − identification of parties).(Kreindler, James) **Proposed Default Judgn reviewed by Clerk's Office staff.** (Entered: 06/07/2024) |
| )7/2024 | 9885 | LETTER addressed to Judge George B. Daniels from Plaintiffs Executive Committees and counsel for the Ashton Pl dated June 7, 2024 re: Progress made towards providing public access to judicial documents in advance of the oral ar scheduled for July 10, 2024. Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit Annex 1 Robert) (Entered: 06/07/2024) |
| .0/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (9882 in 1:03−md−01570−GBD in 1:15−cv−09903−GBD−SN) Proposed Default Judgment was reviewed and approved as to form. Filed In Ass Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(km)** (Entered: 06/10/2024) |
| .0/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (9884 in 1:03−md−01570−GBD−SN, 2083 in 1:02−cv−06977−GBD−SN) Proposed Default Judgment was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(km)** (Entered: 06/ |
| .0/2024 | 9886 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter dated June 10, 2024 re: Plaintiffs with cl against Al Rajhi Bank request a three−week extension of the deadline for their opposition to ARB's motion to dismis Document filed by Plaintiffs Executive Committees..(Carter, Sean) (Entered: 06/10/2024) |
| .0/2024 | 9887 | REPLY MEMORANDUM OF LAW in Opposition re: 9368 MOTION to Dismiss . *(Previously filed under seal at D April 19, 2024)*. Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 06/10/2024) |
| .2/2024 | 9888 | MOTION to Substitute Attorney. Old Attorney: James L. Bernard, New Attorney: Dennis G. Pantazis . Document fil Arrowood Indemnity Company, Arrowood Surplus Lines Insurance Company. (Attachments: # 1 Exhibit A Consent Granting Substitution of Attorney)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:17−cv−03908−GBD−SI Dennis) (Entered: 06/12/2024) |
| .2/2024 | 9889 | MOTION for Default Judgment as to *Burnett Non−Nationals 3*. Document filed by Burnett Plaintiffs.Filed In Associ 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 06/12/2024) |
| .2/2024 | 9890 | MEMORANDUM OF LAW in Support re: (729 in 1:15−cv−09903−GBD−SN, 9889 in 1:03−md−01570−GBD−SN) for Default Judgment as to *Burnett Non−Nationals 3*. . Document filed by Burnett Plaintiffs. Filed In Associated Cas |

| | | |
|---|---|---|
| | | 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 06/12/2024) |
| .2/2024 | 9891 | ***SELECTED PARTIES***DECLARATION of John M. Eubanks in Support re: (9889 in 1:03−md−01570−GBD− 1:15−cv−09903−GBD−SN) MOTION for Default Judgment as to *Burnett Non−Nationals 3*.. Document filed by Bur Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 1:03−md−01570−GE 1:15−cv−09903−GBD−SNMotion or Order to File Under Seal: 5716 .(Eubanks, John) (Entered: 06/12/2024) |
| .2/2024 | 9892 | DECLARATION of John M. Eubanks in Support re: (729 in 1:15−cv−09903−GBD−SN, 9889 in 1:03−md−01570−C MOTION for Default Judgment as to *Burnett Non−Nationals 3*.. Document filed by Burnett Plaintiffs. (Attachments: A, # 2 Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.( John) (Entered: 06/12/2024) |
| .2/2024 | 9893 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Cover Sheet Default Judgment Motion Cover Sheet, # 2 Exhibit A).(Eubanks, John) **Proposed Default Judgment to reviewed by Clerk's Office staff.** (Entered: 06/12/2024) |
| .2/2024 | 9894 | CLERK CERTIFICATE OF MAILING of two copies of the Order of Final Judgment mailed to Islamic Republic of I Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini St., Imam Khomein Tehran, Islamic Republic of Iran on 6/12/2024 by Federal Express tracking # 7768 2638 1085, to the Secretary of Sta Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department SA−17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of Foreign Services Immu 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−07209−GBD−SN. (ras) (Er 06/12/2024) |
| .2/2024 | 9895 | ***SELECTED PARTIES*** LETTER addressed to Judge George B. Daniels from Michael K. Kellogg dated June ECF NO. 9885 Concerning the Unsealing of Documents Associated with Saudi Arabia's Renewed Motion to Dismiss filed by FBI, Plaintiffs Executive Committees, Dallah Avco Trans Arabia, Kingdom of Saudi Arabia. (Attachments: 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)Motion or Order to File Under Seal: 4255 .(Kellogg, Michael) (Entered: 06/12/2024) |
| .2/2024 | 9896 | LETTER addressed to Judge George B. Daniels from Michael K. Kellogg dated June 12, 2024 re: ECF No. 9895 Cor Saudi Arabia's Letter In Response to ECF NO. 9885. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michae 06/12/2024) |
| .3/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (733 in 1:15−cv−09903−GBD−SN, 9893 in 1:03−md−01570−GBD−SN) Proposed Default Judgment was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(km)** (Entered: 06/ |
| .3/2024 | 9897 | ORDER re: 9868 MOTION to Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibi by Kathleen Ashton. Zofia Cieslik, as personal representative of the Estate of Andrzej Cieslik, is substituted for Andr (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) (dsh) (Entered: 06/13/2024) |
| .3/2024 | 9898 | ORDER re: 9888 MOTION to Substitute Attorney. Old Attorney: James L. Bernard, New Attorney: Dennis G. Panta by Arrowood Indemnity Company, Arrowood Surplus Lines Insurance Company. Counsel is substituted as provided 9888. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) (dsh) (Entered: 06/13/2024) |
| .3/2024 | 9899 | MEMO ENDORSEMENT on re: 9886 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The Plai request is granted. The briefing schedule is revised accordingly. SO ORDERED. (Replies due by 9/30/2024. Respons 7/22/2024.) (Signed by Magistrate Judge Sarah Netburn on 6/13/2024) (mml) (Entered: 06/13/2024) |
| .3/2024 | 9900 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated June 13, 2024 re Administrative request. Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 06/13/2024) |
| .3/2024 | 9901 | LETTER addressed to Judge George B. Daniels from Plaintiffs Executive Committees and counsel for the Ashton Pl dated June 13, 2024 re: Response to Saudi Arabias June 12, 2024 letter, ECF No. 9895,. Document filed by Plaintiffs Committees..(Haefele, Robert) (Entered: 06/13/2024) |
| .4/2024 | 9902 | LETTER addressed to Judge George B. Daniels from Michael K. Kellogg dated June 14, 2024 re: ECF No. 9885 Cor Unsealing of Documents Associated with Saudi Arabia's Renewed Motion to Dismiss (Previously Filed Under Seal a 9895). Document filed by Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit 1 Redacted For Public Filing, # 2 Exl Redacted For Public Filing, # 3 Exhibit 3, # 4 Exhibit 4).(Kellogg, Michael) (Entered: 06/14/2024) |
| .4/2024 | 9903 | PROPOSED CONSENT ORDER. Document filed by Daniel Roberts..(Goldman, Jerry) (Entered: 06/14/2024) |
| .4/2024 | 9904 | PROPOSED CONSENT ORDER. Document filed by Jeffrey Roberts..(Goldman, Jerry) (Entered: 06/14/2024) |
| .4/2024 | 9905 | PROPOSED CONSENT ORDER. Document filed by Taylor Roberts..(Goldman, Jerry) (Entered: 06/14/2024) |

| | | |
|---|---|---|
| .4/2024 | 9906 | PROPOSED CONSENT ORDER. Document filed by Kai Hernandez..(Goldman, Jerry) (Entered: 06/14/2024) |
| .4/2024 | 9907 | PROPOSED CONSENT ORDER. Document filed by Debra Roberts..(Goldman, Jerry) (Entered: 06/14/2024) |
| .4/2024 | 9908 | PROPOSED CONSENT ORDER. Document filed by Michael Roberts..(Goldman, Jerry) (Entered: 06/14/2024) |
| .4/2024 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners John O. Brennan, as Co−Administrator of the Est. of John V. dec., Mary Beth Magee, as Co−Administrator of the Est. of John V. Brennan, dec., Jennifer Price Salkever, as Co−Ad of the Est. of Virginia A. Hoadley, dec., Jennifer Price Salkever, as Co−Administrator of the Est. Walter E. Hoadley, Richard A. Hoadley, II, as Co−Administrator of the Est. of Virginia A. Hoadley, dec., Richard A. Hoadley, II, as Co−Administrator of the Est. of Walter E. Hoadley, dec., Robert D. Hoadley, as Co−Administrator of the Est. of Virg Hoadley, dec., Robert D. Hoadley, as Co−Administrator of the Est. of Walter E. Hoadley, dec., Nancy C. Hoadley, as of the Est. of Richard A. Hoadley, dec., Marva J. Parris, as Executrix of the Est. of Aubrey A. Parris, dec., Michael S Executor of the Est. of Valerie Speller, dec., Dolores York, as Executrix of the Est. of John P. York, dec. added. Party pursuant to 1463 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, Related document: 1463 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,..(Capone, Dorothea) (Entered: 06/14/2024) |
| .4/2024 | 9909 | LETTER addressed to Judge George B. Daniels from Jennifer Jude dated 6/14/24 re: FBI's Position Regarding Confi Review and Proposed Privacy Act Order in Advance of Oral Argument. Document filed by FBI..(Jude, Jennifer) (Ent 06/14/2024) |
| .7/2024 | 9910 | MOTION for Judgment *for Partial Final Damages*. Document filed by Marinella Hemenway.Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:18−cv−11870−GBD−SN, 1:18−cv−12277−GBD−SN, 1:22−cv−05193−GBD−SN.(Go Jerry) (Entered: 06/17/2024) |
| .7/2024 | 9911 | MEMORANDUM OF LAW in Support re: (274 in 1:18−cv−12277−GBD−SN, 9910 in 1:03−md−01570−GBD−SN, 1:18−cv−11870−GBD−SN, 120 in 1:22−cv−05193−GBD−SN) MOTION for Judgment *for Partial Final Damages*. . filed by Marinella Hemenway. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11870−GBD−SN, 1:18−cv−12277−GBD−SN, 1:22−cv−05193−GBD−SN.(Goldman, Jerry) (Entered: 06/17/2024) |
| .7/2024 | 9912 | MOTION for Default Judgment as to *Burnett XXXI Plaintiff*. Document filed by Burnett Plaintiffs.Filed In Associate 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 06/17/2024) |
| .7/2024 | 9913 | MEMORANDUM OF LAW in Support re: (9912 in 1:03−md−01570−GBD−SN, 740 in 1:15−cv−09903−GBD−SN) for Default Judgment as to *Burnett XXXI Plaintiff*. . Document filed by Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 06/17/2024) |
| .7/2024 | 9914 | DECLARATION of John M. Eubanks in Support re: (740 in 1:15−cv−09903−GBD−SN, 9912 in 1:03−md−01570−C MOTION for Default Judgment as to *Burnett XXXI Plaintiff*.. Document filed by Burnett Plaintiffs. (Attachments: # 1 # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (E 06/17/2024) |
| .7/2024 | 9915 | ***SELECTED PARTIES***DECLARATION of Jerry S. Goldman in Support re: (274 in 1:18−cv−12277−GBD−S 1:03−md−01570−GBD−SN, 236 in 1:18−cv−11870−GBD−SN, 120 in 1:22−cv−05193−GBD−SN) MOTION for Jud *Partial Final Damages*.. Document filed by Marinella Hemenway, Marinella Hemenway. (Attachments: # 1 Exhibit Exhibit B, # 3 Exhibit B−3 Experts Index, # 4 Exhibit B−3 Expert Reports)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11870−GBD−SN, 1:18−cv−12277−GBD−SN, 1:22−cv−05193−GBD−SNMot Order to File Under Seal: 9910 .(Goldman, Jerry) (Entered: 06/17/2024) |
| .7/2024 | 9916 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Cover Sheet Default Judgment Motion Cover Sheet, # 2 Exhibit A).(Eubanks, John) **Proposed Default Judgment to reviewed by Clerk's Office staff.** (Entered: 06/17/2024) |
| .7/2024 | 9917 | MOTION for Default Judgment as to *Burlingame XV Plaintiffs*. Document filed by Sheri Burlingame.Filed In Associ 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN.(Granito, Frank) (Entered: 06/1 |
| .7/2024 | 9918 | DECLARATION of Frank H. Granito, III in Support re: (329 in 1:02−cv−07230−GBD−SN, 2086 in 1:02−cv−06977 9917 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Burlingame XV Plaintiffs*.. Document file Burlingame. (Attachments: # 1 Exhibit C (Economist Reports filed separately under seal))Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN.(Granito, Frank) (Entered: 06/1 |
| .7/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (743 in 1:15−cv−09903−GBD−SN) Proposed Default Judgment, was reviewed and approved as to form. Filed In Assoc Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN. (tp)** (Entered: 06/17/2024) |
| .7/2024 | 9919 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Sheri Burlingame. (Attachmer Exhibit A (Default Judgment Motion Cover Sheet), # 2 Exhibit B (Plaintiff List)).(Granito, Frank) **Proposed Default to be reviewed by Clerk's Office staff.** Modified on 6/18/2024 (km). (Entered: 06/17/2024) |

| | | |
|---|---|---|
| .7/2024 | 9920 | PROPOSED ORDER. Document filed by Marinella Hemenway. (Attachments: # 1 Exhibit A− Cover Sheet, # 2 Exh Default Judgment Motion Exhibit(s) − Iran Filing Group 22) Related Document Number: 9910 ..(Goldman, Jerry) **Pr Order to be reviewed by Clerk's Office staff.** (Entered: 06/17/2024) |
| .7/2024 | 9921 | ***SELECTED PARTIES*** LETTER addressed to Judge George B. Daniels from Frank H. Granito, III dated June re: Expert Reports − Exhibit C to Motion (ECF 9917), Declaration (9918), Proposed Default Judgment (9919). Docu by Sheri G. Burlingame, Sheri G. Burlingame, Sheri Burlingame. (Attachments: # 1 Exhibit C−1 Expert Report, # 2 I Expert Report)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SNMotion or Order to File Under Seal: 7963 .(Granito, Frank) (Entered: 06/17/2024) |
| .7/2024 | 9922 | ***SELECTED PARTIES*** ORDER: The parties are ordered to file a joint letter by June 21, 2024. (Signed by Ma Judge Sarah Netburn on 6/17/2024) (ras) (Entered: 06/17/2024) |
| .7/2024 | 9923 | MEMO ENDORSEMENT on re: 9900 Letter filed by Plaintiffs Executive Committees. ENDORSEMENT: The plair request is granted. (Signed by Magistrate Judge Sarah Netburn on 6/17/2024) (ras) (Entered: 06/17/2024) |
| .7/2024 | 9924 | ORDER GRANTING PARTIAL FINAL JUDGMENT AGAINST THE ISLAMIC REPUBLIC OF IRAN FOR PLA KATHLEEN MARIE DELATIZKY: in favor of Kathleen Marie Delatizky against Islamic Republic of Iran in the an 8,500,000.00., Motions terminated: (165 in 1:18−cv−12341−GBD−SN, 9324 in 1:03−md−01570−GBD−SN) MOTIC Default Judgment as to *Solatium Damages against Islamic Republic of Iran*. filed by Kathleen Marie Delatizky, (974 1:03−md−01570−GBD−SN, 175 in 1:18−cv−12341−GBD−SN) LETTER MOTION to Expedite *consideration of Ka Marie Delatizky Motion for Solatium Damages MDL ECF 9324−27* addressed to Magistrate Judge Sarah Netburn frc M. Davies dated May 1, 2024. filed by Kathleen Marie Delatizky. Plaintiffs motion for partial final default judgment solatium damages against the Islamic Republic of Iran is GRANTED. It is ORDERED that Plaintiff Kathleen Marie I be awarded $8,500,000.00 in solatium damages; and it is ORDERED that prejudgment interest is awarded at a rate of percent per annum, all interest compounded annually for the period from September 11, 2001 until the date of judgm ORDERED that, to the extent they have not already done so, all Anaya Plaintiffs are permitted to seek punitive or oth at a later date, consistent with future Court orders. The Clerk of Court is directed to enter judgment for Plaintiff. The Court is further directed to close the open motions at ECF Nos. 9324 and 9744 in 03−md−1570 and ECF Nos. 165 an 18−cv−12341. SO ORDERED (Signed by Judge George B. Daniels on 6/17/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN (ks) Transmission to Finance Unit (Cashiers) for processing 06/17/2024) |
| .7/2024 | 9925 | ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR PARTIAL FINAL JUDGMENT AGAINST THE ISI REPUBLIC OF IRAN in favor of John O'Shea against Islamic Republic of Iran in the amount of $ 4,250,000.00., Mo terminated: (123 in 1:18−cv−08297−GBD−SN, 9689 in 1:03−md−01570−GBD−SN) MOTION for Default Judgmen *Betru 3 Plaintiff*. filed by Sirak Betru. It is hereby ORDERED that service of process in the above−captioned case wa effectuated upon the Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a)(4) (see ECF No. 7425); and it i ORDERED that default judgment as to liability is entered against the Islamic Republic of Iran and in favor of the Bet identified in Exhibit A; and it is ORDERED that partial final judgment is entered on behalf of the Betru Plaintiff iden Exhibit A against the Islamic Republic of Iran; and it is ORDERED that the Betru Plaintiff identified in Exhibit A is solatium damages as set forth therein; and it is ORDERED that the Betru Plaintiff identified in Exhibit A is awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the da judgment; and it is ORDERED that the Betru Plaintiff identified in Exhibit A may submit future applications for pun other damages at a later date consistent with any future rulings of this Court; and it IS ORDERED that Betru Plaintif appearing in Exhibit A may submit in later stages applications for damages awards to the extent they have not done s The Clerk of Court is directed to enter partial final default judgment for the Plaintiff listed in Exhibit A. The Clerk of further directed to close the motions at ECF No. 9689 in 03−md−1570 and ECF No. 123 in 18−cv−8297. SO ORDEF (Signed by Judge George B. Daniels on 6/17/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−08297−GBD−SN (ks) Transmission to Finance Unit (Cashiers) for processing. (Entered: 06/17/2024) |
| .7/2024 | 9926 | ORDER GRANTING PARTIAL FINAL JUDGMENT AGAINST THE ISLAMIC REPUBLIC OF IRAN FOR THE DESIMONE PLAINTIFFS LISTED IN EXHIBITS A AND B: It is hereby ORDERED that service of process in the above−captioned case was properly effectuated upon the Islamic Republic of Iran in accordance with 28 U.S.C. § 160 (see No. 21−cv−7679, ECF No. 54); and it is ORDERED that default judgment as to liability is entered against the Is Republic of Iran and in favor of all Desimone Plaintiffs; and it is ORDERED that partial final default judgment is ent behalf of the Desimone Plaintiffs identified in Exhibits A and B against the Islamic Republic of Iran; and it is ORDE the Desimone Plaintiff identified in Exhibit A is awarded compensatory damages for her decedent's pain and sufferin amount of $2,000,000.00, as set forth therein; and it is ORDERED that the Desimone Plaintiff identified in Exhibit B solatium damages as set forth therein; and it is ORDERED that the Desimone Plaintiffs identified in Exhibits A and I awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 u of judgment; and it is further ORDERED that the Desimone Plaintiffs identified in Exhibits A and B may submit futu applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is OR that the Desimone Plaintiffs not appearing on Exhibits A and B may submit in later stages applications for damages a the extent they have not done so already. The Clerk of Court is directed to enter partial final default judgment for the listed in Exhibits A and B. The Clerk of Court is further directed to close the motions at ECF No. 9740 in 03−md−15 |

| | | |
|---|---|---|
| | | No. 70 in 21−cv−7679. SO ORDERED, Motions terminated: (70 in 1:21−cv−07679−GBD, 9740 in 1:03−md−01570 MOTION for Default Judgment as to *Liability and Damages*. filed by Stephanie Desimone. (Signed by Judge George on 6/17/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−07679−GBD (ks) Transmission to F (Cashiers) for processing. (Entered: 06/17/2024) |
| .7/2024 | 9927 | ORDER GRANTING IN PART PARTIAL FINAL DEFAULT JUDGMENT FOR THE PLAINTIFFS LISTED IN E AND B: ORDERED that service of process in the above−captioned cases was properly effectuated upon Defendants accordance with 28 U.S.C. § 1608 (see ECF No. 64 in No. 15−cv−9903; ECF No. 21 in No. 19−cv−41; ECF No. 18 i 19−cv−44;); and it is ORDERED that partial final default judgment is entered on behalf of the Burnett Plaintiffs iden Exhibits A and B against Defendants and on behalf of the Arias and Prior Plaintiffs identified in Exhibit A against De Islamic Republic of Iran; and it is ORDERED that Plaintiffs identified in Exhibit A are awarded solatium damages as therein; and it is ORDERED that Plaintiffs identified in Exhibit B are awarded economic damages as set forth therein supported by the expert reports and analyses tendered in conjunction with the Eubanks Declaration (see ECF No. 975 is ORDERED that Plaintiffs identified in Exhibit B are awarded compensatory damages for decedents' pain and suffe amount of $2,000,000.00 per estate, as set forth therein; and it is ORDERED that Plaintiffs receiving solatium damag identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running f September 11, 2001 until the date of judgment; and it is ORDERED that Plaintiffs receiving pain and suffering dama identified in Exhibit B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running f September 11, 2001 until the date of judgment; and it is ORDERED that the Plaintiffs receiving economic damages i Exhibit B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date in the "Date of Report" column therein, until the date of judgment; and it is ORDERED that Plaintiffs identified in Ex and B may submit future applications for punitive or other damages at a later date consistent with any future rulings c Court; and it is ORDERED that Plaintiffs not appearing in Exhibits A and B may submit in later stages applications f awards to the extent they have not done so already. The Clerk of Court is directed to enter partial final default judgme Plaintiffs listed in Exhibits A and B. The Clerk of Court is further directed to close the motions at: ECF No. 9755 in 03−md−1570, ECF No. 712 in 15−cv−9903, ECF No. 167 in 19−cv−41, and ECF No. 151 in 19−cv−44. SO ORDER Motions terminated: (167 in 1:19−cv−00041−GBD−SN, 712 in 1:15−cv−09903−GBD−SN, 9755 in 1:03−md−01570−GBD−SN, 151 in 1:19−cv−00044−GBD−SN) MOTION for Default Judgment as to *Burnett/Iran X 7 and Prior 6 Plaintiffs*. filed by Burnett Plaintiffs. (Signed by Judge George B. Daniels on 6/17/2024) Filed In Assoc Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00041−GBD−SN, 1:19−cv−00044−GBD− (Entered: 06/18/2024) |
| .7/2024 | 9928 | ORDER GRANTING PARTIAL FINAL DEFAULT JUDGMENT FOR THE BURLINGAME XIII PLAINTIFFS L EXHIBIT A: ORDERED that service of process in the above−captioned case was properly effectuated upon the Islan Republic of iran in accordance with 28 U.S.C. § 1608(a)(4) (see ECF No. 1238); and it is ORDERED that partial fina judgment is entered on behalf of the Burlingame XIII Plaintiffs identified in Exhibit A against the Islamic Republic o it is ORDERED that the Burlingame XIII Plaintiffs identified in Exhibit A are awarded solatium damages as set forth and it is ORDERED that the Burlingame XIII Plaintiffs identified in Exhibit A are awarded prejudgment interest of 4 per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is ORDERED Burlingame XIII Plaintiffs identified in Exhibit A may submit future applications for punitive or other damages at a l consistent with any future rulings of this Court; and it is ORDERED that Burlingame Plaintiffs not appearing in Exhi submit in later stages applications for damages awards to the extent they have not done so already. The Clerk of Cour to enter partial final default judgment for the Plaintiffs listed in Exhibit A. The Clerk of Court is further directed to cl motions at: ECF No. 9802 in 03−md−1570, ECF No. 2059 in 02−cv−6977, and ECF No. 319 in 02−cv−7230. SO OF Motions terminated: (2059 in 1:02−cv−06977−GBD−SN, 319 in 1:02−cv−07230−GBD−SN, 9802 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Burlingame XIII Plaintiffs*. filed by Sheri G. Burli (Signed by Judge George B. Daniels on 6/17/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN (mml) Transmission to Finance Unit (Cashiers) for processin 06/18/2024) |
| .7/2024 | | Transmission to Orders and Judgments Clerk. Transmitted re: (178 in 1:18−cv−12341−GBD−SN, 178 in 1:18−cv−12341−GBD−SN, 9924 in 1:03−md−01570−GBD−SN, 9924 in 1:03−md−01570−GBD−SN) Judgment, Te Motions,,,,,,,,,,,,,, to the Orders and Judgments Clerk. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN.(ks) (Entered: 06/18/2024) |
| .7/2024 | 9931 | MEMORANDUM DECISIONAND ORDER:, Motions terminated: (75 in 1:22−cv−05193−GBD−SN, 166 in 1:20−cv−09376−GBD−SN, 150 in 1:19−cv−11776−GBD−SN, 153 in 1:20−cv−10460−GBD−SN, 190 in 1:19−cv−11865−GBD−SN, 9320 in 1:03−md−01570−GBD−SN, 220 in 1:18−cv−12387−GBD−SN, 85 in 1:21−cv−10239−GBD) MOTION for Judgment *as to Liability and for Partial Final Judgment for Damages*. filed by Derubbio, jessica derubbio. Plaintiffs' motion is DENIED in part without prejudice as to Plaintiffs Katherine Collier's Morris's, Philip L. Morris's, Rahma Salie' s, and Michael Theodoridis's claims for intentional infliction of emotional c DENIED in part without prejudice as to Plaintiff Christine Brozon, as Personal Representative of the Estate of Luigi request for pecuniary damages; DENIED in part without prejudice as to Plaintiff BNY Mellon, as Personal Represent Estate of Ivhan Luis Bautista's request for pain and suffering damages; DENIED without prejudice as to the Estate of Davidson's requests for pain and suffering and economic damages; and GRANTED in part in all other respects. It is C |

| | | |
|---|---|---|
| | | that service of process was properly effectuated upon the Islamic Republic of Iran under 28 U.S.C. § 1608; and it is C that this Court has subject matter and personal jurisdiction over the Plaintiffs' state law claims against the Islamic Rep Iran under 28 U.S.C. §§ 1330, 1605B; and it is ORDERED that judgments as to liability are entered for the Plaintiffs state law claims against the Islamic Republic of Iran as described in this Order; and it is ORDERED that partial final judgment is entered on behalf of the Plaintiffs identified in Exhibits A and B against the Islamic Republic of Iran; and ORDERED that the Plaintiffs identified in Exhibit A are awarded economic damages as set forth therein; and it is OF that the Plaintiffs identified in Exhibit A are awarded compensatory damages for decedents' pain and suffering in the $2,000,000.00 per estate, as set forth therein; and it is ORDERED that the Plaintiffs identified in Exhibit B are award damages as set forth therein; and it is ORDERED that the Plaintiffs receiving economic damages identified in Exhibi awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date indicated in tl Report" column therein, until the date of judgment; and it is ORDERED that Plaintiffs receiving pain and suffering d identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running f September 11, 2001 until the date of judgment; and it is ORDERED that the Plaintiffs receiving solatium damages id Exhibit B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from Septemb until the date of judgment; and it is ORDERED that the Plaintiffs identified in Exhibits A and B may submit future ap for punitive or other damages at a later date consistent with any future rulings of this Court; and it is ORDERED that not appearing in Exhibits A and B may submit in later stages applications for damages awards to the extent they have so already. The Clerk of Court is directed to enter partial final default judgment for the Plaintiffs listed in Exhibit A a Clerk of Court is further directed to close the motions at: ECF No. 9320 in 03−md−1570, ECF No. 279 in 18−cv−53( 228 in l 8−cv−5320, ECF No. 241 in 18−cv−5321, ECF No. 210 in 18−cv−5331, ECF No. 243 in 18−cv−5339, ECF 18−cv−11837, ECF No. 217 in 18−cv−11870, ECF No. 175 in 18−cv−11875, ECF No. 188 in 18−cv−11878, ECF N 18−cv−12276, ECF No. 248 in 18−cv−12277, ECF No. 220 in 18−cv−12387, ECF No. 150 in l 9−cv−11776, ECF N 19−cv−11865, ECF No. 166 in 20−cv−9376, ECF No. 153 in 20−cv−10460, ECF No. 85 in 21−cv−10239, and ECF 22−cv−5193. SO ORDERED (Signed by Judge George B. Daniels on 6/17/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (ks) Transmission to Finance Unit (Cashiers) for processing. (Entered: 06/18/2024) |
| .7/2024 | 9932 | ORDER GRANTING PARTIAL FINAL DEFAULT JUDGMENT FOR THE BURNETT PLAINTIFFS LISTED IN EXHIBITS A AND B: It is hereby ORDERED that service of process in the above−captioned case was properly effe upon Defendants (ECF No. 64 in No. 15−cv−9903); and it is ORDERED that partial final judgment is entered on beh Burnett Plaintiffs identified in Exhibits A and B against the Defendants; and it is ORDERED that the Burnett Plaintif in Exhibit A are awarded economic damages as set forth therein and as supported by the expert reports and analyses t conjunction with the Eubanks Declaration (ECF No. 9648); and it is ORDERED that the Burnett Plaintiffs identified A are awarded compensatory damages for decedents' pain and suffering in an amount of $2,000,000.00 per estate, as therein; and it is ORDERED that the Burnett Plaintiffs identified in Exhibit B are awarded solatium damages as set fo and it is ORDERED that Plaintiffs receiving pain and suffering damages identified in Exhibit A are awarded prejudgi interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgme ORDERED that Plaintiffs receiving economic damages identified in Exhibit A are awarded prejudgment interest of 4 per annum, compounded annually, running from the date indicated in the "Date of Report" column therein; and it is C that Plaintiffs identified in Exhibit B are awarded prejudgment interest of 4.96 percent per annum, compounded annu running from September 11, 2001 until the date of judgment; and it is ORDERED that the Burnett Plaintiffs identifie attached Exhibits A and B may submit future applications for punitive or other damages at a later date consistent witl rulings of this Court; and it is ORDERED that the Burnett Plaintiffs not appearing on Exhibits A and B may submit ir stages applications for damages awards to the extent they have not done so already. The Clerk of Court is directed to partial final default judgment for the Plaintiffs listed in Exhibits A and B. The Clerk of Court is further directed to clo motions at ECF No. 9646in 03−md−1570 and ECF No. 687 in 15−cv−9903. SO ORDERED, Motions terminated: (9( 1:03−md−01570−GBD−SN, 687 in 1:15−cv−09903−GBD−SN) MOTION for Default Judgment as to *Burnett/Iran P Identified at Exhibits A and B (Burnett/Iran XXVIII)*. filed by Burnett Plaintiffs. (Signed by Judge George B. Daniels 6/17/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN (ks) Transmission to Unit (Cashiers) for processing. (Entered: 06/18/2024) |
| .7/2024 | 9933 | ORDER GRANTING PARTIAL FINAL DEF AULT JUDGMENT FOR THE PLAINTIFFS LISTED IN EXHIBITS B: It is hereby ORDERED that service of process in the above−captioned case was properly effectuated upon the Isla Republic of Iran in accordance with 28 U.S.C. § 1608(a)(4) (see ECF Nos. 8407, 8887, 9234, and ECF No. 55 in 18− and it is ORDERED that partial final default judgment is entered on behalf of the Plaintiffs identified in Exhibits A ar against the Islamic Republic of Iran; and it is ORDERED that the Plaintiff identified in Exhibit A is awarded solatiun as set forth therein; and it is ORDERED that the Plaintiffs identified in Exhibit B are awarded economic damages as therein, and as supported by the expert reports and analyses tendered in conjunction with the Goldman Declaration (s Nos. 9850−3 to −9); and it is ORDERED that the Plaintiff receiving solatium damages identified in Exhibit A is awai prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the d judgment; and it is ORDERED that the Plaintiffs receiving economic damages identified in Exhibit B are awarded pr interest of 4.96 percent per annum, compounded annually, running from the date indicated in the "Date of Report" co therein, until the date of judgment; and it is ORDERED that the Plaintiffs identified in Exhibits A and B may submit applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is OR that Plaintiffs not appearing in Exhibits A and B may submit in later stages applications for damages awards to the ex have not done so already. The Clerk of Court is directed to enter partial final default judgment for the Plaintiffs listed |

| | | |
|---|---|---|
| | | A and B. The Clerk of Court is further directed to close the motions at: ECF No. 9848 in 03−md−1570, ECF No. 247 18−cv−5320, ECF No. 113 in 21−cv−10239, ECF No. 115 in 22−cv−5193, and ECF No. 51 in 22−cv−10823. SO OF Motions terminated: (115 in 1:22−cv−05193−GBD−SN, 9848 in 1:03−md−01570−GBD−SN, 51 in 1:22−cv−10823− 113 in 1:21−cv−10239−GBD) MOTION for Judgment *for Partial Damages*. filed by Roberta Agyeman. (Signed by J George B. Daniels on 6/17/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−10239−GBD, 1:22−cv−05193−GBD−SN, 1:22−cv−10823−GBD−SN (ks) Transmission to Finance Unit (Cashiers) for processing. 06/18/2024) |
| .7/2024 | 9934 | ORDER GRANTING PARTIAL FINAL DEFAULT JUDGMENT FOR THE BURLINGAME XIV PLAINTIFFS L EXHIBITS A: It is hereby ORDERED that service of process in the above−captioned case was properly effectuated u Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a)(4) (see ECF No. 1238); and it is ORDERED that pa judgment is entered on behalf of the Burlingame XIV Plaintiffs identified in Exhibit A against the Islamic Republic c it is ORDERED that the Burlingame XIV Plaintiffs identified in Exhibit A are awarded economic damages as set fort and as supported by the expert reports and analyses tendered in conjunction with the Granito Declaration (ECF No. 9 −4); and it is ORDERED that the Burlingame XIV Plaintiffs receiving economic damages identified in Exhibit A are prejudgment interest of 4.96 percent per annum, compounded annually, running from the date indicated in the "Date c column therein, until the date of judgment; and it is ORDERED that the Burlingame XIV Plaintiffs identified in the a Exhibit A may submit future applications for punitive or other damages at a later date consistent with any future rulin Court; and it is ORDERED that the Burlingame Plaintiffs not appearing on Exhibit A may submit in later stages appl damages awards to the extent they have not done so already. The Clerk of Court is directed to enter partial final defau for the Plaintiffs listed in Exhibit A. The Clerk of Court is further directed to close the motions at ECF No. 9859 in 03−md−01570, ECF No. 2075 in 02−cv−6977, and ECF No. 325 in 02−cv−7230. SO ORDERED, Motions terminate 1:02−cv−07230−GBD−SN, 2075 in 1:02−cv−06977−GBD−SN, 9859 in 1:03−md−01570−GBD−SN) MOTION for I Judgment as to *Burlingame XIV Plaintiffs*. filed by Sheri G. Burlingame. (Signed by Judge George B. Daniels on 6/1 Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN (ks) 06/18/2024) |
| .7/2024 | 9935 | ORDER GRANTING IN PART PARTIAL FINAL DEFAULT JUDGMENT FOR THE PLAINTIFFS LISTED IN E A AND B: It is hereby ORDERED that service of process in the above−captioned case was properly effectuated upon Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a)(4); and it is ORDERED that partial final default jud entered on behalf of the Plaintiffs identified in Exhibits A and B against the Islamic Republic of Iran; and it is ORDE the Plaintiffs identified in Exhibit A are awarded economic damages as set forth therein, and as supported by the expe and analyses tendered in conjunction with the Goldman Declaration (see ECF Nos. 9815−3 to −9); and it is ORDERE Plaintiffs identified in Exhibit A are awarded compensatory damages for decedents' pain and suffering in an amount c $2,000,000.00 per estate, as set forth therein; and it is ORDERED that the Plaintiffs identified in Exhibit B are award damages as set forth therein; and it is ORDERED that the Plaintiffs receiving economic damages identified in Exhibi awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date indicated in tl Report" column therein, until the date of judgment; and it is ORDERED that Plaintiffs receiving pain and suffering d identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running f September 11, 2001 until the date of judgment; and it is ORDERED that the Plaintiffs receiving solatium damages id Exhibit B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from Septemb until the date of judgment; and it is ORDERED that the Plaintiffs identified in Exhibits A and B may submit future ap for punitive or other damages at a later date consistent with any future rulings of this Court; and it is ORDERED that not appearing in Exhibits A and B may submit in later stages applications for damages awards to the extent they have so already. The Clerk of Court is directed to enter partial final default judgment for the Plaintiffs listed in Exhibit A a Clerk of Court is further directed to close the motions at: ECF No. 9813 in 03−md−1570, ECF No. 2064 in 02−cv−69 No. 239 in 18−cv−5320, ECF No. 259 in 18−cv−5321, ECF No. 214 in 18−cv−7306, ECF No. 206 in 18−cv−11837, 203 in 18−cv−11875, ECF No. 155 in 18−cv−11876, ECF No. 229 in 18−cv−12276, ECF No. 268 in 18−cv−12277, 231 in 18−cv−12387, ECF No. 168 in 19−cv−11767, ECF No. 163 in 19−cv−11776, ECF No. 220 in l 9−cv−11865, 183 in 20−cv−9376, ECF No. 170 in 20−cv−9387, ECFNo.171 in20−cv−10460, ECF No. 106 in 21−cv−10239, and 108 in22−cv−5193. SO ORDERED, Motions terminated: (163 in 1:19−cv−11776−GBD−SN, 206 in 1:18−cv−11837 224 in 1:18−cv−12276−GBD−SN, 183 in 1:20−cv−09376−GBD−SN, 171 in 1:20−cv−10460−GBD−SN, 168 in 1:19−cv−11767−GBD−SN, 214 in 1:18−cv−07306−GBD−SN, 239 in 1:18−cv−05320−GBD−SN, 103 in 1:22−cv−05193−GBD−SN, 215 in 1:19−cv−11865−GBD−SN, 231 in 1:18−cv−12387−GBD−SN, 155 in 1:18−cv−11876−GBD−SN, 170 in 1:20−cv−09387−GBD−SN, 268 in 1:18−cv−12277−GBD−SN, 106 in 1:21−cv−1 2064 in 1:02−cv−06977−GBD−SN, 9813 in 1:03−md−01570−GBD−SN, 198 in 1:18−cv−11875−GBD−SN, 259 in 1:18−cv−05321−GBD−SN) MOTION for Judgment *for Damages on Behalf of the Plaintiffs Identified in Exhibit A a B*. filed by Roberta Agyeman. (Signed by Judge George B. Daniels on 6/17/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (ks) Transmission to Finance Unit (Cashiers) for processing. (Entered: 06/18/2024) |
| .7/2024 | | Transmission to Finance Unit (Cashiers). Transmitted re: (744 in 1:15−cv−09903−GBD−SN, 744 in 1:15−cv−09903− 9927 in 1:03−md−01570−GBD−SN, 9927 in 1:03−md−01570−GBD−SN, 172 in 1:19−cv−00041−GBD−SN, 172 in 1:19−cv−00041−GBD−SN, 156 in 1:19−cv−00044−GBD−SN, 156 in 1:19−cv−00044−GBD−SN) Judgment to the F (Cashiers) for case processing. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00041−GBD−SN, 1:19−cv−00044−GBD−SN. (mml) (Entered: 06/18/2024) |

| | | |
|---|---|---|
| .8/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (9919 in 1:03−md−01570−GBD−SN, 2088 in 1:02−cv−06977−GBD−SN, 331 in 1:02−cv−07230−GBD−SN) Proposed Def Judgment was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN(km)** (Entered: 06/18/2024) |
| .8/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (9920 in 1:03−md−01570−GBD in 1:18−cv−12277−GBD−SN, 239 in 1:18−cv−11870−GBD−SN, 123 in 1:22−cv−05193−GBD−SN) Proposed Or reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11870−GB 1:18−cv−12277−GBD−SN, 1:22−cv−05193−GBD−SN(km)** (Entered: 06/18/2024) |
| .8/2024 | 9929 | MOTION to Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibit A . Document fi Kathleen Ashton. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Maloney, Andrew) (Entered: 06/18/2024) |
| .8/2024 | 9930 | PROPOSED ORDER. Document filed by Kathleen Ashton. Related Document Number: [ECF 9929 in 1:03−md−1570−GBD−SN and ECF 2091 in 1:02−cv−06977−GBD−SN]..(Maloney, Andrew) **Proposed Order to b by Clerk's Office staff.** (Entered: 06/18/2024) |
| .8/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (2092 in 1:02−cv−06977−GBD in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(km)** (Entered: 06/18/2024) |
| .8/2024 | | Five (5) DVDs received from Plaintiffs Executive Committee containing digital media exhibits, pursuant to Memo E signed by Judge Netburn on 06/17/2024 at D.E. 9923. (nmo) (Entered: 06/18/2024) |
| .8/2024 | 9936 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees and Ashton Plaintiffs d 18, 2024 re: pursuant to the Court's Order of 06/17/2024 regarding the filing of digital media files (ECF No. 9923). D filed by Kathleen Ashton. (Attachments: # 1 Exhibit Pls. Ex. 10E_ppr, # 2 Exhibit Pls. Ex. 10F_ppr, # 3 Exhibit Pls. 10G_ppr, # 4 Exhibit Pls. Ex. 10H_ppr, # 5 Exhibit Pls. Ex. 10K_ppr).(Simpson, James) (Entered: 06/18/2024) |
| .9/2024 | 9937 | MOTION to Substitute Party. Old Party: Saundra Faye Woolen as the Personal Representative of the Estate of Tamar deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family meml Tamara Thurman, New Party: Emory E. Hackman, Jr. as the Personal Representative of the Estate of Tamara Thurma deceased, on behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family meml Tamara Thurman . Document filed by Saundra Woolen.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−07306−GBD−SN, 1:18−cv−11971−GBD−SN.(Goldman, Jerry) (Entered: 06/19/2024) |
| .9/2024 | 9938 | PROPOSED ORDER. Document filed by Saundra Woolen. Related Document Number: 9937 ..(Goldman, Jerry) **Pro Order to be reviewed by Clerk's Office staff.** (Entered: 06/19/2024) |
| .9/2024 | 9939 | MOTION for Default Judgment as to *Ashton 28 Plaintiffs*. Document filed by Kathleen Ashton.Filed In Associated C 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 06/19/2024) |
| .9/2024 | 9940 | DECLARATION of James P. Kreindler in Support re: (2095 in 1:02−cv−06977−GBD−SN) MOTION for Default Ju to *Ashton 28 Plaintiffs*.. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit B1 − Party Estates, # 2 Exhib Party Estates, # 3 Exhibit C − Party Solatiums, # 4 Exhibit D − Declaration, # 5 Exhibit E − filed separately under se Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 06/19/2024) |
| .9/2024 | 9941 | ***SELECTED PARTIES*** LETTER addressed to Judge George B. Daniels from James P. Kreindler dated 06/19/ Exhibit E in support of Motion for Default Judgment as to Ashton 28 Plaintiffs. Document filed by FBI, Kingdom of Arabia, Plaintiffs Executive Committees, Dallah Avco Trans Arabia, John Ashton, Kathleen Ashton. (Attachments: # E − Carrington report, # 2 Exhibit E − Berkeley report, # 3 Exhibit E − Foster report)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SNMotion or Order to File Under Seal: 7963 .(Kreindler, James 06/19/2024) |
| .9/2024 | 9942 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Kathleen Ashton. (Attachmen Exhibit A − Civil Cover Sheet, # 2 Exhibit B1 − Party estates, # 3 Exhibit B2 − Party estates, # 4 Exhibit C − Party solatiums).(Kreindler, James) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 06/19 |
| .9/2024 | 9943 | LETTER addressed to Judge George B. Daniels from Plaintiffs Executive Committees and Ashton Plaintiffs dated Ju re: Response to the Federal Bureau of Investigations June 14, 2024 letter on the sealing issues (ECF No. 9909). Docu by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 06/19/2024) |
| .9/2024 | 9944 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees and Ashton Plaintiffs d 19, 2024 re: further public filing of judicial documents, as set forth in Plaintiffs' June 7, 2024 letter and accompanyin (ECF No. 9885). Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit Pls. Ex. 11D_ppr, # 2 Exhibit Pls. E Exhibit Pls. Ex. 11M, # 4 Exhibit Pls. Ex. 11N_upd−ppr, # 5 Exhibit Pls. Ex. 12AA_ppr part 1 of 5, # 6 Exhibit Pls. I 12AA_ppr part 2 of 5, # 7 Exhibit Pls. Ex. 12AA_ppr part 3 of 5, # 8 Exhibit Pls. Ex. 12AA_ppr part 4 of 5, # 9 Exhi 12AA_ppr part 5 of 5, # 10 Exhibit Pls. Ex. 12BB_ppr, # 11 Exhibit Pls. Ex. 353, # 12 Exhibit Pls. Ex. 355, # 13 Exh |

| | | |
|---|---|---|
| | | 364, # 14 Exhibit Pls. Ex. 365, # 15 Exhibit Pls. Ex. 368, # 16 Exhibit Pls. Ex. 369, # 17 Exhibit Pls. Ex. 373, # 18 Ex Ex. 375, # 19 Exhibit Pls. Ex. 376, # 20 Exhibit Pls. Ex. 377, # 21 Exhibit Pls. Ex. 383, # 22 Exhibit Pls. Ex. 390, # 2 Pls. Ex. 392, # 24 Exhibit Pls. Ex. 394).(Simpson, James) (Entered: 06/19/2024) |
| .9/2024 | 9945 | MOTION for Default Judgment as to *Burnett Non−Nationals 4*. Document filed by Burnett Plaintiffs.Filed In Associ 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 06/19/2024) |
| .9/2024 | 9946 | MEMORANDUM OF LAW in Support re: (9945 in 1:03−md−01570−GBD−SN, 746 in 1:15−cv−09903−GBD−SN) for Default Judgment as to *Burnett Non−Nationals 4*. . Document filed by Burnett Plaintiffs. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 06/19/2024) |
| .9/2024 | 9947 | DECLARATION of John M. Eubanks in Support re: (9945 in 1:03−md−01570−GBD−SN, 746 in 1:15−cv−09903−C MOTION for Default Judgment as to *Burnett Non−Nationals 4*.. Document filed by Burnett Plaintiffs. (Attachments: A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 06/19/2024) |
| .9/2024 | 9948 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Cover Sheet Default Judgment Motion Cover Sheet, # 2 Exhibit A, # 3 Exhibit B).(Eubanks, John) **Proposed Defaul to be reviewed by Clerk's Office staff.** (Entered: 06/19/2024) |
| .9/2024 | 9949 | MOTION for Judgment *against Islamic Republic of Iran*. Document filed by Irene Dickey.Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) (Entered: 06/19/2024) |
| .9/2024 | 9950 | DECLARATION of John F. Schutty in Support re: (2099 in 1:02−cv−06977−GBD−SN) MOTION for Judgment *aga Republic of Iran*.. Document filed by Irene Dickey. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) (Entered: 06/19/2024) |
| .9/2024 | 9951 | PROPOSED JUDGMENT. Document filed by Irene Dickey. (Attachments: # 1 Exhibit A. List of Ashton−Dickey Pl (Compensatory Awards + Punitive Damages)).(Schutty, John) **Proposed Judgment to be reviewed by Clerk's Offi** (Entered: 06/19/2024) |
| .9/2024 | 9952 | PROPOSED JUDGMENT. Document filed by Irene Dickey. (Attachments: # 1 Exhibit A. List of Ashton−Dickey Pl (Compensatory Awards + Treble Damages)).(Schutty, John) **Proposed Judgment to be reviewed by Clerk's Office** (Entered: 06/19/2024) |
| 20/2024 | 9953 | ORDER re: 9929 MOTION to Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibi by Kathleen Ashton. The parties are substituted as provided in ECF. NO. 9929, Exhibit A. (HEREBY ORDERED by Judge Sarah Netburn) (Text Only Order) (dsh) (Entered: 06/20/2024) |
| 20/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (222 in 1:18−cv−07306−GBD− 1:18−cv−11971−GBD−SN, 9938 in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−07306−GBD−SN, 1:18−cv−11971−GBD−SN(n** 06/20/2024) |
| 20/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (9942 in 1:03−md−01570−GBD−SN, 2098 in 1:02−cv−06977−GBD−SN) Proposed Default Judgment, was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(nd)** (Entered: 06/2 |
| 20/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (749 in 1:15−cv−09903−GBD−SN, 9948 in 1:03−md−01570−GBD−SN) Proposed Default Judgment, was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(nd)** (Entered: 06/2 |
| 20/2024 | 9954 | MOTION for Judgment *as to Liability and for Partial Final Judgment for Damages against the Islamic Republic of I* Document filed by Lloyd Abel.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11837−GBD−SN, 1:19−cv−11767−GBD−SN, 1:19−cv−11776−GBD−SN, 1:20−cv−09376−GBD−SN.(Goldman, Jerry) (Entered: 06/2( |
| 20/2024 | 9955 | ***SELECTED PARTIES***DECLARATION of Jerry S. Goldman in Support re: (191 in 1:20−cv−09376−GBD−S MOTION for Judgment *as to Liability and for Partial Final Judgment for Damages against the Islamic Republic of I* Document filed by Deborah Bodner, Lloyd Abel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhi Expert Index, # 5 Exhibit C−3 Expret Reports, # 6 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11837−GBD−SN, 1:19−cv−11767−GBD−SN, 1:19−cv−11776−GBD−SN, 1:20−cv−09376−GBD−SNMoti to File Under Seal: 7963 .(Goldman, Jerry) (Entered: 06/20/2024) |
| 20/2024 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (2101 in 1:02−cv−06977−( 9951 in 1:03−md−01570−GBD−SN) Proposed Judgment, was reviewed and approved as to form. Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(nd)** (Entered: 06/20/2024) |
| 20/2024 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (2102 in 1:02−cv−06977−( 9952 in 1:03−md−01570−GBD−SN) Proposed Judgment, was reviewed and approved as to form. Filed In Asso** |

| | | |
|---|---|---|
| | | **Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(nd)** (Entered: 06/20/2024) |
| 20/2024 | 9956 | PROPOSED ORDER. Document filed by Lloyd Abel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) Re Document Number: 9954 ..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** Modified on (nd). (Entered: 06/20/2024) |
| 20/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (9956 in 1:03−md−01570−GBD in 1:19−cv−11776−GBD−SN, 193 in 1:20−cv−09376−GBD−SN, 215 in 1:18−cv−11837−GBD−SN, 177 in 1:19−cv−11767−GBD−SN) Proposed Order, was reviewed and approved as to form. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:18−cv−11837−GBD−SN, 1:19−cv−11767−GBD−SN, 1:19−cv−11776−GBD−SN, 1:20−cv−09376−GBD−SN(nd)** (Entered: 06/20/2024) |
| 20/2024 | 9957 | NOTICE of Amendment. Document filed by Lloyd Abel. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11837−GBD−SN.(Goldman, Jerry) (Entered: 06/20/2024) |
| 20/2024 | 9958 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman dated 06/20/2024 re: ECF No. 9931. Docume Lloyd Abel.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11837−GBD−SN.(Goldman, Jerry) (En 06/20/2024) |
| 20/2024 | 9959 | MOTION for Judgment *for Partial Damages*. Document filed by Audrey Ades.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−07306−GBD−SN.(Goldman, Jerry) (Entered: 06/20/2024) |
| 20/2024 | 9960 | ORDER granting 9937 Motion to Substitute Party. The parties are substituted as provided in ECF No. 9938−1. (HER ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (dsh) Modified on 6/20/2024 (dsh). (Entered: 06/2 |
| 20/2024 | 9961 | ***SELECTED PARTIES***DECLARATION of Jerry S. Goldman in Support re: (224 in 1:18−cv−07306−GBD−S MOTION for Judgment *for Partial Damages*.. Document filed by Audrey Ades. (Attachments: # 1 Exhibit A, # 2 Ex Exhibit B−3 Expert Report)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−07306−GBD−SNMotic to File Under Seal: 7963 .(Goldman, Jerry) (Entered: 06/20/2024) |
| 20/2024 | 9962 | MOTION to Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibit A . Document fil Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John 06/20/2024) |
| 20/2024 | 9963 | ***SELECTED PARTIES***DECLARATION of Jerry S. Goldman in Support re: (224 in 1:18−cv−07306−GBD−S MOTION for Judgment *for Partial Damages*.. Document filed by Audrey Ades. (Attachments: # 1 Exhibit A, # 2 Ex Exhibit B−3, # 4 Exhibit C)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−07306−GBD−SNMotic to File Under Seal: 7963 .(Goldman, Jerry) (Entered: 06/20/2024) |
| 20/2024 | 9964 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. Related Document Number: 9962 ..(Eubanks, John) **Pro Order to be reviewed by Clerk's Office staff.** (Entered: 06/20/2024) |
| 20/2024 | 9965 | MOTION to Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibit A . Document fil Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John 06/20/2024) |
| 20/2024 | 9966 | PROPOSED ORDER. Document filed by Audrey Ades. (Attachments: # 1 Exhibit A, # 2 Exhibit B) Related Docum Number: 9959 ..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 06/20/2024) |
| 20/2024 | 9967 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. Related Document Number: 9965 ..(Eubanks, John) **Pro Order to be reviewed by Clerk's Office staff.** (Entered: 06/20/2024) |
| 20/2024 | 9968 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman dated 06/20/2024 re: Substitution Granted. D filed by Audrey Ades.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−07306−GBD−SN.(Goldman, (Entered: 06/20/2024) |
| 20/2024 | 9969 | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY: Notice is hereby given that, subject to approv Court, Plaintiff Daniel Robertssubstitutes Jerry S. Goldman, State Bar No. 1302454, as counsel of record in place of LawOffice of John F. Schutty, P.C. and Motley Rice LLC. Contact information for new counsel is as follows: and fur forth in this Order. The proposed substitution of counsel is granted. (Signed by Magistrate Judge Sarah Netburn on 6/ Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN (rro) (Entered: 06/20/2024) |
| 20/2024 | 9970 | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY: Notice is hereby given that, subject to approv Court, Plaintiff Kai Thompson Hernandez substitutes Jerry S. Goldman, Slate. Bm No. J302454, as counsel of record The Law Office of John F. Schutty, P.C. and Motley Rice LLC. Contact information for new counsel is as follows: A forth by this Order. The proposed substitution of counsel is granted. SO ORDERED. (Signed by Magistrate Judge Sa on 6/20/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN, 1:15−cv−09903− (tg) (Entered: 06/20/2024) |

| | | |
|---|---|---|
| 20/2024 | 9972 | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY: Notice is hereby given that, subject to approv Court, Plaintiff Michael Roberts substitutes Jerry S. Goldman, State Bar No. 1302454, as counsel of record in place c Office of John F. Schutty, P.C. and Motley Rice LLC. Contact information for new counsel is as follows, as further s herein. The proposed substitution of counsel is granted. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn 6/20/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN (vfr) (Entered: 06/20/ |
| 20/2024 | 9973 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees and Ashton Plaintiffs c 20, 2024 re: further public filing of judicial documents, as set forth in Plaintiffs' June 7, 2024 letter (ECF No. 9885), i updates to the accompanying Schedule. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit Pls. Ex. 396, Pls. Ex. 398, # 3 Exhibit Pls. Ex. 399, # 4 Exhibit Pls. Ex. 403, # 5 Exhibit Pls. Ex. 404, # 6 Exhibit Pls. Ex. 408, # 7 Ex. 409, # 8 Exhibit Pls. Ex. 410, # 9 Exhibit Pls. Ex. 411, # 10 Exhibit Pls. Ex. 412, # 11 Exhibit Pls. Ex. 413, # 12 I Ex. 414, # 13 Exhibit Pls. Ex. 417, # 14 Exhibit Pls. Ex. 418, # 15 Exhibit Pls. Ex. 448, # 16 Exhibit Pls. Ex. 678A, # Pls. Ex. 678B, # 18 Exhibit Pls. Ex. 678D, # 19 Exhibit Pls. Ex. 678F, # 20 Exhibit Pls Ex. 704, # 21 Exhibit Plaintif "Schedule of Judicial Documents cleared for Public Filing" (as updated June 20, 2024)).(Simpson, James) (Entered: ( |
| 20/2024 | 9974 | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY: Notice is hereby given that subject to approva Court, Plaintiff Debra Roberts on her own behalf and on behalf of the Estate of Leo Roberts, substitutes Jerry S. Gold Bar No. 1302454, as counsel of record in place of The Law Office of John F. Schutty, P.C. and Motley Rice LLC. Co information for new counsel is as follows, as further set forth herein. The proposed substitution of counsel is granted. ORDERED. (Signed by Magistrate Judge Sarah Netburn on 6/20/2024) (vfr) (Entered: 06/20/2024) |
| 20/2024 | 9975 | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY: Notice is hereby given that, subject to approv Court, Plaintiff Jeffrey Roberts substitutes Jerry S. Goldman, State Bar No. 1302454, as counsel of record in place of Office of John F. Schutty, P.C. and Motley Rice LLC. Contact information for new counsel is as follows, as further s herein. The proposed substitution of counsel is granted. SO ORDERED. Attorney Jerry Stephen Goldman for Jeffrey added. (Signed by Magistrate Judge Sarah Netburn on 6/20/2024) (vfr) (Entered: 06/20/2024) |
| 20/2024 | 9976 | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY: Notice is hereby given that, subject to approv Court, Plaintiff Taylor Roberts substitutes Jerry S. Goldman, State Bar No. 1302454, as counsel of record in place of Office of John F. Schutty, P.C. and Motley Rice LLC. Contact information for new counsel is as follows, as further s herein. The proposed substitution of counsel is granted. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn 6/20/2024) (vfr) (Entered: 06/21/2024) |
| 20/2024 | 10034 | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY: Jeffrey Roberts substitutes Jerry S. Goldman, of record in place of the Law Firm Office of John F. Schutty, P.C. and Motley Rice LLC. The proposed substitution c granted. (Signed by Magistrate Judge Sarah Netburn on 6/20/2024) (tro) (Entered: 06/27/2024) |
| 21/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (751 in 1:15−cv−09903−GBD−: 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(nd)** (Entered: 06/21/2024) |
| 21/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (227 in 1:18−cv−07306−GBD−: 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:18−cv−07306−GBD−SN(nd)** (Entered: 06/21/2024) |
| 21/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (9967 in 1:03−md−01570−GBI in 1:15−cv−09903−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(nd)** (Entered: 06/21/2024) |
| 21/2024 | 9977 | MOTION for Default Judgment as to *Ashton 29 Plaintiffs*. Document filed by Kathleen Ashton.Filed In Associated C 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 06/21/2024) |
| 21/2024 | 9978 | DECLARATION of James P. Kreindler in Support re: (2104 in 1:02−cv−06977−GBD−SN) MOTION for Default Ju to *Ashton 29 Plaintiffs*.. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit B − Party Estates, # 2 Exhibi Declaration, # 3 Exhibit D − Reports filed separately under seal)Filed In Associated Cases: 1:03−md−01570−GBD−S 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 06/21/2024) |
| 21/2024 | 9979 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Kathleen Ashton. (Attachment Exhibit A − Civil Cover Sheet, # 2 Exhibit B − Party Estates).(Kreindler, James) **Proposed Default Judgment to be by Clerk's Office staff.** (Entered: 06/21/2024) |
| 21/2024 | 9980 | ***SELECTED PARTIES*** LETTER addressed to Judge George B. Daniels from James P. Kreindler dated 06/21/ Expert reports−Exhibit D to Motion (ECF 2104), Declaration (ECF 2105), Proposed Judgment (ECF 2106).. Docume Kathleen Ashton(as Administrator of the Estate of Thomas Ashton, deceased and on behalf of all survivors of Thoma Kathleen Ashton. (Attachments: # 1 Exhibit Gardner report, # 2 Exhibit McDermott report, # 3 Exhibit Johnston repo Exhibit Correa report, # 5 Exhibit Beyer report, # 6 Exhibit Cefalu report, # 7 Exhibit Levin report, # 8 Exhibit Hawk # 9 Exhibit Lisi report, # 10 Exhibit Kwok report, # 11 Exhibit Haran report, # 12 Exhibit Pakkala report, # 13 Exhib report, # 14 Exhibit Moroney report, # 15 Exhibit Shah report, # 16 Exhibit Kolpakova report, # 17 Exhibit Monahan |

| | | |
|---|---|---|
| | | 18 Exhibit Mair−Greyling report, # 19 Exhibit Vamsikrishna report, # 20 Exhibit Paolillo report, # 21 Exhibit Pietra r Exhibit Murphy report, # 23 Exhibit Minardi report, # 24 Exhibit Distefano report)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SNMotion or Order to File Under Seal: 7963 .(Kreindler, James 06/21/2024) |
| 21/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (2106 in 1:02−cv−06977−GBD−SN, 9979 in 1:03−md−01570−GBD−SN) Proposed Default Judgment, was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(nd)** (Entered: 06/2 |
| 21/2024 | 9981 | ***SELECTED PARTIES***JOINT LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kello June 21, 2024 re: ECF No. 9922. Document filed by FBI, Plaintiffs Executive Committees, Dallah Avco Trans Arabi of Saudi Arabia.Motion or Order to File Under Seal: 4255 .(Kellogg, Michael) (Entered: 06/21/2024) |
| 21/2024 | 9982 | LETTER addressed to Judge George B. Daniels from Megan W. Benett, John Eubanks, Jerry S. Goldman, Jeanne M. dated June 21, 2024 re: update regarding pending motions for default judgment. Document filed by Kathleen Ashton. Megan) (Entered: 06/21/2024) |
| 21/2024 | 9983 | MOTION to Amend/Correct . Document filed by Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GB 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 06/21/2024) |
| 21/2024 | 9984 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. Related Document Number: 9983 ..(Eubanks, John) **Pro Order to be reviewed by Clerk's Office staff.** (Entered: 06/21/2024) |
| 21/2024 | 9985 | MOTION for Default Judgment as to *Burnett XXXII Plaintiffs*. Document filed by Burnett Plaintiffs.Filed In Associa 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 06/21/2024) |
| 21/2024 | 9986 | MEMORANDUM OF LAW in Support re: (763 in 1:15−cv−09903−GBD−SN, 9985 in 1:03−md−01570−GBD−SN) for Default Judgment as to *Burnett XXXII Plaintiffs*. . Document filed by Burnett Plaintiffs. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 06/21/2024) |
| 21/2024 | 9987 | ***SELECTED PARTIES***DECLARATION of John M. Eubanks in Support re: (763 in 1:15−cv−09903−GBD−S 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Burnett XXXII Plaintiffs*.. Document filed by Burn Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 1:03−md−01570−GB 1:15−cv−09903−GBD−SNMotion or Order to File Under Seal: 5716 .(Eubanks, John) (Entered: 06/21/2024) |
| 21/2024 | 9988 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Cover Sheet Default Judgment Motion Cover Sheet, # 2 Exhibit A, # 3 Exhibit B).(Eubanks, John) **Proposed Defaul to be reviewed by Clerk's Office staff.** (Entered: 06/21/2024) |
| 24/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (762 in 1:15−cv−09903−GBD− 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(nd)** (Entered: 06/24/2024) |
| 24/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (766 in 1:15−cv−09903−GBD−SN, 9988 in 1:03−md−01570−GBD−SN) Proposed Default Judgment, was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(nd)** (Entered: 06/2 |
| 24/2024 | 9989 | CLERK'S JUDGMENT re: (178 in 1:18−cv−12341−GBD−SN, 178 in 1:18−cv−12341−GBD−SN, 9924 in 1:03−md−01570−GBD−SN, 9924 in 1:03−md−01570−GBD−SN) Judgment in favor of Kathleen Marie Delatizky ag Islamic Republic of Iran in the amount of $25,618,800.22. It is, ORDERED, ADJUDGED AND DECREED: That fo reasons stated in the Court's Order dated June 17, 2024, Plaintiff Kathleen Marie Delatizky is awarded $8,500,000.00 damages; and prejudgment interest is awarded at a rate of 4.96 percent per annum, all interest compounded annually period from September 11, 2001 until the date of judgment, in the amount of $17,118,800.22. (Signed by Clerk of Co Acting Daniel Ortiz on 6/24/2024) (Attachments: # 1 Appeal Package)Filed In Associated Cases: 1:03−md−01570−G 1:18−cv−12341−GBD−SN (km) (Entered: 06/24/2024) |
| 24/2024 | 9990 | MEMO ENDORSEMENT on re: (217 in 1:18−cv−11837−GBD−SN, 9958 in 1:03−md−01570−GBD−SN) Letter file A. Abel, Sr. ENDORSEMENT: SO ORDERED (Signed by Judge George B. Daniels on 6/24/2024) Filed In Associa 1:03−md−01570−GBD−SN, 1:18−cv−05320−GBD−SN, 1:18−cv−11837−GBD−SN (ks) (Entered: 06/24/2024) |
| 24/2024 | 9991 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman dated 6/24/2024 re: Proposed Order at ECF N Document filed by Alexander Jimenez. (Attachments: # 1 Proposed Order of Final Judgments as to Liability and for Damages)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11875−GBD−SN, 1:18−cv−12276−GBD 1:22−cv−05193−GBD−SN.(Goldman, Jerry) (Entered: 06/24/2024) |
| 24/2024 | 9992 | MOTION to Substitute Party. Old Party: As set forth in Exhibit A, New Party: As set forth in Exhibit A . Document f Ruth Buck, Valerie Rossi, Eileen Shipsey. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570− 1:20−cv−00354−GBD−SN, 1:20−cv−00412−GBD−SN.(Salzman, Barry) (Entered: 06/24/2024) |

| | | |
|---|---|---|
| 24/2024 | 9993 | **FILING ERROR − DEFICIENT DOCKET ENTRY − (SEE DOCUMENT#9994)** PROPOSED ORDER. Docum Valerie Rossi. Related Document Number: 9992 ..(Salzman, Barry) **Proposed Order to be reviewed by Clerk's Off** Modified on 6/25/2024 (km). Modified on 6/26/2024 (lb). (Entered: 06/24/2024) |
| 25/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (104 in 1:20−cv−00412−GBD− 1:20−cv−00354−GBD−SN, 9993 in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00354−GBD−SN, 1:20−cv−00412−GBD−SN(k** (Entered: 06/25/2024) |
| 25/2024 | 9994 | PROPOSED ORDER. Document filed by Valerie Rossi, Eileen Shipsey. (Attachments: # 1 Exhibit A) Related Docu Number: 9992 ..(Salzman, Barry) **Proposed Order to be reviewed by Clerk's Office staff.** Modified on 6/25/2024 ( (Entered: 06/25/2024) |
| 25/2024 | 9995 | MOTION for Default Judgment as to *certain Amin and Anderson plaintiffs*. Document filed by Valerie Rossi, Eileen Shipsey.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00354−GBD−SN, 1:20−cv−00412−GBD−SN.(Salzman, Barry) (Entered: 06/25/2024) |
| 25/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (9994 in 1:03−md−01570−GBD in 1:20−cv−00412−GBD−SN, 99 in 1:20−cv−00354−GBD−SN) Proposed Order was reviewed and approved as Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00354−GBD−SN, 1:20−cv−00412−GBD−SN(k** (Entered: 06/25/2024) |
| 25/2024 | 9996 | MEMORANDUM OF LAW in Support re: (106 in 1:20−cv−00412−GBD−SN) MOTION for Default Judgment as to *Amin and Anderson plaintiffs*. . Document filed by Ruth Buck, Ruth Buck, Valerie Rossi, Eileen Shipsey. Filed In As Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00354−GBD−SN, 1:20−cv−00412−GBD−SN.(Salzman, Barry) (Entere 06/25/2024) |
| 25/2024 | 9997 | DECLARATION of Barry Salzman in Support re: (106 in 1:20−cv−00412−GBD−SN) MOTION for Default Judgme *certain Amin and Anderson plaintiffs*.. Document filed by Ruth Buck, Ruth Buck, Valerie Rossi, Eileen Shipsey. File Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00354−GBD−SN, 1:20−cv−00412−GBD−SN.(Salzman, Ba (Entered: 06/25/2024) |
| 25/2024 | 9998 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED DEFAULT JUDGMENT pursuant to FRCP 5 Document filed by Eileen Shipsey. (Attachments: # 1 Exhibit A − Cover Sheet, # 2 Exhibit B− Plaintiff Damages Table).(Salzman, Barry) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** Modified on 6/25/20 (Entered: 06/25/2024) |
| 25/2024 | 9999 | MOTION for Default Judgment as to *Ashton 30 Plaintiffs*. Document filed by Kathleen Ashton.Filed In Associated C 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 06/25/2024) |
| 25/2024 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED DEFAULT JUDGMENT. Notice to a Barry Salzman to RE−FILE Document No. (9998 in 1:03−md−01570−GBD−SN, 109 in 1:20−cv−00412−GBD− 1:20−cv−00354−GBD−SN) Proposed Default Judgment. The filing is deficient for the following reason(s): Plea line for the interest calculations to be added in (prejudgment interest of 4.96 percent per annum, compounded running from September 11, 2001 until the date of judgment, in the amount of $__________). Re−file the docu the event type Proposed Default Judgment found under the event list Proposed Orders. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:20−cv−00354−GBD−SN, 1:20−cv−00412−GBD−SN(km)** (Entered: 06/25/2024) |
| 25/2024 | 10000 | DECLARATION of James P. Kreindler in Support re: (2108 in 1:02−cv−06977−GBD−SN) MOTION for Default Ju to *Ashton 30 Plaintiffs*.. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit B − Party Identification, # 2 Declaration, # 3 Exhibit D − Economist Report filed separately under seal)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 06/25/2024) |
| 25/2024 | 10001 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Kathleen Ashton. (Attachment Exhibit A − Civil Cover Sheet, # 2 Exhibit B − Party Identification).(Kreindler, James) **Proposed Default Judgment reviewed by Clerk's Office staff.** (Entered: 06/25/2024) |
| 25/2024 | 10002 | ***SELECTED PARTIES*** LETTER addressed to Judge George B. Daniels from James P. Kreindler dated 06/25/ Expert report−Exhibit D to Motion (ECF 9999), Declaration (ECF 10000), Proposed Judgment (ECF 10001). Docum Kathleen Ashton(as Administrator of the Estate of Thomas Ashton, deceased and on behalf of all survivors of Thoma Kathleen Ashton. (Attachments: # 1 Exhibit D − Report)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SNMotion or Order to File Under Seal: 7963 .(Kreindler, James) (Entered: 06/25/2024) |
| 25/2024 | 10003 | PROPOSED CONSENT ORDER. Document filed by Lynn Galvin..(Goldman, Jerry) (Entered: 06/25/2024) |
| 25/2024 | 10004 | PROPOSED CONSENT ORDER. Document filed by Kathy Callahan..(Goldman, Jerry) (Entered: 06/25/2024) |
| 25/2024 | 10005 | PROPOSED CONSENT ORDER. Document filed by John Galvin..(Goldman, Jerry) (Entered: 06/25/2024) |

| | | |
|---|---|---|
| ː5/2024 | 10006 | PROPOSED CONSENT ORDER. Document filed by John Galvin..(Goldman, Jerry) (Entered: 06/25/2024) |
| ː5/2024 | 10007 | PROPOSED CONSENT ORDER. Document filed by Diverra Galvin..(Goldman, Jerry) (Entered: 06/25/2024) |
| ː5/2024 | 10035 | ORDER: that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above−captioned cases. Furthemore, the Court respectfully directs the Clerk of the Court to terminate the motion at E 9962 in 03−MDL−1570 (GBD)(SN) and ECF No. 750 in 15−cv−9903 (GBD)(SN). (Signed by Magistrate Judge Sara on 6/25/2024) (tro) (Entered: 06/27/2024) |
| ː5/2024 | 10036 | ORDER: that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above−captioned cases. Furthemore, the Court respectfully directs the Clerk of the Court to terminate the motion at E 9962 in 03−MDL−1570 (GBD)(SN) and ECF No. 750 in 15−cv−9903 (GBD)(SN). (Signed by Magistrate Judge Sara on 6/25/2024) (tro) (Entered: 06/27/2024) |
| ː5/2024 | 10037 | ORDER: that the Plaintiffs' motion is granted, and the individuals included on Exhibit A are to be substituted into the above−captioned cases. Furthermore, the Court respectfully directs the Clerk of the Court to terminate the motion at 9965 in 03−MDL−1570 (GBD)(SN) and ECF No. 752 in 15−cv−9903 (GBD)(SN). (Signed by Magistrate Judge Sara on 6/25/2024) (tro) (Entered: 06/27/2024) |
| ː5/2024 | 10039 | ORDER: that the claim of Barbara E. DaMota, as Personal Representative of the Estate of Manuel John DaMota, ass Plaintiffs' April 30, 2024 motion is stricken and is also stricken from line 12 of ECF No. 9735−1 (ECF No. 702−1 in 15−cv−9903) and from line 12 of ECF No. 9736−2 (ECF No. 703−2 in 15−cv−9903); and it is ORDERED that Plain 30, 2024 motion (ECF No. 9733) remains otherwise pending for all other claims asserted other than those for Barbara DaMota, as Personal Representative of the Estate of Manuel John DaMota. The Clerk of the Court is respectfully dire terminate the motion at ECF No. 9983, and the related motion in Burnett, No. 15−cv−9903, ECF No. 761. (Signed by Judge Sarah Netburn on 6/25/2024) (tro) (Entered: 06/27/2024) |
| ː5/2024 | | CLERK CERTIFICATE OF MAILING RECEIVED for Notices of Judgment prepared in accordance with 22 CFR § of Judgment for Liability dated June 21, 2019, September 3, 2019, and January 4, 2022, in six (6) above−referenced Order of Partial Final Judgments, ECF No. 9416, dated November 6, 2023, and filed November 7, 2023; Instructions Appealing Judgment; a copy of 28 U.S.C. 1330, 1391(f), 1441, and the Foreign Sovereign Immunities Act (28 U.S.C seq.); affidavit of translator mailed to Islamic Republic of Iran on 12/21/2023 by Federal Express tracking # 8161 11 per 8334 Clerk Certificate of Mailing 9491 Clerk Certificate of Mailing. RECEIVED ON: 6/25/2024. (ras) (Entered: 07/09/2024) |
| ː5/2024 | | CLERK CERTIFICATE OF MAILING RECEIVED for 1. Notice of Judgment prepared in accordance with 22 CFR One Order of Judgment dated May 28, 2019 and two Orders of Judgment dated June 21, 2019; 3. Multiple Partial Fin Judgments dates September 3, 2019; 4. Amended Order of Partial Final Judgment dated January 4, 2022 (multiple ca 5. Order of Partial Final Judgment dated April 3, 2023; 6. Order of Partial Final Judgment dated November 7, 2023; Memorandum Decision and Order, ECF No. 9468, dated December 14, 2023; 8. Instructions for Appealing Judgment of 28 U.S.C. 1330, 28 U.S.C. 1391, U.S.C. 1441, and the Foreign Sovereign Immunities Act; 10. Affidavit of Transla to Minister of Foreign Affairs Ministry of Foreign Affairs of the Islamic Republic of Iran Imam Khomeini Avenue T ATTN: H.E. Hossein Amir−Abdollahian on 01/03/2024 by Federal Express tracking # 8161 1184 2878, as per 9503 Certificate of Mailing. RECEIVED ON: 6/25/2024. (ras) (Entered: 07/09/2024) |
| ː6/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (10001 in 1:03−md−01570−GBD−SN, 2110 in 1:02−cv−06977−GBD−SN) Proposed Default Judgment, was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(nd)** (Entered: 06/2 |
| ː6/2024 | 10008 | MOTION to Amend/Correct (749 in 1:15−cv−09903−GBD−SN, 9948 in 1:03−md−01570−GBD−SN) Proposed Def Judgment, (748 in 1:15−cv−09903−GBD−SN, 9947 in 1:03−md−01570−GBD−SN) Declaration in Support of Motio Document filed by All Plaintiffs in 15−cv−9903, Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBI 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 06/26/2024) |
| ː6/2024 | 10009 | DECLARATION of John M. Eubanks in Support re: (10008 in 1:03−md−01570−GBD−SN, 767 in 1:15−cv−09903− MOTION to Amend/Correct (749 in 1:15−cv−09903−GBD−SN, 9948 in 1:03−md−01570−GBD−SN) Proposed Def Judgment, (748 in 1:15−cv−09903−GBD−SN, 9947 in 1:03−md−01570−GBD−SN) Declaration in Support of Motio Document filed by All Plaintiffs in 15−cv−9903, Burnett Plaintiffs. (Attachments: # 1 Exhibit Exhibit A)Filed In Ass Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 06/26/2024) |
| ː6/2024 | 10010 | PROPOSED ORDER. Document filed by All Plaintiffs in 15−cv−9903, Burnett Plaintiffs. Related Document Numbe ..(Eubanks, John) **Proposed Order to be reviewed by Clerk's Office staff.** Modified on 6/26/2024 (km). (Entered: ( |
| ː6/2024 | 10011 | MOTION for Default Judgment as to *the Estate of Peter F. Raimondi (Burnett 33)*. Document filed by Lenore Raimc Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 06/26/2024) |
| ː6/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (10010 in 1:03−md−01570−GB in 1:15−cv−09903−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cas** |

| | | |
|---|---|---|
| | | **1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(km)** (Entered: 06/26/2024) |
| 26/2024 | 10012 | MEMORANDUM OF LAW in Support re: (770 in 1:15−cv−09903−GBD−SN, 10011 in 1:03−md−01570−GBD−SN for Default Judgment as to *the Estate of Peter F. Raimondi (Burnett 33)*. . Document filed by Lenore Raimondi. Filec Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 06/26/2024) |
| 26/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (10010 in 1:03−md−01570−GB in 1:15−cv−09903−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(km)** (Entered: 06/26/2024) |
| 26/2024 | 10013 | DECLARATION of John M. Eubanks in Support re: (770 in 1:15−cv−09903−GBD−SN, 10011 in 1:03−md−01570− MOTION for Default Judgment as to *the Estate of Peter F. Raimondi (Burnett 33)*.. Document filed by Lenore Raim (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B (to be filed under seal))Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 06/26/2024) |
| 26/2024 | 10014 | PROPOSED ORDER. Document filed by Lenore Raimondi. (Attachments: # 1 Exhibit Default Judgment Cover She Exhibit Exhibit A) Related Document Number: 10011 ..(Eubanks, John) **Proposed Order to be reviewed by Clerk' staff.** Modified on 6/26/2024 (nd). (Entered: 06/26/2024) |
| 26/2024 | 10015 | ***SELECTED PARTIES***DECLARATION of John M. Eubanks in Support re: (10011 in 1:03−md−01570−GBI in 1:15−cv−09903−GBD−SN) MOTION for Default Judgment as to *the Estate of Peter F. Raimondi (Burnett 33)*.. D filed by Lenore Raimondi, Lenore Raimondi. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B UNDER SE In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SNMotion or Order to File Under Seal: 57 .(Eubanks, John) (Entered: 06/26/2024) |
| 26/2024 | 10016 | MOTION for Default Judgment as to *Burnett Non−Nationals 5*. Document filed by Burnett Plaintiffs.Filed In Associ 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 06/26/2024) |
| 26/2024 | 10017 | MEMORANDUM OF LAW in Support re: (10016 in 1:03−md−01570−GBD−SN, 775 in 1:15−cv−09903−GBD−SN for Default Judgment as to *Burnett Non−Nationals 5*. . Document filed by Burnett Plaintiffs. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 06/26/2024) |
| 26/2024 | 10018 | ***SELECTED PARTIES***DECLARATION of John M. Eubanks in Support re: (10016 in 1:03−md−01570−GBI in 1:15−cv−09903−GBD−SN) MOTION for Default Judgment as to *Burnett Non−Nationals 5*.. Document filed by E Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SNMotion or Order to File Under Seal: 5716 .(Eubanks, John) (Entered: 06/26/2024) |
| 26/2024 | 10019 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Cover Sheet Default Judgment Motion Cover Sheet, # 2 Exhibit A).(Eubanks, John) **Proposed Default Judgment to reviewed by Clerk's Office staff.** (Entered: 06/26/2024) |
| 26/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (773 in 1:15−cv−09903−GBD− in 1:03−md−01570−GBD−SN) Proposed Order, was reviewed and approved as to form. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(nd)** (Entered: 06/26/2024) |
| 26/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (10019 in 1:03−md−01570−GBD−SN, 778 in 1:15−cv−09903−GBD−SN) Proposed Default Judgment, was reviewed and a as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(nd)** (Entered: 06/2 |
| 26/2024 | 10020 | ORDER: The July 10, 2024 oral argument on Defendant Dallah Avco Trans Arabia Company's motion to dismiss (E 93621) and Defendant Kingdom of Saudi Arabia's motion to dismiss (ECF No. 9368) is adjourned to July 31, 2024 a Plaintiffs' request for a case management conference regarding sealing issues in anticipation of oral argument (see E 9901) is referred to Magistrate Judge Netburn. SO ORDERED (Signed by Judge George B. Daniels on 6/26/2024) Fi Associated Cases: 1:03−md−01570−GBD−SN et al. (ks) (Entered: 06/26/2024) |
| 26/2024 | | Set/Reset Hearings: Oral Argument set for 7/31/2024 at 09:45 AM before Judge George B. Daniels. Associated Case 1:03−md−01570−GBD−SN et al.(ks) (Entered: 06/26/2024) |
| 26/2024 | 10021 | NOTICE of Attorneys' Charging Lien re: (184 in 1:18−cv−12341−GBD−SN, 97 in 1:18−cv−12339−GBD−SN, 1000 1:03−md−01570−GBD−SN) Proposed Consent Order, (96 in 1:18−cv−12339−GBD−SN, 183 in 1:18−cv−12341−GE 10006 in 1:03−md−01570−GBD−SN) Proposed Consent Order, (181 in 1:18−cv−12341−GBD−SN, 94 in 1:18−cv−12339−GBD−SN, 10004 in 1:03−md−01570−GBD−SN) Proposed Consent Order, (95 in 1:18−cv−12339− 182 in 1:18−cv−12341−GBD−SN, 10005 in 1:03−md−01570−GBD−SN) Proposed Consent Order, (10003 in 1:03−md−01570−GBD−SN, 93 in 1:18−cv−12339−GBD−SN, 180 in 1:18−cv−12341−GBD−SN) Proposed Consent Document filed by Kathy Callahan, Diverra Galvin, John Galvin, John Galvin, Lynn Galvin. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:18−cv−12339−GBD−SN, 1:18−cv−12341−GBD−SN.(Bonner, James) (Entered: 06/2 |

| | | |
|---|---|---|
| 26/2024 | 10022 | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY: Notice is hereby given that, subject to approv Court, Plaintiff Lynn Galvin substitutes Jerry S. Goldman as counsel of record in place of Fleischman Bonner & Roc Peter Drennan, The Donahue Law Firm LLC and Law Office of Patrick York McLane. The proposed substitution of granted. SO ORDERED. Jerry Stephen Goldman for Lynn Galvin,Jerry Stephen Goldman for Lynn Galvin added. At Joseph Peter Drennan; Patrick Louis Rocco; James Patrick Bonner and Susan M. Davies terminated. (Signed by Mag Judge Sarah Netburn on 6/26/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12339−GBD−S 1:18−cv−12341−GBD−SN (mml) (Entered: 06/26/2024) |
| 26/2024 | 10023 | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY: Notice is hereby given that, subject to approv Court, Plaintiff Kathy Callahan substitutes Jerry S. Goldman as counsel of record in place of Fleischman Bonner & R Joseph Peter Drennan, The Donahue Law Firm LLC and Law Office of Patrick York McClane. The proposed substitu counsel is granted. SO ORDERED. Attorney Jerry Stephen Goldman for Kathy Galvin Callahan, Jerry Stephen Gold Kathy Galvin Callahan added. Attorney Patrick Louis Rocco; James Patrick Bonner and Susan M. Davies terminated Magistrate Judge Sarah Netburn on 6/26/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12339−GBD−SN, 1:18−cv−12341−GBD−SN. (mml) (Entered: 06/26/2024) |
| 26/2024 | 10024 | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY: Notice is hereby given that, subject to approv Court, Plaintiff John M. Galvin Sr. on his own behalf and on behalf of the Estate of Thomas Galvin substitutes Jerry as counsel of record in place of Fleischman Bonner & Rocco, Joseph Peter Drennan, The Donahue Law Firm LLC ar Office of Patrick York McLane. The proposed substitution of counsel is granted. SO ORDERED. Attorney Jerry Step Goldman for John M. Galvin, Jr,Jerry Stephen Goldman for John M. Galvin,Jerry Stephen Goldman for John M. Gal Stephen Goldman for John M. Galvin, Jr,Jerry Stephen Goldman for John M. Galvin,Jerry Stephen Goldman for John added. Attorney James Patrick Bonner and Patrick Louis Rocco terminated. (Signed by Magistrate Judge Sarah Netbu 6/26/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12339−GBD−SN, 1:18−cv−12341−GB (mml) (Entered: 06/26/2024) |
| 26/2024 | 10025 | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY: Notice is hereby given that, subject to approv Court, Plaintiff John M. Galvin Jr. substitutes Jerry S. Goldman as counsel of record in place of Fleischman Bonner & Joseph Peter Drennan, The Donahue Law Firm LLC and Law Office of Patrick York McLane. The proposed substitu counsel is granted. SO ORDERED. Attorney Jerry Stephen Goldman for John M. Galvin, Jr,Jerry Stephen Goldman Galvin, Jr added. Attorney Jerry Stephen Goldman; Patrick Louis Rocco; James Patrick Bonner and Susan M. Davies terminated. (Signed by Magistrate Judge Sarah Netburn on 6/26/2024) Filed In Associated Cases: 1:03−md−01570−C 1:18−cv−12339−GBD−SN, 1:18−cv−12341−GBD−SN. (mml) Modified on 6/26/2024 (mml). (Entered: 06/26/2024) |
| 26/2024 | 10026 | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY: Notice is hereby given that, subject to approv Court, Plaintiff Diverra Galvin on his own behalf and on behalf of the Estate of Thomas Galvin substitutes Jerry S. G counsel of record in place of Fleischman Bonner & Rocco, Joseph Peter Drennan, The Donahue Law Firm LLC and of Patrick York McLane. The proposed substitution of counsel is granted. SO ORDERED. Attorney Jerry Stephen G Diverra Galvin,Jerry Stephen Goldman for Diverra Galvin added. Attorney Patrick Louis Rocco; James Patrick Bonn Susan M. Davies terminated. (Signed by Magistrate Judge Sarah Netburn on 6/26/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12339−GBD−SN, 1:18−cv−12341−GBD−SN (mml) (Entered: 06/26/2024) |
| 26/2024 | 10027 | MOTION for Default Judgment as to *Burnett Non−Nationals 6*. Document filed by Burnett Plaintiffs.Filed In Associ 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 06/26/2024) |
| 26/2024 | 10028 | MEMORANDUM OF LAW in Support re: (10027 in 1:03−md−01570−GBD−SN, 780 in 1:15−cv−09903−GBD−SN for Default Judgment as to *Burnett Non−Nationals 6*. . Document filed by Burnett Plaintiffs. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 06/26/2024) |
| 26/2024 | 10029 | DECLARATION of John M. Eubanks in Support re: (10027 in 1:03−md−01570−GBD−SN, 780 in 1:15−cv−09903− MOTION for Default Judgment as to *Burnett Non−Nationals 6*.. Document filed by Burnett Plaintiffs. (Attachments: A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 06/ |
| 26/2024 | 10030 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Cover Sheet Default Judgment Motion Cover Sheet, # 2 Exhibit A).(Eubanks, John) **Proposed Default Judgment to reviewed by Clerk's Office staff.** (Entered: 06/26/2024) |
| 26/2024 | 10031 | ORDER: The parties have submitted letters concerning sealed materials relevant to the forthcoming oral argument or Arabia's renewed motion to dismiss. See, e.g., ECF Nos. 9885, 9895. To address these sealing issues, a conference is for July 17, 2024, at 2:00 p.m. in Courtroom 318 of Thurgood Marshall United States Courthouse, 40 Foley Square, N New York 10007. The parties should meet and confer prior to this date to narrow the issues for discussion. Any party seal documents should file a letter brief by July 10, 2024. Any reply letter brief should be filed by July 12, 2024. The should not exceed five pages. SO ORDERED. Conference set for 7/17/2024 at 02:00 PM in Courtroom 318, 40 Centr New York, NY 10007 before Magistrate Judge Sarah Netburn. (Signed by Magistrate Judge Sarah Netburn on 6/26/2 (Entered: 06/27/2024) |

| | | |
|---|---|---|
| 26/2024 | 10043 | ORDER: that the Plaintiffs' motion is granted, and the individuals included on the attached Exhibit A are to be substit plaintiffs in the above captioned cases. The Clerk of the Court is hereby directed to terminate the motion docketed at No. 9992, also docketed in related cases 20−cv−00354, at ECF No. 97, and 20−cv−00412, at ECF No. 103. (Signed b Magistrate Judge Sarah Netburn on 6/26/2024) (tro) (Entered: 06/28/2024) |
| 27/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (10030 in 1:03−md−01570−GBD−SN, 783 in 1:15−cv−09903−GBD−SN) Proposed Default Judgment was reviewed and a to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(km)** (Entered: 06/27/ |
| 27/2024 | 10032 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment dated June 24, 2024, prepar to 22 CFR § 93.2 and a copy of the Foreign Sovereign Immunities Act (28 U.S.C. § 1602, et seq.); the Judgment ente 24, 2024, against the Islamic Republic of Iran and in favor of Kathleen Marie Delatizky in the MDL and Anaya v. Ira 18−cv−12341; and the Order entered on June 17, 2024, granting partial final judgment against the Islamic Republic o in favor of Kathleen Marie Delatizky in the MDL and Anaya v. Iran, 18−cv−12341 mailed to Defendant Islamic Rep Iran, H.E. Dr. Mohammad Javad Zarif, Foreign Minister of the Ministry of Foreign Affairs, Imam Khomeini St., Ima Khomeini Sq., Tehran, Islamic Republic of Iran on 6/27/2024 by Federal Express tracking # 7770 4862 5586, via disp Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of For Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN. (ras) (Entered: 06/27/2024) |
| 27/2024 | 10033 | MOTION for Louis Martin Bograd to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−29540422 **and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Burnett Plaintiffs. (Attachments Affidavit In Support, # 2 Exhibit KY Good Standing, # 3 Exhibit DC Good Standing, # 4 Proposed Order Pro Hac Vi Associated Cases: 1:03−md−01570−GBD−SN et al..(Bograd, Louis) (Entered: 06/27/2024) |
| 27/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 10033 MOTION for Louis Bograd to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number NYSDC−29540422. Motion and supporti to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (E 06/27/2024) |
| 27/2024 | 10038 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Ruth Buck, Ruth Buck, Valeri Eileen Shipsey. (Attachments: # 1 Exhibit A − Cover Sheet, # 2 Exhibit B− Plaintiff Damages Table).(Salzman, Barr **Proposed Default Judgment to be reviewed by Clerk's Office staff.** Modified on 6/28/2024 (km). (Entered: 06/27/ |
| 27/2024 | 10040 | ORDER granting 10008 Motion to Amend/Correct 10008 MOTION to Amend/Correct (749 in 1:15−cv−09903−GBI in 1:03−md−01570−GBD−SN) Proposed Default Judgment, (748 in 1:15−cv−09903−GBD−SN, 9947 in 1:03−md−01570−GBD−SN) Declaration in Support of Motion, . The Plaintiffs' motion to correct exhibit is granted. document filed at ECF No. 10009−1 (ECF No. 768−1 in 15−cv−9903) is substituted for ECF No. 9947−1 (ECF No. 15−cv−9903) and ECF No. 9948−2 (ECF No. 749−2 in 15−cv−9903). The Clerk of the Court is respectfully directed terminate the motion at ECF No. 10008, and the related motion in Burnett, No. 15−cv−9903, ECF No. 767. SO ORD (Signed by Magistrate Judge Sarah Netburn on 6/27/2024) (ks) (Entered: 06/27/2024) |
| 27/2024 | 10041 | CLERK CERTIFICATE OF MAILING of two copies of the the Notice of Default Judgment, which conforms to 22 C a true and certified copy of the August 31, 2015 default judgment on liability; a true and certified copy of the June 17 Partial Final Default Judgment and the moving papers for Plaintiffs Motion; and a copy of the Foreign Sovereign Imr Act mailed to Defendant Islamic Republic of Iran, H.E. Dr. Mohammad Javad Zarif, Foreign Minister of the Ministry Affairs, Imam Khomeini St., Imam Khomeini Sq., Tehran, Islamic Republic of Iran on 6/27/2024 by Federal Express 7770 4851 4586, via dispatch to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN. (ras) (Entered: 06/27/2024) |
| 27/2024 | 10042 | CLERK CERTIFICATE OF MAILING of two copies of the the Notice of Default Judgment, which conforms to 22 C a true and certified copy of the August 31, 2015 default judgment on liability; a true and certified copy of the June 17 Partial Final Default Judgment and the moving papers for Plaintiffs Motion; and a copy of the Foreign Sovereign Imr Act mailed to Defendant Islamic Republic of Iran, H.E. Dr. Mohammad Javad Zarif, Foreign Minister of the Ministry Affairs, Imam Khomeini St., Imam Khomeini Sq., Tehran, Islamic Republic of Iran on 6/27/2024 by Federal Express 7770 4853 0550, via dispatch to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN. (ras) (Entered: 06/27/2024) |
| 28/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (111 in 1:20−cv−00412−GBD−SN, 10038 in 1:03−md−01570−GBD−SN, 105 in 1:20−cv−00354−GBD−SN) Proposed De Judgment was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−00354−GBD−SN, 1:20−cv−00412−GBD−SN(km)** (Entered: 06/28/2024) |

| | | |
|---|---|---|
| 28/2024 | 10044 | RESPONSE re: 9541 Declaration in Opposition to Motion, *DALLAH AVCO'S RESPONSE TO PLAINTIFFS' AVERM FACTS (Dkt. 9541−1) (Previously filed under seal at Dkt. 9608 on March 4, 2024)*. Document filed by Dallah Avco Arabia..(Kry, Robert) (Entered: 06/28/2024) |
| 28/2024 | 10045 | MOTION for Default Judgment as to *Burnett Non−Nationals 7*. Document filed by Burnett Plaintiffs.Filed In Associ 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 06/28/2024) |
| 28/2024 | 10046 | MEMORANDUM OF LAW in Support re: (789 in 1:15−cv−09903−GBD−SN, 10045 in 1:03−md−01570−GBD−SN for Default Judgment as to *Burnett Non−Nationals 7*. . Document filed by Burnett Plaintiffs. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 06/28/2024) |
| 28/2024 | 10047 | DECLARATION of John M. Eubanks in Support re: (789 in 1:15−cv−09903−GBD−SN, 10045 in 1:03−md−01570− MOTION for Default Judgment as to *Burnett Non−Nationals 7*.. Document filed by Burnett Plaintiffs. (Attachments: A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 06/ |
| 28/2024 | 10048 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Cover Sheet Default Judgment Motion Cover Sheet, # 2 Exhibit A).(Eubanks, John) **Proposed Default Judgment to reviewed by Clerk's Office staff.** (Entered: 06/28/2024) |
| 28/2024 | 10049 | MOTION to Substitute Party. Old Party: as set forth in motion, New Party: as set forth in motion . Document filed by Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Enter 06/28/2024) |
| 28/2024 | 10050 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. Related Document Number: 10049 ..(Eubanks, John) **Pr Order to be reviewed by Clerk's Office staff.** (Entered: 06/28/2024) |
| 28/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (10050 in 1:03−md−01570−GB in 1:15−cv−09903−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(km)** (Entered: 06/28/2024) |
| 28/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (792 in 1:15−cv−09903−GBD−SN, 10048 in 1:03−md−01570−GBD−SN) Proposed Default Judgment was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(km)** (Entered: 06/ |
| 01/2024 | 10052 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Judgment for Order Granting Partial Final De Judgment, ECF No. 9933 dated June 17, 2024, prepared in accordance with 22 CFR § 93.2; Orders of Judgment for I dated June 21, 2019, April 3, 2023, and November 6, 2023, for the above−referenced matters; Order Granting Partial Default Judgment, ECF No. 9933 dated June 17, 2024; Instructions for Appealing Judgment; a copy of 28 U.S.C. 133 U.S.C. 1391, 28. U.S.C. 1441, and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et seq.); and the Affidavit translator mailed to Defendant Islamic Republic of Iran, Minister of Foreign Affairs, Ministry of Foreign Affairs of th Republic of Iran, Imam Khomeini Avenue Tehran, Iran ATTN: H.E. Hossein Amir−Abdollahian on 7/1/2024 by Fed Express tracking # 8161 1184 2205 via dispatch to the Secretary of State, Attn: Director of Consular Services, Office Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). File Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05320−GBD−SN, 1:21−cv−10239−GBD, 1:22−cv−05193− 1:22−cv−10823−GBD−SN. (ras) (Entered: 07/01/2024) |
| 01/2024 | 10053 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Judgment for Order Granting in Part Partial Fi Judgment, ECF No. 9935 dated June 17, 2024, prepared in accordance with 22 CFR § 93.2; Orders of Judgment for I dated August 31, 2015, June 21, 2019, September 3, 2019, January 4, 2022, April 3, 2023, and November 6, 2023, fo eighteen (18) above−referenced matters; Order Granting in Part Partial Final Default Judgment, ECF No. 9935 dated 2024; Instructions for Appealing Judgment; a copy of 28 U.S.C. 1330, 28 U.S.C. 1391, 28. U.S.C. 1441, and the Fore Sovereign Immunities Act (28 U.S.C. 1602, et seq.); and Affidavit of translator mailed to Defendant Islamic Republi Minister of Foreign Affairs, Ministry of Foreign Affairs of the Islamic Republic of Ira,n Imam Khomeini Avenue, Te ATTN: H.E. Hossein Amir−Abdollahian on 7/1/2024 by Federal Express tracking # 8161 1184 2216, via dispatch to Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of For Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, et al. (ras) 07/01/2024) |
| 01/2024 | 10054 | ORDER ON PLAINTIFFS' MOTION TO SUBSTITUTE PARTIES: ORDERED that the Burnett Plaintiffs' motion i and it is ORDERED that Joanne Lesley Cudmore shall be substituted for "SIBLING DOE AP264" in her own right a Sibling of Neil James Cudmore, Deceased; and it is ORDERED that William C. Wells shall be substituted for "SIBL AP277" in his own right as the Sibling of Vincent Michael Wells, Deceased; and it is ORDERED that Monica Guzm substituted for "MONICA TORRES" in her own right as the Sibling of Luis Eduardo Torres, Deceased; and it is ORI the Burnett Plaintiffs comply with the Clerk of Court's instructions as set forth in ECF No. 4295 regarding the additic Plaintiffs to the Burnett action in the Court's ECF and docketing system. Furthermore, the Court respectfully directs t the Court to terminate the motion at ECF No. 10049 in 03−MDL−1570 (GBD)(SN) and ECF No. 793 in 15−cv−990 |

| | | |
|---|---|---|
| | | (GBD)(SN). SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 7/1/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN. (mml) (Entered: 07/01/2024) |
| )1/2024 | 10055 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Judgment for Memorandum Decision and Ord judgments for liability and for partial final damages, ECF No. 9931 dated June 17, 2024, prepared in accordance with 93.2; Memorandum Decision and Order of final judgments for liability and for partial final damages, ECF No. 9931 c 17, 2024; Order Modifying the Memorandum Decision and Order of final judgments for liability and for partial final ECF No. 9990 dated June 24, 2024; Instructions for Appealing Judgment; a copy of 28 U.S.C. 1330, 28 U.S.C. 1391, 1441, and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et seq.); and the Affidavit of translator mailed to I Islamic Republic of Iran, Minister of Foreign Affairs, Ministry of Foreign Affairs of the Islamic Republic of Iran, Ima Khomeini Avenue, Tehran, Iran, ATTN: H.E. Hossein Amir−Abdollahian on 7/1/2024 by Federal Express tracking # 2238, via dispatch to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−A Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pu the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, et al. (ras) (Entered: 07/01/2024) |
| )2/2024 | 10056 | ORDER granting (1166) Motion for Louis Martin Bograd to Appear Pro Hac Vice in case 1:03−cv−09849−GBD−SN (10033) Motion for Louis Martin Bograd to Appear Pro Hac Vice in case 1:03−md−01570−GBD−SN; granting (797) Louis Martin Bograd to Appear Pro Hac Vice in case 1:04−cv−07279−GBD−SN; granting (784) Motion for Louis M Bograd to Appear Pro Hac Vice in case 1:15−cv−09903−GBD−SN; granting (105) Motion for Louis Martin Bograd t Pro Hac Vice in case 1:18−cv−11493−GBD−SN; granting (104) Motion for Louis Martin Bograd to Appear Pro Hac case 1:18−cv−11504−GBD−SN; granting (104) Motion for Louis Martin Bograd to Appear Pro Hac Vice in case 1:18−cv−11509−GBD−SN; granting (104) Motion for Louis Martin Bograd to Appear Pro Hac Vice in case 1:18−cv−11515−GBD−SN; granting (104) Motion for Louis Martin Bograd to Appear Pro Hac Vice in case 1:18−cv−11519−GBD−SN; granting (103) Motion for Louis Martin Bograd to Appear Pro Hac Vice in case 1:18−cv−11582−GBD−SN; granting (102) Motion for Louis Martin Bograd to Appear Pro Hac Vice in case 1:18−cv−11619−GBD−SN; granting (103) Motion for Louis Martin Bograd to Appear Pro Hac Vice in case 1:18−cv−11624−GBD−SN; granting (102) Motion for Louis Martin Bograd to Appear Pro Hac Vice in case 1:18−cv−11664−GBD−SN; granting (95) Motion for Louis Martin Bograd to Appear Pro Hac Vice in case 1:18−cv−12030−GBD−SN; granting (95) Motion for Louis Martin Bograd to Appear Pro Hac Vice in case 1:18−cv−12118−GBD−SN; granting (95) Motion for Louis Martin Bograd to Appear Pro Hac Vice in case 1:18−cv−12318−GBD−SN; granting (94) Motion for Louis Martin Bograd to Appear Pro Hac Vice in case 1:18−cv−12322−GBD−SN; granting (94) Motion for Louis Martin Bograd to Appear Pro Hac Vice in case 1:19−cv−00026−GBD−SN; granting (174) Motion for Louis Martin Bograd to Appear Pro Hac Vice in case 1:19−cv−00041−GBD−SN; granting (158) Motion for Louis Martin Bograd to Appear Pro Hac Vice in case 1:19−cv−00044−GBD−SN (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) Filed In A Cases: 1:03−md−01570−GBD−SN et al. (dsh) (Entered: 07/02/2024) |
| )3/2024 | 10057 | MOTION for Judgment *against the Taliban*. Document filed by Irene Dickey.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) (Entered: 07/03/2024) |
| )3/2024 | 10058 | DECLARATION of John F. Schutty in Support re: (2116 in 1:02−cv−06977−GBD−SN) MOTION for Judgment *aga Taliban*.. Document filed by Irene Dickey. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) (Entered: 07/03/2024) |
| )3/2024 | 10059 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** PROPOSED JUDGMENT. Docume Irene Dickey. (Attachments: # 1 Exhibit A. List of Ashton−Dickey Plaintiffs (Compensatory Awards + Punitive Damages)).(Schutty, John) **Proposed Judgment to be reviewed by Clerk's Office staff.** Modified on 7/3/2024 (km) 07/03/2024) |
| )3/2024 | 10060 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED JUDGMENT. Document filed by Irene Dicke (Attachments: # 1 Exhibit A. List of Ashton−Dickey Plaintiffs (Compensatory Awards + Treble Damages)).(Schutty, **Proposed Judgment to be reviewed by Clerk's Office staff.** Modified on 7/3/2024 (km). (Entered: 07/03/2024) |
| )3/2024 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Joh to RE−FILE Document (10059 in 1:03−md−01570−GBD−SN, 2118 in 1:02−cv−06977−GBD−SN) Proposed Jud Use the event type Proposed Orders, Proposed Order. The document listed additional case numbers on it and document was not spread to all of the listed cases. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(km)** (Entered: 07/03/2024) |
| )3/2024 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED JUDGMENT. Notice to attorney Joh to RE−FILE Document No. (2119 in 1:02−cv−06977−GBD−SN, 10060 in 1:03−md−01570−GBD−SN) Proposed Judgment. The filing is deficient for the following reason(s): the document was not spread to all the case numb on the document. Re−file the document using the event type Proposed Judgment found under the event list Pro Orders. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(km)** (Entered: 07/03/ |

| | | |
|---|---|---|
| )3/2024 | 10061 | MOTION for Default Judgment as to *Liability and Damages*. Document filed by Alessandra Benedetti.Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12347−GBD−SN.(Morgan, Robert) (Entered: 07/03/2024) |
| )3/2024 | 10062 | MEMORANDUM OF LAW in Support re: (100 in 1:18−cv−12347−GBD−SN, 10061 in 1:03−md−01570−GBD−SN for Default Judgment as to *Liability and Damages*. . Document filed by Alessandra Benedetti. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:18−cv−12347−GBD−SN.(Morgan, Robert) (Entered: 07/03/2024) |
| )3/2024 | 10063 | DECLARATION of Robert Keith Morgan in Support re: (100 in 1:18−cv−12347−GBD−SN, 10061 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Liability and Damages*.. Document filed by Aless Benedetti. (Attachments: # 1 Exhibit List of Rodriguez Plaintiffs)Filed In Associated Cases: 1:03−md−01570−GBD− 1:18−cv−12347−GBD−SN.(Morgan, Robert) (Entered: 07/03/2024) |
| )3/2024 | 10064 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Alessandra Benedetti. (Attach Exhibit A. Default Judgment Cover Sheet, # 2 Exhibit B. List of Rodriguez Plaintiffs).(Morgan, Robert) **Proposed D Judgment to be reviewed by Clerk's Office staff.** (Entered: 07/03/2024) |
| )3/2024 | 10065 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED ORDER. Document filed by Irene Dickey. (Attachments: # 1 Exhibit A. List of Ashton−Dickey Plaintiffs (Compensatory Awards + Punitive Damages)) Relatec Number: 10057 ..(Schutty, John) **Proposed Order to be reviewed by Clerk's Office staff.** Modified on 7/8/2024 (k (Entered: 07/03/2024) |
| )3/2024 | 10066 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED ORDER. Document filed by Irene Dickey. (Attachments: # 1 Exhibit A. List of Ashton−Dickey Plaintiffs (Compensatory Awards + Treble Damages)) Related I Number: 10057 ..(Schutty, John) **Proposed Order to be reviewed by Clerk's Office staff.** Modified on 7/8/2024 (k (Entered: 07/03/2024) |
| )8/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (10064 in 1:03−md−01570−GBD−SN, 103 in 1:18−cv−12347−GBD−SN) Proposed Default Judgment was reviewed and a to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12347−GBD−SN(km)** (Entered: 07/08/ |
| )8/2024 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED ORDER. Notice to attorney John Scl RE−FILE Document No. (10065 in 1:03−md−01570−GBD−SN, 2120 in 1:02−cv−06977−GBD−SN) Proposed O filing is deficient for the following reason(s): The order was not spread to all the cases listed on the document. document using the event type Proposed Order found under the event list Proposed Orders. Filed In Associate 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(km)** (Entered: 07/08/2024) |
| )8/2024 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED ORDER. Notice to attorney John Scl RE−FILE Document No. (2121 in 1:02−cv−06977−GBD−SN, 10066 in 1:03−md−01570−GBD−SN) Proposed O filing is deficient for the following reason(s): Please add a section for the interest calculations to be added into judgment (that pre−judgment interest is awarded against Defendant the Taliban at the rate of 4.96 percent pe compounded annually for the period from September 11, 2001, until the date of the final Judgment for damag amount of $_________). The Order was not spread to all the cases that are listed on the document. Re−file the using the event type Proposed Order found under the event list Proposed Orders. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(km)** (Entered: 07/08/2024) |
| )8/2024 | 10067 | MOTION to Unseal *Judicial Records*. Document filed by The New York Times Company..(McCraw, David) (Entere 07/08/2024) |
| )8/2024 | 10068 | CLERK CERTIFICATE OF MAILING of two copies of a true and certified Notice of Default Judgment which conf requirements of 22 C.F.R. § 93.2; a true and certified copy of the Betru July 19, 2022 Default Judgment on liability; certified copy of the June 17, 2024 Order Granting in Part Plaintiff's Motion for Partial Final Judgment Against the Is Republic of Iran on Behalf of Betru 3 Plaintiffs, the moving papers for Plaintiff's motion filed April 19, 2024; a copy Foreign Sovereign Immunities Act mailed to Defendant Islamic Republic of Iran H.E. Dr. Mohammad Javad Zarif Fo Minister of the Ministry of Foreign Affairs Imam Khomeini Street, Imam Khomeini Square Tehran, Islamic Republic 7/8/2024 by Federal Express tracking # 8169 2050 4430, via dispatch to The Secretary of State, (L/CA/POG/GC) SA Floor, 2201 C Street NW, Washington, DC, 20522, Attn: Director of Special Consular Services, pursuant to the provi Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−08297−GBD−SN. (ras) (Entered: 07/08/2024) |
| )8/2024 | 10069 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated July 8, 2024 re: Request for F Extension and Permission for USB Filing. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered 07/08/2024) |
| )9/2024 | 10070 | AFFIDAVIT OF SERVICE of Summons, Complaint, and Notice of Suit and Translations of each served on Islamic Iran on 5/07/2024. Document filed by Celestine Kone. (Attachments: # 1 Exhibit A− State Department Docs, # 2 Exh ECF 21 − 2023.12.21 − Kone − Clerk's Certificate of Mailing, # 3 Exhibit C− Clerks Receipt)Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:23−cv−05790−GBD.(Goldman, Jerry) (Entered: 07/09/2024) |

| | | |
|---|---|---|
| )9/2024 | 10071 | MOTION to Unseal *Judicial Records (Joining ECF No. 10067)*. Document filed by Pro Publica, Inc...(Matthews, Sar (Entered: 07/09/2024) |
| )9/2024 | 10097 | LETTER addressed to Magistrate Judge Sarah Netburn from A.J. dated 7/9/2024 re: third party witness. Document fi Gordon Aamoth..(tro) (Entered: 07/16/2024) |
| )9/2024 | 10098 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn dated 7/9/2024 re: third party (tro) (Entered: 07/16/2024) |
| )9/2024 | 10099 | LETTER addressed to Magistrate Judge Sarah Netburn from M.J. dated 7/9/2024 re: non party witness..(tro) (Enterec 07/16/2024) |
| )9/2024 | 10100 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn dated 7/9/2024 re: third−party (tro) (Main Document 10100 replaced on 7/16/2024) (dsh). (Entered: 07/16/2024) |
| .0/2024 | 10072 | MEMO ENDORSEMENT on re: 10069 Letter filed by Kingdom of Saudi Arabia. ENDORSEMENT: The Kingdom Arabia, the FBI, and the Plaintiffs are each GRANTED three additional pages. SO ORDERED. (Signed by Magistrat Sarah Netburn on 7/10/2024) (dsh) (Entered: 07/10/2024) |
| .0/2024 | 10073 | LETTER MOTION to Seal *Non−party Deposition* addressed to Magistrate Judge Sarah Netburn from Kelly A. Moor July 10, 2024. Document filed by Akram Alzamari..(Moore, Kelly) (Entered: 07/10/2024) |
| .0/2024 | 10074 | ORDER: The Court GRANTS Saudi Arabia's request to submit to chambers a USB drive containing confidential mat presently under seal. See ECF No. 10,069. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 7/10/2024 (Entered: 07/10/2024) |
| .0/2024 | 10075 | CONSENT LETTER MOTION to Seal *Al Rajhi Bank documents* addressed to Magistrate Judge Sarah Netburn from dated July 10, 2024. Document filed by Al Rajhi Bank..(Erb, Nicole) (Entered: 07/10/2024) |
| .0/2024 | 10076 | LETTER addressed to Magistrate Judge Sarah Netburn from Counsel to IIRO, MWL, WAMY, and Other Defendants 10, 2024 re: Letter Response to Order at ECF No. 10031. Document filed by Abdullah Omar Naseef, Abdullah Al−O Abdullah bin Al−Turki, Adnan Basha, International Islamic Relief Organization(IIRO), Muslim World League, Wam International, Inc., World Assembly of Muslim Youth..(Bembry, Aisha) (Entered: 07/10/2024) |
| .0/2024 | 10077 | LETTER addressed to Magistrate Judge Sarah Netburn from Sarah S. Normand dated 7/10/24 re: Update on the Statu FBI's Confidentiality Review. Document filed by FBI..(Jude, Jennifer) (Entered: 07/10/2024) |
| .0/2024 | 10078 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Sarah S. Normand dated FBI's Position on Unsealing Requests. Document filed by Dallah Avco Trans Arabia, Plaintiffs Executive Committee of Saudi Arabia, FBI. (Attachments: # 1 Exhibit Attachment A, # 2 Exhibit Attachment B)Motion or Order to File Ur 4255 .(Jude, Jennifer) (Entered: 07/10/2024) |
| .0/2024 | 10079 | LETTER addressed to Magistrate Judge Sarah Netburn from Sarah S. Normand dated 7/10/24 re: FBI's Position on U Requests (public version). Document filed by FBI. (Attachments: # 1 Exhibit Attachment A (under seal), # 2 Exhibit B (under seal)).(Jude, Jennifer) (Entered: 07/10/2024) |
| .0/2024 | 10080 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated July 10, 2024 re: Sealing and of Documents. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 07/10/2024) |
| .1/2024 | 10081 | ***SELECTED PARTIES***DECLARATION of Gregory G. Rapawy in Support re: 10080 Letter. Document filed Dallah Avco Trans Arabia, Plaintiffs Executive Committees, Kingdom of Saudi Arabia. (Attachments: # 1 Exhibit 1, 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 4a, # 6 Exhibit 4b, # 7 Exhibit 4c, # 8 Exhibit 4d, # 9 Exhibit 4e, # 10 Exh Exhibit 4g, # 12 Exhibit 5, # 13 Exhibit 6, # 14 Exhibit 7, # 15 Exhibit 8, # 16 Exhibit 9)Motion or Order to File Und 4255 .(Rapawy, Gregory) (Entered: 07/11/2024) |
| .1/2024 | 10082 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated July 10, 2024 re: Submission Documents Referenced in ECF No. 10080. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entere 07/11/2024) |
| .1/2024 | 10083 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg date 2024 re: Corrections to ECF Nos. 9611−1, 9611−18 and 9611−46. Document filed by Plaintiffs Executive Committee Dallah Avco Trans Arabia, Kingdom of Saudi Arabia. (Attachments: # 1 Errata Exhibit 176 Corrected, # 2 Errata Exh Corrected)Motion or Order to File Under Seal: 4255 .(Kellogg, Michael) (Entered: 07/11/2024) |
| .1/2024 | 10116 | ***SELECTED PARTIES***LETTER addressed to Magistrate Judge Sarah Netburn and Judge George B Daniels fi Elmohdar M Zeid, AKA Mohdar Abdullah dated 7/10/2024 re: I am hereby requesting the federal court to quash the any other parties subpoena to unseal or reveal my testimony, for the following grounds. (nb) Modified on 7/17/2024 ( (Entered: 07/17/2024) |

| | | |
|---|---|---|
| .2/2024 | 10084 | LETTER RESPONSE in Support of Motion addressed to Magistrate Judge Sarah Netburn from Gayle C. Sproul date 2024 re: 10067 MOTION to Unseal *Judicial Records*. *And joining in same*. Document filed by CBS Broadcasting Inc News..(Sproul, Gayle) (Entered: 07/12/2024) |
| .2/2024 | 10085 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated July 12, 2024 re: the record concerning the sealing request submitted by Akram Alzamari (ECF No. 10073). Document filed by Plainti Executive Committees..(Haefele, Robert) (Entered: 07/12/2024) |
| .2/2024 | 10086 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees and Ashton Plaintiffs d 12, 2024 re: Response to the July 10, 2024 joint letter, ECF No. 10076. Document filed by Plaintiffs Executive Comr (Attachments: # 1 Exhibit 1, # 2 Exhibit 2).(Haefele, Robert) (Entered: 07/12/2024) |
| .2/2024 | 10087 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Jennifer Jude dated 7/12 of Briefs and Averments for In Camera Review. Document filed by FBI, The Kingdom of Saudi Arabia, Dallah Avco Arabia, Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I (Part 1), # 10 Exhibit I (Part 2), # 11 Exhibit I (Part 3), # (Part 4), # 13 Exhibit I (Part 5), # 14 Exhibit I (Part 6), # 15 Exhibit J)Motion or Order to File Under Seal: 4255 .(Jud (Entered: 07/12/2024) |
| .2/2024 | 10088 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees and Ashton Plaintiffs d 12, 2024 re: Response to the status report filed by the Federal Bureau of Investigation (FBI), ECF No. 10077. Docum Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 07/12/2024) |
| .2/2024 | 10089 | LETTER addressed to Magistrate Judge Sarah Netburn from Jennifer Jude dated 7/12/24 re: Set of Briefs and Averm Camera Review (public version). Document filed by FBI. (Attachments: # 1 Exhibit Exhibits A–J (filed under seal)). Jennifer) (Entered: 07/12/2024) |
| .2/2024 | 10090 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees and counsel for the As Plaintiffs dated July 12, 2024 re: Opposition to the July 10, 2024 letter (ECF No. 10079) of the Department of Justice Federal Bureau of Investigation (FBI). Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entere 07/12/2024) |
| .2/2024 | 10091 | ***SELECTED PARTIES*** LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Con and counsel for the Ashton Plaintiffs dated July 12, 2024 re: Opposition to the Kingdom of Saudi Arabias July 10, 20 (ECF No. 10080). Document filed by FBI, Kingdom of Saudi Arabia, Ashton Plaintiffs, Dallah Avco Trans Arabia, F Executive Committees. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)Motion or Order to File Under Seal: 4255 .(Haefel (Entered: 07/13/2024) |
| .5/2024 | 10092 | ORDER: This Court has reviewed the underlying submissions relating to the sealing of certain documents. In light of of challenged documents and their relatedness to the underlying motions to dismiss, in consultation with Magistrate J Netburn, the sealing issue is withdrawn from her jurisdiction. This Court will conduct the conference scheduled for W July 17, 2024 at 2:00 PM in Courtroom 11A in the Daniel Patrick Moynihan United States Courthouse. At that confe Court will discuss with the parties the process and timing of a resolution of the dispute over which documents should under seal. The Court will also canvas the parties on how best to proceed with the July 31, 2024 oral argument. SO O (Signed by Judge George B. Daniels on 7/15/2024) ( Telephone Conference set for 7/17/2024 at 02:00 PM in Courtro 500 Pearl Street, New York, NY 10007 before Judge George B. Daniels.) Filed In Associated Cases: 1:03–md–01570–GBD–SN et al. (ks) (Entered: 07/15/2024) |
| .5/2024 | 10093 | ORDER, This Court has reviewed the underlying submissions relating to the sealing of certain documents. In light of of challenged documents and their relatedness to the underlying motions to dismiss, in consultation with Magistrate J Netburn, the sealing issue is withdrawn from her jurisdiction. This Court will conduct the conference scheduled for W July 17, 2024 at 2:00 PM in Courtroom 11A in the Daniel Patrick Moynihan United States Courthouse. At that confe Court will discuss with the parties the process and timing of a resolution of the dispute over which documents should under seal. The Court will also canvas the parties on how best to proceed with the July 31, 2024 oral argument. SO O ( Status Conference set for 7/17/2024 at 02:00 PM in Courtroom 11A, 500 Pearl Street, New York, NY 10007 before George B. Daniels.) (Signed by Judge George B. Daniels on 7/15/24) Filed In Associated Cases: 1:03–md–01570–G al. (yv) (Entered: 07/16/2024) |
| .6/2024 | 10094 | AFFIDAVIT OF SERVICE of Summons, Complaint, and Notice of Suit and Translations of each served on Islamic I Iran on 5/07/2024. Document filed by Thomas Kelly. (Attachments: # 1 Exhibit A– Docs from state department, # 2 ECF 27 – 2023.12.27 – Clerk's Certificate of Mailing, # 3 Exhibit C– Clerks Receipt)Filed In Associated Cases: 1:03–md–01570–GBD–SN, 1:23–cv–07283–GBD.(Goldman, Jerry) (Entered: 07/16/2024) |
| .6/2024 | 10095 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Celestine Kone..(Goldman, Jerry) **Propo document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** (Entered: 07/ |
| .6/2024 | 10096 | AFFIRMATION of Jerry S. Goldman in Support re: (29 in 1:23–cv–05790–GBD) Proposed Clerk's Certificate of De Document filed by Celestine Kone. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exh |

| | | |
|---|---|---|
| | | In Associated Cases: 1:03−md−01570−GBD−SN, 1:23−cv−05790−GBD.(Goldman, Jerry) (Entered: 07/16/2024) |
| .6/2024 | 10101 | NOTICE OF APPEARANCE by Gayle Chatilo Sproul on behalf of CBS Broadcasting Inc. d/b/a CBS News..(Sproul (Entered: 07/16/2024) |
| .6/2024 | 10102 | LETTER addressed to Judge George B. Daniels from Michael Berry, Jacquelyn Schell dated July 16, 2024 re: Unsea Judicial Records. Document filed by NewsNation..(Berry, Michael) (Entered: 07/16/2024) |
| .6/2024 | 10103 | LETTER RESPONSE in Support of Motion addressed to Judge George B. Daniels from Merriam Mikhail dated 07/1 10067 MOTION to Unseal *Judicial Records*. *and Joining in Same*. Document filed by Cable News Network, Inc...(M Merriam) (Entered: 07/16/2024) |
| .6/2024 | 10104 | NOTICE OF APPEARANCE by Merriam Mikhail on behalf of Cable News Network, Inc...(Mikhail, Merriam) (Ente 07/16/2024) |
| .6/2024 | 10105 | NOTICE OF APPEARANCE by Matthew Lynn Schafer on behalf of CBS Broadcasting Inc. d/b/a CBS News..(Scha Matthew) (Entered: 07/16/2024) |
| .6/2024 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED CLERK'S CERTIFICATE OF DEF. Notice to Attorney Jerry Goldman. RE−FILE Document No. (29 in 1:23−cv−05790−GBD, 10095 in 1:03−md−01570−GBD−SN) Proposed Clerk's Certificate of Default. The filing is deficient for the following rea incorrect clerk of court name listed. Re−file the document using the event type Proposed Clerk's Certificate of found under the event list Proposed Orders − select the correct filer/filers − attach the correct PDF that − lists filed date of the complaint, lists the correct name(s) of the party(ies) who was/were served, lists the correct dat party(ies) was/were served, lists the correct filed date of the proof of service. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:23−cv−05790−GBD(nd)** (Entered: 07/16/2024) |
| .6/2024 | 10106 | NOTICE OF APPEARANCE by Maya Gandhi on behalf of The New York Times Company..(Gandhi, Maya) (Enter 07/16/2024) |
| .6/2024 | 10107 | ORDER: Members of the public may listen to the July 17, 2024 oral argument using the following dial−in and passco (646)−453−4442, 907 375 915#. All members of the public must mute their lines. SO ORDERED (Signed by Judge Daniels on 7/16/2024) (ks) (Entered: 07/16/2024) |
| .7/2024 | 10108 | LETTER MOTION for Leave to File Motion to join New York Times Company's Motion to intervene and unseal ad Judge George B. Daniels from Kel McClanahan dated 17 July 2024. Document filed by Broward Bulldog, Inc., Anth Summers, Robbyn Swan..(McClanahan, Kelly) (Entered: 07/17/2024) |
| .7/2024 | 10109 | NOTICE OF APPEARANCE by Kelly Brian McClanahan on behalf of Broward Bulldog, Inc., Anthony Summers, R Swan..(McClanahan, Kelly) (Entered: 07/17/2024) |
| .7/2024 | 10110 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Celestine Kone..(Goldman, Jerry) **Propo document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** (Entered: 07/ |
| .7/2024 | 10111 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Danielle Kelly..(Goldman, Jerry) **Propos document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** (Entered: 07/ |
| .7/2024 | 10112 | AFFIRMATION of Jerry S. Goldman in Support re: (29 in 1:23−cv−07283−GBD, 10111 in 1:03−md−01570−GBD− Proposed Clerk's Certificate of Default. Document filed by Danielle Kelly. (Attachments: # 1 Exhibit A, # 2 Exhibit Exhibit C, # 4 Exhibit D, # 5 Exhibit E)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:23−cv−07283−GBD.(Goldman, Jerry) (Entered: 07/17/2024) |
| .7/2024 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − DEFICIENT DOCKET ENTRY ERROR. Notic Attorney to RE−FILE Document (10096 in 1:03−md−01570−GBD−SN, 30 in 1:23−cv−05790−GBD) Affirmatio Support,. ERROR(S): linked to deficient docket entry. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:23−cv−05790−GBD(nd)** (Entered: 07/17/2024) |
| .7/2024 | 10113 | CLERK'S CERTIFICATE OF DEFAULT as to Islamic Republic of Iran. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:23−cv−07283−GBD.(nd) (Main Document 10113 replaced on 7/30/2024) (nd). (Enter 07/17/2024) |
| .7/2024 | 10114 | **FILING ERROR − DEFICIENT DOCKET ENTRY − (SEE DOCUMENT#10115)** AFFIRMATION of Jerry S. Support re: (10110 in 1:03−md−01570−GBD−SN, 31 in 1:23−cv−05790−GBD) Proposed Clerk's Certificate of Defa Document filed by Celestine Kone. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exh In Associated Cases: 1:03−md−01570−GBD−SN, 1:23−cv−05790−GBD.(Gilinsky, Marshall) Modified on 8/15/202 (Entered: 07/17/2024) |
| .7/2024 | 10115 | AFFIRMATION of Jerry S. Goldman in Support re: (31 in 1:23−cv−05790−GBD) Proposed Clerk's Certificate of De Document filed by Celestine Kone. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exh |

| | | |
|---|---|---|
| | | In Associated Cases: 1:03−md−01570−GBD−SN, 1:23−cv−05790−GBD.(Goldman, Jerry) (Entered: 07/17/2024) |
| .7/2024 | 10117 | MOTION to Substitute Party. Old Party: Louis Gaston; Francis Gaston, New Party: Beatrice Gaston as Personal Repr of the Estate of Luis Gaston; Frances Gaston . Document filed by Beatrice Gaston.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12337−GBD−SN.(Morgan, Robert) (Entered: 07/17/2024) |
| .7/2024 | 10118 | PROPOSED ORDER. Document filed by Beatrice Gaston. (Attachments: # 1 Exhibit A) Related Document Number ..(Morgan, Robert) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 07/17/2024) |
| .7/2024 | | Minute Entry for proceedings held before Judge George B. Daniels: Case Management Conference held on 7/17/2024 Counsel: Sean P. Carter, Robert T. Haefele, James Gavin Simpson, Saudi Arabia Counsel: Gregory G. Rapawy, Dalla Counsel: Robert K. Kr; FBI Counsel: Sarah S. Normand CBS: Matthew L. Schafer and Court Reporter Present Assoc Cases: 1:03−md−01570−GBD−SN et al.(Vega, Elizabeth) (Entered: 07/18/2024) |
| .8/2024 | 10119 | CLERK'S CERTIFICATE OF DEFAULT as to Islamic Republic of Iran. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:23−cv−05790−GBD.(nd) (Entered: 07/18/2024) |
| .8/2024 | 10120 | MOTION to Substitute Attorney. Old Attorney: Jerry S. Goldman, New Attorney: John F. Schutty . Document filed b Halloran.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Schutty, John) (Entere 07/18/2024) |
| .8/2024 | 10121 | DECLARATION of John F. Schutty in Support re: (802 in 1:04−cv−01076−GBD−SN) MOTION to Substitute Attor Attorney: Jerry S. Goldman, New Attorney: John F. Schutty .. Document filed by Marie Halloran. (Attachments: # 1 Consent Order Granting Substitution of Attorney)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Schutty, John) (Entered: 07/18/2024) |
| .8/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (104 in 1:18−cv−12337−GBD−S in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:18−cv−12337−GBD−SN(nd)** (Entered: 07/18/2024) |
| .8/2024 | 10122 | MOTION to Amend/Correct . Document filed by Philomena Karczewski.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11776−GBD−SN.(Goldman, Jerry) (Entered: 07/18/2024) |
| .8/2024 | 10123 | MEMORANDUM OF LAW in Support re: (180 in 1:19−cv−11776−GBD−SN, 10122 in 1:03−md−01570−GBD−SN to Amend/Correct . . Document filed by Philomena Karczewski. Filed In Associated Cases: 1:03−md−01570−GBD− 1:19−cv−11776−GBD−SN.(Goldman, Jerry) (Entered: 07/18/2024) |
| .8/2024 | 10124 | PROPOSED ORDER. Document filed by Philomena Karczewski. Related Document Number: [10122, 180]..(Goldm **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 07/18/2024) |
| .8/2024 | 10125 | MEMO ENDORSED ORDER granting 10117 Motion to Substitute Party. ENDORSEMENT: The proposed substitu GRANTED. (Signed by Magistrate Judge Sarah Netburn on 7/18/2024) (vfr) (Entered: 07/18/2024) |
| .8/2024 | 10126 | LETTER addressed to Judge George B. Daniels from Plaintiffs Executive Committees and counsel for the Ashton Pla dated July 18, 2024 re: Terms agreed between Plaintiffs and the Department of Justice (DOJ). Document filed by Pla Executive Committees..(Haefele, Robert) (Entered: 07/18/2024) |
| .9/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (182 in 1:19−cv−11776−GBD−S Proposed Order was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN 1:19−cv−11776−GBD−SN(nd)** (Entered: 07/19/2024) |
| .9/2024 | 10127 | LETTER addressed to Judge George B. Daniels from Michael K. Kellogg dated July 19, 2024 re: Opposition to Adjo Request in ECF No. 10126. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 07/19/2024) |
| .9/2024 | 10128 | MOTION to Substitute Party. Old Party: New Party: . Document filed by Sheri Burlingame. (Attachments: # 1 Exhib In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN, 1:17−cv−02003−GBD−SN.(Granito, Frank) (Entered: 07/19/2024) |
| .9/2024 | 10129 | **Vacated as per Judge's Order dated 8/5/2024, Doc. #10210 FILING ERROR − DEFICIENT DOCKET ENTR** NOTICE of Motion for Partial Final Judgments for Damages on behalf of the Plaintiffs. Document filed by Dae Jin R In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kelly, Sandra) Modified on 8/15/2024 Modified on 9/19/2024 (mml). (Entered: 07/19/2024) |
| .9/2024 | 10130 | PROPOSED ORDER. Document filed by Sheri Burlingame. (Attachments: # 1 Exhibit A) Related Document Numbe ..(Granito, Frank) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 07/19/2024) |
| .9/2024 | 10131 | **Vacated as per Judges Order dated 08/05/2024, Doc. # 10210 FILING ERROR − DEFICIENT DOCKET ENT** MEMORANDUM OF LAW in Support re: (10129 in 1:03−md−01570−GBD−SN, 2125 in 1:02−cv−06977−GBD−S (Other) *of Motion for Partial Final Judgment for Damages*. Document filed by Dae Jin Ryook. Filed In Associated C |

| | | |
|---|---|---|
| | | 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kelly, Sandra) Modified on 8/15/2024 (lb). Modified on 8/ (yv). (Entered: 07/19/2024) |
| .9/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (2126 in 1:02−cv−06977−GBD− 1:17−cv−02003−GBD−SN, 10130 in 1:03−md−01570−GBD−SN, 341 in 1:02−cv−07230−GBD−SN) Proposed O reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GB 1:02−cv−07230−GBD−SN, 1:17−cv−02003−GBD−SN(nd)** (Entered: 07/19/2024) |
| .9/2024 | 10132 | LETTER addressed to Judge George B. Daniels from Plaintiffs Executive Committees and Ashton Plaintiffs dated Ju re: Response to Saudi Arabias July 19, 2024 letter, ECF No. 10127. Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 07/19/2024) |
| .9/2024 | 10133 | MOTION to Substitute Party. Old Party: New Party: . Document filed by Janis Lilie, Andrew Furman, Jayne Furman Furman. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD 1:18−cv−08297−GBD−SN, 1:18−cv−11583−GBD−SN.(O'Grady, Jeanne) (Entered: 07/19/2024) |
| .9/2024 | 10134 | **Vacated as per Judges Order dated 08/05/2024, Doc. # 10210 FILING ERROR − DEFICIENT DOCKET ENT** DECLARATION of Sandra M. Kelly in Support re: (2127 in 1:02−cv−06977−GBD−SN, 10131 in 1:03−md−01570− Memorandum of Law in Support,. Document filed by Dae Jin Ryook. (Attachments: # 1 Exhibit Economist, # 2 Exhi Economist − Filed under Seal)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(K Sandra) Modified on 8/15/2024 (lb). Modified on 8/16/2024 (yv). (Entered: 07/19/2024) |
| .9/2024 | 10135 | PROPOSED ORDER. Document filed by Andrew Furman, Jayne Furman, Michael Furman, Janis Lilie. (Attachment Exhibit A) Related Document Number: 10133 ..(O'Grady, Jeanne) **Proposed Order to be reviewed by Clerk's Offi** (Entered: 07/19/2024) |
| .9/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (133 in 1:18−cv−08297−GBD− 1:02−cv−06977−GBD−SN, 10135 in 1:03−md−01570−GBD−SN, 79 in 1:18−cv−11583−GBD−SN) Proposed Or reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GB 1:18−cv−08297−GBD−SN, 1:18−cv−11583−GBD−SN. (tp)** (Entered: 07/19/2024) |
| .9/2024 | 10136 | LETTER addressed to Judge George B. Daniels from Robert K. Kry dated July 19, 2024 re: Opposition to PECs' Req Adjournment (Dkt. 10126). Document filed by Dallah Avco Trans Arabia..(Kry, Robert) (Entered: 07/19/2024) |
| .9/2024 | 10137 | LETTER addressed to Judge George B. Daniels from Jennifer Jude dated 7/19/24 re: Clarification Regarding FBI−PI Compromise Proposal. Document filed by FBI..(Jude, Jennifer) (Entered: 07/19/2024) |
| .9/2024 | 10138 | LETTER addressed to Judge George B. Daniels from Plaintiffs Executive Committees and counsel for the Ashton Pl dated July 19, 2024 re: Response to Dallah Avcos July 19, 2024 letter, ECF No. 10136.. Document filed by Plaintiffs Committees..(Haefele, Robert) (Entered: 07/19/2024) |
| 22/2024 | 10139 | MOTION for Judgment *for Partial Damages*. Document filed by Jessica Derubbio.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 07/22/2024) |
| 22/2024 | 10140 | MEMORANDUM OF LAW in Support re: (167 in 1:20−cv−10902−GBD−SN, 182 in 1:19−cv−11767−GBD−SN, 2 1:18−cv−11875−GBD−SN, 183 in 1:19−cv−11776−GBD−SN, 10139 in 1:03−md−01570−GBD−SN, 303 in 1:18−cv−05306−GBD−SN, 185 in 1:20−cv−10460−GBD−SN, 285 in 1:18−cv−12277−GBD−SN, 226 in 1:18−cv−05331−GBD−SN, 261 in 1:18−cv−05320−GBD−SN, 233 in 1:19−cv−11865−GBD−SN) MOTION for Jud *Partial Damages*. . Document filed by Jessica Derubbio. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 07/22/2024) |
| 22/2024 | 10141 | ***SELECTED PARTIES***DECLARATION of Jerry S. Goldman in Support re: (10139 in 1:03−md−01570−GBI in 1:18−cv−05306−GBD−SN, 185 in 1:20−cv−10460−GBD−SN, 285 in 1:18−cv−12277−GBD−SN, 167 in 1:20−cv−10902−GBD−SN, 182 in 1:19−cv−11767−GBD−SN, 220 in 1:18−cv−11875−GBD−SN, 183 in 1:19−cv−11776−GBD−SN, 226 in 1:18−cv−05331−GBD−SN, 261 in 1:18−cv−05320−GBD−SN, 233 in 1:19−cv−11865−GBD−SN) MOTION for Judgment *for Partial Damages*.. Document filed by Jessica Derubbio, Rob Agyeman, Dominick Derubbio. (Attachments: # 1 Exhibit A − Estate Plaintiff, # 2 Exhibit B, # 3 Exhibit B−3 − Exp Index, # 4 Exhibit B−3a − Expert Reports, # 5 Exhibit B−3b − Expert Reports)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.Motion or Order to File Under Seal: 7963 .(Goldman, Jerry) (Entered: 07/22/2024) |
| 22/2024 | 10142 | PROPOSED ORDER. Document filed by Jessica Derubbio. (Attachments: # 1 Exhibit A, # 2 Exhibit B) Related Doc Number: 10139 ..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 07/22/2024) |
| 22/2024 | 10143 | MOTION for Judgment *For Damages Against the Islamic Republic of Iran*. Document filed by Celestine Kone.Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:23−cv−05790−GBD.(Goldman, Jerry) (Entered: 07/22/2024) |
| 22/2024 | 10144 | MEMORANDUM OF LAW in Support re: (10143 in 1:03−md−01570−GBD−SN, 35 in 1:23−cv−05790−GBD) MO Judgment *For Damages Against the Islamic Republic of Iran*. . Document filed by Celestine Kone. Filed In Associate 1:03−md−01570−GBD−SN, 1:23−cv−05790−GBD.(Goldman, Jerry) (Entered: 07/22/2024) |

| | | |
|---|---|---|
| 22/2024 | 10145 | ***SELECTED PARTIES***DECLARATION of Jerry S. Goldman in Support re: (10143 in 1:03−md−01570−GBI 1:23−cv−05790−GBD) MOTION for Judgment *For Damages Against the Islamic Republic of Iran*.. Document filed Celestine Kone(individually, as surviving spouse of Abdoulaye Kone), Celestine Kone. (Attachments: # 1 Exhibit A, B, # 3 Exhibit B−3a)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:23−cv−05790−GBDMotion or Order Under Seal: 7963 .(Goldman, Jerry) (Entered: 07/22/2024) |
| 22/2024 | 10146 | TRANSCRIPT of Proceedings re: conference held on 7/17/2024 before Judge George B. Daniels. Court Reporter/Tra Steven Greenblum, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained thro PACER. Redaction Request due 8/12/2024. Redacted Transcript Deadline set for 8/22/2024. Release of Transcript R set for 10/21/2024.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(McGuirk, Kelly) (Entered: 07/22/20 |
| 22/2024 | 10147 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERI proceeding held on 7/17/2024 has been filed by the court reporter/transcriber in the above−captioned matter. The part seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...F Associated Cases: 1:03−md−01570−GBD−SN et al..(McGuirk, Kelly) (Entered: 07/22/2024) |
| 22/2024 | 10148 | PROPOSED ORDER. Document filed by Celestine Kone. (Attachments: # 1 Exhibit A, # 2 Exhibit B) Related Docu Number: 10143 ..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 07/22/2024) |
| 22/2024 | 10149 | **Vacated as per Judges Order dated 08/05/2024, Doc. # 10210 FILING ERROR − DEFICIENT DOCKET EN MOTION to Seal *Document*. Document filed by Dae Jin Ryook. (Attachments: # 1 Exhibit Kelly Declaration, # Economist Affidavit + CV, # 3 Exhibit Economist Records Y2017)Filed In Associated Cases: 1:03−md−01570− 1:02−cv−06977−GBD−SN.(Kelly, Sandra) Modified on 8/15/2024 (lb). Modified on 8/16/2024 (yv). (Entered: 0** |
| 22/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (229 in 1:18−cv−05331−GBD− 1:19−cv−11767−GBD−SN, 264 in 1:18−cv−05320−GBD−SN, 223 in 1:18−cv−11875−GBD−SN, 10142 in 1:03−md−01570−GBD−SN, 288 in 1:18−cv−12277−GBD−SN, 306 in 1:18−cv−05306−GBD−SN, 188 in 1:20−cv−10460−GBD−SN, 236 in 1:19−cv−11865−GBD−SN, 186 in 1:19−cv−11776−GBD−SN, 170 in 1:20−cv−10902−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(nd)** (Entered: 07/22/2024) |
| 22/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (40 in 1:23−cv−05790−GBD, 1 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:23−cv−05790−GBD(nd)** (Entered: 07/22/2024) |
| 22/2024 | 10150 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman dated 7/22/2024 re: 24−cv−05520. Do filed by Christine O'Neill..(Goldman, Jerry) (Entered: 07/22/2024) |
| 22/2024 | 10151 | ORDER: This court would welcome any joint submission regarding redactions. However, the request to adjourn the J 2024 oral argument date is DENIED. Prior to the oral argument, this Court will consider any agreement regarding red from the parties. The Court will consider any joint submission prior to July 31, 2024 if it is submitted no later than Ju 2024. SO ORDERED. (Signed by Judge George B. Daniels on 7/22/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (sgz) (Entered: 07/22/2024) |
| 22/2024 | 10152 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Opposition re: 9785 MOTION to Dismiss . MOTION Summary Judgment . . Document filed by Unionamerica Insurance Company Limited, West American Insurance Co Marlon Insurance Company Limited, American Economy Insurance Company, American Fire and Casualty Compan American Safety Casualty Insurance Company, American Safety Indemnity Company, Al Rajhi Bank, Liberty Insura Corporation, Liberty Insurance Underwriters Inc., Liberty Life Assurance Company of Boston, Liberty Lloyds of Te Insurance Company, Liberty Mutual Fire Insurance Company, Liberty Mutual Insurance Company, Liberty Mutual I Europe Limited, Excelsior Insurance Company, General Insurance Company Of America, General Security Indemnit Of Arizona, General Security National Insurance Company, QBE INSURANCE (INTERNATIONAL) LTD., Wausa Insurance Company, Wausau Underwriters Insurance Company, The Midwestern Indemnity Company, The Netherla Insurance Company, The Ohio Casualty Insurance Company, The Underwriting Members of Lloyd's Syndicate 1121 Underwriting Members of Lloyd's Syndicate 1236, The Underwriting Members of Lloyd's Syndicate 1243, The Unde Members of Lloyd's Syndicate 1308, The Underwriting Members of Lloyd's Syndicate 205, The Underwriting Memb Lloyd's Syndicate 228, The Underwriting Members of Lloyd's Syndicate 510, The Underwriting Members of Lloyd's 529, The Underwriting Members of Lloyd's Syndicate 53, The Underwriting Members of Lloyd's Syndicate 55, The Underwriting Members of Lloyd's Syndicate 991, Indiana Insurance Company, SCOR CANADA REINSURANCE COMPANY, SCOR REINSURANCE ASIA−PACIFIC PTE LIMITED, SCOR REINSURANCE COMPANY (ASIA LIMITED, SCOR Reinsurance Company, Odyssey Reinsurance Company, LIBERTY MANAGING AGENCY LIM AND ON BEHALF OF THE LLOYD'S UNDERWRITING MEMBERS FROM TIME TO TIME OF LLOYD'S SY 4472, 190, AND 282), LM Insurance Corporation, LM PROPERTY AND CASUALTY INSURANCE COMPANY, Insurance Company of Wausau. Motion or Order to File Under Seal: 4255 .(Carter, Sean) (Entered: 07/22/2024) |

| | | |
|---|---|---|
| 22/2024 | 10153 | ***SELECTED PARTIES***DECLARATION of J. Scott Tarbutton in Opposition re: 9785 MOTION to Dismiss . M for Summary Judgment .. Document filed by West American Insurance Company, Wausau Business Insurance Comp Wausau Underwriters Insurance Company, Unionamerica Insurance Company Limited, The Midwestern Indemnity C The Netherlands Insurance Company, The Ohio Casualty Insurance Company, The Underwriting Members of Lloyd' 1121, The Underwriting Members of Lloyd's Syndicate 1236, The Underwriting Members of Lloyd's Syndicate 1243 Underwriting Members of Lloyd's Syndicate 1308, The Underwriting Members of Lloyd's Syndicate 205, The Under Members of Lloyd's Syndicate 228, The Underwriting Members of Lloyd's Syndicate 510, The Underwriting Membe Lloyd's Syndicate 529, The Underwriting Members of Lloyd's Syndicate 53, The Underwriting Members of Lloyd's S 55, The Underwriting Members of Lloyd's Syndicate 991, American Economy Insurance Company. (Attachments: # Counterstatement, # 2 Exhibit Reply, # 3 Exhibit Objections, # 4 Exhibit Response, # 5 Exhibit Opposition Brief, # 6 Letter, # 7 Exhibit Memo, # 8 Exhibit Declaration, # 9 Exhibit Press Release, # 10 Exhibit Zarate Treasury's War, # 1 Declaration, # 12 Exhibit Declaration, # 13 Exhibit Declaration)Motion or Order to File Under Seal: 4255 .(Carter, S (Entered: 07/22/2024) |
| 23/2024 | 10154 | MOTION to Substitute Attorney. Old Attorney: Jerry S. Goldman, New Attorney: John F. Schutty . Document filed b Jordan.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN.(Schutty, John) (Entered: 07/23/2024) |
| 23/2024 | 10155 | DECLARATION of John F. Schutty in Support re: (897 in 1:04−cv−01923−GBD−SN) MOTION to Substitute Attor Attorney: Jerry S. Goldman, New Attorney: John F. Schutty .. Document filed by Lisa Jordan. (Attachments: # 1 Exh Consent Order Granting Substitution of Attorney)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN.(Schutty, John) (Entered: 07/23/2024) |
| 23/2024 | 10156 | MOTION to Substitute Attorney. Old Attorney: Jerry S. Goldman, New Attorney: John F. Schutty . Document filed b Catherine McShane.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN.(Schutty, Joh (Entered: 07/23/2024) |
| 23/2024 | 10157 | DECLARATION of John F. Schutty in Support re: (899 in 1:04−cv−01923−GBD−SN) MOTION to Substitute Attor Attorney: Jerry S. Goldman, New Attorney: John F. Schutty .. Document filed by Catherine McShane. (Attachments: A. Consent Order Granting Substitution of Attorney)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN.(Schutty, John) (Entered: 07/23/2024) |
| 23/2024 | | CLERK CERTIFICATE OF MAILING RECEIVED for the Notice of Default Judgment prepared in accordance with §1608 and 22 C.F.R. § 93.2; Report & Recommendation issued by Magistrate Judge Netburn, dated October 2, 2023, 9358; Memorandum Decision and Order issued by District Judge Daniels, dated November 1, 2023, ECF No. 9400; a U.S.C. §§ 1330, 1391(f), 1441(d), and 1602 through 1611 (Pub. L. 94−583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. §§ 1602, et seq.); Translators Affidavit to Defendant Islamic Republic of Iran mailed to Is Republic of Iran on 02/01/2024 by Federal Express tracking # 7749 4599 5289, as per (9568 in 1:03−md−01570−GB Clerk Certificate of Mailing RECEIVED ON: 7/23/2024. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN. (ras) (Entered: 07/23/2024) |
| 24/2024 | 10158 | **Vacated as per Judges Order dated 08/05/2024, Doc. # 10210** PROPOSED ORDER. Document filed by Dae Jin R (Attachments: # 1 Civil Cover Sheet Exhibit A − Civil Cover Sheet, # 2 Exhibit B−1, # 3 Exhibit C) Related Docume 10129 ..(Kelly, Sandra) **Proposed Order to be reviewed by Clerk's Office staff.** Modified on 8/15/2024 (yv). (Ente 07/24/2024) |
| 24/2024 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED ORDER. Notice to attorney Sandra I RE−FILE Document No. (10158 in 1:03−md−01570−GBD−SN, 2135 in 1:02−cv−06977−GBD−SN) Proposed O filing is deficient for the following reason(s): Please add a space for the interest calculations to be added to the (Plaintiffs identified in Exhibit B−1 and Exhibit C are awarded prejudgment interest of 4.96 percent per annu compounded annually, running from September 11, 2001 until the date of judgment, in the amount of $______ Re−file the document using the event type Proposed Order found under the event list Proposed Orders. Filed I Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(km)** (Entered: 07/24/2024) |
| 24/2024 | 10159 | LETTER RESPONSE in Support of Motion addressed to Judge George B. Daniels from Gayle C. Sproul dated July 2 10067 MOTION to Unseal *Judicial Records*. . Document filed by CBS Broadcasting Inc. d/b/a CBS News..(Sproul, G (Entered: 07/24/2024) |
| 24/2024 | 10160 | ORDER: Members of the public may listen to the July 31, 2024 oral argument using the following dial−in and passco Toll−Free: 877−692−8957 Caller Paid:234−720−6980 Access Code: 9289559. All members of the public must mute SO ORDERED. (Signed by Judge George B. Daniels on 7/24/2024) (tg) (Entered: 07/24/2024) |
| 25/2024 | 10161 | CLERK CERTIFICATE OF MAILING of two (2) copies Notice of Default Judgment prepared in accordance with 28 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing both judgments in the Burnett case; Notice of Default Ju prepared in accordance with 28 U.S.C. § 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing the judgment at 9927 in the Arias case; Notice of Default Judgment prepared in accordance with 28 U.S.C. § 1608 and 22 C.F.R. § 93 English and Farsi) addressing the judgment at Document 9927 in the Prior case; Order Granting Partial Final Default dated June 17, 2024, Document 9927 (in English and Farsi) entered in the Burnett, Arias, and Prior cases; Order Gran |

| | | |
|---|---|---|
| | | Final Default Judgment, dated June 17, 2024, Document 9932 (in English and Farsi) entered only in the Burnett case; 28 U.S.C. 1330, l391(f), 1441(d), and 1602 through 1611 (Pub. L. 94−583; 90 Stat. 2891) and the Foreign Sovereign Act (28 U.S.C. §§ 1602, et seq.) (in English and Farsi); and Translator's Affidavit (in English only) mailed to Defend Republic of Iran Ali Bagheri Minister of Foreign Affairs Ministry of Foreign Affairs of the Islamic Republic of Iran I Khomeini Avenue, Imam Khomeini Square Tehran, Iran on 7/25/2024 by Federal Express tracking # 7775 4250 8358 dispatch to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Li (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570− 1:15−cv−09903−GBD−SN, 1:19−cv−00041−GBD−SN, 1:19−cv−00044−GBD−SN. (ras) (Entered: 07/25/2024) |
| 25/2024 | 10162 | LETTER addressed to Judge George B. Daniels from Plaintiffs Executive Committees and Ashton Plaintiffs dated Ju re: Supplementing the record in support of Plaintiffs pending motion for reconsideration and Rule 72 objections, ECF Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit 1).(Haefele, Robert) (Entered: 07/25/2 |
| 26/2024 | 10163 | MOTION to Substitute Attorney. Old Attorney: Jerry S. Goldman, New Attorney: John F. Schutty . Document filed b Temple.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN.(Schutty, John) (Entered 07/26/2024) |
| 26/2024 | 10164 | DECLARATION of John F. Schutty in Support re: (901 in 1:04−cv−01923−GBD−SN) MOTION to Substitute Attor Attorney: Jerry S. Goldman, New Attorney: John F. Schutty .. Document filed by Deborah Temple. (Attachments: # Consent Order Granting Substitution of Attorney)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN.(Schutty, John) (Entered: 07/26/2024) |
| 26/2024 | 10165 | LETTER addressed to Judge George B. Daniels from Plaintiffs Executive Committees and counsel for the Ashton Pl dated July 26, 2024 re: Pursuant to the Courts Order at ECF No. 10151. Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 07/26/2024) |
| 26/2024 | 10166 | LETTER addressed to Judge George B. Daniels from AUSA Sarah S. Normand dated July 26, 2024 re: Status of FBI Confidentiality Review, Submission of Last In Camera Averment, and FBI's Position/Response to Plaintiffs' Position Unsealing. Document filed by FBI..(Normand, Sarah) (Entered: 07/26/2024) |
| 26/2024 | 10167 | ***SELECTED PARTIES*** LETTER addressed to Judge George B. Daniels from Plaintiffs Executive Committee counsel for the Ashton Plaintiffs dated July 26, 2024 re: Pursuant to the Courts Order at ECF No. 10151. Document f Kingdom of Saudi Arabia, Plaintiffs Executive Committees, Dallah Avco Trans Arabia, Ashton Plaintiffs, FBI. (Atta 1 Exhibit 1)Motion or Order to File Under Seal: 4255 .(Haefele, Robert) (Entered: 07/26/2024) |
| 26/2024 | 10168 | ***SELECTED PARTIES*** LETTER addressed to Judge George B. Daniels from AUSA Sarah S. Normand dated 2024 re: Status of FBI Confidentiality Review, Submission of Last In Camera Averment, and FBI's Position/Respons Plaintiffs' Position re Unsealing (with sealed exhibits). Document filed by The Kingdom of Saudi Arabia, Plaintiffs E Committees, Dallah Avco Trans Arabia, FBI. (Attachments: # 1 Exhibit K (PEC Exhibit 700 with read−through reda requested by FBI and KSA), # 2 Exhibit L (List of "30 High Priority Individuals Identified by Plaintiffs"))Motion or File Under Seal: 4255 .(Normand, Sarah) (Entered: 07/26/2024) |
| 29/2024 | 10169 | LETTER addressed to Judge George B. Daniels from Michael K. Kellogg dated July 29, 2024 re: Opposition to ECF Seeking to Supplement the Record. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 07/29 |
| 29/2024 | 10170 | LETTER addressed to Judge George B. Daniels from Plaintiffs' Executive Committees and Ashton Plaintiffs dated Ju re: response to submission by Saudi Arabia at ECF No. 10169. Document filed by Plaintiffs Executive Committees..( Robert) (Entered: 07/29/2024) |
| 29/2024 | 10171 | LETTER addressed to Judge George B. Daniels from Sandra M. Kelly on behalf of Dae Jin Ryook dated 07/29/2024 Withdraw of electronically filed pleadings. Document filed by Dae Jin Ryook. (Attachments: # 1 Proposed Order Pro Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kelly, Sandra) (Entered: ( |
| 29/2024 | 10172 | CLERK CERTIFICATE OF MAILING of one copy (in English and Farsi) of the Complaint, Notice of Suit, Summor Affidavit of translator and Foreign Sovereign Immunities Act (FSIA) 28 USCS §§ 1602, et seq. mailed to Islamic Re Iran, Ali Bagheri, Acting Minister of Foreign Affairs, Ministry of Foreign Affairs, Imam Khomeini Avenue, Imam K Square, Tehran, Iran on 7/29/2024 by Registered Mail tracking # RH004040172US, to the head of the ministry of for pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(3). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:24−cv−04715−GBD. (ras) (Entered: 07/29/2024) |
| 29/2024 | 10173 | MEMORANDUM DECISION AND ORDER in case 1:03−cv−09848−GBD−SN; terminating (10067) Motion to Un terminating (10071) Motion to Unseal; terminating (10073) Motion to Seal; terminating (10075) Motion to Seal; term (10108) Motion for Leave to File Document in case 1:03−md−01570−GBD−SN. The FBI's request to maintain limite redactions regarding the identification of FBI witnesses throughout the motion papers, averments of fact, and exhibits GRANTED, without prejudice to future, specific unsealing applications. Saudi Arabia's request to keep some of its ex under seal and to redact others is DENIED. The parties are directed to promptly file on the public docket−at 9:00 AM Wednesday, July 31, 2024−a set of motion papers, averments of fact, and exhibits that comply with this decision, to t |

| | | |
|---|---|---|
| | | practicable. The Clerk of Court is directed to close the motions at ECF Nos. 10067, 10071, 10073, 10075, and 10108 ORDERED. (Signed by Judge George B. Daniels on 7/29/2024) Filed In Associated Cases: 1:03−md−01570−GBD− (ks) (Main Document 10173 replaced on 7/29/2024) (ks). (Entered: 07/29/2024) |
| 30/2024 | 10174 | MOTION to Substitute Attorney. Old Attorney: John Eubanks, New Attorney: John F. Schutty . Document filed by S Munhall.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Schutty, John) (Entere 07/30/2024) |
| 30/2024 | 10175 | DECLARATION of John F. Schutty in Support re: (804 in 1:15−cv−09903−GBD−SN) MOTION to Substitute Attor Attorney: John Eubanks, New Attorney: John F. Schutty .. Document filed by Susan Munhall. (Attachments: # 1 Exh Consent Order Granting Substitution of Attorney)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Schutty, John) (Entered: 07/30/2024) |
| 30/2024 | 10176 | MOTION to Substitute Attorney. Old Attorney: John Eubanks, New Attorney: John F. Schutty . Document filed by J Nilsen.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Schutty, John) (Entered: 07/30/2024) |
| 30/2024 | 10177 | DECLARATION of John F. Schutty in Support re: (806 in 1:15−cv−09903−GBD−SN) MOTION to Substitute Attor Attorney: John Eubanks, New Attorney: John F. Schutty .. Document filed by Jennifer Nilsen. (Attachments: # 1 Exh Consent Order Granting Substitution of Attorney)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Schutty, John) (Entered: 07/30/2024) |
| 30/2024 | 10178 | LETTER MOTION to Consolidate Cases 1:23−cv−07164; 1:23−cv−07328; 1:23−cv−07391; 1:03−md−01570 addres Judge George B. Daniels from Timothy B. Fleming dated July 30, 2024. Document filed by Aaron Adler, Harley DiN Perry.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:23−cv−07328−GBD, 1:23−cv−07391−GBD.(Flemin Timothy) (Entered: 07/30/2024) |
| 30/2024 | 10179 | MOTION for Default Judgment as to *Liability and Damages*. Document filed by Beatrice Gaston.Filed In Associated 1:03−md−01570−GBD−SN, 1:18−cv−12337−GBD−SN.(Morgan, Robert) (Entered: 07/30/2024) |
| 30/2024 | 10180 | MEMORANDUM OF LAW in Support re: (10179 in 1:03−md−01570−GBD−SN, 110 in 1:18−cv−12337−GBD−SN for Default Judgment as to *Liability and Damages*. . Document filed by Beatrice Gaston. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12337−GBD−SN.(Morgan, Robert) (Entered: 07/30/2024) |
| 30/2024 | 10181 | DECLARATION of Robert Keith Morgan in Support re: (10179 in 1:03−md−01570−GBD−SN, 110 in 1:18−cv−12337−GBD−SN) MOTION for Default Judgment as to *Liability and Damages*.. Document filed by Beatric (Attachments: # 1 Exhibit A − Gaston Plaintiffs)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12337−GBD−SN.(Morgan, Robert) (Entered: 07/30/2024) |
| 30/2024 | 10182 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Beatrice Gaston. (Attachments Exhibit A − Default Judgment Cover Sheet, # 2 Exhibit B − Gaston Plaintiffs).(Morgan, Robert) **Proposed Default J to be reviewed by Clerk's Office staff.** (Entered: 07/30/2024) |
| 30/2024 | 10183 | LETTER addressed to Judge George B. Daniels from Robert K. Kry dated July 30, 2024 re: partially unredacted filin order at Dkt. 10173). Document filed by Dallah Avco Trans Arabia..(Kry, Robert) (Entered: 07/30/2024) |
| 30/2024 | 10184 | REPLY MEMORANDUM OF LAW in Support re: 9362 MOTION to Dismiss *, or in the alternative*. MOTION for S Judgment . *(previously filed under seal at Dkt. 9607)*. Document filed by Dallah Avco Trans Arabia..(Kry, Robert) (E 07/30/2024) |
| 30/2024 | 10185 | RESPONSE re: 9541 Declaration in Opposition to Motion, *Dallah Avco's Response to Plaintiffs' Averment of Facts ( 9541−1) (previously filed under seal at Dkt. 9608)*. Document filed by Dallah Avco Trans Arabia..(Kry, Robert) (Ent 07/30/2024) |
| 30/2024 | 10186 | DECLARATION of Eric R. Nitz in Support re: 9362 MOTION to Dismiss *, or in the alternative*. MOTION for Sum Judgment .. Document filed by Dallah Avco Trans Arabia. (Attachments: # 1 Exhibit 97 (redacted), # 2 Exhibit 98, # 99, # 4 Exhibit 100, # 5 Exhibit 101, # 6 Exhibit 102 (redacted)).(Kry, Robert) (Entered: 07/30/2024) |
| 30/2024 | 10187 | LETTER addressed to Judge George B. Daniels from Michael K. Kellogg dated July 30, 2024 re: Order ECF No. 101 Concerning Filing Partially Unredacted Documents. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michae 07/30/2024) |
| 31/2024 | 10188 | MEMORANDUM OF LAW in Support re: 9368 MOTION to Dismiss . *(Previously filed under seal on October 6, 20 No. 9369)*. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 07/31/2024) |
| 31/2024 | 10189 | DECLARATION of Gregory G. Rapawy in Support re: 9368 MOTION to Dismiss .. Document filed by Kingdom of Arabia. (Attachments: # 1 Exhibit 001 (Redacted), # 2 Exhibit 002, # 3 Exhibit 003, # 4 Exhibit 004, # 5 Exhibit 005 # 6 Exhibit 006 (Redacted), # 7 Exhibit 008, # 8 Exhibit 009, # 9 Exhibit 010, # 10 Exhibit 011, # 11 Exhibit 012, # 1 013, # 13 Exhibit 014, # 14 Exhibit 015, # 15 Exhibit 016, # 16 Exhibit 017, # 17 Exhibit 018, # 18 Errata 019, # 19 I |

| | | |
|---|---|---|
| | | # 20 Exhibit 022, # 21 Exhibit 023, # 22 Exhibit 024 (Redacted), # 23 Exhibit 027, # 24 Exhibit 028, # 25 Exhibit 02 Exhibit 030, # 27 Exhibit 031, # 28 Exhibit 032, # 29 Exhibit 033, # 30 Exhibit 034, # 31 Exhibit 035, # 32 Exhibit 0 Exhibit 037, # 34 Exhibit 038, # 35 Exhibit 039, # 36 Exhibit 040, # 37 Exhibit 041, # 38 Exhibit 042 (Redacted), # 3 043, # 40 Exhibit 044, # 41 Exhibit 045, # 42 Exhibit 046 (Redacted), # 43 Exhibit 047 (Redacted), # 44 Exhibit 048 # 45 Exhibit 049 (Redacted), # 46 Exhibit 050, # 47 Exhibit 051, # 48 Exhibit 052, # 49 Exhibit 053 (Redacted), # 50 054, # 51 Exhibit 055, # 52 Exhibit 056 (Redacted), # 53 Exhibit 057, # 54 Exhibit 058, # 55 Exhibit 059, # 56 Exhib Exhibit 061 (Redacted), # 58 Exhibit 063, # 59 Errata 064, # 60 Exhibit 066, # 61 Exhibit 067, # 62 Exhibit 068, # 63 069, # 64 Exhibit 070, # 65 Exhibit 071, # 66 Exhibit 072, # 67 Exhibit 073, # 68 Exhibit 078, # 69 Exhibit 079, # 70 080, # 71 Exhibit 081, # 72 Exhibit 083, # 73 Exhibit 085, # 74 Exhibit 087 (Redacted), # 75 Exhibit 094, # 76 Exhib Exhibit 096, # 78 Exhibit 097, # 79 Exhibit 099 (Redacted), # 80 Exhibit 100, # 81 Exhibit 104, # 82 Exhibit 105, # 8 106, # 84 Exhibit 107, # 85 Exhibit 108, # 86 Exhibit 115, # 87 Exhibit 116, # 88 Exhibit 117, # 89 Exhibit 122, # 90 123, # 91 Exhibit 125, # 92 Exhibit 126, # 93 Exhibit 127, # 94 Exhibit 130 (Redacted), # 95 Exhibit 131 (Redacted), Exhibit 132 (Redacted), # 97 Exhibit 133 (Redacted), # 98 Exhibit 135 (Redacted), # 99 Exhibit 136 (Redacted), # 10 137 (Redacted), # 101 Exhibit 139, # 102 Exhibit 140, # 103 Exhibit 141, # 104 Exhibit 142, # 105 Exhibit 143, # 10 146, # 107 Exhibit 149, # 108 Exhibit 156, # 109 Exhibit 157, # 110 Exhibit 158, # 111 Exhibit 159).(Kellogg, Mich (Entered: 07/31/2024) |
| 31/2024 | 10190 | REPLY MEMORANDUM OF LAW in Support re: 9368 MOTION to Dismiss . *(Previously filed under seal on Mar 2024, at ECF No. 9610)*. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 07/31/2024) |
| 31/2024 | 10191 | DECLARATION of Gregory G. Rapawy in Support re: 9368 MOTION to Dismiss .. Document filed by Kingdom of Arabia. (Attachments: # 1 Exhibit 160 Part 1 of 2 (Redacted), # 2 Exhibit 160 Part 1 of 2 (Redacted), # 3 Exhibit 163 Exhibit 164, # 5 Exhibit 168 (Redacted), # 6 Exhibit 169, # 7 Exhibit 170, # 8 Exhibit 171, # 9 Exhibit 172, # 10 Exh 11 Exhibit 174, # 12 Exhibit 175, # 13 Exhibit 176, # 14 Exhibit 177, # 15 Exhibit 178, # 16 Exhibit 179, # 17 Exhib Exhibit 181, # 19 Exhibit 183, # 20 Exhibit 185, # 21 Exhibit 186 (Redacted), # 22 Exhibit 187, # 23 Exhibit 188, # 2 189, # 25 Exhibit 190, # 26 Exhibit 192, # 27 Exhibit 193, # 28 Exhibit 194, # 29 Exhibit 195, # 30 Exhibit 196, # 31 197, # 32 Exhibit 198, # 33 Exhibit 199, # 34 Exhibit 200, # 35 Exhibit 201, # 36 Exhibit 202, # 37 Exhibit 203, # 38 204, # 39 Exhibit 205, # 40 Exhibit 206, # 41 Exhibit 207, # 42 Exhibit 208, # 43 Exhibit 209, # 44 Exhibit 210, # 45 211 (Redacted), # 46 Exhibit 212 (Redacted), # 47 Exhibit 213, # 48 Exhibit 214, # 49 Exhibit 215, # 50 Exhibit 216, Exhibit 219 (Redacted), # 52 Exhibit 220, # 53 Exhibit 221, # 54 Exhibit 223, # 55 Exhibit 224, # 56 Errata 225, # 57 227 Part 1 of 2, # 58 Exhibit 227 Part 2 of 2, # 59 Exhibit 228, # 60 Exhibit 229, # 61 Exhibit 230 (Redacted), # 62 E # 63 Exhibit 232, # 64 Exhibit 234, # 65 Exhibit 235 Part 1 of 2, # 66 Errata 235 Part 2 of 2, # 67 Exhibit 236, # 68 E # 69 Exhibit 238, # 70 Exhibit 239, # 71 Exhibit 240, # 72 Exhibit 241, # 73 Exhibit 242, # 74 Exhibit 244 Part 1 of 2 Exhibit 244 Part 2 of 2, # 76 Exhibit 245, # 77 Exhibit 251 (Redacted), # 78 Exhibit 252 (Redacted), # 79 Exhibit 25 (Redacted), # 80 Exhibit 254 (Redacted), # 81 Exhibit 255, # 82 Errata 256, # 83 Exhibit 257, # 84 Exhibit 258, # 85 260, # 86 Exhibit 261 (Redacted), # 87 Exhibit 266, # 88 Exhibit 269, # 89 Exhibit 270, # 90 Exhibit 274, # 91 Exhib Exhibit 276, # 93 Exhibit 277, # 94 Exhibit 279 (Redacted), # 95 Exhibit 280, # 96 Exhibit 281, # 97 Exhibit 282, # 9 283, # 99 Exhibit 284 (Redacted), # 100 Errata 285 (Redacted), # 101 Exhibit 286, # 102 Exhibit 287, # 103 Exhibit Exhibit 289, # 105 Exhibit 290, # 106 Exhibit 291, # 107 Errata 292, # 108 Exhibit 293).(Rapawy, Gregory) (Entered 07/31/2024) |
| 31/2024 | 10192 | LETTER addressed to Judge George B. Daniels from Plaintiffs' Executive Committees and Ashton Plaintiffs dated Ju re: the Court's July 29, 2024 Order at ECF No. 10173. Document filed by Ashton Plaintiffs, Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 07/31/2024) |
| 31/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (113 in 1:18−cv−12337−GBD−SN, 10182 in 1:03−md−01570−GBD−SN) Proposed Default Judgment, was reviewed an as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12337−GBD−SN(nd)** (Entered: 07/3 |
| 31/2024 | 10193 | MEMORANDUM OF LAW in Opposition re: 9368 MOTION to Dismiss . *(Previously filed under seal at ECF No. 9 January 17, 2024)*. Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 07/31/2024) |
| 31/2024 | 10194 | REPLY MEMORANDUM OF LAW in Opposition re: 9368 MOTION to Dismiss . *(Previously filed under seal at E 9706 on April 19, 2024)*. Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 07/31/2024 |
| 31/2024 | 10195 | MOTION for Waleed Nassar to Withdraw as Attorney . Document filed by Abdullah Omar Naseef, Abdullah Al−Ob Abdullah bin Al−Turki, Adnan Basha, International Islamic Relief Organization, Muslim World League. (Attachmen Proposed Order Permitting Withdrawal of Counsel).(Bembry, Aisha) (Entered: 07/31/2024) |
| 31/2024 | | Minute Entry for proceedings held before Judge George B. Daniels: Oral Argument held on 7/31/2024 re: 9368 MOT Dismiss . filed by Kingdom of Saudi Arabia. Plaintiffs Counsel: James Gavin Simpson, Sean P. Carter Saudi Arabia Michael K. Kellogg, Gregory G. Rapawy Dallah Avco Counsel: Robert K. Kry, Eric R. Nitz Media Counsel: Jacquel and Court Reporter present. (Vega, Elizabeth) (Entered: 08/01/2024) |
| 01/2024 | 10196 | LETTER addressed to Judge George B. Daniels from Robert K. Kry dated August 1, 2024 re: Hearing Slides. Docum Dallah Avco Trans Arabia. (Attachments: # 1 Exhibit Hearing Slides).(Kry, Robert) (Entered: 08/01/2024) |

| | | |
|---|---|---|
| )1/2024 | 10197 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment prepared in accordance witl § 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing both judgments in the Burnett case; the Order Granting Final Default Judgment, dated June 17, 2024, Document 9927 (in English and Farsi); the Order Granting Partial Fina Judgment, dated June 17, 2024, Document 9932 (in English and Farsi); a copy of 28 U.S.C. 1330, l391(f), 1441(d), a through 1611 (Pub. L. 94−583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. §§ 1602, et seq. English and Farsi); Translator's Affidavit (in English only) mailed to Defendant Islamic Revolutionary Guard Corps, Bagheri, Minister of Foreign Affairs, Ministry of Foreign Affairs of the Islamic Republic of Iran, Imam Khomeini Av Imam Khomeini Square, Tehran, Iran on 8/1/2024 by Federal Express tracking # 7775 4511 4936, to the Secretary of Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immun 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN. (ras) (En 08/01/2024) |
| )2/2024 | 10198 | CLERK CERTIFICATE OF MAILING of one copy of the 1. Notice of Default Judgment prepared in accordance wit § 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing both judgments in the Burnett case; 2. Order Granting Final Default Judgment, dated June 17, 2024, Document 9927 (in English and Farsi); 3. Order Granting Partial Final Judgment, dated June 17, 2024, Document 9932 (in English and Farsi); 4. A copy of 28 U.S.C. 1330, 1391(f), 1441(c through 1611 (Pub. L. 94−583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. §§ 1602, et seq. English and Farsi); 5. Translator's Affidavit (in English only) mailed to Defendant Central Bank of the Islamic Repub Mohammad Reza Farzin, Governor, No. 198, Mirdamad Blvd. Tehran, Islamic Republic of Iran on 8/2/2024 by Regi tracking # RB596284870US, to the head of the agency or instrumentality of the foreign state, pursuant to the provisio Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B). Filed In Associated Cases: 1:03−md−01570−GBD−SN 1:15−cv−09903−GBD−SN. (ras) (Entered: 08/02/2024) |
| )2/2024 | 10199 | LETTER addressed to Judge George B. Daniels from Plaintiffs' Executive Committees and Ashton Plaintiffs dated A 2024 re: Plaintiffs' filing of a redacted version of their Corrected Averment (previously filed under seal at ECF No. 9 January 18, 2024) on the public docket. Document filed by Ashton Plaintiffs, Plaintiffs Executive Committees. (Attac 1 Exhibit A).(Haefele, Robert) (Entered: 08/02/2024) |
| )5/2024 | 10200 | ORDER granting (10122) Motion to Amend/Correct in case 1:03−md−01570−GBD−SN; granting (180) Motion to Amend/Correct in case 1:19−cv−11776−GBD−SN. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 8 Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−11776−GBD−SN (dsh) (Entered: 08/05/2024) |
| )5/2024 | 10201 | ORDER granting (10176) Motion to Substitute Attorney. in case 1:03−md−01570−GBD−SN; granting (806) Motion Substitute Attorney. in case 1:15−cv−09903−GBD−SN. The motion to substitute counsel is GRANTED. SO ORDER (Signed by Magistrate Judge Sarah Netburn on 8/5/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN (dsh) (Entered: 08/05/2024) |
| )5/2024 | 10202 | ORDER granting 10195 Motion to Withdraw as Attorney. Attorney Waleed El Sayed Nassar terminated. SO ORDEF (Signed by Magistrate Judge Sarah Netburn on 8/5/2024) (dsh) (Entered: 08/05/2024) |
| )5/2024 | 10203 | ORDER granting 10195 Motion to Withdraw as Attorney. Attorney Waleed El Sayed Nassar terminated. SO ORDEF (Signed by Magistrate Judge Sarah Netburn on 8/5/2024) (dsh) (Entered: 08/05/2024) |
| )5/2024 | 10204 | ORDER granting (10133) Motion to Substitute Party. in case 1:03−md−01570−GBD−SN; granting (2128) Motion to Party. in case 1:02−cv−06977−GBD−SN; granting (132) Motion to Substitute Party. in case 1:18−cv−08297−GBD−S granting (78) Motion to Substitute Party. in case 1:18−cv−11583−GBD−SN. The motion to substitute personal repres GRANTED. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 8/5/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:18−cv−08297−GBD−SN, 1:18−cv−11583−GBD−SN (dsl 08/05/2024) |
| )5/2024 | 10205 | ORDER granting (10120) Motion to Substitute Attorney. The substitution of counsel is GRANTED. SO ORDRED. A attorney John Francis Schutty for Aidan Halloran, John Francis Schutty for Conor Halloran, John Francis Schutty for Halloran, John Francis Schutty for Jake Halloran, John Francis Schutty for Kieran Halloran, John Francis Schutty for Halloran, John Francis Schutty for Marie Halloran, John Francis Schutty for Phelan Halloran,. Attorney Jerry Stephe terminated in case 1:03−md−01570−GBD−SN; granting (802) Motion to Substitute Attorney. Added attorney John F Schutty for Aidan Halloran, John Francis Schutty for Conor Halloran, John Francis Schutty for Declan Halloran, Johr Schutty for Jake Halloran, John Francis Schutty for Kieran Halloran, John Francis Schutty for Marie Halloran, John F Schutty for Marie Halloran, John Francis Schutty for Phelan Halloran,. Attorney Jerry Stephen Goldman terminated i 1:04−cv−01076−GBD−SN. (Signed by Magistrate Judge Sarah Netburn on 8/5/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN (dsh) (Entered: 08/05/2024) |
| )5/2024 | 10206 | ORDER granting (10128) Motion to Substitute Party. in case 1:03−md−01570−GBD−SN; granting (2124) Motion to Party. in case 1:02−cv−06977−GBD−SN; granting (340) Motion to Substitute Party. in case 1:02−cv−07230−GBD−S granting (327) Motion to Substitute Party. in case 1:17−cv−02003−GBD−SN. The motion to substitute personal repre is GRANTED. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 8/5/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN, 1:17−cv−02003−GBD−SN (dsl |

| | | |
|---|---|---|
| | | 08/05/2024) |
| )5/2024 | 10207 | MOTION to Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibit A . Document fil Plaintiffs, Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00041−GBD−SN.(Duane, John) (Entered: 08/05/2024) |
| )5/2024 | 10208 | ORDER granting (10178) Letter Motion to Consolidate Cases in case 1:03−md−01570−GBD−SN; granting (28) Lett to Consolidate Cases in case 1:23−cv−07328−GBD; granting (25) Letter Motion to Consolidate Cases in case 1:23−cv−07391−GBD. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 8/5/2024) Filed In Associate 1:03−md−01570−GBD−SN, 1:23−cv−07164−GBD, 1:23−cv−07328−GBD, 1:23−cv−07391−GBD. (mml) (Entered: 08/05/2024) |
| )5/2024 | 10209 | PROPOSED ORDER. Document filed by Arias Plaintiffs, Burnett Plaintiffs. Related Document Number: 10207 ..(D **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/05/2024) |
| )5/2024 | 10210 | MEMO ENDORSEMENT on re: (10171 in 1:03−md−01570−GBD−SN, 2136 in 1:02−cv−06977−GBD−SN) Letter, Dae Jin Ryook. ENDORSEMENT: The motion is GRANTED. The Clerk of Court is hereby directed to vacate the pl listed above. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 8/5/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN. (mml) (Entered: 08/05/2024) |
| )5/2024 | 10211 | ORDER granting (10154) Motion to Substitute Attorney. in case 1:03−md−01570−GBD−SN; granting (897) Motion Substitute Attorney. in case 1:04−cv−01923−GBD−SN. The motion to substitute counsel is GRANTED. SO ORDER (Signed by Magistrate Judge Sarah Netburn on 8/5/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN (dsh) (Entered: 08/05/2024) |
| )5/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 10209 Proposed Order was rev approved as to form. (km)** (Entered: 08/05/2024) |
| )5/2024 | 10212 | MOTION to Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibit A . Document fil Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) ( 08/05/2024) |
| )5/2024 | 10213 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. Related Document Number: 10212 ..(Duane, John) **Prop Order to be reviewed by Clerk's Office staff.** (Entered: 08/05/2024) |
| )5/2024 | 10214 | MEMO ENDORSEMENT granting (10163) Motion to Substitute Attorney in case 1:03−md−01570−GBD−SN; gran Motion to Substitute Attorney in case 1:04−cv−01923−GBD−SN. ENDORSEMENT: The motion to substitute couns GRANTED. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 8/5/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:04−cv−01923−GBD−SN, 1:19−cv−11776−GBD−SN (vf 08/05/2024) |
| )5/2024 | 10215 | MEMO ENDORSEMENT granting (10174) Motion to Substitute Attorney in case 1:03−md−01570−GBD−SN; gran Motion to Substitute Attorney in case 1:15−cv−09903−GBD−SN. ENDORSEMENT: The motion to substitute couns GRANTED. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 8/5/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN, 1:04−cv−01076−GBD−SN, 1:15−cv−09903−GBD−SN (vf 08/05/2024) |
| )6/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (10213 in 1:03−md−01570−GB in 1:15−cv−09903−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(km)** (Entered: 08/06/2024) |
| )6/2024 | 10216 | ORDER granting (10156) Motion to Substitute Attorney. in case 1:03−md−01570−GBD−SN; granting (899) Motion Substitute Attorney. in case 1:04−cv−01923−GBD−SN. The motion to substitute counsel is GRANTED. SO ORDER (Signed by Magistrate Judge Sarah Netburn on 8/5/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:04−cv−01923−GBD−SN, 1:18−cv−11776−GBD−SN (dsh) (Entered: 08/06/2024) |
| )6/2024 | 10217 | NOTICE of to Conform to Consolidated Amended Complaint. Document filed by Mary Jelnek. Filed In Associated C 1:03−md−01570−GBD−SN, 1:24−cv−05520−GBD.(Goldman, Jerry) (Entered: 08/06/2024) |
| )6/2024 | 10218 | NOTICE of to Conform to Sudan Consolidated Amended Complaint or Ashton Sudan Amended Complaint. Docume Mary Jelnek. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:24−cv−05520−GBD.(Goldman, Jerry) (Enter 08/06/2024) |
| )6/2024 | 10219 | MEMO ENDORSEMENT granting (10207) Motion to Substitute Party. in case 1:03−md−01570−GBD−SN; granting Motion to Substitute Party. in case 1:15−cv−09903−GBD−SN; granting (183) Motion to Substitute Party. in case 1:19−cv−00041−GBD−SN. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 8/6/2024) Filed In Assoc Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00041−GBD−SN (dsh) (Entered: 08/06/20 |

| | | |
|---|---|---|
| )6/2024 | 10220 | ORDER granting (10212) Motion to Substitute Party. in case 1:03−md−01570−GBD−SN; granting (813) Motion to S Party. in case 1:15−cv−09903−GBD−SN. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 8/6/2024) Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN (dsh) Modified on 8/6/2024 (dsh). (Entere 08/06/2024) |
| )6/2024 | 10221 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman dated 8/06/2024 re: Economic Damages. Doc by Christine O'Neill. (Attachments: # 1 Exhibit A − 2024.05.02 − AK Ltr to Daniels Netburn re judgments and VSST (no. 9745), # 2 Exhibit B − 2024.06.21 − Kreindler Ltr to Daniels Netburn re status of judgments for VSST deadline # 3 Exhibit C − USVSST Fund − Letter to 911 Counsel_07.05.2024).(Goldman, Jerry) (Entered: 08/06/2024) |
| )8/2024 | 10222 | MOTION to Substitute Party. Old Party: John Doe 140, being intended to designate the Personal Representative of th Darya Lin, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/ has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally beneficiaries and family members of Darya Lin, New Party: Reza Mashayekhi, as the Personal Representative of the Darya Lin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Darya Document filed by Celestine Kone.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:23−cv−05790−GBD.(G Jerry) (Entered: 08/08/2024) |
| )8/2024 | 10223 | PROPOSED ORDER. Document filed by Celestine Kone. Related Document Number: 10222 ..(Goldman, Jerry) **Pro Order to be reviewed by Clerk's Office staff.** (Entered: 08/08/2024) |
| )8/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (10223 in 1:03−md−01570−GB in 1:23−cv−05790−GBD) Proposed Order was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:23−cv−05790−GBD(km)** (Entered: 08/08/2024) |
| )9/2024 | 10224 | ORDER: The Court thanks the parties for its letter alerting it to the open filing period for supplemental economic dar claims under the USVSST fifth round deadline. The Court is aware of all pending motions for default judgment, inclu with supplemental economic damages claims, and is working to resolve them. The Court welcomes further updates o deadlines, including any firm deadline for supplemental economic damages claims. SO ORDERED. (Signed by Mag Judge Sarah Netburn on 8/9/2024) (dsh) (Entered: 08/09/2024) |
| )9/2024 | 10225 | ORDER granting (9822) Letter Motion to Seal in case 1:03−md−01570−GBD−SN; granting (69) Letter Motion to Se 1:21−cv−06247−GBD−SN. The motions to seal at ECF Nos. 9822, 9823, and 9824 are GRANTED. The Clerk of Co respectfully directed to terminate those motions in the MDL (03−md−01570), as well as the related motions in the me above (ECF No. 69 in Accardi, No. 21−cv−06247; ECF No. 79 in Alexander, No. 21−cv−03505; ECF No. 75 in Bets 21−cv−01394). SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 8/9/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−01394−GBD−SN, 1:21−cv−03505−GBD−SN, 1:21−cv−06247−GBD−SN (ds 08/09/2024) |
| )9/2024 | 10226 | ORDER granting (9822) Letter Motion to Seal in case 1:03−md−01570−GBD−SN; granting (69) Letter Motion to Se 1:21−cv−06247−GBD−SN. The motions to seal at ECF Nos. 9822, 9823, and 9824 are GRANTED. The Clerk of Co respectfully directed to terminate those motions in the MDL (03−md−01570), as well as the related motions in the me above (ECF No. 69 in Accardi, No. 21−cv−06247; ECF No. 79 in Alexander, No. 21−cv−03505; ECF No. 75 in Bets 21−cv−01394). SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 8/9/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−01394−GBD−SN, 1:21−cv−03505−GBD−SN, 1:21−cv−06247−GBD−SN (ds 08/09/2024) |
| )9/2024 | 10227 | MEMO ENDORSED ORDER granting 10222 Motion to Substitute Party. ENDORSEMENT: The motion to substitu GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 10222 as well as the relev in the above member case. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 8/9/2024) Filed In Associ 1:03−md−01570−GBD−SN, 1:23−cv−05790−GBD. (mml) (Entered: 08/09/2024) |
| .2/2024 | 10228 | ORDER denying 9570 Motion for Reconsideration. The Court therefore denies the Plaintiffs' motion for reconsiderat Clerk of Court is respectfully directed to terminate the motion at ECF No. 9570.SO ORDERED. (Signed by Magistra Sarah Netburn on 8/12/2024) (dsh) (Entered: 08/12/2024) |
| .2/2024 | 10229 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman, John M. Eubanks, Megan Wolfe Benett, Jea OGrady, Dorothea M. Capone dated 8/12/2024 re: Update to Court. Document filed by Christine O'Neill..(Goldman, (Entered: 08/12/2024) |
| .2/2024 | 10230 | MOTION to Amend/Correct . Document filed by Celestine Kone.Filed In Associated Cases: 1:03−md−01570−GBD− 1:23−cv−05790−GBD.(Goldman, Jerry) (Entered: 08/12/2024) |
| .2/2024 | 10231 | MEMORANDUM OF LAW in Support re: (46 in 1:23−cv−05790−GBD, 10230 in 1:03−md−01570−GBD−SN) MO Amend/Correct . . Document filed by Celestine Kone. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:23−cv−05790−GBD.(Goldman, Jerry) (Entered: 08/12/2024) |

| | | |
|---|---|---|
| .2/2024 | 10232 | PROPOSED ORDER. Document filed by Celestine Kone. Related Document Number: 10230 ..(Goldman, Jerry) **Pro Order to be reviewed by Clerk's Office staff.** (Entered: 08/12/2024) |
| .3/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (48 in 1:23−cv−05790−GBD, 1( 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:23−cv−05790−GBD(km)** (Entered: 08/13/2024) |
| .3/2024 | 10233 | MEMO ENDORSED ORDER granting (10230) Motion to Amend/Correct in case 1:03−md−01570−GBD−SN; grant Motion to Amend/Correct in case 1:23−cv−05790−GBD. ENDORSEMENT: SO ORDERED. (Signed by Magistrate Sarah Netburn on 8/13/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:23−cv−05790−GBD (dsh) (E 08/13/2024) |
| .3/2024 | 10234 | LETTER from Spytalk dated 7/15/2024 re: Terrorist Attacks on September 11, 2001, 03md1570. Joinder in the New Times Company's request seeking the timely unsealing of judicial records.(dsh) (Entered: 08/13/2024) |
| .3/2024 | 10235 | PROPOSED ORDER. Document filed by Irene Dickey. (Attachments: # 1 Exhibit A. List of Ashton−Dickey Plaintif (Compensatory Awards + Punitive Damages + Pre−Judgment Interest))) Related Document Number: 10057 ..(Schutt **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/13/2024) |
| .3/2024 | 10236 | PROPOSED ORDER. Document filed by Irene Dickey. (Attachments: # 1 Exhibit A. List of Ashton−Dickey Plaintif (Compensatory Awards + Treble Damages + Pre−Judgment Interest) Related Document Number: 10057 ..(Schutty, J **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/13/2024) |
| .3/2024 | 10237 | MOTION for Judgment *by Default for the Kone and Kelly Plaintiffs Against the Islamic Republic of Iran as to Liabil Partial Final Judgments for Damages*. Document filed by Thomas Kelly, Celestine Kone.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:23−cv−05790−GBD, 1:23−cv−07283−GBD.(Goldman, Jerry) (Entered: 08/13/2024) |
| .3/2024 | 10238 | MEMORANDUM OF LAW in Support re: (36 in 1:23−cv−07283−GBD, 10237 in 1:03−md−01570−GBD−SN, 50 in 1:23−cv−05790−GBD) MOTION for Judgment *by Default for the Kone and Kelly Plaintiffs Against the Islamic Repu as to Liabilty and for Partial Final Judgments for Damages*. . Document filed by Thomas Kelly, Celestine Kone. File Associated Cases: 1:03−md−01570−GBD−SN, 1:23−cv−05790−GBD, 1:23−cv−07283−GBD.(Goldman, Jerry) (Ent 08/13/2024) |
| .3/2024 | 10239 | ***SELECTED PARTIES*** LETTER addressed to Judge George B. Daniels from Robert K. Kry dated August 13, Joint Dallah Avco / FBI Letter re: sealing order. Document filed by FBI, Kingdom of Saudi Arabia, Plaintiffs Execut Committees, Dallah Avco Trans Arabia. (Attachments: # 1 Exhibit Transcript Markup)Motion or Order to File Under .(Kry, Robert) (Entered: 08/13/2024) |
| .3/2024 | 10240 | ***SELECTED PARTIES***DECLARATION of Jerry S. Goldman, Esq. in Support re: (36 in 1:23−cv−07283−GB 1:03−md−01570−GBD−SN, 50 in 1:23−cv−05790−GBD) MOTION for Judgment *by Default for the Kone and Kelly Against the Islamic Republic of Iran as to Liabilty and for Partial Final Judgments for Damages*.. Document filed by Kone(individually, as surviving spouse of Abdoulaye Kone), Danielle Kelly, Thomas Kelly, Celestine Kone. (Attach Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Errata C−3 Expert Reports Index, # 5 Exhibit C−3 Expret Reports)Filed I Associated Cases: 1:03−md−01570−GBD−SN, 1:23−cv−05790−GBD, 1:23−cv−07283−GBDMotion or Order to Fil Seal: 7963 .(Goldman, Jerry) (Entered: 08/13/2024) |
| .3/2024 | 10241 | PROPOSED ORDER. Document filed by Thomas Kelly, Celestine Kone. (Attachments: # 1 Exhibit A− Cover Sheet Exhibit B, # 3 Exhibit C) Related Document Number: 10237 ..(Goldman, Jerry) **Proposed Order to be reviewed by Office staff.** (Entered: 08/13/2024) |
| .4/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (347 in 1:02−cv−07230−GBD−: 1:02−cv−06977−GBD−SN, 10235 in 1:03−md−01570−GBD−SN) Proposed Order, was reviewed and approved Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN. (t** (Entered: 08/14/2024) |
| .4/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (10236 in 1:03−md−01570−GB in 1:02−cv−07230−GBD−SN, 2142 in 1:02−cv−06977−GBD−SN) Proposed Order, was reviewed and approved Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN. (t** (Entered: 08/14/2024) |
| .4/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (10241 in 1:03−md−01570−GB in 1:23−cv−07283−GBD, 53 in 1:23−cv−05790−GBD) Proposed Order, was reviewed and approved as to form. Associated Cases: 1:03−md−01570−GBD−SN, 1:23−cv−05790−GBD, 1:23−cv−07283−GBD. (tp)** (Entered: 08/1 |
| .4/2024 | 10242 | LETTER addressed to Judge George B. Daniels from Plaintiffs Executive Committees and Ashton Plaintiffs dated Au 2024 re: To clarify the application of Judge Netburns August 12, 2024 Order, ECF No. 10228. Document filed by Pla Executive Committees..(Haefele, Robert) (Entered: 08/14/2024) |

| | | |
|---|---|---|
| .5/2024 | 10243 | LETTER addressed to Judge George B. Daniels from Plaintiffs Executive Committees and Ashton Plaintiffs dated Au 2024 re: Dallah Avcos letter (ECF No. 10239), filed jointly with the DOJ/FBI (FBI). Document filed by Plaintiffs Ex Committees..(Haefele, Robert) (Entered: 08/15/2024) |
| .5/2024 | 10244 | DECLARATION of Nicholas Papain in Support re: (9766 in 1:03−md−01570−GBD−SN, 64 in 1:21−cv−06247−GB MOTION for Default Judgment as to .. Document filed by Jill Accardi. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhib Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−06247−GBD−SN.(Papain, Nicholas) (Entered: 08/15/2024) |
| .5/2024 | 10245 | DECLARATION of Nicholas Papain in Support re: (70 in 1:21−cv−01394−GBD−SN, 9770 in 1:03−md−01570−GB MOTION for Default Judgment as to .. Document filed by Evelyn Betso. (Attachments: # 1 Exhibit A, # 2 Exhibit B, C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhib Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z, # 27 Exhi 28 Exhibit BB, # 29 Exhibit CC, # 30 Exhibit DD, # 31 Exhibit EE)Filed In Associated Cases: 1:03−md−01570−GB 1:21−cv−01394−GBD−SN.(Papain, Nicholas) (Entered: 08/15/2024) |
| .5/2024 | 10246 | DECLARATION of Nicholas Papain in Support re: (74 in 1:21−cv−03505−GBD−SN, 9776 in 1:03−md−01570−GB MOTION for Default Judgment as to .. Document filed by Alice Alexander. (Attachments: # 1 Exhibit A, # 2 Exhibit Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z, # 27 E # 28 Exhibit BB, # 29 Exhibit CC, # 30 Exhibit DD, # 31 Exhibit EE, # 32 Exhibit FF, # 33 Exhibit GG, # 34 Exhibit Exhibit II, # 36 Exhibit JJ, # 37 Exhibit KK, # 38 Exhibit LL, # 39 Exhibit MM, # 40 Exhibit NN, # 41 Exhibit OO, # PP, # 43 Exhibit QQ, # 44 Exhibit RR, # 45 Exhibit SS)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−03505−GBD−SN.(Papain, Nicholas) (Entered: 08/15/2024) |
| .5/2024 | 10247 | MOTION to Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibit A . Document fi Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) 08/15/2024) |
| .5/2024 | 10248 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. Related Document Number: 10247 ..(Duane, John) **Prop Order to be reviewed by Clerk's Office staff.** (Entered: 08/15/2024) |
| .6/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (819 in 1:15−cv−09903−GBD− in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(km)** (Entered: 08/16/2024) |
| .6/2024 | 10249 | ORDER: The Court thanks the parties for their letter informing it about the USVSST deadline. See ECF No. 10229. will endeavor to address the pending motions for supplemental economic damages in advance of this new deadline bu guarantee that it will reach all such claims before September 20, 2024. SO ORDERED. (Signed by Magistrate Judge Netburn on 8/16/2024) (dsh) (Entered: 08/16/2024) |
| .6/2024 | 10250 | ORDER: It is hereby: ORDERED that the Plaintiffs' motion is granted, and the individuals included on Exhibit A at 10247 are to be substituted into the above−captioned case. Furthermore, the Court respectfully directs the Clerk of th terminate the motion at ECF No. 10247 in 03−MDL−1570 (GBD)(SN); ECF No. 818 in 15−cv−9903 (GBD)(SN). S ORDERED. (Signed by Magistrate Judge Sarah Netburn on 8/16/2024) (vfr) (Entered: 08/19/2024) |
| .9/2024 | 10251 | NOTICE of WITHDRAWAL OF APPEARANCE. Document filed by CO2e.com, LLC, Cantor Fitzgerald & Co., Ca Fitzgerald Associates, L.P., Cantor Fitzgerald Brokerage, L.P., Cantor Fitzgerald Europe, Cantor Fitzgerald Internati Fitzgerald Partners, Cantor Fitzgerald Securities, Cantor Fitzgerald, L.P., Cantor Index Limited, Port Authority Trans Corporation, Port Authority Trans−Hudson Corporation, Port Authority of New York & New Jersey, Port Authority York and New Jersey, TradeSpark, L.P., eSpeed Government Securities, Inc., eSpeed Securities, Inc.. Filed In Assoc 1:03−md−01570−GBD−SN, 1:04−cv−07065−GBD−SN.(Bourne, Andrew) (Entered: 08/19/2024) |
| .9/2024 | 10252 | MOTION to Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibit A . Document fi Plaintiffs, Burnett Plaintiffs, Prior Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903- 1:19−cv−00041−GBD−SN, 1:19−cv−00044−GBD−SN.(Duane, John) (Entered: 08/19/2024) |
| .9/2024 | 10253 | PROPOSED ORDER. Document filed by Arias Plaintiffs, Burnett Plaintiffs, Prior Plaintiffs. Related Document Num ..(Duane, John) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/19/2024) |
| 20/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (10253 in 1:03−md−01570−GB in 1:19−cv−00044−GBD−SN, 187 in 1:19−cv−00041−GBD−SN, 822 in 1:15−cv−09903−GBD−SN) Proposed Or reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GB 1:19−cv−00041−GBD−SN, 1:19−cv−00044−GBD−SN. (tp)** (Entered: 08/20/2024) |

| | | |
|---|---|---|
| 20/2024 | 10254 | PROPOSED ORDER. Document filed by Irene Dickey. (Attachments: # 1 Exhibit A. List of Ashton−Dickey Plaintif (Compensatory Awards + Punitive Damages + Pre−Judgment Interest))) Related Document Number: 9949 ..(Schutty **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/20/2024) |
| 20/2024 | 10255 | PROPOSED ORDER. Document filed by Irene Dickey. (Attachments: # 1 Exhibit A. List of Ashton−Dickey Plaintif (Compensatory Awards + Treble Damages + Pre−Judgment Interest) Related Document Number: 9949 ..(Schutty, Jo **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 08/20/2024) |
| 20/2024 | 10256 | ORDER: ORDERED that the Plaintiffs ' motion is granted, and the individuals included on Exhibit A at ECF No. 102 03−MDL−1570 are to be substituted into the above−captioned cases. Furthermore, the Court respectfully directs the C Court to terminate the motion at ECF No. 10252 in 03−MDL−1570 (GBD)(SN); ECF No. 821 in 15−cv−9903 (GBD No. 186 in 19−cv−41 (GBD)(SN); and ECF No. 167 in 19−cv−44 (GBD)(SN). SO ORDERED. (Signed by Magistra Sarah Netburn on 8/20/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00041−GBD−SN, 1:19−cv−00044−GBD−SN. (mml) (Entered: 08/20/2024) |
| 21/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (10254 in 1:03−md−01570−GB 2143 in 1:02−cv−06977−GBD−SN, 349 in 1:02−cv−07230−GBD−SN) Proposed Order, was reviewed and appro form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−** (Entered: 08/21/2024) |
| 21/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (350 in 1:02−cv−07230−GBD− in 1:03−md−01570−GBD−SN, 2144 in 1:02−cv−06977−GBD−SN) Proposed Order, was reviewed and approved form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−** (Entered: 08/21/2024) |
| 26/2024 | 10257 | NOTICE OF APPEARANCE by John Francis Schutty, III on behalf of Nancy Dimino. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:17−cv−02003−GBD−SN.(Sc (Entered: 08/26/2024) |
| 26/2024 | 10258 | NOTICE OF APPEARANCE by John Francis Schutty, III on behalf of Marie Halloran. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:04−cv−01923−GBD−SN, 1:19−cv−11767−GBD−SN.(Sc (Entered: 08/26/2024) |
| 26/2024 | 10259 | NOTICE OF APPEARANCE by John Francis Schutty, III on behalf of Lisa Jordan. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:04−cv−01923−GBD−SN, 1:19−cv−11776−GBD−SN.(Sc (Entered: 08/26/2024) |
| 26/2024 | 10260 | NOTICE OF APPEARANCE by John Francis Schutty, III on behalf of Catherine McShane. Filed In Associated Case 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:04−cv−01923−GBD−SN, 1:19−cv−11776−GBD−SN.(Sc (Entered: 08/26/2024) |
| 26/2024 | 10261 | NOTICE OF APPEARANCE by John Francis Schutty, III on behalf of Deborah Temple. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:04−cv−01923−GBD−SN, 1:19−cv−11776−GBD−SN.(Sc (Entered: 08/26/2024) |
| 26/2024 | 10262 | NOTICE OF APPEARANCE by John Francis Schutty, III on behalf of Susan Munhall. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN, 1:04−cv−01076−GBD−SN, 1:15−cv−09903−GBD−SN.(Sc (Entered: 08/26/2024) |
| 26/2024 | 10263 | NOTICE OF APPEARANCE by John Francis Schutty, III on behalf of Jennifer Nilsen. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN, 1:04−cv−01076−GBD−SN, 1:15−cv−09903−GBD−SN.(Sc (Entered: 08/26/2024) |
| 27/2024 | 10264 | AFFIDAVIT OF SERVICE of Pleadings, Summons, Notice served on Republic of Sudan on June 26, 2024. Service by MAIL. Document filed by Aaron Adler. (Attachments: # 1 Exhibit Ex. A − DHL screenshot, # 2 Exhibit Ex. B − I screenshot, # 3 Exhibit Ex. C − USPS statement, # 4 Exhibit Ex. D−1 − USPS statement, # 5 Exhibit Ex. D−2 − FedE statement, # 6 Exhibit Ex. D−3 − UPS statement, # 7 Exhibit Ex. E − FedEx photo, # 8 Exhibit Ex. F − USPS stateme Exhibit Ex. G − DHL statement)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:23−cv−07164−GBD, 1:23−cv−07328−GBD, 1:23−cv−07391−GBD.(Fleming, Timothy) (Entered: 08/27/2024) |
| 27/2024 | 10265 | ORDER GRANTING PARTIAL FINAL JUDGMENT AGAINST THE TALIBAN FOR THE BURNETT PLAINTI LISTED IN EXHIBITS A, B, C, D, AND E: granting (1118) Motion for Default Judgment; granting (1122) Motion f Judgment; granting (1126) Motion for Default Judgment in case 1:03−cv−09849−GBD−SN; granting (9544) Motion Judgment; granting (9548) Motion for Default Judgment; granting (9553) Motion for Default Judgment in case 1:03−md−01570−GBD−SN. It is hereby ORDERED that service of process in the above−captioned case was properl effectuated upon the Taliban (see ECF Nos. 445, 709, 735, 1756); and it is ORDERED that this Court has subject−ma jurisdiction over claims brought under the Anti−Terrorism Act, 18 U.S.C. § 2333 (see ECF No. 8929, at 9, adopted b 8973); and it is ORDERED that this Court has personal jurisdiction over the Taliban (see id. at 1011); and it is ORDE |

| | | |
|---|---|---|
| | | partial final judgment is entered on behalf of the Burnett Plaintiffs identified in the attached Exhibits A, B, C, D, and the Taliban; and it is ORDERED that the Burnett Plaintiffs identified in the attached Exhibit A are awarded pain and and economic damages as set forth therein; and it is ORDERED that the Burnett Plaintiffs identified in the attached E are awarded pain and suffering damages as set forth therein; and it is ORDERED that the Burnett Plaintiffs identified attached Exhibits C and D are awarded solatium damages as set forth therein; and it is ORDERED that the Burnett Pl identified in the attached Exhibit E are awarded damages for personal injuries as set forth therein; and it is ORDERE Burnett Plaintiffs receiving pain and suffering, solatium, and personal injury damages identified in the attached Exhib D, and E are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from Septemb until the date of judgment; and it is ORDERED that the Burnett Plaintiffs receiving pain and economic damages iden attached Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from indicated in the Date of Report column therein, until the date of judgment; and it is ORDERED that the Burnett Plain identified in the attached Exhibits A, B, C, D, and E are awarded treble damages under the Anti−Terrorism Act, 18 U 2333 for the amounts claimed; and it is ORDERED that the Burnett Plaintiffs identified in the attached Exhibits A, B E may submit future applications for punitive or other damages at a later date consistent with any future rulings of thi and it is ORDERED that the Burnett Plaintiffs not appearing on Exhibits A, B, C, D, and E may submit in later stages applications for damages awards to the extent they have not done so already. The Clerk of Court is directed to enter p default judgment for the Plaintiffs listed in Exhibits A, B, C, D, and E. The Clerk of Coutt is futther directed to close at ECF Nos. 9544, 9548, and 9553 in 03−md−1570 and ECF Nos. 1118, 1122, and 1126 in 03−cv−9849. SO ORDEF (Signed by Judge George B. Daniels on 8/27/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN (ks) Transmission to Orders and Judgments Clerk for processing. (Entered: 08/27/2024) |
| 28/2024 | 10266 | ORDER GRANTING PARTIAL FINAL DEFAULT JUDGMENT FOR THE PLAINTIFFS LISTED IN EXHIBIT A (9917) Motion for Default Judgment; granting (9977) Motion for Default Judgment; granting (9999) Motion for Defa Judgment; granting (10139) Motion for Judgment in case 1:03−md−01570−GBD−SN; granting (2086) Motion for De Judgment; granting (2104) Motion for Default Judgment; granting (2108) Motion for Default Judgment in case 1:02−cv−06977−GBD−SN. It is hereby ORDERED that service of process in the above−captioned cases was properl effectuated upon the Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a)(4) (see ECF Nos. 1238, 4685, 4 68956897, 6899, 6901, ECF No. 49 in 18−cv−5306, ECF No. 55 in 18−cv−5320, and ECF No. 53 in 18−cv−5331); a ORDERED that partial final default judgment is entered on behalf of the Plaintiffs identified in Exhibit A against the Republic of Iran; and it is ORDERED that the Plaintiffs identified in Exhibit A are awarded economic damages as se therein, and as supported by the expert reports and analyses tendered in conjunction with the Granito Declaration (see 9921), the Kreindler Declarations (see ECF Nos. 9980, 10002), and the Goldman Declaration (see ECF No. 10141); a ORDERED that the Plaintiffs receiving economic damages identified in Exhibit A are awarded prejudgment interest percent per annum, compounded annually, running from the date indicated in the "Date of Report" column therein, ur of judgment; and it is ORDERED that the Plaintiffs identified in Exhibit A may submit future applications for punitiv damages at a later date consistent with any future rulings of this Court; and it is ORDERED that Plaintiffs not appear Exhibit A may submit in later stages applications for damages awards to the extent they have not done so already. Th Court is directed to enter partial final default judgment for the Plaintiffs listed in Exhibit A. The Clerk of Court is fur directed to close the motions at: ECF Nos. 9917, 9977, 9999, and 10139 in 03−md−1570; ECF Nos. 2086, 2104, and 02−cv−6977; ECF No. 329 in 02−cv−7230; ECF No. 303 in 18−cv−5306; ECF No. 261 in 18−cv−5320; ECF No. 22 18−cv−5331; ECF No. 220 in 18−cv−11875; ECF No. 285 in 18−cv−12277; ECF No.182in 19−cv−11767; ECF No. 19−cv−11776; ECF No. 233 in 19−cv−11865; ECF No. 185 in 20−cv−10460; and ECF No. 167 in 20−cv−10902. SO ORDERED. (Signed by Judge George B. Daniels on 8/28/2024) Filed In Associated Cases: 1:03−md−01570−GBD− 1:02−cv−06977−GBD−SN (ks) Transmission to Orders and Judgments Clerk for processing. (Entered: 08/28/2024) |
| 29/2024 | 10267 | MOTION for Judgment *as to Liability and for Partial Final Judgment for Damages Against The Islamic Republic of* Document filed by Cheryl Rivelli, Matthew Rowenhorst.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN, 1:18−cv−12387−GBD−SN.(Goldman, Jerry) (Entered: 08/29/2024) |
| 29/2024 | 10268 | MEMORANDUM OF LAW in Support re: (216 in 1:18−cv−11878−GBD−SN, 10267 in 1:03−md−01570−GBD−SN 1:18−cv−12387−GBD−SN) MOTION for Judgment *as to Liability and for Partial Final Judgment for Damages Aga Islamic Republic of Iran*. . Document filed by Cheryl Rivelli, Matthew Rowenhorst. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN, 1:18−cv−12387−GBD−SN.(Goldman, Jerry) (Entered: 08/2 |
| 29/2024 | 10269 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (216 in 1:18−cv−11878−GBD−SN, 10267 in 1:03−md−01570−GBD−SN, 248 in 1:18−cv−12387−GBD−SN) MOTION for Judgment *as to Liability and for Partia Judgment for Damages Against The Islamic Republic of Iran*.. Document filed by Cheryl Rivelli, Matthew Rowenhor (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN, 1:18−cv−12387−GBD−SN.(Goldman, Jerry) (Entered: 08/29/2024) |
| 29/2024 | 10270 | MOTION to Substitute Party. Old Party: Michael A. Conner, as Personal Representative of the Estate of Margaret M Deceased and on behalf of all beneficiaries of Margaret Mary Conner, New Party: Corrine Elizabeth Bounty as Perso Representative of the Estate of Margaret Mary Conner, Deceased . Document filed by Burnett Plaintiffs.Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 08/29/2024) |

| | | |
|---|---|---|
| 29/2024 | 10271 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED ORDER. Document filed by Cheryl Rivelli, M Rowenhorst. (Attachments: # 1 Exhibit A, # 2 Exhibit B) Related Document Number: 10267 ..(Goldman, Jerry) **Prop Order to be reviewed by Clerk's Office staff.** Modified on 8/29/2024 (km). (Entered: 08/29/2024) |
| 29/2024 | 10272 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. Related Document Number: 10270 ..(Duane, John) **Prop Order to be reviewed by Clerk's Office staff.** (Entered: 08/29/2024) |
| 29/2024 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED ORDER. Notice to attorney Jerry Go RE−FILE Document No. (251 in 1:18−cv−12387−GBD−SN, 219 in 1:18−cv−11878−GBD−SN, 10271 in 1:03−md−01570−GBD−SN) Proposed Order. The filing is deficient for the following reason(s): Please add a sp interest calculations to be added in (Ex: prejudgment interest at the rate of 4.96 percent per annum, compoun annually for the period from September 11, 2001 until the date of the judgment for damages, in the amount of $________). Re−file the document using the event type Proposed Order found under the event list Proposed O select the correct filer/filers − attach the correct signed (scanned signature image) and dated PDF.. Filed In As Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN, 1:18−cv−12387−GBD−SN(km)** (Entered: 08/29/2 |
| 29/2024 | 10273 | MOTION to Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibit A . Document fil Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Duane, John) ( 08/29/2024) |
| 29/2024 | 10274 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. Related Document Number: 10273 ..(Duane, John) **Prop Order to be reviewed by Clerk's Office staff.** (Entered: 08/29/2024) |
| 29/2024 | 10275 | PROPOSED ORDER. Document filed by Cheryl Rivelli, Matthew Rowenhorst. (Attachments: # 1 Exhibit A, # 2 Exh Related Document Number: 10267 ..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (En 08/29/2024) |
| 29/2024 | 10276 | ORDER GRANTING PARTIAL FINAL DEFAULT JUDGMENT FOR THE PLAINTIFFS LISTED IN EXHIBIT A (9910) Motion for Judgment in case 1:03−md−01570−GBD−SN; granting (236) Motion for Judgment in case 1:18−cv−11870−GBD−SN; granting (274) Motion for Judgment in case 1:18−cv−12277−GBD−SN; granting (120) M Judgment in case 1:22−cv−05193−GBD−SN. It is hereby ORDERED that service of process in the above−captioned properly effectuated upon the Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a)(4) (see ECF Nos. 469 8887); and it is ORDERED that partial final default judgment is entered on behalf of the Plaintiffs identified in Exhib the Islamic Republic of Iran; and it is ORDERED that the Plaintiffs identified in Exhibit A are awarded economic dar set forth therein, and as supported by the expert reports and analyses tendered in conjunction with the Goldman Decla ECF No. 9915−4); and it is ORDERED that the Plaintiff identified in Exhibit A is awarded compensatory damages fo decedent's pain and suffering in an amount of $2,000,000.00 per estate, as set forth therein; and it is ORDERED that Plaintiffs receiving economic damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per a compounded annually, running from the date indicated in the "Date of Report" column therein, until the date of judgm is ORDERED that the Plaintiff receiving pain and suffering damages identified in Exhibit A is awarded prejudgment 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is ORDERED that the Plaintiffs identified in Exhibit A may submit future applications for punitive or other damages at consistent with any future rulings of this Court; and it is ORDERED that Plaintiffs not appearing in Exhibit A may su later stages applications for damages awards to the extent they have not done so already. The Clerk of Court is direct partial final default judgment for the Plaintiffs listed in Exhibit A. The Clerk of Court is further directed to close the m ECF No. 9910 in 03−md−1570; ECF No. 236 in 18−cv−11870; ECF No. 274 in 18−cv−12277; and ECF No. 120 in 22−cv−5193. SO ORDERED. (Signed by Judge George B. Daniels on 8/29/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11870−GBD−SN, 1:18−cv−12277−GBD−SN, 1:22−cv−05193−GBD−SN (ks) Transmission to Orders and Judgments Clerk for processing. (Entered: 08/30/2024) |
| 29/2024 | 10277 | ORDER GRANTING PARTIAL FINAL DEFAULT JUDGMENT FOR THE PLAINTIFFS LISTED IN EXHIBITS granting (9954) Motion for Judgment; granting (9959) Motion for Judgment in case 1:03−md−01570−GBD−SN; gra Motion for Judgment in case 1:18−cv−07306−GBD−SN; granting (213) Motion for Judgment in case 1:18−cv−11837−GBD−SN; granting (175) Motion for Judgment in case 1:19−cv−11767−GBD−SN; granting (171) M Judgment in case 1:19−cv−11776−GBD−SN; granting (191) Motion for Judgment in case 1:20−cv−09376−GBD−SN hereby ORDERED that service of process in the above−captioned cases was properly effectuated upon the Islamic Re Iran in accordance with 28 U.S.C. § 1608(a)(4) (see ECF Nos. 4687, 6894, 6897, 6899, ECF No. 31 in 18−cv−7306); ORDERED that partial final default judgment is entered on behalf of the Plaintiffs identified in Exhibits A and B aga Islamic Republic of Iran; and it is ORDERED that the Plaintiffs identified in Exhibit A are awarded economic damag forth therein, and as supported by the expert reports and analyses tendered in conjunction with the Goldman Declarat ECF Nos. 9955, 9961); and it is ORDERED that the Plaintiffs identified in Exhibit A are awarded compensatory dam decedents' pain and suffering in an amount of $2,000,000.00 per estate, as set forth therein; and it is ORDERED that Plaintiffs identified in Exhibit B are awarded solatium damages as set forth therein; and it is ORDERED that the Plai receiving economic damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, co annually, running from the date indicated in the "Date of Report" column therein, until the date of judgment; and it is ORDERED that the Plaintiffs receiving pain and suffering damages identified in Exhibit A are awarded prejudgment 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is |

| | | |
|---|---|---|
| | | ORDERED that the Plaintiffs receiving solatium damages identified in Exhibit B are awarded prejudgment interest o percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is OR that the Plaintiffs identified in Exhibits A and B may submit future applications for punitive or other damages at a lat consistent with any future rulings of this Court; and it is ORDERED that Plaintiffs not appearing in Exhibit A and B in later stages applications for damages awards to the extent they have not done so already. The Clerk of Court is dire enter partial final default judgment for the Plaintiffs listed in Exhibits A and B. The Clerk of Court is further directed motions at: ECF Nos. 9954 and 9959 in 03−md−1570; ECF No. 224 in 18−cv−7306; ECF No. 213 in 18−cv−11837; 175 in 19−cv−11767; ECF No. 171 in 19−cv−11776; and ECF No. 191 in 20−cv−9376. SO ORDERED. (Signed by George B. Daniels on 8/29/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (ks) Transmission to Judgments Clerk for processing. (Entered: 08/30/2024) |
| 30/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (828 in 1:15−cv−09903−GBD− in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(km)** (Entered: 08/30/2024) |
| 30/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (10274 in 1:03−md−01570−GB 1179 in 1:03−cv−09849−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN(km)** (Entered: 08/30/2024) |
| 30/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (252 in 1:18−cv−12387−GBD− in 1:03−md−01570−GBD−SN, 220 in 1:18−cv−11878−GBD−SN) Proposed Order was reviewed and approved Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN, 1:18−cv−12387−GBD−SN(k** (Entered: 08/30/2024) |
| 30/2024 | 10278 | MOTION for Judgment *for Partial Final Damages*. Document filed by Marinella Hemenway.Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN, 1:18−cv−12277−GBD−SN.(Goldman, Jerry) (Entered: 08/3 |
| 30/2024 | 10279 | MEMORANDUM OF LAW in Support re: (10278 in 1:03−md−01570−GBD−SN, 280 in 1:18−cv−05321−GBD−SN 1:18−cv−12277−GBD−SN) MOTION for Judgment *for Partial Final Damages*. . Document filed by Marinella Hem Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN, 1:18−cv−12277−GBD−SN.(Gol Jerry) (Entered: 08/30/2024) |
| 30/2024 | 10280 | ***SELECTED PARTIES***DECLARATION of Jerry S. Goldman, Esq. in Support re: (10278 in 1:03−md−01570 280 in 1:18−cv−05321−GBD−SN, 295 in 1:18−cv−12277−GBD−SN) MOTION for Judgment *for Partial Final Dam* Document filed by Marinella Hemenway, Horace Morris, Marinella Hemenway. (Attachments: # 1 Exhibit A, # 2 Ex Exhibit B−3 Experts Index, # 4 Exhibit B−3 Expert Reports)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN, 1:18−cv−12277−GBD−SNMotion or Order to File Under Seal: 7963 .(Goldman, Jerry) ( 08/30/2024) |
| 30/2024 | 10281 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** PROPOSED ORDER. Document fil Marinella Hemenway. (Attachments: # 1 Exhibit A, # 2 Exhibit B) Related Document Number: 10278 ..(Goldman, Je **Proposed Order to be reviewed by Clerk's Office staff.** Modified on 8/30/2024 (km). (Entered: 08/30/2024) |
| 30/2024 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Jer Goldman to RE−FILE Document (10281 in 1:03−md−01570−GBD−SN, 283 in 1:18−cv−05321−GBD−SN, 298 i 1:18−cv−12277−GBD−SN) Proposed Order. Please remove the word Order from the title of the document. Use type Proposed Orders, Proposed Judgment. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN, 1:18−cv−12277−GBD−SN(km)** (Entered: 08/30/2024) |
| 30/2024 | 10282 | MEMO ENDORSED ORDER granting 10270 in 03md1570. ENDORSEMENT: The motion to substitute is GRANT Clerk of Court is respectfully directed to terminate the motion at ECF No. 10270 as well as the corresponding motion above member case. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 8/30/2024) Filed In Associated 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN. (mml) (Entered: 08/30/2024) |
| 30/2024 | 10283 | MEMO ENDORSED ORDER granting 10273 in 03md1570. ENDORSEMENT: The motion to substitute is GRANT Clerk of Court is respectfully directed to terminate the motion at ECF No. 10273 as well as the corresponding motion above member case. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 8/30/2024) Filed In Associated 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN. (mml) (Entered: 08/30/2024) |
| 03/2024 | 10284 | PROPOSED JUDGMENT. Document filed by Marinella Hemenway. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(G Jerry) **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 09/03/2024) |
| 03/2024 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (10284 in 1:03−md−01570−GBD−SN, 284 in 1:18−cv−05321−GBD−SN, 299 in 1:18−cv−12277−GBD−SN) Proposed Judg reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GB 1:18−cv−12277−GBD−SN(km)** (Entered: 09/03/2024) |

| | | |
|---|---|---|
| )3/2024 | 10285 | AFFIDAVIT OF SERVICE of Summons, Complaint, and Notice of Suit and Translations of each served on Islamic I Iran on 6/18/2024. Document filed by Gladys Lopez. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:23−cv−08305−GBD.(Goldman, Jerry) (Entered: 09/03/2024) |
| )3/2024 | 10286 | TRANSCRIPT of Proceedings re: CONFERENCE held on 7/31/2024 before Judge George B. Daniels. Court Reporter/Transcriber: George Malinowski, (212) 805−0300. Transcript may be viewed at the court public terminal or through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 9/24/2024. Redacted Transcript Deadline set for 10/4/2024. Releas Transcript Restriction set for 12/2/2024.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(McGuirk, Kell 09/03/2024) |
| )3/2024 | 10287 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERI proceeding held on 7/31/2024 has been filed by the court reporter/transcriber in the above−captioned matter. The part seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...F Associated Cases: 1:03−md−01570−GBD−SN et al..(McGuirk, Kelly) (Entered: 09/03/2024) |
| )3/2024 | 10288 | MOTION for Default Judgment as to *Burnett/Iran XXXIV Plaintiffs*. Document filed by Burnett Plaintiffs.Filed In As Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 09/03/2024) |
| )3/2024 | 10289 | MEMORANDUM OF LAW in Support re: (10288 in 1:03−md−01570−GBD−SN, 832 in 1:15−cv−09903−GBD−SN for Default Judgment as to *Burnett/Iran XXXIV Plaintiffs*. . Document filed by Burnett Plaintiffs. Filed In Associated 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 09/03/2024) |
| )3/2024 | 10290 | ***SELECTED PARTIES***DECLARATION of John C. Duane in Support re: (10288 in 1:03−md−01570−GBD−S 1:15−cv−09903−GBD−SN) MOTION for Default Judgment as to *Burnett/Iran XXXIV Plaintiffs*.. Document filed by Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SNMotion or Order to File Under Seal: 5716 .(Duane, John) (Entered: 09/03/2024) |
| )3/2024 | 10291 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED DEFAULT JUDGMENT pursuant to FRCP 5 Document filed by Burnett Plaintiffs. (Attachments: # 1 Civil Cover Sheet Default Judgment Motion Cover Sheet, # 2 A).(Duane, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** Modified on 9/4/2024 (km). 09/03/2024) |
| )3/2024 | 10292 | ORDER GRANTING PARTIAL FINAL DEFAULT JUDGMENT FOR THE PLAINTIFFS LISTED IN EXHIBITS granting (9677) Motion for Default Judgment; granting (9818) Motion for Judgment; granting (9829) Motion for Jud granting (9939) Motion for Default Judgment in case 1:03−md−01570−GBD−SN; granting (2036) Motion for Defau Judgment; granting (2095) Motion for Default Judgment in case 1:02−cv−06977−GBD−SN; granting (264) Motion f Judgment in case 1:18−cv−05321−GBD−SN; granting (203) Motion for Judgment in case 1:18−cv−11875−GBD−SN (229) Motion for Judgment in case 1:18−cv−12276−GBD−SN; granting (108) Motion for Judgment in case 1:22−cv−05193−GBD−SN. It is hereby ORDERED that service of process in the above−captioned cases was properl effectuated upon the Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a)(4) (see ECF Nos. 1238, 46854 8887, and ECF No. 55 in 18−cv−5321); and it is ORDERED that partial final default judgment is entered on behalf o Plaintiffs identified in Exhibits A and B against the Islamic Republic of Iran3; and it is ORDERED that the Plaintiffs in Exhibit A are awarded economic damages as set forth therein, and as supported by the expert reports and analyses conjunction with the Kreindler Declarations (see ECF Nos. 9680, 9941) and the Goldman Declarations (see ECF Nos 9832); and it is ORDERED that the Plaintiffs identified in Exhibit B are awarded solatium damages as set forth there ORDERED that the Plaintiffs receiving economic damages identified in Exhibit A are awarded prejudgment interest percent per annum, compounded annually, running from the date indicated in the "Date of Report" column therein, u of judgment; and it is ORDERED that the Plaintiffs receiving solatium damages identified in Exhibit B are awarded p interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgme ORDERED that the Plaintiffs identified in Exhibits A and B may submit future applications for punitive or other dam later date consistent with any future rulings of this Court; and it is ORDERED that Plaintiffs not appearing in Exhibit may submit in later stages applications for damages awards to the extent they have not done so already. The Clerk of directed to enter partial final default judgment for the Plaintiffs listed in Exhibits A and B. The Clerk of Court is furth to close the motions at: ECF Nos. 9677, 9818, 9829, and 9939 in 03−md−1570; ECF Nos. 2036 and 2095 in 02−cv−6 No. 264 in 18−cv−5321; ECF No. 203 in 18−cv−11875; ECF No. 229 in 18−cv−12276; ECF No. 220 in l 9−cv−1186 No. 108 in 22−cv−5193. SO ORDERED. (Signed by Judge George B. Daniels on 9/3/2024) Filed In Associated Case 1:03−md−01570−GBD−SN et al. (ks) Transmission to Orders and Judgments Clerk for processing. (Entered: 09/03/2 |
| )3/2024 | 10293 | MOTION for Default Judgment as to *Economic Damages*. Document filed by Cheryl Schneider.Filed In Associated C 1:03−md−01570−GBD−SN, 1:02−cv−07209−GBD−SN.(Schwartz, Meryl) (Entered: 09/03/2024) |
| )3/2024 | 10294 | DECLARATION of Jonathan C. Reiter in Support re: (142 in 1:02−cv−07209−GBD−SN) MOTION for Default Judg *Economic Damages*.. Document filed by Cheryl Schneider. (Attachments: # 1 Exhibit List of Damage, # 2 Exhibit De of Kristin Kuscma)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−07209−GBD−SN.(Schwartz, M (Entered: 09/03/2024) |

| | | |
|---|---|---|
| )3/2024 | 10295 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED DEFAULT JUDGMENT pursuant to FRCP 5 Document filed by Cheryl Schneider. (Attachments: # 1 Exhibit Default, # 2 Exhibit List of Damages).(Schwartz, Me **Proposed Default Judgment to be reviewed by Clerk's Office staff.** Modified on 9/4/2024 (km). (Entered: 09/03/2 |
| )3/2024 | 10296 | ***EX−PARTE*** LETTER addressed to Judge George B. Daniels from Meryl Schwartz dated September 3, 2024 Economic motion. Document filed by Cheryl Schneider. (Attachments: # 1 Exhibit Schneider economic report, # 2 E Connors economic report, # 3 Exhibit Salcedo economic report)Filed In Associated Cases: 1:03−md−01570−GBD−S 1:02−cv−07209−GBD−SNMotion or Order to File Under Seal: 10293 .(Schwartz, Meryl) (Entered: 09/03/2024) |
| )4/2024 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED DEFAULT JUDGMENT. Notice to a John Duane to RE−FILE Document No. (10291 in 1:03−md−01570−GBD−SN, 835 in 1:15−cv−09903−GBD−SN Proposed Default Judgment. The filing is deficient for the following reason(s): Please add a space for the inter calculations for be added in. (Ex:prejudgment interest of 4.96 percent per annum, compounded annually, runn September 11, 2001 until the date of judgment, in the amount of $_________). Re−file the document using the Proposed Default Judgment found under the event list Proposed Orders. − select the correct filer/filers − attac correct signed and dated PDF.. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−S** (Entered: 09/04/2024) |
| )4/2024 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED DEFAULT JUDGMENT. Notice to a Meryl Schwartz to RE−FILE Document No. (10295 in 1:03−md−01570−GBD−SN, 144 in 1:02−cv−07209−GBI Proposed Default Judgment. The filing is deficient for the following reason(s): Please add a space for the inter calculations for be added in. (Ex:prejudgment interest of 4.96 percent per annum, compounded annually, runn September 11, 2001 until the date of judgment, in the amount of $_________). Re−file the document using the Proposed Default Judgment found under the event list Proposed Orders. − select the correct filer/filers − attac correct signed and dated PDF. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−S 1:02−cv−07209−GBD−SN, 1:17−cv−02003−GBD−SN(km)** (Entered: 09/04/2024) |
| )4/2024 | 10297 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Cover Sheet Default Judgment Motion Cover Sheet, # 2 Exhibit A).(Duane, John) **Proposed Default Judgment to b by Clerk's Office staff.** (Entered: 09/04/2024) |
| )4/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (10297 in 1:03−md−01570−GBD−SN, 836 in 1:15−cv−09903−GBD−SN) Proposed Default Judgment was reviewed and a to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(km)** (Entered: 09/04/ |
| )4/2024 | 10298 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman dated 9/04/2024 re: Non−Economic D Judgment for the Estate of Luigi Calvi at ECF No. 9931. Document filed by Ber Barry Aron. (Attachments: # 1 Propo Proposed Order)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−09376−GBD−SN.(Goldman, Jerry 09/04/2024) |
| )4/2024 | 10299 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Cheryl Schneider. (Attachmen Exhibit Default, # 2 Exhibit List of Damages).(Schwartz, Meryl) **Proposed Default Judgment to be reviewed by C Office staff.** (Entered: 09/04/2024) |
| )5/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (146 in 1:02−cv−07209−GBD−SN, 10299 in 1:03−md−01570−GBD−SN) Proposed Default Judgment was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209− 1:17−cv−02003−GBD−SN.(km)** (Entered: 09/05/2024) |
| )5/2024 | 10300 | ORDER: It is hereby ORDERED that Plaintiff, as identified in Exhibit A, is awarded compensatory damages for her pain and suffering in an amount of $2,000,000.00, as set forth therein; and it is ORDERED that Plaintiff is awarded p interest of 4.96 percent per annum on the pain and suffering damages award, compounded annually, running from Se 2001 until the date of judgment (June 17, 2024). The Clerk of Court is directed to enter partial final default judgment Plaintiff in accordance with Exhibit A. SO ORDERED (Signed by Judge George B. Daniels on 9/5/2024) Filed In As Cases: 1:03−md−01570−GBD−SN, 1:20−cv−09376−GBD−SN (ks) Transmission to Orders and Judgments Clerk for processing. (Entered: 09/05/2024) |
| )5/2024 | 10301 | ORDER GRANTING PARTIAL FINAL DEFAULT JUDGMENT FOR THE BURNETT PLAINTIFFS LISTED IN EXHIBITS A AND B granting 9985 Motion for Default Judgment; granting 10011 Motion for Default Judgment; gra 10016 Motion for Default Judgment; granting 10288 Motion for Default Judgment. It is hereby ORDERED that servi process in the above−captioned case was properly effectuated upon Defendants (ECF No. 64 in No. 15−cv−9903); an ORDERED that partial final judgment is entered on behalf of the Burnett Plaintiffs identified in Exhibits A and B aga Defendants; and it is ORDERED that the Burnett Plaintiffs identified in Exhibit A are awarded economic damages as therein and as supported by the expert reports and analyses tendered in conjunction with the Eubanks Declarations (E 9987, 10015, 10018, 10290); and it is ORDERED that the Burnett Plaintiffs identified in Exhibit A are awarded comp damages for decedents' pain and suffering in an amount of $2,000,000.00 per estate, as set forth therein; and it is ORI that the Burnett Plaintiffs identified in Exhibit B are awarded solatium damages as set forth therein; and it is ORDER Burnett Plaintiffs receiving pain and suffering damages identified in Exhibit A are awarded prejudgment interest of 4 |

| | | |
|---|---|---|
| | | per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is ORDERED Burnett Plaintiffs receiving economic damages identified in Exhibit A are awarded prejudgment interest of 4.96 perc annum, compounded annually, running from the date indicated in the "Date of Report" column therein; and it is ORD the Burnett Plaintiffs identified in Exhibit B are awarded prejudgment interest of 4.96 percent per annum, compound running from September 11, 2001 until the date of judgment; and it is ORDERED that the Burnett Plaintiffs identifie attached Exhibits A and B may submit future applications for punitive or other damages at a later date consistent wit rulings of this Court; and it is ORDERED that the Burnett Plaintiffs not appearing on Exhibits A and B may submit i stages applications for damages awards to the extent they have not done so already. The Clerk of Court is directed to partial final default judgment for the Burnett Plaintiffs listed in Exhibits A and B. The Clerk of Court is further direct the motions at ECF Nos. 9985, 10011, 10016, and 10288 in 03−md−1570 and ECF Nos. 763, 770, 775, and 832 in 1 SO ORDERED (Signed by Judge George B. Daniels on 9/5/2024) (ks) Transmission to Orders and Judgments Clerk processing. Modified on 9/5/2024 (ks). (Entered: 09/05/2024) |
| )5/2024 | 10302 | ORDER denying without prejudice (10293) Motion for Default Judgment in case 1:03−md−01570−GBD−SN; denyi prejudice (142) Motion for Default Judgment in case 1:02−cv−07209−GBD−SN. The plaintiffs listed in Exhibit A m partial final default judgments against the Islamic Republic of Iran. ECF No. 10293.1 Their filing, however, suffers f formatting issues e.g., economic damages amounts do not line up with plaintiffs' namesand violates the Court's previ instructions concerning default judgment motions. See ECF Nos. 9355, 9435. Accordingly, the Court DENIES the m without prejudice. Finalized versions of the default judgment motion cover sheet, standardized exhibits, and checklis accessed by emailing Netburn_NYSDchambers@nysd.uscourts.gov. Plaintiffs' counsel should use these forms in pre future default judgment motions and should send completed spreadsheets to chambers at the above email address. Th the Court is respectfully directed to terminate the motions at ECF No. 10293 and in 02−cv−07209 at ECF No. 142. S ORDERED. (Signed by Magistrate Judge Sarah Netburn on 9/5/2024) Filed In Associated Cases: 1:03−md−01570−C 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:17−cv−02003−GBD−SN (dsh) (Entered: 09/05/2024) |
| )5/2024 | 10303 | MOTION to Substitute Party. Old Party: Gilberto A. Neira, as Personal Representative of the Estate of Laurie Ann N Deceased and on behalf of all beneficiaries of Laurie Ann Neira, New Party: Francisca A. Wester, as Personal Repres the Estate of Laurie Ann Neira, Deceased and on behalf of all beneficiaries of Laurie Ann Neira . Document filed by Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered 09/05/2024) |
| )5/2024 | 10304 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. Related Document Number: 10303 ..(Duane, John) **Prop Order to be reviewed by Clerk's Office staff.** (Entered: 09/05/2024) |
| )5/2024 | 10305 | MOTION to Substitute Party. Old Party: Shawn E. Bowman, Sr.; Marie Carlino; Angela Gallucci, ind.; Angela Gallu Personal Representative of the Est of Joseph Gallucci; Geraldine Lewis; Robert Orsini; Ellen Sisolak as Executrix of Paul Sisolak., New Party: Carol Bowman as Executrix of Est of Shawn E. Bowman, Sr.; Heidi Seelbach as Administ Est of Marie Carlino; Filomena G. Santorelli as Personal Representative of the Est of Joseph Gallucci; Filomena G. S Executrix of the Est of Angela Gallucci; Kathryn Hebert as Executrix of the Est of Geraldine Lewis; Pauline Orsini a of the Est of Robert Orsini; and Charles McQuade as the Personal Representative of the Est of Paul Sisolak. . Docum Virginia Bauer, et al.. (Attachments: # 1 Exhibit Exhibit)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD, 1:17−cv−02003−GBD−SN.(Capone, Dorothea) (Entered: 09/05/ |
| )5/2024 | 10306 | ORDER GRANTING PARTIAL FINAL DEFAULT JUDGMENT FOR THE PLAINTIFFS LISTED IN EXHIBITS granting (10143) Motion for Judgment; granting (10237) Motion for Judgment; granting (10278) Motion for Judgme 1:03−md−01570−GBD−SN; granting (280) Motion for Judgment in case 1:18−cv−05321−GBD−SN; granting (295) Judgment in case 1:18−cv−12277−GBD−SN; granting (35) Motion for Judgment; granting (50) Motion for Judgmen 1:23−cv−05790−GBD; granting (36) Motion for Judgment in case 1:23−cv−07283−GBD. It is hereby ORDERED th process in the above−captioned cases was properly effectuated upon the Islamic Republic of Iran in accordance with 1608(a)(4) (see ECF Nos. 4694, 10070, 10094, and ECF No. 55 in 18−cv−5321); and it is ORDERED that the motio judgment by default against Iran on behalf of the Plaintiffs in Kone and Kelly is GRANTED and judgments as to liab entered in favor of all Kone and Kelly Plaintiffs against Iran; and it is ORDERED that partial final default judgment i on behalf of the Plaintiffs identified in Exhibits A and B against the Islamic Republic of Iran; and it is ORDERED th Plaintiffs identified in Exhibit A are awarded economic damages as set forth therein, and as supported by the expert r analyses tendered in conjunction the Goldman Declarations (see ECF Nos. 10145, 10240, 10280); and it is ORDERE Plaintiffs identified in Exhibit A are awarded compensatory damages for decedents' pain and suffering in an amount $2,000,000.00 per estate, as set forth therein; and it is ORDERED that the Plaintiffs identified in Exhibit B are award damages as set forth therein; and it is ORDERED that the Plaintiffs receiving economic damages identified in Exhibi awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date indicated in t Report" column therein, until the date of judgment; and it is ORDERED that the Plaintiffs receiving pain and sufferi identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running September 11, 2001 until the date of judgment; and it is ORDERED that the Plaintiffs receiving solatium damages id Exhibit B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from Septem until the date of judgment; and it is ORDERED that the Plaintiffs identified in Exhibits A and B may submit future a for punitive or other damages at a later date consistent with any future rulings of this Court; and it is ORDERED that not appearing in Exhibits A and B may submit in later stages applications for damages awards to the extent they have |

| | | |
|---|---|---|
| | | so already. The Clerk of Court is directed to enter partial final default judgment for the Plaintiffs listed in Exhibits A Clerk of Court is further directed to close the motions at: ECF Nos. 10143, 10237, and 10278 in 03−md−1570; ECF N 18−cv−5321; ECF No. 295 in 18−cv−12277; ECF Nos. 35 and 50 in 23−cv−5790; and ECF No. 36 in 23−cv−7283. S ORDERED. (Signed by Judge George B. Daniels on 9/5/2024) Filed In Associated Cases: 1:03−md−01570−GBD−S 1:18−cv−05321−GBD−SN, 1:18−cv−12277−GBD−SN, 1:23−cv−05790−GBD, 1:23−cv−07283−GBD (ks) Transmis Orders and Judgments Clerk for processing. (Entered: 09/05/2024) |
| )5/2024 | 10307 | PROPOSED ORDER. Document filed by Virginia Bauer, et al.. (Attachments: # 1 Exhibit Exhibit) Related Documen [10305, 2151, 285, 338]..(Capone, Dorothea) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 09/ |
| )5/2024 | 10308 | MOTION for Maya Gandhi to Withdraw as Attorney . Document filed by The New York Times Company..(Gandhi, (Entered: 09/05/2024) |
| )6/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (10304 in 1:03−md−01570−GB in 1:15−cv−09903−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(km)** (Entered: 09/06/2024) |
| )6/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (10307 in 1:03−md−01570−GB in 1:02−cv−07236−GBD, 2152 in 1:02−cv−06977−GBD−SN, 339 in 1:17−cv−02003−GBD−SN) Proposed Order reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GB 1:02−cv−07236−GBD, 1:17−cv−02003−GBD−SN(km)** (Entered: 09/06/2024) |
| )6/2024 | 10309 | MOTION to Amend/Correct (10301 in 1:03−md−01570−GBD−SN, 10301 in 1:03−md−01570−GBD−SN, 10301 in 1:03−md−01570−GBD−SN, 10301 in 1:03−md−01570−GBD−SN) Order on Motion for Default Judgment,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, . Document filed by Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 09/06/2024) |
| )6/2024 | 10310 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED DEFAULT JUDGMENT pursuant to FRCP 5 Document filed by Burnett Plaintiffs..(Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's Offi** Modified on 9/6/2024 (km). (Entered: 09/06/2024) |
| )6/2024 | 10311 | MOTION for Default Judgment as to *Economic Damages*. Document filed by Cheryl Schneider.Filed In Associated ( 1:03−md−01570−GBD−SN, 1:02−cv−07209−GBD−SN.(Schwartz, Meryl) (Entered: 09/06/2024) |
| )6/2024 | 10312 | DECLARATION of Jonathan C. Reiter in Support re: (148 in 1:02−cv−07209−GBD−SN) MOTION for Default Judg *Economic Damages*.. Document filed by Cheryl Schneider. (Attachments: # 1 Exhibit List of Damages, # 2 Exhibit D of Kristin Kuscma)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−07209−GBD−SN.(Schwartz, M (Entered: 09/06/2024) |
| )6/2024 | 10313 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Cheryl Schneider. (Attachmen Exhibit Default motion cover sheet, # 2 Exhibit List of Damages).(Schwartz, Meryl) **Proposed Default Judgment to reviewed by Clerk's Office staff.** (Entered: 09/06/2024) |
| )6/2024 | 10314 | ***EX−PARTE*** LETTER addressed to Judge George B. Daniels from Meryl Schwartz dated September 6, 2024 r Economic motion. Document filed by Cheryl Schneider. (Attachments: # 1 Exhibit Schneider economic report, # 2 E Connors economic report, # 3 Exhibit Salcedo economic report)Filed In Associated Cases: 1:03−md−01570−GBD−S 1:02−cv−07209−GBD−SNMotion or Order to File Under Seal: 7963 .(Schwartz, Meryl) (Entered: 09/06/2024) |
| )6/2024 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED DEFAULT JUDGMENT. Notice to a John Eubanks to RE−FILE Document No. (10310 in 1:03−md−01570−GBD−SN, 841 in 1:15−cv−09903−GBD− Proposed Default Judgment. The filing is deficient for the following reason(s): Please add a line for the pre−jud interest calculations to be added to each section that requires calculations. Ex: (prejudgment interest of 4.96 pe annum, compounded annually, running from September 11, 2001 until the date of judgment, in the amount of $_________). Re−file the document using the event type Proposed Default Judgment found under the event list Orders. − select the correct filer/filers − attach the correct signed (scanned signature image) and dated PDF.. F Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(km)** (Entered: 09/06/2024) |
| )6/2024 | 10315 | ORDER granting 10308 Motion to Withdraw as Attorney. Attorney Maya Gandhi terminated. (Signed by Magistrate Sarah Netburn on 9/6/2024) (dsh) (Entered: 09/06/2024) |
| )6/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (150 in 1:02−cv−07209−GBD−SN, 10313 in 1:03−md−01570−GBD−SN) Proposed Default Judgment, was reviewed an as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−( 1:17−cv−02003−GBD−SN(km)** (Entered: 09/06/2024) |
| )6/2024 | 10316 | ORDER denying without prejudice (9878) Motion for Default Judgment in case 1:03−md−01570−GBD−SN; denying prejudice (725) Motion for Default Judgment in case 1:15−cv−09903−GBD−SN. The plaintiffs listed in Exhibit A m solatium damages against the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Central Bank |

| | | |
|---|---|---|
| | | Islamic Republic of Iran. ECF No. 9878.1 The personal representatives identified in the Exhibit, however, do not mat listed in the cited complaint. No amendments or substitutions are cited. Accordingly, the Court DENIES the motion v prejudice. The Clerk of the Court is respectfully directed to terminate the motions at ECF No. 9878 and in 15−cv−99( No. 725. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 9/6/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN (dsh) (Entered: 09/06/2024) |
| )6/2024 | 10317 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED DEFAULT JUDGMENT pursuant to FRCP 5 Document filed by Burnett Plaintiffs..(Eubanks, John) **Proposed Default Judgment to be reviewed by Clerk's Offi** Modified on 9/6/2024 (km). (Entered: 09/06/2024) |
| )6/2024 | 10318 | ORDER granting 10308 Motion to Withdraw as Attorney. Attorney Maya Gandhi terminated. (Signed by Magistrate Sarah Netburn on 9/6/2024) (dsh) (Entered: 09/06/2024) |
| )6/2024 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED DEFAULT JUDGMENT. Notice to a John Eubanks to RE−FILE Document No. (843 in 1:15−cv−09903−GBD−SN, 10317 in 1:03−md−01570−GBD− Proposed Default Judgment. The filing is deficient for the following reason(s): Please add a line for the pre−ju interest calculations to be added to each section that requires calculations. Ex: (prejudgment interest of 4.96 p annum, in the amount of $_________). (There are several sections where the line needs to be added in). Re−file document using the event type Proposed Default Judgment found under the event list Proposed Orders. Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(km)** (Entered: 09/06/2024) |
| )6/2024 | 10319 | ORDER denying without prejudice (10267) Motion for Judgment in case 1:03−md−01570−GBD−SN; denying witho prejudice (216) Motion for Judgment in case 1:18−cv−11878−GBD−SN; denying without prejudice (248) Motion fo in case 1:18−cv−12387−GBD−SN. The plaintiffs listed in Exhibit A move for final judgment as to liability and partia judgment for damages against the Islamic Republic of Iran. ECF No. 10267.1 The filing, however, does not list a pers representative for either plaintiff, both of whom are deceased. Accordingly, the motion is DENIED without prejudice to refile once a personal representative is provided for each plaintiff. The Clerk of the Court is respectfully directed to the motions at ECF No.10267, in 18−cv−11878 (GBD)(SN) at ECF No. 216, and in 18−cv−12387 (GBD)(SN) at EC SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 9/6/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN, 1:18−cv−12387−GBD−SN (dsh) (Entered: 09/06/2024) |
| )6/2024 | 10320 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs..(Eubanks, J **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 09/06/2024) |
| )6/2024 | 10321 | ORDER: It is hereby ORDERED that the Bauer Plaintiffs' motion is granted, and the individuals included on the atta Exhibit are to be substituted into the above captioned cases; That Counsel for Bauer Plaintiffs is directed to enter the Plaintiffs' names, as identified on the attached Exhibit, into the Court's ECF system. The Clerk of the Court is hereby terminate the motion docketed at MDL ECF No. 10305, and the related motions at 02−cv−6977 (S.D.N.Y.) ECF No. 02−cv−7236 (S.D.N.Y.) ECF No. 285, and 17−cv−2003 (S.D.N.Y.) ECF No. 338. SO ORDERED. (Signed by Magis Sarah Netburn on 9/6/2024) (vfr) (Entered: 09/09/2024) |
| )6/2024 | 10322 | ORDER: It is hereby ORDERED that the Plaintiffs' motion is granted, and the individual included on Exhibit A at E( 10303 is to be substituted into the above−captioned case. Furthermore, the Court respectfully directs the Clerk of the terminate the motion at ECF No. 10303 in 03−MDL−1570 (GBD)(SN) and ECF No. 838 in 15−cv−9903 (GBD)(SN ORDERED. (Signed by Magistrate Judge Sarah Netburn on 9/6/2024) (vfr) (Entered: 09/09/2024) |
| )9/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (10320 in 1:03−md−01570−GBD−SN, 844 in 1:15−cv−09903−GBD−SN) Proposed Default Judgment was reviewed and a to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(km)** (Entered: 09/09 |
| )9/2024 | 10323 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Gladys Lopez..(Goldman, Jerry) **Propos document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** Modified on (km). (Entered: 09/09/2024) |
| )9/2024 | 10324 | AFFIRMATION of Jerry S. Goldman in Support re: (35 in 1:23−cv−08305−GBD, 10323 in 1:03−md−01570−GBD− Proposed Clerk's Certificate of Default. Document filed by Gladys Lopez. (Attachments: # 1 Exhibit A, # 2 Exhibit E Exhibit C, # 4 Exhibit D, # 5 Exhibit E)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:23−cv−08305−GBD.(Goldman, Jerry) (Entered: 09/09/2024) |
| )9/2024 | 10325 | CLERK'S CERTIFICATE OF DEFAULT as to Islamic Republic of Iran. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:23−cv−08305−GBD.(km) (Entered: 09/09/2024) |
| )9/2024 | 10326 | MOTION for Judgment *as to Liability and for Partial Final Damages*. Document filed by Cheryl Rivelli.Filed In Ass Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN, 1:18−cv−12387−GBD−SN.(Goldman, Jerry) (Entere 09/09/2024) |
| )9/2024 | 10327 | MEMORANDUM OF LAW in Support re: (10326 in 1:03−md−01570−GBD−SN, 224 in 1:18−cv−11878−GBD−SN 1:18−cv−12387−GBD−SN) MOTION for Judgment *as to Liability and for Partial Final Damages*. . Document filed |

| | | |
|---|---|---|
| | | Rivelli. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN, 1:18−cv−12387−GBD−SN.(Goldman, Jerry) (Entered: 09/09/2024) |
| )9/2024 | 10328 | DECLARATION of Jerry S. Goldman in Support re: (10326 in 1:03−md−01570−GBD−SN, 224 in 1:18−cv−11878− 256 in 1:18−cv−12387−GBD−SN) MOTION for Judgment *as to Liability and for Partial Final Damages*.. Documen Cheryl Rivelli. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN, 1:18−cv−12387−GBD−SN.(Goldman, Jerry) (Entered: 09/( |
| )9/2024 | 10329 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** PROPOSED ORDER. Document fil Cheryl Rivelli. (Attachments: # 1 Exhibit A, # 2 Exhibit B) Related Document Number: 10326 ..(Goldman, Jerry) **Pr Order to be reviewed by Clerk's Office staff.** Modified on 9/9/2024 (km). (Entered: 09/09/2024) |
| )9/2024 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners Carol Bowman, as Executrix of the Est. of Shawn E. Bowmar Seelbach, as Administratrix of the Est. of Marie Carlino, Filomena Grace Santorelli, as Executrix of the Est. of Angel Filomena Grace Santorelli, as Personal Representative of the Est. of Joseph Gallucci, Kathryn Hebert, as Executrix o Geraldine Lewis, Pauline Orsini, as Executrix of the Est. of Robert Orsini, Charles McQuade, as Personal Representa Est. of Paul Sisolak added. Party added pursuant to 1463 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,. Related document: 1463 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,..(Capone, Dorothea) (E 09/09/2024) |
| )9/2024 | 10330 | MOTION for Default Judgment as to *Burnett/Iran XXXV Plaintiffs*. Document filed by Burnett Plaintiffs.Filed In Ass Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 09/09/2024) |
| )9/2024 | 10331 | MEMORANDUM OF LAW in Support re: (10330 in 1:03−md−01570−GBD−SN, 846 in 1:15−cv−09903−GBD−SN for Default Judgment as to *Burnett/Iran XXXV Plaintiffs*. . Document filed by Burnett Plaintiffs. Filed In Associated ( 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 09/09/2024) |
| )9/2024 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Jer Goldman to RE−FILE Document (10329 in 1:03−md−01570−GBD−SN, 227 in 1:18−cv−11878−GBD−SN, 259 i 1:18−cv−12387−GBD−SN) Proposed Order. Please remove the words Order of from the title of the document ( be Proposed Judgment). Use the event type Proposed Orders, Proposed Judgment. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN, 1:18−cv−12387−GBD−SN(km)** (Entered: 09/09/2024) |
| )9/2024 | 10332 | ***SELECTED PARTIES***DECLARATION of John C. Duane in Support re: (846 in 1:15−cv−09903−GBD−SN, 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Burnett/Iran XXXV Plaintiffs*.. Document filed by Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SNMotion or Order to File Under Seal: 5716 .(Duane, John) (Entered: 09/09/2024) |
| )9/2024 | 10333 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Cover Sheet Default Judgment Motion Cover Sheet, # 2 Exhibit A).(Duane, John) **Proposed Default Judgment to b by Clerk's Office staff.** (Entered: 09/09/2024) |
| )9/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (10333 in 1:03−md−01570−GBD−SN, 849 in 1:15−cv−09903−GBD−SN) Proposed Default Judgment was reviewed and a to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(km)** (Entered: 09/09/ |
| .0/2024 | 10334 | PROPOSED JUDGMENT. Document filed by Cheryl Rivelli. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Goldmar **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 09/10/2024) |
| .0/2024 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (260 in 1:18−cv−12387−G 228 in 1:18−cv−11878−GBD−SN, 10334 in 1:03−md−01570−GBD−SN) Proposed Judgment was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN, 1:18−cv−12387−GBD−SN.(km)** (Entered: 09/10/2024) |
| .0/2024 | 10335 | MOTION for Default Judgment as to *Burnett/Iran XXX Plaintiffs*. Document filed by Burnett Plaintiffs.Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 09/10/2024) |
| .0/2024 | 10336 | MEMORANDUM OF LAW in Support re: (10335 in 1:03−md−01570−GBD−SN, 850 in 1:15−cv−09903−GBD−SN for Default Judgment as to *Burnett/Iran XXX Plaintiffs*. . Document filed by Burnett Plaintiffs. Filed In Associated C 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 09/10/2024) |
| .0/2024 | 10337 | DECLARATION of John M. Eubanks in Support re: (10335 in 1:03−md−01570−GBD−SN, 850 in 1:15−cv−09903− MOTION for Default Judgment as to *Burnett/Iran XXX Plaintiffs*.. Document filed by Burnett Plaintiffs. (Attachmen Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Ente 09/10/2024) |

| | | |
|---|---|---|
| .0/2024 | 10338 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Cover Sheet Default Judgment Motion Cover Sheet, # 2 Exhibit A).(Eubanks, John) **Proposed Default Judgment to reviewed by Clerk's Office staff.** (Entered: 09/10/2024) |
| .0/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (853 in 1:15−cv−09903−GBD−SN, 10338 in 1:03−md−01570−GBD−SN) Proposed Default Judgment was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(km)** (Entered: 09/ |
| .0/2024 | 10339 | MOTION for Judgment *against the Islamic Republic of Iran*. Document filed by Nancy Dimino.Filed In Associated ( 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:02−cv−07230−GBD−SN.(Sc (Entered: 09/10/2024) |
| .0/2024 | 10340 | DECLARATION of John F. Schutty in Support re: (354 in 1:02−cv−07230−GBD−SN) MOTION for Judgment *agai Islamic Republic of Iran*.. Document filed by Nancy Dimino. (Attachments: # 1 Exhibit A. Economist Report, # 2 Ex Proposed Order[s] of Partial Final Judgment)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:02−cv−07230−GBD−SN.(Schutty, John) (Entered: 09/10/ |
| .0/2024 | 10341 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED ORDER. Document filed by Nancy Dimino. Document Number: 10339 ..(Schutty, John) **Proposed Order to be reviewed by Clerk's Office staff.** Modified on 9 (tp). (Entered: 09/10/2024) |
| .0/2024 | 10342 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED ORDER. Document filed by Nancy Dimino. Document Number: 10339 ..(Schutty, John) **Proposed Order to be reviewed by Clerk's Office staff.** Modified on 9 (tp). (Entered: 09/10/2024) |
| .1/2024 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED ORDER. Notice to attorney John Fra Schutty to RE−FILE Document No. (356 in 1:02−cv−07230−GBD−SN, 10341 in 1:03−md−01570−GBD−SN, 21 1:02−cv−06977−GBD−SN, 154 in 1:02−cv−07209−GBD−SN) Proposed Order. The filing is deficient for the foll reason(s): the proposed document was not spread to all the cases listed on the Proposed Order. Re−file the doc using the event type Proposed Order found under the event list Proposed Orders − select the correct filer/filers the correct signed (scanned signature image) and dated PDF. Filed In Associated Cases: 1:03−md−01570−GBI 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:02−cv−07230−GBD−SN(tp)** (Entered: 09/11/2024) |
| .1/2024 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED ORDER. Notice to attorney John Fra Schutty to RE−FILE Document No. (155 in 1:02−cv−07209−GBD−SN, 357 in 1:02−cv−07230−GBD−SN, 10342 1:03−md−01570−GBD−SN, 2157 in 1:02−cv−06977−GBD−SN) Proposed Order. The filing is deficient for the f reason(s): the proposed document was not spread to all the cases listed on the Proposed Order. Re−file the doc using the event type Proposed Order found under the event list Proposed Orders − select the correct filer/filers the correct signed (scanned signature image) and dated PDF. Filed In Associated Cases: 1:03−md−01570−GBI 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:02−cv−07230−GBD−SN(tp)** (Entered: 09/11/2024) |
| .1/2024 | 10343 | LETTER addressed to Judge George B. Daniels from John F. Schutty dated September 11, 2024 re: Wrongful Death Against Defendants−in−Default. Document filed by Irene Dickey.Filed In Associated Cases: 1:03−md−01570−GBD− 1:02−cv−06977−GBD−SN.(Schutty, John) (Entered: 09/11/2024) |
| .1/2024 | 10344 | PROPOSED ORDER. Document filed by Nancy Dimino. (Attachments: # 1 Appendix List of Dimino Plaintiffs (Cor Awards + Punitive Damages)) Related Document Number: 10339 ..(Schutty, John) **Proposed Order to be reviewed Office staff.** (Entered: 09/11/2024) |
| .1/2024 | 10345 | PROPOSED ORDER. Document filed by Nancy Dimino. (Attachments: # 1 Appendix List of Dimino Plaintiffs (Cor Awards + Treble Damages)) Related Document Number: 10339 ..(Schutty, John) **Proposed Order to be reviewed b Office staff.** (Entered: 09/11/2024) |
| .1/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (156 in 1:02−cv−07209−GBD−S 1:17−cv−02003−GBD−SN, 10344 in 1:03−md−01570−GBD−SN, 358 in 1:02−cv−07230−GBD−SN, 2159 in 1:02−cv−06977−GBD−SN) Proposed Order, was reviewed and approved as to form. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:02−cv−07230−GBD−SN, 1:17−cv−02003−GBD−SN. (tp)** (Entered: 09/11/2024) |
| .1/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (359 in 1:02−cv−07230−GBD−S in 1:03−md−01570−GBD−SN, 157 in 1:02−cv−07209−GBD−SN, 342 in 1:17−cv−02003−GBD−SN, 2160 in 1:02−cv−06977−GBD−SN) Proposed Order, was reviewed and approved as to form. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:02−cv−07230−GBD−SN, 1:17−cv−02003−GBD−SN. (tp)** (Entered: 09/11/2024) |
| .1/2024 | 10346 | MOTION for Default Judgment as to *Economic Damages*. Document filed by Herman Ray.Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN.(Fleming, Timothy) (Entered: 09/11/2024) |

| | | |
|---|---|---|
| .1/2024 | 10347 | MEMORANDUM OF LAW in Support re: (327 in 1:19−cv−00012−GBD−SN) MOTION for Default Judgment as to *Damages*. . Document filed by Herman Ray. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN.(Fleming, Timothy) (Entered: 09/11/2024) |
| .1/2024 | 10348 | ***EX−PARTE***DECLARATION of Timothy B. Fleming in Support re: (327 in 1:19−cv−00012−GBD−SN) MO Default Judgment as to *Economic Damages*.. Document filed by Herman Ray. (Attachments: # 1 Exhibit Economic Reports)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SNMotion or Order to File U 7963 .(Fleming, Timothy) (Entered: 09/11/2024) |
| .1/2024 | 10349 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Herman Ray. (Attachments: # Cover Sheet Default Motion Cover Sheet, # 2 Exhibit Standard Exhibit for Estates).(Fleming, Timothy) **Proposed De Judgment to be reviewed by Clerk's Office staff.** (Entered: 09/11/2024) |
| .2/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (10349 in 1:03−md−01570−GBD−SN, 330 in 1:19−cv−00012−GBD−SN) Proposed Default Judgment, was reviewed and a as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN. (tp)** (Entered: 09/ |
| .2/2024 | 10350 | ORDER: The Court has received motions for punitive damages and final judgments against both the Islamic Republi and the Taliban, including one requesting urgent resolution in advance of the VSST deadline on September 20, 2024. Nos. 9949, 10057, 10339. The Court has consistently held that decisions on punitive damages be deferred until furthe the Court. See ECF Nos. 3358, 3363, 3383, 3384, 3666. Accordingly, these motions are DENIED without prejudice. time, the Court welcomes input from Plaintiffs' Executive Committees ("PECs") on this issue. The PECs are directed letter by September 27, 2024, informing the Court whether: (1) now is the appropriate time for the Court to begin cor motions for punitive damages and/or final judgments; and (2) if so, what information should be before the Court in or Court to properly adjudicate such motions. Given the expected volume of such motions, the Court also seeks guidanc best to administer such motion practice. The Clerk of the Court is respectfully directed to terminate the motions at: E 9949, 10057, and 10339 in 03−md−01570; ECF Nos. 2099, 2116, and 2154 in 02−cv−06977; ECF No. 152 in 02−cv and ECF No. 354 in 02−cv−07230. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 9/12/2024) (mml 09/12/2024) |
| .2/2024 | 10351 | LETTER addressed to Magistrate Judge Sarah Netburn from Timothy B. Fleming dated 09/12/2024 re: Economic Da Application. Document filed by Herman Ray.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN.(Fleming, Timothy) (Entered: 09/12/2024) |
| .3/2024 | 10352 | MOTION to Amend/Correct *& Supplement Partial Default Judgment against Iran*. Document filed by Nancy Dimin Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:02−cv−07230−GBD−SN, 1:17−cv−02003−GBD−SN.(Schutty, John) (Entered: 09/13/2024) |
| .3/2024 | 10353 | DECLARATION of John F. Schutty in Support re: (343 in 1:17−cv−02003−GBD−SN) MOTION to Amend/Correct *Supplement Partial Default Judgment against Iran*.. Document filed by Nancy Dimino. (Attachments: # 1 Exhibit A. Report, # 2 Exhibit B. Proposed Order of Partial Default Judgment)Filed In Associated Cases: 1:03−md−01570−GBI 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:02−cv−07230−GBD−SN, 1:17−cv−02003−GBD−SN.(Sch (Entered: 09/13/2024) |
| .3/2024 | 10354 | PROPOSED ORDER. Document filed by Nancy Dimino. (Attachments: # 1 Appendix List of Dimino Plaintiffs (Cor Awards + Economic Loss Damages)) Related Document Number: 10352 ..(Schutty, John) **Proposed Order to be rev Clerk's Office staff.** (Entered: 09/13/2024) |
| .3/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (160 in 1:02−cv−07209−GBD− 1:17−cv−02003−GBD−SN, 10354 in 1:03−md−01570−GBD−SN, 2163 in 1:02−cv−06977−GBD−SN, 362 in 1:02−cv−07230−GBD−SN) Proposed Order, was reviewed and approved as to form. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:02−cv−07230−GBD−SN, 1:17−cv−02003−GBD−SN. (tp)** (Entered: 09/13/2024) |
| .3/2024 | 10355 | LETTER addressed to Judge George B. Daniels from John F. Schutty dated September 13, 2024 re: Response to Sept 2024 Order (MDL ECF# 10350). Document filed by Irene Dickey.Filed In Associated Cases: 1:03−md−01570−GBD 1:02−cv−06977−GBD−SN.(Schutty, John) (Entered: 09/13/2024) |
| .3/2024 | 10356 | MOTION for Judgment *for Partial Final Damages*. Document filed by Alexander Jimenez.Filed In Associated Cases 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 09/13/2024) |
| .3/2024 | 10357 | MEMORANDUM OF LAW in Support re: (143 in 1:22−cv−05193−GBD−SN, 249 in 1:18−cv−12276−GBD−SN, 1 1:19−cv−11767−GBD−SN, 232 in 1:18−cv−11875−GBD−SN, 10356 in 1:03−md−01570−GBD−SN, 66 in 1:22−cv−10823−GBD−SN) MOTION for Judgment *for Partial Final Damages*. . Document filed by Alexander Jime In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 09/13/2024) |
| .3/2024 | 10358 | ***SELECTED PARTIES***DECLARATION of Jerry S. Goldman, Esq. in Support re: (143 in 1:22−cv−05193−G 195 in 1:19−cv−11767−GBD−SN, 10356 in 1:03−md−01570−GBD−SN, 249 in 1:18−cv−12276−GBD−SN, 232 in |

| | | |
|---|---|---|
| | | 1:18−cv−11875−GBD−SN, 66 in 1:22−cv−10823−GBD−SN) MOTION for Judgment *for Partial Final Damages*.. D filed by Alexander Jimenez(individually, as surviving sibling of Eliezer Jimenez (Jr.)), Alexander Jimenez. (Attachm Exhibit A, # 2 Exhibit B, # 3 Exhibit B−3 Experts Index, # 4 Exhibit B−3 Expert Reports)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.Motion or Order to File Under Seal: 7963 .(Goldman, Jerry) (Entered: 09/13/2024) |
| .3/2024 | 10359 | PROPOSED JUDGMENT. Document filed by Alexander Jimenez. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Gol Jerry) **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 09/13/2024) |
| .6/2024 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (235 in 1:18−cv−11875−G 10359 in 1:03−md−01570−GBD−SN, 252 in 1:18−cv−12276−GBD−SN, 69 in 1:22−cv−10823−GBD−SN, 146 in 1:22−cv−05193−GBD−SN, 198 in 1:19−cv−11767−GBD−SN) Proposed Judgment was reviewed and approved Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (tp)** (Entered: 09/16/2024) |
| .6/2024 | 10360 | ORDER denying without prejudice (10352) Motion to Amend/Correct in case 1:03−md−01570−GBD−SN; denying prejudice (2161) Motion to Amend/Correct in case 1:02−cv−06977−GBD−SN; denying without prejudice (158) Mot Amend/Correct in case 1:02−cv−07209−GBD−SN; denying without prejudice (360) Motion to Amend/Correct in cas cv−07230−GBD−SN; denying without prejudice (343) Motion to Amend/Correct in case 1:17−cv−02003−GBD−SN. plaintiffs listed in Exhibit A move for partial final default judgments against the Islamic Republic of Iran. ECF No. 1 Their filing, however, suffers from formatting issuese.g., it does not use a cover sheet or the proper standardized table violates the Court's previous instructions concerning default judgment motions. See ECF Nos. 9355, 9435. According Court DENIES the motion without prejudice. Finalized versions of the default judgment motion cover sheet, standard exhibits, and checklist can be accessed by emailing Netburn_NYSDchambers@nysd.uscourts.gov. Plaintiffs' counsel these forms in preparing all future default judgment motions and should send completed spreadsheets to chambers at email address. The Clerk of the Court is respectfully directed to terminate the motions at: ECF No. 10352 in 03−md− ECF No. 2161 in 02−cv−6977; ECF No. 360 in 02−cv−7230; ECF No. 343 in 17−cv−2003; and ECF No. 158 in 02− SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 9/16/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:02−cv−07230−GBD−SN, 1:17−cv−02003−GBD−SN (dsh) (Entered: 09/16/2024) |
| .6/2024 | 10361 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment and its certified Farsi transl which conforms to the requirements of 22 C.F.R. 93.2; a true and certified copy of the August 31, 2015 default judgn liability and the certified Farsi translation thereof; a copy of the August 28, 2024 Partial Final Default Judgment and papers for Plaintiffs Motion, and the certified Farsi translations of the Default Judgment and Plaintiffs motion papers the Foreign Sovereign Immunities Act and the certified Farsi translation mailed to DEFENDANT Islamic Republic o Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini Street, Imam Khom Tehran, Islamic Republic of Iran on 9/16/2024 by Federal Express tracking # 7785 2716 3059, to the Secretary of Sta Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/L), U.S. Department of SA−17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of Foreign Services Immu 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN. (ras) (Entered: 09/16/2024) |
| .6/2024 | 10362 | MOTION for Default Judgment as to *Burnett/Iran Personal Injury 10 Plaintiffs*. Document filed by Burnett Plaintiffs Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 09/16/2024) |
| .6/2024 | 10363 | MEMORANDUM OF LAW in Support re: (854 in 1:15−cv−09903−GBD−SN, 10362 in 1:03−md−01570−GBD−SN for Default Judgment as to *Burnett/Iran Personal Injury 10 Plaintiffs*. . Document filed by Burnett Plaintiffs. Filed In Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 09/16/2024) |
| .6/2024 | 10364 | ***SELECTED PARTIES***DECLARATION of John C. Duane in Support re: (854 in 1:15−cv−09903−GBD−SN, 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Burnett/Iran Personal Injury 10 Plaintiffs*.. Docur by Burnett Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD− 1:15−cv−09903−GBD−SNMotion or Order to File Under Seal: 5716 .(Duane, John) (Entered: 09/16/2024) |
| .6/2024 | 10365 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Cover Sheet Default Judgment Motion Cover Sheet, # 2 Exhibit A).(Duane, John) **Proposed Default Judgment to b by Clerk's Office staff.** (Entered: 09/16/2024) |
| .7/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (857 in 1:15−cv−09903−GBD−SN, 10365 in 1:03−md−01570−GBD−SN) Proposed Default Judgment was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(km)** (Entered: 09/ |
| .7/2024 | 10366 | NOTICE of to Conform to Sudan Consolidated Amended Complaint or Ashton Sudan Amended Complaint. Docume Brandon Anaya. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN.(Goldman, Jerry 09/17/2024) |
| .7/2024 | 10367 | ORDER GRANTING PARTIAL FINAL DEFAULT JUDGMENT FOR THE PLAINTIFFS LISTED IN EXHIBIT (10311) Motion for Default Judgment in case 1:03−md−01570−GBD−SN; granting (148) Motion for Default Judgme |

| | | |
|---|---|---|
| | | 1:02−cv−07209−GBD−SN. It is hereby ORDERED that service of process in the above−captioned cases was properl effectuated upon the Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a)(4) (see ECF No. 1238); and it i ORDERED that partial final default judgment is entered on behalf of the Plaintiffs identified in Exhibit A against the Republic of Iran ; and it is ORDERED that the Plaintiffs identified in Exhibit A are awarded economic damages as se therein, and as supported by the expert reports and analyses proffered in conjunction with the Reiter Declaration (see 10312, 10314); and it is ORDERED that the Plaintiffs receiving economic damages identified in Exhibit A are award prejudgment interest of 4.96 percent per annum, compounded annually, running from the date indicated in the "Date column therein, until the date of judgment; and it is ORDERED that the Plaintiffs identified in Exhibit A may submit applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is OR that Plaintiffs not appearing in Exhibit A may submit in later stages applications for damages awards to the extent the done so already. The Clerk of Court is directed to enter partial final default judgment for the Plaintiffs listed in Exhib Clerk of Court is further directed to close the motions at: ECF No. 10311 in 03−md−1570; and ECF No. 148 in 02−c ORDERED. (Signed by Judge George B. Daniels on 9/16/2024) Filed In Associated Cases: 1:03−md−01570−GBD− 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:17−cv−02003−GBD−SN (ks) (Entered: 09/17/2024) |
| .7/2024 | 10368 | MOTION to Substitute Party. Old Party: Susan Connors, New Party: Jonathan T Connors . Document filed by Chery (Attachments: # 1 Exhibit Substitution information)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−07209−GBD−SN.(Schwartz, Meryl) (Entered: 09/17/2024) |
| .7/2024 | 10369 | PROPOSED ORDER. Document filed by Cheryl Schneider. Related Document Number: 10368 ..(Schwartz, Meryl) **Order to be reviewed by Clerk's Office staff.** (Entered: 09/17/2024) |
| .7/2024 | 10370 | MOTION for Default Judgment as to *Economic Damages*. Document filed by Nancy Dimino.Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:02−cv−07230−GBD−SN, 1:17−cv−02003−GBD−SN.(Schutty, John) (Entered: 09/17/2024) |
| .7/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (164 in 1:02−cv−07209−GBD− in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:17−cv−02003−GBD−SN(k** (Entered: 09/17/2024) |
| .7/2024 | 10371 | ***EX−PARTE***DECLARATION of John F. Schutty in Support re: (10370 in 1:03−md−01570−GBD−SN, 165 in 1:02−cv−07209−GBD−SN, 348 in 1:17−cv−02003−GBD−SN, 365 in 1:02−cv−07230−GBD−SN, 2168 in 1:02−cv−06977−GBD−SN) MOTION for Default Judgment as to *Economic Damages*.. Document filed by Nancy Di (Attachments: # 1 Exhibit A. Economist Report)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:02−cv−07230−GBD−SN, 1:17−cv−02003−GBD−SNMoti to File Under Seal: 10370 .(Schutty, John) (Entered: 09/17/2024) |
| .7/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (164 in 1:02−cv−07209−GBD− in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:17−cv−02003−GBD−SN(k** (Entered: 09/17/2024) |
| .7/2024 | 10372 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Nancy Dimino. (Attachments: A. Default Judgment Motion Cover Sheet, # 2 Exhibit B. Default Judgment Motion Standardized Exhibits).(Schutty, **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 09/17/2024) |
| .7/2024 | 10373 | ORDER GRANTING PARTIAL FINAL DEFAULT JUDGMENT FOR THE BURNETT PLAINTIFFS LISTED IN EXHIBITS A AND B granting (10309) Motion to Amend/Correct in case 1:03−md−01570−GBD−SN; granting (840 Amend/Correct in case 1:15−cv−09903−GBD−SN. ORDERED that service of process in the above−captioned case v properly effectuated upon Defendants (ECF No. 64 in No. 15−cv−9903); and it is ORDERED that partial final judgm entered on behalf of the Burnett Plaintiffs identified in Exhibits A and B against the Defendants; and it isORDERED Burnett Plaintiffs identified in Exhibit A are awarded economic damages as set forth therein and as supported by the reports and analyses tendered in conjunction with the Eubanks Declarations (ECF Nos. 9987, 10015, 10018, 10290); ORDERED that the Burnett Plaintiffs identified in Exhibit A are awarded compensatory damages for decedents' pain suffering in an amount of $2,000,000.00 per estate, as set forth therein; and it is ORDERED that the Burnett Plaintiff in Exhibit B are awarded solatium damages as set forth therein; and it is ORDERED that the Burnett Plaintiffs receiv and suffering damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compoun annually, running from September 11, 2001 until the date of judgment; and it is ORDERED that the Burnett Plaintiff economic damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded running from the date indicated in the "Date of Report" column therein; and it is ORDERED that the Burnett Plaintif in Exhibit B are awarded prejudgment interest of 4.96 per annum, compounded annually, running from September 11 the date of judgment; and it is ORDERED that the Burnett Plaintiffs identified in the attached Exhibits A and B may future applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it ORDERED that the Burnett Plaintiffs not appearing on Exhibits A and B may submit in later states applications for d awards to the extent they have not done so already. The Clerk of Court is directed to enter partial final default judgm Burnett motions at ECF No. 9985, 10011, 10016, 10288 and 10309 in 03−md−1570 and ECF Nos. 763, 770, 775, 83 |

| | | |
|---|---|---|
| | | in 15−cv−9903. SO ORDERED. (Signed by Judge George B. Daniels on 9/17/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN (tg) Transmission to Orders and Judgments Clerk for proces (Entered: 09/18/2024) |
| .7/2024 | | Transmission to Orders and Judgments Clerk. Transmitted re: (2167 in 1:02−cv−06977−GBD−SN, 347 in 1:17−cv−02003−GBD−SN, 162 in 1:02−cv−07209−GBD−SN, 10367 in 1:03−md−01570−GBD−SN) Order on Moti Default Judgment,,,,,,,, to the Orders and Judgments Clerk. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:17−cv−02003−GBD−SN.(ks) (Entered: 10/25/2024) |
| .8/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (367 in 1:02−cv−07230−GBD−SN, 350 in 1:17−cv−02003−GBD−SN, 10372 in 1:03−md−01570−GBD−SN, 167 in 1:02−cv−07209−GBD−SN, 2170 in 1:02−cv−06977−GBD−SN) Proposed Default Judgment, was reviewed and a as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−( 1:02−cv−07230−GBD−SN, 1:17−cv−02003−GBD−SN. (tp)** (Entered: 09/18/2024) |
| .8/2024 | 10374 | MEMO ENDORSED ORDER granting (10368) Motion to Substitute Party. in case 1:03−md−01570−GBD−SN; gra Motion to Substitute Party. in case 1:02−cv−07209−GBD−SN. The motion to substitute is GRANTED. Plaintiffs' co directed to enter the substituted parties into the Court's ECF system. The Clerk of Court is respectfully directed to clo motion at ECF No. 10368 in 03−md−1570 and ECF NO. 163 in 02−cv−07209. SO ORDERED. (Signed by Magistra Sarah Netburn on 9/18/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:17−cv−02003−GBD−SN (dsh) Modified on 9/18/2024 (dsh). (Entered: 09/18/2024) |
| .8/2024 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners Jonathan T Connors added. Party added pursuant to 6537 Am Complaint,, 3237 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, 447 Amended Complaint,,,,,,, 1463 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,. Related document: 65 Amended Complaint,, 3237 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, 447 Amended Complaint,,,,,,, 1463 A Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,..(Schwartz, Meryl) (En 09/18/2024) |
| .8/2024 | 10375 | MOTION for Default Judgment as to *Economic Damages*. Document filed by Cheryl Schneider.Filed In Associated ( 1:03−md−01570−GBD−SN, 1:02−cv−07209−GBD−SN.(Schwartz, Meryl) (Entered: 09/18/2024) |
| .8/2024 | 10376 | DECLARATION of Jonathan C. Reiter in Support re: (169 in 1:02−cv−07209−GBD−SN) MOTION for Default Jud *Economic Damages*.. Document filed by Cheryl Schneider. (Attachments: # 1 Exhibit Economist declaration)Filed In Cases: 1:03−md−01570−GBD−SN, 1:02−cv−07209−GBD−SN.(Schwartz, Meryl) (Entered: 09/18/2024) |
| .8/2024 | 10377 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED DEFAULT JUDGMENT pursuant to FRCP 5 Document filed by Cheryl Schneider. (Attachments: # 1 Exhibit Default motion cover sheet, # 2 Exhibit List of Damages).(Schwartz, Meryl) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** Modified on 9/1 (Entered: 09/18/2024) |
| .8/2024 | 10378 | ***EX−PARTE*** LETTER addressed to Judge George B. Daniels from Meryl Schwartz dated September 18, 2024 Economic motion. Document filed by Cheryl Schneider. (Attachments: # 1 Exhibit Connors economist report)Filed I Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−07209−GBD−SNMotion or Order to File Under Seal: 7963 Meryl) (Entered: 09/18/2024) |
| .8/2024 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED DEFAULT JUDGMENT. Notice to a Meryl Schwartz to RE−FILE Document No. (10377 in 1:03−md−01570−GBD−SN, 171 in 1:02−cv−07209−GBI Proposed Default Judgment. The filing is deficient for the following reason(s): the proposed document is not sp of the cases listed on the PDF. Re−file the document using the event type Proposed Judgment found under the Proposed Orders − select the correct filer/filers − attach the correct signed (scanned signature image) and date Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−07209−GBD−SN. (tp)** (Entered: 09/18/2024) |
| .8/2024 | 10379 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED DEFAULT JUDGMENT pursuant to FRCP 5 Document filed by Cheryl Schneider. (Attachments: # 1 Exhibit Default motion cover sheet).(Schwartz, Meryl) **Prop Default Judgment to be reviewed by Clerk's Office staff.** Modified on 9/19/2024 (tp). (Entered: 09/18/2024) |
| .8/2024 | 10380 | CLERK CERTIFICATE OF MAILING of two copies of the 1. Notices of Judgment prepared in accordance with 22 2. Orders of Judgment for Liability, dated September 3, 2019, and November 6, 2023; 3. Order Granting Partial Final Judgment for the Plaintiffs Listed in Exhibit A dated August 29, 2024; 4. Instructions for Appealing Judgment; 5. A U.S.C. 1330, 28 U.S.C. 1391, 28. U.S.C. 1441, and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et seq.); Affidavit of translator mailed to DEFENDANT Islamic Republic of Iran Minister of Foreign Affairs Ministry of Fore of the Islamic Republic of Iran Imam Khomeini Avenue Tehran, Iran ATTN: H.E. Ali Bagheri on 9/18/2024 by Fede tracking # 8182 8358 0165,, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review a Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11870−GBD−SN, 1:18−cv−12277−GBD−SN, 1:22−cv−05193−GBD−SN. (ra |

| | | |
|---|---|---|
| | | 09/18/2024) |
| .8/2024 | 10381 | CLERK CERTIFICATE OF MAILING of two copies of the 1. Notices of Judgment prepared in accordance with 22 ( 2. Order of Judgment for Liability dated June 21, 2019, September 3, 2019, and September 5, 2024; 3. Order Grantin Final Default Judgment for the Plaintiffs in Exhibits A and B dated September 5, 2024; 4. Instructions for Appealing 5. A copy of 28 U.S.C. 1330, 28 U.S.C. 1391, 28. U.S.C. 1441, and the Foreign Sovereign Immunities 2 Act (28 U.S. seq.); and 6. Affidavit of translator mailed to DEFENDANT Islamic Republic of Iran Minister of Foreign Affairs Mi Foreign Affairs of the Islamic Republic of Iran Imam Khomeini Avenue Tehran, Iran ATTN: H.E. Ali Bagheri on 9/1 Federal Express tracking # 8182 8358 0040, to the Secretary of State, Attn: Director of Consular Services, Office of I Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). File Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN, 1:18−cv−12277−GBD−SN, 1:23−cv−05 1:23−cv−07283−GBD. (ras) (Entered: 09/18/2024) |
| .8/2024 | 10382 | CLERK CERTIFICATE OF MAILING of two copies of the 1. Notices of Judgment prepared in accordance with 22 ( 2. Orders of Judgment for Liability, date, June 21, 2019 and June 17, 2024; 3. Order Granting Partial Final Default Ju the Plaintiffs Listed in Exhibits A and B dated August 29, 2024; 4. Instructions for Appealing Judgment; 5. A copy o 1330, 28 U.S.C. 1391, 28. U.S.C. 1441, and the Foreign Sovereign Immunities 2 Act (28 U.S.C. 1602, et seq.); and 6 of translator mailed to DEFENDANT Islamic Republic of Iran Minister of Foreign Affairs Ministry of Foreign Affai Islamic Republic of Iran Imam Khomeini Avenue Tehran, Iran ATTN: H.E. Ali Bagheri on 9/18/2024 by Federal Exp tracking # 8182 8358 0121, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review ar Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, et al.(ras) (Entered: 09/18/2024) |
| .8/2024 | 10383 | CLERK CERTIFICATE OF MAILING of two copies of the 1. Notices of Judgment prepared in accordance with 22 ( 2. Orders of Judgment for Liability, dated August 31, 2015 and June 17, 2024; 3. Order Granting Partial Final Defaul for the Plaintiffs Listed in Exhibits A and B dated September 3, 2024; 4. Instructions for Appealing Judgment; 5. A c U.S.C. 1330, 28 U.S.C. 1391, 28. U.S.C. 1441, and the Foreign Sovereign Immunities 2 Act (28 U.S.C. 1602, et seq.) Affidavit of translator mailed to DEFENDANT Islamic Republic of Iran Minister of Foreign Affairs Ministry of Fore of the Islamic Republic of Iran Imam Khomeini Avenue Tehran, Iran ATTN: H.E. Ali Bagheri on 9/18/2024 by Fede tracking # 8182 8358 0095, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review ar Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, et al.(ras) (Entered: 09/18/2024) |
| .8/2024 | 10384 | CLERK CERTIFICATE OF MAILING of two copies of the 1. Notices of Judgment prepared in accordance with 22 ( 2. Orders of Judgment for Liability, dated August 31, 2015, May 28, 2019, June 21, 2019, September 3, 2019, and Ja 2022; 3. Order Granting Partial Final Default Judgment for the Plaintiffs Listed in Exhibit A dated August 28, 2024; Instructions for Appealing Judgment; 5. A copy of 28 U.S.C. 1330, 28 U.S.C. 1391, 28. U.S.C. 1441, and the Foreign Immunities 2 Act (28 U.S.C. 1602, et seq.); and 6. Affidavit of translator mailed to DEFENDANT Islamic Republic Minister of Foreign Affairs Ministry of Foreign Affairs of the Islamic Republic of Iran Imam Khomeini Avenue Tehr ATTN: H.E. Ali Bagheri on 9/18/2024 by Federal Express tracking # 8182 8358 0176, to the Secretary of State, Attn of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, et al. (ras) (Entered: 09/18/2024) |
| .9/2024 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED DEFAULT JUDGMENT. Notice to a Meryl Iris Schwartz to RE−FILE Document No. (10379 in 1:03−md−01570−GBD−SN, 173 in 1:02−cv−07209− Proposed Default Judgment. The filing is deficient for the following reason(s): the proposed document was not all of the cases mentioned; PDF relates to three Civil Cases but was spread to only one. Re−file the document u event type Proposed Default Judgment found under the event list Proposed Orders. − select the correct filer/fil attach the correct signed (scanned signature image) and dated PDF. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−07209−GBD−SN.(tp)** (Entered: 09/19/2024) |
| .9/2024 | 10385 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED DEFAULT JUDGMENT pursuant to FRCP 5 Document filed by Cheryl Schneider. (Attachments: # 1 Exhibit Default motion cover sheet, # 2 Exhibit List of Damages).(Schwartz, Meryl) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** Modified on 9/1 (Entered: 09/19/2024) |
| .9/2024 | 10386 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Cheryl Schneider. (Attachmen Exhibit Default motion cover sheet, # 2 Exhibit List of Damages).(Schwartz, Meryl) **Proposed Default Judgment to reviewed by Clerk's Office staff.** (Entered: 09/19/2024) |
| 20/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (352 in 1:17−cv−02003−GBD−SN, 2174 in 1:02−cv−06977−GBD−SN, 10386 in 1:03−md−01570−GBD−SN, 175 in 1:02−cv−07209−GBD−SN) Proposed Default Judgment, was reviewed and approved as to form. Filed In Assoc** |

| | | |
|---|---|---|
| | | **Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:17−cv−02003−GBI** (Entered: 09/20/2024) |
| 20/2024 | 10387 | ORDER GRANTING PARTIAL FINAL DEFAULT JUDGMENT FOR THE PLAINTIFFS LISTED IN EXHIBIT A (10346) Motion for Default Judgment in case 1:03−md−01570−GBD−SN; granting (327) Motion for Default Judgme 1:19−cv−00012−GBD−SN. it is hereby ORDERED that service of process in the above−captioned case was properly upon the Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a)(4) (see ECF Nos. 204 and 312 in 19−cv−0 it is ORDERED that partial final default judgment is entered on behalf of the Plaintiffs identified in Exhibit A agains Islamic Republic of Iran; and it is ORDERED that the Plaintiffs identified in Exhibit A are awarded economic damag forth therein, and as supported by the expert reports and analyses tendered in conjunction with the Fleming Declaratio No. 10348)2; and it is ORDERED that the Plaintiffs receiving economic damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date indicated in the "Date column therein, until the date of judgment; and it is ORDERED that the Plaintiffs identified in Exhibit A may submit applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is OR that Plaintiffs not appearing in Exhibit A may submit in later stages applications for damages awards to the extent the done so already. The Clerk of Court is directed to enter partial final default judgment for the Plaintiffs listed in Exhib Clerk of Court is further directed to close the motions at: ECF No. 10346 in 03−md−1570; and ECF No. 327 in 19−c SO ORDERED. (Signed by Judge George B. Daniels on 9/19/2024) Filed In Associated Cases: 1:03−md−01570−GB 1:19−cv−00012−GBD−SN (ks) Transmission to Orders and Judgments Clerk for processing. (Entered: 09/20/2024) |
| 20/2024 | 10388 | ORDER GRANTING PARTIAL FINAL DEFAULT JUDGMENT FOR THE BURNETT PLAINTIFFS LISTED IN EXHIBITS A AND B granting (10330) Motion for Default Judgment; granting (10335) Motion for Default Judgmen 1:03−md−01570−GBD−SN; granting (846) Motion for Default Judgment; granting (850) Motion for Default Judgme 1:15−cv−09903−GBD−SN. It is hereby ORDERED that service of process in the above−captioned case was properly upon Defendants (ECF No. 64 in No. 15−cv−9903); and it is ORDERED that partial final judgment is entered on beh Burnett Plaintiffs identified in Exhibits A and B against the Defendants; and it is ORDERED that the Burnett Plaintif in Exhibit A is awarded economic damages as set forth therein and as supported by the expert report and analysis ten conjunction with the Duane Declaration (ECF No. 10332); and it is ORDERED that the Burnett Plaintiffs identified i are awarded solatium damages as set forth therein; and it is ORDERED that the Burnett Plaintiffs receiving economi identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running f date indicated in the "Date of Report" column therein; and it is ORDERED that the Burnett Plaintiffs identified in Ex awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 u of judgment; and it is ORDERED that the Burnett Plaintiffs identified in the attached Exhibits A and B may submit f applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is OR that the Burnett Plaintiffs not appearing on Exhibits A and B may submit in later stages applications for damages awa extent they have not done so already. The Clerk of Court is directed to enter partial final default judgment for the Bu Plaintiffs listed in Exhibits A and B. The Clerk of Court is further directed to close the motions at ECF Nos. 10330 a 03−md−1570 and ECF Nos. 846 and 850 in l 5−cv−9903. SO ORDERED. (Signed by Judge George B. Daniels on 9/ Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN (ks) Transmission to Orders and Clerk for processing. (Entered: 09/20/2024) |
| 20/2024 | 10389 | ORDER GRANTING PARTIAL FINAL DEFAULT JUDGMENT FOR THE PLAINTIFFS LISTED IN EXHIBIT A hereby ORDERED that service of process in the above−captioned cases was properly effectuated upon Defendants ( in No. 15−cv−9903; ECF No. 18 in 19−cv−44); and it is ORDERED that partial final judgment is entered on behalf c Plaintiffs identified in Exhibit A against the Defendants ; and it is ORDERED that the Plaintiffs identified in Exhibit awarded economic damages as set forth therein and as supported by the expert reports and analyses tendered in conju the Eubanks Declarations (ECF No. 9735); and it is ORDERED that the Plaintiffs identified in Exhibit A are awarde compensatory damages for decedents' pain and suffering in an amount of $2,000,000.00 per estate, as set forth therei ORDERED that the Plaintiffs receiving economic damages identified in Exhibit A are awarded prejudgment interest percent per annum, compounded annually, running from the date indicated in the "Date of Report" column therein; a ORDERED that the Plaintiffs receiving pain and suffering damages identified in Exhibit A are awarded prejudgment 4.96 percent per annum, compounded annually, running from September 11, 2001, until the date of judgment; and it i ORDERED that the Plaintiffs identified in the attached Exhibit A may submit future applications for punitive or othe at a later date consistent with any future rulings of this Court; and it is ORDERED that the Plaintiffs not appearing o may submit in later stages applications for damages awards to the extent they have not done so already. The Clerk of directed to enter partial final default judgment for the Plaintiffs listed in Exhibit A. SO ORDERED (Signed by Judge Daniels on 9/19/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00044−GBD−SN (ks) Transmission to Orders and Judgments Clerk for processing. (Entered: 09/20/2024) |
| 20/2024 | 10390 | ORDER GRANTING PARTIAL FINAL DEFAULT JUDGMENT FOR THE PLAINTIFFS LISTED IN EXHIBIT A hereby ORDERED that service of process in the above−captioned cases was properly effectuated upon the Islamic R Iran in accordance with 28 U.S.C. § 608(a)(4) (see ECF Nos. 4685, 4686,6899,8887,9234);and it is ORDERED that default judgment is entered on behalf of the Plaintiffs identified in Exhibit A against the Islamic Republic of Iran; an ORDERED that the Plaintiffs identified in Exhibit A are awarded economic damages as set forth therein, and as supp the expert reports and analyses tendered in conjunction with the Goldman Declaration (see ECF Nos. 10358); and it i |

| | | |
|---|---|---|
| | | ORDERED that the Plaintiffs receiving economic damages identified in Exhibit A are awarded prejudgment interest percent per annum, compounded annually, running from the date indicated in the "Date of Report" column therein, u of judgment; and it is ORDERED that the Plaintiffs identified in Exhibit A may submit future applications for punitiv damages at a later date consistent with any future rulings of this Court; and it is ORDERED that Plaintiffs not appear Exhibit A may submit in later stages applications for damages awards to the extent they have not done so already. Th Court is directed to enter partial final default judgment for the Plaintiffs listed in Exhibit A. The Clerk of Court is fur directed to close the motions at: No. 18−cv−11875 at ECF No. 232; No. 18−cv−12276 at ECF No. 249; No. 19−cv−1 ECF No. 195; No. 22−cv−05193 at ECF No. 143; and No. 22−cv−10823 at ECF No. 66. SO ORDERED. in case 1:03−md−01570−GBD−SN; granting (232) Motion for Judgment in case 1:18−cv−11875−GBD−SN; granting (249) Judgment in case 1:18−cv−12276−GBD−SN; granting (195) Motion for Judgment in case 1:19−cv−11767−GBD−SN (143) Motion for Judgment in case 1:22−cv−05193−GBD−SN; granting (66) Motion for Judgment in case 1:22−cv−10823−GBD−SN.. (Signed by Judge George B. Daniels on 9/19/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (ks) Transmission to Orders and Judgments Clerk for processing. (Entered: 09/20/2 |
| 20/2024 | 10391 | ORDER GRANTING PARTIAL FINAL DEFAULT JUDGMENT FOR THE PLAINTIFFS LISTED IN EXHIBIT A (10370) Motion for Default Judgment in case 1:03−md−01570−GBD−SN; granting (2168) Motion for Default Judgm 1:02−cv−06977−GBD−SN; granting (165) Motion for Default Judgment in case 1:02−cv−07209−GBD−SN; granting Motion for Default Judgment in case 1:02−cv−07230−GBD−SN; granting (348) Motion for Default Judgment in case 1:17−cv−02003−GBD−SN. It is hereby ORDERED that service of process in the above−captioned cases was properl effectuated upon the Islamic Republic of Iran in accordance with 28 U.S.C. § 1608(a)(4) (see ECF No. 1238); and it i ORDERED that partial final default judgment is entered on behalf of the Plaintiffs identified in Exhibit A against the Republic of Iran; and it is ORDERED that the Plaintiffs identified in Exhibit A are awarded economic damages as se therein and as supported by the expert report and analysis tendered in conjunction with the Schutty Declaration (see E 10371); and it is ORDERED that the Plaintiffs receiving economic damages identified in Exhibit A are awarded preju interest of 4.96 percent per annum, compounded annually, running from the date indicated in the "Date of Report" co therein, until the date of judgment; and it is ORDERED that the Plaintiffs identified in Exhibit A may submit future a for punitive or other damages at a later date consistent with any future rulings of this Court; and it is ORDERED that not appearing in Exhibit A may submit in later stages applications for damages awards to the extent they have not do already. The Clerk of Court is directed to enter partial final default judgment for the Plaintiffs listed in Exhibit A. Th Court is further directed to close the motions at: No. 03−md−01570 at ECF No. 10370; No. 02−cv−06977 at ECF No 02−cv−07209 at ECF No. 165; No. 02−cv−07230 at ECF No. 365; and No. 17−cv−02003 at ECF No. 348. SO ORD (Signed by Judge George B. Daniels on 9/19/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:02−cv−07230−GBD−SN, 1:17−cv−02003−GBD−SN (ks) Transmission to Orders and Judgments Clerk for processing. (Entered: 09/20/2024) |
| 23/2024 | 10392 | ORDER terminating (10356) Motion for Judgment in case 1:03−md−01570−GBD−SN. Further to the Court's order a 10390, the Clerk of Court is respectfully directed to close the motion at ECF No. 10356 in 03−md−01570. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) Filed In Associated Cases: 1:03−md−01570−GB (dsh) (Entered: 09/23/2024) |
| 24/2024 | 10393 | MANDATE of USCA (Certified Copy) as to (591 in 1:04−cv−01922−GBD−SN, 40 in 1:20−cv−10657−GBD−SN, 1 1:02−cv−06977−GBD−SN, 144 in 1:18−cv−12114−GBD−SN, 794 in 1:04−cv−05970−GBD−SN, 1094 in 1:03−cv−09849−GBD−SN, 1221 in 1:03−cv−06978−GBD−SN, 40 in 1:20−cv−10615−GBD−SN, 9336 in 1:03−md−01570−GBD−SN) Notice of Interlocutory Appeal, filed by Republic of the Sudan USCA Case Number 23 23−1251(Con), 23−1294(Con), 23−1298(Con), 23−1299(Con), 23−1300(Con), 23−1301(Con), 23−1308(Con), 23−1 23−1342(XAP), 23−7261 (Con), 23−7243(Con). Ordered that the appeal is DISMISSED. Catherine O'Hagan Wolfe, USCA for the Second Circuit. Issued As Mandate: 9/24/2024. (Attachments: # 1 USCA OPINION, # 2 Supplemental Document)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(tp) (Entered: 09/24/2024) |
| 24/2024 | | Transmission of USCA Mandate/Order to the District Judge re: (607 in 1:04−cv−01922−GBD−SN, 819 in 1:04−cv−05970−GBD−SN, 1183 in 1:03−cv−09849−GBD−SN, 160 in 1:18−cv−12114−GBD−SN, 2176 in 1:02−cv−06977−GBD−SN, 62 in 1:20−cv−10657−GBD−SN, 1246 in 1:03−cv−06978−GBD−SN, 57 in 1:20−cv−10615−GBD−SN, 10393 in 1:03−md−01570−GBD−SN) USCA Mandate. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (tp) (Entered: 09/24/2024) |
| 24/2024 | 10394 | MANDATE of USCA (Certified Copy) as to (9353 in 1:03−md−01570−GBD−SN) Notice of Cross Appeal, filed by Insurance Company et al., Plaintiffs USCA Case Number 23−1319(L), 23−1251(Con), 23−1294(Con), 23−1298(Con 23−1299(Con), 23−1300(Con), 23−1301(Con), 23−1308(Con), 23−1318(Con), 23−1342(XAP), 23−7261 (Con), 23− Ordered that the appeal is DISMISSED. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As M 9/24/2024. (Attachments: # 1 USCA OPINION, # 2 Supplemental Document)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−06978−GBD−SN, 1:04−cv−05970−GBD−SN..(tp) (Entered: 09/24/2024) |
| 24/2024 | 10395 | LETTER addressed to Judge George B. Daniels from Meryl Schwartz dated September 24, 2024 re: Terrorist Litigati Document filed by Cheryl Schneider.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD− 1:02−cv−07209−GBD−SN, 1:17−cv−02003−GBD−SN.(Schwartz, Meryl) (Entered: 09/24/2024) |

| | | |
|---|---|---|
| 24/2024 | 10396 | MANDATE of USCA (Certified Copy) as to (9354 in 1:03−md−01570−GBD−SN) Notice of Cross Appeal, filed by Plaintiffs USCA Case Number 23−1319(L), 23−1251(Con), 23−1294(Con), 23−1298(Con), 23−1299(Con), 23−1300 23−1301(Con), 23−1308(Con), 23−1318(Con), 23−1342(XAP), 23−7261 (Con), 23−7243(Con). Ordered that the app DISMISSED. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 9/24/2024. (Attach USCA OPINION, # 2 Supplemental Document)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (tp) (En 09/24/2024) |
| 25/2024 | 10397 | AFFIDAVIT OF SERVICE of Summons and Amended Complaint,,. Republic of the Sudan served on 7/19/2024, ans 9/17/2024. Document filed by Kristen Carpenter; Joan Parker; Stephanie Parker; Bryan Suarez; Carol Suarez; Carol S Manuel Suarez; Manuel Suarez. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−10657−GBD−SN.(Capone, Dorothea) (Entered: 09/25/2024) |
| 25/2024 | 10398 | CLERK CERTIFICATE OF MAILING of two copies of the Notices of Judgment prepared in accordance with 22 CF Order of Judgment for Liability dated June 21, 2019, September 3, 2019, and September 5, 2024; Order Granting Par Default Judgment for the Plaintiff's in Exhibits A and B dated September 20, 2024; Instructions for Appealing Judgm of 28 U.S.C. 1330, 28 U.S.C. 1391, 28. U.S.C. 1441, and the Foreign Sovereign Immunities 2 Act (28 U.S.C. 1602, e Affidavit of translator mailed to DEFENDANT Islamic Republic of Iran, Minister of Foreign Affairs, Ministry of For Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehran, Iran ATTN: H.E. Ali Bagheri on 9/25/2024 Express tracking # 8182 8357 9920, to the Secretary of State, Attn: Director of Consular Services, Office of Policy R Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, et al.(ras) (Main Document 10398 replaced on 9/30/2024) (ras). Modified on 9/30/2024 (Entered: 09/25/2024) |
| 26/2024 | 10399 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated September 26, 20 Request for extension of time. Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 09/26 |
| 26/2024 | 10400 | MEMO ENDORSEMENT on re: 10399 Letter filed by Plaintiffs Executive Committees. ENDORSEMENT: The PEC for a two−week extension is GRANTED. The PECs are directed to file their letter pursuant to the Court's order at EC 10350 by October 11, 2024. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 9/26/2024) (mml) (Ente 09/27/2024) |
| 27/2024 | 10401 | DECLARATION of J. Scott Tarbutton in Opposition re: 9785 MOTION to Dismiss . MOTION for Summary Judgm Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit N − Treasury Declaration, # 2 Exhibit Declaration).(Carter, Sean) (Entered: 09/27/2024) |
| 30/2024 | 10402 | PROPOSED CONSENT ORDER. Document filed by Michael Reynolds, Justin Rodriquez. (Attachments: # 1 Propos Proposed Order).(Goldman, Jerry) (Entered: 09/30/2024) |
| 30/2024 | 10403 | ***SELECTED PARTIES*** REPLY MEMORANDUM OF LAW in Support re: 9785 MOTION to Dismiss . MOT Summary Judgment . . Document filed by Al Rajhi Bank, Plaintiffs Executive Committees. Motion or Order to File U 1900 .(Curran, Christopher) (Entered: 09/30/2024) |
| 30/2024 | 10404 | ***SELECTED PARTIES***DECLARATION of Nicole Erb in Support re: 10403 Reply Memorandum of Law in S Motion,. Document filed by Al Rajhi Bank, Plaintiffs Executive Committees. (Attachments: # 1 Exhibit 94, # 2 Exhil Exhibit 96)Motion or Order to File Under Seal: 1900 .(Erb, Nicole) (Entered: 09/30/2024) |
| 30/2024 | 10405 | ***SELECTED PARTIES***DECLARATION of Nicole Erb in Support re: 10403 Reply Memorandum of Law in S Motion,. Document filed by Al Rajhi Bank, Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A, # 2 Exhib Exhibit C, # 4 Exhibit D, # 5 Exhibit E)Motion or Order to File Under Seal: 1900 .(Erb, Nicole) (Entered: 09/30/2024 |
| 01/2024 | 10406 | LETTER addressed to Judge George B. Daniels from Christopher M. Curran dated October 1, 2024 re: Requesting O Argument on Al Rajhi Bank's Renewed Motion to Dismiss and Motion for Summary Judgment. Document filed by A Bank..(Curran, Christopher) (Entered: 10/01/2024) |
| 02/2024 | 10407 | CLERK CERTIFICATE OF MAILING of two copies of the Complaint as filed; Notice of Suit in the English languag Summons; Affidavits from translator; Foreign Sovereign Immunities Act (FSIA), 28 USCS §§ 1602 et seq. mailed to DEFENDANT Islamic Republic of Iran Ali Bagheri Acting Minister of Foreign Affairs Ministry of Foreign Affairs I Khomeini Street, Imam Khomeini Avenue Tehran, Iran on 10/2/2024 by Certified Mail tracking # 9589 0710 5270 0 34, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570− 1:24−cv−04715−GBD. (ras) (Entered: 10/02/2024) |
| 07/2024 | 10408 | **FILING ERROR − DEFICIENT − SUMMONS REQUEST−** REQUEST FOR ISSUANCE OF SUMMONS as to Republic of the Sudan, re: 111 Amended Complaint,,,,,,,. Document filed by Kelly Anne, Timothy Clarke, Kathleen C Head, Patricia Clarke Scudder, Tracey Osborne..(Maloney, Andrew) Modified on 10/8/2024 (vf). (Entered: 10/07/20 |

| | | |
|---|---|---|
| )7/2024 | 10409 | **FILING ERROR − DEFICIENT − SUMMONS REQUEST−** REQUEST FOR ISSUANCE OF SUMMONS as to Republic of the Sudan, re: 111 Amended Complaint,,,,,,,. Document filed by Aron Betru, Ruth Betru, Sirak Betru, Da Burford, Vicki Burford, Ashley Calabro, Carmen Diaz, Andrew Fredericks, Hayley Fredericks, Michelle Fredericks, Harrell, Margaret Harrell, Barbara Lynch, Betru Tensay, Sara Teshebru, Pamela Thornton..(Maloney, Andrew) Modi 10/8/2024 (vf). (Entered: 10/07/2024) |
| )7/2024 | 10410 | ORDER: Accordingly, the motion to relieve counsel is DENIED without prejudice until (a) Mr. Reynolds and Mr. Ro file a notice of pro se appearance on the docket that lists their contact information and consents to electronic service; Reynolds and Mr. Rodriguez confirm that they have retained new counsel. The Court directs Mr. Reynolds and Mr. R the resources this District provides for pro se litigants at https://www.nysd.uscourts.gov/prose and directs them to file notice of pro se appearance as described above or a status report confirming that they have retained new counsel with SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 10/7/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:04−cv−01923−GBD−SN, 1:23−cv−08305−GBD (dsh) (E 10/07/2024) |
| )7/2024 | 10411 | ORDER: In order for the Court to fairly and effectively adjudicate motions for economic losses, plaintiffs' counsel ha relied on experts who use a standard methodology to calculate those losses (the standard methodology). See, e.g., EC 10002−1 (expert report from John E. Beauzile), 10290−2 (expert report from Stan V. Smith). Although the Court imp requirement on the plaintiffs to employ particular experts to calculate economic losses, any expert report that diverge standard methodology creates the potential for unwarranted disparities between awards. Thus, to the extent a plaintiff not to use the standard methodology, their expert must (a) fully explain the proposed methodology, (b) justify divergi standard methodology, and (c) set forth final loss calculations under both the proposed methodology and the standard methodology. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 10/7/2024) (dsh) (Entered: 10/07/2024 |
| )7/2024 | 10417 | NOTICE OF MOTION TO TAKE JUDICIAL NOTICE filed by Amicus Curiae. (jjc) (Entered: 10/10/2024) |
| )8/2024 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. No Attorney Andrew Maloney to RE−FILE Document No. 10409 Request for Issuance of Summons, 10408 Reque Issuance of Summons. The filing is deficient for the following reason(s): not all the filer/filers were selected for request for issuance of summons. Re−file the document using the event type Request for Issuance of Summons under the event list Service of Process − select the correct filer/filers − and attach the correct summons form P** (Entered: 10/08/2024) |
| )9/2024 | 10412 | ORDER: Oral argument on Defendant Al Rajhi Bank's renewed motion to dismiss and motion for summary judgmen personal jurisdiction (ECF No. 9785 ) is scheduled for December 10, 2024 at 9:45 a.m. SO ORDERED (Signed by Ju B. Daniels on 10/9/2024) ( Oral Argument set for 12/10/2024 at 09:45 AM before Judge George B. Daniels.) Filed In Cases: 1:03−md−01570−GBD−SN et al. (ks) (Entered: 10/09/2024) |
| )9/2024 | 10413 | MOTION for Default Judgment as to *Ashton 2 Plaintiffs against the Taliban*. Document filed by Kathleen Ashton.Fil Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Maloney, Andrew) (Entered: 10/09/2024 |
| )9/2024 | 10414 | DECLARATION of Andrew J. Maloney, III in Support re: (2180 in 1:02−cv−06977−GBD−SN, 10413 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Ashton 2 Plaintiffs against the Taliban*.. Documer Kathleen Ashton. (Attachments: # 1 Exhibit B (List of Parties), # 2 Exhibit C (List of Parties))Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Maloney, Andrew) (Entered: 10/09/2024) |
| )9/2024 | 10415 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Kathleen Ashton. (Attachment Exhibit A (Default Judgment Motion Cover Sheet), # 2 Exhibit B (List of Parties), # 3 Exhibit C (List of Parties)).(M Andrew) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 10/09/2024) |
| )9/2024 | 10416 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated October 9, 2024 Allegations of wrongdoing during expert discovery. Document filed by Plaintiffs Executive Committees. (Attachmen Exhibit A).(Haefele, Robert) (Entered: 10/09/2024) |
| .0/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (2182 in 1:02−cv−06977−GBD−SN, 10415 in 1:03−md−01570−GBD−SN) Proposed Default Judgment, was reviewed an as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(tp)** (Entered: 10/1 |
| .0/2024 | 10418 | LETTER addressed to Magistrate Judge Sarah Netburn from Omar Mohammedi dated October 10, 2024 re: WAMY' to PEC's 10/9/24 Inflammatory Letter. Document filed by World Assembly of Muslim Youth. (Attachments: # 1 Exh Pre Meeting Email Correspondence, # 2 Exhibit Ex 2 10 2 2024 Ltr to Haefele and Simpson, # 3 Exhibit Ex 3 10 2 20 from Haefele, # 4 Exhibit Ex 4 10 3 2024 Ltr to Haefele, # 5 Exhibit Ex 5 10 4 2024 Ltr from Haefele with attachmer Exhibit Ex 6 Email chain between OM and RH).(Mohammedi, Omar) (Entered: 10/10/2024) |
| .1/2024 | 10419 | MOTION to Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibit A . Document fil Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Duane, John) (Entered: 10/11/2024) |

| | | |
|---|---|---|
| 1/2024 | 10420 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. Related Document Number: 10419 ..(Duane, John) **Prop Order to be reviewed by Clerk's Office staff.** (Entered: 10/11/2024) |
| 1/2024 | 10421 | ORDER: The Court has reviewed the parties' submissions regarding serious allegations of wrongdoing involving an e witness. See ECF Nos. 10416, 10418. The World Assembly of Muslim Youth and World Assembly of Muslim Youtl (WAMY), its counsel, Baker Tilly, Jonathan Marks, and the Plaintiffs' Executive Committees (PECs) are directed to any and all evidence related to these allegations. The PECs are directed to file an unredacted version of the Letter init docketed at ECF No. 10416−1 (the Letter) along with a description of how the Letter was sent and received and any i relevant to identifying its source. The PEC shall further disclose if they have had any subsequent communications (w written or oral; whether direct or indirect) with the author of the Letter. The PECs may file such supplement by Octol 2024. The PECs' request for discovery is denied at this time. WAMY is granted until November 4, 2024, to file any f response to the Letter and its allegations. Such response must include a complete description of any related investigat conducted by Baker Tilly, who participated in such investigation, and the findings, if any. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 10/11/2024) (dsh) (Entered: 10/11/2024) |
| 1/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (1187 in 1:03−cv−09849−GBD− in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN. (tp)** (Entered: 10/11/2024) |
| 1/2024 | 10422 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated October 11, 2024 Pursuant to the Courts direction at ECF No. 10350. Document filed by Plaintiffs Executive Committees..(Haefele, Ro (Entered: 10/11/2024) |
| 4/2024 | 10423 | NOTICE of Iran Notice of Amendment. Document filed by Susan M. King. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−05193−GBD−SN.(Goldman, Jerry) (Entered: 10/14/2024) |
| 5/2024 | 10424 | MOTION for Default Judgment as to *Burnett Non−Nationals 8*. Document filed by Burnett Plaintiffs.Filed In Associ 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 10/15/2024) |
| 5/2024 | 10425 | MEMORANDUM OF LAW in Support re: (10424 in 1:03−md−01570−GBD−SN, 862 in 1:15−cv−09903−GBD−SN for Default Judgment as to *Burnett Non−Nationals 8*. . Document filed by Burnett Plaintiffs. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 10/15/2024) |
| 5/2024 | 10426 | ***SELECTED PARTIES***DECLARATION of John M. Eubanks in Support re: (10424 in 1:03−md−01570−GBD in 1:15−cv−09903−GBD−SN) MOTION for Default Judgment as to *Burnett Non−Nationals 8*.. Document filed by B Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SNMotion or Order to File Under Seal: 5716 .(Eubanks, John) (Entered: 10/15/2024) |
| 5/2024 | 10427 | LETTER addressed to Judge George B. Daniels from John F. Schutty dated October 15, 2024 re: Requesting Time to to PEC Letter re Final Judgments & Punitive Damages (ECF#10422). Document filed by Irene Dickey.Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) (Entered: 10/15/2024) |
| 5/2024 | 10428 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Cover Sheet Default Judgment Motion Cover Sheet, # 2 Exhibit A).(Eubanks, John) **Proposed Default Judgment to reviewed by Clerk's Office staff.** (Entered: 10/15/2024) |
| 5/2024 | 10429 | ORDER granting (1186) Motion to Substitute Party. in case 1:03−cv−09849−GBD−SN; granting (10419) Motion to Party. in case 1:03−md−01570−GBD−SN. The motion to substitute at ECF No. 10419 is GRANTED. Plaintiffs' cour directed to substitute the parties in the Court's ECF system as listed at ECF No. 10419−1. The Clerk of Court is respe directed to close the motion at ECF NO. 10419. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Or Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN (dsh) Modified on 10/15/2024 (d (Entered: 10/15/2024) |
| 5/2024 | 10430 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter on behalf of Cozen O'Connor dated Octo 2024 re: response to the Court's Order at ECF No. 10421. Document filed by Cozen O'Connor P.C...(Carter, Sean) (E 10/15/2024) |
| 5/2024 | 10431 | MOTION to Amend/Correct (53 in 1:15−cv−09903−GBD−SN) Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, . Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In A Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 10/15/2024) |
| 5/2024 | 10432 | MEMORANDUM OF LAW in Support re: (866 in 1:15−cv−09903−GBD−SN, 10431 in 1:03−md−01570−GBD−SN to Amend/Correct (53 in 1:15−cv−09903−GBD−SN) Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, . Document filed by Burnett Plaintiffs. Filed In As Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 10/15/2024) |

| | | |
|---|---|---|
| .5/2024 | 10433 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A) Related Document Numbe ..(Duane, John) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 10/15/2024) |
| .5/2024 | 10434 | MOTION to Amend/Correct . Document filed by Jacqueline Bauer.Filed In Associated Cases: 1:03−md−01570−GBI 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD, 1:17−cv−02003−GBD−SN.(Capone, Dorothea) (Entered: 10/15/2 |
| .5/2024 | 10435 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated October 15, 2024 Response to the Courts order at ECF No. 10421 and request for clarification. Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 10/15/2024) |
| .5/2024 | 10436 | DECLARATION of Dorothea M. Capone in Support re: (356 in 1:17−cv−02003−GBD−SN, 10434 in 1:03−md−01570−GBD−SN, 2184 in 1:02−cv−06977−GBD−SN, 289 in 1:02−cv−07236−GBD) MOTION to Amend Document filed by Jacqueline Bauer. (Attachments: # 1 Exhibit Exhibit)Filed In Associated Cases: 1:03−md−01570− 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD, 1:17−cv−02003−GBD−SN.(Capone, Dorothea) (Entered: 10/15/2 |
| .5/2024 | 10437 | PROPOSED ORDER. Document filed by Jacqueline Bauer. (Attachments: # 1 Exhibit Exhibit) Related Document N [ECF 10434, 02−6977 ECF 2184, 02−7236 ECF 289, 17−2003 ECF 356]..(Capone, Dorothea) **Proposed Order to b by Clerk's Office staff.** (Entered: 10/15/2024) |
| .6/2024 | 10438 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman dated 10/16/2024 re: 1:24−cv−07824 part of MDL. Document filed by Christine O'Neill..(Goldman, Jerry) (Entered: 10/16/2024) |
| .6/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (10428 in 1:03−md−01570−GBD−SN, 865 in 1:15−cv−09903−GBD−SN) Proposed Default Judgment was reviewed and a to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(km)** (Entered: 10/16/ |
| .6/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (10433 in 1:03−md−01570−GB in 1:15−cv−09903−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(km)** (Entered: 10/16/2024) |
| .6/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (291 in 1:02−cv−07236−GBD, 1:17−cv−02003−GBD−SN, 2186 in 1:02−cv−06977−GBD−SN, 10437 in 1:03−md−01570−GBD−SN) Proposed ( reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GB 1:02−cv−07236−GBD, 1:17−cv−02003−GBD−SN(km)** (Entered: 10/16/2024) |
| .6/2024 | 10439 | LETTER addressed to Magistrate Judge Sarah Netburn from Omar Mohammedi dated October 16, 2024 re: WAMY PECs Letter of 10.15.2024. Document filed by World Assembly of Muslim Youth..(Mohammedi, Omar) (Entered: 1( |
| .6/2024 | 10440 | ORDER granting (10431) Motion to Amend/Correct in case 1:03−md−01570−GBD−SN; granting (866) Motion to Amend/Correct in case 1:15−cv−09903−GBD−SN. The motion to amend is GRANTED. SO ORDERED. (Signed by Judge Sarah Netburn on 10/16/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD− (Entered: 10/16/2024) |
| .6/2024 | 10441 | ORDER granting (10434) Motion to Amend/Correct in case 1:03−md−01570−GBD−SN; granting (2184) Motion to Amend/Correct in case 1:02−cv−06977−GBD−SN; granting (289) Motion to Amend/Correct in case 1:02−cv−07236 granting (356) Motion to Amend/Correct in case 1:17−cv−02003−GBD−SN. The motion to amend is GRANTED. Pl counsel is directed to correct the Bauer plaintiffs name reflected in ECF No. 10436−1. SO ORDERED. (Signed by M Judge Sarah Netburn on 10/16/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD− 1:02−cv−07236−GBD, 1:17−cv−02003−GBD−SN (dsh) (Entered: 10/16/2024) |
| .7/2024 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners Jacqueline M. Seremetis added. Party added pursuant to 1463 Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,. Related document: 14( Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,..(Capone, Do (Entered: 10/17/2024) |
| .7/2024 | 10442 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated October 17, 2024 Response to the October 16, 2024 letter of WAMYs counsel (ECF No. 10439). Document filed by Plaintiffs Executiv Committees..(Haefele, Robert) (Entered: 10/17/2024) |
| .7/2024 | 10443 | MOTION to Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibit A . Document fil Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 10/17/2024) |
| .7/2024 | 10444 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. Related Document Number: 10443 ..(Duane, John) **Prop Order to be reviewed by Clerk's Office staff.** (Entered: 10/17/2024) |
| .7/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (10444 in 1:03−md−01570−GB in 1:15−cv−09903−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(km)** (Entered: 10/17/2024) |

| | | |
|---|---|---|
| .7/2024 | 10445 | ORDER: The Plaintiffs' Executive Committees (PECs) represent that filing an unredacted version of the letter initiall at ECF No. 10416−1 (the Letter) may disclose unwarranted personal identifying information or risk witness intimidat improper contact. See ECF No. 10435. Although the Court makes no such finding, in an abundance of caution, the C authorizes the PECs to file the unredacted Letter ex parte and under seal in the first instance. Upon review, the Court require disclosure to WAMY counsel or others. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 10/1 (dsh) (Entered: 10/17/2024) |
| .7/2024 | 10446 | MEMO ENDORSEMENT on re: (10427 in 1:03−md−01570−GBD−SN) Letter, filed by Irene Dickey. ENDORSEM Counsel is granted until October 25, 2024, to file the requested response. SO ORDERED. (Signed by Magistrate Judg Netburn on 10/17/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN (dsh) (E 10/17/2024) |
| .7/2024 | 10447 | LETTER addressed to Magistrate Judge Sarah Netburn from Omar Mohammedi dated October 17, 2024 re: WAMY' Response to PECs' 10.17.2024 Letter. Document filed by World Assembly of Muslim Youth..(Mohammedi, Omar) ( 10/17/2024) |
| .7/2024 | 10448 | ORDER re: 10442 Letter, filed by Plaintiffs Executive Committees. The Court adopts the Plaintiffs' Executive Comn disclosure proposal. See ECF No. 10442. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 10/17/2024 (Entered: 10/18/2024) |
| .8/2024 | 10449 | ORDER GRANTING PARTIAL FINAL DEFAULT JUDGMENT FOR THE PLAINTIFFS LISTED IN EXHIBITS C granting (10061) Motion for Default Judgment; granting (10179) Motion for Default Judgment in case 1:03−md−01570−GBD−SN; granting (110) Motion for Default Judgment in case 1:18−cv−12337−GBD−SN; grantin Motion for Default Judgment in case 1:18−cv−12347−GBD−SN. it is hereby ORDERED that service of process in th above−captioned cases was properly effectuated upon the Islamic Republic of Iran in accordance with 28 U.S.C. § 16 (see ECF No. 8438 and ECF No. 51 in 18−cv−12337); and it is ORDERED that the motion for judgment by default a on behalf of Plaintiffs listed in Exhibits A, B and C is GRANTED and judgments as to liability are entered in favor o Plaintiffs listed in Exhibits A, B and C against Iran; and it is ORDERED that partial final default judgment is entered of the Plaintiffs identified in Exhibits A, B and C against the Islamic Republic of Iran2; and it is ORDERED that the identified in Exhibit A are awarded compensatory damages for decedents' pain and suffering in an amount of $2,000, estate, as set forth therein; and it is ORDERED that the Plaintiffs identified in Exhibits B and C are awarded solatium as set forth therein; and it is ORDERED that the Plaintiffs receiving pain and suffering identified in Exhibit A are aw prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the d judgment; and it is ORDERED that the Plaintiffs receiving solatium damages identified in Exhibits B and C are awar prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the d judgment; and it is ORDERED that the Plaintiffs identified in Exhibits A, B and C may submit future applications fo or other damages at a later date consistent with any future rulings of this Court; and it is ORDERED that Plaintiffs no in Exhibits A, B or C may submit in later stages applications for damages awards to the extent they have not done so The Clerk of Court is directed to enter partial final default judgment for the Plaintiffs listed in Exhibits A, B and C. T Court is further directed to close the motions at: ECF Nos. 10061 and 10179 in 03−md−1570; ECF Nos. 110 in 18cv− ECF Nos. 100 in 18−cv−12347. SO ORDERED. (Signed by Judge George B. Daniels on 10/17/2024) Filed In Assoc 1:03−md−01570−GBD−SN, 1:18−cv−12337−GBD−SN, 1:18−cv−12347−GBD−SN (sgz) Transmission to Orders ar Judgments Clerk for processing. (Entered: 10/18/2024) |
| .8/2024 | 10450 | MOTION to Amend/Correct (53 in 1:15−cv−09903−GBD−SN) Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, . Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 10/18/2024) |
| .8/2024 | 10451 | MEMORANDUM OF LAW in Support re: (10450 in 1:03−md−01570−GBD−SN, 872 in 1:15−cv−09903−GBD−SN to Amend/Correct (53 in 1:15−cv−09903−GBD−SN) Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,, . Document filed by Burnett Plaintiffs. Filed In A Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 10/18/2024) |
| .8/2024 | 10452 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A) Related Document Numbe ..(Duane, John) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 10/18/2024) |
| .8/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (874 in 1:15−cv−09903−GBD− in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(km)** (Entered: 10/18/2024) |
| .8/2024 | 10453 | CLERK CERTIFICATE OF MAILING of two copies of a true and certified Notice of Default Judgment and its certi translation, which conforms to the requirements of 22 C.F.R. § 93.2 ("Notice"); a true and certified copy of the Ashto 31, 2015 Default Judgment on Liability and its certified Farsi translation. See Attachment A to the Notice; a true and copy of the August 28, 2024 Final Judgment on Behalf of Ashton 29 and Ashton 30 Plaintiffs. See Attachment B to t |

| | | |
|---|---|---|
| | | true and certified copy of the moving papers for Plaintiffs' motions filed June 21, 2024 and June 25, 2024, respectivel certified Farsi translations thereof. See Attachment B to the Notice; a copy of the Foreign Sovereign Immunities Act certified Farsi translation. See Attachment C to the Notice mailed to DEFENDANT Islamic Republic of Iran H.E. Dr Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini St., Imam Khomeini Sq Islamic Republic of Iran on 10/18/2024 by Federal Express tracking # 8184 7893 3568, via dispatch to the Secretary Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Depart State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services I Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN. (Er (Entered: 10/18/2024) |
| 21/2024 | 10454 | ORDER granting (10443) Motion to Substitute Party. in case 1:03−md−01570−GBD−SN; granting (870) Motion to S Party. in case 1:15−cv−09903−GBD−SN. The motion to substitute at ECF No. 10443 is GRANTED. Plaintiffs couns directed to substitute the parties in the Courts ECF system as listed at ECF No. 10443−1. The Clerk of Court is respe directed to close the motion at ECF No. 10443. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text On Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN (dsh) Modified on 10/21/2024 (d (Entered: 10/21/2024) |
| 21/2024 | 10455 | ***EX−PARTE*** LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees da October 21, 2024 re: Pursuant to the Courts direction at ECF No. 10421, as adjusted by ECF Nos. 10445 and 10448. filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A)Motion or Order to File Under Seal: 10445 .(H Robert) (Entered: 10/21/2024) |
| 21/2024 | 10456 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated October 21, 2024 Pursuant to the Courts direction at ECF No. 10421, as adjusted by ECF Nos. 10445 and 10448. Document filed by Pl Executive Committees. (Attachments: # 1 Exhibit A).(Haefele, Robert) (Entered: 10/21/2024) |
| 22/2024 | 10457 | MOTION to Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibit A . Document fil Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00041−GBD−SN, 1:19−cv−00044−GBD−SN.(Duane, John) (Entered: 10/22/2 |
| 22/2024 | 10458 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. Related Document Number: 10457 ..(Duane, John) **Prop Order to be reviewed by Clerk's Office staff.** (Entered: 10/22/2024) |
| 22/2024 | 10459 | MEMO ENDORSED ORDER granting (10450) Motion to Amend/Correct in case 1:03−md−01570−GBD−SN; gran Motion to Amend/Correct in case 1:15−cv−09903−GBD−SN. ENDORSEMENT: The motion to amend is GRANTE ORDERED. (Signed by Magistrate Judge Sarah Netburn on 10/22/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN. (mml). (Entered: 10/22/2024) |
| 22/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (877 in 1:15−cv−09903−GBD− 1:19−cv−00041−GBD−SN, 175 in 1:19−cv−00044−GBD−SN, 10458 in 1:03−md−01570−GBD−SN) Proposed O reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GB 1:19−cv−00041−GBD−SN, 1:19−cv−00044−GBD−SN(nd)** (Entered: 10/22/2024) |
| 22/2024 | 10460 | CLERK CERTIFICATE OF MAILING of two copies of the true and certified Notice of Default Judgment and its cer translation, which conforms to the requirements of 22 C.F.R. § 93.2 ("Notice"); a true and certified copy of the Ashto 31, 2015 Default Judgment on Liability and its certified Farsi translation. See Attachment A to the Notice; a true and copy of the September 3, 2024 Final Judgment on behalf of Ashton 26 and Ashton 28 plaintiffs. See Attachment B to a true and certified copy of plaintiffs' moving papers for the Ashton 26 and Ashton 28 motions filed April 10, 2024 a 2024, respectively, and the certified Farsi translations thereof. See Attachment B to the Notice; and a copy of the For Sovereign Immunities Act and the certified Farsi translation. See Attachment C to the Notice mailed to DEFENDAN Republic of Iran H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomei Imam Khomeini Sq. Tehran, Islamic Republic of Iran on 10/22/2024 by Federal Express tracking # 8184 7893 3579, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570− 1:02−cv−06977−GBD−SN. (ras) (Entered: 10/22/2024) |
| 23/2024 | 10461 | LETTER addressed to Judge George B. Daniels from John F. Schutty dated October 23, 2024 re: Response to Octobe Letter (ECF #10422). Document filed by Irene Dickey. (Attachments: # 1 Exhibit A. 1:03−cv−09848 ECF #317, # 2 Clerk's Certificate of Mailing, # 3 Exhibit C. Excerpt Transcript of February 22, 2022 Hearing)Filed In Associated C 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) (Entered: 10/23/2024) |
| 24/2024 | 10462 | ORDER granting (10457) Motion to Substitute Party. in case 1:03−md−01570−GBD−SN; granting (876) Motion to S Party. in case 1:15−cv−09903−GBD−SN; granting (192) Motion to Substitute Party. in case 1:19−cv−00041−GBD− granting (174) Motion to Substitute Party. in case 1:19−cv−00044−GBD−SN. The motion to substitute at ECF No. 1 GRANTED. Plaintiffs' counsel is directed to substitute the parties as listed at ECF No. 10457−1. The Clerk of Court respectfully directed to close the motions at ECF No. 10457 in 03−md−01570; ECF No. 876 in 15−cv−9903; ECF N |

| | | |
|---|---|---|
| | | 19−cv−41; and ECF No. 174 in 19−cv−44. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only O In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00041−GBD−SN, 1:19−cv−00044−GBD−SN (dsh) (Entered: 10/24/2024) |
| 24/2024 | 10463 | NOTICE of Removal of Parties Against the Islamic Repulic of Iran and The Kingdom of Saudi Arabia Pursuant to C Management Order #2 and Federal Rule of Civil Procedure 15(d). Document filed by Jack Zelmanowitz(individually surviving sibling of Abraham Zelmanowitz), Matthew Rowenhorst(individually, as surviving sibling of Edward Row Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12381−GBD−SN, 1:18−cv−12387−GBD−SN.(Gol Jerry) (Entered: 10/24/2024) |
| 24/2024 | 10464 | CLERK CERTIFICATE OF MAILING of two copies of the cover letter to H.E Ali Bagheri, Acting Minister of Fore of Iran; U.S. Dist. Court for the Southern District of N.Y. Clerk's Certificate of Default, dated February 12, 2020 (Ra No. 209); Notice of Default Judgment prepared in accordance with 22 CFR § 93.2; Order of Partial Final Judgment e February 19, 2020 (Ray Docket No. 221; MDL Docket No. 5985; Order of Partial Final Judgment entered on Septem 2024, and docketed September 20, 2024 (Ray Docket No. 332; MDL Docket No. I 0387); Text of The Foreign Sover Immunities Act, 28 U.S.C. §1602, et seq.; and, Right to Appeal Notice and Form mailed to defendant Islamic Republ H.E. Ali Bagheri, Acting Minister of Foreign Affairs Ministry of Foreign Affairs of the Islamic Republic of Iran Ima Khomeini Avenue, Tehran, Iran on 10/24/24 by Federal Express tracking # 7793 6056 6552 via dispatch to the Secre State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. I of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Service Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN.(tae) (Entered: 10/24/2024) |
| 25/2024 | 10465 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated October 25, 2024 Response to the correspondence at ECF No. 10461. Document filed by Plaintiffs Executive Committees..(Haefele, R (Entered: 10/25/2024) |
| 28/2024 | 10466 | NOTICE of to Conform to Consolidated Amended Complaint. Document filed by Roberta Agyeman. Filed In Associ 1:03−md−01570−GBD−SN, 1:18−cv−05320−GBD−SN, 1:18−cv−12276−GBD−SN, 1:22−cv−05193−GBD−SN, 1:24−cv−07824−GBD.(Goldman, Jerry) (Entered: 10/28/2024) |
| 28/2024 | 10467 | NOTICE of to Conform to Sudan Consolidated Amended Complaint or Ashton Sudan Amended Complaint. Docume Roberta Agyeman. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05320−GBD−SN, 1:18−cv−12276−GBD−SN, 1:22−cv−05193−GBD−SN, 1:24−cv−07824−GBD.(Goldman, Jerry) (Entered: 10/28/20 |
| 28/2024 | 10468 | ORDER GRANTING PARTIAL FINAL JUDGMENT AGAINST THE TALIBAN FOR THE BAUER II PLAINTI LISTED IN EXHIBITS A, B, AND C granting (9843) Motion for Judgment in case 1:03−md−01570−GBD−SN; gra (2071) Motion for Judgment in case 1:02−cv−06977−GBD−SN; granting (272) Motion for Judgment in case 1:02−cv−07236−GBD. It is hereby ORDERED that service of process in the above−captioned case was properly effe upon the Taliban (see ECF Nos. 445, 709 and 735); and it is ORDERED that partial final judgment is entered on beh Plaintiffs identified in the attached Exhibits A, B, and C against the Taliban; and it is ORDERED that the Plaintiffs i the attached Exhibit A are awarded pain and suffering and economic damages as set forth therein; and it is ORDERE Plaintiffs identified in the attached Exhibits B and C are awarded solatium damages as set forth in Exhibits B and C; ORDERED that Plaintiffs receiving pain and suffering damages identified in the attached Exhibit A are awarded pre interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgme further ORDERED that Plaintiffs receiving economic damages identified in the attached Exhibit A are awarded preju interest of 4.96 percent per annum, compounded annually, running from the date as indicated in the "Date of Report" Exhibit A until the date of judgment; and it is further ORDERED that Plaintiffs identified in Exhibits B and C are aw prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the d judgment; and it is ORDERED that the Plaintiffs identified in the attached Exhibit A are awarded treble damages un Anti−Terrorism Act, 18 U.S.C. § 2333 for the amounts claimed; and it is ORDERED that the Plaintiffs identified in t Exhibits A, B and C may submit future applications for punitive or other damages at a later date consistent with any f rulings of this Court; and it is ORDERED that the Plaintiffs not appearing on Exhibits A, B, or C may submit in later applications for damages awards to the extent they have not done so already. The Clerk of Court is directed to enter p default judgment for the Plaintiffs listed in Exhibits A, B and C. The Clerk of Court is further directed to close the m ECF No. 9843 in 03−md−1570, ECF No. 2071 in 02−cv−6977, and 272 in 02−cv−7236. SO ORDERED. (Signed by George B. Daniels on 10/28/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−S 1:02−cv−07236−GBD (ks) Transmission to Orders and Judgments Clerk for processing. (Entered: 10/28/2024) |
| 29/2024 | 10469 | LETTER addressed to Judge George B. Daniels from John F. Schutty dated October 29, 2024 re: Response to Octobe Letter (ECF #10465). Document filed by Irene Dickey.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) (Entered: 10/29/2024) |
| 29/2024 | 10470 | ORDER: The Court has received and considered counsels' views on when and how to proceed to assess punitive dam against defaulting defendants. See ECF Nos. 10422, 10427, 10461, 10465, 10469. The Court declines to set a briefin on this issue at this time. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 10/29/2024) (dsh) (Entered 10/29/2024) |

| | | |
|---|---|---|
| 30/2024 | 10471 | MOTION to Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibit A . Document fil Kathleen Ashton(as Administrator of the Estate of Thomas Ashton, deceased and on behalf of all survivors of Thoma (Attachments: # 1 Exhibit A (List of Plaintiffs))Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Maloney, Andrew) (Entered: 10/30/2024) |
| 30/2024 | 10472 | PROPOSED ORDER. Document filed by Kathleen Ashton(as Administrator of the Estate of Thomas Ashton, deceas behalf of all survivors of Thomas Ashton). (Attachments: # 1 Exhibit A (List of Plaintiffs)) Related Document Numb 10471 in 03−MD−1570−GBD−SN and ECF 2194 in 02−cv−6977−GBD−SN]..(Maloney, Andrew) **Proposed Order reviewed by Clerk's Office staff.** (Entered: 10/30/2024) |
| 30/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (10472 in 1:03−md−01570−GB 2195 in 1:02−cv−06977−GBD−SN) Proposed Order, was reviewed and approved as to form. Filed In Associate 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(nd)** (Entered: 10/30/2024) |
| 31/2024 | 10473 | ORDER granting (10471) Motion to Substitute Party. in case 1:03−md−01570−GBD−SN; granting (2194) Motion to Party. in case 1:02−cv−06977−GBD−SN. The motion to substitute is GRANTED. SO ORDERED. (Signed by Magis Sarah Netburn on 10/31/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN (d (Entered: 10/31/2024) |
| 31/2024 | 10474 | NOTICE OF APPEARANCE by Benjamin C. Wolverton on behalf of World Assembly of Muslim Youth..(Wolverto Benjamin) (Entered: 10/31/2024) |
| 31/2024 | 10475 | NOTICE OF APPEARANCE by Marcus Aaron Asner on behalf of World Assembly of Muslim Youth..(Asner, Marc (Entered: 10/31/2024) |
| 31/2024 | 10476 | LETTER MOTION for Extension of Time addressed to Magistrate Judge Sarah Netburn from Marcus A. Asner datec 31, 2024. Document filed by World Assembly of Muslim Youth. (Attachments: # 1 Appendix A).(Asner, Marcus) (E 10/31/2024) |
| 01/2024 | 10477 | ORDER granting 10476 Letter Motion for Extension of Time. The extension request is GRANTED. The deadline for file any further response is extended from November 4, 2024, to November 12, 2024. (HEREBY ORDERED by Mag Judge Sarah Netburn)(Text Only Order) (dsh) (Entered: 11/01/2024) |
| 01/2024 | 10478 | MOTION for Judgment *for Partial Damages Against the Islamic Republic of Iran*. Document filed by Marinella Hen Susan M. King.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN, 1:22−cv−05193−GBD−SN.(Goldman, Jerry) (Entered: 11/01/2024) |
| 01/2024 | 10479 | MEMORANDUM OF LAW in Support re: (157 in 1:22−cv−05193−GBD−SN, 10478 in 1:03−md−01570−GBD−SN 1:18−cv−12277−GBD−SN) MOTION for Judgment *for Partial Damages Against the Islamic Republic of Iran*. . Doc by Christine O'Neill. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN, 1:22−cv−05193−GBD−SN.(Goldman, Jerry) (Entered: 11/01/2024) |
| 01/2024 | 10480 | ***SELECTED PARTIES***DECLARATION of Jerry S. Goldman in Support re: (10478 in 1:03−md−01570−GBI in 1:22−cv−05193−GBD−SN, 307 in 1:18−cv−12277−GBD−SN) MOTION for Judgment *for Partial Damages Agai Islamic Republic of Iran*.. Document filed by Christine O'Neill, Marinella Hemenway, Susan M. King. (Attachments: A− Estates, # 2 Exhibit B, # 3 Exhibit B−3 Experts Index, # 4 Exhibit B−3 Expert Reports)Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN, 1:22−cv−05193−GBD−SNMotion or Order to File Under S .(Goldman, Jerry) (Entered: 11/01/2024) |
| 01/2024 | 10481 | PROPOSED JUDGMENT. Document filed by Christine O'Neill. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(Goldn **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 11/01/2024) |
| 01/2024 | 10482 | MOTION to Substitute Party. Old Party: John Doe 88, being intended to designate the Personal Representative of the Vanessa Lang Langer, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has ex and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivo legally entitled beneficiaries and family members of Vanessa Lang Langer; Russ F. Jellinek, Esq., as the Personal Re of the Estate of Vanessa Lang Langer, deceased, and on behalf of all survivors and all legally entitled beneficiaries ar members of Vanessa Lang Langer; Russ F. Jellinek, Esq. as Personal Representative of the Estate of Timothy Langer the late spouse of Vanessa Lang Langer; John Doe 130, being intended to designate the Personal Representative of th Rosemarie Carlson, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has ex and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivo legally entitled beneficiaries and family members of Rosemarie C. Carlson, New Party: Public Administrator of West County, as Personal Representative of the Estate of Vanessa Lang Langer, deceased, on behalf of the Estate, and on b survivors and all legally entitled beneficiaries and family members of Vanessa Lang Langer; Public Administrator of Westchester County, as Personal Representative of the Estate of Vanessa Lang Langer, deceased, on behalf of the Est behalf of all survivors and all legally entitled beneficiaries and family members of Vanessa Lang Langer; Public Adn |

| | | |
|---|---|---|
| | | of Westchester County, as Personal Representative of the Estate of Timothy Langer, deceased, the late spouse of Van Langer; Public Administrator of Kings County, as Personal Representative of the Estate of Rosemarie C. Carlson, de behalf of the Estate, and on behalf of all survivors and all legally entitled beneficiaries and family members of Rosem Carlson . Document filed by Christine O'Neill.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldma (Entered: 11/01/2024) |
| )1/2024 | 10483 | PROPOSED ORDER. Document filed by Christine O'Neill. Related Document Number: 10482 ..(Goldman, Jerry) **P Order to be reviewed by Clerk's Office staff.** (Entered: 11/01/2024) |
| )1/2024 | 10484 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment prepared in accordance wit § 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing both judgments in the Burnett case; Order Granting Pa Default Judgment, dated September 17, 2024, Document 10373 (in English and Farsi) entered in the Burnett case; Or Granting Partial Final Default Judgment, dated September 20, 2024, Document 10388 (in English and Farsi) entered Burnett case; A copy of 28 U.S.C. 1330, 139l(f), 1441(d), mid 1602 through 1611 (Pub. L. 94−583; 90 Stat. 2891) m Foreign Sovereign Immunities Act (28 U.S.C. §§ 1602, et seq.) (in English and Farsi); and Translator's Affidavit (in only) mailed to defendant Islamic Republic of Iran Abbas Araghchi Minister of Foreign Affairs Ministry of Foreign the Islamic Republic of Iran Imam Khomeini Avenue Imam Khomeini Square Tehran, Iran on 11/1/2024 by Federal tracking # 7795 2201 1281, via dispatch to the Secretary of State, Attn: Director of Consular Services, Office of Poli and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washing 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated C 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(tae) (Entered: 11/01/2024) |
| )1/2024 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (160 in 1:22−cv−05193−G 10481 in 1:03−md−01570−GBD−SN, 310 in 1:18−cv−12277−GBD−SN) Proposed Judgment was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN, 1:22−cv−05193−GBD−SN(nd)** (Entered: 11/01/2024) |
| )1/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (189 in 1:20−cv−09387−GBD− 1:04−cv−01923−GBD−SN, 162 in 1:22−cv−05193−GBD−SN, 10483 in 1:03−md−01570−GBD−SN, 61 in 1:23−cv−05790−GBD, 825 in 1:04−cv−01076−GBD−SN) Proposed Order was reviewed and approved as to for Associated Cases: 1:03−md−01570−GBD−SN et al.(nd)** (Entered: 11/01/2024) |
| )1/2024 | 10485 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment prepared in accordance wit § 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing both judgments in the Burnett case; Order Granting Pa Default Judgment, dated September 17, 2024, Document 10373 (in English and Farsi); Order Granting Partial Final I Judgment, dated September 20, 2024, Document 10388 (in English and Farsi); A copy of 28 U.S.C. 1330, 139l(f), 14 1602 through 1611 (Pub. L. 94−583; 90 Stat. 2891) mid the Foreign Sovereign Immunities Act (28 U.S.C. §§ 1602, e English and Farsi); and Translator's Affidavit (in English only) mailed to defendant Islamic Revolutionary Guard Co Araghchi Minister of Foreign Affairs Ministry of Foreign Affairs of the Islamic Republic of Iran Imam Khomeini Av Khomeini Square Tehran, Iran on 11/1/2024 by Federal Express tracking # 7795 2340 1336, via dispatch to the Secre State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. I of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Service Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(tae) (Entered: 11/01/2024) |
| )4/2024 | 10486 | ORDER granting (10482) Motion to Substitute Party. in case 1:03−md−01570−GBD−SN; granting (824) Motion to Party. in case 1:04−cv−01076−GBD−SN; granting (916) Motion to Substitute Party. in case 1:04−cv−01923−GBD− granting (188) Motion to Substitute Party. in case 1:20−cv−09387−GBD−SN; granting (161) Motion to Substitute Pa 1:22−cv−05193−GBD−SN; granting (60) Motion to Substitute Party. in case 1:23−cv−05790−GBD. The motion to s GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 10482, as well as the co motions in the above related cases. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 11/4/2024) Filed Associated Cases: 1:03−md−01570−GBD−SN et al. (dsh) Modified on 11/4/2024 (dsh). (Entered: 11/04/2024) |
| )4/2024 | 10487 | LETTER addressed to Judge George B. Daniels from Plaintiffs Executive Committees dated November 4, 2024 re: to Court of the forthcoming filing on the public docket of submissions previously filed under seal in the proceedings ag Islamic Bank. Document filed by Plaintiffs Executive Committees..(Carter, Sean) (Entered: 11/04/2024) |
| )4/2024 | 10488 | REPORT & RECOMMENDATION re: (9825 in 1:03−md−01570−GBD−SN) MOTION for Judgment *for Partial D* filed by Alexander Jimenez, (9912 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Burnett XX* filed by Burnett Plaintiffs. The Court recommends GRANTING the motions as described above, awarding Jaimelin a Jaimercedes Taveras $8,500,000, Jaimenys Taveras $4,250,000, and Ian L. Pescaia $12,500,000 in solatium damages further recommends that Plaintiffs be awarded prejudgment interest on these damages from September 11, 2001, to t judgment, at a rate of 4.96 percent per annum, compounded annually. ECF No. 3358, adopted at ECF No. 3383. Plai apply for punitive, economic, and other damages at a later date and in a manner consistent with any applicable future rulings on the issue. Additionally, any plaintiffs in these two cases not appearing in these motions who were not prev awarded damages may still submit applications for damages awards in later stages. Objections to R&R due by 11/18/ (Signed by Magistrate Judge Sarah Netburn on 11/4/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, |

| | | |
|---|---|---|
| | | 1:15−cv−09903−GBD−SN, 1:18−cv−11875−GBD−SN (dsh) (Entered: 11/04/2024) |
| )4/2024 | 10489 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Burnett Plaintiffs..(Haefele, Robert) **Pro document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** (Entered: 11/ |
| )4/2024 | 10490 | AFFIDAVIT of Robert T. Haefele in Support re: (10489 in 1:03−md−01570−GBD−SN) Proposed Clerk's Certificate Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)Filed In Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Haefele, Robert) (Entered: 11/04/2024) |
| )4/2024 | 10491 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED CLERK'S CERTIFICATE OF DEFAULT. D filed by Federal Insurance Company et al., Plaintiffs..(Carter, Sean) **Proposed document to be reviewed and proces Clerk's Office staff (No action required by chambers).** Modified on 8/13/2025 (nd). (Entered: 11/04/2024) |
| )4/2024 | 10492 | DECLARATION of J. Scott Tarbutton *in support of the Federal Insurance Company Plaintiffs' Request for the Issua Clerk's Certificate of Default Against The Republic of The Sudan*. Document filed by Federal Insurance Company et a Plaintiffs. (Attachments: # 1 Exhibit 1_List of Federal Insurance Company Plaintiffs, # 2 Exhibit 2_Transcript of Au Hearing before Judge Netburn, # 3 Exhibit 3_Amended Judgment, # 4 Exhibit 4_Mandate, # 5 Exhibit 5_Request for Clerk's Certificate of Default Against The Republic of The Sudan).(Carter, Sean) (Entered: 11/04/2024) |
| )4/2024 | 10493 | LETTER addressed to Judge George B. Daniels from Plaintiffs Executive Committees dated November 4, 2024 re: P November 4, 2024 filings seeking issuance of Clerks Certificates of Default as to the Republic of the Sudan. Docume Plaintiffs Executive Committees. (Attachments: # 1 Exhibit 1_2d Circuit Mandate and Order, # 2 Exhibit 2_Email ex 3 Exhibit 3_August 5_2020 Transcript).(Carter, Sean) (Entered: 11/04/2024) |
| )5/2024 | 10494 | DECLARATION of Andrew J. Maloney in Support. Document filed by Kathleen Ashton(parent of 9/11 decedent Th Ashton). (Attachments: # 1 Exhibit Ashton Amended Complaint, # 2 Exhibit Betru Short Form Complaint, # 3 Exhib Short Form Complaint, # 4 Exhibit Hearing, # 5 Exhibit Amended Judgment, # 6 Exhibit Amended Judgment, # 7 Ex Request for Clerk's Certificate of Default)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−G 1:18−cv−08297−GBD−SN, 1:23−cv−07736−GBD.(Maloney, Andrew) (Entered: 11/05/2024) |
| )5/2024 | 10495 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED CLERK'S CERTIFICATE OF DEFAULT. D filed by Kathleen Ashton(as Administrator of the Estate of Thomas Ashton, deceased and on behalf of all survivors o Ashton)..(Maloney, Andrew) **Proposed document to be reviewed and processed by Clerk's Office staff (No actio by chambers).** Modified on 8/13/2025 (nd). (Entered: 11/05/2024) |
| )5/2024 | 10496 | MOTION to Add Party(ies) as set forth in Exhibit A *against the Taliban*. Document filed by Kathleen Ashton(as Adr of the Estate of Thomas Ashton, deceased and on behalf of all survivors of Thomas Ashton).Filed In Associated Case 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Maloney, Andrew) (Entered: 11/05/2024) |
| )5/2024 | 10497 | MOTION to Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibit A . Document fil Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 11/05/2024) |
| )5/2024 | 10498 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. Related Document Number: 10497 ..(Duane, John) **Prop Order to be reviewed by Clerk's Office staff.** (Entered: 11/05/2024) |
| )5/2024 | 10499 | MEMORANDUM OF LAW in Support re: (10496 in 1:03−md−01570−GBD−SN, 2199 in 1:02−cv−06977−GBD−S MOTION to Add Party(ies) as set forth in Exhibit A *against the Taliban*. . Document filed by Kathleen Ashton(as Ac of the Estate of Thomas Ashton, deceased and on behalf of all survivors of Thomas Ashton). Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Maloney, Andrew) (Entered: 11/05/2024) |
| )5/2024 | 10500 | DECLARATION of Andrew J. Maloney, III in Support re: (10496 in 1:03−md−01570−GBD−SN, 2199 in 1:02−cv−06977−GBD−SN) MOTION to Add Party(ies) as set forth in Exhibit A *against the Taliban*.. Document file Kathleen Ashton(as Administrator of the Estate of Thomas Ashton, deceased and on behalf of all survivors of Thoma (Attachments: # 1 Exhibit A (List of Plaintiffs), # 2 Exhibit B (5/12/2006 Judgment))Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Maloney, Andrew) (Entered: 11/05/2024) |
| )5/2024 | 10501 | PROPOSED ORDER. Document filed by Kathleen Ashton(as Administrator of the Estate of Thomas Ashton, deceas behalf of all survivors of Thomas Ashton). (Attachments: # 1 Exhibit A (List of Plaintiffs)) Related Document Numb 10496 in 03−MD−1570 and ECF 2199 in 02−cv−6977]..(Maloney, Andrew) **Proposed Order to be reviewed by Cl Office staff.** (Entered: 11/05/2024) |
| )5/2024 | 10502 | MOTION to Substitute Party. Old Party: Vera Schleeter as the Personal Representative of the Estate of Kip P. Taylor and on behalf of all survivors and all legally entitled beneficiaries and family members of Kip P. Taylor, New Party: Taylor as the Personal Representative of the Estate of Kip P. Taylor, deceased, and on behalf of all survivors and all l entitled beneficiaries and family members of Kip P. Taylor . Document filed by Christine O'Neill.Filed In Associated 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:04−cv−01923−GBD−SN, 1:22−cv−05193−GBD−SN.(Go Jerry) (Entered: 11/05/2024) |

| | | |
|---|---|---|
| )5/2024 | 10503 | DECLARATION of Dorothea M. Capone in Support. Document filed by Virginia Bauer, et al., Virginia Bauer, et al, Parker, Stephanie Parker(as Surviving Child of Philip Lacey Parker, deceased), Carol A. Suarez, Manuel T. Suarez, E Suarez, Kristen M. Carpenter. (Attachments: # 1 Exhibit 1 − Ashton Amended Complaint, # 2 Exhibit 2 − Bauer Con Exhibit 3− Parker Short Form Complaint, # 4 Exhibit 4 − Bauer Notices of Amendments, # 5 Exhibit 5 − Hearing Tra Exhibit 6− 2nd Circuit Amended Judgment, # 7 Exhibit 7 − 2nd Circuit Mandate, # 8 Exhibit 8 − Request for Clerk's of Default)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBI 1:20−cv−10657−GBD−SN.(Capone, Dorothea) (Entered: 11/05/2024) |
| )5/2024 | 10504 | PROPOSED ORDER. Document filed by Christine ONeill. Related Document Number: 10502 ..(Goldman, Jerry) **Pr Order to be reviewed by Clerk's Office staff.** (Entered: 11/05/2024) |
| )5/2024 | 10505 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED CLERK'S CERTIFICATE OF DEFAULT. D filed by Virginia Bauer, et al., Virginia Bauer, et al, Joan Parker, Stephanie Parker(as Surviving Child of Philip Lacey deceased), Carol A. Suarez, Manuel T. Suarez, Bryan A. Suarez, Kristen M. Carpenter..(Capone, Dorothea) **Propose document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** Modified on (nd). (Entered: 11/05/2024) |
| )6/2024 | 10506 | CLERK'S CERTIFICATE OF DEFAULT as to the Republic of Sudan. Filed In Associated Cases: 1:03−md−01570− 1:03−cv−09849−GBD−SN.(km) (Entered: 11/06/2024) |
| )6/2024 | 10507 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED CLERK'S CERTIFICATE OF DEFAULT. D filed by Continental Casualty Company, Continental Casualty Comapny. (Attachments: # 1 Affidavit DECLARATIC Janine A. Balzofiore in support of the Continental Casualty Company Plaintiffs' Request for the Issuance of Clerk's C Default Against The Republic of The Sudan, # 2 Exhibit List of Continental Casualty Company Plaintiffs, # 3 Exhibi of August 5_2020 Hearing before Judge Netburn, # 4 Exhibit Amended Judgment, # 5 Exhibit Mandate, # 6 Exhibit I Issuance of Clerk's Certificate of Default Against The Republic of The Sudan).(Balzofiore, Janine) **Proposed docum reviewed and processed by Clerk's Office staff (No action required by chambers).** Modified on 8/13/2025 (nd). ( 11/06/2024) |
| )6/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (885 in 1:15−cv−09903−GBD−S in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(km)** (Entered: 11/06/2024) |
| )6/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (2202 in 1:02−cv−06977−GBD− in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(km)** (Entered: 11/06/2024) |
| )6/2024 | 10508 | ORDER granting (10496) Motion to Add in case 1:03−md−01570−GBD−SN; granting (2199) Motion to Add in case 1:02−cv−06977−GBD−SN. The motion to add parties is GRANTED. The Clerk of Court is respectfully directed to c motions at ECF No. 10496 in 03−md−01570 (GBD)(SN) and ECF No. 2199 in 02−cv−06977 (GBD)(SN). (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBI 1:02−cv−06977−GBD−SN (dsh) (Entered: 11/06/2024) |
| )6/2024 | 10509 | ORDER granting (10497) Motion to Substitute Party. in case 1:03−md−01570−GBD−SN; granting(884) Motion to S Party. in case 1:15−cv−09903−GBD−SN. The motion to substitute is GRANTED. Plaintiffs' counsel is directed to su parties in the Court's ECF system as listed at ECF No. 10497−1. The Clerk of Court is respectfully directed to close t at ECF No. 10497 in 03−md−01570 (GBD)(SN) and ECF No. 884 in 15−cv−09903 (GBD)(SN). (HEREBY ORDER Magistrate Judge Sarah Netburn)(Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN (dsh) Modified on 11/6/2024 (dsh). (Entered: 11/06/2024) |
| )6/2024 | 10510 | ORDER granting (10502) Motion to Substitute Party. in case 1:03−md−01570−GBD−SN; granting (827) Motion to S Party. in case 1:04−cv−01076−GBD−SN; granting (919) Motion to Substitute Party. in case 1:04−cv−01923−GBD−S granting (164) Motion to Substitute Party. in case 1:22−cv−05193−GBD−SN. The motion to substitute is GRANTED counsel is directed to substitute the parties in the Court's ECF system as listed in Exhibit A of ECF No. 10502. The C Court is respectfully directed to close the motions at ECF No. 10502 in 03−md−01570 (GBD)(SN); ECF No. 827 in 04−cv−01076 (GBD)(SN); ECF No. 919 in 04−cv−01923 (GBD)(SN); ECF No. 164 in 22−cv−05193 (GBD)(SN). (I ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBI 1:04−cv−01076−GBD−SN, 1:04−cv−01923−GBD−SN, 1:22−cv−05193−GBD−SN (dsh) Modified on 11/6/2024 (ds (Entered: 11/06/2024) |
| )6/2024 | 10511 | LETTER addressed to Judge George B. Daniels from Christopher M. Curran dated November 6, 2024 re: Plaintiffs' F Clerk's Entry of Certificates of Default. Document filed by The Republic of Sudan, The Republic of the Sudan, The F the Sudan.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Curran, Christopher) (Entered: 11/06/2024) |
| )6/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (920 in 1:04−cv−01923−GBD−S in 1:03−md−01570−GBD−SN, 828 in 1:04−cv−01076−GBD−SN, 165 in 1:22−cv−05193−GBD−SN) Proposed O reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GB 1:04−cv−01923−GBD−SN, 1:22−cv−05193−GBD−SN(km)** (Entered: 11/06/2024) |

| | | |
|---|---|---|
| )6/2024 | 10512 | ACKNOWLEDGMENT OF SERVICE of Actions Against the Defendant Republic of Sudan served on Republic of S Document filed by Christine O'Neill. (Attachments: # 1 Exhibit A − State Department letter re Service, # 2 Exhibit B Clerk Certificate of Mailing (no. 32), # 3 Exhibit C − Sudan − Clerk Certificate of Mailing (no. 33), # 4 Exhibit D − ( Acknowledgement, # 5 Exhibit E− Official 08.05.2020 Transcript (no. 6393))Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 11/06/2024) |
| )6/2024 | 10513 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED CLERK'S CERTIFICATE OF DEFAULT. D filed by Continental Casualty Comapny. (Attachments: # 1 Affidavit DECLARATION of Janine A. Balzofiore in sup Continental Casualty Company Plaintiffs' Request for the Issuance of Clerk's Certificate of Default Against The Repu Sudan, # 2 Exhibit Ex. 1 − List of Continental Casualty Company Plaintiffs, # 3 Exhibit Ex. 2 − Transcript of August Hearing before Judge Netburn, # 4 Exhibit Ex−3 − Amended Judgment, # 5 Exhibit Ex. 4 − Mandate, # 6 Exhibit Ex. Request for Issuance of Clerk's Certificate of Default Against The Republic of The Sudan).(Balzofiore, Janine) **Propo document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** Modified on (nd). (Entered: 11/06/2024) |
| )6/2024 | 10514 | MOTION to Set Aside Default . Document filed by Republic of the Sudan.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Curran, Christopher) (Entered: 11/06/2024) |
| )6/2024 | 10515 | MEMORANDUM OF LAW in Support re: (10514 in 1:03−md−01570−GBD−SN, 1192 in 1:03−cv−09849−GBD−S MOTION to Set Aside Default . . Document filed by Republic of the Sudan. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Curran, Christopher) (Entered: 11/06/2024) |
| )7/2024 | 10516 | BRIEF re: (10470 in 1:03−md−01570−GBD−SN) Order, *Rule 72 Objections re: Denial of Request for Final Judgme Iran & Taliban*. Document filed by Irene Dickey.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) (Entered: 11/07/2024) |
| )7/2024 | 10517 | BRIEF re: (10516 in 1:03−md−01570−GBD−SN) Brief, *Declaration of John F. Schutty in Support of Rule 72 Object Denial of Request for Final Judgments Against Iran & Taliban*. Document filed by Irene Dickey.Filed In Associated 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) (Entered: 11/07/2024) |
| )8/2024 | 10518 | MOTION to Amend/Correct *Plaintiff's Name*. Document filed by Christine O'Neill.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:19−cv−11865−GBD−SN.(Goldman, Jerry) (Entered: 11/( |
| )8/2024 | 10519 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (10518 in 1:03−md−01570−GBD−SN, 831 in 1:04−cv−01076−GBD−SN, 250 in 1:19−cv−11865−GBD−SN) MOTION to Amend/Correct *Plaintiff's Name*.. Docu by Christine O'Neill. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:19−cv−11865−GBD−SN.(Goldman, Jerry) (Entered: 11/08/2024) |
| )8/2024 | 10520 | PROPOSED ORDER. Document filed by Christine O'Neill. Related Document Number: 10518 ..(Goldman, Jerry) **P Order to be reviewed by Clerk's Office staff.** (Entered: 11/08/2024) |
| )8/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (833 in 1:04−cv−01076−GBD−S 1:19−cv−11865−GBD−SN, 10520 in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved a Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:19−cv−11865−GBD−SN(k** (Entered: 11/08/2024) |
| .1/2024 | 10521 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED CLERK'S CERTIFICATE OF DEFAULT. D filed by Christine O'Neill..(Goldman, Jerry) **Proposed document to be reviewed and processed by Clerk's Office s action required by chambers).** Modified on 8/13/2025 (nd). (Entered: 11/11/2024) |
| .1/2024 | 10522 | AFFIRMATION of Jerry S. Goldman, Esq. in Support re: (44 in 1:23−cv−08305−GBD−SN, 10521 in 1:03−md−01570−GBD−SN, 294 in 1:18−cv−05321−GBD−SN, 318 in 1:18−cv−05306−GBD−SN, 253 in 1:19−cv−11865−GBD−SN, 65 in 1:23−cv−05790−GBD−SN, 48 in 1:23−cv−07283−GBD−SN, 834 in 1:04−cv−01076−GBD−SN, 244 in 1:18−cv−11875−GBD−SN, 28 in 1:23−cv−10824−GBD−SN, 22 in 1:24−cv−05520−GBD−SN, 610 in 1:04−cv−01922−GBD−SN, 164 in 1:18−cv−12114−GBD−SN, 76 in 1:22−cv−10823−GBD−SN) Proposed Clerk's Certificate of Default. Document filed by Christine O'Neill. (Attachme Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) 11/11/2024) |
| .1/2024 | 10523 | LETTER addressed to Judge George B. Daniels from Plaintiffs Executive Committees dated November 11, 2024 re: to Sudans letter of November 6, 2024 (ECF No. 10511). Document filed by Plaintiffs Executive Committees..(Haefel (Entered: 11/11/2024) |
| .2/2024 | 10524 | MOTION for Judgment *by Default for the Lopez Plaintiffs against the Islamic Republic of Iran as to Liability and for Final Judgmnets for Damagaes on Behalf of the Plaintiffs identified in Exhibit A and Exhibit B*. Document filed by C O'Neill.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 11/12/2024) |

| | | |
|---|---|---|
| .2/2024 | 10525 | MEMORANDUM OF LAW in Support re: (234 in 1:18−cv−11837−GBD−SN, 239 in 1:18−cv−05331−GBD−SN, 2( 1:19−cv−11767−GBD−SN, 311 in 1:18−cv−12277−GBD−SN, 296 in 1:18−cv−05321−GBD−SN, 230 in 1:18−cv−11878−GBD−SN, 263 in 1:18−cv−12387−GBD−SN, 67 in 1:23−cv−05790−GBD−SN, 168 in 1:22−cv−05193−GBD−SN, 198 in 1:20−cv−10460−GBD−SN, 10524 in 1:03−md−01570−GBD−SN, 246 in 1:18−cv−11875−GBD−SN, 135 in 1:21−cv−10239−GBD−SN, 191 in 1:20−cv−09387−GBD−SN, 255 in 1:19−cv−11865−GBD−SN, 78 in 1:22−cv−10823−GBD−SN, 242 in 1:18−cv−07306−GBD−SN, 46 in 1:23−cv−08305−GBD−SN) MOTION for Judgment *by Default for the Lopez Plaintiffs against the Islamic Republic to Liability and for Partial Final Judgmnets for Damagaes on Behalf of the Plaintiffs identified in Exhibit A and Exhi* Document filed by Christine O'Neill. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) ( 11/12/2024) |
| .2/2024 | 10526 | ***SELECTED PARTIES***DECLARATION of Jerry S. Goldman, Esq. in Support re: (234 in 1:18−cv−11837−G 239 in 1:18−cv−05331−GBD−SN, 205 in 1:19−cv−11767−GBD−SN, 311 in 1:18−cv−12277−GBD−SN, 296 in 1:18−cv−05321−GBD−SN, 230 in 1:18−cv−11878−GBD−SN, 67 in 1:23−cv−05790−GBD−SN, 198 in 1:20−cv−10460−GBD−SN, 10524 in 1:03−md−01570−GBD−SN, 246 in 1:18−cv−11875−GBD−SN, 135 in 1:21−cv−10239−GBD−SN, 191 in 1:20−cv−09387−GBD−SN, 255 in 1:19−cv−11865−GBD−SN, 78 in 1:22−cv−10823−GBD−SN, 46 in 1:23−cv−08305−GBD−SN, 263 in 1:18−cv−12387−GBD−SN, 168 in 1:22−cv−05193−GBD−SN, 242 in 1:18−cv−07306−GBD−SN) MOTION for Judgment *by Default for the Lopez Pla against the Islamic Republic of Iran as to Liability and for Partial Final Judgmnets for Damagaes on Behalf of the P identified in Exhibit A and Exhibit B*.. Document filed by Christine O'Neill. (Attachments: # 1 Exhibit A, # 2 Exhibit Exhibit C, # 4 Exhibit C−3, # 5 Exhibit C−3a, # 6 Exhibit C−3b, # 7 Exhibit C−3c)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.Motion or Order to File Under Seal: 7963 .(Goldman, Jerry) (Entered: 11/12/2024) |
| .2/2024 | 10527 | PROPOSED ORDER. Document filed by Christine O'Neill. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit ( Document Number: 10524 ..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 11 |
| .2/2024 | 10528 | ORDER granting (10518) Motion to Amend/Correct in case 1:03−md−01570−GBD−SN; granting (831) Motion to Amend/Correct in case 1:04−cv−01076−GBD−SN; granting (250) Motion to Amend/Correct in case 1:19−cv−11865 The motion to amend is GRANTED. Plaintiffs' counsel is directed to correct the Plaintiff's name as listed at ECF No. Clerk of Court is respectfully directed to close the motions at ECF No. 10518 in 03−md−01570, ECF No. 831 in 04− and ECF No. 250 in 19−cv−11865. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) Fi Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:19−cv−11865−GBD−SN (dsh) (Entere 11/12/2024) |
| .2/2024 | 10529 | LETTER addressed to Magistrate Judge Sarah Netburn from Marcus A. Asner dated November 12, 2024 re: Anonym Allegations re WAMY Expert Jonathan Marks (ECF No. 10416−1). Document filed by World Assembly of Muslim (Attachments: # 1 Appendix A, # 2 Appendix B).(Asner, Marcus) (Entered: 11/12/2024) |
| .2/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (81 in 1:22−cv−10823−GBD−S 1:20−cv−09387−GBD−SN, 233 in 1:18−cv−11878−GBD−SN, 138 in 1:21−cv−10239−GBD−SN, 242 in 1:18−cv−05331−GBD−SN, 245 in 1:18−cv−07306−GBD−SN, 10527 in 1:03−md−01570−GBD−SN, 49 in 1:23−cv−08305−GBD−SN, 258 in 1:19−cv−11865−GBD−SN, 299 in 1:18−cv−05321−GBD−SN, 70 in 1:23−cv−05790−GBD−SN, 201 in 1:20−cv−10460−GBD−SN, 208 in 1:19−cv−11767−GBD−SN, 171 in 1:22−cv−05193−GBD−SN, 237 in 1:18−cv−11837−GBD−SN, 249 in 1:18−cv−11875−GBD−SN, 266 in 1:18−cv−12387−GBD−SN, 314 in 1:18−cv−12277−GBD−SN) Proposed Order was reviewed and approved as t Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(km)** (Entered: 11/12/2024) |
| .2/2024 | 10530 | MOTION to Substitute Party. Old Party: as set forth in Exhibits A & B, New Party: as set forth in Exhibits A & B . D filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−C 1:15−cv−09903−GBD−SN, 1:19−cv−00041−GBD−SN.(Duane, John) (Entered: 11/12/2024) |
| .2/2024 | 10531 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. Related Document Number: 10530 ..(Duane, John) **Prop Order to be reviewed by Clerk's Office staff.** (Entered: 11/12/2024) |
| .2/2024 | 10532 | LETTER addressed to Judge George B. Daniels from Christopher M. Curran dated November 12, 2024 in Response t Letter Dated November 11, 2024 re: Plaintiffs' Requests for Entry of Certificates of Default. Document filed by Repu Sudan, Republic of Sudan, Republic of the Sudan.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Curra Christopher) (Entered: 11/12/2024) |
| .2/2024 | 10533 | LETTER addressed to Magistrate Judge Sarah Netburn from Omar T. Mohammedi dated November 12, 2024 re: WA Response to PEC's 10/9/24 Inflammatory Letter. Document filed by World Assembly of Muslim Youth. (Attachment Exhibit Ex 1 Deposition of M Levitt − Abridged, # 2 Exhibit Ex 2 Deposition of O Roy − Abridged, # 3 Exhibit Ex 3 of J Sidel − Abridged, # 4 Exhibit Ex 4 Deposition of J Benthall − Abridged, # 5 Exhibit Ex 5 Deposition of B Jenkin Abridged, # 6 Exhibit Ex 6 Deposition of J Brown − Abridged, # 7 Exhibit Ex 7 Deposition of S Jackson − Abridged Exhibit Ex 8 Deposition of J Gurule − Abridged, # 9 Exhibit Ex 9 Deposition of E Kohlmann − Abridged, # 10 Exhib PECs October 25, 2024 Letter to Marcus Asner, # 11 Exhibit Ex 11 PECs December 19, 2013 Letter Motion to Comp Exhibit Ex 12 WAMY's February 4, 2014 Letter Motion to Compel Opposition, # 13 Exhibit Ex 13 Deposition of J W |

| | | |
|---|---|---|
| | | Abridged, # 14 Exhibit Ex 14 Deposition of J Marks − Abridged, # 15 Exhibit Ex 15 Evan Kohlmann's Heavily Reda Invoices, # 16 Exhibit Ex 16 October 23, 2024 The Florida Bulldog − Article− Whistleblower Says... − Last viewed # 17 Exhibit Ex 17 October 25, 2024 GoingConcern − Article− BT Did What − Last viewed 11 08 2024, # 18 Exhibi Deposition of M Sageman − Abridged, # 19 Exhibit Ex 19 August 9, 2019 Letter from Omar Mohammedi to PECs re contact).(Mohammedi, Omar) (Entered: 11/12/2024) |
| .3/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (10531 in 1:03−md−01570−GB in 1:19−cv−00041−GBD−SN, 888 in 1:15−cv−09903−GBD−SN) Proposed Order was reviewed and approved a Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00041−GBD−SN(k** (Entered: 11/13/2024) |
| .3/2024 | 10534 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment and its certified Farsi transl which conforms to the requirement of 22 C.F.R. § 93.2, and a copy of the September 16, 2024 Partial Final Default Ju and the moving papers for Plaintiffs' Motion, and the certified Farsi translations of the Default Judgment and Plaintif papers mailed to Islamic Republic of Iran, H.E. Dr. Mohammad Javad Zarif, Minister of Foreign Affairs, Foreign Mi Ministry of Foreign Affairs, Imam Khomeini Street, Imam Khomeini Square Tehran, Islamic Republic of Iran on 11/ Federal Express tracking # 7799 2946 4318, to the Secretary of State, Attn: Director of Consular Services, Office of I Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−17, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). File Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN. (ras) (Entere 11/13/2024) |
| .4/2024 | 10535 | ***SELECTED PARTIES*** LETTER addressed to Judge George B. Daniels from Robert K. Kry dated November re: public redacted filing of Dallah Avco reply submission. Document filed by Kingdom of Saudi Arabia, Dallah Avc Arabia, FBI, Plaintiffs Executive Committees. (Attachments: # 1 Exhibit A − proposed order, # 2 Exhibit B − marku SEAL))Motion or Order to File Under Seal: 4255 .(Kry, Robert) (Entered: 11/14/2024) |
| .4/2024 | 10536 | LETTER addressed to Judge George B. Daniels from Robert K. Kry dated November 14, 2024 re: public redacted fi Dallah Avco reply submission (PUBLIC VERSION OF DKT. 10535). Document filed by Dallah Avco Trans Arabia (Attachments: # 1 Exhibit A − proposed order).(Kry, Robert) (Entered: 11/14/2024) |
| .4/2024 | 10537 | ORDER granting(10530) Motion to Substitute Party. in case 1:03−md−01570−GBD−SN; granting (887) Motion to S Party. in case 1:15−cv−09903−GBD−SN; granting (195) Motion to Substitute Party. in case 1:19−cv−00041−GBD− motion is GRANTED. Plaintiffs' counsel is directed to substitute the parties as listed in Exhibits A and B at ECF No. Clerk of Court is respectfully directed to close the motions at ECF No. 10530 in 03−md−01570, ECF No. 887 in 15− and ECF No. 195 in 19−cv−00041. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) Fi Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00041−GBD−SN (dsh) Modifi 11/14/2024 (dsh). (Entered: 11/14/2024) |
| .4/2024 | 10538 | ORDER ON DALLAH AVCO'S REQUEST − TO APPROVE REDACTED PUBLIC FILING OF REPLY SUBMIS hereby ORDERED that: 1. Dallah Avco shall file a public redacted version of its reply submission that redacts only t following information: ( 1) with respect to Dallah Avco Ex. 97, the information that the FBI proposes to redact in the 14, 2024, joint letter; and (2) with respect to the remaining documents, the information that is required to be redacted Court's July 29, 2024, sealing order; and 2. Dallah Avco shall publicly file the August 13, 2024, joint letter, without t attachment. SO ORDERED (Signed by Judge George B. Daniels on 11/14/2024) (ks) (Entered: 11/14/2024) |
| .4/2024 | 10539 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated November 14, 2 Request for extension of time. Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 11/1 |
| .5/2024 | 10540 | LETTER addressed to Magistrate Judge Sarah Netburn from Omar T. Mohammedi dated November 15, 2024 re: W Opposing PECs Request for Unsolicited Reply. Document filed by World Assembly of Muslim Youth..(Mohammedi (Entered: 11/15/2024) |
| .5/2024 | 10541 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman, Esq. dated 11/15/2024 re: Response to Suda November 12, 2024 Letter. Document filed by Christine O'Neill. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 11/15/2024) |
| .5/2024 | 10542 | LETTER addressed to Judge George B. Daniels from Plaintiffs Executive Committees dated November 15, 2024 re: Sudans November 12, 2024, unauthorized surreply (ECF No. 10532). Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 11/15/2024) |
| .8/2024 | 10543 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman, Esq. dated 11/18/2024 re: Judgment Award Estate of Tamara Ciara Thurman at ECF No. 10277. Document filed by Christine O'Neill.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−07306−GBD−SN.(Goldman, Jerry) (Entered: 11/18/2024) |
| .9/2024 | 10544 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman, Esq. dated 11/19/2024 re: Michael R Justin Rodriguez. Document filed by Christine O'Neill..(Goldman, Jerry) (Entered: 11/19/2024) |

| | | |
|---|---|---|
| .9/2024 | 10545 | MEMO ENDORSEMENT on re: 10539 Letter. ENDORSEMENT: The PECs' request is GRANTED. SO ORDEREI by Magistrate Judge Sarah Netburn on 11/19/2024) (dsh) (Entered: 11/19/2024) |
| 20/2024 | 10546 | MEMO ENDORSEMENT on re: 10544 Letter filed by Christine O'Neill ENDORSEMENT: If Plaintiffs Michael Re Justin Rodriguez wish to prosecute their claims, they must either be represented by counsel or file a notice of pro se a and consent to electronic service. Plaintiffs must comply with this order or risk dismissal of their claims pursuant Fec of Civil Procedure 41(b). Counsel is ORDERED to send a copy of this Order to Plaintiffs by mail and email. Counsel the motion to withdraw within 30 days of this Order. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 11/20/2024) (ks) (Entered: 11/20/2024) |
| 20/2024 | 10547 | REPLY MEMORANDUM OF LAW in Support re: 9362 MOTION to Dismiss *, or in the alternative*. MOTION for S Judgment . *(previously filed under seal at Dkt. 9607)*. Document filed by Dallah Avco Trans Arabia..(Kry, Robert) (E 11/20/2024) |
| 20/2024 | 10548 | RESPONSE re: 9541 Declaration in Opposition to Motion, *Dallah Avco's Response to Plaintiffs' Averment of Facts ( 9541−1) (previously filed under seal at Dkt. 9608)*. Document filed by Dallah Avco Trans Arabia..(Kry, Robert) (Ent 11/20/2024) |
| 20/2024 | 10549 | DECLARATION of Eric R. Nitz in Support re: 9362 MOTION to Dismiss *, or in the alternative*. MOTION for Sum Judgment .. Document filed by Dallah Avco Trans Arabia. (Attachments: # 1 Exhibit 97 (redacted), # 2 Exhibit 98, # 99, # 4 Exhibit 100, # 5 Exhibit 101, # 6 Exhibit 102 (redacted)).(Kry, Robert) (Entered: 11/20/2024) |
| 20/2024 | 10550 | LETTER addressed to Judge George B. Daniels from Robert K. Kry dated August 13, 2024 re: Joint Dallah Avco / F re: sealing order (previously filed under seal at Dkt. 10239). Document filed by Dallah Avco Trans Arabia..(Kry, Rol (Entered: 11/20/2024) |
| 20/2024 | 10551 | MEMORANDUM OF LAW in Opposition re: (10514 in 1:03−md−01570−GBD−SN, 1192 in 1:03−cv−09849−GBD MOTION to Set Aside Default . . Document filed by Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570− 1:03−cv−09849−GBD−SN.(Haefele, Robert) (Entered: 11/20/2024) |
| 21/2024 | 10552 | ORDER DENYING SUDAN'S MOTION TO SET ASIDE CERTIFICATE OF DEFAULT denying (1192) Motion t Default in case 1:03−cv−09849−GBD−SN; denying (10514) Motion to Set Aside Default in case 1:03−md−01570−C is hereby ORDERED that Sudan's motion to set aside the Clerk's Certificate of Default is denied. Sudan's attorneys h indicated that they "have been having difficulty engaging with appropriate Sudanese government representatives[.]" ( Brief at 1, ECF No. 10515). Sudan has also not responded to the remaining counts of the operative complaint; and it i ORDERED that Sudan's counsel submit, within 14 days of this order, written authorization from appropriate Sudanes authorities indicating Sudan's intention to defend itself in this action; and it is ORDERED that Sudan file either an Ar remaining claims of the Complaint for which this Court denied Sudan's motion to dismiss, or other responsive pleadi 14 days of this order. The Clerk of Court is directed to close the motions at ECF No. 10514 in 03−md−1570 and ECF in 03−cv−9849. SO ORDERED. (Signed by Judge George B. Daniels on 11/20/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN (ks) (Entered: 11/21/2024) |
| 21/2024 | 10553 | LETTER addressed to Judge George B. Daniels from Plaintiffs Executive Committees dated November 21, 2024 re: the Objections (ECF No. 10516) to the October 29, 2024 Order (ECF No. 10470). Document filed by Plaintiffs Execu Committees..(Haefele, Robert) (Entered: 11/21/2024) |
| 21/2024 | 10554 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment prepared in accordance witl § 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing both judgments in the Burnett case; Order Granting Pa Default Judgment, dated September 20, 2024, Document 10389 (in English and Farsi); A copy of 28 U.S.C. 1330, 13 144l(d), and 1602 through 1611 (Pub. L. 94−583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C et seq.) (in English and Farsi); and Translator's Affidavit (in English only). mailed to Abbas Araghchi Minister of For Affairs Ministry of Foreign Affairs of the Islamic Republic of Iran Imam Khomeini Avenue Imam Khomeini Square Iran on 11/21/2024 via Federal Express tracking # 7700 4623 8588, to the Secretary of State, Attn: Director of Consu Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th l C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 16 Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(tae) (Entered: 11/21/2024) |
| 21/2024 | 10555 | CLERK CERTIFICATE OF MAILING of two copies of the the Notice of Default Judgment prepared in accordance U.S.C. § 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing both judgments in the Burnett case; Order Grar Final Default Judgment, dated September 20, 2024, Document 10389 (in English and Farsi); entered in the Burnett ca of 28 U.S.C. 1330, 1391(f), 144l(d), and 1602 through 1611 (Pub. L. 94−583; 90 Stat. 2891) and the Foreign Soverei Immunities Act (28 U.S.C. §§ 1602, et seq.) (in English and Farsi); and Translator's Affidavit (in English only). maile Araghchi Minister of Foreign Affairs Ministry of Foreign Affairs of the Islamic Republic of Iran Imam Khomeini Av Khomeini Square Tehran, Iran on 11/21/2024 via dispatch Federal Express tracking # 7700 4567 1077, to the Secreta Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Depart State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services I Act, 28 U.S.C. § 1608(a)(4)..(tae) (Entered: 11/21/2024) |

| | | |
|---|---|---|
| 22/2024 | 10556 | ***SELECTED PARTIES*** LETTER addressed to Judge George B. Daniels from Sean P. Carter on behalf of Plai Claims against Defendant Al Rajhi Bank dated November 22, 2024 re: Supplemental Authority. Document filed by A Bank, Marlon Insurance Company Limited, Scor Global P&C Se, Scor UK Company Limited, General Security Nati Insurance Company, General Security Indemnity Company Of Arizona, Liberty Mutual Insurance Company, Americ Economy Insurance Company, Employers Insurance Company of Wausau, Excelsior Insurance Company, General In Company Of America, Indiana Insurance Company, Liberty Insurance Corporation, Liberty Insurance Underwriters I Life Assurance Company of Boston, Liberty Mutual Fire Insurance Company, LM Insurance Corporation, Liberty M Insurance Europe Limited, Peerless Insurance Company, Safeco Insurance Company of America, Wausau Business I Company, Wausau Underwriters Insurance Company, American Safety Indemnity Company, American Safety Casua Insurance Company, Odyssey Reinsurance Company, QBE INSURANCE (INTERNATIONAL) LTD., The Underwr Members of Lloyd's Syndicate 53, The Underwriting Members of Lloyd's Syndicate 55, The Underwriting Members Syndicate 205, The Underwriting Members of Lloyd's Syndicate 228, The Underwriting Members of Lloyd's Syndica Underwriting Members of Lloyd's Syndicate 991, The Underwriting Members of Lloyd's Syndicate 1121, The Under Members of Lloyd's Syndicate 1236, The Underwriting Members of Lloyd's Syndicate 1243, The Underwriting Mem Lloyd's Syndicate 1308, UnionAmerica Insurance Company Ltd., The Underwriting Members of Lloyd's Syndicate 5 American Fire and Casualty Company, The First Liberty Insurance Corporation, Liberty Lloyds of Texas Insurance C LM Property and Casualty Insurance Company, Liberty Managing Agency Limited(For and on behalf of the Lloyd's Underwriting Members from time to time of Lloyd's Syndicates 4472, 190 and 282 ), The Midwestern Indemnity Co Netherlands Insurance Company, The Ohio Casualty Insurance Company, West American Insurance Company, Plain Executive Committees.Motion or Order to File Under Seal: 4255 .(Carter, Sean) (Entered: 11/22/2024) |
| 22/2024 | 10557 | LETTER addressed to Judge George B. Daniels from Sean P. Carter on behalf of Plaintiffs with claims against Defer Rajhi Bank dated November 22, 2024 re: sealed filing ECF #10556. Document filed by Plaintiffs Executive Committees..(Carter, Sean) (Entered: 11/22/2024) |
| 25/2024 | 10558 | EMERGENCY LETTER MOTION for Leave to File Serve Restraining Notices *on third−party garnishee Clearstrea S.A.* addressed to Judge George B. Daniels from Timothy B. Fleming dated 11/25/2024. Document filed by Fiona Ha Hoglan, Fiona Havlish(in her own right), Alice Hoglan.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN, 1:11−cv−07550−GBD−SN.(Fleming, Timothy) (Entered: 11/25/2024) |
| 25/2024 | 10559 | LETTER addressed to Judge George B. Daniels from John F. Schutty dated November 25, 2024 re: Rule 72 Objectio (ECF#10516) and PEC Response Letter (ECF#10553). Document filed by Irene Dickey.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) (Entered: 11/25/2024) |
| 26/2024 | 10560 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs' Executive Committees dated 11/26/2024 re: F to WAMY letter submissions at ECF Nos. 10529 and 10533. Document filed by Plaintiffs Executive Committees. (A # 1 Exhibit Exhibit A − Marks looking at screen, # 2 Exhibit Exhibit B − Marks looking at report, # 3 Exhibit Exhibit screenshots part 1, # 4 Exhibit Exhibit C − screenshots part 2, # 5 Exhibit Exhibit C − screenshots part 3, # 6 Exhibit screenshots part 4, # 7 Exhibit Exhibit C − screenshots part 5, # 8 Exhibit Exhibit C − screenshots part 6, # 9 Exhibit screenshots part 7).(Haefele, Robert) (Entered: 11/26/2024) |
| 27/2024 | 10561 | PROPOSED ORDER. Document filed by Fiona Havlish, Fiona Havlish(in her own rightans as Executrix of the Estat G. Havlish, Jr., deceased), Alice Hoglan, Hoglan Plaintiffs, Fiona Havlish(in her own right), Havlish Plaintiffs, Alice Related Document Number: 10558 ..(Fleming, Timothy) **Proposed Order to be reviewed by Clerk's Office staff.** ( 11/27/2024) |
| 27/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (726 in 1:03−cv−09848−GBD− in 1:03−md−01570−GBD−SN, 444 in 1:11−cv−07550−GBD−SN) Proposed Order was reviewed and approved a Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09848−GBD−SN, 1:11−cv−07550−GBD−SN(k** (Entered: 11/27/2024) |
| 27/2024 | 10562 | LETTER addressed to Magistrate Judge Sarah Netburn from Omar Mohammedi dated November 27, 2024 re: WAM to Respond to PECs November 26, 2024 Letter. Document filed by World Assembly of Muslim Youth..(Mohammed (Entered: 11/27/2024) |
| 02/2024 | 10563 | ORDER in case 1:03−cv−09848−GBD−SN; granting (10558) Motion for Leave to File Document in case 1:03−md−01570−GBD−SN. Having read and considered the Havlish and Hoglan Plaintiffs' Emergency Letter Motio to Serve Restraining Notices on Third−Party Gamishee Clearstream Banking, S.A., ECF No. 10558, and good cause shown, the Court hereby GRANTS the Motion and ORDERS that the Havlish and Hoglan Plaintiffs are authorized, b this Court, to serve additional restraining notices on Clearstream Banking S.A. pursuant to N.Y. C.P.L.R. § 5222(c). ORDERED. (Signed by Judge George B. Daniels on 12/2/2024) Filed In Associated Cases: 1:03−md−01570−GBD− 1:03−cv−09848−GBD−SN, 1:11−cv−07550−GBD−SN (ks) (Entered: 12/02/2024) |
| 02/2024 | 10564 | ***SELECTED PARTIES*** LETTER addressed to Judge George B. Daniels from Sean P. Carter dated December the public docketing of judicial documents filed in connection with Al Rajhi Bank's Renewed Motion to Dismiss, in a the December 10, 2024 oral argument. Document filed by Al Rajhi Bank, Marlon Insurance Company Limited, SCO REINSURANCE ASIA−PACIFIC PTE LIMITED, SCOR REINSURANCE COMPANY (ASIA) LIMITED, SCOR |

| | | |
|---|---|---|
| | | Reinsurance Company, General Security National Insurance Company, General Security Indemnity Company Of Ari SCOR CANADA REINSURANCE COMPANY, Liberty Mutual Insurance Company, American Economy Insuranc Employers Insurance Company of Wausau, General Insurance Company Of America, Indiana Insurance Company, L Insurance Corporation, Liberty Insurance Underwriters Inc., Liberty Life Assurance Company of Boston, Liberty Mu Insurance Company, LM Insurance Corporation, Liberty Mutual Insurance Europe Limited, Peerless Insurance Comp Safeco Insurance Company of America, Wausau Business Insurance Company, Wausau Underwriters Insurance Con American Safety Indemnity Company, American Safety Casualty Insurance Company, Odyssey Reinsurance Compa INSURANCE (INTERNATIONAL) LTD., The Underwriting Members of Lloyd's Syndicate 53, The Underwriting M Lloyd's Syndicate 55, The Underwriting Members of Lloyd's Syndicate 205, The Underwriting Members of Lloyd's S 228, The Underwriting Members of Lloyd's Syndicate 529, The Underwriting Members of Lloyd's Syndicate 991, Th Underwriting Members of Lloyd's Syndicate 1121, The Underwriting Members of Lloyd's Syndicate 1236, The Unde Members of Lloyd's Syndicate 1243, The Underwriting Members of Lloyd's Syndicate 1308, UnionAmerica Insuranc Ltd., The Underwriting Members of Lloyd's Syndicate 510, American Fire and Casualty Company, Excelsior Insuran Company, The First Liberty Insurance Corporation, Liberty Lloyds of Texas Insurance Company, LM Property and C Insurance Company, Liberty Managing Agency Limited(For and on behalf of the Lloyd's Underwriting Members fro time of Lloyd's Syndicates 4472, 190 and 282 ), The Midwestern Indemnity Company, The Netherlands Insurance Co The Ohio Casualty Insurance Company, West American Insurance Company, Plaintiffs Executive Committees. (Atta 1 Exhibit April 1_2024 Letter, # 2 Exhibit April 10_2024 Letter, # 3 Exhibit April 18, 2024 Letter, # 4 Exhibit April Letter, # 5 Exhibit April 26_2024 Email, # 6 Exhibit May 7_2024 Email, # 7 Exhibit May_2024 Emails, # 8 Exhibit Email, # 9 Exhibit October 1_10_2024 Emails, # 10 Exhibit October 15_2024 Email, # 11 Exhibit November 5_20_2 Emails)Motion or Order to File Under Seal: 1900 .(Carter, Sean) (Entered: 12/02/2024) |
| )2/2024 | 10565 | ***SELECTED PARTIES*** LETTER addressed to Judge George B. Daniels from Nicole Erb dated December 2, 2 Responding to Plaintiffs' letter at ECF No. 10564 . Document filed by Al Rajhi Bank, Plaintiffs Executive Committee (Attachments: # 1 Exhibit A)Motion or Order to File Under Seal: 1900 .(Erb, Nicole) (Entered: 12/02/2024) |
| )2/2024 | 10566 | ***SELECTED PARTIES*** LETTER addressed to Judge George B. Daniels from Christopher M. Curran dated De 2024 re: Responding to Plaintiffs' letter at ECF No. 10556 . Document filed by Al Rajhi Bank, Plaintiffs Executive Committees.Motion or Order to File Under Seal: 1900 .(Curran, Christopher) (Entered: 12/02/2024) |
| )3/2024 | 10567 | ORDER: The Court has reviewed the parties' submissions regarding WAMY witness Jonathan Marks. See, e.g., ECF 10560, 10562. No further submissions shall be filed pending further order of the Court. SO ORDERED. (Signed by M Judge Sarah Netburn on 12/3/2024) (dsh) (Entered: 12/03/2024) |
| )4/2024 | 10568 | LETTER addressed to Judge George B. Daniels from J. Scott Tarbutton dated December 4, 2024 re: request to bring electronic devices to the Court. Document filed by Plaintiffs Executive Committees..(Carter, Sean) (Entered: 12/04/2 |
| )4/2024 | 10569 | LETTER addressed to Judge George B. Daniels from Christopher M. Curran dated December 4, 2024 re: Written Au Document filed by The Republic of Sudan. (Attachments: # 1 Exhibit Written Authorization).(Curran, Christopher) ( 12/04/2024) |
| )4/2024 | 10570 | LETTER addressed to Judge George B. Daniels from Christopher M. Curran dated December 4, 2024 re: request to b personal electronic devices to the Court. Document filed by Al Rajhi Bank..(Curran, Christopher) (Entered: 12/04/20 |
| )4/2024 | 10571 | MOTION to Authorize SERVICE UPON DEFENDANT ISLAMIC REPUBLIC OF IRAN IN ACCORDANCE WIT U.S.C. § 1608(a)(4) . Document filed by Christine O'Neill.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:24−cv−07824−GBD−SN.(Goldman, Jerry) (Entered: 12/04/2024) |
| )4/2024 | 10572 | MEMORANDUM OF LAW in Support re: (10571 in 1:03−md−01570−GBD−SN, 14 in 1:24−cv−07824−GBD−SN) to Authorize SERVICE UPON DEFENDANT ISLAMIC REPUBLIC OF IRAN IN ACCORDANCE WITH 28 U.S. 1608(a)(4) . . Document filed by Christine O'Neill. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:24−cv−07824−GBD−SN.(Goldman, Jerry) (Entered: 12/04/2024) |
| )4/2024 | 10573 | DECLARATION of JERRY S. GOLDMAN, ESQ. in Support re: (14 in 1:24−cv−07824−GBD−SN, 10571 in 1:03−md−01570−GBD−SN) MOTION to Authorize SERVICE UPON DEFENDANT ISLAMIC REPUBLIC OF IR ACCORDANCE WITH 28 U.S.C. § 1608(a)(4) .. Document filed by Christine O'Neill. (Attachments: # 1 Exhibit A, B, # 3 Exhibit C, # 4 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:24−cv−07824−GBD−SN.( Jerry) (Entered: 12/04/2024) |
| )4/2024 | 10574 | PROPOSED ORDER. Document filed by Christine O'Neill. Related Document Number: 10571 ..(Goldman, Jerry) **P Order to be reviewed by Clerk's Office staff.** (Entered: 12/04/2024) |
| )4/2024 | 10575 | ANSWER to Complaint. Document filed by Republic of the Sudan..(Curran, Christopher) (Entered: 12/04/2024) |
| )4/2024 | 10576 | ANSWER to Complaint. Document filed by Republic of the Sudan..(Curran, Christopher) (Entered: 12/04/2024) |
| )5/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (17 in 1:24−cv−07824−GBD−S 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases** |

| | | |
|---|---|---|
| | | **1:03−md−01570−GBD−SN, 1:24−cv−07824−GBD−SN. (tp)** (Entered: 12/05/2024) |
| )5/2024 | 10577 | LETTER addressed to Judge George B. Daniels from J. Scott Tarbutton dated December 5, 2024 re: permission to br electronic devices to Court. Document filed by Plaintiffs Executive Committees..(Carter, Sean) (Entered: 12/05/2024 |
| )5/2024 | 10578 | LETTER addressed to Judge George B. Daniels from Sean P. Carter, on behalf of Plaintiffs with Claims Against Al I dated December 5, 2024 re: Reply to Al Rajhi Bank's letter of December 2, 2024 (ECF No. 10566). Document filed b Executive Committees..(Carter, Sean) (Entered: 12/05/2024) |
| )6/2024 | 10579 | LETTER addressed to Judge George B. Daniels from J. Scott Tarbutton, on behalf of Plaintiffs with Claims Against Bank, dated December 6, 2024 re: an administrative request for an Order from the Court to facilitate the filing of judi documents. Document filed by Plaintiffs Executive Committees..(Carter, Sean) (Entered: 12/06/2024) |
| )6/2024 | 10580 | NOTICE of Request for Order to Dismiss Pursuant to Fed. R. Civ.P.41(a)(2) and Motion to Vacate Judgment Pursua Civ.P.. Document filed by Christine O'Neill. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN, 1:20−cv−10460−GBD−SN.(Goldman, Jerry) (Entered: 12/06/2024) |
| )6/2024 | 10581 | ORDER granting (10571) Motion to Authorize in case 1:03−md−01570−GBD−SN; granting (14) Motion to Authori 1:24−cv−07824−GBD−SN. Plaintiffs' request to serve process upon Iran through diplomatic channels in accordance U.S.C. § 1608(a)(4) is GRANTED. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 12/6/2024) Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:24−cv−07824−GBD−SN (dsh) (Entered: 12/06/2024) |
| )6/2024 | 10582 | RULE 56.1 STATEMENT. Document filed by Plaintiffs Executive Committees..(Carter, Sean) (Entered: 12/06/2024 |
| )6/2024 | 10583 | MOTION for Default Judgment as to *Burnett/Iran XXXVI Plaintiffs*. Document filed by Burnett Plaintiffs.Filed In As Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 12/06/2024) |
| )6/2024 | 10584 | MEMORANDUM OF LAW in Support re: (892 in 1:15−cv−09903−GBD−SN, 10583 in 1:03−md−01570−GBD−SN for Default Judgment as to *Burnett/Iran XXXVI Plaintiffs*. . Document filed by Burnett Plaintiffs. Filed In Associated 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 12/06/2024) |
| )6/2024 | 10585 | ***SELECTED PARTIES***DECLARATION of John C. Duane in Support re: (892 in 1:15−cv−09903−GBD−SN, 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Burnett/Iran XXXVI Plaintiffs*.. Document filed by Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 1:03−md−01570−GE 1:15−cv−09903−GBD−SNMotion or Order to File Under Seal: 5716 .(Duane, John) (Entered: 12/06/2024) |
| )6/2024 | 10586 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Cover Sheet Default Judgment Motion Cover Sheet, # 2 Exhibit A, # 3 Exhibit B).(Duane, John) **Proposed Default J to be reviewed by Clerk's Office staff.** (Entered: 12/06/2024) |
| )6/2024 | 10587 | MEMORANDUM OF LAW in Support re: 9785 MOTION to Dismiss . MOTION for Summary Judgment . *Previous under seal on May 7, 2024 at ECF No. 9786 [Public Version]*. Document filed by Al Rajhi Bank..(Curran, Christoph (Entered: 12/06/2024) |
| )6/2024 | 10588 | RULE 56.1 STATEMENT. Document filed by Al Rajhi Bank..(Curran, Christopher) (Entered: 12/06/2024) |
| )6/2024 | 10589 | COUNTER STATEMENT TO 10582 Rule 56.1 Statement. Document filed by Al Rajhi Bank. (Attachments: # 1 Exh of 3, # 2 Exhibit Part 3 of 3).(Curran, Christopher) (Entered: 12/06/2024) |
| )7/2024 | 10590 | MEMORANDUM OF LAW in Opposition re: 9785 MOTION to Dismiss . MOTION for Summary Judgment . . Doc by Plaintiffs Executive Committees..(Carter, Sean) (Entered: 12/07/2024) |
| )7/2024 | 10591 | REPLY MEMORANDUM OF LAW in Support re: 9785 MOTION to Dismiss . MOTION for Summary Judgment . *filed under seal on September 30, 2024 at ECF No. 10403*. Document filed by Al Rajhi Bank..(Curran, Christopher) ( 12/07/2024) |
| )7/2024 | 10592 | DECLARATION of J. Scott Tarbutton in Opposition re: 9785 MOTION to Dismiss . MOTION for Summary Judgm Document filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit Plaintiffs' Counterstatement to ARB's of Juris. Facts and Evid., # 2 Exhibit Plaintiffs' Reply to ARB's response to Plaintiffs' Averment of Juris. Facts and E Exhibit Plaintiffs' Objections to Evidence Cited in ARB's Averment of Juris. Facts and Evid., # 4 Exhibit Plaintiffs' R ARB's Exhibit 60, # 5 Exhibit Opening Brief in Case No. 18−1201, Second Circuit Court of Appeals, # 6 Exhibit Ma letter from AUSA, # 7 Exhibit Memo of Points and Authorities, ARB v. Holder, et al., # 8 Exhibit Declaration of Kh Al−Thebity, # 9 Exhibit New York State Dept of Financial Services Press Release, # 10 Exhibit Zarate Treasury's W Exhibit Delcaration of Mary C. Williams, CIA, July 18, 2024, # 12 Exhibit Delcaration of Mary C. Williams, CIA, A 2024, # 13 Exhibit Declaration of Deborah Crum, FBI, March 21, 2024).(Carter, Sean) (Entered: 12/07/2024) |
| )7/2024 | 10593 | DECLARATION of Nicole Erb in Support re: 10591 Reply Memorandum of Law in Support of Motion,. Document Rajhi Bank. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E).(Erb, Nicole) (E 12/07/2024) |

| | | |
|---|---|---|
| )9/2024 | 10594 | AFFIRMATION of J. Scott Tarbutton in Support. Document filed by Plaintiffs Executive Committees. (Attachments Exhibit Abdullah Al Rajhi Deposition Transcript 27 September 2023, # 2 Exhibit US Diplomatic Cable 27 Septembe Exhibit James Galloway Deposition Transcript 11 May 2023, # 4 Exhibit J. Winer Expert Report, # 5 Exhibit Declara Winer, # 6 Exhibit 1998 ARB Annual Report, # 7 Exhibit 1999 ARB Annual Report, # 8 Exhibit 2000 ARB Annual Exhibit CIA 720 to 804, # 10 Exhibit CIA−SUB 1 to 6, # 11 Exhibit CIA−SUB 20 to 30, # 12 Exhibit J. Winer Depo Transcript 11 January 2024, # 13 Exhibit SAAR Charitable Foundation Webpage, # 14 Exhibit Abdulla Al Rajhi Exh 9625, # 15 Exhibit NL 9623, # 16 Exhibit WAMYSA 102829, # 17 Exhibit WAMYSA 502115, # 18 Exhibit Abdull Exhibit 63 IIRO 315040, # 19 Exhibit SAAR Foundation Articles of Incorporation, # 20 Exhibit PEC−BARZ 11521, Exhibit SAAR Foundation 1987 Form 990 NL 693 to 713, # 22 Exhibit SAAR Foundation Annual Reports 2000 to 1 Sedky, # 23 Exhibit SAAR Foundation 2000 Form 990 Cherif Sedky, # 24 Exhibit SANA−BELL 1 to 10, # 25 Exhib Annual Reports, # 26 Exhibit Joint FBI CIA Intelligence Assessment December 2004, # 27 Exhibit David Kane Affi FED−PEC 1243 to 1369, # 28 Exhibit Washington Post − Finances Prompted Raids on Muslims, # 29 Exhibit Gallov 22 NL 15578, 15043 to 15046, # 30 Exhibit NL 20470, # 31 Exhibit NL 20452, # 32 Exhibit NL 20453, # 33 Exhibit # 34 Exhibit NL 15551, # 35 Exhibit NL 15572, # 36 Exhibit NL 15573 to 15576, # 37 Exhibit NL 15042, # 38 Exhil Kohlmann Expert Report_Pasley Exhibit 4, # 39 Exhibit Declaration of Evan Kohlmann, # 40 Exhibit The 911 Comr Report_Lormel Exhibit 15, # 41 Exhibit Arnaout Evidentiary Proffer, # 42 Exhibit Jamal al Fadl − Statements re Jelaidan_Golden Chain, # 43 Exhibit Islamic International Brigade, # 44 Exhibit Staff Monograph on Terrorist Financing_Lormel Exhibit 12, # 45 Exhibit CIA 143 to 158, # 46 Exhibit CIA 193 to 199, # 47 Exhibit CIA 659 to 6 Exhibit AHIF Designation_ Afghanistan, Albania, Aqil al Aqil, # 49 Exhibit Wael Jelaidan Designation, # 50 Exhibi Designation US, Al Buthe and Comoros).(Carter, Sean) (Entered: 12/09/2024) |
| )9/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (895 in 1:15−cv−09903−GBD−SN, 10586 in 1:03−md−01570−GBD−SN) Proposed Default Judgment, was reviewed an as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(nd)** (Entered: 12/0 |
| )9/2024 | 10595 | AFFIRMATION of J. Scott Tarbutton in Support re: 10582 Rule 56.1 Statement. Document filed by Plaintiffs Execu Committees. (Attachments: # 1 Exhibit Ex. 51_EO14040 3478 to 3608 FBI Report, # 2 Exhibit Ex. 52_Treasury 9 to Exhibit Ex. 53_Treasury 30 to 36, # 4 Exhibit Ex. 54_CIA 2 to 16, # 5 Exhibit Ex. 55_CIA 210 to 236, # 6 Exhibit E Designation Somalia and Bosnia, # 7 Exhibit Ex. 57_AHIF Designation Indonesia and Kenya, # 8 Exhibit Ex. 58_SA Guidelines for Prevention of Money Laundering, # 9 Exhibit Ex. 59_Abdullah al Rajhi Exhibit 33_ARB 39945 to 39 Exhibit Ex. 60_AHIF Designation Saudi Headquarters 19 June 2008, # 11 Exhibit Ex. 61_Treasury 12 to 16, # 12 Ex 62_Treasury 17 to 29, # 13 Exhibit Ex. 63_Treasury 37 to 54, # 14 Exhibit Ex. 64_Treasury 87 to 92, # 15 Exhibit E 65_Treasury 94 to 101, # 16 Exhibit Ex. 66_CIA 807 to 848, # 17 Exhibit Ex. 67_CIA 765 to 679, # 18 Exhibit Ex. 6 to 189, # 19 Exhibit Ex. 69_CIA−SUB 7 to 19, # 20 Exhibit Ex. 70_Saudi White Paper − The KSA and Counterterro Exhibit 7, # 21 Exhibit Ex. 71_Affidavit in Support of Search Warrant, # 22 Exhibit Ex. 72_Wall Street Journal 10 S 2003, # 23 Exhibit Ex. 73_Al Jazirah and Al Minbar Articles − Abdullah al Misfter and Al Haramain, # 24 Exhibit E Diplomatic Cable 13 February 2007 OBL Used Entire IIRO, # 25 Exhibit Ex. 75_Treasury 102 to 121, # 26 Exhibit Diplomatic Cable June 2004 PEC−KSA 1464 to 1466, # 27 Exhibit Ex. 77_1996 CIA Report, # 28 Exhibit Ex. 78_A Deposition Transcript 21 February 2019, # 29 Exhibit Ex. 79_Treasury 1 to 8, # 30 Exhibit Ex. 80_CIA 500 to 563, # Ex. 81_Golden Chain FED−PEC 134953 to 134955, # 32 Exhibit Ex. 82_Treasury 55 to 86, # 33 Exhibit Ex. 83_Dav Aufhauser Letter − Yassin al Kadi, # 34 Exhibit Ex. 84_Jamal al Fadl Cooperating Witness Interview 2 June 2004, # Ex. 85_Adel Batterjee Designation 21 December 2004, # 36 Exhibit Ex. 86_EO14040 Federal Register, # 37 Exhibit 87_AUSA S. Normand email re CIA Production 29 March 2022, # 38 Exhibit Ex. 88_1 April 2022 Index CIA (2)(b) # 39 Exhibit Ex. 89_CIA 38 to 52, # 40 Exhibit Ex. 90_Winer Exhibit 2 CIA 306 to 315, # 41 Exhibit Ex. 91_CIA 31 42 Exhibit Ex. 92_AUSA S. Normand email re Plaintiffs Subpoena to the CIA 7 June 2022, # 43 Exhibit Ex. 93_CIA to 33, # 44 Exhibit Ex. 94_Wall Street Journal 26 July 2007, # 45 Exhibit Ex. 95_US Diplomatic Cable 25 Novmebe Pasley Exhibit 6, # 46 Exhibit Ex. 96_Terrorism Financing_R. Richard Newcomb 31 July 2003, # 47 Exhibit Ex. 97_ Khidamat Designation_UN Security Council, # 48 Exhibit Ex. 98_Al Haramain 94 Accounts_Abdullah al Rajhi Exhi Exhibit Ex. 99_ARB 38816_Lormel Exhibit 20, # 50 Exhibit Ex. 100_ARB 38534 to 38535).(Carter, Sean) (Entered 12/09/2024) |
| )9/2024 | 10596 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman, Esq. dated 12/09/2024 re: Permission for Ele Devices at December 10, 2024 Oral Argument. Document filed by Christine O'Neill..(Goldman, Jerry) (Entered: 12/0 |
| )9/2024 | 10597 | AFFIRMATION of J. Scott Tarbutton in Support re: 10582 Rule 56.1 Statement. Document filed by Plaintiffs Execu Committees. (Attachments: # 1 Exhibit Ex. 101_ARB 38998 to 39000, # 2 Exhibit Ex. 102_Abdullah Al Rajhi Exhib 287 Accounts, # 3 Exhibit Ex. 103_Declaration of O. Mohammedi_ECF No. 4465_140 WAMY Accounts, # 4 Exhib 104_O. Mohammedi Declaration Ex. 19, # 5 Exhibit Ex. 105_WAMYSA 15516, # 6 Exhibit Ex. 106_Declaration of Alshalan_ECF No. 4466, # 7 Exhibit Ex. 107_ARB 39582 to 39535, # 8 Exhibit Ex. 108_BIF Designation_UN_Lajn 9 Exhibit Ex. 109_ARB 974 to 1019, # 10 Exhibit Ex. 110_ARB 1183 to 1216, # 11 Exhibit Ex. 111_ARB 1217 to 1 Exhibit Ex. 112_ARB 14464 to 14466, # 13 Exhibit Ex. 113_TWRA Report, # 14 Exhibit Ex. 114_ARB 41454 to 41 Exhibit Ex. 115_ARB 41464 to 41501, # 16 Exhibit Ex. 116_ARB 41502 to 41503, # 17 Exhibit Ex. 117_ARB 4150 # 18 Exhibit Ex. 118_ARB Account Statements Summary, # 19 Exhibit Ex. 119_ARB 745 to 787, # 20 Exhibit Ex. 1 788 to 810, # 21 Exhibit Ex. 121_ARB 1098 to 1105, # 22 Exhibit Ex. 122_ARB various Bates, # 23 Exhibit Ex. 123 39960, # 24 Exhibit Ex. 124_ARB 39961, # 25 Exhibit Ex. 125_ARB 42183 to 42184, # 26 Exhibit Ex. 126_ARB 42 42180, # 27 Exhibit Ex. 127_ARB 42181 to 42182, # 28 Exhibit Ex. 128_NL various Bates, # 29 Exhibit Ex. 129_A |

| | | |
|---|---|---|
| | | to 41153, # 30 Exhibit Ex. 130_ARB 41176 to 41184, # 31 Exhibit Ex. 131_ARB 41185 to 41278, # 32 Exhibit Ex. 1 42185 to 42186, # 33 Exhibit Ex. 133_ARB 42187 to 42188, # 34 Exhibit Ex. 134_ARB 41668 to 41720, # 35 Exhib 135_ARB 41441 to 41442, # 36 Exhibit Ex. 136_ARB 41279 to 41283, # 37 Exhibit Ex. 137_FDIC Guidelines 30 M # 38 Exhibit Ex. 138_J. P. Morgan Chase Bank documents, # 39 Exhibit Ex. 139_IIRO 109118 to 109119, # 40 Exhi 140_MarJac Litigation exhibits, # 41 Exhibit Ex. 141_20 payments from Abdul Rahman Al Rajhi_Chase Manhattan Exhibit Ex. 142_NL 10485, # 43 Exhibit Ex. 143_KSA 1685, # 44 Exhibit Ex. 144_KSA 1687, # 45 Exhibit Ex. 145_ # 46 Exhibit Ex. 146_NL 10468, # 47 Exhibit Ex. 147_2012 FBI Summary Report, # 48 Exhibit Ex. 148_ARB vario 49 Exhibit Ex. 149_Transcript Perouz Sedaghaty, # 50 Exhibit Ex. 150_ARB 2477 to 2572).(Carter, Sean) (Entered: 12/09/2024) |
| )9/2024 | 10598 | DECLARATION of Nicole Erb in Support re: 9785 MOTION to Dismiss . MOTION for Summary Judgment .. Docu by Al Rajhi Bank. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibi Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 # 53 Exhibit 53, # 54 Exhibit 54, # 55 Exhibit 55, # 56 Exhibit 56, # 57 Exhibit 57, # 58 Exhibit 58, # 59 Exhibit 59 P Exhibit 59 Part 2, # 61 Exhibit 61, # 62 Exhibit 62, # 63 Exhibit 63, # 64 Exhibit 64, # 65 Exhibit 65, # 66 Exhibit 66 Exhibit 67, # 68 Exhibit 68, # 69 Exhibit 69, # 70 Exhibit 70, # 71 Exhibit 71, # 72 Exhibit 72, # 73 Exhibit 73, # 74 # 75 Exhibit 75, # 76 Exhibit 76, # 77 Exhibit 77, # 78 Exhibit 78, # 79 Exhibit 79, # 80 Exhibit 80, # 81 Exhibit 81, Exhibit 82, # 83 Exhibit 83, # 84 Exhibit 84, # 85 Exhibit 85, # 86 Exhibit 86, # 87 Exhibit 87, # 88 Exhibit 88, # 89 # 90 Exhibit 90, # 91 Exhibit 91, # 92 Exhibit 92, # 93 Exhibit 93).(Erb, Nicole) (Entered: 12/09/2024) |
| )9/2024 | 10599 | AFFIRMATION of J. Scott Tarbutton in Support re: 10582 Rule 56.1 Statement. Document filed by Plaintiffs Execu Committees. (Attachments: # 1 Exhibit 151_IIRO 215526 to 215529, # 2 Exhibit 152_IIRO 126173 to 126176, # 3 E 153_IIRO 112761 to 112762, # 4 Exhibit 154_IIRO 112745 to 112748, # 5 Exhibit 155_IIRO 59410 to 59411, # 6 Ex 156_IIRO 108937, # 7 Exhibit 157_IIRO 105986, # 8 Exhibit 158_IIRO Annual Report, # 9 Exhibit 159_Dean Trans Exhibit 160_EO14040 Towayan, # 11 Exhibit 161_ARB 40369, # 12 Exhibit 162_ARB 40369, # 13 Exhibit 163_AR 42218, # 14 Exhibit 164_Spreading Saudi Fundamentalism, # 15 Exhibit 165_Ibrahim Abdullah Deposition, # 16 Exh 166_The 28 Pages, # 17 Exhibit 167_ARB 39329, # 18 Exhibit 168_ARB various Bates, # 19 Exhibit 169_ARB 137 13755, # 20 Exhibit 170_Abdullah al Rajhi Exhibit 28_IIRO Designation).(Carter, Sean) (Entered: 12/09/2024) |
| )9/2024 | 10600 | DECLARATION of Nicole Erb in Support re: 10591 Reply Memorandum of Law in Support of Motion,. Document Rajhi Bank. (Attachments: # 1 Exhibit 94, # 2 Exhibit 95, # 3 Exhibit 96).(Erb, Nicole) (Entered: 12/09/2024) |
| )9/2024 | 10601 | AFFIRMATION of J. Scott Tarbutton in Support re: 10582 Rule 56.1 Statement. Document filed by Plaintiffs Execu Committees. (Attachments: # 1 Exhibit 171_Kohlmann Transciprt, # 2 Exhibit 172_ARB 38920, # 3 Exhibit 173_AR 4 Exhibit 174_ARB 38878, # 5 Exhibit 175_ARB 38994, # 6 Exhibit 176_ABR 38995, # 7 Exhibit 177_ARB 39001, 178_ARB 38996, # 9 Exhibit 179_ARB 38978, # 10 Exhibit 180_ARB 38979, # 11 Exhibit 181_ARB 39077, # 12 E 182_ARB 38486, # 13 Exhibit 183_Railsback Declaration, # 14 Exhibit 184_Hobayb Transcript, # 15 Exhibit 185_N documents, # 16 Exhibit 186_NL 10333, # 17 Exhibit 187_ARB 858 to 959, # 18 Exhibit 188_ARB 16 to 734, # 19 I 189_ARB AML Guide).(Carter, Sean) (Entered: 12/09/2024) |
| )9/2024 | 10602 | AFFIRMATION of J. Scott Tarbutton in Support re: 10582 Rule 56.1 Statement. Document filed by Plaintiffs Execu Committees. (Attachments: # 1 Exhibit 190_Associated Press Richard Cole 26 May 1997, # 2 Exhibit 191_IIRO Acc Exhibit 192_UN General Assembly January 1997, # 4 Exhibit 193_UN International Convention 1999, # 5 Exhibit 1 Ex. 51, # 6 Exhibit 195_ARB Ex. 52, # 7 Exhibit 196_ARB Ex. 55, # 8 Exhibit 197_ARB Ex. 54, # 9 Exhibit 198_Sa to 38, # 10 Exhibit 199_Galloway Ex. 24, # 11 Exhibit 200_IIRO 315040, # 12 Exhibit 201_Complaint USV v Kabir Exhibit 202_al−Jibrinc, # 14 Exhibit 203_NL various Bates, # 15 Exhibit 204_Winer Expert Report, # 16 Exhibit 20 Records Omar al Bayoumi, # 17 Exhibit 206_NL 18775, # 18 Exhibit 207_FBI 537 to 580, # 19 Exhibit 208_Kohlma Report, # 20 Exhibit 209_EO14040−002857 to 2863_Towayan).(Carter, Sean) (Entered: 12/09/2024) |
| )9/2024 | 10603 | ORDER: Through counsel, Plaintiff Jamal Green requests that the Court dismiss his claims without prejudice and vac judgment entered on his behalf against the Islamic Republic of Iran. ECF No. 10580. The Court is scheduling a telepl conference on Thursday, December 12, 2024, at 2:30 p.m. to discuss this matter. Mr. Green's counsel is directed to ca Court's dedicated teleconferencing line at (855) 244−8681 and enter Access Code 23142707008. SO ORDERED. Tel Conference set for 12/12/2024 at 02:30 PM before Magistrate Judge Sarah Netburn. (Signed by Magistrate Judge Sar on 12/9/2024) (dsh) (Entered: 12/09/2024) |
| )9/2024 | 10604 | LETTER addressed to Judge George B. Daniels from Plaintiffs Executive Committees dated December 9, 2024 re: R the December 4, 2024 correspondence from counsel for Sudan (ECF No. 10569). Document filed by Plaintiffs Execu Committees..(Haefele, Robert) (Entered: 12/09/2024) |

| | | |
|---|---|---|
| .0/2024 | 10605 | MEMO ENDORSEMENT on re: 10579 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: SO OR (Signed by Judge George B. Daniels on 12/10/2024) (sgz) (Entered: 12/10/2024) |
| .0/2024 | 10606 | MOTION to Dismiss *Pursuant to Fed. R.Civ. P. 41(a)(2) and Motion to Vaacate a Judgment Pursuant to Fed. R. Civ 60(b)(6)*. Document filed by Christine O'Neill..(Goldman, Jerry) (Entered: 12/10/2024) |
| .0/2024 | 10607 | DECLARATION of Jerry S. Goldman, Esq. in Support re: 10606 MOTION to Dismiss *Pursuant to Fed. R.Civ. P. 41 Motion to Vaacate a Judgment Pursuant to Fed. R. Civ. P. 60(b)(6)*.. Document filed by Christine O'Neill..(Goldman (Entered: 12/10/2024) |
| .0/2024 | 10608 | PROPOSED ORDER. Document filed by Christine O'Neill. Related Document Number: 10606 ..(Goldman, Jerry) **P Order to be reviewed by Clerk's Office staff.** (Entered: 12/10/2024) |
| .0/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 10608 Proposed Order was rev approved as to form. (nd)** (Entered: 12/10/2024) |
| .0/2024 | 10609 | MOTION to Substitute Party. Old Party: as set forth in Exhibits A & B, New Party: as set forth in Exhibits A & B . D filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−C 1:03−cv−09849−GBD−SN.(Duane, John) (Entered: 12/10/2024) |
| .0/2024 | 10610 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. Related Document Number: 10609 ..(Duane, John) **Prop Order to be reviewed by Clerk's Office staff.** (Entered: 12/10/2024) |
| .0/2024 | 10611 | MOTION to Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibit A . Document fil Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 12/10/2024) |
| .0/2024 | 10612 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. Related Document Number: 10611 ..(Duane, John) **Prop Order to be reviewed by Clerk's Office staff.** (Entered: 12/10/2024) |
| .0/2024 | | Minute Entry for proceedings held before Judge George B. Daniels: Oral Argument held on 12/10/2024 re: 9785 Mot Dismiss and Motion for Summary Judgment, filed by Al Rajhi Bank. Plaintiff Counsel: Sean Carter, Scott Tarbutton Sheps; Defendant Counsel: Christopher Curran, Nicole Erb, Nicolle Kownacki, Reuben J. Sequeira, Michael Mahaffe Kliger and court reporter also present (Vega, Elizabeth) Modified on 12/11/2024 (tro). (Entered: 12/11/2024) |
| .1/2024 | 10613 | MEMO ENDORSED ORDER granting (1196) Motion to Substitute Party. in case 1:03−cv−09849−GBD−SN; granti Motion to Substitute Party. in case 1:03−md−01570−GBD−SN. The motion to substitute is GRANTED. The Clerk o respectfully requested to close the motions at ECF No. 10609 in 03−md−1570 and ECF No. 1196 in 03−cv−9849. SC ORDERED. (Signed by Magistrate Judge Sarah Netburn on 12/11/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN (dsh) Modified on 12/11/2024 (dsh). (Entered: 12/11/2024) |
| .1/2024 | 10614 | MEMO ENDORSED ORDER granting (10611) Motion to Substitute Party. in case 1:03−md−01570−GBD−SN; grai Motion to Substitute Party. in case 1:15−cv−09903−GBD−SN. The motion to substitute is GRANTED. The Clerk of respectfully requested to close the motions at ECF No. 10611 in 03−md−1570 and ECF No. 896 in 15−cv−9903. (Sig Magistrate Judge Sarah Netburn on 12/11/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN (dsh) Modified on 12/11/2024 (dsh). (Entered: 12/11/2024) |
| .1/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (10610 in 1:03−md−01570−GB 1197 in 1:03−cv−09849−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN(km)** (Entered: 12/11/2024) |
| .1/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (897 in 1:15−cv−09903−GBD− in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(km)** (Entered: 12/11/2024) |
| .1/2024 | 10615 | OPINION & ORDER: re: 9088 MOTION to Preclude *Expert Testimony*., 9091 MOTION to Preclude *Expert Testimo* Court is sympathetic to the monumental challenge the parties face in presenting evidence relevant to the Defendants' involvement in the 9/11 Attacks. The record is voluminous. It spans decades and includes terabytes of information fro of sources some unimpeachable, some not. The instinct to use experts to cull these materials and shape them into a co narrative is understandable, even reasonable. And I trust that the parties and their experts have generally made good f to interpret facts and present conclusions. But Rule 702 requires more than good faith. It sets a minimum standard for opinions the factfinder can trust on issues outside a lay person's grasp. The Court's decision to exclude testimony fron the seven challenged experts is driven by these principles. Many of the excluded experts analyzed evidence that does expert interpretation, resulting in factual narratives that, regardless of how sound or well−informed they are, are not p subjects of expert testimony. Separately, the excluded experts do not meet their burden to show that their analyses are This is perhaps not surprising, given the built−in difficulties associated with studying terrorism. Given its clandestine experts already have less data to work with not just in this case but writ large. These challenges, while very real, do n the Court from enforcing the requirements of the Federal Rules of Evidence. Therefore, for the reasons set forth in th the Court grants in part and denies in part the parties' Daubert motions. The Clerk of the Court is respectfully directec |

| | | |
|---|---|---|
| | | terminate the motions at ECF Nos. 9088, 9091, and 9281. SO ORDERED. (Signed by Magistrate Judge Sarah Netbur 12/11/2024) (dsh) (Entered: 12/11/2024) |
| .1/2024 | 10616 | MOTION to Amend/Correct (53 in 1:15−cv−09903−GBD−SN) Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, . Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In . Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 12/11/2024) |
| .1/2024 | 10617 | MEMORANDUM OF LAW in Support re: (10616 in 1:03−md−01570−GBD−SN, 899 in 1:15−cv−09903−GBD−SN to Amend/Correct (53 in 1:15−cv−09903−GBD−SN) Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,, . Document filed by Burnett Plaintiffs. Filed In A Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 12/11/2024) |
| .1/2024 | 10618 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A) Related Document Numbe ..(Duane, John) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 12/11/2024) |
| .1/2024 | 10619 | MOTION for Default Judgment as to *Burnett/Iran XXXVII Plaintiffs*. Document filed by Burnett Plaintiffs.Filed In A Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00041−GBD−SN.(Duane, John) (Entered: 12/11/2024) |
| .1/2024 | 10620 | MEMORANDUM OF LAW in Support re: (10619 in 1:03−md−01570−GBD−SN, 902 in 1:15−cv−09903−GBD−SN 1:19−cv−00041−GBD−SN) MOTION for Default Judgment as to *Burnett/Iran XXXVII Plaintiffs*. . Document filed b Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00041−GBD−SN.(Duane, John) (Entered: 12/11/2024) |
| .1/2024 | 10621 | ***SELECTED PARTIES***DECLARATION of John C. Duane in Support re: (10619 in 1:03−md−01570−GBD− 1:15−cv−09903−GBD−SN, 198 in 1:19−cv−00041−GBD−SN) MOTION for Default Judgment as to *Burnett/Iran X Plaintiffs*.. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Case 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00041−GBD−SNMotion or Order to File Under S .(Duane, John) (Entered: 12/11/2024) |
| .1/2024 | 10622 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Cover Sheet Default Judgment Motion Cover Sheet, # 2 Exhibit A).(Duane, John) **Proposed Default Judgment to b by Clerk's Office staff.** (Entered: 12/11/2024) |
| .2/2024 | 10623 | LETTER addressed to Judge George B. Daniels from Christopher M. Curran dated December 12, 2024 re: Plaintiffs' 9 Letter. Document filed by Republic of the Sudan..(Curran, Christopher) (Entered: 12/12/2024) |
| .2/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (901 in 1:15−cv−09903−GBD− in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN. (tp)** (Entered: 12/12/2024) |
| .2/2024 | 10624 | ORDER granting (10616) Motion to Amend/Correct in case 1:03−md−01570−GBD−SN; granting (899) Motion to Amend/Correct in case 1:15−cv−09903−GBD−SN.. The motion to amend is GRANTED. The Clerk of Court is respe directed to close the motion at ECF No. 10616 in 03−md−01570 and ECF No. 899 in 15−cv−09903. SO ORDERED. Magistrate Judge Sarah Netburn on 12/12/2024) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN (dsh) (Entered: 12/12/2024) |
| .2/2024 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (201 in 1:19−cv−00041−GBD−SN, 905 in 1:15−cv−09903−GBD−SN, 10622 in 1:03−md−01570−GBD−SN) Proposed D Judgment, was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00041−GBD−SN. (tp)** (Entered: 12/12/2024) |
| .2/2024 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Telephone Conference held on 12/12/202 (Entered: 12/12/2024) |
| .2/2024 | 10625 | ORDER granting 10606 Motion to Dismiss. Plaintiff Jamal Greens motion to (1) dismiss his claims in the above−cap actions pursuant to Fed. R. Civ. P. 41(a)(2) and (2) vacate his January 4, 2022 judgment against the Islamic Republic ECF No. 7522, pursuant to Fed. R. Civ. P. 60(b)(6) is GRANTED. Mr. Green's claims in the above−captioned action dismissed without prejudice; his January 4, 2022 judgment against the Islamic Republic of Iran is vacated; and his pe motion for damages against the Taliban, see ECF No. 8455, is denied. The Clerk of the Court is respectfully directed terminate the motions at ECF No. 10606 in 03−md−01570, ECF No. 839 in 04−cv−01076, ECF No. 923 in 04−cv−0 ECF No. 203 in 20−cv−10460. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 12/12/2024) (jca) (Er 12/12/2024) |

| | | |
|---|---|---|
| .2/2024 | 10626 | MOTION to Authorize Alternative Service on the Taliban . Document filed by Kathleen Ashton(as Administrator of of Thomas Ashton, deceased and on behalf of all survivors of Thomas Ashton). (Attachments: # 1 Affidavit Declarat Support of Motion, # 2 Exhibit A, # 3 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN, 1:02−cv−07236−GBD.(Maloney, Andrew) (Entered: 12/12/ |
| .2/2024 | 10627 | PROPOSED ORDER. Document filed by Kathleen Ashton(as Administrator of the Estate of Thomas Ashton, deceas behalf of all survivors of Thomas Ashton). Related Document Number: [ECF No. 10626 in 03−md−1570(GBD)(SN) No. 2212 in 02−cv−6977 (GBD)(SN)]..(Maloney, Andrew) **Proposed Order to be reviewed by Clerk's Office staf** 12/12/2024) |
| .3/2024 | 10628 | LETTER addressed to Judge George B. Daniels from Plaintiffs Executive Committees and Ashton Plaintiffs dated D 2024 re: Request for extension of time. Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Enter 12/13/2024) |
| .3/2024 | 10629 | ORDER: Upon review of the Court's order at ECF No. 10552 and the Republic of the Sudan's answers and written au see ECF Nos. 10569, 10575, 10576, the Plaintiffs and the Republic of the Sudan are directed to meet and confer to di schedule for discovery and any proposed discovery protocols. The parties are ordered to submit a joint letter identifyi agreement and disagreement by Wednesday, January 15, 2025. The Court will then hold a conference to discuss the r 10:00 a.m. on Friday, January 24, 2025, in Courtroom 24B, Daniel Patrick Moynihan United States Courthouse, 500 Street, New York, New York. SO ORDERED. Status Conference set for 1/24/2025 at 10:00 AM in Courtroom 24B, Street, New York, NY 10007 before Magistrate Judge Sarah Netburn. (Signed by Magistrate Judge Sarah Netburn on 12/13/2024) (dsh) (Entered: 12/13/2024) |
| .3/2024 | 10630 | LETTER addressed to Judge George B. Daniels from Douglass A. Mitchell dated 12/13/2024 re: Ashton Plaintiffs M Service of Judgment (MDL Dkt. 10626). Document filed by Havlish Plaintiffs..(Mitchell, Douglass) (Entered: 12/13/ |
| .6/2024 | | DVD (5) discs filed with court of 209 exhibits as per memo endorsed letter [docket entry 10605]..(jus) (Entered: 12/1 |
| .6/2024 | 10631 | MEMO ENDORSEMENT on 10628 ENDORSEMENT: SO ORDERED. (Signed by Judge George B. Daniels on 12 (ks) Modified on 12/16/2024 (ks). Modified on 12/16/2024 (ks). Modified on 12/16/2024 (ks). (Entered: 12/16/2024) |
| .6/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (10627 in 1:03−md−01570−GB 2213 in 1:02−cv−06977−GBD−SN, 297 in 1:02−cv−07236−GBD, 372 in 1:02−cv−07230−GBD−SN) Proposed O reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GB 1:02−cv−07230−GBD−SN, 1:02−cv−07236−GBD. (tp)** (Entered: 12/16/2024) |
| .6/2024 | 10632 | LETTER addressed to Judge George B. Daniels from Sean P. Carter, on behalf of Plaintiffs with Claims against Al R dated December 16, 2024 re: providing the Court with an index for the documents referenced during the December 1 argument. Document filed by Plaintiffs Executive Committees..(Carter, Sean) (Entered: 12/16/2024) |
| .7/2024 | 10633 | TRANSCRIPT of Proceedings re: CONFERENCE held on 12/10/2024 before Judge George B. Daniels. Court Reporter/Transcriber: Raquel Robles, (212) 805−0300. Transcript may be viewed at the court public terminal or purc through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 1/7/2025. Redacted Transcript Deadline set for 1/17/2025. Release Transcript Restriction set for 3/17/2025.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(McGuirk, Kell Document 10633 replaced on 2/13/2025) (rro). (Entered: 12/17/2024) |
| .7/2024 | 10634 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFER proceeding held on 12/10/2024 has been filed by the court reporter/transcriber in the above−captioned matter. The pa seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such No the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...F Associated Cases: 1:03−md−01570−GBD−SN et al..(McGuirk, Kelly) (Entered: 12/17/2024) |
| .8/2024 | 10635 | ORDER: The Court directs Baker Tilly to file its internal investigation report under seal and ex parte no later than M December 23, 2024. See ECF Nos. 10421, 10567. If warranted, the Court will schedule a conference to discuss this is new year. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 12/18/2024) (mml) (Entered: 12/19/2024) |
| 23/2024 | 10636 | LETTER addressed to Judge George B. Daniels from Douglass A. Mitchell dated December 23, 2024 re: Request for to File Response to Ashton Plaintiffs' Motion for Service of Judgment. Document filed by Havlish Plaintiffs..(Mitche Douglass) (Entered: 12/23/2024) |
| 23/2024 | 10637 | MEMO ENDORSEMENT on re: 10636 Letter, filed by Havlish Plaintiffs. ENDORSEMENT: The extension request GRANTED. The Joint Creditors have until January 9, 2025, to file a response. SO ORDERED. (Signed by Magistrat Sarah Netburn on 12/23/2024) (dsh) (Entered: 12/23/2024) |
| 23/2024 | 10638 | CLERK CERTIFICATE OF MAILING of one copy of the 1. Notice of Default Judgment prepared in accordance wit § 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing both judgments in the Burnett case; 2. Order Granting Final Default Judgment, dated September 17, 2024, Document 10373 (in English and Farsi); 3. Order Granting Partia Default Judgment, dated September 20, 2024, Document 10388 (in English and Farsi); 4. A copy of 28 U.S.C. 1330, |

| | | |
|---|---|---|
| | | 1441(d), and 1602 through 1611 (Pub. L. 94−583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S. et seq.) (in English and Farsi); 5. Translator's Affidavit (in English only) mailed to Central Bank of the Islamic Repub Mohammad Reza Farzin No. 198, Mirdamad Blvd. Tehran, Islamic Republic of Iran on 12/23/2024 by Registered Ma # RH004149696US, to the head of the agency or instrumentality of the foreign state, pursuant to the provisions of Fo Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN. (ras) (Entered: 12/23/2024) |
| 23/2024 | 10639 | ***EX−PARTE*** LETTER addressed to Magistrate Judge Sarah Netburn from Carl F. Regelmann dated Decembe re: Response to December 18, 2024 Order. Document filed by Baker Tilly.Motion or Order to File Under Seal: 10635 .(Regelmann, Carl) (Entered: 12/23/2024) |
| 23/2024 | 10640 | MEMORANDUM OF LAW in Opposition re: 8126 MOTION for Summary Judgment *Notice of Motion*. *(Previously Under Seal at ECF No. 8315)*. Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 12/2 |
| 23/2024 | 10641 | RESPONSE in Opposition to Motion re: 8126 MOTION for Summary Judgment *Notice of Motion*. *(Previously Filed Seal at ECF No. 8316)*. Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 12/23/2024) |
| 23/2024 | 10642 | DECLARATION of J. Scott Tarbutton in Opposition re: 8126 MOTION for Summary Judgment *Notice of Motion*.. I filed by Plaintiffs Executive Committees. (Attachments: # 1 Exhibit Averment of Facts, # 2 Exhibit Executive Order, Norman email, # 4 Exhibit Report, # 5 Exhibit CIA document, # 6 Exhibit CIA document, # 7 Exhibit CIA document Exhibit CIA document, # 9 Exhibit CIA document, # 10 Exhibit CIA document, # 11 Exhibit CIA document, # 12 Ex document, # 13 Exhibit Summary, # 14 Exhibit FBI document, # 15 Exhibit Indictment, # 16 Exhibit Intelligence As 17 Exhibit DIB document, # 18 Exhibit DIB document, # 19 Exhibit DIB document, # 20 Exhibit LA Times piece, # Exhibit to Hassan Deposition, # 22 Exhibit New York Times article, # 23 Exhibit Deposition Transcript, # 24 Exhibit Exhibit Fine, # 25 Exhibit Discovery, # 26 Exhibit Discovery, # 27 Exhibit Indictment, # 28 Exhibit Kadi document, Exhibit LA Times, # 30 Exhibit FED PEC Bates Document, # 31 Exhibit Plea Agreement, # 32 Exhibit Dep Transcri Exhibit Dep Transcript, # 34 Exhibit Document, # 35 Exhibit Document, # 36 Exhibit Fatwa, # 37 Exhibit Report, # Dep Exhibit, # 39 Exhibit Dep Exhibit, # 40 Exhibit Dep Exhibit, # 41 Exhibit NATO).(Haefele, Robert) (Entered: 1 |
| 23/2024 | 10643 | LETTER MOTION to Compel Dubai Islamic Bank (DIB) to supplement deficient discovery responses pursuant to F Proc. 26(e) *(Previously Filed Under Seal at ECF No. 8505)* addressed to Magistrate Judge Sarah Netburn from Plaint Executive Committees dated September 7, 2022. Document filed by Plaintiffs Executive Committees..(Haefele, Robe (Entered: 12/23/2024) |
| 23/2024 | 10644 | DECLARATION of Robert T. Haefele in Support re: 8505 LETTER MOTION to Compel Dubai Islamic Bank (DIB supplement deficient discovery responses pursuant to Fed R. Civ. Proc. 26(e) addressed to Magistrate Judge Sarah N Plaintiffs Executive Committees dated September 7, 2022.. Document filed by Plaintiffs Executive Committees. (Att 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 3.1, # 5 Exhibit 4, # 6 Exhibit 4.1, # 7 Exhibit 5, # 8 Exhibit 6, # 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14). Robert) (Entered: 12/23/2024) |
| 23/2024 | 10645 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated September 26, 2 Reply in support of the PECs motion to compel at ECF No. 8505. Document filed by Plaintiffs Executive Committee Robert) (Entered: 12/23/2024) |
| 23/2024 | 10646 | MOTION for Reconsideration re; 10615 Memorandum & Opinion,,,,,,, . Document filed by Kingdom of Saudi Arabi Michael) (Entered: 12/23/2024) |
| 27/2024 | 10647 | SUGGESTION OF DEATH upon the record as to Joan Ann Coale, Cirilo Fernandez, Hank Grazioso, and Loretta Ha August 16, 2021, April 19, 2024, January 14, 2023, and June 17, 2019, respectively . Document filed by Hank Grazioso(surviving Parent of John Grazioso), Hank Grazioso(as surviving Parent of Timmy Grazioso), Joanann Coal Parent of Jeffrey Coale), Cirilo Fernandez(surviving Parent of Judy Fernandez), Hank Grazioso(surviving Parent of T Grazioso), Loretta Haines(surviving Sister of Sandra Wright Cartledge), Loretta Haines(a surviving Sibling of Sandra Wright−Cartledge, Deceased), Joanann Coale(is a surviving Parent of Jeffrey Coale), Loretta Haines(is a surviving S Sandra Wright Cartledge), Cirilo Fernandez(is a surviving Parent of Judy Fernandez), Loretta Haines, Loretta Haines Sister of Sandra Wright Cartledge ), Hank Grazioso(surviving Parent of John Grazioso ), Cirilo Fernandez(surviving Judy Fernandez ) (Attachments: # 1 Exhibit Exhibit A chart of Substitutions)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−01188−GBD−SN.(Fleming, Timothy) (Entered: 12/27/2024) |
| 28/2024 | 10648 | MOTION to Substitute Party. Old Party: Joan Ann Coale, Cirilo Fernandez, Hank Grazioso, Loretta Haines, New Pa Ann Brown as Personal Representative of the Estate of Joan Ann Coale, Corazon Fernandez as Personal Representati Estate of Cirilo Fernandez, Kristy Grazioso as Personal Representative of the Estate of Hank Grazioso, Melanie Buc Personal Representative of the Estate of Loretta Haines . Document filed by Hank Grazioso(surviving Parent of John Hank Grazioso(as surviving Parent of Timmy Grazioso), Joanann Coale(surviving Parent of Jeffrey Coale), Cirilo Fernandez(surviving Parent of Judy Fernandez), Hank Grazioso(surviving Parent of Timothy Grazioso), Loretta Haines(surviving Sister of Sandra Wright Cartledge), Loretta Haines(a surviving Sibling of Sandra Wright−Cartledg Deceased), Joanann Coale(is a surviving Parent of Jeffrey Coale), Loretta Haines(is a surviving Sister of Sandra Wri |

| | | |
|---|---|---|
| | | Cartledge), Cirilo Fernandez(is a surviving Parent of Judy Fernandez), Loretta Haines, Loretta Haines(surviving Siste Wright Cartledge ), Hank Grazioso(surviving Parent of John Grazioso ), Cirilo Fernandez(surviving Parent of Judy F (Attachments: # 1 Exhibit Exhibit A chart of Substitutions)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−01188−GBD−SN.(Fleming, Timothy) (Entered: 12/28/2024) |
| 28/2024 | 10649 | DECLARATION of Timothy B. Fleming in Support re: (82 in 1:22−cv−01188−GBD−SN, 10648 in 1:03−md−01570−GBD−SN) MOTION to Substitute Party. Old Party: Joan Ann Coale, Cirilo Fernandez, Hank Graz Loretta Haines, New Party: Leslie Ann Brown as Personal Representative of the Estate of Joan Ann Coale, Corazon I as Personal Representative of the Estate. Document filed by Hank Grazioso(surviving Parent of John Grazioso), Hanl Grazioso(as surviving Parent of Timmy Grazioso), Cirilo Fernandez(surviving Parent of Judy Fernandez), Hank Grazioso(surviving Parent of Timothy Grazioso), Loretta Haines(surviving Sister of Sandra Wright Cartledge), Loret surviving Sibling of Sandra Wright−Cartledge, Deceased), Loretta Haines(is a surviving Sister of Sandra Wright Car Cirilo Fernandez(is a surviving Parent of Judy Fernandez), Loretta Haines, Carlos Figueroa, Loretta Haines(surviving Sandra Wright Cartledge ), Hank Grazioso(surviving Parent of John Grazioso ), Cirilo Fernandez(surviving Parent of Fernandez ). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−01188−GBD−SN.(Fleming, Timothy) 12/28/2024) |
| 28/2024 | 10650 | PROPOSED ORDER. Document filed by Hank Grazioso(surviving Parent of John Grazioso), Hank Grazioso(as surv Parent of Timmy Grazioso), Joanann Coale(surviving Parent of Jeffrey Coale), Cirilo Fernandez(surviving Parent of Fernandez), Hank Grazioso(surviving Parent of Timothy Grazioso), Loretta Haines(surviving Sister of Sandra Wrigh Cartledge), Loretta Haines(a surviving Sibling of Sandra Wright−Cartledge, Deceased), Joanann Coale(is a surviving Jeffrey Coale), Loretta Haines(is a surviving Sister of Sandra Wright Cartledge), Cirilo Fernandez(is a surviving Pare Fernandez), Loretta Haines, Loretta Haines(surviving Sister of Sandra Wright Cartledge ), Hank Grazioso(surviving John Grazioso ), Cirilo Fernandez(surviving Parent of Judy Fernandez ). Related Document Number: [10648; 82]..(F Timothy) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 12/28/2024) |
| 30/2024 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (10650 in 1:03−md−01570−GB in 1:22−cv−01188−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:22−cv−01188−GBD−SN(km)** (Entered: 12/30/2024) |
| 30/2024 | 10651 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** CONSENT MOTION for Entry of J under Rule 54(b) . Document filed by Dubai Islamic Bank. (Attachments: # 1 Proposed Order re Final Judgment)File Associated Cases: 1:03−md−01570−GBD−SN et al..(Cottreau, Steven) Modified on 12/30/2024 (db). (Entered: 12/3 |
| 30/2024 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Ste Thomas Cottreau to RE−FILE Document (1253 in 1:03−cv−06978−GBD−SN, 810 in 1:04−cv−07279−GBD−SN 1:04−cv−05970−GBD−SN, 929 in 1:04−cv−01923−GBD−SN, 1201 in 1:03−cv−09849−GBD−SN, 10651 in 1:03−md−01570−GBD−SN, 753 in 1:04−cv−07065−GBD−SN) CONSENT MOTION for Entry of Judgment un 54(b) .. Use the event type Letter found under the event list Other Documents. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(db)** (Entered: 12/30/2024) |
| 30/2024 | 10652 | LETTER addressed to Judge George B. Daniels from Steven T. Cottreau dated 12/30/2024 re: Joint request that the C final judgment under Rule 54(b) with respect to defendant Dubai Islamic Bank. Document filed by Dubai Islamic Ba (Attachments: # 1 Proposed Order re Final Judgment)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(C Steven) (Entered: 12/30/2024) |
| 02/2025 | 10653 | ORDER granting (10648) Motion to Substitute Party. in case 1:03−md−01570−GBD−SN; granting (82) Motion to Su Party. in case 1:22−cv−01188−GBD−SN. The motion to substitute is GRANTED. SO ORDERED. (Signed by Magis Sarah Netburn on 1/2/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−01188−GBD−SN (dsh on 1/2/2025 (dsh). (Entered: 01/02/2025) |
| 02/2025 | 10654 | ORDER: Burnett Plaintiffs' counsel is accordingly directed to file a letter supplementing the authority for their claim Plaintiff can choose to proceed under Virginia's survival statute even when the death at issue was caused by the Defe conduct; and (2) the estates may recover decedents' pain and suffering damages under Virginia law. Counsel should f no later than Friday, January 10, 2025. To the extent the Plaintiffs' Executive Committee wishes, it may also file a let time. (Signed by Magistrate Judge Sarah Netburn on 1/2/2025) Filed In Associated Cases: 1:03−md−01570−GBD−S 1:15−cv−09903−GBD−SN (dsh) (Entered: 01/02/2025) |
| 03/2025 | 10655 | ORDER: The conference that was previously scheduled for Friday, January 24, 2025, will now be held on Tuesday, F 2025, at 10:00 a.m. in Courtroom 318, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, N See ECF No. 10629. The parties may now file their joint proposal by Friday, January 24, 2025. SO ORDERED. Statu Conference set for 2/4/2025 at 10:00 AM in Courtroom 318, 40 Centre Street, New York, NY 10007 before Magistra Sarah Netburn. (Signed by Magistrate Judge Sarah Netburn on 1/3/2025) (dsh) (Entered: 01/03/2025) |
| 03/2025 | 10656 | MEMORANDUM OF LAW in Opposition re: 10646 MOTION for Reconsideration re; 10615 Memorandum & Opir Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 01/03/2025) |

| | | |
|---|---|---|
| )6/2025 | 10657 | ORDER: ACCORDINGLY, IT IS HEREBY ORDERED this 6th day of January, 2025 that the Court's dismissal of D Islamic Bank in the Court's Order of March 9, 2023, is certified as final pursuant to Federal Rule of Civil Procedure 5 Clerk of the Court is directed to prepare and enter a partial final judgment in favor of Defendant Dubai Islamic Bank above−captioned actions. SO ORDERED (Signed by Judge George B. Daniels on 1/6/2025) Filed In Associated Case 1:03−md−01570−GBD−SN et al. (ks) Transmission to Orders and Judgments Clerk for processing. (Entered: 01/06/2 |
| )6/2025 | 10658 | CLERK'S RULE 54(B) JUDGMENT re: 10657 Order, in favor of Dubai Islamic Bank. It is, ORDERED, ADJUDGE DECREED: That for the reasons stated in the Court's Order dated January 6, 2025, the Court's dismissal of Dubai Isla in the Court's Order of March 9, 2023, is certified as final pursuant to Federal Rule of Civil Procedure 54(b). Partial f judgment in favor of Defendant Dubai Islamic Bank in the above−captioned actions. (Signed by Clerk of Court Tamr Hellwig on 1/6/2025) (Attachments: # 1 Appeal Package) (km) (Entered: 01/06/2025) |
| )6/2025 | 10659 | NOTICE OF APPEAL from (931 in 1:04−cv−01923−GBD−SN, 10657 in 1:03−md−01570−GBD−SN) Order,, (1065 1:03−md−01570−GBD−SN) Clerk's Judgment,,. Document filed by Christine O'Neill. Filing fee $ 605.00, receipt nu NYSDC−30414011. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. Filed In As Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN.(Goldman, Jerry) Modified on 1/6/2025 (nd). (Entere 01/06/2025) |
| )6/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (933 in 1:04−cv−01923−GBD−SN, 10659 in 1:03−md−01570−GBD−SN) Notice of Appeal,. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN.(nd) (Entered: 01/06/2025) |
| )6/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for (933 in 1:04−cv−01923−GBD−SN, 10659 in 1:03−md−01570−GBD−SN) Notice of Appeal, filed by Christine O'Neill were to the U.S. Court of Appeals. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN.(nd 01/06/2025) |
| )9/2025 | 10660 | RESPONSE in Opposition to Motion re: (296 in 1:02−cv−07236−GBD, 371 in 1:02−cv−07230−GBD−SN, 2212 in 1:02−cv−06977−GBD−SN, 10626 in 1:03−md−01570−GBD−SN) MOTION to Authorize Alternative Service on the Document filed by Havlish Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Mitchell, Dougla (Entered: 01/09/2025) |
| .0/2025 | 10661 | NOTICE OF CHANGE OF ADDRESS by Jerry Stephen Goldman on behalf of Christine O'Neill. New Address: Anc P.C., 7 Times Square, 15th Floor, New York, New York, United States 10036, 2122781000. Filed In Associated Case 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 01/10/2025) |
| .0/2025 | 10662 | REPLY MEMORANDUM OF LAW in Support re: 10646 MOTION for Reconsideration re; 10615 Memorandum & Opinion,,,,,,, . . Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 01/10/2025) |
| .0/2025 | 10663 | LETTER addressed to Magistrate Judge Sarah Netburn from John M. Eubanks dated January 10, 2025 re: Pursuant to Order dated January 2, 2025 (ECF No. 10654). Document filed by Burnett Plaintiffs.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Eubanks, John) (Entered: 01/10/2025) |
| .3/2025 | 10664 | ORDER The Court has already considered and adjudicated challenges to Marks' expert testimony. The Court further PECs' discovery request at Addendum A to be overbroad and not justified. To the extent the PECs believe that expen resources on this matter is warranted, they should request that such discussion be added to the Court's agenda for the February 4, 2025 conference. (Signed by Magistrate Judge Sarah Netburn on 1/13/2025) (jjc) (Entered: 01/14/2025) |
| .3/2025 | 10665 | REPORT AND RECOMMENDATIONS re: (9945 in 1:03−md−01570−GBD−SN, 746 in 1:15−cv−09903−GBD−SN MOTION for Default Judgment as to *Burnett Non−Nationals 4*. filed by Burnett Plaintiffs, (10027 in 1:03−md−01570−GBD−SN, 780 in 1:15−cv−09903−GBD−SN) MOTION for Default Judgment as to *Burnett Non−* filed by Burnett Plaintiffs, (700 in 1:15−cv−09903−GBD−SN, 9733 in 1:03−md−01570−GBD−SN) MOTION for De Judgment as to *Non−National 9/11 Decedents (Burnett Non−Nationals 1)*. filed by Burnett Plaintiffs, (789 in 1:15−cv−09903−GBD−SN, 10045 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Burnett Non 7*. filed by Burnett Plaintiffs. The Court recommends granting the Plaintiffs' motions in part. The Court recommends Defendants liable for IIED under Virginia law; entering a partial final judgment in favor of Ms. Zheng; and awarding damages as provided in Exhibit A. The Court denies the Plaintiffs' Virginia wrongful death claims without prejudice. recommends finding the Defendants liable to the Plaintiffs listed in Exhibit B under New York IIED law and awardir damages as reflected in that Exhibit. The Court further recommends denying certain Plaintiffs claims without prejudi reasons stated supra IV at 19 n.6. Finally, the Court recommends finding that the two Plaintiffs listed in Exhibit C are functional equivalents of immediate family members of 9/11 decedents and awarding them damages as reflected in th The Plaintiffs listed in the Courts Exhibits A, B, and C should also be awarded prejudgment interest at a rate of 4.96 annum, compounded annually for the period from September 11, 2001, until the date of the judgment. All Burnett Pla should be permitted to submit further applications for damages, including punitive damages, consistent with any futu the Court. Objections to R&R due by 1/27/2025 (Signed by Magistrate Judge Sarah Netburn on 1/13/2025) Filed In A Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN (jjc) (Entered: 01/14/2025) |

| | | |
|---|---|---|
| .4/2025 | 10666 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated January 14, 2025 re: Sealed F Letter−Motion. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 01/14/2025) |
| .4/2025 | 10667 | ***SELECTED PARTIES*** LETTER MOTION for Discovery *to exclude expert testimony* addressed to Magistrat Sarah Netburn from Michael K. Kellogg dated January 14, 2025. Document filed by Kingdom of Saudi Arabia, Dalla Trans Arabia, FBI, Plaintiffs Executive Committees. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Ex Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)Motion or Order to File Under Seal: 4255 .(Kellogg, Michael) (E 01/14/2025) |
| .5/2025 | 10668 | REPLY MEMORANDUM OF LAW in Support re: (296 in 1:02−cv−07236−GBD, 371 in 1:02−cv−07230−GBD−SN 1:02−cv−06977−GBD−SN, 10626 in 1:03−md−01570−GBD−SN) MOTION to Authorize Alternative Service on the Document filed by Kathleen Ashton(as Administrator of the Estate of Thomas Ashton, deceased and on behalf of all Thomas Ashton). Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Maloney, Andrew) (Entered: 01/15/2 |
| .6/2025 | 10669 | NOTICE OF PRO SE APPEARANCE by Justin Rodriguez. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:04−cv−01923−GBD−SN, 1:23−cv−08305−GBD−SN.(nb) (Entered: 01/16/2025) |
| .7/2025 | 10670 | MOTION to Strike Document No. 10667 *Daubert letter−motion filed by the Kingdom of Saudi Arabia on January 14* Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 01/17/2025) |
| 22/2025 | 10671 | NOTICE of of Amendment re: (5234 in 1:03−md−01570−GBD−SN) Order,,. Document filed by Christine O'Neill. F Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−10823−GBD−SN.(Goldman, Jerry) (Entered: 01/22/2025) |
| 22/2025 | 10672 | LETTER RESPONSE in Opposition to Motion addressed to Judge George B. Daniels from Michael K. Kellogg dated 22, 2025 re: 10670 MOTION to Strike Document No. 10667 *Daubert letter−motion filed by the Kingdom of Saudi A January 14, 2025*. . Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 01/22/2025) |
| 23/2025 | 10673 | LETTER addressed to Judge George B. Daniels from Sean P. Carter and Robert Haefele on behalf of Plaintiffs Execu Committees dated January 23, 2025 re: the schedule for any necessary further briefing on Saudi Arabias motion to ex expert testimony. Document filed by Plaintiffs Executive Committees..(Carter, Sean) (Entered: 01/23/2025) |
| 24/2025 | 10674 | LETTER addressed to Judge George B. Daniels from Plaintiffs Executive Committees and Ashton Plaintiffs dated Ja 2025 re: Saudi Arabias Opposition to Plaintiffs Motion to Strike, ECF No. 10672. Document filed by Plaintiffs Execu Committees..(Haefele, Robert) (Entered: 01/24/2025) |
| 24/2025 | 10675 | LETTER addressed to Magistrate Judge Sarah Netburn from Sean P. Carter, Robert T. Haefele and Steven R. Pounia January 24, 2025 re: joint letter to the Court presenting Plaintiffs and Sudans proposals for a schedule for discovery a proposed discovery protocols. Document filed by Plaintiffs Executive Committees..(Carter, Sean) (Entered: 01/24/20 |
| 27/2025 | 10676 | MOTION for Default Judgment as to *Liabilty*. Document filed by Rosa Jimenez, Rosa Jimenez(as Administrator of tl Luis Jimenez, Jr., deceased).Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12347−GBD−SN.(Mo Robert) (Entered: 01/27/2025) |
| 27/2025 | 10677 | MEMORANDUM OF LAW in Support re: (10676 in 1:03−md−01570−GBD−SN, 116 in 1:18−cv−12347−GBD−SN for Default Judgment as to *Liabilty*. . Document filed by Rosa Jimenez(as Administrator of the Estate of Luis Jimene deceased). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12347−GBD−SN.(Morgan, Robert) (En 01/27/2025) |
| 27/2025 | 10678 | DECLARATION of Robert Morgan in Support re: (10676 in 1:03−md−01570−GBD−SN, 116 in 1:18−cv−12347−G MOTION for Default Judgment as to *Liabilty*.. Document filed by Rosa Jimenez(as Administrator of the Estate of Lu Jr., deceased). (Attachments: # 1 Exhibit Estate Plaintiff)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12347−GBD−SN.(Morgan, Robert) (Entered: 01/27/2025) |
| 27/2025 | 10679 | **FILING ERROR − WRONG EVENT TYPE SELECTED FROM MENU −** PROPOSED ORDER. Document fil Jimenez(as Administrator of the Estate of Luis Jimenez, Jr., deceased). (Attachments: # 1 Exhibit Default Judgment M Cover Sheet, # 2 Exhibit Estate Plaintiff) Related Document Number: 10676 ..(Morgan, Robert) **Proposed Order to reviewed by Clerk's Office staff.** Modified on 1/28/2025 (km). (Entered: 01/27/2025) |
| 28/2025 | | *****NOTICE TO ATTORNEY TO RE−FILE DOCUMENT − EVENT TYPE ERROR. Notice to Attorney Rol Morgan to RE−FILE Document (10679 in 1:03−md−01570−GBD−SN, 119 in 1:18−cv−12347−GBD−SN) Propo Use the event type Proposed Default Judgment, under Proposed Orders. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12347−GBD−SN(km)** (Entered: 01/28/2025) |
| 28/2025 | 10680 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Rosa Jimenez(as Administrato Estate of Luis Jimenez, Jr., deceased). (Attachments: # 1 Exhibit Default Judgment Motion Cover Sheet, # 2 Exhibit Plaintiff).(Morgan, Robert) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 01/28/20 |
| 28/2025 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (120 in 1:18−cv−12347−GBD−SN, 10680 in 1:03−md−01570−GBD−SN) Proposed Default Judgment was reviewed and** |

| | | |
|---|---|---|
| | | **as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12347−GBD−SN(km)** (Entered: 01/ |
| 29/2025 | 10681 | MEMORANDUM DECISION AND ORDER granting (9825) Motion for Judgment; granting (9912) Motion for Def Judgment in case 1:03−md−01570−GBD−SN; granting (740) Motion for Default Judgment in case 1:15−cv−09903− granting (207) Motion for Judgment in case 1:18−cv−11875−GBD−SN.The Plaintiffs' motions for partial final defau as to solatium damages against the Islamic Republic of Iran is GRANTED. It is ORDERED that Plaintiff Ian L. Pesc awarded $12,500,000.00 in solatium damages; and it is ORDERED that Plaintiff Jaimelin Taveras be awarded $8,50 solatium damages; and it is ORDERED that Plaintiff Jaimercedes Taveras be awarded $8,500,000.00 in solatium dan it is ORDERED that Plaintiff Jaimenys Taveras be awarded $4,250,000.00 m solatium damages; and it is ORDERED prejudgment interest is awarded at a rate of 4.96 percentile per annum, all interest compounded annually for the perio September 11, 2001 until the date of judgment; and it is ORDERED that, to the extent they have not already done so, and Jimenez Plaintiffs are permitted to seek punitive or other damages at a later date, consistent with future Court or Clerk of Court is directed to close the open motions at ECF No. 9,25 and ECF No. 9912 in 03−md−1570, ECF No. 7 15−cv−9903, and ECF No. 207 in 18−cv−11875. (Signed by Judge George B. Daniels on 1/29/2025) Filed In Associ 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:18−cv−11875−GBD−SN (rro) (Entered: 01/29/2025) |
| 29/2025 | 10682 | MOTION to Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibit A . Document fi Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Duane, John) (Entered: 01/29/2025) |
| 29/2025 | 10683 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A) Related Document Numbe ..(Duane, John) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 01/29/2025) |
| 29/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (1206 in 1:03−cv−09849−GBD− in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN(tp)** (Entered: 01/29/2025) |
| 29/2025 | 10684 | MOTION for Certificate of Appealability *Pursuant to 28 U.S.C. § 1292(b)*. Document filed by Republic of the Sudar Associated Cases: 1:03−md−01570−GBD−SN et al..(Curran, Christopher) (Entered: 01/29/2025) |
| 29/2025 | 10685 | MOTION to Amend/Correct . Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associated 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Duane, John) (Entered: 01/29/2025) |
| 29/2025 | 10686 | MEMORANDUM OF LAW in Support re: (10685 in 1:03−md−01570−GBD−SN, 1208 in 1:03−cv−09849−GBD−S MOTION to Amend/Correct . . Document filed by Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570−G 1:03−cv−09849−GBD−SN.(Duane, John) (Entered: 01/29/2025) |
| 29/2025 | 10687 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A) Related Document Numbe ..(Duane, John) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 01/29/2025) |
| 29/2025 | 10688 | MEMORANDUM OF LAW in Support re: (35 in 1:23−cv−10824−GBD−SN, 55 in 1:23−cv−07283−GBD−SN, 832 1:04−cv−05970−GBD−SN, 617 in 1:04−cv−01922−GBD−SN, 1207 in 1:03−cv−09849−GBD−SN, 23 in 1:23−cv−07164−GBD−SN, 2218 in 1:02−cv−06977−GBD−SN, 68 in 1:20−cv−10615−GBD−SN, 305 in 1:18−cv−05321−GBD−SN, 10684 in 1:03−md−01570−GBD−SN, 325 in 1:18−cv−05306−GBD−SN, 175 in 1:22−cv−05193−GBD−SN, 29 in 1:24−cv−05520−GBD−SN, 24 in 1:24−cv−07824−GBD−SN, 1259 in 1:03−cv−06978−GBD−SN, 56 in 1:23−cv−08305−GBD−SN, 71 in 1:20−cv−10657−GBD−SN, 76 in 1:23−cv−05790−GBD−SN, 33 in 1:23−cv−07736−GBD−SN, 36 in 1:23−cv−07391−GBD−SN, 88 in 1:22−cv−10823−GBD−SN, 265 in 1:19−cv−11865−GBD−SN, 39 in 1:23−cv−07328−GBD−SN) MOTION for Certi Appealability *Pursuant to 28 U.S.C. § 1292(b)*. . Document filed by Republic of the Sudan. Filed In Associated Case 1:03−md−01570−GBD−SN et al..(Curran, Christopher) (Entered: 01/29/2025) |
| 29/2025 | 10689 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated January 29, 2025 Request to add to the Courts agenda for the upcoming February 4, 2025 conference. Document filed by Plaintiffs Exe Committees..(Haefele, Robert) (Entered: 01/29/2025) |
| 29/2025 | | Transmission to Orders and Judgments Clerk. Transmitted re: (10681 in 1:03−md−01570−GBD−SN, 10681 in 1:03−md−01570−GBD−SN, 255 in 1:18−cv−11875−GBD−SN, 255 in 1:18−cv−11875−GBD−SN) Order on Motion Judgment,Order on Motion for Default Judgment to the Orders and Judgments Clerk. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11875−GBD−SN.(rro) (Entered: 03/20/2025) |
| 30/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (1210 in 1:03−cv−09849−GBD− in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN(tp)** (Entered: 01/30/2025) |
| 30/2025 | 10690 | LETTER addressed to Magistrate Judge Sarah Netburn from Omar T. Mohammedi dated January 30, 2025 re: Objec PECs' Letter Request dated January 29, 2025 and Scheduling Request. Document filed by World Assembly of Musli Youth..(Mohammedi, Omar) (Entered: 01/30/2025) |

| | | |
|---|---|---|
| 31/2025 | 10691 | Objection re: 10615 Memorandum & Opinion,,,,,,, *Rule 72(a) Objections*. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 01/31/2025) |
| 31/2025 | 10692 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees dated January 31, 2025 Response to the letter from WAMYs counsel, ECF No. 10690. Document filed by Plaintiffs Executive Committees..( Robert) (Entered: 01/31/2025) |
| 31/2025 | 10693 | Objection re: 10615 Memorandum & Opinion,,,,,,, *Rule 72(a) Objections*. Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 01/31/2025) |
| 31/2025 | 10694 | OPINION AND ORDER re: 10646 MOTION for Reconsideration re; 10615 Memorandum & Opinion,,,,,,, . filed by of Saudi Arabia. Saudi Arabia has not overcome the "strict" threshold required to grant its request for reconsideration motion is denied. Shrader, 70 F.3d at 257 (2d Cir. 1995). The Clerk of Court is respectfully directed to terminate the ECF No. 10646. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 1/31/2025) (tg) (Entered: 02/03/202 |
| 31/2025 | 10695 | ORDER: The Court is scheduling a conference to discuss the WAMY deposition issue at 10:00 a.m. on February 28, ECF Nos. 10689, 10690. The conference will be held in the Thurgood Marshall Courthouse, 40 Foley Square, New Y The Court will provide the courtroom closer to the date. The Court is therefore not adding this issue to the agenda for upcoming February 4, 2025, conference. SO ORDERED. ( Status Conference set for 2/28/2025 at 10:00 AM before M Judge Sarah Netburn.) (Signed by Magistrate Judge Sarah Netburn on 1/31/2025) (tg) (Entered: 02/03/2025) |
| 31/2025 | 10696 | MEMO ENDORSED ORDER granting (1205) Motion to Substitute Party. in case 1:03−cv−09849−GBD−SN; granti Motion to Substitute Party. in case 1:03−md−01570−GBD−SN. ENDORSEMENT: The motion to substitute is GRA Clerk of Court is respectfully directed to close the motions at ECF No. 10682 in 03−md−01570 and ECF No. 1205 in 03−cv−09849. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 1/31/2025) Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN (dsh) Modified on 2/3/2025 (dsh). (Entered: 02/03/2025) |
| 31/2025 | 10697 | MEMO ENDORSED ORDER granting (1208) Motion to Amend/Correct in case 1:03−cv−09849−GBD−SN; grantin Motion to Amend/Correct in case 1:03−md−01570−GBD−SN. ENDORSEMENT: The motion to amend is GRANTE Clerk of Court is respectfully directed to close the motions at ECF No. 10685 in 03−md−01570 and ECF No. 1208 in 03−cv−09849. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 1/31/2025) Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN (dsh) (Entered: 02/03/2025) |
| 03/2025 | 10698 | ORDER: The conference scheduled for 10:00 a.m. on February 28, 2025, will be held in Courtroom 110 of the Thurg Marshall Courthouse, 40 Foley Square, New York, NY. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn 2/3/2025) (dsh) (Entered: 02/03/2025) |
| 04/2025 | 10699 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** NOTICE OF APPEAL from 10657 Order,, 10658 Clerk's Document filed by Federal Insurance Company et al., Plaintiffs. Filing fee $ 605.00, receipt number ANYSDC−3056 C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Exhibit A_January Order ECF # 10657, # 2 Exhibit B_Clerk's Rule 54(b) Judgment ECF #10658, # 3 Exhibit C_Memorandum Decision #8911).(Carter, Sean) Modified on 2/4/2025 (tp). (Entered: 02/04/2025) |
| 04/2025 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Status Conference held on 2/4/2025. Cou Present. (dsh) (Entered: 02/04/2025) |
| 04/2025 | 10700 | **FILING ERROR − DEFICIENT DOCKET ENTRY − FILER ERROR −** NOTICE OF APPEAL from (10657 in 1:03−md−01570−GBD−SN) Order,, (10658 in 1:03−md−01570−GBD−SN) Clerk's Judgment,,. Document filed by C Casualty Company. Filing fee $ 605.00, receipt number NYSDC−30563087. Form C and Form D are due within 14 c Court of Appeals, Second Circuit. (Attachments: # 1 Exhibit Ex− A− 1.6.25 Order ECF 10657, # 2 Exhibit Ex B − 1. Jgmt ECF 10658, # 3 Exhibit Ex. C − Memo and Decision 3.2023 ECF 8911)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−05970−GBD−SN.(Balzofiore, Janine) (Entered: 02/04/2025) |
| 04/2025 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Janine Balzofiore to Document No. (834 in 1:04−cv−05970−GBD−SN, 10700 in 1:03−md−01570−GBD−SN) Notice of Appeal. The fi deficient for the following reason(s): not all filers mentioned were selected for the appeal. Re−file the appeal us event type Notice of Appeal found under the event list Appeal Documents − attach the correct signed PDF − se correct named filer/filers − select the correct order/judgment being appealed − Do Not Pay the Appeal Fee Ag In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−05970−GBD−SN(tp)** (Entered: 02/04/2025) |
| 04/2025 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Sean Carter to RE−F Document No. 10699 Notice of Appeal. The filing is deficient for the following reason(s): not all filers mentione selected for the appeal; the case was not spread. Re−file the appeal using the event type Notice of Appeal found event list Appeal Documents − attach the correct signed PDF − select the correct named filer/filers − select the order/judgment being appealed − Do Not Pay the Appeal Fee Again. (tp)** (Entered: 02/04/2025) |
| 04/2025 | 10701 | NOTICE OF APPEAL from (10657 in 1:03−md−01570−GBD−SN) Order,, (10658 in 1:03−md−01570−GBD−SN) C Judgment,,. Document filed by Axa Art Insurance Corp., Axa Insurance Company, AXA Reinsurance Company, AX |

| | | |
|---|---|---|
| | | AXA RE Canadian Branch, AXA RE UK Plc, AXA Versicherung, Bankers Standard Insurance Co., ACE Global Ma Syndicate 2488, Federal Insurance Company, Pacific Indemnity Company, Chubb Custom Insurance Company, Chul Indemnity Insurance Company, Chubb Insurance Company of Canada, Chubb Insurance Company of New Jersey, G Northern Insurance Company, Vigilant Insurance Company, One Beacon Insurance Company, One Beacon America Company, American Employers' Insurance Company, The Camden Fire Insurance Association, Homeland Insurance of New York, American Alternative Insurance Corporation, Great Lakes Reinsurance (UK) PLC, The Princeton Exce Surplus Lines Insurance Company, Hiscox Dedicated Corporate Member, Ltd., Allstate Insurance Company, Boston Insurance Company, Continental Insurance Company, Continental Insurance Company of New Jersey, Fidelity and C Company of New York, Glens Falls Insurance Company, National Ben Franklin Insurance Company of Illinois, AXA Solutions Assurance SA, AXA Global Risks (UK) Limited, Federal Insurance Company, Great Lakes Reinsurance U Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of Canada, C Insurance Company of New Jersey, Great Northern Insurance Company, Vigilant Insurance Company. Form C and F due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Exhibit A_January 6, 2025 Order ECF 2 Exhibit B_Clerk's Rule 54(b) Judgment ECF #10658, # 3 Exhibit C_Memorandum Decision ECF #8911)Filed In A Cases: 1:03−md−01570−GBD−SN, 1:03−cv−06978−GBD−SN.(Carter, Sean) Modified on 2/5/2025 (nd). (Entered: ( |
| )4/2025 | 10702 | NOTICE OF APPEAL from (10657 in 1:03−md−01570−GBD−SN) Order,, (10658 in 1:03−md−01570−GBD−SN) C Judgment,,. Document filed by Continental Casualty Company, Transcontinental Insurance Company, Transportation Company, Valley Forge Insurance Company, National Fire Insurance Company of Hartford, American Casualty Con Reading, Pennsylvania, National Fire Insurance Company of Hartford, Continental Casualty Comapny. Form C and F due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Exhibit Ex. A − Order 1.6.25 −ECF 1( Exhibit Ex−B − Jdgmt 1.6.25 − ECF 10658, # 3 Exhibit Ex. C − Memo and Decision 3.2023 ECF 8911)Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:04−cv−05970−GBD−SN.(Balzofiore, Janine) Modified on 2/5/2025 (nd). (Ente 02/04/2025) |
| )4/2025 | 10703 | NOTICE OF APPEAL from 8911 Order on Motion for Summary Judgment,, Order on Motion for Oral Argument , 1 Order,, 10658 Clerk's Judgment,,. Document filed by Cantor Fitzgerald Associates, L.P., Cantor Fitzgerald Brokerage Cantor Fitzgerald Europe, Cantor Fitzgerald International, Cantor Fitzgerald Partners, Cantor Fitzgerald Securities, C Fitzgerald, L.P., Cantor Index Limited, eSpeed Government Securities, Inc., Espeed, Inc., eSpeed Securities, Inc., Tra L.P., Cantor Fitzgerald & Co.. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Exhibit A − Order, # 2 Exhibit B − Rule 54(b) Judgment, # 3 Exhibit C − Memorandum Decision a Order).(Paul, David) Modified on 2/5/2025 (nd). (Entered: 02/04/2025) |
| )5/2025 | | Appeal Fee Paid electronically via Pay.gov: for (10701 in 1:03−md−01570−GBD−SN, 1261 in 1:03−cv−06978−GBI Notice of Appeal. Filing fee $ 605.00. Pay.gov receipt number ANYSDC−30562518, paid on 2/4/2025. Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:03−cv−06978−GBD−SN.(nd) (Entered: 02/05/2025) |
| )5/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (10701 in 1:03−md−01570−GBD−SN, 1261 in 1:03−cv−06978−GBD−SN) Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−06978−GBD−SN.(nd) (Entered: 02/05/2025) |
| )5/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for (10701 in 1:03−md−01570−GBD−SN, 1261 in 1:03−cv−06978−GBD−SN) Notice of Appeal,,,,,,, filed by AXA Versicherung, Insurance Company of New Jersey, AXA Corporate Solutions Assurance SA, The Princeton Excess & Surplus Lines Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of Canada, Axa Insurance Company, A Markets Syndicate 2488, AXA RE UK Plc, AXA Global Risks (UK) Limited, Chubb Custom Insurance Company, A Hiscox Dedicated Corporate Member, Ltd., One Beacon America Insurance Company, National Ben Franklin Insura Company of Illinois, Bankers Standard Insurance Co., American Alternative Insurance Corporation, Vigilant Insuran Company, Boston Old Colony Insurance Company, AXA RE Canadian Branch, Pacific Indemnity Company, Federa Company, Glens Falls Insurance Company, Great Lakes Reinsurance (UK) PLC, American Employers' Insurance Co Fidelity and Casualty Company of New York, Continental Insurance Company, The Camden Fire Insurance Associat Art Insurance Corp., Allstate Insurance Company, AXA Reinsurance Company, Chubb Insurance Company of New Great Northern Insurance Company, Great Lakes Reinsurance U.K. PLC, One Beacon Insurance Company, Homelar Company of New York were transmitted to the U.S. Court of Appeals. Filed In Associated Cases: 1:03−md−01570−( 1:03−cv−06978−GBD−SN.(nd) (Entered: 02/05/2025) |
| )5/2025 | | Appeal Fee Paid electronically via Pay.gov: for (835 in 1:04−cv−05970−GBD−SN, 10702 in 1:03−md−01570−GBD Notice of Appeal. Filing fee $ 605.00. Pay.gov receipt number NYSDC−30563087, paid on 2/4/2025. Filed In Assoc 1:03−md−01570−GBD−SN, 1:04−cv−05970−GBD−SN.(nd) (Entered: 02/05/2025) |
| )5/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (835 in 1:04−cv−05970−GBD−SN, 10702 in 1:03−md−01570−GBD−SN) Notice of Appeal,,,,. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−05970−GBD−SN.(nd) (Entered: 02/05/2025) |
| )5/2025 | | Appeal Fee Due: for 10703 Notice of Appeal.$605.00 Appeal fee due by 2/19/2025..(nd) (Entered: 02/05/2025) |

| | | |
|---|---|---|
| )5/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 10703 Notice of Appeal,,,,.(nd) (Entered: 02/05/2025) |
| )5/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 10703 Notic Appeal,,, filed by Cantor Fitzgerald Europe, Cantor Fitzgerald Partners, Cantor Fitzgerald Securities, Cantor Fitzgera Associates, L.P., Cantor Fitzgerald International, Espeed, Inc., Cantor Index Limited, eSpeed Securities, Inc., eSpeed Government Securities, Inc., Cantor Fitzgerald, L.P., Cantor Fitzgerald Brokerage, L.P., TradeSpark, L.P., Cantor Fit Co. were transmitted to the U.S. Court of Appeals..(nd) (Entered: 02/05/2025) |
| )5/2025 | 10704 | LETTER addressed to Magistrate Judge Sarah Netburn from Michael K. Kellogg dated February 5, 2025 re: Filing D Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 02/05/2025) |
| )5/2025 | 10705 | NOTICE OF APPEAL from (1203 in 1:03−cv−09849−GBD−SN, 10657 in 1:03−md−01570−GBD−SN) Order,, (106 1:03−md−01570−GBD−SN) Clerk's Judgment,,. Document filed by Burnett Plaintiffs. Filing fee $ 605.00, receipt nu NYSDC−30570960. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Attachme Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Haefele, Robert) (Entered: 02/05/2025) |
| )5/2025 | 10706 | NOTICE OF APPEAL from (812 in 1:04−cv−07279−GBD−SN, 10657 in 1:03−md−01570−GBD−SN) Order,, (106 1:03−md−01570−GBD−SN) Clerk's Judgment,,. Document filed by Tradesoft Technologies, Inc., Maxcor Informatic Euro Brokers Ltd., Euro Brokers Financial Services Limited, Euro Brokers Mexico, S.A. DE C.V., Euro Brokers (Sw S.A., Euro Brokers Inc., Maxcor Financial Group Inc., Maxcor Financial Inc., Maxcor Financial Asset Management I fee $ 605.00, receipt number NYSDC−30570966. Form C and Form D are due within 14 days to the Court of Appeal Circuit. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 1:03−md−01570−GBD 1:04−cv−07279−GBD−SN.(Haefele, Robert) (Entered: 02/05/2025) |
| )5/2025 | 10707 | SCHEDULING ORDER: On February 4, 2025, the Court held a hearing with the Plaintiffs' Executive Committees a Republic of the Sudan (Sudan) to set a preliminary discovery schedule. Having considered the parties' respective pro Court orders that (1) the Plaintiffs shall serve interrogatories concerning document preservation and the status of rele repositories, as well as their initial document requests, within 30 days of this Order; (2) Sudan shall respond with any within 30 days of service of the discovery demands; and (3) Sudan shall send its substantive responses, including by responsive documents, on a rolling basis, with substantial completion within 60 days of service.The Court intends to appropriate date to close fact discovery at a status conference at 10:00 a.m. on May 30, 2025, in the Thurgood Marsh Courthouse, 40 Foley Square, New York, NY. The parties shall each file a status letter with a proposed schedule for t completion fact discovery, including depositions, no later than May 23, 2025. SO ORDERED. Status Conference set 5/30/2025 at 10:00 AM in Courtroom 318, 40 Centre Street, New York, NY 10007 before Magistrate Judge Sarah Ne (Signed by Magistrate Judge Sarah Netburn on 2/5/2025) (dsh) (Entered: 02/05/2025) |
| )6/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (10705 in 1:03−md−01570−GBD−SN, 1214 in 1:03−cv−09849−GBD−SN) Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(km) (Entered: 02/06/2025) |
| )6/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for (10705 in 1:03−md−01570−GBD−SN, 1214 in 1:03−cv−09849−GBD−SN) Notice of Appeal, filed by Burnett Plaintiffs were t to the U.S. Court of Appeals. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(kn 02/06/2025) |
| )6/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (814 in 1:04−cv−07279−GBD−SN, 10706 in 1:03−md−01570−GBD−SN) Notice of Appeal. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−07279−GBD−SN.(km) (Entered: 02/06/2025) |
| )6/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for (814 in 1:04−cv−07279−GBD−SN, 10706 in 1:03−md−01570−GBD−SN) Notice of Appeal filed by Maxcor Financial Grou Maxcor Financial Inc., Maxcor Information Inc., Tradesoft Technologies, Inc., Euro Brokers (Switzerland) S.A., Eur Financial Services Limited, Maxcor Financial Asset Management Inc., Euro Brokers Mexico, S.A. DE C.V., Euro Br Euro Brokers Ltd. were transmitted to the U.S. Court of Appeals. Filed In Associated Cases: 1:03−md−01570−GBD− 1:04−cv−07279−GBD−SN.(km) (Entered: 02/06/2025) |
| )6/2025 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners ACE American Insurance Company added. Party added pursu Amended Complaint,,,,,,,. Related document: 111 Amended Complaint,,,,,,,.(Carter, Sean) (Entered: 02/06/2025) |
| )6/2025 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners ACE Bermuda Insurance Ltd. added. Party added pursuant to Amended Complaint,,,,,,,. Related document: 111 Amended Complaint,,,,,,,.(Carter, Sean) (Entered: 02/06/2025) |
| )6/2025 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners ACE Capital V Ltd for itself and as representative of all subsc underwriters for ACE Global Markets Syndicate 2488 added. Party added pursuant to 111 Amended Complaint,,,,,,,. document: 111 Amended Complaint,,,,,,,.(Carter, Sean) (Entered: 02/06/2025) |

| | | |
|---|---|---|
| )6/2025 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners ACE INA Canada added. Party added pursuant to 111 Amend Complaint,,,,,,,. Related document: 111 Amended Complaint,,,,,,,,.(Carter, Sean) (Entered: 02/06/2025) |
| )6/2025 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners Ace Indemnity Insurance Company added. Party added pursua Amended Complaint,,,,,,,. Related document: 111 Amended Complaint,,,,,,,,.(Carter, Sean) (Entered: 02/06/2025) |
| )6/2025 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners Ace Insurance SA−NV added. Party added pursuant to 111 Ar Complaint,,,,,,,. Related document: 111 Amended Complaint,,,,,,,,.(Carter, Sean) (Entered: 02/06/2025) |
| )6/2025 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners Ace Property & Casualty Insurance Company added. Party ad pursuant to 111 Amended Complaint,,,,,,,. Related document: 111 Amended Complaint,,,,,,,,.(Carter, Sean) (Entered: 02/06/2025) |
| )6/2025 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners Atlantic Employers Insurance Company added. Party added p 111 Amended Complaint,,,,,,,. Related document: 111 Amended Complaint,,,,,,,,.(Carter, Sean) (Entered: 02/06/2025 |
| )6/2025 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners AXA Cessions added. Party added pursuant to 111 Amended Complaint,,,,,,,. Related document: 111 Amended Complaint,,,,,,,,.(Carter, Sean) (Entered: 02/06/2025) |
| )6/2025 | 10708 | ORDER: The Court is reviewing the Plaintiffs' motion for default judgment at ECF No. 9879. Plaintiffs seek a defaul on behalf of a non−United States national but proceed under the private right of action found at 28 U.S.C. § 1605A, v not extend to non−U.S. nationals. They also rely on an inapplicable statute to argue that the Court can extend its juris their claim. The Alien Tort Statute only affords jurisdiction for suits against private defendants, not against foreign so Mohammadi v. Islamic Republic of Iran, 782 F.3d 9, 17 (D.C. Cir. 2015) (finding no subject matter jurisdiction over brought by non−U.S. nationals against Iran under the Alien Tort Statute). It does not confer any waiver of foreign sov immunity. Id. (citing Argentine Republic v. Amerada Hess Shipping Corp., 488 U.S. 428, 43839 (1989)). The Foreig Immunities Act provides the sole basis for obtaining jurisdiction over a foreign state in federal court. Amerada Hess, 439. The Court takes seriously its responsibility to ensure that the process by which default judgments are entered is t and just. The Court therefore invites counsel to refile their motion by February 12, 2025. The Court has previously ru has jurisdiction over personal injury claims brought by non−U.S. nationals under 28 U.S.C. § 1605B(b) and has foun for assault and battery under New York law. See In re Terrorist Attacks on Sept. 11, 2001, No. 03−md−01570 (GBD) WL 4268663 (S.D.N.Y. Jan. 5, 2024) (ECF No. 9506), report and recommendation adopted by 2024 WL 1312504 (M 2024) (ECF No. 9666). SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 2/6/2025) (dsh) (Entered: 02/ |
| )6/2025 | 10709 | MEMO ENDORSEMENT on re: 10704 Letter filed by Kingdom of Saudi Arabia. ENDORSEMENT: Saudi Arabia's GRANTED. Responses are due by February 28, 2025, and the deadline for reply briefs is set for March 14, 2025. (Si Magistrate Judge Sarah Netburn on 2/6/2025) (dsh) (Entered: 02/07/2025) |
| )7/2025 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners AXA Corporation Solutions Assurance Canada added. Party a pursuant to 111 Amended Complaint,,,,,,,. Related document: 111 Amended Complaint,,,,,,,,.(Carter, Sean) (Entered: 02/07/2025) |
| )7/2025 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners AXA Corporate Solutions Assurance UK Brand added. Party pursuant to 111 Amended Complaint,,,,,,,. Related document: 111 Amended Complaint,,,,,,,,.(Carter, Sean) (Entered: 02/07/2025) |
| )7/2025 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners AXA Corporate Solutions Insurance Company added. Party a pursuant to 111 Amended Complaint,,,,,,,. Related document: 111 Amended Complaint,,,,,,,,.(Carter, Sean) (Entered: 02/07/2025) |
| )7/2025 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners AXA Corporate Solutions Insurance Company added. Party a pursuant to 111 Amended Complaint,,,,,,,. Related document: 111 Amended Complaint,,,,,,,,.(Carter, Sean) (Entered: 02/07/2025) |
| )7/2025 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners AXA Corporate Solutions Reinsurance Company added. Party pursuant to 111 Amended Complaint,,,,,,,. Related document: 111 Amended Complaint,,,,,,,,.(Carter, Sean) (Entered: 02/07/2025) |
| )7/2025 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners AXA RE Asia Pacific Pte. Limited added. Party added pursua Amended Complaint,,,,,,,. Related document: 111 Amended Complaint,,,,,,,,.(Carter, Sean) (Entered: 02/07/2025) |
| )7/2025 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners AXA RE Madeira Branch added. Party added pursuant to 111 Complaint,,,,,,,. Related document: 111 Amended Complaint,,,,,,,,.(Carter, Sean) (Entered: 02/07/2025) |
| )7/2025 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners AXA RE n/k/a Colisee Re added. Party added pursuant to 111 Complaint,,,,,,,. Related document: 111 Amended Complaint,,,,,,,,.(Carter, Sean) (Entered: 02/07/2025) |
| )7/2025 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners Compagnie Generale de Reinsurance de Monte Carlo added. I pursuant to 111 Amended Complaint,,,,,,,. Related document: 111 Amended Complaint,,,,,,,,.(Carter, Sean) (Entered: |

| | | |
|---|---|---|
| | | 02/07/2025) |
| )7/2025 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners Indemnity Insurance Company of North America added. Party pursuant to 111 Amended Complaint,,,,,,,. Related document: 111 Amended Complaint,,,,,,,..(Carter, Sean) (Entered: 02/07/2025) |
| )7/2025 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners Insurance Company Of North America, Pacific Employers Ins Company, SPS Reassurance added. Party added pursuant to 111 Amended Complaint,,,,,,,. Related document: 111 Ai Complaint,,,,,,,..(Carter, Sean) (Entered: 02/07/2025) |
| )7/2025 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners Westchester Fire Insurance Company, Westchester Surplus Li Insurance Company, Woburn Insurance Ltd. added. Party added pursuant to 111 Amended Complaint,,,,,,,. Related d 111 Amended Complaint,,,,,,,..(Carter, Sean) (Entered: 02/07/2025) |
| .1/2025 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners Euro Brokers Inc. added. Party added pursuant to 3478 Amen Complaint,. Related document: 3478 Amended Complaint,..(Haefele, Robert) (Entered: 02/11/2025) |
| .1/2025 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners Maxcor Financial Group Inc., Maxcor Financial Inc., Maxcor Asset Management Inc., Tradesoft Technologies, Inc., Maxcor Information Inc., Euro Brokers Ltd., Euro Brokers Fir Services Limited, Euro Brokers Mexico, S.A. DE C.V. added. Party added pursuant to 3478 Amended Complaint,. R document: 3478 Amended Complaint,..(Haefele, Robert) (Entered: 02/11/2025) |
| .1/2025 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners Maxcor Financial Group Inc., Maxcor Financial Inc., Maxcor Asset Management Inc., Tradesoft Technologies, Inc., Maxcor Information Inc., Euro Brokers Ltd., Euro Brokers Fir Services Limited, Euro Brokers Mexico, S.A. DE C.V. added. Party added pursuant to 3478 Amended Complaint,. R document: 3478 Amended Complaint,..(Haefele, Robert) (Entered: 02/11/2025) |
| .1/2025 | 10710 | TRANSCRIPT of Proceedings re: CONFERENCE held on 2/4/2025 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Amy Walker, (212) 805−0300. Transcript may be viewed at the court public terminal or purcha through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 3/4/2025. Redacted Transcript Deadline set for 3/14/2025. Release Transcript Restriction set for 5/12/2025.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(McGuirk, Kell 02/11/2025) |
| .1/2025 | 10711 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERI proceeding held on 2/4/2025 has been filed by the court reporter/transcriber in the above−captioned matter. The parti seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...F Associated Cases: 1:03−md−01570−GBD−SN et al..(McGuirk, Kelly) (Entered: 02/11/2025) |
| .2/2025 | 10712 | LETTER MOTION for Extension of Time to File */ Refile the Motion originally filed at ECF 9879* addressed to Magi Sarah Netburn from Megan W. Benett dated 2/12/2025. Document filed by Kathleen Ashton(as Administrator of the Thomas Ashton, deceased and on behalf of all survivors of Thomas Ashton).Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Benett, Megan) (Entered: 02/12/2025) |
| .2/2025 | 10713 | MEMORANDUM OF LAW in Opposition re: 10684 MOTION for Certificate of Appealability *Pursuant to 28 U.S.C 1292(b)*. . Document filed by Plaintiffs Executive Committees..(Carter, Sean) (Entered: 02/12/2025) |
| .3/2025 | 10714 | ORDER granting (10712) Letter Motion for Extension of Time to File in case 1:03−md−01570−GBD−SN; granting ( Letter Motion for Extension of Time to File in case 1:02−cv−06977−GBD−SN. The extension request is GRANTED ORDERED. (Signed by Magistrate Judge Sarah Netburn on 2/13/2025) Filed In Associated Cases: 1:03−md−01570− 1:02−cv−06977−GBD−SN (dsh) (Entered: 02/13/2025) |
| .4/2025 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners Euro Brokers Switzerland S.A. added. Party added pursuant to Amended Complaint,. Related document: 3478 Amended Complaint,..(Haefele, Robert) (Entered: 02/14/2025) |
| .8/2025 | 10715 | MOTION to Correct Judgment re: (8293 in 1:03−md−01570−GBD−SN) Order on Motion for Default Judgment,,,,, . filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 02/18/2025) |
| .8/2025 | 10716 | MEMORANDUM OF LAW in Support re: (10715 in 1:03−md−01570−GBD−SN, 916 in 1:15−cv−09903−GBD−SN to Correct Judgment re: (8293 in 1:03−md−01570−GBD−SN) Order on Motion for Default Judgment,,,,, . . Documer Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) 02/18/2025) |
| .8/2025 | 10717 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Exhibit A).(Duane, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 02/18/202 |

| | | |
|---|---|---|
| 8/2025 | 10718 | TRANSCRIPT of Proceedings re: CONFERNECE held on 12/10/2024 before Judge George B. Daniels. Court Reporter/Transcriber: Raquel Robles, (212) 805−0300. Transcript may be viewed at the court public terminal or purc through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 3/11/2025. Redacted Transcript Deadline set for 3/21/2025. Releas Transcript Restriction set for 5/19/2025.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(McGuirk, Kell 02/18/2025) |
| 8/2025 | 10719 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFER proceeding held on 12/10/2024 has been filed by the court reporter/transcriber in the above−captioned matter. The pa seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...F Associated Cases: 1:03−md−01570−GBD−SN et al..(McGuirk, Kelly) (Entered: 02/18/2025) |
| 8/2025 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (10717 in 1:03−md−01570−GBD−SN, 918 in 1:15−cv−09903−GBD−SN) Proposed Default Judgment was reviewed and a to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(nd)** (Entered: 02/18/2 |
| 8/2025 | 10720 | MOTION for Default Judgment as to *Defendant the Taliban*. Document filed by Deborah Grazioso(as Personal Repr of the Estate of Timothy Grazioso, Deceased), Deborah Grazioso(surviving Spouse of Timothy Grazioso), Deborah Grazioso(surviving Spouse of Timothy Grazioso ).Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−01188−GBD−SN.(Fleming, Timothy) (Entered: 02/18/2025) |
| 8/2025 | 10721 | DECLARATION of Timothy B. Fleming in Support re: (10720 in 1:03−md−01570−GBD−SN, 90 in 1:22−cv−01188−GBD−SN) MOTION for Default Judgment as to *Defendant the Taliban*.. Document filed by Debora Grazioso(as Personal Representative of the Estate of Timothy Grazioso, Deceased), Deborah Grazioso(surviving Spo Timothy Grazioso), Deborah Grazioso(surviving Spouse of Timothy Grazioso ). (Attachments: # 1 Exhibit Standard as to Estates, # 2 Exhibit Standard Exhibit B as to Immediate Family Members (Solatium))Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:22−cv−01188−GBD−SN.(Fleming, Timothy) (Entered: 02/18/2025) |
| 8/2025 | 10722 | DECLARATION of Andrew Levitt in Support re: (10720 in 1:03−md−01570−GBD−SN, 90 in 1:22−cv−01188−GB MOTION for Default Judgment as to *Defendant the Taliban*.. Document filed by Deborah Grazioso(as Personal Repr of the Estate of Timothy Grazioso, Deceased), Deborah Grazioso(surviving Spouse of Timothy Grazioso), Deborah Grazioso(surviving Spouse of Timothy Grazioso ). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−01188−GBD−SN.(Fleming, Timothy) (Entered: 02/18/2025) |
| 8/2025 | 10723 | MEMORANDUM OF LAW in Support re: (10720 in 1:03−md−01570−GBD−SN, 90 in 1:22−cv−01188−GBD−SN) for Default Judgment as to *Defendant the Taliban*. . Document filed by Deborah Grazioso(as Personal Representative Estate of Timothy Grazioso, Deceased), Deborah Grazioso(surviving Spouse of Timothy Grazioso), Deborah Grazio Spouse of Timothy Grazioso ). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−01188−GBD−SN.( Timothy) (Entered: 02/18/2025) |
| 8/2025 | 10724 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Deborah Grazioso(as Personal Representative of the Estate of Timothy Grazioso, Deceased), Deborah Grazioso(surviving Spouse of Timothy Grazi Deborah Grazioso(surviving Spouse of Timothy Grazioso ). (Attachments: # 1 Civil Cover Sheet Default Motion Cov Sheet).(Fleming, Timothy) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 02/18/20 |
| 8/2025 | 10725 | LETTER MOTION for Oral Argument *and Evidentiary Hearing* addressed to Judge George B. Daniels from Timoth Fleming dated February 18, 2025. Document filed by Deborah Grazioso(as Personal Representative of the Estate of T Grazioso, Deceased), Deborah Grazioso(surviving Spouse of Timothy Grazioso), Katherine Maher(as Executrix of th DANIEL L. MAHER, Deceased), Katherine Maher(Individually and as surviving Spouse of DANIEL L. MAHER, D Deborah Grazioso(surviving Spouse of Timothy Grazioso ), Katherine Maher.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−01188−GBD−SN, 1:23−cv−02845−GBD−SN.(Fleming, Timothy) (Entered: 0 |
| 8/2025 | 10726 | PROPOSED ORDER. Document filed by Deborah Grazioso(as Personal Representative of the Estate of Timothy Gra Deceased), Deborah Grazioso(surviving Spouse of Timothy Grazioso), Katherine Maher(as Executrix of the Estate o L. MAHER, Deceased), Katherine Maher(Individually and as surviving Spouse of DANIEL L. MAHER, Deceased), Grazioso(surviving Spouse of Timothy Grazioso ), Katherine Maher. Related Document Number: 10725 ..(Fleming, **Proposed Order to be reviewed by Clerk's Office staff.** Modified on 2/19/2025 (nd). (Entered: 02/18/2025) |
| 9/2025 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (10724 in 1:03−md−01570−GBD−SN, 94 in 1:22−cv−01188−GBD−SN) Proposed Default Judgment, was reviewed and ap to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−01188−GBD−SN(nd)** (Entered: 02/19/2 |
| 9/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (96 in 1:22−cv−01188−GBD−S 1:03−md−01570−GBD−SN, 48 in 1:23−cv−02845−GBD−SN) Proposed Order,, was reviewed and approved as Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−01188−GBD−SN, 1:23−cv−02845−GBD−SN(n** 02/19/2025) |

| | | |
|---|---|---|
| .9/2025 | 10727 | REPORT & RECOMMENDATION re: (707 in 1:15−cv−09903−GBD−SN, 9749 in 1:03−md−01570−GBD−SN) MO Default Judgment as to *Non−National 9/11 Personal−Injury Plaintiffs (Burnett Non−Nationals 2)* filed by Burnett P (693 in 1:15−cv−09903−GBD−SN, 9660 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Burne Personal−Injury Plaintiffs (Burnett/Iran Personal Injury 8)* filed by Burnett Plaintiffs, (9853 in 1:03−md−01570−GE MOTION for Default Judgment as to *the Estate of Angel R. Ortiz* filed by Lisa Ortiz, (720 in 1:15−cv−09903−GBD− in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Burnett/Iran Personal Injury 9 Plaintiffs* filed b Plaintiffs, (729 in 1:15−cv−09903−GBD−SN, 9889 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment a *Burnett Non−Nationals 3* filed by Burnett Plaintiffs, (2081 in 1:02−cv−06977−GBD−SN, 9879 in 1:03−md−01570− MOTION for Default Judgment as to *Ashton 27 Plaintiffs* filed by Kathleen Ashton. The Court recommends granting filed by Mr. Ortiz. See ECF No. 9853. The Court recommends granting the motions filed by the Burnett Plaintiffs, su reduction in damages recommended for Mr. Ciarnella. See ECF Nos. 9660, 9749, 9873, 9889. The Court recommend without prejudice the Ashton Plaintiff's motion. See ECF No. 9879. The Court further recommends granting pain and damages as detailed in the attached Exhibits A and B. The listed Plaintiffs should also be awarded prejudgment intere of 4.96 percent per annum, compounded annually for the period from September 11, 2001, until the date of the judgm Plaintiffs should be permitted to submit additional applications for damages, including punitive damages, consistent v future rulings of the Court. Objections to R&R due by 3/5/2025. (Signed by Magistrate Judge Sarah Netburn on 2/19/ In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:15−cv−09903−GBD−SN (mml) (En 02/19/2025) |
| .9/2025 | 10728 | ORDER granting (10626) Motion to Authorize Alternate Service in case 1:03−md−01570−GBD−SN; granting (2212 Authorize Alternate Service in case 1:02−cv−06977−GBD−SN; granting (371) Motion to Authorize Alternate Servic 1:02−cv−07230−GBD−SN; granting (296) Motion to Authorize Alternate Service in case 1:02−cv−07236−GBD. For articulated in the Court's April 5, 2022 opinion, see ECF No. 7830, the Ashton Plaintiffs' motion to authorize alternat on the Taliban and Da Afghanistan Bank is GRANTED. See ECF No. 10626. To that end, the notices published in A Al−Arabi and the New York Times must conform to the requirements of CPLR § 316 and, to comply with 28 U.S.C. 1608(b)(3), all notices shall be accompanied by "a translation of the relevant documents" into "any language spoken l substantial percentage of Afghanistan's population." ECF No. 7830 at 14 (citing Trans Commodities, Inc. v. Kazaksta House, No. 96−cv−9782 (BSJ), 1997 WL 811474, at *4 n.7 (S.D.N.Y. May 28, 1997) ("In considering service under 1608(b), courts apply a substantial compliance test, not the strict compliance test applicable under section 1608(a)."). confusion, the Ashton Plaintiffs' notices shall not, however, discuss any potential turnover motion. See, e.g., ECF No ("Plaintiffs will move for a Turnover of assets of the Taliban held in the Da Afghanistan Bank account at the New Yo Reserve Bank in New York, NY, USA as partial satisfaction of the above−described judgment on damages."). The Co address the possibility of such a turnover motion until the Court of Appeals for the Second Circuit has ruled on the pa pending appeals. See ECF Nos. 10630, 10660, 10668. The Clerk of the Court is respectfully directed to terminate the ECF No. 10626 in 03−md−01570, ECF No. 2212 in 02−cv−06977, ECF No. 371 in 02−cv−07230, and ECF No. 296 02−cv−07236. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 2/19/2025) Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN, 1:02−cv−07236−GBD (vfr) (En 02/19/2025) |
| .9/2025 | 10729 | REPLY MEMORANDUM OF LAW in Support re: (35 in 1:23−cv−10824−GBD−SN, 175 in 1:22−cv−05193−GBD− 1:24−cv−05520−GBD−SN, 24 in 1:24−cv−07824−GBD−SN, 1259 in 1:03−cv−06978−GBD−SN, 56 in 1:23−cv−08305−GBD−SN, 71 in 1:20−cv−10657−GBD−SN, 55 in 1:23−cv−07283−GBD−SN, 76 in 1:23−cv−05790−GBD−SN, 832 in 1:04−cv−05970−GBD−SN, 617 in 1:04−cv−01922−GBD−SN, 1207 in 1:03−cv−09849−GBD−SN, 36 in 1:23−cv−07391−GBD−SN, 88 in 1:22−cv−10823−GBD−SN, 265 in 1:19−cv−11865−GBD−SN, 23 in 1:23−cv−07164−GBD−SN, 2218 in 1:02−cv−06977−GBD−SN, 68 in 1:20−cv−10615−GBD−SN, 305 in 1:18−cv−05321−GBD−SN, 39 in 1:23−cv−07328−GBD−SN, 10684 in 1:03−md−01570−GBD−SN, 325 in 1:18−cv−05306−GBD−SN) MOTION for Certificate of Appealability *Pursuant t § 1292(b)*. . Document filed by Republic of the Sudan. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..( Christopher) (Entered: 02/19/2025) |
| 24/2025 | 10730 | MOTION to Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibit A . Document fil Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 02/24/2025) |
| 24/2025 | 10731 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A) Related Document Numbe ..(Duane, John) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 02/24/2025) |
| 24/2025 | 10732 | MOTION to Amend/Correct (53 in 1:15−cv−09903−GBD−SN) Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, . Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In A Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 02/24/2025) |
| 24/2025 | 10733 | MEMORANDUM OF LAW in Support re: (10732 in 1:03−md−01570−GBD−SN, 924 in 1:15−cv−09903−GBD−SN to Amend/Correct (53 in 1:15−cv−09903−GBD−SN) Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, |

| | | |
|---|---|---|
| | | ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,, . Document filed by Burnett Plaintiffs. Filed In As Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 02/24/2025) |
| 24/2025 | 10734 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A) Related Document Numbe ..(Duane, John) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 02/24/2025) |
| 24/2025 | 10735 | MOTION to Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibit A . Document fil Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Duane, John) (Entered: 02/24/2025) |
| 24/2025 | 10736 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A) Related Document Numbe ..(Duane, John) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 02/24/2025) |
| 24/2025 | 10737 | MOTION to Amend/Correct . Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associated 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Duane, John) (Entered: 02/24/2025) |
| 24/2025 | 10738 | MEMORANDUM OF LAW in Support re: (1222 in 1:03−cv−09849−GBD−SN, 10737 in 1:03−md−01570−GBD−S MOTION to Amend/Correct . . Document filed by Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570−G 1:03−cv−09849−GBD−SN.(Duane, John) (Entered: 02/24/2025) |
| 24/2025 | 10739 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A) Related Document Numbe ..(Duane, John) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 02/24/2025) |
| 25/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (923 in 1:15−cv−09903−GBD− in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(km)** (Entered: 02/25/2025) |
| 25/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (10734 in 1:03−md−01570−GB in 1:15−cv−09903−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(km)** (Entered: 02/25/2025) |
| 25/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (1221 in 1:03−cv−09849−GBD− in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN(km)** (Entered: 02/25/2025) |
| 25/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (10739 in 1:03−md−01570−GB 1224 in 1:03−cv−09849−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN(km)** (Entered: 02/25/2025) |
| 26/2025 | 10740 | MOTION for Default Judgment as to *Burnett Non−Nationals 9*. Document filed by Burnett Plaintiffs.Filed In Associ 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 02/26/2025) |
| 26/2025 | 10741 | MEMORANDUM OF LAW in Support re: (927 in 1:15−cv−09903−GBD−SN, 10740 in 1:03−md−01570−GBD−SN for Default Judgment as to *Burnett Non−Nationals 9*. . Document filed by Burnett Plaintiffs. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 02/26/2025) |
| 26/2025 | 10742 | DECLARATION of John C. Duane in Support re: (10740 in 1:03−md−01570−GBD−SN, 927 in 1:15−cv−09903−GI MOTION for Default Judgment as to *Burnett Non−Nationals 9*.. Document filed by Burnett Plaintiffs. (Attachments: A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 02/26 |
| 26/2025 | 10743 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Cover Sheet Default Judgment Motion Cover Sheet, # 2 Exhibit A).(Duane, John) **Proposed Default Judgment to b by Clerk's Office staff.** (Entered: 02/26/2025) |
| 26/2025 | 10744 | MOTION for Default Judgment as to *Burnett/Iran XXXVIII Plaintiffs*. Document filed by Burnett Plaintiffs, Prior Pla In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00044−GBD−SN.(Duane, Jo (Entered: 02/26/2025) |
| 26/2025 | 10745 | MEMORANDUM OF LAW in Support re: (931 in 1:15−cv−09903−GBD−SN, 183 in 1:19−cv−00044−GBD−SN, 1( 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Burnett/Iran XXXVIII Plaintiffs*. . Document filed Plaintiffs, Prior Plaintiffs. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00044−GBD−SN.(Duane, John) (Entered: 02/26/2025) |
| 26/2025 | 10746 | ***SELECTED PARTIES***DECLARATION of John C. Duane in Support re: (10744 in 1:03−md−01570−GBD−S 1:15−cv−09903−GBD−SN, 183 in 1:19−cv−00044−GBD−SN) MOTION for Default Judgment as to *Burnett/Iran X Plaintiffs*.. Document filed by Burnett Plaintiffs, Prior Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00044−GBD−SNMotion or Order to File U 5716 .(Duane, John) (Entered: 02/26/2025) |

| | | |
|---|---|---|
| 26/2025 | 10747 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs, Prior Plaint (Attachments: # 1 Civil Cover Sheet Default Judgment Motion Cover Sheet, # 2 Exhibit A).(Duane, John) **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 02/26/2025) |
| 27/2025 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (10743 in 1:03−md−01570−GBD−SN, 930 in 1:15−cv−09903−GBD−SN) Proposed Default Judgment, was reviewed and a as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(nd)** (Entered: 02/2 |
| 27/2025 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (10747 in 1:03−md−01570−GBD−SN, 934 in 1:15−cv−09903−GBD−SN, 186 in 1:19−cv−00044−GBD−SN) Proposed Defa Judgment, was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00044−GBD−SN(nd)** (Entered: 02/27/2025) |
| 27/2025 | 10748 | LETTER addressed to Judge George B. Daniels from John F. Schutty dated February 27, 2025 re: Outstanding Rule Objections. Document filed by Irene Dickey.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) (Entered: 02/27/2025) |
| 27/2025 | 10749 | LETTER addressed to Magistrate Judge Sarah Netburn from Aisha E. R. Bembry dated February 27, 2025 re: Feb. 2 Conference. Document filed by International Islamic Relief Organization(IIRO), Muslim World League..(Bembry, A (Entered: 02/27/2025) |
| 28/2025 | 10750 | OPPOSITION BRIEF re: 10691 Objection (non−motion) *Plaintiffs' Opposition to Saudi Arabia's Rule 72(a) Objectio* Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 02/28/2025) |
| 28/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for (835 in 1:04−cv−05970−GBD−SN, 10702 in 1:03−md−01570−GBD−SN) Notice of Appeal,,, filed by Valley Forge Insuranc Company, Continental Casualty Comapny, American Casualty Company of Reading, Pennsylvania, National Fire Ins Company of Hartford, Continental Casualty Company, Transportation Insurance Company, Transcontinental Insuran Company were transmitted to the U.S. Court of Appeals. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−05970−GBD−SN.(nd) (Entered: 02/28/2025) |
| 28/2025 | 10751 | MOTION for Default Judgment as to *Ashton 27 (Revised) Plaintiffs*. Document filed by Kathleen Ashton(as Adminis Estate of Thomas Ashton, deceased and on behalf of all survivors of Thomas Ashton).Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 02/28/2025) |
| 28/2025 | 10752 | DECLARATION of James P. Kreindler in Support re: (10751 in 1:03−md−01570−GBD−SN, 2230 in 1:02−cv−06977−GBD−SN) MOTION for Default Judgment as to *Ashton 27 (Revised) Plaintiffs*.. Document filed by Ashton(as Administrator of the Estate of Thomas Ashton, deceased and on behalf of all survivors of Thomas Ashton) (Attachments: # 1 Exhibit B (identification of parties), # 2 Exhibit C (party declaration), # 3 Exhibit D (medical recor Exhibit E (court appointment))Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(K James) (Entered: 02/28/2025) |
| 28/2025 | 10753 | OPPOSITION BRIEF re: 10693 Objection (non−motion) *Plaintiffs' Executive Committees' Rule 72 Objections to the 11, 2024 Order*. Document filed by Kingdom of Saudi Arabia..(Kellogg, Michael) (Entered: 02/28/2025) |
| 28/2025 | 10754 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Kathleen Ashton(as Administr Estate of Thomas Ashton, deceased and on behalf of all survivors of Thomas Ashton). (Attachments: # 1 Exhibit A (I Judgment Motion Cover Sheet), # 2 Exhibit B (identification of parties)).(Kreindler, James) **Proposed Default Judgr reviewed by Clerk's Office staff.** (Entered: 02/28/2025) |
| 28/2025 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (10754 in 1:03−md−01570−GBD−SN, 2232 in 1:02−cv−06977−GBD−SN) Proposed Default Judgment, was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(nd)** (Entered: 02/2 |
| 28/2025 | 10755 | REPORT AND RECOMMENDATION re: (106 in 1:20−cv−00412−GBD−SN, 100 in 1:20−cv−00354−GBD−SN, 9 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *certain Amin and Anderson plaintiffs*. filed by Va Eileen Shipsey, (70 in 1:21−cv−01394−GBD−SN, 9770 in 1:03−md−01570−GBD−SN) MOTION for Default Judgm filed by Evelyn Betso, (9776 in 1:03−md−01570−GBD−SN, 74 in 1:21−cv−03505−GBD−SN) MOTION for Default as to . filed by Raymond Alexander, (9766 in 1:03−md−01570−GBD−SN, 64 in 1:21−cv−06247−GBD−SN) MOTIC Default Judgment as to . filed by Jill Accardi. The Court recommends GRANTING the motions for partial default juc brought on behalf of the Latent Injury Decedents and DENYING the motions for partial default judgment brought by Family Members. See ECF Nos. 9766, 9770, 9776. The Court also recommends GRANTING the motion for partial c judgment brought on behalf of 9/11 decedent Gene Maloy. See ECF No. 9776. Further, the Court recommends GRAI motion for partial default judgment brought by the Amin and Anderson plaintiffs. See ECF No. 9995. The Court reco awarding damages as listed in the attached exhibits and awarding prejudgment interest of 4.96 percent per annum, co annually for the period from September 11, 2001, until the date of judgment. The Court also recommends permitting plaintiffs to submit further applications for damages, including punitive and economic damages, consistent with any f rulings of the Court. Objections to R&R due by 3/14/2025 (Signed by Magistrate Judge Sarah Netburn on 2/28/2025) |

| | | |
|---|---|---|
| | | Associated Cases: 1:03−md−01570−GBD−SN et al. (jca) (Entered: 02/28/2025) |
| 28/2025 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Status Conference held on 2/28/2025. Co present. (dsh) Modified on 3/3/2025 (dsh). (Entered: 03/03/2025) |
| 03/2025 | 10756 | MEMORANDUM DECISION AND ORDER granting in part and denying in part (9733) Motion for Default Judgme in part and denying in part (9945) Motion for Default Judgment; granting in part and denying in part (10027) Motion Judgment; granting in part and denying in part (10045) Motion for Default Judgment in case 1:03−md−01570−GBD− granting in part and denying in part (700) Motion for Default Judgment; granting in part and denying in part (746) M Default Judgment; granting in part and denying in part (780) Motion for Default Judgment; granting in part and deny (789) Motion for Default Judgment in case 1:15−cv−09903−GBD−SN; granting in part and denying in part (147) Mo Default Judgment in case 1:19−cv−00044−GBD−SN The Burnett Plaintiffs' motion is DENIED in part without preju Ms. Zheng's wrongful death and survival claims; DENIED in part without prejudice as to certain Plaintiffs' request fo damages pursuant to the Anti−Terrorism Act, 18 U,S.C. § 2333; DENIED in part without prejudice as to Plaintiffs Ju Michael Bennett, Joy Bennett, Angela Elizabeth Rogers, Keith Rogers, Joanna K. Wells; DENIED in part without pr to Plaintiffs Keith Cudmore and Timothy John; and GRANTED in part in all other aspects. It is ORDERED that serv process was properly effectuated upon the Iran Defendants under 28 U.S.C. § 1608(a)(4) and 28 U.S.C. § 1608(b)(3); ORDERED that this Court has subject matter and personal jurisdiction over the Plaintiffs' state law claims against the Defendants under 28 U.S.C. §§ 1330(a) and 1605B(b); and it is ORDERED that judgments as to liability are entered Plaintiffs on their IIED state law claims against the Iran Defendants as described in this Order; and it is ORDERED t judgments as to liability are entered for the Plaintiffs on their wrongful death claims based on New York law against Defendants as described in this Order; and it is ORDERED that partial final default judgment is entered on behalf of Plaintiffs identified in Exhibits A, B, and C against the Iran Defendants; and it is ORDERED that the Plaintiff identif Exhibit A is awarded solatium damages as set forth therein; and it is ORDERED that the Plaintiffs identified in Exhib awarded solatium damages as set forth therein; and it is ORDERED that the Plaintiffs identified in Exhibit C are awa solatium damages as set forth therein; and it is ORDERED that Plaintiffs receiving solatium damages identified in Ex and C are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September until the date of judgment; and it is ORDERED that the Plaintiffs identified in Exhibits A, B, and C may submit futur applications for punitive or other damages at a later date consistent with any future rulings of thisCourt; and it is ORI Plaintiffs not appearing in Exhibits A, B, and C may submit in later stages applications for damages awards to the ext have not done so already. The Clerk of Court is directed close the motions at: ECF Nos. 9733, 9945, 10027, and 1004 03−md−1570 E CF No. 700, 746, 780, and 789 in 15−cv−9903 ECF No. 147 in 19−cv−44. SO ORDERED. (Signed George B. Daniels on 3/3/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00044−GBD−SN (ks) (Entered: 03/03/2025) |
| 04/2025 | 10757 | MEMO ENDORSED ORDER granting (1222) Motion to Amend/Correct in case 1:03−cv−09849−GBD−SN; grantin Motion to Amend/Correct in case 1:03−md−01570−GBD−SN. ENDORSEMENT: The motion to amend is GRANTE ORDERED. (Signed by Magistrate Judge Sarah Netburn on 3/4/2025) Filed In Associated Cases: 1:03−md−01570−C 1:03−cv−09849−GBD−SN (dsh) (Entered: 03/04/2025) |
| 04/2025 | 10758 | ORDER granting (1220) Motion to Substitute Party. in case 1:03−cv−09849−GBD−SN; granting (10735) Motion to Party. in case 1:03−md−01570−GBD−SN. The motion to substitute is GRANTED. SO ORDERED. (Signed by Magi Judge Sarah Netburn on 3/4/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−S Modified on 3/4/2025 (dsh). (Entered: 03/04/2025) |
| 04/2025 | 10759 | ORDER granting (10730) Motion to Substitute Party. in case 1:03−md−01570−GBD−SN; granting (922) Motion to S Party. in case 1:15−cv−09903−GBD−SN. The motion to substitute is GRANTED. SO ORDERED. (Signed by Magis Sarah Netburn on 3/4/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN (dsh on 3/4/2025 (dsh). (Entered: 03/04/2025) |
| 04/2025 | 10760 | ORDER granting (10732) Motion to Amend/Correct in case 1:03−md−01570−GBD−SN; granting (924) Motion to Amend/Correct in case 1:15−cv−09903−GBD−SN. The motion to amend is GRANTED. SO ORDERED. (Signed by Judge Sarah Netburn on 3/4/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−S (Entered: 03/04/2025) |
| 05/2025 | 10761 | ORDER: A conference is scheduled for Monday, March 10, 2025, at 3:00 p.m. to discuss the parties' interest in holdi evidentiary hearing to establish liability against the Taliban. See ECF No. 10725. Counsel interested in attending the must email Courtroom Deputy Diljah Shaw at Netburn_NYSDChambers@nysd.uscourts.gov to receive a dedicated c number. If this date is unavailable for any party, they must also contact Courtroom Deputy Shaw at the email provide Members of the public may listen to the conference on the Court's teleconferencing line by calling (855) 244−8681 a the Access Code 23142707008. SO ORDERED. Telephone Conference set for 3/10/2025 at 03:00 PM before Magist Sarah Netburn. (Signed by Magistrate Judge Sarah Netburn on 3/5/2025) (dsh) (Entered: 03/05/2025) |
| 05/2025 | 10762 | OPINION & ORDER: The PECs' request for sworn witness statements is DENIED. Baker Tilly, through its outside c directed to either (a) file the letter and attachment that were filed ex parte on December 23, 2024, on the public docke explain why higher values justify their continued sealing. SO ORDERED. (Signed by Magistrate Judge Sarah Netbur 3/5/2025) (dsh) (Entered: 03/05/2025) |

| | | |
|---|---|---|
| )5/2025 | 10763 | CLERK CERTIFICATE OF MAILING RECEIVED for the Notice of Default Judgment and its certified Farsi transla which conforms to the requirements of 22 C.F.R. 93.2; a true and certified copy of the August 31, 2015 default judgn liability an d the certified Farsi translation thereof; a copy of the August 28, 2024 Partial Final Default Judgment and papers for Plaintiffs Motion, and the certified Farsi translations of the Default Judgment and Plaintiffs motion papers; the Foreign Sovereign Immunities Act and the certified Farsi translation mailed to DEFENDANT Islamic Republic o Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini Street, Imam Khom Tehran, Islamic Republic of Iran mailed to Islamic Republic of Iran on 9/16/2024 by Federal Express tracking # 7785 3059, as per (10361 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. RECEIVED ON: 03/03/2025. Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN.(tae) (Entere 03/05/2025) |
| )5/2025 | 10764 | FIRST LETTER MOTION for Extension of Time *to File Written Objections* addressed to Judge George B. Daniels f Nicholas Papain, Esq. dated March 5, 2025. Document filed by Jill Accardi(Personal Representative of the Estate of Mundy, Deceased).Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−06247−GBD−SN.(Papain, Nich (Entered: 03/05/2025) |
| )5/2025 | 10765 | FIRST LETTER MOTION for Extension of Time *to File Written Objections* addressed to Judge George B. Daniels f Nicholas Papain, Esq. dated March 5, 2025. Document filed by Evelyn Betso(as Personal Representative of the ESTA JAMES BETSO, Deceased and on behalf of all beneficiaries of JAMES BETSO), Raymond Alexander(as Personal Representative of the Estate of Robert Alexander, Deceased and on behalf of all Beneficiaries of Robert Alexander).F Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−01394−GBD−SN, 1:21−cv−03505−GBD−SN.(Papain, Nicl (Entered: 03/05/2025) |
| )5/2025 | 10766 | FIRST LETTER addressed to Magistrate Judge Sarah Netburn from Nicholas Papain, Esq. dated March 5, 2025 re: L Motion to Correct R&R Exhibits. Document filed by Jill Accardi(Personal Representative of the Estate of William M Deceased), Evelyn Betso(as Personal Representative of the ESTATE OF JAMES BETSO, Deceased and on behalf o beneficiaries of JAMES BETSO), Raymond Alexander(as Personal Representative of the Estate of Robert Alexander and on behalf of all Beneficiaries of Robert Alexander).Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−01394−GBD−SN, 1:21−cv−03505−GBD−SN, 1:21−cv−06247−GBD−SN.(Papain, Nicholas) (Entered: 03/ |
| )5/2025 | 10767 | TRANSCRIPT of Proceedings re: ORAL ARGUMENT held on 2/28/2025 before Magistrate Judge Sarah Netburn. C Reporter/Transcriber: Lisa O'Brien, (212) 805−0320. Transcript may be viewed at the court public terminal or purcha through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it ma obtained through PACER. Redaction Request due 3/26/2025. Redacted Transcript Deadline set for 4/7/2025. Release Transcript Restriction set for 6/3/2025.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(McGuirk, Kelly 03/05/2025) |
| )5/2025 | 10768 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a ORAL AF proceeding held on 2/28/2025 has been filed by the court reporter/transcriber in the above−captioned matter. The part seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...F Associated Cases: 1:03−md−01570−GBD−SN et al..(McGuirk, Kelly) (Entered: 03/05/2025) |
| )6/2025 | 10769 | ORDER: The Exhibits to the Court's Report & Recommendation filed at ECF No. 10755 are amended to (1) include million in solatium damages for Plaintiff Margaret Randazzo− Maloy, the spouse of 9/11 decedent Gene Maloy; (2) c spelling of the surname of Personal Representative Sandra Heffernan; and (3) correct the spelling of the surname of L Injury Decedent Charles Williams. The Court therefore recommends awarding damages as reflected in the attached E ORDERED. (Signed by Magistrate Judge Sarah Netburn on 3/6/2025) Filed In Associated Cases: 1:03−md−01570−C al. (dsh) (Entered: 03/06/2025) |
| )6/2025 | 10770 | ORDER granting (10764) Motion for Extension of Time( Objections to R&R due by 2/28/2025); granting (10765) M Extension of Time( Objections to R&R due by 2/28/2025) in case 1:03−md−01570−GBD−SN; granting (97) Motion Extension of Time( Objections to R&R due by 2/28/2025) in case 1:21−cv−01394−GBD−SN; granting (101) Motion Extension of Time( Objections to R&R due by 2/28/2025) in case 1:21−cv−03505−GBD−SN; granting (91) Motion f Extension of Time( Objections to R&R due by 2/28/2025) in case 1:21−cv−06247−GBD−SN. Upon letter motions by Accardi, Alexander and Betso Plaintiffs, the Court extends the deadline to submit objections to Magistrate Judge Sara Netburn's February 28, 2025 Report and Recommendation to March 24, 2025. The Clerk of the Court is respectfully close the motions at ECF Nos. 10764 and 10765. SO ORDERED. (Signed by Judge George B. Daniels on 3/6/2025) Associated Cases: 1:03−md−01570−GBD−SN et al. (ks) (Entered: 03/06/2025) |
| )7/2025 | 10771 | ORDER: The conference scheduled for Monday, March 10, 2025, at 3:00 p.m. is adjourned. See ECF No. 10761. On parties meet and confer, they are directed to file a letter with the Court proposing new dates for an in−person conferen discuss their interest in holding an evidentiary hearing to establish liability against the Taliban. SO ORDERED. (Sign Magistrate Judge Sarah Netburn on 3/7/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−01188−GBD−SN, 1:23−cv−02845−GBD−SN (dsh) (Entered: 03/07/2025) |

| | | |
|---|---|---|
| )7/2025 | 10772 | MOTION for Default Judgment as to *Burnett/Iran Personal Injury 11 Plaintiffs*. Document filed by Burnett Plaintiffs Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 03/07/2025) |
| )7/2025 | 10773 | MEMORANDUM OF LAW in Support re: (10772 in 1:03−md−01570−GBD−SN, 940 in 1:15−cv−09903−GBD−SN for Default Judgment as to *Burnett/Iran Personal Injury 11 Plaintiffs*. . Document filed by Burnett Plaintiffs. Filed In Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 03/07/2025) |
| )7/2025 | 10774 | ***SELECTED PARTIES***DECLARATION of John C. Duane in Support re: (10772 in 1:03−md−01570−GBD− 1:15−cv−09903−GBD−SN) MOTION for Default Judgment as to *Burnett/Iran Personal Injury 11 Plaintiffs*.. Docum Burnett Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN 1:15−cv−09903−GBD−SNMotion or Order to File Under Seal: 5716 .(Duane, John) (Entered: 03/07/2025) |
| )7/2025 | 10775 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Cover Sheet Default Judgment Motion Cover Sheet, # 2 Exhibit A).(Duane, John) **Proposed Default Judgment to b by Clerk's Office staff.** (Entered: 03/07/2025) |
| )7/2025 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (10775 in 1:03−md−01570−GBD−SN, 943 in 1:15−cv−09903−GBD−SN) Proposed Default Judgment, was reviewed and a as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(tp)** (Entered: 03/0 |
| .0/2025 | 10776 | LETTER addressed to Magistrate Judge Sarah Netburn from PAUL D. SARKOZI dated MARCH 10, 2025 re: MAR OPINION AND ORDER. Document filed by Baker Tilly..(Sarkozi, Paul) (Entered: 03/10/2025) |
| .1/2025 | 10777 | MOTION to Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibit A . Document fil Christine O'Neill.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 03/11/202 |
| .1/2025 | 10778 | PROPOSED ORDER. Document filed by Christine O'Neill. Related Document Number: 10777 ..(Goldman, Jerry) **P Order to be reviewed by Clerk's Office staff.** (Entered: 03/11/2025) |
| .2/2025 | 10779 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman dated 3/12/2025 re: Pending Taliban Motions. Document filed by Christine O'Neill. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 03/12/2025) |
| .2/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (275 in 1:19−cv−11865−GBD− 1:18−cv−11876−GBD−SN, 149 in 1:21−cv−10239−GBD−SN, 943 in 1:04−cv−01923−GBD−SN, 128 in 1:18−cv−12274−GBD−SN, 325 in 1:18−cv−12277−GBD−SN, 264 in 1:18−cv−11875−GBD−SN, 278 in 1:18−cv−05339−GBD−SN, 217 in 1:20−cv−10460−GBD−SN, 130 in 1:18−cv−11964−GBD−SN, 130 in 1:18−cv−11941−GBD−SN, 264 in 1:18−cv−11870−GBD−SN, 126 in 1:18−cv−11946−GBD−SN, 130 in 1:18−cv−12275−GBD−SN, 127 in 1:18−cv−11970−GBD−SN, 128 in 1:18−cv−11880−GBD−SN, 257 in 1:18−cv−07306−GBD−SN, 129 in 1:18−cv−11926−GBD−SN, 287 in 1:18−cv−05320−GBD−SN, 854 in 1:04−cv−01076−GBD−SN, 185 in 1:22−cv−05193−GBD−SN, 131 in 1:18−cv−11885−GBD−SN, 223 in 1:20−cv−09376−GBD−SN, 133 in 1:18−cv−12270−GBD−SN, 127 in 1:18−cv−11904−GBD−SN, 126 in 1:18−cv−12381−GBD−SN, 315 in 1:18−cv−05321−GBD−SN, 10778 in 1:03−md−01570−GBD−SN, 219 in 1:19−cv−11767−GBD−SN, 253 in 1:18−cv−05331−GBD−SN, 190 in 1:20−cv−10902−GBD−SN, 244 in 1:18−cv−11878−GBD−SN, 130 in 1:18−cv−12273−GBD−SN, 129 in 1:18−cv−11971−GBD−SN, 271 in 1:18−cv−12276−GBD−SN, 335 in 1:18−cv−05306−GBD−SN, 277 in 1:18−cv−12387−GBD−SN, 131 in 1:18−cv−11888−GBD−SN, 205 in 1:20−cv−09387−GBD−SN, 248 in 1:18−cv−11837−GBD−SN, 127 in 1:18−cv−11969−GBD−SN, 213 in 1:19−cv−11776−GBD−SN, 129 in 1:18−cv−12272−GBD−SN) Proposed Order reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (tp)** (Entered: 0 |
| .2/2025 | 10780 | MEMORANDUM DECISION AND ORDER granting 9660 Motion for Default Judgment; granting 9749 Motion for Judgment; granting 9853 Motion for Default Judgment; granting 9873 Motion for Default Judgment; granting 9889 M Default Judgment. The Ashton Plaintiff's motion is DENIED without prejudice as to her claim under 28 U.S.C. § 160 leave to amend; and the Burnett and Ortiz Plaintiffs' motions are GRANTED. It is ORDERED that service of process properly effectuated upon the Iran Defendants under 28 U.S.C. § 1608(a)(4) and 28 U.S.C. § 1608(b)(3); and it is OR that this Court has subject matter and personal jurisdiction over the Plaintiffs' claims against the Iran Defendants und U.S.C. §§ l330(a), 1605A, and 1605B(b); and it is ORDERED that judgment as to liability is entered for the Ortiz Pla her 28 U.S.C. § 1605A claims against Iran as described in this Order; and it is ORDERED that judgments as to liabili entered for the U.S. national Burnett Plaintiffs on their 28 U.S.C. § 1605A claims against the Iran Defendants as desc Order; and it is ORDERED that judgments as to liability are entered for the non−U.S. National Burnett Plaintiffs on t and battery claims based on New York law against the Iran Defendants as described in this Order; and it is ORDERE partial final default judgment is entered against Iran for the Ortiz Plaintiff; and it is ORDERED that a partial final de judgment is entered on behalf of the Burnett Plaintiffs identified in Exhibits A and B against the Iran Defendants; and ORDERED that Plaintiffs identified in Exhibit A be awarded pain and suffering damages as set forth therein; and it is ORDERED that Plaintiffs identified in Exhibit B be awarded pain and suffering damages as set forth therein; and it is ORDERED that Plaintiffs receiving pain and suffering damages identified in Exhibits A and Bare awarded prejudgm of 4.96 percent per annum, compounded annually, running from September 11, 2001, until the date of judgment; and ORDERED that Plaintiffs identified in Exhibits A and B may submit future applications for punitive or other damage |

| | | |
|---|---|---|
| | | date consistent with any future rulings of this Court; and it IS ORDERED that Plaintiffs not appearing in Exhibits A a submit in later stages applications for damage awards to the extent they have not done so already. The Clerk of the Co directed to close the motions at: ECF Nos. 9660, 9749, 9853, 9873, and 9889 in 03−md−1570. ECF Nos. 693, 707, 7 in 15−cv−9903. ECF No. 12 in 22−cv−03100. ECF No. 2081 in 02−cv−06977. (Signed by Judge George B. Daniels o 3/12/2025) (vfr) (Entered: 03/12/2025) |
| .3/2025 | 10781 | AFFIDAVIT OF SERVICE of Summons, Complaint, and Notice of Suit and Translations of each served on Islamic I Iran on 10/01/2024. Service was accepted by Iranian Ministry of Foreign Affairs. Document filed by Christine O'Nei (Attachments: # 1 Exhibit A, # 2 Errata B, # 3 Exhibit C)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:23−cv−10824−GBD−SN.(Goldman, Jerry) (Entered: 03/13/2025) |
| .4/2025 | 10782 | REPLY MEMORANDUM OF LAW in Support re: 10691 Objection (non−motion) . Document filed by Kingdom of Arabia..(Kellogg, Michael) (Entered: 03/14/2025) |
| .4/2025 | 10783 | MEMORANDUM OF LAW in Support re: 10693 Objection (non−motion) . Document filed by Ashton Plaintiffs, Pla Executive Committees..(Haefele, Robert) (Entered: 03/14/2025) |
| .4/2025 | 10784 | ORDER granting (10777) Motion to Substitute Party. in case 1:03−md−01570−GBD−SN; granting (853) Motion to S Party. in case 1:04−cv−01076−GBD−SN; granting (942) Motion to Substitute Party. in case 1:04−cv−01923−GBD−S granting (334) Motion to Substitute Party. in case 1:18−cv−05306−GBD−SN; granting (286) Motion to Substitute Pa 1:18−cv−05320−GBD−SN; granting (314) Motion to Substitute Party. in case 1:18−cv−05321−GBD−SN; granting (: Motion to Substitute Party. in case 1:18−cv−05331−GBD−SN; granting (277) Motion to Substitute Party. in case 1:18−cv−05339−GBD−SN; granting (256) Motion to Substitute Party. in case 1:18−cv−07306−GBD−SN; granting (: Motion to Substitute Party. in case 1:18−cv−11837−GBD−SN; granting (263) Motion to Substitute Party. in case 1:18−cv−11870−GBD−SN; granting (263) Motion to Substitute Party. in case 1:18−cv−11875−GBD−SN; granting ( Motion to Substitute Party. in case 1:18−cv−11876−GBD−SN; granting (243) Motion to Substitute Party. in case 1:18−cv−11878−GBD−SN; granting (127) Motion to Substitute Party. in case 1:18−cv−11880−GBD−SN; granting ( Motion to Substitute Party. in case 1:18−cv−11885−GBD−SN; granting (130) Motion to Substitute Party. in case 1:18−cv−11888−GBD−SN; granting (126) Motion to Substitute Party. in case 1:18−cv−11904−GBD−SN; granting ( Motion to Substitute Party. in case 1:18−cv−11926−GBD−SN; granting (129) Motion to Substitute Party. in case 1:18−cv−11941−GBD−SN; granting (125) Motion to Substitute Party. in case 1:18−cv−11946−GBD−SN; granting ( Motion to Substitute Party. in case 1:18−cv−11964−GBD−SN; granting (126) Motion to Substitute Party. in case 1:18−cv−11969−GBD−SN; granting (126) Motion to Substitute Party. in case 1:18−cv−11970−GBD−SN; granting ( Motion to Substitute Party. in case 1:18−cv−11971−GBD−SN; granting (132) Motion to Substitute Party. in case 1:18−cv−12270−GBD−SN; granting (128) Motion to Substitute Party. in case 1:18−cv−12272−GBD−SN; granting ( Motion to Substitute Party. in case 1:18−cv−12273−GBD−SN; granting (127) Motion to Substitute Party. in case 1:18−cv−12274−GBD−SN; granting (129) Motion to Substitute Party. in case 1:18−cv−12275−GBD−SN; granting (: Motion to Substitute Party. in case 1:18−cv−12276−GBD−SN; granting (324) Motion to Substitute Party. in case 1:18−cv−12277−GBD−SN; granting (125) Motion to Substitute Party. in case 1:18−cv−12381−GBD−SN; granting (: Motion to Substitute Party. in case 1:18−cv−12387−GBD−SN; granting (218) Motion to Substitute Party. in case 1:19−cv−11767−GBD−SN; granting (212) Motion to Substitute Party. in case 1:19−cv−11776−GBD−SN; granting (: Motion to Substitute Party. in case 1:19−cv−11865−GBD−SN; granting (222) Motion to Substitute Party. in case 1:20−cv−09376−GBD−SN; granting (204) Motion to Substitute Party. in case 1:20−cv−09387−GBD−SN; granting (: Motion to Substitute Party. in case 1:20−cv−10460−GBD−SN; granting i (189) Motion to Substitute Party. in case 1:20−cv−10902−GBD−SN; granting (148) Motion to Substitute Party. in case 1:21−cv−10239−GBD−SN; granting ( Motion to Substitute Party. in case 1:22−cv−05193−GBD−SN. The motion to substitute filed at ECF No. 10777 is GI The Court has also reviewed the plaintiffs' letter at ECF No. 10779 and notes that the motion to substitute does not in following estates referenced in the letter: the Estate of Michael Lomax (motion pending at ECF No. 8577); the Estate Alvarez−Brito (motion pending at ECF No. 8577); the Estate of Mario Brito (motion pending at ECF No. 8577); the I Walter Weaver (motion pending at ECF No. 8577); the Estate of Frederick Kuo, Jr. (motion pending at ECF No. 874 the Estate of Paul Hamilton Geier (motion pending at ECF No. 8748). The plaintiffs are thus directed to file another r formally substitute any new personal representatives, including those for the aforementioned estates, that are listed in updated exhibits. The Clerk of the Court is respectfully directed to close the motion at ECF No. 10777. SO ORDERE by Magistrate Judge Sarah Netburn on 3/14/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (dsh) 03/14/2025) |
| .4/2025 | 10785 | MOTION to Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibit A . Document fil Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 03/14/2025) |
| .4/2025 | 10786 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A) Related Document Numbe ..(Duane, John) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 03/14/2025) |
| .7/2025 | 10787 | MOTION to Amend/Correct (1 in 1:18−cv−12398−GBD−SN) Complaint, . Document filed by Kary Seminerio. (Atta 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12398−GBD−SN.(Morgan, Robert) (E 03/17/2025) |

| | | |
|---|---|---|
| .7/2025 | 10788 | MEMORANDUM OF LAW in Support re: (98 in 1:18−cv−12398−GBD−SN, 10787 in 1:03−md−01570−GBD−SN) to Amend/Correct (1 in 1:18−cv−12398−GBD−SN) Complaint, . . Document filed by Kary Seminerio. Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12398−GBD−SN.(Morgan, Robert) (Entered: 03/17/2025) |
| .7/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (946 in 1:15−cv−09903−GBD− in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(km)** (Entered: 03/17/2025) |
| .7/2025 | 10789 | PROPOSED ORDER. Document filed by Kary Seminerio. (Attachments: # 1 Exhibit A) Related Document Number ..(Morgan, Robert) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 03/17/2025) |
| .7/2025 | 10790 | REPORT & RECOMMENDATION re: (10751 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *(Revised) Plaintiffs*. filed by Kathleen Ashton. The Court recommends granting the motion filed by the Ashton Plaint a partial final default judgment against Iran, and awarding $5 million in pain and suffering damages. See ECF No. 10 Ashton Plaintiff should be awarded prejudgment interest at a rate of 4.96 percent per annum, compounded annually f period from September 11, 2001, until the date of the judgment. The Ashton Plaintiff should also be permitted to sub additional applications for damages, including punitive damages, consistent with any future rulings of the Court. Obj R&R due by 3/31/2025 (Signed by Magistrate Judge Sarah Netburn on 3/17/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN (dsh) (Entered: 03/17/2025) |
| .7/2025 | 10791 | ORDER granting (10785) Motion to Substitute Party. in case 1:03−md−01570−GBD−SN; granting (945) Motion to Party. in case 1:15−cv−09903−GBD−SN. The motion to substitute is GRANTED. SO ORDERED. (Signed by Magis Sarah Netburn on 3/17/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN (ds 03/17/2025) |
| .7/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (10789 in 1:03−md−01570−GB in 1:18−cv−12398−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:18−cv−12398−GBD−SN(km)** (Entered: 03/17/2025) |
| .8/2025 | 10792 | ORDER granting (10787) Motion to Amend/Correct in case 1:03−md−01570−GBD−SN; granting (98) Motion to Amend/Correct in case 1:18−cv−12398−GBD−SN. The Plaintiff identified in Exhibit A (the "Knight Plaintiff") mov their complaint under Federal Rule of Civil Procedure 15 to alter their claim against the Islamic Republic of Iran ("Ir No. 10787.1 Federal Rule of Civil Procedure 15(a)(2) permits a party to amend its complaint with the court's leave a courts to "freely give leave when justice so requires." Id. The decision to permit amendment is committed to the disc court, McCarthy v. Dun & Bradstreet Corp., 482 F.3d 184, 200 (2d Cir. 2007), but granting "leave to amend is the 'us practice,'" Bank v. Gohealth, LLC, No. 21−cv−1287, 2022 WL 1132503, at *1 (2d Cir. Apr. 18, 2022) (quoting Hay of Nassau, 180 F.3d 42, 53 (2d Cir. 1999)). Amendment should be permitted "[i]n the absence of any apparent or dec reasonsuch as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencie amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, fut amendment, etc." Foman v. Davis, 371 U.S. 178, 182 (1962). The Knight Plaintiff's claim is not futile, will not undul these proceedings or prejudice Iran, and was not filed in bad faith or with a dilatory motive. The Knight Plaintiff's mo therefore GRANTED. Appendix 1 to the Knight Iran Short Form Complaint is amended to reflect the personal injury asserted by the Plaintiff in Exhibit A. The Clerk of Court is respectfully directed to terminate the motion at ECF No. the related motion at ECF No. 98 in Knight, No. 18−cv−12398. SO ORDERED.(Signed by Magistrate Judge Sarah N 3/18/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12398−GBD−SN (dsh) (Entered: 03/18 |
| .9/2025 | 10793 | SUPPLEMENT TO CLERK CERTIFICATE OF MAILING RECEIVED for the Notice of Default Judgment and its Farsi translation, which conforms to the requirement of 22 C.F.R. § 93.2, and a copy of the September 16, 2024 Parti Default Judgment and the moving papers for Plaintiffs' Motion, and the certified Farsi translations of the Default Jud Plaintiffs' moving papers mailed to Islamic Republic of Iran, H.E. Dr. Mohammad Javad Zarif, Minister of Foreign A Foreign Minister of the Ministry of Foreign Affairs, Imam Khomeini Street, Imam Khomeini Square Tehran, Islamic of Iran mailed to Islamic Republic of Iran on 11/13/2024 by Federal Express tracking # 7799 2946 4318, as per (105 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. RECEIVED ON: 3/18/2025. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN.(tae) (Entered: 03/19/2025) |
| .9/2025 | 10794 | CLERK CERTIFICATE OF MAILING RECEIVED for the 1. Notices of Judgment prepared in accordance with 22 2. Orders of Judgment for Liability, dated September 3, 2019, and November 6, 2023; 3. Order Granting Partial Final Judgment for the Plaintiffs Listed in Exhibit A dated August 29, 2024; 4. Instructions for Appealing Judgment; 5. A U.S.C. 1330, 28 U.S.C. 1391, 28. U.S.C. 1441, and the Foreign Sovereign Immunities Act (28 U.S.C. 1602, et seq.); Affidavit of translator mailed to DEFENDANT Islamic Republic of Iran Minister of Foreign Affairs Ministry of Fore of the Islamic Republic of Iran Imam Khomeini Avenue Tehran, Iran ATTN: H.E. Ali Bagheri mailed to Islamic Rep Iran on 9/18/2024 by Federal Express tracking # 8182 8358 0165, as per (10380 in 1:03−md−01570−GBD−SN) Cler Certificate of Mailing. RECEIVED ON: 3/17/2025. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11870−GBD−SN, 1:18−cv−12277−GBD−SN, 1:22−cv−05193−GBD−SN.(tae) (Entered: 03/19/2025) |
| 20/2025 | 10795 | CLERK CERTIFICATE OF MAILING RECEIVED for the Notice of Default Judgment and its certified Farsi transl which conforms to the requirements of 22 C.F.R. 93.2; a true and certified copy of the August 31, 2015 default judgn |

| | | |
|---|---|---|
| | | liability an d the certified Farsi translation thereof; a copy of the August 28, 2024 Partial Final Default Judgment and papers for Plaintiffs Motion, and the certified Farsi translations of the Default Judgment and Plaintiffs motion papers; the Foreign Sovereign Immunities Act and the certified Farsi translation mailed to DEFENDANT Islamic Republic o Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomeini Street, Imam Khom Tehran, Islamic Republic of Iran on 9/16/2024 mailed to Islamic Republic of Iran on 9/18/2024 by Federal Express tr 8182 8358 0040, as per (10361 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. RECEIVED ON: 3/5/20 Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN, 1:18−cv−12277−GBD−SN, 1:23−cv−05790−GBD−SN, 1:23−cv−07283−GBD−SN(tae) (Entered: 03/20/2025) |
| 20/2025 | 10796 | CLERK CERTIFICATE OF MAILING RECEIVED for the Notices of Judgment prepared in accordance with 22 CP Order of Judgment for Liability dated June 21, 2019, September 3, 2019, and September 5, 2024; Order Granting Par Default Judgment for the Plaintiff's in Exhibits A and B dated September 20, 2024; Instructions for Appealing Judgm of 28 U.S.C. 1330, 28 U.S.C. 1391, 28. U.S.C. 1441, and the Foreign Sovereign Immunities 2 Act (28 U.S.C. 1602, e Affidavit of translator mailed to DEFENDANT Islamic Republic of Iran, Minister of Foreign Affairs, Ministry of For Affairs of the Islamic Republic of Iran, Imam Khomeini Avenue, Tehran, Iran ATTN: H.E. Ali Bagheri on 9/25/2024 Islamic Republic of Iran on 9/25/2024 by Federal Express tracking # 8182 8357 9920, as per (10398 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. RECEIVED ON: 3/5/2025. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(tae) (Entered: 03/20/2025) |
| 20/2025 | 10797 | CLERK CERTIFICATE OF MAILING RECEIVED for the 1. Notices of Judgment prepared in accordance with 22 ( 2. Orders of Judgment for Liability, date, June 21, 2019 and June 17, 2024; 3. Order Granting Partial Final Default Ju t he Plaintiffs Listed in Exhibits A and B dated August 29, 2024; 4. Instructions for Appealing Judgment; 5. A copy c 1330, 28 U.S.C. 1391, 28. U.S.C. 1441, and the Foreign Sovereign Immunities 2 Act (28 U.S.C. 1602, et seq.); and 6 of translator mailed to DEFENDANT Islamic Republic of Iran Minister of Foreign Affairs Ministry of Foreign Affair Islamic Republic of Iran Imam Khomeini Avenue Tehran, Iran ATTN: H.E. Ali Bagheri mailed to Islamic Republic c 9/18/2025 by Federal Express tracking # 8182 8358 0121, as per (10382 in 1:03−md−01570−GBD−SN) Clerk Certif Mailing. RECEIVED ON: 3/5/2025. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(tae) (Entered: 03/2 |
| 20/2025 | 10798 | CLERK CERTIFICATE OF MAILING RECEIVED for the 1. Notices of Judgment prepared in accordance with 22 ( 2. Orders of Judgment for Liability, dated August 31, 2015 and June 17, 2024; 3. Order Granting Partial Final Defaul for the Plaintiffs Listed in Exhibits A and B dated September 3, 2024; 4. Instructions for Appealing Judgment; 5. A c U.S.C. 1330, 28 U.S.C. 1391, 28. U.S.C. 1441, and the Foreign Sovereign Immunities 2 Act (28 U.S.C. 1602, et seq.) Affidavit of translator mailed to DEFENDANT Islamic Republic of Iran Minister of Foreign Affairs Ministry of Fore of the Islamic Republic of Iran Imam Khomeini Avenue Tehran, Iran ATTN: H.E. Ali Bagheri on 9/18/2024 mailed t Republic of Iran on 9/18/2024 by Federal Express tracking # 8182 8358 0095, as per (10383 in 1:03−md−01570−GB Clerk Certificate of Mailing. RECEIVED ON: 3/5/2025. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al (Entered: 03/20/2025) |
| 20/2025 | 10799 | CLERK CERTIFICATE OF MAILING RECEIVED for the 1. Notices of Judgment prepared in accordance with 22 ( 2. Orders of Judgment for Liability, dated August 31, 2015, May 28, 2019, June 21, 2019, September 3, 2019, and Ja 2022; 3. Order Granting Partial Final Default Judgment for the Plaintiffs Listed in Exhibit A dated August 28, 2024; Instructions for Appealing Judgment; 5. A copy of 28 U.S.C. 1330, 28 U.S.C. 1391, 28. U.S.C. 1441, and the Foreign Immunities 2 Act (28 U.S.C. 1602, et seq.); and 6. Affidavit of translator mailed to DEFENDANT Islamic Republic c Minister of Foreign Affairs Ministry of Foreign Affairs of the Islamic Republic of Iran Imam Khomeini Avenue Tehr ATTN: H.E. Ali Bagheri on 9/18/2024 mailed to Islamic Republic of Iran on 9/18/2024 by Federal Express tracking 8358 0176, as per (10384 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. RECEIVED ON: 3/5/2025. Fi Associated Cases: 1:03−md−01570−GBD−SN et al.(tae) (Entered: 03/20/2025) |
| 21/2025 | 10800 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Christine O'Neill..(Goldman, Jerry) **Prop document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** Modified on (nd). (Entered: 03/21/2025) |
| 21/2025 | 10801 | AFFIRMATION of Jerry S. Goldman re: (10800 in 1:03−md−01570−GBD−SN, 46 in 1:23−cv−10824−GBD−SN) P Clerk's Certificate of Default . Document filed by Christine O'Neill. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 E 4 Exhibit D, # 5 Exhibit E)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:23−cv−10824−GBD−SN.(Gold (Entered: 03/21/2025) |
| 24/2025 | 10802 | CLERK'S CERTIFICATE OF DEFAULT as to Islamic Republic of Iran. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:23−cv−10824−GBD−SN.(nd) (Entered: 03/24/2025) |
| 24/2025 | 10803 | OBJECTION to (100 in 1:21−cv−03505−GBD−SN, 10755 in 1:03−md−01570−GBD−SN, 90 in 1:21−cv−06247−GE in 1:21−cv−01394−GBD−SN) Report and Recommendations Document filed by Jill Accardi, Raymond Alexander, E Betso. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−01394−GBD−SN, 1:21−cv−03505−GBD−S 1:21−cv−06247−GBD−SN.(Papain, Nicholas) (Entered: 03/24/2025) |
| 26/2025 | 10804 | CLERK CERTIFICATE OF MAILING RECEIVED for two copies of four (4) Notices of Default Judgment mailed t Republic of Iran H.E. Dr. Mohammad Javad Zarif Foreign Minister of the Ministry of Foreign Affairs Imam Khomei |

| | | |
|---|---|---|
| | | Imam Khomeini Sq. Tehran, Islamic Republic of Iran on 5/9/2024 via dispatch to the Secretary of State, Attn: Directo Consular Services, Office of Policy Review and Inter−Agency Liaison (L/CA/POG/GCI), U.S. Department of State, 10th Floor, 2201 C Street NW, Washington, DC 20522, pursuant to the provisions of Foreign Services Immunities Ac U.S.C. § 1608(a)(4) mailed to Islamic Republic of Iran on 5/9/2024 by Federal Express tracking # 7761 6037 8431, a in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing. RECEIVED ON: 2/3/2025. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12341−GBD−SN, 1:18−cv−12370−GBD−SN.(tae) (Entered: 03/26/2025) |
| 26/2025 | 10805 | NOTICE of Iran Notice of Amendment. Document filed by Christine O'Neill. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05331−GBD−SN.(Goldman, Jerry) (Entered: 03/26/2025) |
| 26/2025 | 10806 | NOTICE of Iran Notice of Amendment. Document filed by Christine O'Neill. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−05193−GBD−SN.(Goldman, Jerry) (Entered: 03/26/2025) |
| 26/2025 | 10807 | NOTICE of Iran Notice of Amendment. Document filed by Christine O'Neill. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12276−GBD−SN.(Goldman, Jerry) (Entered: 03/26/2025) |
| 26/2025 | 10808 | MOTION for Default Judgment as to *Burnett Non−Nationals 10*. Document filed by Burnett Plaintiffs.Filed In Assoc Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 03/26/2025) |
| 26/2025 | 10809 | MEMORANDUM OF LAW in Support re: (951 in 1:15−cv−09903−GBD−SN, 10808 in 1:03−md−01570−GBD−SN for Default Judgment as to *Burnett Non−Nationals 10*. . Document filed by Burnett Plaintiffs. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 03/26/2025) |
| 26/2025 | 10810 | DECLARATION of John C. Duane in Support re: (951 in 1:15−cv−09903−GBD−SN, 10808 in 1:03−md−01570−GI MOTION for Default Judgment as to *Burnett Non−Nationals 10*.. Document filed by Burnett Plaintiffs. (Attachment Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entere 03/26/2025) |
| 26/2025 | 10811 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Cover Sheet Default Judgment Motion Cover Sheet, # 2 Exhibit A).(Duane, John) **Proposed Default Judgment to b by Clerk's Office staff.** (Entered: 03/26/2025) |
| 27/2025 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (10811 in 1:03−md−01570−GBD−SN, 954 in 1:15−cv−09903−GBD−SN) Proposed Default Judgment, was reviewed and a as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(nd)** (Entered: 03/2 |
| 27/2025 | 10812 | CLERK CERTIFICATE OF MAILING of two copies of the the Notice of Default Judgment prepared in accordance U.S.C. § 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing the judgment at Document 10681 in the Burnet Order Granting Partial Final Default Judgment, dated January 29, 2025, Document 10681 and Report & Recommend November 4, 2024, Document 10488 (in English and Farsi) entered in the Burnett case; A copy of 28 U.S.C. 1330, 1 1441(d), and 1602 through 1611 (Pub. L. 94−583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S. et seq.) (in English and Farsi); and Translator's Affidavit (in English only). mailed to Islamic Republic of Iran on 03/ Federal Express tracking # 8800 5758 7092, to the Secretary of State, Attn: Director of Consular Services, Office of I Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). File Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(tae) (Entered: 03/27/2025) |
| 28/2025 | 10813 | MEMORANDUM DECISION AND ORDER granting in part and denying in part (9766) Motion for Default Judgme in part and denying in part (9770) Motion for Default Judgment; granting in part and denying in part (9776) Motion f Judgment; granting in part and denying in part (9995) Motion for Default Judgment in case 1:03−md−01570−GBD−S granting in part and denying in part (100) Motion for Default Judgment in case 1:20−cv−00354−GBD−SN; granting denying in part (106) Motion for Default Judgment in case 1:20−cv−00412−GBD−SN; granting in part and denying i Motion for Default Judgment in case 1:21−cv−01394−GBD−SN; granting in part and denying in part (74) Motion for Judgment in case 1:21−cv−03505−GBD−SN; granting in part and denying in part (64) Motion for Default Judgment 1:21−cv−06247−GBD−SN. The motions for partial default judgment brought on behalf of the Latent Injury Deceden GRANTED; the motions for partial default judgment brought by Surviving Family Members are DENIED; and the m partial default judgment brought on behalf of 9/11 decedent Gene Maloy is GRANTED. It is ORDERED that partial judgments are entered on behalf of the Latent Injury Decedents identified in Exhibits A, B, C, and E against Iran; and ORDERED that a partial default judgment is entered against Iran on behalf of 9/11 Decedent Gene Maloy; and it is O that Plaintiffs identified in Exhibits A, B, C, and E be awarded pain and suffering damages as set forth therein; and it ORDERED that the spouse of 9/11 Decedent Gene Maloy be awarded solatium damages as described in this Order; a ORDERED that Plaintiffs receiving damages identified in Exhibits A, B, C, D, and E are awarded prejudgment intere percent per annum, compounded annually, running from September 11, 2001, until the date of judgment; and it is OR that Plaintiffs may submit future applications for punitive or other damages at a later date consistent with any future this Court. The Clerk of the Court is directed to close the motions at: ECF Nos. 9766, 9770, 9776, and 9995 in 03−m ECF No. 64 in 21−cv−6247 ECF No. 70 in 21−cv−1394 ECF No. 74 in 21−cv−3505 ECF No. 106 in 20−cv−0412 E in 20−cv−0354. SO ORDERED. (Signed by Judge George B. Daniels on 3/27/2025) Filed In Associated Cases: |

| | | |
|---|---|---|
| | | 1:03−md−01570−GBD−SN et al. (ks) (Entered: 03/28/2025) |
| 28/2025 | 10814 | MOTION for Default Judgment as to *Burnett/Iran XXXIX Plaintiffs*. Document filed by Burnett Plaintiffs.Filed In As Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 03/28/2025) |
| 28/2025 | 10815 | MOTION for Default Judgment as to *Pursuant to FRCP 55(b)(2)*. Document filed by Cheryl Schneider.Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:17−cv−02003−GBD−SN.(Schwartz, Meryl) (Entered: 03/28/2025) |
| 28/2025 | 10816 | MEMORANDUM OF LAW in Support re: (956 in 1:15−cv−09903−GBD−SN, 10814 in 1:03−md−01570−GBD−SN for Default Judgment as to *Burnett/Iran XXXIX Plaintiffs*. . Document filed by Burnett Plaintiffs. Filed In Associated 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 03/28/2025) |
| 28/2025 | 10817 | ***SELECTED PARTIES***DECLARATION of John C. Duane in Support re: (10814 in 1:03−md−01570−GBD− 1:15−cv−09903−GBD−SN) MOTION for Default Judgment as to *Burnett/Iran XXXIX Plaintiffs*.. Document filed by Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 1:03−md−01570−GE 1:15−cv−09903−GBD−SNMotion or Order to File Under Seal: 5716 .(Duane, John) (Entered: 03/28/2025) |
| 28/2025 | 10818 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Cover Sheet Default Judgment Motion Cover Sheet, # 2 Exhibit A, # 3 Exhibit B).(Duane, John) **Proposed Default J to be reviewed by Clerk's Office staff.** (Entered: 03/28/2025) |
| 28/2025 | 10819 | DECLARATION of Jonathan C. Reiter in Support re: (369 in 1:17−cv−02003−GBD−SN) MOTION for Default Judg *Pursuant to FRCP 55(b)(2)*.. Document filed by Cheryl Schneider. (Attachments: # 1 Exhibit Default cover sheet, # 2 List of damages, # 3 Exhibit declaration)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GI 1:02−cv−07209−GBD−SN, 1:17−cv−02003−GBD−SN.(Schwartz, Meryl) (Entered: 03/28/2025) |
| 28/2025 | 10820 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Cheryl Schneider. (Attachmen Exhibit Default cover sheet, # 2 Exhibit List of damages).(Schwartz, Meryl) **Proposed Default Judgment to be revi Clerk's Office staff.** (Entered: 03/28/2025) |
| 28/2025 | 10821 | ***EX−PARTE*** LETTER addressed to Judge George B. Daniels from Meryl Schwartz dated March 28, 2025 re: motion − economic damages. Document filed by Cheryl Schneider. (Attachments: # 1 Exhibit Connors economic rep Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:17−cv−02003−GBD−SNMotion or Order to File Under Seal: 7963 .(Schwartz, Meryl) (Entered: 03/28/2025) |
| 31/2025 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (10818 in 1:03−md−01570−GBD−SN, 959 in 1:15−cv−09903−GBD−SN) Proposed Default Judgment was reviewed and a to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(km)** (Entered: 03/31/ |
| 31/2025 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (10820 in 1:03−md−01570−GBD−SN, 371 in 1:17−cv−02003−GBD−SN, 2243 in 1:02−cv−06977−GBD−SN, 191 in 1:02−cv−07209−GBD−SN) Proposed Default Judgment was reviewed and approved as to form. Filed In Associ Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:17−cv−02003−GBD** (Entered: 03/31/2025) |
| 01/2025 | 10822 | MOTION for Default Judgment as to *as to Liability and for Partial Final Judgements for Damages on behalf of the I* Document filed by Christine O'Neill.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) ( 04/01/2025) |
| 01/2025 | 10823 | MEMORANDUM OF LAW in Support re: (257 in 1:18−cv−05331−GBD−SN, 217 in 1:19−cv−11776−GBD−SN, 4 1:23−cv−10824−GBD−SN, 86 in 1:23−cv−05790−GBD−SN, 191 in 1:22−cv−05193−GBD−SN, 185 in 1:18−cv−11876−GBD−SN, 960 in 1:15−cv−09903−GBD−SN, 276 in 1:18−cv−12276−GBD−SN, 207 in 1:20−cv−09387−GBD−SN, 279 in 1:18−cv−12387−GBD−SN, 246 in 1:18−cv−11878−GBD−SN, 98 in 1:22−cv−10823−GBD−SN, 330 in 1:18−cv−12277−GBD−SN, 279 in 1:19−cv−11865−GBD−SN, 10822 in 1:03−md−01570−GBD−SN, 224 in 1:19−cv−11767−GBD−SN) MOTION for Default Judgment as to *as to Liability Partial Final Judgements for Damages on behalf of the Plaintiffs*. . Document filed by Christine O'Neill. Filed In Ass Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 04/01/2025) |
| 01/2025 | 10824 | ***SELECTED PARTIES***DECLARATION of Jerry S. Goldman, Esq. in Support re: (217 in 1:19−cv−11776−G in 1:23−cv−10824−GBD−SN, 86 in 1:23−cv−05790−GBD−SN, 191 in 1:22−cv−05193−GBD−SN, 185 in 1:18−cv−11876−GBD−SN, 276 in 1:18−cv−12276−GBD−SN, 279 in 1:18−cv−12387−GBD−SN, 98 in 1:22−cv−10823−GBD−SN, 279 in 1:19−cv−11865−GBD−SN, 10822 in 1:03−md−01570−GBD−SN, 224 in 1:19−cv−11767−GBD−SN, 257 in 1:18−cv−05331−GBD−SN, 960 in 1:15−cv−09903−GBD−SN, 207 in 1:20−cv−09387−GBD−SN, 246 in 1:18−cv−11878−GBD−SN, 330 in 1:18−cv−12277−GBD−SN) MOTION for Def Judgment as to *as to Liability and for Partial Final Judgements for Damages on behalf of the Plaintiffs*.. Document f Christine O'Neill, Christine O'Neill. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit C−3, # 5 I C−3a, # 6 Exhibit C−3b)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.Motion or Order to File Under S |

| | | |
|---|---|---|
| | | .(Goldman, Jerry) (Entered: 04/01/2025) |
| )1/2025 | 10825 | PROPOSED ORDER. Document filed by Christine O'Neill. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C Document Number: 10822 ..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 04 |
| )2/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (101 in 1:22−cv−10823−GBD−S 1:15−cv−09903−GBD−SN, 260 in 1:18−cv−05331−GBD−SN, 52 in 1:23−cv−10824−GBD−SN, 282 in 1:18−cv−12387−GBD−SN, 279 in 1:18−cv−12276−GBD−SN, 249 in 1:18−cv−11878−GBD−SN, 333 in 1:18−cv−12277−GBD−SN, 89 in 1:23−cv−05790−GBD−SN, 282 in 1:19−cv−11865−GBD−SN, 227 in 1:19−cv−11767−GBD−SN, 188 in 1:18−cv−11876−GBD−SN, 194 in 1:22−cv−05193−GBD−SN, 220 in 1:19−cv−11776−GBD−SN, 210 in 1:20−cv−09387−GBD−SN, 10825 in 1:03−md−01570−GBD−SN) Proposed Or reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(km)** (Entered: 0 |
| )2/2025 | 10826 | AFFIDAVIT OF SERVICE of Summons, Complaint, and Notice of Suit and Translations of each served on Islamic R Iran on 2/11/2025. Service was accepted by Iranian Ministry of Foreign Affairs. Document filed by Christine O'Neill (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:24−cv−05520−GBD−SN.(Goldman, Jerry) (Entered: 04/02/2025) |
| )3/2025 | 10827 | MOTION for Default Judgment as to *Ashton 31 Plaintiffs*. Document filed by Kathleen Ashton.Filed In Associated C 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 04/03/2025) |
| )3/2025 | 10828 | DECLARATION of James P. Kreindler in Support re: (10827 in 1:03−md−01570−GBD−SN, 2246 in 1:02−cv−06977−GBD−SN) MOTION for Default Judgment as to *Ashton 31 Plaintiffs*.. Document filed by Kathleen (Attachments: # 1 Exhibit B (Ashton Estates), # 2 Exhibit C (Ashton Solatiums), # 3 Exhibit D (Expert Declaration), E (Expert Report Filed separately under seal))Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 04/03/2025) |
| )3/2025 | 10829 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Kathleen Ashton. (Attachment Exhibit A (Default Judgment Motion Cover Sheet), # 2 Exhibit B (Ashton Estates), # 3 Exhibit C (Ashton Solatiums)).(Kreindler, James) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 04/0 |
| )3/2025 | 10830 | ***SELECTED PARTIES*** LETTER addressed to Judge George B. Daniels from James P. Kreindler dated 4/3/20 Expert report−Exhibit E to Motion (ECF 10827), Declaration (ECF 10828), Proposed Judgment (ECF 10829). Docum by Kathleen Ashton(as Administrator of the Estate of Thomas Ashton, deceased and on behalf of all survivors of Tho Ashton), Kathleen Ashton. (Attachments: # 1 Exhibit E (Expert Report))Filed In Associated Cases: 1:03−md−01570− 1:02−cv−06977−GBD−SNMotion or Order to File Under Seal: 7963 .(Kreindler, James) (Entered: 04/03/2025) |
| )3/2025 | 10831 | CLERK CERTIFICATE OF MAILING of two copies of the the Notice of Default Judgment prepared in accordance U.S.C. § 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing the judgment at Document 10681 in the Burnet Order Granting Partial Final Default Judgment, dated January 29, 2025, Document 10681 (in English and Farsi) enter Burnell case; A copy of 28 U.S.C. 1330, 139l(f), 1441(d), and 1602 through 1611 (Pub. L. 94−583; 90 Stat. 2891) an Foreign Sovereign Immunities Act (28 U.S.C. §§ 1602, et seq.) (in English and Farsi); and Translator's Affidavit (in E only). mailed to Islamic Republic of Iran on 4/3/2025 by Federal Express tracking # 8801 2406 1126, to the Secretary Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Depart State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services I Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(tae 04/03/2025) |
| )4/2025 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (2248 in 1:02−cv−06977−GBD−SN, 10829 in 1:03−md−01570−GBD−SN) Proposed Default Judgment was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(km)** (Entered: 04/0 |
| )7/2025 | 10832 | MOTION to Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibit A . Document fil Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 04/07/2025) |
| )7/2025 | 10833 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A) Related Document Numbe ..(Duane, John) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 04/07/2025) |
| )7/2025 | 10834 | MEMO ENDORSED ORDER granting 10715 Motion to Correct Judgment re: 8293 Order on Motion for Default Jud ENDORSEMENT: The motion to amend is GRANTED. The Clerk of the Court is respectfully directed to close the m ECF No. 10715 in 03−md−01570, and ECF No. 916 at 15−cv−9903. SO ORDERED. (Signed by Judge George B. Da 4/7/2025) (ar) Modified on 6/11/2025 (ar). (Entered: 04/07/2025) |
| )7/2025 | 10835 | CLERK CERTIFICATE OF MAILING of one copy of the the Notice of Default Judgment prepared in accordance w U.S.C. § 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing this judgment in the Burnett case; Order Granti Final Default Judgment, dated January 29, 2025, Document 10681 (in English and Farsi); A copy of 28 U.S.C. 1330, 1441(d), and 1602 through 1611 (Pub. L. 94−583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S. |

| | | |
|---|---|---|
| | | et seq.) (in English and Farsi); and Translator's Affidavit (in English only) mailed to Islamic Republic of Iran on 4/7/. Registered Mail tracking # RB596338048US, to the head of the agency or instrumentality of the foreign state, pursua provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(tae) (Entered: 04/07/2025) |
| )7/2025 | 10836 | MOTION to Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibit A . Document fi Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Duane, John) (Entered: 04/07/2025) |
| )7/2025 | 10837 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A) Related Document Numbe ..(Duane, John) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 04/07/2025) |
| )8/2025 | 10838 | ORDER granting (10832) Motion to Substitute Party. in case 1:03−md−01570−GBD−SN; granting (965) Motion to Party. in case 1:15−cv−09903−GBD−SN. The motion to substitute is GRANTED. SO ORDERED. (Signed by Magis Sarah Netburn on 4/8/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN (dsh on 4/8/2025 (dsh). (Entered: 04/08/2025) |
| )8/2025 | 10839 | ORDER granting (1229) Motion to Substitute Party. in case 1:03−cv−09849−GBD−SN; granting (10836) Motion to Party. in case 1:03−md−01570−GBD−SN. The motion to substitute is GRANTED. SO ORDERED. (Signed by Magi Judge Sarah Netburn on 4/8/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−S Modified on 4/8/2025 (dsh). (Entered: 04/08/2025) |
| )8/2025 | 10840 | NOTICE of of Iran Notice of Amendment. Document filed by Christine O'Neill. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−05193−GBD−SN.(Goldman, Jerry) (Entered: 04/08/2025) |
| )8/2025 | 10841 | NOTICE of Iran Notice of Amendment. Document filed by Christine O'Neill. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:24−cv−05520−GBD−SN.(Goldman, Jerry) (Entered: 04/08/2025) |
| )8/2025 | 10842 | NOTICE of Iran Notice of Amendment. Document filed by Christine O'Neill. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:23−cv−05790−GBD−SN.(Goldman, Jerry) (Entered: 04/08/2025) |
| )8/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (966 in 1:15−cv−09903−GBD− in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN. (tp)** (Entered: 04/08/2025) |
| )8/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (1230 in 1:03−cv−09849−GBD in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN. (tp)** (Entered: 04/08/2025) |
| )8/2025 | 10843 | MOTION to Substitute Party. Old Party: See attachment A, New Party: See attachment A . Document filed by Christ O'Neill.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 04/08/2025) |
| )8/2025 | 10844 | PROPOSED ORDER. Document filed by Christine O'Neill. Related Document Number: 10843 ..(Goldman, Jerry) **P Order to be reviewed by Clerk's Office staff.** (Entered: 04/08/2025) |
| )8/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (858 in 1:04−cv−01076−GBD− 1:18−cv−11950−GBD−SN, 261 in 1:18−cv−07306−GBD−SN, 946 in 1:04−cv−01923−GBD−SN, 92 in 1:23−cv−05790−GBD−SN, 10844 in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved a Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (tp)** (Entered: 04/08/2025) |
| )8/2025 | 10845 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman, Esq. dated April 8, 2025 re: Terrorist Attack September 11, 2001, No. 03−MDL−1570 (GBD) (SN) − U.S. Victims of State Sponsored Terrorism Round 6 Deadli Document filed by Christine O'Neill. (Attachments: # 1 Exhibit A).(Goldman, Jerry) (Entered: 04/08/2025) |
| )9/2025 | 10846 | CLERK CERTIFICATE OF MAILING RECEIVED for the Notice of Default Judgment prepared in accordance with § 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing both judgments in the Burnett case; Order Granting Pa Default Judgment, dated September 17, 2024, Document 10373 (in English and Farsi) entered in the Burnett case; Or Granting Partial Final Default Judgment, dated September 20, 2024, Document 10388 (in English and Farsi) entered Burnett case; A copy of 28 U.S.C. 1330, 139l(f), 1441(d), mid 1602 through 1611 (Pub. L. 94−583; 90 Stat. 2891) m Foreign Sovereign Immunities Act (28 U.S.C. §§ 1602, et seq.) (in English and Farsi); and Translator's Affidavit (in only) mailed to defendant Islamic Republic of Iran Abbas Araghchi Minister of Foreign Affairs Ministry of Foreign the Islamic Republic of Iran Imam Khomeini Avenue Imam Khomeini Square Tehran, Iran mailed to Islamic Republ 11/1/2024 by Federal Express tracking # 7795 2201 1281, as per (10484 in 1:03−md−01570−GBD−SN) Clerk Certif Mailing. RECEIVED ON: 4/9/2025. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD− (Entered: 04/09/2025) |
| )9/2025 | 10847 | ORDER: The Court thanks the parties for their letter informing it about the U.S. Victims of State Sponsored Terroris ("VSST") Fund deadline. See ECF No. 10845. The Court will endeavor to address the motions for default judgment i of this new deadline but cannot guarantee that it will reach all such claims before June 1, 2025. SO ORDERED. (Sig |

| | | |
|---|---|---|
| | | Magistrate Judge Sarah Netburn on 4/9/2025) (dsh) (Entered: 04/09/2025) |
| )9/2025 | 10848 | MEMO ENDORSEMENT on re: (945 in 1:04−cv−01923−GBD−SN, 91 in 1:23−cv−05790−GBD−SN, 857 in 1:04−cv−01076−GBD−SN, 128 in 1:18−cv−11950−GBD−SN, 10843 in 1:03−md−01570−GBD−SN, 260 in 1:18−cv−07306−GBD−SN) MOTION to Substitute Party. Old Party: See attachment A, New Party: See attachment A Christine O'Neill. ENDORSEMENT: The motion to substitute is GRANTED. Motions terminated: (260 in 1:18−cv−07306−GBD−SN, 91 in 1:23−cv−05790−GBD−SN, 128 in 1:18−cv−11950−GBD−SN, 945 in 1:04−cv−01923−GBD−SN, 10843 in 1:03−md−01570−GBD−SN) MOTION to Substitute Party. Old Party: See attac New Party: See attachment A filed by Christine O'Neill. (Signed by Magistrate Judge Sarah Netburn on 4/9/2025) Fil Associated Cases: 1:03−md−01570−GBD−SN et al. (tro) (Entered: 04/10/2025) |
| .0/2025 | 10849 | MOTION for Default Judgment as to *Liability and for Partial Final Judgment for Damages*. Document filed by Kim Bastible.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12398−GBD−SN.(Morgan, Robert) (Enter 04/10/2025) |
| .0/2025 | 10850 | MEMORANDUM OF LAW in Support re: (10849 in 1:03−md−01570−GBD−SN, 102 in 1:18−cv−12398−GBD−SN for Default Judgment as to *Liability and for Partial Final Judgment for Damages*. . Document filed by Kim Bastible. Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12398−GBD−SN.(Morgan, Robert) (Entered: 04/10/2025) |
| .0/2025 | 10851 | DECLARATION of Robert Morgan in Support re: (102 in 1:18−cv−12398−GBD−SN, 10849 in 1:03−md−01570−G MOTION for Default Judgment as to *Liability and for Partial Final Judgment for Damages*.. Document filed by Kim (Attachments: # 1 Exhibit A. Knight Plaintiffs, # 2 Exhibit B. Bastible Declaration, # 3 Exhibit C. Daoust Declaratio Exhibit D. Highfield Declaration, # 5 Exhibit E. Perez Declaration, # 6 Exhibit F. G. Seminerio Declaration, # 7 Exhi Seminerio Declaration, # 8 Exhibit H. Jirak Declaration, # 9 Exhibit I. Becklund Declaration)Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:18−cv−12398−GBD−SN.(Morgan, Robert) (Entered: 04/10/2025) |
| .0/2025 | 10852 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Kim Bastible. (Attachments: # A. Default Judgment Motion Cover Sheet, # 2 Exhibit B. Knight Plaintiffs).(Morgan, Robert) **Proposed Default Jud be reviewed by Clerk's Office staff.** (Entered: 04/10/2025) |
| .0/2025 | 10853 | MOTION to Amend/Correct (10813 in 1:03−md−01570−GBD−SN, 10813 in 1:03−md−01570−GBD−SN, 10813 in 1:03−md−01570−GBD−SN, 10813 in 1:03−md−01570−GBD−SN) Order on Motion for Default Judgment,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, . Document filed by Jill Accardi, Raymond Alexander, Evelyn Besto. (Attachment Exhibit A, # 2 Exhibit B, # 3 Exhibit C)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−01394−GB 1:21−cv−03505−GBD−SN, 1:21−cv−06247−GBD−SN.(Papain, Nicholas) (Entered: 04/10/2025) |
| .0/2025 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (105 in 1:18−cv−12398−GBD−SN, 10852 in 1:03−md−01570−GBD−SN) Proposed Default Judgment was reviewed anc as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12398−GBD−SN(km)** (Entered: 04/ |
| .0/2025 | 10854 | MOTION for Default Judgment as to *Burnett/Iran XXXX Plaintiffs*. Document filed by Burnett Plaintiffs.Filed In Ass Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 04/10/2025) |
| .0/2025 | 10855 | MEMORANDUM OF LAW in Support re: (10854 in 1:03−md−01570−GBD−SN, 971 in 1:15−cv−09903−GBD−SN for Default Judgment as to *Burnett/Iran XXXX Plaintiffs*. . Document filed by Burnett Plaintiffs. Filed In Associated 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 04/10/2025) |
| .0/2025 | 10856 | ***SELECTED PARTIES***DECLARATION of John C. Duane in Support re: (10854 in 1:03−md−01570−GBD− 1:15−cv−09903−GBD−SN) MOTION for Default Judgment as to *Burnett/Iran XXXX Plaintiffs*.. Document filed by Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SNMotion or Order to File Under Seal: 5716 .(Duane, John) (Entered: 04/10/2025) |
| .0/2025 | 10857 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Cover Sheet Default Judgment Motion Cover Sheet, # 2 Exhibit A).(Duane, John) **Proposed Default Judgment to b by Clerk's Office staff.** (Entered: 04/10/2025) |
| .1/2025 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (974 in 1:15−cv−09903−GBD−SN) Proposed Default Judgment, was reviewed and approved as to form. Filed In Assoc Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(nd)** (Entered: 04/11/2025) |
| .1/2025 | 10858 | REPORT & RECOMMENDATION re: (10362 in 1:03−md−01570−GBD−SN), re: (10772 in 1:03−md−01570−GBI MOTION for Default Judgment as to *Burnett/Iran Personal Injury 10 Plaintiffs*. The Court recommends granting pai suffering damages as follows: These Plaintiffs should be awarded prejudgment interest at a rate of 4.96 percent per ar compounded annually for the period from September 11, 2001, until the date of the judgment. They should also be pe submit additional applications for damages, including punitive damages, consistent with any future rulings of the Cou Burnett personal injury plaintiffs not appearing in this motion who were not previously awarded damages may still su applications for damages awards in later stages. Objections to R&R due by 4/25/2025 (Signed by Magistrate Judge S Netburn on 4/11/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN (dsh) Mo |

| | | |
|---|---|---|
| | | 4/14/2025 (dsh). (Entered: 04/11/2025) |
| .4/2025 | 10859 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Christine O'Neill..(Goldman, Jerry) **Prop document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** Modified on (km). (Entered: 04/14/2025) |
| .4/2025 | 10860 | AFFIRMATION of Jerry S. Goldman, Esq. in Support re: (10859 in 1:03−md−01570−GBD−SN, 41 in 1:24−cv−05520−GBD−SN) Proposed Clerk's Certificate of Default. Document filed by Christine O'Neill. (Attachme Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)Filed In Associated Cases: 1:03−md−01570−GI 1:24−cv−05520−GBD−SN.(Goldman, Jerry) (Entered: 04/14/2025) |
| .4/2025 | 10861 | CLERK'S CERTIFICATE OF DEFAULT as to Islamic Republic of Iran. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:24−cv−05520−GBD−SN.(km) (Entered: 04/14/2025) |
| .4/2025 | 10862 | MEMO ENDORSEMENT granting (10853) Motion to Amend/Correct in case 1:03−md−01570−GBD−SN; granting Motion to Amend/Correct in case 1:21−cv−01394−GBD−SN; granting (109) Motion to Amend/Correct in case 1:21−cv−03505−GBD−SN; granting (99) Motion to Amend/Correct in case 1:21−cv−06247−GBD−SN. ENDORSEM motion to amend is GRANTED. The Clerk of the Court is respectfully directed to close the motion at ECF No. 1085 03−md−10570. SO ORDERED. (Signed by Judge George B. Daniels on 4/14/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−01394−GBD−SN, 1:21−cv−03505−GBD−SN, 1:21−cv−06247−GBD−SN (ks) 04/14/2025) |
| .4/2025 | 10863 | MOTION to Substitute Party. Old Party: John Doe 157 as Personal Representative of the Estate of Donald Bittner, de late parent of Jeffrey Bittner, New Party: Pamela Bittner−Conley as Personal Representative of the Estate of Donald Bittner,deceased, the late parent of Jeffrey Bittner . Document filed by Christine O'Neill.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:24−cv−05520−GBD−SN.(Goldman, Jerry) (Entered: 04/14/2025) |
| .4/2025 | 10864 | PROPOSED ORDER. Document filed by Christine O'Neill. Related Document Number: 10863 ..(Goldman, Jerry) **P Order to be reviewed by Clerk's Office staff.** (Entered: 04/14/2025) |
| .4/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (45 in 1:24−cv−05520−GBD−S 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:24−cv−05520−GBD−SN(km)** (Entered: 04/14/2025) |
| .5/2025 | 10865 | MOTION to Substitute Party. Old Party: John Doe 155, as Personal Representative of the Estate of Dorothy Belcher, the late parent of Chapelle Sarker, New Party: Anthony Stewart, as Personal Representative of the Estate of Dorothy deceased, the late parent of Chapelle Sarker . Document filed by Christine O'Neill.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:24−cv−05520−GBD−SN.(Goldman, Jerry) (Entered: 04/15/2025) |
| .5/2025 | 10866 | PROPOSED ORDER. Document filed by Christine O'Neill. Related Document Number: 10865 ..(Goldman, Jerry) **P Order to be reviewed by Clerk's Office staff.** (Entered: 04/15/2025) |
| .5/2025 | 10867 | MEMO ENDORSED ORDER granting (10863) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; gran Motion to Substitute Party in case 1:24−cv−05520−GBD−SN. ENDORSEMENT: The motion to substitute is GRAN ORDERED. (Signed by Magistrate Judge Sarah Netburn on 4/15/2025) Filed In Associated Cases: 1:03−md−01570− 1:24−cv−05520−GBD−SN. Party Pamela Bittner−Conley added. Party John Doe 157 (as Personal Representative of of Donald Bittner, deceased, the late parent of Jeffrey Bittner) terminated. (mml) Modified on 4/15/2025 (mml). (Ent 04/15/2025) |
| .5/2025 | 10868 | MOTION to Substitute Party. Old Party: Christopher Kelly, New Party: Marianne Kelly . Document filed by Christop Kelly.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12337−GBD−SN.(Morgan, Robert) (Entered 04/15/2025) |
| .5/2025 | 10869 | MEMO ENDORSED ORDER granting (10865) Motion to Substitute Party. in case 1:03−md−01570−GBD−SN; gran Motion to Substitute Party. in case 1:24−cv−05520−GBD−SN. ENDORSEMENT: The motion to substitute is GRAN ORDERED. Party Anthony Stewart added. Party John Doe 155 as Personal Representative of the Estate of Dorothy I deceased, the late parent of Chapelle Sarker terminated. (Signed by Magistrate Judge Sarah Netburn on 4/15/2025) F Associated Cases: 1:03−md−01570−GBD−SN, 1:24−cv−05520−GBD−SN. (mml) Modified on 4/15/2025 (mml). (E 04/15/2025) |
| .5/2025 | 10870 | PROPOSED ORDER. Document filed by Christopher Kelly. (Attachments: # 1 Exhibit A. Substituted Party) Relatec Number: 10868 ..(Morgan, Robert) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 04/15/2025) |
| .5/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (47 in 1:24−cv−05520−GBD−S 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:24−cv−05520−GBD−SN(km)** (Entered: 04/15/2025) |

| | | |
|---|---|---|
| .5/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (10870 in 1:03−md−01570−GB in 1:18−cv−12337−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:18−cv−12337−GBD−SN(km)** (Entered: 04/15/2025) |
| .6/2025 | 10871 | MOTION to Substitute Party. Old Party: Marie Carlino, et al., New Party: Heidi Seelbach, et al. . Document filed by Bauer, et al.. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−C 1:02−cv−07236−GBD, 1:17−cv−02003−GBD−SN.(Capone, Dorothea) (Entered: 04/16/2025) |
| .6/2025 | 10872 | PROPOSED ORDER. Document filed by Virginia Bauer, et al.. (Attachments: # 1 Exhibit A) Related Document Nu [10871 (02−6977 ECF 2250; 02−7236 ECF 309, 17−2003 ECF 373)]..(Capone, Dorothea) **Proposed Order to be re Clerk's Office staff.** (Entered: 04/16/2025) |
| .6/2025 | 10873 | MEMO ENDORSED ORDER granting (10868) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; gran Motion to Substitute Party in case 1:18−cv−12337−GBD−SN. ENDORSEMENT: The motion to substitute is GRAN ORDERED. Party Marianne Kelly added. Party Christopher Kelly terminated. (Signed by Magistrate Judge Sarah Ne 4/16/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12337−GBD−SN. (mml) Modified on 4 (mml). (Entered: 04/16/2025) |
| .6/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (2251 in 1:02−cv−06977−GBD- 1:02−cv−07236−GBD, 10872 in 1:03−md−01570−GBD−SN, 374 in 1:17−cv−02003−GBD−SN) Proposed Order reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GB 1:02−cv−07236−GBD, 1:17−cv−02003−GBD−SN(km)** (Entered: 04/16/2025) |
| .6/2025 | 10874 | MOTION to Substitute Party. Old Party: John Doe 93, being intended to designate the Personal Representative of the Robert Caufield, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or ha duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all entitled beneficiaries and family members of Robert Caufield, New Party: Patricia Fennelly as the Personal Represen Estate of Robert Caufield, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family me Robert Caufield . Document filed by Christine O'Neill.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:04−cv−01923−GBD−SN, 1:20−cv−10902−GBD−SN.(Goldman, Jerry) (Entered: 04/1 |
| .6/2025 | 10875 | PROPOSED ORDER. Document filed by Christine O'Neill. Related Document Number: 10874 ..(Goldman, Jerry) **P Order to be reviewed by Clerk's Office staff.** (Entered: 04/16/2025) |
| .7/2025 | 10876 | REPORT & RECOMMENDATION re: (10424 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Non−Nationals 8*. filed by Burnett Plaintiffs, (10740 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment *Burnett Non− Nationals 9*. filed by Burnett Plaintiffs, (10808 in 1:03−md−01570−GBD−SN) MOTION for Default J to *Burnett Non−Nationals 10*. filed by Burnett Plaintiffs. The Court recommends granting the Burnett Plaintiffs' moti Nos. 10424, 10740, and 10808. The Court recommends finding the Iran Defendants liable for wrongful death, surviva under New York law, and awarding the Burnett Plaintiffs damages as provided in the attached Exhibits. The Plaintiff those Exhibits should also be awarded prejudgment interest at a rate of 4.96 percent per annum, compounded annuall interest should accrue over different time periods, depending on the type of damages awarded: prejudgment interest c suffering, and solatium, damages should run from September 11, 2001, until the date of the judgment; and prejudgme on economic damages should run from the date indicated in the "Date of Report" column in Exhibit A until the date c All Burnett Plaintiffs should be permitted to submit further applications for damages, including punitive damages, co with any future rulings of the Court. Objections to R&R due by 5/1/2025 (Signed by Magistrate Judge Sarah Netburn 4/17/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN (dsh) (Entered: 04/17 |
| .7/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (194 in 1:20−cv−10902−GBD− 1:04−cv−01923−GBD−SN, 10875 in 1:03−md−01570−GBD−SN, 862 in 1:04−cv−01076−GBD−SN) Proposed O reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GB 1:04−cv−01923−GBD−SN, 1:20−cv−10902−GBD−SN(km)** (Entered: 04/17/2025) |
| .7/2025 | 10877 | MEMO ENDORSED ORDER granting (10871) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; gran Motion to Substitute Party in case 1:02−cv−06977−GBD−SN; terminating (309) Motion to Substitute Party. in case 1:02−cv−07236−GBD; granting (373) Motion to Substitute Party in case 1:17−cv−02003−GBD−SN. ENDORSEME motion to substitute is GRANTED. SO ORDERED. Party Ellen Hughes, Jean Nebbia and Heidi Seelbach added. Par Schlag as Executrix of the Estate of Donald Schlag, deceased, and Marie Carlino, as Executrix of Edward Carlino, a Decedent terminated. (Signed by Magistrate Judge Sarah Netburn on 4/17/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD, 1:17−cv−02003−GBD−SN (mml) ( 04/17/2025) |
| .7/2025 | 10878 | MEMO ENDORSED ORDER granting (10874) Motion to Substitute Party. in case 1:03−md−01570−GBD−SN; gra Motion to Substitute Party. in case 1:04−cv−01076−GBD−SN; granting (948) Motion to Substitute Party. in case 1:04−cv−01923−GBD−SN; granting (193) Motion to Substitute Party. in case 1:20−cv−10902−GBD−SN. ENDORS The motion to substitute is GRANTED. SO ORDERED. Party Patricia Fennelly added. Party John Doe 93, being int designate the Personal Representative of the Estate of Robert Caufield, deceased terminated. (Signed by Magistrate J |

| | | |
|---|---|---|
| | | Netburn on 4/17/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:04−cv−01923−GBD−SN, 1:20−cv−10902−GBD−SN (mml) (Entered: 04/17/2025) |
| .7/2025 | 10879 | MOTION for Default Judgment as to *Burnett/Iran XXXXI Plaintiffs*. Document filed by Burnett Plaintiffs.Filed In As Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 04/17/2025) |
| .7/2025 | 10880 | MEMORANDUM OF LAW in Support re: (978 in 1:15−cv−09903−GBD−SN, 10879 in 1:03−md−01570−GBD−SN for Default Judgment as to *Burnett/Iran XXXXI Plaintiffs*. . Document filed by Burnett Plaintiffs. Filed In Associated 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 04/17/2025) |
| .7/2025 | 10881 | DECLARATION of John C. Duane in Support re: (978 in 1:15−cv−09903−GBD−SN, 10879 in 1:03−md−01570−GI MOTION for Default Judgment as to *Burnett/Iran XXXXI Plaintiffs*.. Document filed by Burnett Plaintiffs. (Attachme Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entere 04/17/2025) |
| .7/2025 | 10882 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Cover Sheet Default Judgment Motion Cover Sheet, # 2 Exhibit A).(Duane, John) **Proposed Default Judgment to b by Clerk's Office staff.** (Entered: 04/17/2025) |
| .7/2025 | 10883 | MOTION for Default Judgment as to *Liability and for Partial Final Judgements for Damages on behalf of the Plaint* Document filed by Christine O'Neill.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) ( 04/17/2025) |
| .7/2025 | 10884 | MEMORANDUM OF LAW in Support re: (319 in 1:18−cv−05321−GBD−SN, 10883 in 1:03−md−01570−GBD−SN 1:24−cv−05520−GBD−SN, 53 in 1:23−cv−10824−GBD−SN, 263 in 1:18−cv−07306−GBD−SN, 334 in 1:18−cv−12277−GBD−SN, 94 in 1:23−cv−05790−GBD−SN, 196 in 1:22−cv−05193−GBD−SN, 196 in 1:20−cv−10902−GBD−SN, 280 in 1:18−cv−12276−GBD−SN, 65 in 1:23−cv−07283−GBD−SN) MOTION for Defa Judgment as to *Liability and for Partial Final Judgements for Damages on behalf of the Plaintiffs*. . Document filed b O'Neill. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 04/17/2025) |
| .7/2025 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (981 in 1:15−cv−09903−GBD−SN, 10882 in 1:03−md−01570−GBD−SN) Proposed Default Judgment, was reviewed an as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(km)** (Entered: 04/ |
| .7/2025 | 10885 | ***SELECTED PARTIES***DECLARATION of Jerry S. Goldman, Esq. in Support re: (10883 in 1:03−md−01570 50 in 1:24−cv−05520−GBD−SN, 53 in 1:23−cv−10824−GBD−SN, 263 in 1:18−cv−07306−GBD−SN, 94 in 1:23−cv−05790−GBD−SN, 196 in 1:22−cv−05193−GBD−SN, 196 in 1:20−cv−10902−GBD−SN, 65 in 1:23−cv−07283−GBD−SN, 319 in 1:18−cv−05321−GBD−SN, 334 in 1:18−cv−12277−GBD−SN, 280 in 1:18−cv−12276−GBD−SN) MOTION for Default Judgment as to *Liability and for Partial Final Judgements for Dan behalf of the Plaintiffs*.. Document filed by Susan M. King, Christine O'Neill. (Attachments: # 1 Exhibit A, # 2 Exhib Exhibit C, # 4 Exhibit C−3, # 5 Exhibit C−3a, # 6 Exhibit C−3b)Filed In Associated Cases: 1:03−md−01570−GBD−S al.Motion or Order to File Under Seal: 7963 .(Goldman, Jerry) (Entered: 04/17/2025) |
| .7/2025 | 10886 | PROPOSED ORDER. Document filed by Christine O'Neill. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C Document Number: 10883 ..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 04 |
| .8/2025 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (283 in 1:18−cv−12276−G in 1:23−cv−10824−GBD−SN, 199 in 1:22−cv−05193−GBD−SN, 322 in 1:18−cv−05321−GBD−SN, 337 in 1:18−cv−12277−GBD−SN, 53 in 1:24−cv−05520−GBD−SN, 10886 in 1:03−md−01570−GBD−SN, 97 in 1:23−cv−05790−GBD−SN, 199 in 1:20−cv−10902−GBD−SN, 266 in 1:18−cv−07306−GBD−SN, 68 in 1:23−cv−07283−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(km)** (Entered: 04/18/2025) |
| 22/2025 | 10887 | NOTICE of Iran Notice of Amendment. Document filed by Christine O'Neill. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:24−cv−05520−GBD−SN.(Goldman, Jerry) (Entered: 04/22/2025) |
| 22/2025 | 10888 | FIRST LETTER addressed to Magistrate Judge Sarah Netburn from Omar T. Mohammedi dated April 22, 2025 re: C on Pending Daubert Motions. Document filed by WAMY International, Inc...(Mohammedi, Omar) (Entered: 04/22/2 |
| 24/2025 | | Eleven (11) DVDs received from Plaintiffs Executive Committee containing digital media exhibits, pursuant to Mem Endorsement signed by Judge Netburn on 06/17/2024 at D.E. 9923.(jus) (Entered: 04/24/2025) |
| 25/2025 | 10889 | MOTION to Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibit A . Document fil Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Duane, John) (Entered: 04/25/2025) |
| 25/2025 | 10890 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A) Related Document Numbe ..(Duane, John) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 04/25/2025) |

| | | |
|---|---|---|
| :5/2025 | 10891 | MOTION to Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibit A . Document fil Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 04/25/2025) |
| :5/2025 | 10892 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A) Related Document Numbe ..(Duane, John) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 04/25/2025) |
| :5/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (1233 in 1:03−cv−09849−GBD− in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN(nd)** (Entered: 04/25/2025) |
| :5/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (10892 in 1:03−md−01570−GB in 1:15−cv−09903−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(nd)** (Entered: 04/25/2025) |
| :5/2025 | 10893 | LETTER addressed to Judge George B. Daniels from Plaintiffs' Executive Committees and Ashton Plaintiffs dated 4/ pursuant to the Court's Order of 06/17/2024 regarding the filing of digital media files (ECF No. 9923). Document file Kathleen Ashton. (Attachments: # 1 Exhibit Pls. Ex. 10F, Pls. Ex.10H and Pls. Ex.10K, with ppr lifted for public filir unredacted form, # 2 Exhibit Pls. Ex.10O, Pls. Ex.10P, Pls. Ex.10Q, Pls. Ex.10R and Pls. Ex. 450, filed publicly and unredacted form, # 3 Exhibit Pls. Ex. 120 filed in three parts, containing Plaintiffs provisional redactions (ppr)).(Simp James) (Entered: 04/25/2025) |
| :5/2025 | 10894 | LETTER addressed to Judge George B. Daniels from Plaintiffs' Executive Committees and Ashton Plaintiffs dated A 2025 re: pursuant to the Courts July 29, 2024 Order regarding the filing of judicial documents (ECF No. 10173). Doc by Kathleen Ashton. (Attachments: # 1 Exhibit Pls. Ex. 10F−TR (errata version), # 2 Exhibit Pls. Ex. 10K−TR, # 3 E Ex. 450−TR).(Simpson, James) (Entered: 04/25/2025) |
| :5/2025 | 10895 | LETTER addressed to Judge George B. Daniels from Plaintiffs' Executive Committees and Ashton Plaintiffs dated A 2025 re: pursuant to the Courts July 29, 2024 Order regarding the filing of judicial documents (ECF No. 10173). Doc by Kathleen Ashton. (Attachments: # 1 Exhibit Pls. Ex. 120_pt1_ppr, # 2 Exhibit Pls. Ex. 120_pt2_ppr, # 3 Exhibit P 120_pt3_ppr).(Simpson, James) (Entered: 04/25/2025) |
| :5/2025 | 10896 | LETTER addressed to Judge George B. Daniels from Plaintiffs' Executive Committees and Ashton Plaintiffs dated A 2025 re: pursuant to the Courts July 29, 2024 Order regarding the filing of judicial documents (ECF No. 10173). Doc by Kathleen Ashton. (Attachments: # 1 Exhibit Pls. Ex. 679B_ppr, # 2 Exhibit Pls. Ex. 679G_ppr, # 3 Exhibit Pls. Ex 679H_ppr, # 4 Exhibit Pls. Ex. 679J_ppr).(Simpson, James) (Entered: 04/25/2025) |
| :5/2025 | 10897 | LETTER addressed to Judge George B. Daniels from Plaintiffs' Executive Committees and Ashton Plaintiffs dated A 2025 re: pursuant to the Courts July 29, 2024 Order regarding the filing of judicial documents (ECF No. 10173). Doc by Kathleen Ashton. (Attachments: # 1 Exhibit Pls. Ex. 679N_ppr, # 2 Exhibit Pls. Ex. 553_ppr, # 3 Exhibit Pls. Ex. 4 Exhibit Pls. Ex. 311).(Simpson, James) (Entered: 04/25/2025) |
| :5/2025 | 10898 | LETTER addressed to Judge George B. Daniels from Plaintiffs' Executive Committees and Ashton Plaintiffs dated A 2025 re: pursuant to the Courts July 29, 2024 Order regarding the filing of judicial documents (ECF No. 10173). Doc by Kathleen Ashton. (Attachments: # 1 Exhibit Pls. Ex. 528_ppr, # 2 Exhibit Pls. Ex. 531_ppr, # 3 Exhibit Pls. Ex. 5: Exhibit Pls. Ex. 574_ppr).(Simpson, James) (Entered: 04/25/2025) |
| :8/2025 | 10899 | MEMO ENDORSED ORDER granting (1232) Motion to Substitute Party in case 1:03−cv−09849−GBD−SN; grantir Motion to Substitute Party in case 1:03−md−01570−GBD−SN. ENDORSEMENT: The motion to substitute is GRAN ORDERED. (Signed by Magistrate Judge Sarah Netburn on 4/28/2025) Filed In Associated Cases: 1:03−md−01570− 1:03−cv−09849−GBD−SN. (mml) (Entered: 04/28/2025) |
| :8/2025 | 10900 | MEMO ENDORSED ORDER granting (10891) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; gran Motion to Substitute Party in case 1:15−cv−09903−GBD−SN. ENDORSEMENT: The motion to substitute is GRAN ORDERED. (Signed by Magistrate Judge Sarah Netburn on 4/28/2025) Filed In Associated Cases: 1:03−md−01570− 1:15−cv−09903−GBD−SN. (mml) (Entered: 04/28/2025) |
| :8/2025 | 10901 | MOTION for Default Judgment as to *Burnett/Iran 42 Plaintiffs*. Document filed by Burnett Plaintiffs.Filed In Associ 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 04/28/2025) |
| :8/2025 | 10902 | MEMORANDUM OF LAW in Support re: (10901 in 1:03−md−01570−GBD−SN, 985 in 1:15−cv−09903−GBD−SN for Default Judgment as to *Burnett/Iran 42 Plaintiffs*. . Document filed by Burnett Plaintiffs. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 04/28/2025) |
| :8/2025 | 10903 | ***SELECTED PARTIES***DECLARATION of John C. Duane in Support re: (985 in 1:15−cv−09903−GBD−SN, 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Burnett/Iran 42 Plaintiffs*.. Document filed by Bu Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SNMotion or Order to File Under Seal: 5716 .(Duane, John) (Entered: 04/28/2025) |

| | | |
|---|---|---|
| 28/2025 | 10904 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Cover Sheet Default Judgment Motion Cover Sheet, # 2 Exhibit A).(Duane, John) **Proposed Default Judgment to b by Clerk's Office staff.** (Entered: 04/28/2025) |
| 29/2025 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (988 in 1:15−cv−09903−GBD−SN) Proposed Default Judgment, was reviewed and approved as to form. Filed In Assoc Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN. (tp)** (Entered: 04/29/2025) |
| 30/2025 | 10905 | MOTION for Default Judgment as to *Ashton 32 Plaintiffs*. Document filed by Kathleen Ashton.Filed In Associated C 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 04/30/2025) |
| 30/2025 | 10906 | DECLARATION of James P. Kreindler in Support re: (2254 in 1:02−cv−06977−GBD−SN, 10905 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Ashton 32 Plaintiffs*.. Document filed by Kathleen (Attachments: # 1 Exhibit B (Ashton Estates), # 2 Exhibit C (Ashton Solatiums), # 3 Exhibit D (Expert Declaration), E (Expert Report filed separately under seal))Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 04/30/2025) |
| 30/2025 | 10907 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Kathleen Ashton. (Attachment Exhibit A (Default Judgment Motion Cover Sheet), # 2 Exhibit B (Ashton Estates), # 3 Exhibit C (Ashton Solatiums)).(Kreindler, James) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 04/3 |
| 30/2025 | 10908 | ***SELECTED PARTIES*** LETTER addressed to Judge George B. Daniels from James P. Kreindler dated April Expert Reports−Exhibit E to Motion (ECF 10905), Declaration (ECF 10906), Proposed Default Judgment (ECF 1090 Document filed by Kathleen Ashton(as Administrator of the Estate of Thomas Ashton, deceased and on behalf of all Thomas Ashton), Kathleen Ashton. (Attachments: # 1 Exhibit (Leahy expert report), # 2 Exhibit (Hickey expert repo Exhibit (Rancke expert report), # 4 Exhibit (Berry expert report), # 5 Exhibit (Sarle expert report), # 6 Exhibit (Kates report))Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SNMotion or Order to File U 7963 .(Kreindler, James) (Entered: 04/30/2025) |
| 30/2025 | 10909 | MOTION for Default Judgment as to *Ashton 33 Plaintiffs*. Document filed by Kathleen Ashton.Filed In Associated C 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 04/30/2025) |
| 30/2025 | 10910 | DECLARATION of James P. Kreindler in Support re: (10909 in 1:03−md−01570−GBD−SN, 2258 in 1:02−cv−06977−GBD−SN) MOTION for Default Judgment as to *Ashton 33 Plaintiffs*.. Document filed by Kathleen Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 04/3 |
| 30/2025 | 10911 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Kathleen Ashton. (Attachment Exhibit A (Default Judgment Motion Cover Sheet), # 2 Exhibit B (Ashton Solatiums)).(Kreindler, James) **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 04/30/2025) |
| 01/2025 | 10912 | NOTICE of Iran Notice of Amendment. Document filed by Christine O'Neill. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−05193−GBD−SN.(Goldman, Jerry) (Entered: 05/01/2025) |
| 01/2025 | 10913 | MOTION to Substitute Party. Old Party: John Doe 95, being intended to designate the Personal Representative of the Margaret Ehtermann, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/ been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has ex and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivo legally entitled beneficiaries and family members of Margaret Ruth Echtermann, New Party: Johanna Kmetz, as the Representative of the Estate of Margaret Echtermann, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Margaret Echtermann . Document filed by Christine O'Neill.Filed In Associated 1:03−md−01570−GBD−SN, 1:20−cv−10902−GBD−SN.(Goldman, Jerry) (Entered: 05/01/2025) |
| 01/2025 | 10914 | PROPOSED ORDER. Document filed by Christine O'Neill. Related Document Number: 10913 ..(Goldman, Jerry) **P Order to be reviewed by Clerk's Office staff.** (Entered: 05/01/2025) |
| 01/2025 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (2256 in 1:02−cv−06977−GBD−SN, 10907 in 1:03−md−01570−GBD−SN) Proposed Default Judgment, was reviewed an as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN. (tp)** (Entered: 05/ |
| 01/2025 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (10911 in 1:03−md−01570−GBD−SN, 2260 in 1:02−cv−06977−GBD−SN) Proposed Default Judgment, was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN. (tp)** (Entered: 05/ |
| 01/2025 | 10915 | MOTION to Substitute Party. Old Party: John Doe 35, being intended to designate the Personal Representative of the William D. Lake, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or h duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all entitled beneficiaries and family members of William D. Lake, New Party: Kyler Lake, as the Personal Representativ Estate of William D. Lake, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family m |

| | | |
|---|---|---|
| | | William D. Lake . Document filed by Christine O'Neill.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:04−cv−01923−GBD−SN, 1:18−cv−12273−GBD−SN, 1:18−cv−12277−GBD−SN.(Go Jerry) (Entered: 05/01/2025) |
| )1/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (201 in 1:20−cv−10902−GBD− in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:20−cv−10902−GBD−SN. (tp)** (Entered: 05/01/2025) |
| )1/2025 | 10916 | PROPOSED ORDER. Document filed by Christine O'Neill. Related Document Number: 10915 ..(Goldman, Jerry) **P Order to be reviewed by Clerk's Office staff.** (Entered: 05/01/2025) |
| )1/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (339 in 1:18−cv−12277−GBD− in 1:03−md−01570−GBD−SN, 952 in 1:04−cv−01923−GBD−SN, 133 in 1:18−cv−12273−GBD−SN, 865 in 1:04−cv−01076−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:04−cv−01923−GBD−SN, 1:18−cv−12273−GBD−SN, 1:18−cv−12277−GBD−SN. (tp)** (Entered: 05/01/2025) |
| )1/2025 | 10917 | MOTION for Judgment *for Damages on Behalf of the Plaintiffs Identified in Exhibit A and Exhibit B*. Document filec Christine O'Neill.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN, 1:20−cv−10902−GBD−SN, 1:22−cv−05193−GBD−SN, 1:24−cv−05520−GBD−SN.(Goldman, Jerry) (Entered: 05/0 |
| )1/2025 | 10918 | MEMORANDUM OF LAW in Support re: (340 in 1:18−cv−12277−GBD−SN, 201 in 1:22−cv−05193−GBD−SN, 5 1:24−cv−05520−GBD−SN, 10917 in 1:03−md−01570−GBD−SN, 202 in 1:20−cv−10902−GBD−SN) MOTION for *for Damages on Behalf of the Plaintiffs Identified in Exhibit A and Exhibit B*. . Document filed by Christine O'Neill. I Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN, 1:20−cv−10902−GBD−SN, 1:22−cv−05193−GBD−SN, 1:24−cv−05520−GBD−SN.(Goldman, Jerry) (Entered: 05/01/2025) |
| )1/2025 | 10919 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (340 in 1:18−cv−12277−GBD−SN, 201 in 1:22−cv−05193−GBD−SN, 55 in 1:24−cv−05520−GBD−SN, 10917 in 1:03−md−01570−GBD−SN, 202 in 1:20−cv−10902−GBD−SN) MOTION for Judgment *for Damages on Behalf of the Plaintiffs Identified in Exhibit A a B*.. Document filed by Christine O'Neill. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN, 1:20−cv−10902−GBD−SN, 1:22−cv−05193−GBD−SN, 1:24−cv−05520−GBD−SN.(Goldman, Jerry) (Entered: 05/01/2025) |
| )1/2025 | 10920 | PROPOSED ORDER. Document filed by Christine O'Neill. (Attachments: # 1 Exhibit A− Cover Sheet, # 2 Exhibit I Exhibit C) Related Document Number: 10917 ..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Offic** (Entered: 05/01/2025) |
| )2/2025 | 10921 | MOTION for Default Judgment as to *Rodriguez Plaintiffs*. Document filed by James Barnes, James Barnes.Filed In A Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12347−GBD−SN.(Morgan, Robert) (Entered: 05/02/2025) |
| )2/2025 | 10922 | MEMORANDUM OF LAW in Support re: (128 in 1:18−cv−12347−GBD−SN, 10921 in 1:03−md−01570−GBD−SN for Default Judgment as to *Rodriguez Plaintiffs*. . Document filed by James Barnes, James Barnes. Filed In Associate 1:03−md−01570−GBD−SN, 1:18−cv−12347−GBD−SN.(Morgan, Robert) (Entered: 05/02/2025) |
| )2/2025 | 10923 | LETTER addressed to Judge George B. Daniels from James P. Kreindler dated May 2, 2025 re: No Objections to Rep Recommendation at ECF 10790. Document filed by Kathleen Ashton.Filed In Associated Cases: 1:03−md−01570−G 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 05/02/2025) |
| )2/2025 | 10924 | DECLARATION of Robert Morgan in Support re: (128 in 1:18−cv−12347−GBD−SN, 10921 in 1:03−md−01570−G MOTION for Default Judgment as to *Rodriguez Plaintiffs*.. Document filed by James Barnes, James Barnes. (Attachn Exhibit A. Rodriguez Plaintiffs, # 2 Exhibit B. Barnes Declaration, # 3 Exhibit C. Brager Declaration, # 4 Exhibit D. Declaration, # 5 Exhibit E. Discala Declaration, # 6 Exhibit F. Dousmanis Declaration, # 7 Exhibit G. Snickles Decla In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12347−GBD−SN.(Morgan, Robert) (Entered: 05/02/202 |
| )2/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (343 in 1:18−cv−12277−GBD− 1:22−cv−05193−GBD−SN, 10920 in 1:03−md−01570−GBD−SN, 205 in 1:20−cv−10902−GBD−SN, 58 in 1:24−cv−05520−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN, 1:20−cv−10902−GBD−SN, 1:22−cv−05193−GBD−SN, 1:24−cv−05520−GBD−SN(km)** (Entered: 05/02/2025) |
| )2/2025 | 10925 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by James Barnes, James Barnes. (Attachments: # 1 Exhibit A. Default Judgment Cover Sheet, # 2 Exhibit B. Rodriguez Plaintiffs).(Morgan, Robert) **F Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 05/02/2025) |
| )2/2025 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (131 in 1:18−cv−12347−GBD−SN, 10925 in 1:03−md−01570−GBD−SN) Proposed Default Judgment was reviewed anc as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12347−GBD−SN(km)** (Entered: 05/( |

| | | |
|---|---|---|
| )2/2025 | 10926 | MOTION for Default Judgment as to *Ashton 34 Plaintiffs*. Document filed by Kathleen Ashton.Filed In Associated C 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 05/02/2025) |
| )2/2025 | 10927 | DECLARATION of James P. Kreindler in Support re: (2263 in 1:02−cv−06977−GBD−SN, 10926 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Ashton 34 Plaintiffs*.. Document filed by Kathleen (Attachments: # 1 Exhibit B (Ashton Estates), # 2 Exhibit C (Ashton Solatiums), # 3 Exhibit D (Expert Declaration), E (Expert Report filed separately under seal))Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 05/02/2025) |
| )2/2025 | 10928 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED DEFAULT JUDGMENT pursuant to FRCP 5 Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A (Default Judgment Motion Cover Sheet), # 2 Exhib (Ashton Estates), # 3 Exhibit C (Ashton Solatiums)).(Kreindler, James) **Proposed Default Judgment to be reviewed Clerk's Office staff.** Modified on 5/5/2025 (km). (Entered: 05/02/2025) |
| )2/2025 | 10929 | ***SELECTED PARTIES*** LETTER addressed to Judge George B. Daniels from James P. Kreindler dated May 2 Expert Report Exhibit E to Motion (ECF 10926), Declaration (10927), Proposed Default Judgment (ECF 10928). Do filed by Kathleen Ashton(as Administrator of the Estate of Thomas Ashton, deceased and on behalf of all survivors o Ashton), Kathleen Ashton. (Attachments: # 1 Exhibit E (Expert Report))Filed In Associated Cases: 1:03−md−01570− 1:02−cv−06977−GBD−SNMotion or Order to File Under Seal: 7963 .(Kreindler, James) (Entered: 05/02/2025) |
| )2/2025 | 10930 | MEMO ENDORSEMENT on re: (200 in 1:20−cv−10902−GBD−SN, 10913 in 1:03−md−01570−GBD−SN) MOTIO Substitute Party. Old Party: John Doe 95, being intended to designate the Personal Representative of the Estate of Ma Ehtermann, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not Christine O'Neill, Motions terminated: (10913 in 1:03−md−01570−GBD−SN, 200 in 1:20−cv−10902−GBD−SN) MO Substitute Party. Old Party: John Doe 95, being intended to designate the Personal Representative of the Estate of Ma Ehtermann, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not Christine O'Neill. ENDORSEMENT: The Motion to substitute is GRANTED. (Signed by Magistrate Judge Sarah Ne 5/2/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:20−cv−10902−GBD−SN (tro) (Entered: 05/05/2 |
| )5/2025 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED DEFAULT JUDGMENT. Notice to a James Kreindler to RE−FILE Document No. (2265 in 1:02−cv−06977−GBD−SN, 10928 in 1:03−md−01570−GI Proposed Default Judgment. The filing is deficient for the following reason(s): Please add a space for the inter calculated. (the Ashton Plaintiffs identified in Exhibits B and C are awarded prejudgment interest of 4.96 perc annum, compounded annually, running from September 11, 2001 until the date of judgment, in the amount of $________). Re−file the document using the event type Proposed Default Judgment found under the event list Orders. − select the correct filer/filers − attach the correct signed and dated PDF. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(km)** (Entered: 05/05/2025) |
| )5/2025 | 10931 | MEMO ENDORSEMENT on MOTION to Substitute Party. Old Party: John Doe 35, being intended to designate the Representative of the Estate of William D. Lake, deceased, said name being fictitious, her/his true name is not presen confirmed, and/or has not be filed by Christine O'Neill. Motions terminated: (338 in 1:18−cv−12277−GBD−SN, 951 1:04−cv−01923−GBD−SN, 864 in 1:04−cv−01076−GBD−SN, 132 in 1:18−cv−12273−GBD−SN) ENDORSEMENT motion to substitute is GRANTED. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 5/2/2025) (ar) (E 05/05/2025) |
| )5/2025 | 10932 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Kathleen Ashton. (Attachmen Exhibit A (Default Judgment Motion Cover Sheet), # 2 Exhibit B (Ashton Estates), # 3 Exhibit C (Ashton Solatiums)).(Kreindler, James) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 05/0 |
| )5/2025 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (10932 in 1:03−md−01570−GBD−SN, 2267 in 1:02−cv−06977−GBD−SN) Proposed Default Judgment was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(km)** (Entered: 05/ |
| )5/2025 | 10933 | CLERK CERTIFICATE OF MAILING of two copies of the the Notice of Default Judgment prepared in accordance U.S.C. § 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing the judgment at Document 10756 in the Burnet Order Granting Partial Final Default Judgment, dated March 3, 2025, Document 10756 and Report & Recommendati January 13, 2025, Document 10665 (in English and Farsi) entered in the Burnett case; A copy of 28 U.S.C. 1330, 13 144l(d), and 1602 through 1611 (Pub. L. 94−583; 90 Stat. 2891) mid the Foreign Sovereign Immunities Act (28 U.S. et seq.) (in English and Farsi); and Translator's Affidavit (in English only). mailed to Islamic Republic of Iran on 5/5/ Federal Express tracking # 8807 9097 5113, to the Secretary of State, Attn: Director of Consular Services, Office of Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). File Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(tae) (Entered: 05/05/2025) |
| )5/2025 | 10936 | CLERK CERTIFICATE OF MAILING of two (2) copies of the Notice of Default Judgment prepared in accordance U.S.C. § 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing the judgment at Document 10780 in the Burnet Order Granting Partial Final Default Judgment, dated March 12, 2025, Document 10780 and Report & Recommenda February 19, 2025, Document 10727 (in English and Farsi) entered in the Burnett case; a copy of 28 U.S.C. 1330, 13 |

| | | |
|---|---|---|
| | | 1441(d), and 1602 through 1611 (Pub. L. 94−583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S. et seq.) (in English and Farsi); and Translator's Affidavit (in English only) mailed to Defendant Islamic Revolutionar Corps on 5/5/2025 by Federal Express tracking # 8809 5071 5434, via dispatch to the Secretary of State, Attn: Direct Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN. (ras) (Entered: 05/06 |
| )5/2025 | 10937 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment prepared in accordance witl § 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing the judgment at Document 10780 in the Burnett case; ( Granting Partial Final Default Judgment, dated March 12, 2025, Document 10780 and Report & Recommendation da February 19, 2025, Document 10727 (in English and Farsi) entered in the Burnett case; a copy of 28 U.S.C. 1330, 13 1441(d), and 1602 through 1611 (Pub. L. 94−583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S. et seq.) (in English and Farsi); and Translator's Affidavit (in English only) mailed to Defendant Islamic Republic of I 5/5/2025 by Federal Express tracking # 8809 5069 1683, via dispatch to the Secretary of State, Attn: Director of Con Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th l C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 16 Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN. (ras) (Entered: 05/06/2025) |
| )5/2025 | 10938 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment prepared in accordance witl § 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing the judgment at Document 10756 in the Burnett case; ( Granting Partial Final Default Judgment, dated March 3, 2025, Document 10756 and Report & Recommendation dat 13, 2025, Document 10665 (in English and Farsi) entered in the Burnett case; a copy of 28 U.S.C. 1330, 1391(f), 144 1602 through 1611 (Pub. L. 94−583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. §§ 1602, e English and Farsi); and Translator's Affidavit (in English only) mailed to Defendant Islamic Revolutionary Guard Co 5/5/2025 by Federal Express tracking # 8807 9106 2560, via dispatch to the Secretary of State, Attn: Director of Con Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th l C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 16 Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN. (ras) (Entered: 05/06/2025) |
| )6/2025 | 10934 | MOTION to Substitute Party. Old Party: Albert Filosa, New Party: Julia Filosa, as Personal Representative of the Est Albert Filosa, deceased . Document filed by Julia Filosa.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12344−GBD−SN.(Morgan, Robert) (Entered: 05/06/2025) |
| )6/2025 | 10935 | PROPOSED ORDER. Document filed by Julia Filosa. (Attachments: # 1 Exhibit A. Substituted Party) Related Docu Number: 10934 ..(Morgan, Robert) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 05/06/2025) |
| )6/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (10935 in 1:03−md−01570−GB in 1:18−cv−12344−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:18−cv−12344−GBD−SN. (tp)** (Entered: 05/06/2025) |
| )6/2025 | 10939 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman, Esq. dated 5/6/2025 re: Updated Exhibit C fo Order at MDL ECF No. 10527−3. Document filed by Christine O'Neill. (Attachments: # 1 Exhibit C Updated to Prop at ECF No. 10527)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 05/06/20 |
| )8/2025 | 10940 | NOTICE of Amendment re: (3237 in 1:03−md−01570−GBD−SN) Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, Document filed by Susan Frost. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN.(Granito, Frank) (Entered: 05/08/2025) |
| )8/2025 | 10941 | MOTION for Default Judgment as to *Burlingame XVI Plaintiff*. Document filed by Sheri Burlingame.Filed In Associ 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN.(Granito, Frank) (Entered: 05/0 |
| )8/2025 | 10942 | DECLARATION of Frank H. Granito, III in Support re: (2269 in 1:02−cv−06977−GBD−SN, 387 in 1:02−cv−07230 10941 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Burlingame XVI Plaintiff*.. Document fil Burlingame. (Attachments: # 1 Exhibit B − Plaintiff List)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN.(Granito, Frank) (Entered: 05/08/2025) |
| )8/2025 | 10943 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED DEFAULT JUDGMENT pursuant to FRCP 5 Document filed by Sheri Burlingame. (Attachments: # 1 Exhibit A (Default Judgment Motion Cover Sheet), # 2 Exhi (Plaintiff List)).(Granito, Frank) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** Modified on (km). (Entered: 05/08/2025) |
| )9/2025 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED DEFAULT JUDGMENT. Notice to a Frank Granito to RE−FILE Document No. (389 in 1:02−cv−07230−GBD−SN, 2271 in 1:02−cv−06977−GBD−S 1:03−md−01570−GBD−SN) Proposed Default Judgment. The filing is deficient for the following reason(s): Ple space for the interest calculations (Plaintiff identified in Exhibit B is awarded prejudgment interest of 4.96 per annum, compounded annually, running from September 11, 2001 until the date of judgment, in the amount of Re−file the document using the event type Proposed Default Judgment found under the event list Proposed Or** |

| | | |
|---|---|---|
| | | **In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN(km)** (En 05/09/2025) |
| )9/2025 | 10944 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Sheri Burlingame. (Attachmen Exhibit A (Default Judgment Motion Cover Sheet), # 2 Exhibit B (Plaintiff List)).(Granito, Frank) **Proposed Default to be reviewed by Clerk's Office staff.** Modified on 5/9/2025 (nd). (Entered: 05/09/2025) |
| )9/2025 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (390 in 1:02−cv−07230−GBD−SN, 2272 in 1:02−cv−06977−GBD−SN, 10944 in 1:03−md−01570−GBD−SN) Proposed D Judgment, was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN(nd)** (Entered: 05/09/2025) |
| )9/2025 | 10945 | MOTION for Default Judgment as to *Ashton 35 Plaintiffs*. Document filed by Kathleen Ashton.Filed In Associated C 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 05/09/2025) |
| )9/2025 | 10946 | DECLARATION of James P. Kreindler in Support re: (10945 in 1:03−md−01570−GBD−SN, 2274 in 1:02−cv−06977−GBD−SN) MOTION for Default Judgment as to *Ashton 35 Plaintiffs*.. Document filed by Kathleen Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kreindler, James) (Entered: 05/( |
| )9/2025 | 10947 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Kathleen Ashton. (Attachment Exhibit A (Default Judgment Motion Cover Sheet), # 2 Exhibit B (Ashton Solatiums)).(Kreindler, James) **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 05/09/2025) |
| )9/2025 | 10948 | LETTER addressed to Judge George B. Daniels from James Gavin Simpson of Kreindler & Kreindler for Ashton Pla 05/09/2025 re: 2025 Metropolitan Police Service (MPS) Production. Document filed by Kathleen Ashton. (Attachme Exhibit Declaration of James Simpson, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C).(Simpson, James) (Entered: 05/0 |
| )9/2025 | 10952 | SEALED DOCUMENT placed in vault..(jus) (Entered: 05/12/2025) |
| .2/2025 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (10947 in 1:03−md−01570−GBD−SN, 2276 in 1:02−cv−06977−GBD−SN) Proposed Default Judgment, was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN(nd)** (Entered: 05/1 |
| .2/2025 | 10949 | CLERK CERTIFICATE OF MAILING of one copy of the the Notice of Default Judgment prepared in accordance w U.S.C. § 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing both judgments in the Burnett case; 2. Order Gr Partial Final Default Judgment, dated March 3, 2025, Document 10756 and Report & Recommendation dated Januar Document 10665 (in English and Farsi) entered in the Burnett case; 3. A copy of 28 U.S.C. 1330, 1391(f), 144(d), an through 1611 (Pub. L. 94−583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. §§ 1602, et seq. English and Farsi); and 4. Translator's Affidavit (in English only.) mailed to Central Bank of the Islamic Republic of 5/8/2025 by Registered Mail tracking # RH004267772US, to the head of the agency or instrumentality of the foreign pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B). Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(tae) (Entered: 05/12/2025) |
| .2/2025 | 10950 | CLERK CERTIFICATE OF MAILING of one copy of the the Notice of Default Judgment prepared in accordance w U.S.C. § 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing both judgments in the Burnett case; 2. Order Gr Partial Final Default Judgment, dated March 3, 2025, Document 10780 and Report & Recommendation dated Januar Document 10727 (in English and Farsi) entered in the Burnett case; 3. A copy of 28 U.S.C. 1330, 1391(f), 144(d), an through 1611 (Pub. L. 94−583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. §§ 1602, et seq. English and Farsi); and 4. Translator's Affidavit (in English only.) mailed to Central Bank of the Islamic Republic of 5/8/2025 by Registered Mail tracking # RH004267786US, to the head of the agency or instrumentality of the foreign pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(b)(3)(B). Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(tae) (Entered: 05/12/2025) |
| .2/2025 | 10951 | CLERK CERTIFICATE OF MAILING of two copies of the the Notice of Default Judgment prepared in accordance U.S.C. § 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing the judgment at Document 10780 in the Ortiz c Granting Partial Final Default Judgment, dated March 12, 2025, Document 10780 and Report & Recommendation da February 19, 2025, Document 10727 (in English and Farsi) entered in the Ortiz case; A copy of 28 U.S.C. 1330, 139 1441(d), and 1602 through 1611 (Pub. L. 94−583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C et seq.) (in English and Farsi); and Translator's Affidavit (in English only). mailed to Islamic Republic of Iran on 5/1 Federal Express tracking # 8810 5612 0713, to the Secretary of State, Attn: Director of Consular Services, Office of I Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). (tae) 05/12/2025) |
| .2/2025 | 10953 | MEMO ENDORSED ORDER granting (10934) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; gran Motion to Substitute Party in case 1:18−cv−12344−GBD−SN. ENDORSEMENT: The motion to substitute is GRAN ORDERED. (Signed by Magistrate Judge Sarah Netburn on 5/12/2025) Filed In Associated Cases: 1:03−md−01570− 1:18−cv−12344−GBD−SN. (mml) (Entered: 05/12/2025) |

| | | |
|---|---|---|
| .3/2025 | 10954 | NOTICE of Amendment re: (3237 in 1:03−md−01570−GBD−SN) Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, Document filed by Susan Frost. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN.(Granito, Frank) (Entered: 05/13/2025) |
| .5/2025 | 10955 | MOTION to Add Party(ies) as set forth in exhibit A . Document filed by Burnett Plaintiffs.Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Duane, John) (Entered: 05/15/2025) |
| .5/2025 | 10956 | MEMORANDUM OF LAW in Support re: (10955 in 1:03−md−01570−GBD−SN, 1235 in 1:03−cv−09849−GBD−S MOTION to Add Party(ies) as set forth in exhibit A . . Document filed by Burnett Plaintiffs. Filed In Associated Case 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Duane, John) (Entered: 05/15/2025) |
| .5/2025 | 10957 | DECLARATION of John C. Duane in Support re: (10955 in 1:03−md−01570−GBD−SN, 1235 in 1:03−cv−09849−C MOTION to Add Party(ies) as set forth in exhibit A .. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhib In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Duane, John) (Entered: 05/15/2025) |
| .5/2025 | 10958 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. Related Document Number: 10955 ..(Duane, John) **Prop Order to be reviewed by Clerk's Office staff.** (Entered: 05/15/2025) |
| .5/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (10958 in 1:03−md−01570−GB 1238 in 1:03−cv−09849−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN(km)** (Entered: 05/15/2025) |
| .6/2025 | 10959 | MEMO ENDORSED ORDER granting (1235) Motion to Add in case 1:03−cv−09849−GBD−SN; granting (10955) I Add in case 1:03−md−01570−GBD−SN. ENDORSEMENT: The motion to add parties is GRANTED. The underlyin complaint is deemed amended to add the parties listed at ECF No. 10957−1. The Clerk of Court is respectfully direct terminate the motion at ECF No. 10955. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 5/16/2025) I Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN. (mml) (Entered: 05/16/2025) |
| 20/2025 | 10960 | LETTER addressed to Judge George B. Daniels from Megan W. Benett dated 05/20/2025 re: Terrorist Attacks on Se 2001, No. 03−MDL−1570 (GBD) (SN) − U.S. Victims of State Sponsored Terrorism Round 6 distribution. Documen Kathleen Ashton..(Benett, Megan) (Entered: 05/20/2025) |
| 21/2025 | 10961 | ORDER: The Court has received the Plaintiffs' letter regarding the U.S. Victims of State Sponsored Terrorism ("VSS deadline. See ECF No. 10960. The Court will continue to endeavor to address the motions that the Plaintiffs have ide advance of the June 1, 2025 deadline. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 5/21/2025) (m (Entered: 05/21/2025) |
| 22/2025 | 10962 | NOTICE of Sudan Notice of Amendment. Document filed by Irene Dickey. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Schutty, John) (Entered: 05/22/2025) |
| 22/2025 | 10963 | NOTICE of Sudan Notice of Amendment. Document filed by Susan Munhall. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN, 1:04−cv−01076−GBD−SN, 1:15−cv−09903−GBD−SN.(Sc (Entered: 05/22/2025) |
| 22/2025 | 10964 | LETTER MOTION for Leave to File Video Exhibits via USB Flash Drive addressed to Magistrate Judge Sarah Netb Nicole Erb dated 05/22/2025. Document filed by Republic of the Sudan..(Erb, Nicole) (Entered: 05/22/2025) |
| 23/2025 | 10965 | REPORT & RECOMMENDATION re: (10326 in 1:03−md−01570−GBD−SN, 224 in 1:18−cv−11878−GBD−SN, 2 1:18−cv−12387−GBD−SN) MOTION for Judgment *as to Liability and for Partial Final Damages* filed by Cheryl Ri the foregoing reasons, the Court recommends finding that spouses who died simultaneously in the 9/11 Attacks are n recover solatium damages based on one another's deaths or ante mortem pain and suffering. Though the Court recogn horrific pain and suffering that Ms. Salie and Mr. Theodoridis experienced on September 11, 2001, the "question in a case is not whether a plaintiff has suffered any harm but whether she has suffered a tort." Ratemo v. Islamic Republic No. 19−cv−2067 (JDB), 2025 WL 294934, at *6 (D.D.C. Jan. 24, 2025) (emphasis in original) (citing Owens v. Repu Sudan, 864 F.3d 751, 807 (D.C. Cir. 2017)). As the Court has emphasized, "the necessary boundaries of tort law, app in cases concerning terrorist attacks as massive and destructive as the ones [at issue], constrain this Court's discretion solatium damages." R. & R. at 2, ECF No. 3363. Therefore, because the Plaintiffs have not established their "right to Court recommends that the Plaintiffs' motion at ECF No. 10326 be DENIED. 28 U.S.C. § 1608(e). Objections to R& 6/6/2025. (Signed by Magistrate Judge Sarah Netburn on 5/23/2025) Filed In Associated Cases: 1:03−md−01570−GI 1:18−cv−00538−GBD−SN, 1:18−cv−11878−GBD−SN, 1:18−cv−12387−GBD−SN (mml) (Entered: 05/23/2025) |
| 23/2025 | 10966 | ORDER granting 10964 Letter Motion for Leave to File Document. The request to file video exhibits via USB flash GRANTED. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 5/23/2025) (ar) (Entered: 05/23/2025) |
| 23/2025 | 10967 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees and counsel for the As Plaintiffs dated May 23, 2025 re: Status of discovery as to Defendant the Republic of the Sudan. Document filed by I Executive Committees. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2).(Haefele, Robert) (Entered: 05/23/2025) |

| | | |
|---|---|---|
| 23/2025 | 10968 | LETTER addressed to Magistrate Judge Sarah Netburn from Nicole Erb dated May 23, 2025 re: Sudan's Proposed Sc the Completion of Fact Discovery. Document filed by Republic of the Sudan. (Attachments: # 1 Exhibit 1, # 2 Exhib Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, Exhibit 19, # 20 Exhibit A, # 21 Exhibit B, # 22 Exhibit C, # 23 Exhibit D).(Erb, Nicole) (Entered: 05/23/2025) |
| 23/2025 | 10969 | LETTER MOTION for Discovery / *Sudan's Letter Motion for Leave to Take Discovery of Plaintiffs* addressed to Ma Judge Sarah Netburn from Nicole Erb dated May 23, 2025. Document filed by Republic of the Sudan..(Erb, Nicole) ( 05/23/2025) |
| 27/2025 | 10970 | MOTION to Add *Party(ies) as set forth in exhibit A*. Document filed by Christine O'Neill.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 05/27/2025) |
| 27/2025 | 10971 | MEMORANDUM OF LAW in Support re: (868 in 1:04−cv−01076−GBD−SN, 10970 in 1:03−md−01570−GBD−SN to Add *Party(ies) as set forth in exhibit A*. . Document filed by Christine O'Neill. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 05/27/2025) |
| 27/2025 | 10972 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (868 in 1:04−cv−01076−GBD−SN, 10970 in 1:03−md−01570−GBD−SN) MOTION to Add *Party(ies) as set forth in exhibit A*.. Document filed by Christine O'Ne (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Go Jerry) (Entered: 05/27/2025) |
| 27/2025 | 10973 | PROPOSED ORDER. Document filed by Christine O'Neill. Related Document Number: 10970 ..(Goldman, Jerry) **P Order to be reviewed by Clerk's Office staff.** (Entered: 05/27/2025) |
| 27/2025 | 10974 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman, Esq. dated May 27, 2025 re: In re Terrorist A September 11, 2001, No. 03−MDL−1570 (GBD) (SN); Cheryl Rivelli, et al. v. Islamic Republic of Iran, No. 1:18−cv (GBD)(SN); Matthew Rowenhorst, et al. v. Islamic Republic of Iran, No. 1:18−cv−12387 (GBD)(SN) Request for Ex Time to File Objections to May 23, 2025 Report & Recommendation (ECF No. 10965). Document filed by Christine O'Neill.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN, 1:18−cv−12387−GBD−SN.(Goldman, Jerry) (Entered: 05/27/2025) |
| 28/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (871 in 1:04−cv−01076−GBD− in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN(nd)** (Entered: 05/28/2025) |
| 28/2025 | 10975 | MEMO ENDORSEMENT on re: (252 in 1:18−cv−11878−GBD−SN, 10974 in 1:03−md−01570−GBD−SN, 285 in 1:18−cv−12387−GBD−SN) Letter,, filed by Christine O'Neill, ENDORSEMENT: SO ORDERED (Signed by Judge Daniels on 5/28/2025) ( Objections to R&R due by 6/29/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SI 1:18−cv−11878−GBD−SN, 1:18−cv−12387−GBD−SN (ks) (Entered: 05/28/2025) |
| 28/2025 | 10976 | MOTION for Marcus A. Asner, Benjamin C. Wolverton to Withdraw as Attorney *for the WAMY Defendants*. Docum World Assembly of Muslim Youth..(Wolverton, Benjamin) (Entered: 05/28/2025) |
| 28/2025 | 10977 | DECLARATION of Marcus A. Asner in Support re: 10976 MOTION for Marcus A. Asner, Benjamin C. Wolverton Withdraw as Attorney *for the WAMY Defendants*.. Document filed by World Assembly of Muslim Youth..(Wolverto Benjamin) (Entered: 05/28/2025) |
| 28/2025 | 10978 | DECLARATION of Benjamin C. Wolverton in Support re: 10976 MOTION for Marcus A. Asner, Benjamin C. Wol Withdraw as Attorney *for the WAMY Defendants*.. Document filed by World Assembly of Muslim Youth..(Wolverto Benjamin) (Entered: 05/28/2025) |
| 28/2025 | 10979 | MEMO ENDORSEMENT granting (10970) Motion to Add in case 1:03−md−01570−GBD−SN. ENDORSEMENT: to add Plaintiffs is GRANTED. The underlying complaint is deemed amended to add the Plaintiffs listed at ECF No. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 5/28/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN (tg) (Entered: 05/29/2025) |
| 29/2025 | 10980 | MEMORANDUM DECISION AND ORDER re: (10424 in 1:03−md−01570−GBD−SN, 862 in 1:15−cv−09903−GB MOTION for Default Judgment as to *Burnett Non−Nationals 8*. filed by Burnett Plaintiffs, (951 in 1:15−cv−09903−( 10808 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Burnett Non−Nationals 10*. filed by Bur Plaintiffs, (10740 in 1:03−md−01570−GBD−SN, 927 in 1:15−cv−09903−GBD−SN) MOTION for Default Judgment *Burnett Non−Nationals 9*. filed by Burnett Plaintiffs. The Burnett Plaintiffs' motions are GRANTED. It is ORDEREI service of process was properly effectuated upon the Iran Defendants under 28 U.S.C. § 1608(a)(4) and 28 U.S.C. § 1 and it is ORDERED that this Court has subject matter and personal jurisdiction over the Plaintiffs' state law claims ag Iran Defendants under 28 U.S.C. §§ 1330(a) and 1605B(b); and it is ORDERED that judgments as to liability are ent Plaintiffs on their wrongful death claims based on New York law against the Iran Defendants as described in this Ord ORDERED that judgments as to liability are entered for the Plaintiffs on their survival claims based on New York lav the Iran Defendants as described in this Order; and it is ORDERED that judgments as to liability are entered for the F |

| | | |
|---|---|---|
| | | their IIED state law claims against the Iran Defendants as described in this Order; and it is ORDERED that partial fin judgment is entered on behalf of the Plaintiffs identified in Exhibits A and B against the Iran Defendants; and it is OF that the Plaintiffs identified in Exhibit A are awarded pain and suffering and economic damages as set forth therein; a ORDERED that the Plaintiffs identified in Exhibit B are awarded solatium damages as set forth therein; and it is ORI Plaintiffs receiving economic damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per a compounded annually, running from the date in the "Date of Report" column in Exhibit A until the date of judgment; ORDERED that Plaintiffs receiving pain and suffering damages identified in Exhibit A are awarded prejudgment inte percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; ORDERED Plaintiffs receiving solatium damages identified in Exhibit B are awarded prejudgment interest of 4.96 percent per an compounded annually, running from September 11, 2001 until the date of judgment; ORDERED that the Plaintiffs id Exhibits A and B may submit future applications for punitive or other damages at a later date consistent with any futu of this Court; and it is ORDERED that Plaintiffs not appearing in Exhibits A and B may submit in later stages applica damages awards to the extent they have not done so already. The Clerk of Court is directed close the motions at: ECF 10424, 10740, 10808 in 03−md−1570 ECF No. 862,927, and 951 in 15−cv−9903 SO ORDERED. (Signed by Judge C Daniels on 5/29/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN (jjc) Trans Orders and Judgments Clerk for processing. (Entered: 05/29/2025) |
| 29/2025 | 10981 | CLERK CERTIFICATE OF MAILING of two copies of the the Notice of Default Judgment prepared in accordance U.S.C. § 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing the aforesaid judgments in the Accardi, Alexan Betso cases; March 28, 2025 Order (in English and Farsi) entering the aforesaid judgments in the Accardi, Alexander cases; April 14, 2025 Order Correcting Clerical Errors in Exhibits A, B, and C of the March 28, 2025 (in English and copy of 28 U.S.C. 1330, 1391(f), and 1602 through 1611 (Pub. L. 94−583; 90 Stat. 2891) and the Foreign Sovereign Act (28 U.S.C. §§ 1602, et seq.) (in English and Farsi); and Translators' Affidavits (in English only). mailed to Islami of Iran on 5/29/2025 by Federal Express tracking # 8816 0462 1712, to the Secretary of State, Attn: Director of Cons Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th I C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 16 Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:21−cv−01394−GBD−SN, 1:21−cv−03505−GBD−SN, 1:21−cv−06247−GBD−SN(tae) (Entered: 05/29/2025) |
| 29/2025 | 10982 | MEMO ENDORSED ORDER granting 10976 Motion to Withdraw as Attorney. ENDORSEMENT: The motion to w GRANTED. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 5/29/2025) (mml) (Entered: 05/29/2025 |
| 29/2025 | | ADD PARTY FOR PLEADING. Plaintiffs/Petitioners Petrolina Sencion, Monique Somervell, Susan Fennell, Nicky Rafael Espinal, Maria Elena Santana, Maria Altagracia Espinal, Josefina Blanchard, Flordaliza Espinal, Moises Espir Espinal, Maria Alayo Aguilar, Lisa DeRienzo, Ayleen Arroyo, George J. Santiago, Ayleen Arroyo(as co−Personal Representatives of the Estate of George Santiago), George J, Santiago, Alana McKenzie, Rebecca Shum, Chanel Shu McKenzie, Reza Mashayekhi, Georgette Conroy, Matthew Conroy, Jamie Conroy, Christine Kelly, Jill Conroy addec added pursuant to 8702 Amended Complaint,. Related document: 8702 Amended Complaint,..(Goldman, Jerry) (Ente 05/29/2025) |
| 29/2025 | 10983 | LETTER addressed to Magistrate Judge Sarah Netburn dated May 29, 2025 Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 05/29/2025) |
| 29/2025 | 10984 | ORDER GRANTING PARTIAL FINAL JUDGMENT AGAINST THE ISLAMIC REPUBLIC OF IRAN FOR THE HEMENWAY AND KING PLAINTIFFS LISTED IN EXHIBIT A: It is hereby ORDERED that service of process i above−captioned case was properly effectuated upon Iran in accordance with 28 U.S.C. § 1608(a)(4) (see ECF Nos. 4 8887); and it is ORDERED that the motions for judgment by default against Iran on behalf of Plaintiffs listed in Exhi GRANTED and judgments as to liability are entered in favor of all Plaintiffs listed in Exhibit A against Iran; and it is ORDERED that partial final judgment is entered on behalf of the Plaintiffs identified in the attached Exhibit A agains it is ORDERED that the Plaintiffs identified in the Exhibit A are awarded economic damages as set forth therein; and ORDERED that Plaintiffs rece1vmg economic damages identified in Exhibit A are awarded prejudgment interest of 4 per annum, compounded annually, running from the date as indicated in the "Date of Report" column in Exhibit A un of judgment; and it is ORDERED that the Plaintiffs identified in Exhibit A may submit future applications for punitiv damages at a later date consistent with any future rulings of this Court; and it is ORDERED that the Plaintiffs not app Exhibit A may submit in later stages applications for damages awards to the extent they have not done so already. Th Court is directed to enter partial final default judgment for the Plaintiffs listed in Exhibit A. The Clerk of Court is furt directed to close the motions at: ECF No. 10478 in 03−md−1570; ECF No. 307 in 18−cv−12277; ECF No. 157 in22− SO ORDERED. Motions terminated: (307 in 1:18−cv−12277−GBD−SN, 157 in 1:22−cv−05193−GBD−SN, 10478 i 1:03−md−01570−GBD−SN) MOTION for Judgment *for Partial Damages Against the Islamic Republic of Iran*. filed M. King, Marinella Hemenway. (Signed by Judge George B. Daniels on 5/28/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN, 1:22−cv−05193−GBD−SN (jjc) (Entered: 05/29/2025) |
| 29/2025 | 10985 | ORDER GRANTING PARTIAL FINAL DEFAULT JUDGMENT FOR THE PLAINTIFFS LISTED IN EXHIBIT A hereby ORDERED that service of process in the above−captioned cases was properly effectuated upon Iran in accord 28 U.S.C. § 1608(a)(4) (see ECF Nos. 1238 and 3015); and it is ORDERED that the motion for judgment by default a on behalf of Plaintiff's listed in Exhibit A is GRANTED and judgments as to liability are entered in favor of all Plaint |

| | | |
|---|---|---|
| | | in Exhibit A against Iran; and it is ORDERED that partial final default judgment is entered on behalf of the Plaintiffs in Exhibit A against Iran; and it is ORDERED that the Plaintiffs identified in Exhibit A are awarded solatium damage forth therein; and it is ORDERED that the Plaintiffs receiving solatium damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the d judgment; and it is ORDERED that the Plaintiffs identified in Exhibit A may submit future applications for punitive damages at a later date consistent with any future rulings of this Court; and it is ORDERED that Plaintiffs not appear Exhibit A may submit in later stages applications for damages awards to the extent they have not done so already. Th Court is directed to enter partial final default judgment for the Plaintiffs listed in Exhibit A. The Clerk of Court is fur directed to close the motions at: ECF No. 10909 in 03−md−1570 ECF No. 2258 in 02−cv−6977. SO ORDERED. (Si Judge George B. Daniels on 5/29/2025) Motions terminated: (10909 in 1:03−md−01570−GBD−SN, 2258 in 1:02−cv−06977−GBD−SN) MOTION for Default Judgment as to *Ashton 33 Plaintiffs*. filed by Kathleen Ashton. (ar) 05/29/2025) |
| 29/2025 | 10986 | MEMORANDUM DECISION AND ORDER: The Cieslik Estate Plaintiff's motion is GRANTED. It is ORDERED judgment as to liability is entered for the Cieslik Estate Plaintiff on its assault and battery claims based on New York Iran as described in this order; and it is ORDERED that a partial final default judgment is entered against Iran for the Estate Plaintiff; and it is ORDERED that the Cieslik Estate Plaintiff be awarded pain and suffering damages as set fo order; and it is ORDERED that the Cieslik Estate Plaintiff be awarded prejudgment interest at a rate of 4.96 percent compounded annually, running from September 11, 2001, until the date of judgment; and it is ORDERED that the Ci Plaintiff may submit future applications for punitive or other damages at a later date consistent with any future ruling Court. The Clerk of the Court is directed to close the motions at: ECF No. 10751 in 03−md−1570 ECF No. 2230 in 02−cv−06977 SO ORDERED. (Signed by Judge George B. Daniels on 5/29/2025) Motions terminated: (2230 in 1:02−cv−06977−GBD−SN, 10751 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Ashton 27 ( Plaintiffs*. (ar) Transmission to Orders and Judgments Clerk for processing. (Entered: 05/29/2025) |
| 29/2025 | 10987 | ORDER GRANTING PARTIAL FINAL JUDGMENT AGAINST THE ISLAMIC REPUBLIC OF IRAN FOR THE AND BURLINGAME PLAINTIFFS LISTED IN EXHIBITS A AND B: it is hereby ORDERED that service of proc above−captioned case was properly effectuated upon Iran in accordance with 28 U.S.C. § 1608(a)(4) (see ECF No. 1 is ORDERED that the motions for judgment by default against Iran on behalf of plaintiffs listed in Exhibits A and B GRANTED and judgments as to liability are entered in favor of all Plaintiffs listed in Exhibits A and B against Iran; ORDERED that partial final judgment is entered on behalf of the Plaintiffs identified in Exhibits A and B against Iran ORDERED that the Plaintiffs identified in the Exhibit A are awarded economic damages as set forth therein; and it is ORDERED that the Plaintiffs identified in the Exhibit B are awarded solatium damages as set forth therein; and it is that Plaintiffs receiving economic damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent compounded annually, running from the date as indicated in the "Date of Report" column in Exhibit A until the date judgment; and it is further ORDERED that Plaintiffs identified in Exhibit B are awarded prejudgment interest of 4.96 annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is ORDERED tha Plaintiffs identified in Exhibits A and B may submit future applications for punitive or other damages at a later date c with any future rulings of this Court; and it is ORDERED that the Plaintiffs not appearing in Exhibits A or B may sub stages applications for damages awards to the extent they have not done so already. The Clerk of Court is directed to partial final default judgment for the Plaintiffs listed in Exhibits A and B. The Clerk of Court is further directed to clo motions at: ECF Nos. 10827, 10905, 10926, 10941, and 10945 in 03−md−1570; ECF Nos. 2246, 2254, 2263, 2269, 2 02−cv−6977; and ECF No. 387 in 02−cv−7230; SO ORDERED. (Signed by Judge George B. Daniels on 5/28/2025) Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN (jjc) Modified on 8/26/2025 (jjc). (Entere 05/29/2025) |
| 29/2025 | 10988 | MEMORANDUM DECISION AND ORDER for (854 in 1:15−cv−09903−GBD−SN, 10362 in 1:03−md−01570−GE Motion for Default Judgment filed by Burnett Plaintiffs, (975 in 1:15−cv−09903−GBD−SN, 10858 in 1:03−md−01570−GBD−SN) Report and Recommendations, (10772 in 1:03−md−01570−GBD−SN, 940 in 1:15−cv−09903−GBD−SN) Motion for Default Judgment filed by Burnett Plaintiffs. The motions by Burnett Plaintif Gonzalez and Renato Olaes, as the Personal Representative of the Estate of Dalisay Olaes, are GRANTED. It is ORD service of process was properly effectuated upon the Iran Defendants under 28 U.S.C. § 1608(a)(4) and 28 U.S.C. § 1 and it is ORDERED that this Court has subject matter and personal jurisdiction over the Plaintiffs' claims against the Defendants under 28 U.S.C. §§ l330(a) andl605A; and it is ORDERED that judgments as to liability are entered for t national Burnett Plaintiffs on their 28 U.S.C. § 1605A claims against the Iran Defendants as described in this Order; ORDERED that a partial final default judgment is entered on behalf of the two Burnett Plaintiffs, Manuel Gonzalez a Olaes, as the Personal Representative of the Estate of Dalisay Olaes, against the Iran Defendants; and it is ORDEREI Manuel Gonzalez be awarded pain and suffering damages in the amount of $5 million; and it is ORDERED that Ren as the Personal Representative of the Estate of Dalisay Olaes, be awarded pain and suffering damages in the amount million; and it is ORDERED that the two Burnett Plaintiffs receiving pain and suffering be awarded prejudgment inte percent per annum, compounded annually, running from September 11, 2001, until the date of judgment; and it is OR that the two Burnett Plaintiffs may submit future applications for punitive or other damages at a later date consistent future rulings of this Court. The Clerk of the Court is directed to close the motions at: ECF Nos. 10362 and 10772 in 03−md−1570 ECF Nos. 854 and 940 in 15−cv−9903. SO ORDERED. Motions terminated: (10772 in 1:03−md−01570−GBD−SN, 940 in 1:15−cv−09903−GBD−SN) MOTION for Default Judgment as to *Burnett/Iran P* |

| | | |
|---|---|---|
| | | *Injury 11 Plaintiffs*. filed by Burnett Plaintiffs, (10362 in 1:03−md−01570−GBD−SN, 854 in 1:15−cv−09903−GBD− MOTION for Default Judgment as to *Burnett/Iran Personal Injury 10 Plaintiffs*. filed by Burnett Plaintiffs. (Signed b George B. Daniels on 5/29/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN Transmission to Orders and Judgments Clerk for processing. (Entered: 05/29/2025) |
| 29/2025 | 10989 | MEMORANDUM DECISION AND ORDER: The motions for partial default judgment brought by Non−Immediate Members are DENIED. Plaintiffs may submit future applications for punitive or other damages at a later date consist future rulings of this Court. The Clerk of the Court is directed to close the motions at: ECF No. 6123 in 03−md−1570 1298 in 02−cv−6977. SO ORDERED. (Signed by Judge George B. Daniels on 5/29/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN, 1:02−cv−07236−GBD, 1:18−cv−11878−GBD−SN (jca) (Entered: 05/29/2025) |
| 29/2025 | 10990 | ORDER GRANTING PARTIAL FINAL DEFAULT JUDGMENT FOR THE PLAINTIFFS LISTED IN EXHIBITS It is hereby ORDERED that service of process in the above−captioned case was properly effectuated upon Iran in acc with 28 U.S.C. § 1608(a)(4) (ECF No. 64 in 15−cv−9903, ECF No. 21 in No. 19−cv−00041, ECF No. 18 in No. 19− and it is ORDERED that partial final judgment by default is entered on behalf of the Plaintiffs identified in the attach A and B against Iran; and it is ORDERED that the Plaintiffs identified in Exhibit A are awarded solatium damages as therein; and it is ORDERED that the Plaintiffs identified in Exhibit B are awarded pain and suffering and economic d set forth therein; and it is ORDERED that Plaintiffs receiving solatium damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the da judgment; and it is further ORDERED that Plaintiffs receiving pain and suffering damages identified in Exhibit B are prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the da judgment; and it is further ORDERED that Plaintiffs receiving economic damages identified in Exhibit B are awarde prejudgment interest of 4.96 percent per annum, compounded annually, running from the date as indicated in the "Da Report" column in Exhibit B until the date of judgment; and it is ORDERED that the Plaintiffs identified in Exhibits may submit future applications for punitive or other damages at a later date consistent with any future rulings of this it is ORDERED that the Plaintiffs not appearing on Exhibits A or B may submit in later stages applications for dama to the extent they have not done so already. The Clerk of Court is directed to enter partial final default judgment for t listed in Exhibits A and B. The Clerk of Court is fmiher directed to close the motions at: ECF Nos. 10583, 10619, 10 10854, 10879, 10901 in 03−md−1570 ECFNos. 892,902,931,956,971,978,985 in 15−cv−9903; ECF No. 198 in 19−c ECF No. 183 in 19−cv−00044; SO ORDERED. Motions terminated: (971 in 1:15−cv−09903−GBD−SN, 10854 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Burnett/Iran XXXX Plaintiffs*. filed by Burnett Pla in 1:15−cv−09903−GBD−SN, 10901 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Burnett/I Plaintiffs*. filed by Burnett Plaintiffs, (956 in 1:15−cv−09903−GBD−SN, 10814 in 1:03−md−01570−GBD−SN) MOT Default Judgment as to *Burnett/Iran XXXIX Plaintiffs*. filed by Burnett Plaintiffs, (10583 in 1:03−md−01570−GBD− 1:15−cv−09903−GBD−SN) MOTION for Default Judgment as to *Burnett/Iran XXXVI Plaintiffs*. filed by Burnett Pla in 1:19−cv−00041−GBD−SN, 902 in 1:15−cv−09903−GBD−SN, 10619 in 1:03−md−01570−GBD−SN) MOTION fo Judgment as to *Burnett/Iran XXXVII Plaintiffs*. filed by Burnett Plaintiffs, (931 in 1:15−cv−09903−GBD−SN, 10744 1:03−md−01570−GBD−SN, 183 in 1:19−cv−00044−GBD−SN) MOTION for Default Judgment as to *Burnett/Iran X Plaintiffs*. filed by Burnett Plaintiffs, Prior Plaintiffs, (10879 in 1:03−md−01570−GBD−SN, 978 in 1:15−cv−09903− MOTION for Default Judgment as to *Burnett/Iran XXXXI Plaintiffs*. filed by Burnett Plaintiffs. (Signed by Judge Geo Daniels on 5/29/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00041−GBD−SN, 1:19−cv−00044−GBD−SN (jjc) (Entered: 05/29/2025) |
| 29/2025 | 10991 | ORDER GRANTING PARTIAL FINAL DEFAULT JUDGMENT FOR THE PLAINTIFFS LISTED IN EXHIBITS It is hereby ORDERED that service of process in the above−captioned cases was properly effectuated upon the Islam of Iran in accordance with 28 U.S.C. § 1608(a)(4) (see ECF Nos. 1238, 8438); and it is ORDERED that the motions judgment by default against Iran on behalf of Plaintiffs listed in Exhibits A and B are GRANTED and judgments as t are entered in favor of all Plaintiffs listed in Exhibits A and B against Iran; and it is ORDERED that partial final defa judgment is entered on behalf of the Plaintiffs identified in Exhibits A and B against Iran; and it is ORDERED that th identified in Exhibit A is awarded economic damages as set forth therein;2 and it is ORDERED that the Plaintiff ider Exhibit Bis awarded pain and suffering damages as set forth therein; and it is ORDERED that Plaintiff receiving econ damages identified in Exhibit A is awarded prejudgment interest of 4.96 percent per annum, compounded annually, r from the date as indicated in the "Date of Report" column in Exhibit A until the date of judgment; and it is ORDERE Plaintiff receiving pain and suffering identified in Exhibit B is awarded prejudgment interest of 4.96 percent per annu compounded annually, running from September 11, 2001 until the date of judgment; and it is ORDERED that the Pla identified in Exhibits A and B may submit future applications for punitive or other damages at a later date consistent future rulings of this Court; and it is ORDERED that Plaintiffs not appearing in Exhibits A and B may submit in later applications for damages awards to the extent they have not done so already. The Clerk of Court is directed to enter p default judgment for the Plaintiffs listed in Exhibits A and B. The Clerk of Court is further directed to close the motic No. 10375, 10676, 10815 in 03−md−1570; ECF No. 2241 in 02−cv−6977; ECF Nos.169, 189, in02−cv−7209; ECF N 18−cv−12347; ECF No. 369 in l 7−cv−2003. SO ORDERED. (Signed by Judge George B. Daniels on 5/28/2025) (ar terminated: (10815 in 1:03−md−01570−GBD−SN, 369 in 1:17−cv−02003−GBD−SN, 2241 in 1:02−cv−06977−GBD in 1:02−cv−07209−GBD−SN) MOTION for Default Judgment as to *Pursuant to FRCP 55(b)(2)*. (10676 in 1:03−md−01570−GBD−SN, 116 in 1:18−cv−12347−GBD−SN) MOTION for Default Judgment as to *Liabilty*. (169 |

| | | |
|---|---|---|
| | | 1:02−cv−07209−GBD−SN, 10375 in 1:03−md−01570−GBD−SN) MOTION for Default Judgment as to *Economic L* (Entered: 05/29/2025) |
| 29/2025 | 10992 | LETTER MOTION for Discovery / *Reply in Support of Sudan's Motion for Leave to Take Discovery of Plaintiffs* add Magistrate Judge Sarah Netburn from Nicole Erb dated May 29, 2025. Document filed by Republic of the Sudan..(Er (Entered: 05/29/2025) |
| 29/2025 | 10997 | ORDER GRANTING PARTIAL FINAL JUDGMENT BY DEFAULT AGAINST THE ISLAMIC REPUBLIC OF I THE PLAINTIFFS LISTED IN EXHIBITS A, B, AND C: It is hereby ORDERED that service of process in the above−captioned case was properly effectuated upon Iran in accordance with 28 U.S.C. § 1608(a)(4); ORDERED tha as to liability is entered on behalf of all Plaintiffs identified in the attached Exhibits A, B, and C against the Islamic R Iran; and it is ORDERED that partial final judgment is entered on behalf of the Plaintiffs identified in Exhibits A, B, against the Islamic Republic of Iran; and it is ORDERED that the Plaintiffs identified in Exhibit A are awarded econc damages as set forth therein; and it is ORDERED that the Plaintiffs identified in Exhibit B are awarded pain and suffe damages as set forth therein; and it is ORDERED that the Plaintiffs identified in Exhibit C are awarded solatium dam forth therein; and it is ORDERED that Plaintiffs receiving economic damages identified in Exhibit A are awarded pre interest of 4.96 percent per annum, compounded annually, running from the date as indicated in the "Date of Report" Exhibit A until the date of judgment; and it is further ORDERED that Plaintiffs identified in Exhibits B and C are aw prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the da judgment; and it is ORDERED that the Plaintiffs identified in Exhibits A, B, and C may submit future applications fo or other damages at a later date consistent with any future rulings of this Court; and it is ORDERED that the Plaintiff appearing in Exhibits A, B, or C may submit in later stages applications for damages awards to the extent they have n already. The Clerk of Court is directed to enter partial final default judgment for the Plaintiffs listed in Exhibits A, B, Clerk of Court is further directed to close the motions at: ECF Nos. 10524, 10822, 10883, and 10917 in 03−md−1570 296, 319 in 1:18−cv−05321; ECF Nos. 239, 257 in.1:18−cv−05331; ECF Nos. 242, 263 in 1:18−cv−07306; ECF No. 1:18−cv−11837; ECF No. 246 in 1:18−cv−11875; ECF Nos. 230, 246 in. 1:18−cv−11878; ECF Nos. 311, 330, 334, 3 1:18−cv−12277; ECF Nos. 263, 279 in. 1:18−cv−12387; ECF Nos. 205, 224 in. 1:19−cv−11767; ECF Nos. 255, 279 1:19−cv−11865; ECF Nos. 191, 207 in 1:20−cv−09387; ECF No. 198 in 1:20−cv−10460; ECF No. 135 in 1:21−cv−1 Nos. 168, 191, 196, 201 in 1:22−cv−05193; ECF Nos. 78, 98 in 1:22−cv−10823; ECF Nos. 67, 86, 94 in 1:23−cv−05 No. 46 in 1:23−cv−08305; ECF No. 960 in 1:15−cv−09903; ECF No. 185 in 1:18−cv−11876; ECF Nos. 276, 280 in 1:18−cv−12276; ECF No. 217 in 1:19−cv−11776; ECF Nos. 49, 53 in 1:23−cv−10824; ECF Nos. 196, 202 in 1:20−c ECF No. 65 in 1 :23−cv−07283; ECF Nos. 50, 55 in 1 :24−cv−05520 SO ORDERED. (Signed by Judge George B. D 5/29/2025) (ar) Motions terminated: (49 in 1:23−cv−10824−GBD−SN, 86 in 1:23−cv−05790−GBD−SN, 279 in 1:19−cv−11865−GBD−SN, 191 in 1:22−cv−05193−GBD−SN, 98 in 1:22−cv−10823−GBD−SN, 207 in 1:20−cv−09387−GBD−SN, 246 in 1:18−cv−11878−GBD−SN, 224 in 1:19−cv−11767−GBD−SN, 330 in 1:18−cv−12277−GBD−SN, 257 in 1:18−cv−05331−GBD−SN, 10822 in 1:03−md−01570−GBD−SN, 960 in 1:15−cv−09903−GBD−SN, 217 in 1:19−cv−11776−GBD−SN, 185 in 1:18−cv−11876−GBD−SN, 276 in 1:18−cv−12276−GBD−SN, 279 in 1:18−cv−12387−GBD−SN) (135 in 1:21−cv−10239−GBD−SN, 168 in 1:22−cv−05193−GBD−SN, 246 in 1:18−cv−11875−GBD−SN, 230 in 1:18−cv−11878−GBD−SN, 255 in 1:19−cv−11865−GBD−SN, 242 in 1:18−cv−07306−GBD−SN, 239 in 1:18−cv−05331−GBD−SN, 46 in 1:23−cv−08305−GBD−SN, 191 in 1:20−cv−09387−GBD−SN, 296 in 1:18−cv−05321−GBD−SN, 67 in 1:23−cv−05790−GBD−SN, 234 in 1:18−cv−11837−GBD−SN, 205 in 1:19−cv−11767−GBD−SN, 198 in 1:20−cv−10460−GBD−SN, 10524 in 1:03−md−01570−GBD−SN, 78 in 1:22−cv−10823−GBD−SN, 311 in 1:18−cv−12277−GBD−SN, 263 in 1:18−cv−12387−GBD−SN) (53 in 1:23−cv−10824−GBD−SN, 65 in 1:23−cv−07283−GBD−SN, 280 in 1:18−cv−12276−GBD−SN, 334 in 1:18−cv−12277−GBD−SN, 94 in 1:23−cv−05790−GBD−SN, 319 in 1:18−cv−05321−GBD−SN, 263 in 1:18−cv−07306−GBD−SN, 10883 in 1:03−md−01570−GBD−SN, 50 in 1:24−cv−05520−GBD−SN, 196 in 1:20−cv−10902−GBD−SN, 196 in 1:22−cv−05193−GBD−SN) (55 in 1:24−cv−05520−GBD−SN, 202 in 1:20−cv−10902−GBD−SN, 340 in 1:18−cv−12277−GBD−SN, 201 in 1:22−cv−05193−GBD−SN, 10917 in 1:03−md−01570−GBD−SN). Transmission and Judgments Clerk for processing. (Entered: 05/30/2025) |
| 29/2025 | | Transmission to Orders and Judgments Clerk. Transmitted re: (10990 in 1:03−md−01570−GBD−SN, 10990 in 1:03−md−01570−GBD−SN, 190 in 1:19−cv−00044−GBD−SN, 190 in 1:19−cv−00044−GBD−SN, 998 in 1:15−cv−09903−GBD−SN, 998 in 1:15−cv−09903−GBD−SN, 210 in 1:19−cv−00041−GBD−SN, 210 in 1:19−cv−00041−GBD−SN) Judgment, Terminate Motions, (346 in 1:18−cv−12277−GBD−SN, 346 in 1:18−cv−12277−GBD−SN, 10984 in 1:03−md−01570−GBD−SN, 10984 in 1:03−md−01570−GBD−SN, 206 in 1:22−cv−05193−GBD−SN, 206 in 1:22−cv−05193−GBD−SN) Judgment, Terminate Motions (2281 in 1:02−cv−06977−GBD−SN, 10987 in 1:03−md−01570−GBD−SN) Judgment to the Orders and Judgments Clerk. File Associated Cases: 1:03−md−01570−GBD−SN et al. (jjc) (Entered: 05/30/2025) |
| 29/2025 | | Transmission to Orders and Judgments Clerk. Transmitted re: (10990 in 1:03−md−01570−GBD−SN, 10990 in 1:03−md−01570−GBD−SN, 190 in 1:19−cv−00044−GBD−SN, 190 in 1:19−cv−00044−GBD−SN, 998 in 1:15−cv−09903−GBD−SN, 998 in 1:15−cv−09903−GBD−SN, 210 in 1:19−cv−00041−GBD−SN, 210 in 1:19−cv−00041−GBD−SN) Judgment, Terminate Motions, (346 in 1:18−cv−12277−GBD−SN, 346 in 1:18−cv−12277−GBD−SN, 10984 in 1:03−md−01570−GBD−SN, 10984 in 1:03−md−01570−GBD−SN, 206 in |

| | | |
|---|---|---|
| | | 1:22−cv−05193−GBD−SN, 206 in 1:22−cv−05193−GBD−SN) Judgment, Terminate Motions (2281 in 1:02−cv−06977−GBD−SN, 10987 in 1:03−md−01570−GBD−SN) Judgment to the Orders and Judgments Clerk. File Associated Cases: 1:03−md−01570−GBD−SN et al. (jjc) (Entered: 05/30/2025) |
| 30/2025 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Status Conference held on 5/30/2025. Co Davis present. (dsh) (Entered: 05/30/2025) |
| 30/2025 | 10993 | MOTION for Default Judgment as to *Burnett/Iran 43 Plaintiffs*. Document filed by Burnett Plaintiffs.Filed In Associ 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 05/30/2025) |
| 30/2025 | 10994 | MEMORANDUM OF LAW in Support re: (10993 in 1:03−md−01570−GBD−SN, 999 in 1:15−cv−09903−GBD−SN for Default Judgment as to *Burnett/Iran 43 Plaintiffs*. . Document filed by Burnett Plaintiffs. Filed In Associated Case 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 05/30/2025) |
| 30/2025 | 10995 | ***SELECTED PARTIES***DECLARATION of John C. Duane in Support re: (10993 in 1:03−md−01570−GBD−S 1:15−cv−09903−GBD−SN) MOTION for Default Judgment as to *Burnett/Iran 43 Plaintiffs*.. Document filed by Bur Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SNMotion or Order to File Under Seal: 5716 .(Duane, John) (Entered: 05/30/2025) |
| 30/2025 | 10996 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Burnett Plaintiffs. (Attachmen Cover Sheet Default Judgment Motion Cover Sheet, # 2 Exhibit A).(Duane, John) **Proposed Default Judgment to b by Clerk's Office staff.** (Entered: 05/30/2025) |
| 30/2025 | 10998 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman dated 5/30/2025 re: ECF No. 10997. Docume Christine O'Neill. (Attachments: # 1 Proposed Order Proposed Order)Filed In Associated Cases: 1:03−md−01570−G al..(Goldman, Jerry) (Entered: 05/30/2025) |
| 30/2025 | 10999 | ORDER terminating 10969 Letter Motion for Discovery; terminating 10992 Letter Motion for Discovery. The Court conference with the Plaintiffs' Executive Committees ("PECs") and the Republic of the Sudan ("Sudan"). The Court a from the United States Government. Having considered their respective submissions, the Court ORDERS that, by Jun Sudan shall provide the PECs with an updated list of potential witnesses, including any non−parties, as well as an upd availability of relevant electronically stored information. It is further ORDERED that, by July 11, 2025, Sudan, the P the U.S. Government shall file a letter detailing the status of their meet−and−confer process regarding the parties' sub proposal for a deposition protocol; and the PECs' discovery production to Sudan. The Court will hold a status confere p.m. on July 21, 2025, in the Thurgood Marshall Courthouse (courtroom to be determined later) to address any outsta matters and set further deadlines. The parties may, however, request to adjourn this conference in their July 11 status they believe it is unnecessary. The Clerk of Court is requested to close the motions at ECF Nos. 10969 and 10992. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 5/30/2025) (mml) (Entered: 06/02/2025) |
| 30/2025 | | Set/Reset Hearings: Status Conference set for 7/21/2025 at 03:00 PM before Magistrate Judge Sarah Netburn. (mml) 06/02/2025) |
| 02/2025 | 11000 | ORDER OF PARTIAL FINAL JUDGMENTS FOR DAMAGES ON BEHALF OF THE PLAINTIFF IDENTIFIED EXHIBIT A: Upon consideration of the default judgment motions filed at ECF Nos. 10524 and 10822, and the Court ECF No. 10997, it is hereby: ORDERED that a partial final damages judgment is entered against Iran on behalf of the in the above−captioned matters, as identified in the attached Exhibit A, who is the estate of a victim of the terrorist at September 11, 2001, as indicated in the attached Exhibit A; and it is further ORDERED that the Plaintiff identified in attached Exhibit A is awarded compensatory damages for decedent's pain and suffering in the amount of $2,000,000, in the attached Exhibit A; and it is further ORDERED that the Plaintiff identified in the expert report submitted in sup Declaration of Jerry S. Goldman, Esq. ("Goldman Declaration") at ECF No. 10824 is awarded economic damages, as the attached Exhibit A and as supported by the expert report and analysis tendered in conjunction with the Goldman I and it is further ORDERED that the Plaintiff receiving pain and suffering damages identified in Exhibit A is awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the da judgment; and it is further ORDERED that Plaintiff receiving economic damages identified in Exhibit A is awarded p interest of 4.96 percent per annum, compounded annually, running from the date as indicated in the "Date of Report" Exhibit A until the date of judgment; and it is further ORDERED that the Plaintiff identified in Exhibit A may submi application for punitive damages, economic damages, or other damages (to the extent such awards have not previousl ordered) at a later date consistent with any future rulings made by this Court on this issue; and it is further ORDEREI remaining Plaintiffs in the above−captioned matters not appearing in Exhibit A may submit in later stages applicatior damages awards (to the extent such awards have not previously been ordered), and to the extent such plaintiffs are sin situated to the Plaintiff appearing in Exhibit A, the applications will be approved consistent with those approved here Plaintiff appearing in Exhibit A. SO ORDERED. (Signed by Judge George B. Daniels on 6/2/2025) (ar) Transmissior and Judgments Clerk for processing. (Entered: 06/02/2025) |
| 03/2025 | | Set/Reset Hearings: Status Conference set for 7/21/2025 at 03:00 PM in Courtroom 318, 40 Centre Street, New York before Magistrate Judge Sarah Netburn. (dsh) (Entered: 06/03/2025) |

| | | |
|---|---|---|
| )3/2025 | 11001 | MOTION to Substitute Party. Old Party: See attachment A, New Party: See attachment A . Document filed by Christ O'Neill.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:18−cv−05321−GBD−S 1:18−cv−12387−GBD−SN, 1:22−cv−05193−GBD−SN.(Goldman, Jerry) (Entered: 06/03/2025) |
| )3/2025 | 11002 | PROPOSED ORDER. Document filed by Christine O'Neill. Related Document Number: 11001 ..(Goldman, Jerry) **P Order to be reviewed by Clerk's Office staff.** (Entered: 06/03/2025) |
| )3/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (328 in 1:18−cv−05321−GBD−S 1:18−cv−12387−GBD−SN, 874 in 1:04−cv−01076−GBD−SN, 11002 in 1:03−md−01570−GBD−SN, 211 in 1:22−cv−05193−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:18−cv−05321−GBD−SN, 1:18−cv−12387−GBD−SN, 1:22−cv−05193−GBD−SN. (tp)** (Entered: 06/03/2025) |
| )3/2025 | 11003 | LETTER addressed to Judge George B. Daniels from Jerry S. Goldman dated 6/3/2025 re: ECF No. 10997. Documer Christine O'Neill. (Attachments: # 1 Proposed Order Proposed Order)Filed In Associated Cases: 1:03−md−01570−G 1:18−cv−05321−GBD−SN, 1:18−cv−12387−GBD−SN, 1:22−cv−05193−GBD−SN.(Goldman, Jerry) (Entered: 06/0 |
| )4/2025 | 11004 | MEMO ENDORSED ORDER granting (11001) Motion to Substitute Party. in case 1:03−md−01570−GBD−SN; grar Motion to Substitute Party. in case 1:04−cv−01076−GBD−SN; granting (327) Motion to Substitute Party. in case 1:18−cv−05321−GBD−SN; granting (290) Motion to Substitute Party. in case 1:18−cv−12387−GBD−SN; granting ( Motion to Substitute Party. in case 1:22−cv−05193−GBD−SN. ENDORSEMENT: The motion to substitute is GRAN ORDERED. (Signed by Magistrate Judge Sarah Netburn on 6/4/2025) Filed In Associated Cases: 1:03−md−01570−G 1:04−cv−01076−GBD−SN, 1:18−cv−05321−GBD−SN, 1:18−cv−12387−GBD−SN, 1:22−cv−05193−GBD−SN (mn 06/04/2025) |
| )5/2025 | 11005 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Judgment for Order Granting Partial Final Jud Default, ECF No. 10997 dated May 29, 2025, and Order of Partial Final Judgments for Damages, ECF 11000 dated J 2025, prepared in accordance with 22 CFR § 93.2; Orders of Judgment for Liability dated January 31, 2017, June 21, September 3, 2019, January 4, 2022, April 3, 2023, November 6, 2023, and September 5, 2024 for the above−referen matters; Order Granting Partial Final Judgment by Default, ECF No. 10997 dated May 29, 2025 and Order of Partial Judgments for Damages, ECF 11000 dated June 2, 2025, Instructions for Appealing Judgment; A copy of 28 U.S.C. § U.S.C. § 1391, 28 U.S.C. § 1441, and the Foreign Sovereign Immunities Act (28 U.S.C. § 1602, et seq.), and Affidav Translator. mailed to Islamic Republic of Iran on 6/5/2025 by Federal Express tracking # 8138 7042 2348, to the Sec State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. I of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Service Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(tae) (Entered: |
| )6/2025 | 11006 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment and its certified Farsi transl which conforms to the requirements of 22 C.F.R. 93.2 ("Notice"); A true and certified copy of the August 31, 2015 d judgment on liability and the certified Farsi translation thereof. See Attachment A to the Notice; A true and certified May 28, 2025 Partial Final Default Judgment and the moving papers for Plaintiffs' Motion, and the certified Farsi tra the Default Judgment and Plaintiffs' motion papers. See Attachment B to the Notice; and A copy of the Foreign Sove Immunities Act and the certified Farsi translation. See Attachment C to the Notice. mailed to Islamic Republic of Irar 6/6/2025 by Federal Express tracking # 8817 9098 0325, to the Secretary of State, Attn: Director of Consular Service Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Stree Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). File Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN.(tae) (Entere 06/06/2025) |
| )6/2025 | 11007 | MOTION to Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibit A . Document fi Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Duane, John) (Entered: 06/06/2025) |
| )6/2025 | 11008 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A) Related Document Numbe ..(Duane, John) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 06/06/2025) |
| )6/2025 | 11009 | MOTION for Noam Korati Biale, Michael Tremonte, and Kathryn Elise Ghotbi to Withdraw as Attorney . Document Ashton Plaintiffs. (Attachments: # 1 Proposed Order Granting Withdrawal of Counsel)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:03−cv−09848−GBD−SN.(Biale, Noam) (Entered: 06/06/ |
| )6/2025 | 11010 | DECLARATION of Noam Biale in Support re: (738 in 1:03−cv−09848−GBD−SN) MOTION for Noam Korati Biale Tremonte, and Kathryn Elise Ghotbi to Withdraw as Attorney .. Document filed by Ashton Plaintiffs. Filed In Associ 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:03−cv−09848−GBD−SN.(Biale, Noam) (Entered: 06/06/ |
| )9/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (11008 in 1:03−md−01570−GB 1242 in 1:03−cv−09849−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associatec 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN. (tp)** (Entered: 06/09/2025) |

| | | |
|---|---|---|
| )9/2025 | 11011 | ORDER OF PARTIAL FINAL JUDGMENTS FOR DAMAGES ON BEHALF OF THE PLAINTIFFS IDENTIFIEI EXHIBIT A: Upon consideration of the default judgment motions filed at ECF Nos. 10524 and 10822, and the Court ECF No. 10997, it is hereby: ORDERED that a partial final damages judgment is entered against Iran on behalf of the in the above−captioned matters, as identified in the attached Exhibit A, who are the estates of victims of the terrorist September 11, 2001, as indicated in the attached Exhibit A; and it is further ORDERED that the Plaintiffs identified i reports submitted in support of the Declarations of Jerry S. Goldman, Esq. ("Goldman Declarations") at ECF Nos. 10 10824 are awarded economic damages, as set forth in the attached Exhibit A and as supported by the expert reports a tendered in conjunction with the Goldman Declarations; and it is further ORDERED that the Plaintiffs identified in E are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date as indicat "Date of Report" column in Exhibit A until the date of judgment; and it is further ORDERED that the Plaintiffs ident Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; a further ORDERED that the remaining Plaintiffs in the above−captioned matters not appearing in Exhibit A may subn stages applications for damages awards (to the extent such awards have not previously been ordered), and to the exte plaintiffs are similarly situated to the Plaintiffs appearing in Exhibit A, the applications will be approved consistent w approved herein for the Plaintiffs appearing in Exhibit A. SO ORDERED (Signed by Judge George B. Daniels on 6/9 Transmission to Orders and Judgments Clerk for processing. (Entered: 06/09/2025) |
| )9/2025 | 11012 | ORDER GRANTING PARTIAL FINAL DEFAULT JUDGMENT FOR THE PLAINTIFFS LISTED IN EXHIBITS granting (10413) Motion for Default Judgment in case 1:03−md−01570−GBD−SN; granting (2180) Motion for Defau Judgment in case 1:02−cv−06977−GBD−SN. it is hereby ORDERED that service of process in the above−captioned properly effectuated upon the Taliban (see ECF Nos. 445 and 709); and it is ORDERED that partial final judgment by entered on behalf of the Plaintiffs identified in the attached Exhibits A and B against the Taliban; and it is ORDEREI Plaintiffs identified in Exhibit A are awarded pain and suffering and economic damages as set forth therein; As furthe in this Order. It is further ORDERED that Plaintiffs receiving solatium damages identified in Exhibit B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the d judgment; and it is ORDERED that the Plaintiffs identified in Exhibits A and B are awarded treble damages under th Anti−Terrorism Act, 18 U.S.C. § 2333 for the amounts claimed; and it is ORDERED that the Plaintiffs identified in E and B may submit future applications for punitive or other damages at a later date consistent with any future rulings c Court; and it is ORDERED that the Plaintiffs not appearing on Exhibits A or B may submit in later stages application damages awards to the extent they have not done so already. The Clerk of Court is directed to close the motions at: E 10413 in 03−md−01570; and ECF No. 2180 in 02−cv−6977. SO ORDERED. (Signed by Judge George B. Daniels or Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN (ks) Transmission to Orders and Clerk for processing. (Entered: 06/09/2025) |
| .0/2025 | 11013 | ORDER: The Court has received from the Republic of the Sudan ("Sudan") a courtesy copy of the letter and exhibits ECF No. 10968. The USB flash drive meant to relay the videos in Exhibits A−D, however, was empty. Sudan is there directed to refile a USB flash drive containing Exhibits A−D. The flash drive must not be password protected. SO OF (Signed by Magistrate Judge Sarah Netburn on 6/10/2025) (mml) (Entered: 06/10/2025) |
| .0/2025 | 11014 | MEMORANDUM DECISION AND ORDER: Plaintiffs' Rule 72 objections to Magistrate Judge Netburn's October 2 OVERRULED. Plaintiffs' request for punitive damages and issuance of final judgments against Iran and the Taliban without prejudice. Magistrate Judge Netburn's October 29 Order is AFFIRMED in its entirety. SO ORDERED (Signe George B. Daniels on 6/10/2025) (ks) (Entered: 06/10/2025) |
| .0/2025 | 11015 | ORDER terminating (10720) Motion for Default Judgment; terminating (10725) Letter Motion for Oral Argument in 1:03−md−01570−GBD−SN; terminating (90) Motion for Default Judgment; terminating (95) Letter Motion for Oral in case 1:22−cv−01188−GBD−SN; terminating (47) Letter Motion for Oral Argument in case 1:23−cv−02845−GBD Court has directed the parties to file a letter proposing new dates for an in−person conference to discuss their interest an evidentiary hearing to establish liability against the Taliban. ECF No. 10771. The parties have indicated that, whil and confer, their motions requesting such a hearing and seeking a default judgment based on that hearing should be p Accordingly, the Clerk of the Court is respectfully directed to terminate the motions at ECF Nos. 10720 and 10725. S ORDERED. (Signed by Magistrate Judge Sarah Netburn on 6/10/2025) Filed In Associated Cases: 1:03−md−01570− 1:22−cv−01188−GBD−SN, 1:23−cv−02845−GBD−SN. (mml) (Entered: 06/10/2025) |
| .0/2025 | 11016 | MEMO ENDORSED ORDER granting (1241) Motion to Substitute Party in case 1:03−cv−09849−GBD−SN; grantir Motion to Substitute Party in case 1:03−md−01570−GBD−SN. ENDORSEMENT: The motion to substitute is GRAN ORDERED. (Signed by Magistrate Judge Sarah Netburn on 6/10/2025) Filed In Associated Cases: 1:03−md−01570− 1:03−cv−09849−GBD−SN. (mml) (Entered: 06/10/2025) |
| .0/2025 | 11017 | MEMO ENDORSED ORDER granting (738) Motion to Withdraw as Attorney in case 1:03−cv−09848−GBD−SN; g (11009) Motion to Withdraw as Attorney in case 1:03−md−01570−GBD−SN; granting (2285) Motion to Withdraw a in case 1:02−cv−06977−GBD−SN. ENDORSEMENT: The motion to withdraw as counsel is GRANTED. SO ORDE (Signed by Magistrate Judge Sarah Netburn on 6/10/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:03−cv−09848−GBD−SN. (mml) (Entered: 06/10/2025) |

| | | |
|---|---|---|
| .0/2025 | 11018 | TRANSCRIPT of Proceedings re: HEARING held on 5/30/2025 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Carly Davis, (212) 805−0320. Transcript may be viewed at the court public terminal or purchas the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obt through PACER. Redaction Request due 7/1/2025. Redacted Transcript Deadline set for 7/11/2025. Release of Trans Restriction set for 9/8/2025.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(McGuirk, Kelly) (Entered: 06/10/2025) |
| .0/2025 | 11019 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a HEARING proceeding held on 5/30/2025 has been filed by the court reporter/transcriber in the above−captioned matter. The part seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Not the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...F Associated Cases: 1:03−md−01570−GBD−SN et al..(McGuirk, Kelly) (Entered: 06/10/2025) |
| .1/2025 | 11020 | CLERK CERTIFICATE OF MAILING of two copies of the true and certified Notice of Default Judgment and its cer translation, which conforms to the requirements of 22 C.F.R. § 93.2 ("Notice"); a true and certified copy of the Ashto 31, 2015 Default Judgment on Liability and its certified Farsi translation. See Attachment A to the Notice; a true and copy of the May 29, 2025 Memorandum Decision and Order for Final Judgment on Behalf of the Ashton 27 Plaintiff moving papers for Plaintiffs motion filed February 28, 2025, and the certified Farsi translations. See Attachment B to and a copy of the Foreign Sovereign Immunities Act and the certified Farsi translation. See Attachment C to the Noti to Islamic Republic of Iran on 6/11/2025 by Federal Express tracking # 2894 6560 7293, to the Secretary of State, At of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(tae) (Entered: 06/11 |
| .1/2025 | 11021 | CLERK CERTIFICATE OF MAILING of two copies of the true and certified Notice of Default Judgment and its cer translation, which conforms to the requirements of 22 C.F.R. § 93.2 ("Notice"); a true and certified copy of the Ashto 31, 2015 Default Judgment on Liability and its certified Farsi translation. See Attachment A to the Notice; a true and copy of the May 29, 2025 Order Granting Partial Final Default Judgment on Behalf of the Ashton 33 Plaintiffs, the m papers for Plaintiffs' motion filed on April 30, 2025, and the certified Farsi translations. See Attachment B to the Not copy of the Foreign Sovereign Immunities Act and the certified Farsi translation. See Attachment C to the Notice. ma Islamic Republic of Iran on 6/11/2025 by Federal Express tracking # 2894 6488 6661, to the Secretary of State, Attn: Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immunities Act, 28 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(tae) (Entered: 06/11 |
| .1/2025 | 11022 | CLERK CERTIFICATE OF MAILING of two copies of the true and certified Notice of Default Judgment and its cer translation, which conforms to the requirements of 22 C.F.R. § 93.2 ("Notice"); a true and certified copy of the Ashto 31, 2015 Default Judgment on Liability and its certified Farsi translation. See Attachment A to the Notice; a true and copy of the May 29, 2025 Order Granting Partial Final Default Judgment Against the Islamic Republic of Iran for the and Burlingame Plaintiffs Listed in Exhibits A and B on behalf of the Ashton 31, Ashton 32, Ashton 34, and Ashton and its certified Farsi translation. See Attachment B to the Notice; the moving papers and certified Farsi translations f following motions for default judgment: Ashton 31 Motion for Final Damages for Estate Plaintiffs Without Prior Eco Judgments and Solatium Plaintiffs Without Prior Judgments, which plaintiffs filed on April 3, 2025 Ashton 32 Motio Damages for Estate Plaintiffs Without Prior Economic Loss Judgments and Solatium Plaintiffs Without Prior Judgme plaintiffs filed on April 30, 2025 Ashton 34 Motion for Final Damages for Estate Plaintiffs Without Prior Economic l Judgments and Solatium Plaintiffs Without Prior Judgments, which plaintiffs filed on May 2, 2025 Ashton 35 Motior Damages for Solatium Plaintiffs Without Prior Judgments, which plaintiffs filed on May 9, 2025 See Attachment B t Notice; and a copy of the Foreign Sovereign Immunities Act and the certified Farsi translation. See Attachment C to mailed to Islamic Republic of Iran on 6/11/2025 by Federal Express tracking # 2894 6428 9414, to the Secretary of S Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immun 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(tae) Mo 6/12/2025 (ras). (Entered: 06/11/2025) |
| .6/2025 | 11023 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment and its certified Farsi transl which conforms to the requirements of 22 C.F.R. § 93.2 ("Notice"); and a copy of the Partial Final Default Judgment moving papers for Plaintiffs' Motion, and the certified Farsi translations of the Default Judgment and Plaintiffs' motic mailed to Islamic Republic of Iran on 6/16/2025 by Federal Express tracking # 8819 2511 6462, to the Secretary of S Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. Department SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Services Immun 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN.(tae) (Entered: 06/16/2025) |
| .6/2025 | 11024 | CLERK CERTIFICATE OF MAILING of two copies of the the Notice of Judgment for Order of Partial Final Judgm Damages, ECF No. 11011, dated June 9, 2025, prepared in accordance with 22 CFR § 93.2; Orders of Judgment for I dated June 21, 2019, September 3, 2019, and November 6, 2023 for the above−referenced matters; Order of Partial F |

| | | |
|---|---|---|
| | | Judgments for Damages, ECF No. 11011, dated June 9, 2025; Instructions for Appealing Judgment; A copy of 28 U.S 28 U.S.C. § 1391, 28 U.S.C. § 1441, and the Foreign Sovereign Immunities Act (28 U.S.C. § 1602, et seq.), and Affi Translator.2 mailed to Islamic Republic of Iran on 6/16/2025 by Federal Express tracking # 8148 5856 7043, to the S State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS/PRI), U.S. I of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of Foreign Service Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−G 1:18−cv−12387−GBD−SN, 1:22−cv−05193−GBD−SN.(tae) (Entered: 06/16/2025) |
| .7/2025 | 11025 | MOTION to Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibit A . Document fi Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Duane, John) (Entered: 06/17/2025) |
| .7/2025 | 11026 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. Related Document Number: 11025 ..(Duane, John) **Pro Order to be reviewed by Clerk's Office staff.** (Entered: 06/17/2025) |
| .7/2025 | 11027 | MOTION to Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibit A . Document fi Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 06/17/2025) |
| .7/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (1247 in 1:03−cv−09849−GBD in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN. (tp)** (Entered: 06/17/2025) |
| .7/2025 | 11028 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. Related Document Number: 11027 ..(Duane, John) **Pro Order to be reviewed by Clerk's Office staff.** (Entered: 06/17/2025) |
| .8/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (11028 in 1:03−md−01570−GB 1010 in 1:15−cv−09903−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associate 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(nd)** (Entered: 06/18/2025) |
| .8/2025 | 11029 | NOTICE OF APPEARANCE by Jean−David Barnea on behalf of UNITED STATES OF AMERICA..(Barnea, Jean- (Entered: 06/18/2025) |
| .8/2025 | 11030 | MEMO ENDORSED ORDER granting (1246) Motion to Substitute Party in case 1:03−cv−09849−GBD−SN; granti Motion to Substitute Party in case 1:03−md−01570−GBD−SN. ENDORSEMENT: The motion to substitute is GRAN ORDERED. (Signed by Magistrate Judge Sarah Netburn on 6/18/2025) Filed In Associated Cases: 1:03−md−01570− 1:03−cv−09849−GBD−SN. (mml) (Entered: 06/18/2025) |
| .8/2025 | 11031 | MEMO ENDORSED ORDER granting (11027) Motion to Substitute Party in case 1:03−md−01570−GBD−SN; gran Motion to Substitute Party in case 1:15−cv−09903−GBD−SN. ENDORSEMENT: The motion to substitute is GRAN ORDERED. (Signed by Magistrate Judge Sarah Netburn on 6/18/2025) Filed In Associated Cases: 1:03−md−01570− 1:15−cv−09903−GBD−SN. (mml) (Entered: 06/18/2025) |
| .9/2025 | 11032 | MOTION for Default Judgment as to *Economic Damages*. Document filed by Marie Halloran, Lisa Jordan.Filed In A Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−11767−GBD−SN, 1:19−cv−11776−GBD−SN.(Schutty, John) (Entered: 06/19/2025) |
| .9/2025 | 11033 | ***EX−PARTE***DECLARATION of John F. Schutty in Support re: (11032 in 1:03−md−01570−GBD−SN, 235 i 1:19−cv−11767−GBD−SN, 1012 in 1:15−cv−09903−GBD−SN, 227 in 1:19−cv−11776−GBD−SN) MOTION for De Judgment as to *Economic Damages*.. Document filed by Marie Halloran, Lisa Jordan. (Attachments: # 1 Exhibit A. H Economist Report, # 2 Exhibit B. Jordan's Economist Report)Filed In Associated Cases: 1:03−md−01570−GBD−SN 1:15−cv−09903−GBD−SN, 1:19−cv−11767−GBD−SN, 1:19−cv−11776−GBD−SNMotion or Order to File Under Se .(Schutty, John) (Entered: 06/19/2025) |
| .9/2025 | 11034 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Marie Halloran, Lisa Jordan. (Attachments: # 1 Exhibit A. Default Judgment Motion Cover Sheet, # 2 Exhibit B. Default Judgment Motion Standa Exhibits).(Schutty, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 06/19/202 |
| 20/2025 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (1014 in 1:15−cv−09903−GBD−SN, 11034 in 1:03−md−01570−GBD−SN, 237 in 1:19−cv−11767−GBD−SN, 229 in 1:19−cv−11776−GBD−SN) Proposed Default Judgment, was reviewed and approved as to form. Filed In Assoc Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−11767−GBD−SN, 1:19−cv−11776−GBD** (Entered: 06/20/2025) |
| 24/2025 | 11035 | LETTER addressed to Judge George B. Daniels from Sean P. Carter on behalf of Plaintiffs with claims against Al Ra dated June 24, 2025 re: the U.S. Supreme Courts decision in Fuld v. Palestine Liberation Org.. Document filed by Pla Executive Committees..(Carter, Sean) (Entered: 06/24/2025) |

| | | |
|---|---|---|
| 25/2025 | 11036 | ORDER: The Court is consistently looking to improve its operations and increase its efficiency given limited judicial To that end, the Court has revised the tables that counsel uses in connection with default judgment motions. The prop which are attached, are similar to those currently in usebut include information and internal formulas that will automa calculate the pre−judgment interest owed to each Plaintiff. Under this proposal, counsel would fill out the columns up including the "Start Date" column; the Court would enter the "End Date" on the day it issues a judgment; and the tabl would calculate the total interest and total award. (Counsel can also request a copy of the underlying Excel file by em Netburn_NYSDChambers@nysd.uscourts.gov.) The Plaintiffs Executive Committees should review these materials a comments, suggestions, or questions by July 10, 2025. The checklist and cover sheet that are currently in use will ren same. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 6/25/2025) (mml) (Entered: 06/25/2025) |
| 26/2025 | 11037 | MOTION for Default Judgment as to *Johnson Plaintiffs*. Document filed by Gary Arthur.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12344−GBD−SN.(Morgan, Robert) (Entered: 06/26/2025) |
| 26/2025 | 11038 | MEMORANDUM OF LAW in Support re: (11037 in 1:03−md−01570−GBD−SN, 111 in 1:18−cv−12344−GBD−SN for Default Judgment as to *Johnson Plaintiffs*. . Document filed by Gary Arthur. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12344−GBD−SN.(Morgan, Robert) (Entered: 06/26/2025) |
| 26/2025 | 11039 | DECLARATION of Robert Morgan in Support re: (11037 in 1:03−md−01570−GBD−SN, 111 in 1:18−cv−12344−G MOTION for Default Judgment as to *Johnson Plaintiffs*.. Document filed by Gary Arthur. (Attachments: # 1 Exhibit Personal Injury Plaintiffs, # 2 Exhibit B. Johnson Latent Injury Plaintiff, # 3 Exhibit C. Arthur Declaration, # 4 Exhib Blackmon Declaration, # 5 Exhibit E. Brown Declaration, # 6 Exhibit F. Fargione Declaration, # 7 Exhibit G. Gough Declaration, # 8 Exhibit H. Gough, R. Declaration, # 9 Exhibit I. Intartaglio Decalration, # 10 Exhibit J. Noble Decla Exhibit K. Webb Declaration, # 12 Exhibit L. Filosa Declaration)Filed In Associated Cases: 1:03−md−01570−GBD− 1:18−cv−12344−GBD−SN.(Morgan, Robert) (Entered: 06/26/2025) |
| 26/2025 | 11040 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Gary Arthur. (Attachments: # A. Default Judgment Motion Cover Sheet, # 2 Exhibit B. Johnson Personal Injury Plaintiffs, # 3 Exhibit C. Johnson I Injury Plaintiff).(Morgan, Robert) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 0 |
| 26/2025 | 11041 | LETTER MOTION to Substitute Attorney. Old Attorney: AUSA Sarah Normand, New Attorney: AUSA Jennifer Ju AUSA Jean−David Barnea addressed to Magistrate Judge Sarah Netburn from AUSA Sarah Normand dated June 26, Document filed by UNITED STATES OF AMERICA..(Normand, Sarah) (Entered: 06/26/2025) |
| 26/2025 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (11040 in 1:03−md−01570−GBD−SN, 114 in 1:18−cv−12344−GBD−SN) Proposed Default Judgment was reviewed and a to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12344−GBD−SN(nd)** (Entered: 06/26/2 |
| 27/2025 | 11042 | Objection re: (251 in 1:18−cv−11878−GBD−SN, 284 in 1:18−cv−12387−GBD−SN, 10965 in 1:03−md−01570−GBI Report and Recommendations,,,,,, . Document filed by Christine O'Neill. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN, 1:18−cv−12387−GBD−SN.(Goldman, Jerry) (Entered: 06/2 |
| 27/2025 | 11043 | LETTER addressed to Judge George B. Daniels from Christopher M. Curran dated 06/27/2025 re: Response to Plaint re: U.S. Supreme Court decision in Fuld v. Palestine Liberation Org. at ECF No. 11035 . Document filed by Al Rajhi Bank..(Curran, Christopher) (Entered: 06/27/2025) |
| 27/2025 | 11044 | LETTER addressed to Judge George B. Daniels from James Gavin Simpson of Kreindler & Kreindler for Ashton Pla 06/27/2025 re: 2025 Metropolitan Police Service (MPS) Production updated. Document filed by Kathleen Ashton. (A # 1 Exhibit Declaration of James Simpson, # 2 Exhibit A, # 3 Exhibit B).(Simpson, James) (Entered: 06/27/2025) |
| 27/2025 | 11049 | SEALED DOCUMENT placed in vault..(jus) (Entered: 07/02/2025) |
| 30/2025 | 11045 | MEMO ENDORSED ORDER granting 11041 Letter Motion to Substitute Attorney. ENDORSEMENT: SO ORDER (Signed by Magistrate Judge Sarah Netburn on 6/30/2025) (dsh) (Entered: 06/30/2025) |
| 01/2025 | 11046 | **FILING ERROR − DEFICIENT DOCKET ENTRY (SEE 11047 Letter) −** LETTER addressed to Judge George from Sean P. Carter on behalf of Plaintiffs with claims against Al Rajhi Bank dated July 1, 2025 re: reply to letter, EC 11043. Document filed by Plaintiffs Executive Committees. (Carter, Sean) Modified on 7/2/2025 (db). As per ECF−H Email Correspondence Received on 7/2/2025 @ 10:01am. (Entered: 07/01/2025) |
| 01/2025 | 11047 | LETTER addressed to Judge George B. Daniels from Sean P. Carter on behalf of Plaintiffs with claims against Al Ra dated July 1, 2025 re: "CORRECTED" reply to letter, ECF No. 11043. Document filed by Plaintiffs Executive Committees..(Carter, Sean) (Entered: 07/01/2025) |
| 02/2025 | 11048 | SUPPLEMENT TO CLERK CERTIFICATE OF MAILING RECEIVED for the Complaint as filed; Notice of Suit in English language; Summons; Affidavits from translator; Foreign Sovereign Immunities Act (FSIA), 28 USCS §§ 160 mailed to DEFENDANT Islamic Republic of Iran Ali Bagheri Acting Minister of Foreign Affairs Ministry of Foreig Imam Khomeini Street, Imam Khomeini Avenue Tehran, Iran on 10/2/2024 by Certified Mail tracking # 9589 0710 5 5708 34, to the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Li (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to |

| | | |
|---|---|---|
| | | provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). mailed to Islamic Republic of Iran on 10/1/2 Certified Mail tracking # 9589 0710 5270 0387 5708 34, as per (10407 in 1:03−md−01570−GBD−SN) Clerk Certific Mailing RECEIVED ON: 7/2/2025. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:24−cv−04715−GBD− (Additional attachment(s) added on 8/28/2025: # 2 Exhibit DIPLOMATIC NOTE) (ras). (Entered: 07/02/2025) |
| )2/2025 | 11050 | LETTER addressed to Judge George B. Daniels from John F. Schutty dated 07/02/2025 re: 11032 MOTION for Defa Judgment as to Economic Damages. Document filed by Marie Halloran, Lisa Jordan.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Schutty, John) (Entered: 07/02/2025) |
| )2/2025 | 11051 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Marie Halloran, Lisa Jordan. (Attachments: # 1 Exhibit A. Default Judgment Motion Cover Sheet, # 2 Exhibit B. Default Judgment Motion Standa Exhibits).(Schutty, John) **Proposed Default Judgment to be reviewed by Clerk's Office staff.** (Entered: 07/02/202 |
| )2/2025 | 11052 | CLERK CERTIFICATE OF MAILING RECEIVED for two copies of the cover letter to H.E Ali Bagheri, Acting Mi Foreign Affairs of Iran; U.S. Dist. Court for the Southern District of N.Y. Clerk's Certificate of Default, dated Februa (Ray Docket No. 209); Notice of Default Judgment prepared in accordance with 22 CFR § 93.2; Order of Partial Fina entered on February 19, 2020 (Ray Docket No. 221; MDL Docket No. 5985; Order of Partial Final Judgment entered September 19, 2024, and docketed September 20, 2024 (Ray Docket No. 332; MDL Docket No. I 0387); Text of The Sovereign Immunities Act, 28 U.S.C. §1602, et seq.; and, Right to Appeal Notice and Form mailed to defendant Islar Republic of Iran H.E. Ali Bagheri, Acting Minister of Foreign Affairs Ministry of Foreign Affairs of the Islamic Rep Iran Imam Khomeini Avenue, Tehran, Iran on 10/24/24 by Federal Express tracking # 7793 6056 6552 via dispatch t Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/OCS Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions of For Services Immunities Act, 28 U.S.C. § 16 08(a)(4). mailed to Islamic Republic of Iran on 10/24/2024 by Federal Expr # 7793 6056 6552, as per (10464 in 1:03−md−01570−GBD−SN) Clerk Certificate of Mailing RECEIVED ON: 7/2/2 In Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN.(tae) (Entered: 07/02/2025) |
| )2/2025 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (11051 in 1:03−md−01570−GBD−SN, 1016 in 1:15−cv−09903−GBD−SN) Proposed Default Judgment, was reviewed and as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(nd)** (Entered: 07/0 |
| )8/2025 | 11053 | MOTION to Dismiss *Without Prejudice*. Document filed by Christine O'Neill..(Goldman, Jerry) (Entered: 07/08/202 |
| )8/2025 | 11054 | ***EX−PARTE***DECLARATION of Jeremy Shockett, Esq. in Support re: 11053 MOTION to Dismiss *Without P* Document filed by Christine O'Neill. (Attachments: # 1 Exhibit A)Motion or Order to File Under Seal: 1900 .(Goldm (Entered: 07/08/2025) |
| )8/2025 | 11055 | PROPOSED ORDER. Document filed by Christine O'Neill. Related Document Number: 11053 ..(Goldman, Jerry) **P Order to be reviewed by Clerk's Office staff.** (Entered: 07/08/2025) |
| )8/2025 | 11056 | CERTIFICATE OF SERVICE of Motion to Dismiss, Declaration of Jeremy Shockett, Esq. and Proposed Order serve Michael Reynolds on 7/8/2025. Service was made by Mail and Email. Document filed by Christine O'Neill..(Goldma (Entered: 07/08/2025) |
| )8/2025 | 11057 | MOTION for Jerry S. Goldman and all Other Anderson Kill P.C. Attorneys to Withdraw as Attorney *and Permission Plaintiff Justin Rodriguez to Proceed Pro Se*. Document filed by Christine O'Neill.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN, 1:23−cv−08305−GBD−SN.(Goldman, Jerry) (Entered: 07/0 |
| )8/2025 | 11058 | ***EX−PARTE***DECLARATION of Jeremy Shockett, Esq. in Support re: (11057 in 1:03−md−01570−GBD−SN, 1:23−cv−08305−GBD−SN, 960 in 1:04−cv−01923−GBD−SN) MOTION for Jerry S. Goldman and all Other Anders Attorneys to Withdraw as Attorney *and Permission for Plaintiff Justin Rodriguez to Proceed Pro Se*.. Document filec Christine O'Neill. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN, 1:23−cv−08305−GBD−SNMotion or Order to File Under Seal: 1900 .(Goldman, Jerry) (Entered: 07/08/2025) |
| )8/2025 | 11059 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED ORDER. Document filed by Christine O'Neil Document Number: 11057 ..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** Modified or (tp). (Entered: 07/08/2025) |
| )8/2025 | 11060 | LETTER addressed to Judge George B. Daniels from Dorothea M. Capone dated July 8, 2025 re: Motion to Correct J Judgment. Document filed by Kristen Carpenter, Joan Parker, Joan Parker, Stephanie Parker, Bryan Suarez, Carol Su Suarez, Manuel Suarez, Manuel Suarez.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GB 1:02−cv−07236−GBD.(Capone, Dorothea) (Entered: 07/08/2025) |
| )8/2025 | 11061 | MOTION to Correct Judgment re: (10468 in 1:03−md−01570−GBD−SN) Order on Motion for Judgment,,,,,,,,, . Doc by Kristen Carpenter, Joan Parker, Joan Parker, Stephanie Parker, Bryan Suarez, Bryan Suarez, Carol Suarez, Manue Manuel Suarez.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD.(Capone, Dorothea) (Entered: 07/08/2025) |

| | | |
|---|---|---|
| )8/2025 | 11062 | MEMORANDUM OF LAW in Support re: (316 in 1:02−cv−07236−GBD) MOTION to Correct Judgment re: (10468 1:03−md−01570−GBD−SN) Order on Motion for Judgment,,,,,,,,, . . Document filed by Kristen Carpenter, Joan Parl Parker, Stephanie Parker, Bryan Suarez, Carol Suarez, Manuel Suarez. (Attachments: # 1 Exhibit 1)Filed In Associat 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD.(Capone, Dorothea) (Entered: 07/08/ |
| )8/2025 | 11063 | PROPOSED JUDGMENT. Document filed by Kristen Carpenter, Joan Parker, Joan Parker, Stephanie Parker, Bryan Carol Suarez, Manuel Suarez. (Attachments: # 1 Exhibit A−1, # 2 Exhibit A−2, # 3 Exhibit B, # 4 Exhibit C).(Capon Dorothea) **Proposed Judgment to be reviewed by Clerk's Office staff.** (Entered: 07/08/2025) |
| )9/2025 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED ORDER. Notice to attorney Jerry St Goldman to RE−FILE Document No. (11059 in 1:03−md−01570−GBD−SN, 78 in 1:23−cv−08305−GBD−SN) P Order. The filing is deficient for the following reason(s): the proposed order was not spread to all of the corres cases listed on the pdf. Re−file the document using the event type Proposed Order found under the event list P Orders − select the correct filer/filers − attach the correct signed (scanned signature image) and dated PDF. Fi Associated Cases: 1:03−md−01570−GBD−SN, 1:23−cv−08305−GBD−SN(tp)** (Entered: 07/09/2025) |
| )9/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 11055 Proposed Order was rev approved as to form. (tp)** (Entered: 07/09/2025) |
| )9/2025 | 11064 | MOTION to Amend/Correct . Document filed by Kathleen Ashton.Filed In Associated Cases: 1:03−md−01570−GBI 1:02−cv−06977−GBD−SN.(Maloney, Andrew) (Entered: 07/09/2025) |
| )9/2025 | 11065 | MEMORANDUM OF LAW in Support re: (2299 in 1:02−cv−06977−GBD−SN) MOTION to Amend/Correct . . Doc by Kathleen Ashton. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Maloney, A (Entered: 07/09/2025) |
| )9/2025 | 11066 | DECLARATION of Andrew J. Maloney in Support re: (2299 in 1:02−cv−06977−GBD−SN) MOTION to Amend/Co Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Maloney, Andrew) (Entered: 07/09/2025) |
| )9/2025 | 11067 | PROPOSED ORDER. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A, # 2 Exhibit B) Related Doc Number: [ECF No. 11064 in 03−md−1570(GBD)(SN) and ECF No. 2299 in 02−cv−6977 (GBD)(SN)]..(Maloney, A **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 07/09/2025) |
| )9/2025 | 11068 | MOTION to Add Party(ies) as set forth in Exhibit A *against the Taliban*. Document filed by Kathleen Ashton.Filed I Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Maloney, Andrew) (Entered: 07/09/2025 |
| )9/2025 | 11069 | MEMORANDUM OF LAW in Support re: (2303 in 1:02−cv−06977−GBD−SN) MOTION to Add Party(ies) as set f Exhibit A *against the Taliban*. . Document filed by Kathleen Ashton. Filed In Associated Cases: 1:03−md−01570−G 1:02−cv−06977−GBD−SN.(Maloney, Andrew) (Entered: 07/09/2025) |
| )9/2025 | 11070 | DECLARATION of Andrew J. Maloney in Support re: (2303 in 1:02−cv−06977−GBD−SN) MOTION to Add Party forth in Exhibit A *against the Taliban*.. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A, # 2 Exhibi Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Maloney, Andrew) (Entered: 07/09/2025 |
| )9/2025 | 11071 | PROPOSED ORDER. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A, # 2 Exhibit B) Related Doc Number: [ECF 11068 in 1:03−md−1570−GBD−SN and ECF 2203 in 1:02−cv−06977−GBD−SN]..(Maloney, Andrev **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 07/09/2025) |
| )9/2025 | 11078 | ORDER granting (11053) Motion to Dismiss; granting (11057) Motion to Withdraw as Attorney. Attorney Jerry Step Goldman terminated in case 1:03−md−01570−GBD−SN; granting (956) Motion to Dismiss; granting (960) Motion to as Attorney. Attorney Jerry Stephen Goldman terminated in case 1:04−cv−01923−GBD−SN; granting (72) Motion to granting (76) Motion to Withdraw as Attorney. Attorney Jerry Stephen Goldman terminated in case 1:23−cv−08305− The Court GRANTS both motions. Since Mr. Rodriguez properly filed his notice of pro se appearance on the docket consented to electronic service, he may proceed pro se. The Clerk of Court is directed to note Justin Rodriguez's pro s appearance on the docket. Because of the volume of filings in this case, however, the Clerk of Court should not desig case as PRO SE. By contrast, Michael Reynolds has not filed a pro se notice of appearance despite repeated court ord Accordingly, the claims filed on his behalf are dismissed without prejudice, provided however, that, within 30 days o Order, he may file a request that his claims be reinstated and that he be allowed to proceed pro se (or with new couns which case his claims will be reinstated. The Clerk of the Court is respectfully directed to terminate the motions at E 11053 and 11057 in 03−md−01570; 956 and 960 in 04−cv−01923; and 72 and 76 in 23−cv−08305. SO ORDERED. ( Magistrate Judge Sarah Netburn on 7/9/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN, 1:23−cv−08305−GBD−SN. (mml) (Entered: 07/10/2025) |
| 1.0/2025 | 11072 | PROPOSED ORDER. Document filed by Christine O'Neill. Related Document Number: 11057 ..(Goldman, Jerry) **P Order to be reviewed by Clerk's Office staff.** (Entered: 07/10/2025) |

| | | |
|---|---|---|
| .0/2025 | 11073 | ORDER: Plaintiffs' counsel should refrain from using the newly circulated draft spreadsheets for default judgment m ECF No. 11036.1 The Court will issue a separate Order once the spreadsheets are finalized. See, e.g., ECF No. 9435. ORDERED. (Signed by Magistrate Judge Sarah Netburn on 7/10/2025) (dsh) (Entered: 07/10/2025) |
| .0/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (11067 in 1:03−md−01570−GB 2302 in 1:02−cv−06977−GBD−SN) Proposed Order, was reviewed and approved as to form. Filed In Associate 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN. (tp)** (Entered: 07/10/2025) |
| .0/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (2306 in 1:02−cv−06977−GBD- in 1:03−md−01570−GBD−SN) Proposed Order, was reviewed and approved as to form. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN. (tp)** (Entered: 07/10/2025) |
| .0/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (11072 in 1:03−md−01570−GB in 1:04−cv−01923−GBD−SN, 79 in 1:23−cv−08305−GBD−SN) Proposed Order was reviewed and approved as Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01923−GBD−SN, 1:23−cv−08305−GBD−SN. (t** (Entered: 07/10/2025) |
| .0/2025 | 11074 | ORDER granting (11068) Motion to Add in case 1:03−md−01570−GBD−SN; granting (2303) Motion to Add in case 1:02−cv−06977−GBD−SN. The motion to add parties is GRANTED. The Clerk of Court is respectfully directed to c motions at ECF No. 11068 in 03−md−01570 (GBD)(SN) and ECF No. 2303 in 02−cv−06977 (GBD)(SN). (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBI 1:02−cv−06977−GBD−SN (dsh) (Entered: 07/10/2025) |
| .0/2025 | 11075 | PROPOSED JUDGMENT. Document filed by Kristen Carpenter, Joan Parker, Stephanie Parker, Bryan Suarez, Carc Manuel Suarez. (Attachments: # 1 Exhibit A1, # 2 Exhibit A2, # 3 Exhibit B, # 4 Exhibit C).(Capone, Dorothea) **Pro Judgment to be reviewed by Clerk's Office staff.** (Entered: 07/10/2025) |
| .0/2025 | 11076 | JOINT LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees, Ashton Plainti and the United States Government dated July 10, 2025 re: Courts directions identified in the Order at ECF No. 10999 filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 07/10/2025) |
| .0/2025 | 11077 | LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees for Personal Injury and Claims dated July 10, 2025 re: Input from the PEC regarding the proposed revised tables. Document filed by Plaintif Executive Committee for Personal Injury and Death Claims..(Haefele, Robert) (Entered: 07/10/2025) |
| .0/2025 | | *****NOTICE TO COURT REGARDING PROPOSED JUDGMENT. Document No. (319 in 1:02−cv−07236−G in 1:03−md−01570−GBD−SN, 2308 in 1:02−cv−06977−GBD−SN) Proposed Judgment, was reviewed and appr form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD.** (Entered: 07/10/2025) |
| .1/2025 | 11079 | MEMO ENDORSEMENT on re: 11076 Letter, filed by Plaintiffs Executive Committees. ENDORSEMENT: The pa request to provide the Court with a status letter by July 31, 2025, is GRANTED. The letter should include the followi out in the Court's Order at ECF No. 10999: the status of their meet−and−confer process regarding the parties' subpoe proposal for a deposition protocol; and the PECs' discovery production to Sudan. The status conference previously se 21, 2025, is ADJOURNED. In their letter, the parties shall propose mutually convenient dates for a status conference August 15, 2025. (Signed by Magistrate Judge Sarah Netburn on 7/11/2025) (rro) (Entered: 07/14/2025) |
| .4/2025 | 11080 | ORDER GRANTING PARTIAL FINAL JUDGMENT AGAINST THE TALIBAN FOR THE BAUER II PLAINTII LISTED IN EXHIBITS A, B, AND C granting (11061) Motion to Correct Judgment in case 1:03−md−01570−GBD− granting (2296) Motion to Correct Judgment in case 1:02−cv−06977−GBD−SN; granting (316) Motion to Correct Ju case 1:02−cv−07236−GBD. It is ORDERED that the Plaintiffs identified in the attached Exhibits B and C are awarde damages under the Anti−Terrorism Act, 18 U.S.C. § 2333 for the amounts claimed. To the extent the Clerk of Court already enter partial final default judgment for the Plaintiffs listed in Exhibits A, B, and C pursuant to the Court's pre at ECF No. 10468, they are directed to do so. The Clerk of Court should not enter duplicate judgments. The Clerk of further directed to close the motions at ECF No. 11061 in 03−md−1570, ECF No. 2296 in 02−cv−6977, and 316 in 0 SO ORDERED. (Signed by Judge George B. Daniels on 7/14/2025) Filed In Associated Cases: 1:03−md−01570−GB 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD (ks) Transmission to Orders and Judgments Clerk for processing. 07/14/2025) |
| .7/2025 | 11081 | MOTION to Add Party(ies) See Exhibit A . Document filed by Christine O'Neill.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 07/17/2025) |
| .7/2025 | 11082 | MEMORANDUM OF LAW in Support re: (878 in 1:04−cv−01076−GBD−SN, 11081 in 1:03−md−01570−GBD−SN to Add Party(ies) See Exhibit A . . Document filed by Christine O'Neill. Filed In Associated Cases: 1:03−md−01570- 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 07/17/2025) |
| .7/2025 | 11083 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (878 in 1:04−cv−01076−GBD−SN, 11081 in 1:03−md−01570−GBD−SN) MOTION to Add Party(ies) See Exhibit A .. Document filed by Christine O'Neill. (Atta |

| | | |
|---|---|---|
| | | 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (E 07/17/2025) |
| .7/2025 | 11084 | PROPOSED ORDER. Document filed by Christine O'Neill. (Attachments: # 1 Exhibit A) Related Document Numbe ..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 07/17/2025) |
| .7/2025 | 11085 | NOTICE of Attorney Charging Liens. Document filed by Christine O'Neill. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:04−cv−01923−GBD−SN, 1:19−cv−11776−GBD−SN.(Go Jerry) (Entered: 07/17/2025) |
| .7/2025 | 11086 | NOTICE of of Attorney Charging Liens. Document filed by Christine O'Neill. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:04−cv−01923−GBD−SN, 1:19−cv−11776−GBD−SN.(Go Jerry) (Entered: 07/17/2025) |
| .7/2025 | 11087 | NOTICE of of Attorney Charging Liens. Document filed by Christine O'Neill. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:04−cv−01923−GBD−SN, 1:19−cv−11776−GBD−SN.(Go Jerry) (Entered: 07/17/2025) |
| .8/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (881 in 1:04−cv−01076−GBD− in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN. (tp)** (Entered: 07/18/2025) |
| 21/2025 | 11088 | AFFIDAVIT OF SERVICE of Summons, Complaint, and Notice of Suit and Translations of each served on Islamic Iran on 5/19/2025. Service was accepted by Iranian Ministry of Foreign Affairs. Document filed by Kenneth Lum. (A # 1 Exhibit A, # 2 Exhibit B)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:24−cv−07824−GBD−SN.(Go Jerry) (Entered: 07/21/2025) |
| 21/2025 | 11089 | MEMO ENDORSED ORDER granting (11081) Motion to Add in case 1:03−md−01570−GBD−SN; granting (878) M Add in case 1:04−cv−01076−GBD−SN. ENDORSEMENT: The motion to amend is GRANTED. The underlying co deemed amended to add the eight plaintiffs listed in Exhibit A at ECF No. 11083−1. SO ORDERED. (Signed by Ma Judge Sarah Netburn on 7/21/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD− (Entered: 07/21/2025) |
| 22/2025 | 11090 | PROPOSED CLERK'S CERTIFICATE OF DEFAULT. Document filed by Christine O'Neill..(Goldman, Jerry) **Prop document to be reviewed and processed by Clerk's Office staff (No action required by chambers).** (Entered: 07/ |
| 22/2025 | 11091 | AFFIRMATION of Jerry S. Goldman, Esq. re: (37 in 1:24−cv−07824−GBD−SN, 11090 in 1:03−md−01570−GBD− Proposed Clerk's Certificate of Default . Document filed by Christine O'Neill. (Attachments: # 1 Exhibit A, # 2 Exhib Exhibit C, # 4 Exhibit D, # 5 Exhibit E)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:24−cv−07824−GBD−SN.(Goldman, Jerry) (Entered: 07/22/2025) |
| 22/2025 | 11092 | CLERK'S CERTIFICATE OF DEFAULT as to Islamic Republic of Iran ("Iran"). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:24−cv−07824−GBD−SN.(tp) (Entered: 07/22/2025) |
| 22/2025 | 11093 | LETTER addressed to Magistrate Judge Sarah Netburn from Jerry S. Goldman, Esq. dated 7/22/2025 re: 25−cv−059 made part of MDL. Document filed by Christine O'Neill..(Goldman, Jerry) (Entered: 07/22/2025) |
| 24/2025 | 11094 | MEMO ENDORSEMENT on re: (11093 in 1:03−md−01570−GBD−SN) Letter filed by Christine O'Neill. ENDORS Pursuant to the Court's Order at ECF No. 5234, the above−referenced case shall be made part of the MDL. SO ORDE (Signed by Magistrate Judge Sarah Netburn on 7/24/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:25−cv−05971−GBD (dsh) Transmission to Attorney Services/Help Desk. (Entered: 07/24/2025) |
| 24/2025 | 11095 | NOTICE of of Iran Notice of Amendment. Document filed by Christine O'Neill. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:22−cv−05193−GBD−SN.(Goldman, Jerry) (Entered: 07/24/2025) |
| 24/2025 | 11096 | ORDER granting (11064) Motion to Amend/Correct in case 1:03−md−01570−GBD−SN; granting (2299) Motion to Amend/Correct in case 1:02−cv−06977−GBD−SN. The Ashton Plaintiffs' motion is therefore GRANTED: The clain plaintiffs named in the Ashton Sixth Amended Complaint are clarified to include the multiple capacities in which va plaintiffs are pursuing claims, as provided for in ECF No. 11066−1; Under Rule 15(c), this Order amends the operati pleadings in this action and relates back to when each of the individuals originally named in the pleading were added action. The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 11064 and the related moti No. 2299 in Ashton, No. 02−cv−6977. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 7/24/2025) Fi Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN (dsh) (Entered: 07/24/2025) |
| 28/2025 | 11097 | MEMORANDUM DECISION AND ORDER denying (10684) Motion for Certificate of Appealability in case 1:03−md−01570−GBD−SN; denying (2218) Motion for Certificate of Appealability in case 1:02−cv−06977−GBD− Defendant Sudan fails to establish the exceptional circumstances necessary to certify an interlocutory appeal, Sudan's certify is DENIED. The Clerk of the Court is respectfully directed to close the motions at ECF No. 10684 at 03−md− ECF No. 2218 at 02−cv−6977. SO ORDERED. (Signed by Judge George B. Daniels on 7/28/2025) Filed In Associat |

| | | |
|---|---|---|
| | | 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN (ks) Modified on 7/28/2025 (ks). (Entered: 07/28/2025) |
| 29/2025 | 11098 | MOTION to Substitute Party. Old Party: See attachment A, New Party: See attachment A . Document filed by Christ O'Neill.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:04−cv−01923−GBD−S 1:23−cv−05790−GBD−SN.(Goldman, Jerry) (Entered: 07/29/2025) |
| 29/2025 | 11099 | PROPOSED ORDER. Document filed by Christine O'Neill. Related Document Number: 11098 ..(Goldman, Jerry) **P Order to be reviewed by Clerk's Office staff.** (Entered: 07/29/2025) |
| 30/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (968 in 1:04−cv−01923−GBD− 1:23−cv−05790−GBD−SN, 887 in 1:04−cv−01076−GBD−SN, 11099 in 1:03−md−01570−GBD−SN) Proposed O reviewed and approved as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GB 1:04−cv−01923−GBD−SN, 1:23−cv−05790−GBD−SN(nd)** (Entered: 07/30/2025) |
| 30/2025 | 11100 | MOTION to Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibit A . Document fi Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Duane, John) (Entered: 07/30/2025) |
| 30/2025 | 11101 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. Related Document Number: 11100 ..(Duane, John) **Prop Order to be reviewed by Clerk's Office staff.** (Entered: 07/30/2025) |
| 30/2025 | 11102 | MOTION to Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibit A . Document fi Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 07/30/2025) |
| 30/2025 | 11103 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. Related Document Number: 11102 ..(Duane, John) **Prop Order to be reviewed by Clerk's Office staff.** (Entered: 07/30/2025) |
| 30/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (11101 in 1:03−md−01570−GB 1250 in 1:03−cv−09849−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associate 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN(nd)** (Entered: 07/30/2025) |
| 30/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (11103 in 1:03−md−01570−GB 1018 in 1:15−cv−09903−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associate 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(nd)** (Entered: 07/30/2025) |
| 30/2025 | 11104 | MEMO ENDORSED ORDER granting (105 in 1:23−cv−05790−GBD−SN, 967 in 1:04−cv−01923−GBD−SN, 886 i 1:04−cv−01076−GBD−SN, 11098 in 1:03−md−01570−GBD−SN) MOTION to Substitute Party. Old Party: See attac New Party: See attachment A filed by Christine O'Neill. ENDORSEMENT: The motion to substitute is GRANTED. ORDERED. (Signed by Magistrate Judge Sarah Netburn on 7/30/2025) Filed In Associated Cases: 1:03−md−01570− 1:04−cv−01076−GBD−SN, 1:04−cv−01923−GBD−SN, 1:23−cv−05790−GBD−SN (mml) (Entered: 07/30/2025) |
| 31/2025 | 11105 | ORDER: The Court has approved revised default judgment motion worksheets. Effective immediately, Plaintiffs' cou use these new worksheets to prepare all future default judgment motions. Plaintiffs' counsel can email Netburn_NYSDchambers@nysd.uscourts.gov to obtain the new worksheets. The Clerk of Court will use these works calculate the total interest and total damages awards at the time judgment is entered. SO ORDERED. (Signed by Mag Judge Sarah Netburn on 7/31/2025) (dsh) (Entered: 07/31/2025) |
| 31/2025 | 11106 | MOTION for Default Judgment as to *Gaston Plaintiffs*. Document filed by Mark Bernheimer, Mark Bernheimer.File Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12337−GBD−SN.(Morgan, Robert) (Entered: 07/31/2025) |
| 31/2025 | 11107 | MEMORANDUM OF LAW in Support re: (11106 in 1:03−md−01570−GBD−SN, 133 in 1:18−cv−12337−GBD−SN for Default Judgment as to *Gaston Plaintiffs*. . Document filed by Mark Bernheimer, Mark Bernheimer. Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12337−GBD−SN.(Morgan, Robert) (Entered: 07/31/2025) |
| 31/2025 | 11108 | ORDER granting (1249) Motion to Substitute Party. in case 1:03−cv−09849−GBD−SN; granting (11100) Motion to Party. ; granting (11102) Motion to Substitute Party. in case 1:03−md−01570−GBD−SN; granting (1017) Motion to S Party. in case 1:15−cv−09903−GBD−SN. The motions to substitute at ECF Nos. 11100 and 11102 are GRANTED. ( ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) Filed In Associated Cases: 1:03−md−01570−GBI 1:03−cv−09849−GBD−SN, 1:15−cv−09903−GBD−SN (dsh) (Entered: 07/31/2025) |
| 31/2025 | 11109 | DECLARATION of Robert Keith Morgan in Support re: (11106 in 1:03−md−01570−GBD−SN, 133 in 1:18−cv−12337−GBD−SN) MOTION for Default Judgment as to *Gaston Plaintiffs*.. Document filed by Mark Bernhe Mark Bernheimer. (Attachments: # 1 Exhibit A. Gaston Personal Injury Plaintiffs, # 2 Exhibit B. Bernheimer Declara Exhibit C. Blacksberg Declaration, # 4 Exhibit D. Fraga Declaration, # 5 Exhibit E. Kelly, C. Declaration, # 6 Exhibi M. Declaration, # 7 Exhibit G. Stewart Declaration, # 8 Exhibit H. Toledo Declaration, # 9 Exhibit I. Vairo Declarati Exhibit J. Viscuso Declaration, # 11 Exhibit K. Young Declaration)Filed In Associated Cases: 1:03−md−01570−GBI 1:18−cv−12337−GBD−SN.(Morgan, Robert) (Entered: 07/31/2025) |

| | | |
|---|---|---|
| 31/2025 | 11110 | PROPOSED DEFAULT JUDGMENT pursuant to FRCP 55(b)(2). Document filed by Mark Bernheimer, Mark Bernh (Attachments: # 1 Exhibit A. Default Judgment Cover Sheet, # 2 Exhibit B. Gaston Personal Injury Plaintiffs).(Morga **Proposed Default Judgment to be reviewed by Clerk's Office staff.** Modified on 8/11/2025 (nd). (Entered: 07/31/2 |
| 31/2025 | 11111 | MOTION to Vacate *or Reconsider ECF 10989 as to Plaintiff Maxwell Sivin's Motion for Damages only*. Document f Kathleen Ashton.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Kreindler, Jam (Entered: 07/31/2025) |
| 31/2025 | 11112 | JOINT LETTER addressed to Magistrate Judge Sarah Netburn from Plaintiffs Executive Committees, Sudan, US Go July 31, 2025 re: Update on status of meet−and−confer process. Document filed by Plaintiffs Executive Committees. Robert) (Entered: 07/31/2025) |
| 01/2025 | 11113 | MOTION to Add Party(ies) as set forth in exhibit A *against the Taliban*. Document filed by Burnett Plaintiffs.Filed I Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Duane, John) (Entered: 08/01/2025) |
| 01/2025 | 11114 | MEMORANDUM OF LAW in Support re: (1252 in 1:03−cv−09849−GBD−SN, 11113 in 1:03−md−01570−GBD−S MOTION to Add Party(ies) as set forth in exhibit A *against the Taliban*. . Document filed by Burnett Plaintiffs. Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Duane, John) (Entered: 08/01/2025) |
| 01/2025 | 11115 | DECLARATION of John C. Duane in Support re: (1252 in 1:03−cv−09849−GBD−SN, 11113 in 1:03−md−01570−G MOTION to Add Party(ies) as set forth in exhibit A *against the Taliban*.. Document filed by Burnett Plaintiffs. (Atta 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Duane, John) (Ente 08/01/2025) |
| 01/2025 | 11116 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. Related Document Number: 11113 ..(Duane, John) **Prop Order to be reviewed by Clerk's Office staff.** (Entered: 08/01/2025) |
| 01/2025 | 11117 | ORDER: The Court has reviewed the joint status letter submitted by the Plaintiffs, Sudan, and the United States. See 11112. The Court will hold a status conference at 2:30 p.m. on August 6, 2025, in the Thurgood Marshall Courthouse (courtroom to be determined later) to address any outstanding matters and set further deadlines. The parties should be to discuss a reasonable deadline to file a deposition protocol and schedule depositions, and a proposal to address disc government agencies, including a reasonable schedule for any related motion practice. SO ORDERED. Status Confer 8/6/2025 at 02:30 PM before Magistrate Judge Sarah Netburn. (Signed by Magistrate Judge Sarah Netburn on 8/1/2 (Entered: 08/01/2025) |
| 01/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (1255 in 1:03−cv−09849−GBD− in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN(nd)** (Entered: 08/01/2025) |
| 04/2025 | 11118 | MEMORANDUM DECISION AND ORDER for (10326 in 1:03−md−01570−GBD−SN, 224 in 1:18−cv−11878−GE in 1:18−cv−12387−GBD−SN) Motion for Judgment filed by Cheryl Rivelli, (251 in 1:18−cv−11878−GBD−SN, 284 1:18−cv−12387−GBD−SN, 10965 in 1:03−md−01570−GBD−SN) Report and Recommendations, Plaintiffs' request damages is DENIED. Magistrate Judge Netburn's Report is ADOPTED. The Clerk of the Court is directed to close th at: ECF No. 10326 in 03−MD−01570 ECF No. 224 in 18−cv−11878 ECF No. 256 in 18−cv−12387. SO ORDERED Judge George B. Daniels on 7/31/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GB 1:18−cv−12387−GBD−SN (ks) (Entered: 08/04/2025) |
| 05/2025 | 11119 | CLERK'S PARTIAL JUDGMENT re: (1177 in 1:03−cv−09849−GBD−SN, 1177 in 1:03−cv−09849−GBD−SN, 117 1:03−cv−09849−GBD−SN, 10265 in 1:03−md−01570−GBD−SN, 10265 in 1:03−md−01570−GBD−SN, 10265 in 1:03−md−01570−GBD−SN) Order on Motion for Default Judgment. in favor of Burnett Plaintiffs against The Taliba ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Order dated August 27, 2024, judgment is entered on behalf of the Burnett Plaintiffs identified in the attached Exhibits A, B, C, D, and E against th and it is ORDERED that the Burnett Plaintiffs identified in the attached Exhibit A are awarded pain and suffering and damages as set forth therein; and it is ORDERED that the Burnett Plaintiffs identified in the attached Exhibit B are av and suffering damages as set forth therein; and it is ORDERED that the Burnett Plaintiffs identified in the attached E and D are awarded solatium damages as set forth therein; and it is ORDERED that the Burnett Plaintiffs identified in attached Exhibit E are awarded damages for personal injuries as set forth therein; and it is ORDERED that the Burnet receiving pain and suffering, solatium, and personal injury damages identified in the attached Exhibits A, B, C, D, an awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 u of judgment; and it is ORDERED that the Burnett Plaintiffs receiving pain and economic damages identified in the at Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date in the "Date of Report" column therein, until the date of judgment; and it is ORDERED that the Burnett Plaintiffs ide the attached Exhibits A, B, C, D, and E are awarded treble damages under the Anti−Terrorism Act, 18 U.S.C. § 2333 amounts claimed; and it is ORDERED that the Burnett Plaintiffs identified in the attached Exhibits A, B, C, D, and E submit future applications for punitive or other damages at a later date consistent with any future rulings of this Cour ORDERED that the Burnett Plaintiffs not appearing on Exhibits A, B, C, D, and E may submit in later stages applica damages awards to the extent they have not done so already. (Signed by Clerk of Court Tammi M Hellwig on 8/5/20 Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN (nd) (Entered: 08/05/2025) |

| | | |
|---|---|---|
| )5/2025 | 11120 | CLERK'S PARTIAL JUDGMENT re: (269 in 1:18−cv−05320−GBD−SN) Order on Motion for Judgment, (2146 in 1:02−cv−06977−GBD−SN, 2146 in 1:02−cv−06977−GBD−SN, 2146 in 1:02−cv−06977−GBD−SN, 2146 in 1:02−cv−06977−GBD−SN, 10266 in 1:03−md−01570−GBD−SN, 10266 in 1:03−md−01570−GBD−SN, 10266 in 1:03−md−01570−GBD−SN, 10266 in 1:03−md−01570−GBD−SN) Order on Motion for Judgment, Order on Motion Judgment (193 in 1:20−cv−10460−GBD−SN) Order on Motion for Judgment, (197 in 1:19−cv−11776−GBD−SN) O Motion for Judgment, (293 in 1:18−cv−12277−GBD−SN) Order on Motion for Judgment, (351 in 1:02−cv−07230−C Order on Motion for Default Judgment (241 in 1:19−cv−11865−GBD−SN) Order on Motion for Judgment, (311 in 1:18−cv−05306−GBD−SN) Order on Motion for Judgment, (191 in 1:19−cv−11767−GBD−SN) Order on Motion fo (228 in 1:18−cv−11875−GBD−SN) Order on Motion for Judgment, (175 in 1:20−cv−10902−GBD−SN) Order on Mo Judgment, (234 in 1:18−cv−05331−GBD−SN) Order on Motion for Judgment. in favor of the Plaintiffs listed in Exhi attached Clerk's partial Judgment against Islamic Republic of Iran. It is, ORDERED, ADJUDGED AND DECREED the reasons stated in the Court's Order dated August 28, 2024, the Plaintiffs listed in Exhibit A move for entry of part default judgment against Defendant the Islamic Republic of Iran. It is ORDERED that partial final default judgment i on behalf of the Plaintiffs identified in Exhibit A against the Islamic Republic of Iran; and it is ORDERED that the Pl identified in Exhibit A are awarded economic damages and it is ORDERED that the Plaintiffs receiving economic da identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running f date indicated in the "Date of Report" column therein, until the date of judgment; and it is ORDERED that the Plainti identified in Exhibit A may submit future applications for punitive or other damages at a later date consistent with an rulings of this Court; and it is ORDERED that Plaintiffs not appearing in Exhibit A may submit in later stages applica damages awards to the extent they have not done so already. (Signed by Clerk of Court Tammi M Hellwig on 8/5/20 Associated Cases: 1:03−md−01570−GBD−SN et al. (nd) (Entered: 08/05/2025) |
| )5/2025 | | Set/Reset Hearings: Status Conference set for 8/6/2025 at 02:30 PM in Courtroom 318, 40 Centre Street, New York, before Magistrate Judge Sarah Netburn. (dsh) (Entered: 08/05/2025) |
| )5/2025 | 11121 | CLERK'S PARTIAL JUDGMENT re: (249 in 1:18−cv−11870−GBD−SN, 10276 in 1:03−md−01570−GBD−SN, 13 1:22−cv−05193−GBD−SN) Order on Motion for Judgment. in favor of Andrea Stauter, Dawn Gonzalez, Gail Ingers Jamie Brito, Lance Edward Ogren, Valada Penny against Islamic Republic of Iran. It is, ORDERED, ADJUDGED A DECREED: That for the reasons stated in the Court's Order dated August 29, 2024, the Plaintiffs listed in Exhibit A entry of partial final default judgment against Defendant the Islamic Republic of Iran. It is ORDERED that partial fin judgment is entered on behalf of the Plaintiffs identified in Exhibit A against the Islamic Republic of Iran; and it is O that the Plaintiffs identified in Exhibit A are awarded economic damages and it is ORDERED that the Plaintiff identi Exhibit A is awarded compensatory damages as set forth therein for her decedent's pain and suffering in an amount o $2,000,000.00 per estate, as set forth therein; and it is ORDERED that the Plaintiffs receiving economic damages ide Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date in the "Date of Report" column therein, until the date of judgment; and it is ORDERED that the Plaintiff receiving pa suffering damages identified in Exhibit A is awarded prejudgment interest of 4.96 percent per annum, compounded a running from September 11, 2001 until the date of judgment; and it is ORDERED that the Plaintiffs identified in Exh submit future applications for punitive or other damages at a later date consistent with any future rulings of this Cour ORDERED that Plaintiffs not appearing in Exhibit A may submit in later stages applications for damages awards to t they have not done so already. (Signed by Clerk of Court Tammi M Hellwig on 8/5/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11870−GBD−SN, 1:18−cv−12270−GBD−SN, 1:22−cv−05193−GBD−SN (nd 08/05/2025) |
| )5/2025 | 11122 | MEMO ENDORSED ORDER granting (1252) Motion to Add in case 1:03−cv−09849−GBD−SN; granting (11113) Add in case 1:03−md−01570−GBD−SN. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 8/5/2025) Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN (dsh) (Entered: 08/05/2025) |
| )5/2025 | 11123 | CLERK'S PARTIAL JUDGMENT re: (192 in 1:19−cv−11767−GBD−SN, 192 in 1:19−cv−11767−GBD−SN, 229 in 1:18−cv−11837−GBD−SN, 229 in 1:18−cv−11837−GBD−SN, 198 in 1:19−cv−11776−GBD−SN, 198 in 1:19−cv−11776−GBD−SN, 204 in 1:20−cv−09376−GBD−SN, 204 in 1:20−cv−09376−GBD−SN, 237 in 1:18−cv−07306−GBD−SN, 237 in 1:18−cv−07306−GBD−SN, 10277 in 1:03−md−01570−GBD−SN, 10277 in 1:03−md−01570−GBD−SN) Order on Motion for Judgment. in favor of Emory E. Hackman, Jr, Katherine Collier, N Mellon, Tanya Dale against Islamic Republic of Iran. It is, ORDERED, ADJUDGED AND DECREED: That for the stated in the Court's Order dated August 29, 2024, the Plaintiffs listed in Exhibits A and B renew their motions for en partial final default judgment against Defendant the Islamic Republic of Iran. It is ORDERED that partial final defau is entered on behalf of the Plaintiffs identified in Exhibits A and B against the Islamic Republic of Iran; and it is ORD the Plaintiffs identified in Exhibit A are awarded economic damages as set forth therein; and it is ORDERED that the identified in Exhibit A are awarded compensatory damages for decedents pain and suffering in an amount of $2,000,( estate, as set forth therein; and it is ORDERED that the Plaintiffs identified in Exhibit B are awarded solatium damag forth therein; and it is ORDERED that the Plaintiffs receiving economic damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date indicated in the "Date column therein, until the date of judgment; and it is ORDERED that the Plaintiffs receiving pain and suffering damag identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running f September 11, 2001 until the date of judgment; and it is ORDERED that the Plaintiffs receiving solatium damages id Exhibit B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from Septem |

| | | |
|---|---|---|
| | | until the date of judgment; and it is ORDERED that the Plaintiffs identified in Exhibits A and B may submit future ap for punitive or other damages at a later date consistent with any future rulings of this Court; and it is ORDERED that not appearing in Exhibit A and B may submit in later stages applications for damages awards to the extent they have already. (Signed by Clerk of Court Tammi M Hellwig on 8/5/2025) Filed In Associated Cases: 1:03−md−01570−GB (nd) (Entered: 08/05/2025) |
| )5/2025 | 11124 | CLERK'S PARTIAL JUDGMENT re: (10292 in 1:03−md−01570−GBD−SN, 10292 in 1:03−md−01570−GBD−SN, 1:03−md−01570−GBD−SN, 10292 in 1:03−md−01570−GBD−SN, 248 in 1:18−cv−12276−GBD−SN, 248 in 1:18−cv−12276−GBD−SN, 248 in 1:18−cv−12276−GBD−SN, 248 in 1:18−cv−12276−GBD−SN, 2149 in 1:02−cv−06977−GBD−SN, 2149 in 1:02−cv−06977−GBD−SN, 2149 in 1:02−cv−06977−GBD−SN, 2149 in 1:02−cv−06977−GBD−SN, 244 in 1:19−cv−11865−GBD−SN, 244 in 1:19−cv−11865−GBD−SN, 244 in 1:19−cv−11865−GBD−SN, 244 in 1:19−cv−11865−GBD−SN, 231 in 1:18−cv−11875−GBD−SN, 231 in 1:18−cv−11875−GBD−SN, 231 in 1:18−cv−11875−GBD−SN, 231 in 1:18−cv−11875−GBD−SN, 142 in 1:22−cv−05193−GBD−SN, 142 in 1:22−cv−05193−GBD−SN, 142 in 1:22−cv−05193−GBD−SN, 142 in 1:22−cv−05193−GBD−SN, 287 in 1:18−cv−05321−GBD−SN, 287 in 1:18−cv−05321−GBD−SN, 287 in 1:18−cv−05321−GBD−SN, 287 in 1:18−cv−05321−GBD−SN) Order on Motion for Default Judgment. In favor of th listed in the exhibits A and B against Islamic Republic of Iran. It is, ORDERED, ADJUDGED AND DECREED: Th reasons stated in the Court's Order dated September 3, 2024, the Plaintiffs listed in Exhibits A and B move for entry c final default judgment against Defendant the Islamic Republic of Iran. It is ORDERED that partial final default judgr entered on behalf of the Plaintiffs identified in Exhibits A and B against the Islamic Republic of Iran; and it is ORDE the Plaintiffs identified in Exhibit A are awarded economic damages as set forth therein; and it is ORDERED that the identified in Exhibit B are awarded solatium damages as set forth therein; and it is ORDERED that the Plaintiffs rece economic damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded running from the date indicated in the "Date of Report" column therein, until the date of judgment; and it is ORDERE Plaintiffs receiving solatium damages identified in Exhibit B are awarded prejudgment interest of 4.96 percent per an compounded annually, running from September 11, 2001 until the date of judgment; and it is ORDERED that the Pla identified in Exhibits A and B may submit future applications for punitive or other damages at a later date consistent future rulings of this Court; and it is ORDERED that Plaintiffs not appearing in Exhibit A and B may submit in later applications for damages awards to the extent they have not done so already. (Signed by Clerk of Court Tammi M He 8/5/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (nd) Modified on 8/5/2025 (nd). (Entered: 08/ |
| )5/2025 | 11125 | CLERK'S PARTIAL JUDGMENT re: (208 in 1:20−cv−09376−GBD−SN, 10300 in 1:03−md−01570−GBD−SN) Or ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Order dated September 5, 202 Court clarifies that Exhibit A to its June 17, 2024 Order inadvertently omitted Plaintiffs award of pain−and−suffering It is hereby ORDERED that Plaintiff, as identified in Exhibit A, is awarded compensatory damages for her decedent's suffering in an amount of $2,000,000.00, as set forth therein; and it is ORDERED that Plaintiff is awarded prejudgme of 4.96 percent per annum on the pain and suffering damages award, compounded annually, running from September until the date of judgment (June 17, 2024). (Signed by Clerk of Court Tammi M Hellwig on 8/5/2025) Filed In Assoc Cases: 1:03−md−01570−GBD−SN, 1:20−cv−09376−GBD−SN (nd) (Entered: 08/05/2025) |
| )5/2025 | 11126 | CLERK'S PARTIAL JUDGMENT re: (10301 in 1:03−md−01570−GBD−SN, 10301 in 1:03−md−01570−GBD−SN, 1:03−md−01570−GBD−SN, 10301 in 1:03−md−01570−GBD−SN) Order on Motion for Default Judgment, (837 in 1:15−cv−09903−GBD−SN, 837 in 1:15−cv−09903−GBD−SN, 837 in 1:15−cv−09903−GBD−SN, 837 in 1:15−cv−09903−GBD−SN) Order on Motion for Default Judgment,. It is, ORDERED, ADJUDGED AND DECREE the reasons stated in the Court's Order dated September 5, 2024, the Burnett Plaintiffs listed in Exhibits A and B mov of partial final default judgment against Defendants the Islamic Republic of Iran, the Islamic Revolutionary Guard Co the Central Bank of the Islamic Republic of Iran (collectively, "Defendants"). It is ORDERED that partial final judgn entered on behalf of the Burnett Plaintiffs identified in Exhibits A and B against the Defendants; and it is ORDERED Burnett Plaintiffs identified in Exhibit A are awarded economic damages as set forth therein; it is ORDERED that the Plaintiffs identified in Exhibit A are awarded compensatory damages for decedents' pain and suffering in an amount c $2,000,000.00 per estate, as set forth therein; and it is ORDERED that the Burnett Plaintiffs identified in Exhibit B ar solatium damages as set forth therein; and it is ORDERED that the Burnett Plaintiffs receiving pain and suffering dar identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running f September 11, 2001 until the date of judgment; and it is and it is ORDERED that the Burnett Plaintiffs receiving ecor damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, from the date indicated in the "Date of Report" column therein; and it is ORDERED that the Burnett Plaintiffs identif Exhibit B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from Septemb until the date of judgment; and it is ORDERED that the Burnett Plaintiffs identified in the attached Exhibits A and B future applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it ORDERED that the Burnett Plaintiffs not appearing on Exhibits A and B may submit in later stages applications for c awards to the extent they have not done so already. (Signed by Clerk of Court Tammi M Hellwig on 8/5/2025) Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN (nd) Modified on 8/5/2025 (nd). (Entered 08/05/2025) |

| | | |
|---|---|---|
| )5/2025 | 11127 | CLERK'S PARTIAL JUDGMENT re: (302 in 1:18−cv−12277−GBD−SN, 302 in 1:18−cv−12277−GBD−SN, 302 in 1:18−cv−12277−GBD−SN, 56 in 1:23−cv−05790−GBD−SN, 56 in 1:23−cv−05790−GBD−SN, 56 in 1:23−cv−05790−GBD−SN, 288 in 1:18−cv−05321−GBD−SN, 288 in 1:18−cv−05321−GBD−SN, 288 in 1:18−cv−05321−GBD−SN, 10306 in 1:03−md−01570−GBD−SN, 10306 in 1:03−md−01570−GBD−SN, 10306 in 1:03−md−01570−GBD−SN, 42 in 1:23−cv−07283−GBD−SN, 42 in 1:23−cv−07283−GBD−SN, 42 in 1:23−cv−07283−GBD−SN) Order on Motion for Judgment. It is, ORDERED, ADJUDGED AND DECREED: That reasons stated in the Court's Order dated September 5, 2024, the Plaintiffs listed in Exhibits A and B move for entry c final default judgment against Defendant the Islamic Republic of Iran. It is ORDERED that the motion for judgment against Iran on behalf of the Plaintiffs in Kone and Kelly is GRANTED and judgments as to liability are entered in fa Kone and Kelly Plaintiffs against Iran; and it is ORDERED that partial final default judgment is entered on behalf of Plaintiffs identified in Exhibits A and B against the Islamic Republic of Iran; and it is ORDERED that the Plaintiffs i Exhibit A are awarded economic damages as set forth therein; and it is ORDERED that the Plaintiffs identified in Ex awarded compensatory amages for decedents' pain and suffering in an amount of $2,000,000.00 per estate, as set fort and it is ORDERED that the Plaintiffs identified in Exhibit B are awarded solatium damages as set forth therein; and ORDERED that the Plaintiffs receiving economic damages identified in Exhibit A are awarded prejudgment interest percent per annum, compounded annually, running from the date indicated in the "Date of Report" column therein, ur of judgment; and it is ORDERED that the Plaintiffs receiving pain and suffering damages identified in Exhibit A are prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the da judgment; and it is ORDERED that the Plaintiffs receiving solatium damages identified in Exhibit B are awarded pre interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgme ORDERED that the Plaintiffs identified in Exhibits A and B may submit future applications for punitive or other dan later date consistent with any future rulings of this Court; and it is ORDERED that Plaintiffs not appearing in Exhibit may submit in later stages applications for damages awards to the extent they have not done so already. (Signed by C Court Tammi M Hellwig on 8/5/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBI 1:18−cv−12277−GBD−SN, 1:23−cv−05790−GBD−SN, 1:23−cv−07283−GBD−SN (nd) (Entered: 08/05/2025) |
| )5/2025 | 11128 | CLERK'S PARTIAL JUDGMENT re: (858 in 1:15−cv−09903−GBD−SN, 10373 in 1:03−md−01570−GBD−SN) Or favor of Burnett Plaintiffs against Islamic Republic of Iran, Islamic Revolutionary of Guard Corps, The Central Bank Islamic Republic of Iran. It is, ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's dated September 17, 2024, the Burnett Plaintiffs listed in Exhibits A and B move for entry of partial final default judg against Defendants the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and the Central Bank of the Republic of Iran (collectively, "Defendants"). It is ORDERED that partial final judgment is entered on behalf of the I Plaintiffs identified in Exhibits A and B against the Defendants; and it is ORDERED that the Burnett Plaintiffs identi Exhibit A are awarded economic damages as set forth therein; and it is ORDERED that the Burnett Plaintiffs identifi Exhibit A are awarded compensatory damages or decedents pain and suffering in an amount of $2,000,000.00 per est fort therein; and it is ORDERED that the Burnett Plaintiffs identified in Exhibit B are awarded solatium damages as s therein; and it is ORDERED that the Burnett Plaintiffs receiving pain and suffering damages identified in Exhibit A a prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the da judgment; and it is ORDERED that the Burnett Plaintiffs receiving economic damages identified in Exhibit A are aw prejudgment interest of 4.96 percent per annum, compounded annually, running from the date indicated in the "Date column therein; and it is ORDERED that the Burnett Plaintiffs identified in Exhibit B are awarded prejudgment inter per annum, compounded annually, running from September 11, 200I until the date of judgment; and it isORDERED Burnett Plaintiffs identified in the attached Exhibits A and B may submit future applications for punitive or other dan later date consistent with any future rulings of this Court; and it is ORDERED that the Burnett Plaintiffs not appearin Exhibits A and B may submit in later states applications for damages awards to the extent they have not done so alrea by Clerk of Court Tammi M Hellwig on 8/5/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN (nd) (Entered: 08/05/2025) |
| )6/2025 | 11129 | CLERK'S PARTIAL JUDGMENT re: (10387 in 1:03−md−01570−GBD−SN, 332 in 1:19−cv−00012−GBD−SN) Or Motion for Default Judgment. in favor of Danielle McGuire, Elizabeth Medaglia−Cordes, Herman Ray, Vito Garfi ag Islamic Republic of Iran. It is, ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's dated September 19, 2024, the Plaintiffs listed in Exhibit A move for entry of partial final default judgment against D the Islamic Republic of Iran. It is ORDERED that partial final judgment is entered on behalf of the Plaintiffs identifie Exhibit A against the Defendant the Islamic Republic of Iran; and it is ORDERED that the Plaintiffs identified in Exh awarded economic damages as set forth therein; and it is ORDERED that the Plaintiffs receiving economic damages Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date in the "Date of Report" column therein, until the date of judgment; and it is ORDERED that the Plaintiffs identified i Exhibit A may submit future applications for punitive or other damages at a later date consistent with any future rulir Court; and it is ORDERED that the Plaintiffs not appearing on Exhibit A may submit in later stages applications for awards to the extent they have not done so already. (Signed by Clerk of Court Tammi M Hellwig on 8/6/2025) Filed Associated Cases: 1:03−md−01570−GBD−SN, 1:19−cv−00012−GBD−SN (nd) (Entered: 08/06/2025) |
| )6/2025 | 11130 | CLERK'S PARTIAL JUDGMENT re: (859 in 1:15−cv−09903−GBD−SN, 859 in 1:15−cv−09903−GBD−SN, 10388 1:03−md−01570−GBD−SN, 10388 in 1:03−md−01570−GBD−SN) Order on Motion for Default Judgment. It is, ORI ADJUDGED AND DECREED: That for the reasons stated in the Court's Order dated September 19, 2024, the Burne |

| | | |
|---|---|---|
| | | listed in Exhibit A and B move for entry of partial final default judgment against Defendants the Islamic Republic of Islamic Revolutionary Guard Corps, and the Central Bank of the Islamic Republic of Iran (collectively, "Defendants" ORDERED that partial final judgment is entered on behalf of the Burnett Plaintiffs identified in Exhibits A and B ag Defendants; and it is ORDERED that the Burnett Plaintiff identified in Exhibit A is awarded economic damages as se therein; and it is ORDERED that the Burnett Plaintiffs identified in Exhibit B are awarded solatium damages as set fo and it is ORDERED that the Burnett Plaintiffs receiving economic damages identified in Exhibit A are awarded preju interest of 4.96 percent per annum, compounded annually, running from the date indicated in the "Date of Report" co therein; and it is ORDERED that the Burnett Plaintiffs identified in Exhibit B are awarded prejudgment interest of 4.9 per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is ORDERED Burnett Plaintiffs identified in the attached Exhibits A and B may submit future applications for punitive or other dan later date consistent with any future rulings of this Court; and it is ORDERED that the Burnett Plaintiffs not appearin Exhibits A and B may submit in later stages applications for damages awards to the extent they have not done so alre (Signed by Clerk of Court Tammi M Hellwig on 8/6/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN (nd) (Entered: 08/06/2025) |
| )6/2025 | 11131 | CLERK'S PARTIAL JUDGMENT re: (10389 in 1:03−md−01570−GBD−SN, 172 in 1:19−cv−00044−GBD−SN, 86( 1:15−cv−09903−GBD−SN) Order. in favor of Burnett Plaintiffs listed in the exhibit A against Islamic Republic of Ira Revolunitionary of Guard Corps, The Central Bank of the Islamic Republic of Iran. It is, ORDERED, ADJUDGED A DECREED: That for the reasons stated in the Court's Order dated September 19, 2024, the Burnett Plaintiffs listed in move for entry of partial final default judgment against Defendants the Islamic Republic of Iran, the Islamic Revoluti Guard Corps, and the Central Bank of the Islamic Republic of Iran (collectively, "Defendants"). It is ORDERED that final judgment is entered on behalf of the Plaintiffs identified in Exhibit A against the Defendants; and it is ORDERE Plaintiffs identified in Exhibit A are awarded economic damages as set forth; and it is ORDERED that the Plaintiffs i Exhibit A are awarded compensatory damages for decedents' pain and suffering in an amount of $2,000,000.00 per es forth therein; and it is ORDERED that the Plaintiffs receiving economic damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date indicated in the "Date column therein; and it is ORDERED that the Plaintiffs receiving pain and suffering damages identified in Exhibit A a prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001, until the d judgment; and it is ORDERED that the Plaintiffs identified in the attached Exhibit A may submit future applications or other damages at a later date consistent with any future rulings of this Court; and it is ORDERED that the Plaintiff appearing on Exhibit A may submit in later stages applications for damages awards to the extent they have not done s (Signed by Clerk of Court Tammi M Hellwig on 8/6/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN, 1:19−cv−00044−GBD−SN (nd) (Entered: 08/06/2025) |
| )6/2025 | 11132 | CLERK'S PARTIAL JUDGMENT re: (238 in 1:18−cv−11875−GBD−SN, 70 in 1:22−cv−10823−GBD−SN, 201 in 1:19−cv−11767−GBD−SN, 10390 in 1:03−md−01570−GBD−SN, 149 in 1:22−cv−05193−GBD−SN, 254 in 1:18−cv−12276−GBD−SN) Order on Motion for Judgment. in favor of the Plaintiffs listed in the Exhibit A against Is Republic of Iran. It is, ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Order d September 19, 2024, the Plaintiffs listed in Exhibit A move for entry of partial final default judgment against Defend Islamic Republic of Iran. It is ORDERED that partial final default judgment is entered on behalf of the Plaintiffs iden Exhibit A against the Islamic Republic of Iran; and it is ORDERED that the Plaintiffs identified in Exhibit A are awa economic damages as set forth therein; and it is ORDERED that the Plaintiffs receiving economic damages identified A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date indicate "Date of Report" column therein, until the date of judgment; and it is ORDERED that the Plaintiffs identified in Exhi submit future applications for punitive or other damages at a later date consistent with any future rulings of this Cour ORDERED that Plaintiffs not appearing in Exhibit A may submit in later stages applications for damages awards to t they have not done so already. (Signed by Clerk of Court Tammi M Hellwig on 8/6/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (nd) (Entered: 08/06/2025) |
| )6/2025 | 11133 | CLERK'S PARTIAL JUDGMENT re: (353 in 1:17−cv−02003−GBD−SN, 369 in 1:02−cv−07230−GBD−SN, 176 in 1:02−cv−07209−GBD−SN, 10391 in 1:03−md−01570−GBD−SN, 2175 in 1:02−cv−06977−GBD−SN) Order on Mo Default Judgment. in favor of Nancy Dimino against Islamic Republic of Iran. It is, ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Order dated September 19, 2024, the Plaintiffs listed in Exhibit entry of partial final default judgment against Defendant the Islamic Republic of Iran. It is ORDERED that partial fin judgment is entered on behalf of the Plaintiffs identified in Exhibit A against the Islamic Republic of Iran; and it is O that the Plaintiffs identified in Exhibit A are awarded economic damages as set forth; and it is ORDERED that the Pl receiving economic damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, co annually, running from the date indicated in the "Date of Report" column therein, until the date of judgment; and it is ORDERED that the Plaintiffs identified in Exhibit A may submit future applications for punitive or other damages at consistent with any future rulings of this Court; and it is ORDERED that Plaintiffs not appearing in Exhibit A may su later stages applications for damages awards to the extent they have not done so already. (Signed by Clerk of Court T Hellwig on 8/6/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD−SN, 1:02−cv−07230−GBD−SN, 1:17−cv−02003−GBD−SN (nd) Modified on 8/6/2025 (nd). 08/06/2025) |

| | | |
|---|---|---|
| )6/2025 | 11134 | CLERK'S PARTIAL JUDGMENT re: (113 in 1:18−cv−12347−GBD−SN, 113 in 1:18−cv−12347−GBD−SN, 10449 1:03−md−01570−GBD−SN, 10449 in 1:03−md−01570−GBD−SN, 117 in 1:18−cv−12337−GBD−SN, 117 in 1:18−cv−12337−GBD−SN) Order on Motion for Default Judgment. It is, ORDERED, ADJUDGED AND DECREEI the reasons stated in the Court's Order dated October 17, 2024, the Plaintiffs listed in Exhibit A, B and C move for en partial final default judgment against Defendant the Islamic Republic of Iran. It is ORDERED that the motion for jud default against Iran on behalf of Plaintiffs listed in Exhibits A, B and C is GRANTED and judgments as to liability ar favor of all Plaintiffs listed in Exhibits A, B and C against Iran; and it is ORDERED that partial final default judgmer on behalf of the Plaintiffs identified in Exhibits A, B and C against the Islamic Republic of Iran; and it is ORDERED Plaintiffs identified in Exhibit A are awarded compensatory damages for decedents' pain and suffering in an amount c $2,000,000.00 per estate, as set forth therein; and it is ORDERED that the Plaintiffs identified in Exhibits B and C ar solatium damages as set forth therein; and it is ORDERED that the Plaintiffs receiving pain and suffering identified i are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 200 date of judgment; and it is ORDERED that the Plaintiffs receiving solatium damages identified in Exhibits B and C a prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the da judgment; and it is ORDERED that the Plaintiffs identified in Exhibits A, B and C may submit future applications fo or other damages at a later date consistent with any future rulings of this Court; and it is ORDERED that Plaintiffs no in Exhibits A, B or C may submit in later stages applications for damages awards to the extent they have not done so (Signed by Clerk of Court Tammi M Hellwig on 8/6/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12337−GBD−SN, 1:18−cv−12347−GBD−SN (nd) (Entered: 08/06/2025) |
| )6/2025 | 11135 | CLERK'S PARTIAL JUDGMENT re: (2167 in 1:02−cv−06977−GBD−SN, 347 in 1:17−cv−02003−GBD−SN, 162 i 1:02−cv−07209−GBD−SN, 10367 in 1:03−md−01570−GBD−SN) Order on Motion for Default Judgment,. in favor c Salcedo, Cheryl Schneider against Islamic Republic of Iran. It is, ORDERED, ADJUDGED AND DECREED: That t reasons stated in the Court's Order dated September 16, 2024, the Plaintiffs listed in Exhibit A move for entry of part default judgment against Defendant the Islamic Republic of Iran. It is ORDERED that partial final default judgment i on behalf of the Plaintiffs identified in Exhibit A against the Islamic Republic of Iran; and it is ORDERED that the Pl identified in Exhibit A are awarded economic damages as set forth therein; and it is ORDERED that the Plaintiffs rec economic damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded running from the date indicated in the "Date of Report" column therein, until the date of judgment; and it is ORDERI Plaintiffs identified in Exhibit A may submit future applications for punitive or other damages at a later date consiste future rulings of this Court; and it is ORDERED that Plaintiffs not appearing in Exhibit A may submit in later stages applications for damages awards to the extent they have not done so already. (Signed by Clerk of Court Tammi M He 8/6/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07209−GBD 1:17−cv−02003−GBD−SN (nd) (Entered: 08/06/2025) |
| )6/2025 | 11136 | CLERK'S PARTIAL JUDGMENT re: (2192 in 1:02−cv−06977−GBD−SN, 10468 in 1:03−md−01570−GBD−SN, 29 1:02−cv−07236−GBD) Order on Motion for Judgment. It is, ORDERED, ADJUDGED AND DECREED: That for tl stated in the Court's Order dated October 28, 2024, the Plaintiffs listed in Exhibits A, B, and C move for entry of part default judgment against Defendant the Taliban. It is ORDERED that partial final judgment is entered on behalf of th identified in the attached Exhibits A, B, and C against the Taliban; and it is ORDERED that the Plaintiffs identified i attached Exhibit A are awarded pain and suffering and economic damages as set forth therein; and it is ORDERED tl Plaintiffs identified in the attached Exhibits B and C are awarded solatium damages as set forth in Exhibits B and C; ORDERED that Plaintiffs receiving pain and suffering damages identified in the attached Exhibit A are awarded prej interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgme further ORDERED that Plaintiffs receiving economic damages identified in the attached Exhibit A are awarded preju interest of 4.96 percent per annum, compounded annually, running from the date as indicated in the "Date of Report" Exhibit A until the date of judgment; and it is further ORDERED that Plaintiffs identified in Exhibits B and C are aw prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the da judgment; and it is ORDERED that the Plaintiffs identified in the attached Exhibit A are awarded treble damages unc Anti−Terrorism Act, 18 U.S.C. § 2333 for the amounts claimed; and it is ORDERED that the Plaintiffs identified in t Exhibits A, B and C may submit future applications for punitive or other damages at a later date consistent with any f rulings of this Court; and it is ORDERED that the Plaintiffs not appearing on Exhibits A, B, or C may submit in later applications for damages awards to the extent they have not done so already. (Signed by Clerk of Court Tammi M He 8/6/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07236−GBD (Entered: 08/06/2025) |
| )6/2025 | 11137 | NOTICE OF APPEARANCE by Amy Tamara Weiss on behalf of Christine O'Neill..(Weiss, Amy) (Entered: 08/06/2 |
| )6/2025 | 11138 | CLERK'S PARTIAL JUDGMENT re: (10681 in 1:03−md−01570−GBD−SN, 10681 in 1:03−md−01570−GBD−SN, 1:18−cv−11875−GBD−SN, 255 in 1:18−cv−11875−GBD−SN, 913 in 1:15−cv−09903−GBD−SN, 913 in 1:15−cv−09903−GBD−SN) Order on Motion for Judgment Order on Motion for Default Judgment. in favor of Jaime Jaimenys Taveras, Ian L. Pescaia against Islamic Republic of Iran. It is, ORDERED, ADJUDGED AND DECREED: the reasons stated in the Court's Memorandum Decision & Order dated January 29, 2025, the Plaintiffs' motions for p default judgment as to solatium damages against the Islamic Republic of Iran is GRANTED. It is ORDERED that Pla L. Pescaia be awarded $12,500,000.00 in solatium damages; and it is ORDERED that Plaintiff Jaimelin Taveras be a $8,500,000.00 m solatium damages; and it is ORDERED that Plaintiff Jaimercedes Taveras be awarded $8,500,000.0 |

| | | |
|---|---|---|
| | | solatium damages; and it is ORDERED that Plaintiff Jaimenys Taveras be awarded $4,250,000.00 solatium damages ORDERED that prejudgment interest is awarded at a rate of 4.96 percentile per annum, all interest compounded annu period from September 11, 2001 until the date of judgment; and it is ORDERED that, to the extent they have not alre so, all Burnett and Jimenez Plaintiffs are permitted to seek punitive or other damages at a later date, consistent with fu orders. (Signed by Clerk of Court Tammi M Hellwig on 8/6/2025) Filed In Associated Cases: 1:03−md−01570−GBD 1:15−cv−09903−GBD−SN, 1:18−cv−11875−GBD−SN (nd) (Entered: 08/06/2025) |
| )6/2025 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Status Conference held on 8/6/2025. (Cou HOLLAND) (dsh) (Entered: 08/06/2025) |
| )6/2025 | 11139 | ORDER: The Court today held a discovery conference with the Plaintiffs' Executive Committees ("PECs"), the Repu Sudan ("Sudan"), and the United States Government. Having considered their submissions, the Court ORDERS the fo First, the PECs and Sudan shall submit a proposed deposition protocol by August 22, 2025, along with letter briefs fr side delineating any areas of dispute. These letters are not to exceed five pages. Second, the PECs shall file a motion CIA documents by September 8, 2025, should their continuing conversations with the Government not resolve their c issues. By September 15, 2025, Sudan shall file a letter indicating that it is joining the PECs' motion, adding to it, or a another position. The CIA shall respond one month after Sudan's letter is filed by October 15, 2025. The PECs and Su reply (either jointly or separately, depending on Sudan's position) by November 7, 2025. Lastly, the parties and the G shall submit a joint status letter on the progress of document production by other Government agenciesnamely, the FI Marshals Service, and the State Departmentby September 17, 2025. SO ORDERED. (Signed by Magistrate Judge Sa on 8/6/2025) (dsh) (Entered: 08/06/2025) |
| )7/2025 | 11140 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment prepared in accordance with § 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing the judgment at Document 10980 in the Burnett case; ( Granting Partial Final Default Judgment, dated May 29, 2025, Document 10980 and Report & Recommendation date 2025, Document 10876 (in English and Farsi) entered in the Burnett case; A copy of 28 U.S.C. 1330, 1391(f), 1441(d through 1611 (Pub. L. 94−583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. §§ 1602, et seq.) English and Farsi); and Translator's Affidavit (in English only) mailed to Islamic Republic of Iran on 8/7/2025 by Fed Express tracking # 8833 2669 9421, to the Secretary of State, Attn: Director of Consular Services, Office of Policy R Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(tae) (Entered: 08/07/2025) |
| )7/2025 | 11141 | CLERK'S PARTIAL JUDGMENT re: (996 in 1:15−cv−09903−GBD−SN, 10980 in 1:03−md−01570−GBD−SN) Me Opinion & Order. It is, ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Memor Decision & Order dated May 29, 2025, certain Burnett Plaintiffs moved for partial final default judgment against the Republic of Iran, the Islamic Revolutionary Guard Corps, and the Central Bank of the Islamic Republic of Iran (colle "Iran Defendants"). It is ORDERED that judgments as to liability are entered for the Plaintiffs on their wrongful deat based on New York law against the Iran Defendants as described in that Order; and it is ORDERED that judgments a are entered for the Plaintiffs on their survival claims based on New York law against the Iran Defendants as describe Order; and it is ORDERED that judgments as to liability are entered for the Plaintiffs on their IIED state law claims a Iran Defendants as described in that Order; and it is ORDERED that partial final default judgment is entered on beha Plaintiffs identified in Exhibits A and B against the Iran Defendants; and it is ORDERED that the Plaintiffs identified A are awarded pain and suffering and economic damages as set forth therein; and it is ORDERED that the Plaintiffs i Exhibit B are awarded solatium damages as set forth therein; and it is ORDERED that Plaintiffs receiving economic identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running f date in the "Date of Report" column in Exhibit A until the date of judgment; ORDERED that Plaintiffs receiving pain suffering damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded running from September 11, 2001 until the date of judgment; ORDERED that Plaintiffs receiving solatium damages i Exhibit B are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from Septemb until the date of judgment; ORDERED that the Plaintiffs identified in Exhibits A and B may submit future application punitive or other damages at a later date consistent with any future rulings of this Court; and it is ORDERED that Pla appearing in Exhibits A and B may submit in later stages applications for damages awards to the extent they have not already. (Signed by Clerk of Court Tammi M Hellwig on 8/7/2025) Filed In Associated Cases: 1:03−md−01570−GB 1:15−cv−09903−GBD−SN (nd) (Entered: 08/07/2025) |
| )7/2025 | 11142 | CLERK'S PARTIAL JUDGMENT re: (10986 in 1:03−md−01570−GBD−SN, 10986 in 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 2280 in 1:02−cv−06977−GBD−SN) Order. in favor of Andrezej Cieslik against Islamic I Iran. It is, ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Memorandum Decis Order dated May 29, 2025, the estate of Andrez Cieslik (the Cieslik Estate Plaintiff) filed a renewed motion for partia default judgment against the Islamic Republic of Iran ("Iran"). The Cieslik Estate Plaintiff's motion is GRANTED. It ORDERED that judgment as to liability is entered for the Cieslik Estate Plaintiff on its assault and battery claims bas York law against Iran as described in this order; and it is ORDERED that a partial final default judgment is entered a for the Cieslik Estate Plaintiff; and it is ORDERED that the Cieslik Estate Plaintiff be awarded pain and suffering dan forth in that order; and it is ORDERED that the Cieslik Estate Plaintiff be awarded prejudgment interest at a rate of 4 per annum, compounded annually, running from September 11, 2001, until the date of judgment; and it is ORDERED |

| | | |
|---|---|---|
| | | Cieslik Estate Plaintiff may submit future applications for punitive or other damages at a later date consistent with an rulings of this Court. (Signed by Clerk of Court Tammi M Hellwig on 8/7/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN (nd) (Entered: 08/07/2025) |
| )7/2025 | 11143 | CLERK'S JUDGMENT re: (997 in 1:15−cv−09903−GBD−SN, 997 in 1:15−cv−09903−GBD−SN, 10988 in 1:03−md−01570−GBD−SN, 10988 in 1:03−md−01570−GBD−SN) Memorandum Decision & Order. It is, ORDERE ADJUDGED AND DECREED: That for the reasons stated in the Court's Memorandum Decision & Order dated May two Burnett Plaintiffs, Manuel Gonzalez and Renato Olaes, as the Personal Representative of the Estate of Dalisay O for partial final default judgment against the Islamic Republic of Iran, the Islamic Revolutionary Guard Corps, and th Bank of the Islamic Republic of Iran (collectively, the "Iran Defendants"). The motions by Burnett Plaintiffs, Manuel and Renato Olaes, as the Personal Representative of the Estate of Dalisay Olaes, are GRANTED. It is ORDERED tha process was properly effectuated upon the Iran Defendants under 28 U.S.C. § 1608(a)(4) and 28 U.S.C. § 1608(b)(3); ORDERED that this Court has subject matter and personal jurisdiction over the Plaintiffs' claims against the Iran Def under 28 U.S.C. §§ l330(a) andl605A; and it is ORDERED that judgments as to liability are entered for the U.S. natio Plaintiffs on their 28 U.S.C. § 1605A claims against the Iran Defendants as described in this Order; and it is ORDER partial final default judgment is entered on behalf of the two Burnett Plaintiffs, Manuel Gonzalez and Renato Olaes, a Personal Representative of the Estate of Dalisay Olaes, against the Iran Defendants; and it is ORDERED that Manuel be awarded pain and suffering damages in the amount of $5 million; and it is ORDERED that Renato Olaes, as the Pe Representative of the Estate of Dalisay Olaes, be awarded pain and suffering damages in the amount of $7 million; an ORDERED that the two Burnett Plaintiffs receiving pain and suffering be awarded prejudgment interest of 4.96 perce annum, compounded annually, running from September 11, 2001, until the date of judgment; and it is ORDERED tha Burnett Plaintiffs may submit future applications for punitive or other damages at a later date consistent with any futu of this Court. (Signed by Clerk of Court Tammi M Hellwig on 8/7/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN (nd) (Entered: 08/07/2025) |
| )8/2025 | 11144 | CLERK CERTIFICATE OF MAILING of two copies of the Notice of Default Judgment prepared in accordance with § 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing the judgment at Document 10988 in the Burnett case; ( Granting Partial Final Default Judgment, dated May 29, 2025, Document 10988 and Report & Recommendation date 2025, Document 10858 (in English and Farsi) entered in the Burnett case; A copy of 28 U.S.C. 1330, 1391(f), 1441(c through 1611 (Pub. L. 94−583; 90 Stat. 2891) and the Foreign Sovereign Immunities Act (28 U.S.C. §§ 1602, et seq.) English and Farsi); and Translator's Affidavit (in English only). mailed to Islamic Republic of Iran on 8/8/2025 by Fe Express tracking # 8833 5981 9167, to the Secretary of State, Attn: Director of Consular Services, Office of Policy R Inter−Agency Liaison (CA/OCS/PRI), U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, pursuant to the provisions of Foreign Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(tae) (Entered: 08/08/2025) |
| .1/2025 | 11145 | CLERK'S PARTIAL JUDGMENT re: (207 in 1:22−cv−05193−GBD−SN, 207 in 1:22−cv−05193−GBD−SN, 284 in 1:18−cv−12276−GBD−SN, 284 in 1:18−cv−12276−GBD−SN, 57 in 1:23−cv−10824−GBD−SN, 57 in 1:23−cv−10824−GBD−SN, 1003 in 1:15−cv−09903−GBD−SN, 1003 in 1:15−cv−09903−GBD−SN, 152 in 1:21−cv−10239−GBD−SN, 152 in 1:21−cv−10239−GBD−SN, 212 in 1:20−cv−09387−GBD−SN, 212 in 1:20−cv−09387−GBD−SN, 255 in 1:18−cv−11878−GBD−SN, 255 in 1:18−cv−11878−GBD−SN, 347 in 1:18−cv−12277−GBD−SN, 347 in 1:18−cv−12277−GBD−SN, 221 in 1:19−cv−11776−GBD−SN, 221 in 1:19−cv−11776−GBD−SN, 103 in 1:22−cv−10823−GBD−SN, 103 in 1:22−cv−10823−GBD−SN, 284 in 1:19−cv−11865−GBD−SN, 284 in 1:19−cv−11865−GBD−SN, 268 in 1:18−cv−07306−GBD−SN, 268 in 1:18−cv−07306−GBD−SN, 221 in 1:20−cv−10460−GBD−SN, 221 in 1:20−cv−10460−GBD−SN, 66 in 1:23−cv−08305−GBD−SN, 66 in 1:23−cv−08305−GBD−SN, 99 in 1:23−cv−05790−GBD−SN, 99 in 1:23−cv−05790−GBD−SN, 229 in 1:19−cv−11767−GBD−SN, 229 in 1:19−cv−11767−GBD−SN, 207 in 1:20−cv−10902−GBD−SN, 207 in 1:20−cv−10902−GBD−SN, 10997 in 1:03−md−01570−GBD−SN, 10997 in 1:03−md−01570−GBD−SN, 252 in 1:18−cv−11837−GBD−SN, 252 in 1:18−cv−11837−GBD−SN, 59 in 1:24−cv−05520−GBD−SN, 59 in 1:24−cv−05520−GBD−SN, 287 in 1:18−cv−12387−GBD−SN, 287 in 1:18−cv−12387−GBD−SN, 262 in 1:18−cv−05331−GBD−SN, 262 in 1:18−cv−05331−GBD−SN, 324 in 1:18−cv−05321−GBD−SN, 324 in 1:18−cv−05321−GBD−SN, 69 in 1:23−cv−07283−GBD−SN, 69 in 1:23−cv−07283−GBD−SN, 189 in 1:18−cv−11876−GBD−SN, 189 in 1:18−cv−11876−GBD−SN) Order. It is, ORDI ADJUDGED AND DECREED: That for the reasons stated in the Court's Order dated May 29, 2025, the Plaintiffs lis Exhibits A, B, and C move for entry of partial final default judgment against Defendant the Islamic Republic of Iran ( is ORDERED that judgment as to liability is entered on behalf of all Plaintiffs identified in the attached Exhibits A, E against the Islamic Republic of Iran; and it is ORDERED that partial final judgment is entered on behalf of the Plaint identified in Exhibits A, B, and C against the Islamic Republic of Iran; and it is ORDERED that the Plaintiffs identifi Exhibit A are awarded economic damages as set forth therein; and it is ORDERED that the Plaintiffs identified in Ex awarded pain and suffering damages as set forth therein; and it is ORDERED that the Plaintiffs identified in Exhibit ( awarded solatium damages as set forth therein; and it is ORDERED that Plaintiffs receiving economic damages ident Exhibit A are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date indicated in the "Date of Report" column in Exhibit A until the date of judgment; and it is further ORDERED that Pla identified in Exhibits B and C are awarded prejudgment interest of 4.96 percent per annum, compounded annually, ru September 11, 2001 until the date of judgment; and it is ORDERED that the Plaintiffs identified in Exhibits A, B, and |

| | | |
|---|---|---|
| | | submit future applications for punitive or other damages at a later date consistent with any future rulings of this Cour ORDERED that the Plaintiffs not appearing in Exhibits A, B, or C may submit in later stages applications for damage the extent they have not done so already. (Signed by Clerk of Court Tammi M Hellwig on 8/112025) Filed In Associa 1:03−md−01570−GBD−SN et al. (nd) (Entered: 08/11/2025) |
| .1/2025 | 11146 | CLERK'S PARTIAL JUDGMENT re: (2281 in 1:02−cv−06977−GBD−SN, 10987 in 1:03−md−01570−GBD−SN) O ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Order dated May 29, 2025, the listed in Exhibits A and B move for entry of partial final default judgment against Defendant the Islamic Republic of ("Iran"). It is ORDERED that the motions for judgment by default against Iran on behalf of plaintiffs listed in Exhibit are GRANTED and judgments as to liability are entered in favor of all Plaintiffs listed in Exhibits A and B against Ir ORDERED that partial final judgment is entered on behalf of the Plaintiffs identified in Exhibits A and B against Iran ORDERED that the Plaintiffs identified in the Exhibit A are awarded economic damages as set forth therein; and it is ORDERED that the Plaintiffs identified in the Exhibit B are awarded solatium damages as set forth therein; and it is that Plaintiffs receiving economic damages identified in Exhibit A are awarded prejudgment interest of 4.96 percent compounded annually, running from the date as indicated in the "Date of Report" column in Exhibit A until the date judgment; and it is further ORDERED that Plaintiffs identified in Exhibit B are awarded prejudgment interest of 4.96 annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is ORDERED tha Plaintiffs identified in Exhibits A and B may submit future applications for punitive or other damages at a later date c with any future rulings of this Court; and it is ORDERED that the Plaintiffs not appearing in Exhibits A or B may sub stages applications for damages awards to the extent they have not done so already. (Signed by Clerk of Court Tamm Hellwig on 8/11/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD−SN (nd) (Entered: 08/11/2025) |
| .1/2025 | 11147 | CLERK'S PARTIAL JUDGMENT re: (10990 in 1:03−md−01570−GBD−SN, 10990 in 1:03−md−01570−GBD−SN, 1:19−cv−00044−GBD−SN, 190 in 1:19−cv−00044−GBD−SN, 998 in 1:15−cv−09903−GBD−SN, 998 in 1:15−cv−09903−GBD−SN, 210 in 1:19−cv−00041−GBD−SN, 210 in 1:19−cv−00041−GBD−SN) Order. It is, ORD ADJUDGED AND DECREED: That for the reasons stated in the Court's Order dated May 29, 2025, the Plaintiffs lis Exhibits A and B move for entry of partial final default judgment against Defendant the Islamic Republic of Iran ("Ir ORDERED that partial final judgment by default is entered on behalf of the Plaintiffs identified in the attached Exhib against Iran; and it is ORDERED that the Plaintiffs identified in Exhibit A are awarded solatium damages as set forth and it is ORDERED that the Plaintiffs identified in Exhibit B are awarded pain and suffering and economic damages therein; and it is ORDERED that Plaintiffs receiving solatium damages identified in Exhibit A are awarded prejudgm of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and ORDERED that Plaintiffs receiving pain and suffering damages identified in Exhibit B are awarded prejudgment inte percent per annum, compounded annually, running from September 11, 2001 until the date of judgment; and it is furt ORDERED that Plaintiffs receiving economic damages identified in Exhibit B are awarded prejudgment interest of 4 per annum, compounded annually, running from the date as indicated in the "Date of Report" column in Exhibit B un of judgment; and it is ORDERED that the Plaintiffs identified in Exhibits A and B may submit future applications fo other damages at a later date consistent with any future rulings of this Court; and it is ORDERED that the Plaintiffs n appearing on Exhibits A or B may submit in later stages applications for damages awards to the extent they have not already. (Signed by Clerk of Court Tammi M Hellwig on 8/112025) Filed In Associated Cases: 1:03−md−01570−GB 1:15−cv−09903−GBD−SN, 1:19−cv−00041−GBD−SN, 1:19−cv−00044−GBD−SN (nd) (Entered: 08/11/2025) |
| .1/2025 | 11148 | CLERK'S PARTIAL JUDGMENT re: (346 in 1:18−cv−12277−GBD−SN, 346 in 1:18−cv−12277−GBD−SN, 10984 1:03−md−01570−GBD−SN, 10984 in 1:03−md−01570−GBD−SN, 206 in 1:22−cv−05193−GBD−SN, 206 in 1:22−cv−05193−GBD−SN) Order. It is, ORDERED, ADJUDGED AND DECREED: That for the reasons stated in t Order dated May 28, 2025, the Plaintiffs listed in Exhibits A move for entry of partial final default judgment against the Islamic Republic of Iran ("Iran"). It is ORDERED that the motions for judgment by default against Iran on behalf Plaintiffs listed in Exhibit A are GRANTED and judgments as to liability are entered in favor of all Plaintiffs listed i against Iran; and it is ORDERED that partial final judgment is entered on behalf of the Plaintiffs identified in the atta Exhibit A against Iran; and it is ORDERED that the Plaintiffs identified in the Exhibit A are awarded economic dama forth therein; and it is ORDERED that Plaintiffs rece1vmg economic damages identified in Exhibit A are awarded pr interest of 4.96 percent per annum, compounded annually, running from the date as indicated in the "Date of Report" Exhibit A until the date of judgment; and it is ORDERED that the Plaintiffs identified in Exhibit A may submit futur applications for punitive or other damages at a later date consistent with any future rulings of this Court; and it is OR that the Plaintiffs not appearing on Exhibit A may submit in later stages applications for damages awards to the exten not done so already. (Signed by Clerk of Court Tammi M Hellwig on 8/11/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12277−GBD−SN, 1:22−cv−05193−GBD−SN (nd) (Entered: 08/11/2025) |
| .1/2025 | 11149 | CLERK'S PARTIAL JUDGMENT re: (11000 in 1:03−md−01570−GBD−SN, 1005 in 1:15−cv−09903−GBD−SN, 27 1:18−cv−07306−GBD−SN, 209 in 1:20−cv−10902−GBD−SN, 257 in 1:18−cv−11878−GBD−SN, 105 in 1:22−cv−10823−GBD−SN, 286 in 1:18−cv−12276−GBD−SN, 209 in 1:22−cv−05193−GBD−SN, 349 in 1:18−cv−12277−GBD−SN, 272 in 1:18−cv−11875−GBD−SN, 101 in 1:23−cv−05790−GBD−SN, 68 in 1:23−cv−08305−GBD−SN, 214 in 1:20−cv−09387−GBD−SN, 223 in 1:19−cv−11776−GBD−SN, 264 in 1:18−cv−05331−GBD−SN, 71 in 1:23−cv−07283−GBD−SN, 223 in 1:20−cv−10460−GBD−SN, 59 in |

| | | |
|---|---|---|
| | | 1:23−cv−10824−GBD−SN, 191 in 1:18−cv−11876−GBD−SN, 61 in 1:24−cv−05520−GBD−SN, 154 in 1:21−cv−10239−GBD−SN, 231 in 1:19−cv−11767−GBD−SN, 326 in 1:18−cv−05321−GBD−SN, 254 in 1:18−cv−11837−GBD−SN, 289 in 1:18−cv−12387−GBD−SN, 286 in 1:19−cv−11865−GBD−SN) Order. It is, ORDI ADJUDGED AND DECREED: That for the reasons stated in the Court's Order dated June 2, 2025, it is hereby ORD a partial final damages judgment is entered against Iran on behalf of the Plaintiff in the above−captioned matters, as i the attached Exhibit A, who is the estate of a victim of the terrorist attacks on September 11, 2001, as indicated in the Exhibit A; and it is further ORDERED that the Plaintiff identified in the attached Exhibit A is awarded compensatory for decedent's pain and suffering in the amount of $2,000,000, as set forth in the attached Exhibit A; and it is further ( that the Plaintiff identified in the expert report submitted in support of the Declaration of Jerry S. Goldman, Esq. ("G Declaration") at ECF No. 10824 is awarded economic damages, as set forth in the attached Exhibit A and as supporte expert report and analysis tendered in conjunction with the Goldman Declaration; and it is further ORDERED that th receiving pain and suffering damages identified in Exhibit A is awarded prejudgment interest of 4.96 percent per ann compounded annually, running from September 11, 2001 until the date of judgment; and it is further ORDERED that receiving economic damages identified in Exhibit A is awarded prejudgment interest of 4.96 percent per annum, com annually, running from the date as indicated in the "Date of Report" column in Exhibit A until the date of judgment; a further ORDERED that the Plaintiff identified in Exhibit A may submit an application for punitive damages, econom or other damages (to the extent such awards have not previously been ordered) at a later date consistent with any futu made by this Court on this issue; and it is further ORDERED that the remaining Plaintiffs in the above−captioned ma appearing in Exhibit A may submit in later stages applications for damages awards (to the extent such awards have n previously been ordered), and to the extent such plaintiffs are similarly situated to the Plaintiff appearing in Exhibit A applications will be approved consistent with those approved herein for the Plaintiff appearing in Exhibit A. (Signed Court Tammi M Hellwig on 8/11/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (nd) (Entered: ( |
| .1/2025 | 11150 | CLERK'S JUDGMENT re: (11011 in 1:03−md−01570−GBD−SN) Order. in favor of Ayleen Arroyo, Hillary Hans, T Russo−Kempf against Islamic Republic of Iran. It is, ORDERED, ADJUDGED AND DECREED: That for the reaso the Court's Order dated June 9, 2025, a partial final damages judgment is entered against Iran on behalf of the Plainti above−captioned matters, as identified in the attached Exhibit A, who are the estates of victims of the terrorist attacks September 11, 2001, as indicated in the attached Exhibit A; and it is further ORDERED that the Plaintiffs identified i reports submitted in support of the Declarations of Jerry S. Goldman, Esq. ("Goldman Declarations") at ECF Nos. 10 10824 are awarded economic damages, as set forth in the attached Exhibit A and as supported by the expert reports a tendered in conjunction with the Goldman Declarations; and it is further ORDERED that the Plaintiffs identified in E are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from the date as indicat "Date of Report" column in Exhibit A until the date of judgment; and it is further ORDERED that the Plaintiffs ident Exhibit A may submit an application for punitive damages, economic damages, or other damages (to the extent such have not previously been ordered) at a later date consistent with any future rulings made by this Court on this issue; a further ORDERED that the remaining Plaintiffs in the above captioned matters not appearing in Exhibit A may subm stages applications for damages awards (to the extent such awards have not previously been ordered), and to the exte plaintiffs are similarly situated to the Plaintiffs appearing in Exhibit A, the applications will be approved consistent w approved herein for the Plaintiffs appearing in Exhibit A. (Signed by Clerk of Court Tammi M Hellwig on 8/11/2025 Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−05321−GBD−SN, 1:18−cv−12387−GBD−SN, 1:22−cv−05193−GBD−SN (nd) (Entered: 08/11/2025) |
| .1/2025 | 11151 | CLERK'S PARTIAL JUDGMENT re: (11012 in 1:03−md−01570−GBD−SN, 2287 in 1:02−cv−06977−GBD−SN) O ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Order dated June 9, 2025, the listed in Exhibits A and B move for entry of partial final default judgment against Defendant the Taliban. It is ORDE partial final judgment by default is entered on behalf of the Plaintiffs identified in the attached Exhibits A and B agai Taliban; and it is ORDERED that the Plaintiffs identified in Exhibit A are awarded pain and suffering and economic set forth therein. It is further ORDERED that Plaintiffs receiving solatium damages identified in Exhibit B are award prejudgment interest of 4.96 percent per annum, compounded annually, running from September 11, 2001 until the d judgment; and it is ORDERED that the Plaintiffs identified in Exhibits A and B are awarded treble damages under th Anti−Terrorism Act, 18 U.S.C. § 2333 for the amounts claimed; and it is ORDERED that the Plaintiffs identified in I and B may submit future applications for punitive or other damages at a later date consistent with any future rulings c Court; and it is ORDERED that the Plaintiffs not appearing on Exhibits A or B may submit in later stages applicatior damages awards to the extent they have not done so already. (Signed by Clerk of Court Tammi M Hellwig on 8/11/2( In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN (nd) (Entered: 08/11/2025) |
| .1/2025 | | *****NOTICE TO COURT REGARDING PROPOSED DEFAULT JUDGMENT. Document No. (136 in 1:18−cv−12337−GBD−SN, 11110 in 1:03−md−01570−GBD−SN) Proposed Default Judgment, was reviewed an as to form. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−12337−GBD−SN(nd)** (Entered: 08/1 |
| .1/2025 | 11152 | CLERK'S PARTIAL JUDGMENT re: (104 in 1:21−cv−01394−GBD−SN, 104 in 1:21−cv−01394−GBD−SN, 104 in 1:21−cv−01394−GBD−SN, 104 in 1:21−cv−01394−GBD−SN, 126 in 1:20−cv−00354−GBD−SN, 126 in 1:20−cv−00354−GBD−SN, 126 in 1:20−cv−00354−GBD−SN, 126 in 1:20−cv−00354−GBD−SN, 108 in 1:21−cv−03505−GBD−SN, 108 in 1:21−cv−03505−GBD−SN, 108 in 1:21−cv−03505−GBD−SN, 108 in 1:21−cv−03505−GBD−SN, 98 in 1:21−cv−06247−GBD−SN, 98 in 1:21−cv−06247−GBD−SN, 98 in |

| | | |
|---|---|---|
| | | 1:21−cv−06247−GBD−SN, 98 in 1:21−cv−06247−GBD−SN, 133 in 1:20−cv−00412−GBD−SN, 133 in 1:20−cv−00412−GBD−SN, 133 in 1:20−cv−00412−GBD−SN, 133 in 1:20−cv−00412−GBD−SN, 10813 in 1:03−md−01570−GBD−SN, 10813 in 1:03−md−01570−GBD−SN, 10813 in 1:03−md−01570−GBD−SN, 10813 in 1:03−md−01570−GBD−SN) Order on Motion for Default Judgment. It is, ORDERED, ADJUDGED AND DECREE the reasons stated in the Court's Memorandum Decision and Order dated March 27, 2025, Certain Accardi, Alexande Anderson, and Betso Plaintiffs moved for partial final default judgment against Defendant Islamic Republic of Iran (' behalf of Plaintiff victims of the September 11, 2001 terrorist attacks (the "9/11 Attacks"). The motions for partial de judgment brought on behalf of the Latent Injury Decedents are GRANTED; the motions for partial default judgment Surviving Family Members are DENIED; and the motion for partial default judgment brought on behalf of 9/11 dece Maloy is GRANTED. It is ORDERED that partial default judgments are entered on behalf of the Latent Injury Decec identified in Exhibits A, B, C, and E against Iran; and it is ORDERED that a partial default judgment is entered again behalf of 9/11 Decedent Gene Maloy; and it is ORDERED that Plaintiffs identified in Exhibits A, B, C, and E be awa and suffering damages as set forth therein; and it is ORDERED that the spouse of 9/11 Decedent Gene Maloy be awa solatium damages as described in this Order; and it is ORDERED that Plaintiffs receiving damages identified in Exhi C, D, and E are awarded prejudgment interest of 4.96 percent per annum, compounded annually, running from Septe 2001, until the date of judgment; and it is ORDERED that Plaintiffs may submit future applications for punitive or ot damages at a later date consistent with any future rulings of this Court. (Signed by Clerk of Court Tammi M Hellwig 8/11/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN et al. (nd) (Entered: 08/11/2025) |
| .4/2025 | 11153 | MOTION for Order Authorizing Service Upon Defendant Islamic Republic of Iran in Accordance With 28 U.S.C. 16 Document filed by Christine O'Neill.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:25−cv−05971−GBD−SN.(Goldman, Jerry) (Entered: 08/14/2025) |
| .4/2025 | 11154 | MEMORANDUM OF LAW in Support re: (11153 in 1:03−md−01570−GBD−SN, 11 in 1:25−cv−05971−GBD−SN) for Order Authorizing Service Upon Defendant Islamic Republic of Iran in Accordance With 28 U.S.C. 1608(a)(4) . . filed by Christine O'Neill. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:25−cv−05971−GBD−SN.(Goldı (Entered: 08/14/2025) |
| .4/2025 | 11155 | DECLARATION of Jerry S. Goldman, Esq. in Support re: (11153 in 1:03−md−01570−GBD−SN, 11 in 1:25−cv−05971−GBD−SN) MOTION for Order Authorizing Service Upon Defendant Islamic Republic of Iran in Ac With 28 U.S.C. 1608(a)(4) .. Document filed by Christine O'Neill. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Ex Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:25−cv−05971−GBD−SN.(Goldman, Jerry) (Ent 08/14/2025) |
| .4/2025 | 11156 | PROPOSED ORDER. Document filed by Christine O'Neill. Related Document Number: 11153 ..(Goldman, Jerry) **P Order to be reviewed by Clerk's Office staff.** (Entered: 08/14/2025) |
| .5/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (14 in 1:25−cv−05971−GBD−S 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cases 1:03−md−01570−GBD−SN, 1:25−cv−05971−GBD−SN(nd)** (Entered: 08/15/2025) |
| .8/2025 | 11157 | OPINION & ORDER re: 9246 MOTION JOINT MOTION TO EXCLUDE THE EXPERT TESTIMONY OF EVAN KOHLMANN AND MATTHEW LEVITT. 9248 MOTION to Preclude *Testimony of Victor Comras*. Expert testimo terrorism cases is critical to assist the factfinder with its duties. The issues presented often require an understanding o information, including history, extremist ideologies, forensic financial analysis, human source intelligence, money la tactics, and global terror networks. No lay juror could be expected to comprehend such matters without the guidance credible expert. Experts who have demonstrated academic scholarship, training and real−world experience, professio serious methodology should be granted the privilege of testifying. Those that do not meet Rule 702's exacting standar excluded. Thus, the Charity Defendants' motions are GRANTED in part and DENIED in part. See ECF Nos. 9246 an Kohlmann, Levitt, and Comras are permitted to testify consistent with the limitations outlined in this Opinion. The C Court is respectfully directed to terminate the motions at ECF Nos. 9246 and 9248. SO ORDERED. (Signed by Magi Sarah Netburn on 8/18/2025) (dsh) (Entered: 08/18/2025) |
| .8/2025 | 11158 | MOTION for Default Judgment as to *Lum Plaintiffs Against the Islamic Republic of Iran as to Liability and for Parti Judgments for Damages on Behalf of the Plaintiffs Identified in Exhibit A, Exhibit B and Exhibit D*. Document filed b O'Neill.Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Jerry) (Entered: 08/18/2025) |
| .8/2025 | 11159 | MEMORANDUM OF LAW in Support re: (111 in 1:23−cv−05790−GBD−SN, 359 in 1:18−cv−12277−GBD−SN, 2 1:22−cv−05193−GBD−SN, 11158 in 1:03−md−01570−GBD−SN, 341 in 1:18−cv−05306−GBD−SN, 341 in 1:18−cv−05321−GBD−SN, 265 in 1:18−cv−11878−GBD−SN, 216 in 1:20−cv−10902−GBD−SN, 40 in 1:24−cv−07824−GBD−SN) MOTION for Default Judgment as to *Lum Plaintiffs Against the Islamic Republic of Irar Liability and for Partial Final Judgments for Damages on Behalf of the Plaintiffs Identified in Exhibit A, Exhibit B a D*. . Document filed by Christine O'Neill. Filed In Associated Cases: 1:03−md−01570−GBD−SN et al..(Goldman, Je (Entered: 08/18/2025) |
| .8/2025 | 11160 | ***EX−PARTE***DECLARATION of Jerry S. Goldman, Esq. in Support re: (359 in 1:18−cv−12277−GBD−SN, 2 1:22−cv−05193−GBD−SN, 11158 in 1:03−md−01570−GBD−SN, 341 in 1:18−cv−05321−GBD−SN, 40 in |

| | | |
|---|---|---|
| | | 1:24−cv−07824−GBD−SN, 111 in 1:23−cv−05790−GBD−SN, 341 in 1:18−cv−05306−GBD−SN, 265 in 1:18−cv−11878−GBD−SN, 216 in 1:20−cv−10902−GBD−SN) MOTION for Default Judgment as to *Lum Plaintiffs* *Islamic Republic of Iran as to Liability and for Partial Final Judgments for Damages on Behalf of the Plaintiffs Iden* *Exhibit A, Exhibit B and Exhibit D*.. Document filed by Christine O'Neill. (Attachments: # 1 Exhibit A, # 2 Exhibit B Exhibit C, # 4 Exhibit C−3, # 5 Exhibit C−3a, # 6 Exhibit C−3b, # 7 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.Motion or Order to File Under Seal: 7963 .(Goldman, Jerry) (Entered: 08/18/2025) |
| .8/2025 | 11161 | PROPOSED ORDER. Document filed by Christine O'Neill. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit Errata D) Related Document Number: 11158 ..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office** (Entered: 08/18/2025) |
| .8/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (219 in 1:20−cv−10902−GBD− 1:18−cv−05321−GBD−SN, 11161 in 1:03−md−01570−GBD−SN, 362 in 1:18−cv−12277−GBD−SN, 268 in 1:18−cv−11878−GBD−SN, 43 in 1:24−cv−07824−GBD−SN, 344 in 1:18−cv−05306−GBD−SN, 231 in 1:22−cv−05193−GBD−SN, 114 in 1:23−cv−05790−GBD−SN) Proposed Order, was reviewed and approved as t Filed In Associated Cases: 1:03−md−01570−GBD−SN et al.(nd)** (Entered: 08/18/2025) |
| .9/2025 | 11162 | AFFIDAVIT of Andrew J. Maloney *Ashton Plaintiffs Joint Certificate of Service of partial summary judgments agai Taliban*. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit Exhibit E)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN, 1:02−cv−07230−GBD 1:02−cv−07236−GBD.(Maloney, Andrew) (Entered: 08/19/2025) |
| .9/2025 | 11163 | LETTER addressed to Judge George B. Daniels from Christopher M. Curran dated August 19, 2025 re: Ashley, et al. Deutsche Bank Aktiengesellschaft, et al., 144 F.4th 420 (2d Cir. 2025). Document filed by Al Rajhi Bank..(Curran, C (Entered: 08/19/2025) |
| 20/2025 | 11164 | LETTER addressed to Judge George B. Daniels from Sean P. Carter on behalf of Plaintiffs with claims against Al Ra dated August 20, 2025 re: request the Court's endorsement of an August 26, 2025 deadline. Document filed by Plaint Executive Committees..(Carter, Sean) (Entered: 08/20/2025) |
| 21/2025 | 11165 | MOTION to Substitute Party. Old Party: See attachment A, New Party: See attachment A . Document filed by Christ O'Neill.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:18−cv−11964−GBD−SN.(Goldman, Jerry) (Entered: 08/21/2025) |
| 21/2025 | 11166 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** PROPOSED ORDER. Document filed by Christine O'Neil Document Number: 11165 ..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Office staff.** Modified or (tp). (Entered: 08/21/2025) |
| 22/2025 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT PROPOSED ORDER. Notice to attorney Jerry St Goldman to RE−FILE Document No. (135 in 1:18−cv−11964−GBD−SN, 11166 in 1:03−md−01570−GBD−SN) Order. The filing is deficient for the following reason(s): the document was not spread to all the cases listed. R document using the event type Proposed Order found under the event list Proposed Orders − select the correc − attach the correct signed (scanned signature image) and dated PDF. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11964−GBD−SN(tp)** (Entered: 08/22/2025) |
| 22/2025 | 11167 | PROPOSED ORDER. Document filed by Christine O'Neill. Related Document Number: 11165 ..(Goldman, Jerry) **P Order to be reviewed by Clerk's Office staff.** (Entered: 08/22/2025) |
| 22/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (136 in 1:18−cv−11964−GBD− in 1:03−md−01570−GBD−SN, 890 in 1:04−cv−01076−GBD−SN) Proposed Order was reviewed and approved Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:18−cv−11964−GBD−SN. (** (Entered: 08/22/2025) |
| 22/2025 | 11168 | LETTER addressed to Magistrate Judge Sarah Netburn from Nicole Erb dated August 22, 2025 re: Proposed depositi protocol. Document filed by Republic of the Sudan. (Attachments: # 1 Exhibit 1 − Proposed Deposition Protocol).(E (Entered: 08/22/2025) |
| 26/2025 | 11169 | MEMO ENDORSED ORDER granting 11165 Motion to Substitute Party. ENDORSEMENT: The motion to substitu GRANTED. SO ORDERED. Motions terminated: (134 in 1:18−cv−11964−GBD−SN, 889 in 1:04−cv−01076−GBD− in 1:03−md−01570−GBD−SN) MOTION to Substitute Party. Old Party: See attachment A, New Party: See attachme by Christine O'Neill. (Signed by Magistrate Judge Sarah Netburn on 8/26/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN, 1:18−cv−11964−GBD−SN (mml) (Entered: 08/26/2025) |
| 26/2025 | 11170 | LETTER addressed to Judge George B. Daniels from Plaintiffs Executive Committees dated August 26, 2025 re: Re extension of deadline. Document filed by Plaintiffs Executive Committees..(Haefele, Robert) (Entered: 08/26/2025) |
| 26/2025 | 11171 | LETTER addressed to Judge George B. Daniels from Sean P. Carter on behalf of Plaintiffs with Claims against Al R dated August 26, 2025 re: response to Al Rajhi Bank letter, ECF No. 11163. Document filed by Plaintiffs Executive |

| | | |
|---|---|---|
| | | Committees..(Carter, Sean) (Entered: 08/26/2025) |
| 27/2025 | 11172 | MEMO ENDORSEMENT on re: 11170 Letter filed by Plaintiffs Executive Committees, ENDORSEMENT: SO ORI (Signed by Judge George B. Daniels on 8/27/2025) ( Motions due by 10/3/2025., Responses due by 10/3/2025) (ks) ( 08/27/2025) |
| 27/2025 | 11173 | MOTION for Default Judgment as to *Ashton 3*. Document filed by Kathleen Ashton.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Maloney, Andrew) (Entered: 08/27/2025) |
| 27/2025 | 11174 | **FILING ERROR − DEFICIENT DOCKET ENTRY − FILER ERROR − (SEE #11179 in 1:03−md−01570 and 2324 on 1:02−cv−06977)** DECLARATION of Andrew J. Maloney in Support re: (2322 in 1:02−cv−06977−GBD−SI MOTION for Default Judgment as to *Ashton 3*.. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A − Order, # 2 Exhibit B1 − Pain and Suffering awards, # 3 Exhibit B2 − Economic Loss awards, # 4 Exhibit C − Solatiu 5 Exhibit D − Beauzile Declaration)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Maloney, Andrew) Modified on 8/28/2025 (kj). (Entered: 08/27/2025) |
| 27/2025 | 11175 | MOTION to Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibit A . Document fi Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Duane, John) (Entered: 08/27/2025) |
| 27/2025 | 11176 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. Related Document Number: 11175 ..(Duane, John) **Prop Order to be reviewed by Clerk's Office staff.** (Entered: 08/27/2025) |
| 27/2025 | 11177 | MOTION to Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibit A . Document fi Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 08/27/2025) |
| 27/2025 | 11178 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. Related Document Number: 11177 ..(Duane, John) **Prop Order to be reviewed by Clerk's Office staff.** (Entered: 08/27/2025) |
| 28/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (1259 in 1:03−cv−09849−GBD− in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN(nd)** (Entered: 08/28/2025) |
| 28/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (11178 in 1:03−md−01570−GB 1034 in 1:15−cv−09903−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN(nd)** (Entered: 08/28/2025) |
| 28/2025 | 11179 | DECLARATION of Andrew J. Maloney in Support re: (2322 in 1:02−cv−06977−GBD−SN) MOTION for Default Ju to *Ashton 3*.. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A − Civil cover sheet and proposed Ord Exhibit B1 − Pain and suffering awards, # 3 Exhibit B2 − Economic loss awards, # 4 Exhibit C − Solatium awards, # D − Declaration)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Maloney, Andr (Entered: 08/28/2025) |
| 28/2025 | 11180 | MEMORANDUM DECISION AND ORDER re: 10615 Memorandum & Opinion,, The Parties' Rule 72 objections t Magistrate Judge Netburn's December 11, 2024 Order are OVERRULED. Magistrate Judge Netburn's Order is ADO entirety. SO ORDERED (Signed by Judge George B. Daniels on 8/28/2025) (ks) (Entered: 08/28/2025) |
| 28/2025 | 11181 | MEMORANDUM DECISION AND ORDER granting 9362 Motion to Dismiss; granting 9362 Motion for Summary Defendant's motion to dismiss for lack of personal jurisdiction is GRANTED. The Clerk of Court is directed to termi motion at ECF No. 9362. SO ORDERED. (Signed by Judge George B. Daniels on 8/28/2025) (ks) (Entered: 08/28/20 |
| 28/2025 | 11182 | ORDER denying 9368 Motion to Dismiss. KSA's Renewed Motion to Dismiss for lack of jurisdiction under JASTA The Clerk of Court is directed to terminate the motion at ECF No. 9368. SO ORDERED. (Signed by Judge George B on 8/28/2025) (ks) (Entered: 08/28/2025) |
| 28/2025 | 11183 | MEMO ENDORSED ORDER granting 11175 in 1:03−md−01570−GBD−SN, 1258 in 1:03−cv−09849−GBD−SN, M Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibit A filed by Burnett Plaintiffs. ENDORSEMENT: The motion to substitute is GRANTED. SO ORDERED. (Signed by Magistrate Judge Sarah Netb 8/28/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN (mml) (Entered: 08/2 |
| 28/2025 | 11184 | MEMO ENDORSED ORDER granting 1033 in 1:15−cv−09903−GBD−SN, 11177 in 1:03−md−01570−GBD−SN, M Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibit A . filed by Burnett Plaintiffs. ENDORSEMENT: The motion to substitute is GRANTED. SO ORDERED. (Signed by Magistrate Judge Sarah Netb 8/28/2025) Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN (mml) (Entered: 08/2 |
| 29/2025 | 11185 | CLERK CERTIFICATE OF MAILING of two (2) copies of The Notice of Default Judgment prepared in accordance U.S.C. § 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing the judgment at Document 10980 in the Burnet Order Granting Partial Final Default Judgment, dated May 29, 2025, Document 10980 and Report & Recommendatio |

| | | |
|---|---|---|
| | | April 17, 2025, Document 10876 (in English and Farsi) entered in the Burnett case; Notice of Default Judgment prep accordance with 28 U.S.C. § 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing the judgment at Document the Burnett case; Order Granting Partial Final Default Judgment, dated May 29, 2025, Document 10988 and Report & Recommendation dated April 11, 2025, Document 10858 (in English and Farsi) entered in the Burnett case; Notice o Judgment prepared in accordance with 28 U.S.C. § 1608 and 22 C.F.R. § 93.2 (in English and Farsi) addressing the ju Document 10990 in the Burnett case; Order Granting Partial Final Default Judgment, dated May 29, 2025, Document English and Farsi); A copy of 28 U.S.C. 1330, 1391(f), 1441(d), and 1602 through 1611 (Pub. L. 94−583; 90 Stat. 28 Foreign Sovereign Immunities Act (28 U.S.C. §§ 1602, et seq.) (in English and Farsi); and Translator's Affidavit (in only) mailed to Islamic Revolutionary Guard Corps on 8/29/2025 by Federal Express tracking # 8838 7759 5130, via the Secretary of State, Attn: Director of Consular Services, Office of Policy Review and Inter−Agency Liaison (CA/C U.S. Department of State, SA−29, 4th Floor, 2201 C Street NW, Washington, DC 20520, pursuant to the provisions o Services Immunities Act, 28 U.S.C. § 1608(a)(4). Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN. (ras) (Entered: 08/29/2025) |
| )2/2025 | 11186 | **FILING ERROR − WRONG FILER SELECTED −** NOTICE OF APPEAL from (262 in 1:18−cv−11878−GBD− 1:18−cv−12387−GBD−SN, 11118 in 1:03−md−01570−GBD−SN) Order Adopting Report and Recommendations,,. I filed by Christine O'Neill. Filing fee $ 605.00, receipt number NYSDC−31648160. Form C and Form D are due with to the Court of Appeals, Second Circuit. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GI 1:18−cv−12387−GBD−SN.(Goldman, Jerry) Modified on 9/2/2025 (tp). (Entered: 09/02/2025) |
| )2/2025 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Jerry Stephen Goldn RE−FILE Document No. (11186 in 1:03−md−01570−GBD−SN, 269 in 1:18−cv−11878−GBD−SN, 304 in 1:18−cv−12387−GBD−SN) Notice of Appeal. The filing is deficient for the following reason(s): the wrong filer/ selected for the appeal. Re−file the appeal using the event type Notice of Appeal found under the event list App Documents − attach the correct signed PDF − select the correct named filer/filers − select the correct order/juc being appealed. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN, 1:18−cv−12387−GBD−SN(tp)** (Entered: 09/02/2025) |
| )2/2025 | 11187 | **FILING ERROR − WRONG FILER SELECTED −** NOTICE OF APPEAL from (262 in 1:18−cv−11878−GBD− 1:18−cv−12387−GBD−SN, 11118 in 1:03−md−01570−GBD−SN) Order Adopting Report and Recommendations,,. I filed by Haleema Salie, Jordanis Theodoridis. Form C and Form D are due within 14 days to the Court of Appeals, Se Circuit. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN, 1:18−cv−12387−GBD−SN.(Goldman, Jerry) Modified on 9/2/2025 (tp). (Entered: 09/02/2025) |
| )2/2025 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Jerry Stephen Goldn RE−FILE Document No. (270 in 1:18−cv−11878−GBD−SN, 11187 in 1:03−md−01570−GBD−SN, 305 in 1:18−cv−12387−GBD−SN) Notice of Appeal. The filing is deficient for the following reason(s): the wrong filer/ selected for the appeal. Re−file the appeal using the event type Notice of Appeal found under the event list App Documents − attach the correct signed PDF − select the correct named filer/filers − select the correct order/juc being appealed. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN, 1:18−cv−12387−GBD−SN(tp)** (Entered: 09/02/2025) |
| )2/2025 | 11188 | **FILING ERROR − WRONG FILER SELECTED −** NOTICE OF APPEAL from (262 in 1:18−cv−11878−GBD− 1:18−cv−12387−GBD−SN, 11118 in 1:03−md−01570−GBD−SN) Order Adopting Report and Recommendations,,. I filed by Haleema Salie, Jordanis Theodoridis. Form C and Form D are due within 14 days to the Court of Appeals, Se Circuit. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN, 1:18−cv−12387−GBD−SN.(Goldman, Jerry) Modified on 9/3/2025 (km). (Entered: 09/02/2025) |
| )3/2025 | | *****NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Jerry Goldman to RI Document No. (11188 in 1:03−md−01570−GBD−SN, 306 in 1:18−cv−12387−GBD−SN, 271 in 1:18−cv−11878−C Notice of Appeal. The filing is deficient for the following reason(s): the wrong filer/filers were selected for the a Re−file the appeal using the event type Notice of Appeal found under the event list Appeal Documents − attach correct signed PDF − select the correct named filer/filers − select the correct order/judgment being appealed. I Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN, 1:18−cv−12387−GBD−SN(km)** (Ente 09/03/2025) |
| )3/2025 | 11189 | NOTICE OF APPEAL from (262 in 1:18−cv−11878−GBD−SN, 300 in 1:18−cv−12387−GBD−SN, 11118 in 1:03−md−01570−GBD−SN) Order Adopting Report and Recommendations,,. Document filed by Haleema Salie, Jor Theodoridis. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN, 1:18−cv−12387−GBD−SN.(C Jerry) (Entered: 09/03/2025) |
| )3/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: (307 in 1:18−cv−12387−GBD−SN, 272 in 1:18−cv−11878−GBD−SN, 11189 in 1:03−md−01570−GBD−SN) Notice of App Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN, 1:18−cv−12387−GBD−SN. (tp) (Entere 09/03/2025) |

| | | |
|---|---|---|
| 03/2025 | | Appeal Fee Paid electronically via Pay.gov: for (307 in 1:18−cv−12387−GBD−SN, 272 in 1:18−cv−11878−GBD−SN 1:03−md−01570−GBD−SN) Notice of Appeal. Filing fee $ 605.00. Pay.gov receipt number NYSDC−31648160, paid 9/2/2025. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN, 1:18−cv−12387−GBD (Entered: 09/03/2025) |
| 03/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for (307 in 1:18−cv−12387−GBD−SN, 272 in 1:18−cv−11878−GBD−SN, 11189 in 1:03−md−01570−GBD−SN) Notice of Appe Haleema Salie, Jordanis Theodoridis were transmitted to the U.S. Court of Appeals. Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN, 1:18−cv−12387−GBD−SN.(tp) (Entered: 09/03/2025) |
| 03/2025 | 11190 | LETTER addressed to Judge George B. Daniels from Christopher M. Curran dated September 3, 2025 re: Response t Letter at ECF No. 11171 . Document filed by Al Rajhi Bank..(Curran, Christopher) (Entered: 09/03/2025) |
| 03/2025 | 11191 | ORDER: Upon review of the Court''s orders at ECF Nos. 11180 and 11182, the Plaintiffs and the Kingdom of Saudi ("KSA") are directed to meet and confer to discuss (1) a schedule for additional discovery, if any, and (2) whether the outstanding motions to exclude expert testimony or strike KSA's motion are moot or can be denied without prejudice at a later time. See ECF Nos. 10667, 10670. The parties are ordered to submit a joint letter identifying areas of agreer disagreement by Tuesday, September 30, 2025. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 9/3/2 (Entered: 09/03/2025) |
| 03/2025 | | *****DELETED DOCUMENT. Deleted document number 11192 . The document was incorrectly filed in this ca** (Entered: 09/03/2025) |
| 03/2025 | 11203 | LETTER MOTION for Extension of Time to File addressed to Judge George B. Daniels from Mahtaub Moore, Non− Movant dated 9/3/2025. Document filed by Aldenise Moore.(tg) (Entered: 09/05/2025) |
| 04/2025 | 11192 | MOTION to Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibit A . Document fil Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Duane, John) (Entered: 09/04/2025) |
| 04/2025 | 11193 | MOTION to Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibit A . Document fil Kathleen Ashton. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Maloney, Andrew) (Entered: 09/04/2025) |
| 04/2025 | 11194 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. Related Document Number: 11192 ..(Duane, John) **Prop Order to be reviewed by Clerk's Office staff.** (Entered: 09/04/2025) |
| 04/2025 | 11195 | PROPOSED ORDER. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A) Related Document Numbe 11193 in 03−md−1570(GBD)(SN) and ECF No. 2325 in 02−cv−6977 (GBD)(SN)]..(Maloney, Andrew) **Proposed O reviewed by Clerk's Office staff.** (Entered: 09/04/2025) |
| 04/2025 | 11196 | MOTION to Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibit A . Document fil Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN.(Duane, John) (Entered: 09/04/2025) |
| 04/2025 | 11197 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. Related Document Number: 11196 ..(Duane, John) **Prop Order to be reviewed by Clerk's Office staff.** (Entered: 09/04/2025) |
| 04/2025 | 11198 | MOTION to Substitute Party. Old Party: as set forth in Exhibit A, New Party: as set forth in Exhibit A . Document fil Kathleen Ashton. (Attachments: # 1 Exhibit A)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN.(Maloney, Andrew) (Entered: 09/04/2025) |
| 04/2025 | 11199 | MOTION to Amend/Correct . Document filed by Burnett Plaintiffs. (Attachments: # 1 Exhibit A)Filed In Associated 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN.(Duane, John) (Entered: 09/04/2025) |
| 04/2025 | 11200 | MEMORANDUM OF LAW in Support re: (1263 in 1:03−cv−09849−GBD−SN, 11199 in 1:03−md−01570−GBD−S MOTION to Amend/Correct . . Document filed by Burnett Plaintiffs. Filed In Associated Cases: 1:03−md−01570−G 1:03−cv−09849−GBD−SN.(Duane, John) (Entered: 09/04/2025) |
| 04/2025 | 11201 | PROPOSED ORDER. Document filed by Burnett Plaintiffs. Related Document Number: 11199 ..(Duane, John) **Prop Order to be reviewed by Clerk's Office staff.** (Entered: 09/04/2025) |
| 04/2025 | 11202 | PROPOSED ORDER. Document filed by Kathleen Ashton. (Attachments: # 1 Exhibit A) Related Document Numbe Document Number: [ECF 11198 in 03−MDL−1570 and ECF 2327 in 02−cv−6977]]..(Maloney, Andrew) **Proposed be reviewed by Clerk's Office staff.** (Entered: 09/04/2025) |
| 05/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (1262 in 1:03−cv−09849−GBD− in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN. (tp)** (Entered: 09/05/2025) |

| | | |
|---|---|---|
| )5/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (2326 in 1:02−cv−06977−GBD- in 1:03−md−01570−GBD−SN) Proposed Order, was reviewed and approved as to form. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN. (tp)** (Entered: 09/05/2025) |
| )5/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (1038 in 1:15−cv−09903−GBD- in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:15−cv−09903−GBD−SN. (tp)** (Entered: 09/05/2025) |
| )5/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (11201 in 1:03−md−01570−GB 1265 in 1:03−cv−09849−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN. (tp)** (Entered: 09/05/2025) |
| )5/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (2328 in 1:02−cv−06977−GBD- in 1:03−md−01570−GBD−SN) Proposed Order, was reviewed and approved as to form. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN. (tp)** (Entered: 09/05/2025) |
| )5/2025 | 11204 | JOINT LETTER MOTION for Extension of Time *to brief motion to compel CIA subpoena responses* addressed to M Judge Sarah Netburn from AUSA Jean−David Barnea dated 9−5−25. Document filed by UNITED STATES OF AMERICA..(Barnea, Jean−David) (Entered: 09/05/2025) |
| )5/2025 | 11205 | MOTION to Amend/Correct (8702 in 1:03−md−01570−GBD−SN) Amended Complaint, . Document filed by Christi O'Neill.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entere 09/05/2025) |
| )5/2025 | 11206 | MEMORANDUM OF LAW in Support re: (892 in 1:04−cv−01076−GBD−SN, 11205 in 1:03−md−01570−GBD−SN to Amend/Correct (8702 in 1:03−md−01570−GBD−SN) Amended Complaint, . . Document filed by Christine O'Neil Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 09/05/2025) |
| )5/2025 | 11207 | PROPOSED ORDER. Document filed by Christine O'Neill. Related Document Number: 11205 ..(Goldman, Jerry) **P Order to be reviewed by Clerk's Office staff.** (Entered: 09/05/2025) |
| )5/2025 | 11208 | ORDER granting 11204 Letter Motion for Extension of Time. The PECs shall file a motion to compel CIA documen September 22, 2025, should their continuing conversations with the Government not resolve their outstanding issues. October 6, 2025, Sudan shall file a letter indicating that it is joining the PECs' motion, adding to it, or adopting anoth The CIA shall respond by October 29, 2025. The PECs and Sudan shall reply (either jointly or separately, depending position) by November 21, 2025. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (dsh 09/05/2025) |
| )8/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (894 in 1:04−cv−01076−GBD−: in 1:03−md−01570−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Ca 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN. (tp)** (Entered: 09/08/2025) |
| )8/2025 | 11209 | ORDER granting (11198) ; granting (2327). Plaintiffs in Ashton v. al Qaeda Islamic Army, No. 02−cv−6977 (the "A Plaintiffs"), move to amend their complaint under Federal Rule of Civil Procedure 15. ECF No. 11198.1 They seek to names and identities of certain plaintiffs named in the Ashton Sixth Amended Complaint, which was filed on Septem 2005. ECF No. 1463. The basis for the corrections is information provided by the clients or identified from documen the individuals killed in the September 11, 2001 terrorist attacks. ECF No. 11198 at 2. Plaintiffs or their immediate fa members have confirmed the corrected information in Exhibit A to the motion. Id.; see ECF No. 11198−1. Federal Ru Procedure 15(a)(2) permits a party to amend its complaint with the court's leave and directs courts to "freely give leav justice so requires." The decision to permit amendment is committed to the discretion of the court, McCarthy v. Dun Bradstreet Corp., 482 F.3d 184, 200 (2d Cir. 2007), but granting "leave to amend is the 'usual practice,'" Bank v. Goh No. 21−cv−1287, 2022 WL 1132503, at *1 (2d Cir. Apr. 18, 2022) (quoting Ha yden v. Cnty. of Nassau, 180 F.3d 42 Cir. 1999)). Amendment should be permitted "[i]n the absence of any apparent or declared reason such as undue dela or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc." Foman v. Davi 178, 182 (1962). The Court does not find any reason to deny leave to amend. The Ashton Plaintiffs' proposed amendı not add any parties or change any fact or claim in this matter. The proposed amendments will not unduly delay these or prejudice any defendant, and they were not filed in bad faith or with a dilatory motive. The Ashton Plaintiffs' moti therefore GRANTED, and it further ORDERED that: The Ashton Plaintiffs' Sixth Amended Complaint, ECF No. 14( amended as set forth in Exhibit A, ECF No. 11198−1; and Ashton Plaintiffs shall comply with the Clerk of Court's in as set forth in ECF No. 4295 for the addition of plaintiffs to the case listed above in the Court's ECF and docketing sy Clerk of the Court is respectfully directed to terminate the motion at ECF No. 11198 and the related motion at ECF N Ashton, No. 02−cv−6977. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 9/8/2025) Filed In Associa 1:03−md−01570−GBD−SN, 1:02−cv−06977−GBD−SN (dsh) (Entered: 09/08/2025) |
| )8/2025 | 11210 | ORDER granting (1263) Motion to Amend/Correct in case 1:03−cv−09849−GBD−SN; granting (11199) Motion to Amend/Correct in case 1:03−md−01570−GBD−SN. Plaintiffs in Burnett v. Al Baraka Inv. & Dev. Corp., No. 03−cv- "Burnett Plaintiffs"), move to amend their complaint under Federal Rules of Civil Procedure 15 and 17. ECF No. 111 |

| | | |
|---|---|---|
| | | seek to clarify the dual capacities in which the plaintiffs listed in Exhibit A seek to proceed in this case. The individu are also pursuing claims in their own names as the representatives of estates of the decedents killed on September 11, on behalf of a deceased relation of a 9/11 decedent. See ECF No. 11200 at 1, 2 (explaining that the listed plaintiffs w "incorrectly identified as suing in their individual capacities when they should have been identified as also bringing c behalf of the decedents' estates"). Federal Rule of Civil Procedure 15(a)(2) permits a party to amend its complaint wi court's leave and directs courts to "freely give leave when justice so requires." The decision to permit amendment is c to the discretion of the court, McCarthy v. Dun & Bradstreet Corp., 482 F.3d 184, 200 (2d Cir. 2007), but granting "l amend is the 'usual practice,'" Bank v. Gohealth, LLC, No. 21−cv−1287, 2022 WL 1132503, at *1 (2d Cir. Apr. 18, 2 (quoting Hayden v. Cnty. of Nassau, 180 F.3d 42, 53 (2d Cir. 1999)). Amendment should be permitted "[i]n the abse apparent or declared reasonsuch as undue delay, bad faith or dilatory motive on the part of the movant, repeated failu deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc." Foman v. Davis, 371 U.S. 178, 182 (1962). The Court does not find any rea leave to amend. The Burnett Plaintiffs' proposed amendments do not add the claims of any new real parties in interes they more appropriately identify the multiple capacities in which named plaintiffs are proceeding. The proposed ame will not unduly delay these proceedings or prejudice any defendant, and they were not filed in bad faith or with a dila motive. The Burnett Plaintiffs' motion is therefore GRANTED, and it further ORDERED that: The Burnett Plaintiffs' Complaint is amended as set forth in Exhibit A, ECF No. 11199−1; and Burnett Plaintiffs shall comply with the Cler instructions as set forth in ECF No. 4295 for the addition of plaintiffs to the case listed above in the Court's ECF and system. The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 11199 and the related mot No. 1263 in Burnett, No. 03−cv−9849. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 9/8/2025) Fil Associated Cases: 1:03−md−01570−GBD−SN, 1:03−cv−09849−GBD−SN (dsh) (Entered: 09/08/2025) |
| )8/2025 | 11211 | MOTION for Judgment *for Partial Damages Against the Taliban*. Document filed by Christine O'Neill.Filed In Asso Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 09/08/2025) |
| )8/2025 | 11212 | MEMORANDUM OF LAW in Support re: (11211 in 1:03−md−01570−GBD−SN, 895 in 1:04−cv−01076−GBD−SN for Judgment *for Partial Damages Against the Taliban*. . Document filed by Christine O'Neill. Filed In Associated C 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN.(Goldman, Jerry) (Entered: 09/08/2025) |
| )8/2025 | 11213 | ***EX−PARTE***DECLARATION of Jerry S. Goldman, Esq. in Support re: (11211 in 1:03−md−01570−GBD−SN 1:04−cv−01076−GBD−SN) MOTION for Judgment *for Partial Damages Against the Taliban*.. Document filed by C O'Neill. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C−3, # 4 Exhibit C−3a, # 5 Exhibit C−3b, # 6 Exhibi Exhibit C−3d, # 8 Exhibit C−3e, # 9 Exhibit C−3f, # 10 Exhibit C−3g, # 11 Exhibit C−3h, # 12 Exhibit C−3i, # 13 E # 14 Exhibit C−3k, # 15 Exhibit C−3l, # 16 Exhibit D)Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SNMotion or Order to File Under Seal: 7963 .(Goldman, Jerry) (Entered: 09/08/2025) |
| )8/2025 | 11214 | PROPOSED ORDER. Document filed by Christine O'Neill. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit Exhibit D) Related Document Number: 11211 ..(Goldman, Jerry) **Proposed Order to be reviewed by Clerk's Offic** (Entered: 09/08/2025) |
| )8/2025 | 11215 | NOTICE OF INTERLOCUTORY APPEAL from 11182 Order on Motion to Dismiss, 11180 Order, 3946 Order on Dismiss,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, ,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, 10615 Memorandum & Opinion,,,,,,,. Document filed by Kingdom of Saudi Arabi and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Attachments: # 1 Exhibit A (MDL ECF 11182), # 2 Exhibit B (MDL ECF No. 11180), # 3 Exhibit C (MDL ECF No. 10615), # 4 Exhibit D (MDL ECF No. 3946)).(Kellogg, Michael) Modified on 9/9/2025 (tp). (Entered: 09/08/2025) |
| )8/2025 | 11216 | MOTION for Judgment *Entry of Rules 54(b) as to the Claims of the Estates of Michael Theodoridid and Rahma Sali Iran*. Document filed by Christine O'Neill.Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878− 1:18−cv−12387−GBD−SN.(Goldman, Jerry) (Entered: 09/08/2025) |
| )8/2025 | 11217 | MEMORANDUM OF LAW in Support re: (273 in 1:18−cv−11878−GBD−SN, 11216 in 1:03−md−01570−GBD−SN 1:18−cv−12387−GBD−SN) MOTION for Judgment *Entry of Rules 54(b) as to the Claims of the Estates of Michael and Rahma Salie Against Iran*. . Document filed by Christine O'Neill. Filed In Associated Cases: 1:03−md−01570− 1:18−cv−11878−GBD−SN, 1:18−cv−12387−GBD−SN.(Goldman, Jerry) (Entered: 09/08/2025) |
| )8/2025 | 11218 | PROPOSED ORDER. Document filed by Christine O'Neill. Related Document Number: 11216 ..(Goldman, Jerry) **P Order to be reviewed by Clerk's Office staff.** (Entered: 09/08/2025) |
| )8/2025 | 11219 | ORDER granting (11205) Motion to Amend/Correct (8702 in 1:03−md−01570−GBD−SN) Amended Complaint, (72 1:04−cv−01076−GBD−SN) Amended Complaint,, in case 1:03−md−01570−GBD−SN; granting (892) Motion to Amend/Correct in case 1:04−cv−01076−GBD−SN in case 1:03−md−01570−GBD−SN. It is hereby ORDERED that motion is granted, and ORDERED that the following corrections are deemed made to Plaintiffs' complaint at ECF N amended as further set forth in this Order. Furthermore, the Court respectfully directs the Clerk of the Court to termi motion at ECF No. 11205. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 9/8/25) Filed In Associat 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN (yv) (Entered: 09/09/2025) |

| | | |
|---|---|---|
| )9/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (11214 in 1:03−md−01570−GB in 1:04−cv−01076−GBD−SN) Proposed Order was reviewed and approved as to form. Filed In Associated Cas 1:03−md−01570−GBD−SN, 1:04−cv−01076−GBD−SN(km)** (Entered: 09/09/2025) |
| )9/2025 | | *****NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. (11218 in 1:03−md−01570−GB in 1:18−cv−11878−GBD−SN, 310 in 1:18−cv−12387−GBD−SN) Proposed Order was reviewed and approved a Filed In Associated Cases: 1:03−md−01570−GBD−SN, 1:18−cv−11878−GBD−SN, 1:18−cv−12387−GBD−SN(k** (Entered: 09/09/2025) |
| )9/2025 | | Appeal Fee Paid electronically via Pay.gov: for 11215 Notice of Interlocutory Appeal. Filing fee $ 605.00. Pay.gov r number BNYSDC−31678948, paid on 09/08/2025 at 04:46:12 ET. (tp) (Entered: 09/09/2025) |
| )9/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 11215 Notice of In Appeal. (tp) (Entered: 09/09/2025) |
| )9/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 11215 Notic Interlocutory Appeal, filed by Kingdom of Saudi Arabia were transmitted to the U.S. Court of Appeals. (tp) (Entered 09/09/2025) |